**MVA SCIENTIFIC CONSULTANTS**
**Surface Dust Sample Analysis Sheet**

MVA Project#: 5423
MVA Sample#: Q1437
Client I.D.: Dust 22
Instrument: Philips 120
Magnification: 24,400
Acc. Voltage: 100 KV

Amt Collected($cm^2$): 100
Amt Prepped($cm^2$): 0.1
Filter Area ($mm^2$): 1256
Filter Type: PC
Openings Analyzed: 10
Grid Opening ($mm^2$): 0.008

Analyst: WH
Date: 9/21/05
Page: 1 of 1
Comments: 0.1 ml
ASTM Method: D6480
or D5755 X

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | I8 | 1 | F | 1.2 | 0.10 | C | C | | 0.5 | 0.04 |
| | | 2 | F | 2.0 | 0.10 | C | C | | 0.8 | 0.04 |
| | J6 | 3 | B | 2.2 | 0.20 | C | C | | 0.9 | 0.08 |
| | | 4 | M | 1.1 | 0.10 | C | C | | 0.5 | 0.04 |
| | H4 | 5 | F | 7.0 | 0.10 | C | C | | 2.9 | 0.04 |
| | | 6 | F | 1.5 | 0.10 | C | C | | 0.6 | 0.04 |
| | | 7 | B | 3.0 | 0.20 | C | C | | 1.2 | 0.08 |
| | | 8 | F | 3.5 | 0.10 | C | C | | 1.4 | 0.04 |
| | | 9 | F | 7.0 | 0.10 | C | C | | 2.9 | 0.04 |
| | F3 | NSD | | | | | | | | |
| | L1 | 10 | B | 4.5 | 0.30 | C | C | | 1.8 | 0.12 |
| | | 11 | F | 2.2 | 0.10 | C | C | | 0.9 | 0.04 |
| | | 12 | F | 2.1 | 0.10 | C | C | | 0.9 | 0.04 |
| 2 | B2 | NSD | | | | | | | | |
| | D3 | 13 | F | 11.2 | 0.10 | C | C | | 4.6 | 0.04 |
| | F4 | 14 | F | 1.1 | 0.10 | C | C | | 0.5 | 0.04 |
| | G7 | NSD | | | | | | | | |
| | I9 | 15 | F | 2.2 | 0.10 | C | C | | 0.9 | 0.04 |
| | | 16 | B | 3.0 | 0.40 | C | C | | 1.2 | 0.16 |
| | | 17 | B | 9.0 | 0.40 | C | C | | 3.7 | 0.16 |

*NFD or NSD = No Fibers Detected or No Structures Detected
** Screen Measurement
*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)
Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix
SAED: C = Chrysotile, A = Amphibole
EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

**MVA SCIENTIFIC CONSULTANTS**
**Surface Dust Sample Analysis Sheet**

MVA Project#: 6423
MVA Sample#: Q1438
Client I.D.: Dust 23
Instrument: Philips 120
Magnification: 24,400
Acc. Voltage: 100 KV

Amt Collected($cm^2$): 100
Amt Prepped($cm^2$): 10
Filter Area ($mm^2$): 1256
Filter Type: PC
Openings Analyzed: 10
Grid Opening ($mm^2$): 0.008

Analyst: WH
Date: 9/13/05
Page: 1 of 1
Comments: 10 ml
ASTM Method: D6480
or D5755 X

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (μm) | Width*** (μm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A3 | 1 | F | 3.1 | 0.15 | C | C | | 1.3 | 0.06 |
| | | 2 | F | 2.2 | 0.10 | C | C | | 0.9 | 0.04 |
| | | 3 | F | 1.7 | 0.10 | C | C | | 0.7 | 0.04 |
| | B1 | 4 | F | 1.1 | 0.10 | C | C | | 0.5 | 0.04 |
| | | 5 | F | 1.2 | 0.10 | C | C | | 0.5 | 0.04 |
| | | 6 | F | 1.2 | 0.10 | C | C | | 0.5 | 0.04 |
| | C4 | 7 | F | 3.5 | 0.10 | C | C | | 1.4 | 0.04 |
| | | 8 | M | 1.1 | 0.10 | C | C | | 0.5 | 0.04 |
| | | 9 | F | 1.6 | 0.10 | C | C | | 0.7 | 0.04 |
| | E8 | 10 | F | 6.0 | 0.10 | C | C | | 2.5 | 0.04 |
| | | 11 | F | 6.0 | 0.10 | C | C | | 2.5 | 0.04 |
| | D10 | 12 | F | 8.5 | 0.10 | C | C | | 3.5 | 0.04 |
| 2 | J1 | 13 | F | 6.3 | 0.10 | C | C | | 2.6 | 0.04 |
| | | 14 | F | 5.6 | 0.10 | C | C | | 2.3 | 0.04 |
| | I3 | 15 | F | 1.3 | 0.10 | C | C | | 0.5 | 0.04 |
| | | 16 | F | 2.0 | 0.10 | C | C | | 0.8 | 0.04 |
| | | 17 | F | 3.6 | 0.10 | C | C | | 1.5 | 0.04 |
| | | 18 | B | 13.0 | 0.5 | C | C | | 5.3 | 0.20 |
| | G2 | 19 | F | 2.5 | 0.2 | C | C | | 1.0 | 0.08 |
| | | 20 | F | 2.0 | 0.1 | C | C | | 0.8 | 0.04 |
| | | 21 | F | 3.0 | 0.2 | C | C | | 1.2 | 0.08 |
| | E1 | 22 | F | 4.0 | 0.1 | C | C | | 1.6 | 0.04 |
| | | 23 | F | 10.3 | 0.2 | C | C | | 4.2 | 0.08 |
| | | 24 | M | 6.0 | 0.2 | C | C | | 2.5 | 0.08 |
| | | 25 | B | 1.5 | 0.2 | C | C | | 0.6 | 0.08 |
| | | 26 | F | 1.5 | 0.1 | C | C | | 0.6 | 0.04 |
| | | 27 | F | 1.3 | 0.1 | C | C | | 0.5 | 0.04 |
| | | 28 | F | 1.5 | 0.2 | C | C | | 0.6 | 0.08 |
| | | 29 | M | 5.5 | 0.1 | C | C | | 2.3 | 0.04 |
| | | 30 | F | 2.0 | 0.1 | C | C | | 0.8 | 0.04 |
| | | 31 | F | 2.0 | 0.1 | C | C | | 0.8 | 0.04 |
| | J6 | 32 | F | 3.4 | 0.1 | C | C | | 1.4 | 0.04 |
| | | 33 | F | 6.0 | 0.1 | C | C | | 2.5 | 0.04 |
| | | 34 | M | 1.1 | 0.2 | C | C | | 0.5 | 0.08 |
| | | 35 | B | 2.6 | 0.3 | C | C | | 1.1 | 0.12 |

*NFD or NSD = No Fibers Detected or No Structures Detected

** On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

**MVA SCIENTIFIC CONSULTANTS**
**Surface Dust Sample Analysis Sheet**

MVA Project#: 6423
MVA Sample#: Q1439
Client I.D.: Dust 24
Instrument: Philips 420
Magnification: 20,600
Acc. Voltage: 100 KV

Amt Collected($cm^2$): 100
Amt Prepped($cm^2$): 1.0
Filter Area ($mm^2$): 1256
Filter Type: PC 0.2
Openings Analyzed: 10
Grid Opening ($mm^2$): 0.008

Analyst: AH
Date: 9/13/05
Page: 1 of 2
Comments:
ASTM Method: D6480
or D5755 X

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | I5 | 1 | M | 15.0 | 7.00 | C | C | EDS Printout | 7.3 | 3.40 |
| | | 2 | B | 18.0 | 1.00 | C | | | 8.7 | 0.49 |
| | | 3 | M | 30.0 | 18.00 | C | | | 14.6 | 8.74 |
| | | 4 | F | 14.0 | 0.10 | C | | | 6.8 | 0.05 |
| | G7 | 5 | C | 4.0 | 3.00 | C | | | 1.9 | 1.46 |
| | | 6 | B | 10.0 | 0.30 | C | | | 4.9 | 0.15 |
| | | 7 | M | 12.0 | 8.00 | C | | | 5.8 | 3.88 |
| | | 8 | M | 16.0 | 6.00 | C | | | 7.8 | 2.91 |
| | | 9 | F | 5.0 | 0.10 | C | | | 2.4 | 0.05 |
| | F8 | 10 | C | 6.0 | 5.00 | C | C | EDS Printout | 2.9 | 2.43 |
| | | 11 | B | 11.0 | 0.30 | C | | | 5.3 | 0.15 |
| | | 12 | C | 11.0 | 4.00 | C | | | 5.3 | 1.94 |
| | | 13 | B | 20.0 | 2.50 | C | | | 9.7 | 1.21 |
| | D9 | 14 | B | 8.0 | 0.30 | C | | | 3.9 | 0.15 |
| | | 15 | B | 9.0 | 0.40 | C | | | 4.4 | 0.19 |
| | | 16 | M | 8.0 | 2.00 | C | | | 3.9 | 0.97 |
| | | 17 | C | 4.0 | 3.50 | C | | | 1.9 | 1.70 |
| | B7 | 18 | M | 29.0 | 16.00 | C | | | 14.1 | 7.77 |
| | | 19 | B | 10.0 | 0.30 | C | | | 4.9 | 0.15 |
| | | 20 | B | 5.0 | 0.30 | C | C | EDS Printout | 2.4 | 0.15 |
| 2 | C2 | 21 | F | 5.0 | 0.10 | C | | | 2.4 | 0.05 |
| | | 22 | B | 8.0 | 0.30 | C | | | 3.9 | 0.15 |
| | | 23 | F | 4.0 | 0.10 | C | | | 1.9 | 0.05 |
| | | 24 | B | 9.0 | 0.30 | C | | | 4.4 | 0.15 |
| | B1 | 25 | M | 8.0 | 5.00 | C | | | 3.9 | 2.43 |
| | | 26 | F | 8.0 | 0.10 | C | | | 3.9 | 0.05 |
| | | 27 | F | 11.0 | 0.10 | C | | | 5.3 | 0.05 |
| | H5 | 28 | B | 6.0 | 0.30 | C | | | 2.9 | 0.15 |
| | | 29 | F | 4.0 | 0.10 | C | | | 1.9 | 0.05 |
| | F8 | 30 | M | 35.0 | 25.00 | C | C | EDS Printout | 17.0 | 12.14 |
| | | 31 | B | 5.0 | 0.30 | C | | | 2.4 | 0.15 |
| | | 32 | F | 19.0 | 0.10 | C | | | 9.2 | 0.05 |
| | | 33 | C | 10.0 | 6.00 | C | | | 4.9 | 2.91 |
| | C7 | 34 | F | 11.0 | 0.10 | C | | | 5.3 | 0.05 |
| | | 35 | F | 3.0 | 0.10 | C | | | 1.5 | 0.05 |

*NFD or NSD = No Fibers Detected or No Structures Detected
** On Screen Measurement
*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)
Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix
SAED: C = Chrysotile, A = Amphibole
EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

**MVA SCIENTIFIC CONSULTANTS**
**Surface Dust Sample Analysis Sheet**

MVA Project#: 6423
MVA Sample#: Q1439
Client I.D.: Dust 24
Instrument: Philips 420
Magnification: 20,600
Acc. Voltage: 100 KV

Amt Collected($cm^2$): 100
Amt Prepped($cm^2$): 1.0
Filter Area ($mm^2$): 1256
Filter Type: PC 0.2
Openings Analyzed: 10
Grid Opening ($mm^2$): 0.008

Analyst: AH
Date: 9/13/05
Page: 2 of 2
Comments:
ASTM Method: D6480
or D5755 X

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| | C7 CONT | 36 | B | 9.0 | 0.30 | C | | | 4.4 | 0.15 |
| | | 37 | M | 22.0 | 13.00 | C | | | 10.7 | 6.31 |

*NFD or NSD = No Fibers Detected or No Structures Detected
** On Screen Measurement
*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)
Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix
SAED: C = Chrysotile, A = Amphibole
EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

**MVA SCIENTIFIC CONSULTANTS**
**Surface Dust Sample Analysis Sheet**

MVA Project#: 6423 | Amt Collected($cm^2$): 100 | Analyst: AH
MVA Sample#: Q1440 | Amt Prepped($cm^2$): 0.1 | Date: 9/13/05
Client I.D.: Dust 25 | Filter Area ($mm^2$): 1256 | Page: 1 of 1
Instrument: Philips 420 | Filter Type: PC 0.2 | Comments:
Magnification: 20,600 | Openings Analyzed: 10 | ASTM Method: D6480
Acc. Voltage: 100 KV | Grid Opening ($mm^2$): 0.008 | or D5755 X

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B2 | 1 | F | 6.0 | 0.10 | C | C | EDS Printout | 2.9 | 0.05 |
| | | 2 | F | 5.5 | 0.10 | C | | | 2.7 | 0.05 |
| | C4 | 3 | B | 10.0 | 0.30 | C | | | 4.9 | 0.15 |
| | | 4 | F | 21.0 | 0.10 | C | | | 10.2 | 0.05 |
| | D7 | 5 | B | 7.0 | 0.30 | C | | | 3.4 | 0.15 |
| | F8 | 6 | B | 10.0 | 0.30 | C | | | 4.9 | 0.15 |
| | H7 | 7 | F | 3.0 | 0.10 | C | | | 1.5 | 0.05 |
| | | 8 | F | 12.0 | 0.10 | C | | | 5.8 | 0.05 |
| 2 | C9 | 9 | M | 13.0 | 5.00 | C | | | 6.3 | 2.43 |
| | E7 | 10 | F | 7.0 | 0.10 | C | C | EDS Printout | 3.4 | 0.05 |
| | H5 | 11 | F | 12.0 | 0.10 | C | | | 5.8 | 0.05 |
| | G3 | 12 | M | 35.0 | 12.00 | C | | | 17.0 | 5.83 |
| | D4 | 13 | B | 29.0 | 0.40 | C | | | 14.1 | 0.19 |

*NFD or NSD = No Fibers Detected or No Structures Detected
** On Screen Measurement
* Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)
Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix
SAED: C = Chrysotile, A = Amphibole
EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

6423report092605

**MVA SCIENTIFIC CONSULTANTS**
**Surface Dust Sample Analysis Sheet**

MVA Project#: 5423
MVA Sample#: Q1441
Client I.D.: Dust 26
Instrument: Phillips 420
Magnification: 20,600
Acc. Voltage: 100 KV

Amt Collected($cm^2$): 100
Amt Prepped($cm^2$): 10
Filter Area ($mm^2$): 1256
Filter Type: PC 0.2
Openings Analyzed: 10
Grid Opening ($mm^2$): 0.008

Analyst: AH
Date: 9/9/05
Page: 1 of 1
Comments:
ASTM Method: D5480
or D5755 X

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (um) | Width*** (um) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | H3 | NSD | | | | | | | | |
| | I4 | NSD | | | | | | | | |
| | G7 | NSD | | | | | | | | |
| | E8 | NSD | | | | | | | | |
| | C5 | NSD | | | | | | | | |
| 2 | H6 | NSD | | | | | | | | |
| | G8 | NSD | | | | | | | | |
| | E9 | NSD | | | | | | | | |
| | B5 | NSD | | | | | | | | |
| | C2 | NSD | | | | | | | | |

*NFD or NSD = No Fibers Detected or No Structures Detected

On Screen Measurement

* Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

5423report092605

**MVA SCIENTIFIC CONSULTANTS**
**Surface Dust Sample Analysis Sheet**

MVA Project#: 6423
MVA Sample#: Q1442
Client I.D.: Dust 27
Instrument: Philips 120
Magnification: 24,400
Acc. Voltage: 100 KV

Amt Collected($cm^2$): 100
Amt Prepped($cm^2$): 0.1
Filter Area ($mm^2$): 1256
Filter Type: PC
Openings Analyzed: 10
Grid Opening ($mm^2$): 0.008

Analyst: WH
Date: 9/2/05
Page: 1 of 1
Comments: 0.1 ml
ASTM Method: D6480
or D5755 X

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | H3 | 1 | F | 2.2 | 0.10 | C | C | | 0.9 | 0.04 |
| | | 2 | B | 6.0 | 0.25 | C | C | | 2.5 | 0.10 |
| | E2 | 3 | F | 2.2 | 0.10 | C | C | | 0.9 | 0.04 |
| | | 4 | F | 5.6 | 0.10 | C | C | | 2.3 | 0.04 |
| | D5 | 5 | M | 9.5 | 0.10 | C | C | | 3.9 | 0.04 |
| | | 6 | F | 1.2 | 0.10 | C | C | | 0.5 | 0.04 |
| | | 7 | F | 1.1 | 0.10 | C | C | | 0.5 | 0.04 |
| | C8 | 8 | F | 1.4 | 0.10 | C | C | | 0.6 | 0.04 |
| | I6 | 9 | F | 3.0 | 0.10 | C | C | | 1.2 | 0.04 |
| | | 10 | F | 2.0 | 0.10 | C | C | | 0.8 | 0.04 |
| 2 | G2 | 11 | F | 8.0 | 0.10 | C | C | Assoc. matrix comp= Mg,Si,Fe | 3.3 | 0.04 |
| | | 12 | F | 6.0 | 0.10 | C | C | | 2.5 | 0.04 |
| | | 13 | F | 3.5 | 0.10 | C | C | | 1.4 | 0.04 |
| | | 14 | C | 15.0 | 0.10 | C | C | | 6.1 | 0.04 |
| | E4 | NSD | | | | | | | | |
| | C3 | 15 | F | 3.0 | 0.10 | C | C | | 1.2 | 0.04 |
| | B9 | 16 | M | 4.5 | 0.10 | C | C | | 1.8 | 0.04 |
| | | 17 | M | 2.0 | 0.10 | C | C | | 0.8 | 0.04 |
| | D1 | NSD | | | | | | | | |

*FD or NSD = No Fibers Detected or No Structures Detected
** On Screen Measurement
*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)
Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix
SAED: C = Chrysotile, A = Amphibole
EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

**MVA SCIENTIFIC CONSULTANTS**
**Surface Dust Sample Analysis Sheet**

MVA Project# 6423
MVA Sample# Q1443
Client I.D.: Dust 28
Instrument: Philips 420
Magnification: 20,600
Acc. Voltage: 100 KV

Amt Collected($cm^2$): 100
Amt Prepped($cm^2$): 10
Filter Area ($mm^2$): 1256
Filter Type: PC 0.2
Openings Analyzed: 10
Grid Opening ($mm^2$): 0.008

Analyst: AH
Date: 9/12/05
Page: 1 of 1
Comments: Gridbox 031605 Heavy Loading
ASTM Method: D6480
or D5755 X

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C2 | NSD | | | | | | | | |
| | E3 | NSD | | | | | | | | |
| | G4 | NSD | | | | | | | | |
| | F7 | 1 | B | 12.0 | 8.00 | C | C | EDS Printout | 5.8 | 3.88 |
| | C5 | NSD | | | | | | | | |
| 2 | C2 | NSD | | | | | | | | |
| | B4 | NSD | | | | | | | | |
| | D6 | 2 | F | 6.0 | 0.10 | C | | | 2.9 | 0.05 |
| | | 3 | F | 4.5 | 0.10 | C | | | 2.2 | 0.05 |
| | F8 | NSD | | | | | | | | |
| | H9 | 4 | B | 15.0 | 0.30 | C | | | 7.3 | 0.15 |

*NFD or NSD = No Fibers Detected or No Structures Detected
** On Screen Measurement
alculated Actual Measurement (On Screen Measurement X 10,000/Magnification)
Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix
SAED: C = Chrysotile, A = Amphibole
EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

6423report092605

**MVA SCIENTIFIC CONSULTANTS**
**Surface Dust Sample Analysis Sheet**

MVA Project#: 6423
MVA Sample#: Q1444
Client I.D.: Dust 29
Instrument: Phillips 420
Magnification: 20,600
Acc. Voltage: 100 KV

Amt Collected($cm^2$): 100
Amt Prepped($cm^2$): 10
Filter Area ($mm^2$): 1256
Filter Type: PC 0.2
Openings Analyzed: 10
Grid Opening ($mm^2$): 0.008

Analyst: AH
Date: 9/12/05
Page: 1 of 1
Comments:
ASTM Method: D6480
or D5755 X

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B8 | NSD | | | | | | | | |
| | D9 | NSD | | | | | | | | |
| | G10 | NSD | | | | | | | | |
| | H7 | NSD | | | | | | | | |
| | H3 | NSD | | | | | | | | |
| 2 | H8 | NSD | | | | | | | | |
| | G4 | NSD | | | | | | | | |
| | E2 | NSD | | | | | | | | |
| | C3 | NSD | | | | | | | | |
| | D5 | NSD | | | | | | | | |

*NFD or NSD = No Fibers Detected or No Structures Detected
n Screen Measurement
Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)
Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix
SAED: C = Chrysotile, A = Amphibole
EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

**MVA SCIENTIFIC CONSULTANTS**
**Surface Dust Sample Analysis Sheet**

MVA Project#: 6423
MVA Sample#: Q1445
Client I.D.: Dust 30
Instrument: Philips 420
Magnification: 20,600
Acc. Voltage: 100 KV

Amt Collected($cm^2$): 100
Amt Prepped($cm^2$): 10
Filter Area ($mm^2$): 1256
Filter Type: PC 0.2
Openings Analyzed: 10
Grid Opening ($mm^2$): 0.008

Analyst: AH
Date: 9/12/05
Page: 1 of 1
Comments:
ASTM Method: D6480
or D5755 X

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C3 | 1 | B | 9.0 | 0.80 | C | C | EDS Printout | 4.4 | 0.39 |
| | | 2 | B | 35.0 | 0.30 | C | | | 17.0 | 0.15 |
| | B4 | 3 | B | 12.0 | 0.30 | C | | | 5.8 | 0.15 |
| | | 4 | B | 10.0 | 0.40 | C | | | 4.9 | 0.19 |
| | D8 | NSD | | | | | | | | |
| | H8 | NSD | | | | | | | | |
| | G5 | 5 | C | 12.0 | 10.00 | C | | | 5.8 | 4.85 |
| | | 6 | B | 14.0 | 0.30 | C | | | 6.8 | 0.15 |
| | | 7 | F | 15.0 | 0.10 | C | | | 7.3 | 0.05 |
| | | 8 | M | 14.0 | 9.00 | C | | | 6.8 | 4.37 |
| 2 | B9 | 9 | C | 15.0 | 8.00 | C | | | 7.3 | 3.88 |
| | E8 | 10 | B | 5.0 | 0.40 | C | C | EDS Printout | 2.4 | 0.19 |
| | G6 | 11 | B | 5.0 | 0.30 | C | | | 2.4 | 0.15 |
| | | 12 | F | 13.0 | 0.10 | C | | | 6.3 | 0.05 |
| | | 13 | C | 26.0 | 3.00 | C | | | 12.6 | 1.46 |
| | I4 | 14 | B | 8.0 | 0.40 | C | | | 3.9 | 0.19 |
| | | 15 | F | 7.0 | 0.10 | C | | | 3.4 | 0.05 |
| | J7 | 16 | F | 48.0 | 0.10 | C | | | 23.3 | 0.05 |
| | | 17 | B | 9.0 | 0.30 | C | | | 4.4 | 0.15 |

*NFD or NSD = No Fibers Detected or No Structures Detected
n Screen Measurement
*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)
Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix
SAED: C = Chrysotile, A = Amphibole
EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

6423report092605

**MVA SCIENTIFIC CONSULTANTS**
**Surface Dust Sample Analysis Sheet**

MVA Project#: 6423
MVA Sample#: Q1446
Client I.D.: Dust 31
Instrument: Philips 420
Magnification: 20,600
Acc. Voltage: 100 KV

Amt Collected($cm^2$): 0
Amt Prepped($cm^2$): 50/100 ml filtered
Filter Area ($mm^2$): 1256
Filter Type: PC 0.2
Openings Analyzed: 10
Grid Opening ($mm^2$): 0.008

Analyst: AH
Date: 9/8/05
Page: 1 of 1
Comments:
ASTM Method: D6480
or D5755 X

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C5 | NSD | | | | | | | | |
| | B7 | NSD | | | | | | | | |
| | F9 | NSD | | | | | | | | |
| | I6 | NSD | | | | | | | | |
| | H4 | NSD | | | | | | | | |
| 2 | E2 | NSD | | | | | | | | |
| | C3 | NSD | | | | | | | | |
| | B5 | NSD | | | | | | | | |
| | C6 | NSD | | | | | | | | |
| | G9 | NSD | | | | | | | | |

*NFD or NSD = No Fibers Detected or No Structures Detected
**On Screen Measurement
***Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)
Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix
SAED: C = Chrysotile, A = Amphibole
EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

# MVA SCIENTIFIC CONSULTANTS

## Surface Dust Sample Analysis Sheet

MVA Project#: 6423
MVA Sample#: Q1447
Client I.D.: Dust 32
Instrument: Philips 420
Magnification: 20,600
Acc. Voltage: 100 KV

Amt Collected($cm^2$): 0
Amt Prepped($cm^2$): 50/100 ml prepped
Filter Area ($mm^2$): 1256
Filter Type: PC 0.2
Openings Analyzed: 10
Grid Opening ($mm^2$): 0.008

Analyst: AH
Date: 9/8/05
Page: 1 of 1
Comments:
ASTM Method: D6480
or D5755 X

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C5 | NSD | | | | | | | | |
| | B7 | NSD | | | | | | | | |
| | D10 | NSD | | | | | | | | |
| | G8 | NSD | | | | | | | | |
| | J6 | NSD | | | | | | | | |
| 2 | H2 | NSD | | | | | | | | |
| | J3 | NSD | | | | | | | | |
| | G6 | NSD | | | | | | | | |
| | F8 | NSD | | | | | | | | |
| | D5 | NSD | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

*NFD or NSD = No Fibers Detected or No Structures Detected

On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

6423report092605

**MVA SCIENTIFIC CONSULTANTS**
**Surface Dust Sample Analysis Sheet**

| | | | | | |
|---|---|---|---|---|---|
| MVA Project# | 6423 | Amt Collected($cm^2$): | 100 | Analyst: | AH |
| MVA Sample# | Q1448 | Amt Prepped($cm^2$): | 0.1 | Date: | 9/13/05 |
| Client I.D.: | Dust 40 | Filter Area ($mm^2$): | 1256 | Page: | 1 of 1 |
| Instrument: | Philips 420 | Filter Type: | PC 0.2 | Comments: | |
| Magnification: | 20,600 | Openings Analyzed: | 10 | ASTM Method: D6480 | |
| Acc. Voltage: | 100 KV | Grid Opening ($mm^2$): | 0.008 | or D5755 | X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B8 | 1 | C | 14.0 | 1.50 | C | C | EDS Printout | 6.8 | 0.73 |
| | | 2 | M | 18.0 | 5.50 | C | | | 8.7 | 2.67 |
| | A6 | NSD | | | | | | | | |
| | D4 | 3 | F | 12.0 | 0.10 | C | | | 5.8 | 0.05 |
| | F3 | 4 | F | 8.0 | 0.10 | C | | | 3.9 | 0.05 |
| | | 5 | F | 2.0 | 0.10 | C | | | 1.0 | 0.05 |
| | H6 | 6 | F | 13.0 | 0.10 | C | | | 6.3 | 0.05 |
| | | 7 | B | 11.0 | 0.30 | C | | | 5.3 | 0.15 |
| 2 | I3 | NSD | | | | | | | | |
| | F3 | NSD | | | | | | | | |
| | D4 | 8 | M | 10.0 | 5.00 | C | | | 4.9 | 2.43 |
| | | 9 | F | 36.0 | 0.10 | C | | | 17.5 | 0.05 |
| | B5 | 10 | C | 20.0 | 3.00 | C | C | EDS Printout | 9.7 | 1.46 |
| | D7 | 11 | C | 5.0 | 3.50 | C | | | 2.4 | 1.70 |
| | | 12 | F | 28.0 | 0.10 | C | | | 13.6 | 0.05 |

*NFD or NSD = No Fibers Detected or No Structures Detected

On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

**MVA SCIENTIFIC CONSULTANTS**
**Surface Dust Sample Analysis Sheet**

MVA Project#: 6423
MVA Sample#: Q1449
Client I.D.: Dust 41
Instrument: Philips 420
Magnification: 20,600
Acc. Voltage: 100 KV

Amt Collected($cm^2$): 100
Amt Prepped($cm^2$): 1.0
Filter Area ($mm^2$): 1256
Filter Type: PC 0.2
Openings Analyzed: 10
Grid Opening ($mm^2$): 0.008

Analyst: AH
Date: 9/13/05
Page: 1 of 1
Comments:
ASTM Method: D6480
or D5755 X

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | H3 | NSD | | | | | | | | |
| | I5 | 1 | F | 8.0 | 0.10 | C | C | EDS Printout | 3.9 | 0.05 |
| | G7 | NSD | | | | | | | | |
| | D8 | 2 | C | 25.0 | 12.00 | C | | | 12.1 | 5.83 |
| | | 3 | C | 12.0 | 4.00 | C | | | 5.8 | 1.94 |
| | B5 | NSD | | | | | | | | |
| 2 | G9 | 4 | M | 6.0 | 4.00 | C | | | 2.9 | 1.94 |
| | I7 | NSD | | | | | | | | |
| | H5 | 5 | C | 5.0 | 2.00 | C | | | 2.4 | 0.97 |
| | | 6 | C | 15.0 | 6.00 | C | | | 7.3 | 2.91 |
| | F4 | 7 | B | 16.0 | 0.4 | C | | | 7.8 | 0.19 |
| | E2 | NSD | | | | | | | | |

*NFD or NSD = No Fibers Detected or No Structures Detected
** On Screen Measurement
Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)
Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix
SAED: C = Chrysotile, A = Amphibole
EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

6423report092605

**MVA SCIENTIFIC CONSULTANTS**
**Surface Dust Sample Analysis Sheet**

MVA Project#: 6423
MVA Sample#: Q1450
Client I.D.: Dust 42
Instrument: Philips 120
Magnification: 24,400
Acc. Voltage: 100 KV

Amt Collected($cm^2$): 100
Amt Prepped($cm^2$): 1.0
Filter Area ($mm^2$): 1256
Filter Type: PC
Openings Analyzed: 10
Grid Opening ($mm^2$): 0.008

Analyst: WH
Date: 9/13/05
Page: 1 of 1
Comments: 1 ml
ASTM Method: D6480
or D5755 X

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (um) | Width*** (um) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B2 | 1 | F | 2.8 | 0.10 | C | C | | 1.1 | 0.04 |
| | C10 | NSD | | | | | | | | |
| | D8 | NSD | | | | | | | | |
| | E4 | 2 | B | 5.5 | 0.80 | C | C | | 2.3 | 0.33 |
| | H1 | NSD | | | | | | | | |
| 2 | D1 | 3 | M | 1.8 | 0.10 | C | C | | 0.7 | 0.04 |
| | E3 | 4 | F | 2.0 | 0.10 | C | C | | 0.8 | 0.04 |
| | G5 | NSD | | | | | | | | |
| | F7 | 5 | B | 2.3 | 0.20 | C | C | | 0.9 | 0.08 |
| | C9 | NSD | | | | | | | | |

*NFD or NSD = No Fibers Detected or No Structures Detected
** On Screen Measurement
*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)
Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix
SAED: C = Chrysotile, A = Amphibole
EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

6423report092605

**MVA SCIENTIFIC CONSULTANTS**
**Surface Dust Sample Analysis Sheet**

MVA Project#: 6423
MVA Sample#: Q1451
Client I.D.: Dust 43
Instrument: Philips 420
Magnification: 20,600
Acc. Voltage: 100 KV

Amt Collected($cm^2$): 100
Amt Prepped($cm^2$): 1.0
Filter Area ($mm^2$): 1256
Filter Type: PC 0.2
Openings Analyzed: 10
Grid Opening ($mm^2$): 0.008

Analyst: AH
Date: 9/14/05
Page: 1 of 1
Comments:
ASTM Method: D6480
or D5755 X

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | F9 | NSD | | | | | | | | |
| | I7 | NSD | | | | | | | | |
| | J5 | 1 | B | 36.0 | 0.80 | C | C | EDS Printout | 17.5 | 0.39 |
| | G3 | 2 | C | 9.0 | 3.00 | C | | | 4.4 | 1.46 |
| | C4 | 3 | M | 8.0 | 7.00 | C | | | 3.9 | 3.40 |
| | | 4 | C | 30.0 | 4.00 | C | | | 14.6 | 1.94 |
| | | 5 | M | 9.0 | 4.00 | C | | | 4.4 | 1.94 |
| 2 | A8 | 6 | C | 8.0 | 3.00 | C | | | 3.9 | 1.46 |
| | | 7 | B | 12.0 | 0.30 | C | | | 5.8 | 0.15 |
| | | 8 | B | 33.0 | 0.30 | C | | | 16.0 | 0.15 |
| | C5 | 9 | M | 35.0 | 12.00 | C | | | 17.0 | 5.83 |
| | E2 | 10 | C | 98.0 | 4.00 | C | C | EDS Printout | 47.6 | 1.94 |
| | | 11 | F | 42.0 | 0.10 | C | | | 20.4 | 0.05 |
| | G3 | 12 | B | 9.0 | 0.30 | C | | | 4.4 | 0.15 |
| | H4 | 13 | F | 28.0 | 0.10 | C | | | 13.6 | 0.05 |
| | | 14 | F | 9.5 | 0.10 | C | | | 4.6 | 0.05 |
| | | 15 | C | 16.0 | 8.00 | C | | | 7.8 | 3.88 |

*NFD or NSD = No Fibers Detected or No Structures Detected
**On Screen Measurement
***Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)
Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix
SAED: C = Chrysotile, A = Amphibole
EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

6423report092605

**MVA SCIENTIFIC CONSULTANTS**
**Surface Dust Sample Analysis Sheet**

MVA Project#: 6423
MVA Sample#: Q1452
Client I.D.: Dust 44
Instrument: Philips 120
Magnification: 24,400
Acc. Voltage: 100 KV

Amt Collected($cm^2$): 100
Amt Prepped($cm^2$): 1.0
Filter Area ($mm^2$): 1256
Filter Type: PC
Openings Analyzed: 10
Grid Opening ($mm^2$): 0.008

Analyst: WH
Date: 9/14/05
Page: 1 of 1
Comments: 1 ml
ASTM Method: D6480
or D5755 X

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | D1 | NSD | | | | | | | | |
| | E3 | NSD | | | | | | | | |
| | G2 | NSD | | | | | | | | |
| | B4 | NSD | | | | | | | | |
| | A6 | NSD | | | | | | | | |
| 2 | B9 | NSD | | | | | | | | |
| | C7 | NSD | | | | | | | | |
| | D5 | 1 | B | 5.0 | 0.20 | C | C | | 2.0 | 0.08 |
| | G2 | NSD | | | | | | | | |
| | I1 | NSD | | | | | | | | |

*NFD or NSD = No Fibers Detected or No Structures Detected
On Screen Measurement
*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)
Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix
SAED: C = Chrysotile, A = Amphibole
EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

6423report092605

**MVA SCIENTIFIC CONSULTANTS**
**Surface Dust Sample Analysis Sheet**

MVA Project#: 6423
MVA Sample#: Q1453
Client I.D.: Dust 45
Instrument: Philips 420
Magnification: 20,600
Acc. Voltage: 100 KV

Amt Collected($cm^2$): 100
Amt Prepped($cm^2$): 0.1
Filter Area ($mm^2$): 1256
Filter Type: PC 0.2
Openings Analyzed: 10
Grid Opening ($mm^2$): 0.008

Analyst: AH
Date: 9/21/05
Page: 1 of 1
Comments:
ASTM Method: D5480
or D5755 X

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | D9 | 1 | C | 9.0 | 3.00 | C | C | EDS printout | 4.4 | 1.46 |
| | E7 | 2 | M | 5.0 | 2.50 | C | | | 2.4 | 1.21 |
| | | 3 | F | 5.0 | 0.10 | C | | | 2.4 | 0.05 |
| | B4 | 4 | M | 10.0 | 7.00 | C | | | 4.9 | 3.40 |
| | D2 | 5 | F | 5.0 | 0.10 | C | | | 2.4 | 0.05 |
| | | 6 | C | 4.5 | 3.00 | C | | | 2.2 | 1.46 |
| | F3 | NSD | | | | | | | | |
| 2 | I5 | 7 | M | 9.0 | 5.00 | C | | | 4.4 | 2.43 |
| | | 8 | F | 4.0 | 0.10 | C | | | 1.9 | 0.05 |
| | J2 | 9 | C | 8.0 | 6.00 | C | | | 3.9 | 2.91 |
| | | 10 | B | 16.0 | 0.60 | C | C | EDS printout | 7.8 | 0.29 |
| | F4 | NSD | | | | | | | | |
| | E5 | 11 | B | 15.0 | 0.30 | C | | | 7.3 | 0.15 |
| | | 12 | F | 13.0 | 0.10 | C | | | 6.3 | 0.05 |
| | F7 | 13 | F | 6.0 | 0.10 | C | | | 2.9 | 0.05 |
| | | 14 | M | 22.0 | 8.00 | C | | | 10.7 | 3.88 |
| | | 15 | M | 10.0 | 3.00 | C | | | 4.9 | 1.46 |

*NFD or NSD = No Fibers Detected or No Structures Detected
* On Screen Measurement
*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)
Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix
SAED: C = Chrysotile, A = Amphibole
EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

**MVA SCIENTIFIC CONSULTANTS**
**Surface Dust Sample Analysis Sheet**

MVA Project#: 6423
MVA Sample#: Q1454
Client I.D.: Dust 46
Instrument: Philips 120
Magnification: 24,400
Acc. Voltage: 100 KV

Amt Collected($cm^2$): 100
Amt Prepped($cm^2$): 0.1
Filter Area ($mm^2$): 1256
Filter Type: PC
Openings Analyzed: 10
Grid Opening ($mm^2$): 0.008

Analyst: WH
Date: 9/21/05
Page: 1 of 1
Comments: 0.1
ASTM Method: D6480
or D5755 X

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | I8 | 1 | F | 1.3 | 0.10 | C | C | | 0.5 | 0.04 |
| | | 2 | F | 6.0 | 0.10 | C | C | | 2.5 | 0.04 |
| | H4 | 3 | F | 5.0 | 0.10 | C | C | | 2.0 | 0.04 |
| | | 4 | F | 1.5 | 0.10 | C | C | | 0.6 | 0.04 |
| | | 5 | B | 13.0 | 0.50 | C | C | | 5.3 | 0.20 |
| | F2 | 6 | C | 31.2 | 5.00 | C | C | | 12.8 | 2.05 |
| | D1 | 7 | B | 4.5 | 0.30 | C | C | | 1.8 | 0.12 |
| | B3 | 8 | F | 3.0 | 0.10 | C | C | | 1.2 | 0.04 |
| | | 9 | F | 3.5 | 0.10 | C | C | | 1.4 | 0.04 |
| | | 10 | C | 7.5 | 3.00 | C | C | | 3.1 | 1.23 |
| 2 | B1 | NSD | | | | | | | | |
| | D3 | 11 | M | 2.0 | 0.10 | C | C | | 0.8 | 0.04 |
| | | 12 | F | 3.0 | 0.10 | C | C | | 1.2 | 0.04 |
| | F7 | 13 | B | 2.0 | 0.20 | C | C | | 0.8 | 0.08 |
| | H8 | NSD | | | | | | | | |
| | G4 | NSD | | | | | | | | |

*NFD or NSD = No Fibers Detected or No Structures Detected
** On Screen Measurement
*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)
Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix
SAED: C = Chrysotile, A = Amphibole
EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

6423report092605

**Surface Dust Sample Analysis Sheet**

MVA Project#: 6423
MVA Sample#: Q1455
Client I.D.: Dust 47
Instrument: Philips 420
Magnification: 20,600
Acc. Voltage: 100 KV

Amt Collected($cm^2$): 100
Amt Prepped($cm^2$): 0.01
Filter Area ($mm^2$): 1256
Filter Type: PC 0.2
Openings Analyzed: 10
Grid Opening ($mm^2$): 0.008

Analyst: AH
Date: 9/21/05 9/22/05
Page: 1 of 1
Comments:
ASTM Method: D6480
or D5755 X

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C4 | 1 | F | 2.0 | 0.10 | C | C | EDS | 1.0 | 0.05 |
| | B3 | 2 | F | 1.5 | 0.10 | C | | | 0.7 | 0.05 |
| | | 3 | F | 2.0 | 0.10 | C | | | 1.0 | 0.05 |
| | F1 | 4 | B | 25.0 | 1.50 | C | | | 12.1 | 0.73 |
| | G4 | 5 | F | 48.0 | 0.10 | C | | | 23.3 | 0.05 |
| | F9 | 6 | C | 6.0 | 1.50 | C | | | 2.9 | 0.73 |
| 2 | D5 | 7 | F | 2.0 | 0.10 | C | | | 1.0 | 0.05 |
| | F3 | 8 | M | 12.0 | 10.00 | C | | | 5.8 | 4.85 |
| | | 9 | M | 6.0 | 3.00 | C | | | 2.9 | 1.46 |
| | H4 | NSD | | | | | | | | |
| | J6 | 10 | F | 3.0 | 0.10 | C | C | EDS | 1.5 | 0.05 |
| | H8 | 11 | F | 13.0 | 0.10 | C | | | 6.3 | 0.05 |

*NFD or NSD = No Fibers Detected or No Structures Detected
** On Screen Measurement
*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)
...ucture Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix
SAED: C = Chrysotile, A = Amphibole
EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos