## MVA SCIENTIFIC CONSULTANTS
## Surface Dust Sample Analysis Sheet

| | | | | | | |
|---|---|---|---|---|---|---|
| MVA Project# | 6423 | Amt Collected(cm²): | 100 | Analyst: | AH | |
| MVA Sample# | Q1456 | Amt Prepped(cm²): | 0.1 | Date: | 9/19/05 | |
| Client I.D.: | Dust 48 | Filter Area (mm²): | 1256 | Page: | 1 of 1 | |
| Instrument: | Philips 420 | Filter Type: | PC 0.2 | Comments: | | |
| Magnification: | 20,600 | Openings Analyzed: | 10 | ASTM Method: | D6480 | |
| Acc. Voltage: | 100 KV | Grid Opening (mm²): | 0.008 | | or D5755 | X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (μm) | Width*** (μm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | I3 | 1 | M | 28.0 | 7.00 | C | C | EDS | 13.6 | 3.40 |
| | | 2 | C | 16.0 | 1.00 | C | | | 7.8 | 0.49 |
| | J4 | 3 | F | 10.5 | 0.10 | C | | | 5.1 | 0.05 |
| | H6 | 4 | C | 7.0 | 4.00 | C | | | 3.4 | 1.94 |
| | | 5 | B | 6.0 | 0.30 | C | | | 2.9 | 0.15 |
| | | 6 | F | 5.0 | 0.10 | C | | | 2.4 | 0.05 |
| | | 7 | C | 5.0 | 1.50 | C | | | 2.4 | 0.73 |
| | | 8 | M | 15.0 | 9.00 | C | | | 7.3 | 4.37 |
| | G8 | 9 | F | 21.0 | 0.10 | C | | | 10.2 | 0.05 |
| | | 10 | F | 4.0 | 0.10 | C | C | EDS | 1.9 | 0.05 |
| | D9 | 11 | C | 9.0 | 1.00 | C | | | 4.4 | 0.49 |
| | | 12 | F | 13.0 | 0.10 | C | | | 6.3 | 0.05 |
| | | 13 | M | 22.0 | 12.00 | C | | | 10.7 | 5.83 |
| 2 | F8 | 14 | F | 7.0 | 0.10 | C | | | 3.4 | 0.05 |
| | | 15 | M | 7.0 | 6.00 | C | | | 3.4 | 2.91 |
| | C7 | 16 | F | 3.5 | 0.10 | C | | | 1.7 | 0.05 |
| | | 17 | F | 8.0 | 0.10 | C | | | 3.9 | 0.05 |
| | A6 | 18 | B | 11.0 | 0.80 | C | | | 5.3 | 0.39 |
| | | 19 | F | 15.0 | 0.10 | C | | | 7.3 | 0.05 |
| | C4 | NSD | | | | | | | | |
| | E2 | 20 | F | 6.0 | 0.10 | C | C | EDS | 2.9 | 0.05 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

*NFD or NSD = No Fibers Detected or No Structures Detected

)n Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | |
|---|---|---|
| MVA Project# | 6423 | |
| MVA Sample# | Q1457 | |
| Client I.D.: | Dust 49 | |
| Instrument: | Philips 420 | |
| Magnification: | 20,500 | |
| Acc. Voltage: | 100 KV | |

| | | |
|---|---|---|
| Amt Collected(cm²): | 100 | |
| Amt Prepped(cm²): | 1 | |
| Filter Area (mm²): | 1256 | |
| Filter Type: | PC 0.2 | |
| Openings Analyzed: | 10 | |
| Grid Opening (mm²): | 0.008 | |

| | | |
|---|---|---|
| Analyst: | AH | |
| Date: | 9/20/05 | |
| Page: | 1 of 2 | |
| Comments: | | |
| ASTM Method: | D6480 | |
| | or D5755 | X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B6 | 1 | F | 3.0 | 0.10 | C | C | EDS | 1.5 | 0.05 |
| | | 2 | F | 2.0 | 0.10 | C | | | 1.0 | 0.05 |
| | | 3 | F | 1.5 | 0.10 | C | | | 0.7 | 0.05 |
| | | 4 | F | 9.0 | 0.10 | C | | | 4.4 | 0.05 |
| | | 5 | C | 5.0 | 4.00 | C | | | 2.4 | 1.94 |
| | C4 | 6 | F | 3.5 | 0.10 | C | | | 1.7 | 0.05 |
| | | 7 | F | 7.0 | 0.10 | C | | | 3.4 | 0.05 |
| | | 8 | M | 13.0 | 6.00 | C | | | 6.3 | 2.91 |
| | | 9 | F | 2.0 | 0.10 | C | C | EDS | 1.0 | 0.05 |
| | | 10 | F | 11.0 | 0.10 | C | | | 5.3 | 0.05 |
| | | 11 | C | 12.0 | 3.00 | C | | | 5.8 | 1.46 |
| | | 12 | B | 15.0 | 0.30 | C | | | 7.3 | 0.15 |
| | D3 | 13 | F | 5.0 | 0.10 | C | | | 2.4 | 0.05 |
| | | 14 | M | 9.0 | 2.00 | C | | | 4.4 | 0.97 |
| | F5 | 15 | B | 8.0 | 0.30 | C | | | 3.9 | 0.15 |
| | | 16 | F | 6.0 | 0.10 | C | | | 2.9 | 0.05 |
| | | 17 | F | 4.5 | 0.10 | C | | | 2.2 | 0.05 |
| | | 18 | F | 6.0 | 0.10 | C | | | 2.9 | 0.05 |
| | H7 | 19 | C | 5.0 | 3.00 | C | | | 2.4 | 1.46 |
| | | 20 | F | 5.0 | 0.10 | C | C | EDS | 2.4 | 0.05 |
| | | 21 | B | 6.0 | 0.30 | C | | | 2.9 | 0.15 |
| 2 | H8 | 22 | F | 3.0 | 0.10 | C | | | 1.5 | 0.05 |
| | | 23 | C | 49.0 | 3.00 | C | | | 23.8 | 1.46 |
| | | 24 | C | 2.0 | 0.10 | C | | | 1.0 | 0.05 |
| | | 25 | B | 16.0 | 0.30 | C | | | 7.8 | 0.15 |
| | | 26 | F | 11.0 | 0.10 | C | | | 5.3 | 0.05 |
| | | 27 | F | 22.0 | 0.10 | C | | | 10.7 | 0.05 |
| | G6 | 28 | F | 3.0 | 0.10 | C | | | 1.5 | 0.05 |
| | | 29 | F | 3.0 | 0.10 | C | | | 1.5 | 0.05 |
| | | 30 | M | 12.0 | 8.00 | C | C | EDS | 5.8 | 3.88 |
| | | 31 | M | 15.0 | 12.00 | C | | | 7.3 | 5.83 |
| | E2 | 32 | C | 12.0 | 6.00 | C | | | 5.8 | 2.91 |
| | | 33 | M | 13.0 | 10.00 | C | | | 6.3 | 4.85 |
| | | 34 | F | 4.0 | 0.10 | C | | | 1.9 | 0.05 |
| | | 35 | F | 10.0 | 0.10 | C | | | 4.9 | 0.05 |

*NFD or NSD = No Fibers Detected or No Structures Detected

On Screen Measurement

** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

6423report092805

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | |
|---|---|
| MVA Project# | 6423 |
| MVA Sample# | Q1457 |
| Client I.D.: | Dust 49 |
| Instrument: | Philips 420 |
| Magnification: | 20,600 |
| Acc. Voltage: | 100 KV |

| | |
|---|---|
| Amt Collected(cm²): | 100 |
| Amt Prepped(cm²): | 1 |
| Filter Area (mm²): | 1256 |
| Filter Type: | PC 0.2 |
| Openings Analyzed: | 10 |
| Grid Opening (mm²): | 0.008 |

| | |
|---|---|
| Analyst: | AH |
| Date: | 9/20/05 |
| Page: | 2 of 2 |
| Comments: | |
| ASTM Method: | D6480 |
| or D5755 | X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| | E2 CONT | 36 | F | 2.0 | 0.10 | C | | | 1.0 | 0.05 |
| | B3 | 37 | F | 45.0 | 0.10 | C | | | 21.8 | 0.05 |
| | | 38 | F | 6.0 | 0.10 | C | | | 2.9 | 0.05 |
| | | 39 | B | 10.0 | 0.40 | C | | | 4.9 | 0.19 |
| | | 40 | B | 9.0 | 1.50 | C | C | EDS | 4.4 | 0.73 |
| | | 41 | F | 2.0 | 0.10 | C | | | 1.0 | 0.05 |
| | | 42 | F | 16.0 | 0.10 | C | | | 7.8 | 0.05 |
| | E7 | 43 | F | 8.0 | 0.10 | C | | | 3.9 | 0.05 |
| | | 44 | M | 15.0 | 2.00 | C | | | 7.3 | 0.97 |
| | | 45 | M | 11.0 | 8.00 | C | | | 5.3 | 3.88 |

*NFD or NSD = No Fibers Detected or No Structures Detected

 ₁ Screen Measurement

* Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

6423report052605

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MVA Project# | 6423 | | Amt Collected(cm²): | 0 | | Analyst: WH | |
| MVA Sample# | Q1458 | | Amt Prepped(cm²): | N/A | | Date: 9/20/05 | |
| Client I.D.: | Dust 50 | | Filter Area (mm²): | 1256 | | Page: 1 of 1 | |
| Instrument: | Phillips 120 | | Filter Type: | PC | | Comments: 50 | |
| Magnification: | 24,400 | | Openings Analyzed: | 10 | | ASTM Method: D6480 | |
| Acc. Voltage: | 100 KV | | Grid Opening (mm²): | 0.008 | | or D5755 X | |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | I5 | NSD | | | | | | | | |
| | G2 | NSD | | | | | | | | |
| | E4 | NSD | | | | | | | | |
| | C3 | NSD | | | | | | | | |
| | B1 | NSD | | | | | | | | |
| 2 | C1 | NSD | | | | | | | | |
| | B6 | NSD | | | | | | | | |
| | E8 | NSD | | | | | | | | |
| | G10 | NSD | | | | | | | | |
| | I7 | NSD | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

*NFD or NSD = No Fibers Detected or No Structures Detected

On Screen Measurement

** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

6423report092605

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | | |
|---|---|---|---|
| MVA Project# | 6423 | Amt Collected($cm^2$): | 100 |
| MVA Sample# | Q1459 | Amt Prepped($cm^2$): | 1 |
| Client I.D.: | Dust 51 | Filter Area ($mm^2$): | 1256 |
| Instrument: | Philips 120 | Filter Type: | PC |
| Magnification: | 24,400 | Openings Analyzed: | 10 |
| Acc. Voltage: | 100 KV | Grid Opening ($mm^2$): | 0.008 |

Analyst: WH
Date: 9/19/05
Page: 1 of 1
Comments: 1.0
ASTM Method: D6480
or D5755  X

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | J1 | NSD | | | | | | | | |
| | H3 | NSD | | | | | | | | |
| | E4 | NSD | | | | | | | | |
| | C5 | 1 | B | 16.5 | 3.50 | C | C | | 6.8 | 1.43 |
| | A1 | NSD | | | | | | | | |
| 2 | B7 | 2 | C | 3.0 | 0.10 | C | C | | 1.2 | 0.04 |
| | D8 | NSD | | | | | | | | |
| | G4 | 3 | F | 3.2 | 0.10 | C | C | | 1.3 | 0.04 |
| | I1 | NSD | | | | | | | | |
| | J6 | NSD | | | | | | | | |

*NFD or NSD = No Fibers Detected or No Structures Detected

On Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite,  N = Non Asbestos

6423report092605

## MVA SCIENTIFIC CONSULTANTS
## Surface Dust Sample Analysis Sheet

| | | |
|---|---|---|
| MVA Project# | 6423 | |
| MVA Sample# | Q1460 | |
| Client I.D.: | Dust 52 | |
| Instrument: | Philips 120 | |
| Magnification: | 24,400 | |
| Acc. Voltage: | 100 KV | |

| | |
|---|---|
| Amt Collected(cm²): | 100 |
| Amt Prepped(cm²): | 1.0 |
| Filter Area (mm²): | 1256 |
| Filter Type: | PC |
| Openings Analyzed: | 10 |
| Grid Opening (mm²): | 0.008 |

| | |
|---|---|
| Analyst: | WH |
| Date: | 9/19/05 |
| Page: | 1 of 1 |
| Comments: | 1.0 ml |
| ASTM Method: | D5480 |
| or D5755 | X |

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | H9 | 1 | F | 3.0 | 0.10 | C | C | | 1.2 | 0.04 |
| | D4 | 2 | M | 3.5 | 0.10 | C | C | | 1.4 | 0.04 |
| | C1 | NSD | | | | | | | | |
| | B5 | NSD | | | | | | | | |
| | F1 | 3 | F | 1.5 | 0.10 | C | C | | 0.6 | 0.04 |
| 2 | E1 | NSD | | | | | | | | |
| | D7 | 4 | F | 3.5 | 0.10 | C | C | | 1.4 | 0.04 |
| | | 5 | M | 2.1 | 0.10 | C | C | | 0.9 | 0.04 |
| | E9 | 6 | F | 3.6 | 0.10 | C | C | | 1.5 | 0.04 |
| | H10 | NSD | | | | | | | | |
| | I6 | NSD | | | | | | | | |

*NFD or NSD = No Fibers Detected or No Structures Detected

n Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophyllite, TR = Tremolite, N = Non Asbestos

6423report092605

## MVA SCIENTIFIC CONSULTANTS
### Surface Dust Sample Analysis Sheet

| | | | |
|---|---|---|---|
| MVA Project# | 6423 | Amt Collected(cm²): | 100 |
| MVA Sample# | Q1461 | Amt Prepped(cm²): | 1.0 |
| Client I.D.: | Dust 53 | Filter Area (mm²): | 1256 |
| Instrument: | Philips 120 | Filter Type: | PC |
| Magnification: | 24,400 | Openings Analyzed: | 10 |
| Acc. Voltage: | 100 KV | Grid Opening (mm²): | 0.008 |

Analyst: WH
Date: 9/20/05
Page: 1 of 1
Comments: 1.0
ASTM Method: D6480
or D5755  X

| Grid | Opening | Structure Number* | Structure Type | Length** (cm) | Width** (cm) | SAED | EDS | Comments | Length*** (µm) | Width*** (µm) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | H6 | NSD | | | | | | | | |
| | F2 | 1 | B | 2.0 | 0.20 | C | C | | 0.8 | 0.08 |
| | C8 | 2 | F | 1.8 | 0.10 | C | C | | 0.7 | 0.04 |
| | B4 | NSD | | | | | | | | |
| | A1 | NSD | | | | | | | | |
| 2 | A4 | NSD | | | | | | | | |
| | C5 | 3 | M | 12.2 | 0.10 | C | C | | 5.0 | 0.04 |
| | | 4 | B | 3.2 | 0.50 | C | C | | 1.3 | 0.20 |
| | | 5 | M | 12.5 | 0.10 | C | C | | 5.1 | 0.04 |
| | F3 | 6 | F | 16.5 | 0.10 | C | C | | 6.8 | 0.04 |
| | | 7 | F | 3.0 | 0.10 | C | C | | 1.2 | 0.04 |
| | G5 | 8 | M | 28.5 | 0.20 | C | C | | 11.7 | 0.08 |
| | J6 | 9 | F | 5.4 | 0.10 | C | C | | 2.2 | 0.04 |

*NFD or NSD = No Fibers Detected or No Structures Detected

ı Screen Measurement

*** Calculated Actual Measurement (On Screen Measurement X 10,000/Magnification)

Structure Type: B = Bundle, C = Cluster, F = Fiber, M = Matrix

SAED: C = Chrysotile, A = Amphibole

EDS: C = Chrysotile, AM = Amosite, CR = Crocidolite, AC = Actinolite, AN = Anthophylite, TR = Tremolite, N = Non Asbestos

6423report092605

# APPENDIX C

## MVA, INC. LABORATORY REPORT
## FOR DEBRIS SAMPLES

Report of Results: MVA 6423

Arizona Building Dust
Debris Report

Prepared for:

Compass Environmental Inc.
1751 McCollum Parkway
Kennesaw, GA 30144

Respectfully Submitted by:

James R. Millette, Ph.D.
Executive Director

MVA Scientific Consultants
3300 Breckinridge Boulevard
Suite 400
Duluth, GA 30096

21 October 2005



6423report2debris102105

## Report of Results: MVA 6423

### Arizona Building Dust

### INTRODUCTION

This report contains the results of analytical work performed on debris samples received at MVA Scientific Consultants' laboratory on 23 August 2005 via Federal Express. It was requested that MVA Scientific Consultants perform analysis by polarized light microscopy (PLM) for asbestos. The analyses were performed during the period 29 September through 03 October 2005.

### Table 1. Sample Information

| Field Sample # | MVA ID# | Description |
|---|---|---|
| Debris 01 | Q1462 | Civic Plaza: Exhibit Hall A, Column A3, inside column enclosure at base of enclosure, fireproofing debris, tan with visible vermiculite |
| Debris 02 | Q1463 | Civic Plaza: Exhibit Hall A, Column A2, inside column enclosure at base of enclosure, fireproofing debris, tan with visible vermiculite |
| Debris 03 | Q1464 | Civic Plaza: Exhibit Hall A, Column B6, inside column enclosure at base of enclosure, fireproofing debris, tan with visible vermiculite |
| Debris 101 | Q1465 | General Services Building: SW room (Pharmacy), door # 26, acoustical plaster debris on top of two metal file cabinets in office area, tan particles, <1cm in diameter (2mm typically) visible vermiculite in debris |
| Debris 102 | Q1466 | General Services Building: SW room (Pharmacy), door # 26, acoustical plaster debris on blue low nap carpet |
| Debris 103 | Q1467 | General Services Building: SW room (Pharmacy), door # 26, acoustical plaster debris in three pharmaceutical (drug) storage bins |

### METHODS & EQUIPMENT

The material in the debris samples was characterized by stereobinocular microscopy (SBM) and polarized light microscopy (PLM). The PLM analysis was done utilizing an Olympus BH-2 polarized light microscope having a magnification range from 40X to 1000X.

## RESULTS

By light microscopy, Sample 6423Q1462 (Debris 01) is composed of approximately 50% gypsum and limestone, 35% vermiculite, 15% chrysotile asbestos, and trace amounts of cellulose fibers, magnetite and quartz.

By light microscopy, Sample 6423Q1463 (Debris 02) is composed of approximately 50% gypsum and limestone, 35% vermiculite, 15% chrysotile asbestos and trace amounts of synthetic fibers, magnetite, and quartz.

By light microscopy, Sample 6423Q1464 (Debris 03) is composed of approximately 48% gypsum, limestone/precipitated carbonate, 35% vermiculite, 15% chrysotile asbestos, and trace/minor amounts of magnetite and quartz, and trace amounts of asbestiform tremolite/actinolite.

By light microscopy, Sample 6423Q1465 (Debris 101) is composed of approximately 80% vermiculite and possible montmorillonite clay (not confirmed by light microscopy), 10% chrysotile asbestos, 10% gypsum and trace amounts of magnetite and quartz.

By light microscopy, Sample 6423Q1466 (Debris 102) is composed of approximately 65% vermiculite, 15% gypsum, 10% chrysotile asbestos, 10% montmorillonite clay and trace amounts of limestone and magnetite.

By light microscopy, Sample 6423Q1467 (Debris 103) is composed of approximately 65% vermiculite, 15% gypsum, 10% chrysotile asbestos, 10% montmorillonite clay and trace amounts of limestone/precipitated carbonate, magnetite and quartz.

Photographs of representative particles taken with SBM and PLM are shown in Figures 1 through 5.



**Figure 1.** SBM image of sample 6423Q1462 (Debris 01).



**Figure 2.** PLM image of sample 6423Q1462 (Debris 01).