# EXHIBIT E

**OREGON BUILDINGS INSPECTION REPORT**

# OREGON BUILDINGS
# INSPECTION REPORT

Prepared for:

**Mr. Martin Dies**
**Dies & Hile, LLP**
**1601 Rio Grande, Suite 330**
**Austin, TX 78701**

Prepared by:

**William M. Ewing, CIH**
**Compass Environmental, Inc.**
**1751 McCollum Parkway**
**Kennesaw, Georgia 20144**

**January 11, 2007**

OREGON BUILDINGS
INSPECTION REPORT

**January 11, 2007**

## INTRODUCTION

Mr. Martin Dies retained Compass Environmental, Inc. to inspect and assess certain asbestos-containing materials (ACM) in Oregon. The ACM included acoustical plaster, and fireproofing at issue in litigation between the building owners and a former asbestos product manufacturer, W.R. Grace & Co. The building inspections were conducted by William M. Ewing, CIH and Christopher DePasquale, CIH on September 11-14, 2006. Table 1 lists the buildings inspected and the samples described in this report were collected.

**Table 1. Oregon Buildings**

| Building Name and Description | ACM at Issue |
|---|---|
| Portland State University – Cramer Hall | Fireproofing and acoustical plaster |
| Portland State University – Neuberger Hall | Fireproofing and acoustical plaster |
| Portland State University – Smith Memorial Student Union | Fireproofing |
| Portland State University – University Center | Fireproofing |
| Portland State University – HPE Stott Building | Fireproofing |
| Portland State University – Professional Schools Building | None |
| University of Oregon – Computing Center | Fireproofing |
| University of Oregon – Oregon Hall | Fireproofing and acoustical plaster |
| University of Oregon – Gerlinger Annex | Fireproofing |

## METHODS AND PROCEDURES

The building inspection process began with reviewing the asbestos material locations and building floor plans. The purpose of this review was to learn the ACM material location, ownership, age, size, use and occupancy.

The physical building inspection was conducted by trained building inspectors accredited pursuant to the requirements of the U.S. Environmental Protection Agency (EPA) Asbestos Hazard Emergency Response Act (AHERA) regulations.[1] A representative of the facility accompanied the inspectors to provide access to the buildings.

For buildings smaller than 75,000 $ft^2$ or five stories, all areas containing the previously identified ACM at issue were generally inspected. For larger buildings, or groups of identical buildings, repeating functional areas were determined. Examples of functional areas include offices, meeting rooms, and corridors. At least ten percent of the repeating

---

[1] Code of Federal Regulations, Title 40, Part 763, Subpart E, Appendix C.

functional areas, or a minimum of five units were randomly selected for inspection.[2] Where possible, an unoccupied space was substituted to minimize disruption to the building occupants.

Standard surface dust samples were collected and analyzed following ASTM method D5755, "Standard Test Method for Microvacuum Sampling and Indirect Analysis of Dust by Transmission Electron Microscopy for Asbestos Structure Number Concentrations."[3] A known surface area, usually 100 cm$^2$, was vacuumed to collect dust into a standard filter membrane cassette. All samples were collected using 25 mm dust sampling cassettes (Zefon International, Inc., 5350 1st Lane, Ocala, FL 34474, catalogue # Z045CC) with a sampling pump calibrated at 2.0 liters per minute (Mine Safety Appliance Co., Pittsburgh, PA Ultralite$^{TM}$ model).

Additional samples of dust and debris were collected to further characterize surface deposits. Six additional dust samples were collected by scooping dust from a measured surface area (typically 200 cm$^2$) into a clear plastic container. The container was sealed with vinyl tape, labeled, and submitted for analysis. Seven additional dust samples were collected according to section 6.3.2 of ASTM method D6602. This method uses clear plastic tape to remove dust from a surface. The tape is placed on a labeled clean glass microscope slide. The tape slides were placed in a plastic slide container to prevent breakage and submitted to the laboratory for analyses. Analyses of these additional dust samples were pending at the time this report was prepared. Fourteen debris samples were collected from surfaces and placed in labeled plastic containers. Debris is defined as pieces larger than 1 mm in diameter having the same color and texture as the asbestos-containing source material. One bulk sample of ceiling tile was collected and placed in a labeled plastic container. Debris samples and the bulk sample were submitted for analyses. One passive dust sample (Comp 18) was also retrieved from the University of Oregon Computing Center and submitted for analysis.

Sampling locations were photographed and sampling information recorded on sampling data forms. This information documented sample location, surface description, sample number, and area sampled. A chain-of-custody form was completed for each batch of samples. Samples were analyzed by Materials Analytical Services, Inc. of Suwanee, GA under the direction of William E. Longo, Ph.D.

The sampling plan was developed by William M. Ewing, CIH and prescribed the following guidelines.

1. In buildings with spray-applied structural fireproofing, collect at least three dust samples. Three samples will be collected above ceilings where fireproofing exists and three samples below fireproofing if no ceiling exists. The number of samples

---

[2] This procedure was drawn from the procedure developed by the City of New York Department of Environmental Protection. See "Final Report, Assessment of the Public's Risk of Exposure to In-Place Asbestos," December 1, 1988, p. 2 – 27.

[3] ASTM, "Standard Test Method for Microvacuum Sampling and Indirect Analysis of Dust by Transmission Electron Microscopy for Asbestos Structure Number Concentrations," Method D 5755-03, ASTM, 100 Barr Harbor Drive, West Conshohocken, PA 19428, June 2003.

should be increased to at least one per floor for multi-story buildings. Debris samples may be collected in addition to, or in lieu of dust samples.

2. In buildings with acoustical plaster, collect at least three samples from surfaces below the plaster, high above the floor, having a visual accumulation of dust. The number of samples should be increased to at least one per floor for multi-story buildings. Debris samples may be collected in addition to, or in lieu of dust samples.

3. Additional bulk dust samples and tape lift dust samples may be collected to further characterize the dust deposits.

4. Surface dust samples following ASTM method D 5755 shall be collected from one building in the Portland, OR area that is at least 10 years old and not believed to have asbestos-containing materials used in its construction.

For each asbestos-containing material at issue the inspector determined if it was friable. A material is considered friable if it can be crumbled, pulverized, or reduced to powder by hand pressure, when dry. Materials found to be friable were assessed following the procedure described by the U.S. EPA.[4] In this procedure a trained inspector considers the location and amount of material, type of damage (e.g., flaking, blistering, water damage, or other signs of physical damage), severity of damage, extent or spread of damage, accessibility of the material, potential for disturbance, causes of damage (e.g., air erosion, vandalism, vibration, water), and preventive measures which might eliminate the reasonable likelihood of undamaged ACM from becoming significantly damaged.

The inspector places each friable material into an assessment category based on its current assessed damage, or its potential for future damage. The possible assessment categories include the following.

1. Significantly damaged friable surfacing ACM

2. Damaged friable surfacing ACM

3. Damaged or significantly damaged friable TSI (Thermal System Insulation)

4. Damaged or significantly damaged friable miscellaneous ACM

5. Asbestos-containing building material (ACBM) with potential for significant damage

6. ACBM with potential for damage

7. Other friable ACBM

Damaged or significantly damaged friable ACM in buildings have released asbestos in the past and will release asbestos in the future unless interventions are taken. The State of

---

[4] Code of Federal Regulations, Title 40, Part 763, Subpart E, 763.88 (Assessment).

3

Oregon requires periodic inspection of asbestos-containing materials in buildings.[5] This regulation requires asbestos which has become damaged or deteriorated be repaired, enclosed, encapsulated, or removed. Under the EPA AHERA regulations these interventions are collectively termed abatement or response actions. In concert with engineering interventions, administrative controls must be implemented to further reduce the exposure hazard. These controls usually include notification, training, special work practices, cleaning procedures, respiratory protection, protective clothing, and other elements that make up what is termed an Operations and Maintenance Program. All of these actions are triggered by the visual assessment of the material by a trained accredited inspector. The role of dust sampling and air sampling are entirely secondary in this process, and as described more fully in my report of December 7, 2005 may be used as additional assessment tools.[6] I intend to testify regarding the matters in that report, this report, and my report summarizing my work on Arizona buildings (previously submitted), as well as applicable federal, state and local regulations concerning asbestos in buildings.

## SUMMARY OF FINDINGS

### Portland State University – Cramer Hall

Cramer Hall at Portland State University was inspected on September 11, 2006 from 9:10 AM – 4:15 PM. Spray-applied fireproofing reported to be W.R. Grace & Co. Mono-kote (MK-3) is located on structural steel of the building's southwest quadrant and the northeast quadrant in the basement and floors 1 – 4. This fireproofing is also located in the southwest quadrant of the fifth floor. The southwest and northeast quadrants of this building were reportedly constructed in 1970. Acoustical plaster reported to be Audicote over Zonocoustic is present in portions of the northeast quadrant of the basement, the northeast and southwest quadrants of floors 1 – 3, and the southwest quadrant of the fourth floor.[7]

The fireproofing was observed on columns, beams, and overspray on the flat concrete deck. Fireproofing debris was noted on some surfaces below the in-place material. The fireproofing is friable. The fireproofing was assessed as damaged friable surfacing ACM. The acoustical plaster was assessed as ACBM with potential for damage. Photographs of the fireproofing and acoustical plaster are found in Appendix A. Seven samples of surface dust were collected by ASTM D 5755 beneath the fireproofing and five samples from beneath the acoustical plaster. The results are summarized in Tables 2 and 3. The laboratory results are found at Appendix B. Debris samples collected in Cramer Hall are summarized in Tables 4 and 5, with laboratory results in Appendix C.

---

[5] Oregon Administrative Rules, Chapter 437 – Department of Consumer and Business Services; Oregon-initiated Rule for Asbestos, 437-002-0368 *Deterioration*.

[6] Ewing, W.M., "Application and Use of Dust Sampling for Asbestos," Report dated December 7, 2005.

[7] Construction Inspectors, Inc., report "Revised Survey of Asbestos-Containing Surface Treatment Materials, Portland State University, Cramer Hall," August 30, 2006.

4

**TABLE 2. Portland State University, Cramer Hall – Dust Sample Results from Beneath Fireproofing**

| Sample Number | Sample Location/Description | Photograph Number | Results $(s/cm^2)$ |
|---|---|---|---|
| PSU-CR-01 | 4th floor, room 494, from top of suspended light fixture, metal 100 $cm^2$ | 11 12:03 | 690,000 |
| PSU-CR-02 | 4th floor, room 418, from top of suspended light fixture, metal 100 $cm^2$ | 11 12:23 | 2,500,000 |
| PSU-CR-03 | 2nd floor, above suspended ceiling in corridor outside room 241, from paper surface on gypsum board 100 $cm^2$ | 11 13:13 | 310,000 |
| PSU-CR-04 | 1st floor, room 194, above ceiling from top of suspended light fixture, metal 100 $cm^2$ | 11 13:52 | 2,500,000 |
| PSU-CR-05 | 2nd floor, room 263, above ceiling from top of suspended light fixture, metal 100 $cm^2$ | No Photo | 3,000,000 |
| PSU-CR-06 | Basement, corridor outside room 17, above suspended ceiling, from top of metal water sprinkler pipe, 100 $cm^2$ | 11 16:02 | 7,900,000 |
| PSU-CR-07 | Basement, room 43, above suspended ceiling, from top of suspended light fixture, metal 100 $cm^2$ | 11 16:21 | 210,000 |
| PSU-CR-08 | Blank | NA | 0 |

**TABLE 3. Portland State University, Cramer Hall – Dust Sample Results from Beneath Acoustical Plaster**

| Sample Number | Sample Location/Description | Photograph Number | Results $(s/cm^2)$ |
|---|---|---|---|
| PSU-CR-09 | Basement, room 17E, faculty lab, from top of light fixture on top of laboratory hood, metal 100 $cm^2$ | 11 16:39 | 71,000 |
| PSU-CR-10 | 1st floor, room 141R, from top of metal book shelf, 100 $cm^2$ | 11 17:13 | 1,000 |
| PSU-CR-11 | 2nd floor, room 241-L, from top of wood shelving on exterior wall, polished wood 100 $cm^2$ | 11 17:26 11 17:28 | 22,000 |
| PSU-CR-12 | 3rd floor from top of door frame to room 317-L, painted metal 100 $cm^2$ | 11 17:43 | 23,000 |
| PSU-CR-13 | 4th floor from top of metal bookcase in room 441R, metal 100 $cm^2$ | 11 17:53 | 62,000 |

**TABLE 4. Portland State University, Cramer Hall – Debris Sample Results From Beneath Fireproofing**

*Samples under Fireproofing, Cramer Hall*

| Sample Number | Sample Location/Description | Photograph Number | Results |
|---|---|---|---|
| Debris-01 | 4th floor, room 494, from top of suspended ceiling tile, 3 cm diameter fireproofing debris, with visible vermiculite | 11 11:55 | 12% chrysotile 35% vermiculite 53% binder |
| Debris-02 | 2nd floor, corridor outside room 241, from top of wallboard above suspended ceiling, 3 pieces of fireproofing debris, 2-3 cm in diameter | 11 13:05 | 12% chrysotile 35% vermiculite 53% binder |
| Debris-03 | Basement, corridor outside room 17, above ceiling, 15 to 20 pieces of fireproofing debris, approximately 0.5 cm in diameter | 11 15:55 | 12% chrysotile 35% vermiculite 53% binder |

**TABLE 5. Portland State University, Cramer Hall – Debris Sample Results From Beneath Acoustical Plaster**

| Sample Number | Sample Location/Description | Photograph Number | Results |
|---|---|---|---|
| Debris-04 | 2nd floor, room 241-L, from top of wood shelving on exterior wall (on top of newspapers), approximately twenty 10 millimeter diameter particles | No Photo | Two Materials present. 10% chrysotile & trace of trem./actin. with perlite & binder in one material. The second material is 60% sand in a binder |

**Portland State University – Neuberger Hall**

Neuberger Hall was reported to contain W.R. Grace & Co. MK-3 fireproofing in the east half of the basement level constructed in 1966.[8] There is acoustical plaster previously identified as W.R. Grace & Co. Zonocoustic located in the stairwells of the western side of the building constructed in 1960. The building was inspected on September 12, 2006. The fireproofing is spray-applied to beams, columns and nearly complete coverage of the corrugated metal deck. There is visible fireproofing debris on surfaces beneath the beams and deck. Three samples of dust were collected from surfaces below the fireproofing. The dust sample results are summarized in Table 6. The debris sample result is found in Table 7. The laboratory analyses are contained in Appendices B and C.

---

[8] Construction Inspectors, Inc., report "Revised Survey of Asbestos-Containing Surface Treatment Materials, Portland State University, Neuberger Hall," September 6, 2006.

**Table 6. Neuberger Hall, Portland State University, Dust Sample Results from Beneath Fireproofing**

| Sample Number | Sample Location/Description | Photograph Number | Results (s/cm$^2$) |
|---|---|---|---|
| PSU-NB-02 | Basement, room 26, from top of metal light fixture above ceiling, metal 100 cm$^2$ | 12 15:47 | 2,000,000 |
| PSU-NB-03 | Basement, room 54, from top of metal light fixture above ceiling, metal 100 cm$^2$ | 12 16:23 | 1,800,000 |
| PSU-NB-04 | Basement, corridor outside room 10C, above ceiling from top of metal light fixture, metal 100 cm$^2$ | 12 16:38 | 7,800,000 |

**Table 7. Portland State University, Neuberger Hall – Debris Sample From Beneath Fireproofing**

| Sample Number | Sample Location/Description | Photograph Number | Results |
|---|---|---|---|
| Debris-12 | Basement, room 26, above ceiling from top of VAV box, numerous 4 to 5 cm diameter pieces | 12 15:42 | 10% chrysotile 36% vermiculite 54% binder |

The acoustical plaster in the stairwells appeared to have been repeatedly painted. The only horizontal surfaces available in the stairwells were the floors which are cleaned regularly. The frequent cleaning prevents the accumulation of dust, and the painted surfaces of the acoustical plaster prevents the fiber release until such time as it is disturbed. The fireproofing was assessed as damaged friable surfacing ACM. The acoustical plaster was assessed as ACBM with potential for damage.

**Portland State University – Smith Memorial Student Union**

Portions of this building were inspected on September 12, 2006. There is spray-applied fireproofing reported to be W.R. Grace & Co. MK-3 applied to beams and columns with overspray on corrugated metal decking located in the second addition to the building.[9] Much of the fireproofing has been removed from the building through small abatement projects. The fireproofing on the 5th floor (roof level) penthouse is located in a supply air plenum for the building.

Three surface dust samples were collected from light fixtures in the suspended ceiling system and analyzed for asbestos. These light fixtures were reported to have been installed during the late 1990s by Mr. Chuck Cooper, the Asbestos Coordinator at Portland State University. Accordingly, the results summarized in Table 8 represent an accumulation of asbestos in dust beneath the fireproofing during the past 6-10 years. Table 9 summarizes the result of a debris sample collected in the building. The fireproofing was assessed as damaged friable surfacing ACM.

---

[9] Construction Inspectors, Inc., report "Revised Survey of Asbestos-Containing Surface Treatment Materials, Portland State University, Smith Memorial Center," August 30, 2006.

**Table 8. Portland State University, Smith Memorial Student Union - Dust Sample Results from Beneath Fireproofing**

| Sample Number | Sample Location/Description | Photograph Number | Results (s/cm²) |
|---|---|---|---|
| PSU-SMS-01 | Basement, room 26, from top of 2'x 2' suspended metal light fixture above ceiling near center of room, metal 100 cm² | 12 18:09 | 540,000 |
| PSU-SMS-02 | Basement, room 26, from top of 2'x 2' suspended metal light fixture above ceiling, west end of room, metal 100 cm² | 12 18:20A | 75,000 |
| PSU-SMS-03 | Basement, room 26, from top of 2'x 2' suspended metal light fixture above ceiling, southwest corner of room, metal 100 cm² | 12 18:26 | 150,000 |

**Table 9. Portland State University, Smith Memorial Student Union - Debris Sample From Beneath Fireproofing**

| Sample Number | Sample Location/Description | Photograph Number | Results |
|---|---|---|---|
| Debris-13 | Basement, room 26, from top of ceiling tile above ceiling, several 0.5 to 2 cm diameter pieces of debris | 12 18:03 | 12% chrysotile 36% vermiculite 52% binder |

**Portland State University – University Center Building (UCB)**

The University Center Building was inspected on September 12, 2006. The building has asbestos-containing fireproofing located on the east side of the second and third floors, and the entire fourth floor.[10] Fireproofing debris was noted on the tops of ceiling tiles and some light fixtures. This debris is evident in lines below the beams coated with fireproofing. Building records indicated a portion of the fourth floor was encapsulated (corner area), however, this was not located or observed. On the fourth floor there are batts of fiberglass installed on the corrugated metal decking that conceals fireproofing overspray (see photograph 12 11:08, Appendix A). Three surface dust samples were collected from metal ductwork and a light fixture beneath the fireproofing. The results are summarized in Table 10. The results of two debris samples are summarized in Table 11. The laboratory results for these samples are found in appendices B and C, respectively.

---

[10] Construction Inspectors, Inc., report "Revised Survey of Asbestos-Containing Surface Treatment Materials, Portland State University, University Center Building (UCB)," March 7, 2005.

8

**Table 10. Portland State University, University Center Building (UCB) - Dust Sample Results from Beneath Fireproofing**

| Sample Number | Sample Location/Description | Photograph Number | Results (s/cm²) |
|---|---|---|---|
| PSU-UCB-01 | 4th floor, room 465N, from top of metal ductwork along north wall, metal 100 cm² | 12 11:07 | 170,000 |
| PSU-UCB-02 | 4th floor, room 401M, from top of gypsum enclosed light fixture, from paper backing of gypsum board 100 cm² | 12 11:27 | 29,000,000 |
| PSU-UCB-03 | 3rd floor, room 308-U, from top of metal air duct, metal 100 cm² | 12 11:56 | 590,000 |
| PSU-UCB-04 | Blank | NA | 0 |

**Table 11. Portland State University, University Center Building (UCB) - Debris Sample Results from Beneath Fireproofing**

| Sample Number | Sample Location/Description | Photograph Number | Results |
|---|---|---|---|
| Debris-10 | 4th floor, room 465N, collected above ceiling from top of ceiling tile, below fireproofing, 2x2 cm piece and six to eight 3-4 mm diameter pieces | 12 10:55 | 8% chrysotile 33% synthetic 15% vermiculite 44% binder |
| Debris-11 | 3rd floor, room 308-U, from top of ceiling tile in northeast corner of room, two 1 cm pieces with visible vermiculite | 12 11:44 | 12% chrysotile 35% vermiculite 53% binder |

The results of dust sampling suggest a higher concentration in one area sampled on the fourth floor, or that the asbestos concentrations are higher on the light fixtures than that found on the metal air ducts. While additional sampling and analyses would likely conclusively answer these questions, it appears likely the two samples taken from the metal air ducts are significantly lower than the light fixture sample since these air ducts were reportedly wiped clean in May 2002.[11] Accordingly, the samples collected from the metal air ducts represent an accumulation of 4 years. The fireproofing was assessed as damaged friable surfacing ACM.

**Portland State University – HPE Stott Building**

The HPE (Health & Physical Education) Stott Building was reported constructed in 1966. Spray-applied fireproofing was observed in the penthouse mechanical room 301. This room houses heating, ventilation and air conditioning equipment, as well as other mechanical equipment. The fireproofing remains on the beams, corrugated metal roof deck, and at the upper portion of the south wall. The fireproofing was removed from the lower 4 feet of the south wall. The remaining in-place fireproofing was encapsulated at

---

[11] Supplemental Information Regarding Portland State University Center Building, Claim No. 5684, In re: W.R. Grace & Co., et al., Debtors, United States Bankruptcy Court for the District of Delaware, Case No. 01-01139 (JFK), March 2005.

the time of the abatement project. Fireproofing debris was noted on the floor of this room that according to Mr. Chuck Cooper was present at these locations prior to the abatement and encapsulation project. Three samples of the debris were collected and submitted for analyses. The results of these samples are summarized in Table 12.

**Table 12. Portland State University, HPE Stott Building - Debris Sample Results**

| Sample Number | Sample Location/Description | Photograph Number | Result |
|---|---|---|---|
| Debris-06 | Room 301, roof mechanical equipment room, from concrete floor under fan unit #6 (SF #6), two 1 centimeter diameter debris pieces | 11 19:55 | 12% chrysotile 35% vermiculite 53% binder |
| Debris-07 | Room 301, roof mechanical equipment room, from top of metal duct near fan unit #5 (SF #5), one 0.5 cm diameter and one 1 cm diameter piece of debris below fireproofing | No Photo | 12% chrysotile 35% vermiculite 53% binder |
| Deris-08 | Room 301, roof mechanical equipment room, south wall, east end at base of wall, several one to four cm diameter pieces | 11 19:57 | 12% chrysotile 35% vermiculite 53% binder |

**Portland State University – Professional Schools Building**

Mr. Chuck Cooper was asked by Mr. Ewing to recommend an additional building on the Portland State University campus not know to contain asbestos products in which surface dust samples could be collected as a control building. Mr. Cooper suggested the Professional Schools Building located in the same part of campus as Cramer, Smith Memorial, and Neuberger Halls. The building was inspected on September 12, 2006. The six-story building houses classrooms, offices, and laboratories. The building was constructed in two phases between 1979 and 1989. One sample was collected from the top of a light fixture above the suspended ceiling on each floor. One blank sample was also collected. One bulk sample of the ceiling tile was also collected and submitted for analysis. No asbestos was detected in the ceiling tile sample. The results of this sample are included in Appendix C. The results of the dust sample analyses are summarized in Table 13. No asbestos structures were detected in any of the samples or the blank. These results demonstrate there is not a significant background level of asbestos in settled dust in buildings without asbestos products, and rebuts the argument put forth by Grace expert Mr. Roger Morse that the surface dust findings in buildings with friable surfacing materials, such as Mono-kote fireproofing, may be due to ambient asbestos fibers infiltrating the building and depositing on surfaces.[12]

---

[12] Morse, R.G., "Rebuttal Report of Roger G. Morse AIA On Expert Report of William E. Longo, Ph.D., Prepared on Behalf of the Property Damage Asbestos Claimants Represented by the Law Firm of Dies & Hile, LLC, dated October 25, 2006," November 14, 2006.

**Table 13. Portland State University, Professional Schools Building – Dust Sampling Results from Building with No Known Asbestos Products**

| Sample Number | Sample Location/Description | Photograph Number | Results (s/cm$^2$) |
|---|---|---|---|
| PSU-PSB-01 | 6th floor, room 671, top of light fixture above ceiling, metal 100 cm$^2$ | 12 12:54 | 0 |
| PSU-PSB-02 | 5th floor, room 595, from top of light fixture above ceiling, metal 100 cm$^2$ | 12 13:04 | 0 |
| PSU-PSB-03 | 4th floor, room 467, from top of light fixture above ceiling, metal 100 cm$^2$ | 12 13:13 | 0 |
| PSU-PSB-04 | 3rd floor, room 374, form top of light fixture above ceiling, metal 100 cm$^2$ | 12 13:27 | 0 |
| PSU-PSB-05 | 2nd floor, room 260-G, from top of light fixture above ceiling, metal 100 cm$^2$ | 12 13:37 | 0 |
| PSU-PSB-06 | 1st floor, men's room across from room 127, from top of 2' x 2' light fixture above ceiling. metal 100 cm$^2$ | 12 13:47 | 0 |
| PSU-PSB-07 | Blank | NA | 0 |

**University of Oregon – Gerlinger Annex**

The third floor of Gerlinger Annex was inspected on September 13, 2006. A portion of this floor has spray-applied asbestos-containing MK-3 fireproofing manufacturered by W.R. Grace & Co.[13] The fireproofing is applied to beams with overspray on the corrugated metal deck. Fireproofing debris is visible on surfaces below the fireproofing. Three surface dust samples were collected from light fixtures in the suspended ceiling system and analyzed for asbestos. The results are summarized in Table 14. The results of one debris sample collected in Gerlinger Annex are summarized in Table 15. The fireproofing was assessed as damaged friable surfacing ACM.

**Table 14. University of Oregon, Gerlinger Annex – Dust Sample Results from Beneath Fireproofing**

| Sample Number | Sample Location/Description | Photograph Number | Results (s/cm$^2$) |
|---|---|---|---|
| UO-GA-01 | 3rd floor, corridor outside room 362, above ceiling from top of metal light fixture, metal 100 cm$^2$ | 13 14:29 | 8,600 |
| UO-GA-02 | 3rd floor, corridor outside room 367, above ceiling from top of metal light fixture, metal 100 cm$^2$ | 13 14:41 | 41,000 |
| UO-GA-03 | 3rd floor, in corridor outside room 350, above ceiling from top of metal light fixture, metal 100 cm$^2$ | 13 14:52 | 58,000 |

---

[13] Construction Inspectors, Inc., report "Survey of Asbestos-Containing Surface Treatment Materials, University of Oregon, Gerlinger Annex," September 5, 2006.

11

**Table 15. University of Oregon, Gerlinger Annex - Debris Sample Result from Beneath Fireproofing**

| Sample Number | Sample Location/Description | Photograph Number | Results |
|---|---|---|---|
| Debris-20 | 3rd floor, above ceiling outside room 362, from top of ceiling tile below beam, 2 pieces of debris one to three cm in diameter | 13 14:20 | 12% chrysotile 36% vermiculite 52% binder |

**University of Oregon – Oregon Hall**

Oregon Hall was inspected on September 13, 2006. This building has fireproofing in one portion of the second floor and acoustical plaster in another portion of the second floor. The fireproofing is located above a suspended ceiling system that according to Mr. Ken Peters (University of Oregon Facility Services) was recently replaced. Although a new ceiling system, fireproofing debris was observed on these horizontal surfaces. Three surface dust samples were collected from light fixtures in the suspended ceiling system and analyzed for asbestos. Three dust samples were also collected from surfaces below the acoustical plaster on the second floor. The results are summarized in Table 16. The fireproofing was assessed as damaged friable surfacing ACM. The acoustical plaster was assessed as friable surfacing with a potential for damage.[14] One debris sample was collected from beneath the fireproofing of Oregon Hall. The results of this debris sample is summarized in Table 17.

**Table 16. University of Oregon, Oregon Hall - Results of Dust Samples**

*Samples under Fireproofing, Oregon Hall*

| Sample Number | Sample Location/Description | Photograph Number | Results (s/cm$^2$) |
|---|---|---|---|
| UO-OH-04 | 2nd floor, room 256, from top of metal light fixture above ceiling on west side of room 256, metal 100 cm$^2$ | 13 19:13 | 88,000 |
| UO-OH-05 | 2nd floor, room 256, from top of metal light fixture above ceiling in center of room 256, metal 100 cm$^2$ | 13 19:24 | 29,000,000 |
| UO-OH-06 | 2nd floor, room 256, from top of metal light fixture above ceiling on east side of room 256, metal 100 cm$^2$ | 13 19:30 | 100,000 |
| UO-OH-07 | Blank | NA | 0 |

---

[14] Note: Another accredited inspector may assess this material as damaged friable surfacing due to the presence of acoustical plaster debris and physical damage (approximately 1%).

*Samples under Acoustical Plaster, Oregon Hall*

| Sample Number | Sample Location/Description | Photograph Number | Results (s/cm$^2$) |
|---|---|---|---|
| UO-OH-01 | 2nd floor, room L-201, from south side of metal ledge on top of door frame on east end of room, metal 100 cm$^2$ | 13 18:22 | 120,000 |
| UO-OH-02 | 2nd floor, room L-201, from south side of metal ledge on top of door frame on west end of room, approximately 16" below ceiling, metal 100 cm$^2$ | 13 18:36 | 660,000 |
| UO-OH-03 | 2nd floor, room L-201, from north side of metal ledge on top of door frame on west end of room, approximately 16" below ceiling, metal 100 cm$^2$ | 13 18:39 | 280,000 |

**Table 17. University of Oregon, Oregon Hall – Results of Debris Sample**

| Sample Number | Sample Location/Description | Photograph Number | Result |
|---|---|---|---|
| Debris-22 | 2nd floor, from top of ceiling tile on west side of room 256, one piece of debris, approximately 2 cm diameter | 13 19:09 | 12% chrysotile 36% vermiculite 52% binder |

**University of Oregon – Computing Center**

The Computing Center was inspected on September 13, 2006. Asbestos-containing fireproofing reportedly manufactured by W.R. Grace & Co. is located on beams, columns, and as overspray on the deck.[15] Overspray is also present on hangers and metal ductwork. Fireproofing debris is present on surfaces around the perimeter of the computer room of the first floor. Debris was not noted on surfaces below the fireproofing in the computer room itself. The fireproofing above the suspended ceiling in the computer room was assessed as friable surfacing ACM with the potential for damage. The fireproofing located around the perimeter was assessed as damaged friable surfacing ACM. Three surface dust samples were collected from surfaces beneath the fireproofing and analyzed for asbestos. These results are summarized in Table 18. One debris sample was also collected from beneath the fireproofing in this building. The results of this sample is summarized in Table 19.

**Table 18. University of Oregon, Computing Center - Dust Sample Results from Beneath Fireproofing**

| Sample Number | Sample Location/Description | Photograph Number | Results (s/cm$^2$) |
|---|---|---|---|
| UO-CC-01 | 1st floor, corridor outside room 193, from top of light fixture above ceiling, metal 100 cm$^2$ | 13 16:30 | 4,100,000 |
| UO-CC-02* | 1st floor, room 180, south end of room, from top of light fixture above ceiling, metal 100 | No Photo | 400,000 |

---

[15] Construction Inspectors, Inc., report "Survey of Asbestos-Containing Surface Treatment Materials, University of Oregon, Computing Center," September 6, 2006.

13

| | cm$^2$ | | |
|---|---|---|---|
| UO-CC-03* | 1st floor, room 180, north end of room, from top of light fixture above ceiling, metal 100 cm$^2$ | 13 17:24 | 43,000 |
| UO-CC-04 | Blank | NA | 0 |

* Barely visible dust at these locations.

**Table 19. University of Oregon, Computing Center - Debris Sample Results from Beneath Fireproofing**

| Sample Number | Sample Location/Description | Photograph Number | Result |
|---|---|---|---|
| Debris-21 | 1st floor, from top of ceiling in corridor outside room 193, numerous pieces of debris one to four cm in diameter | 13 16:25A | 12% chrysotile 36% vermiculite 52% binder |

In addition to the samples collected and discussed above, two passive dust samplers were located above the suspended ceiling of the first floor. At the request of our University escort, Mr. Ken Peters, one of these samples were retrieved, capped, and sent to the MAS laboratory for analysis. The results are summarized in Table 20. The laboratory report is found in Appendix C. The passive dust sampler collects dust that settles into the plastic container. Not knowing how long the passive sampler had been in place, it is not possible to determine a rate of accumulation for the asbestos structures found.

**Table 20. Computing Center, University of Oregon, Computing Center – Passive Dust Sampler Result**

| Sample Number | Sample Location/Description | Photograph Number | Results (s/cm$^2$) |
|---|---|---|---|
| COMP-18 | 1st floor, corridor outside room 193, RJ Lee Group, Inc. passive dust sampler above ceiling | 13 16:25B | 10,880,000 |

This report prepared by _William M. Ewing_
William M. Ewing, CIH

14

# APPENDIX A

# PHOTOGRAPHS AND PHOTOGRAPH LOGS FOR BUILDING INSPECTIONS

### STATE OF OREGON
### PHOTOGRAPH LOG
### SEPTEMBER 2006

**Portland State University (PSU): Cramer Hall**
**Date: September 11, 1006**

| Photo Number | Sample Number | Photograph Description |
|---|---|---|
| 11 11:40 | | View of FP on beam, with debris below, 5th floor corridor, outside room 587. |
| 11 11:41 | | View of FP above suspended ceiling in 5th floor corridor, outside room 589. |
| 11 11:43 | | View of encapsulated column, 5th floor, room 586. |
| 11 11:55 | Debris-01 | View of debris on top of ceiling tile in room 494, 4th floor. |
| 11 12:00 | | View of FP on bottom of beam with FG insulated duct work on either side, 4th floor, room 494. |
| 11 12:03 | PSU-CR-01 | View of dust sample location from top of suspended light fixture, room 494, 4th floor. |
| 11 12:17 | | View of FP above suspended ceiling 4th floor, room 418. |
| 11 12:18 | | View of FP above suspended ceiling 4th floor, room 418 (different view). |
| 11 12:23 | PSU-CR-02 | View of dust sample location from top of suspended light fixtures, room 418, 4th floor. |
| 11 12:43 | | View of cables above suspended ceiling in corridor, outside room 313, 3rd floor. |
| 11 13:02 | | View of FP above suspended ceiling in corridor, outside room 241, 2nd floor. |
| 11 13:04 | | View of FP above suspended ceiling in corridor, outside room 241, 2nd floor. |
| 11 13:05 | Debris -02 | View of debris sample on top of sheetrock above suspended ceiling in corridor, outside room 241, 2nd floor. |
| 11 13:12 | PSU-CR-03 | View of dust sample location above suspended ceiling in corridor, outside room 241, 2nd floor. |
| 11 13:20 | | View of room 269 (2nd floor), classroom with 1'x1' spline ceiling. |
| 11 13:52 | PSU-CR-04 | View of dust sample location from top of light fixture in room 194, 1st floor. |
| 11 13:53 | | View of FP on beam above ceiling in room 194, 1st floor. |
| 11 14:17 | | View of FP on beam and column above ceiling in room 263, 2nd floor. |
| 11 15:39 | | View of cables above suspended ceiling in corridor, outside room 113, 1st floor. |
| 11 15:40 | | View of FP above room 113 on beams with overspray on flat concrete deck (1st floor). |
| 11 15:55 | Debris-03 | View of debris on top of suspended ceiling in corridor outside room 17, basement. |

**Portland State University (PSU): Cramer Hall (cont.)**
**Date: September 11, 1006**

| Photo Number | Sample Number | Photograph Description |
|---|---|---|
| 11 15:56 | | View of FP on beam with damage (water) above ceiling in corridor outside room 17, basement. |
| 11 16:02 | PSU-CR-06 | View of dust sample location on metal water pipe above ceiling in corridor, outside room 17, basement. |
| 11 16:03 | | View of demising wall going to FP beam, (same location as above). |
| 11 16:17 | | View of FP above suspended ceiling basement, room 43. |
| 11 16:21 | PSU-CR-07 | View of dust sample location, from top of light fixture above ceiling, room 43, basement |
| 11 16:22 | | View of FP and air ducts above ceiling in room 43, basement. |
| 11 16:39 | PSU-CR-09 | View of sample location from top of light fixture on top of lab hood, room 17E, basement. |
| 11 16:40 | | View of AP at supply air diffuser in room 17E, basement. |
| 11 17:13 | PSU-CR-10 | View of sample location from top of metal book case, room 141R, 1st floor. |
| 11 17:14 | | View of AP above metal book case where sample was collected in room 141R. |
| 11 17:26 | PSU-CR-11 | View of dust sample location on top of wood shelving below AP, room 241-L, 2nd floor. |
| 11 17:28 | PSU-CR-11 | View of polished wood shelf where sample was collected and AP above, room 241-L. |
| 11 17:43 | PSU-CR-12 | View of dust sample location from top of metal door frame to room 317-L (3rd floor). |
| 11 17:44 | | View of AP with recessed can light fixtures in hall outside room 317-J. |
| 11 17:53 | PSU-CR-13 | View of dust sample locations on top of metal book case in room 441-R. |
| 11 17:54 | | View of AP above metal book case where sample was collected in room 441-R. |

**Portland State University (PSU): Neuberger Hall**
**Date: September 11, 1006**

| Photo Number | Sample Number | Photograph Description |
|---|---|---|
| 11 18:37 | Debris-05 | View of debris above suspended ceiling in men's room, room 397 (3rd floor). |
| 11 18:38 | | FP on beam, room 397, with overspray on air duct |
| 11 18:44 | PSU-NB-01 | View of dust sample location from return air duct above ceiling in men's room (room 397). |

**Portland State University (PSU): Neuberger Hall (cont.)**
**Date: September 12, 1006**

| Photo Number | Sample Number | Photograph Description |
|---|---|---|
| 12 15:42 | Debris-12 | View of FP debris on top of VAV box above ceiling, room 26, basement. |
| 12 15:47 | PSU-NB-02 | View of dust sample location from top of light fixtures above ceiling, room 26, basement. |
| 12 15:52 | | View of FP on beam and heavy overspray on corrugated deck, above ceiling, room 26. |
| 12 15:53 | | View of FP with physical damage on beam above ceiling, room 26, basement. |
| 12 16:23 | PSU-NB-03 | View of dust sample location from top of metal light fixture above ceiling, room 54, basement. |
| 12 16:24 | | View of FP overspray on corrugated metal desk above room 54, basement. |
| 12 16:38 | PSU-NB-04 | View of dust sample location on top of metal light fixture, above ceiling in corridor outside room 10-C, basement. |
| 12 16:39 | | View of FP on beam and corrugated deck with heavy overspray, above ceiling in corridor, outside room 10-C, basement. |

**Portland State University (PSU): Smith Memorial Student Union**
**Date: September 12, 1006**

| Photo Number | Sample Number | Photograph Description |
|---|---|---|
| 12 17:26 | | View of outdoor air intake to roof MER, room 501, FP on beam above. |
| 12 17:28 | | View of FP on beam in MER, room 501, mixing box. |
| 12 18:03 | Debris-13 | View of debris on top of CT above ceiling, below FP, basement, center of room 26. |
| 12 18:04 | | View of FP on beam with overspray on metal deck above ceiling, basement, center of room 26. |
| 12 18:09 | PSU-SMS-01 | View of dust sample locations on top of 2'x2' light fixture in center of room 26, basement. |
| 12 18:20A | PSU-SMS-02 | View of dust sample locations on top of 2'x2' light fixture in center of room 26, basement. |
| 12 18:20B | | View of FP on beams on west side of room 26, basement, above ceiling. |
| 12 18:26 | PSU-SMS-03 | View of dust sample location on top of 2'x2' light fixture in SW corner of room 26. |
| 12 18:27 | | View of FP on beam with overspray on corrugated deck in SW corner of room 26. |

**Portland State University (PSU): University Center Building**
**Date: September 12, 1006**

| Photo Number | Sample Number | Photograph Description |
|---|---|---|
| 12 10:54 | | View of FP on beam, above ceiling 4th floor, room 465N. |
| 12 10:55 | Debris-10 | View of debris sample collected above ceiling on top of CT, room 465N (4th floor). |
| 12 11:07 | PSU-UCB-01 | View of dust sample locations, 4th floor, room 465N, from top of metal duct along N wall. |
| 12 11:08 | | View of FP on beam look east from NE corner of room 465N, 4th floor. |
| 12 11:20 | | View of beam with FP above ceiling room 401M, 4th floor. |
| 12 11:22 | | View of debris on top of CT and light fixture above ceiling in room 401M, 4th floor. |
| 12 11:27 | PSU-UCB-02 | View of duct sample location from top of gypsum enclosed light fixture room 401M, 4th floor. |
| 12 11:44 | Debris-11 | View of debris on top of CT in room 308-U, 3rd floor. |
| 12 11:45 | | View of column & beam juncture in room 308-U, 3rd floor. |
| 12 11:56 | PSU-UCB-03 | View of dust sample location on top of metal duct work, room 308-U, 3rd floor. |

**Portland State University (PSU): HPE Stott Building**
**Date: September 11, 1006**

| Photo Number | Sample Number | Photograph Description |
|---|---|---|
| 11 19:55 | Debris-06 | Room 301, view of debris under SF#6 fan unit. |
| 11 19:56 | | Room 301, view of FP on beams and corrugated metal deck. |
| 11 19:57 | Debris-08 | Room 301, view of FP debris at base of south wall, east end. |
| 11 19:58 | | Room 301, view of south wall where FP removed with encapsulated original FP above. |

**Portland State University (PSU): Professional Schools Building**
**Date: September 12, 1006**

| Photo Number | Sample Number | Photograph Description |
|---|---|---|
| 12 12:51 | | View of dust location prior to sampling, 6th floor, room 671, top of metal light fixture. |
| 12 12:54 | PSU-PSB-01 | View of sample location after sampling, 6th floor, room 671, top of metal light fixture. |
| 12 12:55 | | View above ceiling of room 671, 6th floor. |
| 12 13:04 | PSU-PSB-02 | View of top of metal light fixture after sample collection above ceiling in room 595. |
| 12 13:05 | | View above ceiling in room 595, 5th floor. |
| 12 13:13 | PSU-PSB-03 | View of top of metal light fixture after sample collection, above ceiling in room 467. |

**Portland State University (PSU): Professional Schools Building (cont.)**
Date: September 12, 1006

| Photo Number | Sample Number | Photograph Description |
|---|---|---|
| 12 13:27 | PSU-PSB-04 | View of dust sample location on top of metal light fixture above ceiling in room 374. |
| 12 13:37 | PSU-PSB-05 | View of dust sample location on top of metal light fixture above ceiling outside room 260-G. |
| 12 13:38 | | View below dust sample location outside room 260-G looking at ceiling. |
| 12 13:47 | PSU-PSB-06 | View of dust sample location on top of metal light fixture in men's room across from room 127. |

**University of Oregon: Computing Center**
Date: September 13, 1006

| Photo Number | Sample Number | Photograph Description |
|---|---|---|
| 13 16:25A | Debris-21 | Photo of debris on top of ceiling in corridor outside room 193. |
| 13 16:25B | | Above corridor outside room 193, view of FP on beam, overspray on duct and two R.J. Lee Group, Inc. passive sampling containers |
| 13 16:30 | UO-CC-01 | View of dust sample location on top of light fixture above ceiling in corridor outside room 193. |
| 13 16:31 | | Photo of FP on beam with debris on top of air duct above ceiling in corridor outside room 193. |
| 13 16:37 | | View of FP and overspray on air duct above ceiling in corridor outside room 193. |
| 13 16:38 | | View of RJ Lee Group dust samples labeled "Comp 17" above ceiling in corridor outside room 193. |
| 13 16:39 | | View of FP above ceiling in corridor outside room 193. |
| 13 17:24 | UO-CC-03 | View of dust sample collection from top of metal light fixture in room 180, north side. |
| 13 17:25 | | View of FP on beam and flat concrete deck on north end of room 180. |

**University of Oregon: Gerlinger Annex**
Date: September 13, 1006

| Photo Number | Sample Number | Photograph Description |
|---|---|---|
| 13 14:19 | | Looking east, view of FP on beam with overspray on corrugated metal deck above ceiling in corridor, outside room 362. |
| 13 14:20 | Debris-20 | View of debris on top of CT above ceiling in corridor outside room 362. |
| 13 14:21 | | View of FP looking west on beam & overspray on corrugated metal deck above ceiling in corridor outside room 362. |

**University of Oregon: Gerlinger Annex (cont.)**
**Date: September 13, 1006**

| Photo Number | Sample Number | Photograph Description |
|---|---|---|
| 13 14:29 | UO-GA-01 | View of dust sample location on top of light fixture above ceiling in corridor outside 362. |
| 1314:41 | UO-GA-02 | View of dust sample location on top of light fixture above ceiling in corridor outside 367. |
| 13 14:42 | | View of FP on beam above ceiling in corridor outside room 367. |
| 13 14:52 | UO-GA-03 | View of dust sample location on top of light fixture above ceiling in corridor outside room 350. |
| 13 14:53 | | View of FP on corrugated deck in corridor outside room 350. |

**University of Oregon: Oregon Hall**
**Date: September 13, 1006**

| Photo Number | Sample Number | Photograph Description |
|---|---|---|
| 13 18:22 | UO-OH-01 | View of sample location on east end of room L-201 top of door frame from ledge. |
| 13 18:23 | | View of AP in room L-201 facing west. |
| 13 18:36 | UO-OH-02 | View of sample location on west end of room L-201 top of south end of door frame from ledge. |
| 13 18:39 | UO-OH-03 | View of sample location on west end of room L-201 top of north end of door frame from ledge. |
| 13 19:09 | Debris-22 | View of debris on top of CT on west end of room 256 (above ceiling). |
| 13 19:13 | UO-OH-04 | View of sample location on top of light fixture on west end of room 256. |
| 13 19:17 | | View of FP facing east above ceiling in room 256. |
| 13 19:24 | UO-OH-05 | View of sample location on top of light fixture in center of room 256. |
| 13 19:25 | | View of FP overspray on air duct above ceiling center of room 256. |
| 13 19:30 | UO-OH-06 | View of sample location on top of light fixture on east end of room 256. |
| 13 19:31 | | View of HVAC unit in plenum space with FP above east end of room 256. |