



Portland State University (PSU)
Cramer Hall




