



Case 01-01139-AMC    Doc 14306-2    Filed 01/15/07    Page 2 of 3





