



Portland State University (PSU) Neuberger Hall



