









Portland State University (PSU)
Smith Memorial Student Union