







3/7



3/6



3/5









3/1