



University of Oregon
Gerlinger Annex



