University of Oregon
Oregon Hall







