# EXHIBIT F

**EXPERT REPORT OF EUGENE J. MARK, MD**



**MASSACHUSETTS
GENERAL HOSPITAL**



**HARVARD
MEDICAL SCHOOL**

Department of Pathology
55 Fruit Street, Warren 244
Boston, Massachusetts 02114-2696
Tel: 617-726-8891

Eugene J. Mark. M.D.
*Pathologist*
*Professor, Harvard Medical School*
*Director of Autopsy Service*
*District Medical Examiner*
*Colonel, United States Army, Retired*

## EXPERT REPORT OF EUGENE J. MARK, M.D.

I have been retained by the law firm of Dies & Hile to provide expert testimony concerning the potential health effects of exposure to asbestos including non-occupational and/or environmental exposures, such as that which could occur in buildings which contain friable asbestos-containing material. I may offer testimony concerning the disease processes with regard to the health effects of exposure to asbestos including diffuse malignant mesothelioma, carcinoma of the lung, parenchymal asbestosis, and pleural hyaline plaque. I may discuss the pathology of such asbestos-related diseases and the carcinogenic processes to the malignancies.

I am a medical doctor and my qualifications and experience are set forth in my attached CV.

In addition to asbestosis and lung cancer, exposure to asbestos fibers can induce diffuse malignant mesothelioma. Diffuse malignant mesothelioma can be caused by low exposures to asbestos and/or for brief periods of time. It is my opinion that exposure to asbestos is the cause of virtually all cases of diffuse malignant mesothelioma in the United States and that there is virtually no background incidence for this disease apart from exposure to asbestos (e.g., 1,2). Genetic susceptibility can play a role in the development of the tumor.

It is my opinion that there is no known safe level of exposure to asbestos. Over a broad range, the amount of asbestos inhaled correlates with the risk of developing most asbestos-related diseases. All types of asbestos can cause lung cancer and mesothelioma. It is my opinion that cancer and asbestosis are independent processes and that a patient need not have asbestosis in order to attribute a lung cancer to asbestos exposure.

There is substantial evidence in the medical and scientific literature that non-occupational, environmental or bystander exposure to asbestos at low levels and/or for a brief period of time is capable of causing the disease of mesothelioma (e.g. 3,4). Thus, there is concern for building occupants who may be exposed to friable and/or damaged asbestos-containing materials.

I may testify concerning the carcinogenicity of asbestos which becomes airborne and inhaled from asbestos--containing materials and the hazards associated with exposure to workers or bystanders or household members (e.g., 5-7). Any special exposure, that is, an exposure where there is scientific evidence to suggest induction of disease based on medicine, pathology, epidemiology, molecular pathology, physics, occupational health, medical history, toxicology and experimental studies, is damaging at the cellular level and therefore potentially damaging at the clinical level. Exposures to asbestos are considered to be cumulative in that each and every

exposure will contribute to the development of carcinoma and diffuse malignant mesothelioma in a patient who develops these diseases. In my opinion, persons who would come in contact with friable asbestos-containing materials in buildings which release asbestos fibers would have an increase in their risk of developing most asbestos-related diseases including carcinoma and diffuse malignant mesothelioma.

In my clinical practice, I have reviewed records and pathology from individuals with exposure to asbestos in place in buildings, and I have concluded in such instances that such exposure to and inhalation of asbestos caused or contributed to cause asbestos-related diseases including asbestosis, pleural hyaline plaque, carcinoma of the lung, and diffuse malignant mesothelioma. Exposure to and inhalation from asbestos-containing materials which becomes airborne and enters the breathing zone can cause asbestos-related diseases.[1]

---

1  Hillerdal G: Mesothelioma: cases associated with non-occupational and low dose exposures. Occup Environ Med 1999; 56:505-513.

2  Welch LS, Acherman YIZ, Halle E, et al: Asbestos and peritoneal mesothelioma among college-educated men. Int J Occup Environ Health 2005; 11:254-258.

3. Mark, E.J. & Yokoi, T., 1991, Absence of Evidence for a Significant Background Incidence of Diffuse Malignant Mesothelioma Apart From Asbestos Exposure, Third Wave of Asbestos Disease: Exposure to Asbestos in Place, Annals of NY Acad of Sciences, Volume 643.

4  Mark EJ, Kradin RL: Pathological recognition of diffuse malignant mesothelioma of the pleura: the significance of the historical perspective as regards this signal tumor. Sem Diagn Pathol 2006; 23:25-34.

5.  Oliver, L.C., et al., 1991, Disease Resulting from Asbestos Exposure in Buildings, Third Wave of Asbestos Disease: Exposure to Asbestos in Place, Annals of NY Acad of Sciences, Volume 643; Levin, S.M., et al.,

6. Radiological Abnormalities and Asbestos Exposure Among Custodians of New York City Board of Education, Third Wave of Asbestos Disease: Exposure to Asbestos in Place, Annals of NY Acad of Sciences, Volume 643;

7. Anderson, H.A., et al., Mesothelioma Among Employees with Likely Contact with In-Place Asbestos-Containing Building Materials, Third Wave of Asbestos Disease: Exposure to Asbestos in Place, Annals of NY Acad of Sciences, Volume 643.

Eugene J. Mark, M.D.

11 Jan 2007
Date

I may further testify consistent with my testimony in my deposition in *State of Hawaii v. W.R. Grace & Co.-Conn., et al.*, No. 93-4161-10, in the Circuit Court of the First Circuit, State of Hawaii.

Eugene J. Mark, M.D.

Date  11 Jan 2007

01/12/2007 09:44 FAX 617 726 5915        AUTOPSY        ☑ 002/011

Seminars in Diagnostic Pathology (2006) 23, 25-34



ELSEVIER

Seminars in
Diagnostic
Pathology

# Pathological recognition of diffuse malignant mesothelioma of the pleura: the significance of the historical perspective as regards this signal tumor

Eugene J. Mark, MD, Richard L. Kradin, MD

*From the Department of Pathology, Massachusetts General Hospital and Harvard Medical School, Boston, Massachusetts.*

**KEYWORDS**
Diffuse malignant
mesothelioma;
Asbestos;
History

Diffuse malignant mesothelioma (DMM) is a distinctive tumor which provides an uncommon opportunity to observe the gradual appreciation and increasing incidence of a new disease. DMM is a new disease. One cannot comment intelligently about the pathology of sporadic cases that might have occurred before the beginnings of anatomic pathology, but we do know that there were so few cases before 1930 that the very existence of the disease was not accepted in general before 1930 and not accepted by all pathologists even up until 1960. Because DMM is increasing on a worldwide basis and is making its appearance in the developing world, where it has not previously been diagnosed, appreciation of how the disease came to be noticed sheds light on its causation. As a signal tumor for exposure to asbestos, and knowing that all special exposures contribute to the development of the disease, knowledge of its continuing escalation underscores the importance of recognition of previously unimplicated or occult exposures for reasons of public health in both developed and developing countries.
© 2006 Elsevier Inc. All rights reserved.

Because diffuse malignant mesothelioma (DMM) is virtually only caused by exposure to asbestos,[1-3] because it is a signal tumor for exposure to asbestos,[4] because all commercial forms of asbestos are known to be human carcinogens,[5] because there is no threshold level of exposure to asbestos below which there is no risk of DMM,[6] because all special exposures to asbestos together contribute to cause DMM based on modern understanding of cellular and molecular pathology in the multistage pathway of oncogenesis[7] and calculation of mortality rates based on cumulative lifetime exposure,[3] because DMM is almost universally fatal,[8] and because DMM has reached epidemic proportions in certain populations,[9] efforts at understanding how it came to be recognized and why it is a signal tumor for as yet unappreciated exposures to asbestos seem warranted.

This paper begins with a background of some historical aspects of asbestos in general and then focuses on those pertaining to DMM. It traces the timing of the literature and singles out key moments in the description of the disease. The importance of the timing of recognition of DMM lies in the information that it provides on the histogenesis of the tumor. Reports in the literature vary as to what proportion of persons who develop DMM have been exposed to asbestos. The frequency with which a positive history of exposure emerges depends on how and by whom the history is obtained, including the training and experience of the interviewer.[10,11] It also depends on whether the history is recorded in the medical records or elsewhere and on what constitutes a positive history.

Address reprint requests and correspondence: Eugene J. Mark, MD, Department of Pathology, Massachusetts General Hospital, 55 Fruit Street, Boston, MA 02114.

E-mail address: Mark@helix.mgh.harvard.edu.

0740-2570/$ -see front matter © 2006 Elsevier Inc. All rights reserved.
doi:10.1053/j.semdp.2006.06.004

Case 01-01139-AMC    Doc 14308    Filed 01/15/07    Page 6 of 45
01/12/2007 09:44 FAX 617 726 5915    AUTOPSY
☑003/011

This paper discusses DMM of the pleura in humans. It does not cover experimentally induced mesotheliomas in animals. It does not cover the separate condition of mesotheliomas in infants and children. It does not cover DMM in the peritoneum or the pericardium, except to indicate that DMM is the same serosal tumor whether in begins in the pleura or the peritoneum or the pericardium based on basic principles of biology. The link of DMM of the peritoneum to asbestos[12,13] parallels that of DMM of the pleura. Much of the reported difference in the two sites of disease can be accounted for by the different specialty journals in which these two conditions generally are reported.

## The documents to study the history of asbestos-related lung disease

The sources for understanding the appearance of DMM and other asbestos-related diseases rely on various sources. General medical literature, dating back to the early 1900s on asbestos bodies and asbestosis, provides first descriptions. Specialty medical journals expand on variations of the diseases and their diagnosis and treatment. Governmental documents, dating back to 1930 or earlier, itemize requirements on industry for public health. Industry documents describe what is known at a given time by manufacturers or distributors. Organized labor disseminated information about health concerns and protective measures by trade journals and leaflets. Labels on products synopsize the potential dangers inherent in the use of the product.

## The geology of asbestos

The word asbestos is said to be derived from the Greek "unquenchable," as in the unquenchable wick for the perpetual flame to the Goddess Athene. Webster's dictionary may define it as a grayish or greenish variety of amphibole occurring in long delicate fibers or in fibrous masses. A geologist may think of asbestos as a certain type of rock in a certain location. A mineralogist may define it as certain families of fibrous minerals with crystalline arrays. A chemist may define its composition as a ribbon of silica with hydroxyl groups and magnesium, calcium, iron, and sodium anions. Electron microscopists think of the shape of individual fibers.

The meaning of asbestos can depend on one's vocation and avocation. Builders and tradesmen and businesses think of its commercial uses. An industrial engineer may itemize its properties for resistance to fire and heat and relative insolubility in strong acid and alkali. Physicians think of its diseases. Biologists use it to experimentally induce inflammation or malignancy. Judges think of how it has occupied the courts. Legislators think of the costs to recover damages caused by the substance.



**Amosite**    **Chrysotile**

**Croccidolite**

**Figure 1**    Asbestos in its natural state in rock. The three major forms appear as lighter colored layers in their vaunted colors of brown (amosite), white (chrysotile), and blue (crocidolite).

## Categories of asbestos

Asbestos is generally divided into two major groups: amphibole asbestos and serpentine asbestos. The common amphiboles are crocidolite and amosite but also include tremolite, actinolite, anthophyllite, and others. All of the amphiboles can be described chemically as hydrated magnesium silicates but differ in their elemental content and ionic structure. The common serpentine is chrysotile.

Crocidolite (blue asbestos) in nature is a pale light blue, amosite (brown asbestos) tends to dirty brown, and chrysotile (white asbestos) is light in color when compared with crocidolite and amosite. The appearance of the minerals in their natural state is illustrated in Figure 1. All of the forms of asbestos cause DMM, but there are differences in the fibrogenicity and oncogenicity, with crocidolite being the most oncogenic of the three and chrysotile the least.

In addition to asbestos, fibrous minerals with similar chemical composition and described as asbestiform also can cause disease. These include principally erionite and balangerite, and these asbestiform fibers also cause diffuse malignant mesothelioma. Erionite, a fibrous zeolite found principally in the Capadocchia region of Anatolia, Turkey (Figure 2), as well as in other areas of the earth, has caused endemic DMM. The asbestiform minerals and radiotherapy are the only established cause of DMM apart from asbestos, a fact which further highlights the unique role of asbestos in causation of DMM.

## Ancient usage of asbestos

Asbestos has been found incorporated into Finish pottery dating from approximately 2500 BC. In ancient Greece (approximately 500 BC), asbestos was referred to as *lithios amiantos*, meaning the undefiled rock retrieved from the fire. Herodotus referred to it as *linum vivum*, meaning the



Figure 2   Erionite as rock in hillside and cut into blocks for construction of a house in Capadocchia.

living cloth in reference to a funereal dress that would survive cremation of nobility.[14]

## Idiosyncratic usage of asbestos prior to the industrial age

Asbestos allegedly was used as a coating for the feet of individuals who were undergoing trial by fire during the middle ages. Charlemagne (approximately 800 AD) allegedly had a noncombustible tablecloth made of asbestos. Marco Polo (approximately 1250 AD) allegedly had a similar cloth that could be purified by fire. Asbestos was used as a component of body armor of knights in France (approximately 1490). Benjamin Franklin (approximately 1725) had a purse made of asbestos to safeguard his money in case of conflagration.[16]

## Commercial usage of asbestos

Asbestos came into its own as a commercial product during the industrial revolution. Its thermal insulating properties have been used to insulate boilers and pipes carrying both hot and cold liquids in factories, refineries, power plants, ships, and both private and public buildings. Its light weight has come into play when using large amounts in transportation. Its ability to be woven into fabrics accounts for its use in various fire-proofing products and its use in friction products, such as brakes and clutches, and its use in gaskets. Its texture permits its use as a component of electrical cables, cement, shingles, roofing, and other construction materials.

The commonly known occupations associated with exposure to asbestos and development of disease include shipyard workers, merchant seamen working in ships with asbestos, military personnel aboard ships laden with asbestos, boiler makers, plumbers and pipe fitters, brick layers and masons working around asbestos block, carpenters working with and around asbestos products, petrochemical workers working around asbestos-containing products, power plant workers working around boilers, railroad workers, and workers in the steel and refinery and rubber industries. Occupations where workers have been exposed in various manners but are not as widely appreciated include custodial and maintenance workers, laborers doing clean-up, electricians working around cable insulated with asbestos, welders, mechanics, decorators, jewelers, bakers, carpenters, painters, plasterers and dry wall workers, as well as school teachers and managers and clerks coming into contact with asbestos in their place of employment.

## Five acts in the history of asbestos disease

Like a Shakespearean tragedy, the story of asbestos disease can be narrated in five acts (Table 1). Dr. Irving Selikoff (Figure 3) and colleagues summarized three waves of asbestos in a multidisciplinary monograph.[15] The first wave of cases, beginning at the end of the 19th century and concentrated in South Africa and Europe, were miners who provided the material for production of raw asbestos (Figure 4) and millers of asbestos products, including asbestos cloth and block. The second wave of cases were tradesmen who applied and removed asbestos-containing products, particularly including insulation (Figure 5). The third wave is exposure of bystanders to asbestos in place (Figure 6), including persons who are not aware that they are being exposed to asbestos, such as janitors and schoolteachers. A fourth act can be identified as persons exposed through family members by contaminated clothes brought into the home. These cases are commonly referred to as household or spousal exposure. A fifth act contains patients whose exposure is occult by virtue of the passage of time, failed memory, lack of knowledge by the patient as to the existence or significance of the asbestos with which he or she came into contact, suppression of information, or lack of appreciation of the degree of oncogenicity of asbestos fibers. Removal of asbestos under controlled conditions is

Table 1   Five acts in the history of asbestos disease

| |
| --- |
| Act 1. Miners and millers, handling and refining the product. |
| Act 2. Tradesmen, applying and removing the products. |
| Act 3. Bystanders to asbestos in place, usually not aware of it. |
| Act 4. Family members, exposed at home to contaminated clothes. |
| Act 5. Occult exposure, no longer possible to identify because of lack of notation in the medical record, the passage of time and failing of memory, the lack of knowledge of the patient or coworkers exposed, the death of the patient or coworkers, or the suppression of information. |

28                                      Seminars in Diagnostic Pathology, Vol 23, No 1



**Figure 3**   Dr. Irving Selikoff, whose work is a foundation for the study of asbestos-related diseases.

important in remediation of the effects of the second and third waves (Figure 7).

## The recognition of DMM by pathologists

Isolated cases of pleural tumors were recorded in the pathologic literature in the last two decades of the 19th century and the first four decades of the 20th century. Books and



**Figure 5**   Asbestos insulation around pipes, deteriorating.

review articles dealing with tumors of the lung tended to ignore pleural tumors, a fact which suggests either that the authors were not aware of the literature, had not seen cases themselves, or did not believe that such cases differed from the carcinomas of the lung, which themselves were uncommon at the time.

### The oldest citations

There are citations using the term mesothelioma from the 18th and 19th centuries, the earlier ones preceding Virchow's cellular theory of disease and the routine use of microscopy, so one cannot draw specific conclusions as to what the authors were describing. Many terms were used for pleural-based tumor. In particular, the term endothelioma was used to indicate a purported histogenesis from endothelial cells of pleural lymphatics or pleural capillaries.

### The early German literature

The known field of pathology in the 1920s and 1930s was reviewed in 30 volumes of the *Handbuch der speziellen pathologischen Anatomie und Histologie*,[16] edited by F.



**Figure 4**   Asbestos wool, the raw product after milling and ready for fabrication into specialized products.



**Figure 6**   Asbestos for bystanders, having fallen onto the floor of a basement corridor.



**Figure 7**    Emblem of an asbestos removal unit in the United States Army, showing a bear with tools in one hand and flocks of asbestos in the other hand.

Henke of Breslau, Germany and G. Lubarsch of Berlin, Germany (Figure 8). The majority of the findings were based on the autopsy. The contributing authors, although primarily German, exhaustively reviewed English, French, Spanish, Italian, Russian, and other literature. Three volumes of the Handbuch, encompassing 2268 pages, were devoted to the lung and pleura. Ninety-eight pages were devoted to lung tumors, including 1100 references, a review of 1888 cases in the literature, and a subclassification of the common carcinomas, which is essentially the same subclassification that is used today. Four pages each were devoted to anomalies of the pleura and to tumors of the pleura. The author listed the many names used for supposedly primary pleural tumors. These included endothelioma, endothelial carcinoma, endothelial sarcoma, lymphangioendothelioma, per-



**Figure 8**    The encyclopedic *Handbuch* edited by Henke and Lubarsch, with one volume devoted to lung tumors, published in 1931.



**Figure 9**    Fibrosarcoma of the pleura illustrated in the Henke and Lubarsch *Handbuch*, where the distinction is made between this tumor and the absence of any well documented mesothelioma.

ithelioma, mesothelioma, and malignant mesothelial tumor. The frequency with which these tumors metastasized to lymph nodes, brain, liver, and adrenal glands were recorded. Primary fibrosarcomas of the pleura were illustrated (Figure 9). The Handbuch quoted authors who believed that pleural tumors were specific and quoted authors who were convinced that primary pleural tumors did not exist. This discussion occurred at a time when the biphasic nature of mesothelial cells, capable of displaying both epithelioid and mesenchymal features, had already been established by experimental studies and embryological principles.

In 1931, after considering the possibilities, the Handbuch concluded as follows: "In der überwiegenden Mehrzahl der Fälle ist zweifellos der sog. primäre Pleuratumor eine Metastase oder eine Ausdehnung eines primaeren Lungenkrebses auf die Pleura. Ich bin fest überzeugt, daβ, wenigstens was die Pleura betrifft, keine Diagnose auf primären Krebs, Mesotheliom, oder Endotheliom, sei es ausgehend von den Lymphgefäβendothelien, sei es von den serösen Deckzellen, irgendwie logisch begründet werden kann." (In the overwhelming number of cases doubtless the so-called primary pleural tumor is a metastasis or an extension of a primary lung cancer to the pleura. I am firmly convinced that, at least with regard to the pleura, no diagnosis of primary carcinoma, mesothelioma or endothelioma of the pleura can be logically justified, whether originating from lymph vessel endothelium or from serosal surface cells.)

In 1932, Fischer-Wasels[17] in Frankfurt am Main, Germany concluded that authentic benign or malignant tumors that consist of serosal cells or derived form serosal cells were as yet unknown.



**Figure 10** First case of DMM diagnosed at the Massachusetts General Hospital, illustrated in a clinicopathological conference in 1947 with neoplastic involvement of visceral pericardium.

In 1943, Wedler[18] in Heidelberg, Germany reported on a series of autopsies of 30 asbestos workers. One patient was 18 years old and had no asbestosis. The remainder were 31 years or older and had some degree of asbestosis. Four of these patients died of bronchogenic carcinoma, which was distinguished from 2 who died of pleural malignancy. He described the absence of a pulmonary mass in these 2 cases and connected the work with asbestos to all of the cases. He also referred to descriptions of individual cases of "pseudoalveolaeres mesotheliom" in the literature. Since he took pain to distinguish primary lung tumors from primary pleural tumors, it is fair to conclude that he was describing malignant mesotheliomas in asbestos workers.

In 1948, Walther[19] from Zurich, Switzerland authored a 560-page treatise on the metastases of cancer (Krebsmetastasen) and devoted 10 pages to spread of malignant tumors in serosal cavities. He reviewed 422 cases of malignant tumors involving the pleural cavity with 47 different origins and 505 cases of malignant tumors involving the peritoneal cavity with 31 different origins. There is no mention of mesothelioma.

## The early English-language literature

The first case of DMM at the Massachusetts General Hospital was diagnosed in 1946, when a mesothelioma of the pleura was published as a Case Record of the Massachusetts General Hospital.[20] The patient was a 37-year-old Swedish asbestos worker. The chest radiographs showed a large intrathoracic mass which was outside the lung. The clinical diagnosis was either carcinoma of the lung or mediastinal teratoma. Autopsy showed that the left lung was completely encased and the pericardium thickened (Figure 10) by

a hard fibrous tumor, composed histologically of cells that in areas were cuboidal and formed papillae (Figure 11). The anatomical diagnosis was mesothelioma of the pleura and pericardium. Dr. Benjamin Castleman (Figure 12), the pathologist discussing the case, commented that "a number of papers have been written to the effect that there is no such tumor as mesothelioma of the pleura, that the cells lining the pleura do not form tumors and that these tumors really arise from a small focus in the lung. We have held a similar opinion for a long time. This is perhaps the first case in which we believed that there was actually such a tumor. It certainly fits in with most of the cases of mesothelioma of the pleura that have been reported." The clinician who discussed the case rejoined that "I do not consider that it is fair to have given me a case with a diagnosis against which you, as pathologists, have been talking for twenty years. I could never make Dr. Mallory accept a diagnosis of mesothelioma of the pleura." Dr. Castleman thereby became the first pathologist to illustrate the details of a DMM in a person in the United States who worked with asbestos. Another early report of DMM appeared as a clinicopathologic conference at Barnes Hospital, St. Louis, Missouri in 1949.[21]

Dr. R.A. Willis, a renowned pathologist who served as consultant pathologist to the Imperial Cancer Research Fund, London, England, authored the widely used textbook *Pathology of Tumors*. The book went through several editions. In the third edition published in 1960 (Figure 13), Dr. Willis made the following statement: "Thus, to the present day, the accounts of supposedly primary serosal tumors continue to be descriptively inadequate and insufficiently



**Figure 11** Papillary fronds of cuboidal cells of a DMM, as published in the clinicopathological conference.

01/12/2007 09:45 FAX 01-91-139-AMC    Doc 14308    Filed 01/15/07    Page 11 of 45    ☑008/011



**Figure 12**  Dr. Benjamin Castleman, the pathologist who discussed this initial case.

critical, displaying a lack of awareness of the possible behavior of small undetected carcinomas. The only tumor which I myself have ever ventured to suggest might be a primary one of a serous membrane was in a case reported in 1938. This was a polypoid growth inside a large surgically removed hydrocele sac; subsequent necropsy showed this to have been a metastasis from a small unsuspected bronchial carcinoma."[22]

## Subsequent recognition of DMM and its causation by asbestos

Two cases of DMM were reported in 1958 in asbestos workers in Holland.[23] Thirty-three cases of DMM were reported in 1960 from South Africa.[24] The patients worked in or around asbestos mines or were family members of the miners. Selikoff, in 1965, reported on the development of DMM and follow-up of insulation workers in New Jersey.[25] Hillerdahl's review of 4710 published cases of DMM and discussion of the relationship to asbestos appeared in

1983.[26] Mancuso reported in 1991 on DMM of epidemic proportions in railroad workers.[27]

Subsequent reports of DMM and their relation to asbestos continue to appear in increasing numbers. Older reports describe other causes of DMM.[28] Erionite causes DMM.[29] Because therapeutic radiation induces other tumors, it is plausible that therapeutic radiation can induce DMM. There are familial cases of DMM, and individual susceptibility may play a part in an individual who is unlucky enough to develop DMM. However, other purported causes lack scientific basis based on molecular medicine and do not satisfy the nine criteria of causation as set forth by Bradford Hill.[30]

## Was DMM simply confused with other tumors, or is it a new disease?

Diseases can change names over time, for a variety of reasons. A new disease must be distinguished from a disease with a new name or which acquires new criteria for diagnosis over time. However, not all diseases have existed throughout human history.[1] New diseases with distinctive clinical and pathologic features that have appeared in the last half of the 20th century include acquired immunodefi-



**Figure 13**  The widely used treatise *Pathology of Tumors* by Dr. Willis, third edition published in 1960, where malignant mesothelioma is not accepted as an entity.

Table 2.   Mesothelial tumors other than diffuse malignant mesothelioma

Localized fibrous tumor of the pleura (fibrous mesothelioma)
Malignant form of localized fibrous tumor of the pleura (fibrosarcoma)
Papillary surface tumor of the ovary (mesothelioma of the female genital tract)
Adenomatoid tumor (mesothelial tumor of paratesticular tissue and other sites)
Mesothelioma of the atrioventricular node
Benign mesothelioma of the peritoneum (multicystic mesothelioma)
Well-differentiated papillary mesothelioma
Mesothelioma of infancy and childhood

ciency syndrome due to human immunodeficiency virus, clear-cell carcinoma of the vagina associated with administration of diethylstilbestrol during pregnancy, pulmonary arteriopathy due to administration of appetite suppressants in Switzerland in the 1960s and in the United States in the last decade, hepatic angiosarcoma due to administration of Thorotrast, lead toxicity due to the use of lead-based products, and amiodarone pneumonitis due to the administration of amiodarone. Other diseases disappear, at least in large populations. Examples are smallpox, diphtheria, scurvy, and rickets as well as disease due to administration of the above listed substances when those substances are removed from contact with patients.

Is DMM a new disease? Or has it acquired different or more technically sophisticated clinical and pathological criteria for diagnosis? And why should one care whether a disease is new or simply has a new name? The importance of the distinction derives from the following syllogism: a tumor is a disease; a disease has a cause; a new tumor has a new cause.[1]

Mesothelial tumors arise by definition from mesothelial cells. However, tumors other than diffuse malignant mesothelioma may have an origin from mesothelial cells or submesothelial fibroblasts. Other forms of mesotheliomas or tumors derived from serosal or subserosal cells include localized fibrous tumor of the pleura, fibrosarcomas of the pleura as the malignant counterpart of localized fibrous tumor, papillary surface tumors of the female pelvis, adenomatoid tumors, mesothelioma of the atrioventricular node of the heart, multicystic mesothelioma of the peritoneum, well differentiated papillary mesotheliomas of the peritoneum and rarely of the pleura, and mesotheliomas of infancy and childhood. These are listed in Table 2.

Clinical and pathological criteria differ. Some clinical criteria for the diagnosis of diffuse malignant mesothelioma of the pleura include a pleural-based tumor, pleural effusion, local invasion causing pain, weight loss, recurrence in a needle tract, and metastasis. The changing pathological criteria are given in Table 3. They have included, in succession historically, pleural based tumor, serosal spread,

biphasic morphology, histochemistry, electron microscopy, and immunochemistry

Increasing awareness of a disease among pathologists increases the likelihood of considering, and then making, the diagnosis. Increasingly sophisticated tests for diagnosing diffuse malignant mesothelioma could either increase or decrease the number of times the diagnosis is made. Either possibility exists. Immunochemical criteria have made pathologists more confident in differentiating metastatic adenocarcinoma or sarcoma in the pleura from DMM, enabling pathologists to include or exclude DMM in instances when no other primary tumor is evident and when an autopsy has not been performed. By analogy with other areas of histopathology, the increasing experience gained by pathologists who have seen many cases of DMM can enable them to make diagnosis of DMM on the basis on slides stained with hematoxylin and eosin alone in many instances.

## The inverse relationship between the prevalence of fibrous tumors of the pleura and DMM

An inference about the increasing incidence of DMM can be obtained from the relative number of reports of localized fibrous tumors of the pleura (fibrous mesothelioma) compared with DMM. Five cases of primary neoplasms of the pleura were studied at the Mount Sinai Hospital in New York City.[31] Three of the cases were large, circumscribed, pedunculated fibrous tumors of the visceral pleura which grew slowly and today would be termed localized fibrous tumors of the pleura. One case was a giant lipoma of the pleura. The fifth case was a diffuse pleural neoplasm which encased the lung and whose illustrated histologic pattern comports with that of a DMM. That the authors could accumulate four examples of the relatively uncommon localized pleural tumor and just one example of a DMM bespeaks the great rarity of DMM at the time. A similar

Table 3.   Diffuse malignant mesothelioma: changing criteria for pathologic diagnosis

Tumor involves the pleura and no other tumor is identified
Tumor spreads selectively upon the serosa
Tumor invades into the interstitial layer of the pleura and subsequently deeper
Histologic pattern may be biphasic (epithelioid and mesenchymal), reflecting the schizocoelomic embryology of the pleural cavity
Histochemistry (historically periodic acid-Schiff after digestion with diastase and alcian blue after digestion with hyaluronidase)
Ultrastructure (epithelioid cells with long and thin and branching microvilli)
Immunochemistry (changing and enlarging panels of reagents)



**Figure 14**   Composite graph of the rising incidence of DMM in three countries and, retroactively, the absence of the disease before 1960. Data taken from reference 34 (Great Britain), reference 35 (Australia), and reference 36 (Japan). Cases in Great Britain are males only.

report of a low ratio of localized fibrous tumors of the tumor to DMM in a series of four cases appeared in 1955.[32] Today, the ratio is reversed, DMM burgeons while localized fibrous tumors of the pleura are static in the authors' experience.

## The increasing incidence of DMM into the 21st century

The statement is commonly made that DMM is a rare disease, and there was a time when that was true. However, thousands of new cases per year now[33] would not constitute a rare disease in the minds of many persons. In Great Britain,[34] Australia,[35] Japan,[36] and the United States,[37] there have been multifold increases in DMM over intervals as short as two decades with projected peaks between the years 2000 and 2025, depending on the country[38] and its respective use of asbestos.

A graphic display of the increasing incidence in three countries is given in Figure 14. All three lines on the graph extrapolate back in time to an effective incidence of zero before 1960, indicating that there are virtually no cases that should be called background. Because these trends mirror the usage of asbestos in these three countries with a delay defined by the latency of DMM, and with what we know about the carcinogenicity of asbestos, it follows that there are virtually no cases unrelated to asbestos, and to call selected cases "spontaneous" or "idiopathic" is a mistaken concept.

## Discussion

The significance of a signal tumor is that it tells us that something new has happened. Among the explanations put forth that some mesotheliomas are not due to asbestos is the concept that there is a background level of disease that has been present throughout human history.[39] Did DMM afflict mankind before the commercial application of asbestos?

Sporadic albeit undocumented cases probably occurred, but this article has shown that there was also sporadic use of asbestos before its commercial use in the industrial age. The uncertainty of the very existence of DMM into the 1940s and 1950s indicates its true rarity at that time. A more recent review of nonoccupational and low-dose exposures states that "There might exist a background level of mesothelioma occurring in the absence of exposure to asbestos, but there is no proof of this and this 'natural level' is probably lower than the 1 to 2 million/yr which has often been cited."[6]

Physicians can diagnose a disease only when they know that it exists, so one explanation for the rise in incidence is more widespread appreciation of the disease. However, most cases of DMM are suspected by macroscopic and routine microscopic techniques that have been available since the beginning of the 20th century. Modern pathology has proscribed additional requirements for the diagnosis of DMM, but a priori one cannot assume that these requirements have increased the likelihood of the diagnosis, because the requirements also can serve to exclude the diagnosis. The rarity of the disease cannot be attributed to failure in identification, because pathologists had discussed its possible existence and theoretical attributes and overall still did not identify it.

Building materials with asbestos are manufactured in about 100 countries. Chrysotile now accounts for approximately 95% of total usage of asbestos. Asbestos cement makes up 85% of current commercial use worldwide. Friction materials, floor tiles, gaskets, insulation board, and textiles are other major uses.[33] Occult sources of exposure to asbestos and unexpected release of asbestos[40] continue to come to public attention, and recent studies document the importance of very low exposures to asbestos and the importance of each exposure as it contributes to the cumulative exposure that ultimately causes DMM in a given individual. DMM looms as a large financial burden for patients and for society.[40] The duration of the rise and time of reversal will depend on the quantity and manner of usage of asbestos and the public health efforts to prevent exposure to asbestos already in place.

## References

1. Mark EJ, Yokoi T: Absence of evidence for a significant background incidence of diffuse malignant mesothelioma apart from asbestos exposure. Ann N Y Acad Sci 643:196-204, 1991

2. Driscoll T, Nelson D, Steenland K, et al: The global burden of disease due to occupational carcinogens. Am J Ind Med 48:419-431, 2005

3. Nelson D, Concha-Barrientos M, Driscoll T, et al: The global burden of selected occupational diseases and injury risks: methodology and summary. Am J Ind Med 48:400-418, 2005

4. Landrigan PJ, Kazemi H: The third wave of asbestos disease: exposure to asbestos in place. Public health control. Part 13: Mesothelioma, a "Signal Tumor." Ann NY Acad Sci 643:449-458, 1991

5. Report on Carcinogens (ed 10). Durham, NC, U.S. Department of Health and Human Services, Technology Planning and Management Corporation, 2002, pp 111-119

6. Hillerdal G: Mesothelioma: cases associated with non-occupational and low dose exposures. Occup Environ Med 56:505-513, 1999

7. Puntoni R, Cerrano PG, Filiberti R: Molecular epidemiology of mesothelioma, in Pass HI. Vogelzang NJ, Carbone M (eds): Malignant Mesothelioma. Advances in Pathogenesis, Diagnosis, and Translational Therapies. New York, NY, Springer Science and Business Media, 2005, pp 225-241

8. Chahinian AP: Clinical presentation and natural history of mesothelioma: pleural and pericardial, in Pass HI, Vogelzang NJ, Carbone M (eds): Malignant Mesothelioma. Advances in Pathogenesis, Diagnosis, and Translational Therapies. New York, NY, Springer Science and Business Media, 2005, pp 380-390

9. Peto J, Decarli A, La Vecchia C, et al: The European mesothelioma epidemic. Br J Cancer 79:666-672, 2002

10. Wolf KM, Piotrowski ZH, Engel JD, et al: Malignant mesothelioma with occupational and environmental asbestos exposure in an Illinois community hospital. Arch Intern Med 147:2145-2149, 1987

11. Nam J, Rice C, Gail MH: Comparison of asbestos exposure assessments by next-of-kin respondents, by an occupational hygienist and by a job-exposure matrix from the National Occupational Hazard Survey. Am J Ind Med 47:443-450, 2005

12. Leichner F: Primärer Deckzellentumor der Bauchfells bei Asbestose. Archiv Gewerbepathologie Gewerbehygiene 13:382-392, 1954

13. Welch LS, Acherman YIZ, Haile E, et al: Asbestos and peritoneal mesothelioma among college-educated men. Int J Occup Environ Health 11:254-258, 2005

14. Selikoff IJ, Lee DHK: Asbestos and Disease: Historical Background (Chapter 1). New York, NY, Academic Press, 1970, pp 3-32

15. Landrigan PJ, Kazemi H: The Third Wave of Asbestos Disease: Exposure to Asbestos in Place. Public Health Control, Ann NY Acad Sci. Volume 643, 1991.

16. Fischer W: Die Gewächse der Lunge und des Brustfells, in Henke F, Lubarsch O (eds): Handbuch der speziellen pathologischen Anatomie und Histologic. Berlin, Julius Springer, 1931, pp 509-606

17. Fischer-Wasels B: Über die primären malignen Geschwülste der Serosadeckzellen. Zeitschrift Krebsforschung 37:21-29, 1932

18. Wedler HW: Über den Lungenkrebs bei Asbestose. Deutsch Archiv Klin Med 191:189-209, 1943

19. Walther HE: Krebsmetastasen. Basel, Benno Schwabe & Co, 1948. pp 137-146

20. Case Records of the Massachusetts General Hospital. Case 33111. N Engl J Med 296:407-412, 1947

21. Clinico-Pathologic Conference. Chronic pleurisy and peritonitis. Am J Med 7:396-406, 1949

22. Willis RA: Pathology of Tumours (ed 3). London, Butterworths, 1960, p 186

23. Van der Schoot HCM: Asbestosis en pleuragezwellen. Ned Tijdschr Geneeskd 102:1125, 1958

24. Wagner JC, Sleggs CA, Marchand P: Diffuse pleural mesothelioma and asbestos exposure in the North Western Cape Province. Br J Ind Med 17:260-271, 1960

25. Selikoff IJ, Churg J, Hammond EC: Relation between exposure to asbestos and mesothelioma. N Engl J Med 272:560-565, 1965

26. Hillerdal G: Malignant mesothelioma 1982: review of 4710 published cases. Br J Dis Chest 77:321-343, 1983

27. Mancuso TF: Mesothelioma among railroad workers in the United States. Ann NY Acad Sci 643:333-346, 1991

28. Peterson JT, Greenberg SD, Buffler PA: Non-asbestos-related malignant mesothelioma. Cancer 54:501-513, 1984

29. Baris YL, Artvinli M, Sahin AA: Environmental mesothelioma in Turkey. Ann NY Acad Sci 330:423-432, 1979

30. Hill B: The environment and disease: association or causation? Proc Roy Soc Med 58:295-299, 1965

31. Klemperer P, Rabin CB: Primary neoplasms of the pleura. Arch Pathol 11:385-412, 1930

32. Bogardus GM, Knudson KP, Mills WH: Pleural mesothelioma; report of four cases. Am Rev Tuberc 71:280-290, 1955

33. Tossavainen D: Global use of asbestos and the incidence of mesothelioma. Int J Occup Environ Health 10:22-25, 2004

34. Peto J, Hodgson JT, Matthews FE, et al: Continuing increase in mesothelioma mortality in Britain. Lancet 345:535-539, 1995

35. Leigh J, Davidson P, Hendrie L, et al: Malignant mesothelioma in Australia. 1945-2000. Am J Ind Med 41:188-201, 2002

36. Murayama T, Takahashi K, Natori Y, et al: Estimation of future mortality from pleural malignant mesothelioma in Japan based on an age-cohort model. Am J Ind Med 49:1-7, 2006

37. Price B, Ware A: Mesothelioma trends in the United states: an update based on surveillance, epidemiology, and end results program data for 1973 through 2003. Am J Epidemiol 159:107-112, 2004

38. Robinson BWS, Lake RA: Advances in malignant mesothelioma. N Engl J Med 353:1591-1603, 2005

39. Ilgren EB, Wagner JC: Background incidence of mesothelioma: animal and human evidence. Reg Toxicol Pharmacol 13:133-149, 1991

40. Landrigan PJ, Lioy PJ, Thurston G, et al: Health and environmental consequences of the World Trade Center Disaster. Environ Health Perspect 112:731-739, 2004



**HARVARD MEDICAL SCHOOL**
DEPARTMENT OF CONTINUING EDUCATION

# CURRENT CONCEPTS IN
# ASBESTOS RELATED LUNG DISEASE
## Third Annual Course
### APRIL 28-29, 2007

*at the*
**Massachusetts General Hospital, Boston, Massachusetts**

*offered by the*
**MASSACHUSETTS GENERAL HOSPITAL, HARVARD MEDICAL SCHOOL AND DEPARTMENT
OF ENVIRONMENTAL HEALTH, HARVARD SCHOOL OF PUBLIC HEALTH, BOSTON, MA**

*Directors*
**Drs. Eugene J. Mark, Richard L. Kradin and David C. Christiani**

*Course Administrator*
**Ellen Melchionno**

### HARVARD FACULTY

| | | | |
|---|---|---|---|
| Suzanne L. Aquino, M.D. | Reginald E. Greene, M.D. | Richard L. Kradin, M.D. | L. Christine Oliver, M.D. |
| Edwin H. Cassem, M.D. | Stefanos N. Kales, M.D., MPH | Thomas J. Lynch, M.D. | Gregory R. Wagner, M.D. |
| David C. Christiani, M.D., MPH | David J. Kanarek, M.D. | Eugene J. Mark, M.D. | John C. Wain, M.D. |
| | | | David C. Wilbur, M.D. |

### VISITING FACULTY

Michael J. Ellenbecker, Sc.D., School of Health and Environment, University of Massachusetts-Lowell, Lowell, MA

The Departments of Pathology, Medicine, Psychiatry, Radiology and Surgery of the Massachusetts General Hospital (MGH), Harvard Medical School (HMS) and the Department of Environmental Health, Harvard School of Public Health (HSPH) will present a two day postgraduate course, Current Concepts in Asbestos Related Lung Disease, under the direction of Drs. Eugene J. Mark, Richard L. Kradin, and David C. Christiani with fourteen faculty members.

The objective of the course is to provide a basis for understanding asbestos related lung disease in its broadest sense, to focus on new information relative to the diagnosis and management of the diseases, and to discuss broader issues relative to public health. The course is intended for physicians interested in occupational disease and lung disease (including pulmonologists, public health physicians, radiologists, oncologists and pathologists), industrial hygienists, public health officials, lawyers (including legal assistants), and government officials with an interest in asbestos related lung disease. The lectures will include both technical aspects relative to basic science and more general aspects relative to medicine and occupational health. Lectures with question periods and a panel discussion will comprise the means of instruction. A syllabus and a DVD of representative material from each lecture will be given to each registrant at no additional charge. The tuition includes continental breakfast on both days.

**Attendance is Limited**

Program and Registration Information on Reverse Side

01/08/2007  16:48    4098834814

DIES & HILE

PAGE  01/30

# CURRICULUM VITAE

| | |
|---|---|
| **Name:** | EUGENE JEROME MARK |
| **Address:** | 8 Winslow Road, Winchester, Massachusetts |
| **Date of Birth:** | 2 September 1942 |
| **Place of Birth:** | Lorain, Ohio |

DEPOSITION
EXHIBIT #
Mark   1
1-6-93 EV

**Education:**

| | | |
|---|---|---|
| 1962 A.B. | Oberlin College, Oberlin, Ohio |
| 1967 M.D. | Harvard Medical School, Boston, Massachusetts |

**Postdoctoral Training:**

Internship and Residency:

| | |
|---|---|
| 1967-1968 | Intern, Internal Medicine, Stanford University Medical Center, Palo Alto, California |
| 1968-1972 | Resident and Chief Resident, Anatomic and Clinical Pathology, Massachusetts General Hospital, Boston, Massachusetts |

Research Fellowship:

| | |
|---|---|
| 1964-1965 | Unterassistent in Pathologie, Kantonsspital Winterthur, Switzerland and Universitat Zurich, Switzerland |

**Licensure and Certification:**

| | |
|---|---|
| 1970 | Massachusetts License, Registration Number 32178 |
| 1970 | California License, Registration Number G 18366 |
| 1973 | Pathologic Anatomy |
| 1973 | Clinical Pathology |
| 1975 | Dermatopathology |

## Academic Appointments:

| 1970-1971 | Instructor in Pathology, Tufts University Medical School, Boston, Massachusetts |
|---|---|
| 1974-1976 | Instructor in Pathology at the Massachusetts General Hospital, Harvard Medical School, Boston, Massachusetts |
| 1977-1982 | Assistant Professor of Pathology at the Massachusetts General Hospital, Harvard Medical School, Boston, Massachusetts |
| 1977- | Member of the faculty, Harvard-Massachusetts Institute of Technology, Division of Health Sciences and Technology, Cambridge, Massachusetts |
| 1983- | Associate Professor of Pathology at the Massachusetts General Hospital, Harvard Medical School, Boston, Massachusetts |

## Hospital Appointments:

| 1970-1972 | Clinical Fellow in Pathology, Harvard Medical School, Boston, Massachusetts |
|---|---|
| 1972-1974 | Pathologist and Chief of Cytology, European Area Reference Laboratory, United States Army, Landstuhl, Germany |
| 1974-1978 | Assistant Pathologist, Massachusetts General Hospital, Boston, Massachusetts |
| 1974-1976 | Chief, Autopsy Service, Massachusetts General Hospital, Boston, Massachusetts |
| 1979- | Associate Pathologist, Massachusetts General Hospital, Boston, Massachusetts |

Other Professional Positions and Major Visiting Appointments:

Consultant in Pathology:

| | |
|---|---|
| 1978 - 1981 | United States Naval Submarine Medical Center, Groton, Connecticut |
| 1978 - | Cutler Army Hospital, Fort Devens, Massachusetts |
| 1983-1987 | Worcester Memorial Hospital, Worcester, Massachusetts |
| 1983-1987 | Hunt Memorial Hospital, Danvers, Massachusetts |
| 1983 - | Winchester Hospital, Winchester, Massahusetts |
| 1983 - | Eastern Maine Medical Center, Bangor, Maine |
| 1984 - 1986 | Cambridge Hospital, Cambridge, Massachusetts |
| 1985 - | Salem Hospital, Salem, Massachusetts |
| 1989 - | U.S. Army Medical Research Institute of Chemical Defenses, Edgewood Arsenal, Aberdeen Proving Ground, Maryland |

Major National Committee Assignments:

| | |
|---|---|
| 1974 - | Pathologist of Record to the United States Beryllium Case Registry |
| 1977 - 1978 | Associate Pathologist of Record to the National Melanoma Cooperative Group Study |

Editorial Boards:

| | |
|---|---|
| 1981 - | Associate Editor, Case Records of the Massachusetts General Hospital, weekly Clinicopathological Exercises, New EnglandJournal of Medicine |
| 1985 - | Editorial Board, Military Medicine |
| 1989 - | Editorial Review Panel, Human Pathology |
| 1989 - | Board of Contributing Authors, American Journal of Industrial Medicine |

Memberships, Offices and Committee Assignments in Professional Societies:

| | |
|---|---|
| 1970 - 1972 | Boylston Medical Society |
| 1974 - | New England Society of Pathologists |
| 1975 - 1983 | College of American Pathologists |
| 1975 - | International Academy of Pathology |
| 1978 - | Association of Military Surgeons of the United States |
| 1978 - 1983 | American Thoracic Society |
| 1984 - | American Society of Clinical Pathologists |

Principal Clinical and Hospital Service Responsibilities:

| | |
|---|---|
| 1974 - 1977 | Surgical Pathology with primary obligation in Dermatopathology, Massachusetts General Hospital, Boston, Massachusetts |
| 1978 - | Surgical Pathology with primary obligation in Pulmonary Pathology, Massachusetts General Hospital, Boston, Massachusetts |
| 1980 - | Director, Lung Pathology Unit, Massachusetts General Hospital, Boston, Massachusetts |

01/08/2007  16:48    4098834814                DIES & HILE                    PAGE  05/30

## Bibliography:   Original Reports

1. Mark EJ, Hedinger C: Changes in remaining tumor-free testicular tissue in cases of seminoma and teratoma. Virchow Arch Pathol Anat 1965; 340: 84-92.

2. Wuhrmann F, Mark EJ, Wick A, Maerki HH: Alveolare Lungenproteinose und aspergillose mit reaktiver Reticulose nach Silierungsarbeit. Zugleich ein Beitrag zur Gesundheitsgefahrdung in landwirtschwftlichen. Berrieben Schweiz Wochenschr 1965; 95: 1738-1744.

3. Mark EJ, Mihm MC Jr, Liteplo MG, Reed RJ, Clark WH: Congenital melanocytic nevi of the small and garment type: Clinical, histologic, and ultrastructural studies. Hum Pathol 1973; 4: 395-418.

4. Mark EJ, Pathology Case: Osteogenesis imperfecta. Med Bul U.S. Army Europe. 1973; 30: 157-158.

5. Mark EJ, Pathology Case: Interstitial cell tumor of the testis. Med Bul U.S. Army Europe. 1974; 31: 174-175.

6. Boyd PR, Mark EJ: Multiple hepatic adenomas and hepatocellular carcinoma in a man on oral methyl testosterone for eleven years. Cancer 1977; 40: 401-406.

7. Mark EJ: Basal cell carcinoma with intraneural invasion. Cancer 1977; 40: 1197-1203.

8. Davis JM, Mark EJ, Greene RE: Benign blood vascular tumors of the mediastinum: Report of four cases and review of the literature. Radiology 1978; 126: 581-587.

9. Mark EJ, Lehimgar-Zadeh A, Ragsdale BD: Cyclophosphamide pneumonitis. Thorax 1978; 33: 89-93.

10. Tanenbaum L, Mark EJ, Mihm MC Jr, Parrish JA: The role of histopathology in polymorphous light eruption light testing. Clin Experiment Dermatol 1981; 6: 123-132.

11. Rosario R, Mark EJ, Parrish JA, Mihm MC Jr: Histological changes produced in skin by equally erythemogenic doses of UV - A, UV- B, UV - C and UV - A with psoralens. Brit J Derm 1979; 101: 299-308.

12. Harbin WP, Mark EJ, Greene RE: Benign clear-cell tumor ("sugar" tumor) of the lung: A case report and review of the literature. Radiology 1978; 129: 595-596.

13. Young RH, Mark EJ: Pulmonary vascular changes in scleroderma. Am J Med 1978; 64: 998-1004.

14. Miller MA, Mark EJ, Kanarek D: Multiple peripheral pulmonary carcinoids and tumoriets of carcinoid type, with restrictive and obstructive lung disease. Am J Med 1978; 65: 373-378.

15. Briselli M, Mark EJ, Grillo HC: Tracheal  carcinoids. Cancer 1978; 42: 2870-2879.

16. Hood AF, Mark EJ, Hunt J: Laryngeal mycosis fungoidses. Cancer 1979; 43: 1527-1532.

17. Mark EJ, Monroe CB, Kazemi H: Mixed pneumoconiosis. Silicosis, asbestosis, talcosis, and berylliosis. Chest 1979; 75: 726-728.

18. Hood AF, Mark EJ: Histopathologic diagnosis of pityriasis lichenoides et varioliformis acuta and its clinical correlation. Arch Derm 1982; 118: 478-482.

19. Mark EJ, Quay SC, Dickersin GR: Papillary carcinoid tumor of the lung. Cancer 1981; 48: 316-324.

20. Javaheri S, Lederer DH, Pella JA, Mark EJ, Levine BW: Idiopathic pulmonary fibrosis in monozygotic twins; the importance of genetic predisposition. Chest 1980; 75: 591-594.

21. Young RH, Sandstrom RE, Mark EJ: Tracheopathic osteoplastica; Clinical, radiologic, pathologic and histogenetic features. J Thorac Cardiovasc Surg 1980; 79: 537-541.

22. Briselli M, Mark EJ, Dickersin GR: Solitary fibrous tumors of the pleura. Eight new cases and review of 360 cases in the literature. Cancer 1981; 47: 2678-2689.

23. Colby TB, Carrington CB, Mark EJ: Pulmonary involvement in malignant histiocytosis. A clinicopathologic spectrum. Am J Surg Pathol 1981; 5: 61-73.

24. Kradin RL, Young RH, Dickersin GR, Kirkham SE, Mark EJ: Pulmonary blastoma with argyrophil cells and lacking sarcomatous features (pulmonary endodermal tumor resembling fetal lung). Am J Surg Pathol 1982; 6: 165-172.

25. Kradin RL, Kiprov D, Dickersin GR, Collins AB, Kradin L, Mark EJ: Immune complex disease with fatal pulmonary hemorrhage in a patient with myasthenia gravis. Arch Pathol Lab Med 1981; 105: 582-585.

26. Kradin RL, Young RH, Kradin LA, Mark EJ: Immunoblastic lymphoma arising in chronic lymphoid hyperplasia of the pulmonary interstitium. Cancer 1982; 50: 1339-1343.

27. Kradin RL, Spirn PW, Mark EJ: Intrapulmonary lymph nodes. Clinical, radiologic, and pathologic features. Chest 1985; 87: 662-667.

28. Hahn PF, Novelline RA, Mark EJ: Arteriography in the localization of massive pleural tumors. Am J Radiol 1982; 139: 814-817.

29. Mark EJ: The second diagnosis. The role of the pathologist in the diagnosis of pneumoconioses in lungs excised for tumor. Hum Pathol 1981; 12: 585-587.

30. Kradin R, Mark EJ: Benign lymphoid disorders of the lung, with a theory regarding their development. Hum Pathol 1983; 14: 857-867.

31. Antman KH, Nadler L, Mark EJ, Montello DL, Kirkpatrick P, Halpern J: Primary Kaposi's sarcoma of the lung in an immunocompetent 32-year-old heterosexual white man. Cancer 1984; 54: 1696-1698.

32. Duray PH, Mark EJ, Barwick KW, Madri JA, Strom RL: Congenital polycystic tumor of the atrioventricular node. Autopsy study with immunohistochemical findings suggesting endodermal derivation. Arch Pathol Lab Med 1985; 109: 30-34.

33. Mark EJ, Ramirez JR: Peripheral small-cell carcinoma of the lung resembling carcinoid tumor. A clinical and pathologic study of 14 cases. Arch Pathol Lab Med 1985; 109: 263-269.

34. Mark EJ, Ramirez JR: Pulmonary capillaritis and hemorrhage in patients with systemic vasculitis. Arch Pathol Lab Med 1985; 109: 413-418.

35. Schooley RT, Carey RW, Miller G, Henle W, Eastman R, Mark EJ, Kenyon K, Wheeler EO, Rubin RH: Chronic Epstein-Barr virus infection associated with fever and interstitial pneumonitis. Clinical and serologic features and response to antiviral chemotherapy. Ann Intern Med 1986; 104: 636-643.

36. Mark EJ: Mesenchymal cystic hamartoma of the lung. N Engl J Med 1986; 315: 1255-1259.

37. Vevaina JR, Mark EJ: Thoracic hemangiomatosis masquerading as interstitial lung disease. Chest 1988; 93:657-659.

38. Garau X, Mark EJ: Mujer de 37 anos con tos y patron nodular bilateral en la radiografia de torax. Medicina Clinica (Barcelona) 1988; 90: 33-39.

39. Matsubara O, Tan-Liu NS, Kenney RM, Mark EJ: Inflammatory pseudotumors of the lung: Progression from organizing pneumonia to fibrous histiocytoma or to plasma cell granuloma in 32 cases. Hum Pathol 1988; 19: 807-814.

40. Mark EJ, Matsubara O, Tan-Liu NS, Fienberg R: The pulmonary biopsy in the early diagnosis of Wegener's (pathergic) granulomatosis: A study based on 35 open lung biopsies. Hum Pathol 1988; 19: 1065-1071.

41. Rosenberg AE, Garber JE, Bennett W, Bhan AK, Antman KH, Mark EJ: Epithelioid sarcoma with diffuse bone marrow metastases and associated leukemoid reaction: A case report and brief literature review. Am J Clin Pathol 1988; 90: 723-726.

42. Tan-Liu NS, Matsubara O, Grillo HC, Mark EJ: Invasive fibrous tumor of the tracheobronchial tree: Clinical and pathological study of seven cases. Hum Pathol 1989; 20: 180-184.

43. Heitmiller RF, Mathisen DJ, Ferry JA, Mark EJ, Grillo HC: Mucoepidermoid lung tumors. Ann Thorac Surg 1989; 47: 394-399.

44. Mark EJ: An American pathologist's view of medicine on the island of Grenada. J Am Med Assoc 1989; 261: 2553-2554.

45. Sherman ME, Mark EJ: Effusion cytology in the diagnosis of malignant epithelioid and biphasic pleural mesothelioma. Arch Pathol Lab Med 1990; 114: 845-851.

46. Bourgouin PM, Fitzgibbon JF, McLoud TC, Mark EJ, Shepard JO, Moore EH, Brady TJ: Differentiation of bronchogenic carcinoma from post-operative pneumonitis by magnetic resonance imaging. J Thorac Imaging. In press.

47. Nakatani Y, Dickersin GR, Mark EJ: Pulmonary endodermal tumor resembling fetal lung: A clinicopathologic study of five cases with immunohistochemical and ultrastructural characterization. Hum Pathol. 1990; 21: 1097-1107.

48. Graeme-Cook F, Mark EJ. Pulmonary mucinous cyctic tumors of borderline malignancy. Hum Pathol. 1991; 22: 185-190.

49. Yokoi T, Mark EJ. Atypical mesothelial hyperplasia associated with bronchogenic carcinoma. Hum Pathol. 1991; 22: 695-699.

50. Mark EJ. Absence of evidence for a background level of malignant mesothelioma. Ann N Y Acad Sci. In press.

51. Schroeder S, Shannon D, Mark EJ. Cellular interstitial pneumonitis. A clinicopathological study of five cases in children. Chest. In press.

52. Hilgenberg A, Mark EJ. Intrabronchial hamartomas: clinical and pathologic experience in eight cases. Ann Thorac Surg. In press.

53. Matsubara O, Yoshimura N, Tamura A, Kasuga T, Yamada I, Numano F, Mark EJ. Pathologic features of pulmonary artery in Takayasu's arteritis. Heart and Vessels. In press.

54. Sunday ME, Kaplan LM, Chin WW, Mark EJ. Gastrin-releasing peptide (mammalian bombesin) gene expression in neuroendocrine neoplasia of the lung. Submitted for publication.

55. Mark EJ, Shin DH. Asbestos and the histogenesis of lung carcinoma. Seminars Diagnost Pathol. In press.

56. Shin DH, Mark EJ. Diffuse malignant mesothelioma of the pleura of low malignant potential. A clinicopathological study of five cases with a prolonged interval free of symptoms after biopsy diagnosis. Hum Pathol. In press.

57. Shin DH, Suen HJ, Grillo H, Mark EJ. Papillary carcinoma of the thyroid treated by tracheal resection; a clinicopathological system for staging based on an anatomical study of the tracheal lymphatic system. Submitted for publication.

58. Yoshimura N, Matsubara O, Tamura A, Kasuga T, Mark EJ. Wegener's granulomatosis associated with diffuse pulmonary hemorrhage. Acta Pathol Japonica. In press.

59. Tamura A, Matsubara O, Kasuga T, Mark EJ. Immunohistochemical study of the structural change of the alveolar basement membrane in diffuse alveolar damage. Japan J Pathol. In press.

60. Grillo H, Mark EJ, Mathisen DJ, Wain JC. Idiopathic airway stenosis and its management. Ann Thorac Surg. In press.

01/08/2007  16:48    4898834814                DIES & HILE                    PAGE  10/30

## Bibliography:  Case Records of the Massachusetts General Hospital

1. Martin AR, Mark EJ: Case 43-1972. Lupus vulgaris. Tuberculous prostatitis. N Engl J Med 1972; 297: 872-878.

2. Pontoppidan H, Mark EJ: Case 21-1975. Pneumonitis, organizing, compatible with viral pneumonia. Extracorporeal membrane oxygenation. N Engl J Med 1975; 292: 1174-1181.

3. Sohier WD, Mark EJ: Case 25-1975. Pneumocystis carinii pneumonia. N Engl J Med 1975; 292: 1394-1399.

4. Haynes HA, Mark EJ: Case 37-1975. Mycosis fungoides, plaque stage, with Sezary's syndrome. Disseminated herpes-simplex infection of skin, esophagus and lungs. N Engl J Med 1975; 292: 598-603.

5. Brody JS, Mark EJ: Case 4-1976. Bronchiolo-alveolar carcinoma with consolidation of left lung. N Engl J Med 1976; 294: 1052-1056.

6. Sasahara AA, Mark EJ: Case 8-1976. Primary (idiopathic) pulmonary hypertension. N Engl J Med 1976; 294: 433-439.

7. Fanburg BL, Mark EJ: Case 19-1976. Lymphomatoid granulomatosis involving lungs, kidneys and liver. N Engl J Med 1976; 294: 1052-1056.

8. Strieder JW, Mark EJ:  Case 22-1976. Bronchial carcinoid of main-stem bronchus with obstruction. N Engl J Med 1976; 294: 1226-1233.

9. Levine BW, Mark EJ: Case 32-1976. Tuberculous bronchitis and bronchiolitis, with fibrous occlusion of mainstem bronchus.  N Engl J Med 1976; 295: 328-335.

10. Anderson RJ, Mark EJ: Case 42-1976. Sarcoidosis, involving  skeletal muscle, heart and lungs. N Engl J Med 1976; 295: 885-893.

11. Brody JS, Mark EJ: Case 4-1977. Pulmonary sarcoidosis, involving interstitium, interlobular septa, pulmonary arteries and pleura, with early fibrosis. N Engl J Med 1977; 296: 215-222.

12. Murphy RLH, Mark EJ: Case 9-1977. Pleural mesothelioma, bilateral, with extension into interlobular septa of lungs. N Engl J Med 1977; 296: 500-507.

13. Hales CA, Mark EJ: Case 19-1977. Lipoid pneumonia due to aspiration of mineral oil. N Engl J Med 1977; 296: 1105-1111.

14. Zapol WM, Mark EJ: Case 22-1977. Pulmonary fibrosis, intra-alveolar and interstitial, massive, post-traumatic. N Engl J Med 1977; 296: 1279-1287.

15. Castleman B, Mark EJ: Case 25-1977. Benign cystic teratoma of anterior mediastinum. N Engl J Med 1977; 296: 1467-1474.

16. Schwachman H, Mark EJ: Case 26-1977. Cystic fibrosis. N Engl J Med 1977; 296: 1519-1526.

17. Kazemi H, Mark EJ: Case 29-1977. Chronic eosinophilic pneumonia. N Engl J Med 1977; 297: 155-161.

18. Masters R, Mark EJ: Case 33-1977. Dermatomyositis. N Engl J Med 1977; 297: 378-383.

19. Kanarek DJ, Mark EJ: Case 48-1977. Pulmonary amyloidosis, primary, diffuse alveolar septal type, with extensive pleural involvement. N Engl J Med 1977; 297: 1221-1228.

20. Bartlett JG, Mark EJ: Case 51-1977. Pulmonary tuberculosis, acinar-nodose type, resulting from perforation of tuberculous lymph node into lingular bronchus. N Engl J Med 1977; 297: 1390-1397.

21. Strieder DJ, Mark EJ: Case 5-1978. Pulmonary eosinohilic granuloma. N Engl J Med 1978; 298: 327-332.

22. Levine BW, Mark EJ: Case 12-1978. Cyclophosphamide-induced pneumonitis. N Engl J Med 1978; 298: 729-736.

23. Arndt KA, Mark EJ: Case 16-1978. Erysipelothrix rhusiopathiae septicemia. N Engl J Med 1978; 298: 1353-1357.

24. Starkey GWB, Mark EJ: Case 23-1978. Broncholithiasis due to Histoplasma capsulatum. N Engl J Med 1978; 298: 1353-1357.

25. Haynes HA, Mark EJ: Case 26-1978. Toxic epidermal necrolysis, drug-induced. N Engl J Med 1978; 299:33-39.

26. Schoenbaum SC, Mark EJ: Case 32-1978. Legionnaires' disease. N Engl J Med 1978; 299: 347-354.

27. Gaensler EA, MarkEJ: Case 46-1978. Adenocarcinoma of left lower lobe of lung with extensive infiltration of contiguous pleura and pericardium. N Engl J Med 1978; 299: 1179-1185.

28. Kanarek DJ, Mark EJ: Case 50-1978. Bronchial carcinoid with obstruction of bronchus to lower lobe and metastases to hilar lymph nodes. N Engl J Med 1979; 299: 1402-1408.

29. Blacklow NR, Mark EJ: Case 6-1979. Adenovirus pneumonia (Type 21), with interstitial fibrosis and bronchiolitis obliterans. N Engl J Med 1979; 300: 301-309.

30. Kazemi H, Mark EJ: Case 13-1979. Pulmonary dirofilariasis, with endarteritis and infarction. N Engl J Med 1979; 300: 723-729.

31. Scannell JG, Mark EJ: Case 26-1979. Angiosarcoma of popliteal artery, with metastases to femur and to lung and visceral pleura with hemothorax. N Engl J Med 1979; 300: 1477-1482.

32. Sprince NL, Mark EJ: Case 30-1979. Pulmonary hemosiderosis, idiopathic. N Engl J Med 1979; 301: 201-208.

33. Reid LM, Mark EJ: Case 41-1979. Bronchial atresia of left upper lobe, with emphysema and hyperlucent lung. N Engl J Med 1979; 301: 829-835.

34. Barber DE, Mark EJ: Case 51-1979. Pulmonary caseation due to Mycobacterium intercellulare, with granulomatous vaculitis and infarction. N Engl J Med 1979; 301: 1387-1392.

35. Medeiros AA, Mark EJ: Case 3-1980. Pulmonary coccidioidomyeoma. N Engl J Med 1980; 302: 218-223.

36. Locke S, Richardson EP Jr, Mark EJ: Case 13-1980. Lymphoplasmacytic interstitial pneumonitis. Pulmonary lymphoma, immunoblastic sarcoma type. Progressive multifocal leukoencephalopathy. N Engl J Med 1980; 303: 145-152.

37. Pennington JE, Mark EJ: Case 28-1980. Legionnaires' disease. Chronic lymphocytic leukemia involving lung. N Engl J Med 1980; 303: 145-152.

38. Kazemi H, Mark EJ: Case 41-1980. BCNU-induced pneumonitis. N Engl J Med 1980; 303: 927-933.

39. Myers JO, Mark EJ: Case 43-1980. Adenocarcinoma of stomach, with argentaffin cells. Embolic carcinoma to lung with carcinomatous vasculitis, acute infarcts, pulmonary hypertension, and cor pulmonale. N Engl J Med 1980; 303: 1049-1056.

40. Snider GL, Mark EJ: Case 46-1980. Chronic asthma with interstitial eosinophilic pneumonitis, pleuritis and angiitis. N Engl J Med 1980; 303: 1218-1225.

41. Robbins AH, Mark EJ: Case 47-1980. Solitary fibrous tumor of pleura. N Engl J Med 1980; 303: 1283-1291.

42. Colten HR, Lapey A, Mark EJ: Case 14-1981. Cystic fibrosis. N Engl J Med 1981; 304: 831-836.

43. Ginns LC, Mark EJ: Case 16-1981. Wegener's granulomatosis. N Engl J Med 1981; 304: 958-966.

44. Strieder DJ, Mark EJ: Case 18-1981. Pulmonary sequestration, intralobar. N Engl J Med 1981; 304: 1090-1096.

45. Wilkins EW Jr, Mark EJ: Case 19-1981. Traumatic rupture of left main-stem bronchus. N Engl J Med 1981; 304: 1155-1160.

46. Hales CA, Mark EJ: Case 22-1981. Carcinoid tumor (primary in cecum) metastatic to liver. Carcinoid sydrome with asthma. N Engl J Med 1981; 304: 1350-1356.

47. Kanarek DJ, Mark EJ: Case 28-1981. Tuberculous lymphadenitis, with erythema nodosum. N Engl J Med 1981; 305: 89-94.

48. Nardell EA, Mark EJ: Case 37-1981. Cytomegalovirus pneumonitis. N Engl J Med 1981; 305: 627-635.

49. Yurchak PM, Mark EJ: Case 38-1981. Chronic thrombosis of right main pulmonary artery. Pulmonary emboli, old, peripheral, bilateral. N Engl J Med 1981; 305: 685-693.

50. Carrington CB, Mark EJ: Case 39-1981. Chronic eosinophilic pneumonia. N Engl J Med 1981; 305: 748-756.

51. Levine BW, Mark EJ: Case 42-1981. Hodgkin's disease, with pulmonary dissemination. N Engl J Med 1981; 305: 939-947.

52. Fanburg BL, Mark EJ: Case 49-1981. Mucus impaction of right-middle-lobe bronchus, with hyperinflation and atelectasis. Asthma. Multiple bronchi to right-middle-lobe. N Engl J Med 1981; 305: 1398-1403.

53. Federman DD, Mark EJ: Case 53-1981. Atypical bronchial carcinoid tumor, with metastases to hilar lymph nodes. Cushing's syndrome. N Engl J Med 1981; 305: 1637-1643.

54. Sprince NL, Mark EJ: Case 3-1982. Rheumatoid lung disease. N Engl J Med 1982; 306: 157-165.

55. Hasan F, Mark EJ: Case 7-1982. Pulmonary fibrosarcoma. Sarcoidosis. N Engl J Med 1982; 306: 412-420.

56. Snider GL, Mark EJ: Case 8-1982. Cyclophosphamide-induced pneumonitis. Cytomegalovirus pneumonitis. Pulmonary emboli with infarction. N Engl J Med 1982; 306: 467-476.

57. Braslow NM, Mark EJ: Case 24-1982. Bronchocentric granulomatosis. N Engl J Med 1982; 306: 1471-1479.

58. Gaensler EA, Mark EJ: Case 27-1982. Rheumatoid pleuritis. Pulmonary asbestosis. N Engl J Med 1982; 307: 104-112.

59. Oliver LC, Mark EJ: Case 35-1982. Talcosis. N Engl J Med 1982; 307: 605-614.

60. Greene RE, Mark EJ: Case 36-1982. Pulmonary tuberculosis, acinar nodose pneumonia and tuberculoma. N Engl J Med 1982; 307: 670-675.

61. Kazemi H, Mark EJ: Case 42-1982. Pulmonary lymphoma, well differentiated lymphocytic type, with plasmacytoid features. Waldenstrom's macroglobulinemia. N Engl J Med 1982; 307: 1065-1073.

62. Fanburg BL, Mark EJ: Case 2-1983. Pigeon breeders' pneumonitis. N Engl J Med 1983; 308: 88-93.

63. Faling LJ, Mark EJ: Case 9-1983. Desquamative interstitial pneumonitis. N Engl J Med 1983; 308: 511-519.

64. Huvos A, Mark EJ: Case 14-1983. Pulmonary veno-occlusive disease. N Engl J Med 1983; 308: 823-834.

65. Epler GR, Mark EJ: Case 16-1983. Coalescent granulomas in lungs due to Mycobacterium intracellulare. N Engl J Med 1983; 308: 949-957.

66. Weiss ST, Mark EJ: Case 19-1983. Pulmonary alveolar proteinosis. Nocardia pneumonia, with abscesses. N Engl J Med 1983; 308: 1147-1156.

67. Hilgenberg AD, Mark EJ: Case 24-1983. Folded-lung syndrome. N Engl J Med 1983; 308: 1466-1472.

68. Nardell EA, Mark EJ: Case 38-1983. Aspergillus empyema, 40 years after thoracoplasty. N Engl J Med 1983; 309:715-722.

69. Levine BW, Mark EJ: Case 48-1983. Aspirated plastic top of ballpoint pen, with abscess (pseudosequestration). N Engl J Med 1983; 309: 1374-1381.

70. Laurenzi GA, Mark EJ: Case 50-1983. Bronchiectasis, with mucoid impaction of bronchioles. N Engl J Med 1983; 309: 1501-1511.

71. Hales CA, Mark EJ: Case 52-1983. Sickle cell disease with pulmonary hypertension. N Engl J Med 1983; 309: 1627-1636.

72. Braman SS, Mark EJ: Case 3-1984. Pulmonary blastoma, with small cell carcinoma. N Engl J Med 1984; 310: 178-187.

73. Sprince N, Mark EJ: Case 6-1984. Cystic fibrosis, with bronchiolitis. N Engl J Med 1984; 310: 375-383.

74. Eisenbarth GS, Mark EJ: Case 9-1984. Localized fibrous mesothleioma of pleura, of low-grade malignancy, with hypoglycemia. N Engl J Med 1984; 310: 580-587.

75. Rappeport JM, Harris NL, Mark EJ: Case 14-1984. Adult T-cell lymphoma. Pulmonary alveolar proteinosis. N Engl J Med 1984; 310: 906-916.

76. Sasahara AA, Mark EJ: Case 17-1984. Multiple myeloma, with involvement of lungs. Pulmonary emboli. N Engl J Med 1984; 310: 1103-1112.

77. Pearson FG, Mark EJ: Case 19-1984. Sarcoidosis, with right middle lobe syndrome and bronchiectasis. N Engl J Med 1984; 310: 1245-1252.

78. Fanburg BL, Harris NL, Mark EJ: Case 25-1984. Lymphocytic lymphoma with bronchial infiltration and clinical asthma. N Engl J Med 1984; 310: 1653-1661.

79. Canellos GP, Mark EJ: Case 26-1984. Breast carcinomatosis, with microangiopathic hemolytic anemia. N Engl J Med 1984; 310: 1728-1736.

80. Johnson DC, Mark EJ: Case 35-1984. Cyclophosphamide pneumonitis. Pneumocystis carinii pneumonia. N Engl J Med 1984; 311: 585-593.

81. Epler GR, Mark EJ, Harris NL: Case 41-1984. Pulmonary lymphoma, lymphoplasmacytoid type. N Engl J Med 1984; 311: 969-978.

82. Brody JS, Mark EJ: Case 46-1984. Acquired immune deficiency syndrome, associated with blood transfusions. Pneumocystis carinii pneumonia. Candidal sepsis. N Engl J Med 1984; 311: 1303-1310.

83. Kradin RL, Mark EJ: Case 49-1984. Legionella micdadei pneumonia, with cavitary abscess. N Engl J Med 1984; 311: 1496-1505.

84. Finburg RW, Richardson RP, Mark EJ: Case 50-1984. Eastern equine encephalitis. Tuberculosis of lungs, spleen and bone marrow. Cytomegalovirus pneumonia. Herpes simplex infection of skin. N Engl J Med 1984; 311: 1559-1566.

85. Peters RW, Mark EJ: Case 1-1985. Pulmonary Hodgkin's disease, with cavitation. N Engl J Med 1985; 312: 34-42.

86. Ginns LG, Mark EJ: Case 6-1985. Methotrexate pneumonitis. N Engl J Med 1985; 312: 359-369.

87. Fanburg BL, Mark EJ: Case 13-1985. Pulmonary thromboemboli, with recent and old infarcts. N Engl J Med 1985; 312: 843-850.

88. Abrams H, Mark EJ: Case 19-1985. Malignant fibrous histiocytoma of pulmonary artery. N Engl J Med 1985; 312: 1242-1252.

89. Nardell EA, Mark EJ: Case 22-1985. Pleural tuberculosis with effusion. N Engl J Med 1985; 312: 1440-1337.

90. Reid L, Mark EJ: Case 32-1985. Pulmonary hamartomatous nodules with mesenchymal proliferation and epithelial cells. N Engl J Med 1985; 313: 374-382.

91. Fanta CH, Mark EJ: Case 34-1985. Sarcoidosis, involving heart, lungs, lymph nodes and spleen. N Engl J Med 1985; 313: 498-509.

92. Hill NS, Mark EJ: Case 42-1985. Thromboembolic pulmonary hypertension. N Engl J Med 1985; 313: 1003-1012.

93. Levine BW, Mark EJ: Case 2-1986. Tuberculous pneumonia. Mitral lung. HTLV-III antibody positivity. N Engl J Med 1986; 314: 167-174.

94. Faber LP, Mark EJ: Case 5-1986. Bronchial carcinoid tumor of seventeen years duration. N Engl J Med 1986; 314: 368-377.

95. Andrews J, Mark EJ: Case 8-1986. Eosinophilic granuloma of the lung. N Engl J Med 1986; 314: 564-574.

96. Gruppe J, Colvin RB, Mark EJ: Case 12-1986. Wegener's granulomatosis with pulmonary capillaritis. N Engl J Med 1986; 314: 834-844.

97. Bernhard JD, Mark EJ: Case 17-1986. Wegener's granulomatosis with acneiform ulcers of the skin. N Engl J Med 1986; 314: 1170-1184.

98. Dalen JE, Mark EJ: Case 21-1986. Pulmonary veno-occlusive disease. N Engl J Med 1986; 314:1435-1445.

99. Epler GR, Mark EJ: Case 24-1986. Bronchiolitis-obliterans organizing pneumonia. N Engl J Med 1986; 314: 1627-1635.

100. Goldman RH, Mark EJ: Case 32-1986. Pulmonary asbestosis. Pulmonary emphysema. N Engl J Med 1986; 315: 437-449.

101. Benfield JR, Mark EJ: Case 45-1986. Intrabronchial lipomatous hamartoma. N Engl J Med 1986; 315: 277-1285.

102. Laurenzi GA, Mark EJ: Case 48-1986. Pulmonary tuberculosis, with acute histiocytic pneumonia. Miliary tuberculosis. N Engl J Med 1986; 315: 1469-1477.

103. Rose RM, Mark EJ: Case 51-1986. Metastatic adenocarcinoma in lungs and bone marrow from unknown primary site. ? Acquired immunodeficiency syndrome. N Engl J Med 1986; 315: 1660-1668.

104. Younger WBJ, Mark EJ: Case 4-1987. Diffuse malignant mesothelioma of pleura, with spread to lung, mediastinum, pericardium, and peritoneum. N Engl J Med 1987; 316: 198-208.

105. Kevy SV, Mark EJ: Case 8-1987. Acquired immunodeficiency syndrome, associated with transfusions in a child. Pneumocystis carinii pneumonia. N Engl J Med 1987; 316: 466-475.

106. Thompson BT, Mark EJ: Case 9-1987. Aspiration, acute and chronic, with necrotizing pneumonia, abscesses, and miliary granulomatosis. N Engl J Med 1987; 316: 529-541.

107. Moncure AC, Mark EJ: Case 17-1987. Angiosarcoma of the chest wall, secondary to radiation. N Engl J Med 1987; 316: 1075-1083.

108. Sicilian L, Mark EJ: Case 20-1987. Multiple myeloma, with leukemic infiltration of lung. Invasive pulmonary aspergillosis. N Engl J Med 1987; 316: 1462-1470.

109. Murphy RLH, Mark EJ: Case 23-1987. Diffuse malignant mesothelioma of pleura, with miliary dissemination in lungs. N Engl J Med 1987; 316: 1462-1470.

110. Hilgenberg AD, Mark EJ: Case 27-1987. Myxoma of right atrium with embolism to pulmonary arterial tree. N Engl J Med 1987; 317: 35-42.

111. Hales CA, Mark EJ: Case 30-1987. Breast carcinoma, metastatic to liver, lungs, brain, ovary and abdominal lymph nodes. Embolic carcinomatosis in lungs, with subacute cor pulmonale and microangiopathic anemia. N Engl J Med 1987; 317: 225-235.

112. Wolfsdorf JI, Mark EJ: Case 36-1987. Endobronchial mucormycosis. Juvenile diabetes mellitus. N Engl J Med 1987; 317: 614-623.

113. Craven DE, Mark EJ: Case 37-1987. Legionella pneumophilia pneumonia. N Engl J Med 1987; 317: 694-702.

114. Desforges JF, Mark EJ: Case 41-1987. Cryptococcal meningitis and septicemia. Acquired immunodeficiency syndrome due to platelet transfusion. Idiopathic thrombocytopenic purpura. N Engl J Med 1987; 317:946-953.

115. Cooper JD, Mark EJ: Case 48-1987. Adenocarcinoma of the lung in a 27 year old man. N Engl J Med 1987; 317: 1399-1406.

116. Dluhy RG, Mark EJ: Case 52-1987. Bronchial carcinoid tumor producing corticotropin-releasing hormone and Cushing's syndrome. N Engl J Med 1987; 317: 1648-1658.

117. Levine BW, Mark EJ: Case 3-1988. Usual interstitial pneumonitis. Small cell carcinoma of lung, with metastasis to mediastinal lymph nodes. N Engl J Med 1988; 318: 168-177.

118. Hill NS, Mark EJ: Case 19-1988. Pleural tuberculosis. N Engl J Med 1988; 318: 1257-1267.

119. Braman SS, Mark EJ: Case 24-1988. Lymphangiomyomatosis. N Engl J Med 1988; 318: 1601-1610.

120. Snider GL, Mark EJ: Case 30-1988. Idiopathic pulmonary hemosiderosis. N Engl J Med 1988; 319: 227-237.

121. Cheeseman S, Mark EJ: Case 34-1988. Measles pneumonia, hepatitis, pancreatitis, gastritis, and dermatitis. Congenital immunodeficiency. N Engl J Med 1988; 319: 495-509.

122. Christiani DC, Mark EJ: Case 47-1988. Pulmonary silicosis. N Engl J Med 1988; 319: 1401-1410.

123. Urschel HC Jr, Mark EJ: Case 49-1988. Chronic pulmonary histoplasmosis with organizing bronchopneumonia. N Engl J Med 1988; 319: 1530-1537.

124. Levine BW, Mark EJ: Case 2-1989. Sarcoidosis of lung. N Engl J Med 1989; 320: 108-116.

125. Nardell EA, Mark EJ: Case 6-1989. Fibrosing mediastinitis, with pulmonary hyalinizing granuloma. N Engl J Med 1989; 320: 380-389.

126. Fanburg BL, Mark EJ: Case 9-1989. Acquired immunodeficiency syndrome. Pneumocystis carinii pneumonia, with cavitary necrosis. N Engl J Med 1989; 320: 582-587.

127. Epler GR, Mark EJ: Case 17-1989. Small cell carcinoma of lung. Mycobacterium xenopi infection of lung with cavitation. N Engl J Med 1989; 320: 1130-1139.

128. Kanarek DJ, Mark EJ: Case 20-1989. Scleroderma involving lungs, skin and ? esophagus. N Engl J Med 1989; 320: 1333-1340.

129. Daly BDT, Mark EJ: Case 23-1989. Pneumonia and lymphadenitis due to Mycobacterium avium. Atypical carcinoid tumor, resected. N Engl J Med 1989; 320: 1540-1550.

130. Kradin RL, Mark EJ: Case 28-1989. Malignant lymphoma, diffuse large-cell immunoblastic type, in lungs and axillary lymph node. N Engl J Med 1989; 321: 102-110.

131. Wohl MEB, Mark EJ: Case 31-1989. Congenital pulmonary lymphangiectasis. N Engl J Med 1989; 321: 309-316.

132. Systrom DM, Mark EJ: Case 32-1989. Bronchioloalveolar carcinoma of lung, mucinous type. N Engl J Med 1989; 321: 375-385.

133. Kieff ED, Johnson RP, Mark EJ: Case 33-1989. Human immunodeficiency virus type I infection, with acute seroconversion. N Engl J Med 1989; 321: 454-463.

134. Orringer MB, Mark EJ: Case 44-1989. Intramural hematoma of eosophagus. N Engl J Med 1989; 321: 1249-1259.

135. Zibrak JD, Mark EJ: Case 48-1989. Tuberculosis of mediastinal lymph nodes (and lungs). Human-immunodeficiency-virus infection, with lymphoid hyperplasia of mediastinal lymph nodes. N Engl J Med 1989; 321: 1528-1537.

136. Zwerdling RG, Mark EJ: Case 50-1989. Carcinoid tumor of bronchus in an adolescent. Asthma. N Engl J Med 1989; 321: 1665-1672.

137. Beamis JF Jr, Mark EJ: Case 51-1989. Carcinoma of breast metastatic to bronchus (with probable lymphangitic spread in lungs). N Engl J Med 1989; 321: 1738-1749.

138. Farber HW, Mark EJ: Case 1-1990. Pulmonary Kaposi's sarcoma. Acquired immunodeficiency syndrome. N Engl J Med. 1990; 322; 43-51.

139. Wolpow ER, Richardson EP Jr, Mark EJ: Case 16-1990. Thalamic abscess, polymicrobial. Pulmonary arteriovenous malformations. Thalamic abscess. N Engl J Med 1990; 322: 1139-1148.

140. Corrao WM, Mark EJ: Case 21-1990. Mucoepidermoid carcinoma of bronchus, low grade. N Engl J Med 1990;322:1512-1521.

141. Faling LJ, Mark EJ: Case 24-1990. Tuberculous lymphadenitis, mediastinal. Sarcoidosis. N Engl J Med 1990;322:1728-1738.

142. Levine BW, Mark EJ: Case 31-1990. Metastatic carcinoma in lung from breast, with lymphangitic spread and carcinomatous pneumonia. N Engl J Med 1990; 323: 327-334.

143. Dorkin HL, Mark EJ: Case 32-1990. Polyalveolar lobe of lung. N Engl J Med 1990; 323: 398-406.

144. Kazemi H, Mark EJ: Case 36-1990. Diffuse malignant mesothelioma of pleura and peritoneum, with metastases to lymphatics, lymph nodes and lungs. N Engl J Med 1990; 323: 659-667.

145. Hasan FM, Mark EJ: Case 37-1990. Methotrexate pneumonitis. N Engl J Med 1990; 323: 737-747.

146. Pairolero PC, Mark EJ. Case 47-1990. Wegener's granulomatosis of lung. N Engl J Med 1990; 323: 1474-1481.

147. Kazanjian PA, Mark EJ: Case 48-1990. Chlamydial bronchiolitis and pneumonia. N Engl J Med 1990; 323: 1546-1555.

148. Zwerdling RG, Mark EJ. Case 14-1991. Pulmonary extralobar sequestration. N Engl J Med 1991; 324: 980-986.

149. Wain JCJr, Mark EJ. Case 15-1991. Chronic histoplasmosis of mediastinal lymph nodes, with rupture into esophagus and secondary acute streptococcal lymphadenitis. N Engl J Med 1991; 324: 1049-1056.

150. Zibrak JD, Mark EJ: Case 17-1991. Bronchiolitis obliterans with organizing pneumonia. N Engl J Med 1991; 324: 1195-1205.

151. Wu TR, Mark EJ. Case 19-1991. Usual interstitial pneumonitis, accelerated form (Hamman-Rich syndrome). (Polymyalgia rheumatica.) N Engl J Med 1991: 324: 1345-1357.

152. Sicilian L, Mark EJ. Case 25-1991. Wilms' tumor of kidney, invasive of renal vein and inferior vena cava and embolic to right and left pulmonary arteries. N Engl J Med 1991; 324: 1795-1804.

153. Braman SS, Mark EJ. Case 26-1991. Malignant lymphoma, large cell type, B-cell lineage, involving (mediastinum) and bronchi. N Engl J Med 1991; 324: 1876-1884.

154. Kradin RL, Mark EJ. Case 39-1991. Subacute histoplasmosis, involving lung and bone marrow. N Engl J Med 1991; 325: 949-956.

155. Systrom DM, Mark EJ. Case 42-1991. Pulmonary nocardiosis, with localized chronic organizing pneumonia (inflammatory pseudotumor), and chronic osteomyelitis of contiguous ribs. N Engl J Med 1991; 325: 1155-1165.

156. Hassoun PM, Mark EJ. Case 43-1991. Acute pulmonary histoplasmosis. (Acquired immunodeficiency sysdrome). N Engl J Med 1991; 325: 1228-1239.

157. Epler G, Mark EJ. Aspergilloma and hematoma in bronchiectatic cyst, with asthma. N Engl J Med In press.

158. Weinberger SE, Mark EJ. Pulmonary eosinophilic granuloma. Embolic talc. N Engl J Med In press.

159. Dreyden J, Mark EJ. Wegener's granulomatosis of the trachea. N Engl J Med In press.

160. Donat W, Mark, EJ. Mycoplasmal pneumonia, with disseminated intravascular coagulation. N Engl J Med In press.

01/08/2007  16:48   4098834814            DIES & HILE              PAGE  20/30

## Book

1. Mark EJ: Lung Biopsy Interpretation. Williams & Wilkins, Baltimore, 1984.

2. Mark EJ: Lung Biopsy Interpretation. Williams & Wilkins, Baltimore, Second edition, 1992.

## Chapters

1. Mark EJ: Chapter 2. Pathology of Bronchopulmonary Neoplasms, p. 23-50.In Choi NC, Grillo HC, eds, Thoracic Oncology, Raven Press, New York, 1983.

2. Mark EJ: Chapter 13, Pathology of Tracheal Neoplasms,p. 257-270.In Choi NC, Grillo HC, eds, Thoracic Oncology, Raven Press, New York, 1983.

3. Mark EJ: Chapter 18, Pathology of Pleural Neoplasms, p. 337-346. In Choi NC, Grillo HC, eds, Thoracic Oncology, Raven Press, New York, 1983.

4. Briselli MF, Mark EJ: Chapter 8. Solitary Fibrous Tumors of the Pleura and Benign Extrapleural Tumors of Mesothelial Origin. In Antman K, Aisner J, eds, Asbestos-Related Malignancy, Grune & Stratton, Inc., Orlando.

5. Choi NC, Mathisen DJ, Huberman MS, Mark EJ: Cancer of the Lung. In Cancer for Physicians. Massachusetts Cancer Society, Boston, 1989.

## Abstracts

1. Rosario R, Mark EJ, Parrish JA, Mihm MC: Histological changes produced by skin by equally erythemogenic doses of UV radiation. Am Soc Photobiol 1977; 5: 93.

2. Young RH, Mark EJ: Pulmonary vascular changes in scleroderma Yearbook Med 1979; 1979: 153-154.

3. Mark EJ, Monroe CB, Kazemi H: Mixed pneumoconiosis. Yearbook Med 1980.

4. Briselli MF, Mark EJ, Dickersin GR: Solitary fibrous tumors of the pleura: Report of eight new cases and review of the literature. Lab Invest 1980; 42:104.

5. Zhu YJ, Kradin RL,Moss J, Staton G, Mark EJ,Hales CA: Chronic hypoxic pulmonary hypertension in mast cell deficient mice. Am Rev Respir Dis 1981 (suppl.); 123:243.

6. Briselli M, Mark EJ, Dickerson GR: Solitary fibrous tumors of the pleura. Eight new cases and review of 360 cases,in the literature. Yearbook Cancer, 1982.

7. Duray PH, Mark EJ, Barwick KW, Madri JA, Stom RL: Mesothelioma of the atrioventricular node: Immunohistochemical evidence for an endodermal derivation. Lab Invest 1984 (suppl).

8. Graeme-Cooke F, Mark EJ. Borderline mucinous tumors of the lung. Pathology Abstracts, 1991.

01/08/2007  16:48    4098834814               DIES & HILE                    PAGE  22/30

# TEACHING PORTFOLIO

## EUGENE J. MARK, M.D.

### A. SELF REPORT OF LOCAL CONTRIBUTIONS: HMS AND HOSPITAL TEACHING EFFORT

#### 1. MEDICAL STUDENTS

1974-76        HMS II, Skin Pathophysiology, labortory instructor.

1977-79        HMS II, Lung Pathophysiology, laboratory instructor.

1980-1991    HMS-MIT Division of Health Sciences and Technology, second (and occasionally first) year Lung Pathophysiology, lecturer and laboratory instructor, sole pathologist in course, four to eight hours of lectures and demonstrations spaced over two months per year, approximately 40 students per year. Special accomplishment: Socratic method of teaching gross pathology, taxing students' powers of observation using fresh and fixed specimens from operations and autopsies performed during the days prior to lecture. Question and answer format used during entire lecture for continuous assessment of students' comprehesion of histopathology, since the ability of most of the students to recognize normal histology has been marginal. Emphasis on anatomic subdivisions of the lung applied to mechanics of ventilation, in an effort to utilize strong mathematical background of most students. Highest rating of instructors in pulmonary pathophysiology section for 1991.

### 2. MEDICINE, SURGERY, PEDIATRICS AND RADIOLOGY RESIENTS (Massachusetts General Hospital)

1974-1991      Monthly clinical rounds, presenting pathologic findings of specific patient and correlating with clinical or radiographic findings, discussing general principles of pathology and of the disease in question. Review of cases with individual residents as requested.

### 3. PATHOLOGY RESIDENTS (Massachusetts General Hospital)

1974-1991      Daily teaching of general surgical and autopsy pathology while working together on current patients, principally using a double-headed microscope Reviewing all complicated lung biopsies with individual resident responsible for the case, done on a daily basis. Biweekly didactic conference on pulmonary pathology, one hour in length, using difficult cases referred to me as consultations from outside hospitals, after the residents have had an opportunity to review the microscopic slides as well as clinical story and x-rays.

## 4. INVITED PRESENTATIONS (RECENT) WITHIN THE HOSPITAL AND MEDICAL SCHOOL AND OTHER LOCAL MEDICAL SCHOOLS

1985  Pathology Grand Rounds at Tufts-New England Medical Center, "Diagnostic Dilemmas in Lung Neoplasia."

1986  Pathology Grand Rounds at Brigham and Women's Hospital, "Systemic Approach to the Lung Biopsy."

1986  Infectious Disease Grand Rounds at Massachusetts General Hospital, "Histology of Opportunistic Infections in the Lung."

1987  Pathology Grand Rounds at University of Massachusetts Medical Center, "Usual interstitial pneumonitis."

1988  Pathology Grand Rounds at Massachusetts General Hospital, "Medical resources in Grenada, West Indies."

1988  Clinicopathologic Conference at Boston University Hospital, "Wegener's granulomatosis."

1989  Pathology Grand Rounds at Mallory Institute of Pathology, "Usual interstitial pneumonitis: Pathogenesis, diagnosis and implications of the diagnosis."

1989  Immunology Grand Rounds at Massacusetts General Hospital, "Immunologic Lung Disease."

1990  Boston Inter-Hospital Chest Clinic, "Quarterly Rounds of Interesting Cases."

1990  Boston Combined Hospitals Pediatric Pulmonary Conference, "Bimonthly review of difficult cases."

1991  Pathology Grand Rounds at Beth Israel Hospital, "Artefact and reality in the histologic diagnosis of interstitial lung disease.

## 5. POST-GRADUATE COURSES (Harvard Department of Continuing Education)

1977-  Faculty, Harvard-Massachusetts General Hospital Thoracic Surgery Post-Graduate Course, Current Concepts in Thoracic Surgery.

1978-  Faculty, Harvard-Massachusetts General Hospital Pathology Post-Graduate Course, Current Concepts in Surgical Pathology.

1978-1979  Faculty, Harvard-Massachusetts General Hospital Internal Medicine Post-Graduate Course, Current Concepts in Internal Medicine.

1978-  Faculty, Harvard-Massachusetts General Hospital Pulmonary Medicine Post-Graduate Course, Current Concepts in Pulmonary Medicine.

1989-  Faculty, Harvard-Massachusetts General Hospital Thoracic Surgery Post-Graduate Course, Surgery of the Upper Airways.

1985-1990    Director, Harvard Medical School Post-Graduate Course, Current Concepts in Pulmonary Pathology.

1991-    Codirector, Harvard-Massachusetts General Hospital Pathology Post-Graduate Courrse, Current Concepts in Surgical Pathology.

1992-    Faculty, Harvard-Massachusetts General Hospital Post-Graduate Course, Current Concepts in Infectious Disease.

I founded the week long course "Current Concepts in Pulmonary Pathology" in 1985 singlehandedly and have been the sole director of the course since its inception. It is the only, current, annual, in-depth course on pulmonary pathology in the world. The course has had a steady enrollment of 60-70. attendees, who are pathologists or chest physicians. in universities or in private practice. An intrinsic part of the course, which draws many of the students, is the unique laboratory. This consists currently of 3000 consultation cases referred to me, consisting of microscopic slides together with specimen photographs, clinical records, radiographs, my report, and follow-up. Each case is a self-contained instructional unit.

### 6. FELLOWS (FULL TIME)

Jose R. Ramirez, M.D., Department of Pathology, University of Barcelona, Barcelona, Spain (1984-1985)

Osamu Matsubara, M.D., Department of Pathology,Tokyo Medical and Dental College,Tokyo, Japan (1987-1988)

Nelia S. Tan-Liu, M.D., Department of Pathology,. University of the Philippines,Manila, Philippines (1987-1988)

Yukio Nakatani, M.D., Department of Pathology, Yokohama City University, Yokohama, Japan (1988-1989)

Toyohara Yokoi, M.D., Department of Pathology, Nagoya University School of Medicine, Nagoya, Japan (1989-1990)

Dong-Hwan Shin, M.D., Department of Pathology, Yonsei University College of Medicine, Seoul, Korea (1989-1991)

### 7. ADVISING RESPONSIBILITY

Advisor to one new resident per year on average (since 1980) for the duration of that resident's tenture at the Massachusetts General Hospital.

## B. SELF REPORT OF NATIONAL AND INTERNATIONAL CONTRIBUTIONS.

### 1. INVITED PRESENTATIONS, VISITING PROFESSORSHIPS AND LECTURESHIPS

1974    United States Military in Europe Medical-Surgical Congress, Garmisch, Germany

1975    Valley Medical Center, Fresno, California

1977, 1980, 1983, 1985        New England Society of Pathologists, Boston, Massachusetts

1977    New England Society of Pathology Residents, Boston, Massachusetts

1978    United States Naval Submarine Medical Center, Groton, Connecticut

1979    Memphis Society of Pathologists, Memphis, Tennessee

1979    Baptist Hospital and Le Bonheur Childrens Hospital, University of Tennessee Medical School, Memphis, Tennessee

1979, 1982, 1984, 1985        Brooke Army Medical Center, San Antonio, Texas

1980    Greeneville Society of Pathologists, Greeneville, South Carolina

1980    Department of Pathology, University of South Carolina Medical School, Columbia, South Carolina

1981    William Beaumont Army Medical Center, El Paso, Texas

1981    American Osteopathic College of Pathologists, Boston, Massachusetts

1982, 1983        Booth Memorial Medical Center, New York University School of Medicine, New York, New York

1982    Manitoba Pathology Society, Winnipeg, Manitoba

1982    Guest faculty, 20th Annual Course, Pathology of the Lung, Department of Pathology, University of California San Diego School of Medicine, San Diego, California

1983, 1984        General Carl W. Tempel Pulmonary-Allergy Symposium, Fitzsimmons Army Medical Center, Denver, Colorado

1983    Department of Civil Engineering, Tufts University, Medford, Massachusetts

1983    Department of Pathology, Rutgers University, New Brunswick, New Jersey

1984    Letterman Army Medical Center, San Francisco, California

1984, 1985    California Society of Pathologists: San Francisco, California;
Newport Beach, California

1985    Boca Raton Annual Cancer Symposium, Boca Raton, Florida

1985    Naples Community Hospital, Naples, Florida

1985    Department of Pathology, New England Medical Center,
Tufts University Medical School, Boston, Massachusetts

1985    Malden Hospital, Malden, Massachusetts

1986    Department of Pathology, Yale-New Haven Medical Center,
New Haven, Connecticut

1986    Chicago Pathology Society, Chicago, Illinois

1986    Walter Reed Army Medical Center, Washington, D.C.

1986    Department of Pathology, St. James' Hospital, Dublin, Ireland

1986    Associacion de Anatomia Patologica de Cataluna y Baleares, Barcelona, Spain

At the request of the Univesity of Barcelona, I gave a two day seminar on pulmonary
pathology. This constituted the keynote address and major business of the annual meeting of
this spanish society of pathology.

1986    Pathology Society of Philadelphia, Philadelphia, Pennsylvania

1987    Department of Pathology, University of Massachusetts Medical School,
Worcester, Massachusetts

1987    25 th Schleifstein Conference, New York State Association of Public Health
Laboratories, Albany, New York

I was the keynote speaker and seminar director for this annual honorary conference.

1987    Ministry of Health, Republic of Singapore, Singapore

At the request of the Government of Singapore, I delivered a two week course in
pulmonary pathology of the lung, given several hours per day to the medical students and
chest physicians and pathologists at the National University.

1987    Department of Pathology, Tokyo Medical and Dental University, Tokyo, Japan

1987    Department of Pathology, Fukuoka University Medical School, Fukuoka, Japan

At the request of two universities in Japan (Kurume, Toyko Medial and Dental), I gave a series of lectures covering the field of lung pathology, over two and three days at each institution, respectively

1987    Department of Pathology, Marshall University School of Medicine, Huntington, West Virginia

1987    River Cities Pathology Society, Huntington, West Virginia

1988    Department of Pathology, University of Nebraska Medical Center, Omaha, Nebraska

1988    Nebraska Association of Pathologists, Omaha, Nebraska

1988    Project HOPE, General Hospital, St. George's, Grenada, West Indies

1988    Oregon Thoracic Association, Hood River, Oregon

1989    Florida Society of Pathologists, Orlando, Florida

1989    Department of Pathology, New York Medical College, New York, New York

1989, 1990    Collegium Ramazzini; Ottawa, Ontario; New York, New York

I served as panel foreman during a three day conclave on "Disease potential of different asbestos fiber varieties" This conclave was sponsored by Collegium Ramizini, an honorary society of physicians interested in occupational medicine. I served on the organizing committee of the same society for a conclave on the effects of low-level exposure to asbestos, held in New York City in 1990.

1989    Department of Medicine, University Hospital, Boston University School of Medicine, Boston, Massachusetts

1989    U.S. Army Medical Research Institute of Chemical Defenses, Edgewood Arsenal, Aberdeen Proving Ground, Maryland

1989    Connecticut Society of Pathologists, Hartford, Connecticut

1989    St. Francis Hospital and Medical Center, Hartford, Connecticut

1989    Mallory Institute of Pathology, Boston University School of Medicine, Boston, Massachusetts

1990    Salem Hospital, Salem, Massachusetts

1991    Department of Pathology, University of Vermont, Burlington, Vermont

1991   Annual Sniffen Honorary Lecturer, Worcester Memorial Hospital, Worcester, Massasssachusetts.

1992   XIX International Congress of the International Academy of Pathology & 10th World Congress of Academic and Environmental Pathology, Madrid, Spain.

1992   Sociedade Brasileira de Pneumologia e Tisiologia, Brasilia, Brasil.


The fifty-four items listed as "Visiting lecturer" in my Curriculum Vitae all represent invited presentations, where I was either the only guest lecturer or one of a few. Travel expenses, if any, and honorarium, if any, were all paid by host institution. Twelve host institutions or societies or universities were in New England, thirty-two in other parts of the United States, eight occurred outside the United States, and seven were at several different installations of the United States Army across the country. Several of the items incorporate multiple return visits. Duration of lectures or seminars or courses was one hour to two weeks. Major seminars, lasting three to eight hours with extensive preparation of slide sets and syllabi of 10 to 40 pages, occurred in Memphis, TN 9 1979); Greeneville, S.C. (1980); Winnipeg, Manitoba (1982); San Diego, CA (1982); San Francisco and Newport, CA (1984 and 1985); Boca Raton, FL (1985); Chicago, IL (1986); Philadelphia, PA (1986); Albany, NY (1987); Huntington, WV (1987); Omaha, Nebraska (1988); Portland, Oregon (1988); New York, NY (1989); Hartford, CT (1989).

## 2. PROFESSIONAL AND EDUCATIONAL LEADERSHIP ROLES

**1978-1982**     Faculty, International Academy of Pathology, three hour course "Skin Biopsy in Emergency Diagnosis" given together with Martin C. Mihm, M.D. on an annual basis.

**1983-1986**     Faculty, American College of Chest Physicians, three hours of lectures of "Pathology of Pulmonary Neoplasms," on an annual basis.

**1985-**   Faculty, American Society of Clinical Pathologists, three hour seminar on "Biopsy Diagnosis of Pulmonary Tumors," given approximately on a biannual basis.

**1985, 1987, 1989**     Panelist, Evening Specialty Conference, "Pulmonary Pathology," International Academy of Pathology, annual meeting.

**1989,-1993**     Moderator, Evening Specialty Conference, "Pulmonary Pathology," International Academy of Pathology, annual meeting.

As director of the panel, I chose panel members, suggest topics for discussion, organize syllabus, direct discussion, and implement suggestions on evaluation forms for the following year.

### TEACHING AWARDS

I have been awarded the specialty identification MOS 61 V 9A/9B/9R/9Z (professor) by the United States Army for service to Army medical education programs in teaching hospitals across the county. I have done this teaching as part of my role as a colonel in the medical corps of the United States Army Reserve.

**Military Appointments:**

Security clearance:     Top Secret

Primary Specialty Skill Identifier: 61 V 9A/9B/9R/8Z

Secondary Specialty Skill Identifier: 61 U 9B/8B

| | |
|---|---|
| 1972 - 1974 | Major, U. S. Army, European Area Reference Laboratory, Landstuhl, Germany |
| 1975 - 1977 | Major, U.S. Army Reserve, 323rd Medical Laboratory, Boston, Massachusetts |
| 1978 - 1981 | Lieutenant Colonel, U.S.Army Reserve, 323rd Medical Laboratory, Hanscom Air Force Base, Massachusetts |
| 1982 | Graduate, Command and General Staff Officer Course, Medical Division, Fort Sam Houston, San Antonio, Texas |
| 1983 - 1985 | Colonel, U.S. Army Reserve, 323rd Medical Laboratory, Hanscom Air Force Base, Massachusetts |
| 1986 - | Colonel, U. S. Army Reserve, 373rd General Hospital, Boston, Massachusetts |
| 1991 | Graduate, The Armed Forces Combat Casualty Care Course, Uniformed Services University of the Health Sciences, Fort Sam Houston, San Antonio, Texas |