# ASBESTOS

# Stepping on Asbestos Debris

James R. Millette[1], William Ewing[2], Richard Brown[3]

Key words: Asbestos, scanning electron microscopy, X-ray analysis, dot mapping.

## ABSTRACT

Small pieces of asbestos debris can be released from fireproofing in a building. When stepped on, asbestos fibers without any coating or encasement by gypsum binder are freed and are available to be transferred to other areas of the building. Scanning electron microscope examination with x-ray analysis was used to study the situation.

## INTRODUCTION

Asbestos debris is defined in the Asbestos Hazard Emergency Response Act (AHERA) (1) as pieces of asbestos-containing building material (ACBM) that can be identified by color, texture, or composition. Finding asbestos debris may be an indication of damaged insulation or fireproofing. When pieces of asbestos debris are released into the general working area the

1. Millette, Vander Wood and Associates, 5500 Oakbrook Pkwy., Suite 200, Norcross, GA 30093
2. The Environmental Management Group Inc.,p Cobb Corporate Center 300, 350 Franklin Road, Marietta, Georgia 30067
3. McCrone Environmental Services, Inc. 1412 Oakbrook Drive, Suite 100, Norcross, Georgia 30093

potential for stepping on them and transferring them to other areas exists.

OBSERVATIONS

Several pieces of asbestos debris originating from a fireproofing that had been on the undersiding of decking in a building for approximately 18 years were examined by microscopy. By polarized light microscopy, the pieces were found to contain a mixture of chrysotile asbestos, vermiculite and gypsum.

Examination was also performed by scanning electron microscopy-energy dispersive spectroscopy (SEM-EDS). The SEM/EDS system consisted of a JEOL Model 820 with a Tracor Northern 5402 x-ray system. Many chrysotile bundles and fibers were seen on the surface (Figure 1).

As an experiment to see how the fireproofing debris would be affected by someone stepping on small pieces, a second aggregate was placed into a sealed Zip-loc® plastic bag and crushed by having a volunteer step once on the bag. A small section of the plastic bag that had aggregate material adhering to it was excised and prepared for SEM/EDS analysis by coating it with a thin layer of gold.

Chrysotile fibers were observed among vermiculite and gypsum particles adhering to the inside surface of the bag (Figure 2). At a higher magnification, a large chrysotile fiber can be seen. Its visual appearance (Figure 3) and x-ray analysis done on the fiber showed that it was free of gypsum binder material.

To determine which parts of the crushed debris were coated with gypsum, an x-ray analysis procedure called area dot mapping was used. First an area of the sample was photographed in the normal secondary electron imaging mode (Figure 4). Then as the image area was scanned point by point in a slow raster mode a dot was produced on the photographic image only when there was a calcium x-ray detected at that point on the sample (Figure 5). Although some random dots are imaged, a concentration of dots indicates a gypsum particle. Gypsum is a calcium sulfate. Vermiculite and chrysotile are essentially calcium free. The secondary electron image and the x-ray dot map were combined to form one image (Figure 6) which demonstrated that a chrysotile bundle had only a few particles of gypsum attached. The surface was not coated or encased with gypsum binder material.

J. R. MILLETTE, W. EWING, R. BROWN



Figure 1. SEM micrograph of the surface of asbestos debris released from fireproofing material. Arrow points to a chrysotile bundle. (Bar = 10 μm)



Figure 2. SEM micrograph of asbestos debris material after being crushed under foot. One arrow points to vermiculite particles, the other to a bundle of chrysotile. (Bar = 10μm)

323



Figure 3. Higher magnification of the chrysotile bundle shown in Figure 2. (Bar = 1 μm)



Figure 4. Micrograph showing chrysotile bundle and other material from the asbestos debris particle after being crushed under foot. (Bar = 10 μm)

J.R. MILLETTE, W. EWING, R. BROWN



Figure 5. X-ray elemental dot map of area in Figure 4. Dots appear where calcium was detected. Random background dots also appear.



Figure 6. Figures 4 and 5 combined. Gypsum (a calcium sulfate) is present on some parts of the material but not uniformly coating all parts. The chrysotile bundle is not coated.

325

## CONCLUSION

The experiment showed that asbestos fibers which were neither coated nor encased in gypsum binder were freed from asbestos debris when the piece of debris was trodden underfoot. A potential for tracking asbestos into other parts of a building and the potential for fiber release exists.

## REFERENCE

1. USEPA, Asbestos-Containing Materials in Schools; Final Rule and Notice. Fed. Reg. 40 CFR Part 763. October 30, 1987 p. 41829.

Appendix B

## Testimony in Deposition and Trial by James R. Millette, Ph.D.

| Case | Date |
|---|---|
| United States of America v. WR Grace, Kootenai Dev. US District Court, Montana, Missoula Div. No. 01-72-M-DWM | 09/30/02 |
| Bickham v. Metro. Life, 22nd District Court Parish of Washington, Louisiana No.70,760 & Applewhite v. Asten, etal District Court Parish Orlean, Lousiana No. 2000-2652 | 10/21/02 |
| T. Virgina Consolidation Case, New Port News CL99-2000-00 | 11/01/02 |
| Raleigh Landry v Avondale. District Court for the Parish of Orleans, LA No. 94-9050 | 11/07/02 |
| Lentz v. Baltimore Meso, Circuit Court for Baltimore City, Case No. 24X01000858 | 11/22/02 |
| Klepper v. R.T. Vanderbilit, Co. Inc., 22nd Circuit Court, St. Louis, MS Case 012-01528 | 12/19/02 |
| Tims v AC&S, Calif, Superior Court of California, County of San Francisco, No. 401308 | 12/30/02 |
| Quitman Co. MS v. DuPont | 01/03/03 |
| Chambers v. National Service Ind. Circuit Court of Claiborne Co., MS, No. 2001-20 | 01/28/03 |
| Wells v. A.P. Green, etal, Superior Court of California, Co. of San Francisco. No. SFSC 316792 | 02/05/03 |
| Mullen v., etal, Superior Court of California, Co. of San Francisco. No. SFSC | 02/05/03 |
| Cusamano, LeGrande, Lervon District Court for the Parish of Orleans, State of Louisiana #s 2001-18454, 11234,7182 | 02/18/03 |
| Cooper v. AcandS, INC., etal. Circuit Court for Baltimore City, MD, Consolidated case No. 24X02000669. Cooper case No. 00000973 | 03/03/03 |
| Katz v. Garlock, Inc. etal. District Court of Brazoria Co. TX, Cause No. 21120*BH02 | 03/18/03 |
| Chambers v. National Service Industries, Inc. Circuit Court of Claiborne Co. MS Cause No. 2001-20 | 04/16/03 |
| Bickham vs. Met. Life Ins., Washington Parish, LA 70,760; C/W 72,154 and 72,986 Div.E | 04/23/03 |
| Harris (Bildstein)v. AcandS Baltimore City No. 24X0001370 | 04/29/03 |
| T. Bickham vs. Met. Life Ins., Washington Parish, LA 70,760; C/W 72,154 and 72,986 Div.E | 05/19/03 |
| Pedrick v. AcandS, King County Superior Court, State of Washington, KCSC Case 00-2-36588-3SEA | 05/20/03 |
| Wilder v. BHC, Superior Court of CA, County of San Francisco, No. 414918 | 05/21/03 |
| Green v. BHC, Superior Court of CA, County of San Francisco, No. 405718 | 05/21/03 |
| T. Harris (Bildstein)v. AcandS Baltimore City No. 24X0001370 | 05/22/03 |
| T. Pedrick v. AcandS, King County Superior Court, State of Washington, KCSC Case 00-2-36588-3SEA | 06/13/03 |
| Lavallee v. Asbestos Defendants (BHC) Superior Court, State of | 06/25/03 |

| Case | Date |
|---|---|
| California, Co. of San Francisco, No. 415580 | |
| Winter v. AcandS, King County Superior Court, State of Washington, KCSC Case 00-2-36588-3SEA | 07/02/03 |
| Lavallee v. Asbestos Defendants (BHC) Superior Court, State of California, Co. of San Francisco, No. 415580 | 07/03/03 |
| Jenkins v. Asbestos Defendants (BHC) Superior Court, State of California, Co. of San Francisco, No.404799 | 07/21/03 |
| Caffey v. Foster Wheeler Energy Co., District Court of Cass Co., TX, Cause No. 01-C-753 | 07/23/03 |
| Gerald v. Asten, District Court Parish of Orleans, State of Louisiana, No. 02-2190 | 07/31/03 |
| September Trial Group, Circuit Court of Kanawha Co., WV, 03-C-9600-1 | 08/13/03 |
| Rakestraw v. Asbestos Corp., LTD, Superior Court, Co. of King, State of Washington, No. 02-2-17555-4 SEA | 08/21/03 |
| O'Brien v. 20th Century Glove Corp of Texas et al., including Robertson-CECO Corp., Circuit Court for the County of Mason, State of Michigan Case No. 02-455-NP | 9/05/03 |
| Canatella v. AcandS, Inc. etal., Circuit Court for Baltimore County, MD, Case No. 24X02000017, in Consolidated Case No. 24X02000676 | 9/08/03 |
| Saville, et al., v AcandS, Inc. et al., Circuit Court for Baltimore City, MD Case No. 24-X-02-001421 | 9/09/03 |
| McGee v. ACandS, etal. District Court for Parish of Orleans, State of Louisiana, No. 2000-11504, and Catania etal. v AcandS, etal. USDC, MDL, No. 02-368,Sect.:"D",Mag.:1 | 9/12/03 |
| Soule v. Garlock, Inc., et al., Superior Court of the State of California, County of Alameda No. 2002-045881 | 9/15/03 |
| T. Soule v. Garlock, Inc., et al., Superior Court of the State of California, County of Alameda No. 2002-045881 | 9/18/03 |
| T. Saville, et al., v AcandS, Inc. et al., Circuit Court for Baltimore City, MD Case No. 24-X-02-001421 | 9/23/03 |
| Brayton Massey case | 9/24/03 |
| David Fitts, et al., v Asbestos Defendants (BHC), Superior Court of the State of California, County of San Francisco | 10/24/03 |
| Louis Cureau v. Flintkote Co. et al, District Court, Div. 12-H, Parish of Orleans, State of Louisiana, No. 03-872 | 10/28/03 |
| Judge Champion, etal., v. The Lincoln Electric Co., Distrcit Court of Orange Co., TX, 128th Judicial District, Cause No. A920,967-SC(2) | 10/30/03 |
| November Trial Group, Circuit Court of Kanawha Co., WV, 03-C-9600-2 | 11/03/03 |
| Joseph Anzulus etal. V AcandS, INC., etal. Circuit Court for Baltimore City, MD Lead Case 24x02000584 | 11/26/03 |
| Claudine Schiller, etal v AcandS, Inc. etal. District Court of Cass County, TX 5th Judicial District, Cause No. 02-C-220 | 12/09/03 |
| Walter L. Prichett (Bartel) v. A-C Product Liability Trust, etal., US District Court, Northern District of Ohio, Eastern Division, Case No.: 1:94cv12030 and 1:00cv11806 | 1/14/04 |
| Rolf L. Lindstrom v. A-C Product Liability Trust, etal., US District Court, | 1/15/04 |

| Case | Date |
|---|---|
| Northern District of Ohio, Eastern Division, Case No.: 1:198cv13222 April Trial Group, Circuit Court of Kanawha Co., WV, 03-C-9600 | 2/05/04 |
| Celotex Corp and Carey Canada v. Debtors, U.S. Bankruptcy Court, Middle Dist. Florida, Tampa Div. Claim No. 021-37B1-001 | 2/9/04 |
| T. Rolf L. Lindstrom v. A-C Product Liability Trust, etal., US District Court, Northern District of Ohio, Eastern Division, Case No.: 1:198cv13222 | 2/23/04 |
| Earl Wayne Clark etal. V. Arkansas Aluminum Alloys, Inc. Circuit Court of Lafayette Co. Arkansas Cause no. CIV-2002-51-2 | 2/25/04 |
| Hildreth et al. v. Teck Cominco et al. Montana Fifth Dist. Madison Co, Cause No. DV-29-2003-1 | 3/09/04 |
| Cichy, etal. V. AcandS., Inc. Circuit Court for Baltimore City Consolidated No. 24X03000356 April 2004 Group | 3/16/04 |
| Folse v Transocean, Inc., Parish of Orleans, Louisiana No. 03-10602 | 3/18/04 |
| Puller (Cichy lead) v. AcandS, Inc, Baltimore City Consolidated No. 24X03000356 | 4/26/04 |
| Morgan v. Asbestos Defendants (BHC) Superior Court of California, San Francisco Case SFSC# 414103 | 05/11/04 |
| DeLauter, Geritz, Davis, Thompson v. AcandS, Inc, Baltimore City Consolidated No. 24X03000359, 113, 784 | 6/03/04 |
| Pounds v. Asbestos Defendants (BHC) Superior Court of California, San Francisco Case 420808 | 6/08/04 |
| Marcelja v. Asbestos Defendants (BHC) Superior Court of California, San Francisco Case 318217 | 6/09/04 |
| David Franklin (Group288) v Asbestos Defendants (BHC) San Francisco Superior Court No. 316297 | 7/22/04 |
| Wilmer Boutte, Sr etal v Atlas Turner, Inc. etal, Los Angelos Superior Court No. BC 294252 | 7/22/04 |
| Coulter v. AcandS, Inc., etal. Superior Court, St. of Washington, King Co. No. 01-2-34675-0SEA | 7/26/04 |
| George Adams etal v. A.W. Chesterton, etal, Circuit Court of Little River Co., Arkansas, No. CIV-2000-32 | 7/28/04 |
| Drumm (Biddinger) v. Owens-Corning Fiberglass Corp etal., Superior Court of The District of Columbia - Action 97-8041 | 8/03/04 |
| Lewin v. A-C Product Liability Trust, et al. US District Court for the Eastern Dist of Pennsylvania Case No. 1:93CV10601 and 1:93CV10602 | 8/16/04 |
| Archibuque v. AcandS, etal. Superior Court of California, County of Los Angeles, Case No. BC-264614 | 8/5/04 |
| McBride v. Asbestos Corporation Limited, etal., Superior Court of Washington for King County No. 02-2-17554-6 SEA | 8/5/04 |
| Anderson v. Asbestos Corporation Limited, et al. King Co. Superior Court, Cause No. 03-2-28229-4SEA | 08/26/04 |
| Lewin etal. v. American Export Lines, etal. U.S. District Court for Northeastern District of Ohio, Eastern Div. Case No.1:93CV10601&2 | 8/16/04 |
| Stofko, etal. v. AcandS, Inc., etal., Circuit Court for Baltimore City, Maryland, Consolidated Case No. 24-X-03-000360 | 8/30/04 |

| Case | Date |
|---|---|
| NY City Asbestos Litigation, Gehler, Alvarez, etal., Supreme Court of the State of New York Index nos. 02-121314, 02-125250 | 8/31/04 |
| Dural v. Asbestos Defendants, California | 9/01/04 |
| Arthur v. AcandS, Inc., etal., Circuit Court for Baltimore City, Consolidated Case No. 24X03000929 | 9/09/04 |
| Ewen, etal v Asbestos Defendants (BHC) San Francisco Superior Court No. 315044 | 10/14/04 |
| TAUNUS VS. ALLIANZ, NY City, Insurance Appraisal | 10/15/04 |
| Tanner v Garlock in 191 Judicial District of Dallas County, TX – No. 03-06294 | 10/28/04 |
| Nuff and Clark v. A.W. Chesterton, Court of Common Pleas, Butler Co., OH No 2001 12 3089, 2001 12 2946 | 10/28/04 |
| Maurice Robert v. American Cyanamid etal District Court, Parish of Orleans, LA No. 02-19504 | 11/01/04 |
| Pierce V. Asbestos Defendants (BHC) Superior Court of the State of California, San Francisco Co No. 408642 | 10/10/04 |
| T. George Adams etal v. A.W. Chesterton, etal, Circuit Court of Little River Co., Arkansas, No. CIV-2000-32 | 11/22/04 |
| Hooper v. ACandS, etal., Superior Court of Washington for King County No. 01-2-35993-2 SEA | 12/13/04 |
| Gibson & Hunter v. Alcoa, Inc, etal., Superior Court of Washington for King County No. 04-2-09188-8 SEA | 12/17/04 |
| Rosen v. Asbestos Defendants (BHC) etal, Superior Court of the State of California, Alameda Co. File No. 2002-049017 | 01/06/05 |
| T. Tanner v Garlock in 191 Judicial District of Dallas County, TX – No. 03-06294 | 01/10/05 |
| Rosen v. Asbestos Defendants (BHC) etal, Superior Court of the State of California, Alameda Co. File No. 2002-049017 | 01/18/05 |
| Scanlyn v. Asbestos Defendant, Superior Court of the State of California, San Francisco Co. File No.431122 | 02/08/05 |
| Svec, Hickel etal v. AcandS, Inc., Circuit court for Baltimore City, Maryland, Consolidated Case 24X04000505 | 02/09/05 |
| T. Schnider v. Garlock Sealing Tech. LLC, Circuit Court for Baltimore City, Maryland 24X04000077 | 02/11/05 |
| Montgomery and Adams v. Atlas Turner, etal. Superior Court of the State of California, San Francisco Co. SFSC# 412774 | 02/15/05 |
| Vent etal v AcandS, etal, Circuit Court for Baltimore City, Maryland, Consolidated case No. 24X-04-000078 | 02/16/05 |
| George Adams v. A.W. Chesterton Co., Circuit Court of Little River County, Arkansas, CIV 2000-32 | 02/23/05 |
| TAUNUS VS. ALLIANZ, NY City, Insurance Appraisal Hearing | 03/15,16,17/05 |
| Bramlett v. AW Chesterton, etal., State Court of Fulton Co., Georgia, No. 2003vs049991 | 3/22/05 |
| Coulter v. AcandS, Inc., etal. Superior Court, St. of Washington, King Co. No. 01-2-34675-0SEA | 3/24/05 |

| Case | Date |
|---|---|
| Pagano v. A.W. Chesterton etal., Circuit Court Madison Co., Illinois Case 04-L-254 | 04/12/05 |
| Massimino v. Asbestos Defendants (BHC). Superior Court of the State of California, San Francisco Co. No. 412937 | 5/03/05 |
| Stewart v. Asbestos Defendants (BHC). Superior Court of the State of California, San Francisco Co. No. 410236 | 5/03/05 |
| Worthley v. Asbestos Defendants (BHC). Superior Court of the State of California, San Francisco Co. No. 432308 | 5/03/05 |
| T. Vent etal v AcandS, etal, Circuit Court for Baltimore City, Maryland, Consolidated case No. 24X-04-000078 | 05/17/05 |
| Ponnequin, Romano, and Maral v. Asbestos Defendants (BHC). Superior Court of the State of California, San Francisco Co. Nos. 412121 and 414637 | 6/07/05 |
| Boettcher, Gandolfo, Fornaro, and Gifford v. Asbestos Defendants (BHC). Superior Court of the State of California, San Francisco Co. Nos. 320474, 412969, 411528, 423086 | 6/16/05 |
| Horr v. Allied Packing, Inc. etal, Superior Court of the State of California, Alameda Co. No. RG03 104401 | 7/05/05 |
| Ficarra, Benjamin, Hobbs, Ivance v. Asbestos Defendants (BHC). Superior Court of the State of California, San Francisco Co. Nos. 412784, 423033, 421044, 419435 | 7/26/05 |
| Glassing v. Asbestos Defendants (BHC). Superior Court of the State of California, San Francisco Co. No. BC 250513 | 7/26/05 |
| Slack, Stemmer, Thomas, Yentes v. Asbestos Defendants (BHC). Superior Court of the State of California, San Francisco Co.No. 420271, 421570, 423711, 423136 | 8/04/05 |
| Butler, Pochop, Schippers v. AcandS, Inc., etal. Superior Court, St. of Washington, King Co. No. 04-2-25790-5SEA, 00-2-24173-9SEA, 01-2-35990-8SEA | 08/18/05 |
| Ensor v. AcandS,Inc,etal.,Circuit Court for Baltimore City, No. 24-X-03-000980 | 08/19/05 |
| Jordan,Bell,Henderson, Cowings v. AcandS, Inc., etal. Superior Court, St. of Washington, King Co. Nos. 437276, 409317, 421040, 419546 | 08/23/05 |
| Roschewski, v Asbestos Defendants (BHC). Superior Court of the State of California, San Francisco Co, | 8/30/05 |
| Jensen, Kooreman, Jessen, Joy v. Asbestos Defendants (BHC). Superior Court of the State of California, San Francisco Co., Nos. 416828, 404094, 416815 | 09/13/05 |
| George Adams etal, v. A.W. Chesterton, etal, Circuit Court of Little River Co, AK No. CIV 2000-32 | 09/15/05 |
| Alfred Smith v. AcandS, Inc., Circuit Court of City of Baltimore, MD. #24-X-02-001804 | 9/22/05 |
| Brent, Stotts, Young v. A.W. Chesterton etal.,3rd Circuit Court Madison Co., Illinois Case 04-L-1187 | 9/23/05 |
| T. Lightsey v. John Crane, Inc., US Dist Court for the Northern Dist of GA, Atlanta Div. No 1:02-CV-3391-ODE | 9/30/05 |

| Case | Date |
|---|---|
| T. Rosen v. Asbestos Defendants (BHC) etal, Superior Court of the State of California, Alameda Co. File No. 2002-049017 | 10/24/05 |
| Brent, Stotts, Young v. A.W. Chesterton etal.,3rd Circuit Court Madison Co., Illinois Case 04-L-1187 | 10/28/05 |
| Robert Young v. Asbestos Defendants, Superior Court of California, San Francisco Co. No. 416636 | 11/07/05 |
| Halstead v. A.W. Chesterton Company, Superior Court of California, San Francisco Co. No.CGC-05-439458 | 11/29/05 |
| Dobbs v. Asbestos Defendants, Superior Court of California, San Francisco Co. No. 404218 | 11/30/05 |
| Alan Reinstein v. Atlas Turner, Inc. etal, Superior Court of California, Orange County, case No. BC302349 | 12/08/05 |
| Knell and May v. AcandS, Inc., Circuit Court for Baltimore City, Consolidated No. 24X04000895 | 12/15/05 |
| Jacobelly v. AW Chesterton et al., Superior Court of California, San Francisco Co. No.442176 | 12/22/05 |
| Setterberg, McCarty, Verducci v. Asbestos Defendants, Superior Court of California, San Francisco Co. Nos. 439964, 425517, 432402 | 01/05/06 |
| T. Rosemary Brady v. Asbestos Defendants, Superior Court of California, San Francisco Co. No. 406223 | 01/24/06 |
| Bickham vs. Met. Life Ins., Washington Parish, LA 70,760; C/W 72,154 and 72,986 Div.E | 01/26/06 |
| Clemmer v. Asbestos Defendants, Superior Court of California, San Francisco Co. No. | 01/27/06 |
| T. Horr v. Allied Packing, Inc. etal, Superior Court of the State of California, Alameda Co. No. RG03 104401 | 01/30/06 |
| T. Clemmer v. Asbestos Defendants, Superior Court of California, San Francisco Co. No.434434 | 02/07/06 |
| Blevins, Reedy, Whitacre v. AC&S, Circuit Cout Baltimore City, Consol No. 24-X_04002250 | 02/17/06 |
| Coughran,Seiber v. Asbestos Defendants, Superior Court of California, San Francisco Co 405375, 429285 | 03/02/06 |
| Hooten, Fugate, Dunkin v. Asbestos Defendants SFSC# 442345, SFSC# 404162, SFSC# 402719 | 03/14/06 |
| Earner v. AcandS, Inc. Circuit Court for Baltimore City, Case No. 24x04000976 | 03/17/06 |
| Mosbacker v. A.W. Chesterton Company , San Francisco Superior Court. Number: 444797 | 03/23/06 |
| Halsema v. Allied Packing, etal, Alameda Superior Court, CA, No. RG05 236661 | 04/12/06 |
| Miller, Hayn, Cox v Asbestos Defendants, San Francisco Superior Court, Nos. 423779,424201, & 442638 | 04/19/06 |
| Garza v. Asbestos Defendants Superior Court of California, San Francisco Co | 05/05/06 |
| T. Halstead v. A.W. Chesterton Company, Superior Court of California, San Francisco Co. No.CGC-05-439458 | 05/26/06 |

| Case | Date |
|---|---|
| Goodyard, Hartman, Horton, Thornburg, v. Asbestos Defendants Superior Court of California, San Francisco Co, CGC0434978, 424924, 435512, 418664 | 05/31/06 |
| G.Jones (Watkins) etal v. AcandS, Inc. etal, Circuit Court Baltimore City, MD, Case No. 24X05000477 | 06/06/06 |
| Bickham v. Metro. Life, 22nd District Court Parish of Washington, Louisiana No.70,760 | 06/08/06 |
| Cambell (Giles) v. H.B. Smith Co et al, Superior Court, Lincoln, Maine, No. CV-04-57 | 06/14/06 |
| Whitney vs Atlas Turner (Asbestos Defendants) Superior Court of California, San Francisco Co | 06/15/06 |
| Jones v. John Crane, Circuit Court for the City of Newport News, Virginia, Case No. 39028T-01 | 06/16/06 |
| Hastings, Baltimore City Circuit Court, Maryland Consol. Case # 24X05000444 Indiv. Case # 24X02002172 | 06/20/06 |
| Simon etal v. American Insurance Co., etal. District Court for the Parish of Orleans, LA No. 2004-13272 | 06/22/06 |
| Sotelo, Watson, Trujillo, Eastham, Streck, Sanchez v. Asbestos Defendants, SCSF Nos. 412998, 405979, 447964, 446329, 436180 | 07/14/06 |
| Campbell (Giles) v. H.B. Smith Co et al, Superior Court, Lincoln, Maine, No. CV-04-57 continuation | 08/03/06 |
| Lawrence, Pecoraro, Balzer, Burns v. Asbestos Defendants, SCSF 438908, 415047, 420647, 426569 | 08/17/06 |
| Asbestos Personal Injury Litigation Mass Litigation Panel - May 2005 Trial Group, Circuit Court of Kanawha Co., WV. Civil Action No. 03-C-9600 | 8/28/06 |
| US MicroCorp v. Atlantix Global Systems, LLC and William Woerner, State Court, Gwinnett Co, GA No. 02-C10744-1 | 08/31/06 |
| Dillard, Dutton v. Asbestos Defenants, SCSF: 426201, 420972 | 09/28/06 |
| Bakken, Bates, Blake, Books-Hunter, Gookstetter, Piltz v. Asbestos Defendants, SCSF: 419512, 400628, 430928, , 416536, 402713, 431895 | 10/05/06 |

Appendix C

Compensation for James R. Millette is paid to MVA Scientific Consultants at the rate of $300 per hour for research and consulting (the same rate as is charged other non-litigation clients) and $400 per hour for testimony either by deposition or at trial.