# EXHIBIT H

EXPERT REPORT OF MARTIN R. BENNETT

# Expert Report of Martin R Bennett
# Prepared on Behalf of the Property Damage Claimants Represented by the Law Firm of Dies & Hile, LLP

January 11, 2007



**Expert Report of Martin R Bennett**
**Prepared on Behalf of the Property Damage Claimants Represented by the Law**
**Firm of Dies & Hile, LLP**

## QUALIFICATIONS & OPINIONS

Martin R Bennett

I have a Bachelor of Science degree from the University of Georgia. Shortly, after receiving my degree in 1983, I joined McCrone Environmental Services, Inc. (in Norcross, Georgia) as a microscopist and environmental field technician. During my three year tenure at McCrone, I became involved in the immerging asbestos consulting industry. Specifically, I worked in the areas of the U.S. Environmental Protection Agency's (EPA) and the US Occupational Safety and Health Administration's (OSHA) regulation of asbestos. Promulgated by EPA's Asbestos in Schools Program and AHERA (the 1986 Asbestos Hazards Emergency Response Act) as well as OSHA's 29 CFR parts 1910 and 1926, my work during this period focused on identification, exposure assessment and remediation of asbestos-containing materials (ACM).

In 1987, I moved to New York City and joined LAW Associates (a division of Law Engineering established primarily to serve the growing asbestos industry). In this capacity I served as Chief Engineer for the North East region and was instrumental in the establishment of the New York City office, as well as the technical supervision of a 40 person engineering and environmental staff. In 1990 I returned to Georgia, continuing to work for LAW (whom later changes their name to MACTEC) primarily in the asbestos field until 1994. After that period, I transferred to the Geo-Environmental group in Atlanta working as a Senior Consultant. In this capacity my work focused on Environmental Regulatory Compliance, Phase I and Phase II Assessments, Soil and Groundwater Remediation, Underground Storage Tanks, Environmental Risk Assessment, Industrial Hygiene (including IAQ, Asbestos, LBP, Radon, EMFs, Hazardous Materials, and Mold).

After a total of 17 years with LAW/MACTEC, I left to join my current employer Materials Analytical Services (MAS) in 2005. At MAS I serve as a Senior Consultant at their corporate headquarters in Suwanee, Georgia. In this capacity, I serve as the manager of the Chemistry group, as well as technical lead for the Suwanee office on a broad array of environmental and industrial hygiene projects. In addition, I am responsible for certain aspects of asbestos assessment, chemical and microanalytical testing, as well as technical review for asbestos and IAQ related work company wide.

During my 20+ years working on asbestos related projects, I have conducted over 600 building surveys and asbestos hazard assessments in accordance with AHERA guidelines. These projects have included private, commercial and municipal buildings. Additionally I have been an instructor in over thirty (30) courses and seminars on asbestos identification and assessment in buildings. In addition I am a qualified instructor for the NIOSH Course NO. 582 "Sampling and Evaluating Airborne Asbestos Dust" and possess the training to perform the analytical methodologies specific for asbestos hazard assessments including the NIOSH 7400 Method for Phase Contrast Microscopy (PCM) and the EPA Method for Polarized Light Microscopy (PLM). Analytical work I conducted during the mid 1980s thru the early 1990s with colleague Richard Hatfield played a significant role in the asbestos assessment area through

contributions to standardized dust sampling and fall-out sampling protocols. This work eventually served as the basis for establishment of the existing American Society for Testing and Materials (ASTM) D-5755-95 methodology. Subsequently, these protocols have been accepted for both the scientific and the legal community.

As a consultant, I have served hundreds of public and private building owners (litigation and non-litigation) regarding the proper response they should make regarding the disposition of asbestos in their properties. I have also consulted with several asbestos manufacturers and insurance companies regarding asbestos related issues. As part of my consulting services, I have acquired extensive experience in the field of identifying products by visual and microscopic examination of the materials and their components and in the field of collection and analysis of the amount and frequency of asbestos release from asbestos-containing building materials.

I am an expert in the field of asbestos materials characterization and the ability to determine their physical and chemical properties using recognized testing procedures. I am also an expert on asbestos sampling and analysis and related microscopy techniques. I will testify about testing protocols routinely used for materials characterization and analyzing asbestos samples, including sample preparation and fiber counting. I will testify about indirect sample preparation, which is the standard protocol in the industry for analyzing dust samples for asbestos.

I will testify about the differences between the types of microscopes typically used to analyze asbestos samples. Electron microscopes are superior for analyzing asbestos air or dust samples because of the microscopic nature of asbestos structures. I will demonstrate the microscopic size of typical respirable asbestos fibers, and also show that other microscopes (such as the phase contract microscope) will often fail to detect asbestos fibers that are present on an air sample filter. This would include long fibers (greater than or equal to 5.0 micrometers) that are very thin (less than approximately 0.25 micrometers wide).

I have performed and supervised the analyses of and reviewed thousands of asbestos samples of all types including bulk samples, micro-vacuum and static dust samples, and air samples. I will explain the methodology employed in analyzing each type of sample.

I have also participated in and/or reviewed a number of experiments and demonstrations involving asbestos-containing materials (ACM) in which either the asbestos-containing materials or their dust and debris were disturbed during routine building operations and activities which resulted in the release of significant levels of airborne asbestos-containing dust. Measurements were made of either airborne and/or surface asbestos dust released during these operations. Such tests have demonstrated that significant numbers of asbestos fibers are released when these routine building operations and activities are undertaken. I may offer testimony regarding such simulations.

Further, fallout from the ACM into the building's environment results in elevated airborne levels for some time and leads to the deposition of asbestos onto building and property surfaces. In my experience in collecting, analyzing, and reviewing thousands of dust samples such as the ones collected in this case, a dust sample taken from areas without asbestos-containing materials or some other identified source will reveal little to no asbestos. Therefore, dust samples collected in the vicinity of an asbestos-containing material which reveal significant numbers of asbestos fibers demonstrate release and

damage to the asbestos-containing material present and demonstrate release of fibers and damage to property.

Air sampling techniques can prove to be quite useful in measuring airborne asbestos concentrations during work practices which may disturb asbestos-containing materials, debris, or dust. Ambient air sampling inside of a building (during times of no disturbance) can be quite misleading and is not a good technique to determine ACM's condition, or to make determinations as to levels of asbestos on surfaces. Ambient air sample results should not be used solely to make decisions about corrective actions since they do not provide sufficient information about airborne levels generated during many routine building activities. EPA states that air sampling is never to be used as a primary assessment tool with regards to asbestos assessment. Rather, they recommend the visual assessment method as the primary assessment tool.

Asbestos fibers which are released from damaged ACM or by the disturbance of ACM will disburse into the ambient air within the buildings, settling on various surfaces in the building, including furnishings, carpeting, draperies, supplies, books, and other materials in buildings. The asbestos dust on these surfaces are subject to re-entrainment into the air when this dust is disturbed during routine building activities. The re-entrainment of asbestos fibers is as much of a concern as newly released asbestos fibers. The asbestos on surfaces will remain unless special cleaning procedures are employed to eliminate the asbestos-containing dust from non-porous surfaces or the proper removal and disposal of porous materials, to which asbestos fibers customarily attach themselves. If ACM which is releasing asbestos fibers is left in areas where surfaces have been cleaned, these surfaces in time will become recoated with asbestos.

To assess the potential presence of asbestos contamination in buildings resulting from damage and deterioration of installed ACMs, I used the ASTM D5755-03 *Standard Test Method for Microvacuum Sampling and Indirect Analysis of Dust by Transmission Electron Microscopy for Asbestos Structure Number Surface Loading*. In this methodology settled dust samples are collected by running a battery operated air sampling pump, equipped with a membrane filter cassette identical to those used in air sampling over a designated area of a surface. A nozzle fashioned from ¼ inch diameter tubing is attached to the open nipple of the cassette cap. By operating the pump at 2 liters / minute the nozzle face velocity should be approximately 100 cm / second. The actual sample collection process involves delineating a surface area of interest. This is accomplished by measuring a selected area of at least 100 square centimeters. The size of the sampled area may also be measured after the collection is complete. Once the pump is activated, the nozzle is passed along the surface in a manner sufficient to vacuum up any settled dust. Light rubbing of the surface may be necessary to dislodge any lightly attached materials, hard rubbing is not necessary. The vacuuming should continue over the entire sample area until the operator is satisfied that all the dust which can be removed is removed. Upon completion, the sampling cassette should be turned upright and with the pump still running, the cap should be loosened and the nozzle removed and then placed into the cassette. After replacing the cap, the pump may be turned off and the cap plug replaced to seal the cassette. These samples are documented as to their location, surface and area sampled, along with other pertinent project information. The filters are then transported to a laboratory for analysis.

The materials collected on the filter are then prepared for analysis under the electron microscope. The microscopist identifies and quantifies asbestos fibers in the microscope

grid opening and reports the findings in fibers per unit area such as fibers per square centimeter or fibers per square foot using a mathematical calculation.

In connection with dust sampling my inspection process included a physical examination of the materials to determine the presence, location and use of the materials in the buildings and a determination of conditions. The level of asbestos on surfaces was measured in most of the facilities by the collection and analysis of dust samples. The findings of the inspection and sample collection were documented in various forms including reports, notes, logs and digital photographs.

I have been qualified as an expert in both State and Federal court as an asbestos specialist with regards several asbestos property damage cases in the field of asbestos materials characterization, which includes asbestos sampling and analysis by various microscopy techniques, and in the field of asbestos management as an industrial hygienist relating to occupational exposure and remediation alternatives.

My billing fee for consulting, depositions, and trial testimony is $175.00 per hour. My opinions which are described in this report are based on my experience as a materials characterization scientist, my review of the scientific literature and the data, tests and other information which are reviewed, discussed and referenced in this report. These opinions are expressed to a reasonable degree of scientific certainty.

## BUILDING INSPECTIONS

At the request of the Law firm Dies & Hile, LLP, and on behalf of their property damage claimants, I accompanied a team of engineers and building inspectors on site visits to selected buildings where W.R. Grace asbestos-containing materials (including fireproofing and acoustical plasters) had been previously identified. For my part, I was also asked to perform an AHERA-type visual / physical inspection of the subject Grace product(s). In connection with the physical condition, accessibility and friability of the material I was also requested to collect settled dust samples (as deemed necessary) from impacted surfaces as evidence to support my conclusions.

Material conditions, hazard assessments and dust samples were obtained from 22 separate buildings containing W.R. Grace Products located in Arkansas, Texas, Arizona and Connecticut. These data obtained from these building inspections are summarized in the following pages.

## MAINTENANCE BUILDING 18 (Part of the Arkansas Department of Health & Human Services - Benton Service Center) aka: *Maintenance & Credit Building*

Building Location:         6701 Highway 67 Benton, Arkansas

Date of Site Visit:         9/06/06

**Field Notes, Background & General Observations**

| | |
|---|---|
| Building Type: | 1-story concrete block and steel |
| Material Type: | Asbestos-Containing Fireproofing applied to structural steel (corrugated metal pan decking, columns and I beams) with significant overspray on walls (at roof deck interface), piping, conduit, electrical and HVAC equipment.<br><br>Fireproofing present is a vermiculite based material with a taupe colored appearance – identified as a WR Grace Monokote product. |
| Material Analysis: | Previous bulk sample analysis by EPA/600/R-93/116 indicates fireproofing is asbestos containing |
| Material Location: | Applied to the ceilings/deck throughout the rear "shop" area of the building |
| Accessibility: | Open – direct access and fallout potential to all building occupants in "shop" area<br><br>No drop ceiling in workshops with the exception of a few small built-out offices |
| Material Friability: | Friable (easily crumbled), not painted |
| Material Damage: | Obvious delamination observed throughout application (evidenced by fireproofing dust, debris and small pea size chunks deposited on horizontal surfaces below deck) also some alligator cracking observed and evidence of localized significant damage observed in a few areas (including the paint shop and parts/store room)<br><br>Based on walk-thru, several renovations have taken place (impacting the fireproofing) including construction of partition walls, installation of electrical conduit and hanging of wires/cables below the deck. |

**AHERA Assessment**

| | |
|---|---|
| Current Material Condition: | Fair Overall – fireproofing generally appears to be substantially intact, however fine dust and debris are visible on most horizontal surfaces. |
| Physical Assessment: | Friable |
| Damage Assessment: | DAMAGED - Approximately 10% distributed damage with sporadic areas of localized damage (<25%) |
| Material Category: | <u>Damaged Friable Surfacing ACM</u> |
| Potential for Disturbance: | High – no barrier between fireproofing and work space, work activities in space include construction and use of material tall enough to impact fireproofing directly. |
| Freq. of Potential Contact: | Moderate – maintenance and building occupants are aware of asbestos fireproofing in the building and know not to purposely disturb it. |
| Influence of Vibration: | Moderate – space heaters and HVAC units are hung from the fireproofed decking. |
| Potential for Air Erosion: | High – Deck-hung HVAC units, space heaters, exhaust fans and supply ducts direct air across fireproofing. Additionally large floor mounted cooling/ventilation fans move air across delaminated fireproofing dust and debris. |
| Overall Rating: | <u>Potential for Future Damage</u> |

**Contamination Assessment**

| | |
|---|---|
| Dust Samples: | Five micro-vacuum settled dust samples were collected and analyzed from horizontal surfaces situated directly beneath the fireproofing. Observations (relative to morphology, matrix and color) made at the time of dust collection confirmed that the dust and debris collected in the samples were from delaminated/dislodged fireproofing applied directly above the vacuumed surface. Analysis of the dust samples indicates extreme contamination based on asbestos concentrations ranging from approximately 1.34 billion to 25.5 billion asbestos fibers per square foot. Refer to table below: |

| Sample # | Sample Date | General Sample Location | Sample Surface | Asbestos Structures Counted | Asbestos (Conc.) Str/Ft$^2$ | Asbestos (Conc.) Str/Cm$^2$ | Relative Contamination Level |
|---|---|---|---|---|---|---|---|
| 1 | 9/6/2006 | MB-18 Rear Hallway | top of sign | 100 | $1.91 \times 10^9$ | $2.06 \times 10^6$ | Extreme |
| 2 | 9/6/2006 | MB-18 Plumbing Shop | top of deck | 26 | $3.01 \times 10^9$ | $3.24 \times 10^6$ | Extreme |
| 3 | 9/6/2006 | MB-18 Painting Shop | top of shelf | 109 | $2.55 \times 10^{10}$ | $2.75 \times 10^7$ | Extreme |
| 4 | 9/6/2006 | MB-18 Parts/Supply Room | top of box | 27 | $3.16 \times 10^9$ | $3.40 \times 10^6$ | Extreme |
| 5 | 9/6/2006 | MB-18 Electricians Office | top of fluorescent light fixture | 23 | $1.34 \times 10^9$ | $1.44 \times 10^6$ | Extreme |

Photographs: MAINTENANCE BUILDING 18



Photo 1. rear hall - attachments to fireproofed decking



Photo 2. plumbing shop - dislodged fireproofing on I-beam



Photo 3. plumbing shop – water damaged fireproofing on corrugated deck



Photo 4. paint shop – fireproofing debris on top of deck hung HVAC equipment