

Photo 5. paint shop – delamination of fireproofing at light fixture



Photo 6. garage – deck hung HVAC unit below fireproofed deck



Photo 7. rear hall – close-up of fireproofing overspray on concrete block wall



Photo 8. paint shop – top of storage cabinet after dust sampling (sample # 3)



Photo 9. rear hall – top of exit sign after dust sampling (Dust Sample #1)



Photo 10. parts/stockroom – delaminated fireproofing dust and debris on top of boxes

## SBS BUILDING *fka National Old Line Insurance Building*

| | |
|---|---|
| Building Location: | Capital Avenue Little Rock, Arkansas |
| Date of Site Visit: | 9/06/06 |

**Field Notes, Background & General Observations**

| | |
|---|---|
| Building Type: | 6-story office plus sub-basement, basement, mezzanine and penthouse concrete and steel - consisting of two towers (north and south) with a center wing connecting the towers. Constructed in two phases. |
| Material Type: | Asbestos-Containing Fireproofing applied to structural steel (corrugated metal pan decking, columns and I beams) with significant overspray on walls (at roof deck interface), piping, conduit, electrical and HVAC equipment. |
| | Fireproofing present is a vermiculite based material with a taupe colored appearance – identified as a WR Grace Monokote product. |
| Material Analysis: | Previous bulk sample analysis by EPA/600/R-93/116 indicates fireproofing is asbestos containing |
| Material Location: | Applied to the ceilings/deck throughout the Phase II construction area (consisting of the south tower and basement and third thru the sixth floors of the center wing of the building). |
| Accessibility: | Generally limited to maintenance staff and trades – fireproofing is primarily located above a suspended ceiling system comprised of a metal support grid and "lay-in" style ceiling tiles, however, penetrations in the ceiling (consisting of missing tiles and return air grills) provide access and fallout potential to all building occupants in those areas. |
| | In addition there are no drop ceilings in the basement and certain electrical closets which provide open – direct access and fallout potential to all building occupants in those areas. |
| Material Friability: | Friable (easily crumbled), not painted |
| Material Damage: | Obvious delamination observed throughout application (evidenced by fireproofing dust, debris and small pea to fist size chunks deposited on horizontal surfaces below deck |

(including ceiling tiles and fluorescent light fixtures) also evidence of localized significant damage observed in a few areas (including the basement).

Based on walk-thru, several renovations have taken place (potentially impacting the fireproofing) including construction of partition walls installation of electrical conduit and hanging of wires/cables below the deck.

**AHERA Assessment**

Current Material Condition: Fair Overall – fireproofing generally appears to be substantially intact, however fine dust and debris are visible on most horizontal surfaces.

Physical Assessment: Friable

Damage Assessment: DAMAGED - Approximately 10% distributed damage with sporadic areas of localized damage (<25%)

Material Category: Damaged Friable Surfacing ACM

Potential for Disturbance: Moderate – in most areas where a suspended ceiling serves as a barrier between the fireproofing and the work space, however, maintenance activities are performed above the ceiling on a regular basis which likely disturb both source and delaminated/dislodged fireproofing. High – in the basement areas where no barrier separates the material from occupants.

Freq. of Potential Contact: Moderate – in most building areas as maintenance and building occupants are aware of asbestos fireproofing in the building and know not to purposely disturb it. High– in the basement areas.

Influence of Vibration: Low – in most areas of the South tower and center wing primarily from supplemental HVAC units hung from the fireproofed decking in sporadic areas. High – in the basement mechanical areas.

Potential for Air Erosion: Moderate – The plenum space above the suspended ceiling serves as an open air return to the HVAC system (as such low velocity air moves directly across the deteriorating fireproofing on a daily basis.

Overall Rating: Potential for Future Damage

**Contamination Assessment**

Dust Samples: Six micro-vacuum settled dust samples were collected and analyzed from horizontal surfaces situated directly beneath the fireproofing. Observations (relative to morphology,