matrix and color) made at the time of dust collection confirmed that the dust and debris collected in the samples were from delaminated/dislodged fireproofing applied directly above the vacuumed surface. Analysis of the dust samples indicates extreme contamination based on asbestos concentrations ranging from approximately 1.65 billion to 40.5 billion asbestos fibers per square foot. Refer to table below:

| Sample # | Sample Date | General Sample Location | Sample Surface | Asbestos Structures Counted | Asbestos (Conc.) $Str/Ft^2$ | Asbestos (Conc.) $Str/Cm^2$ | Relative Contamination Level |
|---|---|---|---|---|---|---|---|
| 1 | 9/6/2006 | SSB Gr floor - rear storage area in Meeting Rm | top of fluorescent light fixture | 106 | $2.46 \times 10^{10}$ | $2.64 \times 10^{7}$ | Extreme |
| 2 | 9/6/2006 | SSB B Floor - mechanical room east end | top of breaker box | 105 | $4.05 \times 10^{10}$ | $4.36 \times 10^{7}$ | Extreme |
| 3 | 9/6/2006 | SSB 2nd floor - Suite 261 | top of fluorescent light fixture | 84 | $1.65 \times 10^{9}$ | $1.56 \times 10^{7}$ | Extreme |
| 4 | 9/6/2006 | SSB 4th floor - Suite 410 center of floor | top of fluorescent light fixture | 105 | $1.45 \times 10^{10}$ | $1.56 \times 10^{7}$ | Extreme |
| 5 | 9/6/2006 | SSB 6th floor - suite 600 @ conference table | top of fluorescent light fixture | 140 | $3.86 \times 10^{10}$ | $4.16 \times 10^{7}$ | Extreme |
| 6 | 9/6/2006 | SSB 6th floor - suite 602 corner office | top of fluorescent light fixture | 70 | $3.88 \times 10^{9}$ | $4.18 \times 10^{6}$ | Extreme |

Photographs:  SBS BUILDING



Photo 11. ground floor meeting rm – top of fluorescent light fixture after dust sampling (sample # 1)



Photo 12. ground floor meeting rm – view of delaminated fireproofing on top of suspended ceiling



Photo 13. B floor west mechanical rm – large chunks of delaminated fireproofing above ceiling



Photo 14. B floor east mechanical rm – view of delaminated fireproofing off steel I-beam



Photo 15. B floor east mechanical rm – view of ladder above breaker box