Photo 16. B floor east mechanical rm – view of breaker box and fireproofing debris below ladder (sample # 2)



Photo 17. B floor east mechanical rm – damaged fireproofing on exposed I-beam



Photo 18. 2nd floor suite 261 – impacted fireproofing on deck next to hanger wire



Photo 19. 6th floor center suite 600 – close-up of fireproofing debris on top of fluorescent light fixture in plenum