<u>Office of Child Support Services (OCSS) BUILDING</u> fka: *Arkla Plaza Building*

| | |
|---|---|
| Building Location: | 400 East Markham Street Little Rock, Arkansas |
| Date of Site Visit: | 9/07/06 |

**Field Notes, Background & General Observations**

| | |
|---|---|
| Building Type: | 4-story mid rise office plus basement, penthouse and auditorium<br>Cast concrete structure |
| Material Type: | Asbestos-Containing Acoustical Spray finish applied to plaster ceilings that have been coated with a white latex-based paint.<br><br>Acoustical Spray present is a vermiculite based material with a taupe colored appearance – identified as a WR Grace Zonolite product. |
| Material Analysis: | Previous bulk sample analysis by EPA/600/R-93/116 indicates acoustical spray is asbestos containing |
| Material Location: | Applied to the ceilings and around the perimeter recesses of the square surface mounted fluorescent light fixtures on each floor of the tower. This material is also applied to the dome-shaped ceiling in the attached auditorium. |
| Accessibility: | Open – direct access and fallout potential to all building occupants<br><br>Most areas of the ceiling are beyond arm reach height of occupants without a ladder (limiting direct contact), with the exception of the basement. |
| Material Friability: | Friable (easily crumbled) with moderately resilient painted surface |
| Material Damage: | Obvious minor delamination observed throughout application (evidenced by acoustical spray dust and debris deposited on horizontal surfaces below the ceiling, including wall mounted cabinets, room dividers and light sconces). Also evidence of localized significant damage observed in a few areas (including the impact damage and hand abrasions in the basement – where lower ceiling exist).<br><br>Based on walk-thru, several renovations have taken place (potentially impacting the acoustical spray finish) including construction of new walls and re-placement of preexisting partition walls. |

**AHERA Assessment**

| | |
|---|---|
| Current Material Condition: | Fair Overall – acoustical spray generally appears to be substantially intact, however fine dust and debris are visible on many horizontal surfaces. |
| Physical Assessment: | Friable |
| Damage Assessment: | DAMAGED - Approximately 5 to 8% distributed damage with sporadic areas of localized damage (<25%) |
| Material Category: | Damaged Friable Surfacing ACM |
| Potential for Disturbance: | Moderate – in most areas the sprayed ceilings are not readily reachable to occupants other than maintenance staff, however, material storage activities in the basement present a significantly higher potential for direct disturbance. |
| Freq. of Potential Contact: | Moderate – in most building areas maintenance and building occupants are aware of asbestos sprayed ceilings in the building and know not to purposely disturb them. |
| | High – in the basement areas. |
| Influence of Vibration: | Low – in most areas of the tower and auditorium. Vibration primarily from HVAC equipment located above ceilings. |
| Potential for Air Erosion: | Moderate – Supply and return air is directed across the acoustical sprayed ceiling. |
| Overall Rating: | Potential for Future Damage |

**Contamination Assessment**

| | |
|---|---|
| Dust Samples: | Four micro-vacuum settled dust samples were collected and analyzed from horizontal surfaces situated directly beneath the acoustical spray. Observations (relative to morphology, matrix and color) made at the time of dust collection confirmed that the dust and debris collected in the samples were from delaminated/dislodged acoustical spray applied directly above the vacuumed surface. Analysis of the dust samples indicates extreme to heavy contamination based on asbestos concentrations ranging from approximately 1.47 billion to 16.8 billion asbestos fibers per square foot. Refer to table below: |

| Sample # | Sample Date | General Sample Location | Sample Surface | Asbestos Structures Counted | Asbestos (Conc.) Str/Ft² | Asbestos (Conc.) Str/Cm² | Relative Contamination Level |
|---|---|---|---|---|---|---|---|
| 1 | 9/7/2006 | OCSE 1st floor - on auditorium stage | top of breaker box | 30 | $1.68 \times 10^{10}$ | $1.81 \times 10^{7}$ | Extreme |
| 2 | 9/7/2006 | OCSE 3rd floor - break room NE corner | top of kitchen cabinets | 101 | $1.47 \times 10^{10}$ | $1.58 \times 10^{7}$ | Extreme |
| 3 | 9/7/2006 | OCSE 4th floor - west office at elevator lobby | top of emergency light | 40 | $1.47 \times 10^{9}$ | $1.58 \times 10^{6}$ | Heavy |
| 4 | 9/7/2006 | OCSE B floor - B36 Purchasing closet | top of storage shelf | 21 | $2.43 \times 10^{9}$ | $2.62 \times 10^{6}$ | Heavy |

Photographs:  OCSS BUILDING



Photo 20. 1st floor west office areas - Damaged acoustical plaster in lobby



Photo 21. 1st floor west office areas - General view of water damaged acoustical plaster next to light



Photo 22. 1st floor auditorium - Close-up of impact damaged acoustical plaster in hallway outside auditorium