

Photo 23. 1st floor auditorium - General view of auditorium ceiling



Photo 24. 1st floor auditorium - damaged acoustical plaster above stage



Photo 25. 1st floor auditorium - General view of stage curtains adjacent to breaker box (general location of dust sample #1)


Photo 26. 4th floor elevator lobby - General view of acoustical plaster in lobby


Photo 27. 4th floor, SW corner hallway - Close-up of damaged acoustical plaster on 4th floor south side