

Photo 28. 4th floor, Room 414 (break room) - Location of dust sample #2 (top of wall mounted cabinets)



Photo 29. 3rd floor, outside room 311 - Impact damage at recessed light fixture



Photo 30. 3rd floor, west hall adjacent to lobby - Location of dust sample #3 -Top of emergency light



Photo 31. B Floor - east hallway - Close-up of damaged acoustical plaster in hallway



Photo 32. B Floor - Purchasing B7/B5 - View of acoustical plaster in storage room
(location of dust sample #4 – top of shelf)

## ARKANSAS STATE HOSPITAL (ASH) – Hospital Administration, Canteen, Nursing Administration and Admissions Buildings

Building Location:   4313 W Markham Street Little Rock, Arkansas

Date of Site Visit:   9/07/06

**Field Notes, Background & General Observations**

| | |
|---|---|
| Building Type: | Hospital Admin - 3-story mid rise office plus basement<br>Canteen, Nursing Admin & Admissions – 1-story buildings<br>Cast concrete structures |
| Material Type: | Asbestos-Containing Acoustical Spray finish applied to plaster ceilings that have been coated with a white latex-based paint.<br><br>Acoustical Spray present is a vermiculite based material with a taupe colored appearance – identified as a WR Grace Zonolite product. |
| Material Analysis: | Previous bulk sample analysis by EPA/600/R-93/116 indicates acoustical spray is asbestos containing |
| Material Location: | Applied to most of the ceilings through out the four buildings. |
| Accessibility: | Open – direct access and fallout potential to all building occupants<br><br>Most areas of the ceiling are beyond arm reach height of occupants with out a ladder (limiting direct contact). |
| Material Friability: | Moderately Friable with moderate to thick paint applied to most surfaces. |
| Material Damage: | Obvious minor delamination observed throughout application (evidenced by acoustical spray dust and debris deposited on horizontal surfaces below the ceiling (including wall mounted cabinets, room dividers, door/window frames and moldings) also evidence of localized impact damage observed in a few isolated areas.<br><br>Based on walk-thru, some renovations and maintenance work have taken place (potentially impacting the acoustical spray ceiling). Building staff report some isolated areas of previous acoustical spray abatement. |

**AHERA Assessment**

| | |
|---|---|
| Current Material Condition: | Fair Overall – acoustical spray generally appears to be substantially intact, however fine dust and debris are visible on many horizontal surfaces. |
| Physical Assessment: | Moderately Friable |
| Damage Assessment: | DAMAGED - Approximately 5 to 8% distributed damage with sporadic areas of localized damage (<25%) |
| Material Category: | <u>Damaged Friable Surfacing ACM</u> |
| Potential for Disturbance: | Moderate – in most areas the sprayed ceilings are not readily reachable to occupants other than maintenance staff, however, a few areas with lower ceiling heights exist which present a significantly higher potential for direct disturbance. |
| Freq. of Potential Contact: | Moderate – in most building areas maintenance and building occupants are aware of asbestos sprayed ceilings in the building and know not to purposely disturb them. |
| Influence of Vibration: | Low – in most areas. |
| Potential for Air Erosion: | Moderate – supply and return air in the building is directed across the acoustical sprayed ceiling. |
| Overall Rating: | <u>Potential for Future Damage</u> |

**Contamination Assessment**

| | |
|---|---|
| Dust Samples: | Six micro-vacuum settled dust samples were collected and analyzed from horizontal surfaces situated directly beneath the acoustical spray. Observations (relative to morphology, matrix and color) made at the time of dust collection confirmed that the dust and debris collected in the samples were from delaminated/dislodged acoustical spray applied directly above the vacuumed surface. Analysis of the dust samples indicates extreme to slight contamination depending on the individual building, based on asbestos concentrations ranging from approximately 4.34 million to 2.65 billion asbestos fibers per square foot. Refer to table below: |