| Sample # | Sample Date | General Sample Location | Sample Surface | Asbestos Structures Counted | Asbestos (Conc.) $Str/Ft^2$ | Asbestos (Conc.) $Str/Cm^2$ | Relative Contamination Level |
|---|---|---|---|---|---|---|---|
| 1 | 9/7/2006 | ASH Admin 1st floor Credit Union | top of window ledge | 53 | $3.12 \times 10^8$ | $3.53 \times 10^5$ | Heavy |
| 2 | 9/7/2006 | ASH Admin 1st floor | top of window ledge | 34 | $3.96 \times 10^7$ | $4.26 \times 10^4$ | Moderate |
| 3 | 9/7/2006 | ASH Admin 3rd floor - Alcohol & Drug Office | top of storage shelf | 103 | $2.03 \times 10^9$ | $2.18 \times 10^6$ | Extreme |
| 1 | 9/7/2006 | ASH Canteen G floor - main dining area | top of refrigerator unit | 3 | $4.34 \times 10^6$ | $4.68 \times 10^3$ | Slight |
| 1 | 9/7/2006 | ASH Admissions G floor - Admissions Counter | top of back cabinets | 48 | $2.65 \times 10^9$ | $2.85 \times 10^6$ | Extreme |
| 2 | 9/7/2006 | ASH Admissions G floor - Medical Records | top of medical files | 58 | $8.40 \times 10^8$ | $9.04 \times 10^5$ | Heavy |

Photographs:  ASH – Hospital Administration, Canteen, Nursing Administration and Admissions Buildings



Photo 33. Hospital Administration Bldg. 1st floor visitors lounge area - General view of impact damage to acoustical plaster in lobby



Photo 34. Hospital Administration Bldg. 1st floor visitors lounge area - General view of acoustical plaster in atrium lobby/visitors lounge area



Photo 35. Hospital Administration Bldg. 1st floor visitors lounge area - View of water damaged acoustical plaster next to ceiling diffuser



Photo 36. Hospital Administration Bldg. 1st floor SW hallway - Acoustical plaster above door to staff development office (general location of dust sample #2 - top of door frame)



Photo 37. Hospital Administration Bldg. 3rd floor Alcohol & Drug Abuse Office – Location of dust sample #3 – top of wood storage shelf beneath acoustical plaster finish



Photo 38. Canteen Bldg. Dining Area - General view of acoustical plaster ceiling above dining tables