

Photo 39. Canteen Bldg. Dining Area - Location of dust sample #1 (top of refrigerator unit)



Photo 40. Nursing Administration Bldg., office off east hall - View of damaged acoustical plaster at fluorescent light fixture



Photo 41. Admissions Bldg. Medical Records Area - General location of dust sample #2 (top of file cabinets)



Photo 42. Admissions Bldg. front desk area - General location of dust sample #1 (top of back wall cabinets)

## ARKANSAS STATE HOSPITAL (ASH) – Patient Units 1, 2, 3 & 4 Buildings

Building Location:   4313 W Markham Street Little Rock, Arkansas

Date of Site Visit:   9/07/06

**Field Notes, Background & General Observations**

| | |
|---|---|
| Building Type: | All Units - 2-story split-level residential, offices and treatment facilities |
| Material Type: | Asbestos-Containing Acoustical Spray finish applied to plaster ceilings that have been coated with a white latex-based paint.<br><br>Acoustical Spray present is a vermiculite based material with a taupe colored appearance – identified as a WR Grace Zonolite product. |
| Material Analysis: | Previous bulk sample analysis by EPA/600/R-93/116 indicates acoustical spray is asbestos containing |
| Material Location: | Applied to the center ceiling areas throughout the common/treatment areas, offices, dinning and activity rooms. Note: The acoustical spray is not applied to most of the outer perimeter areas of the aforementioned rooms nor the resident's sleeping rooms. |
| Accessibility: | Open – direct access and fallout potential to all building occupants<br><br>Most areas of the ceiling are beyond arm reach height of occupants without a ladder (limiting direct contact). |
| Material Friability: | Moderately Friable with moderate to thick paint applied to most surfaces |
| Material Damage: | Obvious minor delamination observed throughout application (evidenced by acoustical spray dust and debris deposited on horizontal surfaces below the ceiling (including wall mounted cabinets, room dividers, door/window frames and moldings) also evidence of localized damage observed in a few areas (including the impact damage and hand abrasions in the areas – where lower ceilings exist).<br><br>Based on my walk-thru, some renovations have taken place (potentially impacting the acoustical spray) including construction of new walls. Building staff report some isolated areas of previous acoustical spray abatement. |

**AHERA Assessment**

| | |
|---|---|
| Current Material Condition: | Fair overall – acoustical spray generally appears to be substantially intact, however fine dust and debris are visible on many horizontal surfaces. |
| Physical Assessment: | Friable |
| Damage Assessment: | DAMAGED - Approximately 5 to 8% distributed damage with sporadic areas of localized damage (<25%) |
| Material Category: | Damaged Friable Surfacing ACM |
| Potential for Disturbance: | Moderate – in most areas the sprayed ceilings are not readily reachable to occupants other than maintenance staff, however, low ceilings in certain areas present a significantly higher potential for direct disturbance. |
| Freq. of Potential Contact: | Moderate – in most building areas maintenance and building occupants are aware of asbestos sprayed ceilings in the building and know not to purposely disturb them. |
| Influence of Vibration: | Low – in most areas. |
| Potential for Air Erosion: | Moderate – Supply and return air is directed across the acoustical sprayed ceiling. |
| Overall Rating: | Potential for Future Damage |

**Contamination Assessment**

| | |
|---|---|
| Dust Samples: | Six micro-vacuum settled dust samples were collected and analyzed from horizontal surfaces situated directly beneath the acoustical spray finish. Observations (relative to morphology, matrix and color) made at the time of dust collection confirmed that the dust and debris collected in the samples were from delaminated/dislodged acoustical spray applied directly above the vacuumed surface. Analysis of the dust samples indicates moderate contamination to no asbestos detected depending on the individual building, based on asbestos concentrations ranging from approximately 13.8 million to 0 asbestos fibers per square foot. Refer to table below: |