| Sample # | Sample Date | General Sample Location | Sample Surface | Asbestos Structures Counted | Asbestos (Conc.) Str/Ft² | Asbestos (Conc.) Str/Cm² | Relative Contamination Level |
|---|---|---|---|---|---|---|---|
| 1 | 9/7/2006 | ASH Unit 4 - South Lower day room | top of exit sign at exterior door | 9 | $1.17 \times 10^7$ | $1.26 \times 10^4$ | Moderate |
| 2 | 9/7/2006 | ASH Unit 4 - NE Janitors Room | top of storage shelving | 1 | $1.42 \times 10^6$ | $1.54 \times 10^3$ | Slight |
| 1 | 9/8/2006 | ASH Unit 1 - Upper Level B Quad (school area) | top of window ledge above store rm | 25 | $1.38 \times 10^7$ | $1.49 \times 10^4$ | Moderate |
| 2 | 9/8/2006 | ASH Unit 1 - Lower Level West Day Area | top of window ledge above exit door | 7 | $9.66 \times 10^6$ | $1.54 \times 10^3$ | Slight |
| 1 | 9/7/2006 | ASH Unit 2 - Lower Level Patient Area | top of wall soffit | 0 | NAD* | NAD | NAD |
| 1 | 9/7/2006 | ASH Unit 3 - Upper level Quad C (sleeping area) | top of television stand | 1 | $2.34 \times 10^5$ | $2.52 \times 10^2$ | Slight |

Photographs:  ASH – Patient Units 1, 2, 3 & 4 Buildings



Photo 43. Unit 4 Recreational Area - General view of acoustical plaster ceiling



Photo 44. Unit 4 Back hallway at office area - Impact damage to acoustical plaster ceiling



Photo 45. Unit 4 Upper patient area - Sprinklers attached to acoustical plaster ceiling



Photo 46. Unit 4 Quad A, Janitors storage area - Location of dust sample #2 (top of storage shelving)



Photo 47. Unit 1 Dining Area - Patched area of plaster ceiling previously damaged



Photo 48. Unit 1 Upper Quad B - Impact damage above location of dust sample #1 (top of interior window ledge above store room)



Photo 49. Unit 1 Hallway outside Upper Quad B – apparent spot abatement to acoustical plaster ceiling