

Photo 50. Unit 1 West lower recreational area - View of acoustical plaster ceiling - general location of dust sample #2 (window ledge above door)


Photo 51. Unit 1 Nurses Station - Damaged acoustical plaster ceiling


Photo 52. Unit 2 Visiting Area - Impact damaged acoustical plaster ceiling



Photo 53. Unit 2 Lower Day Area, behind stairs - Location of dust sample #1 (top of wood railing)