

Photo 54. Unit 2 Hallway outside Office Area - Water damaged acoustical plaster ceiling



Photo 55. Unit 2 Visiting Area - General view of acoustical plaster ceiling



Photo 56. Unit 3 Upper Quad C - Location of dust sample #1 (top of interior window
ledge above restroom)

## ARKANSAS STATE HOSPITAL (ASH) – Vocational /Maintenance Shop Building

Building Location:           4313 W Markham Street Little Rock, Arkansas

Date of Site Visit:          9/07/06

### Field Notes, Background & General Observations

Building Type:               2-story maintenance and vocational shop

Material Type:               Asbestos-Containing Acoustical Spray finish applied to plaster ceiling that has been coated with a white latex-based paint.

                             Acoustical Spray present is a vermiculite based material with a taupe colored appearance – identified as a WR Grace Zonolite product.

Material Analysis:           Previous bulk sample analysis by EPA/600/R-93/116 indicates acoustical spray is asbestos containing

Material Location:           Applied to the ceiling area in the boiler room (only).

Accessibility:               Open – direct access and fallout potential to all maintenance staff and trades.

                             Location of turn valves and deck hung mechanical equipment place most areas of the ceiling within routine arms reach height of maintenance staff and trades with use of a ladder.

Material Friability:         Friable (easily crumbled).

Material Damage:             Obvious minor delamination observed throughout application (evidenced by acoustical spray dust and debris deposited on horizontal surfaces and equipment located below the ceiling) also evidence of significant localized damage observed in a few areas.

### AHERA Assessment

Current Material Condition:  Fair to Poor Overall – acoustical spray generally appears to be substantially intact, however fine dust and debris are visible on many horizontal surfaces.

Physical Assessment:         Friable