### AHERA Assessment (cont)

| | |
|---|---|
| Damage Assessment: | DAMAGED - Approximately 8 to 10% distributed damage. |
| Material Category: | <u>Damaged Friable Surfacing ACM</u> |
| Potential for Disturbance: | High – operation and maintenance of the mechanical equipment places maintenance staff in close and frequent contact with the acoustical spray finish. |
| Freq. of Potential Contact: | Low – for general building occupants. High – for maintenance staff assigned to boiler room duties. |
| Influence of Vibration: | High due to abundance of operational mechanical equipment housed in the boiler room. |
| Potential for Air Erosion: | Minimal – Neither supply nor return air are supplied to the room. |
| Overall Rating: | <u>Potential for Future Damage</u> |

### Contamination Assessment

Dust Samples: One micro-vacuum settled dust sample was collected and analyzed from horizontal surface situated directly beneath the acoustical spray finish. Observations (relative to morphology, matrix and color) made at the time of dust collection confirmed that the dust and debris collected in the samples were from delaminated/dislodged acoustical spray applied directly above the vacuumed surface. Analysis of this dust sample indicates extreme contamination based on a calculated asbestos concentration of 20.1 billion asbestos fibers per square foot. Refer to table below:

| Sample # | Sample Date | General Sample Location | Sample Surface | Asbestos Structures Counted | Asbestos (Conc.) $Str/Ft^2$ | Asbestos (Conc.) $Str/Cm^2$ | Relative Contamination Level |
|---|---|---|---|---|---|---|---|
| 1 | 9/7/2006 | ASH Vocational/Maintenance Shop - Boiler Room | top of metal support bracing for tank | 100 | $2.01 \times 10^{10}$ | $2.16 \times 10^7$ | Extreme |

Photographs: ASH – Vocational /Maintenance Shop Building (Boiler Room)



Photo 57. Boiler Room - General view of acoustical plaster ceiling in boiler room


Photo 58. Boiler Room - Close-up of damaged acoustical plaster ceiling


Photo 59. Boiler Room - Delaminated acoustical plaster dust and debris on mechanical equipment