

Photo 62. 19th floor, SE corner of bldg - General view of light fixture/ceiling grid system in hallway



Photo 63. 25th floor, northside of elevator lobby - General view of acoustical spray ceiling above elevators



Photo 64. 19th floor, elevator lobby - center - View of impact damage to acoustical spray finish



Photo 65. 1st floor, NW mechanical room - View of exposed fireproofed structural members


Photo 66. 24th floor, adjacent to room W2412B - View of dislodged fireproofing debris on top of metal HVAC duct


Photo 67. 24th floor, adjacent to room W2412B - Location of dust sample #1