

Photo 68. 21st floor, adjacent to room N2132A - View of fireproofed sprayed beam above suspended ceiling



Photo 69. 6th floor, adjacent to room S601 - View of delaminated fireproofing debris on top of suspended ceiling



Photo 70. 6th floor, adjacent to room S601 - Close-up of delaminated fireproofing debris on top of metal HVAC duct



Photo 71. 17th floor, elevator lounge area - Location of dust sample #4 (top of room partition beneath acoustical plaster ceiling)



Photo 72. 12th floor, adjacent to room E1244A - View of delaminated fireproofing debris on top of suspended ceiling



Photo 73. Basement lobby – Decorative attachments to acoustical plaster ceiling