

Photo 77. 10th floor, room 1003 - General view of fireproofed decking above plaster ceiling (thru access hatch)



Photo 78. 5th floor, NE Fresh Air Shaft - View of fireproofing on concrete structure and black iron



Photo 79. Annex 6th floor, adjacent to Women's RR - View of delaminated fireproofing dust and debris on iron pipe in wall (dust sample #2)



Photo 80. Annex 6th floor, adjacent to Women's RR - Close-up view of fireproofed beam above suspended ceiling and wall chase

**AMARILLO AIR TERMINAL BUILDING** (Main Terminal and Terminal 30) aka:
*Rick Husband Amarillo International Airport*

| | |
|---|---|
| Building Location: | 10801 Airport Boulevard Amarillo, Texas |
| Date of Site Visit: | 9/21/06 |

**Field Notes, Background & General Observations**

| | |
|---|---|
| Building Type: | 2 to 3-story split level concrete and steel frame building |
| Material Type: | Asbestos-Containing Fireproofing applied to concrete structural supports and structural steel (corrugated metal pan decking, columns, I-beams and open web joists) with significant overspray on walls (at roof deck interface), piping, conduit, electrical and HVAC equipment.<br><br>Fireproofing present is a vermiculite based material with a taupe colored appearance – identified as a WR Grace Monokote product. |
| Material Analysis: | Previous bulk sample analysis by EPA/600/R-93/116 indicates fireproofing is asbestos containing. |
| Material Location: | Over the years much of the fire proofing has been abated to facilitate renovation and expansion activities. The asbestos containing fireproofing which remains in the facility is located in a small storage area on the 2nd floor of terminal 30 and in the main terminal on the basement floor in the mechanical rooms and adjacent areas as well as the 3rd floor offices and mechanical rooms. |
| Accessibility: | Variable – in general the office and storage areas contain drop ceilings providing a physical barrier between the fireproofing and contact with most building occupants. Building maintenance staff and trades however are subject to direct access and fallout potential in the mechanical room (where drop ceilings do not exist) and when working in the plenum areas above the suspended ceilings. |
| Material Friability: | Friable (easily crumbled), not painted |
| Material Damage: | Obvious delamination observed throughout application (evidenced by fireproofing dust, debris and small pea to fist size chunks deposited on horizontal surfaces below the deck and beams). Evidence of localized significant damage observed in a few areas (including the basement mechanical room and 3rd floor air handling room). |

### AHERA Assessment

| | |
|---|---|
| Current Material Condition: | Fair Overall – fireproofing generally appears to be substantially intact, however fine dust and debris are visible on most all horizontal surfaces. In many areas, patches of delaminated fireproofing are readily noted. |
| Physical Assessment: | Friable |
| Damage Assessment: | DAMAGED - Approximately 10% distributed damage with sporadic areas of localized damage (<25%) |
| Material Category: | <u>Damaged Friable Surfacing ACM</u> |
| Potential for Disturbance: | Moderate – in those areas where suspended ceilings are located and serve as a barrier between access to the fireproofing and general building occupants. High – in the mechanical and fan rooms where maintenance staff and trades work. |
| Freq. of Potential Contact: | Moderate – in most building areas occupants are aware of asbestos fireproofing in the structure and know not to purposely disturb them.<br><br>High – in the mechanical and fan room. |
| Influence of Vibration: | Low – in most areas of the office and storage areas. Vibration primarily from supplemental HVAC equipment located above ceilings.<br><br>High – in the mechanical and fan room where equipment runs 24/7. |
| Potential for Air Erosion: | Moderate – In most areas the plenum space above the suspended ceiling serves as an open air return to the HVAC system (as such low velocity air moves directly across the deteriorating fireproofing on a daily basis). Minimal – in the mechanical room and high in the fan room |
| Overall Rating: | <u>Potential for Future Damage</u> |

### Contamination Assessment

| | |
|---|---|
| Dust Samples: | Four micro-vacuum settled dust samples and two surface contact samples were collected and analyzed from horizontal surfaces situated directly beneath the acoustical spray and fireproofing applications. Observations (relative to morphology, matrix and color) made at the time of dust collection confirmed that the dust and debris collected in the samples were from delaminated/dislodged fireproofing |

applied directly above the vacuumed surface. Analysis of the dust samples indicates extreme contamination based on asbestos concentrations ranging from approximately 7.4 billion to 116 billion asbestos fibers per square foot. Refer to table below:

| Sample # | Sample Date | General Sample Location | Sample Surface | Asbestos Structures Counted | Asbestos (Conc.) $Str/Ft^2$ | Asbestos (Conc.) $Str/Cm^2$ | Relative Contamination Level |
|---|---|---|---|---|---|---|---|
| 1 | 9/21/2006 | AAT Concourse 30 2nd floor, Airport Storage | Top of FLF | 116 | $1.28 \times 10^{10}$ | $1.38 \times 10^7$ | FP - Extreme |
| 3 | 9/21/2006 | AAT B floor, Mechanical.Rm (supply area) | Top of Storage Shelf | 98 | $1.16 \times 10^{11}$ | $1.25 \times 10^8$ | FP - Extreme |
| 5 | 9/21/2006 | AAT B floor, Hallway outside Women's RR | Top of FLF | 101 | $1.12 \times 10^{10}$ | $1.20 \times 10^7$ | FP - Extreme |
| 6 | 9/21/2006 | AAT 3rd floor, Men's Restroom | Top of HVAC duct | 64 | $7.38 \times 10^9$ | $7.94 \times 10^6$ | FP - Extreme |

Direct Prep Analysis of the two surface contact samples revealed the presence of free un-encapsulated Chrysotile asbestos fibers in each of the samples. This data confirms the release of respirable fibers from the fireproofing present in the subject building.

| Sample # | Sample Date | General Sample Location | Sample Surface | Sample Area | Free Asbestos Fibers Observed |
|---|---|---|---|---|---|
| 2 | 9/21/2006 | AAT Concourse 30 2nd floor, Airport Storage | Top of Fluorescent Light Fixture | 47 mm | Yes |
| 4 | 9/21/2006 | AAT B floor, Mechanical Rm. (supply area) | Top of Storage Shelf | 47 mm | Yes |