Photographs: **AMARILLO AIR TERMINAL** BUILDING



Photo 81. Concourse 30, 2nd floor, Airport Storage - General view of fireproofed beams and open web joists above suspended ceiling



Photo 82. Concourse 30, 2nd floor, Airport Storage - General view of fireproofed beams and cross bracing along perimeter wall



Photo 83. Concourse 30, 2nd floor, Airport Storage - Close-up of dust sample # 1 (top of fluorescent light fixture)



Photo 84. Concourse 30, 2nd floor, Airport Storage - View of impacted fireproofing above suspended ceiling



Photo 85. Main Terminal, Basement, Mechanical Rm - General view of fireproofed concrete beam adjacent to air handler



Photo 86. Main Terminal, Basement, Mechanical Rm - General view of delaminated fireproofed applied to wall adjacent to parts storage area



Photo 87. Main Terminal, Basement, Mechanical Rm - View of delaminated/dislodged fireproofing dust and debris on floor (in parts storage area)