

Photo 88. Main Terminal, Basement, Mechanical Rm - Location of dust samples #3 and #4 (top of wood storage shelf)



Photo 89. Main Terminal, Basement, South Hallway - General view of fireproofed concrete decking and structure above Ladies Rm



Photo 90. Main Terminal, 3rd floor, Air Handler Room - Exposed fireproofed decking above HVAC fan unit


Photo 91. Main Terminal, 3rd floor, Men's Rest Room - View of delaminated fireproofing dust and debris on top of metal HVAC duct


Photo 92. Main Terminal, 3rd floor, Men's Rest Room - Close-up of dust sample #6 location (top of HVAC duct)

## **CHAMBER OF COMMERCE BUILDING** *fka Bivins Building*

Building Location:           1000 South Polk Street  Amarillo, Texas

Date of Site Visit:          9/21/06

### Field Notes, Background & General Observations

| | |
|---|---|
| Building Type: | 3-story municipal building with basement<br>Concrete and stone structure |
| Material Type: | Asbestos-Containing Acoustical Spray finish applied to retro-fitted plaster ceilings that have been coated with a latex-based paint.<br><br>The Acoustical Spray present is a vermiculite based material with a taupe colored appearance – identified as a WR Grace Zonolite product. |
| Material Analysis: | Previous bulk sample analysis by EPA/600/R-93/116 indicates acoustical spray is asbestos containing |
| Material Location: | Applied to the plaster ceilings in many areas of the building. In certain areas; including the 1st floor City Counsel Chambers and the 2nd floor Conference Room, the finish is located above a retro-fitted drop ceiling. |
| Accessibility: | Open – Where the acoustical finish is exposed facilitating direct access and fallout potential to all building occupants. However, most areas of the ceiling are beyond arm reach height of occupants without a ladder (limiting direct contact), with the exception of the basement.<br><br>Limited in areas where drop ceilings have been installed. |
| Material Friability: | Friable (easily crumbled) with moderately resilient painted surface. |
| Material Damage: | Obvious minor delamination observed throughout application (evidenced by acoustical spray dust and debris deposited on horizontal surfaces below the application, including duct work, wall mounted cabinets, room dividers and suspended ceilings). Also evidence of localized significant damage observed in a few areas (including the impact damage and hand abrasions in the basement – where lower ceiling exist). Significant damage also exist above the suspended ceilings where hangers were installed directly into the metal plaster mesh (penetrating the acoustical finish) |

|  | Based on walk-thru, several renovations have taken place (potentially impacting the acoustical spray finish) including construction of new walls and replacement of preexisting partition walls. |
|---|---|

**AHERA Assessment**

| Current Material Condition: | Fair Overall – acoustical spray generally appears to be substantially intact in most exposed areas, however fine dust and debris are visible on many horizontal surfaces. |
|---|---|
| Physical Assessment: | Friable |
| Damage Assessment: | DAMAGED - Approximately 5 to 8% distributed damage with sporadic areas of localized damage (<25%) |
| Material Category: | <u>Damaged Friable Surfacing ACM</u> |
| Potential for Disturbance: | Moderate – in most areas the sprayed ceilings are not readily reachable to occupants other than maintenance staff, however, material storage activities in the basement present a significantly higher potential for direct disturbance. |
| Freq. of Potential Contact: | Moderate – in most building areas maintenance and building occupants are aware of asbestos sprayed ceilings in the building and know not to purposely disturb them. Drop ceiling limit access in many large areas.<br><br>High – in the basement areas. |
| Influence of Vibration: | Low – in most areas |
| Potential for Air Erosion: | Moderate – Supply and return air is directed across the acoustical sprayed ceiling in many areas. |
| Overall Rating: | <u>Potential for Future Damage</u> |

**Contamination Assessment**

| Dust Samples: | Three micro-vacuum settled dust samples and two surface contact samples were collected and analyzed from horizontal surfaces situated directly beneath the acoustical spray. Observations (relative to morphology, matrix and color) made at the time of dust collection confirmed that the dust and debris collected in the samples were from delaminated/dislodged acoustical spray applied directly above the vacuumed surface. Analysis of the dust samples indicates extreme contamination based on asbestos concentrations ranging from approximately 2.8 billion to |
|---|---|