99.6 billion asbestos fibers per square foot. Refer to table below:

| Sample # | Sample Date | General Sample Location | Sample Surface | Asbestos Structures Counted | Asbestos (Conc.) $Str/Ft^2$ | Asbestos (Conc.) $Str/Cm^2$ | Relative Contamination Level |
|---|---|---|---|---|---|---|---|
| 1 | 9/21/2006 | Bivins B floor, in janitors storage area off hallway | Top of metal HVAC duct | 51 | $2.81 \times 10^9$ | $3.03 \times 10^6$ | AP - Extreme |
| 3 | 9/21/2006 | Bivins 1st Floor, City Counsel Chambers | Top of 2X4 lay-in ceiling tile | 30 | $3.51 \times 10^9$ | $3.78 \times 10^6$ | AP - Extreme |
| 4 | 9/21/2006 | Bivins 2nd floor, copy area outside conference rm | Top of FLF | 73 | $9.96 \times 10^{10}$ | $1.07 \times 10^8$ | AP - Extreme |

Direct Prep Analysis of the two surface contact samples revealed the presence of free un-encapsulated Chrysotile asbestos fibers in each of the samples. This data confirms the release of respirable fibers from the acoustical plaster present in the subject building.

| Sample # | Sample Date | General Sample Location | Sample Surface | Sample Area | Free Asbestos Fibers Observed |
|---|---|---|---|---|---|
| 2 | 9/21/2006 | Bivins B floor, in janitors storage area off hallway | Top of metal HVAC duct | 47 mm | Yes |
| 5 | 9/21/2006 | Bivins 2nd floor, copy area outside conference rm | Top of FLF | 47 mm | Yes |

Photographs: **CHAMBER OF COMMERCE BUILDING**



Photo 93. Basement, back hallway at janitors storage area - Duct support strap attached to acoustical plaster ceiling


Photo 94. Basement, back hallway at janitor's storage area - Close-up of delaminated acoustical plaster dust and debris on top of duct work


Photo 95. 1st floor, City Counsel Chambers - View of acoustical plaster ceiling located above suspended ceiling



Photo 96. 1st floor, City Counsel Chambers - General view of hanger wires and electrical conduit attached to acoustical sprayed ceiling



Photo 97. 1st floor, City Counsel Chambers - Close-up of dislodged acoustical plaster debris on top of ceiling tile (location of dust sample #3)



Photo 98. 2nd floor, hallway outside offices - View of water damaged acoustical plaster



Photo 99. 2nd floor, hallway and copy area - Close-up of damaged acoustical plaster
(note: fiberous nature of material)

## PHOENIX SKY HARBOR INTERNATIONAL AIRPORT Terminal 2

| | |
|---|---|
| Building Location: | 3400 East Sky Harbor Boulevard  Phoenix, Arizona |
| Date of Site Visit: | 11/13/06 |

**Field Notes, Background & General Observations**

| | |
|---|---|
| Building Type: | A large multi-structure building built in various phases.<br><br>Combination of steel and concrete structure |
| Material Type: | Asbestos-Containing Fireproofing applied to concrete structural forms, structural steel (corrugated metal pan decking, columns and I beams) with significant overspray on walls (at roof deck interface), piping, conduit, electrical and HVAC equipment.<br><br>Fireproofing present is a vermiculite based material with a taupe colored appearance – identified as a WR Grace Monokote product.<br><br>Asbestos-Containing Acoustical Spray applied to plaster ceilings and walls.<br><br>The Acoustical Spray present is a vermiculite based material with a taupe colored appearance – identified as a WR Grace Zonolite product. |
| Material Analysis: | Previous bulk sample analysis by EPA/600/R-93/116 indicates that both the original fireproofing and the acoustical spray finishes are asbestos containing. |
| Material Location: | Fireproofing originally applied to the beams and deck throughout most building areas of Terminal 2 including: the basement boiler room, lobby and upper and lower areas of the north concourse, and baggage handling.<br><br>The Acoustical Spray finish is located in various rooms on the lower concourse. |
| Accessibility: | Generally limited to maintenance staff and trades – the remaining fireproofing is primarily located above a suspended ceiling system comprised of a metal support grid and "lay-in" style ceiling tiles, however, penetrations in the ceiling (return air grills) provide access and fallout potential to all building occupants in those areas. |

|  |  |
|---|---|
|  | In the west baggage handling area, suspended ceilings do not exist and no barrier exists between the fireproofing application and workers. The acoustical plaster on the lower concourse rooms is reportedly open and accessible. |
| Material Friability: | Friable (easily crumbled), not generally painted |
| Material Damage: | Obvious delamination observed throughout both the fireproofing and the acoustical spray applications (evidenced by acoustical spray dust, debris and small pea chunks deposited on horizontal surfaces below deck (including ceiling tiles and fluorescent light fixtures).<br><br>Based on my walk-thru, several renovations have taken place through out the terminal (potentially impacting both the fireproofing and the acoustical spray) including installation of drop ceilings and hanging of wires/cables below the sprayed decks. |

**AHERA Assessment**

| | |
|---|---|
| Current Material Condition: | Fair Overall – the fireproofing generally appears to be substantially intact, however delaminated fine dust and debris are visible on most horizontal surfaces below the applications. |
| Physical Assessment: | Friable |
| Damage Assessment: | DAMAGED - Approximately 5 to 8% distributed damage with sporadic areas of localized damage (<25%) |
| Material Category: | <u>Damaged Friable Surfacing ACM</u> |
| Potential for Disturbance: | Low to Moderate – in most areas where a suspended ceiling serves as a barrier between the fireproofing and the work space, however, maintenance activities are performed above the ceilings on a regular basis which likely disturb both source and delaminated/dislodged fireproofing.<br><br>The potential for disturbance of the fireproofing is somewhat higher in the west baggage handling areas where no barrier separates the material from occupants. |
| Freq. of Potential Contact: | Moderate – in most building areas as maintenance and building occupants are aware of asbestos-containing materials in the building and know not to purposely disturb them |
| Influence of Vibration: | Moderate – in most areas of the terminal as vibration from machinery operation and aircraft occurs 24/7. |