concentrations ranging from approximately 1.1 billion to 1.9 billion asbestos fibers per square foot. Refer to the table below:

| Sample # | Sample Date | General Sample Location | Sample Surface | Asbestos Structures Counted | Asbestos (Conc.) $Str/Ft^2$ | Asbestos (Conc.) $Str/Cm^2$ | Relative Contamination Level |
|---|---|---|---|---|---|---|---|
| 1 | 11/16/2006 | History Hall near center of room | Top of steel I-beam | 99 | $1.09 \times 10^9$ | $1.09 \times 10^7$ | Extreme |
| 2 | 11/16/2006 | History Hall at south wall | Top of fluorescent light fixture | 16 | $1.88 \times 10^9$ | $1.88 \times 10^7$ | Extreme |

Direct Prep Analysis of the one surface contact sample revealed the presence of free un-encapsulated Chrysotile asbestos fibers in the sample. This data confirms the release of respirable fibers from the acoustical plaster present in the subject building.

| Sample # | Sample Date | General Sample Location | Sample Surface | Sample Area | Free Asbestos Fibers Observed |
|---|---|---|---|---|---|
| A-1 | 11/16/2006 | History Hall near center of room | Top of steel I-beam | 47mm | Yes |

Photographs: **ARIZONA HISTORY MUSEUM**



Photo 109. Acoustical sprayed ceiling finish located above suspended drop ceiling in rear lobby (adjacent to outdoor patio)



Photo 110. Close-up of suspended ceiling hanger wire attached to acoustical sprayed ceiling finish located above suspended drop ceiling in rear lobby



Photo 111. Close-up of electrical conduit attached to acoustical sprayed ceiling finish located above suspended drop ceiling



Photo 112. Close-up of delaminated section of acoustical sprayed ceiling finish located above suspended drop ceiling in rear lobby



Photo 113. General view of acoustical spray finish applied to original ceiling (located above suspended ceiling) in the Arizona History Hall



Photo 114. Top of steel I-beam located beneath acoustical spray ceiling in Arizona History Hall (location of dust sample #1 and surface contact sample #A-1)



Photo 115. Black painted acoustical plaster ceiling in new exhibit gallery (formerly sales shop), Note light fixtures and electrical conduit attached to finish