

Photo 131. Location of Dust Sample # 1 and Surface Contact Sample # A-1 on top of metal HVAC duct, above suspended ceiling 10th floor, W side - hallway outside Rm 1024



Photo 132. View of fireproofed I-beams and metal pan decking in penthouse floor mechanical room



Photo 133. Dislodged fireproofing chunks on top of suspended ceiling 8th floor, east side above office cubical



Photo 134. Location of Dust sample # 2 (top of fluorescent light fixture), above suspended ceiling 8th floor, east side above office cubical



Photo 135. View of delaminated fireproofing on top of HVAC supply duct, above suspended ceiling on 8th floor, east side adjacent to elevator lobby



Photo 136. General view of Fireproofed I-beam, decking and piping above suspended ceiling 6th floor, W side – at copier/mail area near front of office



Photo 137. View of dislodged fireproofing debris on top of suspended ceiling 6th floor, W side – at copier/mail area near front of office



Photo 138. Location of Dust Sample # 3 and Surface Contact Sample # B-3 (top of fluorescent light fixture), above suspended ceiling 6th floor, W side – at copier/mail area near front of office



Photo 139. General view of fireproofing applied to corrugated deck and beams (note: dislodged fireproofing debris on top of suspended ceiling) 4th floor, E side - above file area



Photo 140. Location of Dust Sample # 4 (top of fluorescent light fixture), above suspended ceiling 4th floor, E side - above file area