

Photo 147. Location of Dust Sample # 2 (top of 1' x1' ceiling tile), above concealed spline ceiling system beneath fireproofing, East wing, 2nd floor Room L 211



Photo 148. View of fireproofing overspray on underside of electrical junction box in plenum space above ceiling in East wing, 1st floor microfiche room L112



Photo 149. View of dislodged fireproofing debris on top of suspended ceiling tiles and pulled cables in East wing, 1st floor Public Corridor 3#


Photo 150. View of dislodged fireproofing missing from bottom of I-beam flange above suspended ceiling in East wing, 1st floor Room L103


Photo 151. Close-up of dislodged fireproofing on top of suspended ceiling in East wing, 1st floor Room L103



Photo 152. Close-up of dislodged fireproofing chunk on top of "moved" ceiling tile to provide access to plenum in East wing, 1st floor Room L103



Photo 153. Location of Dust Sample # 3 and Surface Contact Sample # A (top of fluorescent light fixture), above suspended ceiling in East wing, 1st floor Room L103

_____          01/10/07
Martin R. Bennett, Senior Consultant          _____
                                              Date