<u>EXHIBIT A</u>

DAVID T. AUSTERN/W.R. GRACE & CO.

OCTOBER 2006

FEE SUMMARY

| <u>Date</u> | <u>Services</u> | <u>Hours</u> | <u>Rate</u> | <u>Total</u> |
|---|---|---|---|---|
| *<u>Litigation</u>* | | | | |
| October 24 | Review of expert statements of Whitehouse and Epstein | 2.20 | $500 | $1,100.00 |
| October 25 | Review of expert statements of Castleman, Snyder and Frank | 2.00 | $500 | $1,000.00 |
| October 26 | Telephone conference Frankel re status (.2); letter to Heberling re Manville Trust data (.4) | 0.60 | $500 | $ 300.00 |
| October 27 | Review of original future claims forecast (1.2); telephone conference Heberling re same (.4) | 1.60 | $500 | $ 800.00 |
| **TOTAL** | | **6.40** | | **$3,200.00** |