<u>**EXHIBIT A**</u>

**DAVID T. AUSTERN/W.R. GRACE & CO.**

**NOVEMBER 2006**

**FEE SUMMARY**

| Date | Services | Hours | Rate | Total |
|------|----------|-------|------|-------|
| <u>***Litigation***</u> | | | | |
| November 3 | Telephone conference Frankel, Bernick re negotiations (.5); telephone conference Frankel re previous call (.2) | 0.70 | $500 | $  350.00 |
| November 7 | Review of Tillinghast materials | 1.80 | $500 | $  900.00 |
| November 8 | Meeting with Biggs and Orrick trial team re Tillinghast forecast | 6.50 | $500 | $3,250.00 |
| November 15 | Review of exclusivity brief appeal (1.1); telephone conference Frankel re settlement (.1) | 1.20 | $500 | $  600.00 |
| November 20 | Review of Tillinghast future claims report | 1.60 | $500 | $  800.00 |
| November 21 | Meeting with Orrick trial team and Biggs re future claims report | 2.80 | $500 | $1,400.00 |
| November 27 | Review of proposed term sheet (.2); telephone conference Frankel re same (.2) Heberling re same (.4) | 0.40 | $500 | $  200.00 |
| **TOTAL** | | **15.0** | | **$7,500.00** |