IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket Nos. 13406 and 13744 |

**EASTERN OREGON UNIVERSITY'S AND
SOUTHERN OREGON UNIVERSITY'S ADDITIONAL
SUBMISSION OF EXPERT REPORTS FROM TOM
MANNING OF CONSTRUCTION INSPECTORS, INC.
REGARDING ADJUDICATION OF THE LACK OF HAZARD
ISSUE AS DESCRIBED IN THE FIFTEENTH OMNIBUS OBJECTIONS**

In accordance with the Court's Amended Order Setting Various Deadlines Regarding Objections to Asbestos Property Damage Claims, dated October 13, 2006 (D.I. 13406), Eastern Oregon University and Southern Oregon University hereby submit their Additional Submission of Expert Reports Regarding Adjudication of the Lack of Hazard Issue as Described in the 15th Omnibus Objections, and state as follows:

I.

Attached hereto are the Expert Reports of Tom Manning of Construction Inspectors, Inc. regarding Eastern Oregon University, Hoke Student Center (Exhibit "A" hereto); and Southern Oregon University, Churchill Hall, Education Psychology Building, and Music Hall (Exhibit "B" hereto). These reports are in addition to any other reports submitted by Dies & Hile, LLP on behalf of Eastern Oregon University or Hoke Student Center and Southern Oregon University or Churchill Hall, Education/Psychology Building and Music Hall or on behalf of any other Dies & Hile, LLP claimants. These reports are in addition to, and do not supersede, or replace any reports previously or

070116143304.DOC

contemporaneously filed on behalf of these Claimants and these buildings or any of the other Dies & Hile Claimants.

DATED: January 16, 2007

_____
Christopher D. Loizides (No. 3968)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:         loizides@loizides.com

- and -

Martin W. Dies, Esquire
DIES & HILE, L.L.P.
1009 Green Avenue
Orange, TX 77630
Telephone:   (409) 883-4394
Facsimile:    (409) 883-4814
Email:          mwdies@aol.com

*Special Counsel – State of Oregon*

*Co-Counsel for the Claimants*

## SUMMARY OF EXHIBITS

EXHIBIT A:   Expert Report of Tom Manning of Construction Inspectors, Inc. regarding Eastern Oregon University, Hoke Student Center dated January 15, 2007

EXHIBIT B:   Expert Report of Tom Manning of Construction Inspectors, Inc. regarding Southern Oregon University, Churchill Hall, Education Psychology Building, and Music Hall dated January 15, 2007

070116143304.DOC