# EXHIBIT A

# EXPERT REPORT OF TOM MANNING
## REGARDING
## EASTERN OREGON UNIVERSITY
## HOKE STUDENT CENTER

My name is Tom Manning and I am employed by Construction Inspectors, Inc. ("CI"). CI was retained by Dies & Hile, LLP to inspect various buildings, take bulk samples of surfacing materials, and quantify or assist in quantifying those materials identified as having been manufactured by W. R. Grace & Co. ("Grace").    I am an accredited Asbestos Building Inspector, in accordance with the requirements of the U.S. Environmental Protection Agency (EPA), Asbestos Hazard Emergency Response Act (AHERA).  I have inspected hundreds of buildings during the past 5 years for the purpose of determining whether they contain or contained asbestos containing surface treatment materials (ACSTM), for collecting bulk samples of suspect materials, quantifying the amount of the ACSTM; and assessing the condition of the ACSTM utilizing the guidelines contained in AHERA.

I may testify regarding the location of the Grace ACSTM in Hoke Student Center, the condition of the Grace ACSTM, the hazard assessment of the Grace ACSTM, the response actions taken regarding the Grace ACSTM, and the basis for removing the Grace ACSTM.

In November 2002 I inspected and took bulk samples of the fireproofing and acoustical plaster at Hoke Student Center at Eastern Oregon University (aka Eastern Oregon State College).  Both of these materials had been removed prior to my inspection. I was able to locate areas that are difficult to abate where there was sufficient material present to obtain a bulk sample.  The bulk samples were then sent to Material Analytical Services, (MAS) for analysis.  MAS has reported that the fireproofing in Hoke Student Center is Monokote-3 fireproofing manufactured by W. R. Grace & Co. (Grace) and that the acoustical plaster is Zonolite Finish Coat which is also manufactured by Grace.

Prior to conducting my inspection and obtaining bulk sampling of these materials I was provided a copy of the *Prioritization Asbestos Assessment Study* of Hoke Student Center.  This study was prepared by Professional Service Industries, Inc.; Hall-Kimbrell Division (PSI) in 1991and included all buildings owned by Eastern Oregon State College. PSI inspected Hoke Student Center, took bulk samples of all material suspected to contain asbestos, quantified all materials that were found to contain asbestos, assessed the condition of the materials, and recommended appropriate response actions to be taken regarding the materials.  A written report was then submitted for each building, including Hoke Student Center, which contained a description of the building, the locations of the all asbestos-containing materials (ACM), the condition of the ACM, the potential for disturbance, drawings showing the location of the ACM, photographs of the ACM and areas of special concern.

The Grace asbestos-containing fireproofing was applied to the steel beams and corrugated metal deck above the third floor ceiling. There was fireproofing overspray present on ductwork and piping. The third floor ceiling cavity also serves as the air plenum return space. The fireproofing was friable and in fair to poor condition as it had delaminated and fireproofing debris was present on top of the ceiling. The fireproofing debris was also present in the permanent walls of the third and second floors. PSI recommended that the fireproofing be removed.

The Grace asbestos-containing acoustical plaster was applied to the ceilings of the second and third floors of Hoke Student Center. The material was in fair condition and there were signs of localized contact damage and water damage. PSI recommended that the acoustical plaster be repaired and monitored as part of an Operations and Maintenance program. The material was removed during the summer of 1991 at part of the abatement project involving the removal of the Grace fireproofing.

PBS Environmental was hired by EOU as an Asbestos Abatement Consultant in December of 1990 to prepare plans and specifications for the removal of the Grace fireproofing and acoustical plaster. Lake Oswego Insulation Company was hired to remove the fireproofing and acoustical plaster. I have been provided copies of the Project Guidelines and Work Plan for removal of the Grace ACM in Hoke Student Center. The fireproofing applied to the beams and corrugated metal deck and the acoustical plaster was removed during the summer of 1991.

Hazcon, Inc. was hired by EOU in 1994 as the Project Designer and Advisor regarding the removal of Grace Fireproofing applied to the outside soffits and fireproofing overspray and debris that was present in the wall cavity and around door jams of the third floor. Lincoln Cristi and Cascade Insulation, Inc were the abatement contractors. All of the fireproofing on the outside soffits and the overspray in the third floor wall cavity was removed during this project.

Signed this 15th day of January, 2007.

Tom Manning
Texas Department of Health
Asbestos Inspectors License
No. 602286