## EXHIBIT B
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

January 4, 2007

Bill Number 00802
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through November 30, 2006

| EXCESS POSTAGE | | $4.20 |
|---|---|---|

**BOSTON CAB ASSOCIATION**

| 11/06/06 | To Logan Airport from Casner and Edwards on 10/03/06 by MTM. | 15.90 | |
|---|---|---|---|
| | | | $15.90 |

**FEDERAL EXPRESS**

| 11/13/06 | To Kirkland & Ellis, David Mendelson from Casner & Edwards on 10/16/06 by MTM. | 28.13 | |
|---|---|---|---|
| 11/13/06 | To Kirkland & Ellis (50 lbs) Terell Stansbury from Casner & Edwards on 10/19/06 by MTM. | 135.04 | |
| 11/13/06 | To Kirkland & Ellis, Andrew Running from Casner & Edwards on 10/16/06 by MTM. | 30.65 | |
| 11/28/06 | To Orrick Herrington & Suttliffe, Debra Felder from Casner and Edwards on 11/10/06 by MTM. | 69.94 | |
| | | | $263.76 |

Page 1

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through November 30, 2006

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 11/07/06 | MERRILL COMM - Libby personnel file 10/24/06. | 141.72 | |
| | | | $141.72 |

PHOTOCOPYING

| | | |
|---|---|---|
| 11/01/06 | 73 copies at .12 per copy | 8.76 |
| 11/01/06 | 83 copies at .12 per copy | 9.96 |
| 11/01/06 | 12 copies at .12 per copy | 1.44 |
| 11/03/06 | 14 copies at .12 per copy | 1.68 |
| 11/06/06 | 26 copies at .12 per copy | 3.12 |
| 11/07/06 | 16 copies at .12 per copy | 1.92 |
| 11/08/06 | 55 copies at .12 per copy | 6.60 |
| 11/08/06 | 10 copies at .12 per copy | 1.20 |
| 11/08/06 | 1 copies at .12 per copy | 0.12 |
| 11/08/06 | 62 copies at .12 per copy | 7.44 |
| 11/09/06 | 2 copies at .12 per copy | 0.24 |
| 11/09/06 | 15 copies at .12 per copy | 1.80 |
| 11/10/06 | 1 copies at .12 per copy | 0.12 |
| 11/10/06 | 22 copies at .12 per copy | 2.64 |
| 11/13/06 | 1 copies at .12 per copy | 0.12 |
| 11/13/06 | 4 copies at .12 per copy | 0.48 |
| 11/17/06 | 2 copies at .12 per copy | 0.24 |
| 11/20/06 | 12 copies at .12 per copy | 1.44 |
| 11/28/06 | 44 copies at .12 per copy | 5.28 |
| | | $54.60 |

TELEPHONE

| | | | |
|---|---|---|---|
| 11/02/06 | 329 | 2028795000 | 0.66 |
| 11/03/06 | 329 | 3038660408 | 0.99 |
| 11/06/06 | 329 | 2022768423 | 0.99 |
| 11/10/06 | 329 | 3038660408 | 0.99 |
| 11/20/06 | 329 | 4122884104 | 0.77 |
| | | | $4.40 |

RENT REIMBURSEMENT

Page 2

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through November 30, 2006

RENT REIMBURSEMENT

| | | |
|---|---|---|
| 11/01/06 | Rent and utilities for document repository at One Winthrop Square -November 2006 | 14,274.17 |
| | | $14,274.17 |

MISCELLANEOUS

| | | |
|---|---|---|
| 11/07/06 | RECORDKEEPER ARCHIVE-Storage 11/01/06 through 11/30/06 | 404.30 |
| | | $404.30 |
| | TOTAL DISBURSEMENTS | $15,163.05 |
| | TOTAL THIS BILL | $15,163.05 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

January 4, 2007

Bill Number 00803
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through November 30, 2006

**FEDERAL EXPRESS**

| | | |
|---|---|---|
| 11/13/06 | To Pachulski Stang Ziehl Young, Patricia Cuniff from Casner & Edwards on 10/13/06 by RAM. | 14.45 |
| 11/28/06 | To Pachulski Stang Ziehl Young, Patricia Cuniff from Casner and Edwards on 11/15/06 by RAM. | 21.85 |
| | | $36.30 |

**PHOTOCOPYING**

| | | |
|---|---|---|
| 11/15/06 | 162 copies at .12 per copy | 19.44 |
| | | $19.44 |

**TELEPHONE**

| | | | |
|---|---|---|---|
| 11/12/06 | 357 | 4105314545 | 2.60 |
| | | | $2.60 |

Page 1

Mark A. Shelnitz

|  |  |
|---|---|
| TOTAL DISBURSEMENTS | $58.34 |
| TOTAL THIS BILL | $58.34 |