IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: February 5, 2007 |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
NOVEMBER 1, 2006 THROUGH NOVEMBER 30, 2006

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (FUSRAP)

# LAW OFFICES
## BEVERIDGE & DIAMOND, P.C.
### SUITE 2210
### 201 NORTH CHARLES STREET
### BALTIMORE, MD 21201-4150
### (410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

December 12, 2006
Client/Matter #  01246-011548
Invoice # 113918
Federal ID# 52-1247549

---

For Legal Services Rendered Through 11/30/06 in Connection With:

**PLEASE REMIT PAYMENT TO :**          BEVERIDGE & DIAMOND, P.C.
                                        SUITE 700
                                        1350 I STREET, N.W.
                                        WASHINGTON, D.C. 20005-3311

**Curtis Bay FUSRAP Bankruptcy Claim Resolution**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 11/01/06 | P. Marks | 7.00 | Telephone conference with client team re strategic issues and tasks; finalize letter; research and evaluate legal issues relating to remediation. |
| 11/02/06 | K. Bourdeau | 0.25 | Communications with P. Marks re new developments and communications with the government. |
| 11/02/06 | P. Marks | 3.00 | Research re remedial issues and regulation of certain radiological materials; memorandum to client re same; email exchange with A. Lombardo re same. |
| 11/05/06 | P. Marks | 0.25 | Email exchange with P. Bucens re communications with Corps. |
| 11/07/06 | P. Marks | 1.00 | Document research followup work. |
| 11/08/06 | P. Marks | 0.75 | Followup on letter to DOJ with additional Corps recipients; communications with client re same. |
| 11/09/06 | K. Bourdeau | 0.25 | Communications with P. Marks re recent developments/path forward; review L. Duff email. |

BEVERIDGE & DIAMOND, P.C.                          INVOICE #  113918
                                                   December 12, 2006
                                                   PAGE  2

| 11/09/06 | P. Marks | 1.50 | Prepare for and conduct update call with DOJ; telephone conference with L. Duff re client team meeting and related communications and strategy; communications with K.  Bourdeau. |
|----------|----------|------|---|
| 11/15/06 | P. Marks | 3.00 | Telephone conference with L. Duff re preparation for internal briefing; followup tasks re same; evaluate technical issues; email communications with K. Bourdeau. |
| 11/16/06 | K. Bourdeau | 1.00 | Conference with P. Marks in preparation for November 17 strategy meeting with W.R. Grace. |
| 11/16/06 | P. Marks | 6.75 | Review and evaluate legal and big picture issues; prepare for internal briefing; prepare agenda and handouts for same; telephone conference with K. bourdeau re same; review FS technical issues. |
| 11/17/06 | K. Bourdeau | 5.00 | Travel to and from Columbia for meeting with Grace re recent developments and strategic considerations; participate in meeting re same; follow-up with L. Duff and P. Marks re same. |
| 11/17/06 | P. Marks | 4.50 | Prepare for and attend briefing discussion at Grace Columbia offices; followup evaluation with K. Bourdeau, L. Duff and M. Obradovic. |
| 11/20/06 | P. Marks | 2.75 | Evaluate remediation issues. |
| 11/21/06 | K. Bourdeau | 0.50 | Conference with P. Marks re work needed in preparation for settlement negotiations with the U.S.; review materials forwarded by P. Marks re same. |
| 11/21/06 | P. Marks | 4.50 | Prepare for, conduct, and perform followup tasks from strategy meetings; telephone conference with K. Bourdeau; prepare evaluation of remediation issues. |
| 11/22/06 | P. Marks | 4.00 | Telephone conference with P. Bucens re FS; followup notes and tasks re same. |
| 11/27/06 | P. Marks | 7.50 | Prepare for and conduct telephone conference with L. Duff and P. Bucens re RWDA issues; followup tasks re same; legal research; prepare for meeting with client team. |
| 11/27/06 | K. Eller | 0.25 | Conference with P. Keller re document research. |
| 11/27/06 | P. Keller | 0.25 | Conference with K. Eller re document research. |

BEVERIDGE & DIAMOND, P.C.                          INVOICE #  113918
                                                   December 12, 2006
                                                   PAGE   3


11/28/06    K. Bourdeau              0.25    Evaluate email from P. Marks re meeting with
                                             U.S.; conference with P. Marks re same.

11/28/06    P. Marks                 6.50    Prepare for meeting with client team; legal
                                             research; travel to and attend meeting at
                                             Curtis Bay plant re feasibility study and
                                             related issues; communications with K. Bourdeau
                                             re negotiations.

11/28/06    B. McTernan              0.75    Research for P. Marks.

11/29/06    P. Marks                 3.00    Prepare for conference calls; evaluate
                                             technical issues.

11/30/06    P. Marks                 0.50    Telephone conference with DOJ and Corps.


                              Total Hours :              65.00

                              Total Fees :          $23,781.25

BEVERIDGE & DIAMOND, P.C.

INVOICE #  113918
December 12, 2006
PAGE  4

### Disbursements:

| | |
|---|---:|
| Postage | 4.29 |
| Long Distance Telephone | 88.62 |
| Duplicating | 13.40 |
| Travel Expenses | 43.16 |
| Information Service - VENDOR: LEXISNEXIS COURT LINK-Invoice #EA251307 dated 10/1/06 for data research usage | 116.33 |
| Information Service - VENDOR: LEXISNEXIS COURT LINK-Invoice #EA255184 dated 11/1/06 for courtlink product usage | 127.96 |

|  |  |
|---|---:|
| **Total Disbursements :** | **$393.76** |

### Time Summary:

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| K. Bourdeau | 7.25 | $525.00 | $3,806.25 |
| P. Marks | 56.50 | $350.00 | $19,775.00 |
| K. Eller | 0.25 | $230.00 | $57.50 |
| B. McTernan | 0.75 | $165.00 | $123.75 |
| P. Keller | 0.25 | $75.00 | $18.75 |

|  |  |
|---|---:|
| **Total Fees :** | **$23,781.25** |
| **Total Disbursements :** | **$393.76** |
| **TOTAL DUE :** | **$24,175.01** |