# EXHIBIT B

**(Bankruptcy Fee Application)**

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

```
W. R. Grace & Co. - Conn                              December 12, 2006
Attn: Lydia B. Duff, Esq.                             Client/Matter #  01246-012629
7500 Grace Drive                                      Invoice # 113822
Columbia, MD  21044                                   Federal ID# 52-1247549
```

For Legal Services Rendered Through 11/30/06 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
                                  SUITE 700
                                  1350 I STREET, N.W.
                                  WASHINGTON, D.C. 20005-3311

**Bankruptcy Fee Application**

**Disbursements:**

```
    Postage                                               6.21
    Duplicating                                          25.40

                         Total Disbursements :          $31.61


                                TOTAL DUE :             $31.61
```