# EXHIBIT C

**(Curtis Bay Works)**

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.
Attn: Lydia Duff, Esq.
Division Counsel
7500 Grace Drive
Columbia, MD  21044

December 31, 2006
Client/Matter #  01246-010001
Invoice # 114288
Federal ID# 52-1247549

For Legal Services Rendered Through 11/30/06 in Connection With:

**Curtis Bay Works**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 11/08/06 | K. Bourdeau | 0.50 | Conference with P. Marks re groundwater cleanup standards; follow-up research re same. |
| 11/08/06 | P. Marks | 4.00 | Telephone conference with P. Bucens re groundwater issues; telephone conference with L. Duff re same; telephone conference with K. Bourdeau re same; followup email exchanges re relevant background and research documents. |
| 11/09/06 | K. Bourdeau | 1.75 | Communications with P. Marks re recent groundwater issues; review background information re same; review EPA groundwater protection handbook for corrective action. |
| 11/09/06 | P. Marks | 1.00 | Evaluate groundwater protection issues; telephone conference with L. Duff re communications with EPA; communications with state officials re policy. |
| 11/10/06 | K. Bourdeau | 1.75 | Further review of relevant portion of EPA RCRA corrective action groundwater manual; evaluate follow-up action items; conference with P. Marks re path forward. |
| 11/10/06 | P. Marks | 1.50 | Evaluate groundwater issues; telephone conference with K. Bourdeau re same. |

BEVERIDGE & DIAMOND, P.C.                                              INVOICE # 114288
                                                                       December 31, 2006
                                                                       PAGE   2

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 11/12/06 | K. Bourdeau | 0.75 | Prepare summary of points to be reviewed on groundwater cleanup standard issues in conference call with client; review EPA's RCRA corrective action groundwater protection material re same. |
| 11/12/06 | P. Marks | 1.00 | Prepare for conference call. |
| 11/13/06 | K. Bourdeau | 2.00 | Email exchange with P. Marks in preparation for conference call with client on groundwater strategy; prepare for conference call with P. Marks re same. |
| 11/13/06 | P. Marks | 2.00 | Prepare for and conduct conference call with technical and legal team re RFI related issues. |
| 11/14/06 | P. Marks | 0.50 | Telephone conference with Maryland officials re interpretations of policy; communications with K. Bourdeau re same. |
| 11/15/06 | K. Bourdeau | 0.50 | Communications with P. Marks re groundwater issue; review and respond to email communications re same. |
| 11/16/06 | K. Bourdeau | 0.75 | Research re background groundwater quality issues; conference with P. Marks re outstanding groundwater clean-up issues and path forward to reevaluate. |
| 11/16/06 | P. Marks | 0.75 | Review emails re technical issues; telephone conference with K. Bourdeau re issues. |
| 11/17/06 | K. Bourdeau | 0.75 | Conference with team re groundwater clean-up strategy; follow-up conference with L. Duff and P. Marks re same. |
| 11/17/06 | P. Marks | 0.75 | Client conference re groundwater; conference with L. Duff and K. Bourdeau re same. |
| 11/29/06 | K. Bourdeau | 1.25 | Email and voicemail exchange with P. Marks re data document; brief review of select portions of the document; prepare comments to P. Marks re same. |
| 11/29/06 | P. Marks | 2.00 | Review and evaluation of data report. |
| 11/30/06 | P. Marks | 1.50 | Review data document; telephone conference with L. Duff re same; telephone conference with K. Bourdeau re same. |

BEVERIDGE & DIAMOND, P.C.                    INVOICE # 114288
                                             December 31, 2006
                                             PAGE   3

                        Total Hours :                    25.00

                        Total Fees  :               $10,500.00

BEVERIDGE & DIAMOND, P.C.                                    INVOICE # 114288
                                                             December 31, 2006
                                                             PAGE   4

**Disbursements:**

    Long Distance Telephone                              0.10

                                                          Total Disbursements :                     $0.10

**Time Summary:**

|              | Hours Worked | Billed Per Hour | Bill Amount |
|--------------|-------------:|----------------:|------------:|
| K. Bourdeau  |        10.00 |         $525.00 |   $5,250.00 |
| P. Marks     |        15.00 |         $350.00 |   $5,250.00 |

                                                          Total Fees :                             $10,500.00

                                    Total Disbursements :                          $0.10

                                                 **TOTAL DUE :**                          $10,500.10