IN THE UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et. al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Re: D.I. 14298 |
| | ) | |

## NOTICE OF VACATION OF DEPOSITION OF MARK A. SHELNITZ

PLEASE TAKE NOTICE THAT the deposition of Mark A. Shelnitz (the "Deposition") in the above-captioned bankruptcy case by Cartus Corporation ("Cartus"), f/k/a Cendant Mobility Services Corporation, previously scheduled for Monday, January 22, 2007 at 10:30 a.m., pursuant to Cartus' Notice of Deposition of Mark A. Shelnitz Pursuant to Fed. R. Bankr. P. 7030 and 9014 and Fed. R. Civ. P. 30 [D.I. 14298], is vacated. Cartus expressly reserves its right to re-notice the Deposition.

Dated: January 16, 2007                    **MORRIS JAMES LLP**

*/s/ Thomas M. Horan*
Carl N. Kunz, III (Bar No. 3201)
Thomas M. Horan (Bar No. 4641)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: ckunz@morrisjames.com
E-mail: thoran@morrisjames.com

*Counsel for Cartus Corporation*

1507955