# ATTACHMENT A

# C U R R I C U L U M   V I T A E

## HUGHSON, WILLIAM G.

| | |
|---|---|
| Date of Birth: | January 7, 1951 |
| Place of Birth: | Calgary, Alberta, Canada |
| Marital Status: | Married - Joanne Lloyd Hughson |

### EDUCATION

1968: Graduated from secondary education with a first-class diploma.

1968-70: Enrolled in the Faculty of Arts and Science of the University of Calgary in pre-medical studies. Academic record of 4.0 grade-point average.

1970: Entered the Faculty of Medicine of the University of Calgary. Graduated 1973.

### POST GRADUATE TRAINING

| | |
|---|---|
| Straight Intern (Medicine) at the Royal Victoria Hospital, Montreal. | July 1973-June 1974 |
| Resident in Obstetrics and Gynecology at the Foothills Hospital, Calgary. | July 1974-Oct. 1974 |
| Department of Social and Community Medicine, Oxford University. Completed a Doctor of Philosophy degree. Title of thesis "A study of Some Aspects of the Epidemiology and Treatment of Peripheral Vascular Disease". | Oct. 1974-Sept. 1977 |
| Resident III in Medicine at the Royal Victoria Hospital, Montreal. | Oct. 1977-June 1978 |
| Resident IV in Medicine at the Royal | July 1978-June 1979 |

William G. Hughson, M.D.
Page 2

Victoria Hospital, Montreal.

| | |
|---|---|
| First-year Fellow in the Division of Pulmonary Medicine and Critical Care Medicine. University of California, San Diego. | July 1979-June 1980 |
| Second-year Fellow in the Division of Pulmonary Medicine and Critical Care Medicine. University of California, San Diego. | July 1980-June 1981 |
| Third-year Fellow in the Division of Pulmonary Medicine and Critical Care Medicine. University of California, San Diego. | July 1981-June 1982 |

BOARD CERTIFICATIONS AND QUALIFICATIONS

| | |
|---|---|
| Board Certified, American College of Physicians. Specialty in Internal Medicine. | 1979 |
| Fellow, Royal College of Physicians and Surgeons of Canada. Specialty in Internal Medicine. | 1979 |
| Board Certified, American College of Physicians. Specialty in Pulmonary Medicine. | 1982 |
| Certified NIOSH "A" Reader. | 1982 |
| Board Certified, American Board of Preventive Medicine. Specialty in Occupational Medicine. | 1987 |

APPOINTMENTS

| | |
|---|---|
| Assistant Clinical Professor of | July 1982-June 1990 |

William G. Hughson, M.D.
Page 3

| | |
|---|---|
| Medicine. University of California, San Diego. | |
| Director, UCSD Center for Occupational & Environmental Medicine. | January 1984-present |
| Independent Medical Examiner for the Division of Industrial Accidents for the State of California. | January 1984-1995 |
| Medical Director, UCSD Employee Health Program. | September 1985-present |
| Lecturer, Graduate School of Public Health, San Diego State University. Teaching PH 635, Occupational Medicine. | 1987 & 1988 |
| Associate Clinical Professor of Medicine. University of California, San Diego. | July 1990-June 1996 |
| Associate Adjunct Professor, Division of Occupational and Environmental Health, Graduate School of Public Health, San Diego State University. | August 1991-August 2000 |
| Qualified Medical Evaluator, State of California. | 1995-1998 |
| Clinical Professor of Medicine. University of California, San Diego. | July 1996-present |
| Adjunct Professor, Division of Occupational and Environmental Health, Graduate School of Public Health, San Diego State University. | August 2000-present |

## ACADEMIC AWARDS

| | |
|---|---|
| University Honor Prize | 1969 |
| Viscount Bennett Scholarship | 1969 |
| Imperial Oil Scholarship (full tuition) | 1969-1972 |
| Teagle Foundation Scholarship | 1969-1973 |
| Rhodes Scholarship for Alberta | 1974 |

William G. Hughson, M.D.
Page 4

## PROFESSIONAL ORGANIZATIONS

American Association of Rhodes Scholars
American College of Occupational and Environmental Medicine
American College of Chest Physicians
American College of Physicians
American Thoracic Society
California Thoracic Society
Canadian Association of Rhodes Scholars
Royal College of Physicians & Surgeons of Canada
Western Occupational and Environmental Medical Association

## COMMITTEES

| | |
|---|---|
| Member, Occupational Medicine Scientific Committee. California Medical Association. | July 1985-July 2002 |
| Member, Environmental and Occupational Health Committee. American Lung Association of California. | July 1985-present |
| Member, Executive Committee of the San Diego Pulmonary Society. Society President 1988-1989. | 1985-1989 |
| Member, Occupational Health Training Advisory Board. San Diego State University. | 1986-present |
| Member, Committee for Clinical Affairs. UCSD Division of Pulmonary and Critical Care Medicine. | 1987-1998 |
| Member, Science Resources Panel. Subcommittee of Quality of Life Board advising the City of San Diego regarding the Sander Trash-to-Energy Project. | February 1987-June 1988 |
| Chairman, UCSD Medical Ethics Committee. | July 1988-June 1990 |
| Member, UCSD Health and Safety Advisory | August 1988-present |

William G. Hughson, M.D.
Page 5

Council.

| | |
|---|---|
| Member, Preventive Pulmonary Education Committee. | July 1989-1998 |
| Member, UCSD Medical Center Safety Management Program Committee. | July 1989-present |
| Member, Subcommittee on Non-Biological Contaminants. Subcommittee of the Toxic Waste Advisory Committee of the Port of San Diego, dealing with pollution problems in San Diego Bay. | August 1989-August 1990 |
| Chairman, UCSD Medical Center Bylaws Committee. | July 1991-June 1994 |
| Member, UCSD Administrative Services QMP Steering Committee. | April 1992-1994 |
| Member, Occupational and Clinical Toxicology Committee, American College of Occupational and Environmental Medicine. | April 1993-April 2003 |
| Member, UCSD Department of Medicine Committee on Appointments and Promotions (DOMCAP). | April 1997-June 1998 |
| Member, American Lung Association of California Research Program Research Training Fellowship Review Committee. | July 1997-present |

## PUBLICATIONS

1. Hughson WG, Mann JI, Tibbs DJ, Woods HF, Walton I. Intermittent Claudication: Factors Determining Outcome. British Medical Journal 1978;1:1377-1379.

2. Hughson WG, Mann JI, Garrod A. Intermittent Claudication: Prevalence and Risk Factors. British Medical Journal 1978;1:1379-1381.

3. Mann JI, Hughson WG, Holman RR, Honour AJ, Thorogood M, Smith A, Baum JD. Serum Lipids in Treated Diabetic Children and Their Families. Clinical Endocrinology 1978;8:27-33.

William G. Hughson, M.D.
Page 6

4.  Hughson WG, Friedman PJ, Feigin DS, Resnik R, Moser KM. Postpartum Pleural Effusion: A Common Radiographic Finding. Annals of Internal Medicine 1982;97:856-858.

5.  Guidotti TL, Abraham JL, Hughson WG, Krems AD, Neuman TS, Bryson AL, Heramb BI. Taking the Occupational History. Annals of Internal Medicine 1983;99:641-651.

6.  Hughson WG. Pleural Diseases Associated with Asbestos: Medical and Legal Implications. Pulmonary Perspectives 1985;2(4):6-8.

7.  Hughson WG. Evaluation of the Solitary Pulmonary Nodule. Computer program presented at the annual California Medical Association Conference, February 1986.

8.  Hughson WG. Occupational Lung Disease. Computer program prepared for Medical Information Diagnostic Systems, Inc., September 1986.

9.  Hughson WG. Pulmonary Function Tests. In LaDou J (ed): Occupational Medicine. Norwalk, Connecticut, Appleton & Lange 1990;221-222.

10. Hughson WG. Occupational Asthma. In LaDou J (ed): Occupational Medicine. Norwalk, Connecticut, Appleton & Lange 1990;222-227.

11. Hughson WG. Rehabilitation: Re-entry Into the Workplace After Treatment for Cancer. In Moossa AR, Schimpff SC, Robson MC (eds): Comprehensive Textbook of Oncology. Baltimore, Williams & Wilkins 1991;1820-1823.

12. Hughson WG. Coal Workers Pneumoconiosis. In Bordow RA, Moser KM (eds): Manual of Problems in Pulmonary Medicine, Third Edition. Boston, Little, Brown & Company 1991;357-360.

13. Hughson WG. Pulmonary Disability Evaluations. Pulmonary Perspectives 1991;8(4):4-6.

14. Hughson WG. Epidemiologic Considerations in Occupational Asthma. Immunology and Allergy Clinics of North America 1992;12:697-710.

15. Mooney V, Hughson WG. Resurgence of Work-Hardening Programs. Western Journal of Medicine 1992;156:410.

16. Cox CB, Hughson WG. "Making the Connection". Videotape concerning Occupational Asthma produced for Office of Learning Resources - TV UCSD, Preventive Pulmonary Series, 1993.

17. Hughson WG. Coal Workers Pneumoconiosis. In Bordow RA, Moser KM

(eds): <u>Manual of Problems in Pulmonary Medicine, Fourth Edition</u>. Boston, Little, Brown & Company 1996: 367-370.

18. Hughson WG. Occupational Asthma. *In* Bordow RA, Moser KM (eds): <u>Manual of Problems in Pulmonary Medicine, Fourth Edition</u>. Boston, Little, Brown & Company 1996: 373-376.

19. Hughson WG. Approaches to Occupational-Environmental Lung Disease. *In* Bordow RA, Moser KM (eds): <u>Manual of Problems in Pulmonary Medicine, Fourth Edition</u>. Boston, Little, Brown & Company 1996: 361-364.

20. Hughson WG, Fedoruk MJ. Occupational and Environmental Causes of Lung Cancer and Esophageal Cancer. *In* Aisner J, Arriagada R, Green MR, Martini N, Perry MC (eds): <u>Comprehensive Textbook of Thoracic Oncology</u>. Baltimore, Williams & Wilkins 1996:66-89.

21. Fedoruk MJ, Logan DC, McDiarmid MA, Forrester BG, Hughson WG, Holland C, Newby HE, Saunders JH. American College of Occupational and Environmental Medicine (ACOEM) Reproductive Hazard Management Guidelines. Journal of Occupational and Environmental Medicine 1996;38:83-90.

22. Hughson WG. Guest Editorial: The Undercover Advocate. RT/The Journal for Respiratory Care Practitioners. April/May 1997:18,117.

23. Hughson WG. Occupational and Environmental Medicine in an Academic Medical Center. Western Journal of Medicine 1998 (in press).

24. Hughson WG. Silicosis, Coal Workers' Pneumoconiosis and Byssinosis. *In* Bowler RM, Cone JE (eds): <u>Occupational Medicine Secrets</u>. Philadelphia, Hanley & Belfus 1999: 101-105.

25. Hughson WG. Approaches to Occupational-Environmental Lung Disease. *In* Bordow RA, Ries AL, Morris TA (eds): <u>Manual of Problems in Pulmonary Medicine, Fifth Edition</u>. Philadelphia, Lippincott, Williams & Wilkins 2001, 415-418.

26. Hughson WG. Coal Workers' Pneumoconiosis. *In* Bordow RA, Ries AL, Morris TA (eds): <u>Manual of Problems in Pulmonary Medicine, Fifth Edition</u>. Philadelphia, Lippincott, Williams & Wilkins 2001, 421-424.

27. Hughson WG. Occupational Asthma. *In* Bordow RA, Ries AL, Morris, TA(eds): <u>Manual of Problems in Pulmonary Medicine, Fifth Edition</u>. Lippincott, Williams & Wilkins 2001, 428-431.

28. Hughson WG. Disability and Medicolegal Evaluation. *In* Bordow RA, Ries

AL, Morris TA (eds): Manual of Problems in Pulmonary Medicine, Fifth Edition. Philadelphia, Lippincott, Williams & Wilkins 2001, 431-434.

29. Fung F, Hughson WG. Health effects of indoor fungal bioaerosol exposure. Applied Occupational and Environmental Hygiene 2003:18:535-544.

30. Fung F, Hughson WG. The fundamentals of mold-related illness. Postgraduate Medicine Online June 2003;113, No 6.

31. Hughson WG. Approaches to Occupational-Environmental Lung Disease. In Bordow RA, Ries AL, Morris TA (eds): Manual of Problems in Pulmonary Medicine, Sixth Edition. Philadelphia, Lippincott, Williams & Wilkins 2005, 451-453.

32. Hughson WG. Coal Workers' Pneumoconiosis. In Bordow RA, Ries AL, Morris TA (eds): Manual of Problems in Pulmonary Medicine, Sixth Edition. Philadelphia, Lippincott, Williams & Wilkins 2005, 457-460.

33. Hughson WG. Asbestos-Related Disease. In Bordow RA, Ries AL, Morris TA (eds): Manual of Problems in Pulmonary Medicine, Sixth Edition. Philadelphia, Lippincott, Williams & Wilkins 2005, 461-464.

34. Hughson WG. Occupational Asthma. In Bordow RA, Ries AL, Morris TA eds): Manual of Problems in Pulmonary Medicine, Sixth Edition. Philadelphia, Lippincott, Williams & Wilkins 2005, 464-468.

35. Hughson WG. Disability and Medicolegal Evaluation. In Bordow RA, Ries AL, Morris TA (eds): Manual of Problems in Pulmonary Medicine, Sixth Edition. Philadelphia, Lippincott, Williams & Wilkins 2005, 468-471.

## ABSTRACTS

1. Hughson WG, Lonky SA. The Effect of Exposure to Ozone on the Protease-Antiprotease System of the Dog. American Review of Respiratory Disease 1982;125:148.

hughson.cv.21/mydocs; 2-15-06