# ATTACHMENT B

2007

CHRISTIANSEN, Niels v. Asbestos Defendants. San Francisco Superior Court Case No. 448246. Deposition 1-2-07.

McDANIEL, Gary v. Asbestos Defendants. San Francisco Superior Court Case No. 443205. Deposition 1-5-07.

MERRILL, Richard and Tamara v. Alfa Laval, Inc. Los Angeles Superior Court Case No. BC 352170. Deposition 1-2-07.

2006

ADAMS, Logus and Juanita v. A.W. Chesterton Co. San Francisco Superior Court Case No. 447020. Deposition 6-2-06.

ALEXANDER, Nathaniel v. Asbestos Defendants. San Francisco Superior Court Case No. 411623. Deposition 1-26-06.

BAKKIE, David v. Asbestos Defendants. San Francisco Superior Court Case No. 445300. Deposition 6-8-06. Trial testimony 8-21-06.

BANDY, Stanley v. Asbestos Defendants. San Francisco Superior Court Case No. 407820. Deposition 5-19-06.

BARLOW, Gerald and Annette v. American Standard Inc. Los Angeles Superior Court Case No. BC 335153. Deposition 2-6-06.

BARRICK, Steven and Susan v. Asbestos Defendants. San Francisco Superior Court Case No. 442734. Deposition 12-18-06.

BEHSHID, Saeed v. Bondex International, Inc. Los Angeles Superior Court Case No. BC 343104. Deposition 4-10-06. Trial testimony 6-19-06.

BELARDES, Raymond and Virginia v. Advocate Mines Ltd. San Francisco Superior Court Case No. 441190. Deposition 4-6-06.

BERCHER, Albert v. Alfa Laval, Inc. Los Angeles Superior Court Case No. BC 347728. Trial testimony 9-13-06.

BERGIN, Anthony and Margaret v. A.W. Chesterton Co. San Francisco Superior Court Case No. 446379. Deposition 9-14-06.

BLACKETT, Kenneth (Re: RUBIDOUX, Leroy) v. ACandS Inc. Orange County Superior Court Case No. 01CC00170. Deposition 4-28-06 and 9-29-06.

1

BOURN, Alvin v. Asbestos Defendants. San Francisco Superior Court Case No. 423777. Deposition 3-6-06.

BRADY, Larry and Donna v. A.W. Chesterton Co. San Francisco Superior Court Case No. 444858. Deposition 1-18-06.

BRIDGES, Ruth (WD: Lawrence Bridges) v. Elementis Chemicals, Inc. Los Angeles Superior Court Case No. BC 329014. Deposition 11-6-06.

BROWN, Arlene (WD: Alan Brown) v. Asbestos Defendants. San Francisco Superior Court Case No. 400030. Deposition 9-11-06.

BUFORD, Harry v. Asbestos Defendants. San Francisco Superior Court Case No. 430620. Deposition 5-8-06.

CALABRO, Eugene and Patricia v. Asbestos Defendants. San Francisco Superior Court Case No. 434429. Deposition 3-23-06.

COUGHLIN, Arthur and Lydia v. A.W. Chesterton Co. San Francisco Superior Court Case No. 440715. Deposition 10-30-06.

CRAIG, Nicole (WD: McVEY, Pamela) v. Asbestos Defendants. San Francisco Superior Court Case No. 418692.

CUMMINGS, Bobbie and Glenda v. Alfa Laval, Inc. Los Angeles Superior Court Case No. BC 336870. Deposition 7-13-06.

CUNNINGHAM, Betty (WD: Richard). Los Angeles Superior Court Case No. BC 318049. Deposition 3-13-06. Trial testimony 11-14-06.

DEAN, Melody (WD: MIKUL, Michael) v. American Standard, Inc. Los Angeles Superior Court Case No. BC 332247. Deposition 8-14-06 and 9-25-06. Trial testimony 11-8-06.

DELANEY, Leon and Melanie v. Lennar Homes, et al. Orange County Superior Court Case No. 03CC00164. Deposition 8-9-06.

DELISLE, Susanne v. 3M Company. Los Angeles Superior Court Case No. BC 334402. Deposition 10-26-06.

DONLON, Bernard v. Asbestos Defendants. San Francisco Superior Court Case No. 431437. Deposition 1-26-06.

DUDICK, Anthony v. Asbestos Defendants. San Francisco Superior Court Case No. 437874. Deposition 12-1-06.

DUNKIN, Morrie v. Asbestos Defendants. San Francisco Superior Court Case No. 402719. Deposition 2-17-06.

EVANS, Denzile and Judith v. Asbestos Defendants. San Francisco Superior Court Case No. 439915. Deposition 10-23-06.

FEULNER, Donald v. A.O. Smith Corp. San Francisco Superior Court Case No. 450422. Deposition 12-21-06.

FLORES, Ruben v. Bondex International Inc. Los Angeles Superior Court Case No. BC 333511. Deposition 7-18-06.

FORTINI, Richard and Wanda v. 3M Company, et al. Los Angeles Superior Court Case No. BC 334407. Deposition 9-12-06. Trial testimony 12-12-06.

FRISBIE, Lloyd and Yvonne v. Asbestos Defendants. San Francisco Superior Court Case No. 445645. Deposition 12-8-06.

FULTON, Donald and Lillian v. ACandS Inc. San Francisco Superior Court Case No. 440464. Deposition 5-15-06.

GOODYARD, George and Lisa v. Asbestos Defendants. San Francisco Superior Court Case No. 434978. Deposition 5-12-06.

GOOKSTETTER, Marian (WD: Jay Gookstetter) v. Asbestos Defendants. San Francisco Superior Court Case No. 402713. Deposition 10-6-06.

GREENWAY, Floyd v. Asbestos Defendants. San Francisco Superior Court Case No. 442565. Deposition 4-25-06.

GRISEZ, Mark (WD: PADILLA, Charles) v. ACandS Inc. San Francisco Superior Court Case No. 421181. Deposition 9-27-05.  Trial testimony 1-4-06.

HALL, Henry and Laura Marie v. Bondex Internation Inc. Los Angeles Superior Court Case No. BC 340466. Deposition 4-11-06. Trial testimony 5-18-06.

HALL, Rita (WD: Zearl Holder) v. Atlas Turner, Inc. Los Angeles Superior Court Case No. BC 306071. Deposition 6-26-06.

HALSEMA, Thomas and Elizabeth v. Allied Packing Inc. Alameda County Superior Court Case No. RG05 236661. Deposition 4-10-06.

Hanley Group 77. San Francisco Superior Court. Deposition 11-21-06.

HANSEN, Robert (WD: Debrah) v. Asbestos Defendants. San Francisco Superior Court

Case No. 323460. Deposition 3-9-06.

HARTELL, Greg and Beverley v. Advocate Mines Limited. San Francisco Superior Court Case No. 446379. Deposition 3-31-06.

HAYN, Bette (WD: Gerald) v. Asbestos Defendants. San Francisco Superior Court Case No. 424201. Deposition 4-18-06.

HEARN, Anna May (WD: William) v. American Asbestos Co. San Francisco Superior Court Case No. 432129. Deposition 2-16-06.

HENRY, Jim and Caroline v. Alfa Laval Inc. Los Angeles Superior Court Case No. BC 332841. Deposition 11-14-05. Trial testimony 1-6-06.

HEWITT, Ronald and Jo Gunter v. A.W. Chesterton Co. San Francisco Superior Court Case No. 449838. Deposition 10-17-06.

HILTON, Allison Keith and Christeena v. A.W. Chesteron Co. San Francisco Superior Court Case No. 441508. Deposition 10-19-06.

HOOTEN, Henry Wayne v. Asbestos Defendants. San Francisco Superior Court Case No. 442345. Deposition 2-1-06.

HORR, Marian (WD: Lanny) v. Allied Packing, Inc. Alameda County Superior Court Case No. RG03104401. Deposition 6-30-05. Trial testimony 2-14-06.

HUFF, Deborah Sue and Curtis Wayne v. Bondex International, Inc. Los Angeles Superior Court Case No. BC 353069. Deposition 12-4-06.

JOHNSEN, Robert and Marites v. Asbestos Corporation Ltd. San Francisco Superior Court Case No. 442973. Deposition 12-16-05. Trial testimony 5-1-06 and 5-2-06.

JONES, Richard and Frances v. Advocate Mines Limited. San Francisco Superior Court Case No. 447690. Deposition 6-6-06. Trial testimony 8-3-06.

KAMADA, Elverton v. Kaiser Gypsum Company. In the Circuit Court of the First Circuit, State of Hawaii. Civil NO. 04-1-0492-03(EEH). Deposition 4-12-06.

KAPRAUN, Tamara (WD: Joseph Krotzer) v. Crane Co. Los Angeles Superior Court Case No. BC 332560. Deposition 7-24-06.

KEERAN, Glenn and Darleen v. Ametek, Inc. Los Angeles Superior Court Case No. BC 346805. Deposition 8-17-06.

KETCHUM, Harlan v. Asbestos Defendants. San Francisco Superior Court Case No. 412550. Deposition 5-26-06.

4

KOTARSKY, Joseph v. Asbestos Defendants. San Francisco Superior Court Case No. 452069. Deposition 12-18-06.

KRAUSE, Paul and Marjorie v. A.W. Chesterton Company. San Francisco Superior Court Case No. 447969. Deposition 6-5-06.

KUISEL, Richard v. Asbestos Defendants. San Francisco Superior Court Case No. 435918. Deposition 5-5-06.

LASETER, Virginia v. Bondex International, Inc. Los Angeles Superior Court Case No. BC 342364. Deposition 6-29-06.

LAWRENCE, F. Lee v. Asbestos Defendants. San Francisco Superior Court Case No. 438908. Deposition 8-31-06.

LEARN, Melba (WD: Robert) v. American Standard Inc. Los Angeles Superior Court Case No. BC 330606. Deposition 7-6-06.

LEONG, Gail (WD: ONG, Kip) v. Brenntag West Inc. San Francisco Superior Court Case No. 427607. Deposition 2-23-06.

LOFTIS, Charles v. Asbestos Defendants. San Francisco Superior Court Case No. 440330. Deposition 11-27-06.

LUCAS, William v. Asbestos Defendants. San Francisco Superior Court Case No. 419922. Deposition 3-6-06.

LUPINE v. A.W. Chesterton Co. San Francisco Superior Court Case No. 447847. Deposition 6-22-06.

MAHAR, Keith and Solida v. A.W. Chesterton Co. San Francisco Superior Court Case No. 442269. Deposition 1-25-06. Trial testimony 3-22-06.

MARTINEZ, Margarito (WD: Rebecca) v. A.W. Chesterton Co. San Francisco Superior Court Case No. 414183.

MAXWELL, Sharon Ann v. Advocate Mines Ltd. Los Angeles Superior Court Case No. BC 346840. Deposition 7-19-06.

McCANN, Terry and Lucille v. Bondex International Inc. Los Angeles Superior Court Case No. BC336869. Deposition 1-23-06.

McDANIEL, Myra (WD: William Kinzell) v. Asbestos Defendants. San Francisco Superior Court Case No. 320391. Deposition 6-12-06.

McNAMARA, John and Tricia v. Bondex International Inc. Los Angeles Superior Court Case No. BC 342803. Deposition 6-12-06.

MILLER, Clair and Pauline v. ACandS, Inc. San Francisco Superior Court Case No. 444903. Deposition 4-3-06.

MILLER, James v. Asbestos Defendants. San Francisco Superior Court Cast No. 423779. Deposition 4-4-06.

MILLER, John and Beverlee v. A.W. Chestercon Company. San Francisco Superior Court Case No. 444582. Deposition 4-24-06.

MONETTE, Charles v. Atlas Turner Inc, et al. Los Angeles Superior Court Case No. BC 304586. Deposition 2-9-06.

MORRIS, John v. Asbestos Defendants. San Francisco Superior Court Case No. 422764. Deposition 4-7-06.

MOSBACKER, David and Emma v. Asbestos Corporation Ltd. San Francisco Superior Court Case No. 444797. Deposition 3-20-06.

MOULTON, Walter and Paula v. Asbestos Corporation. San Francisco Superior Court Case No. 445033. Deposition 3-27-06.

MURCH, Brian (WD: Robert) v. Bondex International, Inc. Los Angeles Superior Court Case No. BC 329245. Deposition 5-30-06.

NEGRON, Jorge v. Thorpe Insulation Co. Los Angeles Superior Court Case No. BC 348506. Deposition 10-3-06.

NEWELL, John v. Asbestos Defendants. San Francisco Superior Court Case No. 444384. Deposition 7-5-06.

NORRIS, Joseph v. AMPCO-Pittsburgh Corp. Los Angeles Superior Court Case No. BC 340413. Deposition 7-10-06.

ORR, Deloris (WD: ORR, Roy) v. American Biltrite Inc. San Francisco Superior Court Case No. 430562. Deposition 1-9-06.

PECORARO, Mary (WD: Andrew Pecoraro) v. Asbestos Defendants. San Francisco Superior Court Case No. 419047. Deposition 7-31-06.

PEREZ, Edward v. Asbestos Defendants. San Francisco Superior Court Case No. 429157. Deposition 1-2-06.

PEVELER, Theodore v. B.R. Funsten & Co. San Francisco Superior Court Case No.

444170. Deposition 6-26-06.

PILTZ, Virgeen (WD: Carl Piltz) v. Asbestos Defendants. San Francisco Superior Court Case No. 416536. Deposition 10-2-06.

PINEDO, Eudelia (WD: Jerry Pinedo) v. ACandS, Inc. San Francisco Superior Court Case No. 433247. Deposition 10-31-06.

PISANI, Marcella (WD: John) for ACandS Inc. Alameda County Superior Court Case No. RG 04141585. Deposition 3-16-06.

POUNDS, Christopher and Teresa v. A.W. Chesterton Co. San Francisco Superior Court Case No. 447748. Deposition 9-7-06.

PRICE, Rebekah v. Borg-Warner Corp. Alameda County Superior Court Case No. RG 06-245616. Deposition 7-11-06, 8-7-06, 9-1-06.

RADFORD, Howard v. Asbestos Defendants. San Francisco Superior Court Case No. 429895. Deposition 2-22-06.

RAY, Eunice (WD: Sagie Ray) v. Asbestos Defendants. San Francisco Superior Court Case No. 415618. Deposition 8-21-06.

REDMAN, Ronald and Jeri v. A.W. Chesterton Company. San Francisco Superior Court Case No. 452158. Deposition 12-14-06.

REYNOLDS, Jack and Vera v. Burns International Service Corporation. San Francisco Superior Court Case No. 446041. Deposition 5-11-06.

RIDSDALE, Jacqueline (WD: Edward) v. Asbestos Defendants. San Francisco Superior Court Case No. 436986. Deposition 12-11-06.

RITTER, Mary E. Ritter (WD: John E. Ritter, Sr.). In the Court of Common Please of Bucks County, Pennsylvania. Case No. 2003-90107. Trial testimony 7-7-06.

ROBERTSON, Michael v. Alfa Laval Inc. Los Angeles Superior Court Case No. BC 332170. Deposition 5-4-06. Trial testimony 7-17-06.

SANDY, Merle v. Asbestos Defendants. San Francisco Superior Court Case No. 324212. Trial testimony 11-29-05. Trial testimony 2-8-06.

SCHANKS, Willie v. Asbestos Defendants. San Francisco Superior Court Case No. 446649. Deposition 9-15-06.

SCIESZKA-BAILEY, Joyce (WD: James Riggins) v. Bondex International, Inc. Los Angeles Superior Court Case No. BC 330767. Deposition 8-31-06.

SERDA, Roman v. Asbestos Defendants. San Francisco Superior Court Cast No. 434758. Deposition 4-4-06.

SETTERBERG, David v. Asbestos Defendants. San Francisco Superior Court Case No. 439964. Deposition 1-5-06.

SHAN, Robert and Beverly v. Burns International Services. Los Angeles Superior Court Case No. BC 319454. Deposition 2-9-06.

SHELTON, David (WD: Walter Shelton) v. Asbestos Defendants. San Francisco Superior Court Case No. 439287. Deposition 10-12-06.

SILVESTRO, Doris (WD: Salvatore Silvestro) v. Bondex International, Inc. Los Angeles Superior Court Case No. BC 235974. Deposition 5-27-03. Trial testimony 8-29-06.

SILZLE, Christopher (WD: Bruce) v. American Asbestos Co. San Francisco Superior Court Case No. 423729. Deposition 7-10-06.

SMITH, Rodney and Susan v. ACandS, Inc. San Francisco Superior Court Case No. 449361. Deposition 9-14-06.

STROKER, Thomas and Katsuko v. Allied Packing and Supply. Alameda County Superior Court Case No. RG05221544. Deposition 2-24-06.

STUDER, James and Pia v. American Standard Inc. Los Angeles Superior Court Case No. BC331706. Deposition 1-12-06.

TAYLOR, Reginald and Vickie v. A.W. Chesterton Co. San Francisco Superior Court Case No. 438516. Deposition 6-15-06.

THIBAULT, Patricia (WD: Ronald Thibault) v. Asbestos Defendants. San Francisco Superior Court Case No. 422317. Deposition 9-11-06.

TICER, James v. Amcord, Inc. Los Angeles Superior Court Case No. BC 353981. Deposition 11-13-06.

TIZCARENO, Joseph and Yolanda v. Burns International Services Corp. Los Angeles Superior Court Case No. BC 336053. Deposition 1-30-06.

TROGLIA, Berice (WD: Paul Troglia) v. Asbestos Defendants. San Francisco Superior Court Case No. 438812. Deposition 10-12-06.

TROLARD, Nellie (WD: Paul) v. Asbestos Defendants. San Francisco Superior Court Case No. 417000. Deposition 3-10-06.

8

TRUJILLO, Joseph and Geneva v. Asbestos Defendants. San Francisco Superior Court Case No. 447964. Deposition 7-21-06.

VAN BLARCOM, Kendall v. Asbestos Defendants. San Francisco Superior Court Case No. 413101. Deposition 2-21-06.

VAN WEGEN, Gary v. Asbestos Defendants. San Francisco Superior Court Case No. 401915. Deposition 2-21-06.

VILLALPANDO, Theresa (WD: Mary Ann Ormonde) v. Auto Zone West, Inc. Alameda County Superior Court Case No. RG05205663. Deposition 10-16-06.

VINDEDAHL, John v. Asbestos Defendants. San Francisco Superior Court Case No. 434272. Deposition 3-27-06.

WALKER, Bernard v. Asbestos Defendants. San Francisco Superior Court Case No. 428422. Deposition 5-9-06.

WHITE, Christine (WD: Leroy White) v. American Optical Corp. San Francisco Superior Court Case No. 430305. Deposition 11-6-06.

WHITE, Margaret (WD: John) v. Asbestos Defendants. San Francisco Superior Court Case No. 418151. Deposition 2-10-06.

WHITE, Patrick and Patricia v. Albert D. Seeno Construction Co. San Francisco Superior Court Case No. 444597. Deposition 3-30-06.

WHITLOCK, Paul and Marguerite v. A.W. Chesteron Co. San Francisco Superior Court Case No. 449213. Deposition 10-12-06.

WHITTEKER, Troy and Patsy v. A.W. Chesteron Co. San Francisco Superior Court Case No. 443693. Deposition 3-9-06.

WILLERT, Charles v. Asbestos Defendants. San Francisco Superior Court Case No. 411242. Deposition 4-11-06.

WILLIAMS, Lacene (WD: Reginald) v. Asbestos Defendants. San Francisco Superior Court Case No. 427159. Deposition 1-27-06.

WITKOWSKI II, George (WD: WITKOWSKI, George) v. Asbestos Defendants. San Francisco Superior Court Case No. 417152. Deposition 7-31-06.

2005

ARMSTRONG, D. Veronica (WD: Donald) v. ACandS. Los Angeles Superior Court Case No. BC 269759. Deposition 1-28-05.

ARMSTRONG, William (WD: John) v. ACandS, Inc. Los Angeles Superior Court Case No. BC 271999. Deposition 7-15-05.

ASLANIAN, Varoujan and Diana v. 3 M Company. Los Angeles Superior Court Case No. BC 308960. Deposition 1-14-05.

BELL, Larry, et al. v. A.P. Green Services, et al. (As to plaintiffs Darrold Entsminger and Fidel Silva). Orange County Superior Court Case No. 01CC00296. Deposition 12-30-05.

BIEN, Willie and Bonnie v. American Asbestos Co.  San Francisco Superior Court Case No. 433739. Deposition 2-9-05.

BERRY, Pauline (WD: Dewey) v. A.W. Chesterton Co. San Francisco Superior Court Case No. 404491. Deposition 2-23-05.

BILES, Ronald v. Asbestos Defendants. San Francisco Superior Court Case No. 406249. Deposition 2-11-05.

BLALOCK, Charles v. Asbestos Defendants. . San Francisco Superior Court Case No. 324880. Deposition 8-8-05.

BRODNAX, Elmer v. AGCO Corporation. Los Angeles Superior Court Case No. BC 327773. Deposition 10-19-05.

BRUNER, Thomas and Blanche v. American Asbestos Co. San Francisco Superior Court Case No. 431429. Deposition 1-3-05.

BRYSON, Richard (WD: Georgina) v. A.W. Chesterton Co. San Francisco Superior Court Case No. 421730. Deposition 6-2-05.

CAHILL, Robert and Sarah v. Advocate Mines, Inc. San Francisco Superior Court Case No. 434994. Deposition 5-3-05.

CHAMPION, Judge H., et al. v. The Lincoln Electric Company, et al. In the 128[a] Judicial District Court of Orange County, Texas. Cause No. A-920,967-SC(2). Deposition 4-7-05.

CHULICK, John v. Asbestos Defendants. San Francisco Superior Court Case No. 404829. Deposition 6-7-05.

CLEMMER, Charlton and Kay v. Asbestos Defendants. San Francisco Superior Court Case No. 434434. Deposition 12-12-05.

CLINTON, Bob and Gloria v. American Asbestos Co. San Francisco Superior Court Case No. 433284. Deposition 1-26-05. Trial testimony 2-22-05.

COMFORT, Charles and Florence v. Asbestos Corporation Ltd. San Francisco Superior Court Case No. 441278. Deposition 11-21-05.

CROCKETT, Raymond v. Garlock Sealing Technologies. In the Circuit Court for the City of Newport News. At Law No. 38356P-03. Deposition 10-11-05.

CULBERHOUSE, Thomas v. Asbestos Defendants. San Francisco Superior Court Case No. 428463. Deposition 12-1-05.

DAVIS, Arline v. Honeywell International Inc. Alameda County Superior Court Case No. RG04187783. Deposition 8-3-05.

DEMPSTER, Michael and Sandra v. A.W. Chesterton Co. San Francisco Superior Court Case No. 434091. Deposition 12-8-05.

FOWERS, David and Fusano v. 3M Company. Los Angeles Superior Court Case No. BC 318781. Deposition 3-14-05.

GARCIA, Genaro and Delia v. Asbestos Defendants. San Francisco Superior Court Case No. 418098. Deposition 7-11-05.

GATES, Samuel and Lynda v. Asbestos Corporation Limited. San Francisco Superior Court Case No. 444148. Deposition 12-19-05.

GIBSON, Rhonda (WD: Ronald Tipton) v. Advocate Mines Limited. San Francisco Superior Court Case No. 425207. Deposition 6-3-05.

GORMAN, Rebecca (WD: McKinley Dorrell) v. Asbestos Defendants. San Francisco Superior Court Case No. 421755. Deposition 8-2-05.

GOUGEON, Helen (WD: James). San Francisco Superior Court Case No. 401427. Deposition 2-24-05.

GREAHOUSE, Richard Boyd v. 3M Company. Los Angeles Superior Court Case No. BC 328461. Deposition 12-6-05.

GRIFFIN, Helen (WD: James) v. Buffalo Pumps, Inc. Los Angeles Superior Court Case No. BC 307 929. Deposition 7-6-05.

GRISEZ, Mark (WD: PADILLA, Charles) v. ACandS Inc. San Francisco Superior Court Case No. 421181. Deposition 9-27-05.

HAYES, Gerald v. Asbestos Defendants. San Francisco Superior Court Case No. 411982.

Deposition 5-9-05.

HENRY, Jim and Caroline v. Alfa Laval Inc. Los Angeles Superior Court Case No. BC 332841. Deposition 11-14-05.

HICKS, Lucas v. Garlock Sealing Technologies. In the Circuit Court for the City of Newport News. At Law No. 38116P-03. Deposition 10-11-05.

HINES, Lambert and Maureen. San Francisco Superior Court Case No. 434266. Deposition 4-11-05.

HOFMEISTER, Cyril and Ruth v. Asbestos Defendants. San Francisco Superior Court Case No. 429369. Deposition 1-11-05.

HONER, Eileen v. Aqua-Chem Inc. Los Angeles Superior Court Case No. BC 323721. Deposition 11-23-05.

HORR, Marian (WD: Lanny) v. Allied Packing, Inc. Alameda County Superior Court Case No. RG03104401. Deposition 6-30-05.

HOWDER, George v. Asbestos Defendants. San Francisco Superior Court Case No. 321220. Deposition 2-11-05

JEFFRIES, Ruth (WD: James) v. Garlock, Inc. Alameda County Superior Court Case No. 2002-069621. Deposition 7-1-05.

JENSEN, Alvin and Pauline v. Saberhagen Holdings, Inc. Superior Court of Washington for King County. Case No. 04-2-20249-3 SEA. Deposition 6-27-05.

JOHNSON, Daniel and Veneisa v. A.W. Chesterton Co. San Francisco Superior Court Case No. 432923. Deposition 1-5-05. Trial testimony 3-3-05 and 3-4-05.

JORDAN, James v. Asbestos Defendants. San Francisco Superior Court Case No. 402113. Deposition 8-12-05.

KAISER, Victor v. AcandS. In the Circuit Court for Baltimore City. Case No. 24X02002466, Consolidated Case No. 24X04000078. Deposition 2-21-05.

LANE, Francis and Mary v. The Dial Corporation. Los Angeles Superior Court Case No. BC 310153. Deposition 5-23-05.

LANTZ, Ernest and Malle v. Asbestos Corporation. San Francisco Superior Court Case No. 436967. Deposition 5-16-05.

LINN, David and Mary v. The Flintkote Company. Los Angeles Superior Court Case No. BC 309920. Deposition 3-30-05.

12

LOERA, Florabelia and Ruben v. Advocate Mines Limited. San Francisco Superior Court Case No. 440684. Deposition 11-17-05.

MAGER, Robert and Margaret v. Advocate Mines, Inc. San Francisco Superior Court Case No. 434307. Deposition 9-7-05.

MAIN, Ronald v. Asbestos Corporation Ltd. San Francisco Superior Court Case No. 436491. Deposition 6-6-05.

MASSIMINO, Cosmas Jack and Mary v. Asbestos Defendants. San Francisco Superior Court Case No. 412937. Deposition 4-25-05.

MASTERS, Zeddie v. Asbestos Defendants. San Francisco Superior Court Case No. 431681. Deposition 2-25-05.

McCARTY, Dennis v. Asbestos Defendants. San Francisco Superior Court Case No. 425517. Deposition 12-23-05.

McCOLLUM, Thomas v. Asbestos Defendants. San Francisco Superior Court Case No. 313994. Deposition 6-7-05.

McKIBBIN, Lori v. Asbestos Defendants. San Francisco Superior Court Case No. 428301. Deposition 11-11-05.

MIKELL, Elsie (WD: Linwood) v. American Biltrite, Inc. San Francisco Superior Court Case No. 425309. Deposition 9-2-05.

MILLER, Jerry v. Asbestos Defendants. San Francisco Superior Court Case No. 418794 Deposition 3-8-05.

MORRISON, James and Sandra v. American Asbestos Co. San Francisco Superior Court Case No. 432013. Deposition 10-12-05. Trial testimony 11-28-05.

MYERS, Virginia (WD: Charles) v. Asbestos Defendants. San Francisco Superior Court Case No. 417961. Deposition 10-21-05.

O'HALLORAN, Joseph Michael v. ACandS, Inc. San Francisco Superior Court Case No. 435388. Deposition 7-8-05 and 7-19-05.

RATLIFF, Martha (WD: Beatrice Grijalva) San Francisco Superior Court Case No. 319329. Deposition 2-24-05.

REINSTEIN, Alan and Linda v. Atlas Turner, Inc. Los Angeles Superior Court Case No. BC 302349. Deposition 12-5-05.

RODGERS, James v. Asbestos Defendants. San Francisco Superior Court Case No. 317159. Deposition 1-12-05.

ROSEN, Debora (WD: Sherwin Rosen) v. Asbestos Corporation Ltd. Alameda County Superior Court Case No. 2002-049017. Deposition 6-13-05. Trial testimony 11-2-05.

SALYER, Joan and David v. A.W. Chesterton, et al. San Francisco Superior Court Case No. 438617. Deposition 10-10-05. Trial testimony 10-17-05.

SANDY, Merle v. Asbestos Defendants. San Francisco Superior Court Case No. 324212. Trial testimony 11-29-05.

SCANDLYN, Charles and Sylvia v. Asbestos Defendants. San Francisco Superior Court Case No. 431122. Deposition 2-4-05.

SCHWARK, Donna M. (WD: William H. Vanderford) v. AMCORD, Inc. San Francisco Superior Court Case No. 427915. Deposition 10-28-05.

SCHWARTZ, August and Shirley v. American Standard Inc. San Francisco Superior Court Case No. 443239. Deposition 12-27-05.

SCRIVNER, Ronald v. Asbestos Defendants. San Francisco Superior Court Case No. 411286. Deposition 4-15-05.

SERRAO, Thomas and Catherine v. American Asbestos Co. San Francisco Superior Court Case No. 430560. Deposition 1-7-05.

SIAS, Estella (WD: Ralph) v. A.W. Chesterton Co. San Francisco Superior Court Case No. 416695. Deposition 2-23-05.

SILVA, Ronald and Nancy v. American Asbestos Co. San Francisco Superior Court Case No. 433253. Deposition 2-28-05.

SMITH, Larry E. and Linden v. American Asbestos Co. San Francisco Superior Court Case No. 434096. Deposition 5-16-05.

SPEICHER, Billie and May Ann v. American Asbestos Co. San Francisco Superior Court Case No. 432443. Deposition 2-18-05.

SPOONER, William v. Asbestos Defendants. San Francisco Superior Court Case No. 400033. Deposition 2-1-05.

STECKLER, Michael and Dee v. AGCO Corporation. San Francisco Superior Court Case No. 438931. Deposition 10-31-05.

STUTSMAN, Stanley and Audrey v. A.W. Chesterton Co. San Francisco Superior Court

Case No. 434404. Deposition 3-29-05.

SURPRENANT, John (WD Bonnie Jean Surprenant) v. Atlas Turner Inc. Los Angeles
Superior Court Case No. BC 271320. Deposition 5-18-05.

VANDEN BROEK, Douglas v. Asbestos Defendants. San Francisco Superior Court Case
No. 436690. Deposition 9-30-05.

VAUGHN, Larry v. 3M Company. Los Angeles Superior Court Case No. BC 322230.
Deposition 3-2-05.

VENT, Jo Ann, et al. v. ACandS Inc, et al. Case of KAISER, Lillian (WD: Victor Joseph
Kaiser, Jr.). In the Circuit Court for Baltimore City. Consolidated No. 24X04000078.
Deposition 2-21-05.

WILLIAMS, Louis and Mary v. Atlas Turner Inc. Los Angeles Superior Court Case No.
BC 273051. Deposition 5-20-05.

WORTHLEY, Richard and Mickie v. Asbestos Defendants. San Francisco Superior Court
Case No. 432308. Deposition 4-22-05.

ZYGIELBAUM, Paul and Michelle v. Asbestos Corporation Ltd. Alameda County
Superior Court Case No. RG04152563. Deposition 6-20-05.


2004

ALDERETE, Dennis and Shirley v. Advocate Mines Ltd. San Francisco Superior Court
Case No. 425763. Deposition 5-14-04.

AMUNDSEN, Anastasia (WD: Robert Amundsen) v. Asbestos Defendants. San Francisco
Superior Court Case No. 408444.  Deposition 5-20-04.

ANSELMO, Eleanor (WD: Michael Wise) v. Raybestos-Manhattan. San Francisco
Superior Court Case No. 310164. Deposition 1-30-04. Trial testimony 3-23-04.

ARNO, Robert and Anna May v. A.P. Green Industries, Inc. San Francisco Superior
Court Case No. 406660. Deposition 1-29-04.

BEAVER, John and Virginia v. A.W. Chesterton. San Francisco Superior Court Case No.
424112. Deposition 5-6-04.

BLISS, Robert and Barbara v. Atlas Turner, Inc. Los Angeles  Superior Court Case No.
BC 272884.  Deposition 10-29-04.

BOUTTE, Wilmer and Jessie v. Atlas Turner Inc. Los Angeles Superior Court Case No.

BC 294252. Deposition 7-8-04.

BRADEN, Richard v. ACandS. San Francisco Superior Court Case No. 422816. Deposition 3-15-04.

BURNS, William and Mary v. Asbestos Defendants. San Francisco Superior Court Case No. 426568. Deposition 4-30-04.

CADLO, Anthony and Maxlyn v. Asbestos Defendants. San Francisco Superior Court Case No. 412325. Deposition 4-2-04.

CARTER, Donnajean (WD: John) v. ACandS Inc. Alameda County Superior Court Case No. 2001-031879. Deposition 6-24-04.

CHANCE, Delores (WD: Charles) v. A.P. Green Industries, Inc. San Francisco Superior Court Case No. 322406. Deposition 1-7-04.

CREAN, Thomas v. American Honda Motor Company. Ventura County Superior Court Case No. SC037443. Deposition 5-19-04.

CROW, William v. AGCO Corporation. San Francisco Superior Court Case No. 425890. Deposition 5-21-04.

DAVIDSON, Elbert v. Burns International Services, Inc. San Francisco Superior Court Case No. 429088. Deposition 7-12-04.

DELAUTER, Robert Glenn v. A.W. Chesterton Co. Circuit Court for Baltimore City. Case No. 24X03000784. Deposition 6-14-04.
DIBLER, Richard and Shirley v. A.W. Chesterton Co. San Francisco Superior Court Case No. 411542. Deposition 8-12-04.

DRYDEN, David and HENLE, Patricia v. Asbestos Defendants. San Francisco Superior Court Case No. 322306. Deposition 4-5-04.

ESCAMILLA, Ernesto and Maria v. American Standard, Inc. Los Angeles Superior Court Case No. BC 303900. Deposition 5-3-04. Trial testimony 6-10-04.

FAUGHT, Dorothy (WD: J.C. Faught) v. Asbestos Defendants. San Francisco Superior Court Case No. 409103.  Deposition 5-20-04.

FITZPATRICK, Julius and Dorothy v. Asbestos Defendants. San Francisco Superior Court Case No. 417722. Deposition 4-9-04.

FREEMAN-DOVE, Mary (WD: DOVE, Christopher) v. AP Green, et al. San Francisco Superior Court Case No. 309234. Deposition 3-3-04.

GARCIA, Gloria v. Amcord Inc. San Francisco Superior Court Case No. 423524. Deposition 4-23-04.

GENDREAU, Donald and Laura v. American Asbestos, Inc. Alameda County Superior Court Case No. RG04135013. Deposition 11-4-04.

GIESICK, Vernon and Dorice v. ACandS. San Francisco Superior Court Case No. 412056. Deposition 10-7-04.

GUERRERO, Guillermo and Cecelia v. Asbestos Defendants. San Francisco Superior Court Case No. 427935. Deposition 12-9-04.

HAYNES, Louie "Joe" and Laura v. A.W. Chesterton Inc. San Francisco Superior Court Case No. 426250. Deposition 5-7-04.

HOWARD, Florence (WD: Paul) vo ACandS, Inc. Los Angeles Superior Court Case No. BC 246281. Deposition 11-24-04.

JACKSON, Calvin v. Certainteed Corporation. San Diego Superior Court Case No. GIS009764. Deposition 4-14-04.

JESTES, James. V. Bigge Group. San Francisco Superior Court Case No. 411308. Deposition 5-3-04.

JUSINO, Janice, (WD: Nicholas Petropoulas) v. Asbestos Defendants. San Francisco Superior Court Case No. 410869. Deposition 5-20-04.

KESTERSON, Jessie v. Atlas Turner. Los Angeles Superior Court Case No. BC 271938. Deposition 4-19-04.

KETCHUM, Harlan v. Asbestos Defendants. San Francisco Superior Court Case No. 412550. Deposition 4-2-04.

KIMBROUGH, Gloria (WD: Delbert) v. A.W. Chesterton Company. San Francisco Superior Court Case No. 415814. Deposition 6-25-04.

KOESTER, Gary v. American Honda Motor Co., Inc. Los Angeles Superior Court Case No. BC300247.  Deposition 11-16-04.

KRUGER, Ernst and Brigitte v. ACandS. San Francisco Superior Court Case No. 427234. Deposition 7-29-04.

LACHAPELLE, George & Ruth v. American Standard Inc. Los Angeles Superior Court Case No. BC 303899. Deposition 3-24-04. Trial testimony 4-26-04.

LEEZY, James and Sharon v. AAMCO Transmissions, Inc. Los Angeles Superior Court

Case No. BC 248586. Deposition 10-6-04.

LENNARD, Paul and Irene v. Asbestos Defendants. San Francisco Superior Court Case No. 412970. Deposition 4-6-04.

LESSIER, Nathaniel and Gloria v. AcandS. Alameda County Superior Court Case No. RG03104407. Deposition 3-25-04.

LINDSAY, Norman and Marjorie v. ACandS. San Francisco Superior Court Case No. 421183. Deposition 1-2-04.

LIPPINCOTT, James and Kerric v. Moldex Metric. Ventura County Case No. 220451. Deposition 8-11-04.

LOW, Connette (WD: Anthony) v. Raybestos-Manhattan. San Francisco Superior Court Case No. 310856. Deposition 4-12-04.

McKENDRY, Vincent v. ASARCO, Inc. San Francisco Superior Court Case No. 424329. Deposition 2-23-04.

McLAUGHLIN, Donna v. Advocate Mines Ltd. San Francisco Superior Court Case No. 421480. Deposition 2-5-04.

McMAKIN, Robert, Jr. (WD: Robert McMakin, Sr.) v. Asbestos Defendants. San Francisco Superior Court Case No. 409160. Deposition 11-2-04.

McSHANE, Donald and Peggy v. Bondex International Inc. Los Angeles Superior Court Case No. BC 312605. Deposition 9-13-04.

MOONEY, Patrick v. Asbestos Defendants. San Francisco Superior Court Case No. 417669. Deposition 12-10-04.

MORGAN, Donald & Rena v. Asbestos Defendants. San Francisco Superior Court Case No. 414103. Deposition 3-31-04.

NURIDDIN, J. Shaheed v. Asbestos Defendants. San Francisco Superior Court Case No. 420810. Deposition 9-8-04.

OCEGUEDA, Jose and Elva v. Allied Packing & Supply, Inc. San Francisco Superior Court Case No. 429705. Deposition 9-17-04.

OSTER, Rosemary (WD: Leroy) v. A.P. Green Industries, Inc. San Francisco Superior Court Case No. 309209. Deposition 7-7-04.

PAGAN, Michael and Patricia v. Burns International Services Corporation. Los Angeles Superior Court Case No. BC 298373. Deposition 1-5-04.

PANNELL, Ricky and Pam v. Nalco Chemical Company. Los Angeles Superior Court Case No. BC 246473. Deposition 4-20-04.

PANZER, Samuel v. Asbestos Defendants. San Francisco Superior Court Case No. 430286. Deposition 9-2-04.

PEARSON, Eileen v. Asbestos Defendants. San Francisco Superior Court Case No. 412230. Deposition 8-31-04.

PERMAN, Donald and Judy v. Asbestos Defendants. San Francisco Superior Court Case No. 428104. Deposition 11-12-04.

PYLE, David v. Asbestos Defendants. San Francisco Superior Court Case No. 405145. Deposition 11-11-04.

REID, Richard and Shirley v. A.W. Chesterton Co. San Francisco Superior Court Case No. 423918. Deposition 2-2-04.

REISS, Peter and Agnes v. Asbestos Defendants. San Francisco Superior Court Case No. 427551. Deposition 11-10-05.

REYNOLDS, John v. Asbestos Defendants. San Francisco Superior Court Case No. 425664. Deposition 6-4-04.

ROSS, Charles and Donna v. A.W. Chesterton Co. San Francisco Superior Court Case No. 421637. Deposition 2-18-04.

SANCHEZ, Hector and Guadalupe v. Crown Cork & Seal Co. San Francisco Superior Court Case No. 423463. Deposition 1-21-04.

SIMMONS, Ronald & Cheryl v. Allis Chalmers Corporation. Alameda County Superior Court Case No. RG03102214. Deposition 1-14-04.

SIMS, Pamela (WD: Benny) v. Bay Tankers Inc. Los Angeles Superior Court Case No. BC 288564. Deposition 5-26-04.

SLAUGHTER, Freda v. Asbestos Defendants. San Francisco Superior Court Case No. 411529. Deposition 11-18-04.

THOMAS, Lucille (WD: Charles) v. Atlas Turner, Inc. Los Angeles Superior Court Case No. BC 262037. Deposition 9-1-04.

TREGGETT, Robert and Linda v. American Standard, Inc. Los Angeles Superior Court Case No. BC 303899. Deposition 8-30-04. Trial testimony 9-30-04 and 10-1-04.

19

UPLEGER, Jacqueline & Earl v. Asbestos Defendants. San Francisco Superior Court Case No. 410755. Deposition 3-30-04.

WALDEN, Linda v. Burns International Services Inc. San Francisco Superior Court Case No. 425238. Deposition 8-13-04.

WASH, Rickey and Mary v. A.W. Chesterton Inc. San Francisco Superior Court Case No. 429648. Deposition 9-10-04.

WEBER, Willi & Gisele v. Bridgestone/Firestone Inc. San Francisco Superior Court Case No. 425210. Deposition 2-10-04.

WHITNEY, David and Joy v. Atlas Turner, Inc. Los Angeles Superior Court Case No. BC 293684. Deposition 4-9-04. Trial testimony 5-27-04.

WILLIAMS, Tommie and Imogene v. Carver Pump Co. Los Angeles Superior Court Case No. BC 309034. Deposition 12-17-04

WILSON, James and Stella v. American Standard, Inc. San Francisco Superior Court Case No. 427239. Deposition 5-28-04.

WILSON, Sherry (WD: William) v. Asbestos Corporation. San Francisco Superior Court Case No. 415028. Deposition 8-9-04.

YATES, Linda (WD: Richard) v. ACandS, Inc. Los Angeles Superior Court Case No. BC 248055. Deposition 11-22-04.

YENCHO, Thomas and Reena v. Azrock Industries Inc. In the Court of Common Pleas, for the County of Philadelphia, February Term, 2003. Case No. 884.  Trial testimony 5-10-04.


## 2003


AGUAYO, Danny, et al. v. Pacific Gas & Electric, et al. Los Angeles Superior Court Case No. BC 123746. Deposition 10-22-03.

ALLEN, Geraldine (WD: Leonard) v. Raybestos-Manhattan. San Francisco Superior Court Case No. 311280. Deposition 2-10-03.

ANDREWS, Thomas v. Asbestos Defendants. San Francisco Superior Court Case No. 313263. Trial testimony 8-7-03.

BAKER, Tom v. Asbestos Defendants. San Francisco Superior Court Case No. 419044.

Deposition 11-17-03.

BANGS, Ernest & Corrine v. Aerojet General. San Franciso Superior Court Case No. 416402. Deposition 7-18-03.

BAUMGARTEN, James and Linda v. A.W. Chesterton. San Francisco Superior Court Case No. 414842. Deposition 4-21-03 and 4-24-03.

BERNARD, Samuel and Sandra v. AcandS. Los Angeles Superior Court Case No. BC 264506. Deposition 2-19-03.

BISHOP, Gertrude, et al. v. A.W. Chesterton Co. San Francisco Superior Court Case No. 315587. Deposition 11-5-03.

BRAINARD, Dorothy (WD: Elmer) v. Borg-Warner Corp. Los Angeles Superior Court Case No. BC 2259126. Deposition 7-7-03.

BRAYTON GROUP 239. San Francisco Superior Court. Deposition 5-5-03.

BRUSHIA, Steven and Jennifer v. A.W. Chesterton. San Francisco Superior Court Case No. 412910. Deposition 5-22-03.

CATANIA, Barbara & Michael v. AcandS. United States District Court Middle District of Louisiana. C.A. No. 02-368-D-M1. Deposition 1-29-03.

CREECH, Roger and Roberta v. AcandS. Superior Courth for the State of Washington for the County of King. Case No. 02-2-21034-1SEA.. Deposition 1-13-03.

DeLISLE, James and Donna v. ALTA Building Company. San Francisco Superior Court Case No. 415833. Deposition 6-4-03.

DuFAULT, Stanley v. A.W. Chesterton Co. San Francisco Superior Court Case No. 414448. Deposition 6-11-03.

EDMISTON, Alice and Barry v. Raybestos-Manhattan, Inc. San Francisco Superior Court Case No. 322906.  Deposition 12-10-03.

FISHER, Wallace and Mildred v. A.W. Chesterton Co., et al. San Francisco Superior Court Case No. 417179. Deposition 7-31-03.

FORBES, Lewis & Diana v. AcandS. San Francisco Superior Court Case No. 411098. Deposition 1-30-03.

GAITHER, Edna (WD: Robert) v. Raybestos-Manhattan. San Francisco Superior Court Case No. 314282. Deposition 3-26-03.

GRAHAME, James P. v. A.W. Chesterton Co. San Francisco Superior Court Case No. 419444. Deposition 10-2-03.

GROVE, Maureen (WD: Larry) v. A.W. Chesterton Co. San Francisco Superior Court Case No. 405465. Deposition 11-18-03.

HANLEY GROUP 34. San Francisco Superior Court. Deposition 2-24-03.

HOEFFER, Phillip v. Asbestos Defendants. San Francisco Superior Court Case No. 413073. Deposition 11-6-03. Trial testimony 12-1-03.

HOLDER, Harold and Shirley v. A.W. Chesterton. San Francisco Superior Court Case No. 414546. Deposition 4-21-03 and 4-24-03.

JAMESON, Virginia (WD: Ray A. Jameson). Superior Court of Washington for Skagit County. Case No. 02-2-01069-8. Deposition 12-15-03.

KEYSER, Patrick and Mary v. A.W. Chesterton. San Francisco Superior Court Case No. 417563. Deposition 8-21-03.

KRIVCHUK, Jeffrey and Stacey v. Atlas Turner. Los Angeles Superior Court Case No. BC 260354. Deposition 1-6-03.

LADD, Russell v. A.P. Green. San Francisco Superior Court Case No. 402517. Deposition 5-22-03.

LASSEN, Lois and Sergei v. A.W. Chesterton. San Francisco Superior Court Case No. 416434. Deposition 8-4-03.

LEE, Roy Duane v. A.P. Green. San Francisco Superior Court Case No. 314384. Deposition 2-21-03.

LITTLE, Eunice (WD: Ronald) v. Asbestos Defendants. San Francisco Superior Court Case No. 321616. Deposition 2-27-03.

MADARIS, James v. Crown Cork & Seal Co. San Francisco Superior Court Case No. 421173. Deposition 11-25-03.

MARSHALL, Cecilia (WD: PATRICH, Delores) v. AcandS. Los Angeles Superior Court Case No. BC 248587. Deposition 3-13-03.

MIKOLICH, Terrence and Janice v. DEE Engineering Co. San Francisco Superior Court Case No. 416684. Deposition 12-11-03.

MINKLER, Edward L. (WD: Irmgard Minkler) et al. v. Bondex International, et al. Los Angeles, Superior Court Case No. BC 256894. Deposition 2-5-03.

MUELLER, Forrest and Jody v. The Dow Chemical Company. Los Angeles Superior Court Case No. BC 259907. Deposition 12-23-02. Trial testimony 4-16-03.

MULLEN, Richard and Sheila v. Asbestos Defendants. San Francisco Superior Court Case No. 408861. Deposition 3-3-03.

NAVARRO, Alfred (WD: Barbara) v. Bondex International, et al. Los Angeles Superior Court Case No. BC 243027. Deposition 1-27-03.

NIEMEIER, Gina and Michael v. AcandS. San Francisco Superior Court Case No. 410294. Deposition 4-7-03.

ONTIVEROS, Michelle v. Ametek, Inc. Los Angeles Supeior Court Case No. BC 243455. Deposition 6-26-03.

PLANTS, Carolyn (WD: William) v. Raybestos-Manhattan. San Francisco Superior Court Case No. 316006. Deposition 11-13-03.

RADLEY, Joe v. A.W. Chesterton Co. San Francisco Superior Court Case No. 416333. Deposition 6-12-03.

RAIGOZA, Eugena (WD: Rayinaldo) v. Asbestos Defendants. San Francisco Superior Court Case No. 303643. Deposition 2-27-03.

RICHARDSON, D'Arcy and Carole v. A.W. Chesterton Co. San Francisco Superior Court Case No. 411448. Deposition 2-3-03.

ROWSEY, Dolores (WD: Lorin) v. A.W. Chesterton Co. San Francisco Superior Court Case No. 405787. Deposition 11-7-03.

SABIN, Jannetje v. A.W. Chesterton Co. San Francisco Superior Court Case No. 400185. Deposition 7-24-03.

SANCHEZ, Eduardo and Maria v. BorgWarner, Inc.. Los Angeles Superior Court Case No. BC 290003. Deposition 8-13-03.

SARTAIN, Robert Harlin and Darlene Fay v. Allied Engineering and Production. San Francisco Superior Court Case No. 418378. Deposition 9-4-03.

SILVESTRO, Doris (WD: Salvatore Silvestro) v. AcandS. Los Angeles Superior Court Case No. BC 253974. Deposition 5-27-03.

TIMS, Lester & Elsie v. Asbestos Defendants. San Francisco Superior Court Case No. 401308. Deposition 1-2-03.

TOMA, Yaacoub and Latifa v. Abex Corp. Alameda County Superior Court Case No. RG 03083024. Deposition 8-9-03.

TONELLA, Nancy (WD: Ernest) v. AcandS. Los Angeles Superior Court Case No. BC 229612. Deposition 7-7-03.

VELASQUEZ, Raymond v. A.W. Chesterton Co. San Francisco Superior Court Case No. 416023. Deposition 7-24-03.

WELLS, John and Carole v. Asbestos Defendants. San Francisco Superior Court Case No. 316792. Trial testimony 3-19-03.

WHALEY, Betty (WD: Mayo) v. A.P. Green. San Francisco Superior Court Case No. 315953. Deposition 3-14-03.

WHITTLE, Doreen (WD: Ronald) v. Asbestos Defendants. San Francisco Superior Court Case No. 321942. Deposition 2-27-03.

W.R. GRACE & Co., Debtors. Chapter 11. In the United States Bankruptcy Court for the District of Delaware. Case No. 01-01139 (JKF). Deposition 6-6-03.

YOUNG, Stanley (WD: YOUNG, Gail). v. Asbestos Defendants. San Francisco Superior Court Case No. 300870. Deposition 10-10-03.