# ATTACHMENT C

## IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF DELAWARE

In re:                                    )          **Chapter 11**
                                          )
W.R. Grace & Co., et al.,[1]              )          **Case No. 01-1139 (JKF)**
                                          )          **Jointly Administered**
                                          )
                          Debtors.        )
                                          )
_____)

### Expert Witness Disclosure of William G. Hughson, M.D., D., Phil.
### Pursuant To Federal Rule Of Civil Procedure 26 (a)(2)

I submit this report on behalf of W.R. Grace & Co., et al. ("Debtors").

**Background and Qualifications:**

I am the Director of the University of California San Diego ("UCSD")

Center for Occupational and Environmental Medicine and Clinical Professor of

Medicine at UCSD Medical Center, 200 West Arbor Drive, San Diego, California

92103-8800. I am also an Adjunct Associate Professor at the San Diego State

University Graduate School of Public Health.

---

[1]     The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc. Coalgrace II, Inc., Creative Food-N-Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston, Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B, Inc., Grace A-B II, Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc., (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holdings, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

I am a medical doctor and am board certified in internal medicine, pulmonary medicine and occupational medicine. I have also received a doctorate degree in epidemiology from Oxford University, where I studied as a Rhodes Scholar under Sir Richard Doll, one of the foremost epidemiologists in the world.

I have had extensive experience in the evaluation and treatment of patients who have been exposed to asbestos. Since 1980, I have administered a program to screen workers at the National Steel and Shipbuilding Company in San Diego for asbestos-related disease which has performed approximately 1,000 evaluations. In addition, since 1985, I have served as the UCSD Medical Director for Employee Health Services with responsibility for monitoring the health of workers exposed to asbestos containing materials and advising with respect to removal and renovation projects. I have also been involved in screening and evaluation programs for various other workers with potential asbestos exposure.

I have extensively reviewed the medical literature concerning asbestos-related disease. I keep abreast of the current scientific and medical literature on the subject by reading numerous academic journals, undertaking continuing medical education, and accessing other available materials through the National Library of Medicine. All of this reading over the course of my professional career, together with my actual clinical experience and supervisory responsibilities as relates to asbestos, provide the basis for my expert opinions as expressed in this report.

2

A fuller statement of my background and experience is set forth in the attachments to this statement. These include a copy of my current curriculum vitae ("Attachment A") which lists all my publications and a listing of prior deposition and trial testimony for the last four years ("Attachment B").

The only way from a medical standpoint to determine whether an asbestos-containing material or asbestos handling activity constitutes a health risk is to conduct <u>air</u> sampling during the operation in question and then measure the concentration of any released fibers. Attempts to substitute for this purpose ASTM developed surface dust sampling techniques -- expressed in terms of structures per square centimeter to which are added arbitrarily set breakdowns for various levels of "contamination" -- are absolutely meaningless from a health perspective where the only thing that matters is what's in the air that enters the lung. I know of no reputable scientific or medical authority that thinks otherwise, including ASTM.

Mostly from my experience as an expert witness in adversarial proceedings like this one, I am of course aware of assertions by certain witnesses that there is no safe level of exposure to asbestos as even more extremely expressed in terms of "one fiber can kill." These statements derive from wholly speculative linear extrapolations downward from historic levels of occupational exposure orders of magnitude beyond anything encountered today. And while EPA and OSHA may pay them lip service in regulatory preambles, when either agency has been called upon to balance such theory against the practical realities of dealing with asbestos-containing materials, pragmatism has

3

always won out. The fact that both agencies see no need to remove properly maintained asbestos-containing materials and approve recommended work practices which significantly limit but do not necessarily exclude the possibility of fiber release illustrates the point.

For a fuller description of the potential scope of my testimony, the specific opinions I hold and the basis for those opinions, reference is invited to my deposition and hearing testimony in <u>Armstrong World Industries, Inc., et al., Debtors</u>, copies of which will be made available on request. I also reserve the right to add to these opinions as appropriate and within my area of expertise to address views expressed in the expert reports of any other opposing experts which I understand will be simultaneously exchanged with my own. Finally, in any live testimony, I anticipate using flip charts and hand drawings to illustrate various epidemiologic principles, including the incidence of mesothelioma in this country over time and the fallacy of extrapolating from high occupational exposures known to cause asbestos related disease to the much lower levels conceivably of concern here.

For the time spent on this matter as a designated expert, I charge my customary rate of $500 per hour. I am also reimbursed for my reasonable and necessary expenses.

William G. Hughson, M.D., D. Phil

October 12, 2005

4

# C U R R I C U L U M   V I T A E

### HUGHSON, WILLIAM G.

| | |
|---|---|
| Date of Birth: | January 7, 1951 |
| Place of Birth: | Calgary, Alberta, Canada |
| Marital Status: | Married – Joanne Lloyd Hughson |

## EDUCATION

**1968:** Graduated from secondary education with a first-class diploma.

**1968-70:** Enrolled in the Faculty of Arts and Science of the University of Calgary in pre-medical studies.  Academic record of 4.0 grade-point average.

**1970:** Entered the Faculty of Medicine of the University of Calgary. Graduated 1973.

## POST GRADUATE TRAINING

| | |
|---|---|
| Straight Intern (Medicine) at the Royal Victoria Hospital, Montreal. | July 1973–June 1974 |
| Resident in Obstetrics and Gynecology at the Foothills Hospital, Calgary. | July 1974–Oct. 1974 |
| Department of Social and Community Medicine, Oxford University.  Completed a Doctor of Philosophy degree.  Title of thesis "A study of Some Aspects of the Epidemiology and Treatment of Peripheral Vascular Disease". | Oct. 1974–Sept. 1977 |
| Resident III in Medicine at the Royal Victoria Hospital, Montreal. | Oct. 1977–June 1978 |
| Resident IV in Medicine at the Royal | July 1978–June 1979 |

**William G. Hughson, M.D.**
Page 2

Victoria Hospital, Montreal.

| | |
|---|---|
| First-year Fellow in the Division of Pulmonary Medicine and Critical Care Medicine. University of California, San Diego. | July 1979–June 1980 |
| Second-year Fellow in the Division of Pulmonary Medicine and Critical Care Medicine. University of California, San Diego. | July 1980–June 1981 |
| Third-year Fellow in the Division of Pulmonary Medicine and Critical Care Medicine. University of California, San Diego. | July 1981–June 1982 |

## BOARD CERTIFICATIONS AND QUALIFICATIONS

| | |
|---|---|
| Board Certified, American College of Physicians. Specialty in Internal Medicine. | 1979 |
| Fellow, Royal College of Physicians and Surgeons of Canada. Specialty in Internal Medicine. | 1979 |
| Board Certified, American College of Physicians. Specialty in Pulmonary Medicine. | 1982 |
| Certified NIOSH "A" Reader. | 1982 |
| Board Certified, American Board of Preventive Medicine. Specialty in Occupational Medicine. | 1987 |

## APPOINTMENTS

| | |
|---|---|
| Assistant Clinical Professor of | July 1982–June 1990 |

| | |
|---|---|
| Medicine. University of California, San Diego. | |
| Director, UCSD Center for Occupational & Environmental Medicine. | January 1984-present |
| Independent Medical Examiner for the Division of Industrial Accidents for the State of California. | January 1984-1995 |
| Medical Director, UCSD Employee Health Program. | September 1985-present |
| Lecturer, Graduate School of Public Health, San Diego State University. Teaching PH 635, Occupational Medicine. | 1987 & 1988 |
| Associate Clinical Professor of Medicine. University of California, San Diego. | July 1990-June 1996 |
| Associate Adjunct Professor, Division of Occupational and Environmental Health, Graduate School of Public Health, San Diego State University. | August 1991-August 2000 |
| Qualified Medical Evaluator, State of California. | 1995-1998 |
| Clinical Professor of Medicine. University of California, San Diego. | July 1996-present |
| Adjunct Professor, Division of Occupational and Environmental Health, Graduate School of Public Health, San Diego State University. | August 2000-present |

## ACADEMIC AWARDS

| | |
|---|---|
| University Honor Prize | 1969 |
| Viscount Bennett Scholarship | 1969 |
| Imperial Oil Scholarship (full tuition) | 1969-1972 |
| Teagle Foundation Scholarship | 1969-1973 |
| Rhodes Scholarship for Alberta | 1974 |

## PROFESSIONAL ORGANIZATIONS

American Association of Rhodes Scholars
American College of Occupational and Environmental Medicine
American College of Chest Physicians
American College of Physicians
American Thoracic Society
California Thoracic Society
Canadian Association of Rhodes Scholars
Royal College of Physicians & Surgeons of Canada
Western Occupational and Environmental Medical Association

## COMMITTEES

| | |
|---|---|
| Member, Occupational Medicine Scientific Committee. California Medical Association. | July 1985-July 2002 |
| Member, Environmental and Occupational Health Committee. American Lung Association of California. | July 1985-present |
| Member, Executive Committee of the San Diego Pulmonary Society. Society President 1988-1989. | 1985-1989 |
| Member, Occupational Health Training Advisory Board. San Diego State University. | 1986-present |
| Member, Committee for Clinical Affairs. UCSD Division of Pulmonary and Critical Care Medicine. | 1987-1998 |
| Member, Science Resources Panel. Subcommittee of Quality of Life Board advising the City of San Diego regarding the Sander Trash-to-Energy Project. | February 1987-June 1988 |
| Chairman, UCSD Medical Ethics Committee. | July 1988-June 1990 |
| Member, UCSD Health and Safety Advisory | August 1988-present |

William G. Hughson, M.D.
Page 5

Council.

| | |
|---|---|
| Member, Preventive Pulmonary Education Committee. | July 1989–1998 |
| Member, UCSD Medical Center Safety Management Program Committee. | July 1989–present |
| Member, Subcommittee on Non-Biological Contaminants. Subcommittee of the Toxic Waste Advisory Committee of the Port of San Diego, dealing with pollution problems in San Diego Bay. | August 1989–August 1990 |
| Chairman, UCSD Medical Center Bylaws Committee. | July 1991–June 1994 |
| Member, UCSD Administrative Services QMP Steering Committee. | April 1992–1994 |
| Member, Occupational and Clinical Toxicology Committee, American College of Occupational and Environmental Medicine. | April 1993–April 2003 |
| Member, UCSD Department of Medicine Committee on Appointments and Promotions (DOMCAP). | April 1997–June 1998 |
| Member, American Lung Association of California Research Program Research Training Fellowship Review Committee. | July 1997–present |

## PUBLICATIONS

1. Hughson WG, Mann JI, Tibbs DJ, Woods HF, Walton I.  Intermittent Claudication:  Factors Determining Outcome.  British Medical Journal 1978;1:1377–1379.

2. Hughson WG, Mann JI, Garrod A.  Intermittent Claudication:  Prevalence and Risk Factors.  British Medical Journal 1978;1:1379–1381.

3. Mann JI, Hughson WG, Holman RR, Honour AJ, Thorogood M, Smith A, Baum JD.  Serum Lipids in Treated Diabetic Children and Their Families.  Clinical Endocrinology 1978;8:27–33.

William G. Hughson, M.D.
Page 6

4.  Hughson WG, Friedman PJ, Feigin DS, Resnik R, Moser KM.  Postpartum
    Pleural Effusion:  A Common Radiographic Finding.  Annals of Internal
    Medicine 1982;97:856-858.

5.  Guidotti TL, Abraham JL, Hughson WG, Krems AD, Neuman TS, Bryson AL,
    Heramb BI.  Taking the Occupational History.  Annals of Internal
    Medicine 1983;99:641-651.

6.  Hughson WG.  Pleural Diseases Associated with Asbestos:  Medical
    and Legal Implications.  Pulmonary Perspectives 1985;2(4):6-8.

7.  Hughson WG.  Evaluation of the Solitary Pulmonary Nodule.  Computer
    program presented at the annual California Medical Association
    Conference, February 1986.

8.  Hughson WG.  Occupational Lung Disease.  Computer program prepared
    for Medical Information Diagnostic Systems, Inc., September 1986.

9.  Hughson WG.  Pulmonary Function Tests.  In LaDou J (ed): Occupational
    Medicine.  Norwalk, Connecticut, Appleton & Lange 1990;221-222.

10. Hughson WG.  Occupational Asthma.  In LaDou J (ed): Occupational
    Medicine.  Norwalk, Connecticut, Appleton & Lange 1990;222-227.

11. Hughson WG.  Rehabilitation:  Re-entry Into the Workplace After
    Treatment for Cancer.  In Moossa AR, Schimpff SC, Robson MC (eds):
    Comprehensive Textbook of Oncology.  Baltimore, Williams & Wilkins
    1991;1820-1823.

12. Hughson WG.  Coal Workers Pneumoconiosis. In Bordow RA, Moser KM
    (eds):  Manual of Problems in Pulmonary Medicine, Third Edition.
    Boston,  Little, Brown & Company 1991;357-360.

13. Hughson WG.  Pulmonary Disability Evaluations.  Pulmonary Perspectives
    1991;8(4):4-6.

14. Hughson WG. Epidemiologic Considerations in Occupational Asthma.
    Immunology and Allergy Clinics of North America 1992;12:697-710.

15. Mooney V, Hughson WG. Resurgence of Work-Hardening Programs. Western
    Journal of Medicine 1992;156:410.

16. Cox CB, Hughson WG. "Making the Connection".  Videotape concerning
    Occupational Asthma produced for Office of Learning Resources - TV
    UCSD, Preventive Pulmonary Series, 1993.

17. Hughson WG. Coal Workers Pneumoconiosis. In Bordow RA, Moser KM

(eds): <u>Manual of Problems in Pulmonary Medicine, Fourth Edition</u>. Boston,  Little, Brown & Company 1996: 367-370.

18. Hughson WG. Occupational Asthma. *In* Bordow RA, Moser KM (eds): <u>Manual of Problems in Pulmonary Medicine, Fourth Edition</u>. Boston,  Little, Brown & Company 1996: 373-376.

19. Hughson WG. Approaches to Occupational-Environmental Lung Disease. *In* Bordow RA, Moser KM (eds): <u>Manual of Problems in Pulmonary Medicine, Fourth Edition</u>. Boston,  Little, Brown & Company 1996: 361-364.

20. Hughson WG, Fedoruk MJ. Occupational and Environmental Causes of Lung Cancer and Esophageal Cancer. *In* Aisner J, Arriagada R, Green MR, Martini N, Perry MC (eds): <u>Comprehensive Textbook of Thoracic Oncology</u>. Baltimore, Williams & Wilkins 1996:66-89.

21. Fedoruk MJ, Logan DC, McDiarmid MA, Forrester BG, Hughson WG, Holland C, Newby HE, Saunders JH. American College of Occupational and Environmental Medicine (ACOEM) Reproductive Hazard Management Guidelines. Journal of Occupational and Environmental Medicine 1996;38:83-90.

22. Hughson WG. Guest Editorial: The Undercover Advocate. RT/The Journal for Respiratory Care Practitioners. April/May 1997:18,117.

23. Hughson WG. Occupational and Environmental Medicine in an Academic Medical Center.  Western Journal of Medicine 1998 (in press).

24. Hughson WG. Silicosis, Coal Workers= Pneumoconiosis and Byssinosis. *In* Bowler RM, Cone JE (eds): <u>Occupational Medicine Secrets</u>. Philadelphia, Hanley & Belfus 1999: 101-105.

25. Hughson WG. Approaches to Occupational-Environmental Lung Disease. *In* Bordow RA, Ries AL, Morris TA (eds): <u>Manual of Problems in Pulmonary Medicine, Fifth Edition</u>. Philadelphia, Lippincott, Williams & Wilkins 2001, 415-418.

26. Hughson WG. Coal Workers= Pneumoconiosis. *In* Bordow RA, Ries AL, Morris TA (eds): <u>Manual of Problems in Pulmonary Medicine, Fifth Edition</u>. Philadelphia, Lippincott, Williams & Wilkins 2001, 421-424.

27. Hughson WG. Occupational Asthma. *In* Bordow RA, Ries AL, Morris, TA(eds): <u>Manual of Problems in Pulmonary Medicine, Fifth Edition</u>. Lippincott, Williams & Wilkins 2001, 428-431.

28. Hughson WG. Disability and Medicolegal Evaluation. *In* Bordow RA, Ries

AL, Morris TA (eds): <u>Manual of Problems in Pulmonary Medicine, Fifth Edition</u>. Philadelphia, Lippincott, Williams & Wilkins 2001, 431-434.

29.  Fung F, Hughson WG. Health effects of indoor fungal bioaerosol exposure. Applied Occupational and Environmental Hygiene 2003;18:535-544.

30.  Fung F, Hughson WG. The fundamentals of mold-related illness. Postgraduate Medicine Online June 2003;113, No 6.

31.  Hughson WG. Approaches to Occupational-Environmental Lung Disease. <i>In</i> Bordow RA, Ries AL, Morris TA (eds): <u>Manual of Problems in Pulmonary Medicine, Sixth Edition</u>. Philadelphia, Lippincott, Williams & Wilkins 2004, (In Press).

32.  Hughson WG. Coal Workers= Pneumoconiosis. <i>In</i> Bordow RA, Ries AL, Morris TA (eds): <u>Manual of Problems in Pulmonary Medicine, Sixth Edition</u>. Philadelphia, Lippincott, Williams & Wilkins 2004, (In Press).

32.  Hughson WG. Asbestos-Related Disease. <i>In</i> Bordow RA, Ries AL, Morris TA (eds): <u>Manual of Problems in Pulmonary Medicine, Sixth Edition</u>. Philadelphia, Lippincott, Williams & Wilkins 2004, (In Press).

34.  Hughson WG. Occupational Asthma. <i>In</i> Bordow RA, Ries AL,Morris TA eds): <u>Manual of Problems in Pulmonary Medicine, Sixth Edition</u>. Philadelphia, Lippincott, Williams & Wilkins 2004, (In Press).

35.  Hughson WG. Disability and Medicolegal Evaluation. <i>In</i> Bordow RA, Ries AL, Morris TA (eds): <u>Manual of Problems in Pulmonary Medicine, Sixth Edition</u>. Philadelphia, Lippincott, Williams & Wilkins 2004, (In Press).

## ABSTRACTS

1.  Hughson WG, Lonky SA.  The Effect of Exposure to Ozone on the Protease-Antiprotease System of the Dog.  American Review of Respiratory Disease 1982;125:148.

hughson.cv.21/mydocs) 6-14-05

2005

ARMSTRONG, D. Veronica (WD: Donald) v. ACandS. Los Angeles Superior Court Case No. BC 269759. Deposition 1-28-05.

ARMSTRONG, William (WD: John) v. ACandS, Inc. Los Angeles Superior Court Case No. BC 271999. Deposition 7-15-05.

ASLANIAN, Varoujan and Diana v. 3 M Company. Los Angeles Superior Court Case No. BC 308960. Deposition 1-14-05.

BIEN, Willie and Bonnie v. American Asbestos Co. . San Francisco Superior Court Case No. 433739. Deposition 2-9-05.

BERRY, Pauline (WD: Dewey) v. A.W. Chesterton Co. San Francisco Superior Court Case No. 404491. Deposition 2-23-05.

BILES, Ronald v. Asbestos Defendants. San Francisco Superior Court Case No. 406249. Deposition 2-11-05.

BLALOCK, Charles v. Asbestos Defendants. . San Francisco Superior Court Case No. 324880. Deposition 8-8-05.

BRUNER, Thomas and Blanche v. American Asbestos Co. San Francisco Superior Court Case No. 431429. Deposition 1-3-05.

BRYSON, Richard (WD: Georgina) v. A.W. Chesterton Co. San Francisco Superior Court Case No. 421730. Deposition 6-2-05.

CAHILL, Robert and Sarah v. Advocate Mines, Inc. San Francisco Superior Court Case No. 434994. Deposition 5-3-05.

CHAMPION, Judge H., et al. v. The Lincoln Electric Company, et al. In the 128th Judicial District Court of Orange County, Texas. Cause No. A-920,967-SC(2). Deposition 4-7-05.

CHULICK, John v. Asbestos Defendants. San Francisco Superior Court Case No. 404829. Deposition 6-7-05.

CLINTON, Bob and Gloria v. American Asbestos Co. San Francisco Superior Court Case No. 433284. Deposition 1-26-05. Trial testimony 2-22-05.

CROCKETT, Raymond v. Garlock Sealing Technologies. In the Circuit Court for the City of Newport News. At Law No. 38356P-03. Deposition 10-11-05.

1

DAVIS, Arline v. Honeywell International Inc. Alameda County Superior Court Case No. RG04187783. Deposition 8-3-05.

FOWERS, David and Fusano v. 3M Company. Los Angeles Superior Court Case No. BC 318781. Deposition 3-14-05.

GARCIA, Genaro and Delia v. Asbestos Defendants. San Francisco Superior Court Case No. 418098. Deposition 7-11-05.

GIBSON, Rhonda (WD: Ronald Tipton) v. Advocate Mines Limited. San Francisco Superior Court Case No. 425207. Deposition 6-3-05.

GORMAN, Rebecca (WD: McKinley Dorrell) v. Asbestos Defendants. San Francisco Superior Court Case No. 421755. Deposition 8-2-05.

GOUGEON, Helen (WD: James). San Francisco Superior Court Case No. 401427. Deposition 2-24-05.

GRIFFIN, Helen (WD: James) v. Buffalo Pumps, Inc. Los Angeles Superior Court Case No. BC 307 929. Deposition 7-6-05.

GRISEZ, Mark (WD: PADILLA, Charles) v. ACandS Inc. San Francisco Superior Court Case No. 421181. Deposition 9-27-05.

HAYES, Gerald v. Asbestos Defendants. San Francisco Superior Court Case No. 411982. Deposition 5-9-05.

HICKS, Lucas v. Garlock Sealing Technologies. In the Circuit Court for the City of Newport News. At Law No. 38116P-03. Deposition 10-11-05.

HINES, Lambert and Maureen. San Francisco Superior Court Case No. 434266. Deposition 4-11-05.

HOFMEISTER, Cyril and Ruth v. Asbestos Defendants. San Francisco Superior Court Case No. 429369. Deposition 1-11-05.

HORR, Marian (WD: Lanny) v. Allied Packing, Inc. Alameda County Superior Court Case No. RG03104401. Deposition 6-30-05.

HOWDER, George v. Asbestos Defendants. San Francisco Superior Court Case No. 321220. Deposition 2-11-05

JEFFRIES, Ruth (WD: James) v. Garlock, Inc. Alameda County Superior Court Case No.

2

2002-069621. Deposition 7-1-05.

JENSEN, Alvin and Pauline v. Saberhagen Holdings, Inc. Superior Court of Washington for King County. Case No. 04-2-20249-3 SEA. Deposition 6-27-05.

JOHNSON, Daniel and Veneisa v. A.W. Chesterton Co. San Francisco Superior Court Case No. 432923. Deposition 1-5-05. Trial testimony 3-3-05 and 3-4-05.

JORDAN, James v. Asbestos Defendants. San Francisco Superior Court Case No. 402113. Deposition 8-12-05.

KAISER, Victor v. AcandS. In the Circuit Court for Baltimore City. Case No. 24X02002466, Consolidated Case No. 24X04000078. Deposition 2-21-05.

LANE, Francis and Mary v. The Dial Corporation. Los Angeles Superior Court Case No. BC 310153. Deposition 5-23-05.

LANTZ, Ernest and Malle v. Asbestos Corporation. San Francisco Superior Court Case No. 436967. Deposition 5-16-05.

LINN, David and Mary v. The Flintkote Company. Los Angeles Superior Court Case No. BC 309920. Deposition 3-30-05.

MAGER, Robert and Margaret v. Advocate Mines, Inc. San Francisco Superior Court Case No. 434307. Deposition 9-7-05.

MAIN, Ronald v. Asbestos Corporation Ltd. San Francisco Superior Court Case No. 436491. Deposition 6-6-05.

MASSIMINO, Cosmas Jack and Mary v. Asbestos Defendants. San Francisco Superior Court Case No. 412937. Deposition 4-25-05.

MASTERS, Zeddie v. Asbestos Defendants. San Francisco Superior Court Case No. 431681. Deposition 2-25-05.

McCOLLUM, Thomas v. Asbestos Defendants. San Francisco Superior Court Case No. 313994. Deposition 6-7-05.

MIKELL, Elsie (WD: Linwood) v. American Biltrite, Inc. San Francisco Superior Court Case No. 425309. Deposition 9-2-05.

MILLER, Jerry v. Asbestos Defendants. San Francisco Superior Court Case No. 418794 Deposition 3-8-05.

3

MORRISON, James and Sandra v. American Asbestos Co. San Francisco Superior Court Case No. 432013. Deposition 10-12-05.

O'HALLORAN, Joseph Michael v. ACandS, Inc. San Francisco Superior Court Case No. 435388. Deposition 7-8-05 and 7-19-05.

RATLIFF, Martha (WD: Beatrice Grijalva) San Francisco Superior Court Case No. 319329. Deposition 2-24-05.

RODGERS, James v. Asbestos Defendants. San Francisco Superior Court Case No. 317159. Deposition 1-12-05.

ROSEN, Debora (WD: Sherwin Rosen) v. Asbestos Corporation Ltd. San Francisco Superior Court Case No. 049017. Deposition 6-13-05.

SALYER, Joan and David v. A.W. Chesterton, et al. San Francisco Superior Court Case No. 438617. Deposition 10-10-05.

SCANDLYN, Charles and Sylvia v. Asbestos Defendants. San Francisco Superior Court Case No. 431122. Deposition 2-4-05.

SCRIVNER, Ronald v. Asbestos Defendants. San Francisco Superior Court Case No. 411286. Deposition 4-15-05.

SERRAO, Thomas and Catherine v. American Asbestos Co. San Francisco Superior Court Case No. 430560. Deposition 1-7-05.

SIAS, Estella (WD: Ralph) v. A.W. Chesterton Co. San Francisco Superior Court Case No. 416695. Deposition 2-23-05.

SILVA, Ronald and Nancy v. American Asbestos Co. San Francisco Superior Court Case No. 433253. Deposition 2-28-05.

SMITH, Larry E. and Linden v. American Asbestos Co. San Francisco Superior Court Case No. 434096. Deposition 5-16-05.

SPEICHER, Billie and May Ann v. American Asbestos Co. San Francisco Superior Court Case No. 432443. Deposition 2-18-05.

SPOONER, William v. Asbestos Defendants. San Francisco Superior Court Case No. 400033. Deposition 2-1-05.

STUTSMAN, Stanley and Audrey v. A.W. Chesterton Co. San Francisco Superior Court Case No. 434404. Deposition 3-29-05.

SURPRENANT, John (WD Bonnie Jean Surprenant) v. Atlas Turner Inc. Los Angeles Superior Court Case No. BC 271320. Deposition 5-18-05.

VANDEN BROEK, Douglas v. Asbestos Defendants. San Francisco Superior Court Case No. 436690. Deposition 9-30-05.

VAUGHN, Larry v. 3M Company. Los Angeles Superior Court Case No. BC 322230. Deposition 3-2-05.

VENT, Jo Ann, et al. v. ACandS Inc, et al. Case of KAISER, Lillian (WD: Victor Joseph Kaiser, Jr.). In the Circuit Court for Baltimore City. Consolidated No. 24X04000078. Deposition 2-21-05.

WILLIAMS, Louis and Mary v. Atlas Turner Inc. Los Angeles Superior Court Case No. BC 273051. Deposition 5-20-05.

WORTHLEY, Richard and Mickie v. Asbestos Defendants. San Francisco Superior Court Case No. 432308. Deposition 4-22-05.

ZYGIELBAUM, Paul and Michelle v. Asbestos Corporation Ltd. Alameda County Superior Court Case No. RG04152563. Deposition 6-20-05.

## 2004

ALDERETE, Dennis and Shirley v. Advocate Mines Ltd. San Francisco Superior Court Case No. 425763. Deposition 5-14-04.

AMUNDSEN, Anastasia (WD: Robert Amundsen) v. Asbestos Defendants. San Francisco Superior Court Case No. 408444. Deposition 5-20-04.

ANSELMO, Eleanor (WD: Michael Wise) v. Raybestos-Manhattan. San Francisco Superior Court Case No. 310164. Deposition 1-30-04. Trial testimony 3-23-04.

ARNO, Robert and Anna May v. A.P. Green Industries, Inc. San Francisco Superior Court Case No. 406660. Deposition 1-29-04.

BEAVER, John and Virginia v. A.W. Chesterton. San Francisco Superior Court Case No. 424112. Deposition 5-6-04.

BLISS, Robert and Barbara v. Atlas Turner, Inc. Los Angeles Superior Court Case No. BC 272884. Deposition 10-29-04.

5

BOUTTE, Wilmer and Jessie v. Atlas Turner Inc. Los Angeles Superior Court Case No. BC 294252. Deposition 7-8-04.

BRADEN, Richard v. ACandS. San Francisco Superior Court Case No. 422816. Deposition 3-15-04.

BURNS, William and Mary v. Asbestos Defendants. San Francisco Superior Court Case No. 426568. Deposition 4-30-04.

CADLO, Anthony and Maxlyn v. Asbestos Defendants. San Francisco Superior Court Case No. 412325. Deposition 4-2-04.

CARTER, Donnajean (WD: John) v. ACandS Inc. Alameda County Superior Court Case No. 2001-031879. Deposition 6-24-04.

CHANCE, Delores (WD: Charles) v. A.P. Green Industries, Inc. San Francisco Superior Court Case No. 322406. Deposition 1-7-04.

CREAN, Thomas v. American Honda Motor Company. Ventura County Superior Court Case No. SC037443. Deposition 5-19-04.

CROW, William v. AGCO Corporation. San Francisco Superior Court Case No. 425890. Deposition 5-21-04.

DAVIDSON, Elbert v. Burns International Services, Inc. San Francisco Superior Court Case No. 429088. Deposition 7-12-04.

DELAUTER, Robert Glenn v. A.W. Chesterton Co. Circuit Court for Baltimore City. Case No. 24X03000784. Deposition 6-14-04.
DIBLER, Richard and Shirley v. A.W. Chesterton Co. San Francisco Superior Court Case No. 411542. Deposition 8-12-04.

DRYDEN, David and HENLE, Patricia v. Asbestos Defendants. San Francisco Superior Court Case No. 322306. Deposition 4-5-04.

ESCAMILLA, Ernesto and Maria v. American Standard, Inc. Los Angeles Superior Court Case No. BC 303900. Deposition 5-3-04. Trial testimony 6-10-04.

FAUGHT, Dorothy (WD: J.C. Faught) v. Asbestos Defendants. San Francisco Superior Court Case No. 409103.  Deposition 5-20-04.

FITZPATRICK, Julius and Dorothy v. Asbestos Defendants. San Francisco Superior Court Case No. 417722. Deposition 4-9-04.

6

FREEMAN-DOVE, Mary (WD: DOVE, Christopher) v. AP Green, et al. San Francisco Superior Court Case No. 309234. Deposition 3-3-04.

GARCIA, Gloria v. Amcord Inc. San Francisco Superior Court Case No. 423524. Deposition 4-23-04.

GENDREAU, Donald and Laura v. American Asbestos, Inc. Alameda County Superior Court Case No. RG04135013. Deposition 11-4-04.

GIESICK, Vernon and Dorice v. ACandS. San Francisco Superior Court Case No. 412056. Deposition 10-7-04.

GUERRERO, Guillermo and Cecelia v. Asbestos Defendants. San Francisco Superior Court Case No. 427935. Deposition 12-9-04.

HAYNES, Louie "Joe" and Laura v. A.W. Chesterton Inc. San Francisco Superior Court Case No. 426250. Deposition 5-7-04.

HOWARD, Florence (WD: Paul) vo ACandS, Inc. Los Angeles Superior Court Case No. BC 246281. Deposition 11-24-04.

JACKSON, Calvin v. Certainteed Corporation. San Diego Superior Court Case No. GIS009764. Deposition 4-14-04.

JESTES, James. V. Bigge Group. San Francisco Superior Court Case No. 411308. Deposition 5-3-04.

JUSINO, Janice, (WD: Nicholas Petropoulas) v. Asbestos Defendants. San Francisco Superior Court Case No. 410869. Deposition 5-20-04.

KESTERSON, Jessie v. Atlas Turner. Los Angeles Superior Court Case No. BC 271938. Deposition 4-19-04.

KETCHUM, Harlan v. Asbestos Defendants. San Francisco Superior Court Case No. 412550. Deposition 4-2-04.

KIMBROUGH, Gloria (WD: Delbert) v. A.W. Chesterton Company. San Francisco Superior Court Case No. 415814. Deposition 6-25-04.

KOESTER, Gary v. American Honda Motor Co., Inc. Los Angeles Superior Court Case No. BC300247. Deposition 11-16-04.

KRUGER, Ernst and Brigitte v. ACandS. San Francisco Superior Court Case No. 427234. Deposition 7-29-04.

7

LACHAPELLE, George & Ruth v. American Standard Inc. Los Angeles Superior Court Case No. BC 303899. Deposition 3-24-04. Trial testimony 4-26-04.

LEEZY, James and Sharon v. AAMCO Transmissions, Inc. Los Angeles Superior Court Case No. BC 248586. Deposition 10-6-04.

LENNARD, Paul and Irene v. Asbestos Defendants. San Francisco Superior Court Case No. 412970. Deposition 4-6-04.

LESSIER, Nathaniel and Gloria v. AcandS. Alameda County Superior Court Case No. RG03104407. Deposition 3-25-04.

LINDSAY, Norman and Marjorie v. ACandS. San Francisco Superior Court Case No. 421183. Deposition 1-2-04.

LIPPINCOTT, James and Kerric v. Moldex Metric. Ventura County Case No. 220451. Deposition 8-11-04.

LOW, Connette (WD: Anthony) v. Raybestos-Manhattan. San Francisco Superior Court Case No. 310856. Deposition 4-12-04.

McKENDRY, Vincent v. ASARCO, Inc.  San Francisco Superior Court Case No. 424329. Deposition 2-23-04.

McLAUGHLIN, Donna v. Advocate Mines Ltd. San Francisco Superior Court Case No. 421480. Deposition 2-5-04.

McMAKIN, Robert,  Jr. (WD: Robert McMakin, Sr.) v. Asbestos Defendants. San Francisco Superior Court Case No. 409160. Deposition 11-2-04.

McSHANE, Donald and Peggy v. Bondex International Inc. Los Angeles Superior Court Case No. BC 312605. Deposition 9-13-04.

MOONEY, Patrick v. Asbestos Defendants. San Francisco Superior Court Case No. 417669. Deposition 12-10-04.

MORGAN,  Donald & Rena v. Asbestos Defendants. San Francisco Superior Court Case No. 414103. Deposition 3-31-04.

NURIDDIN, J. Shaheed v. Asbestos Defendants. San Francisco Superior Court Case No. 420810. Deposition 9-8-04.

OCEGUEDA, Jose and Elva v. Allied Packing & Supply, Inc. San Francisco Superior

Court Case No. 429705. Deposition 9-17-04.

OSTER, Rosemary (WD: Leroy) v. A.P. Green Industries, Inc. San Francisco Superior Court Case No. 309209. Deposition 7-7-04.

PAGAN, Michael and Patricia v. Burns International Services Corporation. Los Angeles Superior Court Case No. BC 298373. Deposition 1-5-04.

PANNELL, Ricky and Pam v. Nalco Chemical Company. Los Angeles Superior Court Case No. BC 246473. Deposition 4-20-04.

PANZER, Samuel v. Asbestos Defendants. San Francisco Superior Court Case No. 430286. Deposition 9-2-04.

PEARSON, Eileen v. Asbestos Defendants. San Francisco Superior Court Case No. 412230. Deposition 8-31-04.

PERMAN, Donald and Judy v. Asbestos Defendants. San Francisco Superior Court Case No. 428104. Deposition 11-12-04.

PYLE, David v. Asbestos Defendants. San Francisco Superior Court Case No. 405145. Deposition 11-11-04.

REID, Richard and Shirley v. A.W. Chesterton Co. San Francisco Superior Court Case No. 423918. Deposition 2-2-04.

REYNOLDS, John v. Asbestos Defendants. San Francisco Superior Court Case No. 425664. Deposition 6-4-04.

ROSS, Charles and Donna v. A.W. Chesterton Co. San Francisco Superior Court Case No. 421637. Deposition 2-18-04.

SANCHEZ, Hector and Guadalupe v. Crown Cork & Seal Co. San Francisco Superior Court Case No. 423463. Deposition 1-21-04.

SIMMONS, Ronald & Cheryl v. Allis Chalmers Corporation. Alameda County Superior Court Case No. RG03102214. Deposition 1-14-04.

SIMS, Pamela (WD: Benny) v. Bay Tankers Inc. Los Angeles Superior Court Case No. BC 288564. Deposition 5-26-04.

SLAUGHTER, Freda v. Asbestos Defendants. San Francisco Superior Court Case No. 411529. Deposition 11-18-04.

9

THOMAS, Lucille (WD: Charles) v. Atlas Turner, Inc. Los Angeles Superior Court Case No. BC 262037. Deposition 9-1-04.

TREGGETT, Robert and Linda v. American Standard, Inc. Los Angeles Superior Court Case No. BC 303899. Deposition 8-30-04. Trial testimony 9-30-04 and 10-1-04.

UPLEGER, Jacqueline & Earl v. Asbestos Defendants. San Francisco Superior Court Case No. 410755. Deposition 3-30-04.

WALDEN, Linda v. Burns International Services Inc. San Francisco Superior Court Case No. 425238. Deposition 8-13-04.

WASH, Rickey and Mary v. A.W. Chesterton Inc. San Francisco Superior Court Case No. 429648. Deposition 9-10-04.

WEBER, Willi & Gisele v. Bridgestone/Firestone Inc. San Francisco Superior Court Case No. 425210. Deposition 2-10-04.

WHITNEY, David and Joy v. Atlas Turner, Inc. Los Angeles Superior Court Case No. BC 293684. Deposition 4-9-04. Trial testimony 5-27-04.

WILLIAMS, Tommie and Imogene v. Carver Pump Co. Los Angeles Superior Court Case No. BC 309034. Deposition 12-17-04

WILSON, James and Stella v. American Standard, Inc. San Francisco Superior Court Case No. 427239. Deposition 5-28-04.

WILSON, Sherry (WD: William) v. Asbestos Corporation. San Francisco Superior Court Case No. 415028. Deposition 8-9-04.

YATES, Linda (WD: Richard) v. ACandS, Inc. Los Angeles Superior Court Case No. BC 248055. Deposition 11-22-04.

YENCHO, Thomas and Reena v. Azrock Industries Inc. In the Court of Common Pleas, for the County of Philadelphia, February Term, 2003. Case No. 884. Trial testimony 5-10-04.


## 2003


AGUAYO, Danny, et al. v. Pacific Gas & Electric, et al. Los Angeles Superior Court Case No. BC 123746. Deposition 10-22-03.

ALLEN, Geraldine (WD: Leonard) v. Raybestos-Manhattan. San Francisco Superior Court Case No. 311280. Deposition 2-10-03.

ANDREWS, Thomas v. Asbestos Defendants. San Francisco Superior Court Case No. 313263. Trial testimony 8-7-03.

BAKER, Tom v. Asbestos Defendants. San Francisco Superior Court Case No. 419044. Deposition 11-17-03.

BANGS, Ernest & Corrine v. Aerojet General. San Francisco Superior Court Case No. 416402. Deposition 7-18-03.

BAUMGARTEN, James and Linda v. A.W. Chesterton. San Francisco Superior Court Case No. 414842. Deposition 4-21-03 and 4-24-03.

BERNARD, Samuel and Sandra v. AcandS. Los Angeles Superior Court Case No. BC 264506. Deposition 2-19-03.

BISHOP, Gertrude, et al. v. A.W. Chesterton Co. San Francisco Superior Court Case No. 315587. Deposition 11-5-03.

BRAINARD, Dorothy (WD: Elmer) v. Borg-Warner Corp. Los Angeles Superior Court Case No. BC 2259126. Deposition 7-7-03.

BRAYTON GROUP 239. San Francisco Superior Court. Deposition 5-5-03.

BRUSHIA, Steven and Jennifer v. A.W. Chesterton. San Francisco Superior Court Case No. 412910. Deposition 5-22-03.

CATANIA, Barbara & Michael v. AcandS. United States District Court Middle District of Louisiana. C.A. No. 02-368-D-M1. Deposition 1-29-03.

CREECH, Roger and Roberta v. AcandS. Superior Courth for the State of Washington for the County of King. Case No. 02-2-21034-1SEA.. Deposition 1-13-03.

DeLISLE, James and Donna v. ALTA Building Company. San Francisco Superior Court Case No. 415833. Deposition 6-4-03.

DuFAULT, Stanley v. A.W. Chesterton Co. San Francisco Superior Court Case No. 414448. Deposition 6-11-03.

EDMISTON, Alice and Barry v. Raybestos-Manhattan, Inc. San Francisco Superior Court Case No. 322906.  Deposition 12-10-03.

FISHER, Wallace and Mildred v. A.W. Chesterton Co., et al. San Francisco Superior Court Case No. 417179. Deposition 7-31-03.

FORBES, Lewis & Diana v. AcandS. San Francisco Superior Court Case No. 411098. Deposition 1-30-03.

GAITHER, Edna (WD: Robert) v. Raybestos-Manhattan. San Francisco Superior Court Case No. 314282. Deposition 3-26-03.

GRAHAME, James P. v. A.W. Chesterton Co. San Francisco Superior Court Case No. 419444. Deposition 10-2-03.

GROVE, Maureen (WD: Larry) v. A.W. Chesterton Co. San Francisco Superior Court Case No. 405465. Deposition 11-18-03.

HANLEY GROUP 34. San Francisco Superior Court. Deposition 2-24-03.

HOEFFER, Phillip v. Asbestos Defendants. San Francisco Superior Court Case No. 413073. Deposition 11-6-03. Trial testimony 12-1-03.

HOLDER, Harold and Shirley v. A.W. Chesterton. San Francisco Superior Court Case No. 414546. Deposition 4-21-03 and 4-24-03.

JAMESON, Virginia (WD: Ray A. Jameson). Superior Court of Washington for Skagit County. Case No. 02-2-01069-8. Deposition 12-15-03.

KEYSER, Patrick and Mary v. A.W. Chesterton. San Francisco Superior Court Case No. 417563. Deposition 8-21-03.

KRIVCHUK, Jeffrey and Stacey v. Atlas Turner. Los Angeles Superior Court Case No. BC 260354. Deposition 1-6-03.

LADD, Russell v. A.P. Green. San Francisco Superior Court Case No. 402517. Deposition 5-22-03.

LASSEN, Lois and Sergei v. A.W. Chesterton. San Francisco Superior Court Case No. 416434. Deposition 8-4-03.

LEE, Roy Duane v. A.P. Green. San Francisco Superior Court Case No. 314384. Deposition 2-21-03.

LITTLE, Eunice (WD: Ronald) v. Asbestos Defendants. San Francisco Superior Court Case No. 321616. Deposition 2-27-03.

12

MADARIS, James v. Crown Cork & Seal Co. San Francisco Superior Court Case No. 421173. Deposition 11-25-03.

MARSHALL, Cecilia (WD: PATRICH, Delores) v. AcandS. Los Angeles Superior Court Case No. BC 248587. Deposition 3-13-03.

MIKOLICH, Terrence and Janice v. DEE Engineering Co. San Francisco Superior Court Case No. 416684. Deposition 12-11-03.

MINKLER, Edward L. (WD: Irmgard Minkler) et al. v. Bondex International, et al. Los Angeles, Superior Court Case No. BC 256894. Deposition 2-5-03.

MUELLER, Forrest and Jody v. The Dow Chemical Company. Los Angeles Superior Court Case No. BC 259907. Deposition 12-23-02. Trial testimony 4-16-03.

MULLEN, Richard and Sheila v. Asbestos Defendants. San Francisco Superior Court Case No. 408861. Deposition 3-3-03.

NAVARRO, Alfred (WD: Barbara) v. Bondex International, et al. Los Angeles Superior Court Case No. BC 243027. Deposition 1-27-03.

NIEMEIER, Gina and Michael v. AcandS. San Francisco Superior Court Case No. 410294. Deposition 4-7-03.

ONTIVEROS, Michelle v. Ametek, Inc. Los Angeles Supeior Court Case No. BC 243455. Deposition 6-26-03.

PLANTS, Carolyn (WD: William) v. Raybestos-Manhattan. San Francisco Superior Court Case No. 316006. Deposition 11-13-03.

RADLEY, Joe v. A.W. Chesterton Co. San Francisco Superior Court Case No. 416333. Deposition 6-12-03.

RAIGOZA, Eugena (WD: Rayinaldo) v. Asbestos Defendants. San Francisco Superior Court Case No. 303643. Deposition 2-27-03.

RICHARDSON, D'Arcy and Carole v. A.W. Chesterton Co. San Francisco Superior Court Case No. 411448. Deposition 2-3-03.

ROWSEY, Dolores (WD: Lorin) v. A.W. Chesterton Co. San Francisco Superior Court Case No. 405787. Deposition 11-7-03.

SABIN, Jannetje v. A.W. Chesterton Co. San Francisco Superior Court Case No. 400185.

13

Deposition 7-24-03.

SANCHEZ, Eduardo and Maria v. BorgWarner, Inc.. Los Angeles Superior Court Case No. BC 290003. Deposition 8-13-03.

SARTAIN, Robert Harlin and Darlene Fay v. Allied Engineering and Production. San Francisco Superior Court Case No. 418378. Deposition 9-4-03.

SILVESTRO, Doris (WD: Salvatore Silvestro) v. AcandS. Los Angeles Superior Court Case No. BC 253974. Deposition 5-27-03.

TIMS, Lester & Elsie v. Asbestos Defendants. San Francisco Superior Court Case No. 401308. Deposition 1-2-03.

TOMA, Yaacoub and Latifa v. Abex Corp. Alameda County Superior Court Case No. RG 03083024. Deposition 8-9-03.

TONELLA, Nancy (WD: Ernest) v. AcandS. Los Angeles Superior Court Case No. BC 229612. Deposition 7-7-03.

VELASQUEZ, Raymond v. A.W. Chesterton Co. San Francisco Superior Court Case No. 416023. Deposition 7-24-03.

WELLS, John and Carole v. Asbestos Defendants. San Francisco Superior Court Case No. 316792. Trial testimony 3-19-03.

WHALEY, Betty (WD: Mayo) v. A.P. Green. San Francisco Superior Court Case No. 315953. Deposition 3-14-03.

WHITTLE, Doreen (WD: Ronald) v. Asbestos Defendants. San Francisco Superior Court Case No. 321942. Deposition 2-27-03.

W.R. GRACE & Co., Debtors. Chapter 11. In the United States Bankruptcy Court for the District of Delaware. Case No. 01-01139 (JKF). Deposition 6-6-03.

YOUNG, Stanley (WD: YOUNG, Gail). v. Asbestos Defendants. San Francisco Superior Court Case No. 300870. Deposition 10-10-03.

## 2002

ANDERSON, Douglas v. Atlas Turner. Los Angeles Superior Court Case No. BC 257187. Deposition 10-18-02.

ANDREWS, Charles v. Asbestos Defendants. San Francisco Superior Court Case No.

14

313714. Deposition 11-1-02.

BAILEY, James and Sandra v. AcandS. Alameda County Superior Court Case No. 2002-040207. Deposition 6-19-02.

BAKER, Judith v. Asbestos Defendants. San Francisco Superior Court Case No. 305194. Deposition 3-13-02.

BARKAT, Sheryle (WD: Rafi) v. Asbestos Defendants. San Francisco Superior Court Case No. 300640.  Deposition 3-14-02. Trial testimony 7-17-02.

BATTERMAN, Richard and Leola v. AlliedSignal.  San Francisco Superior Court Case No. 402383. Deposition 6-6-02.

BELL, Russell v. A.W. Chesterton, et al. San Francisco Superior Court Case No. 411090. Deposition 12-12-02.

BENNETT, Grant v. ACandS. San Francisco Superior Court Case No. 405006. Deposition 6-24-02.

BERNING, John and Beradine v. A.P. Green. San Francisco Superior Court Case No. 319733. Deposition 12-5-01. Trial testimony 1-15-02.

BOKMAN, Francis, et al. v. ACandS, et al. Circuit Court for Baltimore City. Consolidated Case No. 24-X-01000918. Deposition 4-24-02.

BOREM, Gale v. Asbestos Defendants. San Francisco Superior Court Case No. 313707. Deposition 8-5-02.

BOTTNER, Joel v. AcandS. San Francisco Superior Court Case No. 408280. Deposition 10-28-02.

BRATCHER, Herbert v. Asbestos Defendants. San Francisco Superior Court Case No. 315721. Deposition 8-5-02.

BRAYTON GROUP 206. San Francisco Superior Court. Deposition 1-3-02.

BRAYTON GROUPS 224 and 229.  San Francisco Superior Court. Deposition 11-1-02.

BRAYTON GROUP 232. San Francisco Superior Court. Deposition 12-6-02.

BRAUCH, Klaus v. Bondex International, et al., Los Aangeles Superior Court Case No: BC258492.  Deposition 4-3-02.

15

BURNS, Polly and Brad.v. Asbestos Defendants. San Francisco Superior Court Case No. 320774. Deposition 12-19-01. Trial testimony 2-5-02.

CAMPBELL, Patrick v. Abney Mills Corporation, et al. King County Superior Court Case No. 00-2-11084-7SEA.. Deposition 10-4-02. Trial testimony 10-23-02.

COX, Donald v. ACandS. San Francisco Superior Court Case No. 313914. Deposition 7-10-02.

DERY, Robert and Carole v. Raybestos-Manhattan. San Francisco Superior Court Case No. 315426. Deposition 6-6-02.

DOLL, Wilbert & Yolande v. A.P. Green, et al. San Francisco Superior Court Case No. 315995. Deposition 4-25-02.

FARRELL, Donald (WD: Michael) v. A.P. Green. San Francisco Superior Court Case No. 305420. Deposition 5-10-02.

FERGUSON, Thomas, et al. v. ACandS. Orange County Superior Court Case No. 00CC10003.
Deposition 7-3-02, trial testimony 9-4-02.

FOUX, John and Mary v. Asbestos Defendants. San Francisco Superior Court Case No. 322267. Deposition 2-8-02.

FREDERICK, Charles v. Asbestos Defendants. San Francisco Superior Court Case No. 401769. Deposition 10-10-02.

FURNESS, Charles v. A.W. Chesterton, et al. San Francisco Superior Court Case No. 409137. Deposition 12-12-02.

GARDNER, Gerald and Sandra v. AcandS. San Francisco Superior Court Case No. 406413. Deposition 10-30-02.

GOOKSTETTER, Jay v. Asbestos Defendants. San Francisco Superior Court Case No. 402713. Deposition 8-5-02.

GRAHAM, Fred & Myra v. Raybestos-Manhattan. San Francisco Superior Court Case No. 321955. Deposition 2-1-02.

GREEN, Raymond & Barbara v. AP Green, et al. San Francisco Superior Court Case No. 306545. Deposition 4-25-02.

GUNDERSON, Genevieve v. A.P. Green Industries. San Francisco Superior Court Case

No. 406207. Deposition 10-21-02. Trial testimony 12-4-02.

HAZEN, Sandra (WD: Thomas) v. ACandS. Los Angeles Superior Court Case No. BC 233617.
Deposition 1-31-02.

HOUX, Alice (WD: Merle) v. Raybestos-Manhattan, et al. San Francisco Superior Court Case No. 999286. Deposition 8-12-02.

JOHNSON, Ted v. Asbestos Defendants. San Francisco Superior Court Case No. 315723. Deposition 8-30-02.

JONES, Wayne v. A.P. Green, et al. San Francisco Superior Court Case No. 318617. Deposition 8-13-02 and 8-28-02.

KUHL, Barbara v. A.P. Green, et al. San Francisco Superior Court Case No. 403450. Deposition 9-20-02.

LAWSON, Otis v. Asbestos Defendants. San Francisco Superior Court Case No. 320544. Deposition 10-10-02.

MacDONALD, Susan and Geri v. Bondex International, et al. Los Angeles Superior Court Case No. BC 265537. Deposition 7-11-02.

MARSHALL, Robert & Martha. Alameda County Superior Court Case No. 2002-037221. Deposition 7-8-02.

MATTESON, John. Supreme Court of New York State. Case No. 01/1105240. Trial testimony 5-13-02 and 5-14-02.

McCARTHY, Douglas and Diana v. AcandS. Los Angeles Superior Court Case No. BC 252223. Deposition 6-10-02.

McQUILLIN, Ruth B., et al. v. A.P. Green Industries, et al. San Francisco Superior Court Case No. 308735. Deposition 7-29-02.

MENARD, George v. Asbestos Defendants. San Francisco Superior Court Case No. 322476. Deposition 8-5-02.

MUELLER, Forrest and Jody v. The Dow Chemical Company. Los Angeles Superior Court Case No. BC 259907. Deposition 12-23-02.

MUNDT, Eileen (WD: Donald) v. A.P. Green Industries, et al. San Francisco Superior Court Case No. 304678. Deposition 9-9-02.

17

NAUGHTIN, Howard v. Certain-Teed Corp. Los Angeles Superior Court Case No. BC 250026. Deposition 4-22-02. Trial testimony 10-31-02.

NELSON, Kevin and Debra v. Asbestos Defendants. San Francisco Superior Court Case No. 312252. Deposition 8-30-02.

NICHOLS, DeEtta v. A.P. Green Industries. San Francisco Superior Court Case No. 402056.

OTTEN, Boudewyn & Elizabeth v. A.P. Greetn, et al. San Francisco Superior Court Case No. 401739. Deposition 4-11-02.

PAUL, Charles (WD: James F. Hunter) v. A.P. Green Industries, Inc., et al. San Francisco Superior Court Case No. 305370. Deposition 9-9-02.

PETERSON, Karen & Jeffrey v. AcandS, et al. . Alameda Ccounty Superior Court Case No. 2001-031817. Deposition 4-15-02 and 5-5-02. Trial testimony 5-23-02.

PIPICH, Thomas v. Bondex International. Los Angeles Superior Court Case No. BC 267147. Deposition 11-11-02.

PLITZ, Ronald and Zandra v. Raybestos-Manhattan. San Francisco Superior Court Case No. 322574. Deposition 10-28-02.

PURCELL, John and Nancy v. Asbestos Defendants. San Francisco Superior Court Case No. 323892. Deposition 7-26-02.

RANEY, Glenn Ulysses v. A.P. Green, et al. San Francisco Superior Court Case No. 404805. Deposition 8-12-02.

RICHARDSON, Kirk and Candy v. AcandS. Los Angeles Superior Court Case No. BC 259075. Deposition 10-17-02.

ROBINSON, Jackie E. v. A.P. Green Industries. San Francisco Superior Court Case No. 400705. Deposition 5-28-02.

RODRIGUEZ, Enrique & Sixta v. A.P. Green. San Francisco Superior Court Cast No. 401889. Deposition 7-10-02.

RUGANI, Robert and Lois v. AcandS, et al. San Francisco Superior Court Case No. 302355.
Deposition 3-28-02.

18

SCHRECK, Inge and Sebastian v. Asbestos Defendants. San Francisco Superior Court Case No. 411418. Deposition 11-1-02.

SCOTT, Matthew v. AcandS. Alameda County Superior Court Case No. 2001-032665. Deposition 11-20-02.

SHEEHY, Gerald and Nancy v. AcandS. Los Angeles Superior Court Case No. BC 220887. Deposition 10-17-02.

SOARES, Renee (WD: Edward) v. Asbestos Defendants. San Francisco Superior Court Case No. 996843. Deposition 2-3-98. Trial testimony 1-24-02.

TRINCHESE, Vicotr and Francesca v. A.P. Green Industries. San Francisco Superior Court Case No. 400787. Deposition 6-6-02.

TODAK, Alfred and Stephanie. San Francisco Superior Court Case No. 320621. Deposition 1-3-02.

TOLBERTSON, Marlowe v. A.P. Green Industries. San Francisco Superior Court Case No. 314876. Deposition 2-28-02.

UNITED STATES OF AMERICA v. W.R. Grace Company. United States District Court for the District of Montana, Missoula Division. Civ. No. 01-72-M-DWM. Deposition 9-18-02.

## 2001

BERNING, John & Bernadine v. AlliedSignal. San Francisco Superior Court Case No. 319733. Deposition 12-5-01.

BOOK, Wendy v. Asbestos Defendants. San Francisco Superior Court Case No. 999220. Deposition 9-17-01.

BRAYTON GROUP 196. San Francisco Superior Court. Deposition 8-20-01.

BRAYTON GROUP 198. San Francisco Superior Court. Deposition 11-2-01.

BRAYTON GROUP 203. San Francisco Superior Court. Deposition 12-19-01.

CALTON, Richard v. Asbestos Defendants. San Francisco Superior Court Case No. 999958. Deposition 9-17-01 and 9-27-01.

CLINTON, Richard & Sylvia v. Raybestos-Manhattan. San Francisco Superior Court Case No. 321730. Deposition 11-30-01.

19

· COLWELL, Perry and Theresa. San Francisco Superior Court Case No. 304104. Deposition 10-15-01.

COSSMAN, Bette & Max V. Raybestos-Manhattan. San Francisco Superior Court Case No. 311804. Deposition 1-24-01.

DRESSLER, Donald v. Anchor Packing. San Francisco Superior Court Case No. 991836. Deposition 11-17-98. Trial testimony 11-7-01 and 11-8-01.

EDWARDS, Gerald Gene, Sr. v. GENERAL MOTORS CORP. San Francisco Superior Court Case No. 316196. Deposition 3-16-01.

ERNST, Ira. San Francisco Superior Court Case No. 314812. Deposition 7-17-01.

FREEMAN, Howard. San Francisco Superior Court Case No. 316687. Deposition 8-2-01.

GERKE, Judith v. AcandS, et al. Alameda County Superior Court Case No. 837457-8. Deposition 10-4-01.

GISHIZSKY, Lev & Irini v. Raybestos-Manhattan. San Francisco Superior Court Case No. 315028. Deposition 3-7-01.

GRABINSKY, Doug v. Asbestos Defendants. San Francisco Superior Court Case No. 988688. Deposition 11-26-01.

GRAHN, Donna (WD: Robert) v. Abex. San Francisco Superior Court. Case No. 922682. Deposition 7-27-00. Trial testimony 7-10-01.

HANSEN, Donna & Russell v. Raybestos-Manhattan. San Francisco Superior Court Case No. 321639. Deposition 12-20-01.

HENDERSON, Don & Marlene. Alameda County Superior Court Case Number 843027-6. Depositions 11-14-01 and 12-6-01. Trial testimony 12-11-01.

HORTON, Wallace Edward, et al. v. AlliedSignal, et al. In the Court of Common Please of Cuyahoga County Ohio. Case No. 391791. Deposition 2-20-01.

JOHNSON, Annie v. Asbestos Defendants. San Francisco Superior Court Case No. 306874. Deposition 11-26-01.

LAMBERTSON, Stephanie (WD: Dale) v. Raybestos-Manhattan. Alameda Superior Court Case No. 745097-0. Deposition 2-7-01.

20

LANE, Calvin v. Owens-Corning Fiberglas, et al. Los Angeles Superior Court Case No. BC 224881. Deposition 5-17-01. Trial testimony 6-25-01.

LEE, Roy Duane v. A.P. Green. San Francisco Superior Court Case No. 314384. Deposition 1-30-01.

MARK, Clyde v. Gasket Holdings, Inc. Los Angeles Superior Court Case No. BC 220192. Deposition 3-28-01. Trial testimony 8-1-01.

MARSH, Gary P. v. Letner Roofing, Inc., et al. Riverside Superior Court Case No. 334057. Deposition 2-19-01.

MINTZ, Adam v. ACandS. Los Angeles Superior Court Case No. BC 229204. Deposition 1-8-01.

MEJIA, Miguel v. State of California. Superior Court for the State of California for the County of San Luis Obispo. Case No. CV990515. Deposition 7-25-01.

NATIVIDAD, Graciela and Carlos v. Hermes Abrasives, et al. Los Angeles Superior Court - Southeast Division. Case No. VC 029287. Deposition 2-10-01.

NOVO, Gabriel v. AcandS. In the Circuit Court for Baltimore City. Case No. X00000003. Deposition 8-15-01.

ODLE, Dwight. San Francisco Superior Court Case No. 317966. Deposition 6-28-01. Trial testimony 7-5-01.

OVERLY, Louise (WD: Robert) v. Raybestos-Manhattan. San Francisco Superior Court Case No. 977927. Deposition 12-28-00. Trial testimony 1-10-01

POLLINGTON, William v. Asbestos Defendants. San Francisco Superior Court Case No. 315931. Deposition 2-23-01.

PRIOR, M. Renee v. Raybestos-Manhattan. San Francisco Superior Court Case No. 313504. Deposition 1-24-01. Trial testimony 2-28-01.

REYES, Mario v. Raybestos-Manhattan. San Francisco Superior Court Case No. 313506. Deposition 1-24-01 and 1-29-01. Trial testimony 2-13-01.

RICCI, Michael. San Francisco Superior Court Case No. 310389. Deposition 10-19-01.

. ROBERTSON, Fred v. Asbestos Defendants. San Francisco Superior Court Case No. 304714. Deposition 1-12-01.

21

SCHINGLE, Walter G. v. A.P. Green Industries, et al. San Francisco Superior Court Case No. 318455.  Deposition 7-20-01.  Trial testimony 9-12-01.

SEILER, Linda and James Jr. Alameda County Superior Court Case No. 836448-1. Deposition 7-11-01.

VASEN, Alan v. Asbestos Defendants. San Francisco Superior Court Case No.  312211. Deposition 1-12-01.

WATKINS, Hugh v. Raybestos-Manhattan. San Francisco Superior Court Case Nos. 316527 and 316528. Deposition 3-9-01.

WILMOT, Thomas v. Raybestos-Manhattan.  San Francisco Superior Court Case No. 316112.  Deposition 3-8-01. Trial testimony 3-13-01.

YEAGER, Richard & Shirley v. Asbestos Defendants. San Francisco Superior Court Case No. 312960.  Deposition 4-3-01.  Trial testimony 4-26-01.

10-12-05

22