EXHIBIT "A"

**CURRICULUM VITAE OF GORDON W. SPRATT, M. ENG., P. ENG.**

**1.0 UNIVERSITY EDUCATION**

1.1 Bachelor of Civil Engineering – McGill 1953

1.2 Master of Structural Engineering – McGill 1956

1.3 Post graduate studies in Geotechnical (McGill), Seismic and Computer Engineering (UBC)

**2.0 PROFESSIONAL REGISTRATIONS**

2.1 Professional Engineer: British Columbia and Washington

2.2 Member of Engineering Institute of Canada

2.3 Founding member, Building Envelope Council of British Columbia

**3.0 EXPERIENCE**

3.1 1954 – 1957: Warnock-Hersey, Montreal – As manager of the concrete and soils laboratory, supervised and trained a staff of more than 50 technicians. Responsible for the firm's materials consulting division. Other duties included field inspection services, investigations of building and equipment failures, conditions surveys, materials research and the preparation of reports.

3.2 1957 – 1960: MacDonald & MacDonald Ltd., Vancouver – Chief Engineer of one of B.C.'s most active consulting/testing firms. Managed testing laboratory and supervised more than 30 field inspectors and five laboratory personnel. Consulted and prepared expert reports on buildings, concrete technology and other aspects of construction.

3.3 1960 – 1964: Coast Eldridge Engineers and Chemists, Vancouver – Chief Engineer. Provided supervision, training, and technical guidance to a staff of over 100 at Western Canada's largest laboratory. Practice included the investigation of structural failures and production of technical reports.

3.4 1964 – 2007: President, Gordon Spratt & Associates Ltd., Vancouver, and Chief Engineer, Spratt Emanuel Engineering Ltd., Vancouver.

Company employed 20 to 50 engineers and technologists and provided condition surveys and consulting engineering services to residential and commercial projects. Provided testing, technical report preparation and consultation in relation to a wide range of construction matters, such as the selection of appropriate

2

building materials and technology, including materials related to insulation and fireproofing, and the investigation and remediation of building collapses, water damage and fires.

I have delivered more than 100 technical papers to professional groups, including the Architectural Institute of B.C., Engineering Institute of Canada, American Concrete Institute (Vancouver and Calgary Chapters), Amalgamated Construction Association of B.C., Western University Administrators, UBC School of Architecture, B.C. Institute of Technology, Vancouver Vocational School, Building Envelope Council of B.C., Canadian Home Builder's Association of B.C., and others.

In the 1970s, I appeared as a panel member and participant with a group of engineers and senior construction personnel advising the Worker's Compensation Board on Construction Safety.  This work involved analyzing the dangers that exist on or near construction sites, developing appropriate clauses/specifications to deal with same and to make recommendations for the Construction industry to follow.