*Expert Report*

The compiled data from these sources, summarized in Table 3, show a clear and consistent picture:

- Airborne asbestos levels in buildings, regardless of who manufactured the alleged ACM are consistently low, far below regulatory levels.

- Maintenance personnel who occasionally come into contact with or disturb ACM are exposed to airborne asbestos concentrations well below the regulatory levels.

Table 3. Summary of Indoor Air Concentrations for Various Buildings Nationwide

| Building | Sample Type | Operation | # Samples | Concentration, f/cc |
|---|---|---|---|---|
| CT Mutual | Area | Pre-Abatement | 26 | 0.0032 |
| | | Abatement–OWA | 132 | 0.0025 |
| Irvine | Area | Gen Monitoring | 429 | 0.003 |
| | | O&M | 133 | 0.013 |
| | Personal | O&M | 222 | 0.016 (TWA) |
| 5 Penn Center | Area | Background | 44 | 0.0029 |
| | | Pre-Abatement | 229 | 0.0070 |
| Chatham Center | Area | Gen Monitoring | 54 | 0.0054 |
| | | Pre-Abatement | 33 | 0.0028 |
| | Personal | O&M | 8 | 0.0260 |
| Northland Towers | Area | Gen Monitoring | 240 | 0.0018 |
| Prudential Plaza | Area | Gen Monitoring | 5 | 0.0035 |
| | | Pre-Abatement | 29 | 0.0062 |
| Twin Towers | Area | Gen Monitoring | 150 | 0.0040 |
| | | Pre-Abatement | 367 | 0.0140 |
| | Personal | O&M | 5 | 0.0330 |
| 11 Milan | Area | Gen Monitoring | 92 | 0.0026 |
| | Personal | O&M | 21 | 0.0080 |
| Brook Hollow | Area | Gen Monitoring | 11 | 0.0025 |
| Century Center | Area | Gen Monitoring | 60 | 0.0022 |
| Embarcadero Center | Area | Gen Monitoring | 670 | 0.0039 |
| | Personal | O&M | 22 | 0.1720 |
| First Florida | Area | Gen Monitoring | 85 | 0.0025 |
| NW Financial | Area | Gen Monitoring | 27 | 0.0050 |
| Prudential Plaza Denver | Area | Gen Monitoring | 27 | 0.0010 |
| Southdale Offices | Area | Gen Monitoring | 29 | 0.0186 |
| Chicago Bldgs | Area | Outdoor | 1218 | 0.0080 |
| | | Gen Monitoring | 908 | 0.0141 |
| | | Pre-Abatement | 2521 | 0.0103 |
| | Personal | Pre-Abatement | 1097 | 0.0176 |

6.10   *Plaintiff Expert Simulation Data Developed for Asbestos in Buildings Litigation*
Various simulations have been performed by plaintiffs' experts in support of asbestos in buildings litigation claims. Each of these simulations attempted to demonstrate that working in the vicinity of ACM or surface dusts that have an asbestos component will result in elevated asbestos fibers levels.

Unfortunately, the usefulness of each study is limited because of the improper analytical procedures that were used preventing any direct evaluation of the data in terms of health risk. Limited data are presented in these studies that suggest that, contrary to the reported findings, the observed airborne fiber concentrations were not significantly higher than the current OSHA regulatory levels of 0.1 f/cc (over an 8-hour period) and were generally below this level. These reports did not compute an 8-hour TWA.

6.10.1   *Cable Pulling*
Two simulations of pulling cable were performed at the Aspen Middle School[57] that demonstrated that personal exposures were at or below the OSHA PEL of 0.1 f/cc. For each simulation, ceiling tiles were removed and a weighted string was thrown from point to point. The string was then used to pull the cable from the starting location to the ceiling drop-down point. The majority of the air sample analyses were performed using an indirect preparation TEM procedure that renders the data useless in terms of comparing the results to regulatory levels or for calculating relative risks associated with the activity.

A few personal samples were collected and analyzed using PCM. The average results (0.13 f/cc and 0.34 f/cc for tests one and two, respectively) were reported for the tests. These values represent the average fiber concentrations over a 2.5 hour test period. The authors did not compute the TWA for these samples. When appropriately converted to an 8-hour TWA, these results (0.04 f/cc and 0.11 f/cc, respectfully) are not significantly different from the current OSHA regulatory level. Cable pulling is not performed by a worker every day for his/her working lifetime, therefore the lifetime exposure associated with this activity will be reduced by the fraction of time the worker actually spends performing this activity.

6.10.2   *Playing in a Gym and Cleaning Bookshelves*
Simulations of playing in a gym or during cleaning of bookshelves (and other surfaces) indicate the airborne fiber concentrations resulting from disturbance of surface dusts are far below OSHA regulatory levels[58]. At a YMCA in Greenville, SC, tests were conducted to simulate the play activities in a gym that had been unused for at least one year. These play activities lasted approximately two hours. In another room (the Jolly Room) that had

---

[57] D. L. Keyes, J. Chesson, W. M. Ewing, J. C. Faas, R. L. Hatfield, S. M. Hays, W. E. Longo, and J. R. Millette (1991). "Exposure to Airborne Asbestos Associated with Simulated Cable Installation Above A Suspended Ceiling", American Industrial Hygiene Association Journal, 52, p. 479-484.

[58] D. L. Keyes, J. Chesson, S. M. Hays, R. L. Hatfield, W. M. Ewing, W. E. Longo, and J. R. Millette (1992). "Re-entrainment of Asbestos From Dust in a Building With Acoustical Plaster", Environmental Choices Technical Supplement, 1, p. 6-11

been closed for several months, the surfaces were dry-dusted or dry-swept for about an hour. Samples of airborne particles were analyzed using an indirect preparation TEM method and were reported as average values for each test room.

The authors did not convert the measured concentration to TWA values. However there is sufficient information so that the data can be compared to the current OSHA limits. Keyes' conversion factor shows the 8-hour TWA for the personal samples from the gym simulation to be < 0.01 f/cc while the cleaning in the Jolly room resulted in a 0.02 f/cc TWA.

### 6.10.3 Maintenance Worker Activities

Eight simulations were conducted to document the possible airborne fiber exposure associated with work performed under an O&M program[59]. This work (encompassing moving a wall, cleaning, floor tile replacement, three light fixture maintenance, repair of plaster, and carpet removal) was conducted in unoccupied portions of a number of different buildings with either spray-on fireproofing or acoustical plaster. The results for the actual test and for a separate clean-up period are reported for each simulation.

Keyes et al do not report on the length of time spent performing each operation, though the discussion suggests each test took fewer than 8-hours. The data contained in the report cannot be used to calculate the actual TWA for the activity, nor do the authors provide a frequency and duration scenario for these activities.

## 7.0 Air Sample Data Provided by the Claimants Are Consistent with Published Data

Those filing claims in Grace's Bankruptcy were required to complete claim forms wherein question number 26 asked "Have you or anyone on your behalf ever conducted any testing or sampling for the presence of asbestos or other particulates in the property?" If the answer was yes, the claimant was asked to attach all documents related to any testing of the property.

RJLG was provided with 753 claims that attached "testing of property" documents for review and compilation. Of the 753 claims reviewed only 52 claims included any air test data. The data demonstrate that in those few instances where air monitoring took place in buildings at issue the levels were no different than outdoor air; the average concentration was < 0.01 f/cc. A summary of the air test data provided with the claims is shown in Table 4 below.

The air data are consistent with other building air data – airborne fiber levels are consistently low, well below OSHA regulatory limits.

---

[59] D. L. Keyes, W. M. Ewing, S. M. Hays, W. E. Longo, and J. R. Millette (1994). "Baseline Studies of Asbestos Exposure During Operations and Maintenance Activities", Applied Occupational Hygiene, *9*, p. 853-860.

*Expert Report*

Table 4. Summary of Claimant Air Sample Data

| Analysis Type | Method | Air Sample Type | Personal /Area | Count of Samples | Concentration (f/cc) |
|---|---|---|---|---|---|
| PCM | NIOSH 7400 | background | area | 2613 | 0.003 |
| | | | Personal (TWA) | 4 | ND* |
| | | O&M | area | 114 | 0.004 |
| | | other | area | 2 | ND |
| | | pre-abatement | area | 52 | 0.007 |
| | | | Personal (TWA) | 3 | 0.012 |
| | WCB 0200 | background | area | 30 | 0.012 |
| | WCB 0201 | pre-abatement | area | 11 | 0.0002 |
| | -na- | background | area | 13 | 0.001 |
| **PCM Total** | | | | **2842** | **0.0034** |
| TEM | AHERA | background | area | 170 | 0.000 |
| | EPA Level II | background | area | 16 | 0.003 |
| | NIOSH 7402 | background | area | 18 | 0.002 |
| | -na- | other | area | 3 | 0.009 |
| **TEM Total** | | | | **207** | **0.001** |

\* ND – Non-detect

## 8.0 The disturbance of ACM materials, dust or debris in the normal course of building operations produces only localized airborne asbestos levels that are even then generally well below the OSHA permissible exposure limit.

Asbestos fibers are firmly embedded in Grace building products and are not shed into the general building atmosphere due to disturbance of the ACM, dust or debris or due to vibration of the building. Building vibration occurs from a variety of factors ranging from walking to earthquakes. General building vibration occurs constantly; these effects have not been shown to increase airborne asbestos concentrations above ambient levels. More severe vibration, whether due to construction or earthquakes, have not resulted in elevated airborne asbestos concentrations. In addition to the body of data discussed previously, several studies demonstrate that disruptions of ACM materials, dust and debris result in only localized exposures that are generally well below the exposure limits permitted by OSHA.

### 8.1 Airborne Asbestos Concentrations in Buildings Following the Loma Prieta Earthquake

The Loma Prieta earthquake struck central, coastal California including San Francisco and the Bay Area on October 17, 1989. The earthquake measured 7.1 on the Richter scale and lasted for less than 10 seconds. The earthquake killed 62 people, injured 3737, destroyed 367 businesses, and left more than 12,000 homeless. Although devastating, this disaster provided the opportunity to evaluate the effect of a brief and violent event on the release

of asbestos fibers from buildings with ACM. A study[60] reported on asbestos concentrations of 419 air samples collected within the first five days following the earthquake from 55 buildings, including 25 schools, 3 universities, 20 commercial, 5 public, and 2 residential buildings.

The samples were collected throughout San Francisco, as well as locations ranging from Sacramento to Monterey, following NIOSH 7402 or AHERA requirements. The data from each building were averaged and grouped into three categories: (1) indoor buildings, (2) buildings with asbestos abatement in progress at the time of the earthquake, and (3) buildings where sampling was performed to monitor clean-up of earthquake debris. Outdoor air samples were also collected at each location. The air samples were analyzed by RJLG using TEM in accordance with the Yamate method.

The results indicated a significant difference in total structure concentration between the outdoor and indoor groups for all of the buildings in the study, 0.001 s/ml and 0.004 s/ml, respectively. However, there were no differences between the indoor and outdoor groups when considering fibers ≥ 5 μm or optically equivalent fibers; in the latter case both groups averaged about 0.0001 f/ml. The samples collected from debris clean-up and abatement sites did have significantly higher concentrations of fibers ≥ 5 μm as compared to the outdoor samples, 0.00240, 0.1122 and 0.00015 f/ml respectively.

The results of the study indicate that the average ambient asbestos concentrations in buildings following the Loma Prieta earthquake were generally below the AHERA clearance levels and far below the OSHA PEL of 0.1 f/cc.

8.2    Airborne Asbestos Concentrations During Crumbling / Pulverization of Fireproofing Material

Grace fireproofing materials are cementitious materials that, when fractured, break into composite particles, not free asbestos fibers. To document this, RJLG performed a crumbling/pulverization experiment on fireproofing material[23] and collected air samples from various locations relative to the debris stream of the crumbling. The air was monitored during pulverization (5-10 minutes), after pulverization (20 minutes) and throughout the overall experiment. The test was performed six times and the airborne asbestos concentrations were measured using PCM.

The results of the tests are divided into the upper breathing zone, lower breathing zone and area samples. Over the entire duration of the test, the upper breathing zone, lower breathing zone, and area samples had total concentrations of 0.0019, 0.0012, and 0.0013 f/cc respectively. During the pulverization only, the upper and lower breathing zones had concentrations of 0.0000 and 0.0002 f/cc, respectively. After the pulverization, the upper and lower breathing zones had concentrations of 0.0012 and 0.0019 f/cc, respectively.

---

[60] D. R. Van Orden, R.J. Lee, K.M. Bishop, D.Kahane and R. Morse (1995). "Evaluation of Ambient Asbestos Concentrations in Buildings Following the Loma Prieta Earthquake," Regulatory Toxicology and Pharmacology, 21, p. 117-122.

*Expert Report*

8.3   Report on On-Site Investigation of Asbestos Redispersion in Air

Corn investigated[61] the redispersal or reentrainment to air of asbestos structures contained in bulk fireproofing or in settled dust in buildings. The purpose of this study was to investigate building maintenance task activities under carefully controlled conditions in a vacant building and to measure the airborne concentrations of asbestos-in-air created by applying mechanical force and air velocities to sprayed-on fireproofing or settled dust containing asbestos. This subject was of significance to the concern for, and prediction of inhalation risk, if any, to building occupants and maintenance personnel. The fireproofing utilized in this study was Grace's Monokote-3 which contained 8-12% chrysotile. Asbestos was also present in the dust on the upper surfaces of ceiling tiles and in the carpet. Specific task activities investigated were vacuuming carpet containing asbestos, walking on ground bulk fireproofing spread on floor tiles, direct hammering of sprayed-on fireproofing in the ceiling plenum, and hammering the underside of 2 ft. x 2 ft. laid-in and 1 ft. x 1 ft. splined ceiling tiles to disperse upperside asbestos-containing settled dust.

The most significant result of this study was the consistent low concentrations of asbestos-in-air measured downstream of the various task activities. All airborne asbestos-in-air concentrations resulting from the task activities and measured by air sampling were below the OSHA PEL of 0.1 f/cc >5 μm length. In the experiment with the most intensive application of force, i.e., direct hammering of sprayed-on fireproofing in the above ceiling air plenum, average downstream airborne asbestos-in-air concentrations during the two-hour task activity per iteration averaged from 0.012 to 0.033 s/cc ≥ 5 μm length; average total asbestos structures varied from 0.059 to 0.16 s/cc. The concentrations of asbestos-in-air produced by this task activity were the highest measured for any of the task activities. Corn commented that these results were predictable since adhesive and cohesive forces causing asbestos structures to adhere to surfaces and other particles typically require very high applied air velocities or mechanical forces to become airborne. Air velocities and mechanical forces of the magnitude required to redisperse asbestos in air at concentrations presenting a significant inhalation risk are rarely, if ever, encountered in buildings where sprayed-on asbestos-containing fireproofing has been utilized.

9.0   **Surface concentration of asbestos structures, measured using indirect preparation methods, is not an indicator of past release of respirable fibers or a predictor of the potential for future releases.**

It is undisputed that asbestos health effects are related to the inhalation of airborne asbestos fibers[62],[63] not to the presence of asbestos in surface dusts.

---

[61] M. Morton Corn (1997). "Report on On-Site Investigation of Asbestos Redispersion in Air", November 14, 1997.

[62] U.S. Environmental Protection Agency, Integrated Risk Information System (IRIS), Asbestos (CASRN 1332-21-4), www.epa.gov/iris/subst/0371.htm, 02/20/2001.

*Expert Report*

The published literature shows that surface dust sampling and analysis for asbestos content is not scientifically reliable[64]. While dust samples may provide information on the presence or absence of asbestos in the sample, they do not provide information about the concentration of asbestos fibers in the air which is needed to assess exposure.

Building surface dusts contain materials that have been transported long distances prior to deposition. Where materials are locally damaged, the debris will fall and impact the surface because the particles are typically too large to be transported by the moving air. It is well documented that asbestos is present in the dust in buildings that do not contain ACM product material. The GSA building study[34] demonstrated that there was no appreciable difference between outdoor and indoor levels whether or not the building contained ACM and whether or not the ACM was in good condition. The highest airborne asbestos fiber concentration in that study was observed in a building with no ACM surfacing material. RJLG analyzed dust samples from three buildings in Baltimore[65], all of which were built following the EPA ban on asbestos products in 1989. All three of the buildings were found to contain chrysotile and amphibole asbestos fibers in the building dust.

Recent reports have demonstrated there is no correlation between airborne asbestos concentrations and asbestos in the surface dusts. As shown in Figure 1, testing performed by the EPA in Libby[66] shows two classes of data: 1) asbestos was observed in the dust, but not in the air (data on the horizontal scale) ; and 2) asbestos was observed in the air, but not in the dust (data along the vertical scale).

---

[63] D. W. Berman and K. S. Crump (2003). "Final Draft: Technical support document for a protocol to assess asbestos-related risk," U.S. Environmental Protection Agency, Revision of original from September 4, 2001, Peer-reviewed consultation held in San Francisco on February 25-16, 2003.
[64] E. Chatfield (2000). "Correlated Measurements of Airborne Asbestos-Containing Particles and Surface Dust", Advances in Environmental Measurement Methods for Asbestos, ASTM STP 1342, M. Beard and H. Rook, Eds., American Society for Testing and Materials, p. 378-402.
[65] RJ Lee Group, Inc., Report: "City of Baltimore, Project LDH111495", December 16, 1991.
[66] U.S. Environmental Protection Agency (2003). Libby Asbestos Site Residential/Commercial Cleanup Action Level and Clearance Criteria Technical Memorandum", Draft Final Report, December 15, 2003, available at: http://www.epa.gov/region8/superfund/libby/CleanupCriteria121503.pdf.

*Expert Report*



Figure 1. Testing Performed by the EPA in Libby shows no correlation between airborne asbestos concentrations and asbestos in the surface dust. Each point corresponds to a measurement of asbestos concentration in surface dust and a corresponding measurement of airborne asbestos fiber concentration. If surface dust was a predictor of airborne levels, the points would tend to fall along a line, not along the axes of the graph.

### 9.1    Post Earthquake Residential Sampling – Northridge Earthquake

A large scale study found no relationship between surface asbestos concentration and airborne asbestos levels in 1998,[67]   The study involved sampling and testing of air and surface dust collected from 142 homes in the Los Angeles area following the 1995 Northridge earthquake. Each of the homes involved in the study claimed structural damage resulting from the earthquake. This was the first published study to evaluate a large set of data where simultaneous measurements of airborne dust concentrations and surface dust were compared. It was also the first study to make the comparison in circumstances where damaged ACM was in the active living space, thus creating a potential for ongoing release of fibers and ACM particulate.

Over 1300 air samples were collected in the homes. Air samples were typically collected in several area locations throughout the home and outside the home and at two elevations

---

[67] R. J. Lee, D. R. Van Orden, and I. M. Stewart (1999). "Dust and Airborne Concentrations - Is There a Correlation?" Advances in Environmental Measurement Methods for Asbestos, ASTM publication STP 1342.

*Expert Report*

– one roughly at the breathing height for adults (5 ft) and the other at the breathing height for small children (1.5 ft) since the potential exists that a significant gradient in airborne asbestos concentration could exist if surface dust was indeed being entrained. Air samples were analyzed using established PCM (NIOSH 7400[68]) and TEM (NIOSH 7402[69]) methods. Surface dust was collected from the various homes using adhesive lift sampling (2000 samples) and microvacuum sampling (900 samples) methods. PCM and SEM techniques were used to determine the asbestos content of the surface dust samples.

The study concluded that while interior airborne asbestos concentrations were higher than outdoor concentrations, they did not exceed levels reported as urban background nor were there significant differences between levels detected in the presence of damaged ACM and those detected in homes where no ACM was present. In addition, the presence of damaged ACM in occupied living space did not correlate with airborne asbestos in either adult or child breathing zones. Therefore, the combined effects of entrainment of surface dust and shedding from damaged ACM are negligible. The study also demonstrated that the presence and/or the amount of asbestos in surface dust, as measured by indirect sample preparation techniques, are not a predictor of airborne concentrations. Furthermore, the presence of asbestos in the surface dust was found to be independent of the presence of asbestos in bulk samples collected from the residences and the presence of airborne asbestos was found to be independent of the presence of asbestos in the corresponding surface dust.

Figure 2 shows data from air and dust samples that were collected in homes that were reportedly damaged during the Northridge earthquake. As with the Libby comparison in Figure 1, these data show no correlation between surface dust and airborne asbestos fibers.

---

[68] National Institute for Occupational Safety and Health (NIOSH), "Updates on NIOSH Method 7400." NIOSH Manual of Analytical Methods, May 1989.
[69] National Institute for Occupational Safety and Health (NIOSH), "Asbestos Fibers - Method 7402." NIOSH Manual of Analytical Methods, May 1989.

*Expert Report*



Figure 2. Testing performed following the Northridge earthquake shows no correlation between airborne asbestos concentrations and asbestos in the surface dust. As in the graph of Libby samples (Figure 1), had the surface dust levels been a predictor of airborne levels, the points would not have clustered along the axes of the graph.

## 10.0 The extensive body of exposure data demonstrates that the cumulative exposures to building occupants and maintenance workers are well below the lifetime exposures permitted by OSHA

Each airborne asbestos concentration reported in the prior sections can be interpreted relative to the OSHA permissible exposure limit (0.1 f/cc, 8-hour TWA). The OSHA PEL is a regulatory standard that assumes an exposure lasting for a 45 year working lifetime, 50 weeks a year, 40 hours per week. Thus, the OSHA PEL takes into account not only the concentration of airborne asbestos but also the frequency and duration of asbestos exposures over a person's lifetime.

Table 5 summarizes the extensive body of exposure data presented in the prior sections and compares these results with the OSHA PEL.

Expert Report

Table 5. Summary of Reported Airborne Fibers Levels

| Report Section | Study | # Samples | # Bldgs | Type | PCM, f/cc | TEM, f/cc |
|---|---|---|---|---|---|---|
| | OSHA PEL | | | | 0.1 | |
| 5.1 | Chatfield | | | Ambient | | 0.013 (max) |
| 5.2 | GSA | | 67 | Area | | 0.00007 |
| 5.3 | UK Bldgs | | 43 | Area | | < 0.001 |
| 5.4 | 71 Schools | 473 | 71 | Area | | 0.00023 |
| 5.5 | HEI-AR | 1377 | 198 | Area | | 0.00019 – 0.00051 |
| 5.6 | 315 Bldgs | 2892 | 315 | Area | | 0.00013 |
| 5.7 | 752 Bldgs | 6566 | 752 | Area | | 0.00012 |
| 6.1 | Maint Work | 1227 | | Personal | 0.002 | |
| 6.3 | HEI-AR | | | Personal | | 0.0109 |
| 6.4 | Mo Custodians | 138 | | Personal | | 0.0001 |
| 6.5 | Corn | 500 | 5 | Personal | < 0.085 | |
| 6.6 | Hospital O&M | 394 | 1 | Personal | < 0.1 | |
| 6.7 | DC Office | 916 | 1 | | 0.0059 | |
| 6.8 | Mlynarek | 1008 | | Personal Area | < 0.027 0.0090 | |
| 6.9 | Various Bldg | 7519 1375 | | Area Personal | 0.0086 0.020 | |
| 6.10.1 | Cable Pull | | | Personal | 0.04 0.11 | |
| 6.10.2 | Gym | | | Personal | < 0.01 0.02 | |
| 8.1 | Loma Prieta | 419 | 55 | Area | | 0.0001 |

Given that maintenance and custodial work is generally periodic, most of these exposures will be intermittent and not continuous. As the data in Table 5 demonstrates, the PCM and TEM measurements are generally well below the OSHA PEL, even though they are not expressed as TWAs. The PCM concentrations for personal exposures would be even lower if appropriate TWA calculations were made. In any event, the extensive body of exposure data demonstrates that the cumulative exposures to building occupants and maintenance workers are generally well below the lifetime exposures permitted by OSHA.

## Richard J. Lee

**Affiliation:**
RJ Lee Group, Inc.
350 Hochberg Road
Monroeville, PA 15146

**Education:**
Ph.D., Theoretical Solid State Physics, 1970, Colorado State University
B.S., Physics, 1966, University of N. Dakota

**Career/Employment:**
- RJ Lee Group, Inc., President, 1986 - Present
- U. S. Steel Technical Center, Head - Physics, Electron Microscopy and Surface Analysis Section, 1973 - 1985
- Purdue University, Associate Professor, 1971
- Purdue University, Assistant Professor, 1970
- Lake Region Junior College, Instructor, 1966

**Summary:**
- Pioneered the use of quantitative electron diffraction techniques for the identification of asbestos
- Development of automated techniques for combined x-ray microanalysis and electron microscopy
- Developed and manufactured first PC-based Scanning Electron Microscope
- Developed Forensic product for GSR
- Developed Forensic LIMS software

**Honors, Awards, Fellowships & Memberships:**
- Microbeam Analysis Society
- ASM International
- ASTM Committee
- American Concrete Institute
- American Ceramic Society
- National Stone, Sand and Gravel Association
- International Standards Organization
- Health Effects Institute - Asbestos Research Literature Review Panel
- EPA Scientific Review Panel on Air Chemistry and Physics (1989)
- EPA Select Panel for Development of Methodology for Asbestos Analysis by Transmission Electron Microscopy (1987)
- Advisor on Asbestos Analysis to the Environmental Protection Agency
- External Advisory Committee for the College of Natural Sciences, Colorado State University
- National Defense Education Act Fellowship - 4 years
- Innovator of the Year – North Dakota, 1998
- Honorary Doctor of Science – University of North Dakota, 1996
- Entrepreneur of the Year – Mid-Atlantic States, 1991

**Publications & Presentations:** 189

**Patents:** 6

**Richard J. Lee, PhD**

**Publications and Presentations**

Li, X., J. Xingxing, W. Zi-qin, R. J. Lee, G. R. Dunmyre, K. L. Anderson, "Thin Film Standardless Analysis Used in TEM Asbestos EDS Analysis", Published in the Proceedings of the 46th Annual Meeting of the Electron Microscopy Society of America, San Francisco Press (1988).

Lee, R. J., K. L. Anderson, X. Li, "Common Errors in the Identification of Asbestos by the Visual Interpretation of Electron Diffraction Patterns", Presented at the National Asbestos Council, Session 43, Atlanta, GA, February 1988; and the InterMicro Group Meeting, Chicago, IL, June 1988.

Kim, D. S., P. K. Hopke, G. S. Casuccio, R. J. Lee, S. E. Miller, G. M. Sverdrup, R. W. Garber, "Comparison of Particles Taken from the ESP and Plume of a Coal-Fired Power Plant", Atmospheric Environment, Vol. 23, No. 1, pp 81-84 (1989).

Casuccio, G. S., A. J. Schwoeble, B. C. Henderson, R. J. Lee, P. K. Hopke, G. M. Sverdrup, "The Use of CCSEM and Microimaging to Study Source/Receptor Relationships", Presented to the ACPA/EPA Specialty Conference on Receptor Models in Air Resources Management, San Francisco, CA, February 1988; Receptor Models in Air Resources Management, Air Pollution Control Association, Pittsburgh, PA (1989).

Casuccio, G. S., A. J. Schwoeble, B. C. Henderson, R. J. Lee, P. K. Hopke, G. M. Sverdrup, "The Use of Computer-Controlled SEM and Microimaging to Assist in Airborne Particulate Characterization", Presented to the Fine Particle Society, Santa Clara, CA, July 1988.

Hopke, P. K., Y. D. Adewuyi, G. S. Casuccio, W. J. Mershon, R. J. Lee, "The Use of Fractal Dimension to Characterize Individual Airborne Particles", Presented to the 1988 EPA/APCA Symposium on Measurement of Toxic and Related Air Pollutants, Raleigh, NC, May 1988, Measurement of Toxic and Related Air Pollutants, Air Pollution Control Association, Pittsburgh, PA, pp 548-555 (1988).

Kim, D. S., P. K. Hopke, G. S. Casuccio, R. J. Lee, "Source Composition Profiles from CCSEM", Presented at the 80th Annual Meeting of the Air Pollution Control Association, New York, NY, June 1987.

Kim, D. S., P. K. Hopke, D. L. Massart, L. Kaufman, G. S. Casuccio, R. J. Lee, "Multivariate Analysis of CCSEM Auto Emission Data", Presented at the Second International Symposium on Highway Pollution, London, July 1986; The Science of the Total Environment, Vol. 59, Elservier Science Publishers B.V., Amsterdam (1987).

Hopke, P. K., D. S. Kim, R. J. Lee, G. S. Casuccio, "Use of a Rule-Building Expert System for Classifying Single Particles Based on SEM Analysis", Presented at the EPA/APCA Symposium on Measurement of Toxic and Related Air Pollutants, Raleigh, NC, May 1987; and APCA Specialty Conference, NC, June, 1987; Measurement of Toxic and Related Air Pollutants, Air Pollution Control Association, Pittsburgh, PA, pp 496-501 (1987).

Lee, R. J., J. S. Walker, R. L. Nordstrom, G. S. Casuccio, "Automated Electron Microscope Techniques for the Analysis of Asbestos and Other Airborne Particulates", Presented at the Specialty Conference on Asbestos Abatement, Washington, DC, March 1984, EPA Guidelines on Asbestos Abatement Procedures (1984).

Casuccio, G. S., P. B. Janocko, R. J. Lee, J. R. Kelly, S. L. Dattner, J. S. Mgebroff, "The Use of Computer Controlled Scanning Electron Microscopy in Environmental Studies", Air Pollution Control Association Journal, Vol. 33, No. 10, October 1983.

Casuccio, G. S., P. B. Janocko, R. J. Lee, J. F. Kelly, "The Role of Computer Controlled Scanning Electron Microscopy in Receptor Modeling", Presented at the 75th Annual Meeting of the Air Pollution Control Association, New Orleans, LA, June 1982.

Lee, R. J., R. M. Fisher, "U. S. Asbestos Issues and Regulatory Compliance Procedures", Presented at the Seminar on Asbestos, JEOL LTD, Tokyo, Japan, November 1988.

**Richard J. Lee, PhD**

**Publications and Presentations**

Fisher, R. M., R. J. Lee, J. J. McCarthy, "Applications of Computers in Electron Microscopy", Proceedings of the Electron Microscopy Society of America Annual Meeting, Clairton Publishing Division, March 1982, Ultramicroscopy, Vol. 8, pp 351-360 (1982).

Lee, R. J., J. F. Kelly, R. M. Fisher, J. J. McCarthy, "Distribution of Chemical Species by Size from Mount Saint Helens Volcanic Ash from Various Sites", Presented to the Air Pollution Control Association, Philadelphia, PA, June 1981.

Lee, R. J., W. A. Spitzig, J. F. Kelly, R. M. Fisher, "Quantitative Metallography by Computer-Controlled Scanning Electron Microscopy", Journal of Metals, Vol. 33, No. 3, pp 80, March 1981.

Lee, R. J., R. M. Fisher, "Quantitative Characterization of Particulates by Scanning and High Voltage Electron Microscopy", Presented to the Materials Analysis Society, Ann Arbor, MI, June 1978, National Bureau of Standards Special Publication 533 (1980).

Lee, R. J., R. M. Fisher, "Identification of Fibrous and Nonfibrous Amphiboles in the Electron Microscope", Annals of the New York Academy of Science, Vol. 330, pp 645-660, December 1979.

Lee, R. J., R. M. Fisher, "Identification of Fibrous and Nonfibrous Amphiboles in the Electron Microscope", Published in the Proceedings of the International Conference on The Scientific Basis for the Public Control of Environmental Health Hazards, New York, NY, June 1978.

Lee, R. J., J. S. Lally, R. M. Fisher, "Identification and Counting of Mineral Fragments", Published in the Proceedings of the Workshop on Asbestos, U.S. Department of Commerce, pp 387-402 (1978).

Lee, R. J., J. S. Lally, R. M. Fisher, "Important Considerations in the Identification and Counting of Mineral Fragments", Presented at the Workshop on Asbestos: Definitions and Measurement Methods, Gaithersburg, MD, July 1977.

Lee, R. J., J. S. Lally, A. Szirmae, S. Lentz, R. M. Fisher, "Electron Optical Analysis of Stack Samples from Minntac", (1975).

Fisher, R. M., R. J. Lee, J. S. Lally, S. Lentz, A. Szirmae, "Quantitative Characterization of 3-Dimensional Features in Micrographs" (1975).

Van Orden, D. R., I. M. Stewart, R. J. Lee, "AHERA Quality Assurance Requirements for the Electron Microscopy Laboratory", Presented to the National Asbestos Council's Sixth Annual Asbestos Abatement Conference and Exposition, Session 42, Anaheim, CA, March 1989.

Lentz, H. P., W. J. Mershon, D. W. Weihe, R. J. Lee, "Offline Microscopy: Bringing the Electron Microscope to the Engineer", Presented to Electronic Imaging East, Boston, MA, October 1988.

Lee, R. J., I. M. Stewart, G. R. Dunmyre, "Evaluation of Asbestos Contamination in PC and MCE Filters", Presented to the National Asbestos Council, Boston, MA, September 1988.

Cheng, W., R. J. Lee, "Step Shape F (rz) Model and Non-Standard Ultra Light Element Analysis Program", Presented to the Microbeam Analysis Society, Milwaukee, WI, August 1988.

Xu, L., J. Guang-xiang, W. Zi-qin, R. J. Lee, "A Directly Calculated Quadrilateral Model for F (rz)", Presented to the Microbeam Analysis Society, Milwaukee, WI, August 1988.

Xu, L., J. Guang-xiang, W. Zi-qin, R. J. Lee, "Standardless EDS Analysis Using a Calculated Quadrilateral Model", Presented to the Microbeam Analysis Society, Milwaukee, WI, August 1988.

Lee, R. J., "Clearance Monitoring Under AHERA Regulations", Presented to the ASTM Johnson Conference, Johnson County, VT, July 1988.

Lee, R. J., "Applications of Imaging Techniques in Metallurgy", Presented to Alcoa Laboratories Centennial Technical Symposium on Sensor Technology, Uniontown, PA, June 1988.

**Richard J. Lee, PhD**

**Publications and Presentations**

Lee, R. J., D. R. Van Orden, G. R. Dunmyre, "Assessing Asbestos Exposure In Public Buildings", EPA Office of Toxic Substances, 560/5-88-002, Washington, D.C., May 1988.

Lee, R. J., J. S. Walker, J. J. McCarthy, "Evolution of Automated Electron Microscopy", Presented to the Electron Microscopy Society of America, Microbeam Analysis Society, Albuquerque, NM, August 1986.

Lee, R. J., I. M. Stewart, "Living with TEM Clearance", ECON, April 1988.

Lee, R. J., "Overview of Asbestos Analysis Techniques", Presented to Bay Area Chapter Microbeam Analysis Society, Berkeley, CA , January 1988.

Lee, R. J., "Blank Data Comparisons and Lab Procedures", Presented to the EPA's Peer Review Committee on Asbestos Analytical Procedures, Cincinnati, OH, April 1986.

Lee, R. J., J. S. Walker, "Automation in Microscopy", Presented to the Society of Photographic Scientists and Engineers, Newport, RI, December 1985.

Lee, R. J., J. S. Walker, "Applications of CCEM to Environmental Health Problems", Presented at the Electron Microscopy Society of America Annual Meeting, Louisville, KY, August 1985.

Lee, R. J., J. S. Walker, "Automatic Image Analysis in Applied Mineralogy", Presented to the International Congress of Applied Mineralogy, Los Angeles, CA, February 1985.

Lee, R. J., "Scanning Electron Microscopy", Receptor Modeling in Environmental Chemistry, New York, NY (1985).

Walker, J. S., R. J. Lee, J. J. McCarthy, Y. Kobuko, "Scanned TEM Imaging: A New Approach to On-Line TEM Image Analysis", Presented at the 4th Analytical Microscopy Workshop, Lehigh University, Bethlehem, PA, July 1984.

Walker J. S., R. J. Lee, "Ternary Representation of Particle Composition from SEM-EDS Automated Particle Analysis: An Application of Object Vector Image Analysis", Scanning Electron Microscopy, Inc., AMF O'Hare, IL (1984).

Lee, R. J., J. J. McCarthy, "Automatic Image Particle Analysis in Electron Optical Instruments", Presented at the Eastern Analytical Symposium, New York City, NY, November 1983.

Lee, R. J., "Overview of SEM-Based Automated Image Analysis", Presented to the Japan Electron Microscopy Society, Tokyo, Japan, February 1983.

Lee, R. J., J. F. Kelly, J. S. Walker, "Automated Methods for Fiber Measurement and Identification", Presented to the International Congress on Fibrous Dusts, Strasbourg, France, October 1982.

Huggins, F. E., G. P. Huffman, R. J. Lee, "Scanning Electron Microscope-Based Automated Image Analysis (SEM-AIA) and Mossbauer Spectroscopy", Coal and Coal Products: Analytical Characterization Techniques, American Chemical Society Symposium Series #205 (1982).

Huffman, G. P., F. E. Huggins, R. J. Lee, "Investigation of Coal Mineralogy and of Mineral Derivatives in Coke and Ash by Mossbauer Spectroscopy and Scanning Electron Microscopy–Automatic Image Analysis", Published in the Proceedings of the International Conference on Coal Science, Dusseldorf, West Germany, pp 835-840 (1981).

Lee, R. J., J. F. Kelly, J. S. Walker, "Considerations in the Analysis and Definition of Asbestos Using Electron Microscopy", Published in the Proceedings of the NBS/EPA Asbestos Standards Workshop, Gaithersburg, MD, October 1980.

Lee, R. J., "The Asbestos Problem", Presented at the American Iron Ore Association Annual Meeting, Monroeville, PA, June 1979.

**Richard J. Lee, PhD**

**Publications and Presentations**

Huggins, F. E., D. A. Kosmack, G. P. Huffman, R. J. Lee, "Coal Mineralogies by SEM Automatic Image Analysis", Scanning Electron Microscopy, Inc., SEM Inc., AMF O'Hare, IL (1980).

Kelly, J. F., R. J. Lee, S. Lentz, "Automated Characterization of Fine Particulates", Scanning Electron Microscopy, Vol. 1, SEM Inc., AMF O'Hare, IL, pp 311-322 (1980).

Lee, R. J., J. F. Kelly, "Applications of SEM-Based Automated Image Analysis", Microbeam Analysis, Ed. D. B. Wittry, San Francisco Press, San Francisco, CA, pp 13-16 (1980), and Scanning Electron Microscopy, Vol. 1, SEM Inc., AMF O'Hare, IL, pp 303 (1980).

Dunmyre, G. R., R. J. Lee, G. S. Casuccio, B. A. Smith, "Rapid Electron Microscopy Techniques for Clearance Testing", Presented at the Air Pollution Control Association International Specialty Conference, Atlantic City, NJ, November 1986.

Lentzen, D. E., R. J. Lee, G. S. Casuccio, G. R. Dunmyre, "Airborne Asbestos Sampling Procedures", Presented at the Air Pollution Control Association International Specialty Conference, Atlantic City, NJ, November 1986.

Lee, R. J., J. F. Kelly, "Overview of SEM Based Automated Image Analysis", Scanning Electron Microscopy, Vol. 1, SEM Inc., AMF O'Hare, IL, pp 303-310 (1980).

Lee, R. J., "Analytical Procedures for the Detection and Measurement of Asbestos", Presented at the AIME Meeting, Tucson, AZ, October 1979.

Lee, R. J., "Asbestos: Definition(s), Detection, and Measurement", Published in the Proceedings of the IMD-AIME Meeting, Tucson, AR, October 1979.

Lee, R. J., "Automated Characterization of Fibrous and Nonfibrous Minerals", Published in the Proceedings of the Denver Research Institute, Aspen, CO, September 1979.

Lee, R. J., J. F. Kelly, "Backscatter Electron Imaging for Automated Particulate Analysis", Presented to the Microbeam Analysis Society, San Antonio, TX, August 1979, Microbeam Analysis, San Francisco Press, pp 15-16 (1979).

Lee, R. J., "Characterization of Mineral Particles", Published in the Proceedings of the Annual Meeting of the American Iron Ore Association, June 1979.

Lee, R. J., E. J. Fasiska, P. Janocko, D. McFarland, S. Penkala, "Electron-Beam Particulate Analysis", Industrial Research/Development, Vol. 21, No. 6, June 1979.

Huggins, F. E., R. J. Lee, G. P. Huffman, "Automated Scanning Electron Microscopy Studies of Mineral Phases in Coal", Presented at the Conference on Coal Mineralogy, University of Illinois, Urbana, IL, March 1978.

Lee, R. J., "Basic Concepts of Electron Diffraction and Asbestos Identification Using Selected Area Diffraction. Part II: Single Crystal and SAD", Scanning Electron Microscopy, Vol. 1, SEM, Inc., AMF O'Hare, IL (1978).

Lee, R. J., "Basic Concepts of Electron Diffraction and Asbestos Identification Using SAD. Part I: Current Methods of Asbestos Identification Using SAD", Scanning Electron Microscopy, Vol. 1, SEM Inc., AMF O'Hare, IL (1978).

Lee, R. J., F. E. Huggins, G. P. Huffman, "Correlated Mossbauer-SEM Studies of Coal Mineralogy", Scanning Electron Microscopy, Vol. I, SEM Inc., AMF O'Hare, IL, April 1978.

Lee, R. J., S. Lentz, N. Panseri, "Automatic Image Analysis in the Scanning Electron Microscope", USS Technical Report, August 1978.

**Richard J. Lee, PhD**

**Publications and Presentations**

Lee, R. J., S. Lentz, "Electron Optical Analysis of Ambient Air Samples from the Vicinity of Atlantic City, Wyoming" (1977).

Lee, R. J., S. Lentz, "Electron Optical Analysis of Environmental Health Samples" (1977).

Lee, R. J. , S. Lentz, N. Panseri, "Automated Image Analysis of Ti-Bearing Beach Sands" (1977).

Lee, R. J., S. Lentz, A. Szirmae, "Ambient Plant Samples from Atlantic City Ore Operations Examined" (1976).

Lee, R. J., D. R. DeBray, S. Lentz, "Rapid Quantitative Surface Characterization by SEM Stereo-Microscopy", ASM Journal, September 1975.

Lee, R. J., D. R. DeBray, S. Lentz, "The SEM in Industry:  Applications and Limitations", Presented at the ASM Conference on Materials Characterization: Practical Applications, Oak Brook, IL, September 1975.

Lee, R. J., D. R. DeBray, S. Lentz, "SEM Analysis of Hinec-Tint-Treated Galvanized Sheet", (1975).

Lee, R. J., J. S. Lally, S. Lentz, A. Szirmae, "Electron Optical Analysis of Particulates in Air Samples: Minntac Area" (1975).

Lee, R. J., S. Lentz, "SEM Analysis of Diamond Die Failures" (1975).

Lee, R. J., S. Lentz, D. R. DeBray, "Examination of Pellets" (1974).

Lee, R. J., S. Lentz, D. R. DeBray, "SEM Analysis of Nine Competitive Tire Cord Samples" (1974).

Lee, R. J., S. Lentz, G. M. Demchsin, "SEM Analysis of Weld Pickup on Tire Cord Wire" (1974).

Lee, R. J., J. S. Lally, R. M. Fisher, "Design of a Laboratory for Particulate Analysis",  EPA 600/4-81-032, pp 1-69, May 1981.

Huggins, F. E., G. P. Huffman, R. J. Lee, "Mineral Matter Transformations During Carbonization and Combustion - A Study by SEM Automatic Image Analysis and Mossbauer Spectroscopy", Presented to Materials Research Society, Cambridge, MA, November 1979.

Lee, R. J., "Electron Optical Identification of Particulates", Presented at the Symposium on Electron Microscopy of Microfibers, University Park, PA, August 1976.

Spitzig, W. A., R. J. Sober, N. J. Panseri, R. J. Lee, "SEM Based Automatic Image Analysis of Sulfide Inclusions in Hot Rolled Carbon Steels", Metallography, Vol. 16, No. 2, pp 171-198, May 1983.

Kelly, J. F., R. J. Lee, "SEM/X-Ray Signal Processing Applied to Quantitative Metallography", Presented at the 112th AIME Annual Meeting, Atlanta, GA, March 1983.

Fisher, R. M., A. Szirmae, R. J. Lee, J. L. Hutchinson, "Electron Microscopy of Amphibole Asbestos Fibers", Proceedings for the Electron Microscopy Society of America (1980).

Kelly, J. F., R. J. Lee, "Automated Characterization of Environmental Particulates", Presented at the Symposium on Electron Microscope X-ray Application, University Park, PA, October 1980.

Lee, R. J., R. M. Fisher, "Identification and Morphology of Rock Forming Mineral Fragments from the Lake Superior Area", Presented to the Geological Society of America, San Diego, CA, November 1979.

Huffman, G. P., R. J. Lee, "Characterization of Mineral Matter in U.S. Bituminous Coals", Presented at the joint meeting of the Geological Society of America and the Geology Association, Toronto, Canada, October 1978.

Lally, J. S., R. J. Lee, "Computer Indexing of Electron Diffraction Patterns Including the Effect of Lattice Symmetry", Proceedings of the Annual Meeting of the Electron Microscopy Society of America, Boston, MA (1977).

**Richard J. Lee, PhD**

**Publications and Presentations**

Huggins, F. E., G. P. Huffman, R. J. Lee, "Quantitative Characterization of Coal Minerals by SEM-Based Automated Image Analysis and Mossbauer Spectroscopy", Presented at the Anyl-040 Symposium, Washington, D.C. (1981).

Kelly, J. F., R. J. Lee, "Computer Controlled SEM in Quantitative Metallography", Presented at the International Metallographic Society, American Society for Testing and Materials Symposium, Orlando, FL, July 1982.

Chopra, K. S., R. J. Lee, "Electron Microscopy of Asbestos", Presented to the 1988 Scanning Microscopy Meeting, St. Louis, MO, May 1988.

Mould, R. P., J. S. Lally, R. J. Lee, "Assessment of Sheet Steel Cleanliness", Presented to the American Society for Metals, Plymouth, MI, April 1983.

Lee, R. J., "Application of Computer Controlled Electron Microscopy in Materials Science", Presented at the ASM Meeting, Louisville, CO, March 1986.

Lentzen, D. E., R. J. Lee, G. S. Casuccio, G. R. Dunmyre, "Sampling and Analyses for Airborne Asbestos and Other Inorganic Particulates", Presented to the National Asbestos Council, New Orleans, LA, September 1986.

Lentzen, D. E., R. J. Lee, G. S. Casuccio, G. R. Dunmyre, "Field Methods for Fixing Particulate Samples to Their Filter Substrates", Presented at the American Industrial Hygiene Association Convention, Montreal, Canada, June 1987.

Lee, R. J., J. S. Walker, "Application of Computer-Controlled Microscopy in Applied Mineralogy", Presented at the General Meeting of the International Mineralogical Association, Stanford, CA, July 1986.

Lee, R. J., G. S. Casuccio, "Rapid Turnaround for TEM Asbestos Measurements", Presented at the ASTM Johnson Conference, Johnson, VT, July 1986.

Schlaegle, J. R., G. S. Casuccio, R. J. Lee, G. R. Dunmyre, "Evaluation of Asbestos Content in Settled Dust Samples Using CCSEM and MicroImaging Techniques", Presented to National Asbestos Council, Inc., Indianapolis, IN, September 1989.

Lee, R. J., Hsun Hu, "Automatic Image Analysis of MnS Precipitates in 3 Percent Silicon Steel", United States Steel Research Laboratory Technical Report, December 1978.

Lee, R. J., "Cluster Expansion for Solid Ortho-Hydrogen", Dissertation Abstracts International, Vol. 31/09-B, Colorado State University (1970).

Lee, R. J., "Environmental Applications of SEM Based Automatic Image Analysis", San Francisco Press, pp 13-16.

Lee, R. J., "Characterization of Iron-Bearing Minerals in U.S. Bituminous Coals", Published in the Proceedings from the Mineralogical Association of Canada, Toronto, Ontario, Canada, pp 426, October 1978.

Huggins, F. E., G. P. Huffman, R. J. Lee, "Analytical Results from the Interlaboratory Sample from the Herran", Geological Survey Circular, Virginia, pp 29-30 (1984).

Lee, R. J., J. F. Kelly, "Automating an SEM for the Analysis of Clay Minerals", Published in the Proceedings for The Clay Minerals Society 17th Annual Society Meeting, Waco, TX, pp 61, October 1980.

Lee, R. J., "Automated Techniques for Quantitative Measurement of Particulates and Fibers", Presented to the Eighth Annual Symposium on Advances in Microscopy, Duke University, North Carolina, September 1989.

Lee, R. J., G. S. Casuccio, "Characterization of Toxic Particulate Matter Using CCSEM and MicroImaging Techniques", Presented at the SME Annual Meeting, Salt Lake City, UT, March 1990.

**Richard J. Lee, PhD**

**Publications and Presentations**

Lee, R. J., "Testimony to the Occupational Safety and Health Administration on Notice of Proposed Rulemaking - Occupational Exposure to Asbestos: Tremolite, Anthophyllite and Actinolite, 29 CFR parts 1910 and 1926", Washington, DC, May 1990.

Dagenhart, T., J. Fisher, K. M. Bishop, G. Dunmyre, R. J. Lee, "The Pyroxenes:  Common Rock-Forming Minerals Which May be Confused with the Amphiboles", Presented to the National Asbestos Council, Inc., San Antonio, TX, February 1990.

Corn, M., K. Crump, D. B. Farrar, R. J. Lee, D. R. McFee,  "Airborne Concentrations of Asbestos in 71 School Buildings," Regulatory Toxicology and Pharmacology, Vol. 13, pp 99-114, March 1991.

Lee, R. J., B. A. Smith, I. M. Stewart, "Discriminating Between Asbestos and Nonasbestos AT&A", Presented at the Society for Mining, Metallurgy, and Exploration Conference, Denver, CO, February 1991.

Lee, R. J., "The Impact of Computers on Modern Microscopy", Presented to the Metro Microbeam Group, Paramus, NJ, November 1990.

Lee, R. J., J. R. Schlaegle, G. A. Cooke, T. W. Powers, "Determination of Low-Level Asbestos in Bulk Samples Using Scanning Electron Microscopy", Presented to the National Asbestos Council, Inc., Phoenix, AZ, September 1990.

Dagenhart, T. V., J. Fisher, K. Bishop, G. R. Dunmyre, R. J. Lee, "Fibrous Pyroxenes:  Common Rock-Forming Minerals Which May Be Confused with the Amphiboles", Presented to the National Asbestos Council Seventh Annual Asbestos Abatement Conference and Exposition, San Antonio, TX, February 1990.

Thaulow, N., R. J. Lee, J. Holm, "An Integrated Optical-SEM Method for the Identification of Alkali-Silica Reaction in Concrete Sleepers", Published in the Proceedings of The International Symposium on Precast Concrete Railway Sleepers, pp 505-553, Madrid, Spain, April 1991.

Lee, R. J., A. J. Schwoeble, K. E. Wagner, Y. Jie, "Integration of Multiple Advanced Analytical Techniques to Study Alkali Silica Reactivity in Concrete Railroad Ties", Presented at the Engineering Foundation Conference, Advances in the Production & Utilization of Cement-Based Materials, Potosi, MO, July 1991.

Lee, R. J., E. A. Draper, J. P. Skalny, "Advanced Methods of Concrete Characterization", Published in the Proceedings of the Materials Research Society, Boston, MA, Vol. 245, pp 349-358 (1991).

Lee, R. J., J. F. Kelly, "Applications of SEM-Based Automatic Image Analysis" Microbeam Analysis, pp 13-16 (1980).

Stewart, I. M., R. J. Lee, "Considerations in the Regulation of Actinolite, Tremolite and Anthophyllite", Presented at the SME  121st Annual Meeting, Phoenix, AZ, February 1992.

Lee, R. J., A. J. Schwoeble, Y. Jie, "Use of Backscattered Electron Image Intensity Signals to Calculate the Water/Cement Ratio of Concrete", Presented at the EMSA 50th Anniversary  Meeting, Boston, MA, August 1992.

Jie, Y., A. J. Schwoeble, R. J. Lee, "Influence of Ashing in Concrete Samples for Carbon Coating Removal", Electron Microscopy I, 5th Asia-Pacific Electron Microscopy Conference, Beijing, China, World Scientific, pp 450-451, August 1992.

Lee, R. J., G. R. Dunmyre, G. J. Kotyk, K. E. Scutt, "The Effects of Ultrasonic Resuspension During Dust Sample Preparation for Transmission Electron Microscopy Analysis on Asbestos Fiber Concentrations", Presented at the Environmental Management Ninth Annual Conference and Exposition of NAC, Pittsburgh, PA, April 1992.

## Richard J. Lee, PhD
### Publications and Presentations

Kennedy, S. K., G. A. Cooke, R. J. Lee, J. P. Skalny, "Mathematical Unmixing of Aggregate Types in Concrete Products Using Q-Mode Factor Analysis - Method and Case Study", Published in the Proceedings of the 14th International Conference on Cement Microscopy, pp 359-378, April 1992.

Lee, R. J., G. R. Dunmyre, "Surface and Passive Air Samplers", Presented at the ASTM Johnson Conference, Johnson, VT, July 1992.

Lee, R. J., D. R. Van Orden, M. Corn, K. S. Crump, "Exposure to Airborne Asbestos in Buildings," Regulatory Toxicology and Pharmacology, Vol. 16, pp 93-107, March 1992.

Lee, R. J., G. R. Dunmyre, "Direct Preparation: Innovative Sampling Technology, Applications for Other Indoor Air Contaminants", Presented at Settled Dust Sampling: Asbestos and Other Particulates, Georgia Tech Research Institute, Atlanta, GA, April 1992.

Skalny, J. P., B. A. Clark, R. J. Lee, "Alkali-Silica Reaction Revisited", Published in the Proceedings of the 14th International Conference on Cement Microscopy, pp 309-324, April 1992.

Clark, B. A., E. A. Draper, R. J. Lee, J. Skalny, M. Ben-Bassat, A. Bentur, "Electron-Optical Evaluation of Concrete Cured at Elevated Temperatures", Published in the Proceedings of the American Concrete Institute Symposium on How to Produce Durable Concrete in Hot Climates, San Juan, Puerto Rico, October 1992.

Clark, B. A., A. J. Schwoeble, R. J. Lee, J. P. Skalny, "Detection of ASR in Opened Fractures of Damaged Concrete", Cement and Concrete Research, Vol. 22, pp 1170-1178, November 1992.

Wylie, A.G., K. F. Bailey, J. W. Kelse, R. J. Lee, "The Importance of Width in Asbestos Fiber Carcinogenicity and its Implications for Public Policy", American Industrial Hygiene Association Journal, Vol. 54, Number 5, pp 239-252, May 1993.

Lee, R. J., D. A. Warner, H. P. Lentz, "Use of the Personal SEM for Evaluation of Cementitious Products", Presented to the 15th International Cement Microscopy Association, Dallas, TX, March 1993.

Clark, B. A., R. J. Lee, "Energy Dispersive X-Ray Analysis of Cement Paste Features Resulting From Heat Treatment", Presented at the American Ceramic Society 95th Annual Meeting and Exposition, Cincinnati, OH, April 1993.

Wagner, K. E., R. J. Lee, "Microscopic Crack Pattern Evaluations on Hardened Concrete — Comparison Between Sound and Deteriorated Members", Presented to the American Ceramic Society 95th Annual Meeting and Exposition, Cincinnati, OH, April 1993.

Lange, J. H., J. W. Grad, P. A. Lange, K. W. Thomulka, G. R. Dunmyre, R. J. Lee, C. F. Richardson, and R. V. H. Blumershine, "Asbestos Abatement of Ceiling Panels and Mold Growth in a Public School Building After Water Damage: A Case Study of Contaminant Levels", Fresenius Environmental Bulletin, 2:13-18 (1993).

Demyanek, M. L., G. R. Dunmyre, R. J. Lee, C. F. Richardson, X. Li, "Adhesive Lift and Passive Particulate Sampling Technology", Presented at the Industrial Hygiene Monitoring Symposium, March 1993.

Kennedy, S. K., D. Gerber, M. Owen, R. J. Lee. "Computer Controlled SEM/EDS and Spectrographic Cathodoluminescense Analysis of Quartz Silt", Presented at the MAS-93 Meeting, July 1993.

Lee, R. J., M. L. Demyanek, F. C. Schwerer, K. A. Allison, G. R. Dunmyre, "Air, Surface, and Passive Measurements in a Building During Spray- Buffing of Vinyl-Asbestos Floor Tile", Applied Occupational Environmental Hygiene, 9(11):869-875 (1994).

Lange, J. H., R. J. Lee, G. R. Dunmyre, "Monitoring Asbestos in an Industrial Facility Using Surface Dust and Passive Air Samplers", Emerging Technologies for Hazardous Waste Management, 1992 Book of Abstracts for the Special Symposium, Atlanta, GA, Industrial & Engineering Chemistry Division, American Chemical Society, September 1992

**Richard J. Lee, PhD**

**Publications and Presentations**

Lee, R. J., A. J. Schwoeble, H. P. Lentz, "Application of SEM in Forensic Science", Presented at the Scanning Microscopy International Meeting, May 1993, Scanning Microscopy Journal, Presented to the Southern Association of Forensic Scientists, Auburn, AL, April 1996.

Dagenhart, T. V., L. Xu, R. J. Lee, R. G. Florida, "TEM/SAED/EDXA Study of Crystallographic Relations Among Talc and Magnesio-Anthophyllite Which Occur Together in Compound Fibers", Presented at the Annual Meeting of the Geological Society of America, Boston, MA, October 1993.

Van Orden, D. R., R. J. Lee, K. M. Bishop, D. Kahane, R. Morse, "Evaluation of Ambient Asbestos Concentrations in Buildings Following the Loma Prieta Earthquake", Regulatory Toxicology and Pharmacology, Vol. 21, pp 117-121, June 1994.

Lee, R. J., R. G. Florida, I. M. Stewart, "Asbestos Contamination in Paraffin Tissue Blocks", Archives of Pathology & Laboratory Medicine, Vol. 119, June 1995.

Kennedy, S. K., G. S. Casuccio, R. J. Lee, G. A. Slifka, M. V. Ruby, "Microbeam Analysis of Heavy Element Phases in Polished Sections of Particulate Material - An Improved Insight into Origin and Bioavailability", Sampling Environmental Media, ASTM STP 1282, James Howard Morgan, Ed., American Society for Testing and Materials (1996).

Lee, R. J., T. V. Dagenhart, G. R. Dunmyre, I. M. Stewart, D. R. Van Orden, "Effect of Indirect Sample Preparation Procedures on the Apparent Concentration of Asbestos in Settled Dusts", Environmental Science & Technology, Vol. 29, No. 7, pp 1728-1736 (1995).

Lange, J. H., K. W. Thomulka, R. J. Lee, G. R. Dunmyre, "Evaluation of Lift and Passive Sampling Methods During Asbestos Abatement Activities", Bulletin of Environmental Contamination and Toxicololgy, Vol. 55, No. 3, pp 325-331, September 1995.

Oehlert, G. W., R. J. Lee, D. R. Van Orden, "Statistical Analysis of Asbestos Fibre Counts", Environmetrics, Vol. 6, pp 115-126 (1995).

Lange, J.H., K. W. Thomulka, R. J. Lee, G. R. Dunmyre, and F. C. Schwerer, "Surface and Deposition Sampling in a Mechanical Room that Contains Pipe and Boiler Asbestos Insulation", Toxicological and Environmental Chemistry, Vol. 50, pp 51-56 (1995).

Lee, R. J. , T. V. Dagenhart, G. R. Dunmyre, I. M. Stewart, D. R. Van Orden, "Response to Comment on 'Effect of Indirect Sample Preparation Procedures on the Apparent Concentration of Asbestos in Settled Dusts'", Environmental Science & Technology, Vol. 30, No. 4, pp 1405-1406 (1996).

Lee, R. J., R. M. Fisher, "Identification of Fibrous and Non-Fibrous Amphiboles in the Electron Microscope", Published in the Proceedings of International Conference on The Scientific Basis for the Public Control of Environmental Health Hazards, New York, NY, June 1978.

Lee, R. J., D. R. Van Orden, G. R. Dunmyre, "Interlaboratory Evaluation of the Breakup of Asbestos-Containing Dust Particles by Ultrasonic Agitation", Environmental Science & Technology, Vol. 30, Number 10, pages 3010-3015 (1996).

Lee, R. J., D. Van Orden, I. M. Stewart, "Dust and Airborne Concentrations - Is there a Correlation?", Advances in Environmental Measurement Methods for Asbestos, ASTM STP 1342, M.E. Beard, H.L. Rook, Eds., American Society for Testing Materials (1998).

Sahu, S., B. A. Clark, R. J. Lee, "Delayed Ettringite Formation and the Mode of Concrete Failure", Materials Science of Concrete - The Sidney Diamond Symposium, pp 379-394 (1998).

**Richard J. Lee, PhD**

**Publications and Presentations**

Lee, R. J., A. J. Schwoeble, K. E. Wagner, J. Yuan, "A Combination of Analytical Methods for Identification of Reactive Aggregate in Concrete Rail Road Ties", Published in the Proceedings of the Engineering Foundation Conference on Concrete Processing and Use (1991).

Cassucio, G. S., B. G. Osgood, S. R. Badger, R. J. Lee, "Investigation of Nuisance Dust Near A Cement Plant", Presented at the Air & Waste Management Association's 93rd Annual Conference & Exhibition, Salt Lake City, UT, June 2000.

Thaulow, N., R. J. Lee, K. E. Wagner, S. Sahu, "Effect of Calcium Hydroxide Content on the Form, Extent, and Significance of Carbonation", Presented at the Calcium Hydroxide Workshop, Anna Maria Island, Florida, November (2000), The American Ceramic Society. pp 191-202 (2001).

Badger, S. R., B. A. Clark, S. Sahu, N. Thaulow, R. J. Lee, "Determination of the Water to Cement Ratio of Hardened Concrete Utilizing Backscattered Electron Imaging", Presented at the Transportation Research Board Conference, Washington DC, January 2001.

Badger, S. R., N. Ritchie, R. J. Lee, N. Barbi, "New Technology to Measure Steel Cleanliness Using Computer Controlled Scanning Electron Microscopy", Published in the AISE Conference Proceedings (1998).

Badger, S. R., R. J. Lee, "Innovative Microscopic Investigations in Cement and Concrete", Engineering Foundation Conference (1998).

Badger, S. R., R. J. Lee, L. Zhu, "Using Computer Controlled Scanning Electron Microscopy (CCSEM) to Measure Steel Cleanliness",  Electric Arc Furnace Conference Proceedings (1998).

Clark, B. A., P. W. Brown, A. J. Schwoeble, Y. Jie, R. J. Lee, "Comparison of Ettringite Morphologies Observed on Fracture Surfaces and in Thin Sections", Presented at The American Ceramic Society 97th Annual Meeting, Cincinnati, OH, April 1995.

Clark, B. A., A. M. Dalley, Y. Jie, J. P. Skalny, R. J. Lee, "TEM and EDS Analysis of Cement Paste in Concrete and Experimental Mortars", Poster Session American Ceramic Society PAC RIM Meeting, Honolulu, Hawaii, November 1993.

Skalny, J. P., B. A. Clark, R. J. Lee, "Alkali-Silica Revised", Presented at the 15th International Conference on Cement Microscopy, Dallas, Texas, April 1993.

Lee, R. J., G. S. Casuccio, S. F. Schlaegle, T. L. Lersch, "The Characterization and Speciation of Particulate Matter", Presented at the Air & Waste Management Association Annual Conference and Exhibition; Orange County Convention Center, Orlando, Florida, June 2001.

Lee, R. J., D. Van Orden, W. H. Powers, K. A. Allison,  "Implications of Analytical Techniques for Asbestos Identification", Presented at the National Stone, Sand & Gravel Association's Environment, Safety, and Health Forum, September 2001.

Badger, S. R., B. A. Clark, S. Sahu, N. Thaulow, R. J. Lee, "Backscattered Electron Imaging to Determine Water-to-Cement  Ratio of Hardened Concrete",  Transportation Research Record, No. 1775, Concrete, Materials and Construction,  pp. 17-20 (2001).

Sahu, S., A. E. Snyder, S. R. Badger, R. J. Lee, "Depth Profiling and Phase Discrimination in Deteriorated Concrete Utilizing Scanning Electron Microscopy with Automated Point Count Analysis", Published in the Proceedings of the Twenty-Third International Conference on Cement Microscopy, Albuquerque, New Mexico, USA, pp 383-390 (2001).

**Richard J. Lee, PhD**

**Publications and Presentations**

Badger, S. R., S. Sahu, R. J. Lee,  "Use of Water to Cement Ratio and Point Count Analyses to Determine Mix Designs of Hardened Concrete", Published in the Proceedings of the Twenty-Third International Conference on Cement Microscopy, Albuquerque, New Mexico, pp 391-402 (2001).

Marchand, J., E. Samson, Y. Maltais, R. J. Lee, "Predicting the Performance of Concrete Structures Exposed to Chemically Aggressive Environments - Field Validation", Canadian Society for Civil Engineering, June 2002.

Lee, R.J, J. Millette, E. Chatfield; "Could You Identify This Material? (Fosterite)" (1990)

Lee, R. J., H.P. Lentz, D.G. Kritikos, A.M. Toms, "One-Button Wear Debris Analysis", Microscopy Society of America, Microsc. Microanal. 8 (Suppl. 2), (2002).

Sahu, S., S. A. Brown, R. J. Lee, "Thaumasite Formation in Stabilized Coal Combustion By-Products", Cement & Concrete Composites 24, pp 385-391 (2002).

Lange, J.H.; Thomulka, K.W.; Lee, R. J.; Van Orden, D.R.; "Surface and Passive Monitoring for Asbestos in an Industrial Facility", Indoor Build Environment, pp 327-333, (2002).

Bailey, Kelly F., J. Kelse, A. G. Wylie, R. J. Lee, "The Asbestiform and Nonasbestiform Mineral Growth Habit and Their Relationship to Cancer Studies", A Pictorial Presentation, (2003).

Lee, R. J.; S. R. Badger; K. P. Rickabaugh; C. C. Bunker, "Mercury Contamination at Ground Zero", Presented at the Air Quality Symposium, September 23, 2003.

Lee, R.J.; Y. Demirkaya; J. Rosenbaum; G. Higgins; B. McMearty; M. Cipolone; Col. R. Howard; D. Hodgson;  "Executive Symposium; Homeland Security, Risk Management, Corporate Governance", Presentation offered by Employee ROI & The Manhattan Chamber of Commerce, November 18, 2003.

Sahu, S., S. R. Badger, R. J. Lee, N. Thaulow, "Determination of Water-to-Cement Ratio of Hardened Concrete by Scanning Electron Microscopy,"  Cement and Concrete Composites (2004).

Lee, R. J., H. P. Lentz, A. M. Toms, "An SEM approach to Wear Debris Analysis," Presented at the JOAP Conference (2002).

Pattanaik, S., G. P. Huffman, S. Sahu, R. J. Lee, "X-ray Absorption Fine Structure Spectroscopy and X-ray Diffraction Study of Cementitious Materials Derived from Coal Combustion By-products," Cement and Concrete Research, December 2003.

Badger, S. R., K. P. Rickabaugh, M. S. Potter, B. E. Sheetz, R. J. Lee, H. R. Bhattacharjee, "World Trade Center Particulate Contamination Signature - Based on dust composition and morphology", Microscopy & Microanalysis Conference Proceedings.  August 2004.

Clark, B. A., S. Badger, N. Thaulow, S. Sahu, G. Hobbs, R. J. Lee, J. Marchand, U. Jakobsen, "Petrography Analysis of a Building Foundation Impacted by 9/11", Presented at the Hal Taylor Cement and Concrete Conference. Les Diablerts, Switzerland, June 20-23, 2004.

Van Orden, D. R., R. J. Lee, K. A. Allison, "A review of the analysis of amphibole fibers," Presented at the 2005 SME meeting , Salt Lake City, UT, February 2005.

Badger, S. R., C. C.Bunker, R. J. Lee, M. S. Matyjaszczyk, K. P. Rickabaugh, A. F. Vicinie, "Contamination and Recontamination of Buildings Around Ground Zero," Presented at Pittcon. Orlando, FL, 2005.

**Richard J. Lee, PhD**

**Publications and Presentations**

Melnick, Farrell, H. Bhattacharjee, R.J. Lee, "The role of sample collection and scanning electron microscopy (SEM) in contaminant analysis in Hospital Pharmacies", A Pictorial Presentation at the Microscopy and Microanalysis Conference, Honolulu, Hawaii July 31- August 4, 2005

Silsbee, Michael , Boyd A. Clark, R. J. Lee and L. Iordanidis, "A Novel Corrosion Inhibitor for Steel in Concrete Derived From Acid Mine Drainage Sludge," Presented at Mine Water Treatment, Technology Conference, Sheraton Hotel at Station Square, Pittsburgh, Pennsylvania August 15-18, 2005

Silsbee, Michael , Boyd A. Clark, Norm Goodlin, R. J. Lee, "AMD Treatment Sludge as Raw Material for the Cement Industry," Presented at Mine Water Treatment, Technology Conference, Sheraton Hotel at Station Square, Pittsburgh, Pennsylvania August 15-18, 2005

Clark, B.A., Teo Rebagay, Richard Westberg, Sandy Stephens, Vicki Baca, David Attridge, Michael Silsbee, Marisol Avila, R.J. Lee, "Development of a cast stone formulation for Hanford Tank Wastes," Presented at Remediation Technologies Symposium 2005, The Fairmont Banff Spring, Alberta Canada, October 19-21, 2005.

Silsbee, Michael, Marisol Avila, Boyd A. Clark, R.J. Lee, "Development of Waste Forms for the Hanford Brines Basin 42 Waste Water, Waste Treatment Plant Secondary Wastes and Bulk Vitrification Secondary Waste ," Presented at Remediation Technologies Symposium 2005, The Fairmont Banff Spring, Alberta Canada, October 19-21, 2005.

Melnick, F., H. Bhattacharjee, R. J. Lee, "Field Emission Scanning Electron Microscopy (FE-SEM): A Valuable Tool in Contamination Characterization," Poster presented at the Microscopy & Microanalysis conference, August 2005.

Mowat, Fionna, Michael Boni, R. J. Lee, Susan Tamburello, Dennis Paustenback, "Occupational Exposure to Airborne Asbestos from Phenolic Molding Material during Sanding, Drilling, and Related Activities," Journal of Occupational and Environmental Hygiene, October 2005.

Van Orden, Drew, Richard J. Lee, Steve Badger, "Characterizing Asbestos Fiber Comminution Resulting from Preparation of Environmental Samples", Powder Technology, Vol 162, pp 183-189. 2006.

## Deposition and Trial Testimony of Richard Lee

| Case Name | Court | Case Number | Testimony Date | Testimony | Case type |
|-----------|-------|-------------|----------------|-----------|-----------|
| Tamiko Jones, et al. v. NL Industries, Inc, et al. | US District Court, Northern District of Mississippi | 4:03cv229MB | 12/21/2005 | Deposition | Lead in paint |
| Banks, et al. v. The Sherwin-Williams Company, et al | Circuit Court of Bolivar County, | Civil Action No. 2001-25 | 10/11/2005 | Deposition | paint |
| Taunus Corporation vs. Allianz Insurance Company, AXA Corporate Solutions Insurance Company, and AXA Global Risks US Insurance Company | Appraisal | | 4/14/2005 | Deposition | Insurance |
| Taunus Corporation vs. Allianz Insurance Company, AXA Corporate Solutions Insurance Company, and AXA Global Risks US Insurance Company | Appraisal | | 3/28/2005 | Hearing | Insurance |
| Taunus Corporation vs. Allianz Insurance Company, AXA Corporate Solutions Insurance Company, and AXA Global Risks US Insurance Company | Appraisal | | 3/17/2005 | Hearing | Insurance |
| Charles A. Winkler vs. ACandS, Inc., f/k/a Armstrong Contracting & Supply Company | Circuit Court for Baltimore City | CT-1 Trade Cases, Case No. 24-X-02-001293 | 3/3/2005 | Deposition Telephone | Asbestos |

**Deposition and Trial Testimony of Richard Lee**

| Case Name | Court | Case Number | Testimony Date | Testimony | Case type |
|---|---|---|---|---|---|
| Star Scientific vs. R.J. Reynolds Tobacco Company | United States District Court for the District of Maryland/Northern Division | Civil Case No. MJG 01-1504 | 2/7/2005 | Trial | Patent infringement |
| Joseph F.Svec, Jr., et al vs. ACandS, Inc., et al | Circuit Court for Baltimore City | Consolidated Case No. 24x04000505 | 2/4/2005 | Deposition Telephone | Asbestos |
| Herman J. St. Pe vs. The McCarty Corporation, et al (Entergy) | Civil District Court for the Parish of Orleans, State of Louisiana | No. 2003-4844 | 1/14/2005 | Deposition | Asbestos |
| Star Scientific vs. R.J. Reynolds Tobacco Company | United States District Court for the District of Maryland/Northern Division | Civil Case No. MJG 01-1504 | 12/30/2004 | Hearing | Patent infringement |
| Donald and Judy Perman vs. Atlas Turner, Inc., et al. | In the Superior Court of the State of California in and for the County of San Francisco | No. 428104 | 11/19/2004 | Deposition Telephone | Asbestos |
| Bre'Annah Banks, et al., vs. Sylvester Vickers, et al. | Circuit Court of Bolivar County, Mississippi, First Judicial District | Civil Action No. 2001-25 | 11/11/2004 | Deposition | paint |

## Deposition and Trial Testimony of Richard Lee

| Case Name | Court | Case Number | Testimony Date | Testimony | Case type |
|---|---|---|---|---|---|
| Taunus Corporation vs. Allianz Insurance Company, AXA Corporate Solutions Insurance Company, and AXA Global Risks US Insurance Company | Appraisal | | 11/10/2004 | Hearing | Insurance |
| Taunus Corporation vs. Allianz Insurance Company, AXA Corporate Solutions Insurance Company, and AXA Global Risks US Insurance Company | Appraisal | | 11/9/2004 | Hearing | Insurance |
| Taunus Corporation vs. Allianz Insurance Company, AXA Corporate Solutions Insurance Company, and AXA Global Risks US Insurance Company | Appraisal | | 11/8/2004 | Hearing | Insurance |
| Taunus Corporation vs. Allianz Insurance Company, AXA Corporate Solutions Insurance Company, and AXA Global Risks US Insurance Company | Appraisal | | 10/19/2004 | Deposition | Insurance |
| Alvarez, Duckworth, Gehler, Labarbera, Young vs. 3M Company, et al | Supreme Court of the State of New York, County of New York | Index Nos.: 02-121314, 02-125250, 02-121140, 02-124920, 02-125245 | 10/13/2004 | Deposition | asbestos/brakes |
| Carlton Rand, et al., vs. Ametek, Inc., et al | The District Court Brazoria County, Texas, 239th Judicial District | Cause No. 24545-PS03 | 10/6/2004 | Deposition | Asbestos |

## Deposition and Trial Testimony of Richard Lee

| Case Name | Court | Case Number | Testimony Date | Testimony | Case type |
|---|---|---|---|---|---|
| Taunus Corporation vs. Allianz Insurance Company, AXA Corporate Solutions Insurance Company, and AXA Global Risks US Insurance Company | Appraisal | | 9/10/2004 | Deposition | Insurance |
| ADBEL, Ltd, et al, vs. KBS, Inc., et al | Virginia: In the Circuit Court of the County of Chesterfield | Case No. CL02-296 | 8/19/2004 | Deposition | Structural Fill |
| Lawrence Addison, et al (affecting cases Robert G. Delauter, Stephanie Davis) v. ACandS, Inc., et al | Circuit Court for Baltimore City | Consolidated Case No. 24-X-03-000359 Deluater 24-X-03-000784; Davis 24-X-03-000113 | 7/7/2004 | Deposition | Asbestos |
| Laura Paz, Individually and as Special Administrator of the Estate of Farhad Dehghan, Deceased vs. A.W. Chesterton, Inc, et al. | In the Circuit Court Third Judicial District Madison County, IL | 03-L-663 | 2/23/2004 | Deposition Telephone | Asbestos PI -- Product ID |
| Bakelite / West Virginia (et al Canfield, Hornsby, Sutphin, Starcher, Sayre) | Circuit Court of Kanawha County, West Virginia | 03-C-9600 | 8/28/2003 | Deposition | Asbestos PI -- Product ID |
| Chesterfield Crossing Shopping Center Kohl's Department Stores, Inc., v. Target Stores, Inc. | United States District Court for the Eastern District of Virginia, Richmond Division | Consolidated Civil Action No.: 3:02CV633 | 6/27/2003 | Deposition | Structural Fill |

**Deposition and Trial Testimony of Richard Lee**

| Case Name | Court | Case Number | Testimony Date | Testimony | Case type |
|---|---|---|---|---|---|
| Zonolite Attic Insulation | United States Bankruptcy Court for the District of Delaware | 01-01139 (JFK) | 6/6/2003 | Deposition | Asbestos |
| Raleigh Landry, et al. V. Avondale Industries, Inc., et al. (in conjunction with Barbara Catania, et al. v. Amchem, Inc., et al) | United States District Court, Middle District of Louisiana | 02-5103 | 5/2/2003 | Deposition | Asbestos |
| Barbara Catania, et al. v. Amchem, Inc., et al (in conjunction with Raleigh Landry, et al. V. Avondale Industries, Inc., et al.) | United States District Court, Middle District of Louisiana | 02-5103 | 5/2/2003 | Deposition | Asbestos |
| Star Scientific vs. R.J. Reynolds Tobacco Company | United States District Court for the District of Maryland | AW-01 CV1504 | 3/17/2003 | Deposition | Patent infringement |
| Illinois, State of, v Conwed Corporation | Circuit Court for the Seventh Judicial Circuit Sangamon County, Illinois | 98-L-0061 | 2/7/2003 | Deposition | Asbestos - Ceiling tile |
| State of Illinois v. US Gypsum, et. al. | Circuit Court for the Seventh Judicial Circuit Sangamon County, Illinois | 98-L-0061 | 2/7/2003 | Deposition | Asbestos - Ceiling tile |

## Deposition and Trial Testimony of Richard Lee

| Case Name | Court | Case Number | Testimony Date | Testimony | Case type |
|---|---|---|---|---|---|
| Robert Lee Bickham, et al vs. Metropolitan Life Insurance Company, et al (O'Neal Chambers, Jr., et al., vs. National Service Industries, Inc., et al.) | Circuit Court of Claiborne County, Mississippi | No. 70,760 c/w 72,154 and 72,986 Division "E" | 1/20/2003 | Deposition | Asbestos |
| Amchem Products (Newport News) ALL ASBESTOS CASES ) | Circuit Court of the City of Newport News | CL99-2000-00 | 11/22/2002 | Trial | Asbestos |
| United States of America vs. W.R. Grace & Company, W.R. Grace & Co. - Conn., and Kootenai Development Corporation | United States District Court for the District of Montana Missoula Division | Civ. No. 01-72-M-DWM | 9/28/2002 | Deposition | Asbestos |
| TA Instruments V. Perkin Elmer | United States District Court for the District of Delaware | 95-545-SLR | 9/27/2002 | Trial | Patent infringement |
| Amchem Products, All Asbestos cases | Circuit Court of Kanawha County, WV | 02-C-9004 | 9/19/2002 | Deposition Telephone | Asbestos |
| Arroyo Vista (aka Arroyo Oaks) aka Hendry, et al. v Fieldstone Company, et al. | Superior Court of the State of California County of Orange, Central Justice Center Annex | 798881 | 8/2/2002 | Deposition | Concrete failure |

## Deposition and Trial Testimony of Richard Lee

| Case Name | Court | Case Number | Testimony Date | Testimony | Case type |
|---|---|---|---|---|---|
| Arroyo Vista (aka Arroyo Oaks) aka Hendry, et al. v Fieldstone Company, et al. | Superior Court of the State of California County of Orange, Central Justice Center Annex | 798881 | 8/1/2002 | Deposition | Concrete failure |
| MSHA Proposed Ruling 2002 | Mine Safety and Health Administration Asbestos Hearing Panel | | 6/20/2002 | Hearing | Asbestos |
| Douglas McCarthy and Diana Wheeler McCarthy v. ACands, et al | Superior Court of the State of California for the County of Los Angeles | BC252223 | 6/12/2002 | Deposition Telephone | Asbestos PI -- Paper Mill Felt |
| Robert Lee Bickham et al v. Metropolitan Life Insurance Co., et al | 22nd Judicial District Court Parish of Washington State of Louisiana | Case No. 70,760 c/w 72,154 and 72,986 Division "E" | 1/24/2002 | Deposition | Asbestos PI -- Paper Mill Felt |
| Delaware Trust Didimoi Property Holdings, N.V., and General Electric Capital Corporation, v. Cigna Insurance Company | United States District Court for the district of Delaware | 99-605 Civil Action 00-186-JJF | 11/28/2001 | Hearing | Asbestos buildings |
| Delaware Trust Didimoi Property Holdings, N.V., and General Electric Capital Corporation, v. Cigna Insurance Company | United States District Court for the district of Delaware | 99-605 Civil Action 00-186-JJF | 11/27/2001 | Hearing | Asbestos buildings |

**Deposition and Trial Testimony of Richard Lee**

| Case Name | Court | Case Number | Testimony Date | Testimony | Case type |
|---|---|---|---|---|---|
| Delaware Trust<br>Didimoi Property Holdings, N.V., and General Electric Capital Corporation, v. Cigna Insurance Company | United States District Court for the district of Delaware | 99-605 Civil Action 00-186-JJF | 11/13/2001 | Hearing | Asbestos buildings |
| Delaware Trust<br>Didimoi Property Holdings, N.V., and General Electric Capital Corporation, v. Cigna Insurance Company | United States District Court for the district of Delaware | 99-605 Civil Action 00-186-JJF | 11/12/2001 | Hearing | Asbestos buildings |
| Mesa Vista South | Orange County Superior Court | Case No.: 802639 | 10/29/2001 | Trial | Concrete failure |
| Delaware Trust<br>Didimoi Property Holdings, N.V., and General Electric Capital Corporation, v. Cigna Insurance Company | United States District Court for the district of Delaware | 99-605 Civil Action 00-186-JJF | 10/23/2001 | Hearing | Asbestos buildings |
| Crown Ridge Development | Superior Court of the State of California County of Riverside | RIC 322638 | 10/15/2001 | Deposition | Concrete failure |
| Michigan Felt Testing | 22nd Judicial District Court No. 70,760, c/w 72,154, c/w 72,986 | RB-BIC-1585 | 9/28/2001 | Video Deposition | Asbestos PI -- Product ID |

## Deposition and Trial Testimony of Richard Lee

| Case Name | Court | Case Number | Testimony Date | Testimony | Case type |
|---|---|---|---|---|---|
| Novo, Gabriel v AcandS | In the Circuit Court of Baltimore City | Case No.: 24X00000003 | 9/17/2001 | Deposition | Asbestos - Personal Injury, brakes |
| Mesa Vista South | Orange County Superior Court | Case No.: 802639 | 8/22/2001 | Deposition | Concrete failure |
| Prem v. Shea Homes (Melange) | Superior Court of the State of California for the County of San Diego | 731815 | 8/3/2001 | Deposition | Concrete failure |
| Prem v. Shea Homes (Melange) | Superior Court of the State of California for the County of San Diego | 731815 | 8/2/2001 | Deposition | Concrete failure |
| Labdon et al v Fieldstone et al | Superior Court of the State of California Orange County, Central Justice Center | No. 764896 | 6/21/2001 | Deposition | Concrete failure |
| Lois Ricard, Individually and as Special Administrator of the Estate of Victor Ricard, Deceased vs. Bondex International, Inc. et al (Mason City) Rickard v. United States Gypsum Company, Madison, County, IL | Circuit Court Third Judicial Circuit Madison, County, IL | 99-L-1106 | 6/1/2001 | Deposition Telephone | Wallboard/joint compound |