Expert Report

A Brief History Of U.S. Concern For The Asbestos Inhalation Risk
To Occupants and Maintenance Workers In Buildings With
Asbestos-Containing Materials (ACM)

by

Morton Corn, Ph.D., CSP
Morton Corn & Associates, Inc.
3208 Bennett Point Road
Queenstown, Maryland

January 15, 2007

1

Table of Contents

I.      Qualifications

II.     Introduction

III.    Asbestos Exposure in the Workplace

IV.     From Occupational to Non-Occupational Exposure

V.      Risk Assessment, Threshold, High and Low-Dose

VI.     Risk Assessment and Asbestos in Buildings

VII.    Public Perception of Building Occupant Asbestos Exposure

VIII.   EPA Guidance

IX.     Scientific Basis for Current Consensus on the Exposures/Risks to Building
        Occupants and Maintenance Personnel of Asbestos-Containing Materials

        A.      Scientific Background: Fiber Release and Re-entrainment
        B.      The Industrial Hygiene Approach to a Potential Health Risk
        C.      Safety and Risk

X.      Summary and Conclusions

        • References

        • Table I        U.S. Asbestos Standards, 1938-2001

        • Table II       Asbestos Risk Assessments (RA)

        • Table III      Federal Environmental Legislation

XI.     Appendices

        • Curriculum Vitae of Dr. Morton Corn
        • Summary of M. Corn Testimony

I.    Qualifications

I am a Professor Emeritus of Environmental Health Engineering in the Bloomberg School of Public Health of the Johns Hopkins University and President, Morton Corn and Associates, Inc., a consulting firm that works out of my home in Queenstown, Maryland. Environmental health engineering is a discipline concerned with the evaluation of air, water, soil and materials in our environment and the interventions to improve them if they are found to be unhealthy or to pose a human health risk. I received a Bachelor's degree in Chemical Engineering from Cooper Union School of Engineering in 1955, a Master of Science degree in Industrial Hygiene and Sanitary Engineering from Harvard University in 1956, and a Doctor of Philosophy degree in Industrial Hygiene and Sanitary Engineering from Harvard University in 1961. The subject of my doctoral dissertation was the adhesion and re-entrainment of particles from surfaces.

From October 1975 until January 1977, I served as Assistant Secretary of Labor for Occupational Safety and Health. I have provided consultation services to many private and governmental organizations, including the United States Atomic Energy Commission, the United States Public Health Service, the United States Bureau of Mines, the World Health Organization, the United States Department of Energy, the United States General Services Administration, the United States Environmental Protection Agency, the National Institute of Environmental Health Sciences, Harvard University School of Public Health, the American Petroleum Institute, Pennsylvania State University, and the Brookings Institution. As a consultant to the United States Environmental Protection Agency (EPA), I served on its Science Advisory Board (SAB) from 1977 to 1984. The SAB reviewed the Agency's Health Assessment document for asbestos.

Included in the awards I have received is the Cummings Award, which is given once a year by the American Industrial Hygiene Association for outstanding contributions in the field of industrial hygiene. My Cummings Award Lecture was on Asbestos and Public Health. (Corn, M., "Asbestos and Disease: An Industrial Hygienist's Perspective," Am. Ind. Hyg. Assoc. J., 47(9), 515-23 (1986)). I have published more than one hundred peer-reviewed articles, fifteen or more chapters in books, and edited three books. In 1994, I received the Smyth Award of the American Academy of Industrial Hygiene, an annual award for outstanding contributions to industrial hygiene. In 2000 I was elected a Director on the Board of the American Industrial Hygiene Association and served for three years. In June, 2001 I received the Meritorious Achievement Award of the American Conference of Governmental Industrial Hygienists. It is presented once a year for "outstanding, long-term contribution to the field of occupational health and industrial hygiene." In 2003 I received a certificate of appreciation from the National Academy of Sciences for service on the committee which addressed "Risk Assessment in the Federal Government: Managing the Process."

I have measured asbestos and other dusts-in-air in glass, steel, and insulation manufacturing facilities, for examples, during the 1950's, 1960's, 1970's, and have designed ventilation systems to capture potentially toxic dusts and gases from processing

operations. I taught graduate courses at Johns Hopkins University and the University of Pittsburgh in the subject areas of industrial hygiene, air pollution, industrial ventilation, aerosol technology and risk assessment.

I have conducted extensive research on airborne asbestos concentrations in buildings as it relates to occupants and to workers who work with or near asbestos-containing materials and have published many of these studies. (See e.g., Mlynarek, S., Corn, M., and Blake, C., "Asbestos Exposure of Building Maintenance Personnel, "Reg. Tox. & Pharm. 23(3) 213-224 (1996); Corn, M., et al., "Asbestos Exposures of Building Maintenance Personnel, "Appl. Occup. Env. Hyg. 9(11), 845-852 (1994); Corn, M., "Airborne Concentrations of Asbestos in Non-Occupational Environments," Ann. Of Occup. Hyg. 38(4), 495-502 (1994); M. Corn, et al., "Exposure to Airborne Asbestos in Buildings," Reg. Tox. & Pharm. 16, 93-107 (1992); M. Corn, et al., "Airborne Concentrations of Asbestos in 71 School Buildings," Reg. Tox. & Pharm. 13, 99-114 (1991); Corn, M., et al., "Asbestos: Scientific Developments and Implications for Public Policy," Science 247, 294-301 (1990); Esmen, N.A. and Corn, M.; "Airborne Fiber Concentrations During Splitting Open and Boxing Bags of Asbestos," Tox. and Ind. Hlth. 14(6), 843-856 (1998). I have participated in numerous United States and international scientific, industrial hygiene, and public health conferences. For example, I participated in the Workshop on the Biological Effects of Fibers organized by the International Agency for Research on Cancer held in Lyon, France in June 1977, was an invited speaker and session chairman at the International Conference on Biological Effects of Man-made Mineral Fibers held in Copenhagen, Denmark in 1982, and have been invited by the federal government to comment on regulatory rule-makings concerning asbestos.

In addition I have conducted research and field investigations of silica dust (See Villnave, J., Corn, M., Francis, M. and T. Hall: Regulatory Implications of Airborne Respirable Free Silica Variability in Underground Coal Mines. Am. Ind. Hyg. Assoc. J. 52: 107-112 (1991): cotton dust (See Corn M.: Methods to Assess Airborne Concentrations of Cotton Dust. Am. J. Industr. Med. 47, 497-504 (1986); Hammad, YY and M. Corn: Hygienic Assessment of Airborne Cotton Dust in a Textile Manufacturing Facility. Am. Ind. Hyg. Assoc. J. 32: 662 (1971), and fibrous glass dust, among other potentially toxic agents (See Corn M., Esmen, N.A. and Y.Y. Hammad, et al.: Exposure of Employees to Man-Made Mineral Fibers: Mineral Wool Production. Environ. Res. 15: 267-277 (1978).

My Curriculum Vitae is attached as Appendix A. My fee for professional consulting services, including expert consultation and testimony in litigation, is $4000 per day or $500 per hour. I have been accepted as an expert in various federal and state courts to testify in asbestos property damage cases and in other litigation.

II.    Introduction

I have been asked by Richard Finke, Esq., Assistant General Counsel-Litigation, W.R. Grace & Co., to 1) address the current medical/scientific understanding of the potential hazard of asbestos-containing materials (ACM) in buildings and 2) trace the origin of this concern and the progression of events and scientific investigations, primarily in the U.S.

during the 1980's that resulted in the scientific and regulatory resolution of the issue by the Environmental Protection Agency in 1990.

ACM in buildings includes, but is not limited to, sprayed-on fireproofing (such as Grace Monokote-3), insulation or lagging on hot pipes, sprayed or troweled on acoustic ceiling material and floor tile. After installation, these products remain "in-place," i.e., they are not worked or further operated on to produce a product, as is asbestos fiber in manufacturing operations. In-place ACM is quiescent, unless intruded upon with energy. For example, on occasion sprayed-on fireproofing might be damaged by a worker pulling cable above a hung ceiling. In-place ACM presents an entirely different potential exposure scenario than that of occupational exposure to asbestos in mining, milling and manufacturing where raw fiber is continuously handled and worked on to produce a product. It is customary to refer to potential asbestos exposure of building occupants to in-place ACM as potential non-occupational exposure.

It took more than a decade to understand and widely disseminate knowledge about potential health risks to asbestos-containing materials in buildings. During those years non-occupational risks, although minimal or non-existent, had been grossly exaggerated. Early decisions to remove asbestos were based solely on identification and the presence of asbestos, not on measurement of exposure to asbestos, or on information gathered following risk assessment procedures. Immediate removal, the least desirable option, resulted, and became the accepted policy articulated by the Environmental Protection Agency in the first of its series of guidance documents.[1] In 1979 the "Orange Book" reflected United States governmental concern about health risks for people who lived or worked in buildings containing asbestos in fireproofing, acoustic materials, lagging and other products. EPA required schools to assess the potential for health risk from inhaling asbestos fibers by using an algorithm, later shown not to correlate with airborne levels in buildings.[2] Thus the Environmental Protection Agency guidance documents led local communities to remove asbestos-containing materials from their schools. The schools then sought funds and federal aid for removal. Former manufacturers of asbestos-containing materials were faced with lawsuits for removal costs, recovery of damages to building occupants and punitive damages associated with failure to warn, totaling billions of dollars. At the same time the asbestos removal industry and plaintiff's lawyers flourished. But the EPA had initiated its guidance without environmental measurements of actual levels of asbestos in building air, and without a risk assessment to place potential risks in perspective. The EPA denigrated air sampling as a way to assess inhalation risk and during the 1980s issued two more guidance documents, The "Blue Book" and The "Purple Book."[3] All three guidance documents engendered concern, fear and even hysteria.

In contrast to the guidance documents, some members of the scientific and public health communities, unconvinced of the efficacy of EPA policy, began to investigate and report their own measurements of asbestos in the air of buildings. They utilized exposure data to perform risk assessments.[4] Nevertheless, the United States Congress passed the Asbestos Hazard Emergency Response Act in 1986 without even acknowledging that the information concerning risks to building occupants from asbestos-in-air was exaggerated.

This Report addresses the emergence of a public health issue, asbestos in buildings. It emphasizes the role the United States Environmental Protection Agency guidance documents and media reporting of health effects associated with asbestos played in defining the issue and shaping public perception that subsequently led to creation of public health policy for asbestos in schools and public buildings, a policy reflected in major federal legislation, the Asbestos Hazard Emergency Response Act. It explains how asbestos, an occupational problem, evolved into a non-occupational concern. An ingredient of the broader concern was the introduction of concern for the exposure of occupants and maintenance personnel in buildings containing ACM. This concern was subsequently found to be without merit and was resolved through the acquisition of scientific knowledge and debate.

In the 1970s, concerns about health hazards related to asbestos spread from occupationally exposed populations to those experiencing non-occupational exposure. By the end of the 1970s, school children and teachers were targets of concern. Beginning in 1979, the Environmental Protection Agency assisted school systems and other building owners in identifying and controlling asbestos-containing materials in their buildings. In 1971, the EPA determined that asbestos is a hazardous air pollutant as defined by the 1970 Clean Air Act and issued regulations to control asbestos emissions from manufacturing, milling, roadway surfacing and demolition projects. Almost ten years later (1982) under Toxic Substances Control Act authority the agency issued The Asbestos-In-Schools-Identification and Notification Rule. It required inspection for friable asbestos in all schools and notification to parents, teachers and school workers.[5] Congress then passed the Asbestos School Hazard Abatement Act (ASHAA) in 1984 to provide financial assistance to needy schools with serious asbestos hazards,[6] and on October 22, 1986, President Reagan authorized the Asbestos Hazard Emergency Response Act (AHERA). AHERA required all public and private schools to inspect for asbestos, develop asbestos management plans, submit them to the state and implement appropriate response actions and abatement.[7]

In 1989, the EPA estimated that of approximately 3.6 million U.S. public and commercial buildings there were 733,000 buildings with friable asbestos-containing material (about 20 per cent), and between 160,000 and 250,000 abatement jobs performed each year on buildings of all types, with activity in schools much higher than in public buildings. About 35,000 school buildings contained friable asbestos. Twenty-eight percent of schools had full removal.[8] Billions of dollars were spent to remove asbestos from buildings. In the late 1980s that policy began to be seriously questioned in the scientific community and at the national level.

III.    Asbestos Exposure in the Workplace

Asbestos has probably received more attention than any other potentially toxic agent from practitioners and investigators in the fields of industrial hygiene, occupational medicine, occupational epidemiology and toxicology. Perhaps more is known about the dose/response curve for its inhalation than about any other industrial material.[9]

6

Professionals learned from the work place that asbestos is a potentially hazardous fiber and a known human carcinogen.

Asbestos, not normally utilized in its raw fibrous state, is added to cement, vinyl, plaster, asphalt and cotton. It can be spun into yarn, woven into fabric and braided into rope. Its heat and corrosion resistant qualities have been considered so beneficial and so desirable that between 1900 and 1980 some 36 million metric tons were used worldwide in over 3,000 products. Because asbestos was perceived as a "miracle fiber," much of it was introduced into the environment without significant precaution. From the 1930s to the mid 1970s asbestos, mostly chrysotile and amosite, individually or in blends, was extensively applied to building structures, walls, ceilings and on thermal systems within the buildings to provide insulation and fireproofing. Sprayed-on asbestos protected structural steel beams from the potential rapid melt down effects of high temperatures, thus permitting egress of occupants. It also provided ceilings and interior surfaces with insulation to retard fire and acoustical damping properties.

Documentation of asbestos related disease causing lung impairment began early in the twentieth century. The disease asbestosis received its name in 1927.[10] By the 1940s asbestos dust was recognized as dangerous and that inhalation of asbestos dust over a period of years could cause asbestosis, a disease associated with high levels of industrial exposure. But little was done to reduce heavy dust concentrations in the workplace.

The first reported case associating asbestos dust with lung cancer appeared in 1935. The first rigorous epidemiological study appeared in 1955.[11] Unfortunately, in this study all lung cancer cases were also associated with asbestosis. Thus, many concluded that then current limits on inhaled asbestos to protect from fibrosis would also protect from cancer. It took until the 1964 landmark Conference on Biological Effects of Asbestos for a consensus to develop that asbestos could cause lung cancer.[12]

During World War II, shipyards employed hundreds of thousands of workers across the United States. Insulators and pipe fitters worked in cramped, confined, heavily polluted spaces applying asbestos-containing materials, often without adequate ventilation or other preventive measures. Excessive numbers of workers became victims of asbestosis, lung cancer and mesothelioma. The diseases appeared 20 to 30 years later.[13] The excessive number of occupational illnesses that came to light in the 1960s and 1970s sparked efforts to control non-occupational as well as occupational exposures. But by then asbestos was ubiquitous. Thermal building insulation, fire proofing, acoustic ceilings, sprayed on insulation, paper like products, felts for flooring and roofing, asbestos cement products, floor coverings, brake linings, coatings, sealants, adhesives, plastics, packing, gaskets and textiles are only some of the asbestos containing products found everywhere.

Prior to the Occupational Safety and Health Act, there were suggested occupational guidelines for asbestos known as TLVs (Threshold Limit Values). The critical assumption of the TLV concept is that a level of exposure exists for non-carcinogenic substances below which no adverse health effects will occur in nearly all workers. The concept of the asbestos TLV was based on the belief that the working environment could

be controlled, and the likelihood of injury reduced to a minimum by setting threshold values to protect against asbestosis disease.

In 1972, The Occupational Safety and Health Administration promulgated a federal standard for asbestos in the work place. Consistent lowering of federal permissible exposure limits has since occurred.[14] (See Table I)

IV.    From Occupational to Non-Occupational Exposure

Until the 1970s, almost all interest in adverse health effects due to asbestos inhalation centered on effects of relatively high levels of occupational exposures. By the end of the decade new interest in health effects of asbestos focused on whether the general public was at risk from asbestos in commercial buildings, schools and homes. The growing awareness of the hazards of asbestos in the workplace suggested a need to scrutinize other possible areas of asbestos exposure, not covered by the Occupational Safety and Health Act, namely non-occupational exposure.

Reports of mesothelioma from household exposures, finding of asbestos bodies in lungs at autopsy of many city dwellers, asbestos fibers found in the environment[15] and the involvement of the Environmental Protection agency with the Clean Air Act of 1970 all focused attention on non-occupational exposure to asbestos.

By the end of the 1970s at the same time that asbestos in schools became a target of concern, asbestos workers of the 1940s and 1950s appeared with large numbers of cases of lung cancer, asbestosis and mesotheliomas.[16] Personal injury litigation cases resulting from occupational exposure to asbestos were highly publicized.[17] Emerging public knowledge about health risks associated with asbestos in the workplace, and the excessive number of occupational illnesses that came to light sparked efforts to control non-occupational exposure to asbestos.

By the 1980s asbestos in schools and buildings had become a compelling issue in spite of the fact that no case of asbestos related disease attributed to occupancy of a school or other public building had been reported.[18] The well being of building occupants became an environmental issue engendering fear and leading to public policy decisions with far reaching ramifications.

V.    Risk Assessment, Threshold, High and Low Dose

Before proceeding further, it is necessary to present some important technical concepts, seldom explained to the public. They were long underutilized or even ignored by EPA, the regulatory agency responsible for environmental policy. The concepts include: threshold, extrapolation from high dose to low dose and risk assessment.

The critical idea of a threshold is that a level of exposure to a toxic substance exists below which no adverse health effect will occur. It is based on the concept of a dose-response relationship for a population of people or laboratory animals, involves

measurement and employs two principles. First, a systematic dose-response relationship exists between severity of exposure to a hazard and the degree of response in the population exposed. Second, as the exposure level decreases, there is a gradual reduction in the occurrence of injury. The risk of injury becomes negligible when the level falls below certain acceptable levels. The idea of threshold limits was developed by toxicologists and industrial hygienists, who understood that the "dose makes the poison."[19] The toxic effects of high exposures to asbestos fibers in the workplace were well documented for asbestosis, which develops after years of intense, high exposures. Health risks associated with breathing large amounts of asbestos (high dose) fibers were and still remain clear and well documented. The dose-response curve, i.e., the amount of fiber inhaled and the related amount of disease at exposures less than "high" is less certain. This was never made clear to either decision makers or the public.

Conflict over asbestos and disease focuses on whether there is a threshold level for asbestos below which no adverse effects occur. One school of thought believes that no safe level exists. Others contend that a threshold does exist. This idea is a key one to understand the conflict over asbestos and disease in the 1970s and 1980s. In the United States, there was a consensus among many research scientists that a threshold existed for asbestos disease, but the assumption was made for regulatory purposes that a threshold for carcinogens did not exist. The public remained unaware that there were conflicting schools of thought on the subject.

Studies of workers exposed to excessive amounts of asbestos in industry, often years earlier, presented the only available data to relate the amount of exposure to the risk of cancer. Because they lacked data on non-occupational low level exposure to asbestos, scientists extrapolated risks associated with past high industrial exposure levels to obtain hypothetical risks at much lower non-occupational exposures. They extrapolated from high dose to low dose employing a linear, no-threshold model for lung cancer, which assumed that any asbestos exposure, no matter how small, or for how short a duration of time, will result in increased risk of cancer.

Clearly uncertainties abounded; nevertheless, decision makers and the public were not apprised of these ambiguities. Apparently neither Congress, nor the general public understood these concepts, knew of their utility or were informed about the uncertainties inherent in extrapolation from high dose to low dose. Policy decisions as well as research decisions, because of scientific uncertainties, were fast becoming social and political phenomena in the 1970s and early 1980s.

Although the concept of risk can be traced to biblical times, our current risk assessment concepts have roots in the early 20th century and in the recognition that occupational disease and exposure to hazards in the workplace, such as lead, mercury and silica are related. Early acceptance of the premise that health risk is related to the degree of exposure and to the degree of toxicity of the material characterized the general approach to risk assessment. Later risk assessment evolved to include epidemiological data of worker populations and dose-response (toxicological) data that involved animal tests.

Non-occupational exposure to asbestos as an issue was caught up in debates about environmental regulation that quickly created conflict. Divergent views and values led to an inability to separate scientific and political inputs during the decision making process. Science and policy became intricately entwined and difficult to separate. Much of the controversy arose over the magnitude and management of environmental risks. Controversy also developed because of the lack of guidelines for testing and evaluating experimental data and over choice of substances in need of regulation. Scientific uncertainties added to the list of problems. To make the situation even more difficult, proponents and opponents of specific policies distorted science to achieve their own objectives.[20]

Although many of the problems associated with developing environmental policy could be attributed to the limitations of science, the pervasive persistent issue in regulatory legislation, that of the scientific basis for risk decisions, combined with the controversy over goals and how to achieve them became central factors driving American environmental policy. It explains policy decisions made for asbestos in the environment. When the United States embarked on its ambitious road to regulate environmental risks, in order to reduce them, it became clear that regulatory issues were intimately associated with subjective aspects of the political process. Policy and decision makers required a method to select priorities. Both the scientific and policy communities responded with a set of techniques they call risk assessment. A framework for performing risk assessment was not available to regulatory agencies until 1983, when the National Academy of Sciences published a landmark study of risk assessment.[21b]

VI.   Risk Assessment and Asbestos in Buildings

It is difficult to understand the history of American policy for non-occupational exposure to asbestos without comprehending the nature and significance of risk assessment. Contemporary risk assessment in the federal government, utilized for occupational health and environmental regulation, took hold in the 1980's. The movement toward more clearly defining health risks began in the 1970's when federal regulatory agencies started moving toward utilization and acceptance of risk evaluations for regulatory decision making. By the 1980's most of the environmental community had come to terms with the concepts of environmental risk assessment. In a 1983 editorial in Science, William Ruckelshaus, then administrator of the Environmental Protection Agency, wrote about the need for a government-wide process to assess and manage environmental risks. Ruckelshaus wanted to strengthen risk assessment capabilities in the EPA.[21a]   The National Academy of Sciences provided the methodology to do this.[21b]

But in the case of asbestos in buildings The Environmental Protection Agency did not come to grips with these ideas until the 1990s. The EPA, the main federal agency responsible for asbestos in schools, did not fully utilize its own risk assessments to place either potential or real risks in perspective for the Congress or the public. The EPA published guidance documents without environmental measurements of asbestos levels that might cause health risks to building occupants. Table II indicates a number of risk

assessment documents produced by the Environmental Protection Agency between 1979 and 1986. The risk assessments were either not utilized or in some cases not accurate.

For example, the EPA applied a linear dose-response curve to results of a study of asbestos insulation workers exposed to high doses of asbestos to estimate the risk presented by low-level asbestos exposure in schools. In 1980 the Environmental Protection Agency concluded that in a worst case situation between 100 and 6,800 premature cancer deaths will result from exposure to prevailing asbestos levels in schools. EPA then developed a "most reasonable" estimate of 1,100 premature deaths.[22] Reviewers criticized the EPA's analysis for overstating the risk presented by asbestos in schools.[23] In fact, EPA asbestos policy decisions did not link research about risks from non-occupational, low-levels of exposure to its decisions.

The basis for regulation, namely health effects and magnitude of exposure to asbestos, were not emphasized by EPA. The EPA stressed epidemiological evidence, based on high-dose exposures, to maintain that asbestos in schools causes cancer. In the agency's risk assessment, a major study of 12,000 asbestos insulation workers was cited. For example, "cancers induced by asbestos were responsible for elevating the overall mortality rate by approximately 50 percent. Seventeen percent of all deaths in this group were due to asbestos, pleural mesothelioma and peritoneal mesothelioma."[24] The International Agency for Research on Cancer (IARC) has listed asbestos among only 18 chemicals, groups of chemicals and industrial processes for which the evidence of human carcinogenicity is conclusive.[25] These causes are virtually unheard of or rare in the general population. The EPA also found that, "adverse health effects of non-occupational exposure to asbestos have been amply demonstrated. Some persons whose known exposure to asbestos has been from living in the same households as asbestos workers or in the neighborhoods of asbestos mines, mills and processing facilities have developed mesothelioma and signs of asbestosis."[26] Yet there was no discussion of the dose of asbestos received, which was substantial due to high ambient air concentrations of asbestos in these communities.

Nevertheless, the EPA assumed that the magnitude of exposure to asbestos in buildings with friable asbestos justified regulating asbestos in schools and found it "highly likely that exposure to asbestos in schools may increase the risk of developing numerous types of cancer, most notably plural and peritoneal mesothelioma and lung cancer."[27] The risk assessments EPA referred to in the Federal Register addressed human health. They did not address extrapolation from high to low dose, or exposure measurements. For example, they failed to ascertain just how much asbestos was in the ambient air of schools or if epidemiological studies or cases of school children or teachers exposed to asbestos in school buildings suffered from either cancer or mesothelioma as a result of exposure to asbestos fibers in school. With hindsight EPA's risk assessment appears minimal. Based on its risk assessment EPA's program to regulate asbestos in school buildings moved forward and the Technical Assistance Program (TAP) begun in 1979 culminated in 1986 with unanimous passage of the Asbestos Hazard Emergency Response Act (AHERA) by the United States Congress.

11

VII.    Public Perception of Building Occupant Asbestos Exposure

How did the public asbestos panic begin and what caused it to last largely unexamined
for over ten years at a projected cost for abatement of 50 to 150 billion dollars? By the
end of the 1970's, as noted earlier, in place ACM in schools was a target for concern.
Litigation of personal injury claims precipitated by occupational exposure to asbestos
were highly publicized, and the general public feared they, or even worse, their children
might be at risk from asbestos released into schools and other buildings. Presentation of
available health information came mainly from two sources, the media and The
Environmental Protection Agency. It occurred simultaneously with rapidly rising public
concern about the environment, unfolding information about toxic substances, including
asbestos, and fear of environmentally caused cancer.

By 1970, growing public concern for the environment found popular expression in Earth
Day celebrated by millions of Americans. Congress then responded to public concerns
expressed by the media, Earth Day participants, consumer groups and environmentalists
by passing a number of strict new environmental laws in the 1970s. In a short period of
time the federal government put in place a large number of detailed regulations and
policies to control environmental health risks. The legislation encompassed an enormous
area of environmental concerns including air, water, pesticides, consumer protection and
occupational safety and health. NEPA, The National Environmental Protection Act of
1969, followed by creation of the Environmental Protection Agency in 1970, was part of
the environmental legislation of the 1970s. (See Table III, a list of Federal Environmental
laws passed 1938-1986)

- Industrial Response to Occupational Risks

Industrial response to past occupational risks associated with asbestos shaped attitudes
about and perception of non-occupational risks. The legacy of distrust resulting from
past neglect of workplace exposures and manifested in the proliferation of lawsuits
informed public debate about non-occupational asbestos. Lawsuits alleged negligence
and misrepresentation on the part of the asbestos industry. Much has been written about
the suppression of information by certain asbestos manufacturers and collusion of
professionals.[28]

- Asbestos Awareness Campaign

In 1978, a message about the hazards of working with asbestos was sent to the American
people in the form of the "Asbestos Awareness Campaign." Epidemiological studies of
Irving Selikoff and others in the 1960s established that certain groups suffered unusually
high rates of cancers, including mesothelioma, which was virtually unknown before the
20th Century.[29] The campaign was an effort to inform former and current workers and
others at risk about the hazards associated with asbestos exposure. The objective was to
increase awareness, and to present information about the nature, extent and seriousness of
asbestos exposure for the at risk target audience and the general public. The campaign

disseminated information about asbestos over radio, television, by print, through relevant special interest groups and via direct mail.

A study of the "Asbestos Awareness Campaign" noted that difficulty influencing the media could be traced to "gatekeepers," for example, editors who controlled the flow of news. The study also revealed that nearly 90% of the asbestos news was accounted for by three topics: (1) Hazards of asbestos exposure (50%), (2) Negligence or cover-ups (23%), (3) Governmental action to control or reduce risk (15%).[30]

- Concern With Human Health-The War On Cancer

In the 1970s, the focus of environment shifted from an earlier concern with the impact of human activities on the environment and obvious pollution problems to a newer less visible and difficult concern with human health, manifested in the "War on Cancer." Fear of cancer and the fostering and formalization of the idea that any amount of a carcinogen caused cancer was the rationale for cancer policy. For example, The Environmental Protection Agency cancer policy was based on the premise that a threshold for carcinogens (i.e., asbestos) did not exist. The rallying cry was "one fiber can kill."

- Reaction To Reagan Environmental Policy

Reaction to Reagan environmental policy embodied in the shift away from enforcing regulations, corruption at Superfund, dismantling of environmental statutes, disarray at the EPA and the resignation of Mrs. Burford, the EPA administrator, engendered a feeling of both anger and frustration and a need for environmentalists to regroup around an issue that would arouse Americans. Asbestos in buildings was that issue. The Environmental Defense Fund, for example, played a leading role. Unlike asbestos in the workplace, non-occupational asbestos could affect everybody, including the helpless Americans, children. It was an involuntary risk. It is not surprising then that Congress unanimously passed AHERA, the culmination of asbestos in schools policy, during the Reagan administration and that the president signed it.

Within this social context, public perception of hazards associated with non-occupational exposure to asbestos took form. In this setting the public was informed about asbestos and the process of eliminating or abating asbestos began.

Two other factors which propelled the non-occupational asbestos issue forward should be noted. They were, the rush to seek financial relief in the courts via asbestos in buildings litigation brought by schools for removal of asbestos and the growing asbestos abatement industry.

Thus, the presentation of health information about asbestos to the public coincided with rapidly rising concern about environmental health, issues of toxic substances, fear of environmental cancer, the legacy of occupational asbestos, the response to the reactionary

Reagan years, the rush to seek recovery in the court and the growing asbestos abatement industry.

- Information Presented To The Public

Placed in the above context, the manner and content of information presented undoubtedly influenced public perception of the asbestos hazard in schools. The most likely source of information for most people, the media, amplified the risks and framed the discussion. In the process, they reported on harm from earlier high levels of asbestos based on industrial experience and not risks in schools and buildings which were orders of magnitude lower than in occupational exposures. The media tended to accept information from dominant institutions involved in this issue and failed to place risks in perspective. The media failed to emphasize or discuss issues such as the likelihood of exposure to asbestos in the school environment, the ratio of benefits to risks of removal, the cost of removal, or alternative options. Asbestos in schools and buildings was served up as a crisis. Had the Environmental Protection Agency taken a more vigorous analytical approach (one based on the occupational experience) to investigate these concerns and report their findings to the public the crisis mentality might have been avoided.

Although journalists did seek individuals with authoritative knowledge, the sources they utilized decided what material to reveal, and what details to highlight or discard, following their own agendas. In the period under discussion, the main source of information at the disposal of journalists on the subject of asbestos came from Dr. Irving Selikoff and his colleagues at The Mount Sinai School of Medicine, Environmental Science Laboratory in New York, and the Environmental Protection Agency. Their view was that asbestos, a tragedy for industrial workers, also posed a great threat to the general public. This viewpoint appeared in countless newspaper articles as well as other media. The message said evidence warranted removal of asbestos already in place in schools because in place ACM posed an unacceptable and intolerable health threat to 15 million American school children. For example, the following messages appeared during this period. (Only a few are chosen as representative)

New York Times, July 18, 1971 "Asbestos You'll Be All right If You Just Stop Breathing," Discussion of a number of aspects of environmental asbestos with a message that asbestos is everywhere. The metaphor of the "asbestos time bomb" appeared and would appear again and again. Dr. Selikoff was the author's information source.[31]

New York Times, September 30, 1972 author Jane Brody, "Shipyard Workers of 1940s Told of Cancer Peril." The article is about Dr. Selikoff's epidemiological studies of shipyard workers. "Now the doctor said, it appears that even people who did not work directly with asbestos, but who were indirectly exposed to asbestos particles may also be in danger of developing the disease which tends to occur about 30 years after the initial exposure to asbestos."[32]

14

New York Times, September 22, 1974. "The Contagion of Asbestos." It said, "Mount Sinai has produced evidence to show that even peripheral and brief exposure can produce asbestos related disease."[33]

New York Times, November 21, 1974. "Pupils Move Today To Avoid Asbestos." Article said, "That when released into the air from construction materials asbestos is believed to cause cancer and respiratory disease."[34]

Wall Street Journal, November 3, 1978. "EPA Set To Require Asbestos Inspections By School Districts." Article said, "That the Environmental Defense Fund petitioned EPA earlier to order school districts to require asbestos inspection. The EDF contended that 20 million school children may be exposed to risk of asbestos induced cancer or lung disease."[35]

The most often used metaphor in hundreds of newspaper articles published in the 1970s was asbestos is like a time bomb, ticking away.

New York Times. March 31, 1980. "Penn Yan Schools to Act on Asbestos." All schools in the Penn Yan Central School District will be closed today and tomorrow because of the discovery of "significant amounts" of asbestos particles in the building.[36]

Wall Street Journal. February 23, 1984. "U.S. Considering Rules to Clean Up Asbestos In Schools." A recent internal EPA report concluded that hundreds of schools with serious asbestos pollution haven't done anything to alleviate the danger. The Service Employees International Union and the National Education Association asked for more stringent regulations.[37]

U.S.A. Today. February 2, 1984. "School Asbestos Clean up Lagging." Less than a fifth of the 2,632 asbestos plagued schools in the U.S. have plans to correct the problem. The article says that fibers are crumbling and that inhaled asbestos fibers have been found to cause cancer and other lung problems.[38]

New York Times. May 8, 1984. "EPA Is Pressed to Require Removal of Asbestos." Scientists, union officials and parents urged the EPA to require the removal of the carcinogen asbestos from schools. Irving Selikoff is quoted as follows, "Ultimately what you will do is decide who will live and who will die."[39]

VIII.   EPA Guidance

EPA Guidance

The Environmental Protection Agency documents also defined the asbestos in schools issue. EPA began regulation of asbestos in 1971 by adding it to the list of materials regulated under the National Emissions Standard for Hazardous Air Pollutants (NESHAP). At the time the EPA could only regulate to prevent emissions outside buildings. Under the Toxic Substances Control Act of 1976 (TSCA) EPA could address

asbestos in schools. In 1979, the EPA instituted a Technical Assistance Program (TAP) to educate school officials, parents and school employees about the potential hazards of airborne asbestos.[40] The EPA also published a series of so called state-of-the-art technical guidance documents which were widely distributed to schools, states, architects and other professionals involved in identification and control of asbestos. The guideline documents are referred to as The Orange Book (1979),[41] The Blue Book (1983),[42] The Purple Book (1985),[43] and The Green Book (1990).[44] The first 3 guideline documents, and numerous press releases and reports led to misconceptions, anxiety and unnecessary removals. They fixed the idea of cancer and the one fiber theory in the public mind in relation to asbestos in schools and caused fear among parents and school administrators. The EPA estimated premature deaths among school children in 1980 at 100 to 8,000. In 1981 their estimate was from 40 to 400; in 1982 estimates were no longer stated. Guidance documents contained inconsistencies in the agency's approach, ignored industrial hygiene practices such as air sampling to measure airborne concentrations of asbestos in schools, did not identify "safe" levels or acceptable levels of asbestos in air and recommended removal of asbestos in schools. The first three guidance books, covering a period of six years, stressed removal of asbestos. None acknowledged the relevance of exposure assessment to policy for non-occupational exposure to asbestos in schools. The guidance documents never addressed the magnitude of the risks involved or related asbestos risk to other environmental risks.

The presentation and characterization of public information assumed great importance in how the risk was perceived and public health policy determined. In the case of non-occupational exposure to asbestos, the polarization of medical scientists and the regulatory climate of the 1980s paved the way for exaggerated public concern and misunderstanding of the issues. It led to a policy for asbestos in schools and other public buildings that was and still remains costly and controversial.

- Asbestos Removal Policy Questioned

Reports of higher concentrations of asbestos in air in buildings after removal of asbestos-containing material and measurements of asbestos-in-air in buildings with and without asbestos-containing materials accumulated along with measurements of asbestos content of outdoor air. The measurements led many scientists to question the wisdom of removal of asbestos-containing materials and slowed down the asbestos removal industry. The courts responded in a slower manner.

In 1990 the journal Science published a major scientific and policy challenge to the course of action for asbestos in schools which intensified the policy and scientific debate.[45] Discussions resulted about low levels of risk to building occupants and about options other than removal to deal with asbestos-in-buildings. The questions raised impacted on the asbestos removal industry, further reducing the number of removals. The 1990-91 debate about asbestos-containing materials, including the HEI-AR Report[46] and the Harvard Symposium,[47] placed in abeyance a bill in Congress that would have extended AHERA to approximately 730,000 commercial buildings. Most importantly,

the Environmental Protection Agency changed its stated policy in a new guidance document printed in 1990, The Green Book.

- The Green Book

The "Green Book," EPA's last guidance document for asbestos-containing materials in buildings, placed emphasis on managing asbestos-containing materials in place with an Operations and Maintenance Program (O&M), rather than removal. EPA articulated its policy change in the "Five Facts" presented below:

**Fact One:** Although asbestos is hazardous, human risk of asbestos disease depends on levels of exposure to airborne asbestos fibers.

**Fact Two:** Prevailing asbestos levels inside buildings are low, based on available data. Accordingly health risks to building occupants appear to be very low.

**Fact Three:** Removal of asbestos from buildings is often not the best course of action. In fact, an improper removal can create a dangerous situation where none existed previously.

**Fact Four:** EPA only requires asbestos removal during building renovation or demolition.

**Fact Five:** EPA does recommend in-place management (O&M) for asbestos-containing materials when discovered in buildings.[48]

The EPA policy stated in The "Green Book" did not ignore asbestos; it chose a program to preserve the integrity of in place asbestos instead of specifying removal as the only appropriate way to manage asbestos in buildings.

In retrospect, despite the complexity of these topics, there is a central question which justifies the depth of concerns described about the initiation of government actions which caused hardship and disruption in schools, concern and fear among parents and teachers and deep divisions within the scientific community. Does in-place ACM in school buildings cause increased risk to the health of school children and other occupants of school buildings? The government at first acted on the assumption that asbestos, a known occupational hazard, was also a hazard to occupants of buildings (non-occupational). Early decisions to act were based on this assumption and on the identification of asbestos-containing material in a building. It resulted in wholesale removal without consideration of levels of exposure or determination of the extent of risk. Over time the measurement of exposure and information about measurements of asbestos-in-air indicated airborne asbestos stirred up by removal often persisted for long periods of time and created a greater risk in many buildings than if the asbestos was left in place. In fact, removal workers faced greater risks to health than any occupants or workers in the building. One could speculate that exposure assessment caused EPA's

17

shift in approach. More importantly, exposure assessment results confirmed the central concept of risk assessment. Risk is related to exposure.

The paradigm of occupational health and industrial hygiene professionals, namely recognition, evaluation and control of a potentially hazardous material, was not followed by the EPA and others whose contrary approaches led to public hysteria. Much of the hysteria, confusion, wasted effort and squandering of money could have been avoided if the EPA had utilized the paradigm early in its policy determination. Instead they adjusted science to fit policy. The exposure assessments subsequently reversed government policy. Furthermore, EPA's departure from the industrial hygiene and occupational health paradigm, and the resulting public confusion, unnecessary abatement, staggering costs, and flood of litigation left a permanent mark on the agency's scientific credibility.

IX.     Scientific Basis for Current Consensus on the Exposures/Risks to Building Occupants and Maintenance Personnel of Asbestos-Containing Materials.

A.     Scientific Background: Fiber Release and Re-Entrainment

Asbestos may be a health hazard only if it is inhaled, and the risk, if any, of disease from inhaling asbestos depends on the cumulative dose inhaled, i.e. the average concentration of asbestos-in-air multiplied by the time it is inhaled. The inhalation of large quantities of airborne asbestos over prolonged periods of time can cause asbestos-related diseases. In contrast, the mere presence of in-place asbestos-containing material in buildings creates only a theoretical risk of harm, which may be zero. Asbestos can be released from these materials only by the application of mechanical force. It is known from a large body of air monitoring data that 1) airborne asbestos levels in buildings are virtually the same as outdoor levels; 2) when asbestos-containing acoustical plaster or fireproofing are impacted during building maintenance or repair such increased concentrations as may result are quickly diluted to background levels and 3) long term average asbestos exposures are not significantly affected by "release" of asbestos from building construction products or by re-entrainment of asbestos from building surfaces. The scientific facts associated with the re-entrainment of settled asbestos fibers or the release of asbestos fibers from bulk materials were arrived at utilizing the methodologies of scientific investigation and the paradigm of industrial hygiene.

Six years of my professional life were devoted to investigating the adhesion and re-entrainment of particles.[55, 56, 57, 58, 59, 60, 61] In brief, fibers or particles on a surface in air are immersed in a viscous sublayer of air, a stagnant "mud-like" layer in which the air velocity must make a transition from zero velocity at the surface to room air velocity of 25-50 feet per minute. The layer thickness will vary from approximately 80-150 microns, depending on room air velocity. Inhalable fibers or particles are associated with aerodynamic equivalent diameters* less than ten microns. Thus, they are submerged in the viscous layer. In order to be re-dispersed from this layer into the bulk air stream

*The size of a spherical particle of 10 microns having density of one gram per cubic centimeter.

energy must reach them, sufficient energy to break the adhesive bond to the surface. This can be done by penetration of turbulent eddies of air at high bulk stream velocities not attained by air in homes or buildings, with or without air conditioning. Mechanical force can also impact energy; dry sweeping is an example. Even after re-entrainment the fibers or particles must reach the breathing zone to influence health. After release and mixing with dilution air, measurements reveal that only a small fraction of released particles reach the breathing zone.

The release of fibers from a bulk material requires intrusion of the material by an object, such as a saw or a knife. A short-term release of fiber to air will result. The released fiber is rapidly diluted in the surrounding air. These types of releases are sporadic and are not capable of increasing the concentration of fibers in the breathing zone of building occupants. They can cause a short-term elevation in the breathing zone of maintenance workers, for example, who may cause the disturbance in the course of pulling cable, installing an electrical junction box, etc. Measurements reveal that intrusion causing asbestos release above the hung ceiling do not cause elevated concentrations of airborne asbestos throughout the building.

The above understandings are the basis for EPA Operations and Maintenance Programs (OMP) for buildings containing ACM. The goal of the OMP program is ensure that ACM is in good condition and that working procedures minimize or obviate releases. The key ingredients of these programs, which are relatively simple and straight forward, are awareness training for occupants and education and training for maintenance personnel. Also, an asbestos O & M program is usually a small addition to existing building O & M programs.

B.    The Industrial Hygiene Approach to a Potential Health Risk

The industrial hygiene paradigm or model in the occupational and environmental health field was very influential in resolving the issue of asbestos in buildings and potential health effects for occupants and maintenance personnel. The model includes recognition, evaluation and control of the potentially hazardous material.[62]

a.    Recognition

Recognition is associated with confirmation that a material is potentially toxic and that it is, indeed, present. Epidemiological studies have established that workers in mines, mills, shipyards, and other asbestos workplaces of the past who were exposed to high levels of airborne asbestos for prolonged periods of time were at high risk of contracting asbestos-related diseases, and did, indeed, contract disease in significant numbers. What, if any, risk is presented by exposure to asbestos at ambient levels or at the levels permitted by current occupational regulations is not known and can only be estimated statistically because there is no epidemiological experience with lifetime exposures of working populations at current very low permissible exposure concentrations compared to past exposure concentrations. Using very prudent models to estimate risk, it is judged to be low, if it exists at all. The presence or not of asbestos and its relative abundance or

19

concentration is determined by appropriate sampling and analysis in the evaluation phase of the model.

b.    Evaluation

The evaluation portion of this paradigm refers to measurement. It is measurement of the potentially toxic material that differentiates the professional industrial hygiene approach from that which may have been used or is used by others. The professional industrial hygiene approach utilizes a set of guidelines such as those of the American Conference of Governmental Industrial Hygienists (ACGIH) Threshold Limit Values (TLV's), or a set of standards enforceable by law under the Occupational Safety and Health Act as the basis for evaluating the particular environment. These Occupational Safety and Health Standards contain Permissible Exposure Limits (PEL's) for Air Agents. Air sampling is used to assess whether exposures are within TLV's or PEL's, and no surrogates are permitted as substitutes for air sampling measurements.

The Occupational Safety and Health Administration (OSHA) PEL's are the dividing line between legally acceptable and non-acceptable conditions. These evaluations are performed by professionals who must make some judgments about the environment. It is clear from both the ACGIH statement of the TLV's and the manner in which OSHA PEL's are enforced by OSHA's Compliance Health and Safety Officers, that there are judgments factors involved.[63] The PEL's, or in their absence, guidelines, are the basis for acceptability or non-acceptability of the measured airborne concentrations.

It is important to understand that these standards or guidelines are, as the ACGIH indicates, concentrations at which "nearly all workers can be employed for their entire working lifetime without adverse effect."[64] For the OSHA PEL's, the standard applies to 45 years of a working lifetime, 50 weeks a year, 40 hours per week. Using prudent statistical models, the PEL is not deemed to be risk free, but it is deemed to be sufficiently low risk to be acceptable. Also, it is unlikely that very many people will be occupationally exposed for 45 years to asbestos in air. For this reason and others discussed below, it will be seen that utilizing the OSHA PEL for evaluation of building maintenance worker exposure is a very conservative approach.

In approaching the evaluation portion of the model, the professional hygienist or environmental engineer is in a difficult position with respect to occupants or non-employed persons in buildings or homes because there is no federal government standard or guideline. In this case, the clearance concentration for asbestos in air has been used. It is required by the Environmental Protection Agency (EPA) for permitting occupants of buildings to reenter the building after asbestos-containing materials have been abated. This concentration is 0.01 fibers per cubic centimeter of air. The criterion is applied utilizing the methodologies of the electron microscope to identify specific asbestos fibers.[65] An initial risk-based clearance criteria of 0.0009 f/cc was publicized by the EPA after the 9-11-01 attack on the World Trade Center in New York City. (U.S. EPA Response to September 11: Testing Criteria and Limits). However, to the best of my

knowledge, this guideline was not implemented; instead, the 0.01 f/cc building asbestos abatement clearance criterion was invoked.

It is also important to note that the OSHA PEL, which is applicable to maintenance persons working in buildings, was adopted mainly for general industry and for employees who are working with raw asbestos or with products containing substantial percentages of asbestos. In contrast to the EPA clearance methodology referred to above, the OSHA methodology to evaluate asbestos fibers in samples of air does not differentiate between asbestos fibers and other fibers*. The method was developed for air in asbestos factories, where the vast majority of fibers were asbestos. When this methodology is utilized to evaluate the exposure of maintenance workers or occupants in buildings or homes, it has a built-in safety factor because there are many non-asbestos fibers present in the environment of buildings, including, but not restricted to other fibers in the ACM product and fibers associated with carpets, curtains, clothing and fibrous glass products in buildings or homes. Thus, when all fibers are measured, quantitated as "concentration of asbestos fibers in air" and compared to the OSHA PEL, any apparently "high" concentration in buildings or homes most likely results from counting non-asbestos fibers, in addition to asbestos.

c.      Control.

The third ingredient of the paradigm that the professional industrial hygienist or environmental engineer follows is that of control. How do we control exposures to potentially toxic materials? There is a host of possible approaches to control, numbering in excess of 21 interventions.[66]

The guideline for application of controls is referred to as the "Hierarchy of Controls." Appropriate levels of control are chosen based on sound professional evaluation of the exposure circumstances to be controlled. In general, there is an effort to utilize engineering controls to deal with potential industrial hazards when the evaluation indicates that the condition is not acceptable. Engineering approaches include: substitution for the product, ventilation controls, isolation and enclosure. In work with asbestos-containing materials in buildings and homes, I have, in my scientific and professional judgment, rejected engineering-type controls because the exposure conditions for all individuals potentially exposed to asbestos-containing materials in buildings and homes are acceptable. Occupants of buildings and homes, and maintenance personnel, as will later be discussed are not at unacceptable risk from inhalation of asbestos in building air. The engineering solution of ACM removal in buildings and homes is often a greater risk to persons involved in the removal and also may create a higher concentration of asbestos in air in the building or home than was originally present before the removal occurred. Furthermore, the acceptable re-

---

*NIOSH, Method for Determination of Asbestos in Air using Phase Contrast Microscopy. NIOSH Method 7400. Issued 15 February 1974. Revised 15 May 1989 U.S. Dept. of Health and Human Services, National Institutes for Occupational Safety and Health. Cinn. Ohio.

occupancy concentration of asbestos-in-air enforced by the EPA, i.e., 0.01 f/cc, is higher than the asbestos-in-air concentrations in buildings before removal. Thus, the removal option should be exercised only under certain very specific conditions. The OMP is usually the solution of choice for buildings with ACM.

C.    Safety and Risk

As an industrial hygienist, I continuously deal with the concept of safety and risk. Risk is the probability of something going wrong and an unwanted outcome. Safety is the level of risk people accept. OSHA, with input from the public, knowledgeable experts and the government, has agreed, after more than decades of experience regulating workplace exposure to asbestos and on the basis of scientific information that has developed over those decades, that life-time exposure to 0.1 f/cc of air is acceptable. A 0.1 f/cc Permissible Exposure Limit (PEL) was set by OSHA in 1994 and remains in effect. Air samples taken in buildings with in-place asbestos-containing materials reveal that the airborne asbestos level is typically very low---0.0004 f/cc or less.[45, 50, 67, 68, 69, 70] This exposure level is 10,000 to 100,000 or more times lower than the exposure levels experienced in occupational settings where asbestos was used prior to 1970, and does not present a significant risk to building occupants of developing asbestos-related disease.

According to the industrial hygiene standards prevailing through the mid 1970's, asbestos-containing acoustical plaster and asbestos-containing fireproofing would not have been considered unsafe and would not have been considered a health risk once installed. The scientific and industrial hygiene communities were not concerned with asbestos-containing building materials once they were installed until the late 1970's. In contrast, the scientific and industrial hygiene communities in the late 1960's and early 1970's were concerned with high exposures of asbestos workers and with potential emissions of asbestos into the environment during construction or demolition of buildings. The latter resulted in the enactment of the EPA NESHAPS regulations in for these emissions in 1973.

The first scientific study concerning airborne asbestos levels in buildings, which I am presently aware of, was published in 1969 and concluded that asbestos-containing building products did not create a hazard for building occupants.[71] In 1972, the concensus of scientific opinion, as summarized by the International Agency for Research on Cancer (IARC) Conference, was that there is no evidence of a risk to building occupants from in-place asbestos-containing building materials.[72] This remained the consensus of scientific opinion through the 1970's as well, and this consensus has been re-established today on the basis of data accumulated during the 1980's, when there was speculation and public fear that building occupants might be at significant risk from in-place asbestos-containing construction products.

When the issue of asbestos-containing materials in buildings was raised in the late 1970's there were only a few scientific articles on the issue; most of them related to specific problems in isolated buildings. It was suggested by the EPA and others beginning in 1979 and in the early 1980's that asbestos fibers may be released from asbestos-

containing building materials spontaneously over time or as a result of building vibration. The EPA theory regarding these mechanisms of release of asbestos fibers from in-place asbestos-containing building materials, and the suggestion that these mechanisms of release could operate to cause amounts of airborne asbestos akin to levels in occupational environments prior to 1970, generated intense fear among the public.

The EPA's current position, as stated in the "Green Book,"[44] and the general consensus in the scientific community regarding asbestos-containing material in buildings is that the risk to building occupants from in-place asbestos-containing materials is minimal and that the implementation of a program to maintain these materials in-place is the most appropriate way to proceed. There is no scientific justification for removing or encapsulating asbestos-containing ceiling or fireproofing products, and such products should remain in place unless and until the material in question has failed in its design function for reasons peculiar to a limited number of installations, or in limited areas of otherwise sound installations.

Efforts to evaluate exposure to airborne asbestos in buildings during the 1980's, which culminated in the EPA "Green Book," as described above, were predominantly concerned with building occupants. The Health Effects Institute literature survey indicated that there were some data for exposure of building maintenance personnel, but "real world" exposure data from monitoring of "routine maintenance activities is urgently needed." The data in hand were reassuring but more data were needed. Corn, et al.[50] and Mylnarek, et al.[51] published exposure data for maintenance personnel performing routine tasks in buildings. In buildings with an Operations and Maintenance Program consistent with EPA guidelines for such programs, the arithmetic means of the 8-hour time weighted average exposures for personal sampling in each task category (cable pull, electrical installation, ceiling tile replacement, etc.) did not exceed the Occupational Safety and Health Administration permissible exposure level of 0.1 f/cc greater than 5 μm length.[51] Maintenance personnel actually spent less than 5 % of their working time in close proximity to in-place asbestos.[50] Thus, the five facts in the EPA "Green Book," which pertained primarily to building occupants, could be extended to allay concerns for building maintenance personnel.

In addition to increased insight into the asbestos exposures of building maintenance personnel subsequent to the 1990 policy restatement by EPA, there has been increased effort to improve the risk assessment (RA) for the health effects of asbestos. The OSHA risk assessment for asbestos was published as part of the 1986 OSHA asbestos standard and was the accepted RA for asbestos.[52] Hodgson and Danton[53] incorporated results of investigations published since 1986, the publication date of the OSHA RA, into a new RA. They conclude that the data suggest a non-linear relationship between dose and response for amphiboles and calculate a lower risk level than OSHA calculated for mesothelioma. They assign different exposure potency factors for chrysotile, amosite and crocidolite fibers, with chrysotile being the lowest; this is for both mesothelioma and lung cancer.

The second risk assessment, prepared for the EPA,[54] also found differential potencies of the different fiber types and further defined the fiber dimensions of most significance for disease production. The risk estimates for given doses of chrysotile, in particular, the major fiber type used in the U.S. (97% of usage), was lower than the OSHA estimates.

The relevance of these new risk assessments is that the conclusions reached by EPA and expressed in the five facts of the "Green Book" in 1990, are validated, because the five facts were based on higher estimates of risk. The conclusion is the same: health risk to building occupants appears to be very low, if it exists at all.

The state of knowledge about ACM in buildings today is:

- The concentration of asbestos in air in U.S. buildings is, on average, 0.0004 fibers greater than 5 μm in length per cubic centimeter of air, the same concentration of asbestos-in-air outdoors. Urban areas are associated with slightly higher concentrations. The hypothetical risk to the health of occupants, calculated on the basis of linear-no threshold extrapolation from populations exposed at occupational levels, is very low and may not exist at all. The hypothetical risk to maintenance personnel in buildings, calculated in the same way, is well below the current risk permitted by the Occupational Safety and Health Administration for 45 years, 50 weeks per year, 40 hours per week of occupational exposure (0.1 f/cc PEL).

X.    Summary and Conclusions

A historical review of U.S. response to the potential health effects associated with inhalation of airborne asbestos by asbestos workers (those working with raw fiber in mining, milling, manufacturing jobs and insulators), and those potentially exposed in buildings (occupants and maintenance workers), leads to the following conclusions:

- Exposure of asbestos workers to long-term, high concentrations of asbestos-in-air was associated with asbestosis, a fibrosis of the lungs since the 1930's.

- Persuasive scientific evidence that inhaled asbestos could also cause lung cancer and mesothelioma in asbestos workers was presented in 1964.

- A new concern for those exposed to airborne asbestos in buildings from in-place asbestos-containing materials was introduced by the Environmental Protection Agency (EPA) in a 1979 guidance document.

- During the 1980's, as concentrations of airborne asbestos breathed by occupants in buildings were measured and reported in the scientific literature, the EPA repeatedly lowered its estimate of the risk to health of building occupants breathing asbestos.

24

- The concentration of asbestos-in-air in U.S. buildings is, on average, 0.0004 fibers greater than five microns in length per cubic centimeter, the same concentration of asbestos-in-air outdoors.

- The hypothetical risk to the health of building occupants calculated on the basis of linear-no-threshold extrapolation from worker populations exposed at higher concentrations, is very low and may not exist at all.

- The hypothetical risk to maintenance personnel in buildings, calculated in the same way, is well below the current risk permitted by the U.S. Occupational Safety and Health Administration for 45 years, 50 weeks per year, 40 hours per week of occupational exposure at the Permissible Exposure Limit of 0.1 f/cc.

- In retrospect, from the time of the initial health concern expressed by EPA in its 1979 guidance document ("Orange Book") to the issuance of the "Green Book" by the same agency in 1990, a total of eleven years of scientific investigation and publication, scientific and public debate, governmental hearings and extensive media attention, were required to place the issue in perspective and allay concern. On the one hand, it is a very positive public health case study depicting the triumph of scientific facts and the ability of government to change policy as these facts become known. On the other hand, the process required eleven years, during which initial government concern, evolved at times, into public hysteria, and resulted in countless removals of ACM from buildings at a cost of billions of dollars, removals not necessary in the vast majority of cases. Today the predominant approach to asbestos in buildings is to maintain in-place ACM in good condition by implementing a simple O & M plan until building demolition. Just prior to demolition, removal is relatively simple, and it is not necessary to restore the premises for occupancy.

In addition to all of the above, I may also rely on, in whole or in part, or comment on the publications, opinions, data and materials produced in discovery or contained in reports of other experts designated by the claimants or W. R. Grace in this litigation, and I reserve the right to amend or supplement this Report, if necessary.

Morton Corn, Ph.D., CSP

25

## Table I

## U.S. Asbestos Standards, 1938 - 1994

| Year | Sponsor | Status | Million particles/cm | Fiber/cc |
|------|---------|--------|----------------------|----------|
| 1938 | Dreessen et al | Recommended TLV | 5 | 30[a] |
| 1946 | ACGIH | Adopted TLV | 5 | 30[a] |
| 1970 | ACGIH | Adopted TLV | 2 | 12[a] |
| 1971 | ACGIH | Proposed TLV | --- | 5 |
| 1971 | OSHA | Emergency TWA | --- | 2 |
| 1975 | OSHA | Proposed TWA | --- | 0.5 |
| 1976 | OSHA | Adopted TWA | --- | 2. |
| 1976 | NIOSH | Recommended TWA | --- | 0.1 |
| 1983 | OSHA | ETS (TWA) | --- | 0.5 |
| 1984 | OSHA | Proposed TWA | --- | 0.4 or 0.2 |
| 1986 | OSHA | Adopted TWA | --- | 0.2 |
| 1994 | OSHA | | --- | 0.1 |

* Approximate fiber equivalent
Abbreviations:  ACGIH, American Conference of Governmental Industrial Hygienists; ETS, Emergency Temporary Standard; NIOSH, National Institute for Occupational Safety and Health; OSHA, Occupational Safety and Health Administration; TLV, Threshold Limit Value; TWA, Time-weighted average

Table II

Asbestos Risk Assessments (RA)

| Performed by | Year | Purpose | Premature deaths per 100,000[a] | Comments | Reference |
|---|---|---|---|---|---|
| U.S. EPA | 1980 | assess risk to occupants and to workers in schools to support Agency policy for asbestos in schools | 0.32 school children<br><br>0.64 school teachers, administrators, and maintenance workers | lifetime exposure estimated from measurements made in buildings "similar" to schools<br><br>exposure estimates adjusted to consider deterioration of ACM | U.S. Environmental Protection Agency (1980). Support Document Asbestos-Containing Materials in Schools  EPA-560/12-80-003 |
| U.S. EPA | 1986 | serve as the scientific basis for the review and revision of the National Emission Standards for asbestos as a hazardous air pollutant | 0.5 females<br><br>1.7 males | exposure estimated from common lifetime exposure assumptions of 0.0001 f/ml and 0.01 f/ml | U.S. Environmental Protection Agency (1986) Airborne Asbestos Health Assessment Update  EPA/600/8-84/003F |
| Hughes, J.M and Weill, H. | 1986 | published review of quantitative risk assessments of asbestos health risks | 0.5 - 1.5 school children | exposure estimated as 0.001 f/ml for six years | Hughes, J.M and Weill H. (1986). Asbestos exposure - Quantitative Assessment of Risk.  Am Rev Respir Dis. 133:5-13 |
| Health Effects Institute | 1991 | respond to Congressional mandate to assess adverse health effects to asbestos in buildings | 0.6 school children,<br><br>0.4 occupants public buildings<br><br>200 maintenance and repair workers | exposure estimates based on all available airborne asbestos data<br><br>estimates lifetime risks for occupants in schools and public buildings and for custodians and janitors | Health Effects Institute-Asbestos Research (HEI-AR). 1991. "Asbestos in public and commercial buildings: a literature review and synthesis of current knowledge". Cambridge, MA. |

a) excess deaths due to lung cancer and mesothelioma

## Table III

### Federal Environmental Legislation

| Law | | Year Enacted |
|---|---|---|
| FDCA | Federal Drug and Cosmetics Act | 1938 |
| FIFRA | Federal Insecticide, Fungicide, & Rodenticide Act | 1948, 1972, 1975 |
| FHSA | Federal Hazardous Substances Act | 1966 |
| NEPA | National Environmental Protection Act | 1969 |
| PPPA | Poisonous Packaging Prevention Act | 1979 |
| OSHA | Occupational Safety and Health Act | 1970 |
| CAA | Clean Air Act | 1970, 1977 |
| FWPCA | Federal Water Pollution Control Act (now Clean Water) | 1972, 1977 |
| MPRSA | Marine Protection, Research and Sanctuaries Act | 1972 |
| CPSA | Consumer Product Safety Act | 1972 |
| FEPCA | Federal Environmental Pollution Control Act | 1972 |
| SDWA | Safe Drinking Water Act | 1974, 1977 |
| HMTA | Hazardous Materials Transportation Act | 1974 |
| RCRA | Resource Conservation Recovery Act | 1976, 1979 |
| TSCA | Toxic Substance Control Act | 1976 |
| SMCRA | Surface Mine Control and Reclamation Act | 1977 |
| UMTCA | Uranium Mill Tailings Control Act | 1978 |
| CERCLA | Comprehensive Environmental Response, Compensation and Liability Act | 1980 |
| SARA | Superfund Amendments and Reauthorization Act | 1986 |
| AHERA | Asbestos Hazard Emergency Response Act | 1986 |

## References

1. Asbestos-Containing Materials in School Buildings. USEPA. OTS. Washington, D.C. 1979.
2. Asbestos-Containing Materials in School Buildings. Op. Cit.
3. Guidance for Controlling Friable Asbestos-Containing Materials in Buildings. USEPA. OPTS. Washington, D.C. 1983.
4. For example:
   a. Corn, M., Crump, K., Farrar, D.B., Lee, R.J., McFee, D.R. "Airborne Concentrations of Asbestos in 71 School Buildings." Regul. Toxicol. Pharmacol. Vol. 13, pp. 99-114, 1991.
   b. Crump, K., Farrar, D.B. "Statistical Analysis of Data on Airborne Asbestos Levels Collected in an EPA Survey of Public Buildings. Regul. Toxicol. Pharmacol., Vol. 10, pp. 51-62, 1989.
   c. Hughes, J., Weill, H. "Asbestos Exposure-Quantitative Assessment of Risk." Amer. Rev. Resp. Dis. 133: 5-13, 1986.
5. 47 FR 23363. Asbestos-In-School Identification and Notification Rule. May 27, 1982.
6. ASHAA. Public Law 98-377, 20 U.S.C. 4011. August 11, 1984.
7. AHERA Public Law 99-519. October 22, 1986.
8. EPA Study of Asbestos-Containing Materials in Public Buildings. USEPA. Washington D.C. A Report to Congress. 560/5-88-0222, 1988.
9. Corn, Morton. "Asbestos and Disease: An Industrial Hygienists Perspective." Amer. Ind. Hyg. Assoc. J. 47 (9) 515-523, 1986.
10. Cooke, W.E. "Pulmonary Asbestosis." British Medical Journal (2) 1024-1025 1927.
11. Doll, R. "Mortality from Lung Cancer In Asbestos Workers." British Journal of Industrial Medicine (12) 81-86, 1955.
12. Annals of the New York Academy of Sciences. New York (132) 1965.
13. Corn, Jacqueline. Response to Occupational Health Hazards. Chapter 5. Van Nostrand Reinhold. 1992.
14. Corn, Jacqueline and Corn, Morton. "Changing Approaches to Assessment of Environmental Inhalation Risk: A Case Study." The Milbank Quarterly Vol. 77 No. 1. 97-119. 1995.
15. For example:
   a. Hammond, E.C., Garfunkel, L., Selikoff, I.J., Nicholson, W.N., "Mortality Experience of Residents in Neighborhoods of An Asbestos Factory." Annals of the New York Academy of Sciences. #330, 1979.
   b. Wagner, J.C., Slaggs, C.A., Marchand, P. "Diffuse Pleural Asbestos Exposure in The North-Western Cape Province." British Journal of Industrial Medicine. 17:260,1960.

c.  Newhouse, M.L., Thompson, H. Mesothelioma of Pleural and Peritoneum Following Exposure To Asbestos in The London Area." British Journal of Industrial Medicine. 22:261, 1966.

d.  Anderson, H.A., Tillis, R., Daum, S.M., Fischbein, A.S., Selikoff, I.J. "Household Contact and Asbestos Neoplastic Risk." Annals of the NewYork Academy of Sciences. 271:311-323. 1976.

16.  Corn, J., Starr, J. "Historical Perspective on Asbestos: Policies and Protective Measures in World War II Shipbuilding." American Journal of Industrial Medicine. 11:359-374, pp. 357-358. 1987.

17.  Brodeur, P. Outrageous Misconduct: The Asbestos Industry On Trial. Pantheon Books, New York. 1985.

18.  Gaensler, E. "Asbestos Exposure in Buildings." Occupational Lung Diseases. Vol.13, #2. p. 232. June 1992.

19.  Ottobani. The Dose Makes The Poison.

20.  Murray, T.H. "Regulating Asbestos: Ethics, Politics, and Scientific Values." Science Technology and Human Values. Vol. 11:3. pp. 1-13. Summer 1986.

21a.  Ruckeshaus, W.D. "Science, Risk and Public Policy." Science. Vol. 221. p. 1027. September 9, 1983.

21b.  National Research Council Committee on the Institutional Means for Assessment of Risks to Public Health. Risk Assessment In the Federal Government: Managing the Process. Washington, D.C.; National Academy Press, 1983.

22.  General Accounting Office. Asbestos in Schools: A Dilemma. GAO. Washington, D.C. p. 2. 1982.

23.  GAO. Op. Cit. p. 2.

24.  Federal Register. Vol. 47. #103, 23362. May 27, 1982.

25.  Federal Register. Ibid.

26.  Federal Register. Ibid.

27.  Federal Register. Op. Cit. 23363.

28.  For example: Lilienfeld, D. "The Silence" AJPH.

29.  Selikoff, I.J., Chug, J., "Biological Effects of Asbestos." Annals of the New York Academy of Sciences. (132) 1965.

30.  Freimuth, Vicki, Van Nevel Paul. "Reaching the Public: The Asbestos Awareness Campaign." Journal of Communication. Vol. 31 No. 2. 155-167. 1981.

31.  New York Times. July 18, 1971.

32.  New York Times. September 30, 1972.

33.  New York Times. September 22, 1974.

34.  New York Times. November 21, 1974.

35.  Wall Street Journal. November 3, 1978.

36.  New York Times. March 31, 1980.

37.  Wall Street Journal. February 23, 1984.

38.  U.S.A. Today. February 2, 1984.

39.  New York Times. May 8, 1984.

40.  Technical Assistance Program. USEPA. FR Vol. 52 No 83. April 30, 1987.

41.  Asbestos-Containing Materials in School Buildings: A Guidance Document. USEPA. OPTS. Washington D.C., March 1979.

42.  Guidance for Controlling Friable Asbestos-Containing Materials in Buildings. USEPA. OPTS. Washington D.C., June1983.

43.  Guidance for Controlling Friable Asbestos-Containing Materials in Buildings. USEPA. OPTS. Washington D.C., June 1985.

44.  EPA. Managing Asbestos in Place: A Building Owner's Guide to Operations and Maintenance Programs for Asbestos-Containing Materials. OPTS. July 1990.

45.  Mossman, B.T., Bignon, J., Corn, M., Seaton, A. Gee, J.B.L. "Asbestos Scientific Developments and Implications for Public Policy." Science. 241:294-301. 1990.

46.  HEI-AR. Asbestos in Public and Commercial Buildings: A Literature Review and Synthesis of Current Knowledge. HEI-AR. Cambridge, Mass. 1991.

47.  Proceedings of Symposium on Health Aspects of Exposure to Asbestos in Buildings. Harvard University. Cambridge, Mass. December 1989.

48.  EPA. Managing Asbestos in Place. Op. Cit.

49.  HEI-AR. Asbestos In Public and Commercial Buildings: A Literature Review and Synthesis of Current Knowledge. Op. Cit. p. 4-78.

50.  Corn, M., McArthur, B. and Dellarco, M.: Asbestos Exposure of Building Maintenance Personnel. Appl. Occup. Environ. Hyg. 9(11), 845-852 (1994).

51.  Mlynarek, S., Corn, M. and Blake, C.: Asbestos Exposure of Building Maintenance Personnel. Reg. Tox. Pharmacol. 23, 213-224 (1996).

52.  Occupational Safety and Health Administration, U.S. (OSHA). 1986. Occupational Exposure to Asbestos. Tremolite, Anthrophyllite, and Actinolite. Final rule. Title 29, part 1926, Section 58 of the Code of Federal Regulations. OSHA, U.S. Dept. of Labor, Washington D.C.

53.  Hodgson, J.T. and Darnton, A.: The Quantitative Risks of Mesothelioma and Lung Cancer in Relation to Asbestos Exposure. Ann. Occup. Hyg. 44, 565-601 (2000).

54.  Berman, D.W. and Crump, K.S. Final Draft: Technical Support Document For A Protocol to Assess Asbestos-Related Risk. Prepared for Office of Solid Waste and Emergency Response. U.S. Environmental Protection Agency. Wash., D.C. (2004).

55.  Corn, M., Adhesion of Particles. Ch. XI in Aerosol Science. C.N. Davies, Ed. Academic Press London (1966).

56.  Corn, M., "Re-entrainment of Particles from a Plane surface," Am. Ind. Hyg. Assoc. J. 26, 325-336 (1965).

57.  Corn, M., "Adhesion of Particles to solid Surfaces I, J. Air Poll. Control Assoc. 11, 523-528 (1961).

58.  Corn, M., "Adhesion of Particles to Solid Surfaces II, J. Air Poll. Control Assoc. 11, 566-577 (1961).

59.  Corn, M. and Stein, F.: Mechanisms of Dust Redispersion" Proceedings of the International Symposium on surface contamination, Pergamon Press, New York, (1966).

60.  Corn, M. and Silverman, L., "Removal of Solid Particles from a Solid Surface by a Turbulent Air Stream," Am. Ind. Hyg. Assoc. J. 22, 337-397 (1961).

61.  Corn, M. and Stein, F., Adhesion of Atmospheric Dustfall Particles to a Glass Slide, Nature 211, 60-61 (1966).

62.     Corn, M.: "The Role of Control Technologies in Preventing Occupational Disease," Arch. Env. Health 39, 235-240 (1984).

63.     Threshold Limit Values for Chemical Substances and Physical Agents in the Work Environment with Intended Changes for 2002. American Conference of Governmental Industrial Hygienists. Cinn., Ohio (1996).

64.     TLV's, ACGIH, Cinn., Ohio (1996).

65.     Yamate, G., Aqasual, S.C. and Gibbons, R.D.: Methodology for the Measurement of Airborne Asbestos by Electron Microscopy. Contract 68-02-3266. U.S.E.P.A., Wash., D.C. (1984).

66.     Corn, M., "Assessment and Control Environment Exposure," Allergy Clin. Immun. 72, 231-241 (1983).

67.     Corn, M., "Airborne Concentrations of Asbestos in Non-Occupational Environments," Annals of Occupational Hygiene 1-8 (1994).

68.     M. Corn et al., "Exposure to airborne Asbestos in Buildings," Reg. Toxicology & Pharmacology 16, 93-107 (1992).

69.     M. Corn et al., "Airborne Concentrations of Asbestos in 71 School Buildings," Reg. Toxicology & Pharmacology 13, 99-114 (1991).

70.     "EPA Study of Asbestos-Containing Materials in Public Buildings, A Report to Congress," U.S. Environmental Protection Agency (2/88).

71.     Byrom, Hodgson, and Holmes, "A Dust Survey Carried Out In Buildings Incorporating Asbestos-Based Materials In their Construction," Annals of Occupational Hygiene 12, 141-145 (1969).

72.     Advisory Committee, International Agency on Cancer, Biological Effects of Asbestos. IARC, 1972.

Appendices

- Curriculum Vitae of Dr. Morton Corn
- Summary of M. Corn Testimony

# CURRICULUM VITAE

### *Morton Corn*

## PERSONAL DATA

### Home Address

3208 Bennett Point Road
Queenstown, MD 21658-1126
Phone: (410) 827-7305

### Business Address

Morton Corn & Associates, Inc.
3208 Bennett Point Road
Queenstown, MD 21658-1126
Phone: (410) 827-3205
  Fax: (410) 827-3206
Email: mjcorn@friend.ly.net

## EDUCATION AND TRAINING

| Degree | Year | Institution | Field |
|---|---|---|---|
| B.Ch.E. | 06/55 | The Cooper Union<br>New York, NY | Chemical Engineering |
| M.S. | 06/56 | Harvard University<br>Division of Engineering<br>and Applied Physics<br>Cambridge, MA | Industrial Hygiene<br>and Sanitary Engineering |
| Ph.D. | 01/61 | Harvard University<br>Division of Engineering<br>and Applied Physics<br>Cambridge, MA | Industrial Hygiene and<br>Sanitary Engineering |

### Postdoctoral Training

National Science Foundation Postdoctoral Fellow, London School of Hygiene and Tropical
    Medicine, University of London, Medical Research Council, London, England,
    1961-62.
Guggenheim Fellow, London, England, 1972-73.

### Board Certification

Board of Certified Safety Professionals, Parkridge, Illinois (Certificate No. 1869).

## PROFESSIONAL EXPERIENCE

Professor Emeritus, July 1, 1997 - present, The Johns Hopkins University, School of Hygiene and Public Health, Department of Environmental Health Sciences, Division of Environmental Health Engineering.

Professor and Division Director, February 1, 1980 - June 30, 1997, The Johns Hopkins University, School of Hygiene and Public Health, Department of Environmental Health Sciences, Division of Environmental Health Engineering; Director, July 1982 – June 1997, NIOSH Educational Resource Center in Occupational Safety and Health; Director, June 1990 - March 1996, National Institute of Environmental Health Sciences Research Center.

Assistant Secretary of Labor, December 2, 1975 - January 20, 1977, Occupational Safety and Health, United States Department of Labor, Washington, D.C.

Professor, August 1967 - December 1979, University of Pittsburgh, Department of Industrial Environmental Health Sciences (formerly Department of Occupational Health) and Adjunct Professor, Department of Chemical Engineering; Associate Professor, June 1965 - August 1967, University of Pittsburgh, Department of Occupational Health; Associate Professor, September 1965 - July 1966, Department of Public Health Practice; Assistant Professor, September 1962 - September 1965; Department of Public Health Practice; Adjunct Assistant Professor, 1965, Chemical Engineering; Visiting Fellow, 1964-68, Mellon Institute (Industrial Hygiene Foundation).

Research Associate, September 1960 - August 1961, Harvard School of Public Health, School of Engineering and Applied Sciences. Joint appointment in Departments of Industrial Hygiene and Physiology.

USPHS Fellow, September 1958 - August 1960, Harvard School of Public Health, School of Engineering and Applied Sciences.

Project Engineer, July 1956 - August 1958, Robert A. Taft Sanitary Engineering Center, United States Public Health Service, Cincinnati, Ohio. Military service fulfilled while Project Engineer. Presently in USPHS Inactive Reserve. Permanent Grade: Sanitary Engineer Director.

Research Aide, June 1954 - September 1954; United States Atomic Energy Commission, Health and Safety Laboratory, New York, NY.

## PROFESSIONAL ACTIVITIES

### Societies/Memberships

Delta Omega (Honorary Public Health), 1955-1997
Air Pollution Control Association, Member 1957-1994; TR-1 Research Committee, 1966-67;
    Member, Technical Council, 1973-75; Vice Chairman, Committee on Indoor Air Pollution, 1977
American Chemical Society: Member, Senior Grade, 1959-73; 1992-1997
Sigma XI: Senior Member, 1960-1989
British Occupational Hygiene Society, 1962-95
American Institute of Chemical Engineers: Member, Full Grade, 1963-1995
American Public Health Association: Fellow, 1964-
American Industrial Hygiene Association: 1959; Fellow and Honorary Member.  Member, Technical
    Committee for Air  Pollution Evaluation, 1964-67; Member, Technical Committee for Aerosol
    Technology, 1966-69; Member, Management Committee, 1982-85; Member, Long Range Planning
    Committee, 1990-95; Member,  Risk Assessment Committee, 1995-97.
    Board of Directors, Elected Director, 2000-2003
Intersociety Committee for Standardization of Air Sampling Methods, Member, Sulfur
    Compounds Subcommittee, 1965-68
American Association of University Professors, 1967-91
American Conference of Governmental Industrial Hygienists, 1968-; Vice Chairman Elect,
    1982; Vice Chairman, 1983; Chairman, 1984; Awards Committee, 1984-1990
American Association for the Advancement of Science, 1969-75; 1982-84
Society of Occupational and Environmental Health: Founding Member, 1972-86; Councilor,
    1973-76; 1981-84; Chairman,  NIOSH Criteria Document Review Committee, 1974-75; Chairman,
    Engineering Committee, 1975
Pan American Medical Association, 1975-76
American Thoracic Society, 1977-81
Collegium Ramazzini, 1983-
Society for Risk Analysis, 1987-97.
Permanent Commission on Occupational Health, World Health Organization 1980-95
Society for Environmental Exposure Assessment, 1993-1997
Amer. Soc. Safety Engineers, Member 1973-

### Participation on Advisory Panels

### Federal, State and Local Government

Allegheny County, Pennsylvania Air Pollution Advisory Committee, 1967-72;
    Chairman, Air Quality Subcommittee, 1967-69
USPHS, National Air Pollution Control Administration, Air Pollution Research Grants
    Advisory Committee, Member, 1968-72; Chairman, 1969-72
National Research Council, National Academy of Sciences Committee on Biological Effects
    of Air Pollution, Member, 1970-71

## PROFESSIONAL ACTIVITIES

### Participation on Advisory Panels

### Federal, State and Local Government (cont'd)

U.S. Department Health, Education and Welfare, NIH, Special Studies Section
(Grants Review), Member, 1974-75

National Research Council, National Academy Engineering Committee on Air Pollution and
Stationary Source Control, Member, 1974-75

Environmental Protection Agency, Science Advisory Board, 1975; 1977-81; 1982-85

National Institute of Occupational Safety and Health, Testing and Certification
Committee, 1979

National Advisory Committee on Vital and Health Statistics, DHEW, Washington, DC
1979-81

National Academy of Sciences, Committee on Institutional Means of Risk Assessment,
1981-82

Office of Technology Assessment Committee on Control Technologies in the Workplace,
Chairman, 1982-83

Governor's Toxic Substances Advisory Board, State of Maryland, 1982-85

Office of Technology Assessment, Committee on Cleanup of Uncontrolled Hazardous
Waste Sites Under Superfund, 1983-85

National Science Foundation Project on State of the Art of Risk Assessment, Member of
Advisory Committee, 1984

Maryland Long Range Environmental Planning Committee, State of Maryland, Baltimore,
MD, 1985-87

National Cancer Institute, Advisory Board on Methylene Chloride Epidemiological Study,
Member, 1986-87

Mine Health Advisory Committee, Member. National Institute of Occupational
Safety and Health, Atlanta, GA, 1986-89

Governor's Toxic Council, State of Maryland, Chair, 1986-89; Member, 1990-1991

Office of Technology Assessment Committee on Cleanup of DOE Weapons Production
Sites, Member, 1989-90

Office of Technology Assessment, Committee on Economic Aspects of OSHA Regulation,
Member, 1993-94

Department of Energy, Tank Advisory Panel (Hanford Site), Pascoe, WA, 1993-1999

U.S. Department of Energy, Los Alamos National Laboratory, Environment Division
Advisory Committee, 1994-97

## PROFESSIONAL ACTIVITIES

### Consultations

### Governmental Agencies

U.S. Atomic Energy Commission, Division of Biology and Medicine, Washington,
    DC, 1964-66; Oak Ridge National Laboratory, 1964-66; Los Alamos Scientific Laboratory,
    Industrial Hygiene Group, 1964-1975; Idaho Falls Reactor Test Site, Health and Safety
    Division, 1967

U.S. Public Health Service, Division of Air Pollution, Laboratory of Engineering and
    Physical Sciences, 1964-68

Allegheny County Bureau of Air Pollution Control, 1964-70

U.S. Bureau of Mines, Health and Safety Division, 1965-72

Department of Environmental Resources, Commonwealth of Pennsylvania, 1971-72

WHO, Sao Paulo, Brazil, August, 1974

U.S. Department of Health, Education and Welfare, National Institutes of Health, Special
    Studies Section, 1974-75

Tennessee Valley Authority, Division of Environmental Planning, Chattanooga,
    Tennessee, 1974-75

Science Advisory Council of Canada, Ottawa, Canada, 1977

National Institute of Environmental Health Sciences, Bethesda, MD 1977

National Institute of Occupational Safety and Health, 1981

General Services Administration (GSA), 1981-83

Environmental Protection Agency, 1981-84

Office of Technology Assessment (OTA), 1982, 1984, 1989

CETESB, Sao Paulo, Brazil, 1983

U.S. Department of State, 1983

U.S. General Accounting Office, 1984-85

U.S. General Services Administration, 1984-85

U.S. Library of Congress, 1985

Occupational Safety and Health Administration (Training Institute),
    Des Plains, IL, 1986-1992

State of Kentucky Corrections Office, 1988

U.S. Occupational Safety and Health Administration, Health Standards
    Directorate, Washington, DC, 1990; 1992

U.S. Department of Energy, Los Alamos Scientific Laboratories, Environmental Restoration
    and Waste Management Advisory Committee, 1993-94

U.S. Department of Energy, Hanford Tank Advisory Panel Subcommittee on
    Tank Vapors, Richland, WA, 1993-1999

National Institutes of Health, 1993

U.S. Army, Fort Meade, MD, 1993

U.S. Department of Energy, Washington, D.C., Office of Health, Safety and
    Environment, 1994-97.

## PROFESSIONAL ACTIVITIES

Consultations (cont'd)

Private and Non-Profit Organizations

Industrial Hygiene Foundation, Mellon Institute (Visiting Fellow), 1964-68

In this capacity, consultation and services were provided for the following industries:

St. Joseph Lead Company, Monaca, PA, 1965
Perkin-Elmer Corporation, Norwalk, CN, 1965
Pittsburgh Plate Glass Company, Pittsburgh, PA, 1965
Owens-Corning Fiberglas Corporation, Newark, OH, 1965-66
International Nickel Company, Huntington, WV, 1965-67
Dravo Corporation, Neville Island, PA, 1967
Butler County Mushroom Farm, Winfield, PA, 1967
Westinghouse Airbrake Company, Pittsburgh, PA, 1967
Homer-Laughlin China Company, Newell, WV, 1968
Pittsburgh-Corning Corp., Port Allegheny, PA, 1965-67
Electric Power Research Institute, Palo Alto, CA, 1974
Harvard University School of Public Health (Respiratory Disease Study), 1974-84
Oakland University, Oakland, MI, 1977
Mellon Institute of Science, Carnegie-Mellon University, Pittsburgh, PA, 1977-78
University of Toronto (Chemical Engineering and Applied Chemistry Department),
    Toronto, 1977-78
Wayne State University, Detroit, MI (Toxicology Course), 1977-82
Carnegie-Mellon University, Post Professional Education Center, Pittsburgh, PA, 1977-85
Canadian Chemical Producers Association, Montreal, 1978
Bituminous Coal Operators Association, Washington, D.C., 1978
New York University, Institute of Industrial Medicine, New York, NY, 1978-80
American Mining Congress, Washington, D.C., 1978, 1981, 1984
Pennsylvania State University, State College, PA, 1979
Brookings Institution, Washington, D.C., 1979-81, 1983
American Petroleum Institute, Washington, D.C., 1979, 1985
Universities Associated with Research and Education in Pathology (UAREP), 1984
Thermal Insulation Manufacturers Association, Member, Advisory Committee, 1984
Project on Health Effects of Hazardous Waste Sites, Bethesda, MD, 1984
Safe Buildings Alliance, Washington, D.C., 1985
Clean Sites, Incorporated, Alexandria, VA, (Chair, Technical Advisory Board), 1985-88
Gypsum Association, Chicago, IL, 1985
The Refractories Institute, Pittsburgh, PA, 1986-92
Harvard University Health and Safety Office, Cambridge, MA, 1986-88
Manufacturing Chemists Association, 1987
Aluminum Association, Washington, D.C., 1987
Health Effects Institute, Cambridge, MA, 1988

## PROFESSIONAL ACTIVITIES

### Consultations

#### Private and Non-Profit Organizations (cont'd)

GM/UAW Health Advisory Committee, Detroit, MI, 1988-92
Georgetown University, Epidemiology Center, Washington, DC, 1989-92
Associated Universities, Washington, DC, Member, Board of Trustees, 1991-93
Carpet and Rug Institute, Dalton, GA  1993-96
University of Calgary, Calgary, Canada, 1994
Institute for Polyacrylate Absorbents, Washington, DC, 1994; 1996; 1999
China Industrial Information Institute, Washington, DC, Secretary, 1996-2004
Howard Hughes Medical Institute, Washington, DC, 1999

#### Consulting Firms

Hemeon Associates, Pittsburgh, PA, 1962-63
CONTECSA, Buenos Aires, Argentina, 1972
Macro Systems, Silver Spring, MD, 1974-75
A.D. Little, Incorporated, Cambridge, MA, 1975
Engineering Science, McLean, VA, 1977
NUS, Rockville, MD, 1977
Bolt, Beranek and Newman, Cambridge, MA, 1977-78
O'Donnell Associates, Pittsburgh, PA, 1979
Green International, Incorporated, Sewickley, PA, 1979
TRC of New England, Hartford, CT, 1979
Clayton Environmental Consultants, Southfield, MI, 1979-82, 1985-89; 1990; 1998
Engineering Research and Technology, Concord, MA, 1980
Consultants in Epidemiology and Occupational Health, Washington, DC, 1984-85
Regulatory Resources, Incorporated, Toledo, OH, 1985
Circadian Technologies, Incorporated, Wellesley, MA, 1987
ICF/Clements, Inc., Washington, DC, 1991
Weinberg Group, Washington, DC, 1992
Science International, Inc., Arlington, VA, 1993-1996
Dames and Moore, Denver, CO, 1994
Paragon Technical Services, Inc., Albuquerque, NM, 1994-1996
Economic Research Services, Tallahassee, FL, 1999-

#### Legal and Insurance Firms

Glasso and Kachulis, Attorneys-at-Law, Pittsburgh, PA, 1964
Continental Insurance Company, 1967
Reed, Smith, Shaw and McClay, Pittsburgh, PA, 1968, 1998, 1999,2000
Rose, Schmidt and Dixon, Pittsburgh, PA, 1968
Jones, Gregg, Creehan and Gerace, Pittsburgh, PA, 1971

## PROFESSIONAL ACTIVITIES

### Consultations

<u>Legal and Insurance Firms</u> (cont'd)
Technical Advisory Service for Attorneys, Pittsburgh, PA, 1971
Stites, McElvain and Fowler, Louisville, KY, 1975
Haynesworth, Perry, Bryant, Marion & Johnstone, Greenville, SC, 1979
American Insurance Company, Pittsburgh, PA, 1979
Shea and Gardner, Washington, DC, 1980
Hamel, Park, McCabe and Saunders, Washington, DC, 1981
Hunton and Williams, Richmond, VA, 1981
Morgan, Lewis and Bockius, Philadelphia, PA, 1982-1997; 2000, 2003, 2004-
Cadwalader, Wickersham & Taft, NY, 1983, 1990
Kirkland and Ellis, Washington, DC, 1985, 1992, 2002
Foley, Hoag and Eliot, Boston, MA, 1986
Hoyle, Morris and Kerr, Philadelphia, PA, 1986-90, 1993-1999
Goodwin, Proctor and Hoar, Boston, MA, 1987-89
Sewell and Riggs, Houston, TX, 1988
Venable, Baetjer and Howard, Baltimore, MD, 1989-91, 1999, 2000, 2004
Arter and Hadden, Columbus, OH, 1989; 1991-92; 1994-95
Quinn, Ward and Kershaw, Baltimore, MD, 1991
Willman and Arnold, Pittsburgh, PA, 1991-1995
Jackson and Kelly, Washington, DC, 1991-93
Hardin, Cook, Lopez, Engel and Bergez, Oakland, CA, 1991-92; 1995-96
Brown, Sims, Wise & White, Houston, TX 1993
Kean, Miller, Hawthorne, D'Armond, McCowan & Jarmen,
Baton Rouge, LA, 1993, 1994, 1998, 1999, 2000, 2001, 2002
Sugden, McFee & Roos, Vancouver, B.C., 1992-93
Akin, Grump, Strauss, Hauer & Feld, Washington, DC, 1993-95, 1998
Hill, Fulwider, McDowell & Matthews, Indianapolis, IN, 1993
Macaulay and McColl, Vancouver, B.C., 1994
Crowell and Moring, Washington, DC, 1994-
Israel and Wood, Pittsburgh, PA, 1994
Babst, Calland, Clements and Zomnir, Pittsburgh, PA, 1994
Coblence and Warner, New York, NY, 1994-95
Allstate Insurance Company, Chicago, IL, 1995
Skadden, Arps, Meagher, Slate and From, New York, NY 1994, 1998, 1999
King and Spalding, Washington, DC, 1995, 2000, 2001, 2002
Church and Houff, Baltimore, MD, 1996
Fulbright and Jaworski, Houston, TX 1996
Patton-Boggs, Washington, DC, 1995-96; 1997, 1999-
Adler, Pollock and Sheehan, Inc., Providence, RI, 1996
C. Marshall Friedman, St. Louis, MO, 1996
Covington and Burling, Washington, DC, 1996

## PROFESSIONAL ACTIVITIES

### Consultations

<u>Legal and Insurance Firms</u> (cont'd)
Stevenson, Rusin & Friedman, Chicago, IL, 1997
Bergeson and Campbell, Washington, DC, 1997
Williams, Kastner and Gibbs, Seattle, WA, 1997
Shackleford, Farrior, Stallings and Evans, Tampa, FL, 1997-98
Forman, Perry, Watkins, Krutz and Tardy, 1997-98, 2002
Baker and Botts, Houston, TX, 1998
Vorys, Sater, Seymour and Pease, Columbus, OH, 1998, 1999, 2000, 2001, 2003-
Wilson, Elser, Moskowitz, Edelman and Dicker, Newark, NJ, 1998-
Obermayer, Rebmann, Maxwell and Hippel, Philadelphia, PA, 1998-1999
Steptoe and Johnson, Washington, DC, 1998-1999; 2000, 2001, 2002, 2003, 2004-
Steptoe and Johnson, Los Angeles, CA, 2000-
Mayor, Day, Caldwell and Keeton, Houston, TX 1998-1999
Foley and Lardner, Chicago, IL, 1998-1999
Latham and Watkins, Los Angeles, CA, 1999-2000
Calwell and McCormick, Charleston, WV, 1999-2001
Mathhiesen and Chase, Houston, TX, 1999
Hinshaw and Culbertson, Chicago, IL, 1999, 2001, 2002
Jones, Day, Reeves and Pogue, Washington, DC, 1999, 2000
LaBoeuf, Greene and MacRae, Washington, DC, 1999-2000
Ropes and Gray, Boston, MA, 1999-2001
King & Spalding, Atlanta, GA., 2000
Lemle & Kelleher, New Orleans, LA, 2000, 2001
Jenkins & Gilchrist, Dallas, Texas, 2000-2001
Hahn, Loesser & Park, Columbus, Ohio, 2000
Deutsch, Kerrigan & Stiles, New Orleans, LA, 2001-2002
Siegel & Naprekowski, Cherry Hill, New Jersey, 2001
Jackson & Walker, Houston, TX, 2001- 2002
Gibson, Dunn & Crutcher, Washington, DC, 2001, 2003
Gollatz, Griffin & Ewing, Philadelphia, PA, 2001
Wilbraham, Lawler & Buba, Philadelphia, PA, 2001, 2005
Simon, Peregrine, Smith & Redfearn, New Orleans, LA, 2001
Wilcox & Savage, Norfolk, VA, 2001-
O'Melvany & Myers, San Francisco, CA, 2001- 2002
Spilman, Thomas & Battle, Charleston, W. Va., 2001-2003
Dickinson Wright, Detroit, MI, 2001-
Brobeck, Phleger, Harrison, San Francisco, CA, 2001-2002
Hawkins & Parnell, Atlanta, GA, 2001
Dickie, McCamay & Chilcote, Pittsburgh, PA, 2001-
Reed, Smith, Shaw & McClay, Pittsburgh, PA, 2001, 2002
Greenberg Traurig, Chicago, Ill., 2001, 2002, 2003, 2004, 2006 (NY Office)
Baker Sterchi Cowden & Rice, Kansas City Missouri, 2005 –
Filice Brown Eassa & McLeod, Oakland, CA, 2005 -

Legal and Insurance Firms (cont'd)
Edwards & Angell, New York, N.Y., 2002
St. Peter Law Group, San Francisco, CA, 2002
Arent Fox, Washington, D.C., 2002
Butler, Rubin, Sattarell and Boyd., Chicago, Ill., 2002
Baker & Botts, Houston, Texas, 2002
The Gaitan Group, Seattle, WA., 2003-
Montgomery, Barnett & Brown, New Orleans, LA., 2003
Brown McCarroll, Dallas, Texas, 2003, 2004
McGinnis, Lockridge and Kilgore, Houston, Texas, 2003-
Schoeman, Updike & Kaufman, New York, N.Y., 2003
Gillen & Anderson, Tyler, Texas, 2003
Mayer, Brown, Rowe & Maw, Chicago, Illinois, 2002-
Hawkins, Parnell & Thackston, Dallas, Texas, 2003-
Thelen, Reid & Priest, San Francisco, CA, 2003-
Duane Morris, Philadelphia, PA, 2003
Phelps Dunbar, Houston, Texas, 2003
Perkins Coie, San Francisco, CA, 2003-
Snell & Wilmer, Salt Lake City, Utah, 2003
Campbell, Campbell & Edwards, Boston, MA, 2003
Chilton, Yambert, Porter & Young, Chicago, Ill., 2003-2004
Delgada, Acosta, Bordeu & Johnson, El Paso, TX, 2004-
Thompson Hine, Chicago, Ill., 2004-
Jordan & Moses, St. Simons Island, GA, 2006 –
Haynes, Houston, TX, 2006 –
Goodwin Proctor, Wash., D.C., 2006 -

Industrial Firms
Bird Industries, Newton, MA, 1961
Boston Radio Corporation, Boston, MA, 1961
Union Industrial Equipment Company, Fall River, MA, 1963-69
Crucible Steel Corporation, Pittsburgh, PA, 1966
Brooks Instrument Company, Hatboro, PA, 1966
Harbison-Walker Refractories Corporation, Pittsburgh, PA, 1966
Syntex Research Corporation, Palo Alto, CA, 1967
Ferro Corporation, Pittsburgh, PA, 1967
Becton-Dickinson Corporation, East Rutherford, NJ, 1967-68, 1972, 1981, 1986-89
United States Steel Corporation, Pittsburgh, PA, 1968
Ohio River Barge Company, Pittsburgh, PA, 1968
Consolidated Coal Company, Pittsburgh, PA, 1968
DuPont Company (Chambers Works), Wilmington, DE, 1968
Pittsburgh Plate Glass Company, Resins and Coatings Division, 1969
Pittsburgh Plate Glass Company, Plate Glass Division, 1969
Hanes Corporation, Winston-Salem, NC, 1969-70
Resources Research, Incorporated, Reston, VA, 1969-70
Pittsburgh-Corning Corporation, Pittsburgh, PA, 1969-70
Monterey Coal Company, Carlinville, IL, 1969-70
Baltimore Biological Lab (BBL), Cockeysville, MD, 1971
Pittsburgh Metals Purifying Company, Saxonburg, PA, 1972

Industrial Firms, cont.

International Nickel Company, Huntington Alloy Products Division,
    Huntington, WV, 1972, 1975
Sierra-Permaneer Corporation, Pittsburgh, PA, 1973
Thermal Insulation Manufacturers' Association, 1973, 1979-80
Witco Chemical Company, Bedford, PA, 1974
National Paint and Coatings Association, Washington, D.C., 1974
Eastern Associated Coal Corporation, Pittsburgh, PA, 1974
ARCO/Polymers Corporation, Philadelphia, PA, 1974
Ethyl Corporation, Baton Rouge, LA, 1974
Duquesne Light Company, Pittsburgh, PA, 1974
Royston Laboratories, Blawknox, PA, 1975
Environmental Research and Technology, Incorporated, Concord, MA, 1975
Corhart Refractories Company, Louisville, KY, 1975
National Industrial Sand Association, Silver Spring, MD, 1975, 1977-78, 1981
Mobay Chemical Company, Pittsburgh, PA, 1977
NUS Corporation, Rockville, MD, 1977
General Electric Company, Materials and Components Group, Pittsfield, MA, 1977
UOP, Incorporated, Des Plaines, IL, 1977-1994
Wilson Products, Incorporated,, Reading, PA, 1977-78
EXXON, Floral Park, NJ, 1977-78
General Electric Company, Engineered Materials, Columbus, OH, 1977-81
IBM, Armonk, NY, 1977-82, 1984-85
Westinghouse Electric Corporation, Pittsburgh, PA, 1978
Donaldson Company, Minneapolis, MN, 1978
Vesuvius Crucible Company, Pittsburgh, PA, 1978
Alcan, USA, Cleveland, OH, 1978-81, 1983-84, 1986-87
Pennsylvania Glass Sand Company, Berkeley Springs, WV, 1979
Western Electric Company, Princeton, NJ, 1979
CIBA-Geigy Corporation, Ardsley, NY, 1979-80, 1987
Owens-Corning Fiberglas Co., Toledo, OH, 1979, 1985, 1987, 1989
Calgon, Pittsburgh, PA, 1980-81
Dana Corporation, Victor Products Division, Lisle, IL, 1981
American Mining Congress, Washington, D.C., 1981
Johns Manville Corporation, Denver, CO, 1981, 1986
United States Gypsum, Chicago, IL, 1982-
General Electric Company, Silicone Products Division, Waterford, NY, 1982, 1984
Kendall Corporation, Boston, MA, 1983
Carlisle Corporation, Butler, PA, 1983
Catalyst Recovery, Incorporated, Baltimore, MD, 1984
Katalistics, Incorporated, Baltimore, MD, 1984
A.P. Greene Company, Mexico, Missouri, 1984-85; 1988; 1990
Petro-Canada, Calgary, Canada, 1985
SCM Company, New York, NY, 1985-86
Consolidated Ceramics, Incorporated, Cincinnati, OH, 1985, 1987
Tambrands, Incorporated, Springfield, MA, 1986
Atlantic Richfield Corporation, Los Angeles, CA, 1986
The Wilkerson Group, New York, NY, 1986

W.R. Grace Corporation, Cambridge, MA, 1986, 2001, 2003, 2006

Industrial Firms, cont.

U.S. West, Information Systems, Incorporated, Denver, CO, 1986-87
Manville Corporation, Denver, CO, 1987
E.I. DuPont de Nemours, Wilmington, DL, 1987
ALCOA, Pittsburgh, PA, 1987
Lonza Chemical, Fairlawn, NJ, 1988
Gates Energy Products, Gainsville, FL, 1988
Masonite Company, Raleigh, NC, 1988
EDS, Herndon, VA, 1989
Charles E. Smith Companies, Washington, D.C., 1989
Biospherics, Rockville, MD, 1989
ARCO, Los Angeles, CA, 1989
International Nickel Company, Wright Beach, NC, 1990
Exxon, New Orleans, LA, 1990, 1994-96
Purex Company, Gardena, CA, 1990-91
Corning Glass Company, Corning, NY, 1991
Mobil Oil Corporation, Princeton, NJ , 1992; 1999
Carborundum Corporation, Niagra Falls, NY, 1992-95
Schuller International, Inc, Denver, CO  1994
Honda Manufacturing of America, Inc., Marysville, OH  1994-95; 1999; 2000; 2001
Hoechst-Celanese, Charlotte, NC, 1995
Unifrax, Inc., Niagra Falls, NY, 1995-
M&M Mars, Inc., Hackettstown, NJ, 1996; 1997
James Hardie, Inc., Fontana, CA, 2000
Virginia Mirror Co., Martinsville, VA, 2001
Kimberly Clark Co., Atlanta, GA, 2001-2002
American Colloid Co., Chicago, Ill., 2003
Daimler-Chrysler, Detroit, MI, 2003-
Ford Motor Co., Detroit, MI, 2003-
Generals Motors Co., Detroit, MI, 2003-
Scotts Co., Columbus, Ohio, 2003 -
Caterpillar Co., Dubuque, Ill., 2003 –
Goodyear Tire & Rubber Co., Akron, Ohio, 2006 –
Georgia Pacific, Atlanta, GA, 2006 -

Testimonies - Never Recorded

## EDITORIAL ACTIVITIES
### Editorial Board Membership

Advisory Editor, Atmospheric Environment (Pergamon Press), 1967-1986
Member, Editorial Board, Air Pollution Control Association Journal, 1968-85
Associate Editor, Environmental Letters (M. Dekker, Publishers), 1969-1996
Editorial Board, Excerpta Medica, 1971-1985
Member, Editorial Board, Annals Occupational Hygiene, London, 1973-1993
Chairman of Editorial Board, American Industrial Hygiene Association Journal, 1978-1980
Member, Editorial Board, American Journal Industrial Medicine, 1980-1998
Member, Editorial Board, Applied Industrial Hygiene, 1985-1990
Member, Editorial Board, Applied Occupational and Environmental Hygiene, 1991-
Member, Editorial Board, Regulatory Toxicology and Pharmacology, 1996-1998

## HONORS AND AWARDS

New York State Regents Scholarship, 1951-55

A.I.Ch.E. Student Content Problem Honorable Mention, 1955

American Institute of Chemists Student Chemistry Award, 1955

USAEC Fellowship (Industrial Hygiene Engineering), 1955-56

National Science Foundation Honorable Mention, 1958

U.S. Public Health Service Traineeship, 1958-60

National Science Foundation Post-Doctoral Fellowship, University of London, 1961-62.

U.S. Delegate, International Atomic Energy Panel of Experts on Aerosols, Vienna,
Austria; July, 1967

Award for Best Paper Published in American Industrial Hygiene Association Journal, 1969.

WHO Fellowship (South America), 1970

Pittsburgh Chemists' Club and Technical Editors Society Best Paper Competition;
Honorable Mention, 1971

Appointed Member, Permanent Commission and International Association on Occupational
Health, Milan, Italy, 1972

John Simon Guggenheim Fellowship (London), 1972-73

Appointed Member, Panel of Experts on Occupational Health, WHO, Geneva, Switzerland,
1973-77, reappointed 1978-83; 1983-86; 1986-92; 1992-96

Elected Councillor, Society for Occupational and Environmental Health, 1973-76, 1981-84

Invited Participant, Workshop on Biological Effects of Fibers, IARC, Lyon, France,
June 1977

Invited Lecturer, Working Environment '77, Jonkoping, Sweden, 1977

Invited Participant, International Conference on Asbestos, Johannesburg, South Africa, 1977

American Lung Association Lecturer, Hawaii, February-March 1978

Invited Lecturer, VI International Conference on Pneumoconiosis, Caracas, Venezuela, 1978

WHO Consultant, Geneva, Switzerland, November 1979; April 1981; December 1982;
December 1983

Appointed Civilian Adviser (Bioenvironmental Engineering) to the Surgeon General of the
U.S. Air Force, 1980-84

Invited Conference Speaker, Triennial Meeting of Permanent Commission on Occupational
Health, Cairo, Egypt, 1981; Dublin, Ireland, 1984

Elected Vice Chairman (succeeded to Chairman in 1983), American Conference of
Governmental Industrial Hygienists, 1981

WHO Consultant, Alexandria, Egypt, October 1981

WHO Consultant, Geneva, Switzerland, April 1982

Invited Speaker (Conference Address), British Occupational Hygiene Society
Annual Meeting, London, England, April 1982

Invited Speaker and Session Chairman, International Conference on Biological Effects of
Man Made Mineral Fibers, Copenhagen, Denmark, April 1982

Appointed Chairman, Industrial Hygiene Committee, Permanent Commission on
Occupational Health, 1982

Elected Chairman, American Conference of Governmental Industrial Hygienists, 1982

Invited Speaker, Royal Society of Chemistry Annual Congress, Lancaster, England, 1983

Invited Speaker (Conference Address), Annual Meeting of Public Health Association of
Nova Scotia, Halifax, N.S., October, 1983

Invited Lecturer, Institute of Health, National Academy of Medical Sciences, Beijing,
Peoples Republic of China, (sponsored by Emory Foundation, Atlanta, GA), November 1983

## HONORS AND AWARDS (cont'd)

Elected Member, Collegium Rammazini, 1983

Invited Participant, Banbury Center Workshop on Risk Assessment, Cold Spring Harbor, NY, May, 1984

Elected President, Association of Universities in Occupational Safety and Health, 1984.

Invited Speaker and Panel Member, National Symposium on Occupational Safety and Health, Atlanta, GA, May 1985

Cummings Award for Outstanding Contributions to Industrial Hygiene, American Industrial Hygiene Association, Dallas, June 1986

Golden Apple Teaching Award, School of Hygiene and Public Health, Johns Hopkins University, 1986

Chair, International Conference on Training and Education in Industrial Hygiene, Luxembourg, June 1986

Invited Faculty Member, Workshop on Byssinosis in the Far East, Hong Kong, November, 1986

Invited speaker, Third International Conference on Occupational Lung Diseases, Montreal, Canada, October, 1986

Member, International Agency for Research on Cancer, Working Group on Man-Made Mineral Fibers, Lyons, France, June, 1987

Invited Participant, Workshop on Work, Health and Productivity, Johns Hopkins University, Aspen-on-Wye, October 1987

Invited Speaker, Aluminum Association Annual Health and Safety Meeting, Tampa, FL, December 1987

Invited Lecturer, OSHA Training Institute, Des Plains, IL, 1987; (3 occasions); 1988 (3 occasions); 1989 (3 occasions); 1990 (2 occasions); 1991 (2 occasions); 1992 (1 occasion)

Member, General Motors/United Autoworkers Occupational Health Advisory Board, January, 1988-June, 1992

Invited Speaker, Symposium on Health Aspects of Exposure to Asbestos in Buildings, Harvard University, Kennedy School of Government, December, 1988

Invited Speaker, International Life Sciences Institute Symposium on Assessment of Inhalation Hazards, Hanover, Germany, February 1989.

Invited Speaker, Workshop on Exposure Assessment, Linkoping, Sweden, April, 1990.

Invited Summarizer, International Workshop on Retrospective Exposure Assessment for Occupational Epidemiology Studies, Virgina, April 1990.

Invited Speaker, Symposium on Health, Environment and Social Change, Taipei, Taiwan, July, 1990.

Invited Speaker, Workshop on Case Studies in Exposure Assessment, Stockholm, Sweden, September, 1990.

Invited Participant, Roundtable on Occupational Diseases, The Roscoe Pound Foundation, Washington, DC, November, 1990

Appointed Trustee, Associated Universities, Washington, DC, 1991-94.

Invited Speaker, Workshop on Occupational Health, University of Bari, Bari, Italy, June, 1991.

Invited Lecturer, Oslo, Norway, September, 1991.

Invited Speaker, Workshop on Teaching Occupational and Environmental Lung Disease, Universities Associated with Research and Education in Pathology, Burlington, VT, 1991

Honors and Awards (cont'd)

Invited Plenary Speaker, 8th International Conference on Occupational Lung Diseases, Prague,
    Czechoslovakia, September, 1992.
Invited Conference Summarizer, 7th Annual Professional Conference on Industrial Hygiene,
    American Academy of Industrial Hygiene, Colorado Springs, CO, October, 1992.
Awarded Smyth Award by American Academy of Industrial Hygiene, Cincinnati,
    OH, October, 1993.
Elected Fellow, American Industrial Hygiene Association, 1994.
Invited Speaker, Department of Energy Workshop on Biomarkers, Santa Fe, NM,
    April, 1994.
Invited Lecturer, University of Calgary, Calgary, B.C. (Canada), May, 1994.
Keynote Speaker, Chesapeake Chapter American Industrial Hygiene Association, Professional
    Development Conference, Annapolis, MD, October 1994.
Keynote Speaker, Rocky Mountain Chapter, American Industrial Hygiene Association Annual
Meeting, Denver, CO, 1995.
Invited Keynote Speaker, Australian Institute of Occupational Hygiene Annual Meeting,
    Perth, Australia, December 1996.
Elected Honorary Member, American Industrial Hygiene Association, 1996.
Invited Lecturer, Northwestern University School of Medicine, Chicago, IL, 1997.
Invited Lecturer, University of Oklahoma, School of Public Health, Oklahoma
    City, OK, 1997.
Elected to Board of Directors, American Industrial Hygiene Association, 2000
Invited Lecturer, Univ. S. Florida, Tampa, FL, October 2000
Meritorious Achievement Award, ACGIH, New Orleans, LA, 2001
Invited Speaker, DRI Seminar on Asbestos, Phoenix, AR, 2000
Invited Speaker, Organization Resource Counsellors, Wash, DC, 2002
National Academy of Sciences, Certificate of Appreciation for Outstanding Service, Wash., D.C. July, 2003
New York University Medical School, Mary O. Amdur Invited Lecture, May, 2006
Elected Member, Argentina Academy of Sciences, 2006

> Listings:   Who's Who in the East
>             Who's Who in America
>             World Who's Who in Science
>             American Men and Women of Science

## PUBLICATIONS

### Books

Corn, M.: Translation Editor: Zimon, A.D., Adhesion of Dust and Powder, Plenum Publishers,
New York, 1969.

Corn, M. and Corn, J. (eds.): Training and Education In Industrial Hygiene: ACGIH Annals.
ACGIH, Cincinnati, OH, 1988.

Corn, M. (Editor): Handbook of Hazardous Materials, Academic Press, Inc.,
New York, 1993.

### Book Chapters

Corn, M.: "Adhesion of Particles." Chapter XI in Aerosol Science, Davies, C.N., Ed., Academic Press, New York, 1966, pp. 359-392.

Corn, M.: "Non-Viable Particles in the Air." Chapter 3 in Revised 2nd Ed. Air Pollution, Volume 1, A.C. Stern, Ed., Academic Press, New York, 1968, pp. 47-94.

Corn, M.: "Aerosols and the Primary Air Pollutants - Non-Viable Particles - Their Occurrence, Properties, and Effects." Chapter 3, 3rd Ed. Air Pollution, Volume I, A.C. Stern, Ed., Academic Press, New York, 1976, pp. 77-168.

Corn, M. and N.A. Esmen: "Aerosol Generation." Chapter 2 in Handbook of Aerosols, ERDA, 1976, pp. 9-39.

Corn, M.:  Regulatory Toxicology, Ch. 29 in Cassarett & Doull's, Toxicology, 2nd Ed. McGraw-Hill Book Co., New York, NY, 1980, pp. 710-726.

Hammad, Y.Y., M. Corn and V. Dharmarajan: "Environmental Characterization in Occupational Lung Diseases:  Research Approaches and Methods. Weil, H. and Turner-Warwick, M., Eds. M. Dekker, Incorporated, New York, 1981, pp. 291-370.

Corn, M.: "Cotton Dust: A Regulators View" in Crandall, R.W. and Lave, L.B., The Scientific Basis of Health and Safety Regulation.  The Brookings Institution, Washington, D.C., 1981, pp. 109-114.

Corn, M.:  Strategies of Air Sampling.  Chapter 18 in Recent Advances in Occupational Health, J.C. McDonald, Ed. Churchill Livingstone, London, pp. 199-209, 1981.

Corn, J. and Corn, M.: "The Control of Health Problems Related to Industrialization." Chapter 8 in The Social Context of Medical Research. Wechsler, H., Lamont, Havers and Lahill, G.F., Jr. (Eds).  Ballinger Pub. Co., Cambridge, MA. 1981, pp. 193-231.

Corn, M. and J.K. Corn: "The Impact of Federal Regulations on Occupational Physicians." Chapter 3 in Clinical Medicine for the Occupational Physician (M.H. Alderman and M.J. Hanley, Eds.), M. Dekker, New York, N.Y. 1982.  pp. 37-50.

Corn, M., Billings, C.E. and Lees, P.S.: "Engineering Control of Occupational Safety and Health Hazards." In publication of same title, First, M.W. ed. NIOSH, Cincinnati, OH, 1983.

Corn, M.: "Industrial Hygiene Program Performance Standards." In Industrial Hygiene - The Future, Am. Conf. Govt. Ind. Hyg., Cincinnati, OH, 1983, pp. 99-104, 1983.

Corn, M.: "Regulating Toxic Substances: An Update." In Public Policy, Science and Environmental Risk, S. Panem, Ed.  The Brookings Institution, Washington, DC, 1983, pp. 29-32.

## PUBLICATIONS

### Book Chapters (cont'd)

Corn, J.K. and Corn, M.: "The History and Accomplishments of the Occupational Safety and Health Administration in Reducing Cancer Risks." Reducing the Carcinogenic Risks in Industry. Paul F. Deisler, Ed. Jr. Shell Oil Company, Houston, Texas, Marcel Dekker, Inc., New York and Basel, 1984.

Corn, M.: "Process of Standard Setting in Environmental Health". Occupational Lung Disease, Bernard, J., Gee, L., Keith, W., et al. Eds. Raven Press, New York, 1984, pp. 129-138.

Corn, M.: "Sampling Strategies for Prospective Surveillance: Overview and Future Directions." In Advances in Air Sampling. Lewis Publishers, Chelsea, MI, 1988, pp. 293-304.

Corn, M.: "Man-Made Mineral Fiber Exposure: Assessment and a Note on Nonoccupational Exposures to Asbestos in Air". Chapter 21 in Assessment of Inhalation Hazards: Integration and Extrapolation Using Diverse Data. (U. Mohr, Editor-in-Chief). Springer-Verlag. New York. 1989. pp. 233-241.

Farquhar, I., Sorkin, A., Corn, M. and Weir, E.: Estimating Costs of Occupational and Environmental Related Illnesses and Injuries: Methodology and Models. In Ergonomic and Social Aspects of Occupational and Environmental Health. Vol. 12 in the Series Research in Human Capital and Development. JAI Press, Inc., Stamford, CT. 1998. pp. 1-18.

Farquhar, I., Sorkin, A., Corn, M. and Weir, E.: Occupational Cost Estimates for Disease-Leading Causes of Death and Skin Diseases, and for Selection Population Clusters. In Economic and Social Aspects of Occupational and Environmental Health. Vol. 12 in the Series Research in Human Capital and Development. JAI Press, Inc., Stamford, CT. 1998. pp. 19-33.

### Journal Articles

Corn, M., A.H. Rose, et al.: Air Pollution Effects of Incinerator Firing Practices and Combustion Air Distribution, J. Air Poll. Control Assoc. 8:297, 1959.

Corn, M., A.H. Rose, et al.: The Adhesion of Solid Particles to Solid Surfaces, I. J. Air Poll. Control Assoc. 11:1, 1961

Corn, M.: The Adhesion of Solid Particles to Solid Surfaces, II. J. Air Poll. Control Assoc. 11:566, 1961

Corn, M. and L. Silverman: Removal of Solid Particles from a Solid Surface by a Turbulent Air Stream, Am. Ind. Hyg. Assoc. J. 22:337, 1961.

Amdur, M.O. and M. Corn: The Irritant Potency of Zinc Ammonium Sulfate of Different Particle Sizes, Am. Ind. Hyg. Assoc. J. 24:326, 1963.

Morton Corn

PUBLICATIONS

<u>Journal Articles</u> (cont'd)

Corn, M. and W. Bell:  A Technique for Construction of Predictable Low Capacity Critical Orifices, <u>Am. Ind. Hyg. Assoc. J. 24</u>:502, 1963.

Corn, M.:  The Orientation of Dust Particles During and After Settling in Water, <u>Annals of Occ. Hyg. (London) 6</u>:251, 1963.

Corn, M.:  The Effect of Dust Particle Orientation on Particle  Size Determined by Microscopic Techniques, <u>Am. Ind. Hyg. Assoc. J. 25</u>:1, 1964.

Corn, M. and L. DeMaio:  Sulfate Particulates:  Size Distribution in Pittsburgh Air, <u>Science 143</u>:803, 1964.

Corn, M.  Statistical Reliability of Particle Size Distributions Determined by Microscopic Techniques.  <u>Am. Ind. Hyg. Assoc. J. 26</u>.1, 1965.

Corn, M. and L. DeMaio:  Particulate Sulfates in Pittsburgh, <u>J. Air Poll. Control Assoc. 15</u>:1, 1965.

Corn, M. and F. Stein:  Reentrainment of Particles from a Plane Surface, <u>Am. Ind. Hyg. Assoc. J. 26</u>:325, 1965.

Antommaria, P., M. Corn, and L. DeMaio: Airborne Particulates in Pittsburgh Air: Associated with P,p'-DDT, <u>Science 150</u>:1476, 1965.

Linch, A.L. and M. Corn: The Standard Midget Impinger-Design Improvement and Miniaturization, <u>Am. Ind. Hyg. Assoc. J. 26</u>:601, 1965.

Stein, F., R. Quinlan and M. Corn:  The Ratio Between Projected Area Diameter and Equivalent Diameter of Particulates in Pittsburgh Air, <u>Am. Ind. Hyg. Assoc. J. 27</u>:39 1966.

DeMaio, L. and M. Corn:  Polynuclear Aromatic Hydrocarbons Adsorbed on Respirable Particulates in Pittsburgh Air, <u>J. Air Poll. Control Assoc. 16</u>:2, 1966.

DeMaio, L. and M. Corn:  Gas Chromatographic Analysis of Polynuclear Aromatic Hydrocarbons with Packed-Columns, <u>Anal. Chem. 38</u>:131, 1966.

Corn, M., D.J. Thompson, W.J., Schreibeis and R.T.P. de Treville: Observations from a 26-Year Sulfur Dioxide Area Survey, <u>AMA  Arch. Env. Hlth. 12</u>:445, 1966.

Corn, M. and F. Stein:  The Adhesion of Atmospheric Dustfall Particles to a Glass Slide, <u>Nature 211</u>:60, 1966.

Morton Corn

## PUBLICATIONS

Journal Articles (cont'd)

Nadel, J.A., M. Corn, S. Zwi, J. Flesch, and P. Graf:  Location  and Mechanism of Airway Constriction after Inhalation of Histamine Aerosol and Inorganic Sulfate Aerosol, Inhaled Particles and Vapors, II, C.N. Davies, Ed., Pergamon Press, London, p. 55, 1966.

Stein, F., N. Esmen, and M. Corn:  The Density of Uranine Aerosol Particles, Am. Ind. Hyg. Assoc. J. 27:428, 1966.

Corn, M. and G. Burton:  The Irritant Potential of Pollutants in the Atmosphere, Arch. Environ. Hlth. 14:54, 1967.

Corn, M. and M. Flynn:  Aerosol Dispersion in Hospitals Utilizing Aerosol Inhalation Therapy, Am. Ind. Hyg. Assoc. J. 28:386, 1967.

Corn, M., R. Quinlan and J. Katz:  The Optical Evaluation of Atmospheric Dustfall, Atmos. Environ. 1:227, 1967.

Frey, J.W. and M. Corn:  Physical and Chemical Characteristics of Particulates in a Diesel Exhaust, Am. Ind. Hyg. Assoc. J. 28:468, 1967.

Montgomery, T.L. and M. Corn:  Adherence of Sulfur Dioxide Concentrations in the Vicinity of a Steam Plant to Plume Dispersion Models, J. Air Poll. Control Assoc. 17:512, 1967.

Frey, J.W. and Corn M.: Diesel Exhaust Particulates.  Nature 216:615, 1967.

Corn, M., Montgomery, T.L. and Reitz, R.J.: Atmospheric Particulates:  Specific Surface Areas and Densities.  Science 159:1350, 1968.

Stein, F., Esmen, N.A. and M. Corn:  Microscopic Examination of Particles Deposited on Opaque Substrates.  Amer. Ind. Hyg. Assoc. J.  30:(2)196, 1968.

Fannick, N. and M. Corn:  The Plasma Jet: Industrial Hygiene Aspects and a Survey of Current United States Practices for Employee Protection.  Amer. Ind. Hyg. Assoc. J. 30: 226, 1969.

Burton, G.G., Corn, M., Gee, J.B.L., Vasallo, C. and A. Thomas:  Response of Healthy Men to Inhaled Low Concentrations of Gas Aerosol Mixtures.  Arch. Environ. Hlth.3:443, 1969.

Stein, F., Esmen, N.A. and M. Corn: The Shape of Atmospheric Particles in Pittsburgh Air. Atmos. Environ. 3:443, 1969.

O'Donnell, H., Montgomery, T.L. and M. Corn: Routine Assessment of the Particle Size-Weight Distribution of Urban Aerosols. Atmos. Environ. 4:1, 1970.

## PUBLICATIONS

### Journal Articles (cont'd)

Corn, M.: The Physician and Achievement of Ambient Air Quality Goals.  Arch. Environ. Hlth. 21: 117, 1970.

Schrag, K.R. and M. Corn:  Comparison of Particle Size Determined with the Coulter Counter and by Optical Microscopy.  Amer. Ind. Hyg. Assoc. J. 31:446, 1970.

Corn, M.:  Measurement of Air Pollution Dosage to Human Receptors in the Community.  Environ. Research 3:218, 1970.

Montgomery, T.L. and M. Corn:  Aerosol Deposition in a Pipe with Turbulent Air Flow.  Aerosol Sci. 1:185, 1970.

Corn, M.:  Dose to the Respiratory Tract from Personal, Occupational and Community Air Pollutants.  Environ. Letters 1:29, 1971.

Corn, M., T.L. Montgomery and N.A. Esmen:  Suspended Particulate Matter:  Variations in Specific Surface Areas and Densities.  Environ. Sci. Tech. 5:155, 1971.

Corn, M.:  Future Manpower Requirements in Occupational Health and the Role of AIHA, Editorial Page.  Am. Ind. Hyg. Assoc. J., p. A-2, February 1971.

Cheng, R.T., J.O. Frohliger and M. Corn:  Aerosol Stabilization for Laboratory Studies of Aerosol-Gas Interactions.  J. Air Poll. Control Assoc. 21:138, 1971.

Corn, M. and E.B. Sansone:  Assessment of Inhalation Hazards Aboard Inland River Towboats, Am. Ind. Hyg. Assoc. J. 32:313, 1971.

Mayz, E.M., M. Corn and G. Barry:  Determinations of Mercury in Air at University Facilities, Am. Ind. Hyg. Assoc. J. 32:373, 1971.

Bien, C.T. and M. Corn:  Adherence of Inlet Conditions for Selected Aerosol Sampling Instruments to Suggested Criteria, Am. Ind. Hyg. Assoc. J. 32:453, 1971.

Bien, C.T. and M. Corn:  Performance of Respirable Dust Samplers with Fibrous Dust, Am. Ind. Hyg. Assoc. J. 32:449, 1971.

Esmen, N.A. and M. Corn:  Residence Time of Particles in Urban Air, Atmos. Environ. 5:571-578, 1971.

## PUBLICATIONS

### Journal Articles (cont'd)

Hammad, Y.Y. and M. Corn:  Hygienic Assessment of Airborne Cotton Dust in a Textile Manufacturing Facility, Am. Ind. Hyg. Assoc. J. 32:662, 1971.

Cheng, R.T., M. Corn and H.O. Frohliger:  Contribution to the Reaction Kinetics of Water Soluble Aerosols and $SO_2$ in Air at PPM Concentrations, Atmos. Environ. 5:987, 1971.

Corn, M., N. Kotsko, D. Stanton, W. Bell and A. Thomas:  Response of Cats to Inhaled Mixtures of $SO_2$ and $SO_2$-NaCl Aerosol in Air, Arch. Environ. Hlth. 24:248, 1972.

Bridge, N.P. and M. Corn:  Contribution to the Assessment of Exposure of Nonsmokers to Air Pollution from Cigarette and Cigar Smoke in Occupied Spaces, Environ. Res. 5:192, 1972.

Corn, M. and R.T. Cheng:  Interactions of $SO_2$ with Insoluble Particulate Matter, J. Air Poll. Control Assoc. 22:8, 1972.

Corn, M., F. Stein, Y.Y. Hammad, S. Manekshaw, W. Bell, S.J. Penkala and R. Freedman:  Physical and Chemical Characteristics of "Respirable" Coal Mine Dust, Annals N.Y. Acad. Sci. 200:7, 1972.

Leadbetter, M.R. and M. Corn:  Particle Size Distribution of Rat Lung Residues after Exposure to Fiberglass Clouds, Amer. Ind. Hyg. Assoc. J. 33:511, 1972.

Brown, N.R., M. Corn and E.B. Sansone:  Problem Severity Model and Implementation Plan for Occupational Health and Safety, Amer. Ind. Hyg. Assoc. J. 33:813, 1972.

Tomb, T. and M. Corn:  Comparison of Equivalent Spherical Volume and Aerodynamic Diameter for Irregularly Shaped Particles, Amer. Ind. Hyg. Assoc. J. 34:13, 1973.

Corn, M.:  London Revisited, J. Air Poll. Control Assoc. 23:568, 1973.

Corn, M., F. Stein, Y.Y. Hammad, S. Manekshaw, R. Freedman and A. Hartstein:  Physical and Chemical Properties of Respirable Coal Mine Dust from Two U.S. Mines, Amer. Ind. Hyg. Assoc. J. 34:279, 1973.

Corn, M.:  Reflections on Trends in Occupational Health in the United States:  A Personal View, Annals Occup. Hyg. 16:251, 1973.

## PUBLICATIONS

### Journal Articles (cont'd)

Benson, J.R. and M. Corn:  Costs of Air Cleaning with Electrostatic Precipitators in TVA Steam Power Plants, J. Air Poll. Control Assoc. 24:339, 1974.

Corn, M.:  Whither Air Pollution Research, Editorial in J. Air Poll. Control Assoc. 24:635, 1974.

Corn, M. and E.B. Sansone:  Determination of Total Suspended Particulate Matter and Airborne Fiber Concentrations at Three Fibrous Glass Manufacturing Facilities, Environ. Res. 8:37, 1974.

Weyel, D., T.C. Lee and M. Corn:  Properties of Tantalum Powder Used in Tantalum Bronchography, Invest. Radiol. 9:284, 1974.

Corn, M.:  Characteristics of Tobacco Sidestream Smoke and Factors Influencing Its Concentration and Distribution in Occupied Spaces, Scand. J. Resp. Dis., pp. 21-36, Supplement No. 91, Copenhagen, 1974.

Corn, M., R.W. Dunlap, L.A. Goldmuntz and L.H. Rogers:  Photo-chemical Oxidants: Sources, Sinks and Strategies, J. Air Poll. Control Assoc. 26:16, 1975.

Corn, M.:  Remarks on Determination of Non-compliance with the Respirable Dust Standard, Federal Coal Mine Health and Safety Act of 1969, Amer. Ind. Hyg. Assoc. J. 36:404, 1975.

Assunciao, J. and M. Corn:  The Effects of Milling on Diameters and Lengths of Fibrous Glass and Chrysotile Asbestos Fibers, Am. Ind. Hyg. Assoc. J. 38:811, 1975.

Corn, M. and D.A. Weyel:  Characteristics of Tantalum Dust and Dust Generator for Bronchography, Invest. Radiol. 10:500, 1975.

Stein, F. and M. Corn:  Shape Factors of Narrow Size Range Samples of Respirable Coal Mine Dust, Powder Tech. 13:133-141, 1976.

Corn, M.:  A New Posture for the Occupational Safety and Health  Administration, Labor Law J., 1976.

Corn, M., N. Kotsko and D. Stanton:  Mass-Transfer Coefficient for Sulfur Dioxide and Nitrogen Dioxide Removal in Cat Upper Respiratory Tract, Ann. Occup. Hyg. 19:1-12, 1976.

Corn, M., Y. Hammad, D. Whittier and N. Kotsko:  Employee Exposure to Airborne Fiber and Total Particulate Matter in Two Mineral Wool Facilities, Env. Res. 12:59, 1976

## PUBLICATIONS

### Journal Articles (cont'd)

Corn, M.: Influence of Legal Standards on the Practice of Industrial Hygiene, Am. Ind. Hyg. Assoc. J. 38:353. 1976.

Corn, M.: Role of the American Conference of Governmental Industrial Hygienists and the American Industrial Hygiene Association in OSHA, Am. Ind. Hyg. Assoc. J. 37:391, 1976.

Corn, M.: OSHA's New Commitment and Direction, Professional Safety, pp. 8-12, 1976.

Corn, M. and E.D. Heath: OSHA Response to Occupational Health Personnel Needs and Resources, Am. Ind. Hyg. Assoc. J. 38:11- 17, 1977.

Corn, M.: Management Roles for Industrial Hygienists, Am. Ind. Hyg. Assoc. J. 39:A3-A4, 1978.

Corn, M. and Esmen, N.: Method Selection and Difficulties Associated with Field Sampling of Airborne Particulates, American Laboratory, July 1978.

Corn, M., N.A. Esmen and Y.Y. Hammad, et al: Exposure of Employees to Man-Made Mineral Fibers: Mineral Wool Production. Environ. Res. 15:267-277, 1978.

Corn, M.: The Impact of Federal Regulations on Engineers: Constraints and Opportunities, Chem. Eng. Prog., pp. 24-27, July 1978.

Corn, M. and N.A. Esmen: Field Sampling of Airborne Particulates, American Laboratory, July 1978.

Esmen, N.A., Corn, M., Hammad, Y.Y., et al: Exposure of Employees to Man-Made Mineral Fibers: Ceramic Fiber Production. Environ. Res. 16:265-278, 1979.

Corn, M. and N.A. Esmen: Workplace Exposure Zones for Classification of Employee Exposures to Physical and Chemical Agents, Am. Ind. Hyg. Assoc. J. 40:47-57, 1979.

Corn, M.: An Inside View of OSHA Compliance, Personnel Administration, Dec. 1979.

Esmen, N.A., M. Corn, Y.Y. Hammad, D. Whittier and N. Kotsko: Results of Measurements of Employee Exposure to Airborne Dust and Fiber in Sixteen Facilities Producing Man-Made Mineral Fibers. Am. Ind. Hyg. Assoc. J. 40:108-117 (1979).

## PUBLICATIONS

### Journal Articles (cont'd)

Corn, M.: Overview of Environmental Evaluation and Control. Chest, 79S:91S-94S., April 1981.

Esmen, N.A., M.J. Sheehan, M. Corn, M. Engel and N. Kotsko: "Exposure of Employees to Man-Made Vitreous Fibers: Installation of Insulation Materials." Env. Res. 386-398 (1982).

Corn, M. and Lees, P.S.J.: The Industrial Hygiene Audit: Purposes and Implementation. Am. Ind. Hyg. Assoc. J. 44(2):135-141 (1983).

Lees, P.S.J. and Corn, M.: Health, Safety and Environmental Criteria for Siting of Laboratory Facilities. Am. Ind. Hyg. Assoc. J. 44(4):286-291 (1983).

Corn, M.: Regulations, Standards and Occupational Hygiene Within the USA in the 1980's. Ann. Occup. Hyg. (London) 27(1):91-105 (1983).

Corn, M.: "Assessment and Control of Environmental Exposure." J. Allergy Clin. Immunol. 72(3):231-241 (1983).

Ryan, C., Breysse, P.N., White, N. and Corn, M.: "Critical Review of International Standards for Respiratory Protective Equipment - I. Respiratory Protective Equipment for Particulate-laden Atmospheres." Am. Ind. Hyg. Assoc. J. 44, 756-761 (1983).

Breysse, P.N., White, N., Ryan, C.M. and Corn, M.: "Critical Review of International Standards for Respiratory Protective Equipment - II. Gas and Vapor Removal Efficiency and Fit Testing." Am. Ind. Hyg. Assoc. J.44:762-767 (1983).

White, N., Ryan, C.M., Breysse, P.N. and Corn, M.: "Critical Review of International Standards for Respiratory Protective Equipment - III. Practical Performance Tests." Am. Ind. Hyg. Assoc. J.: 44(10):768-773 (1983).

Corn, M.: Public Health Approaches to Chronic Disease in the Workplace and the Environment: The Role of Control Technologies in Preventing Occupational Disease. Arch. Env. Hlth 39.(3):235-240 (1984).

Corn, M.: Air Sampling Strategies in the Work Environment. Am. J. Industr. Med. 6:251-252 (1984).

Corn, M., Breysse, P.N., Hall, T., Chen, G., Risby, T. and Swift, D.L.: A Critique of MSHA Procedures for Determination of Permissible Respirable Coal Mine Dust Containing Free Silica. Am. Ind. Hyg. Assoc. J. 46(1):4-8 (1985).

## PUBLICATIONS

### Journal Articles (cont'd)

Corn, M.: Strategies of Air Sampling. Scand. J. Work Environ. Health 11:173-180 (1985).
Corn, M.: Bhopal Tragedy's Repercussions May Reach American Physicians. JAMA 253(14):2001-2013, (1985).

Trout, D., Breysse, P.N., Hall, T.A., Corn, M. and Risby, T.: "Determination of Organic Vapor Cartridge Variability in Terms of Degree of Activation of the Carbon and Cartridge Packing Density." Am. Ind. Hyg. Assoc. J. 47:491-496 (1986).

Corn, M.: "Asbestos and Disease: An Industrial Hygienist's Perspective." Am. Ind. Hyg. Assoc. J., 47, 515-523 (1986).

Paull, J.M., Corn, M., Lees, P.S.J. and Breysse, P.N.: Non-Occupational Exposure to Asbestos in Buildings: A Practical Risk Management Program. Amer. Ind. Hyg. Assoc. J. 47:497-504 (1986).

Corn, M.: Methods to Assess Airborne Concentrations of Cotton Dust. Am. J. Industr. Med. 12:677-686 (1987).

Lees, P.S.J., Corn, M. and Breysse, P.N.: Evidence for Dermal Absorption as a Major Route of Body Entry During Exposure of Transformer Maintenance and Repairmen to PCBs. Am. Ind. Hyg. Assoc. J. 48:257-264 (1987).

Corn, M.: Approaches to Control: Workgroup #2. Am. J. Industr. Med. 12:791-792 (1987).

Hall, T., Breysse, P., Corn, M. and Jonas, L.A.: Effects of Adsorbed Water Vapor on the Adsorption Rate Constant and the Kinetic Adsorption Capacity of the Wheeler Kinetic Model. Am. Ind. Hyg. Assoc. J., 49(9):461-465 (1988).

Corn, M.: Sampling Strategies for Prospective Surveillance: Overview and Future Directions. In Advances in Air Sampling. ACGIH, Lewis Publishers, Chelsea, MI. pp. 293-304 (1988).

Corn, M., Koegel, A., Hall, T.A., Scott, A., Newill, C., and Evans, R.: Characteristics of Airborne Particles Associated with Animal Allergy in Laboratory Workers. Ann. Occ. Hyg. 32:435-446. Supplement 1, 1988 (Inhaled Particles VI, Dodgson, J., McCallum, R.I., Bailey, M.R. and Fisher, D.R., Eds. Pergamon, Press, Oxford, 1988).

PUBLICATIONS

Journal Articles (cont'd)

Eggleston, P., Newill, C.A., Ansari, A.A., Pustelnik, A., Lou, S-R., Evans, III R., Marsh, D.G., Longbottom, J.L. and Corn, M.: Task-Related Variation in Airborne Concentrations of Laboratory Animal Allergens: Studies with Rat N I., J. Allergy Clin. Immunol 84(3):347-352 (1989).

Newill, C.A., Koegel, A.E., Prenger, V.L., Evans, III R., and Corn, M.: Utilization of Personal Protective Equipment by Laboratory Personnel at a Large Medical Research Institution. Applied Industrial Hygiene 4:205-209 (1989).

Corn, M.: The Progression of Industrial Hygiene. Appl. Ind. Hyg. 4:153-157 (1989).

Mossman, B.T., Bignon, J., Corn, M., Seaton, A. and J.B.L. Gee: Asbestos: Scientific Developments and Implications for Public Policy. Science 247:294-301 (1990).

Eggleston, P.A., Ansari, A.A., Ziemann, B., Adkinson, N.F. and M. Corn: Occupational Challenge Studies with Laboratory Workers Allergic to Rats. J. Allergy and Clin. Immunol. 86:(1) 63-72 (1990).

Bowes, S.M. and M. Corn: Noise Exposure Reduction Aboard an Oceangoing Hopper Dredge. Am. Ind. Hyg. Assoc. J. 51:469-474 (1990).

Corn, M., Crump, K., Farrar, D.B., Lee, R.J. and D.R. McFee: Airborne Concentrations of Asbestos in 71 School Buildings. Reg. Tox. Pharm. 13:99-114 (1991).

Villnave, J., Corn, M., Francis, M. and T. Hall: Regulatory Implications of Airborne Respirable Free Silica Variability in Underground Coal Mines. Am. Ind. Hyg. Assoc. J. 52:107-112 (1991).

Corn, M.: Invited Commentary on Effects of Urban Air Pollution on Emergency Room Admissions for Chronic Obstructive Pulmonary Disease. Am. J. Epid. 134:287-288 (1991).

Corn, M.: Airborne Concentrations of Asbestos-in-Air in Buildings and Exposures of Occupants: Risk and Regulatory Implications. Indoor Air. 4, 491-496 (1991).

Corn, M.: Historical Perspective on Approaches to Estimation of Inhalation Risk by Air Sampling. Am. J. Ind. Med. 21:113-123 (1992).

Ziemann, B., Corn, M., Ansari, A.A. and Eggleston, P.: The Effectiveness of the Duo-Flo Bioclean Unit for Controlling Airborne Antigen Levels. Am. Ind. Hyg. Assoc. J. 53(2):138-145 (1992).

## PUBLICATIONS

### Journal Articles (cont'd)

Lee, R.J., Van Orden, D.R., Corn, M. and K.S. Crump: Exposure to Airborne Asbestos in Buildings. Reg. Tox. Pharm. 16:93-107, (1992).

Robbins, C.A., Breysse, P.N., Francis, M., Lees, P.S.J., Chopra, N. and M. Corn: Comparison of Size Characteristics of Fibers Found on Sample Filters and Cassette Cowls from Personal Samples of Airborne Man-Made Mineral Fibers. Appl. Occup. Environ. Hyg. 7(10):659-664 (1992).

Corn, M.: Letter to the Editor - Re: Exposure to Airborne Asbestos Associated with Simulated Cable Installation above Suspended Ceiling. Am. Ind. Hyg. Assoc. J. 53:A232-234, (1992).

Corn, M. and R., Cohen: Real-Time Measurement of Sub-PPM Concentrations of Airborne Chemicals in Semiconductor Manufacturing. J. Exp. Anal. and Environ. Epid., Supplement 1, 3:37-49 (1993).

Carlo, G.L., Jablinske, M.R., Lee, N.L., Sund, K.G. and M. Corn: Reduced Mortality Among Workers at a Rubber Plant. JOM 35(6):611-616 (1993).

Corn, M. and Corn, J.K.: Letter to the Editor - Re: TLVs for Asbestos. Am. J. of Ind. Med. 23:959, (1993).

Bowes, S.M., Mason, E. and M. Corn: Confined Space Ventilation: Tracer Gas Analysis of Mixing Factors. Am. Ind. Hyg. Assoc. J. 54:639-649 (1993).

Lees, P.S.J., Breysse, P.N., McArthur, B.R., Miller, M.E., Rooney, B.C., Robbins, C.A. and Corn, M.: End User Exposures to Man-Made Vitreous Fibers: I. Installation of Residential Insulation Products. Appl. Occup. Environ. Hyg. 8(12):1022-1030 (1993).

Corn, M. and J.K. Corn: Commentary - Re: Historical Reasons for Attitudes and Opinions Regarding Asbestos and Cancer, 1934-1965. Am. J. Ind. Med. 23:513-515 (1993).

Corn, M.: Letter to the Editor - Re: Science Advisory Board's Role. Environ. Sci. Technol. Vol. 27, No. 12 (1993).

Corn, M.: Professions, Professionals and Professionalism, Am. Ind. Hyg. Assoc. J. 55(7):590-596 (1994).

Corn, M.: Airborne Concentrations of Asbestos in Non-Occupational Environments. Ann. Occup. Hyg. 38(4):495-502 (1994).

PUBLICATIONS

Journal Articles (cont'd)

Corn, M., McArthur, B. and Dellarco, M.: Asbestos Exposures of Building Maintenance Personnel. Appl. Occup. Environ. Hyg. 9(11):845-852 (1994).

Corn, M.: The State of Safety in the American Workplace Today. Occup. Hazards, pp. 113-114, October (1994).

Corn, J.K. and Corn, M.: Changing Approaches to Assessment of Environmental Inhalation Risk: A Case Study. Milbank Quarterly 73(1): 97-119 (1995).

Swuste, P., Corn, M. and Goelzer, B.: Hazard Prevention and Control in the Work Environment: Report of a WHO Meeting. J. Occup. Health Safety - Aust NZ 11(1):26-28 (1995).

Correa, A., Gray, R.H., Cohen, R., Rothman, N., Shah, F., Seacat, H. and Corn, M.: Ethylene Glycol Ethers and Risks of Spontaneous Abortion and Subfertility. Amer. J. Epid., 143(7):707-717 (1996).

Mlynarek, S., Corn, M. and Blake, C.: Asbestos Exposure of Building Maintenance Personnel. Reg. Tox. Pharm. 23:213-224 (1996).

Deren, G., Venturin, D. and Corn, M.: Qualitative Industrial Hygiene Product Life Cycle Analysis Applied to Refractory Ceramic Fiber (RCF) Consumer Product Applications. Reg. Tox. Pharm. 25:232-239 (1997).

Esmen, N.A. and Corn, M.: Airborne Fiber Concentrations During Splitting Open and Boxing Bags of Asbestos. Toxicology and Industrial Health. 14(6):843-856 (1998).

Koop, E.C., Juberg, D.R., et. al: (Including M. Corn): A Scientific Evaluation of Health Effects of Two Plasticizers Used in Medical Devices and Toys: A Report from the American Council on Science and Health. http:/www.medscape.com/Medscape/General Medicine/Journal/1999/v0l.n06/mgm0622.koop-01.html.

Proceedings of Conferences and Symposia

Silverman, L., Corn, M. and F. Stein: Diffusion Board Containment Concepts and Foam Encapsulation Studies. Proceedings of the 7th USAEC Air Cleaning Conference, Brookhaven National Laboratory, Long Island, New York, 1961.

Corn, M.: Air Pollution Research at the Graduate School of Public Health. Proceedings of the 6th Annual Sanitary Engineering Conference of Pittsburgh, University of Pittsburgh, p. 7., 1965.

## PUBLICATIONS

### Proceedings of Conferences and Symposia (cont'd)

Corn, M. and F. Stein: Mechanisms of Dust Redispersion. In <u>Symposium on Surface Contamination,</u> Pergamon Press, New York, 1966. pp. 45-54.

Corn, M.: Air and Water Quality and Thermal Pollution. (Rapporteur Summary) <u>Power Plant Siting Symposium,</u> E.B. Stuart, Ed. Mono Book Corp., Baltimore, 1971. pp. 32-36.

Corn, M.: Particle Size: Relationship to Collector Performance Emission Standards and Ambient Air Quality. In <u>Proceedings of the Second International Clean Air Congress,</u> England, H.M. and W.T. Beery, Eds. Academic Press, New York, 1971. pp. 965-969.

Corn, M.: Urban Aerosols: Problems Associated with Evaluation of Inhalation Risk. In <u>Assessment of Airborne Particles,</u> Charles C. Thomas, Springfield, Ill., 1972.

Corn, M.: Control and Management of Vinyl Chloride-Polyvinyl Chloride in Industry: Discussion Paper. In Toxicity of Vinyl Chloride-Polyvinyl Chloride, Selikoff, I.J. and Hammond, E.C., Eds. <u>Annals of N.Y. Acad. Sciences 246</u>:303, 1975.

Corn, M.: Sampling Strategy, Air Sampling Methods, Analysis, Airborne Concentrations of Fibrous Glass in Selected Manufacturing Plants. In <u>Proceedings of a Symposium on Occupational Health Exposure to Fibrous Glass,</u> University of Maryland, College Park, MD, 1976.

Corn, M.: The Philosophy, Organization and Administration of Occupational Health and Safety in the United States. In <u>Proceedings from the Occupational Health: International Perspectives,</u> University of Toronto, Toronto, Canada, May 2-3, 1977.

Corn, M. and J. Corn: Setting Standards for the Public: An Historical Perspective. <u>Proceedings of the Los Alamos Scientific Laboratory Third Life Sciences Symposium,</u> Los Alamos, New Mexico, CONF-751022, ERDA Technical Information Center, Oak Ridge, 1976.

Corn, J.K. and Corn, M.: Aspects of Occupational Safety and Health in the U.S. - The Myth and Reality. In <u>Economic Effects of Government Mandated Costs,</u> R.F. Lanzillotti, Ed. University of Florida Press, Gainesville, pp. 95-108, 1978.

Corn, M.: Factors Affecting Health. <u>Proceedings of the National Conference on the Environment and Health Care Costs.</u> House of Representatives Caucus Room, Washington, D.C., August 15, 1978. S.A. Roberts, Ed. U.S. Government Printing Office. (Accession No. PB287025 for National Technical Information Service).

## PUBLICATIONS

### Proceedings of Conferences and Symposia (cont'd)

Corn, M.: Chemical Usage in Industry: Risks and Their Minimization. Proceedings of the NUS Colloquium on Risks. NUS Corp. Colloquium Series, Rockville, MD. Winter 1978/79, pp. 54-78.

Corn, M.: Role of High Risk Groups in Standard Derivation. In Proceedings of the Conference on Pollutants and High Risk Groups. University of Massachusetts, Amherst. June 5-7, 1978. Published in Env. Hlth. Persp. 29:162-166, 1979.

Corn, M.: An Overview of Inorganic Man-Made Fibers in Man's Environment. In Dusts and Disease. Proceedings of Conference on Occupational Exposures to Fibrous and Particulate Dust and Their Extension into the Environment. Pathotox Pub. Park Forest, Ill. 1979, pp. 23-36.

Corn, M. and P.K. Beck: The Kepone Tragedy and Its Effects" In Protecting People at Work: A Reader in Occupational Safety and Health. U.S. Department of Labor, Washington, D.C., 1980, pp. 296-304.

Corn, M.: Regulating Toxic Substances: An Update. In Public Policy, Science, and Environmental Risk. Panem, S., Ed. The Brookings Institution, Washington, D.C., 1983, pp. 29-32.

Corn, M.: The System in the United States. Health and Safety in the Chemical Laboratory. Royal Soc. Chemistry Spec. Pub. No. 51., London, 1984. pp. 71-91.

Corn, M.: Process of Standard Setting in Environmental Health. In Occupational Lung Disease. J. Bernard, L. Gee, W.Keith, C. Morgan and S.M. Brooks, Eds. Raven Press, NY, 1984. pp. 129-138.

Corn, M.: Strategies of Air Sampling - the Exposure Zone Strategy. Biological Effects of Man-Made Mineral Fibers. WHO, Copenhagen, 1984, V.I. pp. 244-261.

Corn, M. and Breysse, P.N.: Human Exposure Estimate for Hazardous Waste Site Risk Assessment. In Banbury Report 19: Risk Quantitation and Regulatory Policy. Cold Spring Harbor, N.Y., 1985, pp. 283- 291.

Corn, M.: " Reflections of Progress with Mine Dust Control Technology. Theme Paper IV, VII International Pneumoconiosis Conference, Pittsburgh, PA. August 23-26, 1988.

Corn, M., Zeger, S., Hall, T.A, and Law, CC.: Respirable Dust and Free Silica Variation in Mine Environments. Proceedings of the VII International Pneumoconiosis Congress, Pittsburgh, PA, September, 1988.

PUBLICATIONS

Proceedings of Conferences and Symposia (cont'd)

Corn, M.: "Issues Related to the Potential Health Hazard of Asbestos Containing Materials in Buildings". In Proceedings of the Symposium on Health Aspects of Exposure to Asbestos in Buildings. Harvard University, Kennedy School of Government, Cambridge, MA. December 14-16, 1988. (1989).

Corn, M.: "Man-Made Mineral Fiber Exposure: Assessment and a Note on Nonoccupational Exposures to Asbestos in Air". Chapter 21 in Assessment of Inhalation Hazards: Integration and Extrapolation Using Diverse Data. (U. Mohr, Editor-in-Chief). Springer-Verlag. New York. 1989. pp. 233-241.

Corn, M.: "The Role of the Worksite Inspection Under the Occupational Safety and Health Act". In Occupational Health in the 1990's: Landrigan, P.J. and Selikoff, I.J., Eds. Annals N.Y. Academy of Sciences. Volume 572, 184-188 (1989).

Corn, M.: "Reflections on Progress with Mine Dust Control and Dust Control Technology". Theme Paper IV, Proceedings of the VII International Pneumoconiosis Conference. DHHS (NIOSH Publication No. 90-108) Part I, pp. 33-39 (1990).

Hall, T.A., Corn, M., Zeger, S. and Law, C.C.: "Respirable Dust and Free Silica Variation in Mine Environments". Proceedings of the VII International Pneumoconiosis Conference on Occupational Lung Disease. DHHS (NIOSH Publication No. 90-108) Part II, pp. 1152-1159 (1990).

Corn, M.: "Risk Awareness: Approaches to Selecting Employee Risks for Reduction". Proceedings of the 12th NIH Research Safety Symposium on Managing Hazardous Materials in Biomedical Research Facilities. March 22-23, 1990, Washington, DC, NIH Publication No. 91-3200, Dept. HHS, PHS, NIH, pp. 33-37 (1991).

Corn, M.: "Exposure Assessment Challenges Presented by Investigations of Reproductive Effects in the Semiconductor Industry". In Exposure Assessment for Epidemiology and Hazard Control. Rappaport, S.M. and Smith, T.J., Eds. Lewis Publishers, New York, 1991. pp. 199-206.

Corn, M.: "Meeting Regulatory Standards for Physical and Chemical Agents". In Work, Health and Productivity. Green, G. and Baker, F., Eds. Oxford University Press, New York, 1991. pp. 45-52.

Corn, M.: "Asbestos In Buildings: Some Lessons". Health and Environment Digest, 5, 1-3 (November, 1991). (Newsletter).

## PUBLICATIONS

### Proceedings of Conferences and Symposia (cont'd)

Baker, S.P., Jones, T., Myers, A.H., Wiker, S., Smith G., Corn M. and J. Sznajder: "Prevention of Back Injuries in Municipal Workers". In Advances in Industrial Ergonomics and Safety IV. Edited by S. Kumar. Taylor & Francis, 1992. pp. 921-924.

Corn, M. and Corn, J.K.: "The United States Experience with Regulation of Health and Safety, 1970-1989". In Proceedings of the 1990 International Symposium on Health, Environment and Social Change. July 1-5, 1990. Taipei, Taiwan, ROC. Lin, R.S. and Liao, C.S., Eds. pp. 191-202. Also published in Research in Human Capital and Development, Volume 7, JAI Press Inc. pp. 225-236 (1993).

Corn, M.: "Conclusions on Occupational Health". In Proceedings of the 1990 International Symposium on Health, Environment and Social Change. July 1-5, 1990. Taipei, Taiwan, ROC. Lin, R.S. and Liao, C.S., Eds. pp. 231-234. (1993).

Corn, M.: "Current Status and Future Prospects for Prevention and Control of Air Pollution at the Workplace. Proceedings of the 8th International Conference on Occupational Lung Disease. September 14-17, 1992, Prague, Czechoslovakia, International Labor Organization, pp. 77-112 (1993).

Corn, M.: "Environmental Ecology". In Environment and Occupational Disease. University Association for Research and Education in Pathology - Bethesda, MD, 1993, pp. 71-76.

Corn, M.: "Integrating Biomarkers Into Health and Safety Programs". Proceedings of Department of Energy Workshop on Biomarkers, Santa Fe, NM, April 27-29, 1994. In Biomarkers and Occupational Health: Progress and Perspectives. J. Henry Press, Washington, DC 1995. pp. 140-147.

Corn, M.: "New Solutions to Occupational Hygiene Concerns". Proceedings of 15th Annual Conference of Australian Institute of Occupational Hygienists, Perth, Australia, December 1-4, 1996. pp. 1-21.

Abstracts - Not recorded.

Book Reviews - Numerous, but never recorded.

## PUBLICATIONS

### Reports of Sponsored Research

Silverman, L., M. Corn and F. Stein:  Respiratory Protective Equipment, Progress Report, Harvard University, USAEC Contract AT (30-1) 2355, June 1960.

Corn, M. and F. Stein:  Adhesion and Re-Entrainment of Solid Particles, AP 00191-01.  Semi-final report covering the period   June 1, 1962 through December 31, 1963.

Corn, M. and R. Quinlan:  Light Transmission and Scattering Properties of Particles, AP 00302-02.  Terminal report covering the period November 1, 1963 through December 31, 1965.

Corn, M., F. Stein and N.A. Esmen:  The Shape of Atmospheric Particles, AP 00431-01.  Progress report covering the period June 1, 1965 through March 30, 1966.

Corn, M., N. Kotsko, D. Stanton, W. Bell and A. Thomas: Pathophysiologic Response to Single and Multiple Air Pollutants  in  Humans and Animals, PH 86-67-73.  Final Report covering the period January 16, 1968 through May 31, 1970.

Corn, M., F. Stein, W. Bell, Y. Hammad and S. Mauckshaw:  Physical and Chemical Properties of Respirable Coal Mine Dust,  USBM Grant No. G 010 1742.  Final report covering the period June 1, 1970 through July 31, 1972.

Corn, M., N. Kotsko and D. Stanton:  Absorption of Pollutants in the Cat Respiratory Tract, NIEHS Grant ES AP 00501-01.  Final report covering the period March 1, 1970 through December 31, 1973.

Corn, M., D. Weyel:  Development of Tantalum Dust Delivery System for Bronchography, NCI No. 1-CB-23229.  Final Report covering the period March 1, 1971 through February 28, 1973.

Corn, M. and N.A. Esmen:  Concentrations of Airborne Fibers in Manufacturing Facilities.  Series of Sixteen Reports, Thermal Insulation Manufacturers Association, 1973-77.

Corn, M., et al:  Design of Study to Determine Effects on Health of Hazardous Waste Site, Tennessee Health Department, October 1981.

Corn, M., et al:  Critical Review of the Literature:  Selected   Topics Related to Health Hazard Associated with Inhalation of Dust Containing Free Silica with Comment Applicable to MSHA Quartz in Respirable Dust Program.  Final Report to American Mining Congress and Bituminous Coal Operator's Association, June 30, 1983

Reports of Sponsored Research (cont'd)

Corn, M. and Breysse, P.N.: Review of Working List of Issues to be Addressed in a Finding of Completeness. Final Report Presented to Maryland State Hazardous Waste Siting Board, Annapolis, MD, September, 1983.

Corn, M. and Burgoa, Carlos Santos: Critical Review of the Literature: Selected Topics Related to Coal Workers Pneumoconiosis and Free Silica Content of Coal Mine Dust. Final Report to the American Mining Congress. January 24, 1985.

Corn, M.: Asbestos Control Management Document. U.S. Library of Congress. Washington, D.C., August 1985.

Corn, M., Zeger, S., Hall, T.A., and Lau, C.C.: Final Report. Factors Affecting Free Silica Content of Mine Dust. Submitted to American Mining Congress. September, 1987.

Corn, M., Lees, P.S.J. and Breysse, P.N.: Final Report. Characterization of End-User Exposure to Residential Insulation Products. Submitted to Medical and Scientific Committee, Thermal Insulation Manufacturers' Association Stamford, CT. February 10, 1992.

Corn, M., Lees, P.S.J. and Breysse, P.N.: Final Report. Characterization of End-User Exposures to Industrial (RCF) Insulation Products. Submitted to Medical and Scientific Committee, Thermal Insulation Manufacturers' Association. Stamford, CT. March 27, 1992.

Corn, M. and Cohen, R.: Final Report. The Johns Hopkins University Retrospective and Prospective Studies of Reproductive Health Among IBM Employees in Semiconductor Manufacturing. Submitted to International Business Machines Corporation. May, 1993.

Other

Corn, M. (Interview): Noise is a Prime Target at OSHA, Occ. Hlth. and Safety  pp. 12-18, July/August 1976.

Report to the Secretary of Labor on Status of OSHA as of January 20, 1977 (submitted upon resignation as Assistant Secretary of Labor for Occupational Safety and Health) published in BNA Reporter, January 1977.

Corn, M. (Interview): "Dr. Morton Corn on OSHA", Chem. Time & Trends, p. 11, 1977.

Corn, M.: Report of the Health Effects Research Review Group. U.S. Environmental Protection Agency, Science Advisory Board, 1979.

Corn, M. (Book Review): Regulating Sweden, Regulating America. The New Leader, July 27, 1981.

Corn, M. (Book Review): Who's Poisoning America, Nader, R., et al. In  Chemical and Engineering News, N.Y., May 3, 1982. Sierra Club Books, San Francisco, CA, 1982.

# CURRICULUM VITAE

*Morton Corn*

Part II

## TEACHING

### Advisees

Advised more than 250 M.S. students; 22 Doctoral graduates; and several
Postdoctoral Trainees.

### Departmental Oral Participant - Not recorded.

### Preliminary Oral Participant - Not recorded.

### Final Oral Participant - Not recorded.

## CLASSROOM INSTRUCTION

### Primary Instructor

### University of Pittsburgh

Introduction to Occupational Health
Industrial Hygiene
Aerosol Technology
Industrial Ventilation
Air Resources Management
Air Pollution Laboratory
Air Pollution Field Studies
Introduction to Biomedical Engineering (introduced as a first offering in
this field in the School of Engineering, University of Pittsburgh).

### The Johns Hopkins University School of Hygiene and Public Health

Principles of Occupational Safety
Management of Occupational Safety and Health Programs
Environmental Risks and their Control
Seminar in Environmental Health Engineering
Environmental Health (Associate Course Director 1985-89; Director 1990-1995)
Principles of Industrial Hygiene

### Lectures in Other Courses - Extensive, but not recorded

## CLASSROOM INSTRUCTION

### Continuing Education

### Course Director or Co-Director

Industrial Hygiene Engineering (5 days, February 1981)
Management of Occupational Safety and Health Programs (3 days, February 1982;
    3 days, April 1984)
Fundamentals of Industrial Hygiene (3 days, April 1982)
Fundamentals of Industrial Hygiene (3 days, October 1982)
Fundamentals of Industrial Hygiene (3 days, March 1983) Asbestos (1 day, April 1984)
Introduction to Industrial Hygiene (1 day, November 1984)
Asbestos in Non-Occupational Environments (1 1/2 days, April 1985; March 1986)
Hazardous Wastes (3 days, July 1985)
Industrial Hygiene for Safety Professionals (3 days, October, 1988; 3 days,
    October, 1989)
Introduction to Risk Analysis and Risk Management, 1989
Risk Assessment: Principles and Case Studies, (This is also an academic credit
    course). Offered 1990-1994.

### Participant

Preventive Medicine, April, 1981
Toxicology, April, 1981; May, 1982; April, 1996
Prevention and Surveillance in Industry, 1981-83
Preventive Medicine, April, 1982; April, 1983
Toxicology Update; April, 1987; April, 1988; April, 1989
Biohazards; July, 1987; July, 1988; July, 1989, 1990; February and August, 1991;
    July, 1992-99
Environmental Auditing; 1995

## RESEARCH GRANT PARTICIPATION - Numerous, never recorded.

## ACADEMIC SERVICE

### School Committees
Department of Environmental Health Sciences,
University of Pittsburgh Graduate School of Public Health. Served on the following:

    Member, Executive Committee
    Member, Safety Committee
    Member, Appointments and Promotions Committee
    Member, Faculty Benefits and Welfare Committee

## ACADEMIC SERVICE

### School Committees (cont'd)

#### Johns Hopkins School of Hygiene and Public Health

Member, Curriculum Committee, 1981, 1982
Chairman, Review and Search Committees for Chairman, Department of Health
    Services Administration, 1981-82
Member, Ad Hoc Committee on Appointments and Promotions, 1982
Member, Committee on Appointments and Promotions, 1982-87
Member, Chemical Toxicology Safety Committee, 1984-90
President elect, Faculty Senate, 1988-89; President, 1989-90; Past President, 1990-91
Member, Committee of the Whole, 1988-91
Member, Advisory Board, 1988-91
Member, Search Committee for Dean, 1989-90
Chair, Long Range Strategic Planning, Subcommittee on Professional Practice, 1992
Member, MPH Academic Committee, 1993-94; 1994-95, 1995-96

### University Committees

Advisory Committee, Materials Research Center, Johns Hopkins University, 1981-85
Member, Advisory Committee, Johns Hopkins University Energy Research Institute,
    1982-85
Chairman, Johns Hopkins University Safety Advisory Committee, 1985-90
Member, Committee of the Whole, 1988-91
Member, Advisory Board, 1988-91
Member, Search Committee for President, 1989

## PRESENTATIONS

### Scientific Meetings

Never recorded - numbers in excess of 100

### Invited Presentations/Seminars

Never recorded in total - numbers in excess of 100

Updated June 2006

**Morton Corn**
**Expert Witness Testimony Report**
**2006 – 2002**

| Date | Case | Court/Jurisdiction | Type Testimony |
|------|------|--------------------|----------------|
| 11/29/06 | E I DuPont de Nemours and Co. vs. Travelers Casualty and Surety Company F/K/A Aetna Casualty | In the District Court of Jefferson County, Texas | Deposition |
| 11/8/06 | Susanne Marie Leilani Delisle vs. Aqua-Chem, Inc., D/B/A Cleaver Brooks Division, et al | In the Superior Court of the State of California County of Los Angeles | Deposition |
| 10/31/06 | Bruce A. Glass, et al., Plaintiffs Vs. 3M Company, et al., Defendants | In the Court of Common Pleas Auglaize County, Ohio | Deposition |
| 10/23/06 | Jerry LaGrone vs. AADG, Inc. | In the Superior Court of the State of Delaware in the for New Castle County | Deposition |
| 10/19/06 | Holbrook vs. Saberhagen | King County, WA Superior Court Cause No. 05-2-0695-20SEA | Testimony |
| 9/20/06 | Philip Roskelley vs. The Dow Chemical Co. | Superior Court of California of the State of California County of Contra Costa | Deposition |
| 9/4/06 | George Mountney vs. 84 Lumber Company | In the Circuit Court for Baltimore City Global Case No. 24Z87048500 | Deposition |
| 7/11/06 | Carol Sutterfield vs. Cooper Cameron Corp. | In the 11th Judicial District Court of Harris County, Texas | Deposition |
| 6/30/06

9/21 & 28/06 | Rebekah Price vs. DaimlerChrysler | In the Superior Court of the State of California in and for the County of San Francisco | Deposition

Testimony |
| 5/30/06 | Tony R. Henderson and Sheila G. Henderson, Plaintiffs vs. CSX Transportation, Inc. | In the State Court of Fulton County State of Georgia | Deposition |
| 4/06/06 | Eugene Bressan vs. American Standard, Inc. et al. | In The Superior Court, State of Delaware in and for New Castle County CA No. 05C-07-178 | Deposition |
| 4/06/06 | Lyle Woolston, et al. vs. ADCO Corp. et al. | In The Superior Court, State of Delaware in and for New Castle County CA No. 05C-06-176 ASB | Deposition |
| 4/06/06 | Sammi Abou-Antoun et al. vs. Bondex International et al. | In The Superior Court, State of Delaware in and for New Castle County CA No. 05C-05-246 ASB | Deposition |
| 3/10/06 | Caroline Hicks Administrator of the Estate of Angelina Sepulveda vs. American Asbestos Company, et al. | In the Superior Court of the State of California in and for the County of San Francisco | Deposition |
| 3/15/06 | Gary Randolph vs. CSX Corporation | Civil Action: 2004CV90774 Georgia | Deposition |
| 3/07/06 | Robert Lullich vs. Rapid American Corporation | In the Circuit Court of Cook County, Illinois, County Department, Law Division, No. 05L 4323 | Deposition |
| 2/23-24/06 | Sandra Sue Fullen, et al. vs. Philips Electronics North America, et al. | Fairmont, West Virginia | Deposition |
| 1/28/06 | J.E. Long and his wife vs. E.I. Dupont de Nemours and Co. et al | In the Circuit Court of Kanawha County, West Virginia Civil Action No. 03-C-9600 | Deposition |
| 12/31/05 | Jacqueline L. Froman, as Personal Representative of the estate of Drew Alan Froman Plaintiff, vs. Ashland, Inc., Defendant | State of Indiana County of Lake In the Lake Superior Court Room Number Five Sitting at Hammond, Indiana Cause No. 45D05-0112-CT-138 | Deposition |

| Date | Case | Court/Jurisdiction | Type Testimony |
|---|---|---|---|
| 7/08/05 | Galassi vs. ABB Lummus Global, Inc. (Warren Pump Co. Company) | Superior Court Of The State Of California County Of San Francisco | Deposition |
| 6/15/05 | Mildred Jones vs. Carrier Corp. | In the District Court of Harris County, Texas, 11th Judicial District Cause No. A171428 | Deposition |
| 5/26/05<br><br>8/19/05 | Ernest A. Lantz and Malle O. Lantz vs. Asbestos Corp., et al. | Superior Court of the State of California City and County of San Francisco-Unlimited Civil Jurisdiction | Deposition<br><br>Testimony |
| 5/17/05 | Harry and Janet Simkins vs. Alfa Laval, Inc. | In the County Court at Law No. 2 Dallas County, Texas | Deposition |
| 5/12/05 | Lawrence L. Berry et al. vs. Quigley Company, Inc., et al. | In the District Court of Dallas County, Texas, 14th Judicial District | Deposition |
| 4/28-29/05<br>4/07/06 | James F. Ham, et al. vs. Quigley Company, et al. | In the 152nd Judicial District Court of Harris County, Texas | Deposition<br>Testimony |
| 4/13/05<br><br><br>8/1/05 | Dale A. Hooper vs. Bridgestone/Firestone, Inc., as SII to Firestone Tire & Rubber Company, et al. | Superior Court of the State of California County of Alameda Court of Unlimited Jurisdiction | Deposition<br><br><br>Testimony |
| 4/11/05 | Richard Ferrante vs. DaimlerChrysler Corporation et al. | In the Superior Court of Fulton County State of Georgia | Deposition |
| 4/08/05 | Morris and June Bailey vs. Atlas Turner, et al. | Case No. 429838 In the Superior Court of the State of California, County of San Francisco | Deposition |
| 3/25/05 | M. Johnson, et al. vs Daimler Chrysler Corp. et al. | Circuit Court of Jackson County, Missouri at Independence Case No. 04-CV-219314 | Deposition |
| 3/16/05<br>12/17/04 | Kwasnik (Arlene Pearson vs. Aqua-Chem, Inc.) | Cause No. 2001-297, In the 327th Judicial District Court of El Paso County, Texas | Testimony<br>Deposition |
| 3/04/05 | Charles A. Winkler and Arlene Winkler vs. AC and S, Inc. | In the Circuit Court for Baltimore City, CT-1 Trades Case. Case No. 24-X-02-001293 | Deposition |
| 2/21/05 | Mary Ann Leech, Individually and as Personal Representative of the Heirs and Estate of Robert Leech, Deceased, Plaintiffs vs. #M Company, et al | In the Court of Common Pleas Cuyahoga County, Ohio | Deposition |
| 2/8/05 | Ruby J. Parker and Anthony J. Parker vs. Quigley Company, Inc. | In the 405th District Court of Galveston County, Texas | Deposition (AK Steel) |
| 2/02/05 | Paul Carter and Pamela Carter vs. Raybestos-Manhattan | Superior Court of California, County of San Francisco No. 320911 | Deposition |
| 1/26/05 | McPhee vs. Allis-Chalmers, et. al. | Cause No. 04-2-03741-7SEA Superior Court, state of Washington, County of King | Deposition |
| 11/5/04 | John L. McClatchy and Phil Balfour, et al. vs. AC and S, Inc., et al | In the District Court of Smith County; 241st Judicial District Cause No. 020467C | Deposition |
| 9/1/04 | Linda Jensen vs. Asbestos Defendants (BHC) | SFSC No. 409335 in Superior Court of California, County of San Francisco | Deposition |
| 6/18/04 | Gercie Brooks, Individually and as Personal Representative of the Heirs and Estate of John B. Brooks, Jr., Deceased vs. Armco, Inc., et al. | In the 6th Judicial District Court of Lamar County, Texas | Testimony |
| 5/11/04 | Robert Glenn Delauter vs. A.W. Chesterton Company, et al. | In the Circuit Court for Baltimore County | Deposition |
| 4/01/04 | Phillip Donakowski, et al. vs. Able Supply Company, et al. | District Court of Tarrant County, Texas 153rd Judicial District | Deposition |

| Date | Case | Court/Jurisdiction | Type Testimony |
|------|------|-------------------|----------------|
| 2/27/04 | R. Lechner vs. Ford Motor Company and Daimler Chrysler Company | In the Supreme Court State of New York County of Nassau | Deposition |
| 12/1/03 | Glenda Allphin, Individually and as Personal Representative of the Heirs and Estate of James Allphin, Deceased vs. Acand S, Inc., et al.; Cause No. 15507*BH01 | In the 23rd Judicial District Court; Brazoria County, Texas | Deposition |
| 11/12/03 | James L. Dunford vs. Honeywell Corp, et al. Case No. CL-25113 | Circuit Court for Loudon County, VA | Deposition |
| 9/05/03<br>9/10/03 | Janet & Jack D. Phillips, Jr. vs. Able Supply Co., et al. | In the District Court of Lamar County, Texas, 6th Judicial District | Deposition<br><br>Testimony |
| 8/20/03 | John E. Shelton and Shearon Shelton vs. Pittsburgh Corning Corp, et al. | In the District Court, Dallas County, Texas Cause No. 01-11632-B | Deposition |
| 7/24/03 | Kathleen O'Reilly as Executux for the Estate of Michael O'Reilly and Kathleen O'Reilly, Individually against Robert A. Keasby and Quigley Co., Inc, Pfizer Co. | New York, N.Y. | Testimony |
| 7/02/03 | D. Brainard et al. vs. Borg-Warner Corp. | Superior Court of California County of Los Angeles Case No. BC 259126 | Deposition |
| 6/30/03 | Kathleen O'Reilly vs. Courter & Co. | Supreme Court of New York County of New York Index No. 103255/2 | Deposition |
| 6/05/03 | Minor Walter Pannell, et al., Plaintiff vs. AMCOL | At Law No. 2, Smith County, Texas | Deposition |
| 6/03/03 | Leo S. Appel, et al., Plaintiffs vs. Beazer East, Inc., | In the Circuit Court of Kanawha County, West Virginia | Deposition |
| 5/19/03 | Lee Brackett vs. Boudex International, et al | Cause no. B020089-C   In the 163rd Judicial Court of Orange County, Texas | Deposition |
| 2/03/03 | Mandell Roy, et al. vs. Able Supply Co. | District Court of Montgomery County, Texas 9th Judicial District | Deposition |
| 1/10/03 | Judy May Arndt as Personal Rep. Of the Estate of Chris Robert Hilsenbeck vs Allied Signal, et al | Case No. 00-2-2974415EA Superior Court, State of Washington, County of King | Deposition |
| 1/8/03 | Andrew A. Patrick, M.D. et al vs. Board of Supervisors of LSO I | Civil Court, Parish of Orleans, LA Case 93-10037 | Deposition |
| 11/22/02 | Consolidated Asbestos Cases | Circuit of Newport News Law No. CL99-2000-00 | Testimony |

| Date | Case | Court/Jurisdiction | Type Testimony |
|------|------|--------------------|----------------|
| 11/14/02 | Matthew Scott & Judith Scott vs. AC and S, Inc., et al No. 2001-032665 | Superior Court of California County of Alameda | Deposition |
| 10/30/02 & 11/09/02 | E. Flowers & T.C. Flowers vs. AC and S, Inc., et al. | Civil Action 01-vs-014834D State Court, Fulton County, GA | Deposition |
| 10/9/02  11/12-13/02 | A. Laico and C. Laico vs. Chevron Chemical Co., et al | Superior Court of California Santa Clara County | Deposition  Testimony |
| 10/3/02 | James Lansford and Leta Lansford vs. Able Supply Co., et al. | Cause No. 26658 in the Judicial Court of Shelby County, Texas | Deposition |
| 9/23/02 | West Virginia Consolidated Asbestos Litigation. Civil Action No. 02-C-9004 | Circuit Court of Kanaha County, West Virginia | Deposition |
| 9/12/2002 | Stewart vs. HNA Holdings, Inc. Formerly Hoechst Celanese, Inc. | State of North Carolina County of Rowan/in the General Court of Justice Superior Court Division 98-CVS-224 | Deposition |
| 6/26/02 | Kelvin Manbodh vs. HOVIC, et al. | In the Territorial Court of the Virgin Islands Division of St. Croix | Deposition |
| 6/21/02 | Barnes et al vs. Givaudian Fragrance Corp., et al | Superior Court of N.J. Passaic County | Deposition |
| 5/29/02 | C.J.Thurston | Norfolk, Va. | Deposition |
| 1/29/02  2/26/02 | DuPont | Asbestos Personal Injury Litigation, No. 01-C-9002 Circuit Court of Kanawha County, West Virginia | Deposition  Testimony |