# EXHIBIT B

# *Materials Provided to L. Klar*

| Description | Author | Date |
|---|---|---|
| "The Privest Case and Canadian Asbestos Regulations" by Don Pinchin, Pinchin Environmental Consultants Ltd News | Pinchin, Don | 00/00/0000 |
| General Instructions For Completing Proof Of Claim Forms For The Bar Date | | 00/00/0000 |
| Index re Total Remaining Canadian Traditional PD Claims | | 00/00/0000 |
| "New Developments in Asbestos Property Damage Cost Recovery for Canadian Property Owners" | | 00/00/0000 |
| "Landmark B.C. asbestos liability decision could influence claims around the world" Thompson's 16 Oct. 1995, pg. 4 | | 10/16/1995 |
| "Asbestos in Buildings and 'Environmental Terrorism'" Mealey's Emerging Toxic Torts Vol. 8 No. 3 10 Nov. 1995 | Hayley, Rodney | 11/10/1995 |
| "Asbestos Liability: Privest Properties v. Foundation Company" Canadian Insurance Law Review Vol. 6 No. 2 May 1996, pg. 173-189 | Miller, Gregory | 05/00/1996 |
| Privest Properties Ltd. v. Foundation Co. of Canada 37 C.P.C. (4th) 126, [1999] B.C.J. No. 2234 | | 10/07/1999 |
| W.R. Grace & Company's Informational Brief | | 04/02/2001 |
| Claim File re Claim Number: 00012386 | | 03/31/2003 |
| Claim File re Claim Number: 00012395 | | 03/31/2003 |
| Claim File re Claim Number: 00011322 | | 03/31/2003 |
| Claim File re Claim Number: 00012337 | | 03/31/2003 |
| Claim File re Claim Number: 00012375 | | 03/31/2003 |
| Debtors' Brief In Support of Entry of Case Management Orders for Asbestos Property Damage Claims w/Exhibits | | 07/13/2005 |
| Debtors' Fifteenth Omnibus Objection (Substantive) To Asbestos Property Damage Claims | | 09/01/2005 |
| Debtors' Thirteenth Omnibus Objection to 2,937 Unauthorized Claims Filed By The Law Firm Speights & Runyan (Substantive) | | 09/01/2005 |
| Response To Debtors' Thirteenth Omnibus Objection to 2,937 Unauthorized Claims Filed By The Law Firm Speights & Runyan (Substantive) | | 10/07/2005 |
| Response To Debtors' Fifteenth Omnibus Objection (Substantive) To Asbestos Property Damage Claims (Claim No.:11322) | | 10/22/2005 |
| Response To Debtors' Fifteenth Omnibus Objection (Substantive) To Asbestos Property Damage Claims (Claim No.:12395) | | 10/26/2005 |