# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 13406 |

## NOTICE OF SERVICE

I, Christopher D. Loizides, hereby certify that on January 16, 2007, copies of the **EXPERT REPORT OF WILLIAM M. EWING, CIH (for 100 Pine Street, San Francisco, CA dated January 12, 2007)** attached hereto (including photographs attached as Exhibit "A" thereto) were served upon the parties identified in the attached service list in the manner indicated thereon.

DATED: January 16, 2007

Christopher D. Loizides (No. 3968)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:        loizides@loizides.com

*Counsel to California Claimants represented by Speights & Runyan and the Brandi Law Firm*