# REPORT OF 100 PINE STREET BUILDING
# SAN FRANCISCO, CALIFORNIA

## By

## William M. Ewing, CIH

### January 12, 2007

William M. Ewing, CIH is the Technical Director for Compass Environmental, Inc., located in Kennesaw, Georgia located at 1751 McCollum Parkway, NW, Kennesaw, GA 30144-5908. He is certified in the comprehensive practice of industrial hygiene by the American Board of Industrial Hygiene (CP 2627). He completed his core examination in 1980 and his comprehensive practice in 1983. Industrial Hygiene is the science devoted to the identification, evaluation and control of occupational and environmental health hazards. He earned the sub-specialty of Indoor Environmental Quality in 1993. He was awarded Fellow Member status in 1995 by the American Industrial Hygiene Association (AIHA). He is a member and past chair of the AIHA Indoor Environmental Quality Committee and the AIHA Practices, Standards and Guidelines Committee. He belongs to the American Society of Testing and Materials (ASTM) and is a member of Committee D 22 which focuses on sampling and analytical techniques for environmental contaminants. He is a voting member of Subcommittee D 22.07 on asbestos which has as its charge methods for sampling and analysis of asbestos in air, dust, and other matrices.

Mr. Ewing has 28 years experience in the field of industrial hygiene. Approximately half of his work has concerned protecting workers from asbestos exposure. He was formerly the director of the U.S. Environmental Protection Agency (EPA) sponsored Asbestos Information Center, housed at the Georgia Tech Research Institute. He co-authored the EPA model training programs for the accreditation of persons who inspect buildings for asbestos, develop asbestos management plans, and supervise asbestos abatement projects. He has served on peer review panels for the National Institute for Occupational Safety and Health (NIOSH), the National Institute of Building Sciences (NIBS), the EPA, Army, and Navy. He has published over a dozen articles on the subject of asbestos, including two specific to asbestos in surface dust.

Mr. Ewing has personally inspected over 2000 buildings for asbestos. In most of these buildings he has assessed the condition of the asbestos-containing materials (ACM). The types of buildings have included industrial facilities, commercial buildings, institutional buildings, and residential buildings. His project sponsors have included private industry, state government agencies, federal government agencies, insurance companies and law firms. For the past 10 years he has been a consultant to the U.S. Public Health Service Federal Occupational Health (PHS/FOH) program for the southeast United States. Compass Environmental, Inc. charges $185 per hour for his time. A CV is attached as Appendix A detailing his qualifications, experience, and publications. A listing of his deposition and trial testimony for the previous four years is also included.

At the request of Mr. Alan Runyan of Speights and Runyan I inspected the 100 Pine Street building in San Francisco, CA. The building is a high-rise office building with multiple tenants. The inspection occurred on January 6-7, 1998. Mr. Tod A. Dawson accompanied me during the inspection. On January 6th, Mr. Malcomb P.Bury, Chief Engineer for the building accompanied us through the building. On January 7th Mr. Ernie Horciza was our escort. Counsel for W.R. Grace & Co. and their technical experts were also present for the building inspection.

Previous bulk sampling of the spray-applied fireproofing identified the material as asbestos-containing. Constituent analysis conducted under the direction of James R. Millette, Ph.D. determined the fireproofing to be Mono-Kote (MK-3) brand manufactured by W.R. Grace and Co.[1] The fireproofing was spray-applied to columns, beams, and the corrugated metal deck. Overspray was observed on air supply ducts, hanger wires, and air induction units. Much of the fireproofing had been abated, and some abatement work was in progress during the inspection. The building management was removing the fireproofing in conjunction with planned renovation activities. The original MK-3 fireproofing also remained in the elevator shafts and air shafts of the building.

The fireproofing was assessed according to the U.S. Environmental Protection Agency (USEPA) Asbestos Hazard Emergency Response Act (AHERA) assessment methodology as damaged friable surfacing asbestos-containing building material (ACBM). The types of damage noted were physical damage likely due to contact by maintenance or service personnel, delamination of the fireproofing from the substrate (photograph 6 21:36), and damage probably due to vibration in the elevator shafts. Loose fireproofing debris was observed on ceiling tiles, base of the elevator shafts, base of the air shafts, and inside the air induction units (ventilation units).

The asbestos-containing fireproofing in this building is subject to the USEPA National Emission Standard for Hazardous Air Pollutants (NESHAP) for asbestos.[2] These regulations in San Francisco are enforced by the Bay Area Air Quality Control District (BAAQCD). The regulations require the friable asbestos-containing fireproofing be removed from the building prior to renovation or demolition activities that disturb the material. Due to the asbestos-containing fireproofing, the building owner, manager, and tenants are subject to the Occupational Safety and Health Administration (OSHA) asbestos regulations.[3] These regulations are designed to reduce exposures in the workplace from the asbestos-containing material. The regulations require certain work practices be followed; protective equipment be provided when appropriate; notification and training of affected parties; labeling of asbestos-containing materials, areas with

---

[1] MVA, Inc. Report 100 Pine Street Building, Report No. MVA0257, 5500 Oakbrook Parkway, Suite 200, Norcross, GA 30093, April 24, 1992.
[2] USEPA, National Emission Standard for Hazardous Air Pollutants (NESHAP), Asbestos, 40 CFR Part 63, Subpart M.
[3] Note: In California these regulations are enforced by CalOSHA.

2

asbestos, and asbestos waste; and other provisions. The building is also covered by California Proposition 65 regarding carcinogen warning.

Building owners have an obligation to eliminate or minimize exposure to asbestos in their facilities. Building owners can do this through implementation of an asbestos management program. An asbestos management program is a collection of procedures and special work practices designed to minimize asbestos exposures while the asbestos-containing material (ACM) remains in the building. The asbestos materials are typically removed during planned renovation activities or at building demolition. The 100 Pine Street building was under such a program at the time of the inspection, and conducting a phased removal program.

I have participated in several studies designed to evaluated exposures during various maintenance and remodeling activities in buildings. One study was designed to evaluate exposures during the installation of cables above suspended ceilings in buildings with Mono-Kote asbestos-containing fireproofing. The study was repeated to see if the results were reproducible.[4] In the first study the activity resulted in an increase in the airborne concentration 590 times the concentration before the activity (p=<0.0001). In the replicate study the increase was 520 times (p=<0.0001).

During 1980-1981 I participated in a study of 11 office buildings with friable spray-applied structural fireproofing to characterize exposures during renovation activities.[5] A total of 184 personal air samples were collected on carpenters, electricians, sheet-metal workers, and painters. The geometric mean exposures for these four job classifications were 0.13 f/cm$^3$, 0.13 f/cm$^3$, 0.19 f/cm$^3$, and 0.08 f/cm$^3$. The results found that 87.5 % of the samples were above 0.1 f/cm$^3$, and 6 % were above 2.0 f/cm$^3$. Removal of the fireproofing was not part of these renovation activities. This study demonstrated the episodic nature of exposures generated as a result of specific activities.

A series of eight studies were published in one article by Keyes, et al. in November 1994.[6] This article looked at exposures during various custodial and maintenance activities in buildings with asbestos-containing surface treatments (acoustical plaster or fireproofing). This article confirmed again that direct disturbance of in-place friable ACM or the dust/debris from those materials can result in a significant increase in asbestos exposure.

---

[4] Keyes, D.L., et al., "Exposure to Airborne Asbestos Associated with Simulated Cable Installation Above a Suspended Ceiling," *American Industrial Hygiene Association Journal*, Vol. 52, No. 11, 1991, pp. 479-484.

[5] Paik, N.W., et al., "Worker Exposure to Asbestos During Removal of Sprayed Material and Renovation Activity in Buildings Containing Sprayed Material," *American Industrial Hygiene Association Journal*, Vol. 44, No. 6, 1983, pp.428-432.

[6] Keyes, D.L., et al., "Baseline Studies of Asbestos Exposures During Operations and maintenance Activities," *Applied Occupational and Environmental Hygiene*, Vol. 9, No. 11, November 1994, pp.853-860.

It is my opinion the Mono-Kote fireproofing in the 100 Pine Street building in San Francisco released asbestos-containing dust and debris onto surfaces throughout the building. This fiber release, and the potential for resuspension of the asbestos dust from surfaces, is a source of exposure that must be controlled or eliminated. The in-place fireproofing itself is a source of exposure when directly disturbed. It was necessary and appropriate that an asbestos management program and an asbestos removal program be implemented to reduce exposures to asbestos from this fireproofing.

I hold the opinions expressed herein to a reasonable degree of scientific certainty. I also intend to rely upon my report, "Application and Use of Dust Sampling for Asbestos," dated December 7, 2005, previously submitted. I intend to illustrate my testimony using photographs taken in the 100 Pine Street building in January 1998.

This report prepared by: _William M. Ewing_

4

**WILLIAM M. EWING, CIH**
**Compass Environmental, Inc.**
**1751 McCollum Parkway**
**Kennesaw, Georgia 30144**

*Education*

| | |
|---|---|
| B.S., Biology, Washington and Lee University | 1978 |
| Courses in Management, Statistics, Technology and Science Policy (University of Michigan, Georgia State, Georgia Tech) | 1978-1988 |
| Short courses in industrial hygiene, toxicology, indoor air quality environmental site assessments, asbestos evaluation and control | 1978-Present |

*Employment History*

| | |
|---|---|
| Compass Environmental, Inc.<br>    Technical Director | 1993-Present |
| Diagnostic Engineering Inc.<br>    Regional Technical Director | 1990-1993 |
| The Environmental Management Group, Inc.<br>    Executive Vice President | 1987-1990 |
| Georgia Tech Research Institute<br>    Research Associate II | 1981-1987 |
| Clayton Environmental Consultants, Inc.<br>    Industrial Hygienist | 1978-1981 |

*Experience Summary*

Mr. Ewing is the Technical Director for Compass Environmental, Inc. In this capacity he serves as project manager for industrial hygiene and indoor air quality studies and   assessments.   His technical responsibilities include project design, execution and report development for private and government project sponsors. He is also responsible for research studies, preparation of papers and publications, and quality assurance. He was the Executive Vice President of The Environmental Management Group, Inc. (TEMG) prior to its acquisition by Diagnostic Engineering Inc. (DEI), where he served as Regional Technical Director. While at the Georgia Tech Research Institute (GTRI) he started the industrial hygiene laboratory, instituted the hazardous waste program for small business in Georgia, and served as an industrial hygienist under the 7(c)(1) program, sponsored by the Occupational Safety and Health Administration (OSHA). As Director of the Asbestos Programs Group, he conducted training, technical assistance, and research on asbestos in buildings, under the sponsorship of the U.S. Environmental Protection Agency (USEPA).

During the past 25 years Mr. Ewing has conducted numerous industrial hygiene, asbestos management, and indoor air quality studies. In the field of industrial hygiene he has conducted over 300 field investigations including textile mills, foundries, steel mills, health care facilities, chemical plants, and manufacturing operations. Among the indoor air quality projects, his experience includes office settings, hospitals, and studies involving off-gassing of volatile compounds from products. He has served as a consultant to the Centers for Disease Control (CDC) on airborne microbial contamination, and is currently an industrial hygiene consultant to the U.S. Public Health Service. He is currently a consultant to the Georgia Building Authority where he conducts IAQ investigations and authored the State of Georgia IAQ manual.  Since 1980, he has conducted environmental assessments for property owners, developers, mortgage bankers, and insurance companies. In the field of asbestos management and control, he has conducted surveys of over 1500 facilities, including commercial office buildings, schools, hospitals, ships, industrial plants, and government facilities.

William M. Ewing, CIH
Page 2

During the past 20 years, Mr. Ewing has frequently directed or lectured in training courses sponsored by universities, government agencies, and private interests. Topics have included respiratory protection, asbestos identification, evaluation, management, and control, advanced microscopy, polychlorinated biphenyls (PCBs), heavy metals, air pollution, industrial hygiene, and indoor air quality. He has directed over 50 courses and lectured in over 200 others throughout the continental United States, Alaska, Canada, and Europe.

Mr. Ewing participated in the site assessment of the aircraft carrier *USS Lexington* and development of its environmental management plan prior to its opening as a naval history museum. Much of this work involved PCBs, lead-based paint and asbestos identification and management. Mr. Ewing was responsible for preparing the Safety, Health and Emergency Response Plan (SHERP) and Contractor's Chemical Quality Control Program (CCQCP) for the fire site clean-up at Ft. Huachuca, Arizona. He has also conducted several studies related to flood or fire remediation in commercial and industrial facilities. Since 1988, he has participated in a series of studies designed to evaluate episodic exposures resulting from maintenance and custodial activities in buildings containing asbestos.

*Certifications*

| | |
|---|---|
| American Board of Industrial Hygiene (ABIH)<br>    Certified Industrial Hygienist, Comprehensive Practice<br>    (Certificate No. 2627, Recertified 1990, 1995, 2002) | 1983 |
| Indoor Environmental Quality Sub-specialty Exam | 1993 |
| Inspector, pursuant to USEPA Asbestos Hazard Emergency<br>    Response Act (AHERA) regulations (40 CFR 763, Subpart E,<br>    Appendix C), Certificate No. 092, Georgia Institute of Technology;<br>    Current Certificate No. 3756-A, The Environmental Institute | 1987-Present |
| Management Planner, pursuant to USEPA AHERA regulations,<br>    Certificate No. 083, Georgia Institute of Technology; Current<br>    Certificate No. 3756-A, The Environmental Institute | 1987-Present |
| Project Designer, pursuant to USEPA AHERA regulations,<br>    Certificate No. 1438, The Environmental Institute; Current<br>    Certificate No. 1278-A, The Environmental Institute | 1989-Present |
| Project Supervisor, pursuant to USEPA AHERA regulations,<br>    Certificate No. 3400, Georgia Institute of Technology;<br>    Current Certificate No. 3891-A, The Environmental Institute | 1987-Present |
| State of Florida, Department of Professional Regulation, Licensed<br>    Industrial Hygienist/Asbestos Consultant (No. IA 0000003) | 1989-Present |

*Awards and Honors*

| | |
|---|---|
| Georgia Tech Research Institute Award for Outstanding<br>    Performance in Program Development | 1983 |
| Commissioned Lieutenant Colonel, Aide de Camp, Governor's Staff<br>    by Governor Joe Frank Harris (State of Georgia) | 1985 |
| National Asbestos Council, President's Award Recipient | 1987 |
| National Asbestos Council, Outstanding Achievement Award | 1988 |
| Environmental Information Association, President's Award | 1993 |
| Elected Fellow Member Status, American Industrial Hygiene Association | 1995 |
| Practices Standards and Guidelines Committee Award, American Industrial Hygiene Association | 2005 |

William M. Ewing, CIH
Page 3

*Memberships*

| | |
|---|---|
| American Industrial Hygiene Association (AIHA) | 1978-Present |
| American Industrial Hygiene Association, Georgia Local Section | 1979-Present |
| American Academy of Industrial Hygiene (AAIH) | 1980-Present |
| American Conference of Governmental Industrial Hygienists(ACGIH) | 1992-Present |
| American Society for Testing and Materials (ASTM) | 1992-Present |
| Environmental Information Association (EIA) | 1992-Present |
| International Society for Indoor Air Quality | 1993-Present |
| National Asbestos Council (NAC) | 1982-1992 |
| National Institute for Building Sciences (NIBS) | 1988-Present |
| New York Academy of Sciences (NYAS) | 1987-Present |

*Offices Held*

| | |
|---|---|
| Environmental Information Association Georgia Chapter | |
| President | 1997-1998 |
| American Industrial Hygiene Association | 1985-1986 |
| Secretary, Georgia Local Section | |
| Environmental Information Association | 1992-1993 |
| Treasurer | |
| National Asbestos Council | |
| Board of Directors | 1984-1986, 1988-1991 |
| Secretary | 1982-1983 |
| Treasurer | 1986-1987 |

*Committees*

| | |
|---|---|
| American Industrial Hygiene Association | |
| Air Pollution Committee | 1983-1984 |
| Asbestos Task Force | 1985 |
| Indoor Environmental Quality Committee | 1984-1986 |
| Chair | 1985-1986 |
| Member/Corresponding member | 1992-Present |
| Chair, Regulatory Affairs Subcommittee | 1995-1998 |
| Policy, Standards & Guidelines Committee | 1998-2005 |
| Secretary, Vice Chair | 2002-2003 |
| Chair, Past Chair | 2004-2005 |
| *AIHA Journal* Peer Reviewer (as requested) | |
| International Council for Building Research Studies and Documentation | |
| Task Group for Dissemination of Indoor Air Sciences | 1998-Present |
| National Asbestos Council | |
| Sampling and Analytical Committee | 1984-1986 |
| Professional Registration Committee | 1988-1990 |
| Publications Committee | 1983-1990 |
| Conference Committee, Chair of Professional Development Courses | 1989-1990 |
| San Antonio and Phoenix Conferences | |
| National Institute for Building Sciences | |
| Asbestos Task Force | 1985-1988 |
| Model Specifications Peer Review Committee (asbestos) | 1988-1992, 1994-1996 |

William M. Ewing, CIH
Page 4

| | |
|---|---|
| Lead Based Paint Model O&M Manual Project Reviewer | 1994 |

U.S. Environmental Protection Agency (USEPA)

| | |
|---|---|
| Asbestos NESHAP External Advisory Committee | 1985-1986 |
| Evaluation of Asbestos Control Technologies (Peer Review) | 1985-1987 |
| AHERA Regulatory Negotiation Committee, Invited Technical Advisor | 1987 |
| Policy Dialogue on Asbestos in Public and Commercial Buildings, Co-chair of Technical Working Group | 1989-1990 |
| Asbestos Strategies Blue Ribbon Committee | 2002-2003 |

Publication Peer Review (USEPA)

| | |
|---|---|
| "Measuring Airborne Asbestos Following An Abatement Action" Publication No. EPA 600/4-85-049 (November 1985) | 1984-1985 |
| "Guidelines for Conducting the AHERA Clearance Test to Determine Completion of an Asbestos Abatement Project" (1989) | 1987-1988 |
| "Guidance for Preventing Asbestos Disease Among Auto Mechanics," Publication No. EPA-560-OPTS-86-002 (June 1986) | 1985-1986 |
| "Interim Procedures and Practices for Asbestos Abatement Projects," Publication No. EPA 560/1-85-002 (June 1985) | 1984-1985 |

National Institute for Occupational Safety and Health (NIOSH)
Publication Peer Review

| | |
|---|---|
| "A Guide to Respiratory Protection for the Asbestos Abatement Industry," Publication No. NIOSH/EPA 560-OPTS-86-001 (September 1986) | 1985-1986 |
| "An Evaluation of Glove Bag Containment in Asbestos Removal," Publication No. DHHS(NIOSH) 90-119 (October 1990) | 1987-1988 |

Department of the Navy, Naval Facilities Engineering Command
Publication Peer Review

| | |
|---|---|
| "Removal and Disposal of Asbestos Materials," NAVFAC Guide Specification NFGS-02080 (May 1985) | 1985 |

*Asbestos Monitor*

| | |
|---|---|
| Editorial Review Board | 1988-1993 |

City of New York, Department of Environmental Protection (NYC/EPD)

| | |
|---|---|
| Expert Advisory Board | 1987-1988 |

American Society for Testing and Materials (ASTM)

| | |
|---|---|
| D22 Committee on Sampling and Analysis of Atmospheres | 1992-Present |
| D22.07 Asbestos | 1992-Present |
| E-6 Performance of Buildings | |
| Subcommittee 23, Lead Hazard Abatement | 1994-Present |

Health Effects Institute (HEI)

| | |
|---|---|
| Research Advisory Committee | 1988-1989 |

Environmental Information Association (EIA)

| | |
|---|---|
| | 1992-Present |
| Editorial Review Board (Peer Reviewer) | 1992-1998 |
| Asbestos Committee (Co-Chair) | 1998-2000 |

| | |
|---|---|
| Building Owners and Managers Association (Asbestos Committee) | 1987-1989 |

William M. Ewing, CIH
Page 5

US Army Corps of Engineers, Facilities Engineering Support Agency         1984-1985
Publication Peer Review
   "Asbestos Management and Control Handbook," TRADOC, Ft. Monroe, VA

*Papers and Formal Presentations*

"Formaldehyde Testing in New and Occupied Mobile Homes," paper presented at the University of Texas, Austin, TX, February 1982.

"Air Sampling at 52 Asbestos Abatement Projects," paper presented at the American Industrial Hygiene Conference, Philadelphia, PA , May 1983.

"Use of Chloride-Containing Aerosol for Source Recognition During an Indoor Air Quality Contamination," with W.H. Spain, A.A. Block, and W.A. Orenstein; paper presented at the American Industrial Hygiene Conference, Detroit, MI, May 1984.

"Health Issues and Legal Aspects of Asbestos Exposure in Buildings," <u>Strategic Planning for Cogeneration and Energy Management: Proceedings of the 8th World Energy Engineering Congress</u>, Atlanta, GA, with E. Clay and W.H. Spain, 1985.

"Determining Emissions from Negative Air Machines During Asbestos Abatement Projects," with E. Clay W.H. Spain and J. Hubbard, paper presented at the 1985 American Industrial Hygiene Conference, Las Vegas, NV, May 1985.

"Field Testing of High Efficiency Respirator Filters Against Airborne Asbestos Fibers," with E. Clay, W.H. Spain, and J. Hubbard, paper presented at the 1985 American Industrial Hygiene Conference, Las Vegas, NV, May 1985.

"Asbestos Abatement Disposal Techniques and Airborne Exposures for Contractor Personnel," with W.H. Spain and E. Clay, paper presented at the 1985 American Industrial Hygiene Conference, Las Vegas, NV, May 1985.

"Asbestos Policy During the Carter Administration," paper presented at the Jimmy Carter Presidential Library, Atlanta, GA, May 1987.

"Asbestos Exposure During and Following Cable Installation in the Vicinity of Fireproofing," with J. Chesson, T. Dawson, et al., paper presented at the 1991 American Industrial Hygiene Conference, Salt Lake City, UT, May 1991.

"An Investigation of Airborne Asbestos Concentrations During Custodial and Maintenance Activities in a Boiler Room," with E. Ewing, S. Hays, et al., paper presented at the 1992 American Industrial Hygiene Conference, Boston, MA, June 1992.

"An Equation to Express the Decay of Airborne Chrysotile Concentrations," with J. Millette and D. Keyes, poster paper presented at the Health Effects Institute - Asbestos Research Operations and Maintenance Workshop, Cambridge, MA, March 1993.

"Baseline Studies of Asbestos Exposure During O&M Activities," with D. Keyes, S. Hays, et al., paper presented at the Health Effects Institute - Asbestos Research Operations and Maintenance Workshop, Cambridge, MA, March 1993.

"Observations of Fiber Release From Asbestos-Containing Floor Tile," with T.A. Dawson, J.R. Millette, presented at the American Industrial Hygiene Conference, San Diego, CA, June 2002.

William M. Ewing, CIH
Page 6

"Libby…A Historical Perspective," ASTM 2002 Johnson Conference, Johnson State College, Johnson, VT, July 21-25, 2002

"Asbestos in Settled Dust Concentrations Outdoors in New York City Before September 11, 2001," ASTM 2002 Johnson Conference, Johnson State College, Johnson, VT, July 21-25, 2002

*Publications*

Ewing, W.M., "Clearance Sampling and the Fiber Counting Method," *National Asbestos Council Newsletter*, Vol. 1, No. 2 (June 1983).

Ewing, W.M. and W.H. Spain, "Getting to the Very Fiber of Industrial Asbestos Removal," *Occupational Health and Safety*, Vol. 53, No. 6 (June 1984).

Spain, W.H., W.M.Ewing, and E.M. Clay, "Knowledge of Causes, Controls and Prevention of Heat Stress," *Occupational Health and Safety*, Vol. 54, No. 4 (April 1985).

Ewing, W.M., et al., "Alternatives to Asbestos-Containing Products," *Occupational Health and Safety*, Vol. 54, No. 5 (May 1985).

Clay, E.M., W.H. Spain, and W.M. Ewing, "Health and Safety Needs Detailed in New Asbestos Abatement Survey," *Occupational Health and Safety*, Vol. 54, No. 8 (August 1985).

Block, A.B., W.A. Orenstein, W.M. Ewing, et al., "Measles Outbreak in a Pediatric Practice: Airborne Transmission in an Office Setting," *Pediatrics*, Vol. 75, No. 4 (April 1985).

Clay, E.M., M. Demyanek, W.M. Ewing, and W.H. Spain, "Protective Clothing: Its Necessity and Use," *National Asbestos Council Journal*, Vol. 2, No. 2 (1985).

Ewing, W.M., "History, Implementation and Evaluation of the Asbestos School Hazard Detection and Control Act of 1980," *National Asbestos Council Journal*, Vol. 4, No. 2 (1986).

Spain, W.H., E.M. Clay, W.M. Ewing, and M. Demyanek, "Protective Clothing, A Worthwhile Precaution for Asbestos Workers," *Occupational Health and Safety*, Vol. 55, No. 8 (August 1986).

Ewing, W.M. and D. W. Mayer, "Final AHERA Regulations Released by the EPA," *National Asbestos Council Journal*, Vol. 5, No. 4 (1987).

Ewing, W.M. and D.W. Mayer, "Under Final AHERA Rule, Schools Must Inspect For, Control Asbestos," *Occupational Health and Safety News Digest*, Vol. 4, No. 1 (January 1988).

Spain, W.H., E.M. Clay, and W.M. Ewing, "Special Problems with Respirators for Asbestos Abatement," *ECON*, Vol. 3, No. 9 (September 1988).

Clay, E.M., W.H. Spain, and W.M. Ewing, "Local and State Regulations Becoming More Specific for Glovebag Procedures," *Asbestos Issues* (September 1988).

Spain, W.H., W.M. Ewing, and N.P. Wickware, "Asbestos Floor Tile Removal," *Asbestos Issues*, Vol. 2, No. 9 (September 1989).

Hutton, M.D., W.W. Stead, G.M. Cauthen, A.B. Block, and W.M. Ewing, "Nosocomial Transmission of Tuberculosis Associated With a Draining Abscess," *Journal of Infectious Disease*, Vol 161 (February 1990).

Millette, J.R., W.M. Ewing, and R. Brown, "Stepping on Asbestos Debris," *Microscope*, Vol. 38, pp. 321-326 (1990).

William M. Ewing, CIH
Page 7

Millette, J.R., R. Brown, and W.M. Ewing, "A Close Examination of Asbestos-Containing Debris," *National Asbestos Council Journal*, pp. 38-40 (Fall 1990).

Keyes, D.L., J. Chesson, W.M. Ewing, et al., "Exposure to Airborne Asbestos Associated with Simulated Cable Installation Above A Suspended Ceiling," American Industrial Hygiene Association Journal, Vol. 52 (November 1991).

Keyes, D.L., J. Chesson, S.M. Hays, R.L. Hatfield, W.M. Ewing, et al., "Re-entrainment of Asbestos From Dust in a Building with Acoustical Plaster," *Environmental Choices Technical Supplement*, Vol 1, No. 1 (1992).

Ewing, W.M., J. Chesson, T. Dawson, et al., "Asbestos Exposure During and Following Cable Installation In the Vicinity of Fireproofing," *Environmental Choices Technical Supplement*, Vol. 2, No. 1 (1993).

Ewing, W.M., "ASTM Sponsors Boulder Conference on Lead," *Environmental Choices*, Vol. 2, No. 5 (1993).

Keyes, D.L., W.M. Ewing, et al., "Baseline Studies of Asbestos Exposure During Operations and Maintenance Activities," *Appl. Occup. Environ. Hyg.*, Vol 9, No. 11 (1994).

Ewing, W.M., T.A. Dawson, G.P. Alber, "Observations of Settled Asbestos Dust in Buildings," *EIA Technical Journal*, Vol. 4, No. 1 (July 1996).

Ewing, W.M., et al., *Georgia Building Authority Indoor Air Quality Manual*, Georgia Building Authority, Atlanta, GA (May 1997).

Ewing, W.M., "Further Observations of Settled Asbestos Dust in Buildings," in *Advances in Environmental Measurements for* Asbestos by M.E. Beard and H. L. Rook (Editors) ASTM Publication STP 1342, West Conshohocken, PA (1999), pp. 323-332.

Ewing, W.M., et al., *Lead Hazard Evaluation and Control in Buildings*, ISBN 0-8031-2086-9, ASTM Stock Number MNL38, ASTM, West Conshohocken, PA (2000)

Millette, J.R., et al., "Examination of Asbestos Floor Tile by White Light Interference Microscopy and Scanning Electron Microscopy, *Microscope*, Vol. 50, No. 4 (2002) pp. 173-177.

Harris, M.K., et al., "Manganese Exposures During Shielded Metal Arc Welding (SMAW) in an Enclosed Space," *J. Occup. And Environ. Hyg.*, Vol. 2 (2005) pp. 375-382.

Ewing, W.M. and M.K. Harris, "Manganese and Welding Fume," *The Academy of Industrial Hygiene Diplomate*, Vol. 5, No. 2 (2005).

*Book Reviews*

Thomas, J.D.R. (editor), Ion-Selective Reviews (Vol. 1, No. 1), *American Industrial Hygiene Association Journal*, Vol. 42, No.4 (April 1981).

National Council on Radiation Protection and Measurements, Quantitative Risk in Standard Setting, *American Industrial Hygiene Association Journal*, Vol. 43, No. 2 (February 1982).

State Planning Council (Washington, DC), The Interim Report of the State Planning Council on Radioactive Waste Management, *American Industrial Hygiene Association Journal*, Vol. 43, No. 1 (January 1982).

William M. Ewing, CIH
Page 8

American Conference of Governmental Industrial Hygienists, <u>Advances in Air Sampling</u>, *American Industrial Hygiene Association Journal*, Vol. 50, No. 5 (May 1989).

Revised December 1, 2005

# TRIAL LIST FOR
# WILLIAM M. EWING, CIH
## 2002-2007

| DATE | CASE NAME | JURISDICTION | CASE NUMBER |
|---|---|---|---|
| 2002 | Marvin Boede, et al. v. Wisconsin Electric Power Company, et al. | Milwaukee County Circuit Court, WI | 98-CV-006561 |
| 2002 | In RE: Asbestos Personal Injury Litigation – West Virginia | Circuit Court of Kanawha County, WV | 01-C-9002 |
| 2002 | Billy Joe Engle, et al. v. Bechtel Corp., et al. | Circuit Court of Madison County, IL | 00 L 1120 |
| 2003 | Dorothy Turner, et al. v. ABB Lummus Global Inc., et al. | Circuit Court of Lawrence County, IL | 2000-L-16 |
| 2003 | Paula A. Kubik v. John Crane, Inc., et al. | Court of Common Please, Trumbell County, OH | 2001CV1319 |
| 2003 | Board of Education of Detroit v. The Celotex Co., et al. | Circuit Court of Wayne County, MI | 84-429634 NP |
| 2003 | Gina Neimeier, et al. v. A.C. and S., et al. | San Francisco Superior Court | CGC 02-410294 |
| 2003 | Steven J. Lukac v. John Crane, Inc. | Court of Common Please, Trumbell County, OH | 01-CV-1318 |
| 2003 | Phillip Hoeffer, Jr. v. A.W. Chesterton Co., et al. | San Francisco Superior Court | No. 413073 |
| 2004 | Sally Louise Nolan, et al. v. John Crane, et al. | U.S. Circuit Court, Vermilion County, IL | 01-L-117 |
| 2004 | Georgia Carol Davis, et al. v. Garlock, Inc., et al. | 113th Judicial District Court, Harris County, TX | 2002-28497 |
| 2004 | Eric Peoples and Cassandra Peoples v. International Flavors and Fragrances, Inc., et al. | Jasper County Circuit Court, Jasper, MO | 01CV683025-07 |
| 2004 | Linda Redman v. International Flavors and Fragrances, Inc., et al. | Jasper County Circuit Court, Jasper, MO | 01CV683025 |
| 2004 | Marcella J. DeJohn v. Westinghouse and Commonwealth Edison of Illinois | Circuit Court of Cook County, Illinois | 98 L 13222 |
| 2004 | Ernst R. Kruger & Brigitte Kruger v. A.C. & S., Inc., et al. | San Francisco Superior Court | CGC 03-427234 |
| 2004 | James G. Barone, et al. v. John Crane, Inc., et al. | Court of Common Pleas Trumbull County, OH | 2003 CV 473 |
| 2005 | Ronald Presler and Patsy Presler vs. The Lincoln Electric Co., et al. | Brazoria County, TX District Court | 23472-BH03 |
| 2005 | Anthony Cadlo and Maxlyn Cadlo vs. Asbestos Defendants (BHC) | San Francisco Superior Court | No. 412325 |
| 2005 | Clyde W. Townsend, et al. V. Eastern Chemical Waste Systems, et al. | Platte County, MO Circuit Court | 0694 CC01865 |
| 2006 | Arnold Norris, et al. v. Sprinkmann Sons Corp., et al. | Milwaukee County Circuit Court | 05-CV-009475 |

Updated January 9, 2006

# DEPOSITION LIST FOR
# WILLIAM M. EWING, CIH
## 2002-2007

| DATE | CASE NAME | JURISDICTION | CASE NUMBER |
|------|-----------|--------------|-------------|
| 2002 | In RE: Asbestos Personal Injury Litigation – West Virginia | Circuit Court of Kanawha County, WV | 01-C-9002 |
| 2002 | State of Illinois v. United States Gypsum, et al. | Circuit Court of Sangamon County, IL | 98-L-0061 |
| 2002 | Several personal injury (mesothelioma) cases | Superior Court, County of San Francisco, CA | Not known |
| 2002 | Armstrong Bankruptcy (Illinois, LAUSD) | Federal Bankruptcy Court, Delaware | Not known |
| 2002 | Lucy Choate v. ? (personal injury) | New Orleans, LA | Not known |
| 2002 | Jax Carroll, et al. v. A.C. and S., et al. | San Francisco Superior Court | CGC 02-409643 |
| 2002 | Paula A. Kubik v. John Crane, Inc., et al. | Court of Common Pleas, Trumbell County, OH | 2001CV1319 |
| 2002 | Dorothy Turner, et al. v. ABB Lummus Global Inc., et al. | Circuit Court of Lawrence County, IL | 2000-L-16 |
| 2002 | Dorothy Coffie v. SCAPA, Inc. | State Board of Workers' Compensation (GA) | Claim No. 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 |
| 2002 | John H. Olson, et al., v. A.C. and S., et al. | San Francisco Superior Court | CGC 02-408324 |
| 2002 | Martin Mullis, et al. v. A.C. and S., et al. | San Francisco Superior Court | CGC 02-408747 |
| 2002 | Patrick A. Engle, et al. v. A.P. Green Industries, Inc., et al. | Circuit Court of Madison County, IL | 00L1120 |
| 2002 | Paul Coen, et al. v. Combustion Engineering, Inc., et al. | Circuit Court of Milwaukee County, WI | 01-CV-8218 |
| 2002 | Richard Halama v. Wisconsin Electric Power Company, et al. | Circuit Court of Milwaukee County, WI | 02CV001033 |
| 2003 | Forbes, et al. v. ? (asbestos personal injury) | California, San Francisco (?) | ? |
| 2003 | Gina Neimeier, et al. v. A.C. and S., et al. | San Francisco Superior Court | CGC 02-410294 |
| 2003 | Board of Education of Detroit v. The Celotex Co., et al. | Circuit Court of Wayne County, MI | 84-429634 NP |
| 2003 | D'Arcy Richardson, et al. v. A.W. Chesterton, Inc., et al. | San Francisco Superior Court | 411448 |
| 2003 | Gary L. Koontz, et al., v. A. W. Chesterton, et al. | Marion County, IN Superior Court | 49D02-9601-MI-001-688 |
| 2003 | Diedrich v. A.P. Green Industries, Inc., et al. | San Francisco Superior Court | ? |
| 2003 | Gaither vs. A.P. Green Green Industries, Inc., et al | San Francisco Superior Court | ? |
| 2003 | Hilda Adams, et al. vs. Combustion Engineering, et al. | Milwaukee County Circuit Court | 02-CV-001033 |
| 2003 | W.R. Grace & Co. ZAI Science Trial | Federal Bankruptcy Court, Delaware | Not Known |
| 2003 | Mary Lou Chalmers, et al. v. Industrial Insulations, Inc., et al. | Circuit Court of Jackson County, Independence, Missouri | 01CV224624 |
| 2003 | Davis & Robinson v. Garlock, Inc., et al. | Harris County, TX District Court | 2002-28497 |
| 2003 | Ferry, et al. v. Constar, et al. | Orange County, FL Circuit Court | CI0-01-216 |
| 2003 | Phillip Hoeffer, Jr. v. A.W. Chesterton Co., et al. | San Francisco Superior Court | No. 413073 |

1

| 2003 | Adams, et al. v. A. W. Chesterton, et al. | Little River County Arkansas Circuit Court | CIV-2000-32 |
|---|---|---|---|
| 2003 | Asbestos Personal Injury Litigation | Kanawha County, WV Circuit Court | 02-C-9004 |
| 2003 | Linda Zylka, et al. v. Wisconsin Electric Power Co., et al. | Milwaukee County Circuit Court | No. 01-CV-010261 |
| 2003 | Stephen Hill, et al. v. A. C. & S., et al. | District Court of Harison County Texas | No. 01-0076 |
| 2003 | Sally Louise Nolan, et al. v. John Crane, et al. | U.S. Circuit Court, Vermilion County, IL | 01-L-117 |
| 2003 | Marcella J. DeJohn v. Westinghouse and Commonwealth Edison of Illinois | Circuit Court of Cook County, Illinois | 98-L-13222 |
| 2004 | Mary Harris and Cal Harris v. Alta Building Material Co., et al. | San Francisco Superior Court | COC-03-423593 |
| 2004 | Eric Peoples and Cassandra Peoples v. International Flavors and Fragrances, Inc., et al. | Jasper County Circuit Court, Jasper, MO | 01CV683025-07 |
| 2004 | Ferry, et al. v. Constar, Inc., et al. | Circuit Court of Orange County, FL | C10-01-216 |
| 2004 | Ronald Presler, et al. v. The Lincoln Electric Co., et al. | 23rd Judicial District Court of Brazoria County, TX | 23472 BH 03 |
| 2004 | Joseph R. Thompson v. Welco Manufacturing Co., et al. | Jackson County Circuit Court, Kansas City, MO | 01-CV-217891 |
| 2004 | Betty Pollman, et al. v. Sprinkman & Sons of Illinois, et al. | 5th Judicial Circuit Court, Vermilion County, IL | 01 L 146 |
| 2004 | Jerrold Braley v. Rapid American Corp., et al. | Travis County District Court, TX | GN-203572 |
| 2004 | Ernst and Brigitte Kruger v. A. C. and S., Inc., et al. | San Francisco Superior Court | CGC 03-427234 |
| 2004 | Norma Nevels, et al. v. A.W. Chesterton, Inc., et al. | Jackson County Circuit Court, Kansas City, MO | 03-CV-209171 |
| 2004 | Steven J. Lukac v. GATX Corp., et al. and Paula A. Kubic v. GATX., et al. | US District Court for the Northern District of Ohio, Eastern Division | 1:01CV20000 1:01CV20001 |
| 2004 | Anthony Cadlo vs. Asbestos Defendants (BHC) | San Francisco Superior Court | No. 412325 |
| 2004 | Thomas Crean, et al. v. A.C. and S., Inc., et al. | San Francisco Superior Court | ? |
| 2004 | Bradley Folse and Jeannie Folse v. Transocean, Inc., et al. | Civil District Court, Parish of Orleans, LA | No. 03-10602, Division C |
| 2004 | Mary Brown v. A.C. and S., Inc., et al. | Oklahoma City District Court, OK | CJ-2001-10009-63 |
| 2004 | James G. Barone, et al., v. John Crane, Inc., et al. | Court of Common Pleas Trumbull County, OH | 2003 CV 473 |
| 2004 | James Benjamin Elder and Charlotte Ann Elder vs. General Electric Co., et al. | Circuit Court of Kanawha County, WV | 03-C-9600 |
| 2005 | Charles E. Thornton and Mary M. Thornton vs. General Electric Co., et al. | Circuit Court of Kanawha County, WV | 03-C-9600 |
| 2005 | Jacqueline Hoover, et al., v. A.C. and S., et al. | San Francisco Superior Court | CGC 02-414652 |
| 2005 | Arita Cullison, et al., v. A.W. Chesterton Co., et al. | Travis County, TX District Court | |
| 2005 | Robert M. Johnson, et al., v. Daimler Chrysler Corp., et al. | Jackson County, MO Circuit Court | 04CV219314 |
| 2005 | Dorothy Randall v. Allied Manufacturing Co., et al. | Jackson County, MO Circuit Court | 03CV229165 |
| 2005 | Multidistrict Litigation v. Lincoln Electric Co., et al. | Cleveland, OH Federal Court | |
| 2005 | Robert Pozarski & Cleo Pazarski v. Bird, Inc., et al. | Eau Claire County, WI Circuit Court | 03-CV-778 |

| 2005 | In Re: Asbestos Personal Injury Litigation (May 2005 Trial Group) | Kanawha County, WV Circuit Court | 03-C-9600 |
|---|---|---|---|
| 2005 | Clyde W. Townsend, et ux. V. Eastern Chemical Waste Systems, et al. | Platte County, MO Circuit Court | 0694 CC01865 |
| 2005 | Oliver E. Dodson, Jr., et al. v. ACF Industries, Inc., et al. | Jackson County, MO Circuit Court | 0516CV09978 |
| 2006 | In Re: Asbestos Personal Injury Litigation (January 2006 Trial Group) | Kanawha County, WV Circuit Court | 03-C-9600 |
| 2006 | Gennaro Manfredi, Jr., et al., v. Bondex International, Inc., et al. | Jackson County, MO Circuit Court | 04CV225886 |
| 2006 | John Pisani and Marcella Pisani v. AC and S, Inc., et al. | Alameda County Superior Court | RG 04141585 |
| 2006 | Clair Miller and Pauline Miller v. A.C. and S, Inc., et al. | San Francisco Superior Court | CGC-05-444903 |
| 2006 | Lawrence Campbell and Martha Campbell v. Alta Building Material Co., et al. | San Francisco Superior Court | CGC-05-445030 |
| 2006 | Dewey Hodson, et al. v. Insulation, Inc., et al. | Tulsa County District Court | CJ-2004-07511 |
| 2006 | In Re: Asbestos Personal Injury Litigation (May 2006 Trial Group) | Kanawha County, WV Circuit Court | CV03C9600, et al. |
| 2006 | Joseph and Martha Kadivnik v. A.W. Chesterton company, et al. | Marion County, IN Superior Court | 49D02-9801-MI-0001-304 |
| 2006 | E. June Clark and James Clark v. ABB, Inc., et al. | Marion County, IN Superior Court | 49D02-9601-MI-001-798 |
| 2006 | Henry A. Antczak and Martha M. Antczak v. Certainteed Corp., et al. | Milwaukee County Circuit Court | 04-CV-6814 |
| 2006 | Arnold Norris, et al. v. Sprinkmann Sons Corp., et al. | Milwaukee County Circuit Court | 05-CV-009475 |
| 2006 | Imelda Druke, et al., v. American Standard, Inc., et al. | Milwaukee County Circuit Court | 04-CV-762 |
| 2006 | Kevin Remmes v. International Flavors & Fragrances, Inc., et al. | U.S. District Court, Northern District of Iowa, Western Division | C04-4061-MWB |
| 2006 | Timothy Arthur, et al. v. International Flavors & Fragrances, Inc., et al. | Court of Common Pleas Hamilton County, OH | A0307157 |
| 2006 | In Re: Asbestos Personal Injury Litigation (Sept. 2006 Trial Group) | Kanawha County, WV Circuit Court | CV03C9600 |
| 2006 | Forrest F. Christian, et al., v. Albany International Corporation, et al. | Superior Court, King County, WA | 06-2-02421-4 SEA |
| 2006 | Christopher Pounds and Teresa Pounds v. A.W. Chesterton, Inc., et al. | San Francisco Superior Court | 447748 |
| 2006 | Joseph Boyd, et al. v. Lincoln Electric Co., et al. | Court of Common Pleas Cuyahoga County, OH | 545413 |
| 2006 | Gene Fittshur, et al. v. Acoustech Supply, Inc., et al. | Milwaukee County Circuit Court | 05-CV-009662 |
| 2006 | Vicki Tatera, et al. v. Union Carbide Corporation, et al. | Milwaukee County Circuit Court | 04-CV-008167 |
| 2006 | Eudelia Longoria Pinedo, et al. v. AC & S, Inc., et al. | San Francisco Superior Court | CGC 04-433247 |
| 2006 | Paul Whitlock, et al. v. A.W. Chesterton, et al. | San Francisco Superior Court | 06-4491213 |
| 2007 | Frances Boyle, et al. v. AC & S, Inc., et al. | San Francisco Superior Court | CGC 02-403988 |

Note:    I am certain there are some additional short telephonic depositions not included in the above list. Any depositions not included are regarding a plaintif with mesothelioma where the issue related to past asbestos exposure. No deposition testimony was intentionally excluded from the above list. – W.M. Ewing    Updated January 9, 2007