# EXHIBIT A

# Speights & Runyan
## 100 Pine Street
## Photograph Log
## January 6-7, 1999

| Photo Number | Sample Number | Photograph Location and Description |
|---|---|---|
| 6 19:19 | NA | 3rd floor, view of Retro-Guard® respray |
| 6 19:25 | NA | 3rd floor, view of abated steel and deck |
| 6 19:27 | NA | 3rd floor, view of abated column |
| 6 19:28 | NA | 3rd floor, view of flutes in deck |
| 6 19:30 | NA | 3rd floor, view of wrapped air ducts |
| 6 19:31 | NA | 3rd floor, view of beam column interface |
| 6 19:45 | NA | 25th floor, Suite 2555, view of central core area below ceiling |
| 6 19:50 | NA | 25th floor, Suite 2555, view of fireproofing inside induction unit |
| 6 19:53 | NA | 25th floor, Suite 2555, view of Malcolm opening ceiling |
| 6 19:55 | NA | 25th floor, Suite 2555, view of inside induction unit |
| 6 20:16a | NA | 25th floor, Suite 2555, view of fireproofing above ceiling tile |
| 6 20:16b | NA | 25th floor, Suite 2555, view of fireproofing above ceiling tile |
| 6 20:17 | NA | 25th floor, Suite 2555, view of fireproofing above ceiling tile |
| 6 20:18 | Debris 1 | 25th floor, Suite 2555, view of fireproofing debris on ceiling tile |
| 6 20:26 | Debris 2 | 25th floor, Suite 2555, view of fireproofing inside induction unit |
| 6 20:38 | NA | 25th floor, telephone closet, view of California asbestos warning sign |
| 6 20:39 | Debris 3 | 25th floor, telephone closet, debris on Muzak® timer |
| 6 20:46 | NA | 25th floor, suite 2525, view of debris on top of ceiling tiles |
| 6 20:47 | NA | 25th floor, suite 2525, view of fireproofing on beams and deck |
| 6 20:48 | NA | 25th floor, suite 2525, view of debris on top of light fixture |
| 6 21:33* | NA | Suite 1850, view of delamination above ceiling tile |
| 6 21:35 | NA | Suite 1850, view of delamination above ceiling tile |
| 6 21:36 | NA | Suite 1850, view of debris above ceiling tile |
| 6 21:37 | NA | Suite 1850, view of debris above ceiling tile |
| 6 22:27a | NA | Suite 1800, view of fireproofing on deck |
| 6 22:27b | D-01 | Suite 1800, view of dust sample location, before sampling |
| 6 22:28 | NA | Suite 1800, view above dust sample location |
| 6 22:45 | D-01 | Suite 1800, view after dust sample |
| 6 23:13 | NA | Location not recorded |
| 6 23:14 | NA | Location not recorded |
| 6 23:23 | D-02 | Suite 1700, view of dust location after sampling |
| 7 0:00 | NA | Suite 1700, northeast corner, view of fireproofing debris on ceiling tile |
| 7 0:01 | NA | Suite 1700, northeast corner, view of fireproofing |
| 7 0:02 | NA | Suite 1700, northeast corner, view of fireproofing above fiberglass on ducts |
| 7 18:17 | NA | 33rd floor, north most elevator shaft above car #11, view of fireproofing on beam |

\* Photo did not develop.

NA=Not applicable

**Speights & Runyan**
**100 Pine Street**
**Photograph Log**
**January 6-7, 1999**

| Photo Number | Sample Number | Photograph Location and Description |
|---|---|---|
| 7 18:17b | NA | 33rd floor, north most elevator shaft above car #11, view of fireproofing on beam |
| 7 18:30 | NA | 19th floor, low rise shaft, car #6, (northeast corner), view of fireproofing on beam |
| 7 18:31 | NA | 19th floor, low rise shaft, car #6, (northeast corner), view of fireproofing on beam |
| 7 18:38 | NA | 19th floor, low rise shaft, car #1, (southwest corner), view of fireproofing on column |
| 7 18:51 | NA | Bi-level pit of elevator, south side of high rise bank, view of fireproofing debris on pit floor |
| 7 18:52 | NA | Bi-level pit of elevator, south side of high rise bank, view of fireproofing debris (different) on pit floor |
| 7 18:53 | NA | Bi-level pit of elevator, south side of high rise bank, respirator on metal work of elevator |
| 7 19:03 | NA | Floor 22, view of fireproofing on beams in return air shaft |
| 7 19:07 | NA | Floor 22, view of fireproofing debris on fiberglass insulation |
| 7 19:09 | NA | Floor 22, view up side of insulated supply air duct in return shaft |
| 7 19:20 | NA | 16th floor, view of floor walker duct, no longer used |
| 7 19:24 | NA | 16th floor, view of new construction in progress |
| 7 19:33a | NA | 2nd floor, low rise air shaft, view of debris on floor |
| 7 19:33b | NA | 2nd floor, low rise air shaft, view of debris on duct |
| 7 19:34 | NA | 2nd floor, low rise air shaft, view of air shaft |
| 7 19:35 | NA | 2nd floor, view of fireproofing on beam in air shaft |

NA=Not applicable



**COMPASS ENVIRONMENTAL, INCORPORATED**

*WORKING Copy*

2231 Robinson Road, Suite B
Marietta, Georgia 30068
Telephone: (770) 977-4767
Facsimile: (770) 977-5540

## PHOTOGRAGH LOG (1 of

Facility: _100 Pine Street_          Building: _____

Inspector/Photographer: _W. Ewing / T. Dawson_          Date: _1/6/98_

Camera Make/Model: _____   S/N: _____

Film: _____   ASA: _____   Exposures: _____

Processed By: _____   Date Sent: _____   Date Returned: _____

| Photo Number | Sample Number | Photograph Description |
|---|---|---|
| 6 19:19 | | 3rd Floor, View of Retroguard respray |
| ✓ 6 19:25 | | _____, View of abated steel + decks |
| ✓ 6 19:27 | | _____, View of abated column |
| ✓ 6 19:28 | | _____, View of flutes in deck |
| ✓ 6 19:30 | | _____, View of wrapped hand air ducts |
| ✓ 6 19:31 | | _____, View of beam column interface |
| ✓ 6 19:45 | | 25th Floor, Suite 25 155, View of central core area below ceiling |
| ✓ 6 19:50 | | _____, View of FP inside induction unit |
| ✓ 6 19:53 | | _____, View of Malcolm opening ceiling |
| ✓ 6 19:55 | | _____, View of inside induction unit |
| ✓ 6 20:18 a | | _____, View of FP above CT |
| ✓ 20:16 b | | _____, View of FP above CT |
| 20:17 | | _____, View of FP above CT |
| ✓ 20:18 | debris 1 | _____, View of FP debris on CT |
| ✓ 20:26 | debris 2 | _____, View of FP inside induction unit |
| ✓ 20:38 | | 25th Fl, Window Slot 1, View of asbestos warning sign |
| ✓ 20:39 | debris 3 | _____, Debris on music room tiles |
| ✓ 20:46 | | 25th Fl, Suite 2525, View of debris on to of CTs |
| ✓ 20:47 | | _____, View of FP on beams 3rd deck |
| ✓ 20:48 | | _____, View of debris on top of light fixture |



**COMPASS ENVIRONMENTAL, INCORPORATED**

2231 Robinson Road, Suite B
Marietta, Georgia 30068
Telephone: (770) 977-4767
Facsimile: (770) 977-5540

## PHOTOGRAGH LOG 2

Facility: _100 Pine Street_                     Building: _____

Inspeccter/Photographer: _____          Date: _____

Camera Make/Model: _____     S/N: _____

Film: _____     ASA: _____     Exposures: _____

Processed By: _____     Date Sent: _____     Date Returned: _____

_Photo not developed_

| Photo Number | Sample Number | Photograph Description |
|---|---|---|
| 21:33 | | Suite 1850, View of delamination above CT |
| 21:35 | | Suite 1850, View of delamination above CT |
| 21:36 | | _____, View of debris above CT |
| 21:37 | | _____, View of debris above CT |
| 22:27A | | Suite 1800, View of FP on deck |
| 22:27B | D-01 | _____, View of dust sample location, before |
| 22:28 | | _____, View above dust sample location |
| 22:45 | D-01 | _____, View after dust sample |
| 22:13 | | Location not recorded |
| 23:14 | | _____ |
| 23:23 | D-02 | Suite 1700, view of dust location after sampling |
| 0:00 | | Suite 1700 NE corner view of FP debris on CT |
| 0:01 | | " " view of FP |
| 0:02 | | " " view of FP above FC on dust |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SEND RESULTS AS

William M. Ewing, CIH
Compass Environmental, Inc.
2231 Robinson Rd., Suite B
Marietta, Georgia 30068
Phone (404) 977-4767
FAX (404) 977-5540

# BULK SAMPLE LOG

Facility: _____  Building: _100 Pine Street___

Inspector: _W.EWING—/T. DAWSON_  Date: _1/6/98_____

| Sample Number | Sample Type | Sample Location | Sample Description | Photograph Number/s |
|---|---|---|---|---|
| Debris -1 | | 25th Floor, Suite 2555, ~~debris~~, top of splined tile ceiling | FP debris w/ vermiculite | 20:18 |
| Debris -2 | | 25th Floor, suite 2555 from inside lindiction units | FP Debris w/ vermiculite | 20:26 |
| Debris -3 | | 25th Floor, ~~ste~~ Telephone closet Top of music box timer | FP debris w/ vermiculite | 20:39 |
| Debris -4 | | 22nd Floor, base of return air shaft for upper floors | FP debris w/ vermiculite | 20 19:07 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |















P.O. BOX 607638 • ORLANDO, FL 32860 • (407) 886-3100







STYLE NO. 46-6P

P.O. BOX 607638 • ORLANDO, FL 32860 • (407) 886-3100

THIS BUILDING CONTAINS
ASBESTOS. A CHEMICAL
KNOWN TO THE STATE OF
CALIFORNIA TO CAUSE CANCER.
(CALIFORNIA HEALTH & SAFETY CODES)














7
0:00

P.O. BOX 6D7638 · ORLANDO, FL 32860 · (407) 886-3100

PRESERVERS












P.O. BOX 607638 • ORLANDO, FL 32860 • (407) 886-3100













STYLE NO. 46-6P

P.O. BOX 607638 • ORLANDO, FL 32860 • (407) 886-3100

PRESERVERS



