The International Programme for Chemical Safety has reiterated this position (IPSC, 1998). These conclusions continue to support what the industry said in 1965 that the only safe level to prevent disease is zero and it also supports the finding that non-malignant respiratory diseases need not be present before cancer of the lung or mesothelioma can develop.

There is marked enhancement of the risk of lung cancer in workers exposed to asbestos who also smoke cigarettes (Selikoff et al., 1968; Berry et al., 1972; Hammond and Selikoff, 1973; Hammond et al., 1979). Data from Hammond et al. (1979) and Weiss (1971) suggest cigarette smoking may also contribute to the risk of asbestosis.   Smoking, however, has not been found to be associated with an increased risk of pleural or peritoneal mesothelioma, or cancers of the stomach, colon and rectum, which occur with equal frequency among smoking and non-smoking asbestos workers.   OSHA attributes asbestos exposure with 79.4 percent of the lung cancer deaths among asbestos-exposed workers who smoke and 77.2 percent of lung cancer deaths among non-smokers (OSHA, 1986).

## Toxicity of Short Asbestos Fibers

Any assumption that short fibers, less than 5 micron in length, are not hazardous can not be justified based on the available science.  Because the analytical method of choice, for regulatory purposes, has been the phase contrast method [PCM] which counts only fibers greater than 5 um in length epidemiology studies that have been forced to compared doses, in their cohorts, to fibers greater than 5 μm in length.  It must be noted that the PCM analytical method was chosen based on its ability to count fibers only and not on a health effect basis.  While PCM has been the international regulatory method for analysis it is not able to detect small diameter fibers [<0.2μm in diameter] and because of this, it is suggest that transmission electron microscopy [TEM] should be an adjunct to PCM, since the evidence suggests that PCM may underestimate exposures and the health risks as found in the analysis of brake residue (Yeung, P. et, al., 1999).

 To assume that shorter fibers do not cause disease can not be based on the majority of epidemiological studies to date.  Stanton & Wrench & Stanton et al. found that the  longer, thinner fibers were more carcinogenic, but could not identify a precise fiber length that did not demonstrate biological activity. (Stanton, M.F. & Wrench, C. 1972) & (Stanton, M.F.et al 1981).  It must be kept in mind that Dr. Stanton has never said long fibers are bad and short fibers are good, in fact he appreciated that a large number of short fibers, individually of low

tumorogenic probability might be more hazardous than fewer long fibers, individually of high probability (Greenberg, M, 1984). It has been shown that it is not the just the size and shape of the various asbestos fibers that are important in the fiber's ability to produce disease but other factors may play a role in the carcinogenicity of the mineral fiber (Wagner, J.C.(ed.) 1980) & Wylie, A.G.et al. 1987). Studies have also found that the majority of asbestos fibers in lung and mesothelial tissues were shorter than 5 µm in length, thus indicating the ability of the shorter fibers to reach the tumor site, remain there, and therefore their role in the etiology of disease is implicated (Suzuki,Y. & Yuen, S.R. 2002) & (Dodson, et al. 2001). NIOSH research has found that in typical occupational environments fibers shorter than 5 µm in length outnumber the longer fibers by a factor of 10 or more (Dement, JM & Wallingford, KM, 1990). Shorter fibers must be studied in more depth and short fibers should not be disregarded especially when clearance is retarded (Oberdorster, G. 2001). That chrysotile fibers tend to spit longitudinally as well as partially dissolve, resulting in shorter fibers within the lung, was reported in a review of several articles (Dement, JM & Brown, DP, 1993). Additionally, Fubini argues that, because all asbestos appear nearly equally potent, length and fiber form do not appear influential on the outcome of disease (Fubini, B. 2001). Fubini makes this conclusion based on work of Boffeta et al., which concludes that the specific type of asbestos is not correlated with lung cancer risk but that industry specific exposure appears to fit the linear slope best, a finding also supported by Dement & Brown (Boffetta, P. 1998). For mesothelioma, induction was related to the time since first exposure and potency with both industry type and asbestos type (Boffetta, P. 1998).

The Agency for Toxic Substances and Disease Registry (ATSDR), in response to concerns of short asbestos fibers resulting from the collapse of the World Trade Towers, asked a contractor to convene a panel of seven experts to evaluate the role of short fibers with human disease potential (ATSDR, 2003). As to non-carcinogenic lung diseases associated with short asbestos fibers the report concludes that "...short fibers may be pathogenic for pulmonary fibrosis, and further research is needed to clarify this issue." The panel concluded that for carcinogenic effects of short fibers the current weight of the evidence is that short fibers less than 5 micron "...are unlikely to cause cancer in humans." While these conclusions were found in the executive summary of the report, a more in-depth review of the body of the report points to a less conclusive assessment for the role of short fibers in the etiology of cancer. In fact, in panel discussions it was noted that no epidemiologic studies have examined populations exposed only to short asbestos fibers. One epidemiology study that may have the ability to address this issue suffered from short latency to evaluate the development of cancer (Higgins,ITT,et al.,1983). Another study of workers having exposure for at

least 5 years, in a gold mine with 94% of the asbestos fibers being less than 5 µm in length, found an increased mortality from respiratory cancers [10 obs. vs. 2.7 exp.: SMR 3.7; 95% CI = 1.78 - 6.81] and non-malignant respiratory diseases [8 obs. vs. 3.2 exp.: SMR 2.5; 95% CI = 1.08 - 4.93] (Gillam, et al., 1976). A subsequent study (McDonald et al., 1978). looking at the same mine reported above, of miners with 21 or more years underground experience, did not find such an increase for respiratory cancers but did for non-malignant respiratory disease however, when analyzing the data from the previous study for only those with 20 years or greater years of employment, both respiratory cancers [7 obs. vs. 2.18 exp.: SMR 3.2; 95% CI = 1.29 - 6.62] and non-malignant respiratory diseases [8 obs. vs 2.56; SMR 3.1; 95% CI = 1.35 - 6.16] were still significantly increased. Two other studies of miners, where 38% of the asbestos fibers were shorter than 5µm in length also found excess mortality from lung cancer, mesothelioma as well as non-malignant respiratory disease and that the mortality patterns for mesothelioma were significant because they were much greater than that of crocidolite miners in South Africa and Australia (McDonald,J.C. et al., 1986).& (McDonald et al. 2002)

Animal studies can be misleading when looking at short fibers, especially as rodents clear short fibers from their lungs at a rate approximately 10 times faster than do humans (ASTDR, 2003). Experimental models are limited also, due to the fact that only fibers of very limited length distributions have been tested (Dodson, RF., et.al., 2003). Further, when appropriate analytical techniques have been used the overwhelming majority of the asbestos fibers in the tissues have been found to be less than 5µm in length (Dodson, RF., et al., 2003). Only two of the seven ATSDR panelists felt there was a reasonable certainty of no harm from short fibers while the other four remained concerned about the ability of short fibers to cause harm (ATSDR, 2003). In fact, tremolite asbestos fibers were found to produce the highest average fibrosis grades when exposures were to average tremolite fibers less than 5µm in length (Nayebzadeh,et. al., 2001).

## Building Workers and Occupants

Review of the death certificates from a mesothelioma surveillance system in Wisconsin, since 1959 and a cancer reporting system since 1978, found 487 mesothelioma deaths in Wisconsin from 1959 to 1989 which led to the investigation of 41 persons with likely exposure to in place asbestos-containing building materials (ACBM). The investigation found in the 41 mesothelioma; 12 school teachers, 10 school maintenance employees, 7 public building maintenance workers, 5 private building maintenance workers, and 7 commercial and factory workers performing maintenance activities. After adjusting for all asbestos exposures the

authors concluded that individuals occupationally exposed to in-place ACBM are at risk for the subsequent development of mesothelioma [Anderson et al, 1991). Lilienfeld also reported four cases of malignant mesothelioma in school teachers whose only apparent exposure to asbestos was in the schools in which they taught [Lilienfeld, 1991]. Oliver et al (1991) has also reported a study of 120 public school custodians where they found pleural plaques, an indicator of exposure to asbestos, in 33% of the total group and 21% in those employees with no other known exposures to asbestos but through their school work. They also found more restrictive lung disease and both plaques and restriction occurred with significant associations with duration of employment [Oliver et al, 1991). More recently a French study found similar results to Oliver et al, 1991 related to latency with duration of exposures to building custodial and maintenance employees [Matrat et al, 2004).

Anderson et al. x-rayed 457 school maintenance and custodial workers and found conditions consistent with asbestos-induced diseases including pleural abnormalities which could not be explained to prior work before that of their present occupation. Laborers, at the schools, with more than 20 years of school employment had the highest prevalence of abnormalities [Anderson et al., 1992). Churg & Warnock found asbestos bodies in the lungs of 21 patients in the general population, who had 300 to 9,000 bodies/g, which the authors claim, is a concentration frequently found in manual laborers among the general population who were not primary asbestos workers and conclude that among laborers their risk was most likely occupational in nature, thus confirming that laborers are at risk of asbestos-related disease (Churg & Warnock, 1979). Among 660 custodians, employed by the New York City Board of Education, were examined between 1985 through 1987 for asbestos-related disease and 39% of those with 35 years of employment had abnormal films. 84% reported removing asbestos and 89% reported working in area where asbestos was present and abated [Levin &, Selikoff, 1991). In a study of male employees of one California school district 13.3% of custodian were found to have asbestos-related disease and because these were related to parenchymal and pleural fibrosis it would indicated rather high exposures to these custodial workers (Balmes et al., 1991). Among the statistics from the Australian Mesothelioma between 1980-1985 laborers represented the greatest percentage of jobs with mesothelioma (14.8%) [Yeung & Rogers, 2001). Among 11,685 members of the Laborers' International Union of North America (LIUNA), who died between 1985-1988 found statistically significant elevated mortality risks for lung cancer (N = 1208, PCMR1 = 1.06, 95% CI: 1.00-1.12) and 20 mesothelioma deaths (Stern et al., 1995).

---

1 PCMR = Proportional Cancer Mortality Ratio.

EPA does not believe that air sampling within buildings can represent the entire picture of potential risk to inhabitants or building workers because they believe it is of limited significance. Because of this EPA does not rely solely on air sampling to determine the necessity for remediation of buildings having asbestos-containing materials [EPA, 1985 & 1990].

## Conclusions and Opinions

In order to augment this report I have attached a chronological profile titled "Asbestos Timetables" which I prepare in order to place the information I have presented in this report in a perspective that can easily be viewed over time. This timeline also included additional information concerning the early history of asbestos usage, specific occupational exposures and products from which exposures have occurred. This list is by no means all inclusive, but does give a good overview of the development of knowledge concerning asbestos disease. In addition, a specific analysis of occupational exposure guidelines, TLV's® and government standards are outlined in the timetables.

Specifically, my opinions are as follows:

Asbestos is a harmful substance which can cause both disease and death;

The knowledge of asbestos' harm to humans has been known for decades;

All forms of asbestos can cause all asbestos-related diseases;

All exposures to respirable asbestos fibers contribute to increasing the risk of developing asbestos-related disease;

Prevention methods for reducing the risk of disease among asbestos exposed persons have been known since the 1930's;

A safe exposure concentration has never been identified for exposure to asbestos for which cancer will be prevented.

Asbestos-containing materials in occupied buildings can cause a variety of diseases when asbestos particles/fibers are released into the air and inhaled by building occupants including custodial workers, labors, maintenance workers, and teachers.

Asbestos-containing materials can release asbestos particles/fibers can be released into the air when disturbed, during deterioration and during removal.

All of my conclusions are based on my education, training, experience, and review of the medical and scientific literature. I have also included a listing of my trial and deposition testimony as I may have kept them for the last four years (I can't verify their inclusiveness). My fees for trial and deposition testimony are $400.00 per hour.

*Richard A. Lemen*

Richard A. Lemen, Ph.D., M.S.P.H.
Assistant Surgeon General, USPHS (ret.) and
Former Deputy and Acting Director,
National Institute for Occupational Safety and Health

## References:

Abraham, J.L., 1994. Asbestos inhalation, not asbestosis, causes lung cancer. Am J Indus Med, Vol. 26, pp. 839-842.

Adami JG, 1908. **Principles of Pathology**. Philadelphia: Lea & Febiger.

Anderson HA, Hanrahan LP, Higgins DN, Sarow PG, 1992. A radiographic survey of public school building maintenance and custodial employees. Environ Res, Oct., 59(1): 159.

Anderson HA, Hanrahan LP, Schirmer J, Higgins D, Sarow P, 1991. Mesothelioma among employees with likely contact with in-place asbestos-containing building materials. Ann N Y Acad Sci, Dec 31, Vol. 643, p. 550.

Ashcroft, T, 1973. Epidemiological and quantitative relationships between mesothelioma and asbestos on Tyneside. J Clin Pathol, vol. 26, p. 436.

ATSDR, 2003. Report on the expert panel on health effects of asbestos and synthetic vitreous fibers: the influence of fiber length. Prepared by Eastern Research Group, Inc., Lexington, MA, March 17 for the Agency for Toxic Substances and Disease Registry, Division of Health Assessment and Conssulation, Atlanta, GA.

Balashazy I, Werner Hofmann, and Thomas Heistracher. Local particle deposition patterns may play a key role in the development of lung cancer. J Appl. Physiol. 94: 1719-1725. 2003

Balmes JR, Daponte A, Cone JE, 1991. Asbestos-related disease in custodial and building maintenance workers from a large municipal school district. Ann N Y Acad Sci 1991, Dec 31, Vol. 643, p. 540.

Baloyi, R., 1989. Exposure to asbestos among chrysotile miners, millers, and mine residents and asbestosis in Zimbabwe, Academic Dissertation, University of Kuopic, Helsinki, Finland.

Baris YI, Bilir N, Artvinli M, Sahin AA, Kalyoncu F, Sebastien P, 1998. An epidemiological study in an Anatolian village environmentally exposed to tremolite asbestos. Br J Ind Med, Dec, Vol. 45(12); 838-40.

Baris YI, N Bilir, M Artvinli, A A Sahin, F Kalyoncu, P Sebastien. 1988 An epidemiological study in an Anatolian village environmentally exposed to tremolite asbestos. British Journal of Industrial Medicine 1988;45;838-840

Berry G, 1981. Mortality of workers certified by pneumoconiosis medical panels as having asbestosis. Brit J Industr Med, 38; 130.

Berry, G., Newhouse, M.L., and Turok, M., 1972. Combined effect of asbestos exposure and smoking on mortality from lung cancer in factory workers. Lancet. ii., p. 476.

Blennerhassett, J, Farlow, D, Glass, W et al., 1995. Asbestos exposure and disease: notes for medical practitioners. Occupational Safety and Health Services. Wellington, New Zealand, July.

Boffetta, P, 1998. Health effects of asbestos exposure in humans: a quantitative

Bonser, GM, Faulds, JS & Stewart, MJ., 1955. Occupational cancer. Am J Clin Path, Vol.25, p. 126.

Broderick A, LJ Fuortes, JA Merchant, JR Galvin and DA Schwartz. Pleural determinants of restrictive lung funtion and respiratory symptoms in an asbestos-exposed population. Chest, Vol. 101, 684-691 1992

Buchanan WD, 1965. Asbestosis and primary intrathoracic neoplasms. Annals of the New York Academy of Sciences Vol. 132, Art.1 P.507-518

Cai SX, Zhang CH, Zhang X, Morinaga K, 2001. Epidemiology of Occupational Asbestos-related diseases in China. Industrial health. Vol.39, no. 2 (Apr.2001). p. 75-83.

Campbell, W.J., Blake, R.L., Brown, L.L., Cather, E.E., and Sjokerg, J.J., 1977. Selected silicate minerals and their ashes to form varieties--mineralogical definitions and identification characterization.  Bureau of Mines Information Circular 8751.  United States Department of the Interior, Vol. 56, Washington, D.C.

Camus, M., Siemiatycki, J, & Meek, B., 1998.  Nonoccupational exposure to chrysotile asbestos and the risk of lung cancer.  N E J M, Vol. 338, No. 22, p. 1565-1571, May 28.

Churg A, Warnock ML, 1979.  Analysis of the cores of asbestos bodies from members of the general population: patients with probable low-degree exposure to asbestos.  Am Rev Respir Dis, Oct., Vol. 120, No. 4, p. 781.

Churg, A, Warnock, ML & Bensch, KG, 1978.  Malignant mesothelioma arising after direct application of asbestos and fiber glass to the pericardium.  Am Rev Respir Dis, Aug, Vol. 118, No. 2, p. 419.

Churg, A., 1985.  Malignant mesothelioma in British Columbia in 1982.  Cancer, Vol. 55, No. 3, pages 672-674.

Churg, A., Wright, J.L., Depaoli, L., and Wiggs, B., 1989a.  Mineralogic correlates of fibrosis in chrysotile miners and millers.  Am. Rev. Respir. Dis., Vol. 139, p. 891.

Churg, A., Wright, J.L., Gilks, B., and Depaoli, L., 1989b.  Am Rev. Resp. Dis., Vol. 139, p. 885.

Cullen, M. and Baloyi, R., 1991.  Chrysotile asbestos and health in Zimbabwe: I. Analysis of miners and millers compensated for asbestos-related diseases since independence (1980).  Am. J. Ind. Med., Vol. 19, p. 161-69.

Cullen, M.R., 1987.  Controversies in asbestos-related lung cancer.  Occup Med State Art Rev, Vol. 2, pp. 259-272.

Davis, J.M.G. 1979.  Current concepts in asbestos fiber pathogenicity.  In: Lemen, R.A., and Dement, J.M., (eds.), Dust and Disease, Pathotox Publishers, Inc., Park Forest South, Il. p. 45.

Davis, J.M.G., Addison, J., Bolton, R.E., Donaldson, K., and Jones, A.D., 1986a. Inhalation and injection studies in rats using dust samples from chrysotile asbestos prepared by a wet dispersion process.  British Journal of Experimental Pathology, Vol. 67, pp. 113-129.

Dr. Richard A. Lemen

27

Davis, J.M.G., Addison, J., Bolton, R.E., Donaldson, K., Jones, A.D., and Smith, T., 1986b.  The pathogenicity of Long versus short fibre samples of amosite asbestos administered to rats by inhalation and intraperitoneal injection.  British Journal of Experimental Pathology, Vol. 67, pp. 415-430.

Dement, JM & Brown, DP, 1993.  Cohort mortality and case-control studies of white male chrysotile asbestos textile workers.  J Occup Med Toxic, Vol. 2, No. 4, p. 355.

Dement, JM & Wallingford, KM, 1990.  Comparison of phase contrast and electron microscopic methods for evaluation of occupational asbestos exposures.  Applied Occ Env Hyg, Vol. 5, p. 242.

Dodson RF Ju Huang, and James R. Bruce. 2000 Asbestos content in the Lymph Nodes of Nonoccupationally exposed individuals. American Journal of Industrial Medicine 37: 169-174

Dodson RF Williams MG Corn CJ, et al., 1991a.  A comparison of asbestos burden in lung parenchyma, lumph nodes, and plaques.  Annals NY Acad Sci, Vol. 643; 53.

Dodson RF, Williams MG, Corn CJ, et al., 1991b.  Non-asbestos fibre burden in individuals exposed to asbestos.  In:  **Mechanisms in fibre carcinogenesis.**  Eds: RC Brown, JA Hosking, NFJohnson, New York, Plenum: 29.

Dodson, RF, Atkinson, MAL & Levin, JL, 2003.  Asbestos fiber length as related to potential pathogenicity: A critical review.  Am J Indust Med, Vol. 44, p. 291.

Dodson, RF, O'Sullivan, MF, Brooks, DR & Bruce, JR, 2001.  Asbestos content of omentum and mesentery in nonoccupationally exposed individuals.  Tox Indust Health, Vol. 17, p. 138.

Doll, R., 1955.  Mortality from lung cancer in asbestos workers.  Br. J. Ind. Med.,

Dupree,  J.S., Mustard, J.F., and Uffen, R.J., 1984.  Report of the Royal Commission on Matters of Health and Safety Arising from the Use of Asbestos in Ontario.  Ontario Ministry of the Attorney General.  Queen's Printer for Ontario, Toronto.

Edge, J.R., 1976.  Asbestos related disease in Barrow-in-Furness.  Environ Res, Vol. 11, p. 244.

Edge, J.R., 1979.  Incidence of bronchial carcinoma in shipyard workers with pleural plaques.  Ann. N.Y. Acad. Sci., Vol. 330, P. 289.

Elmes, P. C., McCaughey, W. T. E., & Wade, O. L., 1965. Diffuse mesothelioma of the pleura and asbestos. Br Med J, I, p. 350.
Elmes, P.C. and Simpson, M.J.C., 1971. Insulation workers in Belfast III. Mortality 1940-66. Br. J. Ind. Med. 28, p. 226.

Enticknap, JB & Smither, WJ, 1964. Peritoneal tumours in asbestosis. Br J Indust Med, Vol. 21, p. 20.

EPA, 1985. Guidance for controlling asbestos-containing materials in buildings ("Purple Book"), EPA 560/5-85-024, June and EPA, 1990. Managing Asbestos in Place: A building owner's gide to operations and maintenance programs for asbestos-containing materials ("Gree Book"), EPA 20T-2003, July

Fehre W, 1956. Ueber doppelseitige Pleuraverkalkungen infolge beruflicher Staubeinwirkungen. Fortschr Rontegenstr, 85 (1);16.

Fletcher, D. E., 1972. A mortality study of shipyard workers with pleural plaques. Brit. J. Ind. Med., Vol. 29, pages 142-145.

Frank AL, Dodson RF, Williams MG. 1998. Carcinogenic Implications of the Lack of Tremolite in UICC Reference Chrysotile. Am J Ind Med 34: 314-317

Frankel, M. and Jager, H., 1961. Mesothelioma peritonei in asbestosis pulmonuim. Jaarb. Kankeronderz Kankrtbestrijd Ned. Vol. 11, p. 99

Frost J, George J, Moller, 1956. Asbestosis with pleural calcification among insulation workers. Dan Med Bull. 3; 202.

Fubini, B., The physical and chemical properties of asbestos fibers which contribute to biological activity. 2001 Asbestos Health Effects Conference, , May 24-25, Oakland, CA, U. S. Environmental Protection Agency.

Gillam, JD, Dement, JM, Lemen, RA et al., 1976. Mortality patterns among hard rock gold miners exposed to an asbestiform mineral. In: Occupational Carcinogenesis, eds. U Saffiotti & JK Wagoner, Ann NYAS, Vol. 271, P. 336.
Gilson, JC, 1973. Asbestos cancer: Past and future hazards [Abridged]. Proc Royal Soc Med, vol. 66, April, p. 395.

Gloyne, S. R., 1933. The morbid anatomy and histology of asbestosis. Tubercle, Vol. 14, p. 550-558.

Greenberg, M, 1984. S Fibers. Am J Indust Med, Vol. 5, p. 421-422 & Personal correspondence from Dr. Morris Greenberg, 23 May 2003.

Gustavsson P, Fredick Nyberg, Goran Pershagen, Patrik Scheele, Robert Jakobsson, and Nils Plato. 2002. Low-Dose exposure to asbestos and lung

cancer: Dose-Response relations and interaction with smoking in a Popu;ation-based case-referent study in Stockholm, Sweden. American Journal of Epidemiology Vol. 155, no. 11 P. 1016-1022

Hain, ˙E, Dalquen, P, Bohlig, H, et al., 1974.  Retrospective study of 150 cases of mesothelioma in Hamburg.  Int Arch Arbeitsmed, vol. 33, p. 15.

Hammond, E.C. and Selikoff, I.J., 1973.  Relation of cigarette smoking to risk of death of asbestos-associated disease among insulation workers in the United States.  In:  Proceedings of the Conference on the Biological Effects of Asbestos (P.I. Bogovuski, J.C. Gilson, V. Pinurell, and J.C. Wagner eds.) p. 312, Lyon, France.

Hammond, E.C., Selikoff, I.J., and Seidman, H., 1979.  Asbestos exposure, cigarette smoking, and death rates.  Ann.  N.Y. Acad. Sci. 330, p. 473.

Heard B and Roger Williams 1961 The Pathology of asbestos with reference to lung function. Thorax 16, 264-281

Hemminki K, Li X, 2003a.  Time trends and occupational risk factors for pleural mesothelioma in Sweden.  J Occup Environ Med. Apr., 45(4); 456-461.

Hemminki K, Li X.  2003 Time trends and occupational risk factors for Peritoneal mesothelioma in Sweden. JOEM Vol. 45, No. 4 p. 451-455

Henderson, DW, 2000.  discussion of Dr. D.W. Henderson in European Communities â€" Measures Affecting Asbestos and Asbestos-Containing Products â€" Report of the Panel, World Trade Organization (WTO), 18 September 2000, p. 273.

Higgins, ITT, Glassman, JH, Oh, MS & Cornell, RG, 1983.  Mortality of reserve mining company employees in relation to taconite dust exposure.  Am J Epidemiol, Vol. 118, No. 5, p. 710.

Hill, AB, 1966.  Asbestos and mesothelioma of the pleura [Abridged].  Proc Royal Soc Med, vol. 59, January, p. 57.

Hillerdal, G., 1980.  **Pleural Plaques – Occurrence, exposure to asbestos, and clinical importance**.  Acta Universitatis Upsaliensis, 363, Uppsala.

Hillerdal, G., 1994.  Pleural plaques and risk for bronchial carcinoma and mesothelioma: A prospective study.  Chest, Vol. 105, pp. 144-150.

Hillerdal, G., 2001.  Radiological changes as markers of environmental exposure and environmental risk of lung cancer and mesothelioma.  2001 Asbestos Health

Effects Conference, May 24-25, Oakland, CA, U. S. Environmental Protection Agency.
HMSO, 1949. Annual Report of the Chief Inspector of Factories for the year 1947. January; 1-127.

Hobbs, MST, Woodward, S, Murphy, B, Musk, AW & Elder, JE, 1979. The incidence of pneumoc0oniosis, mesothelioma and other respiratory cancers in men engaged in mining and milling crocidolite in Western Australia. IARC, **Biological Effects of Mineral Fibers**, Lyon, France.

Hourihane, DB, 1964. The pathology of mesotheliomata and an analysis of their association with asbestos exposure. Thorax, Vo. 19, p. 268.

Huncharek, M., 1987. Chrysotile asbestos exposure and mesothelioma. Br. J. Industr. Med., Vol. 44, p. 287.

Hunting K, Gavitt B, 2003 Summary of AOEC Database Case Reports, 1997-2000 Association of Occupational and Environmental Clinics ccupational and Environmental Disease Surveillance Database, February.

IPCS, 1998. Environmental Health Criteria 203: Chrysotile Asbestos, International Program on Chemical Safety, World Health Organization. p. 107.

Iwata, T. & Yano, E., 2003. Reactive oxygen metabolite production induced by asbestos and glass fibers: Effect of Fiber milling. Indust Health, Vol. 41, pp. 32-38.

Jacob G; Bohlig H, 1955. Die rontggenologischen komplikationen der lungenasbestose. Fortschritte Auf dem Gebiete Der Rontgenstrahlen veeinigt mit Rontgenpraxis. 83 (4); 515.

Jones, JSP, Smithe, PG, Pooley , FD, Berry, G, & Sawis, GV, 1979. The consequences of asbestos dust exposure in a war-time gas mask factory. IARC. **Biological Effects of Mineral Fibres**, Lyon, France

Jones, R.N., Hughes, J.M., and Weill, H., 1996. Asbestos exposure, asbestosis, and asbestos-attributable lung cancer. Thorax, Vol. 51.

Karjalainen A, 2002. Epidemiologic and clinical aspects of asbestos-related diseases. Proceedings of the asbestos symposium for the Asian countries. September 26-27, Japan; 3.

Karjalainen, A., 1994. Occupational asbestos exposure, pulmonary fiber burden and lung cancer in the Finnish population. An Academic Dissertation. Finnish Institute of Occupational Health and University of Helsinki, pp. 1-66.

Keal, E. E., 1960.  Asbestosis and abdominal neoplasms.  Lancet II, p. 1211.
Kiviluto, R, 1960.  Pleural calcification as a roentgenologic sign of non-occupational endemic anthophyllite asbestos.  Acta Radiologica, Sup. 194., Stockholm.

Kleinfeld M. et al, 1967.  Mortality among talc miners and millers in New York State.  Arch. Environ. Health, 14; 663.

Klemperer P and Coleman B. Rabin, 1931. Primary Neoplasms of the Pleura Arch. Pathol. 11:385

Knox, J.F., Holmes, S., Doll, R., and Hill, I.D., 1968.  Mortality from lung cancer and other causes among workers in an asbestos textile factory.  Br. J. Ind. Med., Vol. 25, p. 298.

Kobayashi, Y, Murakami, R, Ogura, J, Yamamoto, K, Ichikawa, T, Nagasawa, K, Hosone, M, & Kumazaki, T,  2001.  Primary pericardial mesothelioma: a case report.  European Radiology, 8 May, springer-Verlag.  DOI 10.1007/s003300100884.

Kolyema, N. & Suzuki, Y. 1991.  Analysis of asbestos fibers in lung perenchyma, pleural plaques, and mesothelioma tissues of North American insulation workers.  Ann NY Acad Sci, Vol. 643, p. 27-52.

Konig, 1960.  Asbestosis.  Arch Gewerbvepath Gewerbehyg, vol. 18, p. 159.

Koskinen, K., Pukkala, E., Reijula, K. & Karjalainen, A., 2003.  Incidence of cancer among the participants of the Finnish Asbestos Screening Campaign.  Scand J Work, Environment & Health, pp. 64-70 (Feb).

Krige L, 1966.  Asbestosis--with special reference to the radiological diagnosis.  S. Afr. J. Radiol., 4; 13.

Kuempel, ED, Dankovic, DA, Smith, RJ & Stayner, LT, 2001.  Concordance of rat and human data-based risk estimates for lung cancer from chrysotile asbestos.  2001 Asbestos Health Effects Conference, May 24-25, Oakland, CA, U. S. Environmental Protection Agency.

Langer AM, R.P. Nolan, S.H. Constantopoulos, H.M. Moutsopoulos. Association of me5tsovo lung and poeural mesothelioma with exposure to tremolite-containing whitewash. The Lancet April 25,1987 P. 965-

Langer, A. M. & McCaughey, W. T. E., 1982.  Mesothelioma in a brake repair worker.  Lancet, vol. 2, p. 1101, November 13.

Lee, PN, 2001. Relation between exposure to asbestos and smoking jointly and the risk of lung cancer. Occup Environ Med, Vol. 58, p. 145, March.
Leicher, F., 1954. Primary epithelial tumor of the peritoneum in asbestosis. Archiv fur Gewerbepathologie und Gewerbehygiene, Vol. 13, p. 382-392.

Lemen, R., Chrysotile Asbestos as a Cause of Mesothelioma; Application of the Hill causation model. Int J Occup Environ Health. Vol. 10, p. 233-239.

Leversse, Renier, Fleury-Feith, Levy, Moritz, Vivo, Pilatte, Jaurand, 1997. Analysis of Cell Cycle Disruptions in Cultures of Rat Pleural Mesothelial Cells Exposed to Asbestos Fibers. Am. J. Respir. Cell Mol. Biol., Vol. 17, p 660-671.

Levin SM, Selikoff IJ, 1991. Radiological abnormalities and asbestos exposure among custodians of the New York City Board of Education. Ann N Y Acad Sci, Dec 31, Vol. 643, p. 530.

Lewinsohn HD, 1974. Health hazards of asbestos: A review of recent trends. J Soc Occup Med, 24; 2.

Liddell, D. & Miller, K., 1991. Minerals Fibers and Health. CRA Press., pp. 381. Baca Raton Ann Arbor Boston London.

Liddell, F.D.K.; McDonald, A.D.; McDonald, J.C, 1998. Dust exposure and lung cancer in Quebec chrysotile miners and millers. Annals of occupational hygiene. Vol. 42, no. 1, Jan., p. 7.

Lieben, J & Pistawka, H, 1967. Mesothelioma and asbestos exposure. Arch Environ Health, Vol.14, p. 559.

Lilienfeld DE, 1991. Asbestos-associated pleural mesothelioma in school teachers: a discussion of four cases. Ann N Y Acad Sci, Dec 31, Vol. 643, p. 454.

Luce D, Isabelle Bugel, Paquerette Goldberg, Marcel Goldberg, Christine Salomon, Marie-Annick Billon-Galland, Javier Nicolau, Philippe Quenel, Jiwllw Fevotte, and Patrick Brochard. 2000 Environmental exposure to tremolite and respiratory cancer in New Caledonia: A case-control study. American Journal of Epidemiology Vol. 151, No. 3 P. 259-265

Luo S, X Liu, S P Tsai and C P Wen. Asbestos related diseases from environmental exposure to crocidolite in Da-yao, China. I. Review of exposure and epidemiological data. Occupational and Environmental Medicine 2003;60:35-42.

Malorni, W., Losi, F., Falchi, M., and Donelli, G., 1990.  On the mechanism of cell internalization of chrysotile fibers:  An immunocytochemical and ultrastructural study.
Mancuso TR, 1990.  Responses to Drs. Churg and Green.  Letter to the editor. Am J Ind Med, Vol. 17; 525.

Mancuso, T.F., 1988.  Relative risk of mesotheliomas among railroad workers exposed to chrysotile.  Am. J. Ind. Med., Vol. 13, p. 639.

Mancuso, T.F., and Coutler, E.J., 1963.  Methodology in industrial health studies. The cohort approach, with special reference to an asbestos company.  Arch. Env. Health, Vol. 6, p. 210.

Mándi A, Posgay M, Vadász P, Major K, Rödelsperger K, Tossavainen A, Ungváry G, Woitowitz H-J, Galambos, É, Németh L, Soltész I, Egerváry M, Böszörményi Nagy G, 2000.  Role of occupational asbestos exposure in Hungarian lung cancer patients. Arch Environ contamination and toxicology. Vol. 73 (8), Nov.: 555.

Mándi, A.; Posgay, M.; Vadász, P.; Major, K.; Rödelsperger, K.; Tossavainen, A.; Ungváry, G.; Woitowitz, H.-J.; Galambos, É.; Németh, L.; Soltész, I.; Egerváry, M.; Böszörményi Nagy, G., 2000. Role of occupational asbestos exposure in Hungarian lung cancer patients. Arch Environ contamination and toxicology. Vol. 73, No. 8, Nov. p. 555.

Mann, R.H., Grosh, J. L. and O'Donnell, W.M, 1966.  Mesothelioma associated with asbestosis, Cancer, Vol. 19, p. 521.

Marten, M., Dirksen, M., Puschel, K. and Lieske, K., 1989.  Distribution of asbestos bodies in the human organism.  Der Pathologe, Vol. 10, pp. 114-117.

Matrat M, Pairon JC, Paoliol AG, Joly N, iwatsubo Y, Orlowski E, Letourneaux M, Ameille J, 2004.  Asbestos exposure and radiological abnormalities among maintenance and custodial workers in buildings with friable asbestos-containing materials.  Int Arch Occup Environ Health, 77: 307-312.

Matsuoka M, Hideki Igisu, and Yasuo Morimoto. Phosphorylation of p53 Protein in A549 Human Pulmonary Epithelial Cells Exposed to Asbestos Fibers. 2003 Environmental Health Perspectives Vol. 111 No. 4 pp.509-512

McDonald JC, Hansell D, Newman Taylor A. et al., 1994.  Is lung cancer related to asbestos exposure in the absence of pulmonary fibrosis?  A case-referent study.  Am J Resp Crit Care Med, Vol. 149; A405.

McDonald, AD & McDonald, JC, 1981.  Mesothelioma as an index of asbestos impact.  In: Schneiderman, M & Peto, R (eds).  Banbury Report No. 9.  Cold Spring Harbor, NY, p. 73.

McDonald, AD, Harper, A, El Attar, OA, McDonald, JC, 1970.  Epidemiology of primary malignant mesothelial tumours in Canada.  Cancer, vol. 26, p. 914.
McDonald, J.C., McDonald, A.D., 1996.  The epidemiology of mesothelioma in historical context.  European Resp. J., Vol. 9, No. 9, pages 1932-1942.

McDonald, JC, Gibbs, GW, Liddell, DK & McDonald, AD, 1978.  Mortality after long exposure to cummingtonite-gunerite.  Am Rev Respir Dis, Vol. 118, p.

McDonald, JC, Harris, J & Armstrong, B, 2002.  Cohort mortality study of vermiculite miners exposed to fibrous tremolite: and update.  Ann Occup Hyg, 46(S1), p. 93.

MCDonald, JC, McDonald, AD, Armstrong, B et al., 1986.  Cohort study of mortality of vermiculite miners exposed to tremolite.  Br J Ind Med, Vol. 43, p. 436

McEwen, J, Fiunlayson, A, Mair, A, Gibson, AAM, 1970.  Mesothelioma in Scotland.  Br Med J, Vol. 4, p. 575.

McMillan, G. & Rossiter, C.E., 1982.  Development of radiological and clinical evidence of parenchumal fibrosis in men with non-malignant asbestos-related pleural lesions.  Brit. J. Ind. Med., Vol. 39, p.54.

Merewether, E.R.A., 1949.  Annual Report of the Chief Inspector of Factories for the year 1947.  London:  HMSO, 1949. p. 78.

Mishra A, Liu JY, Brody AR, Morris GF. 1997.  Inhaled asbestos fibers induce p53 expression in the rat lung.  Am J Respir Cell Mol Biol. 1997 Apr; 16(4):479-85.

Morinaga, K, Kishimoto, T, Sakatani, M, et al., 2001.  Asbestos-related lung cancer and mesothelioma in Japan.  Indust Health, vol. 39, p. 65.

Morinaga, K, Yokoyama, K, Sakatani, M, Yamamoto, S & Sera, Y, 1993.  Lung cancer mortality among the asbestosis by smoking habit.  Proceedings of 7th International Conference on Occupational Lung Diseases, p. 372, ILO, Geneva.

Mullan, R. J. & Murthy, L. M., 1991.  Occupational Sentinel Health Events: An Up-Dated List for Physician Recognition and Public Health Surveillance.  Am J Industr Med, Vol. 19, p. 775-799.

Muscat, JE, Stellman, SD, Richie, JP & Wynder, EK, 1998.  Lung cancer risk and workplace exposures in black men and wormen.  Environ Res, Vol. 76, p. 78. Nayebzadeh , A, Dufresne, A, Vaali, H., 2001.  Lung mineral fibers of former miners and millers from Thetford-Mines and asbestos regions:  A comparative study of fiber concentrations and dimension.  Arch environ Health, Vol.56, No. 1, p. 65.

Newhouse, M.L. and Berry, G., 1976.  Predictions of mortality from mesothelial tumors in asbestos factory workers.  Br. J. Ind. Med. 33, p. 147.

Newhouse, M.L., and Thompson, H., 1965.  Mesothelioma of pleura and peritoneum following exposure to asbestos in the London area.  Br. J. Ind. Med., Vol. 22, p. 261.

Newhouse, M.L., Berry, G., Wagner, J.C., and Purok, M.E., 1972.  A study of the mortality of the female asbestos worker.  Br. J. Ind. Med. 29, p. 134. NIOSH, 1999.  Work-Related Lung Disease Surveillance Report 1999.  U. S. Department of Health and Human Services, Public Health Service, Centers for Disease Control and Prevention, National Institute for Occupational Safety and Health, p. 138-139.


Nokso-Koivisto, & Pukkala, 1994.  Past exposure to asbestos and combustion products and incidence of cancer among Finnish locomotive drivers.  Occup. Environ. Med., Vol. 51, p. 330.

NRC, 1991.  Animals as Sentinels of environmental Health Hazards.  National Research Council, National Academy Press, Committee on animals as Monitors of Environmental Harzards. pp. 160.

O'Donnell, WM, Mann, RH & Grosch, JL, 1966.  Asbestos, an extrinsic factor in the pathogenesis of bronchogenic carcinoma and mesothelioma.  Cancer, Vol. 19, No. 4, August, p. 1143.  (Abstracted in the Industrial Hygiene Bulletin of May 1966).

Oberdorster, G, 2001. fiber characteristics, environmental and host factors as determinants of asbestos toxicity.  2001 Asbestos Health Effects Conference, May 24-25, Oakland, CA, U. S. Environmental Protection Agency.

Oliver L, Sprince N, Greene R, 1991.  Asbestos-related disease in public school custodians.  Am J Indust Med, 19: 303-316.

OSHA, 1986.  Final Rule:  Asbestos.  51 FR 22612.  U.S. Department of Labor. Occupational Safety and Health Administration, Washington, D.C., June 20.

Owen, WG, 1964. Diffuse mesothelioma and exposure to asbestos dust in the Merseyside Area. Br Med J, July 25, p. 214.

Paterson, A, Grundy, R, de Goyet, J, Raafat, F, Beath, S & McCarthy, A, 2002. Congenital malignant peritoneal mesothelioma. Pediatric Radiology, 22 June, Springer-Verlag. DOI 10.1007/s00247-002-0751-2.

Peto J, 1989. Fibre carcinogenesis and environmental hazards. IARC Scientific Publ. No. 90

Pinto, C, Soffritti, C & Maltoni, C, 1995. Ignored occupational risks of asbestos mesothelioma. La Medicina del Lavoro, vol. 86, No. 5, p. 484.

Piolatto, G., Negri, E., La Vecchia, C., Pira, E., Decarli, A., and Peto, J., 1990. An update of cancer mortality among chrysotile asbestos miners in Balangero, northern Italy. Br. J. Ind. Med., Vol. 47, p. 810-814.

Pohlabeln, H., Wild, P., Schill, W., Ahrens, W., Jahn, I., Bolm-Audorff, U., & Jöckeel, K-H, 2002. Asbestos fibreyears and lung cancer: a two phase case-control study with expert exposure assessment. Occup environ Med, Vol. 59, p. 410.

Pott, F., 1993. Testing the carcinogenicity of fibers in laboratory animals: Results and conclusions. In: Warheit, D, (Hrsg.), **Contemporary Issues in Fiber Toxicology**. Academic Press, p. 395.

Rey F, C. Boutin, J. Steinbauer, J. R. Viallat, P. Alessandroni, P. Justisz, D. Di Giambattista, M.A. Billon-Galland, P. Hereng, P. Dumortier, P. De Vuyst, 1993. Environmental pleural plaques in an asbestos exposed population of nortneast Corsica. Eur Respir J. 6, 978-982

Robinson, C.F., Lemen, R.A., and Wagoner, J.K., 1979. Mortality patterns, 1940-1975 among workers employed in an asbestos textile friction and packing products manufacturing facilities. In: Lemen, R.A. and Dement, J.M. (eds.), Dust and Disease. Pathotox Publishers, Park Forest, IL, p. 131.

Rogers, Leigh, Berry, Ferguson, Mulder and Ackad, 1991. Relationship Between Lung Asbestos Fiber Type and Concentration and Relative Risk of Mesothelioma, A Case-Control Study, Cancer, 67(7):1912-1920.

Roggli VL, MD, Anupama Sharma, MD, Kelly J. Butnor, MD, Thomas Sporn, MD., Robin T. Vollmer, 2002. Malignant Mesothelioma and occupational exposure to asbestos: A clinicopathological correlation of 1445 cases. Ultrastructural Pathology,26:55-65

Roggli, V. L., Sanfilippo, F. & Shelburne, J. D., 1992. Mesothelioma Chapter 5. In: **Pathology of Asbestos-Associated Diseases**, Eds. Roggli, V. L., Greenberg, S. D. & Pratt, P. C., Little, Brown & Company, Boston/Toronto/London

Roggli, V.L.., Hammar, S.P., Pratt, P.C., et al., 1994.  Does asbestos or asbestosis cause carcinoma of the lung?  Am J Ind Med, Vol. 26, pp. 835-838.

Rosenstock,  L, Hudson LD, 1986 Nonmalignant Asbestos-Induced Pleural Disease. Seminars in Respiratory Medicine. Vol. 7, No. 3 p. 197-202

Rosenstock, L., 1994.  Asbestosis and Asbestos-Related Pleural Disease.  In: Eds. Rosenstock, L. and Cullen, M.B.  Textbook of Clinical Occupational and Environmental Medicine.  W.B. Saunders Company. p. 260.

Rosenstock, L., Barnhart S., Heyer, N.J., et al., 1988.  The relation among pulmonary function, chest roentgenographic abnormalities, and smoking status in an asbestos-exposed cohort.  Am. Rev. Respir. Dis., Vol. 138, p. 272.

Rubino, G.F., Scanetti, G., Conna, A., and Palestro, G., 1972.  Epidemiology of pleural mesothelioma in northwestern Italy (Piedmont).  Br. J. Ind. Med. 29, p. 436.

Sebastien, P, Janson, X, Bonnaud, G et al., 1979.  Translocation of asbestos fibers through respiratory tract and gastrointestinal track according to fiber type and size.  Dust and Disease, Eds: Richard A. Lemen & John M. Dement, Pathox Publishers, Inc., Forest Park South, IL, p. 65.

Sebastien, P., McDonald, J.C., McDonald, A.D., Case, B. and Harley, R., 1989.  Respiratory cancer in chrysotile textile and mining industries:  exposure inferences from lung analysis.  British Journal of Industrial Medicine, Vol. 46, p. 180.

Sebastien, PI, Janson, X., Gausichet, A., Hirsch, A. & Bignon, J., 1980.  Asbestos retention in human respiratory tissues: comparative measurements in lung parenchyma and in perital pleura.  IARC Sci Pub, Vol 30, p. 237-246.

Seidman H, Irving J. Selikoff, and E. Cuyler Hammond.1979 Short-term asbestos work exposure and long-term observation. Ann. N.Y. Acad. Of Sci. Vol. 330, pp. 61-89

Selikoff IJ, Seidman H., 1991. Evaluation of selection bias in a cross-sectional survey. Am J Ind Med. Vol. 20(5);:615-27.

Selikoff, I.J. and Hammond, E.C., 1979.  Health Hazards of Asbestos Exposure.  Ann. N.Y. Acad. Sci., Vol. 330.
Selikoff, I.J. and Lee, D.H.K., 1978.  **Asbestos and Disease**.  Academic Press, Inc.  New York, San Francisco, London.  pp. 559.

Selikoff, I.J., 1976.  Asbestos disease in the United States, 1918-1975.  Rev. Franc. Mal. Resp., Vol. 4, Suppl. 1, p. 7.

Selikoff, I.J., Hammond, E.C., and Churg, J., 1968.  Asbestos exposure smoking and neoplasia.  JAMA, 204, p. 706.

Sheehy, J. W., Cooper, T. C., Oâ€™Brien, D. M., McGlothlin, J. D., & Froehlich, P. A., 1989.  Control of Asbestos Exposure During Brake Drum Service.  National Institute for Occupational Safety and Health, Public Health Service, Centers for Disease Control, U. S. Department of Health and Human Services, August.
Sheers G, Coles RM, 1980.  Mesothelioma risks in a naval dockyard.  Arch Environ Health 1980 Sep-Oct;35(5):276-82).

Sheers, G., 1979.  Asbestos - associated disease in employees of Deveonport Dockyard.  Ann. N.Y. Acad. Sci., Vol. 330, p. 281.

Siegal, W., Smith, A.R. & Greenburg, L., 1943.  The dust hazard in tremolite talc mining, including roentgenologic findings in talc workers.  Am J Rentogenol Radium Therapy, 49 (1);11, January.

Simson, F.W., 1928.  Pulmonary asbestosis in South Africa [abstract].  Brit Med J, July-Dec., p. 258.
Smith AR, 1952.  Pleural calcification resulting from exposure to certain dusts.  AJR. 67 (3); 375.

Stanton MF, Laynard  M, Tegeris A, et al., 1977.  Carcinogenicity of fibrous glass: pleural response in the rat in relation to dimension. J Natl Cancer Inst, Vol. 58; 587-603.

Stanton, M.F., and Wrench, C., 1972.  Mechanisms of mesothelioma induction with asbestos and fibrous glass.  J. Natl. Cancer Inst., Vol. 48, p. 797

Stanton, MF, Laynard, M, Tegeris, A, et al. 1981.  Relation of particle dimension to carcinogenicity in amphibole asbestoses and other fibrous minerals. JNCI, Vol. 67, No. 5, November, p. 965.

Stayner et al.,  Exposure-response analysis of risk of respiratory disease associated with occupational exposure to chrysotile asbestos. Cccupational and Environmental Medicine 1997; 54-646-652

Stayner, L.T., Dankovic, D.A., and Lemen, R.A., 1996.  Occupational exposure to chrysotile asbestos and cancer risk:  A review of the amphibole hypothesis. American Journal of Public Health, Vol. 86, No. 2, , p. 179 (February).

Steenland, K, Burnett, C, Lalich, N, Ward, E & Hurrell, J, 2003.  Dying for work: The magnitude of US mortality from selected causes of death associated with occupation.  Am J Indust Med, Vol. 43, p. 461.

Stern F, Schulte P, Sweeney MH, Fingerhut M, Vossenas P, Burkhardt G, Kornak MF, 1995.  Proportionate mortality among construction laborers.  Am J Ind Med, Apr., Vol. 27, No. 4, p. 485.

Sturm, Menze, Krause & Thriene, 1994.  Use of asbestos, health risks and induced occupational diseases in the former East Germany.  Toxicology Letters, vol. 72, p. 317-324.

Suzuki, Y. & Yuen, SR., 2002. Asbestos fibers contributing to the induction of human malignant mesothelioma.  Ann NY Acad Sci, Vol. 982. pp. 160-176.

Suzuki, Y. Yuen, S., Ashley, R. & Calderaro, A., 1998.  Asbestos fibers and human malignant mesothelioma.  Advances in the Prevention of Occupational Respiratory Diseases, Eds. Chiyotani, K., Hosoda, Y., & Aizawa, Y., Elsevier Science B.V., p. 709

Tagnon, I., Blot, W. J., Stroube, R. B. et al., 1980.  Mesothelioma associated with the shipbuilding industry in Coastal Virginia.  Cancer Research, Vol.40, No. 11, p. 3875-3879.

Tammilehto, L., Tuomi, T, Tiainen, M, Rautonen, J, Knuutila, S, Pyrhonen, S & Mattson, K, 1992.  Malignant mesothelioma: clinical characteristics, asbestos mineralogy and chromosomal abnormalities of 41 patients.  Eur J Can, vol. 28A (8-9), p. 1373.

Thomson, 1962.   Mesothelioma of Pleura or Peritoneum and limited basal asbestosis.  S.A. Med J, Vol.36, p. 759.

Tossavainen A,Mia Kotilainen, Ken Takahashi, Guowei Pan§ and Esa Vanhala., 2001 Amphibole fibres in Chinese chrysotile asbestos. Ann Occup. Hyg. Vol.45, No.2,pp. 145-152.

Tossavainen, A, Kovalevsky, E, Vanhala, E & Tuomi, T, 2000.  Pulmonary mineral fibers after occupational and environmental exposure to asbestos in the Russian chrysotile industry.  Am J Indust Med, Vol. 37, p. 327.

Tossavainen, A, Riala, R, Kamppl, R et al., 1996. **Dust Measurements in the Chrysotile Mining and Milling Operations of Uralasbest Company, Asbest,**

Dr. Richard A. Lemen

40

**Russia**. Finnish Institute of Occupational Health, Finland, National Institute for Occupational Safety and Health, Morgantown, USA, Russian Academy of Medical Sciences, Institute of Occupational Health, Moscow, Russia and Medical Research Center for Prophylactic and Health Protection of Industrial Workers, Ekaterinburg, Russia.  Helsinki.

Tossavainen, A. et al, 1997.  Consensus Report, "Asbestos, asbestosis, and cancer: the Helsinki criteria for diagnosis and attribution," Scand. J. Work Environ. Health, Vol. 23, p. 311-16.

Tuomi, T, 1992.  Fibrous minerals in the lungs of mesothelioma patients: comparison between data on SEM, TEM, and personal interview information. Am J Ind Med, Vol. 21, No. 2, p. 155.

Tuomi, T, Segerberg-Konttinen, M, Tammilehto, L, Towwavainen, A & Vanhala, E, 1989.  Mineral fiber concentration in lung tissue of mesothelioma patients in Finland.  Am J Ind Med, Vol. 16, No. 3, p. 247.

Van der Schoot, H. C. M., 1958.  Asbestosis and pleural tumors.  Natherlands J Med, Vol. 102, (I) 23, p. 1125-1126, June.

Wagner, E., 1870.  Das tuberkelahnliche lymphadenom.  Arch Heilk, Vol. 11, p. 495-525.

Wagner, J.C.(ed.), 1980.  **Biological Effects of Mineral Fibres**.  International Agency for Research on Cancer, World Health Organinzation.  IARC Scientific Publications No. 30 and INSERM Symposia Series Volume 92, Lyon, France, Vol. 1 and Vol. 2.

Wagner, J.C., Berry, G., and Timbrell, V., 1973.  Mesotheliomas in rats following inoculation with asbestos and other materials.  Brit. J. Cancer, Vol. 28, p. 175.

Wagner, J.C., Berry, G., Skidmore, J.W. and Poole, F.D., 1979.  The comparative effects of three chrysotiles by injection and inhalation in rats. Biological effects of mineral fibres.  Vol. 1, International Agency for Research on Cancer, Lyon, IARC Scientific Publications No. 30, World Health Organization p. 363.

Wagner, J.C., Berry, G., Skidmore, J.W., and Timbrell, V., 1974.  The effects of the inhalation of asbestos in rats.  Br. J. Cancer, Vol. 29, No. 3, p. 252.

Weiss, W., 1971.  Cigarette smoking, asbestos and pulmonary fibrosis.  Am. Rev. Respir. Dis. 104, p. 223.

Williams, MG, Dodson, RF, Dickson, EW & Fraire, AE, 2001.  An assessment of asbestos body formation in extrapulmonary sites: liver and spleen.  Tox Indust Health, Vol. 17, p. 1.

Wylie, AG, Virta, RL, & Segreti, JM, 1987.  Characterization of mineral population by index particle: implication for the Stanton hypothesis.  Environ Res, Aug., vol. 43, p. 427-439.

Yano, et al., 2001.  Cancer Mortality Among Workers Exposed to Amphibole-Free Chrysotile Asbestos, Am. J. Epidemiology, Vol. 154, p. 538.

Yarocioglu et al., 1994.  Pleural calcification associated with exposure to chrysotile asbestos in southeast Turkey. Chest. 1976 Jul;70(1):43-7.

Yazicioglu S, Ilcayto R, Balci K, Sayli BS, Yorulmaz B., 1980.  Pleural calcification, pleural mesotheliomas, and bronchial cancers caused by tremolite dust.  Thorax. Aug;35(8):564-569.

Yeung P, Rogers A., 2001. An occupation-industry matrix analysis of mesothelioma cases in Australia 1980-1985.  Appl Occup Environ Hyg, Jan., Vol. 16, No. 1, p. 40.

Yeung, P, patience, K, Apthorpe, L, & Willcocks, D, 1999.  An Australian study to evaluate worker exposure to chrysotile in the automotice service industry.  Appl Occup Environ Hyg, Vol. 14, No. 7, July, p. 448.

Zielhuis, RI, Versteeg, JPJ & Planteydt, HT, 1975.  Pleural mesothelioma and exposure to asbestos: a retrospective case-control study in The Netherlands.  Int Arch Occup Environ Health, Vol. 36, p. 1.