(Straif et al., 1999).  The role of carbon black in the etiology of stomach cancer is not supported (IARC, 1996).  A risk of stomach cancer was evaluated for 12 workplace hazards, including asbestos, which did not find any significant relationship.  The study was a death certificate analysis from 24 states in the United States using exposure data from a variety of sources including two textbooks, computerized databases from OSHA and NIOSH, unpublished industrial hygiene reports and personal experiences.  The exposure surveys based on the computerized databases, while containing some quantifiable data, are mainly based on subjective interpretation by the surveyors.  Any use of the two textbooks for exposure classification is very questionable since the very limited exposure data reported conversion from mppcf to fibers/ml and one of the authors (Levy, 1975) warns using such conversions is done "…with considerable risk to the validity of the results."  Readers of the paper can't judge the authors conclusions adequately when based on unpublished industrial hygiene data or personal experiences.  Given these factors limited validity to the author's conclusions must be questioned (Cocco et al., 1999).

Limited evidence has also been shown for associations between gastric cancer and asbestos exposure.  In a plant manufacturing fireproof textiles and friction materials a digestive cancer registry since 1978 was analyzed.  The authors did not find any significant excess of digestive cancers, except for the peritoneum, however, more than expected deaths occurred for other digestive cancers which led the authors to conclude that their study provides initial evidence suggesting a relationship between occupational exposure to asbestos and risk of digestive cancer and that evidence of a dose-effect relationship is seen among the whole population at risk.  An important finding of this study is that the authors feel that intensity of exposure is more important than the duration of the exposure (de la Provôté et al., 2002).  In a multicenter case-control study in Italy involving interviews with 640 histologically confirmed male cases and 959 controls, randomly selected from the resident populations of the study areas. Workers with twenty-one plus years of potential exposure had nonsignificantly increased risks related to asbestos exposure (Cocco et al., 1994).  In a study of 1756 male workers at a nitrate fertilizer plant employed for 1 year or more between 1947 and 1980 and using asbestos and nitrogen derivatives for surrogates of individual exposure found a slight increase for stomach cancer (28 obs. vs 19.9 exp.; RR = 1.41; CI: 95% 0.93 - 2.03) (Zandjani et al., 1994).  Norwegian lighthouse keepers exposed to asbestos in their drinking water collected in cisterns collecting the water off roofs made of asbestos cement tile.  Fiber counts ranged from 1,760 to 71,350 million fibers per liter, which were higher that measured in the general Norwegian water supplies.  Measurements were taken 20 years after the roof tiles were installed and those keepers with 20 years latency or more experienced a stomach cancer incidence of 11 observed when only 4.57 were expected (RR = 2.41; 95% CI: 120 - 431) (Anderson et al., 1994).  These increases for stomach cancer were occurring during a period of time that the overall rate of stomach cancer was going down, for males and females and in all age groups, in Norway (Maartmann-Moe & Hartveit, 1985).

Case reports have also identified associations between exposure to asbestos and gastrointestinal cancer.  Case reports taken alone and without connection with the numerous epidemiological studies, as discussed previously, would be mostly of clinical interest or suggestive of hypothesis generation, however, when connected with the well controlled and conducted epidemiological studies are of much greater importance.  In a series of five cases of double cancers involving the lung and the stomach and after determining if the subjects had exposure to asbestos, three had such occupational histories and many crocidolite fibers were found in their autopsied lungs.  The authors suggest there could be an association between these three cancers and their exposures to asbestos (Kishimoto et al., 1988).  One case report, of an 84 year old man with pleural plaques with calcification and a history of working in shipyard having known asbestos exposure, presented with a double cancer of the stomach and colon.  Asbestos bodies were also found in his autopsied lung tissue.  Given the epidemiological literature the authors suggest there might be an association with exposure to asbestos (Kishimoto et al., 1989)..  In a series of 35 primary multiple cancers, confirmed by autopsy, 25 (71%) were proven to have exposure to asbestos.    In these lung and stomach cancers were the main component of the multiple cancers and in addition 13 of the cases had asbestos bodies in five grams of autopsied wet lung tissue which amounted to

more than 1000. The authors, given the epidemiological literature, suggest that asbestos exposure might possibly have induced a high incidence of multiple cancers.[17] Kishimoto & Shimamoto (1990) continue their evaluation of case reports and now report on ten cases of double cancers of the lung and stomach. Five of the cases had developed their cancers simultaneously while the other 5 had developed their lung cancer after stomach cancer surgery. Eight of the cases had histories of asbestos exposure, and almost all cases had significantly high numbers of asbestos bodies in autopsied lung tissue. The fiber type found in the lungs was all chrysotile. The final case report by Kishimoto & Yamaguchi (1990) describes a 76 year old male with simultaneous double cancer of the lung and stomach. Histologically the two tumors were different (stomach: well differentiated tubular adenocarcinoma and lung: moderately differentiated papillary adenocarcinoma), while the stomach cancer was early stage the lung cancer was stage IIIa. The case had a definite exposure to asbestos in a Japanese naval shipyard. On X-ray pleural plaques with calcification were found as were numerous asbestos bodies in resected lung tissue which were chrysotile and tremolite. Even though he was a heavy smoker the authors suggest asbestos exposure and smoking are considered etiological factors independently and synergistically for cancer development (Kishimoto & Yamaguchi, 1990).

**Notes on laryngeal cancers:** Doll & Peto (1987) have suggested exposure to asbestos as a risk factor for cancer of the larynx. The International Agency for Research on Cancer, of the World Health Organization, reported in 1977 and again in 1987 about an excess of cancers of the larynx observed in workers exposed to asbestos. In a review of 12 cohort studies half did not show any significant excess in laryngeal cancer and the other studies had SMRs that ranged from 1.91 to 5.41, however, the authors contend that none had adjusted for confounders such as alcohol and smoking (Chan & Gee, 1988). Looking at 6 cohorts with lung cancer RR of 2 or more found two with the highest relative risk estimates for lung cancer of 4.06 and 3.28 which gave strong findings for asbestos exposure and laryngeal cancer with RRs of 1.91 (90% CI: 1.00-3.34) and 3.75 (90% CI:1.01-9.68). Confounders of smoking and alcohol consumption did not explain the excess (Smith et al., 1990). Edelman (1989) reviewing 13 cohort studies found two studies out of 13 with SMRs that were statistically increased for laryngeal cancer from asbestos exposure. While no causal association was found among 322 workers examined at a friction products manufacturing plant 20% with asbestos exposure had laryngitis when compared to only 11% in the lower risk group and they authors concluded that asbestos may act as an irritant to the larynx (Parnes, 1990). Maier & Tisch (1997) found that the majority of laryngeal cancers were identified in blue collar workers exposed to a variety of hazards including asbestos, but do not make any conclusions concerning a causal association. A case-control analysis of 112 patients in Uruguay found an OR of 2.4 (95% CI: 1.2-4.8) for those exposed to asbestos for over 21 years (De Stefani et al., 1998). A meta-analysis of 69 asbestos-exposed occupational cohorts found a meta-SMR of 157 (95% CI: 95-245) with latency of at least 10 years and a meta-SMR of 133 (95% CI: 114-155) without any latency association but when analyzed by work group found meta-SMRs for latency among asbestos miners and millers (135, 95% CI: 124-146); asbestos products manufacture (192, 95% CI: 176-209); & friction materials workers (112, 95% CI; 101-124). Without latency asbestos miners and millers had a meta-SMR of 153 (95% CI: 144-163, p = 0.002) and asbestos products manufactures of 188 (95% CI: 173-203, p = 0.0001). Based on these results the authors concluded there was a suggestion of an association between asbestos and laryngeal carcinoma (Goodman et al., 1999). Asbestos exposure was related to a RR of 1.8 (95% CI: 1.1 – 3.0) in the highest exposure group, in a case-control study of 545 cases of squamous cell cancer of the upper gastrointestinal tract compared to 641 referents, among Swedish men age 40-79 living in two regions between 1988-1990 (Gustavsson et al., 1998). In a French study asbestos exposures, controlled for both smoking and alcohol, found and excess in hypopharynx (OR = 1.8, 95% CI: 1.1-2.7 which was consistent with an IARC case-control study found an OR of 2.1 (95% CI: 1.2-3.8 associated with cancers of the hypopharynx and epilarynx, both of which are contiguous with similar clinical characteristics, thus making an etiology of common cause plausible. The highest risk was for the epilarynx at the highest asbestos exposure (OR 2.22, 95% CI: 1.05-4.70). The authors found a non-statistical excess for laryngeal cancer which they conclude points into the same direction as those significant for the subsites. The authors did not find any significant

interaction between smoking and asbestos for laryngeal cancer (Marchand et al., 2000). In a Japanese study of 525 autopsy cases of asbestosis between 1958-1996 compared to 1,055,734 non-asbestosis cases laryngeal cancers were significantly higher (6 obs. vs 3 exp. or 1.1% compared to 0.3%, $X^2$ = 12.0, p < 0.001) (Murai & Kitagawa, 2000). In a study by Browne and Gee (2000) of mortality and morbidity prospective studies the authors found only one of the mortality studies had clear evidence of an excess for laryngeal cancer (8 obs. vs 3 exp.; SMR 2.7, 95% CI: 1.15-5.25) and of two morbidity studies one study had a significant excess for those hired between 1928-1940 (5 obs. vs 0.9 exp.; SMR 5.5, 95% CI: 1.8-12.9) and those hired after 1940 did not (9 obs. vs 7.5 exp.; SMR 1.2, 95% CI: .55-2.28). The later finding might reflect an inadequate latency factor for those hired after 1940. It appears that the authors grouped their analysis together for the 22 mortality studies and then summed the observed and the expected values, for all studies, and then calculated a SMR for the total in order to come to the conclusion that there was no causal association between asbestos and laryngeal cancer, a technique not epidemiologically valid for such analysis without weighing the studies for comparison. In the case control studies analysis the authors throw out 3 studies because of reported methodological errors and include 17 other studies, on which the authors make no comment as to their methodological accuracy, from which they conclude, based on the non-significance of 15 studies, when compared to the two studies having statistical significance that no causal relationship exists. Such analysis by equating studies based on only numerical analysis and not considering the various weights of the individual studies is not only misleading but in the worst tradition of epidemiology and represents a misapplication of the methods used for meta analysis.

A NIOSH study of the proportionate mortality among unionized roofer and water-proofers found a statistically significant increase in cancer of the larynx with the PMR of 145 (95% CI: 106-193) (Stern et al., 2002). In conclusion, while there is equivocal evidence for a causal association between asbestos exposure and laryngeal cancer as compared to asbestosis, lung cancer, mesothelioma and gastrointestinal cancers, the evidence that does exist, from some very well controlled epidemiology analyses, do point to such a casual association. That it is biologically plausible is also a factor to consider when evaluating the ability of the asbestos fiber to reach the larynx as is the role of inhaled dusts, including those containing asbestos, to cause repeated irritation that may well act as a co-factor in the etiology of laryngeal cancer (Wight & Vindih, 2003).

**Notes on Kidney Cancers:** Asbestos bodies have been found in the kidney which the authors feel either could have formed in the lung or then migrated to the kidney or that the asbestos fibers themselves may have migrated and then formed the asbestos bodies in the kidney, which is the theory that the authors favor (Auerbach et al., 1980). Higher risks of kidney cancer were reported among males in asbestos mining areas of Quebec (Graham et al., 1977). Selikoff et al. reported a relative risk of 2.3 for renal cancer among the 17,800 asbestos insulators under study (Selikoff et al., 1979). In a discussion paper, published in __Dust and Disease__, Cook (1979) reported finding fibers in the urine of person's drinking water containing amphibole asbestos which were in the same size range, leading him to the conclusion that the kidney is also a target organ for such fibers. A study of 1,500 asbestos exposed workers which found malignancies of the kidney that the authors considered related to asbestos exposure (Harber et al., 1987). A case-control study of renal adenocarcinoma in 518 cases from 37 Massachusetts area hospitals, identified between 1981 and 1984, found the incidence of asbestos induced renal adenocarcinoma to be 1.6 with a one sided 95% confidence limit of 1.0 leading the authors to conclude asbestos was a cause of renal adenocarcinoma in their study (Maclure, 1987). In an analysis of three cohorts, having a RR in excess of 2 for lung cancer, identified that all 3 cohorts had excess kidney cancers. Kidney cancers in the three had SMRs of 2.22 (95% CI 1.44-3.30) (Selikoff et al., 1979); 2.76 (95% CI: 1.29-5.18) (Enterline et al., 1987); & 1.63 (95% CI: 1.31-2.00) (Puntoni et al., 1979). The authors concluded that because of the results in their analysis, good evidence that asbestos can reach the target site for the kidney cancers and because animal evidence also supports a causal association with kidney cancer that it is probable that asbestos exposure can also cause human kidney cancer (Smith et al., 1989). A more recent interpretation of the Smith et al. (1989) study by Pesch et al. (2000) concludes that the Smith et al. analysis disputes the role of asbestos in the etiology of kidney cancer, which is quite the opposite of the conclusions of Smith et al. analysis. In a letter to the

| 1935 | Gloyne reports on a case of lung cancer with "a few deposits of growth in the pleura" (Gloyne, 1935). |
| 1943 - 1946 | Reports of pleural (chest) and peritoneal (abdominal) tumors associated with asbestos exposures appeared (Wedler, 1943 a, b and Wyers, 1946). |
| 1947 | Mesothelioma of the pleura, with no fibrosis of the lung, found on pathologic examination in a 37 year old insulation worker with a history of cutting asbestos containing insulation board (Mallory et al., 1947). |
| 1949 | Further reports of mesothelioma and association with asbestos exposure (Doig, 1949; Merewether, 1949; & Wyers, 1949). |
| 1952 | Cases of mesothelioma reported (Smith, 1952) and Cartier (1952) reported on a pleural mesothelioma with no asbestosis. |
| 1953 | Discussion of two previously unpublished cases of pleural mesothelioma (Weiss, 1953). |
| 1954 | Peritoneal mesothelioma reported in a 53-year-old asbestos worker with asbestosis after 26 years of exposure (Leicher, 1954). |
| 1955 | Peritoneal cancers in 1 male and 3 female asbestos textile workers, found at |

editor commenting on the Smith et al., (1989) analysis, Enterline and Henderson (1990) concludes that they feel the available data point to asbestos as a cause of human kidney cancer. In a continuing evaluation, through 1986, of the large North American insulators Seidman & Selikoff (1990) reaffirmed that the original findings for the major causes of mortality continued, with about the same distributions, including those for kidney cancers. In New South Wales asbestos was found to significantly increase the risk of kidney cancer (RR = 1.62, 95% CI: 1.04-2.53) (McCredie & Stewart, 1993). McDonald et al. (1993) found elevated kidney cancers in workers having accumulated exposures of 300 mpcf-y, but with no dose response tendency. In looking at risk factors for renal cancer, in Denmark, a high number of cases were found related to asbestos exposure (Mellemgaard et al., 1994). An international renal-cell cancer study found, when looking at occupation, that asbestos exposure resulted in an RR of 1.4 (Mandel et al., 1995). A review of the case-control studies of asbestos exposure and renal cancers were negative, however, the authors concluded that the power of the studies were too limited, because of the low number of workers exposed, but did report two case-control studies with elevated risks from Denmark and Australia (McLaughlin et el., 1996). Kidney cancers were increase after 3 years employment as deck officers among merchant seamen potentially exposed to asbestos (OR 2.15, 95% CI: 1.14-4.08 (Saarni et al., 2002).

**Notes on malignant lymphomas and lymphocytic leukemia:** Multiple reports have reported lymphomas in persons exposed to asbestos. Lymphoma encompasses more than 40-related diseases that develop from lymphocytes (Seattle Cancer Care Alliance, 2003). The American Cancer Society projects that lymphomas account for about 5% of all cancers in the United States, the majority being non-Hodgkins lymphoma. One study published in 2001, reviewing the epidemiological literature from 6 cohort studies and 16 case-control studies published through 1999 concluded that their combined analysis indicated a weakly increased risk from exposure to asbestos (Becker et al., 2001). Schwartz et al. (1988) observed an association between chronic lymphocytic leukemia and asbestos exposure and concluded that because of the pattern of immunologic abnormalities occurring in asbestos-exposed persons that their observation deserves further study.

postmortem examination, all of which were anaplastic carcinomas without any other primary site identified. Two cancers of the pleura, 1 disseminating and one not which were adenocarcinomas.  These were first observed by one of the authors (M.J. Stewart) in 1928, among post mortem material from 80 persons who worked at 2 factories (Bonser et al., 1955).

1958        Pleural and peritoneal mesothelioma in insulation workers (Van der Schoot, 1958).

1960        In a series of cases of asbestosis it was found that 9 of 15 deaths in women were associated with ovarian or peritoneal cancer giving an incidence, according to the author of 60%, there was one death in 15 men with asbestosis.  The women's latency from first exposure ranged from 21 to 46 years with the range for duration of exposure from 1 to 21 years while the one male's latency was 26 years with a duration of exposure of 23 years (Keal, 1960).

1960        *****Wagner et al's. study of miners, millers, and transporters of asbestos and of non-mining residents looked at 47 cases, occurring between 1956 and 1960 and found primarily mesothelioma of the pleural occurring in one part of South Africa, the northwestern portion of the Cape Province, known to have many asbestos mines. The first case was in a 36 year old Bantu male who was born on the asbestos fields but worked as a shower attendant at a Witwatersrand gold mine and had asbestos bodies confirmed histologically, but no evidence of fibrosis.  The second case was in a 55 year old woman, the daughter of a dentist, who lived from age 1-6 in one of the asbestos mining villages. The youngest of the cases was a 20 year old male.  The 1960 report is attributed to confirming a causal association between exposure to asbestos and mesothelioma.  The fact that residential exposures were also occurring have attributed to the fact that low-level, non-occupational exposures to asbestos can be hazardous (Wagner et al., 1960; Wagner, 1991).

1963        The first study, in the United States, to report mesothelioma with asbestos exposure was reported (Mancuso and Coulter, 1963).

1963        Wagner reported on 120 mesothelioma cases he had collected in his presentation at the 14th International Congress on Occupational Health (Wagner, 1963).

1964        A second study in the United States, of insulation workers, found an association of asbestos exposure and mesothelioma (Selikoff et al., 1964).

1964        Two cases of mesothelioma reported in which asbestos bodies were found in the lungs and both had known histories of exposure to asbestosis. Case one had cleaned bags in an asbestos factory for 3 years and Case two had worked in a laundry where he had duties that included lagging pipes with asbestos and each had latency periods of greater than 20 years (Fowler et al, 1964).

1964        A review of all cases recorded as primary diffuse tumors of the pleura or peritoneum (mesotheliomata) were studied from the The London Hospital between 1917 to 1962.  The 30 plus cases were confirmed and had asbestos bodies in the lung tissue and many had no history of industrial exposure leading the author to conclude that it is possible that temporary or relatively trivial exposure may play a role in the etiology of mesothelioma (Hourihane, 1964).

1964        A review of 11 cases of peritoneal found between the years 1958-1963 in 8 men and 3 women.  Exposures ranged from 10 months to 32 years and in none of the cases was the latency less than 20 years.  All three commercial types of

asbestos were involved and in 3 of the men and one of the women no asbestosis had been diagnosed (Enticknap & Smither, 1964).

1965        *****The New York Academy of Sciences held a conference on **"The Biological Effect Asbestos"** in which mesothelioma from exposure to asbestos is discussed with studies showing excess incidences (Selikoff & Churg, 1965).

1968        On October 12, a report appeared in the popular periodical *The New Yorker* magazine on asbestos and its' associated health hazards in a 22 page article tiled *The Magic Mineral*. Now not only the scientific community knew of the hazards of asbestos but now one of the most widely read lay publications was telling its' readership of the dangers faced by persons exposed to asbestos (Brodeur, 1968).

1966        Citing this conference the United States government, program on occupational health of the National Center for Urban and Industrial Health, sponsored a two day seminar, in December of 1966, that outlined the need for expanding the governments role in protecting asbestos exposed individuals. The seminar proceedings stated that "It has been known since the early 1900's that excessive exposure to asbestos gives rise to the disabling pulmonary disease *"asbestosis."* *More recently, evidence has been developed that the incidence of respiratory tract, and other malignancies in asbestos workers is excessive."* (Brown, 1967).

## Chapter 3:

## *PRODUCT USAGE AND DISEASE*[18]

### *I*
### *Lung Disease (Asbestosis)*

[1]**Notes on worker exposure:** has been found in the shipyard industry; the construction industry; the brake repair and transportation industry; the electronic and electrical industries; the paint industry; the optical goods industry; the plumbing industry; and other general industry manufacturing sectors (NIOSH, 1990; Lloyd, 1975; and Nicholson et al., 1982). Exposures in the

---

[18]**Notes on worker exposure:** has been found in the shipyard industry; the construction industry; the brake repair and transportation industry; the electronic and electrical industries; the paint industry; the optical goods industry; the plumbing industry; and other general industry manufacturing sectors (NIOSH, 1990; Lloyd, 1975; and Nicholson et al., 1982). Exposures in the construction industry varied as shown in the study by Reitze et al. (1972), when they measured fiber counts from spraying asbestos onto buildings. They found 70 fibers/ml 10 feet from the nozzle of the spray gun and at 25 feet from the nozzle, 3 fibers/ml. This indicates that not only were the spray operators at risk, of exposure, but also the auxiliary workers such as carpenters, pipefitters, welders, electricians, plumbers, etc. (Reitze et al., 1972).

Diseases in non-occupational exposed persons living near industrial sources of asbestos and familial exposures to asbestos occurred when the worker brought home asbestos containing material from the worksite or when the worker did not shower or wore the same clothes home that had been worn during the work process (Wagner et al., 1960; Newhouse and Thompson, 1965; Bohlig and Hain, 1973; Nicholson, 1975; Anderson et al., 1976; & NIOSH, 1995). Also domestic exposures have been associated with household repairs, and do-it-yourself construction, using products containing asbestos or when disturbing products containing asbestos (Rohl et al., 1975). Pets, of owners with asbestos-related occupations or the hobbies of a household member involving asbestos containing materials, have lead to the animal's developing mesothelioma (Glickman et al., 1983).

| | |
|---|---|
| 1897 | Hundreds of buildings reported to contain "asbestic" (asbestos) in New York (Jones, 1897b). |
| 1918 | Radiological findings in a marine fireman, consistent with asbestos-related disease (Pancoast et al., 1918). |
| 1932 | The disease asbestosis was causally linked with end product usage of asbestos containing materials, as early as 1932, when a maintenance employee, working with asbestos containing insulation products, developed the disease.   A workers' compensation claim was even awarded, in this case, without any medical challenge (Russell, 1932). |
| 1932 | Concerns were raised by the British Government of the health risks from the sawing, grinding and turning in the dry state of articles partly or wholly composed of asbestos.  Examples included such products as motor car brakes and clutches, electric conductors and packings and jointings thus demonstrating the ability of doing such jobs outside  the manufacturing sector (HMSO, 1932). |
| 1933 | Asbestos use and disease in the railroad industry. |
| 1933 | Ellman discussed a case of asbestosis, from asbestos insulation used to lead pipes (Ellman, 1933). |
| 1934 | Asbestosis in a boiler riveter (Wood and Gloyne, 1934). |
| 1935 | Asbestosis in a welder (Jacobson, 1935). |
| 1935 | Asbestos use in brake linings, insulating tape, asbestos rope and wick and other products for commercial use is discussed (Fulton et al., 1935). |
| 1935 | Asbestosis in 5 plants among workers having more than 3 year's employment including one making brake and clutch friction products (Lanza et al., 1935). |
| 1936 | Asbestosis in an asbestos handler at a chemical plant (Arnold et al., 1936). |
| 1939 | Asbestosis reported in brake manufacturing workers beginning in 1928 and discusses wet methods for control of dust (George & Leonard, 1939). |
| 1940 | Asbestosis in a chemical worker (Wolf, 1940). |
| 1940 | Asbestosis in a shipyard insulator (Kuhn, 1940). |
| 1940 | Asbestosis among 148 brake lining manufacturing workers (Stone, 1940). |
| 1941 | Asbestosis in a chemical worker (Schrumpf, 1941). |
| 1941 | Risk of asbestosis disease among brake grinders and drillers discussed (Brachmann, 1941). |
| 1942 | Asbestosis in a worker who worked wearing an asbestos apron (Williams, 1942). |
| 1942 | Asbestosis among insulators (Holleb and Angrist, 1942). |

1946          Asbestosis among pipe coverers in shipyards (Fleisher et al., 1946).[19]

1947          Asbestosis in an insulator (Kennaway and Kennaway, 1947 & Mallory et al.,1947).

1948          The National Safety Council reported that asbestos used in brakes was
              potentially harmful (Castrop, 1948)..

1949          Asbestosis in an insulator (Franchini and Canepa, 1949).

1950          Asbestosis in an insulator (Frost, 1950).

1951          Asbestosis in a plumber/insulator (Stoll et al., 1951).

1953          Asbestosis in insulators (van Luyt, 1953 & Weiss, 1953).

1953,         McLaughlin raised the issue of preventing dust diseases when he mentioned
              sprayed on asbestos containing materials (McLaughlin, 1953).

1955          Asbestosis in a plumber's helper (Sander, 1955).

1955          Asbestosis in insulators of pipes and boilers (McLaughlin, 1955).

1956          Asbestosis in insulation workers (Ahlborg and Hansson, 1956; Hampe, 1956; Molfino and
              Sannini, 1956; & Frost et al., 1956).

1956          The annual report of the U.K. Chief Inspector of Factories mentioned "lagging"
              (insulation work) as being recognized as hazardous (___, 1956).

1957          Asbestosis in a pipefitter (Marks et al., 1957).

1957          Asbestosis in insulators; workers sawing and cutting finished asbestos
              materials; workers tearing out old insulation; and spraying asbestos on
              walls and ceilings (Thomas, 1957).

1958          Asbestosis in insulators (Pendergrass, 1958 & Van der Schoot, 1958).

1959          Asbestosis in insulators (Hertz and Reinwein, 1959).

1960          Asbestosis in a bricklayer (Whitmore et al., 1960).

1960          Asbestosis in an insulators and sprayers (Anderson and Campagna, 1960; Ahlmark et al.,
              1960; Keal, 1960; Wagner et al., 1960; & Eisenstadt and Wilson, 1960).

1961          Asbestosis in insulators (Ambrosi and Cavallo, 1961).

1961          Asbestosis in a shipyard worker (Castleman and Kibbee, 1961).

1961          Asbestosis in carpenter and insulator (Heard and Williams, 1961).

1961          Asbestosis in a plasterer (Telischi and Rubenstone, 1961).

1961          Asbestosis in an person doing automotive undercoating (Brugsch and Bavley, 1961).

1962          Asbestosis in insulators and refinery workers (Eisenstadt, 1962).

_____

| 1962 | Asbestosis in hod carrier, iron worker, shipyard worker, bricklayer, carpenter, and insulators (Cordova et al., 1962). |
|---|---|

1962    Asbestosis in hod carrier, iron worker, shipyard worker, bricklayer, carpenter, and insulators (Cordova et al., 1962).

1963    Asbestosis in insulators (Bogetti, 1963).

1963    Asbestosis in a plumber (Castleman and Kibbee, 1963).

1963    Asbestosis in insulators (Farina and Mazzanti, 1963 & Leathart and Sanderson, 1963).

1963    *****As a result of some of these reports, the American Medical Association (AMA) Council on Occupational Health published in *the Archives of Environmental Health* in August 1963 a whole thesis titled *"The Pneumoconioses"*, in which asbestosis was discussed. This document was to alert physicians throughout the country of the hazards of dust exposure and disease and how to recognize and treat them. The report was reprinted by the AMA and circulated widely (Mayer, et al., 1963).

1964    *****By 1964 close to 50 medical articles were published, the majority in English, describing some 150 plus cases of non-cancerous lung disease (asbestosis) among end product users of asbestos containing products. Many of these products were used in construction of buildings and, as with any building, through periodic maintenance asbestos was disturbed and released.

1965    Asbestosis in insulators (Selikoff, 1965).

1965    Asbestosis in insulators and brake repair workers (McVittie, 1965).

1966    Asbestosis in insulators (Gilson, 1966).

1968    Asbestosis in insulators (Harries, 1968).

1969    Asbestosis from childhood exposure to asbestos from father's work clothes (Teyssier and Lesobre, 1968).

1971    Asbestosis in pipe insulators (Murphy et al., 1971).

1971    Asbestosis in insulators (Harries, 1971).

1971    Asbestosis in joiners (Fletcher, 1971).

1971    Asbestosis in shipyard repair workers (Ferris et al., 1971) and merchant seamen[20].

1971    Lumley et al., (1971) discussed the potential health hazards from buildings insulated with sprayed asbestos.

1971    Occupational Safety and Health Act of 1970 (OSHAct) became effective (April 29) and asbestos officially regulated under this new act (May)[21]

## III
## CANCER FROM ASBESTOS PRODUCT USAGE

---

[21] Official U.S. Government regulations for asbestos prior to the OSHAct were covered under the Walsh-Healy Act as early as the early 1950s and the Longshoremen's Act in 1960.

| | |
|---|---|
| 1942 | Lung cancer in insulators (Holleb and Angrist, 1942). |
| 1947 | Mesothelioma in a 37 year old Swedish insulator (Mallory et al., 1947). |
| 1951 | Lung cancer in a pipe coverer and the need for prevention of asbestos exposures (Stoll et al., 1951). |
| 1953 | Mesothelioma in a shipyard insulator (Weiss, 1953). |
| 1953 | Lung cancer in a contractor's helper sawing asbestos board (Isselbacher, 1953). |
| 1954 | Lung cancer in plumbers, gas fitters and steam fitters (Breslow et al., 1954). |
| 1958 | Mesotheliomas in insulators (Van Der Schoot, 1958). |
| 1958 | Lung cancer in insulator (Schornagel, 1958). |
| 1960 | Pleural mesothelioma in refinery worker (Eisenstadt and Wilson, 1960). |
| 1961 | Lung cancer in insulators (Frankel and DeJager, 1961). |
| 1962 | Mesothelioma in refinery foremen (Eisenstadt, 1962).[22] |
| 1962 | Mesothelioma in shipyard workers (McCaughey et al., 1962). |
| 1962 | Lung cancer in a hod carrier, iron worker, shipyard worker, bricklayer, carpenter, and insulators (Cordova et al., 1962). |
| 1963 | Mesothelioma in a plumber (Castleman and Kibbee, 1963). |
| 1963 | Mesotheliomas have also been observed in pets.  In one study of 18 dogs diagnosed with mesothelioma, the owners for 16 were identified and 12 were able to identify possible sources of asbestos exposure.  Nine of the dog's owners had asbestos-related occupations or hobbies, five had remodeled their homes, five had residential proximity to an industrial source of asbestos, and five used flea powders known to contain asbestos-contaminated talc (Glickman et al., 1983). |
| 1964 | Lung cancer, stomach cancer, colon cancer, rectal cancers, and pleural and peritoneal mesotheliomas in insulators (Selikoff et al., 1964). |
| 1964 | *****In October 1964 a watershed event occurred that brought broader international attention to the hazards of work with asbestos and to products containing asbestos, when the New York Academy of Sciences held a conference on the "Biological Effects of Asbestos" with presentations by over 80 of the World's leading researchers on asbestos.  This conference was widely covered by the news media and the proceedings were published in 1965 in a 766 page Annals (Selikoff and Churg, 1965).  [While this conference reported on the known health effects exposure to asbestos (asbestosis and cancers) a major theme was **the emphasis placed on the areas of prevention**, including dust control techniques, community and other indirect exposures,  and the significance of air pollution control.] |

| 1965 | C.G. Addingley of the British Belting and Asbestos Ltd. industry stated that *"We do not believe there is any safe limit. . . . Therefore, I would like it to be clearly understood that we do not accept four fibers per cc. as a safe maximum limit in the asbestos industry."* (Addingley, 1965). |

| 1965 | John Wells of the American Asbestos industry, U.S. Rubber Co., said *"Our own conclusion, as we began seeing what was happening in our own process, was that the only safe amount of asbestos dust exposure was zero and that the efforts in terms of achieving that lay basically in engineering, and, secondly, in education."* (Wells, 1965). |

| 1965 | Mesothelioma in insulators (Selikoff et al., 1965). |

| 1965 | Mesothelioma in laggers, pipe fitters & boilermakers (Owen, 1965). |

| 1965 | Mesothelioma in plumbers and boiler repair workers (Elmes and Wade, 1965). |

| 1965 | Mesothelioma from domestic exposures to asbestos insulation, in wives of asbestos workers and from neighborhood exposures (Newhouse and Thompson, 1965). |

| 1967 | Mesothelioma in a boiler maker, plasterer, builder of bakery ovens, and two women with sons that were insulators (Lieben and Pistawka, 1967). |

| 1970 | Mesotheliomas in brake repair workers have been continually documented. [23] |

## Chapter 4:

## OCCUPATIONAL REGULATIONS FOR ASBESTOS

**"No industry can proceed at full speed unless its individual human units have a fair degree of the personal (physical and mental) health so vital to the quantity, quality, and continuity of production. One skilled worker absent because of preventable illness can greatly disturb the smooth functioning of the production line and cause losses out of all proportion to expectation, because of the disruption of teamwork."** (C.O. Sappington, 1943. Essentials of Industrial Health - Preface. J. B. Lippincott Company).

| 1931 | Regulation jointly prepared by the British government and the industry being regulated (_____, 1931). |

| 1936 | "The idea of adopting standards of permissible dustiness for each harmful dust has a mediolegal appeal that is not at all justified by the data available today." (Drinker & Hatch, 1936). [24 & 25] |

---

[24] **Notes on dust:** The term dust, as described by Cox in 1857, was "solid mechanical impurities floating in a minute sate of division" …"impalpable power."    An International Conference of Experts, when defining pneumoconiosis, defined "The term 'dust' as particulate matter in the solid phase but excluding living organisms" (Meiklejohn, 1956).    The measurement of dust is usually expressed in microns (μ).  For example one inch is about 25,000 μ the human hair about 100 μm, cement dust 2-100 μ, bacteria 0.2-15 μ and tobacco smoke 0.01-0.5 μ (Holmes, 2001).  Dusts are found in every part of the World, most not being noxious while a few are toxic.  The body

---

defenses protect us from most of these and the body may inhaled more of these dust particles in just a few seconds or minutes, like those of asbestos, even when the dust can not be seen. In other words, asbestos containing dusts can be an invisible hazard, and hazardous levels may be present even in the absence of visible dust. Support for this opinion date back many years. Dr. M. E. A. Merewether in his scientific publication "Dusts and the Lungs with Particular Reference to Silicosis and Asbestosis" in *Industrial Medicine*, Symposium No. 3, in 1938 states: "The majority of the particles, however, which get into and stay in the lungs are much smaller in each case – up to 5 microns in the case of silica dust and up to about 50 microns in the case of asbestos. That is to say that, the dust particles which are invisible to the naked eye are the important ones: this leads us to the practical point that if silica or an asbestos process produces visible dust in the air, then the invisible dust is certainly in dangerous concentrations." In 1942, an industrial hygienist, Warren A. Cook, Director, Division of Industrial Hygiene and Engineering Research Zurick General Accident & Liability Insurance Company, Ltd., Chicago, stated in *Industrial Medicine*, Vol. 11, No. 4, Page 194, in April that: "In the case of the asbestos dust condition, our evaluation of the exposure should be based on the knowledge that the present toxic limit for asbestos is five million particles of dust per cubic foot of air. This is a very small concentration, so small in fact that the condition may look good even to a critical eye and still present an exposure greater than this low limit." While these statements are based upon the judgment of both Dr. Merewether and Mr. Cook, the visibility of dust has been quantified by W. C. L. Hemeon, Engineering Director, Industrial Hygiene Foundation of America, Inc., of the Mellon Institute of Pittsburgh, PA, in his book **Plant and Process Ventilation**, The Industrial Press, New York 13, NY, published in 1954. In this book Mr. Hemeon has a table on "Sight-Perception Dust Scale (Visible Dust Concentrations in General Air)" where he indicates that in "Bright daylight "north" illumination (i.e., interior but no direct sun) that the visible concentrations range from 10 – 20 million particles per cu ft at distances of less than 10 to 15 feet and in "low intensity daylight" 20 – 40 million particles per cu ft.

[25] **Notes on dust control:** It has long been known that suppression of dust was the best method to control diseases associated with exposures to dusts and was described by Ramazzini, 1713 and Oliver, 1902. In the United Kingdom, the Chief Inspector of Factories, in London, recommended to one factory, after having experienced five deaths due to phthisis (asthma like disease), exhaust ventilation and annual medical examinations (The Chief Inspector of Factories, 1910). Merewether and Price, (1930) were among the very firsts to set forth very specific recommendations for dust suppression in the asbestos industry that included: 1) application of efficient localized exhaust ventilation at dust producing points; 2) substitution of enclosed mechanical methods for hand conveyance, and for dusty hand work generally; 3) effective enclosure of dust-producing machines; 4) substitution of wet methods instead of dry material handling; 5) elimination of certain dust-producing appliances; 6) abandonment of settling chambers in manufacturing processes, to the utmost extent; 7) effectual separation of processes to prevent unnecessary exposure to dust; 8) wide spacing of dust-producing machines in new factories and, as far as practicable, in existing works; 9) use of sacks of close texture material for internal work; 10) efficient cleaning systems with wide use of vacuum methods; 11) storage of asbestos and other goods outside workrooms; and 12) exclusion of young persons from specially dusty work. Safety Engineering magazine ran an article in 1931 on "The Very Least an Employer Should Know about Dust and Fume Diseases" warning that dust including asbestos could be seriously harmful and that controlling the dust was necessary (Willson, 1931). McPheeters (1931) suggested engineering dust controls methods for the prevention of asbestosis. Many others have also given methods for preventive actions from hazardous dusts, including the classic work of the United States Public Health Service (Bloomfield and Dallavalle, 1935 and Dreessen et al., 1938). For asbestos disease control Lanza (1935) also described the serious hazard faced by the industry with dust and recommended studies on its control as related to disease prevention. However, not much attention was given to hygiene, in the early history of exposure to asbestos (Sellikoff and Greenberg, 1991).

| 1938 | *****The United States Public Health Service introduced guidance limit of 5 mppcf, as a guide for the control of asbestos dust even though they found 3 cases of asbestosis below this recommended guidance (Dreessen et al., 1938). [Fulton et al. (1935) reported 2 of 20 workers exposed to an average asbestos dust concentration of 4.64 mppcf for greater than five years to have both clinical and radiographic evidence of asbestosis.] [26] |
|---|---|

---

The National Cancer Institute's pioneer cancer researcher Wilhem C. Hueper, as early as 1942, in his historic book Occupational Tumors and Allied Diseases recommended controlling asbestos by methods of wetting, closed production, ventilation or other engineering controls, as well as personnel protective devices (Hueper, 1942). Fleischer, et al, in 1946, expanded this advise and gave even more extensive guidance for dust control to end product users of asbestos containing materials, when in their study of the construction of naval vessels, recommended wetting the material, exhausting the dust where possible, employing respirator usage by the workers, isolating dusty operations in order to protect other workers not directly working with asbestos, and providing room ventilation. Flesher et al. concluded that "There are no established figures for permissible or safe dustiness in pipe covering operations." They also describe that "During the handling, unwrapping and unrolling of the asbestos [material], considerable dust arises, but appears to settle readily. A very fine water spray should be used for wetting down the material as a high velocity spray stirs up dust." Pertaining to the use of saws, used to cut the end product, Flesher et al. recommend that ". . . the band saw should be enclosed in a room by itself and should be equipped with adequate local exhaust ventilation both above and below the saw table." Further, Flesher et al. point out that end product users such as " . . . asbestos pipe covering differs markedly from the asbestos textile industry where dust concentrations for an operation do not fluctuate widely and where a worker will usually remain at a specific job for some years." Finally, the Fleisher et al. recommendations were some of the most extensive ever made and were published in a prominent professional journal of that time.

[26] **Notes on asbestosis and cancers below guidance limits:** Since 1935 several studies have shown asbestosis occurring in workers at concentrations below 5 mppcf (Fulton et al, 1935; Dreesen et al., 1938; Fleischer et al., 1946; Leathart & Sanderson, 1963; Marr, 1964; Selikoff et al., 1965 & Balzer & Cooper, 1968). Today the quest for a safe exposure concentrations is still ongoing and with unsettled answers. The only tools with which to make such assessments are confined to either exposure concentration analysis or tissue burden analysis. First, asbestos measurement techniques have evolved with time and make it difficult to compare one with the other. Second, because of the differences in biopersistence of fibers and their clearance from the lung such analysis also presents problems. Third, the presence of asbestos bodies is sometimes used as a surrogate for exposure analysis. When exposure data have existed and have been used to determine the risk of disease such determinations have been based on a calculation of fiber-years of exposure (fibers/cc x years of exposure). Such calculations have led to few conclusions as have lung-burden studies and analysis of asbestos-body counts. Pleural plaques have also been used as an indicator of exposure (see section on pleural plaques in this treatise).

Fiber-year analysis has resulted in the estimation that, for lung cancer, the relative risk is increase 0.5 to 4% for each fiber-year, indicating at 25 fiber-years a 2-fold risk for lung cancer exists (Tossavainen,et al., 1997). Epidemiology findings have observed cumulative exposure in fiber-years below 25 fiber-years that support even lower cumulative exposures resulting in elevated SMRs for lung cancer: at 2.7-6.8 fiber-years the SMR = 2.1 (95% CI:1.1-3.8); at 6.8-27.4 fiber-years the SMR = 1.8 (95% CI: 1.0-3.35) (Dement, 2001). A study of 297 Hungarian lung cancer patients reported 63% with no exposure to asbestos and 30% with < 25 f-yrs but only 5.5% with >25 f-yrs (Mandi et al., 2000). For lung fibrosis the ORs at <0.1 fiber-years was 1.0 while between 0.1-5.0 it increased to 2.5 and at 5.1-25.0 fiber-years to 3.8 and over 25 fiber-years to 24.9. Analysis of fiber concentrations measured at the Uralasbesto Company Mine in Russian find background levels in the quarries around 0.08 f/cc (range 0.01-0.27) which is similar to that found in both

| 1946 | This recommended guidance concentration for exposure to asbestos of 5 mppcf, was later adopted by the newly organized American Conference of Governmental Industrial Hygienists (ACGIH) in the U.S. (ACGIH, 1946). [27] |
|---|---|
| 1951 | Asbestos standard for contractors performing Federal Supply Contracts under the Walsh-Healey Public Contracts Act of 5 mppcf (DOL, 1951). |
| 1960 | Department of Labor (DOL) standard for employers under the Longshoremen's Act of 5 mppcf (DOL, 1960). |
| 1968 | ACGIH proposed a new guidance limit of 12 fibers/milliliter or 2mppcf (ACGIH, 1968).[28] |

Zimbabwe and Indian chrysotile mining and also that because chrysotile ore is not very dusty it takes much effort to create fiber levels above 1 f/cc (Tossavainen et al. 1996). These findings bring into question the fiber concentrations stated for the Canadian cohort studies of Canadian miners and millers which may well be overestimated. This may also explain the differences between the Canadian studies and those of the textile mill studied by Dement. When lung burden data were included in the analysis the ORs increase to 2.5 for 0.1-5.0 cumulative fiber-years exposure; 13.3 at 5.1-25.0 fiber-years and 46.2 at greater than 25.0 fiber-years (Dement, 2001). Since chrysotile fibers clear from the lung rapidly compared to the amphibole forms of asbestos lung-burden studies, for the determination of causation, may not be reliable (Suzuki, 2003 & Stayner et al., 1996). Asbestos-bodies can be misleading as chrysotile exposure tends to result in low or no asbestos-body production compared to the amphiboles (Tossavainen et al., 1997). Rodelsperger et al. (2001) reports mesothelioma as having a distinct dose-response relationship at levels of exposure below 1 fiber-year. As a result of both animal and human studies the identification of a safe concentration below which disease will not occur, especially for mesothelioma, has eluded researchers (Tossavainen et al., 1997; IPCS, 1998; NIOSH/OSHA, 1980 & NIOSH, 1976). While there is no doubt, according to Valic, (2002), that all forms of asbestos can cause lung cancer and mesothelioma, he suggests that "The practical application of unit risks of such uncertainty lead to unachievable exposure limits". In addition Valic projects that "It cannot be predicted with any degree of certainty what will the consequences of the current, incomparably lower exposure levels be in the future. Yet, there is no doubt that it is advisable to replace any potential carcinogenic material whenever possible" (Valic, 2002).

[27] **Notes on the effectiveness of guidance concentrations:** Commenting on the effectiveness of such a guidance concentrations S.A. Roach of the University of London stated that ". . .5 million particles per cu. Ft., are simply standards, although I hope I did not use the word 'safe.' These are standards which are actually used, although they are not ever expressed as being safe standards." Roach further went on to state that even if this was dropped to 2 million particles per cu. ft. that this would not necessarily be a "perfectly safe level of dust" (Roach, 1965). It is interesting to note that a worker would not be able to see this concentration of dust in the ambient air and would not see any dust until a concentration of between 20 to 40 mppcf was reached (Hemeon, 1955). Warren Cook in 1942 said "This [5 mppcf] is a very small concentration, so small in fact that the condition may look good even to a critical eye and still present an exposure greater than this low limit (Cook, 1942). The 5 mppcf guidance concentration remained in effect until the 1960s (DOL, 1960). Cooper (1967) states the 5 mppcf recommendation for protection, from asbestos exposure, proposed by the ACGIH since 1946, rests on shakier evidence compared to other such recommendations.

[28] **Notes on asbestos counting and fiber size implications:** The British, thereafter, adopted a new counting method for fibers and instead of a concentration based on total dust particles actual fibers were counted if they met the criteria of greater than 5 um in length and had an aspect ratio of 3:1 or greater (Lane, 1968). Because the method of choice for regulatory purposes has been the

| | |
|---|---|
| 1969 | DOL adopted a new standard for asbestos of 12 fibers/ml or 2 mppcf under the standard for employers under the Walsh-Healey Act (DOL, 1969). |
| 1971 | The ACGIH recommended, in April, a new guidance limit of 5 fibers/ml (ACGIH, 1971). |
| 1971 | On April 28th the Occupational Safety and Health Act of 1970 became effective (OSHAct, 1970). |
| 1971 | On May 29 Occupational Safety and Health Administration (OSHA) adopted the ACGIH recommendation of 12 fibers/milliliter or 2 mppcf as a legal standard under the provisions of the new OSHAct using consensus recommendations as initial start-up standards, after which they would develop their own official standards using the OSHAct promulgation procedures (OSHA, 1971). |
| 1971 | On November 17th, NIOSH Director sent a letter to OSHA recommended a reduction of the current OSHA asbestos standard of 12 fibers/cc to 5 fibers/cc (NIOSH, 1971). |
| 1971 | On December 7, OSHA set an emergency legal standard of 5 fibers/ml (OSHA, 1971). |
| 1972 | On January 12, OSHA issued an emergency standard covering the ship repairing, shipbuilding, shipbreaking and longshoring industries. This held the same requirements as the December 7, 1971 emergency legal standard (OSHA, 1972). |
| 1972 | On January 12th, OSHA proposed to modify their existing 12 fiber/cc or |

---

phase contrast method that counts only fibers greater than 5 um in length most epidemiology studies that have compared dose to the cohorts studied has relied on the total dust count until the PCM method came along. To assume that shorter fibers do not cause disease is therefore not scientifically justified from the epidemiology studies. Stanton & Wrench (1972) Stanton et al. (1981) found that the longer, thinner fibers were more carcinogenic, but could not identify a precise fiber length that did not demonstrate biological activity. It must be kept in mind that Dr. Stanton has never said long fibers are bad and short fibers are good, in fact he appreciated that a large number of short fibers, individually of low tumorogenic probability might be more hazardous than fewer long fibers, individually of high probability (Greenberg, 1984). It has been shown that it is not the just the size and shape of the various asbestos fibers that are important in the fiber's ability to produce disease but other factors may play a role in the carcinogenicity of the mineral fiber (Wagner, 1980 & Wylie et al., 1987). Studies have also found that the majority of asbestos fibers in lung and mesothelial tissues were shorter than 5 μm in length, thus indicating the ability of the shorter fibers to reach the tumor site, remain there, and therefore their role in the etiology of disease is implicated (Suzuki & Yuen, 2002 & Dodson et al., 2001). Dement & Wallingford (1990) found that in typical occupational environments fibers shorter than 5 μm outnumber the longer fibers by a factor of 10 or more. Shorter fibers must be studied in more depth and short fibers should not be disregarded especially when clearance is retarded (Oberdorster, 2001). That chrysotile fibers tend to spit longitudinally as well as partially dissolve, resulting in shorter fibers within the lung, was reported in a review of several articles (Dement & Brown, 1993). Additionally, Fubini (2001) argues that, because all asbestos appear nearly equally potent, length and fiber form do not appear influential on the outcome of disease. Fubini makes this conclusion based on work of Boffenta et al. (1998) which concludes that the specific type of asbestos is not correlated with lung cancer risk but that industry specific exposure appears to fit the linear slope best, a finding also supported by Dement & Brown (1993). For mesothelioma, induction was related to the time since first exposure and potency with both industry type and asbestos type (Boffenta et al., 1998).

2 mppcf standard to 5 fibers/cc (OSHA, 1972).

1972        On February 25th, NIOSH sent OSHA its first criteria document on asbestos recommending that OSHA promulgate a standard for asbestos of 5 fibers/cc based on a count of fibers greater than 5 micron in length and an aspect ratio (length to width) of 3:1 (NIOSH, 1972).

1972        On June 7th, OSHA promulgated a new standard (permissible exposure limit – PEL) for asbestos of 5 fibers/cc,[29] intended to prevent asbestosis and that would provide some degree of protection against asbestos induced cancers. This standard would be lowered to 2 fibers/cc in July 1976 (OSHA, 1972).

1975        On October 9th, OSHA proposed to revise its asbestos standard to 0.5 fibers/cc and to designate asbestos as a carcinogen (OSHA, 1975).

1976        In December, NIOSH sent to OSHA a revised recommended asbestos standard recommended OSHA promulgate a new standard for asbestos of 0.1 fibers/cc based on it's carcinogenicity and the available technology of the phase contrast microscope to only measure fibers accurately down to this concentration. NIOSH stated that this recommendation was intended to 1) protect against the non-carcinogenic effects of asbestos, and to 2) materially reduce the risk of asbestos-induced cancer and that only a ban on asbestos could assure protection against the carcinogenic effects of asbestos (NIOSH, 1976).

1980        On April 17th, the NIOSH/OSHA Working Group on Asbestos recommended that there is no safe level of exposure to asbestos and discussed the inadequacy or the current OSHA standard of 2 fibers/cc recommending a reduction to 0.1 fibers/cc (NIOSH/OSHA, 1980).

1983        On November 4th, OSHA publishes Emergency Temporary Standard (ETS) for Asbestos of 0.05 fibers/cc (OSHA, 1983).

1984        On March 7th, the OSHA ETS for asbestos was invalidated by the U.S. Circuit Court of Appeals for the Fifth Circuit.

1986        On June 20th, OSHA issued two revised standards, one for general industry and a second for the construction industry[30], at 0.2 fibers/cc[31] (OSHA, 1986).

---

[29] The standard also included a 10 f/cc 15 minute ceiling; required engineering controls to meet the standard along with specific work practices; established a respirator program when engineering controls did not work; required a protective clothing requirement when exposures were above the PEL; required notification of employees if their exposures exceeded the PEL; warning signs required to be displayed in areas when the PEL might be exceeded; & caution labels must be affixed to materials containing asbestos.

[30] Construction standard requires a competent person to oversee compliance; all onsite employers must be informed of asbestos work & all employees with over 30 days must be included in a medical surveillance program.

[31] The standard also included an action level of 0.1 f/cc; the implementation of compliance programs must be established; engineering controls required to meet a level of 0.5 f/cc; spraying of asbestos banned; monitoring required every 6 months; respirator program requires fit-testing & employees allowed to choose powered, air-purifying respirators; HEPA filters required for vacuuming along with wet methods to reduce dust; wastes required to be put in impermeable containers; & employee training program required.

1988             On September 14th, OSHA adds a 30 minute excursion limit of 1 f/cc (OSHA, 1988).

1992             On June 8th, OSHA deletes non-asbestiform, tremolite, anthophyllite, and actinolite (OSHA, 1992).

1994             On August 10th, OSHA promulgates a new rule for asbestos setting the Permissible Exposure Level at 0.1 fibers/cc[32] (OSHA, 1994).[33]

## Chapter 5:

## MORE RECENT DATA ON SELECTED SPECIFIC OCCUPATIONS:

*"Ramazzini, among other wise counsels, making a striking addition to the Hippocratic art:When a doctor visits a working-class home he should be content to sit on a three-legged stool, if there isn't a gilded chair, and he should take time for his examination; and to the questions recommended by Hippocrates, he should add one more – What is your occupation?* [Hunter, 1978]

*"The working of asbestos produces a potential hazard from the moment the cobs are dried at the mine. The health of all who handle this material in its progress from the primary mills to its final bonding with cement, plastic or resin will have to be investigated."* (Wagner, J.C., 1964.  The Pathology Of Asbestosis In South Africa.  Thesis presented for the degree of Doctor of Medicine in the Department of Pathology of the University of the Witwatersrand).[34]

---

[32] Multiemployer work site requirements are specified.

[33] **Notes on risk from exposure at the OSHA Standard:** The higher the exposures, the higher the risks and the lower the exposures the lower the risks of disease.  Humans breath 12 cubic meters of air per day and at the current OSHA standard of 0.1 fibers/cc this would equate to the inhalation of 1,200,000 fibers per day. The exposure-response relationship for lung cancer is linear (Peto, 1989).  At the current OSHA standard the risk of death is 3.4 per 1,000 at 0.1 fibers/cc (OSHA, 1986).  Even at this new limit it can be clearly seen that the risk for dying from cancer is not zero nor does it even approach it.  Dement & Brown (1993) reported statistically significant excess for lung cancer at exposures as low as less than 3 fiber/years.  The WHO (1989) stated that *"[T]he human evidence has not demonstrated that there is a threshold exposure level for lung cancer or mesothelioma, below which exposure to asbestos dust would not be free of hazard to health"*.  The International Programme for Chemical Safety has reiterated this position (IPSC, 1998). These conclusions continue to support what the industry said in 1965 that the only safe level to prevent disease is zero and it also supports the finding that non-malignant respiratory diseases need not be present before cancer of the lung or mesothelioma can develop.

There is marked enhancement of the risk of lung cancer in workers exposed to asbestos who also smoke cigarettes (Selikoff et al., 1968; Berry et al., 1972; Hammond and Selikoff, 1973; Hammond et al., 1979; and Selikoff et al., 1968).  Data from Hammond et al. (1979) and Weiss (1971) suggest cigarette smoking may also contribute to the risk of asbestosis.  Smoking, however, has not been found to be associated with an increased risk of pleural or peritoneal mesothelioma, or cancers of the stomach, colon and rectum, which occur with equal frequency among smoking and non-smoking asbestos workers.  OSHA attributes asbestos exposure with 79.4 percent of the lung cancer deaths among asbestos-exposed workers who smoke and 77.2 percent of lung cancer deaths among non-smokers (OSHA, 1986).

[34] **Authors Note:** Causation criteria are at the basis of epidemiologic interpretations.  To quote from the **Encyclopedia of Epidemiologic Methods:** "Of causal inference there may be even

## Boilermakers (also see Plumbers & Pipe fitters)

Breslow et al. (1954) is one of the first to show that certain occupational groups, in conjunction with cigarette smoking, have higher lung cancer risks.  When categorizing persons by occupational groupings they observed steam fitters, boilermakers, and asbestos workers, who worked in these occupational groups exhibited 10 lung cancers compared to 1 in controls (Breslow et al., 1954).  Mesothelioma reported in laggers, pipe fitters & boilermakers (Owen, 1965).

---

more written and less agreed than for the basic definitions of cause and effect" (Greenland, 2000).  There are those that claim causation can not be established unless an epidemiologic study has been conducted to establish such an association.  It has also been stated that no causal inference can exist unless a Standard Mortality Ratio (SMR), Standard Incidence Ratio (SIR), or an Odds Ratio (OR), as determined, from an epidemiologic study is greater or equal to 2.00.  Such a simplistic interpretation is not only naïve but clearly not appropriate for public health policy decisions or as the sole factor in determining a causal inference.  To my knowledge no single criteria or statistical probability equation has the absolute ability to determine causal inference; one can refer to the statements of Sir Bradford Hill given in 1965 to understand this issue (Hill, 1965).  Because, when assessing asbestos, we are dealing with a group of diseases which have multiple causes, with the exception of asbestosis, a single statistical probability calculation or even the necessity for epidemiologic studies is often inappropriate and unnecessary, however to go into a complete discussion of causal inference is beyond the scope of this treatise; however, a few comments are necessary in order to complete this analysis of asbestos-induced diseases and causation.

First, it is well established that asbestos causes various diseases.  Second, there are some that believe certain types of asbestos are not as potent in disease causation and even some who do not accept that chrysotile can cause mesothelioma.  For a discussion of chrysotile, the most commonly used form of asbestos, and causation see the chrysotile section of this treatise.  Third, multiple confounders can affect the outcome of statistical applications and their interpretation.  One example, is the affect of the" healthy worker effect" on the interpretation of the SMR.  In one study it was observed that in taking the "healthy worker effect" into consideration that the SMR of lower salaried men was increased while the SMR of unskilled workers was reduced, thus by giving sole credence to the SMR, for causal inference, can misrepresent the causal inference for specific subsets of workers (Dahl, 1993).  Fourth, the epidemiologist must consider multiple factors in determining causation including: strength of the association; dose-response effect; lack of temporal ambiguity; consistency of the findings; biological plausibility of the hypothesis; coherence of the evidence; & specificity of the association (Kleinbaum et al., 1982).  Fifth, statistical significance must have a 95% Confidence Interval (CI) which does not include 1.00, when calculated; unfortunately the majority of studies done prior to 1980 do not include such calculations.  This does not mean that an SMR of 2.00 must also be present for causal inference.  Take for example four independent epidemiologic studies, not one having an SMR for any specific disease above 1.50, however, one of the disease entities is consistently significant in all four studies, at the 1.50 SMR, this consistency strongly argues for causality.  Finally, when well controlled epidemiological studies, with exposure analysis, have consistently established causality, it is not necessary to complete another epidemiologic study or to rely on such studies before a specific occupation can be causally associated with such exposures.  If the exposures, to those specific occupations, are consistent with those of the well controlled epidemiologic studies then it must be accepted that sufficient evidence is present to accept causality for that specific occupation even in the absence of an epidemiological study.  This point is demonstrated for brake repair and instillation workers, as shown in the discussion of brake exposures in this treatise.

Boilermakers made up 10.6% of the identified mesothelioma cases in the Australian mesothelioma registry between 1980 – 1985 (Yeung & Rogers, 2001). The prevalence ratio for pleural plaques greater than 4.0 for boilermakers and workers in high exposure shops who smoked were found to have the highest prevalence of pleural plaques (Anton-Culver & Culver, 1989). Canadian boilermakers exposed to both asbestos and welding fumes showed 20% with x-ray changes, 8% were circumscribed, and 9% were with diffuse pleural thickening. The boilermakers with the longest service had more pulmonary function changes when compared to those working as welders. The authors say these findings are in support of and consistent with past studies which have shown boilermakers having and increase in mortality from lung cancers, x-ray changes and asbestosis (Hessel et al., 1998). Among pattern makers in the Italian auto industry found 3 cases of colon cancer among pipefitters and boilermakers when only 1 was found in the control population for an OR of 10.7; 95% CI: 1.07-103 (Vineis et al., 1993). Members of the Michigan Boilermakers Union were studies and it was found that interstitial fibrosis and pleural plaques were related to ten or more years in the trade with 25% showing at least a 1/0 profusion and 30% with bilateral pleural abnormalities (Demers et al., 1990). Boilermakers in the petro-refinery industry were show to have an excess of mesothelioma (Divine et al., 2000).

## Bakers

One study has reported eight malignant pleural mesothelioma among bakers and pastry cooks in the Rome and Orbassano/Turin Italy area, none of which had any radiological evidence of asbestosis. Three cases were among sisters, suggesting a genetic role in their etiology. The other 4 had no familial connections It has been found that asbestos was used in and around the ovens and other asbestos containing products the 1980s but were found to be in use up though the 1990s (Ascoli et al., 2001).

## Brake Repair and Instillation Workers

Mesothelioma has been reported among brake mechanics, their wives, and children. Mesothelioma has been described among a variety of asbestos exposed persons (McDonald et al, 1970; Greenburg & Lloyd-Davies, 1974; Newhouse & Thompson, 1965; Lloyd, 1975; Langer & McCaughey, 1982;& Ziem, 1984; EPA, 1986). Huncharek et al. (1989) describes a 47 year old life-time non-smoking man who's only known exposure to asbestos occurred while he was a brake mechanic from age 30 to 41, giving him a latency of 17 years. Langer & McCaughey (1982) reported only chrysotile fibrils in the lung parenchyma tissue of a 55-year-old brake repair worker of which 10 percent were longer than 10 $\mu$m. They further describe that ". . . besides this submicroscopic chrysotile fibre in brake drum housing there is a more significant source of free, unaltered fibre in the bevelling, refurbishing, and refitting of brake pads. There is thus ample opportunity, during brake maintenance and repair, for contact with chrysotile fibre both in drum debris (where it will usually be in a transformed state) and as long and predominantly unaltered fibres liberated by machining" (Rohl et al, 1976 &. Weisman, 1976). Langer & McCaughey also reported that pathological diagnosis of asbestos-related diseases in people exposed to chrysotile is complicated because asbestos-bodies do not form readily. Vianna and Polan (1978) reported 3 mesotheliomas in women having exposure to brake linings. Godwin & Jagatic (1968) reported two cases of mesothelioma, one in a 43 year old man who had spent 3 years weaving brake lining made of chrysotile asbestos and the second in a 50 year old man who worked 5 years in a Canadian asbestos mine who gave x-ray diffraction evidence of only chrysotile present in his body.

Epidemiological studies have been equivocal. For example Rushton et al. concluded that their study, while negative, suffered from small numbers of men and that follow up time would be required to determine any definite causal mortality patterns (Rushton et al, 1983). Teta et al. reported a relative risk of 0.65 for automobile repair and related service when they observed six of their 220 cases found in the Connecticut Tumor Registry from 1955-1977. They concluded that difficulties in ascertaining occupational histories, in their study population, indicated a better need for record keeping and that lack of detailed information regarding the residual cases may obscure the true number of occupationally exposed cases (Teta et al, 1983). Robinson et al. (1979) found

among the deaths observed in a friction production plant 17 deaths were the result of mesotheliomas, representing 4.3% of the deaths.

Rodelsperger et al. (1986) reported that approximately 300,000 mechanics in the automotive service stations, in Germany, are exposed to asbestos. In their clinic they have observed 4 cases of mesothelioma. Their observation of 4 mesotheliomas, from their clinic, is clearly not reprehensive of the overall incidence of mesothelioma among brake mechanics. Wong (1992) reports that the 3 cases (actually 4) observed by Rodelsperger et al. (1986) are not over the background rate. Given there might exist a background level of mesothelioma occurring in the absence of exposure to asbestos, even though there is no proof of this, this "natural level" is probably much lower than the 1-2/million/year which has often been cited (Hillerdal, 1999), therefore 3 or 4 is clearly above that number. Jarvholm and Brisman (1988) reported no excess of mesothelioma but a slight increase in lung cancer among car mechanics. In their cancer linkage study of using Swedish census and death register data they conclude that because other exposures can not be ruled out that such a study methodology can not answer the question concerning cancers among car mechanics. Hansen reported increases in pleural mesothelioma in Danish auto mechanics (Hansen, 1989). In their study of malignant mesothelioma and relying on interviews of next of kin found a slight excess of mesothelioma among brake lining work or repair although not statistically. They found that 90% of the incidences of pleural mesothelioma among men were directly attributable to past exposures to asbestos. The authors conclude that next of kin interviews may have resulted in biased responses (Spirtas et al, 1994).

In a study of mesothelioma among car mechanics in Germany the authors found no evidence of an increased risk of mesothelioma, but concluded that if there is a mesothelioma risk and if it was small it would not be detected and that the absence of fibers in the lung tissue of one of the cases does not exclude the possibility that, decades before, chrysotile fibers were active at the target cells (Worrowitz & Rodelsperger, 1994). Teschke et al. (1997) did not find an excess of mesothelioma among vehicle mechanics, but because their findings were based on small numbers, judgments about any causal associations would be speculative according to the authors. However, they did conclude that most of the mesothelioma cases in their study were explainable by sources of asbestos.

In a dose-response study with low levels of asbestos exposure in a French-based case-control study 82 percent of motor vehicle mechanics had frequent exposure. The authors found a clear dose-response relation between cumulative exposures and pleural mesothelioma and that a significant excess of the mesothelioma was observed at levels that were probably below the limits adopted in most industrial countries (Iwatsubo et al, 1998). Henderson reports that 58 mesotheliomas were reported among Australian brake mechanics having no other exposures to asbestos and that only a small fraction of the total 82,827 mechanics in Australia worked with brake blocks or brake linings. Thus he concludes that these 58 cases represent 1,062,946 person-years and that if one rounds off the total mechanics to 100,000 mechanics this represents 45 mesotheliomas per million person-years and that if one doubles this number to 200,000 mechanics to include retirees and other workers who moved to other occupations then the mesothelioma rate becomes 22.6 per million person-years a rate substantially above the upper limit of the estimated background rate of 1-2 mesotheliomas per million person-years or around a 10-fold excess (Henderson, 2001).

While the results of these reports and epidemiological studies are equivocal they by no means exonerate the brake mechanic from being susceptible to a causal relationship between asbestos exposure and mesothelioma. The presences of asbestos and fiber concentrations found in this industry are further evidence of this risk

## Bricklayers & Masons

Brick masons were found to have statistically elevated cancer risks for lung cancer among male construction workers in North Carolina who resided and died in North Carolina during the period 1988-1994 (Wang et al., 1999). In a survey of unrecognized sources of asbestos exposure in British

Columbia the incident of mesothelioma in bricklayers resulted in an OR of 3.5 with a 95% CI of 0.9-14 and while not statistically significant the OR was elevated (Teschke et al., 1997).
Swedish bricklayers had and overall SIR of 2.23 (95% CI: 1.34-3.49),when followed from 1961 - 1998 (Hemminki & Li, 2003).


## Carpenters

In a study which identified mesothelioma patients under the age of 50 exposed predominately, from lung burden analysis, to amosite, construction workers predominated with carpenters and three other job titles dominating among these young patients with mesothelioma (McDonald et al., 2001). In a proportionate mortality study of North Carolina construction workers carpenters were found to have an elevated risk of lung cancers (Wang et al., 1999). In a study from the Connecticut Tumor Registry between 1955 through 1977 found a relative risk (RR) for carpenters and cabinetmakers of 2.25 with a p value of < 0.05 (Teta et al., 1983). Mesothelioma was reported among carpenters in the Australian mesothelioma register (Yeung et al., 1999). In an update of mortality among Texaco refinery worker found carpenters and other insulation related trades to have an SMR of 411 (Divine et al., 2000). In a study of 27,362 members of the Carpenters' Union who died in 1987-1990 found asbestosis having a Proportional Mortality Rate (PMR)[35] of 283, 95% CI: 158-457, and a total of 121 mesotheliomas (Robinson et al., 1996). A survey of 631 asbestos-exposed construction carpenters found pleural plaques and interstitial fibrosis (Garcia-Closas & Christiani, 1995). A survey of asbestos-related mortality in Northern Ireland between 1985 and 1994 found carpenters and joiners to have a PMR of 397 for pleural cancers (mesothelioma) that was statistically significant at the 5% level [lower limit (LL) = 245 and upper limit (UL) = 607] and for asbestosis of 628 also statistically significant [LL = 329 and UL = 1095] (O'Reilly et al., 1999).

## Custodial Workers, Laborers & Maintenance Workers

Among the statistics from the Australian Mesothelioma between 1980-1985 laborers represented the greatest percentage of jobs with mesothelioma (14.8%) (Yeung & Rogers, 2001). Among 11,685 members of the Laborers' International Union of North America (LIUNA), who died between 1985-1988 found statistically significant elevated mortality risks for lung cancer (N = 1208, PCMR[36] = 1.06, 95% CI: 1.00-1.12) and 20 mesothelioma deaths (Stern et al., 1995). Anderson et al. x-rayed 457 school maintenance and custodial workers and found conditions consistent with asbestos-induced diseases including pleural abnormalities which could not be explained to prior work before that of their present occupation. Laborers, at the schools, with more than 20 years of school employment had the highest prevalence of abnormalities (Anderson et al., 1992). Churg & Warnock found Churg and Warnock found asbestos bodies in the lungs of 21 patients in the general population, who had 300 to 9,000 bodies/g, which the authors claim, is a concentration frequently found in manual laborers among the general population who were not primary asbestos workers and conclude that among laborers their risk was most likely occupational in nature, thus confirming that laborers are at risk of asbestos-related disease (Churg & Warnock, 1979). Among 660 custodians, employed by the New York City Board of Education, were examined between 1985 through 1987 for asbestos-related disease and 39% of those with 35 years of employment had abnormal films. 84% reported removing asbestos and 89% reported working in area where asbestos was present and abated (Levin &, Selikoff, 1991). In a study of male employees of one California school district 13.3% of custodian were found to have asbestos-related disease and because these were related to parenchymal and pleural fibrosis it would indicated rather high exposures to these custodial workers (Balmes et al., 1991).

## Decorators

---

[35] PMR = number of cases/number of people in the population.
[36] PCMR = Proportional Cancer Mortality Ratio.

One case of pleural mesothelioma was reported in a female decorator where crocidolite containing sprayed on asbestos as her only known exposure to asbestos (Schneider et al., 2001).

## Electricians

In a survey of materials sprayed on the ceilings of 127 buildings throughout the U.S. asbestos was found in some 50% of the buildings. Chrysotile was the main fiber type identified   During renovation activities average fiber concentrations, at workers' breathing zones, were less than 2 fibers/cc, but exceeded 0.1 fibers/cc and some workers were exposed to high concentrations averaging 16.4 fibers/cc and electricians were included among the workers studied (Paik et al., 1983). Electricians had a twofold excess of mesotheliomas in a study of national population-based registries linking cancer incidence from 1961 to 1979 with 1960 census data on industry and occupation for all employed individuals in Sweden (Malker et al., 1985).    A cross-sectional epidemiological study of a small group of non-shipyard electricians found asbestosis in 15% and 25% for those with 20 years of service (Hodgson et al., 1988). In a survey of  unrecognized sources of asbestos exposure in British Columbia the incident mesothelioma in electricians resulted in an OR of 3.0 with a 95% CI of .08-12, although not statistically significant well elevated (Teschke et al., 1997).    In a study which identified mesothelioma patients under the age of  50 exposed predominately, from lung burden analysis, to amosite, construction workers predominated with electricians and three other job titles dominating among these young patients with mesothelioma (McDonald et al., 2001).   Swedish male electrical workers followed between 1961-1998 had and SIR for pleural mesothelioma of 1.92 (95% CI: 1.49-2.44) (Hemminki & Li, 2003).

## Jewelers

Jewelers have been exposed to asbestos through the use of asbestos powder and have been found to develop pleural plaques and pleural plaques with asbestosis as well as mesothelioma (Kern & Frumkin, 1988 & Kern et al., 1992).   Dossing and Langer report on 4 cases, among retired jewelers, 2 with pleural plaques and parenchymal changes; 1 with isolate pleural plaques ; and 1 with only parenchymal infiltrates (Dossing & Langer, 1994).

## Mechanics

Pleural plaques were found in 41 of the mechanics but in none of the referents however no apparent impairment was detected in among 925 car mechanics and 109 referents (Marcus et al., 1987).    Because pleural plaques are an indicator of asbestos exposure, the risk of asbestos disease among auto mechanics is possible. In a study of low level exposure to asbestos, among vehicle mechanics, the authors found slight small airway dysfunction and a dose-response relationship between asbestos exposure and closing volume, a finding not reported previously. The authors suggest that such exposure initially might cause involvement of both terminal and respiratory bronchioli which thereafter develop into a diffuse interstitial fibrosis (Dahiqvist et al., 1992). Auto mechanics and plumbers had an increased rate of lung cancer in a case-control study of welders and exposure to asbestos (Jockel, 1994). In a survey of cancer by occupational groups mechanics were among a group with the highest incidence of pleural cancers over a 20 year period in Nordic Countries (Andersen & Barlow, 1999).   Mechanics had an increase in mesothelioma, in the Australian mesothelioma registry data, indicating an increase to the asbestos user industries (Yeung et al., 1999).   In a survey of Hungarian workers exposed to asbestos with lung tumors 72 patients (24%) of 297 had cumulative occupational asbestos exposures assessed as below 25 fibre-years (between 0.01 and 23.9 fibre-years). Among this group car and truck mechanics were registered (Mándi et al., 2000).

## Merchant Seamen:

Merchant seamen, studies have been conducted of persons involved in the building, maintenance, and repair of seagoing vessels. The majority of these studies have shown an excess of asbestos-associated diseases, including asbestosis, lung cancer, and mesothelioma. Routine maintenance at sea can result in high exposures to asbestos when the fibers are disturbed and become airborne and are of repairable size, thus putting merchant seamen at an increased risk of developing asbestos-related diseases. In fact, the United States Maritime Commission studies found that long after the vessel had been at sea, that it was not unusual to find flaking and cracking of asbestos containing materials due to the vibration and motion of the vessel at sea. Therefore, the hazards of asbestos exposures were not confined to the shipbuilders alone, but also to the vessel's crew (Polland, 1979). In some studies asbestos-induced lung changes were detected in the x-rays of over 40 percent of those studied. One study of radiological abnormalities among 3324 United States merchant marine seamen found the highest prevalence of asbestotic changes among those who served in the engine department, (391/920; 42.5%), when compared to other departments (deck 301/820; 36.6%; steward 278/981; 28.4%) or multiple departments (167/541; 30.9%) (Selikoff et al., 1990). Further, Selikoff et al. (Ibid, 1990), estimated that all vessels delivered before 1975 contained extensive asbestos insulating material aboard and that most vessels delivered between 1975 and 1978 might have some asbestos in the form of insulating cement on machinery casings, even though most other uses of asbestos aboard ship had been reduced.

Actually in 1918 the first report of radiological change among asbestos exposed workers included those of a marine fireman (Pancoast et al., 1918). Selikoff et al. further referenced reports of subsequent incidences of parenchymal fibrosis, pleural plaques, pseudo-tumors, lung cancer, and mesothelioma. In their study of marine engineers, Jones et al. reported knowledge of mesothelioma in addition to asbestotic pleural changes (Jones et al., 1984). Greenberg reports that seamen have experienced excess mortality from cancer for over the past 100 years and that in a preliminary mortality analysis of a small population of merchant seamen that two cases of malignant mesothelioma have been identified and that in the United Kingdom's National mesothelioma register 28 cases have been reported in seamen which represents a "markedly excessive" number (Greenberg, 1991). Two mesotheliomas were reported among Greek merchant seamen, one in a marine engineer with 35 years service and the other in a deck department seaman with 25 years service (Varouchakis et al., 1991). A mortality study of Italian merchant seamen reported one mesothelioma and an excess of respiratory cancer (36 obs. vs. 19.8 exp.), drawing the authors to conclude that because of the observation of a mesothelioma that asbestos may have been responsible for the excess respiratory cancers (Rapiti et al., 1992). A 79 year old man was found to have pleural plaques on x-ray, 6 years before his lung cancer. He had been a farmer the majority of his life, having served on battle cruiser for one year during World War II, at age 26, as a boiler man, his only known exposures to asbestos. He was a 26 pack-year smoker and had 3,348 asbestos bodies per gram dry lung tissue (Hiraoka, T et al., 2001). In a case-control study of merchant seamen between 1960-1980 cancer of the lung increase with increased employment and after 3 years had an Odds Ratio (OR) of 1.68 (95% CI: 1.17-2.41) for engine crews while deck officers did not. Deck officers on icebreakers did have an increased OR of 3.41 (95% CI: 1.23-9.49) after 20 or more years. The same study found that mesothelioma was increase to 9.75 (95% CI: 1.88-50.6) after 20 years latency among engine room workers. Kidney cancers were increase after 3 years employment as deck officers (OR 2.15, 95% CI: 1.14-4.08 (Saarni et al., 2002). Swedish seamen from the Gothenburg area had a Standard Indicence Ratio (SIR) of 7.43 (95% CI: 3.54-13.72) in 1960 and when followed in 1960 and 1970 had an SIR of 4.27 (95% CI: 0.80-12.63). Overall, Swedish seamen had an SIR of 2.83 (95% CI: 1.41-5.09) (Hemminki & Li, 2003). Cancer incidence among marine engineers was elevated in those followed from 1955 to 1998 with both lung cancer (SIR = 1.2, 95% CI: 1.0-1.5) and for stomach cancer (SIR = 1.3, 95% CI: 1.0-1.5). When smoking was controlled for, through questionnaires on a sample of the cohort (1,501), the lung cancer risk was elevated (1.4, 955 CI: 1.2-1.8) as was the

mesothelioma (SIR 4.8, 95% CI: 1.3-12.3) and urinary bladder cancer (SIR = 1.3, 95% CI: 1.0-1.8) after a 40 year latency (Rafnsson & Sulem, 2003).

## Painters

At the Devonport Dockyard 53 deaths from mesothelioma were observed in workers employed since 1966. Painters were found to have an excess (Sheers & Coles, 1980). Painters were found to have a mesothelioma Standardize Incidence Ratio (SIR) of 199 using union record to search tumor registries (Whorton et al., 1983). In a case-control study of New York painters, members of the International Brotherhood of Painters and Allied Trades (IBPAT) a 3.6 fold excess of lung cancer was identified. Painters using spackling compounds, known to have contained asbestos, had an estimated odds ratio (OR) of 4.33 (95% CI: 1.40-13.96) when compared to cancer controls and an OR of 6.33 (95% CI: 2.04-19.68) compared to non-cancer controls (Stockwell, 1983).

## Petro-chemical Workers:

The United States Bureau of Mines published an information circular in November 1936 outlining "Some Problems of Respiratory Protection in the Petroleum Industry, With Suggestions For Their Solution" (Kintz & Fowler, 1936). In this information circular they specifically mention the disease asbestosis caused by breathing the "fine particles" of asbestos. They further state that the dust need not be visible to be dangerous and that no one seems to be able to state with exactness the safe size and number of dust particles that may be in the air. The information circular provides detailed measures to protect the workers from these "fine particles" and concludes by stating that "forward-looking employer will take steps to become fully informed".

"Because it is the duty of industry to protect its employees and because no comprehensive survey of the hazards incident to occupational dust problems had yet been made, it was felt that here was an opportunity to render a service to the petroleum industry and its employees by making such a survey." These were the words of Willard J. Denno, M. D. in the forward to the survey of Dust Producing Operations in the Production of Petroleum Products and Associated Activities sponsored by the Standard Oil Company (N. J.) in July 1937 (Bonsib, 1937). This survey is a report on the use of insulation within the petrochemical industry and discusses the hazards associated with the use of asbestos containing insulation and outlines measures for reduction on the hazards. This survey reviews the medical literature to date and found that asbestos dust did not seem to be readily handled by the protective mechanism of the lungs. The author of the survey report, Roy Bonsib used much of the knowledge he gained from the survey to author Safeguarding Petroleum Refineries and Their Workers for the International Labour Office that was published in 1943 (Bonsib, 1943). This report discussed many hazards found in the petroleum refinery one of which was asbestos and recommended preventive methods to protect workers from asbestos related disease.

In 1949 Standard Oil Company (N. J.) commenced a "Summary of the Plant Industrial Hygiene Problems" authored by C. Berry et al. (Berry et al, 1949). The report was marked Company Confidential Not For Publication In Present Form. The report discussed asbestos the extensive use of asbestos in the refinery and that the problem with high concentrations of asbestos dust should be studied. The report also discusses asbestos and it's relationship to fibrosis and cancer of the lungs and identifies various trades at risk, i.e. Brick Masons & Helpers, Insulators, Laborers and Pipe Benders.

Between 1949 and 1957 an industry-wide effort was sponsored by the Medical Advisory Committee of the American Petroleum Institute to assess the possible skin cancer hazard to petroleum workers, however, this study was terminated on July 1, 1956 due primarily to the lack of cooperation within the industry. The report did however find that the proportion of tumors of

the digestive system and peritoneum was much larger than that found in the U. S. as a whole (The Kettering Laboratory, 1958).

In 1960, two cases of primary malignant mesothelioma of the pleura were reported in a 57 and 58 year old refinery foremen (Eisenstadt & Wilson, 1960). Many additional studies since 1960 have discussed the hazards of asbestos in the petroleum refinery industry (Meyer & Church, 1961; Lilis et al., 1980; HHE, 1981; Wong & Raabe, 1989; Rosenman, 1991; Mehlman, 1991; Melham, 1991; Mehlman, 1994; Gennaro et al., 1995; Honda et al, 1995; Cooingwood et al, 1996; Finkelstein, 1996; Finkelstein, 1996; Imberonon et al, 1995; Tsai et al., 1996 & Tsai et al, 1996). In a follow-up of to a 1992 study of a Canadian petroleum company (Schnatter el al., 1992) with the exception of mesothelioma no clear excesses in work related mortally was observed. For mesothelioma the death, no cases were observed in females and the risk for men increased overall to SMR 3.51; 95% CI: 2.25-5.22 and an SMR of 8.68; 95% CI: 5.51-13.03 mainly among mechanical workers and pipefitters was observed in the operating segments. Cancers of the large intestine, except the rectum were higher than expected with a significant SMR of 1.98 (95% CI: 1.24-3.00) in the marine section of employment (Lewis et al., 2000). An update of two California petroleum refineries between 1950 and 1995 found no excess of mortality for any asbestos related diseases. While the study consisted of a very large number of person-years at risk (432,420), 69% of the workforce was hired after 1949 with a mean interval since first employment of 23 years. For those asbestos-related diseases of long latency continued follow-up of this cohort will be necessary before any firm conclusions can be drawn. In addition, the authors should attempt to segregate those with potential exposure to asbestos from those with no potential exposure (Satin et al., 2002). An update of the mortality data from a refinery from Louisiana found 3 mesotheliomas but could not calculate an SMR for comparison with national data as the authors said because no mortality rates are available for mesothelioma. However, when the author compared this mortality to data from the SEER program they calculated a non-statistical excess SMR of 2.16 (95% CI = 0.44-6.30). Since the expected mortality was calculated using SEER incidence rates this may be misleading. This study had a total of 68881person-years, from the 3579 men making up the cohort and when compared with the most recent mesothelioma mortality data from Louisiana, which reports 1.4 deaths occurring out of each 100,000 population, this study's expected mortality from mesothelioma may have been overestimated thus underestimating the SMR and its 95% CI (Tsai et al., 2003 & NIOSH, 2003).

Finally, any company that was a member of the Industrial Hygiene Foundation, founded in 1936, would have also received information on the hazards of asbestos from their monthly-published Industrial Hygiene Digest.

## Plasterers & Drywall Workers

In a survey of men applying and finishing tape and spackle at the joints of wallboard it was found that 60% of the personal samples exceed the recommended exposure limit of NIOSH of 2 fibers/cc greater than 5µ in length per milliliter and two-thirds of the 69 workers with at least 10 years exposure had x-ray abnormalities (37 of 63 or 59%). The authors suggest that asbestos disease is an important hazard in this industry (Nicholson et al., 1975). Among samples of consumer spackling and patching compounds asbestos was found in 5 of 15 of the spackling and patching compounds and in all 10 of the drywall taping compounds. The asbestos fibers ranged from 0.25 to 8.0 µm with shorter than 5 µm in length, which would only be found using electron microscopic and not the PCM method. Using PCM it was found that airborne concentrations of 5 fibers per milliliter of air were common and that they lingered in the air at high concentrations even after 15 minutes. Further it was found that for every visible fiber under the PCM that there were from 200 to almost 1000 which could be seen only with the electron microscope. These findings have further implications to their use in home repair than just to the worker, but also to the family members as the fibers stay airborne for long periods of time. According to the authors none of the samples had warning labels (Rohl et al., 1975). Fischbein et al. (1979) further confirmed the risk of asbestos-related disease among drywall construction workers. Residential and commercial drywall workers were found to have exposures to concentrations of asbestos dust as high as 12.4 f/cc from dry joint compound; mixing of a paste premix produced 1.2 to 3.2 f/cc; and that when