Flower, PBS, Sloper, JC & Warner, EC, 1964. Exposure to asbestos and mesothelioma of the pleura. Br Med J, Vol. 2, July, p. 211.

Franchini, A. and Canepa, G., 1949. Anatomicrophathologic Study of Pulmonary Asbestosis. Med. del Lavoro. Vol. 40, p. 161.

Franchini, A. and Canepa, G., 1949. Contributo Allo Studio Anatomo-Patologico dell'Asbestosi Polmonari. Med. del Lavoro. Vol. 40, Nos. 6-7, p. 161. Abstract Bulletin of Hygiene and Industrial Hygiene and Occupational Medicine.

Frankel, M. and DeJager, H., 1961. Mesothelioma peritonei in asbestosis pulmonuim. Jaarb. Kankeronderz Kankrtbestrijd Ned. Vol. 11, p. 99 (Translated by the Department of Health, Education, and Welfare, Division of Occupational Health in January 1964).

Frost, J., 1950. Tilfaelde af Asbestosis (Three cases of asbestosis). Ugeskrift fur Laeger. Vol. 112, p. 1284, September, 14.

Frost, J., George, J., and Moller, 1956. Asbestosis with pleural calcification among insulation workers. Dan. Med. Bull., Vol. 3, p. 202.

Frumkin H & Berlin J, 1988. Asbestos exposure and gastrointestinal malignancy. Review and meta-analysis. Am J Ind Med, Vol. 14(1), p. 79.

Fulton, W.B., Dooley, A., Mathews, J.L. and Houtz, R.L., 1935. Asbestosis. Commonwealth of Pennsylvania. Dept. of Labor and Industry, Special Bulletin, No. 42, September 20, 1935.

Fubini, B., The physical and chemical properties of asbestos fibers which contribute to biological activity. 2001 Asbestos Health Effects Conference, May 24-25, Oakland, CA, U. S. Environmental Protection Agency.

Garcia-Closas M, Christiani DC, 1995. Asbestos-related diseases in construction carpenters. Am J Ind Med, Jan, Vol. 27, No. 1, p. 115.

Gardner, LU, 1940. The pathology and roentgenographic manifestations of pneumoconiosis. J Am Med Assoc, Vol.114, February 17, p. 535.

Gardner, M.J., Winter, P.D., Pannett, B., Powell, C.A., 1986. Follow-up study of workers manufacturing chrysotile asbestos cement products. British J. Ind. Med. 43, p. 726.

George, A.W. and Leonard, R.D., 1939. An x-ray study of the lungs of workmen in the asbestos industry covering a period of ten years. Radiology, Vol. 33, p. 196.

Gerber, M.A., 1970. Asbestosis and neoplastic disorders of the hematopoietic systems. Am. J. Clin. Pathol. 53, p. 204.

Gifford, C.D., 1990. Directory of U.S. Labor Organizations 1990-91 Edition. The Bureau of National Affairs, Inc., Washington, D.C. 20037, p. 38.

Gilson, J.C., 1965. Problems and Perspectives: The changing Hazards of Exposure to Asbestos. Annals of The New York Academy of Sciences, 132, Art. 1, p. 696, December 31, 1965.

Gilson, J.C., 1966. Health Hazards of Asbestos: Recent Studies on its biological effects. Wyers Memorial Lecture. Tr. Soc. Occup. Med., Vol. 16, p. 62.

Gilson, JC, 1973. Asbestos cancer: Past and future hazards [Abridged]. Proc Royal Soc Med, vol. 66, April, p. 395.

Glen, H.W., 1978. Proceedings of Asbestos Symposium. Johannesburg, South Africa, 3rd-7th October.

Glickman, L.T., Domanski, L.M., Maguire, T.G., Dubielzig, R.R., and Churg, A., 1983. Mesothelioma in Pet Dogs Associated with Exposure of Their Owners to Asbestos. Environmental Research, Vol. 32, p. 305-313..

Gloyne, S. R., 1929. The presence of the asbestos fiber in the lesions of asbestos workers. Tubercle, Vol. 10, p. 404.

Gloyne, S. R., 1933. The morbid anatomy and histology of asbestosis. Tubercle, Vol. 14, p. 550-558.

Gloyne, S.R., 1935. Two cases of squamous carcinoma of the lung occurring in asbestosis. Tubercle, Vol. 17, p. 5, October.

Gloyne, S.R., 1936. A case of OA+ cell carcinoma of the lung occurring in Asbestosis. Tubercle, Vol. 18, December, p. 100.

Gloyne, SR, 1951. Pneumoconiosis – A histological survey of necropsy material in 1205 cases. Lancet, Vol. CCLX, April 14, p. 810.

Godwin, M. C. & Jagatic, G., 1968.  Asbestos and mesothelioma.  J A M A, Vol. 204, No. 11, p. 151.

Gold, C., & Cuthbert, J., 1966.  Asbestos - - A Hazard to the Community.  Public Hlth (London), Vol. 80, pp. 261-270, September 6.

**Goodman, M, Morgan, RW, Ray, R, Malloy, CD, & Zhao, K, 1999.  Cancer in asbestos-exposed occupational cohorts: a meta-analysis.  Cancer Causes Contro., Vol. 10, p. 453.

Gottlieb, M.S., Stedman, R.B., 1979.  Lung cancer in shipbuilding and related industries in Louisiana.  Southern Medical Journal, Vol. 72, No. 9, p. 1099.

**Graham, S, Blanchet, M, & Rohrer, T, 1977.  Cancer in asbestos-mining and other areas of Quebec.  J Nat Cancer Inst, Vol. 59, No. 4, p. 1139.

Gregor, A., Parkes, R.W., DuBois, R. and Turner-Warwick, 1979.  Radiograogic Progression of Asbestosis:  Preliminaary Report.  Ann. N.Y. Aced. Sci., 330, p. 147.

Greenburg, M. & Lloyd Davies, T. A., 1974.  Mesothelioma register 1967-68.  Brit J Indus Med, Vol. 31, p. 91-104; Newhouse, M. L. & Thompson, H., 1965.  Mesothelioma of the pleura following exposure to asbestos.  Br J Indus Med, Vol. 22, p. 261.

Greenberg, M, 1984.  S Fibers.  Am J Indust Med, Vol. 5, p. 421-422 & Personal correspondence from Dr. Morris Greenberg, 23 May 2003.

Greenland, S., 2000.  Causation.  In: **Encyclopedia of Epidemiologic Methods**, Eds. Mitchell H. Gail & Jacques Benichou.  John Wiley & Sons, Ltd., p. 182.

**Gustàvsson, P, Jakobsson, R, Johansson, H, Lewin, F, Norell, S & Rutkvist, LE, 1998.  Occupational exposures and squamous cell carcinoma of the oral cavity, pharynx, larynx, and oesophagus: a case-control study in Sweden.  Occ Environ Med, Vol.  55, p. 393.

**Glustavsson, P, Nyberg, F, Pershagen, G, Schéele, P, Jakobsson, R & Plato, N, 2002.  Low-dose exposure to asbestos and lung cancer: Dose-response relations and interaction with smoking in a population-based case-referent study in Stockholm, Sweden.  Am J Epi, Vol. 156, No. 11, p. 1016.

Hall, A.L., 1930.  Asbestos in the Union of South Africa.  2nd ed. Govt. Printer, Pretoria.

Hain, E, Dalquen, P, Bohlig, H, et al., 1974.  Retrospective study of 150 cases of mesothelioma in Hamburg.  Int Arch Arbeitsmed, vol. 33, p. 15.

Hammond, EC, Selikoff, IJ & Churg, J, 1965.  Neoplasia among insulation workers in the United States with special reference to intra-abdominal neoplasia.  Ann N Y Acad Sci, Vol. 132, p. 519.

Hammond, E.C. and Selikoff, I.J., 1973.  Relation of cigarette smoking to risk of death of asbestos-associated disease among insulation workers in the United States.  In:  Proceedings of the Conference on the Biological Effects of Asbestos (P.I. Bogovuski, J.C. Gilson, V. Pinurell, and J.C. Wagner eds.) p. 312, Lyon, France.

Hammond, EC & Selikoff, IJ, 1978.   Asbestos-associated disease in United States shipyards. Ca - A Cancer Journal for Clinicians, New York, USA, Mar-Apr., Vol. 28, No.2, p. 87.

Hammond, E.C., Selikoff, I.J., and Seidman, H., 1979.  Asbestos exposure, cigarette smoking, and death rates.  Ann. N.Y. Acad. Sci. 330, p. 473.

Hampe, JF, 1956. Lung asbestosis with carcinoma.  Ned. Tijdschr. Geneesk (Netherlands J Med)., Vol. 100, p. 2965.

Hansen, ES., 1989.  Mortality of auto mechanics.  Scand J Work Environ Health, Vol. 15.

**Haque, AK, Vrazel, DM & Uchida, T, 1998.  Assessment of asbestos burden in the placenta and tissue digests of stillborn infants in South Texas.  Arch Environ Contam Toxicol, Vol. 35, p. 532.

**Harber, P, Mohsenifar, Z, Oren, A, & Lew, M, 1987.  Pleural plaques and asbestos-associated malignancy.  J Occup Med, Vol. 29, No. 8, p. 641.
Harries, P.G., 1968.  Asbestos hazards in naval dockyards.  Ann. Occup. Hyg., Vol. 11, pp. 135-145.

Harries, P.G., 1971.  Asbestos dust concentrations in ship repairing:  A practical approach to improving asbestos hygiene in naval dockyards.  Ann. Occup. Hyg., Vol. 14, p. 241.

Harrington, J.S., Gilson, J.C., and Wagner, J.C., 1971.  Asbestos and mesothelioma in man.  Nature (L), Vol. 232, p. 54.

Heard, B. E. and Rogers, W., 1961. The Pathology of Asbestosis with Reference to Lung Function. Thorax, Vol. 16, p. 264.

Hemeon, W.C.L., 1955. Plant and Process Ventilation. The Industiral Press, New York, New York.

Hemminki, K & Li, X, 2003. Time trends and occupational risk factors for pleural mesothelioma in Sweden. J Occup Environ Med, Vol. 45, No, 4, April, p. 456.

Hemminki, K & Li, X, 2003a. Time trends and occupational risk factors for peritoneal mesothelioma in Sweden. J Occup Environ Med, Vol. 45, No. 4, April, p. 451.

Henderson, DW, 2000. discussion of Dr. D.W. Henderson in European Communities – Measures Affecting Asbestos and Asbestos-Containing Products – Report of the Panel, World Trade Organization (WTO), 18 September 2000, p. 273.

Henderson, DW., 2000. Friction Products (e.g. brake linings). World Trade Organization – WT/DS135/R, p. 300.

Hendry, N.W., 1965. The geology, occurrences and major uses of asbestos. Ann. N.Y. Acad. Sci., Vol. 132, p. 12.

Hertz, C.W. and Reinwein, H., 1959. Asbestosis among insulators. Arztlicke Wachenschriff. Vol. 14, p. 361.

Hessel PA, Melenka LS, Michaelchuk D, Herbert FA, Cowie RL, 1998. Lung health among plumbers and pipefitters in Edmonton, Alberta. Occup Environ Med, Oct., Vol. 55, No. 10, p. 678.

Hessel PA, Melenka LS, Michaelchuk D, Herbert FA, Cowie RL, 1998. Lung health among boilermakers in Edmonton, Alberta. Am J Ind Med, Oct., Vol. 34, No. 4, p. 38.

HEW/NIOSH, 1972. See NIOSH, 1972.

HEW/NIOSH, 1976. Revised Recommended Asbestos Standard. DHEW (NIOSH) Publication No. 77-169. U.S. Department of Health, Education, and Welfare. Public Health Service. Centers for Disease Control. National Institute for Occupational Safety and Health. December.

Hill, AB, 1966. Asbestos and mesothelioma of the pleura [Abridged]. Proc Royal Soc Med, vol. 59, January, p. 57.

Hillerdal, G., 1980. **Pleural Plaques – Occurrence, exposure to asbestos, and clinical importance**. Acta Universitatis Upsaliensis, 363, Uppsala.

Hillerdal, G., 1994. Pleural plaques and risk for bronchial carcinoma and mesothelioma: A prospective study. Chest, Vol. 105, pp. 144-150.

Hillerdal G., 1999. Mesothelioma: Cases associated with non-occupational and low dose exposures. Review article on cases of mesothelioma associated with non-occupational and low levels of exposure to asbestos. Occ Envir Med. Aug. , Vol.56, No.8, p. 505.

**Hillerdal, G., 2001. Radiological changes as markers of environmental exposure and environmental risk of lung cancer and mesothelioma. 2001 Asbestos Health Effects Conference, May 24-25, Oakland, CA, U. S. Environmental Protection Agency.

Hinds, M.S., Thomas, D.B., and O'Reilly, H.P., 1979. Asbestos, dental x-rays, tobacco, and alcohol in the epidemiology of laryngeal cancer. Cancer, Vol. 44, pp. 1114-1120.

Hiraoka, T, Watanabe, A, Usuma, Y, Mori, T, Kohyama, N and Takata, A, 2001. An operated case of lung cancer with pleural plaques: its asbestos bodies, fiber analysis and asbestos exposure. Industr Health, Vol. 29, p. 194.

Hirsch A, Di Menza L, Carre A, Harf A, Perdrizet S, Cooreman J, Bignon J, 1979. Asbestos risk among full-time workers in an electricity-generating power station. Ann N Y Acad Sci, Vol. 330, p. 137.

HMSO, 1932. Memorandum on the industrial disease of silicosis and asbestosis. His Majesty's Stationary Office, July.

HMSO, 1935. Memorandum on the Industrial Diseases of Silicosis and Asbestosis. H. M. Stationery Office, London.

HMSO, 1939. **Annual Report of the Chief Inspector of Factories for the year 1938**. His Majesty's Stationery Office, July, London, Cmd. 6081.

Hobbs, MST, Woodward, S, Murphy, B, Musk, AW & Elder, JE, 1979. The incidence of pneumoc0oniosis, mesothelioma and other respiratory cancers in men engaged in mining and milling crocidolite in Western Australia. IARC, **Biological Effects of Mineral Fibers**, Lyon, France.

Hodgson MJ, Parkinson DK, Sabo S, Owens GR, Feist JH, 1988. Asbestosis among electricians. J Occup Med, Aug, Vol. 30, No. 8, p. 638.

Hoffman, F.L., 1918.  Mortality from respiratory diseases in dusty trades.  Inorganic Dusts, Bulletin of Bureau of Labor Statistics, No. 231 (Industrial Accidents and Hygiene, Series No. 17).  U.S. Bureau of Labor, Washington, D.C., p. 458.

Holleb, H.B. and Angrist, A., 1942.  Bronchogenic Carcinoma in Association with pulmonary asbestosis.  Amer. J. Path. 18, p. 123.

*Holmes, H, 2001.  **The Secret Life of Dust – From the Cosmos to the Kitchen Counter, the Big Consequence of Little Things**.  John Wiley & Sons, Inc.

Holtgren, W.D., 1973.  Asbestos workplace controls and substitutes. Presentation at the International Systems Safety Symposium, Denver, Colorado, by the Occupational Safety and Health Engineer Coordinator, Safety and Fire Protection Coordination Office, Naval Ship Systems Command [Navships].  July 17-20, 1973.

Homa DM, Garabrant DH, & Gillespie GW, 1994.  A meta-analysis of colorectal cancer and asbestos exposure.  Am J Epidemiol, Vol. 139, p. 1210.

Homan, 1982.  Letter to Mr. Sicard, Union Carbide Corporation, October, 4.  Bushy

Homburger, F., 1943.  The co-incidence of primary carcinoma of the lungs and pulmonary asbestosis – Analysis of literature and report of three cases.  Am J Path, Vol. 19, p. 797.

Hoover, H.C., and Hoover, L.H., 1950.  Georgius Agricola:  De Re Metallica.  Translation from the first Latin edition of 1556.  Dover, New York.

Hornig, F., 1938.  Klinische Betrachtungen Zur Frage des Beru Fsk rebses der Asbestarbeiter.  Z. Krebsforsch, Vol. 47, p. 281[Abs. Clinical considerations on the question of industrial cancer of asbestos workers.  J Indust Hygiene Toxicology, Vol. 20, no 8, 1938, Jan-Dec].

Hosoda, Y., Saitoh, N., Hiraga, Y., Harabuchi, I., 1990.  Asbestos related pleural plaques among seamen.  Proceedings of the VIIth International Pneumoconiosis conference, Part I.  Pittsburgh, Pennsylvania, August 23-26, 1988.  NIOSH, U.S> Department of Health and Human Services, DHHS (NIOSH) Publication No. 90-108, Part I, p. 402.

Hourihane, DO'B, 1964. The pathology of mesotheliomata and an analysis of their association with asbestos exposure.  Thorax, Vo. 19, p. 268.

Hueper, W.C., 1942.  Occupational Tumors and Allied Diseases.  Charles C. Thomas, Springfield, IL and Baltimore, MD., pp. 896.

Hueper, W.C., 1948.  Environmental and Occupational Cancer.  Supplement 209, Public Health Reports, Federal Security Agency, Public Health Service, Washington, D.C.

Hueper, WC, 1951.  Environmental lung cancer.  Indust Med and Surg.  Vol.20, No. 2, February.

Hueper, W.C., 1965.  Occupational and nonoccupational exposures to asbestos.  Ann. N.Y. Acad. Sci., Vol. 132, pp. 184-195.

Hueper, W.C. and Conway, W.D., 1964.  Chemical Carcinogenesis and Cancers.  Charles C. Thomas, Springfield, IL.

Hueper, WC, 1966.  Occupational and Environmental Cancers of the Respiratory System.  Springer-Verlag, New York, Inc.

Huncharek, M., 1987.  Chrysotile asbestos exposure and mesothelioma.  Br. J. Industr. Med., Vol. 44, p. 287.

Huncharek, M., 1989.  The Epidemiology of pleural mesothelioma:  Current Concepts and Controversies.  Cancer Investigations, Vol. 7, No. 1, p. 93.

Huncharek, M., Muscat, J., & Capotorto, J. V., 1989.  Pleural mesothelioma in a brake mechanic.  Br J Indus Med, Vol. 46, p. 69-71.

Hunter, D., 1955.  **The Diseases Of Occupations**.  First Edition.  Little, Brown & Company – Boston, p. 874

Hunter, D., 1978.  **The Diseases of Occupations**.  Sixth Edition.  Hodder and Stoughton, London, Sydney, Ackland, Toronto. .

**Hunting, K & Gavitt, 2003.  Occupational and Environmental Disease Surveillance Database – Summary of AOEC database case reports 1997-2000.  Association of Occupational and Environmental Clinics, Dept. Env Occ Health, George Washing University, Washington, DC 20037, February..

Hutchinson, A.E., 1968.  Remarks.  News from Nount Sinai School of Medicine.  News Conference.  October 14, New York, New York.

IARC, 1977.  IARC Monographs on the Evaluation of Carcinogenic Risk of Chemicals to Man - Asbestos.  Vol. 14.  International Agency for Research on Cancer, World Health Organization, Lyon, Franc, pp. 106.

IARC, 1987. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans Overall Evaluations of Carcinogenicity:            An Updating of IARC Monographs Volumes 1-42 Supplement 7. International Agency for Research on Cancer, Lyon, France.

IARC, 1996.  IARC Monographs on the Evaluation of Carcinogenic Risks to Humans.  Vol. 65.  Printing processes and printing inks, carbon black and some nitro compounds.  International Agency for Research on Cancer, Lyon France.

Imbernon E, Goldberg M, Bonenfant S, Chevalier A, Guenel P, Vatre R, Dehaye J, 1995.  Occupational respiratory cancer and exposure to asbestos: a case-control study in a cohort of workers in the electricity and gas industry.  Am J Ind Med, Sep., Vol 28, No. 3, p.33.

IPCS, 1998.  Environmental Health Criteria 203: Chrysotile Asbestos, International Program on Chemical Safety, World Health Organization. p. 107.

Isselbacher, K.J., Klaus, H., and Hardy H.L., 1953.  Asbestosis and bronchogenic carcinoma.  Amer. J. Med. 15, p. 721.

Iwata, T. & Yano, E., 2003.  Reactive oxygen metabolite production induced by asbestos and glass fibers: Effect of Fiber milling.  Indust Health, Vol. 41, pp. 32-38.

Iwatsubo, Y., Pairon, JC., Boutin, C. et al., 1998.  Pleural mesothelioma: dose-response relation at low levels of asbestos exposure in a French population-based case-control study.  Am J Epid, Vol. 148, No. 2, p. 133.

Jacob, G. & Bohlig, H., 1955.  Die rontggenologischen komplikationen der lungenasbestose.  Fortschritte Auf dem Gebiete Der Rontgenstrahlen veeinigt mit Rontgenpraxis. Vol. 83, No. 4, p. 515.

Jacobson, 1936.  Case of Acute Asbestosis.  Acta Med. Scand. Vol. 78, p. 482.

JAMA, 1928.  Pulmonary asbestosis – editorial.  J Am Med Assoc, Vol. 90, Jan. 14, p. 119.

JAMA, 1930.  Compensation Act to be Extended to Asbestosis.  J Am Med Assoc, Vol. 94, p. 2078.

JAMA, 1930.  Pulmonary Asbestosis.  J Am Med Assoc, Vol. 95, No. 19, p. 1431.

JAMA, 1944.  Environmental Cancer. J Am Med Assoc, Vol. 126, November 25, p. 836.

JAMA, 1949.  Asbestos and Cancer of the Lung.  Journal of the American Medical Association, 140, p. 1219.

Jarvholm, BG, Larsson, S & Marcus, K, 1987.  Asbestos-associated lung effects in car mechanics. Scand J Work Environ  Health. Jun., Vol. 13, No. 3, p. 252.

Jarvholm, B & Brisman, J, 1988.  Asbestos associated tumours in car mechanics.  Brit J Indust Med. Vol. 45, p. 645.

Jockel, K H, Ahrens, W, Bolm-Audorff, U, 1994.  Lung Cancer Risk and Welding - Preliminary Results from an Ongoing Case-Control Study.  Am J Indust Med, Vol. 25, No. 6, p.  805.

Jobe, J.B., 1968.  Remarks.  News from Mount Sinai School of Medicine.  News Conference.  October 14, New York, New York.

Johansen C, Olsen JH, 1998.  Risk of cancer among Danish utility workers--a nationwide cohort study.  Am J Epidemiol, Mar., 15, Vol. 147, No. 6, p.548.

Johnson, W.M., Lemen, R.A., Hurst, G.A., Spiegel, R.M., and Liu, F.H.Y., 1983.  Respiratory morbidity among workers in an amosite asbestos insulation plant.  J. Occ. Med., Vol. 24, No. 12, December, p. 994.

Johnstone, RT, 1941.  Occupational Diseases – Diagnosis, Medical Aspects and Treatment.  W. B. Saunders Company, Philadelphia & London, p. 348, Ch. XXVIII.

Jones, J.F.P., Pooley, F.D., and Smith, P.G., 1976.  Factory populations exposed to crocidolite asbestos.  A continuing survey.  In:  Rosenfeld C., and Davis, A.W. (eds.), Environmental Pollution and Carcinogenic Risks, International Agency for Research on Cancer, Lyon, World Health Organization, IARC Scientific Publication No. 13, p. 117.

Jones, JSP, Smithe, PG, Pooley , FD, Berry, G, & Sawis, GV, 1979. The consequences of asbestos dust exposure in a war-time gas mask factory.  IARC.  Biological Effects of Mineral Fibres, Lyon, France

Jones, R.H., 1897.  **Asbestos and Asbestic:  Their Properties, Occurrences and Us**e.  Crosbey Lockwood and Son, London, p.4.

Jones, R.H., 1897.  Asbests and Asbestic:  with some account of the recent discovery of the latter at Danville, in lower Canada.  J.Soc. Art, Vol. 45, p. 3.

Jones, R.N., Hughes, J.M., and Weill, H., 1996.  Asbestos exposure, asbestosis, and asbestos-attributable lung cancer.  Thorax, Vol. 51.

Jones, D.R., 1979.  Assessment of asbestos concentrations in the engineroom environment of marine vessels, Phase 1.  Report No. MA-RD-930-79095, Contract No. 5-38072, Final Report IITRI Project No. J6449CO1,. U.S. Maritime Administration, January 1979.  26 pages.

Jones, D.R., 1981.  Technical Report - Assessment of asbestos concentration on marine vessels:  Maintenance and repair.  Technical Report from IIT Research Institute, prepared for the U.S. Department of Commerce, Maritime Administration, Office of Research and Development.  February 1981.  39 pages.

Jones, D.R., Stockham, J.O., 1982.  Assessment of asbestos concentrations in the James River Reserve Fleet.  Technical Report No. MA-RD-930-82084.  Technical Report from IIT Research Institute, prepared for the U.S. Department of Commerce, Maritime Administration.  October 1982.  45 pages plus Appendix A-C.

Jones, JSP, Smithe, PG, Pooley , FD, Berry, G, & Sawis, GV, 1979. The consequences of asbestos dust exposure in a war-time gas mask factory.  IARC.  **Biological Effects of Mineral Fibres**, Lyon, France.

Jones, R.N., Diem, J.E., Ziskind, M.M., Rodregues, M., Weill, H., 1984.  Radiographic evidence of asbestos effects in American Marine Engineers.  J. Occ. Med., Vol. 26, No. 4, April 1984.  p. 281.

Kagen, E., Solomon, A., Cochrame, J.C., et al., 1977.  Immunological studies of patients with asbestosis.  I. Studies of the cell-mediated immunity.  Clin. Exp. Immunol., 18, p. 261.

Kang SK, Burnett CA, Freund E et al., 1997.  Gastrointestinal cancer mortality of workers in occupations with high asbestos exposures.  Am J Ind Med, Jun, Vol. 31(6), p. 713.

Karjalainen A.; Mattson K.; Pukkala E.; Tammilehto L.; Vainio H., 1997.  Trends in mesothelioma incidence and occupational mesotheliomas in Finland in 1960-1995.  Scand Work, Environ Health Aug. Vol.23, No.4, pp. 266-270.

Karjalainen, A., 1994.  Occupational asbestos exposure, pulmonary fiber burden and lung cancer in the Finnish population.  An Academic Dissertation.  Finnish Institute of Occupational Health and University of Helsinki, pp. 1-66.

**Karjalainen, A, Meurman, LO, & Pukkala, E, 1994.  Four cases of mesothelioma among Finnish anthophyllite miners.  Occup Environ Med, Mar, vol.51, No. 3, p. 212.

**Karjalainen, A, 2002.  Epidemiologic and clinical aspects of asbestos-related diseases.  Proceedings of the asbestos symposium for the Asian countries.  September 26-27, Japan, p. 3.

Keal, E. E., 1960.  Asbestosis and abdominal neoplasms.  Lancet II, p. 1211.

Kelley, JR & Duggan, JM, 2003.  Commentary Gastric cancer epidemiology and risk factors.  J Clinical Epi, Vol. 56, p. 1.

Kelman, H.R., Kavaler, F., 1990.  Mortality patterns of American Merchant Seamen, 1973-1978.  Am. J. Ind. Med., Vol. 17, No. 4, p. 423.

Kemperer, P., & Rabin, C.B., 1931.  Primary neoplassms of pleura: Report of five cases.  Arch Pathol, Vol. 11, p. 385-412.

Kennaway, E. L. and Kennaway, N. M., 1947.  A Further Study of the Incidence of Cancer of the Lung and Larynx. Brit. J. Cancer. Vol. 1, p. 260.

Kern DG, Hanley KT, Roggli, VL, 1992.  Malignant mesothelioma in the jewelry industry.  Am J Ind Med, Vol. 21, p. 409.

Kern DG & Frumkin H, 1988.  Asbestos-related disease in the jewelry industry: Report of two cases.  Am J Ind Med, Vol. 13, p. 407.

Kettering Laboratory, 1958.  An Epidemiological Study of Cancer Among Employees in the American Petroleum Industry.  Department of Preventive Medicine and Industrial Health, College of Medicine, University of Cincinnati, Cincinnati, Ohio, March.

Kintz, G. M. & Fowler, H. C., 1936.  Some Problems Of Respiratory Protection In The Petroleum Industry, With Suggestions For Their Solution.  Information Circular, Department of the Interior – Bureau of Mines, November.

Kishimoto, T. and Okada, K., 1988.  The relationship between lung cancer and asbestos exposure.  Chest. 94, p. 486.

Kishimoto T, Okada K, Sato T et al., 1988.  Evaluation of double cancers of the lung and stomach.  Gan No Rinsho, Sep, Vol. 34, No. 11, p. 1565.

Kishimoto T, Okada K, Nagake Y et al., 1989.  A case of asbestosis complicated with double cancer of the stomach and colon.  Gan No Rinsho, Feb, Vol. 35(3), p. 417.

Kishimoto T, Ono T, & Okada K, 1989.  Evaluation of primary multiple cancer manifesting exposure to asbestos.  Gan No Rinsho, Jun, Vol. 35 No.7, p. 825.

Kishimoto T & Shimamoto F, 1990.  Evaluation of double cancers in relation to previous asbestos exposure.  Ban No Rinsho, Jun, Vol. 36, No. 7, p. 787.

Kishimoto T & Yamaguchi K, 1990.  A case of simultaneous double cancer (lung and stomach cancer) related to asbestos exposure.  Nippon Kyobu Shikkan Gakkai Zasshi, Jul., Vol. 28, No. 7, p. 1028.

Kiviluto, R, 1960.  Pleural calcification as a roentgenologic sign of non-occupational endemic anthophyllite asbestos.  Acta Radiologica, Sup. 194., Sweden.  Stockholm.

Kleinbaum, DG, Kupper, LL, & Morgenstern, H, 1982.  **Epidemiologic Research – Principles and Quantitative Methods**.  Lifetime Learning Publications, A Division of Wadsworth, Inc., Belmont, California, pp. 529.

Kleinfeld, M. et al., 1967.  Mortality among talc miners and millers in New York State.  Arch. Environ. Health, Vol. 14, p. 663.

Klokov, AL, 1960.  Significance of investigation of function of cardiopulmonary system in early diagnosis of asbestosis.  Sovet Med, Vol. 24, p. 98.

Knox, J.F., Doll, R.S., and Hill, I.D., 1965.  Cohort analysis of changes in incidence of bronchial carcinoma in a textile asbestos factory.  Ann. N.Y. Acad. Sci., Vol. 132, p. 526.

Knox, J.F., Holmes, S., Doll, R., and Hill, I.D., 1968.  Mortality from lung cancer and other causes among workers in an asbestos textile factory.  Br. J. Ind. Med., Vol. 25, p. 298.

**Kobayashi, Y, Murakami, R, Ogura, J, Yamamoto, K, Ichikawa, T, Nagasawa, K, Hosone, M, & Kumazaki, T,  2001.  Primary pericardial mesothelioma: a case report.  European Radiology, 8 May, springer-Verlag.  DOI 10.1007/s003300100884.

Koelsch, F., 1938.  Lungenkrebs und Beruf. Acta. Un. Int. Cancer., 3, p. 243.

Kogan, F.M., Guselnikova, N.A., and Gulevskaya, M.R., 1972.  The cancer mortality rate among workers in the asbestos industry of the Urals. Gig. Sanit., Vol. 37, p. 29.

Kolyema, N. & Suzuki, Y. 1991.  Analysis of asbestos fibers in lung perenchyma, pleural plaques, and mesothelioma tissues of North American insulation workers.  Ann NY Acad Sci, Vol. 643, p. 27-52.

Konig, 1960.  Asbestosis.  Arch Gewerbvepath Gewerbehyg, vol. 18, p. 159.

Koskinen, K., Pukkala, E., Reijula, K. & Karjalainen, A., 2003.  Incidence of cancer among the participants of the Finnish Asbestos Screening Campaign.  Scand J Work, Environment & Health, pp. 64-70 (Feb).

Kovalevskii EV, 1993.  Hygienic evaluation of contact with asbestos-containing dusts at thermoelectric power plants.  Med Tr Prom Ekol, No. 9-10, p. 17.

Krige, L., 1966.  Asbestosis--with special reference to the radiological diagnosis.  S. Afr. J. Radiol., Vol. 4, p. 13.

Kuhn, A., 1940.  Diseases among yard workers of the Navy shipyard, Welhelmshaven, with Special references to occupational accidents and professional diseases.  Review of the years 1930-1938.  Internationales Archiv. für Gewerbepathologic und Cewerbehygiene. Vol. 10, p. 133.

Kuhn, J., 1941.  Hypermicroscopic Studies on Asbestos Dust and on Lungs in Asbestosis.  Archiv. fur Gewerbepathologie und Gewerbehygiene. Vol. 10. p. 473.

Kishimoto T, Okada K, Sato T et al., 1988.  Evaluation of double cancers of the lung and stomach.  Gan No Rinsho, Sep, Vol. 34(11), p. 1565.

Kuempel, ED, Dankovic, DA, Smith, RJ & Stayner, Lt, 2001. Concordance of rat and human data-based risk estimates for lung cancer from chrysotile asbestos. 2001 Asbestos Health Effects Conference, May 24-25, Oakland, CA, U. S. Environmental Protection Agency.

Landrigan, P. J., Nicholson, W. J., Suzuki, Y., & LaDou, J., 1999. The hazards of chrysotile asbestos: A critical review. Indus Health, Vol. 37, p. 271-280.

Lancet, 1930. Pulmonary asbestosis. Lancet, Vol. 1, April 19, p. 870.

Lancet, 1966. Health Hazards of Asbestos. March 5, p. 530.

Lane, R.E., 1968. Hygiene standards for chrysotile asbestos dust. Ann. Occ. Hyg, Vol. 2, No. 2, p. 47.

Landrigan, P.J. and Kazemi, H., 1991. The Third Wave of Asbestos Disease: Exposure to Asbestos in Place - Public Health Control. Ann. N.Y. Acad. Sci., Vol. 643.

*Lange, J.H. & Thomulka, K.W., 2000. An evaluation of personal airborne asbestos exposure measurements during abatement of dry wall and floor tile/mastic. Int J Environ Health Res., vol. 10, p. 5.

Langer, A.M., Selikoff, I.J. & Sastre, A., 1971. Chrysotile asbestos in the lungs of persons in New York City. Arch Environ Hlth, vol. 22, p. 348, March 5.

Langer, A. M. & McCaughey, W. T. E., 1982. Mesothelioma in a brake repair worker. Lancet, vol. 2, p. 1101, November 13.

Langer AM, Rohl AN, Selikoff IJ, Harlow GE, Prinz M, 1980. Asbestos as a cofactor in carcinogenesis among nickel-processing workers. Science, Jul 18, Vol. 209, No. 4454, p. 420.

*Langer, A.M.; Nolan, R.P.; Constantopoulos, S.H.; Moutsopoulos, H.M., 1987. Association of Metsovo Lung and Pleural Mesothelioma with Exposure to Tremolite-Containing Whitewash. Lancet Apr.,1, p. 965.

*Lanza, A.J., McConnell, W.J., and Fehnel, J.W., 1935. Effects of the Inhalation of asbestos Dust on the Lungs of Asbestos Workers. United States Public Health Reports, 50, p. 1.

Lanza, A.J., 1936. Asbestosis. J. Am. Med. Assoc., Vol. 106, Feb., p. 368.

Lanza, AJ, 1938. **Silicosis and Asbestosis**. Oxford University Press. London, New York & Toronto.

Latham, R.E. (Ed.), 1958. The Travels of Marco Polo. Penguin Books, London, pp. 89-90.

Leathart, G. I. and Sanderson, J.T., 1963. Some Observations on Asbestosis. Ann. Occup. Hyg., Vol. 6, p. 63.

**Lee, PN, 2001. Relation between exposure to asbestos and smoking jointly and the risk of lung cancer. Occup Environ Med, Vol. 58, p. 145, March.

Leicher, F., 1954. Primary epithelial tumor of the peritoneum in asbestosis. Archiv fur Gewerbepathologie und Gewerbehygiene, Vol. 13, p. 382-392.

Lilienfeld DE, 1991. Asbestos-associated pleural mesothelioma in school teachers: a discussion of four cases. Ann N Y Acad Sci, Dec 31, Vol. 643, p. 454.

Lemen, R.A., 1980. NIOSH Testimony on Asbestos in hearings before the Subcommittee on Coast Guard and Navigation of the Committee on Merchant Marine and Fisheries, House of Representatives, Ninety-Sixth Congress.

Lemen, R.A., Dement, J.M., and Wagoner, J.K., 1977. Reevaluation of data relative to health effects of occupational exposure to asbestos. U.S. Department of Health, Education and Welfare, Public Health Service, Center for Disease Control, National Institute for Occupational Safety and Health (NIOSH), DHEW Publication No. 77-169.

Lemen, R.A. and Dement, J.M., 1979. Dust and Disease. Pathotox Publishers, Inc., Park Forest South, Il.

Lemen, R.A., Dement, J.M., and Wagoner, J.K., 1981. Epidemiology of Asbestos-Related Diseases. Environmental Health Perspectives, Vol. 34, p. 1, February.

Lemen, R.A. and Bingham, E., 1994. A case study in avoiding a deadly legacy in developing countries. Toxicology and Industrial Health. 10, No. ½, p. 59.

Lerman Y, Finkelstein A, Levo Y, Tupilsky M, Baratz M, Solomon A, Sackstein G, 1990. Asbestos related health hazards among power plant workers. Br J Ind Med, Apr., Vol. 47, No. 4 p. 281.

Leversse, Renier, Fleury-Feith, Levy, Moritz, Vivo, Pilatte, Jaurand, 1997. Analysis of Cell Cycle Disruptions in Cultures of Rat Pleural Mesothelial Cells Exposed to Asbestos Fibers. Am. J. Respir. Cell Mol. Biol., Vol. 17, p 660-671.

Levin, JI, McLarthy, JW, Hurst, GW, Smith, AN & Frank, AL, 1998. Tyler Asbestos workers: mortality experience in a cohort exposed to amosite. Occup Envrion Med, Vol 55, pp155-160.

Levin SM, Selikoff IJ, 1991. Radiological abnormalities and asbestos exposure among custodians of the New York City Board of Education. Ann N Y Acad Sci, Dec 31, Vol. 643, p. 530.

Levine, R.J., 1978. Asbestos: An Informational Resource. National Cancer Institute. (May).

Levy, SA, 1975. Occupational pulmonary diseases. In: **Occupational Medicine – Principles and practical applications**. Ed. Carl Zenz, Year Book Medical Publishers, Inc., Chicago.

Lew, EA, 1952. Use of life insurance company records for cancer studies. Arch of Ind Hyg Occup Med, Vol. 5, p. 199.

Lewinsohn, H.D., 1974. Health hazards of asbestos: A review of recent trends. J. Soc. Occup. Med., vol. 24, p. 2.

Lewis, R, Schnatter, AR, Katz, AM, et al., 2000. Updated mortality among diverse operating segments of a petroleum company. Occup Environ Med, Vol. 57, p. 595.

**Liddell, F.D.K.; McDonald, A.D.; McDonald, J.C, 1998. Dust exposure and lung cancer in Quebec chrysotile miners and millers. Annals of occupational hygiene. Vol. 42, no. 1, Jan., p. 7.**

Lieben, J & Pistawka, H, 1967. Mesothelioma and asbestos exposure. Arch Environ Health, Vol.14, p. 559.

Lieben, J. and Pistawtza, R., 1967. Mesothelioma and asbestos exposure. Arch. Environ. Health. 14, p. 559.

Liddell, D. & Miller, K., 991. Minerals Fibers and Health. CRA Press., pp. 381. Baca Raton Ann Arbor Boston London.

Liddell, F.D.K., McDonald, J.C., and Thomas, D.C., 1977. Methods of cohort analysis: appraisal by application to asbestos mining. J. Roy. Stat. Soc., Part A, Vol. 140, p. 469.

Liukomem, L.R., Still, K.R., Beckett, R.R., 1978. Asbestos exposure from gasket operations. Report from the Industrial Hygiene Branch, Occupational and Environmental Health Service, Naval Regional Medical Center, Bremerton, Washington. May 1978. 67 pages.

Lloyd, J. W., 1975. Asbestos: Asbestos exposure during servicing of motor vehicle Brake and clutch assemblies. Current Intelligence Bulletin 5, August 8.

**Luo, S, Liu, X, Mu, S, Tsai, SP & Wen, CP, 2003. Asbestos related disease from environmental exposure to crocidolite in Da-yao, China. I. Review of exposure and epidemiological data. Occup Environ Med, Vol. 60, p. 35.

Lynch, K.M., and Smith, W.A., 1930. Asbestos bodies in sputum and lung. JAMA, Vol. 2, p. 659, August, 30.

Lynch, K.M. & Smith, W.A., 1931. Pulmonary asbestos II. Am Rev Tuberculosis, Vol. 23, pp. 643-660.

Lynch, K.M., and Smith, W.A., 1935. Pulmonary asbestosis III. Carcinoma of Lung in asbesto-silicosis. Am. J. Cancer, Vol. 14, p. 56.

Lynch, KM, 1955. Pathology of asbestosis. AMA Arch Indust Health, Vol.11, P. 185.

Maartmann-Moe H, Hartveit F, 1985. On the reputed decline in gastric carcinoma: necropsy study from western Norway. Br Med J (Clin Res Ed), Jan 12, Vol. 290, No. 6462, p. 103.

MacLure, M., 1987. Asbestos and renal adenocarcinoma: a case-control study. Environ. Res. 42, p. 353.

Magnani C, Agudo A, Gonzalez CA, Andrion A, Calleja A, Chellini E, Dalmasso P, Escolar A, Hernandez S, Ivaldi C, Mirabelli D, Ramirez J, Turuguet D, Usel M, Terracini B, 2000. Multicentric study on malignant pleural mesothelioma and non-occupational exposure to asbestos. Br J Cancer, Jul., Vol. 83, No. 1, p. 104.

**Maier, H & Tisch, M, 1997. epidemiology of laryngeal cancer: results of the Heidelberg case-control study. Acta Otolaryngol Suppl, Vol. 527, p. 160.

Malami, W., Losi, F. Falcini, M., and Donelli, G., 1990. On the mechanism of cell internalization of chrysotile fibers. An immunccytechnical and ultrastructural study. Environmental Research, Vol. 52. No. 2, pages 164-177.

Malker, H.S.R., McLaughlin, J.K., Malker, B.K., Stone, B.J., Weiner, J.L., Ericsson, L.E. & Blot, W.J., 1985. Occupational risks for pleural mesothelioma in Sweden 1961-1979. J Natl Cancer Inst, Vol. 74, p. 61.

Malker, H.S.R., Weiner, J.A. & McLaughlin, J.K., 1990. Mesothelioma among Swedish railroad workers. Acta Oncol, Vol. 11, p. 203.

Mallory, T.B., Castleman, B. and Parris, E.E., 1947. Case records of the Massachusetts General Hospital #33111. New Eng. J. Med., Vol. 236, p. 407.

Malorni, W., Losi, F., Falchi, M., and Donelli, G., 1990. On the mechanism of cell internalization of chrysotile fibers: An immunocytochemical and ultrastructural study.

Maltoni, C., Pinto, C. & Mobiglia, A., 1991. Mesotheliomas due to Asbestos Used in Railroads in Italy. In: The Third Wave of Asbestos Disease: Exposure to Asbestos in Place, Ann N Y Acad Sci, Vol. 643, p. 347.

**Mándi, A.; Posgay, M.; Vadász, P.; Major, K.; Rödeisperger, K.; Tossavainen, A.; Ungváry, G.; Woitowitz, H.-J.; Galambos, É.; Németh, L.; Soltész, I.; Egerváry, M.; Böszörményi Nagy, G., 2000. Role of occupational asbestos exposure in Hungarian lung cancer patients. Arch Environ contamination and toxicology. Vol. 73, No. 8, Nov. p. 555.

Mann, R.H., Grosh, J. L. and O'Donnell, W.M. 1966. Mesothelioma associated with asbestos, Cancer, Vol. 19, p. 521.

Mancuso, T.F., and Coutler, E.J., 1963. Methodology in industrial health studies. The cohort approach, with special reference to an asbestos company. Arch. Env. Health, Vol. 6, p. 210.

Mancuso, T.F. and El-Aher, A.A., 1967. Mortality patterns in a cohort of asbestos workers. A study based on employment experiences. J. Occ. Med. Bol. 9, p. 147.

Mancuso, T.F., 1983. Mesothelioma among machinists in railroad and other industries. Am J Indust Med, Vol. 4, p. 501.

Mancuso, T.F., 1988. Relative risk of mesotheliomas among railroad workers exposed to chrysotile. Am. J. Ind. Med., Vol. 13, p. 639.

Mancuso, T.R., 1990. Responses to Drs. Churg and Green. Letter to the editor. Am. J. Ind. Med., Vol. 17, p. 525.

Mancuso, T.F., 1991. Mesotheliomas among Railroad Workers in the United States. In: The Third Wave of Asbestos Disease: Exposure to Asbestos in Place, Ann N Y Acad Sci, Vol. 643, p. 333.

**Mandel, JS, McLaughlin, JK, Schlehofe, B, Mellemgaard, A, Helmert, U, Lindblad, P, McCredie, M, & Adami, H-O, 1995. International renal-cell cancer study. IV. Occupation. Int J Cancer, vol. 61, No. 5, p. 601.

**Mann, Grosh & O'Donnell, 1966. Mesothelioma associated with asbestosis. Cancer, Vol. 19, p. 521.

**Marchand, JL, Luce, D, Leclerc, A, Goldberg, P, Orlowski, E, Bugel, I, & Brugere, J, 2000. Laryngeal and hypopharyngeal cancer and occupational exposure to asbestos and man-made vitreous fibers: results of a case-control study. Am J Indust Med, vol. 37, p. 581.

Marcus K, Jarvholm BG, Larsson S, 1987. Asbestos-associated lung effects in car mechanics.. Scand J Work Environ Health, Jun., Vol. 13, No. 3, p. 252.

Marr, W., 1964. Survey of William Marr, Chief industrial Hygienist at the Long Beach Naval Shipyards, T/P Exh. 146, Glover v. Johns-Manville Corp. v. United States of America.

Marr, W.T., 1964. Asbestos Exposure During Naval Vessel Overhaul. Ind. Hyg. J., May-June, 1964. pages 264-268.

Marks, 1957. Clinical Determination of the Diffusion Capacity of the Lungs. Am. J. Med., Vol. 22, p. 51.

Marten, M., Dirksen, M., Puschel, K. and Lieske, K., 1989. Distribution of asbestos bodies in the human organism. Der Pathologe, Vol. 10, pp. 114-117.

Matsuoka, M, Igisu, H, & Morimoto, Y, 2003. Phosphorylation of p53 protein in A549 human pulmonary epithelial cells exposed to asbestos fibers. Environ Health Persp, Vol. 111, No. 4, April, p. 509.

Mayer, E., Kaltreider, N.L., Pendergrass, E.P., Princi, F., Sander, O.A., Vorwald, A.J., Wright, G.W., and Hames, L.N., 1963. The Pneumoconioses. Arch. Env. Health, Vol. 7, p. 130, (August).

Meyer, W.H. & Church, F.W., 1961. Industrial Hygiene Aspects of Mechanical Operations in a Petroleum Refinery. Medical Bulletin, Vol. 21, No. 2, p. 256-265 (Abstract).

McCaughey, W.W.E., Wade, O.L., and Elmes, P.C., 1962. Exposure to asbestos dust and diffuse pleural mesotheliomas. Brit. Med. J. 2, p. 1397.

**Maclure, M, 1987. Asbestos and renal adenocarcinoma: a case-control study. Environ Res, Vol. 42, No. 2, p. 353.

**McCredie, M & Stewart, JH, 1993. Risk factorsfor kidney cancer in New South Wales. IV. Occupation. Br J Ind Med, Apr., vol.50, No. 4, p. 349.

McDonald, S., 1927. Histology of pulmonary asbestosis. Br. Med. J., Vol. 2, p. 1025.

McDonald, AD, Harper, A, El Attar, OA, McDonald, JC, 1970. Epidemiology of primary malignant mesothelial tumours in Canada. Cancer, vol. 26, p. 914.

McDonald, A.D., Fry, J.S., Woolley, A.J., and McDonald, J.C., 1983. Dust exposure and mortality in an American chrysotile asbestos friction products plant. Br. J. Ind. Med., Vol. 40, p. 361.

McDonald, J.C., 1973a. Asbestosis in Chrysotile mines and mills. In: Bogovski, P., Gilson, J.C., Timbrell, V., and Wagner, J.C. (eds.), Biological Effects of Asbestos, IARC Scientific Publications No. 8, International Agency for Research on Cancer, Lyon, World Health Organization, p. 155.

McDonald, J.C., 1973b. Cancer in Chrysotile mines and mills. In: Bogovski, P., Gilson, J.C., Timbrell, V., and Wagner, J.C. (eds.), Biological Effects of Asbestos, IARC Scientific Publications No. 8, International Agency for Research on Cancer, Lyon, World Health Organization, p. 189.

McDonald, J.C., 1977. Exposure relationships and malignant mesothelioma. In: Glen, H.W. (ed.), Proceedings of Asbestos Symposium, Johannesburg, South Africa, 3-7 October, National Institute for Metallurgy, Randburg.

McDonald, J.C., Becklake, M.R., Gibbs, G.W., McDonald, A.D., and Rossiter, C.E., 1974. The health of chrysotile asbestos mine and mill workers of Quebec. Arch. Environ. Health, Vol. 28, p. 61.

McDonald, AD & McDonald, JC, 1981. Mesothelioma as an index of asbestos impact. In: Schneiderman, M & Peto, R (eds). Banbury Report No. 9. Cold Spring Harbor, NY, p. 73.

McDonald, J.C., McDonald, A.D., Armstrong, B., and Sebastien, P., 1986. Cohort study of mortality of vermiculite miners exposed to tremolite. Br. J. Ind. Med., Vol. 43, 436.

McDonald, J.C., Armstrong, B., Case, B., Coell, D., McCaughey, T.E., McDonald, A.D., and Sebastien, P., 1989. Mesothelioma and asbestos fiber type: Evidence from lung tissue analysis. Cancer, Vol. 63, p. 1544.

**McDonald, JC, Liddell, FDK, Dufresne, A, & McDonald, AD, 1993. The 1891-1920 birth cohort of Quebec chrysotile miners and millers: mortality 1976-88. Br J Indust Med, Vol. 50, No. 12, p. 1073

McDonald, J.C., Hansell, D., Newman Taylor, A., et al., 1994. Is lung cancer related to asbestos exposure in the absence of pulmonary fibrosis? A case-referent study. Am J Resp Crit Care Med, Vol. 149, pp. A405.

McDonald, JC & McDonald, AD, 1996. The epidemiology of mesothelioma in historical context. Eur Respir J, Vol. 9, p. 1932.

McDonald JC, Edwards CW, Gibbs AR, Lloyd HM, Pooley FD, Ross DJ, Rudd RM, 2001. Case-referent survey of young adults with mesothelioma: II. Occupational analyses. Ann Occup Hyg , Oct., Vol. 45, No. 7, p. 519.

McEwen, J, Fiunlayson, A, Mair, A, Gibson, AAM, 1970. Mesothelioma in Scotland. Br Med J, Vol. 4, p. 575.

McKinney, J.A., 1983. Statement of John A. McKinney, Chairman of the Board and Chief Executive Officer Manville Corporation. Failure to Regulate-Asbestos: A Lethal Legacy. Hearing before a Subcommittee of the Committee on Government Operations, House of Representatives, ninety-eighth Congress, first session, June 18. U.S. Government Printing Office, Washington.

McLaughlin, A.I.G., 1955. The dust diseases of Great Britain. A.M.A. Arch. Industr. Hlth. Vol. 12, p. 83 - 98.

**McLaughlin, JK, Blot, W, Devesa, SS & Frameni, JF, 1996. Renal Cancer. In: Schottenfeld, D & Fraumeni, JF (eds). **Cancer Epidemiology and Prevention**. New York, Oxford University Press, p. 1142.

McMillan, G. & Rossiter, C.E., 1982. Development of radiological and clinical evidence of parenchumal fibrosis in men with non-malignant asbestos-related pleural lesions. Brit. J. Ind. Med., Vol. 39, p.54.

McMillan GH, 1983. The health of welders in naval dockyards. The risk of asbestos-related diseases occurring in welders. J Occup Med, Oct., Vol. 25, No. 10, p. 727.

McPheeters, S.B., 1936. A Survey of a Group of Employees Exposed to Asbestos Dust. Journal of Industrial Hygiene and Toxicology, Vol. 18, No. 4, Apr., p.229.

McVittie, M.C., 1965. Asbestosis in Great Britain. Ann. N.Y. Acad. Sci., Vol. 132, Art. 1, p. 128, (December 31).

**Meiklejohn, A, 1956. Silicosis and other fibrotic pneumoconiosis – Ch. 1. In: Merewether, ERA, **Industrial medicine and Hygiene – Vol. 3**. Butterworth & Co. (Publishers) Ltd., London.

**Mellemgaard, A, Engholm, G, McLaughlin, JK, & Olsen, JH, 1994. Occupational risk factors for renal-cell carcinoma in Denmark. Scand J Work, Environ health, Vol. 20, No. 3, p. 160.

Merewether, E.R.A., and Price, C.W., 1930. Report on the effects of asbestos dust on the lungs and dust suppression in the asbestos industry I. Occurrence of pulmonary fibrosis and other pulmonary affections in asbestos workers II. Processes giving rise to dust and methods for its suppression. London: H.M. Stationery Office.

Merewether, ERA, 1930. The occurrence of pulmonary fibrosis and other pulmonary affections in asbestos workers. J Indus Hyg, Vol. 12, No. 4, p. 239.

Merewether, ERA, 1933. A memorandum on asbestosis. Tubercle, Vol. XIV – 1932-33, December, p. 109.

Merewether, E.R.A., 1949. Annual Report of the Chief Inspector of Factories for the year 1947. London: HMSO, 1949. p. 78.

Merewether, E.R.A., 1952. Discussion at the 7th Saranac Symposium on Pneumoconoses, (September 24).

Meurman, L., Kiviluoto, R., and Hakama, M., 1974. Mortality and morbidity among the working population of anthophyllite asbestos miners in Finland. Br. J. Ind. Med., Vol. 31, p. 105.

Meurman, L.O., Kiviluoto, R., Hakama, M., 1979. Combined effect of asbestos exposure and tobacco smoking of Finnish anthophyllite miners and millers. Ann. N.Y. Acad. Sci., vol. 330, p. 491.

Meurman, L. O., Pukkala, E., & Hakama, M., 1994. Incidence of cancer among anthophyllite asbestos miners in Finland. Occ Env Med, Vol. 51, No. 6, p. 421-425.

Middleton, E.L., 1936. Industrial Pulmonary Disease Due to the Inhalation of Dust with Special Reference to Silicosis. Lancet, 2, p. 59.

Midzenski, M.A., McDiarmid, M.A., Rothman, N., Koloder, K., 1992. Acute high dose exposure to benzene in shipyard workers. Am. J. Ind. Med., Vol. 22, No. 4, pages 553-565.

Mills, R.G., 1930. Pulmonary asbestosis: Report of a case. Minn. Med. J., Vol. 13, p. 495.

Molfino, F & Zannini, D, 1956. Pulmonary diseases caused by dust among dockworkers. Folia Med., Vol. 39, No. 6, June, p. 525.

Morgan, R.W. and Shettigara, P.T., 1976. Occupational asbestos exposure, smoking and laryngeal carcinoma. Ann. N.Y. Acad. Sci. 27, p. 208.

Morinaga, K, Yokoyama, K, Sakatani, M, Yamamoto, S & Sera, Y, 1993. Lung cancer mortality among the asbestosis by smoking habit. Proceedings of 7th International Conference on Occupational Lung Diseases, p. 372, ILO, Geneva.

Morinaga, K, Kishimoto, T, Sakatani, M, et al., 2001. Asbestos-related lung cancer and mesothelioma in Japan. Indust Health, vol. 39, p. 65.

Mossman, B.T. and Gee, J.B.L., 1989. Asbestos and disease. N. Engl. J. Med. 320, p. 1721.

Mossman, B.T., Bignon, J., Corn, M., Seeton, A., and Gee, J.B.L., 1990. Asbestos: Scientific development and implications for public policy. Science. 247, p. 294.

Mullan, R. J. & Murthy, L. M., 1991. Occupational Sentinel Health Events: An Up-Dated List for Physician Recognition and Public Health Surveillance. Am J Industr Med, Vol. 19, p. 775-799.

**Murai, Y & Kitagawa, M, 2000. Autopsy cases of asbestosis in japan: a statistical analysis on registered cases. Arch Environ health, Nov-Dec, vol. 55, No. 6, p. 447.

Murphy, R.L.H., Ferris, B.G., Burges, W.A., Worcester, J., and Gaenselr, E.A., 1971. Effects of Low Concentrations of asbestos. Clinical, environmental, radiological and epidemiologic observations in shipyard pipe covers and controls. The New Eng. J. Med. 285, No. 23, p. 1271, December 2, 1971.

Murray, H.M., 1907. Statement before the committee in the minutes of evidence. In: Report of the Departmental Committee on Compensation for Industrial Disease. London: H.M. Stationery Office, p. 127.

Murray, R., 1990. Asbestos: a chronology of its origins and health effects. British Journal of Industrial Medicine, Vol. 47, pp. 361-365.

**Muscat, JE, Stellman, SD, Richie, JP & Wynder, EK, 1998. Lung cancer risk and workplace exposures in black men and wormen. Environ Res, Vol. 76, p. 78.

McNulty, J.C., 1962. Malignant pleural mesothelioma in an asbestos worker. S. Afr. Med. J., Vol. 47, p. 165.

Newhouse, M.L., and Thompson, H., 1965. Mesothelioma of pleura and peritoneum following exposure to asbestos in the London area. Br. J. Ind. Med., Vol. 22, p. 261.

Newhouse, M.L., 1969. A Study of the mortality of workers in an asbestos factory. Br. J. Ind. Med. 26, p. 294.

Newhouse, M.L., Berry, G., Wagner, J.C., and Purok, M.E., 1972. A study of the mortality of the female asbestos worker. Br. J. Ind. Med. 29, p. 134.

Newhouse, M.L. and Berry G., 1973. Asbestos laryngeal carcinoma. Lancet. 2, p. 50.

Newhouse, M.L. and Berry, G., 1976. Predictions of mortality from mesothelial tumors in asbestos factory workers. Br. J. Ind. Med. 33, p. 147.

Newhouse, ML and Berry, G, 1979. Patterns of mortality in asbestos factory workers in London. Ann N Y Acad Sci, Vol. 330, p. 53.

Nicholson, W.J., 1975. Occupational ad community asbestos exposure from wallboard finishing compounds. Bull. N.Y. Acad. Med., Vol. 51, No. 10, p. 1180.

Nicholson, W.J., Selikoff, I.J., Seidman, H., Lillis, R., and Formby, P., 1979. Long-term mortality experience of chrysotile miners and millers in Thetford Mines Quebec. Ann. N.Y. Acadm. Sci., Vol. 330, p. 11.

Nicholson, W.J., Lilis, R., Frank, A.L., Selikoff, I.J., 1980. Lung cancer prevalence among shipyard workers. Am. J. Ind. Med, Vol. 1, p. 191.

Nicholson, W.J., Pirkel, G., and Selikoff, I.J., 1982. Occupational Exposure to Asbestos: Population at Risk and Projected Mortality - 1980-2030. American Journal of Industrial Medicine, Vol. 3, pp. 259-311.

Nicholson, W.J., 1983. Statement of William J. Nicholson, Ph.D., Mount Sinai School of Medicine. Failure to Tegulate-Asbestos: A Lethal Legacy. Hearing before a Subcommittee of the Committee on Government operations, House of Representatives, ninety-eighth Congress, first session, June 28. U.S. Government Printing Office, Washington.

NIOSH, 1972. Criteria for a recommended standard. . .Occupational Exposure to Asbestos. National Institute for Occupational Safety and Health. HSM 72-10267, second printing. U.S. Department of Health, Education, and Welfare, Public Health Service, Center for Disease Control.

NIOSH, 1976. Revised Recommended Asbestos Standard. OHEW. (NIOSH) Publication No. 77-169. U.S. Department of Health, Education, and Welfare. Public Health Service. Centers for Disease Control. National Institute for Occupational Safety and Health. December.

NIOSH, 1980. Workplace Exposure To Asbestos: Review and Recommendations. DHHS (NIOSH) Publication No. 81-103. NIOSH-OSHA Asbestos Work Group, April 1980. U.S. Department of Health and Human Services. Public Health Service. Centers for Disease Control. National Institute for Occupational Safety and Health. U.S. Department of Labor. Occupational Safety and Health Administration.

NIOSH, 1990. Exposure to Asbestiform Compounds. Unpublished Provisional Data as of 7/1/90. National Occupational Exposure Survey (1981-83), National Institute for Occupational Safety and Health, Cincinnati, OH, U.S. Department of Health and Human Services, Public Health Service, Centers for Disease Control. February 27, 1991.

NIOSH, 1995. Report to Congress on Workers' Home Contamination Study Conducted Under the Workers' Family Protection Act (29 U.S.C. 671a). National Institute for Occupational Safety and Health, Cincinnati, Ohio, U.S. Department of Health and Human Services, Public Health Service, Centers for Disease Control and Prevention. September 1995.

NIOSH, 1999. Work-Related Lung Disease Surveillance Report 1999. U. S. Department of Health and Human Services, Public Health Service, Centers for Disease Control and Prevention, National Institute for Occupational Safety and Health, p. 138-139.

NIOSH, 2003. Work-Related Lung Disease Surveillance Report 2002. U. S. Department of Health and Human Services, Public Health Service, Centers for Disease Control and Prevention, National Institute for Occupational Safety and Health, p. 159-168.

Nokso-Koivisto, & Pukkala, 1994. Past exposure to asbestos and combustion products and incidence of cancer among Finnish locomotive drivers. Occup. Environ. Med., Vol. 51, p. 330.

Noro, L., 1946. Asbestosis; histology. Arch Path et Microbiol Scand, Vol. 23, p. 53.

Noro, L. 1968. Occupational and "non-occupational" asbestosis in Finland. Am. Ind. Hyg. Assoc. J., Vol. 29, p. 195.

Nordman, M., 1938. "Der BeruFskrebs der Asbestar beiter", Zeitschrift für Krebsforschung, Vol. 47, p. 288.

NRC, 1991. Animals as Sentinels of environmental Health Hazards. National Research Council, National Academy Press, Committee on animals as Monitors of Environmental Harzards. pp. 160.

Oberdorster, G, 2001. fiber characteristics, environmental and host factors as determinants of asbestos toxicity. 2001 Asbestos Health Effects Conference, May 24-25, Oakland, CA, U. S. Environmental Protection Agency.

O'Donnell, WM, Mann, RH & Grosch, JL, 1966. Asbestos, an extrinsic factor in the pathogenesis of bronchogenic carcinoma and mesothelioma. Cancer, Vol. 19, No. 4, August, p. 1143. (Abstracted in the Industrial Hygiene Bulletin of May 1966).

Officer in charge, 1969. Survey of Hazards of Asbestos, Final Report of Officer in charge, naval ship Engineering Center, Philadelphia Division, Project FA-287, September 24.

Ohlson, C.-G., and Hogstedt, C., 1986. Lung Cancer among asbestos cement workers: a Swedish cohort study and a review. British J. Ind. Med. 42, p. 397.

Oliver, T., 1902. Dangerous Trades. E.P. Dutton and Co., New York and John Murray, London.

Oliver, T., 1927. Pulmonary asbestosis in its clinical aspects. J Ind Hyg, Vol. 9, No. 11, November, p.483.

O'Reilly, D., Reid, J., Middleton, R. & Gavin, A.T., 1999. Asbestos related mortality in Northern Ireland: 1985-1994. Vol. 21, No. 1, p. 95.

OSHAct, 1970. An Act – Occupational Safety and Health Act of 1970. Public Law 91-596, 91st Congress, S-2193, December 29, 1970.

**Owen, WG, 1964. Diffuse mesothelioma and exposure to asbestos dust in the Merseyside Area. Br Med J, July 25, p. 214.

Owen, W.G., 1965. Mesothelial tumors and exposure to asbestos dust. Ann. N.Y. Acad. Sci. 132, p. 674.

Ozonoff, D., 1988. Failed Warnings: Asbestos-Related Disease and Industrial Medicine. In: The Health and Safety of Workers - case studies in the Politics of Professional Responsibility. Ed. Ronald Bayer, Oxford University Press, New York, Oxford.

Paik NW, Walcott RJ, Brogan PA, 1983. Worker exposure to asbestos during removal of sprayed material and renovation activity in buildings containing sprayed material. Am Ind Hyg Assoc J, Jun., Vol. 44, No. 6, p. 428.

Pairon JC, Martinon L, Iwatsubo Y, Vallentin F, Billon-Galland MA, Bignon J, Brochard P, 1994. Retention of asbestos bodies in the lungs of welders. Am J Ind Med, Jun., Vol. 25, No. 6, p. 793.

Pancoast, H.K., Miller, T.G., and Landis, H.R.M., 1918. A Roentgenologic Study of the Effects of Dust Inhalation Upon the Lungs. Transactions of the Association of American Physicians 31, p. 97, Read 1917.

Pancoast, H.K. & Pendergrass, E.P., 1925. A review of our present knowledge of pneumoconiosis, based upon roentgenologic studies, with noteds on the pathology of the condition. Am J Roentgenol Radium Ther, Vol. 14, No. 5, p. 381.

Parkes, W.R., 1973. Asbestos-related disorders. Br. J. Dis. Chest. 67, p. 261.

**Parnes,SM, 1990. Asbestos and cancer of the larynx: is there a relationship? Laryngoscope, Mar, Vol. 100, No. 3, p. 254.

**Paterson, A, Grundy, R, de Goyet, J, Raafat, F, Beath, S & McCarthy, A, 2002. Congenital malignant peritoneal mesothelioma. Pediatric Radiology, 22 June, Springer-Verlag. DOI 10.1007/s00247-002-0751-2.

Pendergrass, E. P., 1958. Silicosis and a Few of the Other Pneumoconioses: Observations on Certain Aspects of the Problem With Emphasis on the Role of the Radiologist. Am. J. Roent., Vol. 80, p. 1 (July).

Pendergrass, E. P., 1958. Pneumoconiosis Problem. C. C. Thomas, Springfield, Ill.

**Pesch, B, Haeriting, J, Ranft, U et al., 2000. Occupational risk factors for renal cell carcinoma: agent-specific results from a case-contro. Study in Germany. Int J Epid, Vol. 29, p. 1014.

Pinto, C, Soffritti, C & Maltoni, C, 1995. Ignored occupational risks of asbestos mesothelioma. La Medicina del Lavoro, vol. 86, No. 5, p. 484.

Piolatto, G., Negri, E., La Vecchia, C., Pira, E., Decarli, A., and Peto, J., 1990. An update of cancer mortality among chrysotile asbestos miners in Balangero, northern Italy. Br. J. Ind. Med., Vol. 47, p. 810-814.

Pohlabeln, H., Wild, P., Schill, W., Ahrens, W., Jahn, I., Bolm-Audorff, U., & Jöckeel, K-H, 2002. Asbestos fibreyears and lung cancer: a two phase case-control study with expert exposure assessment. Occup environ Med, Vol. 59, p. 410.

Polland, L.D., 1979. The American Merchant Marine and The Asbestos Environment. A report by the Maritime Administration, Division of Naval Architecture, Office of Ship Construction. US Department of Commerce. May 1979. 40 pages.

Pooley, F.D., 1987. Asbestos Mineralogy. In: Asbestos-Related Malignancy, ed: Antman, K., and Aisner, J. Gruen and Stratton, Inc., Orlando, Fl., pp. 3-27.

Pott, F., 1993. Testing the carcinogenicity of fibers in laboratory animals: Results and conclusions. In: Warheit, D, (Hrsg.), Contemporary Issues in Fiber Toxicology. Academic Press, p. 395.

Porro, F.W., Patton, J.R. & Hobbs, A.A., 1942. Pneumoconiosis in the talc industry. Am J Ratiology, Vol. 47, No. 4, April, p. 507.

de la Provôté, S, Desoubeaux, N, Paris, C et al., 2002. Incidence of digestive cancer and occupational exposure to asbestos. Eur J Can Prev, Vol. 11, p. 523.

Public Health, 1963. Pulmonary asbestosis. Public Health, Vol.63, p. 43, October.

Pukkala, E., Saarni, H., 1996. Cancer incidence among Finnish seafarers, 1967-92.
Cancer Causes and control, Vol. 7, No. 2, p. 231.

**Puntoni, R, Vercelli, M, Merlo, F, Valerio, F, & Santi, L, 1979. Mortality among shipyard workers in Genoa, Italy. Ann NY Acad Sci, Vol. 330, p. 353.

Raffn, E., and Korsgaard, B., 1987. Asbestos exposure and carcinoma of the penis. Lancet. 11, p. 1394.

**Rafnsson, V & Sulem, P, 2003. Cancer incidence among marine engineers, a population-based study (Iceland). Cancer Causes Control, Feb., vol. 14, No. 1, p. 29.

Ramazzini, B., 1713. Diseases of Workers. Translated from the Latin text DeMorbis Artificum of 1713 by Wilmer Cave Wright. Intr. George Rosen, The New York Academy of Medicine, Harper Publishing Company, Published in 1964.

Rapiti, E., Turi, E., Forastiere, F., Borgia, P., Comba, P., Perucci, C.A., Axelson, O., 1992. A mortality cohort study of seamen in Italy. Am. J. Ind. Med., Vol. 21, p. 863.

Raybestos-Manhattan, 1968. Friction Product Facts.

Raybestos-Manhattan, 1976. Grinding of Brake Shoes in the Field. August 9th.

Redmond CK, Wieand HS, Rockette HE, Sass R, Weinberg G, 1981. NIOSH Research Report, Long-Term Mortality Experience of Steelworkers. Division of Surveillance, Hazard Evaluations, and Field Studies, NIOSH, Cincinnati, Ohio, 118 pages, NIOSH-00115875

Reitze, W.B., Nicholson, W.J., Holaday, D.A., and Selikoff, I. J., 1972. Application of sprayed inorganic fiber containing asbestos: Occupational health hazards. Am. Ind. Hyg. Assoc. J., Vol. 33, pp. 179-191.

Ribak, J., Seidman, H., and Selikoff, I.J., 1989. Amosite mesothelioma in a cohort of asbestos workers. Scand. J. Work., Env., Health, Vol. 15, p. 106.

Richmond, J.B., 1978. Surgeon General of the United States Physicians Advisory – health effects of asbestos. United States Public Health Service, Department of Health, Education and Welfare. Washington, DC.

Roach, S.A., 1965. Measurement of airborne asbestos dust by instruments measuring different parameters. Discussion. Biological Effects of Asbestos. (eds.) Selikoff, I.J. and Churg, J. Annals of The New York Academy of Sciences, Vol. 132, Art. 1, p. 336.

Robertson, H. E., 1924. "Endothelioma" of the pleura. J Cancer Research, Vol. 8, p. 317-375.

Robinson, C.F., Lemen, R.A., and Wagoner, J.K., 1979. Mortality patterns, 1940-1975 among workers employed in an asbestos textile friction and packing products manufacturing facilities. In: Lemen, R.A. and Dement, J.M. (eds.), Dust and Disease. Pathotox Publishers, Park Forest, IL, p. 131.

Robinson CF, Petersen M, Sieber WK, Palu S, Halperin WE., 1996. Mortality of Carpenters' Union members employed in the U.S. construction or wood products industries, 1987-1990. Am J Ind Med, Dec., Vol. 30, No. 6, p. 674.

Rodelsperger K, Jahn H, Bruckel B, Manke J, Paur R, Woitowitz HJ, 1986. Asbestos dust exposure during brake repair. Am J Ind Med, Vol. 10, No. 1, p. 63.

Rodelsperger, K, Jockel, K-H, Pohlabeln, H, Romer, W & Woitowitz, H-J, 2001. Asbestos and man-made vitreous fibers as risk factors for diffuse malignant mesothelioma: Results from a German hospital-based case-control study. Am J Industr Med, Vol. 39, No. 2001. p. 262.

Rohl, A.N., Langer, A.M., and Selikoff, I.J., 1975. Exposure to asbestos in the use of consumer spackling, patching and taping compounds. Science, Vol. 189, No. 4202, p. 551, August 15.

Rohl, A. N., Langer, A. M., Wolff, M. S., & Weisman, I., 1976. Asbestos exposure during brake lining maintenance and repair. Envir Res, Vol. 12, p. 110-126.

Roggli, V. L., Sanfilippo, F. & Shelburne, J. D., 1992. Mesothelioma Chapter 5. In: **Pathology of Asbestos-Associated Diseases**, Eds. Roggli, V. L., Greenberg, S. D. & Pratt, P. C., Little, Brown & Company, Boston/Toronto/London

Roggli, V.L., Hammar, S.P., Pratt, P.C., et al., 1994. Does asbestos or asbestosis cause carcinoma of the lung? Am J Ind Med, Vol. 26, pp. 835-838.

*Roggli, VL, Vollmer, RT, Butnor, KJ & Sporn, TA, 2002. Tremolite and mesothelioma. Ann Occup Hyg, Vol. 46, No. 5, p. 447.

Ronneberg A, 1995. Mortality and cancer morbidity in workers from an aluminium smelter with prebaked carbon anodes--Part I: Exposure assessment. Occup Environ Med, Apr., Vol. 52, No. 4, p. 242.

Rodelsperger, K., Jahn, B., Bruckel, J. et al., 1986. Asbestos dust exposure during brake repair. Am J. Indust Med, Vol. 10, No. 1, pp. 63.

Rogers, Leigh, Berry, Ferguson, Mulder and Ackad, 1991. Relationship Between Lung Asbestos Fiber Type and Concentration and Relative Risk of Mesothelioma, A Case-Control Study, Cancer, 67(7):1912-1920.

Rom, W.N.; Hammar, S.P.; Rusch, V.; Dodson, R.; Hoffman, S., 2001. Malignant mesothelioma from neighborhood exposure to anthophyllite asbestos. Am J Indust Med, Vol. 40, No. 2 (Aug.), pp. 211-214.

Rosenstock L, 1991. Roentgenographic manifestations and pulmonary function effects of asbestos-induced pleural thickening. Toxicol Ind Health, Jan-Mar, Vol. 7, No. 1-2, p. 81.

Rosenstock, L.R., and Hudson, L.S., 1987. The pleural manifestations of asbestos exposure. Occup. Med., Vol. 2, No. 2, p. 383.

Rosenstock, L., Barnhart S., Heyer, N.J., et al., 1988. The relation among pulmonary function, chest roentgenographic abnormalities, and smoking status in an asbestos-exposed cohort. Am. Rev. Respir. Dis., Vol. 138, p. 272.

Rosenstock, L., 1994. Asbestosis and Asbestos-Related Pleural Disease. In: Eds. Rosenstock, L. and Cullen, M.B. Textbook of Clinical Occupational and Environmental Medicine. W.B. Saunders Company. p. 260.

Rubino, G.F., Scanetti, G., Conna, A., and Palestro, G., 1972. Epidemiology of pleural mesothelioma in northwestern Italy (Piedmont). Br. J. Ind. Med. 29, p. 436.

Rubino, G.F., Piolatto, G., Newhouse, M.L. et al., 1979. Mortality of chrysotile asbestos workers at the Balangero Mine, Northern Italy. Br. J. Ind. Med., Vol. 36, p. 187.

Russell, A.E., 1932. Effects of dust upon the respiratory system. Conference Proceedings. Industrial Commission of Wisconsin. Democrat Printing, Madison, Wis., p. 180.

Rushton, L., Alderson, MR, & Nagarajah, CR., 1983. Epidemiological survey of maintance workers in London transport executive bus garages and Chiswick works. Brit J Indust Med, Vol. 40, pp. 340.

**Saarni, H, Pentti, j, & Pukkala, E, 2002. Cancer at sea: a case-control study among male Finnish seafarers. Occup Environ Med, Vol. 59, p. 6133.

Sander, O.A., 1953. Asbestosis as differentiated from another pneumoconioses. Arch. Industrial Health, Vol. 12, p. 208.

Sander, O.A., 1955. Silicosis and Asbestosis - Diagnosis, Prevention and Treatment. American Journal of Surgery, Vol. 90, p. 115 (July).

**Satin, KP, Bailey, WJ, Newton, KL, Ross, AY & Wong, O, 2002. Updated epidemiological study of workers at two California petroleum refineries, 1950-95. Occup Environ Med, Vol. 59, p. 248.

The Saturday Evening Post, 1906. Johns-Manville-Serves More People in More Ways than any Institution of its kind in the World. January 15, 1906, p. 46.

Scarpa, L., 1908. Industria dell'amianto e tuberculosi. Proc Int Med Congr, 18th p. 358. In: Selikoff, I.J. and Lee, D.H.K., 1978. Asbestos and Disease. Academic Press, Inc. New York, San Francisco, London. pp. 559.

Schenker, M.B., Garshick, E., Munoz, S.R., woskie, S.R. & Speizer, F.E., 1986. A population-based case-control study of mesothelioma deaths among U.S. railroad workers. Am Rev Resp Dis, Vol. 134, p. 461.

Schepers, G.W.H., 1960. Occupational Chest Diseases. In. **Modern Occupational Medicine**. Ed. Fleming, A.J. and D'Alonzo, C.A., Lea & Febiger. Ch. 33,p. 443.

Schepers, GWH, 1965. Discussion. Ann N Y Acad Sci, Vol. 132, p.246.

Schnatter, AR, Theriault, G, Katz, AM et al., 1992. a retrospective mortality study within operating segments of a petroleum company. Am J Ind Med, Vol. 22, p. 209.

Schneider J, Rodelsperger, K, Bruckel, B, Kleineberg, J, & Woitowitz, H-J, 2001. Pleural mesothelioma associated with indoor pollution of asbestos. J Cancer Res Clin Oncol, Vol. 127, p. 123.

Schneiderman MA, 1974. Digestive system cancer among persons subjected to occupational inhalation of asbestos particles: a literature review with emphasis on dose response. Envir Hlth Persp, Vol. 9, p. 307.

Schornagel, 1958. Discussion. Netherlands. J. Med., Vol. 2, p. 1126.

Schrumpf, , A., 1941. Asbestosis:Case. Nord med, Vol. 9, p. 704.

Schuster, NH., 1931. Pulmonary asbestosis in a dog. J Path Bact, Vol. 34, p. 75 [also as discussed in Ellman, 1933 & 1934]).

Schwartz, DA, Vaughan, TL, Heyer, NJ et al., 1988. B cell neoplasms and occupational asbestos exposure. Am J Indust Med, Vol. 14, p. 661.

Sebastien, P, Janson, X, Bonnaud, G et al., 1979. Translocation of asbestos fibers through respiratory tract and gastrointestinal track according to fiber type and size. Dust and Disease, Eds: Richard A. Lemen & John M. Dement, Pathox Publishers, Inc., Forest Park South, IL, p. 65.

Sebastien, PI, Janson, X., Gausichet, A., Hirsch, A. & Bignon, J., 1980. Asbestos retention in human respiratory tissues: comparative measurements in lung parenchyma and in perital pleura. IARC Sci Pub, Vol 30, p. 237-246.

Sebastien, P., McDonald, J.C., McDonald, A.D., Case, B. and Harley, R., 1989. Respiratory cancer in chrysotile textile and mining industries: exposure inferences from lung analysis. British Journal of Industrial Medicine, Vol. 46, p. 180.

Seidman, H., Lilis, R., and Selikoff, I., 1977. Short-term asbestos exposure and delayed cancer risk. Third International Symposium on the detection and Prevention of Cancer, New York, 26 April - 1 May, 1976. In: Nieburgs, H.E. (ed.) Prevention and Detection of Cancer, Part 1. Prevention, Vol. 1. Etiology, Marcel Dekker, Inc., New York and Basel, p. 994.

Seidman, H., Selikoff, I.J., and Gelb, S.K., 1986. Mortality experience of amosite asbestos factory workers: dose-response relationships 5 to 40 years after onset of short-term work exposure. Am. J. Ind. Med., Vol. 10, 479.

**Seidman, H & Selikoff, IJ, 1990. Decline in death rates among asbestos insulation workers 1967-1986 associated with diminution of work exposure to asbestos. Ann NY Acad Sci, Vol. 699, p. 300.

Selikoff, I.J., 1965. The occurrence of pleural calcification among asbestos insulation workers. Ann. N.Y. Acad. Sci., Vol. 132, p. 351.

Selikoff, I.J. and Chrug, J., 1965. Bioligical Effects of Asbestos. N.Y. Acad. Sci., Vol. 132, (December, 31).

Selikoff, .IJ., 1965. The occurrence of pleural calcification among asbestos insulation workers. Ann NY Acad Sci, Vol.132, p. 351.

Selikoff, I.J., 1974. Epidemiology of gastrointestinal cancer. Environ. Hlth. Prosp. 9, p. 299.

Selikoff, I.J., 1976. Asbestos disease in the United States, 1918-1975. Rev. Franc. Mal. Resp., Vol. 4, Suppl. 1, p. 7.

Selikoff, I.J., 1977. Clinical survey of chrysotile asbestos miners and millers in Baire Verte, Newfoundland - 1976. Report to the National Institute of Environmental Health Sciences, December 22.

Selikoff, I.J., Churg, J., and Hammond, E.C., 1964. Asbestos exposure and neoplasia. JAMA, Vol. 188, p. 22.

Selikoff, I.J., Churg, J., and Hammond, E.C., 1965. Relation between exposure to asbestos and mesothelioma. New Eng. J. Med. 272, p. 560.

Selikoff, I.J., Churg, J., and Hammond, E.C., 1965. The occurrence of asbestosis among insulation workers in the United States. Ann. N.Y. Acad. Sci., Vol. 132, p. 139.

Selifoff, I.J., 1968. Remarks. News from Mount Sinai School of Medicine. News Conference. October 14, New York, New York.

Selikoff, I.J., Hammond, E.C., and Churg, J., 1970. Mortality experience of asbestos-related workers, 1943-1968. In: Pneumoconiosis (H.A. Shapiro ed.) Oxford University Press, Johannesburg, Capetown.

Selikoff, I.J., Hammond, E.C. & Churg, J., 1972. Carcinogenicity of Amosite Asbestos. Arch Environ Health, Sep, vol 25 pp.183-186

Selikoff, I.J., 1976. Asbestos disease in the United States, 1918-1975. Rev. Franc. Mal. Resp. 4 (Supp. 1), p. 7.

Selikoff, I.J. and Lee, D.H.K., 1978. **Asbestos and Disease**. Academic Press, Inc. New York, San Francisco, London. pp. 559.

Selikoff, I.J., Hammond, E.C., and Seidman, H., 1979. Mortality experience of insulation workers in the United States and Canada, 1943-1976. Ann. N.&. Acad. of Sci. 330, p. 91.

Selikoff, I.J. and Hammond, E.C., 1979. Health Hazards of Asbestos Exposure. Ann. N.Y. Acad. Sci., Vol. 330.

Selkioff, I.J., and Greenberg, M., 1991. A Landmark Case in Asbestosis. JAMA, February 20, 1991, Vol. 265, No. 7, pp. 898-901.

Selikoff, I.J., Hammond, E.C., and Churg, J., 1968. Asbestos exposure smoking and neoplasia. JAMA, 204, p. 706.

Selikoff, I.J., Lilis, R., Levin, G., 1990. Asbestotic radiological abnormalities among United States merchant marine seamen. Brit. J. Ind. Med., Vol. 47, p. 292

Selikoff, I.J., and Greenberg, M., 1991. A landmark case in asbestosis. JAMA, February 20, Vol. 265, No. 7, p. 898.

Seiler, H. E., 1928. A case of pneumoconiosis. British Medical Journal, Vol. 11, p. 982.

Shapiro, H.A., 1969. **Pneumoconiosis: Proceedings of the International Conference**. Johannesburg.

Sheers, G., 1979. Asbestos - associated disease in employees of Deveonport Dockyard. Ann. N.Y. Acad. Sci., Vol. 330, p. 281.

Sheers G, Coles RM, 1980. Mesothelioma risks in a naval dockyard. Arch Environ Health 1980 Sep-Oct;35(5):276-82).

Sheehy, J. W., Cooper, T. C., O'Brien, D. M., McGlothlin, J. D., & Froehlich, P. A., 1989. Control of Asbestos Exposure During Brake Drum Service. National Institute for Occupational Safety and Health, Public Health Service, Centers for Disease Control, U. S. Department of Health and Human Services, August.

Shettigara, P.T. and Morgan, P.W., 1975. Asbestos, smoking and laryngealcarcinoma. Arch. Environ. Hlth. 30, p. 570.

Shull, JR, 1936. Asbestosis: A Roentgenologic review of 71 cases. Radiology, Vol. 27, pl 279

Siegal, W., Smith, A.R. & Greenburg, L., 1943. The dust hazard in tremolite talc mining, including roentgenologic findings in talc workers. Am J Rentogenol Radium Therapy, Vol. 49, No. 1, p. 11, January.

Simonato L, Fletcher AC, Andersen A, Anderson K, Becker N, Chang-Claude J, Ferro G, Gerin M, Gray CN, Hansen KS, et al. , 1991. A historical prospective study of European stainless steel, mild steel, and shipyard welders. Br J Ind Med, Mar., Vol. 48, No. 3, p. 145.

Simson, F.W., 1928. Pulmonary asbestosis in South Africa [abstract]. Brit Med J, July-Dec., p. 258.

Sluis-Cremer, G.K., 1970. Asbestosis in South African Asbestos miners. Environ. Rs., Vol. 3, p. 310.

Sluis-Cremer, G.K., Hnizdo, E., and Du Toit, R.S.J., 1990. Evidence for an amphibole asbestos threshold exposure for asbestosis assessed by autopsy in South African asbestos miners. Ann. Occup. Hyg., Vol. 34, No. 5, p. 443.

Sleggs, C.A., Marchand, P., and Wagner, J.C., 1961. Diffuse pleural mesotheliomas in South Africa. J.S. Afr. Med. Assoc., Vol. 35, p. 28.

**Smith, AH, Handley, MA, & Wood, R., 1990. epidemiological evidence indicaties asbestos causes laryngeal cancer. J Occup Med, June, Vol.32, No. 6, p. 499.

Smith, A.R., 1952. Pleural calcification resulting from exposure to certain dusts. AJR, Vol. 67, No. 3, p. 375.

Smith, KW, 1955. Pulmonary disability in asbestos workers. AMA Arch Indust Health, Vol.12, p. 198.

Smith, KW, 1963. Asbestosis – Ch.2. In: The Pneumoconioses, Ed, A.J. Lanza, Grune & Stratton, New York & London.

Smith, LW, 1949. Pneumoconiosis and lung cancer – with special reference to silicosis and asbestosis. Compensation Medicine, November, p. 3.

Smith, WE, 1952. Survey of some current British and European studies of occupational tumor problems. AMA Arch Indust Hyg Occup Med, Vol. 5, No. 3, March, p. 185 [see discussion of Dr. Paul Cartier, L'Annonciation, Oue., Canada p. 262 & Dr. Smith].

**Smith, AH, Shearn, VI, & Wood, R, 1989. Asbestos and kidney cancer: the evidence supports a causal association. Am J Indust Med, Vol. 16, p. 159.

**Smither, Gilson & Wagner, 1962. Mesothelioma and asbestos dust. Br Med J, Nov. 3, p. 1194.

Sparks, J.W., 1931. Pulmonary asbestosis. Radiology, Vol. 17, p. 1249.

Spirtas, R., Heineman, EF., Bernstein, L. et al., 1994. Malignant mesothelioma: attributable risk of asbestos exposure. Occ Environ Med, Vol. 51, p. 804.

Sprince NL, Oliver LC, McLoud TC, 1985. Asbestos-related disease in plumbers and pipefitters employed in building construction. J Occup Med, Oct. Vol. 27, No.. 10, p. 771.

Sroka, KH., 1952. Zur berufskrankheit durch asbest. [Occupational disease caused by asbestos], Der Krebsarzt [The cancer doctor], June, Heft 5/6, p. 11.

Stanton, M.F., and Wrench, C., 1972. Mechanisms of mesothelioma induction with asbestos and fibrous glass. J. Natl. Cancer Inst., Vol. 48, p. 797.

Stanton, MF, Laynard , M., Tegeris, A. et al., 1977. Carcinogenicity of fibrous glass: pleural response in the rat in relation to dimension. J Natl Cancer Inst, Vol. 58, pp. 587-603.

Stanton, MF, Laynard, M, Tegeris, A, et al. 1981. Relation of particle dimension to carcinogenicity in amphibole asbestoses and other fibrous minerals. JNCI, Vol. 67, No. 5, November, p. 965.

Stayner, L.T., Dankovic, D.A., and Lemen, R.A., 1996. Occupational exposure to chrysotile asbestos and cancer risk: A review of the amphibole hypothesis. American Journal of Public Health, Vol. 86, No. 2, , p. 179 (February).

**Steelland, K, Burnett, C, Lalich, N, Ward, E & Hurrell, J, 2003. Dying for work: The magnitude of US mortality from selected causes of death associated with occupation. Am J Indust Med, Vol. 43, p. 461.

Stell, P.M. and McGill, P.I., 1973. Asbestos and laryngeal carcinoma. Lancet. 2, p. 460.

Stern FB, Ruder AM, Chen G, 2000. Proportionate mortality among unionized roofers and waterproofers. Am J Ind Med, May, Vol. 37, No. 5, p. 478.

Stern F, Schulte P, Sweeney MH, Fingerhut M, Vossenas P, Burkhardt G, Kornak MF, 1995. Proportionate mortality among construction laborers. Am J Ind Med, Apr., Vol. 27, No. 4, p. 485.

Stern, F, Lehman, E, Ruder, A, 2001. Mortality among unionized construction plasterers and cement masons. Am J Ind Med, Apr, Vol. 39, No. 4, p. 373.

Stewart, MJ & Haddow, AC, 1929. Demonstration of the peculiar bodies of pulmonary asbestosis ("asbestosis bodies") in material obtained by lung puncture and in the sputum. J Pathol Bacterial, Vol. 32, p. 172.

Stewart, MJ, Tattersall, N, & Haddow, AC, 1932. Occurrence of clump of asbestosis bodies in sputum of asbestos workers. J Path Bact, vol.35, p. 737.

Stockwell, H, 1983.  Lung cancer among painters.  Submitted to the School of Public Health of the Johns Hopkins University in conformity with the requirements for the degree of Doctor of Science, Baltimore, Maryland.

Stoll, R., Bass, R., and Angrist, A.A., 1951.  Asbestosis associated with bronchogenic carcinoma.  A.M.A. Arch. Inter. Med., Vol. 88, p. 831 (December).

Stone, MJ, 1940.  Clinical studies in asbestosis.  Amer Rev Tuberc, Vol. 41, p. 12.

Stone, MJ, 1940.  Studies in asbestosis.  Diseases Chest, No. 1, January.

Strack, L.H., 1941.  **Asbestos.  A Magic Mineral.**  Harper, New York.

**Straif, K, Chambless, L, Weiland, SK et al., 1999.  Occupational risk factors for mortality from stomach and lung cancer among rubber workers: an analysis using internal controls and refined exposure assessment.  Int J Epidem, Vol. 28, p. 1037.

Sturm, Menze, Krause & Thriene, 1994.  Use of asbestos, health risks and induced occupational diseases in the former East Germany.  Toxicology Letters, vol. 72, p. 317-324.

Stumphius, J., 1971.  Epidemiology of mesothelioma on Waicheren Island.  Br. J. Med. 28, p. 59.

Suzuki, Y. Yuen, S., Ashley, R. & Calderaro, A., 1998.  Asbestos fibers and human malignant mesothelioma.  Advances in the Prevention of Occupational Respiratory Diseases, Eds. Chiyotani, K., Hosoda, Y., & Aizawa, Y., Elsevier Science B.V., p. 709

Suzuki, Y. & Kolynema, N. 1991.  Translocation of Inhaled Asbestos Fibers from the Lung to Other Tissues.  Am J Ind Med, Vol. 19, p. 701-704.

Suzuki, Y. & Yuen, SR., 2002. Asbestos fibers contributing to the induction of human malignant mesothelioma.  Ann NY Acad Sci, Vol. 982. pp. 160-176.

Tsai, SP, Wendt, JK, Cardarelli, KM, & Fraser, AE., 2003.  A mortality and morbidity study of refinery and petrochemical employees in Louisiana.  Occup environ Med, Vol. 60, p. 627.

Tabershaw, I.R., 1968.  Asbestos as an environmental Hazard.  JOM, Vol. 10, pp. 32-37, Jan.6.

Tagnon, I., Blot, W. J., Stroube, R. B. et al., 1980.  Mesothelioma associated with the shipbuilding industry in Coastal Virginia.  Cancer Research, Vol.40, No. 11, p. 3875-3879.

**Tammilehto, L., Tuomi, T, Tiainen, M, Rautonen, J, Knuutila, S, Pyrhonen, S & Mattson, K, 1992.  Malignant mesothelioma: clinical characteristics, asbestos mineralogy and chromosomal abnormalities of 41 patients.  Eur J Can, vol. 28A (8-9), p. 1373.

Telischi, M. and Rubenstone, A. I., 1961.  Pulmonary Asbestosis Associated with Primary Carcinoma of the Lung.  Gronchial Adenomas and Adenocarcinoma of the Stomach. Arch. Path., Vol. 72, p. 116 and 234.

Teschke K, Morgan MS, Checkoway H, Franklin G, Spinelli JJ, van Belle G, Weiss NS, 1997.  Mesothelioma surveillance to locate sources of exposure to asbestos.  Can J Public Health, May-Jun, Vol. 88, No. 3, p. 163.

Teta MJ, Lewinsohn HC, Meigs JW, Vidone RA, Mowad LZ, Flannery JT, 1983.  Mesothelioma in Connecticut, 1955-1977. Occupational and geographic associations.  J Occup Med, Oct., Vol. 25, No. 10, p. 749.

The Chief Inspector of Factories, 1910.  Annual Report for the Year 1910.  London, England:  HM Stationery Office; 1911.

Thomas, DL, 1957.  Pneumonokoniosis in Victorian industry - Asbestos.  The Med J Austral, Jan. 19, Vol. 1, pp. 75.

**Thomson, 1962.  Mesothelioma of Pleura or Peritoneum and limited basal asbestosis.  S.A. Med J, Vol.36, p. 759.

Tossavainen, A, Riala, R, Kamppl, R et al., 1996.  **Dust Measurements in the Chrysotile Mining and Milling Operations of Uralasbest Company, Asbest, Russia**.  Finnish Institute of Occupational Health, Finland, National Institute for Occupational Safety and Health, Morgantown, USA, Russian Academy of Medical Sciences, Institute of Occupational Health, Moscow, Russia and Medical Research Center for Prophylactic and Health Protection of Industrial Workers, Ekaterinburg, Russia.  Helsinki.

Tossavainen, A. et al, 1997.  Consensus Report, "Asbestos, asbestosis, and cancer: the Helsinki criteria for diagnosis and attribution," Scand. J. Work Environ. Health, Vol. 23, p. 311-16.

Tossavainen, A, Kovalevsky, E, Vanhala, E & Tuomi, T, 2000.  Pulmonary mineral fibers after occupational and environmental exposure to asbestos in the Russian chrysotile industry.  Am J Indust Med, Vol. 37, p. 327.

Tuomi, T, Segerberg-Konttinen, M, Tammilehto, L, Towwavainen, A & Vanhala, E, 1989.  Mineral fiber concentration in lung tissue of mesothelioma patients in Finland.  Am J Ind Med, Vol. 16, No. 3, p. 247.

**Tuomi, T, 1992.  Fibrous minerals in the lungs of mesothelioma patients: comparison between data on SEM, TEM, and personal interview information.  Am J Ind Med, Vol. 21, No. 2, p. 155.

UK, 1931.  Statutory Rules and Orders.  No. 344.  Master and Servant – Workmen's Compensation Act, 1925 to 1930.  April 30 by J.R. Clynes & Statutory Rules and Orders. No. 1140.  Factory and Workshop.  Dangerous and Unhealthy Industries.  The Asbestos Regulations, 1931.  Dated Dec. 31, 1931.  Made by The Secretary of State Under Section 79 of the Factories and Workshop Act, 1901

U.S. Circuit Court, 1984.  Asbestos Information Association v. OSHA.  727 F. 2d, 415, 11 OSHC 1817 (5th cir.).

U. S. Coast Guard, 1980.  Navigation and Vessel Inspection Circular No. 5-80, Recommended Procedures for Control of Asbestos Hazard on Board Merchant Vessels, OCS Facilities and Deepwater Ports.  28 pages.

U.S. Coast Guard, 1987.  Navigation and Vessel Inspection Circular No. 6-87, Recommended Procedures for Control of Asbestos and Other Respiratory Hazards On Board Merchant Vessels, Outer Continental Shelf, (OCS) Facilities and Deepwater Ports.  48 pages.

**Valic, F, 2002.  The asbestos dilemma: I. Assessment of risk.  Arh Hig Tada toksikol, Vol. 53, p. 153.

Varouchakis, G., Velonakis, E. G., Amfiochiou, S., Trichopoulos, D., 1991.  Asbestos in strange places:  Two case reports of mesothelioma among merchant seamen.  Am. J. Ind. Med., Vol. 19, No. 5, p. 673.

Van der Schoot, H. C. M., 1958.  Asbestosis and pleural tumors.  Natherlands J Med, Vol. 102, (I) 23, p. 1125-1126, June.

Van Luyt, 1953.  Third International Conference of Experts on Pneumoconiosis, Sidney, February-March, Record of Proceedings, p. 169.

Velonakis, E.G., Tsorva, A., Tzonou, A., Trichopoulos, D., 1989.  Asbestos-related chest x-ray changes among Greek merchant marine seamen.  Am. J. Ind. Med., Vol. 15, p. 511.

Verma, DK & Middleton, CG, 1980.  Occupaional exposure to asbestos in the drywall taping process.  Am Indust hyg Assoc J, vol. 41, No. 4, p. 264-269.

Vianna, NJ & Polan, AK., 1978.  Non-occupational exposure to asbestos and malignant mesothelioma in females.  Lancet, pp. 1061.

Vineis P, Ciccone G, Magnino A, 1993.  Asbestos exposure, physical activity and colon cancer: a case-control study.  Tumori,  Oct. 31, Vol. 79, No. 5, p. 301.

Wagner, E., 1870.  Das tuberkelahnliche lymphadenom.  Arch Heilk, Vol. 11, p. 495-525.

Wagner, J.C., Sleggs, C.A., and Marchand, P., 1960.  Diffuse pleural mesothelioma and asbestos exposure in the North Western Cape Province.  Br. J. Ind. Med., Vol. 17, p. 260.

Wagner, JC, 1963.  Asbestos dust exposure and malignancy.  Proc Int Cong Occup Health, 14th Congress, Madrid [Presentation].

Wagner, J. C., 1991.  The discovery of the association between blue asbestos and mesotheliomas and the aftermath. Br J Ind Med, Vol. 48, p. 399-403.

Wagner, J.C., Berry, G., and Timbrell, V., 1973.  Mesotheliomas in rats following inoculation with asbestos and other materials.  Brit. J. Cancer, Vol. 28, p. 175.

Wagner, J.C.(ed.), 1980.  **Biological Effects of Mineral Fibres**.  International Agency for Research on Cancer, World Health Organinzation.  IARC Scientific Publications No. 30 and INSERM Symposia Series Volume 92, Lyon, France, Vol. 1 and Vol. 2.

Wagner, JC, 1980.  <u>Biological effects of mineral fibres – Volume 1</u>.  IARC Scientific Publication No. 30, International Agency for Research on Cancer, World Health Organization &

Wagner, J.C., Berry, G., Skidmore, J.W., and Timbrell, V., 1974.  The effects of the inhalation of asbestos in rats.  Br. J. Cancer, Vol. 29, No. 3, p. 252.

Wagner, J.C., Berry, G., Skidmore, J.W. and Poole, F.D., 1979.  The comparative effects of three chrysotiles by injection and inhalation in rats.  Biological effects of mineral fibres.  Vol. 1, International Agency for Research on Cancer, Lyon, IARC Scientific Publications No. 30, World Health Organization p. 363.

Wagner, JC, 1991.  The discovery of the association between blue asbestos and mesothelioma and the aftermath.  Brit J Indust Med, vol. 48, p. 399-403.

Wagoner, J.K., Johnson, W.M., and Lemen, R.A., 1973.  Malignant and nonmalignant respiratory disease mortality patterns among asbestos production workers.  In:  Congressional Record-Senate Proceedings and Debates of the 93rd Congress, First Session, 199, part 6, Washington, D.C., U.S. Government Printing Office, p. S-4660.

Wang E, Dement JM, Lipscomb H, 1999.  Mortality among North Carolina construction workers, 1988-1994.  Appl Occup Environ Hyg,  Jan., Vol. 14, No. 1, p. 45.

Wedler, H.W., 1943a.  Asbestose and lungekrebs.  Deutsch Medizinisch Wochenschrift, Vol. 69, p. 575.

Wedler, H.W., 1943b.  Uber den lungenkrebs bei asbestose.  Deutsch Archiv für Klinische Medizin.  Vol. 191, p. 189.

Webster, I., 1963.  Asbestosis in non-experimental animals in South Africa.  Nature, Vol. 197, p. 506.

Webster, I., 1973.  Malignant pleural mesothelioma in an asbestos workers.  Med. J. Aust., Vol. 49, p. 952.

Wegelius, C., Changes in lungs in 126 cases of asbestosis observed in Finland.  Acta Radio, Vol. 28, p. 139.

Weill, H., 1978.  Basis for clinical Decision making.  Chest, Vol. 2, p. 382.

Weiss, A., 1953.  Cancer of the pleura in conjunction with lung asbestosis, morphologically proven in vivo.  Die Medininiscme. Vol. 3, p. 93.

Weiss, W., 1971.  Cigarette smoking, asbestos and pulmonary fibrosis.  Am. Rev. Respir. Dis. 104, p. 223.

Weiss, E.M., 1983.  Evolution of Asbestos Dust Standard in the United States.  Department of Health and Human Services, Washington, D.C.

Wells, J., 1965. Discussion.  Ann. N.Y. Acad. Sci., Vol. 132, p.335.

Westinghouse Electric & Manufacturing Company, 1925.  Westinghouse Catalogue of Marine Equipment, Useful Notes on Navigation and Seamanship Trade Information and Engineering.  Pages 75, 268, 230-235, 238-239, 379-381.

Whitmore, 1960.  Armed Forces Med. J., Vol. 11, p. 203.

WHO, 1989.  Occupational Exposure Limit for Asbestos.  WHO/OCH/89.1, Office of Occupational Health, World Health Organization, Geneva.

Whorton MD, Schulman J, Larson SR, Stubbs HA, Austin D, 1983.  Feasibility of identifying high-risk occupations through tumor registries.  J Occup Med 1983 Sep;25(9):657-60.

**Wight, R & Paleri, V, 2003.  Current theories for the development of nonsmoking and nondrinking laryngeal carcinoma.  Otolaryngology Head Neck Surg, Vol. 11, No. 2, April, p. 73.

Whitaker, D, Manning, LS, Robinson, DW, Shilkin, KB, 1992.  The pathology of mesothelioma   In: Henderson, DW, shilkin, KR, Langlois, SL, Whitaker, D, eds.  Malignant Mesothelioma.  New York, Hemisphere Publishing, p. 25-56.

Williams, HB, 1942.  Pneumoconisosi: A study of 379 cases. Med Bull Vet Admin, Vol. 18, No. 3,  p. 250.

**Williams, MG, Dodson, RF, Dickson, EW & Fraire, AE, 2001.  An assessment of asbestos body formation in extrapulmonary sites: liver and spleen.  Tox Indust Health, Vol. 17, p. 1.

Wolff, A., 1940.  Asbestosis. Nord hyg tidskr, Vol.1, No. 33.

Wong, O, 1992.  Chrysotile asbestos, mesothelioma and garage mechanics – Letter to the Editor.  Am J Indust Med, Vol.21, pp. 449.

Wood, WB & Gloyne, SR, 1930.  1930.  Pulmonary asbestosis. Lancet, Vol. 1, p. 445.

Wood, WB & Page, DS., 1930.  A case of pulmonary asbestosis: deathe from tuberculosis two years after first exposure to the dust.  Tubercle, January, p. 157.

Wood, W.B. and Gloyde, S.R., 1934.  Pulmonary Asbestosis.  Lancet. p. 1383, December 22, 1934.

Worrowitz, HJ. & Rodelsperger, K., 1994.  Mesothelioma among car mechanics.  Ann Occ Hyg, Vol 38, No. 4, p. 635.

Wright, D.S., 1980.  Man made mineral fibres: A historical note.  J. Soc. Occup. Med., Vol. 30, pp. 138-140.

Wright RS, Abraham JL, Harber P, Burnett BR, Morris P, West P, 2002.  Fatal asbestosis 50 years after brief high intensity exposure in a vermiculite expansion plant.  Am J Respir Crit Care Med, Apr 15, Vol. 165, No.8, p. 1145.

Wyers, H., 1946.  That legislative measures have proved generally effective in the control of asbestosis.  M.D. Thesis. University of Glasgow, United Kingdom.

Wyers, H., 1949.  Asbestosis.  Postgraduate Med J, Vol 25, Dec., p. 631.

Wylie, AG, Virta, RL, & Segreti, JM, 1987.  Characterization of mineral population by index particle: implication for the Stanton hypothesis.  Environ Res, Aug., vol. 43, p. 427-439.

Yano, et al., 2001.  Cancer Mortality Among Workers Exposed to Amphibole-Free Chrysotile Asbestos, Am. J. Epidemiology, Vol. 154, p. 538.

Yeung P, Rogers A, Johnson A, 1999. Distribution of mesothelioma cases in different occupational groups and industries in Australia, 1979-1995.  Appl Occup Environ Hyg, Nov., Vol. 14, No. 11, p. 759.

Yeung P, Rogers A., 2001. An occupation-industry matrix analysis of mesothelioma cases in Australia 1980-1985.  Appl Occup Environ Hyg, Jan., Vol. 16, No. 1, p. 40.

Zandjani F, Hogsaet B, Andersen A, Langard S., 1994.  Incidence of cancer among nitrate fertilizer workers.  Int Arch Occup Environ Health, Vol. 66, No. 3, p. 189.

Ziem, G., 1984.  Three case reports of mesothelioma in brake mechanics.  In: Castleman, B. **Asbestos: Medical and Legal Aspects.**  Harcourt Brace Jovanovich.

Zielhuis, RI, Versteeg, JPJ & Planteydt, HT, 1975.  Pleural mesothelioma and exposure to asbestos: a retrospective case-control study in The Netherlands.  Int Arch Occup Environ Health, Vol. 36, p. 1.

Ziskind, M., Weill, H., Anderson, A.E., Samimi, B., Meilson A., Waggenspack, C., 1973.  Silicosis in shipyard sandblasters.  Tulane University School of Medicine (Reprint (Paper No. 14); paper presented at the Society for Occupational and Environmental Health's International Shipyard Health Conference, December 13-15, 1973), New Orleans.

**Shipyard Workers – Bibliography:**

Anonymous, 1973. International Shipyard Health Conference. University of Southern California School of Medicine, Los Angeles, Calif., NIOSH Contract No. 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, 223 pages.

Anton-Culver, H., Culver, B.D., Kurosaki, T., 1988. Immune response in shipyard workers with x-ray abnormalities consistent with asbestos exposure. Brit. J. Ind. Med., Vol. 45, pages 464-468.

Baba, K., 1983. Indications of an increase of occupational pleural mesothelioma in Japan. Sangyo Ika Daigaku Zasshi, March 1, 1983, Vol. 5, No. 1, pages 3-15.

Begin, R., Gauthier, J.J., Desmeules, M., Ostiguy, G., 1992. Work-related mesothelioma in Quebec, 1967-1990. Am. J. Ind. Med., Vol. 22, No. 4, pages 531-542.

Bell, A., 1973. Industrial hygiene and occupational health studies in Australian (New South Wales) shipyards. Division of Occupational Health and Pollution Control, Health Commission of New South Wales Preprint (Paper No. 9); paper presented at the International shipyard health conference, Los Angeles, December 13-15, 1973, 28 pages.

Bell, A., 1976. Industrial hygiene and occupational health studies in Australian (New South Wales) shipyards. Environ. Res., Vol. 11, No. 2, pages 198-212,

Bianchi, C., Grandi, G., DiBonito, L., 1978. Diffuse pleural mesothelioma in Trieste. A survey based on autopsy cases. Tumori, Nov-Dec 1978, Vol. 64, No. 6, pages 565-570.

Bianchi, C., 1981. Asbestos-related mesothelioma in the Monfalcone Area. Pathologica, Vol. 73, pages 649-655.

Bianchi, C., Brollo, A., Ramani, L., Zuch, C., 1993. Asbestos-related mesothelioma in Monfalcone, Italy. Am. J. Ind. Med., Vol. 24, No. 2, pages 149-160.

Blot, W.J., Harrington, J.M., Toledo, A., Hoover, R., Health Jr., C.W., Raumeni Jr., J.F., 1978. Lung cancer after employment in shipyards during World War II. NEJM, Sept. 21, 1978, Vol. 299, No. 12, pages 620-624.

Blot, W.J., Stone, B.J., Fraumeni Jr., J.F., Morris, L.E., 1979. Cancer mortality in U.S. counties with shipyard industries during World War II. Environmental Research, Vol. 18, pages 281-290.

Blot, W.J., Fraumeni Jr., J.F., 1979. Lung cancer mortality in the United States: Shipyard correlations. Ann. N.Y. Aca. Sciences, Vol. 330, pages 313-315.

Blot, W.J., Morris, L.E., Stroube, R., Tagnon, E., Fraument, J.F., 1980. Lung and laryngeal cancers in relation to shipyard employment in coastal Virginia. J. Natl. Can. Inst., Vol. 65, No. 3, pages 571-575.

Blot,W.J., Fraumeni Jr., J.F., 1981. Cancer Among Shipyard Workers. Quantification of Occupational Cancer, Banbury Report No. 9, Peto, R., and M. Schneiderman, Editors; Cold Spring Harbor Laboratory, pages 37-46.

Bohlig, H., Hain, E., 1973. Cancer in relation to environmental exposure. Biological Effects of Asbestos, IARC Scientific Publication No. 8, pages 217-221.

Bovenzi, M., Stanta, G., Antiga, G., Peruzzo, P., Cavallieti, F., 1993. Occupational exposure and ling cancer risk in a coastal area of northeastern Italy. Int. Arch. Occup. Environ. Health, Vol. 65, No. 1, pages 35-41.

Churg, A., 1985. Malignant mesothelioma in British Columbia in 1982. Cancer, Vol. 55, No. 3, pages 672-674.

Connelly, R.R., Spirtas, R., Myers, M.H., Percy, C.L., Fraumeni Jr., J.F., 1987. Demographic patterns for mesothelioma in the United States. JNCI, Vol. 78, No. 6, pages 1053-1060.

Danielsen, T.E., et al., 1998. Incidence of lung cancer among shipyard welders investigated for siderosis. Int. J. Occup. Environ. Health, Vol. 4, No. 2, pages 85-88.

Dodson, R.F., Williams Jr., M.G., Corn, C.J., Brollo, A., Bianchi, C., 1990. Asbestos content of lung tissue, lymph nodes, and pleural plaques from former shipyard workers. Am. Rev. Resp. Disease, Vol. 142, No. 4, pages 843-847.

Eisenstadt, H.B., Levine, B.W., 1974. Pleural effusion in asbestosis. NEJM, Vol. 290, No. 18, page 1025.

Ferris Jr., B.G., Ranadive, M.V., Peters, J.M., Murphy, R.L., Burgess, W.A., Pendergrass, H.P., 1971. Prevalence of chronic respiratory disease. Asbestosis in ship repair workers. Arch. Environ. Health, Vol. 23, pages 220-225.

Fleischer, W.E., Viles Jr, F.J., Glade, R.L., Drinker, P., 1946. A health survey of pipe covering operation in constructing naval vessels. J. Ind. Hyg. Tox., Vol. 28, No. 1, pages 9-16.

Fletcher, D. E., 1972. A mortality study of shipyard workers with pleural plaques. Brit. J. Ind. Med., Vol. 29, pages 142-145.

Forman, S.A., 1988. US Navy shipyard occupational medicine through World War II. J. Occ. Med., Vol. 30, No. 1, pages 28-32.

Fournier-Massey, G., Wong, G., Hall, T.C., 1984. Retired and former asbestos workers in Hawaii. Am. J. Ind. Med., Vol. 6, No. 2, pages 139-153.

Ghezzi, I., Maranzana, P., Zannini, D., 1971. Considerations on asbestosis in the Piedmont, Liguria and Lombardy Regions. Med. Del. Lav., Vol. 62, No. 2/3, pages 111-119.

Hain, E., Bohlig, H., Klosterkotter, W., Schutz, A., Woitowitz, H.J., 1973. Asbestos: Health hazards, limiting values, prevention. Staub Reinhaltung der Luft, Vol. 33, No. 2, pages 51-57.

Harries, P. G., 1968. Asbestos hazards in naval dockyards. Ann. Occ. Hyg., Vol. 11, pages 135-145.

Harries, P.G., 1973. Experience with asbestos disease and control in Great Britain's naval dockyards. Medical Research Unit, H.M. Dockyard (Reprint (Paper No. 19); paper presented at the International Shipyard Health Conference, Los Angles, December 13-15, 1973.

Hinds, M.W., 1978. Mesothelioma in shipyard workers. Western J. Med., Vol. 128, No. 2, pages 169-170.

Holaday, D.A., Reitze, W.B., 1971. Shipyard procedures guide helps all insulation men. Insulation Hygiene Progress Reports, Vol. 3, No. 4, pages 1-4.

Holaday, D.A., Reitze, W. B., 1972. Control of exposure to asbestos-containing dust in shipyards. Occ. Saf. And Health Series 40, Safety and Health in Shipbuilding and ship Repairing, ILO, Geneva, pages 53-58.

Hull,C.J., Doyle, E., Peters, J.M., Garabrant, D.H., Bernstein, L., Preston-Martin, S., 1989. Case-control study of lung cancer in Los Angeles county welders. Am. J. Ind. Med., Vol. 16, No. 1, pages 103-112.

Jarvholm, B., Sanden, A., 1987. Estimating asbestos exposure: a comparison of methods. J. Occup. Med., Vol. 29, No. 4, pages 361-363.

Jones, R.N., Diem, J.E., Ziskand, M.M., Rodregues, M., Weill, H., 1984. Radiographic evidence of asbestos effects in American marine engineers. J. Occ. Med., Vol. 26, No. 4, pages 281-284.

Kilburn, K.H., Warshaw, R., Thornton, J.C., 1985. Asbestosis, pulmonary symptoms and functional impairment in shipyard workers. Chest, Vol. 88, No. 2, pages 254-259.

Kilburn, K.H., Lilis, R., Anderson, H.A., Boylen, C.T., Einstein, H.E., Johnson, S.J.S., Warshaw, R., 1985. Asbestos disease in family contacts of shipyard workers. Am. J. Pub. H., Vol. 75, No. 6, pages 615-617.

Kilburn, K.H., Warshaw, R., Thornton, J.C., 1986. Asbestos disease and pulmonary symptoms and signs in shipyard workers and their families in Los Angeles. Arch. Int. Med., Vol. 146, No. 11, pages 2213-2220.

Kilburn, K.H., Warshaw, R., Thornton, J.C., 1985. Signs of asbestosis and impaired pulmonary function in woman who worked in shipyards. Am. J. Ind. Med., Vol. 8, No. 6, pages 545-552.

Kilburn, K.H., Warshaw, R.H., Boylen, C.T., Thornton, J.C., 1989. Respiratory symptoms and functional Impairment from acute (Cross-shift) exposure to welding gases and fumes. Am. J. Med. Sciences, Vol. 298, No. 5, pages 314-319.

Kilburn, K.H., Warshaw, R.H., 1990. Airway obstruction in asbestos-exposed shipyard workers: With and without irregular opacities. Respiratory Medicine, Vol. 84, No. 6, pages 449-455.

Kilburn, K.H., Warshaw, R., 1990. Airway obstruction in asbestosis studied in shipyard workers. Proceedings of the VIIth International Pneumoconiosis Conference, Part I. Pittsburgh, Pennsylvania, August 23-26, 1988. NIOSH, U.S. Department of Health and Human Services, DHHS (NIOSH) Publication No. 90-108 Part I, pages 408-412.

Kilburn, K.H., Warshaw, R.H., 1991. Asbestos disease in construction, refinery and shipyard workers. Ann. N.Y. Aca. Sciences, Vol. 643, pages 301-312.

Kishimoto, T., Okada, K., 1988. The relationship between lung cancer and asbestos exposure. Chest, Vol. 94, No. 3, pages 486-490.

Kishimoto, T., 1992. [Evaluation of the distribution of ferruginous bodies and the kind of asbestos fibers in the lungs in lung cancer cases with definite occupational history of asbestos exposure]. Nihon Kyobu Shikkan Gakkai Zasshi, Vol. 30, No. 10, pages 1796-1800.

Kishimoto, T., 1994. [Relationship between asbestos exposure and malignant pleural mesothelioma: Occurrence near the old Japanese naval shipyard]. Nihon Kyobu Shikkan Gakkai Zasshi 1994 December; 32 Suppl:, pages250-256.

Kolonel, L.N., Yoshizawa, C.N., Hirohata, T., Myers, B.C., 1985. Cancer occurrence in shipyard workers exposed to asbestos in Hawaii. Cancer Res., Vol. 45, No. 8, pages 3924-3928.

Koskinen, K., Rinne, J.P., Zitting, A., Tossavaninen, A., Kivekas, J., Reijula, K., Roto, P., Husskonen, M.S., 1996. Screening for asbestos-induced diseases in Finland. Am. J. Ind. Med., Vol. 30, No. 3, pages 241-251.

Koskinen, K., Zitting, A., Tossavainen, A., Rinne, J.P., Roto, P., Kivekas, J., Reijula, K., Husskonen, M.S., 1998. Radiographic abnormalities among Finnish construction, shipyard and asbestos industry workers. Scan. J. Work Environ. Heath, Vol. 24, No. 2, pages 109-117.

Lemercier, J.P., et al, 1978. Seine-Maritime pleural mesothelioma Register. Revue Francaise des Maladies Respiratorer, Vol. 6, No. 2, pages 209-211.

McDonald, A.D., McDonald J.C., 1980. Malignant mesothelioma in North America. Cancer, Vol. 46, No. 7, pages 1650-1656.

McDonald, J.C., McDonald, A.D., 1977. Epidemiology of mesothelioma from estimated incidence. Preventive Medicine, Vol. 6, No. 3, pages 426-466.

McDonald, A.D., McDonald, J.C., 1987. Epidemiology of malignant mesothelioma. Asbestos Related Malignancy, K. Antman and J. Aisner, Editors; Grune and Stratton, Inc., Orlando, Florida, pages 31-55.

McDonald, J.C., McDonald, A.D., 1996. The epidemiology of mesothelioma in historical context. European Resp. J., Vol. 9, No. 9, pages 1932-1942.

McMillan, G.H.G., 1983. The health of welders in naval dockyards. J. Occ. Med., Vol. 25, No. 10, pages 727-730.

Marr, W.T., 1964. Asbestos exposure during naval vessel overhaul. Ind. Hyg. J., May-June 1964, pages 264-268.

Meijers, J.M.M., Planteydt, H.T., Slangen, J.J.M.,Swaen, G.M.H., van Vliett, C., Sturmans, F., 1990. Trends and geographical patterns of pleural mesotheliomas in the Netherlands 1970-87. Brit. J. Ind. Med., Vol. 47, pages 775-781.

Meijers, J.M., Planteydt, H.T., Slangen, J.J., Swaen, G.M., van Vliet, C., Sturmans, F., 1991. [Course and distribution of mortality of pleural mesothelioma in the Netherlands, 1970-1987] Ned. Tijdschr Geneeskd, Vol. 135, No. 3, pages 93-98.

Murphy Jr., R.L.H., Ferris Jr., B.G., Burgess, W.A., Worcester, J., Gaensler, E.A., 1971. Effects of low concentration of asbestos: Clinical, environmental, Radiologic and epidemiologic observation in shipyard pipe coverers and controls. NEJM, Vol. 285, No. 23. pages 1271-1278.

Nicholson, W.J., Lilis, R., Frank, A.L., Selikoff, I.J., 1980. Lung cancer prevalence among shipyard workers. Am. J. Ind. Med., Vol. 1, No. 2, pages 191-203.

Ono, T., Okada, K., Kishimoto, T., Ito, H., 1989. Relationship between number of asbestos bodies in autopsy lung and pleural plaques on chest X-ray film. Chest, Vol. 95, No. 3, pages 549-552.

Polakoff, P.L., Horn, B.R., Scherer, O.R., 1979. Prevalence of radiographic abnormalities among northern California shipyard workers. Ann. N.Y. Aca. Sciences, Vol. 330, pages 333-339.

Renke, W., Chmielewski, J., Felczak-Korzybska, I., Winnicka, A., 1979. Estimation of the noxious effects of asbestos dust of the workers of sea shipyards. Bull. Inst. Marit. Trop. Med. Gdynia, Vol. 30, No. 2, pages 153-159.

Renke, W., Rosik, E., 1993. Distant health effects of using asbestos in shipyards and in co-operating plants. Bull. Inst. Marit. Trop. Med. Gdynia. 1993-1994, Vols. 44-45, Nos. 1-4, pages 5-11.

Ross, D.J., Sallie, B.A., McDonald, J.C., 1995. SWORD '94: surveillance of work-related and occupational respiratory disease in the UK. Occup. Med. (London), Vol. 45, No. 4, 175-178.

Rossiter, C.E., Harries, P.G., 1979. UK naval dockyards asbestosis study: Survey of the sample population aged 50-59 years. Brit. J. Ind. Med., Vol. 36, No. 4, pages 281-291.

Sanden, A., Jarvholm, B., 1987. Cancer morbidity in Swedish shipyard workers 1978-1983 [published erratum appears in Int. Arch. Occup. Environ. Health 1987; 59(6):623]. Int. Arch Occup. Environ. Health, Vol. 59, No. 5, pages 455-62.

Selikoff, I.J., Hammond, E.C., 1978. Asbestos-associated disease in United States shipyards. Ca-A Cancer Journal for Clinicians, Vol. 28, No. 2, pages 87-99.

Selikoff, I.J., Lilis, R., Nicholson, W.J., 1979. Asbestos Disease in United States shipyards. Ann. N.Y. Aca. Sciences, Vol. 330, pages 295-311.

Spirtas, R., 1988. Time trends and risk factors for mesothelioma. Proceedings of the fourth NCI/EPA/NIOSH Collaborative Workshop: Progress on Joint Environmental and Occupational Cancer Studies, April 22-23, 1986, Rockville, Maryland, NIH Publication No. 88-2960, pages 391-400.

Stack, B. H.R., Dorward, A.J., 1981. Diffuse malignant pleural mesothelioma in Glasgow. Brit. J. Disease of the Chest, Vol. 75, No. 4, pages 397-402.

Stanbury, M., Rosenman, K.D., 1987. A methodology for identifying workers exposed to asbestos since 1940 [published erratum appears in Am. J. Public Health, 1987 Nov; 77(11):1403.] Am. J. Public Health, Vol. 77, No. 7, pages 854-855.

Tagnon, I., Blot, W.J., Stroube, R.B., Day, N.E., Morris, L.E., Peace, B.B., Fraumeni, J.F., 1980. Mesothelioma associated with the shipbuilding industry in coastal Virginia. Cancer Research, Vol. 40, No. 11, pages 3875-3879.

Tola, S., Killiomake, P.L., Pukkala, E., Asp, S., Korkala, M.L., 1988. Incidence of cancer among welders, platers, machinists and pipe fitters in shipyards and machine shops. Brit. J. Ind. Med., Vol. 45, No. 4, pages 209-218.

Wallace, J.M., Oishi, J.S., Barbers, R.G., Batra, P., Aberle, D.R., 1989. Bronchoalveolar lavage cell and lymphocyte phenotype profiles in healthy asbestos-exposed shipyard workers. Am. Rev. Resp. Disease, Vol. 139, No. 1, pages 33-38.

Wollaston, J.F., 1992. Shipbuilding and ship repair. Occup. Med., Vol. 42, pages 203-212.

Wozniak, H., Wiecek, E., 1996. Asbestos and asbestos-related diseases. Ann. Agri. And Env. Med., Vol. 3, No. 1, pages 1-8.

Wright, W.E., Sherwin, R.P., 1984. Histological types of malignant mesothelioma and asbestos exposure. Br. J. Ind. Med., Vol. 41, No. 4, pages 514-517.

Yeung, P., Rogers, A., Johnson, A., 1999. Distribution of mesothelioma cases in different occupational groups and industries in Australia, 1979-1995. Appl. Occ. And Envir. Hyg., Vol 14, No. 11, pages 759-767.

Zielhuis, R. L., Versteeg, J.P.J., Planteijdt, H.T., 1975. Pleural mesothelioma and exposure to asbestos. Internationales Archiv fuer Arbeits- und Umweltmedizin, Vol. 36, No. 1, pages 1-18.

Richard A. Lemen, Ph.D., M.S.P.H.
Assistant Surgeon General, USPHS (ret.) and
Former Deputy and Acting Director,
National Institute for Occupational Safety and Health