# Depositions and Trials of Dr. Richard A. Lemen in the Last Four Years

## 2001

Trial Chavez
Asbestos case
Jan. 2001
Foster & Sears

Deposition Gilcreasce & Shelton
Asbestos case
Jan. 2001
Waters & Kraus

Trial Philadelphia
Asbestos case
Jan. 2001
Paul, Reich & Myers

In The County Court at Law Number 3 El Paso County, Texas
Bruce Davis and James Davis, Individually and as Personal Representive of the Heirs and
Estate of Frankie Gene Davis, Deceased vs. Owens-Corning Fiberglass Corp.,et al
January 10,2001
Baron & Budd
No.96-3062
Asbestos case

Trial Flextillic & USG
Asbestos case
Feb. 2001
Robbins & Cloud

319th Judical District Nueces County, Texas
Deposition Clark et al., vs. Union Pacific Resources Co. et.al.,
Asbestos case
Feb. 1, 2001
Baron & Budd
No. 98-317-6

Deposition Toney vs. USG et.al.,
Asbestos case

Feb.2001
Baron & Budd

Trial Asbestosis Cases
Asbestosis case
Feb. 2001
Silber Pearlman

Trial ElPaso, Texas
Mesothelima
Feb. 2001
Baron & Budd

Deposition Frankie Lee Davis Case
Asbestos case
Feb. 2001
Baron & Budd

Deposition Wallace Horton
Asbestos case
Feb. 2001
Kaseke & Reeves

Trial Phoenix, Az.
TCE case
Feb. 2001
Goldberg, Jennings & White

Deposition Kane Case
Asbestos case
Feb. 2001
Ness, Motley, Loadholt, Richardson & Poole

Trial Weaver case
Asbestos case
March 2001
Robert E. Sweeney

The Court of Commons Pleas Cuyahoga Co. Ohio
Deposition Cogley, et.al., vs. Foseco, Inc. et. al.,
Asbestos case
March. 19, 2001
Robert  P Sweeney, Esq.
Case no. CV-318966

Superior   Court of Fulton County, Atlanta, Ga.

Deposition  Jones  vs. Owens-Corning  Fiberglas Corp .et . al .,
Asbestos case
Lane & Gossett, P.C.
March 30, 2001

Jury Verdict
Brunell vs. A. L. Burbank Co. La.
May 10, 2001
Asbestos case

The Court of Common Pleas for Ashtabulas County, Ohio
Deposition McKinley, et.al., vs. Gen. Corp. Inc. et. al.,
Asbestos case
June 11, 2001
William B. Baggett, Jr.

Superior Court State PF Delware for the New Castle County
Deposition Jerrigan Trial Group
Asbestos case
June 18, 2001
Baron & Budd
File no. 89-2-18455-9 sea

Civil District Court Parish of Orleans State Louisiana
Deposition Wylie M. Reed vs. Avondale Industries, Inc. et. al.,
Asbestos case
Aug. 31, 2001
Martzell & Bickford
file no. 95-17141

Civil District Court Parish of Orleans State of Louisiana
Deposition James M. Bryant vs. Alcoa Steamship Co. Inc.
Asbestos case
Aug. 31 2001
Martzell & Bickford
File no. 98-19651

Texas Jury
Hutchison vs.Combustion Eng'g
Asbestos case
Sept. 23, 2001

Court of Common Pleas of Cuyahoga County, Ohio
Deposition Hess, et al., vs. Norfolk   Southern Railroad Co.
Asbestos case
Sept. 14, 2001

Kevin McDermott
Case no. 398164

District Court of Jefferson County, Texas 172nd Judical Court
Deposition Guillory vs. Abex Corporation
Asbestos case
Sept. 27, 2001
Ethan L. Shaw
Cause no. E-164,041

District Court Galveston County, Texas 122nd Judical District
Deposition Joe A. Keller & Mary Keller,et.al., vs.Pittsburgh Corning Corp. et.al.,
Asbestos case
Oct.12, 2001
Nell, McCallum & Assoc.Inc.
Cause o. 99 CV 1224

The Court of Commons Pleas Cuyahaga County, Ohio
Deposition Luther Bailey, Et. al., vs. A-Best Products Co. et.al.,
Asbestos case
Oct. 26,2001
Goldberg, Pesky, Jennings & White
File no. 372258

Illinois Meso Trial
Wakeland Vs. Garlock Inc.
Mesothelioma
Nov. 8, 2001

Delware Jury
Bargelski Vs. Garlock Inc.
Mesothelioma
Nov. 21, 2001

## 2002

Longnecker vs. Commonwealth Edison Co. et al
Jan. 17,2003
Casino Vaughan Law Firm
Asbestos case

Ohio Court
QuigleyCo. Vs. Kelly & Ferraro LLP
Jan. 31, 2002
Asbestos case

Circuit Court of Kanwha County, West Virginia
Deposition In Re. Asbestos Personal) Civil Action Injury Litigation
Asbestos case
Feb. 1 2002
Ness, Motley, Loadholt, Richardson & Poole
No. 01-C-9002

District Court Jefferson County, Texas 172nd Judical Court
Deposition Luce vs. Dupont
asbestos case
Feb. 25-26, 2002
Waters & Kraus, LLP
cause no. 157,109

Mississippi Dryer Felt Deposition
March 3, 2003
Ness, Motley & Loadholt. LLC.
asbestos

District Court Bexter County, Texas 288th Judical Court
Deposition Hill, et.al., vs. ACands,et.al.,
asbestos case
March 8, 2002
Waters & Kraus, LLP.
cause no. 2001-CI-06058

Superior Court in Marion County, Indiana
Deposition William Lee Roberts, Jr. et.al., vs.A.P. Green Ind.,Inc. et.al.,
asbestos case
March 11,2002
Ness, Motley, P.A.
cause no. 49D02-9601-MI-0001-687

In The Marion Couinty Superior Court State of Indiana
Mary Kay Denny, on her own behalf and on behalf othr Estate of Richard Denny Deceased vs.
AC&C Inc. et al.,
asbestos case
March 11, 2002
Cause No. 49D02-9601-MI-0001-662

In The County Court of  Orange, Texas 128th Judicial District
Deposition Robert Maney and Dorthy Maney vs. ACandS, Inc.
asbestos case
March 27,2002
Waters & Kraus

No. AO-1033-C

In The District Court Hopkins County, Texas62nd Judicial District
Deposition Robert Wheeler and Loy Wheeler vs. ACandS, Inc.
asbestos case
March 27,2002
Waters & Kraus
No. CV33246-A

In The District Court of Brazoria County, Texas
Elmer L. Royer,et al., vs. ACandS, Inc.et. al.,
asbestos case
March 27,2002
Waters & Kraus
No. 14293-RM00

In The District Court of Orange County, Texas 128th Judicial District
William Gabbert vs. ACandS, Inc.
asbestos case
March27,2002
Waters & Kraus
No. 1010259-C

In The County Court At Law, NO.3 El Paso, Texas
Douglas Kwasnik, et al., vs. AcandS, Inc.
asbestos case
March27,2002
Waters & Kraus
NO. 2001-297

In The District Court of Tarrant County, Texas  141st Judicial District
Donald Cipov and Susan Cipov vs. ACandS, Inc.
asbestos case
March27,2002
Waters & Kraus
NO.141-189827-01

Bennett vs. Sulzer Mteco
April 13, 2003
asbestos

In The District  Court Dallas County Texas 298th Judicial Districr
Earnest Umphries , et al., vs. AC&S, Inc. et al.,
asbestos case
April 23, 2002
No. 01-6745-M

Waters & Kraus

In The County Court At Law No. 2 Dallas County, Texas
Jerry Freeman, et al.,
vs. AC&S, Inc. et al.,
asbestos case
April 23 , 2002
Waters & Kraus

District Court Brazoris County, Texas 149th Judical District Court
Deposition Jimmy Camural Mansel,et.al., vs. U.S.Gypsum et.al.,
asbestos case
Clyde Joe Beaty, Sr.
May 10,2002
file no. 15287*Rmol

District Court of Galveston County, Texas 122nd Judical District
Deposition McNally et.al., vs. Pittsburgh Coning Corp. et.al.,
asbestos case
May 16, 2002
Troy D. Chandler
no. 99-CV-1223

In The County Court Dallas County, Texas At Law Number Two
Jerry Freeman, et al., vs.  AC&S, Inc.,et al.,
asbestos case
May 23,2002
Waters & Kraus
Cause No. 0001-00742B

In The County Court At Law of El Paso County, Texas
Paul Thomson, et al.,vs. Able Supply Co.,et al.,
asbestos case
May28,2002
Bradshaw Law
Cause NO. 2002-184

In The County Court At Law of ElPaso County, Texas
Dolores Laverne Beaty, et al., vs. Owens-Corning, et al.,
asbestos case
May28,2002
Bradshaw Law
Cause NO. 2002-184

In The Court At Law of El Paso County, Texas
Lois Salter, et al, vs. Armstrong Word Ind.,Inc.,et al.,

asbestos case
May28,2002
Bradshaw Law
Cause NO. 2002-184

In The Court At Law of El Paso County, Texas
Sharon Sturdevant, et al., vs. ACandS,et al.,
asbestos case
May28,2002
Bradshaw Law
Cause No. 2002-184

Texas Jury
Moore Vs. Brown& Root Inc.
June 20, 2002
asbestos

In The District Court of Bowie County, Texas 102nd Judicial District
Lela M. McGary, Individually and as Personal Representative of the Heirs and Estate of
Napoleon Windell McGary, Deceased
asbestos case
June28,2002
Baron & Budd

In The Superior Court of the State Delware in and for New Castle County
Ernest Bradley and Patsy Bradley his wife
Edward Harry Waishes and Bonnie Waishes  his wife vs. Ford Motor Company
July 28, 2003
Jacobs & Crumplar
C.A. No. 00C-05-31-ABS
C.A. No. 02C-06-130-ABS
asbestos

In The District Court Tarrant County, Texas 153rd Judicial District
Joseph Pecukonis and Sharon Fox, vs. ACandS, Inc., et al.,
asbestos case
July 30,2002
Waters & Kraus
Cause NO. 348-187059 01

In The District Court Tattant County, Texas 141st Judicial District
Donald and Susan Cipov vs. ACandS, Inc., et al.,
asbestos case
July 30, 2002
Waters & Kraus
cause No. 141-189827-01

In The District Court Orange County, Texas 128th Judicial District
Edgar and  Ann Arrowood, et al. vs. ACandS, Inc. (successor to Armstrong Contracting &
Supply, Inc., et al.,
asbestos case
July30,2002
Waters & Kraus
Cause NO. A-010037-C

In The District Court 53rd Judicial District Travis County, Texas
Phyllis Short, Individually and as Personal Representative of the Heirs and Estate of William
Short, Deceased
vs. ACandS, Inc.,
asbestos case
July 30, 2002
Waters & Kraus
Cause No. GN1-02143

Austin, Travis County, Texas
Trial- James Gallagher
July 30, 2003
Hendler Law Firm, P.C.
asbestos

In The District Court of Dallas County, 116th Judicial Court
Cecil Lewis Duncan Deceased, et al., vs. Owens-Corning Fiberglass Corp., et al.,
asbestos case
August 5, 2002
Foster & Sear
Cause No. 00-04543-F

In The District Court of Jefferson County,136th Judicial District
Leonard Joseph Robin, et al., vs. Owens-Corning Fiberglas,
asbestos case
August 5,2002
Foster & Sear
Cause No. D16170

In The County Court At Law NO. 6 El Paso County, Texas
Bernard Drake and Norma Drake vs. Garlock, Inc. ey al.,
asbestos case
Aug. 5, 2002
Waters & Kraus
Cause NO. 2001-2537

In The County Court At Law No. 3 El Paso County, Texas

Gerald Brunner and Yaeko Brunnervs. ACandS, Inc. et al.,
asbestos case
Aug. 5,2002
Waters & Kraus
Cause No. 2001-1880

In The County Court at Law No. Three, El Paso County,Texas
Ralph Chavez, et al., vs. AC&S, Inc., et al.,
asbestos case
Aug. 20, 2002
Brent Coon & Associates

In The County Court At Law No. 1 Dallas County, Texas
Shirley Colvin, Individually And As Personal Representative Of The Heirs and Estate of Murray "Gordon"
Colvin Deceased, vs. ACandS, Inc. et al.,
asbestos case
Aug. 26, 2002
Waters & kraus

In The County Court At Law No. 2 Smith County, Texas
LLoyd Bryant; et al., vs. U.S. Gypsum Company et al.,
asbestos case
Aug. 27, 2002
Baron & Budd
No. 45 215-A
etc.

In The District Court of Dallas County, Texas 192nd Judicial Disrict
Andrew John Miller and Mary Miller vs. Gaf Corp., et .,
asbestos case
Aug. 29, 2002
Baron & Budd
Cause No. 00-06517-K

In The County Court at Law No. 3 Dallas County, Texas
Joseph Talbert Auzenne, Deceased vs. U.S. Gypsum Company,et al.,
asbestos case
Aug. 30, 2002
Baron & Budd
No. CC-01-05948-C

In The United States District Court of Eastern District of Texas
Jack Wayne Byrom vs. Falcom MPP, Corp;
asbestos case
Aug. 31, 2002

Wellborn, Houston, Adkison, Mann, Sadler & Hill
No. 2-02-CV-24

Robert Randall Goss, individually and as Personal Representative of the Heirs and Estate of Mildred Ann Goss,
Deceased, vs. Owens- Illinios, Inc. et al.,
asbestos case
Sept. 6, 2002
Waters & Kraus

In The District Court 193rd Judicial District Dallas County, Texas
James Mullen, vs. ACandS, Inc. et al.,
asbestos case
Sept. 6, 2002
Waters & Kraus
Cause No. 01-4294

In The District Court 193rd Judicial District Dallas County, Texas
James Mullen vs. ACandS, Inc. et al.,
asbestos case
Sept. 10, 2002
Ness Motley
Cause No. 01-4294
Volume II

Before the North Carolins Industrial Commission
George F. Brannon vs. Weyerhaeuser Company
asbestos case
Sept. 16, 2002
Wallace & Graham
No. 117831

In The District Court of Nueces County 117th Judicial District
Arlington L. Lawrence, et al., vs. Owens-Corning Fiberglas Corp., et al.,
asbestos case
Foster & Sear
Cause No. 99-7072-B
etc.

In The Judicial Court of Shelby County, Texas
James Lansford and Leta Lansford vs. Able Supply Co. et al.,
asbestos case
Sept. 19. 2002
Waters & Kraus
Cause No. 26658

In The District Court of Jefferson County, Texas 60th Judicial District
Harold O. Daniels, et al., vs. AC&S, Inc. et al.,
asbestos case
Sept. 23, 2002
Ness & Motley
Cause No. B-150,374

In The District Court of Jefferson County, Texas 60th Judical District
Marjorie Havens, individually and as Independent Executrix of the Estate of
Rufus Hanens, Deceased, et al., vs. AC&S, Inc. et al.,
asbestos case
Sept. 23, 2002
Ness & Motley
Cause No. B-150,374-AJ

In The Circuit Court of the City of Newport News
In Re: All Asbestos Cases
Sept. 23, 2002
Ness & Motley
Law Number CL99-2000-00

In The District Court Galveston County, Texas 212th Judical District
Robert J. Butts, et al., vs. Amoco Chemical Co. et al.,
asbestos case
Sept. 24, 2002
Robins & Cloud
No. 99 CV 1214

In the District Court Galveston County, Texas 10th Judicial District
Tommy G. Moss, et al.,vs. Gaf Corp. , et al.,
asbestos case
Sept. 24, 2002
Robins & Cloud
No. 00CV1111

In The District Court Nueces County, Texas 105th Judical District
Jose L. Ayala, et al., vs. Alcoa, Inc., et al.,
asbestos case
Sept. 24, 2002
Robins & Cloud
No. 00-6775-D

In the District Court Galveston County, Texas 122nd Judicial District
Bobby Fife, et al., vs. Owens-Corning, et al.,
asbestos case
Sept. 24, 2002

Robins & Cloud
No. 00CV0611

In The Circuit Court Of Kanawha County, West Virgina
Asbestos Trial Group
asbestos case
Oct. 7,2002
Johnny Jackson & Associates. Inc.

Texas Jury Returns
Freeman Vs. Quigley Co.
Mesothelioma
Nov. 7,2002
asbestos

Texas Friction Products
Lansford Vs. Able Supply Co.
Friction Products
Nov. 7, 2002
asbestos

In The District Court of Dallas County, Texas 116th Judicial District
Melinda Jones and Markham Jones vs. AC&S, Inc. et al.,
asbestos case
Nov. 11,2002
Cause No. 01-10131
Kaeske Law Firm

In The County Court At Law Number Four Nueces County, Texas
Jose Caudillo vs. Able Supply Co. et al.,
asbestos case
Nov. 12, 2002
No. 02-60464-00-0-4
Watts Law Firm

District Court Dallas County, Texas
68th judicial District
Deposition Lonnie Hubert Von Reader., et al ., vs Crown, Cork and seal,et al.,
Asbestos Case
November 21,2002
Baron & Budd
No. DV02-02436-C

The county Court El Paso County Texas
Deposition Lucero vs. Crown, Cork & seal Co.
Asbestos Case

November 22, 2002 BAron & Budd
Cause No. 2001-2577

In The District Court of Dallas County, Texas 68th Judicial District
Lonnie Hubert Von Raeder, et ux, vs. Crown Cork & Seal Company, et al.,
asbestos case
Dec. 4, 2002
Cause No. 02-02436-C

In The Circuit Court of Claiborne County, Missippi
O'Neal Chambers, Jr. et al., vs. National Service Industries, et.al.,
asbestos case
Dec. 18, 2002
Cause No. 2001-20
Wells, Moore, Simmons, & Hubbard, PLLC

## 2003

Deposition January 10
Asbestos
Casino Vaughan

In The District Court Bexar County, Texas 288th Judicial District
Gail Hill, Individually and as Personal Representative of the Heirs and Estate of Robert Hill,
Deceased vs.
ACandS, Inc., et al.,
asbestos case
Jan. 13. 2003
Waters & Kraus
Cause No. 2001-C1-06058

Deposition January 14
Asbestos Sidebottom Case
Baron & Budd

Trial January 15
Asbestos
Robert Sweeney- Cleveland, OH

County Court at Law Number One, Calhoun Co, Texaws
Deposition James W. Duckett, et al., vs. Able Supply Co. et al.,
Asbestos Case
Feb 3, 2003

Trial Feb 20
Asbestos - Duckett v Quigley

Brent Coon & Associates - Port Lavaca, Tx

Deposition Feb 24
Asbestos
Beal, Bailey & Shapiro v A. P. Green
Ness Motley

In The Court of Common Pleas of Cuyahoga Co., Ohio
Deposition Connie Beal, et al vs. A.P. Green Services, Et. al.,
Asbestos Case
Fed 24,2003
John E. Guerry, III, Esq. Ness Motley
Case No. 2001-449958-Cv

District Court of Brazoria Co. Texas23rd Judical Court
Shari Schmidt, Representative of the Estate of John Ellis,
Liles, Deceased, et al., vs. ametek Inc., et al.,
Asbestos Case
Cause No. 17656*JG01
Kaeske Law Firm
Feb 27,2003

In The District Court of Brazoria County, Texas 239th Judicial District
Kelly Knight and Karen Chierighono, Individually and as Wrongful Death
Beneficiaries of Kenneth C. Knight ( Deceased), et al., vs. Ametek, Inc. ,
Individually and as Successor-in-Interest to Haveg Indudtries, Inc., et al.,
asbestos case
Kaeske Law Firm
Feb. 27, 2003

Deposition March 3
Asbestos
Mississippi Dryer Felts Case
Ness Motley

23rd Judical District Court Parish
Of Ascension State of Louisana
Deposition Morris Emery, et al., vs. Owens corning Fiberglas corporation, et al
Abestos Case- 57137
Baron & Budd

In The District Court Galveston County, Texas 405th Judicial District
Darrell Driver, et al., vs. Able Supply Co. et al.,
asbestos case
March 6, 2003
Robins & Cloud

Cause No. 01-CV –1211

In The District Court of Jefferson County, Texas 60th Judicial Court
Shirley Mekvin, et al., vs. Texaco Inc. et al.,
asbestos case
March 17, 2003
Provost Umphrey Law Firm
Cause No. B-150,374-AU

Before the North Carolina Industrial Commission
All Pending Weyerhaeuser cases Employees-Plaintiffs vs. Weyerhaeuer
asbestos case
March 24,2003
Wallace & Graham,

In The District Court Brazoria County, Texas 23rd Judicial District
Robert M. Danie;Frank B. Fox, Jr.; Douglas Ray Marr and Phyllis Annette Marr;
David Leon Woods, Jr. and Erma G. Woods vs. Quigley Co. Inc. et al.,
asbestos case
March 26, 2003
Baron & Budd
No. 19452*BH02

Deposition Kenneth Madden
May 27, 2003
Gary M. DiMuzio, Esquire
asbestos

Deposition on Merchant Seaman
April 3,2003
Donnie Young Esquire
asbestos

Mejia Case vs. U.C.
April 21,2003
Troy Chandler, Esquire
asbestos

Shirley Melvin, Joyce Myers, et al vs. Pittsburgh Corning Corp.et al
April 24,2003
asbestos

In The County Court At Law #3 El Paso County, Texas
Lois G. Beck, Individually and as Personal Representative of the Heirs and Estate of Sherman Ellis Beck,
Deceased vs. U.S. Gypsum Company, et al.,

asbestos case
May 2, 2003
Cause No. 2001-2098
Baron & Budd

In The District Court of Dallas County, Texas In The 134th Judical District Court
Marty Mitchell vs. Ametek, et al.,
asbestos case
May 14,2003
Kaeske Law Firm
Cause No. 02-8988

In The District Court of Dallas County, Texas In The 192nd Judical District Court
Peter Gustafson and Charlaine Gustafson vs. Ametek, et al.,
asbestos case
May 14, 2003
Kaeske Law Firm
Cause No. 02-8988

Edward& Rebecca Albarado vs. Aventis Corp. Science, et al
May 22, 2003
Lane Andrea
Motley Rice
asbestos

Certaineed Trial
May 29,2003
Lane Andrea
asbestos

Hill Deposition
June 12,2003
Casino Vaughan Law Firm
asbestos

Cowan Deposition
June 25, 2003
Baron & Budd
asbestos

Gallagher vs. Union Carbide Corp., et al
July 8,2003
Richardson,Patrick, Westbrook and Brickman
asbestos

Bennett vs. Sulzer Metco

July 16, 2003
Christopher Olsen Esquire
Jones, Martin, Parris & Tressener.,LLC
asbestos

In The Superior Court of the State of Delware in and for New Castle County
Ernest Bradley and Patsy Bradley his wife
Edward Harry Waishes and Bonnie Waishes his wife vs. Ford Motor Company
July 28, 2003
Jacobs & Crumplar
C.A. No. 00c-05-31-ASB
C.A.No. 02c-06-130-ASB
asbestos

Gallager vs. Union Carbide and Ga. Pacific Trial
July 29,2003
Richardson, Patrick & Brickman, LLc
asbestos

Deposition in West Virgina
July 30, 2003
Lane Andrea
Motley Rice Law Firm
asbestos

Austin, Travis County, Texas
Trial-James Gallagher
July 30, 2003
Hendler Law Firm, P.C.
asbestos

Douma vs. ABB et al
August 4, 2003
Eric Manchin Esquire
Kaeske Law Firm
asbestos

Pippin vs. Quigley trial
August 7,2003
Troy Chandler Esquire; Robins Cloud Law Firm
asbestos

In The District Court of Cass County, Texas 5th Judicial Court
Eddie Caffey, et al vs. Foster Wheeler Energy Co. et al
Aug. 8,2003
Motley Rice LLC

Cause No. 01-C-753
asbestos

Re: Reta Orem
Aug. 11,2003
asbestos

In The State Court of Fulton County State of Georgia
Peggy Deakins, as Administrator ad Litem, For the Purposeof cause of actiononly of the Estate
of Goergia Deakins , vs. AcandS, Inc. et al
Asbestos case
August 18, 2003
No. 2002VS034346
Motley Rice

Deposition on Charles Allen et al vs. AcandS et al  case affected Carl Saville
August 18,2003
Motley Rice
asbestos

Hill, Nolan & Coen Case
August 25,2003
Casino Vaughan Law Firm
asbestos

Multiple cases vs. Exxon, et al
August 29,2003
Baron & Budd
asbestos

Jones and O'Steen
Asbestos case
Sept. 11, 2003
Lane & Gossett

Jones & O'Sheen vs. CSX Trial
September 15, 2003
Roger B. Lane, Esquire
asbestos

In The 60th Judicial District Court of Jefferson County, Texas
LeeAnna Richardson, Individually and as Representative of the Estate of Calvin Dwayne
Richardson,Deased, et al vs. AMF, Inc. et al
September 16, 2003
Herschel L. Hodson
asbestos

Jameson vs. Texco, Inc. et al
Sept. 16, 2003
Bergman Senn Pageler & Frockt
asbestos

In The Circuit Court Second Judicial Circuit Crawford County, Illinios
Steve Yeager and Vera Yeager vs. Marathon Oil Company, et al.
Asbestos case
September 22, 2003
Motley Rice
No. 2002-L-17

Trial James Douglas
9-24-2003
Baron & Budd
asbestos

Trial Saville vs Scafa in Baltimore,Md
Sept. 25,2003
Motley Rice Law Firm
asbestos

Messier Deposition
Oct. 1,2003
Baron & Budd
asbestos

Deposition Bell Group
Oct. 3, 2003
Gary M. DiMuzio
asbestos

Stevens Deposition
Oct. 6.2003
Gary M. DiMuzio
asbestos

In The Circuit Court of Kanawha County, West Virginia
Asbestos Personal Injury Litigation
Asbestos case
Oct. 16, 2003
Civil Action file No. 03-C-9600-2
Motley Rice

Anna Szabo Deposition

Oct.20,2003
Christian H. Hartley, Esquire
asbestos

William Lonas, Trial appearance
Oct. 21-22,2003
Lou Thompson Black, Esquire
asbestos

Richardson Deposition
Oct. 27,2003
Baron & Budd
asbestos

Clyde Varnadove vs. CSXT;trial
Oct 28,2003
Roger B/ Lane & Associates, LLC
asbestos

Daniel Bertucci;Deposition
Oct. 29,2003
Martzell & Brickford,LLC
asbestos

Trial Cleveland, Oh.
Nov. 13,2003
Baorn & Budd
asbestos

Ingraham et al vs Anchor Packing Co.et al
Nov. 14, 2003
Christian Hartley, Esquire
asbestos

Nellie Mae Bourgeois vs. David Colvin, et al
16th Judicial District Court No. 98049, Division "B"
Our file No. 9634-01
Nov. 17,2003
asbestos

Trial in Brunswick, Ga.
Nov. 18,2003
Roger Lane
asbestos

Robinson vs. NVF and Electric Hose & Rubber

Nov. 20, 2003
Thomas Crumplar
asbestos

Michael Chauvin Depo.
Nov. 25, 2003
Martzell & Brickford
asbestos

Adams et al. vs. A.W. Chesterton, et al.
Dec.4,2003
Lane Andrae
Motley Rice
Asbestos case

Trial Austin Tx.
Dec. 5, 2003
Deana Turner-Settlemyre Richardson, Patrick
asbestos

Trial Manfred Schiller
Dec. 8,2003
Lane Andrae
Motley Rice
asbestos

Silber Pearlman Depo.
Dec. 12, 2003
Baron & Budd
asbestos

Deposition Herschel Morgan, et al vs. Quigley Co. et. al.
Jan, 7, 2004
Cause No. 03-05192-I
162nd Judicial District Court
Dallas Texas
Baron & Budd
asbestos

Troy Hickox vs. CSX Transportation, Inc.
Jan.9,2004
Trial Video
Roger Lane
asbestos

H. B. Beck Depo.

Jan,12,2004
Wade Gent, Esquire, Foster & Sear
asbestos

Deposition George Russell vs. Anchor Packing Co. et al..
Jan.16,2004
Civil Action file no.: 2003VS044530
Case No. 20051
Asbestos
Richardson, Patrick,

Deposition Northern District of Ohio Asbestos LitigationCase
Rolf L. Linstrom vs. A-C LiabilityTrust, et al
Case No. 1:98CV13222
Jan. 27, 2004
Don Krispin Esquire; Jaques Admirality
asbestos

Trial Nolan vs. Crane,et al
Circuit Court of Vermillion County (Illinios)
Case No. 01 L 117
Casino Vaughan Bruce Carter, Attorney
Jan. 21 & 22, 2004
asbestos

Deposition C. Ann Jones Vs. Meyer's Auto Parts,Inc.
CDC, Parish of Orleans,
Cause No. 03-3367 Division 16 (D)
Our File # 9785-1
Martzell & Brickford
Jan. 29,2004
Asbestos

George Adams f/k/a/ Raymond Shelton, et al vs. AW Chesterton, Inc. et al;
Trial testimony
Feb. 4,2004
Little Circuit No. 2000-32
Lane Andrae
Motley Rice Attorneys at Law
Asbestos Case

Chalmers vs. Industrial Insulation, Inc.
Circuit Court of Jackson Co,Mo. at Independence;
Cause # 01-CV-224624 Div. 2
Feb. 6,2004
Asbestos Case

Hubbs vs. Crown,Cork,& Seal Co., Inc.et al
Clarence L. Orchard, et al et al., vs. QuigleyCo.
Cause No. 02-95-4
A; 14 Judicial District
Feb.9,2004

Dahlke vs. Alcate et al.
Feb. 16,2004
Kaeske Law Firm
Asbestos Case

Walker vs. Bondex et al.
Feb. 16, 2004
Kaeske Law Firm
Abestos Case

Surnbock vs. GM Honeywell/Ford et al.
Feb. 16, 2004
Kaeske Law Firm
Asbestos Case

Monk vs. Exxon
Feb.16,2004
Kaeske Law Firm
Asbestos Case

Benavides, et al vs International Flavors and Fragrances et al.
Case No. 01-CV-68302
March 4,2004
Scott Hall Esq. Humphrey, Farrington, & McClain
Asbestos Case

Wheeling WV
West Virginia Trial Group
March 15,2004
Lane Andrae
Asbestos Case

John Crane Deposition
March 18,2004
Aaron DeLuca, Esq. The Lanier Law Firm
Asbestos case


Wilburn Strey vs. Bondex

April 1,2004
Baron & Budd
Cause No. 2003-CI-08297
Asbestos Case

Carl Williamson vs. CSX Transportation Inc.
April 4,2004
Roger Lane Esq
Asbestos Case

Asbestos Personal Injury Litigation
April 24,2004
Cause no. 03-C-9600
Lane Andrae
Asbestos case

Louis Altimore vs. Quigley Co., Inc. et al.
District Court of Galveston, TX. 405th Judicial District Court
Cause no. 03-CV-0588
April 4,2004
Troy Chandler Esq. Heard, Robins, & Cloud, LLC.
Asbestos case
Trial on April 21-22 and 26, 2004

Glenn Ellington, et al. vs. Owens-Corning et al
Cause no. 30,628-97-10
April 4,2004
Kathy Mays Foster & Sear, LLP
Asbestos case

Sammy Dryden and Sharon Dryden vs. Able Supply Co. et al in the 60th Judicial District Court
of Jefferson Co, Tx.
Cause No. B-171,472
April 19,2004
Herschel Hobson Esq.
Asbestos case

Lindy G. Eaton vs. Allied Signal Inc. et al
May 1,2004
Robert Paul Paul, Reich,& Myers,Law Firm
Asbestos case

Julian Perazzi & Joyce Petrazzi vs. Allison Transmissions et al
May1, 2004
Robert Paul Paul, Reich, & Myers Law Firm
Asbestos Case

Phillip P. Chapin and Bernie Mae Chapin vs. A&L Parts, Inc., et al
3rd judicial Court (Wayne Co.)
Trial on May 26-28,2004
Cause no: 03-324-775-NP
Richards, Patrick & Brickman, LLC
Karl Novack, Esquire

Thomas Geoffrey and Langved, et al vs. Quigley Co., Inc., et al.
Judicial District Court of Orange Co., TX.
June 4, 2004
Case# A-031048-C
Baron & Budd

Betty Pollman, Individually & Administrator for the estate of Pollman
June 7,2004
Case# 01L146
Michael Casino, Esquire

Arnoa Ghelson vs. Owens Illinois
June 12,2004
Case# 18977*JG02
Baron & Budd

Lorene Stanford vs. Dow Chemical
June 12, 2004
Case# 18977*JG02
Baron & Budd

Upjohn Depo.
June 15,2004
Jeff O'Connell, Esquire
Silber Pearlman Law Firm

Carlson el at vs. Garlock et al
23rd Judicial District Wharton, County TX.
July 8, 2004
Cause No: 38,273
Angela Greenberg, LLC.
Lanier Law Firm, LLC.

Asbestos Personal Injury Litigation
August 2004 Trial Group
Deposition on July 12, 2004
Cause No: 03-C-9600
Lane Andrae

Motley, Rice, Attorneys at Law, LLC.

Edward Marsden Case vs. Quigley et al
Deposition July 19, 2004
Baron & Budd

Joseph Breaux
Trial July 22,2004
Joanne M. Lanaux, Esquire
Martzell & Brickford, LLC.

Aloys Fuhrmann et al vs. Able Supply Co., et al.
July 26,2004 Deposition
Case # 2004-15640
Eric Manchin, Esquire
Kaeske Law Firm

Robert Taylor vs. ABB Inc., et al.
Mayer vs. ABB Inc. et al
Knight vs. Ametek Inc. et al
Barrett et al vs. ABB Inc. et al
July 27, 2004
Eric Manchin, Esquire
Kaeska Law Firm

Asbestos Personal Injury Litigation
August 2004 Trial Group
July 30,2004
Cause# 03-C-9600
Lane Andrae
Motley, Rice, Attorneys at Law, LLC.

William Hinchman, et al vs. Ametec, Inc.
23rd Judicial District Court of Brazoria County, TX.
August 2,2004
Case# 24544-H03
Gary DiMuzio, Esquire
Clark, Depew & Tracey, LTD., LLP.

Shiller; Trial Appearance scheduled for August 11,2004 in Linden, TX.
Lane Andrae
Motley, Rice, Attorneys at Law, LLC.

Heron; Trial appearance
August 13,2004
Lane Andrae

Motley, Rice, Attorneys at Law, LLC.

Diane Arrington and Bradford Arrington, Co-Executors and Jennifer W. Vincent, Ancillary Administrator of the Estate of Charles E. Arrington, Deceased vs. Georgia Pacific Corp.
Trial August 25, 2004
Rick Nemeroff, L.L.C.

George Washington vs. Texco, Inc.
Trial August 30, 2004
Robins, Cloud, Greenwood and Lubel, L.L.C.

Mustard Case
Depo. Oct2, 2004
Lou Thompson Black, Esquire
Brent, Coon & Associates, L.L.C.

Gandy
Depo. Oct. 11, 2004
Mr. Justin, Esquire
Sharder and Williamson, L.L.C.

Sidney A Tanner, et al. vs. Garlock,Inc. et al. In the 191st Judicial District Court of Dallas County, Tx.
Case# 03-06294
Depo. Oct. 12, 2004
Lane Andrae
Motley, Rice, Attoneys at Law, L.L.C.

George Adams, et al. vs. A.W. Chesterton Co., et al.
CIV 2000-32
Depo. Oct. 12, 2004
Lane Andrae
Motley, Rice, Attorneys at Law, L.L.C.

Joan B. Sather, Individually and As personal representative of the Heirs and Estate of Orville Norman Sather, In the District Court of Orange County, Tx. 128th Judicial District.
Depo. Oct. 20, 2004
Baron & Budd L.L.C.

Ester Bishop vs. Honeywell International. Inc. et. al. Civil District Court Parish of New Orleans, State of Louisiana.
Case# 2004-1201 Division I-14
Depo. Oct. 25, 2004
Matrzell & Brickford, L.L.C.

Joseph Dabukoski et. al. vs. Garlock, et al. In the 56th Judicial District Court of Ga. County,

Texas.
Case# 03CV421
Oct. 28, 2004
Aaron DeLuca, Esquire
The Lanier Law Firm

Neighborhood and community exposure of Lisa Clark
Affidacit on Nov. 1, 2004
Aaron DeLuca, Esquire
The Lanier Law Firm

William Pyratt
Trial appearance on ov. 17, 2004
Robert R. Hatten, Esquire

West Virginia Cases & Cooper Co Vs. D. I. Bartolomeow
Depo. Dec. 20,2004
Lane Andrae
Motley, Rice, Attorneys at Law, L.L.C.

Havner Hearing in Houston TX
Nov. 21-23 and Nov. 28-29, 2004
Baron & Budd

Trial in Texarkana, Arkansas
Nov. 30- Dec. 1, 2004
Lane Andrae
Motley, Rice, Attorneys at Law, L.L.C.

## 2005

Tanner trial
Lane Andrae
Motley, Rice, Attorneys at Law, L.L.C.
Jan. 6, 2005

Harold W. Schwawegerman and Patricia L. Schwaegerman vs. Bondex International, Inc.
Cause # 03-L- 16195
Deana Turner Settlemre, Esquire
Richardson, Patrick, Westbrook, L.L.C.
Depo. Jan. 6, 2005

Terry Durham and Roxanna Durham vs. A.W. Chesterson et al.
Cause # 03- 2231
Lane Andrae
Motley, Rice, Attorneys at Law, L.L.C.

Jan. 14, 2005

Lewis Zavacky, et al. vs. A-Best Products et al.
Cause # 482182
Craig Vandergrift, Esquire
Goldberg, Persky, & White, L.L.C.
Jan. 20,2005

Lois Vandersteen vs. American Standard, Inc.
Case# 03-2160D
Lou Thompson Black, Esquire
Brent, Coon & Assoc.
Depo. Jan. 21, 2005

Robert H. Lawhorn vs. Union Carbide Corp. et al.
Case # 03-CV-0786
Troy Chandler, Esquire
Jan. 25, 2005

Leroy Jackson and Joyce Johnson
Trial appearance
Feb. 25, 2005
Lou Thompson Black, Esquire
Brent, Coon, & Associates, L.L.C.

James Lee Tedrow, Sr. et al. vs. Quigley Co. Inc. et al
In the 95th Judicial Court of Dallas County, Tx.
Case # 03-06626-D
Feb. 4, 2005
Baron & Budd

Mary Ann Leech, Individually, and as Personal Rep of the Heirs and Estate of Robert Leech,
vs. A. W. Chesterton, Inc. et al
Case # CV 495702
Baron & Budd
Feb. 9, 2005

Dupont
Depo. Feb. 12,2005
Jeff O'Connell, Esquire
Silber Pearlman Law Firm

New Jersey Paper Felt
Depo. Feb. 15, 2005
Lane Andrae
Motley, Rice, Attorneys at Law, L.L.C.

Fowers Depo.
Feb. 18, 2005
Baron & Budd

Bostic
Trial appearance
Feb. 24 & 28, 2005
Baron & Budd

Leech Trial
March 2, 2005
Baron & Budd

Depo. On State of the Art
Aaron DeLuca, Esquire
The Lanier Law Firm
March 3, 2005

Carl Calhoun, Individually and as Personal Representative of Heirs and Estate of Cyrus
Calhoun, Deceased, et al vs. American Standard, Inc. et al in the 212th Judicial District Court,
Galveston, Co.Tx.
Case # 03CV124B
March 11, 2005
Lou Thompson Black, Esquire
Brent, Coon, & Associates, L.L.C.

Fowers Trial
March 21- 24, 2005
Baron & Budd

Depo. Martin
March 25, 2005
Lou Thompson Black, Esquire
Brent, Coon, & Associates, L.L.C.

James R. Taylor deceased vs. Norfolk Western Railway Co.
Depo. March 29,2005
Kip A. Harbison, Esquire
Glasser & Glasser, L.L.C.

William Carroll deceased vs. Burlinton Nortnern and Santa Fe Railroad Co.
March 29, 2005
Kip A. Harbison, Esquire

Glasser & Glasser, L.L.C.

Pagano
Depo. April5, 2005
Lane Andrae
Motley, Rice, Attorneys at Law, L.L.C.

Ruben Salinas Case
Case # DV03-02758-F
April 6, 2005
Baron & Budd

Frank M. Chappell, Jr. vs. Owen-Illinois Inc.
Case # 37089T-05
April 7, 2005
Robert R. Hatten, Esquire
Patten, Wornon, Hatten, & Diamonstein, LC.

Eris K. Stokes Ganzerla, et al. vs. Illinois General Railroad, et al.
In the Circuit Court of the 2nd Judicial District of Hinds County, Mississippi
Case # 250-03-000031-CIV
Lane Andrae
Motley, Rice, Attorneys at Law, L.L.C.
April 12, 2005

Adams vs Kelly- Moore
Baron & Budd
April 18, 2005

Watts vs. Hebert
Baron & Budd
Trial April 20, 2005

Ruth Ann Withers vs. GAF
Case # 12902*BH00
May 11, 2005
Depo.

Joseph Henry et al vs. St Croix Alumina, Alcoa, Inc. and Glencore LTD f/c/a Clarendon, LTD
Case# 1999/0036
Baron & Budd (Cary McDoughal)
June 14, 2005
Depo.

Andrew Hauck In the Court of Common Pleas Cuyahoga County, Ohio
Case # 52122

Attorney Robert Sweeney Law Firm
June 22 2005
Depo.

Harry Fuller In the Court of Common Pleas Cuyahoga County, Ohio
CV# 30 512824
Robert Sweeney Law Firm
June 22, 2005
Depo.

Holloway depo.
Case #
Baron & Budd
June 23,2005

Anna Sue Correll et al. vs. Aventis Corp Science
Case # 2004 vs 068997D
Motley Rice
June 28, 2005
Depo.

Andrew Hart vs. American Standard, Inc.
Case # 04L145
Jennifer Herring Casino Vaughan
June 30, 2005
Deposition

September 2005 Trial Group
In the Circuit Court of Kanawha County, West Virginia
Case #03-C-9600
August 30, 2005
Deposition

George Adams, et al. v. A.W. Chesterton, et al.
In the Circuit Court of Little River County, Arkansas
Case #2000-32
October 11, 2006
Deposition

## 2006

January 2006 Trial Group
In the Circuit Court of Kanawha County, West Virginia
Case #03-C-9600
Motley Rice
January 24, 2006
Deposition

King County Asbestos Cases of the
Law Offices of James D. Burns, P.S.
In the Superior court for the State of Washington
In and For the County of King
Case #03-_2-48455-5SEA
January 27, 2006
Deposition

Donald Earner, et. Al., v. ACandS, Inc., et al.
Circuit Court for Baltimore City
Case #24X04000976
Consolidated Case #24-X-04001105
April 3, 2006
Deposition

Becky Burchard as Administrator ad litem
Of the Estate of Franklin Uren, deceased, and
Dorothy Uren, individually v. Aventis Cropscience USA, Inc.
f/k/a AmChem Products, et al.
In the State Court of Fulton County
State of Georgia
Case #2005vs078657D
April 18, 2006
Deposition

Dewey L. Hodson, Donna Hodson v. Insulation, Inc., et al.
In the District Court in and for Tulsa County, State of Oklahoma
Case #CJ-2004-07511
April 25, 2006
Deposition

May 2006 Trial Group
In the Circuit Court of Kanawha County, West Virginia
Case #03-C-9600
May 12, 2006
Deposition

September 2006 Trial Group
In the Circuit Court of Kanawha County, West Virginia
Case #03-C-9600
September 14, 2006
Deposition

Myrl Lawrence v. A.W. Chesterton, et al.
In the Circuit of Ashley County, Arkansas
Case #CIV2000-73-2
And
Edgel Orr v. A.W. Chesterton, et al.
Case #CIV2002-99-3
November 7, 2006
Deposition

Susan Naanes, Individually and as Special
Administrator for the Estate of Vernon A. Naanes, Deceased
v. A.W. Chesterton Company, et al.
Case #05-L-44
November 14, 2006
Deposition