15.  Brody, A. R., Wharton, G. W., and McGrath, J. C.  *Dermatophagoides farinae*: The supracoxal glands. J.N.Y. Entomol. Soc. 84:34, 1976.

16.  Brody, A. R., and Craighead, J. E.  Interstitial associations of cells lining air spaces in human pulmonary fibrosis.  Virchows Arch. A. of Pathol., Anat. and Histol. 372:39, 1976.

17.  Brody, A. R., Vallyathan, N. V., and Craighead, J. E.  Distribution and elemental analysis of inorganic particulates in pulmonary tissue.  Scanning Elect. Microsc. 1:477, 1976.

18.  Davis, G. S., Brody, A. R., Landis, J. N., Graham, W. G., Craighead, J. E., and Green, G. M.  Quantitation of inflammatory activity in interstitial pneumonitis by bronchofiberscopic pulmonary lavage.  Chest 69:265, 1976.

19.  Suratt, P. M., Winn, W. C., Brody, A. R., et al.  Acute silicosis in tombstone sandblasters. Am. Rev. Respir. Dis. 115:521, 1977.

20.  Brody, A. R., et al.  The elemental content of granulomata in pulmonary sarcoidosis and hypersensitivity pneumonitis.  Scan. Elect. Microsc. 2:129, 1977.

21.  Davis, G. S., Brody, A. R., and Craighead, J. E.  Analysis of airspace and interstitial mononuclear cell populations in human diffuse interstitial lung disease.  Am. Rev. Respir. Dis. 118:7-15, 1978.

22.  Brody, A. R., Vallyathan, N. V., and Craighead, J. E.  Use of scanning electron microscopy and X-ray energy spectrometry to determine the elemental content of inclusions in human tissue lesions.  Scan. Elect. Microsc. 3:252, 1978.

23.  Brody, A. R., Kelleher, P. C., and Craighead, J. E.  A mechanism of exudation through intact alveolar epithelial cells in the lungs of cytomegalovirus-infected mice.  Lab. Invest. 39:281-288, 1978.

24.  Davis, G. S., Moehring, J. M., Absher, M. P., and Brody, A. R.  Isolation and characterization of fibroblasts obtained by pulmonary lavage of human subjects.  In Vitro 15:612-623, 1979.

25.  Davis, G. S., and Brody, A. R.  Changes in human alveolar macrophage cell shape and surface morphology.  Chest 75:280-282, 1979.

26.  Newman, R. A., Brody, A. R., and Krakoff, I. H.  Gallium nitrate induced toxicity in the rat.  A pharmacologic, histopathologic, and microanalytical investigation.  Cancer 44:1728, 1979.

27.  Davis, G. S., and Brody, A. R.  Changes in the surface morphology of human alveolar macrophages induced by tobacco and marijuana smoking.  Exp. Lung Res. 1:281, 1980.

28.  Brody, A. R., Roe, M. W., and Davis, G. S.  Use of backscattered electron imaging to quantify the distribution of inhaled crystalline silica.  Scanning Elect. Microsc. 3:301, 1980.

29. Perl, D. P., and Brody, A. R. Alzheimer's disease: X-ray spectrometric evidence of aluminum concentration in neurofibrillary tangle-bearing neurons. Science 208:297, 1980.

30. Adler, K. B., Brody, A. R., and Craighead, J. E. Studies on the mechanism of mucin secretion by cells of the porcine tracheal epithelium. Proc. Soc. Exp. Biol. Med. 166:37, 1981.

31. Brody, A. R., and Hill, L. H. Deposition pattern and clearance pathways of inhaled chrysotile asbestos. Chest 80:64-67, 1981.

32. Brody, A. R., Hill, L. H., Adkins, B., and O'Connor, R. W. Chrysotile asbestos inhalation in rats: deposition pattern and reaction of alveolar epithelium and pulmonary macrophages. Am. Rev. Respir. Dis. 123:670-679, 1981.

33. Brody, A. R., et al. Epithelial-mesenchymal association of cells in human pulmonary fibrosis and in BHT-oxygen induced fibrosis in mice. Exp. Lung. Res. 2:207-220, 1981.

34. Brody, A. R., and Hill, L. H. Interstitial accumulation of inhaled chrysotile asbestos fibersand consequent formation of microcalcifications. Am. J. Pathol. 109:107-114, 1982.

35. Brody, A. R., Roe, M. W., Evans J. N., and Davis, G. S. Deposition and translocation of inhaled silica in rats: quantification of macrophage participation and particle distribution in alveolar ducts. Lab. Invest. 47:533-42, 1982.

36. Lapenas, D. J., Davis, G. S., Gale, P. N., and Brody, A. R. Mineral dusts as etiologic agents in pulmonary fibrosis. Am. J. Clin. Pathol. 78:701-706, 1982.

37. Brody, A. R., and Roe, M. W. Deposition pattern of inorganic particles at the alveolar level in the lungs of rats and mice. Am. Rev. Respir. Dis. 128:724-729, 1983.

38. Brody, A. R., Hill, L. H., and Adler, K. B. Actin-containing microfilaments of pulmonary epithelial cells provide a mechanism for translocating asbestos to the interstitium. Chest 83:11-12, 1983.

39. Brody, A. R., George, G., and Hill, L. H. Interactions of chrysotile and crocidolite asbestos with red blood cell membranes: Chrysotile binds to sialic acid. Lab. Invest. 49:468-475, 1983.

40. Warheit, D. B., Hill, L. H., and Brody, A. R. Pulmonary macrophage phagocytosis: Quantification by secondary and backscattered electron imaging. Scan. Elect. Microsc. 4:431-437, 1983.

41. Barry, B. E., Wong K. C., Brody, A. R., and Crapo, J. D. Reaction of rat lungs to inhaled chrysotile asbestos following acute and subchronic exposures. Exp. Lung. Res. 5:1-21, 1983.

42. Pinkerton, K. E., Brody, A. R., McLaurin, D. A., Adkins, B., O'Connor, R. W., Pratt, P. C., and Crapo, J. D. Characterization of three types of chrysotile asbestos after aerosolization. Environ. Res. 31:32-53,1983.

43. Brody, A. R. Tutorial: The early pathogenesis of asbestos-induced lung disease. Scan. Elect. Microsc. 1:167-170, 1984.

44. Warheit, D. B., Chang, L. Y., Hill, L. H., Hook, G. E. R., Crapo, J. D., and Brody, A. R. Pulmonary macrophage accumulation and asbestos-induced lesions at sites of fiber deposition. Am. Rev. Respir. Dis. 129:301-310, 1984.

45. Warheit, D. B., Hill, L. H., and Brody, A. R. Surface morphology and correlated phagocytic capacity of pulmonary macrophages lavaged from the lungs of rats. Exp. Lung Res. 6:1-82, 1984.

46. Lee, T. C., Wu, R., Brody, A. R., Barrett, J. C., and Nettesheim, P. Growth and differentiation of hamster tracheal epithelial cells in culture. Exp. Lung Res. 6:27-45, 1984.

47. Brody, A. R., Warheit, D. B., Chang, L. Y., et al. Initial deposition pattern of inhaled minerals and consequent pathogenic events at the alveolar level. Ann. N.Y. Acad. Sci. 428:108-120, 1984.

48. Roggli, V., and Brody, A. R. Changes in numbers and dimensions of chrysotile asbestos fibers in lungs of rats following short-term exposure. Exp. Lung Res. 7:133-147, 1984.

49. Oghiso, Y., Kagan, E., and Brody, A. R. Intrapulmonary distribution of inhaled chrysotile and crocidolite asbestos: ultrastructural features. Brit. J. Exp. Pathol. 65:467-484, 1984.

50. Warheit, D. B., Hill, L. H., and Brody, A. R. In vitro effects of crocidolite asbestos and wollastonite on pulmonary macrophages and serum complement. Scan. Elect. Microsc. 2:919-926, 1984.

51. Pinkerton, K. E., Pratt, P. L., Brody, A. R., and Crapo, J. D. Fiber localization and its relationship to lung reaction in rats after chronic inhalation of chrysotile asbestos. Am. J. Pathol. 117:484-498, 1984.

52. Kouzan, S., Brody, A. R., et al. Production of arachidonic acid metabolites by pulmonary macrophages exposed in vitro to asbestos, carbonyl iron or calcium ionophore. Am. Rev. Respir. Dis. 131:624-632, 1985.

53. Warheit, D. B., George, G., Hill, L. H., Snyderman, R., and Brody, A. R. Inhaled asbestos activates a complement-dependent chemoattractant for macrophages. Lab. Invest. 52:505-514, 1985.

54. Brody, A. R., Hill, L. H., and Warheit, D. B. Induction of early alveolar injury by inhaled asbestos and silica. Federation Proc. 44:2596-2601, 1985.

55. Kouzan, S., Gallagher, J., Eling, T., and Brody, A. R. Particle binding to sialic acid residues on macrophage plasma membranes stimulates arachidonic acid metabolism. Lab. Invest. 53:320-27, 1985.

56. Kliewer, M., Fram, E. K., Brody, A. R., and Young, S. L. Secretion of surfactant by rat alveolar type II cells: Morphometric analysis and three dimensional reconstruction. Exp. Lung Res. 9:351-361, 1985.

57. Warheit, D. B., Hill, L. H., George G., and Brody, A. R. Time Course of chemotactic factor generation and the macrophage response to asbestos inhalation. Am. Rev. Respir. Dis. 134:128-133, 1986.

58. Dethloff, L. A., Gilmore, L. B., Brody, A. R., and Hook, G. E. R. Induction of intra- and extracellular phospholipids in the lungs of rats exposed to silica. Biochem. J. 133:111-118, 1986.

59. Brody, A. R. Pulmonary cell interactions with asbestos fibers in vivo and in vitro. Chest 89:155-159, 1986.

60. Roggli, V. L., Pratt, P. C., and Brody, A. R. Asbestos content of lung tissue in asbestos-associated diseases. Br. J. Ind. Med. 43:18-28, 1986.

61. Brody, A. R. and Overby, L. H.. Scientific Correspondence. Nature 324:622, 1986.

62. Hesterberg, T. W., Butterick, C. J., Oshimura, M., Brody, A. R., and Barrett, J. C. Role of phagocytosis in cytogenetic effects and cell transformation induced by asbestos and short and long glass fibers. Cancer Res. 46:5795-5802, 1986.

63. Pinkerton, K. E., Plopper, C. G., Merler, R. R., Brody, A. R., and Crapo, J. D. Airway branching patterns dictate asbestos fiber location and the extent of tissue injury at the alveolar level. Lab. Invest. 55:688-695, 1986.

64. Roggli, V. L., George, M. H. and Brody, A. R. Clearance and dimensional changes of crocidolite asbestos fibers isolated from lungs of rats following short-term exposure. Environ. Res. 42:94-105, 1987.

65. Hook, G. E. R., Brody, A. R., Cameron, G. S., Jetten, A. A., Gilmore, L. B., and Nettesheim, P. Repopulation by isolated Clara Cells of tracheas denuded of their own epithelium. Exp. Lung Res. 12: 11-318, 1987.

66. Gallagher, J. E., George, G. and Brody, A. R. Sialic acid mediates the initial binding of positively-charged inorganic particles to alveolar macrophage membranes. Am. Rev. Respir. Dis. 135:1345-1352, 1987.

67. Jetten, A. M., Rearick, J. I., Hook, G. E. R. and Brody, A. R. Retinoic acid and substratum regulate the differentiation of rabbit tracheal epithelial cells into squamous and secretory phenotype. Lab. Invest. 56:654-664, 1987.

68. Brody, A. R., Hook, G. E. R., Cameron, G. S., Jetten, A. M. and Nettesheim, P. The differentiation capacity of Clara cells isolated from the lungs of rabbits. Lab. Invest. 57:219-228, 1987.

69. Bauman, M. D., Jetten, A. M., Brody, A. R. Biological and Biochemical characterization of a macrophage-derived growth factor for rat lung fibroblasts. Chest 91:155-56, 1987.

70. Kouzan, S., Nolan, R. D., Eling, T. E. and Brody A. R. Stimulation of arachidonic acid metabolism by adherence of alveolar macrophages to a plastic substrate: Modulation by fetal bovine serum. Am. Rev. Respir. Dis. 137:38-43, 1988.

71. Warheit, D. B., Overby, L. H. and Brody, A. R. Pulmonary macrophages are attracted to inhaled particles through complement activation. Exp. Lung Res. 14:51-66, 1988.

72. Kumar, R. K., Bennett, R. A. and Brody, A. R. A homologue of platelet-derived growth factor produced by rat alveolar macrophages. FASEB J. 2:2272-2277, 1988.

73. Chang, L. Y., Overby, L. H., Brody, A. R., and Crapo, J. D. Progressive lung cell reactions and extracellular matrix production after a brief exposure to asbestos. Am. J. Pathol. 131:156-170, 1988.

74. Bertram, T. A., Overby, L. H., Eling, T. E., and Brody, A. R. Pulmonary intravascular macrophages metabolize arachidonic acid in vitro. Am. Rev. Respir. Dis. 138:936-944, 1988.

75. Inayama, Y., Hook, G. E. R., and Brody, A. R. et al., The differentiation potential of tracheal basal cells. Lab. Invest. 58:706-717, 1988.

76. Brody, A. R. and Overby, L. H. Incorporation of tritiated thymidine by epithelial and interstitial cells in bronchiolar-alveolar regions of asbestos-exposed rats. Am. J. Pathol. 134:133-144, 1989.

77. Inayama, Y., Hook, G. E. R., Brody, A. R., Jetten, A. M., Gray, T., Mahler, J. F. and Nettesheim, P. In vitro and in vivo growth and differentiation of clones of tracheal basal cells. Am. J. Pathol. 134:539-549, 1989.

78. McGavran, P. D. and Brody, A. R. Chrysotile asbestos inhalation induces tritiated thymidine incorporation by epithelial cells of distal bronchioles. Am. J. Respir. Cell Mol. Biol. 1:231-235, 1989.

79. Bonner, J. C., Hoffman, M., and Brody, A. R. A Platelet-derived growth factor homolog secreted by alveolar macrophages is complexed to an a-macroglobulin. Transplantation Proceedings 21:3704-3705, 1989.

80. Bonner, J. C., Hoffman, M., and Brody, A. R. A-macroglobulin secreted by alveolar macrophages serves as a binding protein for a macrophage-derived homologue of platelet-derived growth factor. Am. J. Respir. Cell Mol. Biol. 1:171-179, 1989.

81. Bertram, T. A., Overby, L. H., Eling, T. E., and Brody, A. R. Comparison of arachidonic acid metabolism by pulmonary intravascular and alveolar macrophages exposed to particulate and soluble stimuli. Lab. Invest. 61:457-466, 1989.

82. Pinkerton, K. E., Brody, A. R., Miller, F. J., and Crapo, J. D. Exposure to low levels of ozone results in enhanced pulmonary retention of inhaled asbestos fibers. Am. Rev. Respir. Dis. 140:1075-1081, 1989.

83. McGavran, P. D., Moore, L. M., and Brody, A. R. Inhalation of chrysotile asbestos induces rapid cellular proliferation in small pulmonary vessels of mice and rats. Am. J. Pathol. 136:695-705, 1990.

84. Nettesheim, P., Jetten, A. M., Inayama, Y., Brody, A. R., George, M. A., Gilmore, L. B., Gray, T., and Hook, G. E. R. Pathways of differentiation of airway epithelial cells. Environ. Health Perspect. 85:317-329, 1990.

85. Khan, M. F., Gallagher, J. E., and Brody, A. R. Effect of proteins and lipids of the alveolar lining layer in particle binding and phagocytosis. Toxicology In Vitro 4:93-101, 1990.

86. McGavran, P. D., Butterick, C. J., and Brody, A. R. Tritiated thymidine incorporation and the development of an interstitial lesion in the bronchiolar-alveolar regions of the lungs of normal and complement-deficient mice after inhalation of chrysotile asbestos. J. Env. Path. Toxicol. Oncol. 9:377-392, 1990.

87. Bauman, M. D., Jetten, A. M., Bonner, J. C., Kumar, R. K., Bennett, R. A., and Brody, A. R. Secretion of a platelet-derived growth factor homologue by rat alveolar macrophages exposed to particulates in vitro. Eur. J. Cell Biol. 51:327-334, 1990.

88. Brody, A. R. Asbestos, Carcinogenicity and Public Policy (Letters). Science 248:795, 1990.

89. Gendek, E. G. and Brody, A. R. Changes in lipid ordering of model phospholipid membranes treated with chrysotile and crocidolite asbestos. Environ. Res. 53:152-167, 1990.

90. Osornio-Vargas, A. R., Bonner, J. C., Badgett, A., and Brody, A. R. Rat alveolar macrophage-derived PDGF is chemotactic for rat lung fibroblasts. Am. J. Respir. Cell Mol. Biol. 3:595-602, 1990.

91. Bonner, J. C., Badgett, A., Osornio-Vargas, A. R., Hoffman, M., and Brody, A. R. PDGF-stimulated fibroblast proliferation is enhanced synergistically by receptor-recognized α2-macroglobulin. J. Cell. Phys. 145:1-8, 1990.

92. Mangum, J. B., Everitt, J. I., Bonner, J. C., Moore, L. R., and Brody, A. R. Co-culture of primary pulmonary cells to model alveolar injury and translocation of proteins. In Vitro Cell Dev. Biol. 26:1135-1143, 1990.

93. Rom, W. N., Travis, W. D., and Brody, A. R. Cellular and Molecular bases of the asbestos-related diseases. Am. Rev. Respir. Dis. 143:408-422, 1991.

94. Kalter, V. G. and Brody, A. R. Receptors for transforming growth factor β (TGFβ) on rat lung fibroblasts have higher affinity for TGFβ 1 than for TGFβ 2. Am. J. Respir. Cell Mol. Biol. 4:397-407, 1991.

95. Schapira, R. M., Osornio-Vargas, A. R., and Brody, A. R. Inorganic particles induce secretion of a macrophage homologue of platelet-derived growth factor in a density and time-dependent manner in vitro. Exp. Lung Res. 17:1011-1024, 1991.

96. Brody, A. R. and Bonner, J. C. Platelet-derived growth factor produced by pulmonary cells. Chest 99:50-52, 1991.

97. Bonner, J. C. and Brody, A. R. Asbestos-induced alveolar injury. Evidence for macrophage-derived PDGF as a mediator of the fibrogenic response. Chest 99:54-55, 1991.

98.  Bonner, J. C., Osornio-Vargas, A. R., Badgett, A., and Brody, A. R. Differential proliferation of rat lung fibroblasts induced by the platelet-derived growth factor (PDGF) -AA, -AB, and -BB isoforms secreted by rat alveolar macrophages. Am. J. Respir. Cell Mol. Biol. 5:539-547, 1991.

99.  Osornio-Vargas, A. R., Hernández-Rodríguez, N. A., Yanez-Buruel, A. G., Ussler, W. Overby, L. H., and Brody, A. R. Experimentally induced lung cell toxicity by a mixed dust from Mexicali, Baja California, Mexico. Env. Res. 56:31-47, 1991.

100. Coin, P. G., Roggli, V. L., and Brody, A. R. Deposition, clearance and translocation of chrysotile asbestos from peripheral and central regions of the rat lung. Env. Res. 58:97-116, 1992.

101. Brody, A. R., Overby, L. H., Badgett, A., Kalter, V., Kumar, R. K., and Bennett, R. A. Interstitial pulmonary macrophages produce platelet-derived growth factor which stimulates rat lung fibroblast proliferation in vitro. J. Leukocyte Biol. 51:640-648, 1992.

102. Roggli, V. L., Pratt, P. C., and Brody, A. R. Asbestos fiber type in malignant mesothelioma: An analytical scanning electron microscopic study of 94 cases. Am. J. Ind. Med. 23:605-614, 1993.

103. Osornio-Vargas, A. R., Kalter, V. G., Badgett, A., Hernández-Rodríguez, N., Aguilar-Delfín, I., and Brody, A. R. Early-passage rat lung fibroblasts do not migrate in vitro to transforming growth factor-$\beta$. Am. J. Respir. Cell Mol. Biol. 8:468-471, 1993.

104. Bonner, J. C., Goodell, A. L., Brody, A. R. Chrysotile asbestos up-regulates gene expression and production of alpha-receptors for platelet-derived growth factor (PDGF) on rat lung fibroblasts. J. Clin. Invest. 92:425-430, 1993.

105. Perdue, T. D. and Brody, A. R. Distribution of transforming growth factor-$\beta$1, fibronectin, and smooth muscle actin in asbestos-induced pulmonary fibrosis in rats. J. Histochem. Cytochem. 42:1061-1070, 1994.

106. Coin, P. G., Roggli, V. L., and Brody, A. R. Persistence of long thin chrysotile asbestos fibers in the lungs of rats. Environ. Health Perspect. 102:195-200, 1994.

107. Lasky, J. A., Coin, P. G., Lindroos, P. M., Ostrowski, L. E., Brody, A. R., and Bonner, J. C. Chrysotile asbestos stimulates gene expression and secretion of PDGF-AA by rat lung fibroblasts in vitro: Evidence for an autocrine loop. Am. J. Respir. Cell Mol. Biol. 12:162-170, 1995.

108. Gardner, S.Y. and Brody, A. R. Incorporation of Bromodeoxyuridine as a method to quantify cell proliferation in bronchiolar-alveolar duct regions of asbestos-exposed mice. Inhal. Toxicol. 7:215-224, 1995.

109. Brody, A. R. Perspective: Pleural Disease. Am. J. Respir. Cell Mol. Biol. 12:579-580, 1995.

110. Donaldson, K., Brown, D. M. Miller, B. G., Brody, A. R. Bromodeoxyuridine (BRDU) uptake in the lungs of rats inhaling amosite asbestos or vitreous fibres at equal airborne fibre concentrations. Exp. Toxic. Pathol. 47:207-211, 1995.

111. Dixon, D., Bowser, A. D., Badgett, A., Haseman, J. K., and Brody, A. R. Incorporation of Bromodeoxyuridine (BrdU) in the Bronchiolar-Alveolar Regions of the Lungs Following Two Inhalation Exposures to Chrysotile Asbestos in Strain A/J Mice. J. Environ. Pathol. Toxicol. Oncol. 14(3 & 4):205-213, 1995.

112. Badgett, A., Bonner, J. C., and Brody, A. R. Interferon-γ modulates lung macrophage production of PDGF-BB and fibroblast proliferation. J. Lipid Mediat. Cell Signal. 13:9-97, 1996.

113. Corti, M., Brody, A. R., Harrison, J. Isolation and primary culture of murine alveolar type II cells. Am. J. Respir. Cell Mol. Biol. 14:309-315, 1996.

114. Liu, J.-Y., Morris, G. F., Lei, W-H., Corti, M., and Brody, A. R. Up-regulated expression of transforming growth factor-α in the bronchiolar-alveolar duct regions of asbestos-exposed rats. Am. J. Pathol. 149:205-217, 1996.

115. Coin, P. G., Osornio-Vargas, A. R., Roggli, V. L., and Brody, A. R. Pulmonary fibrogenesis after three consecutive inhalation exposures to chrysotile asbestos. Am. J. Respir. Crit. Care Med. 154:1511-1519, 1996.

116. Mishra, A., Liu, J.-Y., Brody, A. R., and Morris, G. F. Inhaled asbestos fibers induce p53 expression in the rat lung. Am. J. Respir. Cell Mol. Biol. 16(4):479-485, 1997.

117. Gardner, S.Y., Brody, A. R., Mangum, J. B., Everitt, J. I. Chrysotile asbestos and H2O2 increase permeability of alveolar epithelium. Exp. Lung Res. 23:1-16, 1997.

118. Liu, J.-Y., Morris, G. F., Lei, W.-H., Hart, C. E., Lasky, J. A., and Brody, A. R. Rapid activation of PDGF-A and -B expression at sites of lung injury in asbestos-exposed rats. Am. J. Respir. Cell Mol. Biol. 17:129-140, 1997.

119. Warshamana, G. S., Martinez, S., Lasky, J. A., Corti, M., and Brody, A. R. Dexamethasone activates expression of the PDGF-α receptor gene and induces lung fibroblast proliferation. Am. J. Physiol., Lung Cell. Mol. Physiol. 274:499-507, 1998.

120. Lasky, J. A., Tonthat, B., Liu, J.-Y., Friedman, M., and Brody, A. R. Up-regulation of the PDGF-alpha-receptor precedes asbestos-induced lung fibrosis in rats. Am. J. Respir. Crit. Care Med. 157:1652-1657, 1998.

121. Liu, J.-Y., Brass, D. M., Hoyle, G. W., Brody, A. R. TNF-α receptor knockout mice are protected from the fibroproliferative effects of inhaled asbestos fibers. Am. J. Pathol. 153: 1839-1847, 1998.

122. Ortiz, L. A., Lasky, J. A., Hamilton, R. F., Holian, A., Hoyle, G. W., Banks, W., Peschon, J. J., Brody, A. R., Lungarella, G., and Friedman, M. Expression of TNF and the necessity of TNF receptors in bleomycin-induced lung injury in mice. Exp. Lung Res. 24:721-743, 1998.

123. Liu, J.-Y., Lei, W.-H., Brody, A. R., Hoyle, G. W. Investigation of tissue preparation conditions for nonradioactive in situ hybridization: Localization of transforming growth factor-α message in rat kidney. Histochem. J. 30:793-798, 1998.

124. Lasky, J. A., Ortiz, L. A., Tonthat, B., Hoyle, G. W., Corti, M., Athas, G., Lungarella, G., Brody, A., and Friedman, M. Connective tissue growth factor mRNA expression is upregulated in bleomycin-induced lung fibrosis. Am. J. Physiol. 275 (Lung Cell. Mol. Physiol. 19):L365-L371, 1998.

125. Ortiz, L. A., Moroz, K., Liu, J.-Y., Hoyle, G. W., Hammond, T., Hamilton, R. F., Holian, A., Banks, W., Brody, A. R., and Friedman, M. Alveolar macrophage apoptosis and TNF-α, but not p53, expression correlate with murine response to bleomycin. Am. J. Physiol. 275 (Lung Cell. Mol. Physiol. 19):L1208-L1218, 1998.

126. Brass, D., Hoyle, G. W., Poovey, H.G., Liu, J.-Y., and Brody, A.R. Reduced TNF-α and TGF-β1 expression in the lungs of inbred mice that fail to develop fibroproliferative lesions consequent to asbestos exposure. Am. J. Pathol. 154:853-862, 1999.

127. Ortiz, L. A., Lasky, J., Lungarella, G., Cavarra, E., Martorana, P., Banks, W. A., Peschon, J. J., Schmidts, H.-L., Brody, A. R., and Friedman, M. Upregulation of the p75 but not the p55 TNF-α Receptor mRNA after silica and bleomycin exposure and protection from lung injury in double receptor knockout mice. Am. J. Respir. Cell Mol. Biol. 20:825-833, 1999.

128. Hoyle, G. W., Li, J., Finkelstein, J. B., Eisenberg, T., Liu, J.-Y., Lasky, J., Athas, G., Morris, G., and Brody, A. R. Emphysematous lesions, inflammation, and fibrosis in the lungs of transgenic mice overexpressing platelet-derived growth factor. Am. J. Pathol. 154:1763-1775, 1999.

129. Mendoza, T., Nelson, A. B., Ghosh, S., Morris, C. B., Hoyle, G. W., Brody, A. R., Friedman, M. and Morris, G. F. Long term survival of mice that express dominant negative p53 in the lung. J. La. State. Med. Soc. 152:181-189, 2000.

130. Liu, J.-Y. and Brody, A. R. Increased TGF-β1 in the lungs of asbestos-exposed rats and mice: Reduced expression in TNF-α receptor knockout mice. J. Environ. Pathol. Toxicol. Oncol. 20(2):97-108, 2001.

131. Warshamana, G. S., Corti, M., and Brody, A. R. TNF-α, PDGF, and TGF-β1 expression by primary mouse lung bronchiolar-alveolar epithelial and mesenchymal cells: TNF-α, induces TGF-β1. Exp. Mol. Pathol. 71:13-33, 2001.

132. Liu, J.-Y., Sime, P. J., Wu, T., Warshamana, G. S., Pociask, D., Tsai, S.-Y., and Brody, A. R. Transforming Growth Factor-β1 overexpression in Tumor Necrosis Factor-α receptor knockout mice induces fibroproliferative lung disease. Am. J. Respir. Cell Mol. Biol. 25:3-7, 2001.

133. Hoyle, G. W., and Brody, A.R. IL-9 and Lung Fibrosis: A Th2 Good Guy. Am. J. Respir. Cell Mol. Biol. 24:365-367, 2001.

134. Brass, D. M., Tsai, S.-Y., and Brody, A. R. Primary lung fibroblasts from the 129 mouse strain exhibit reduced growth factor responsiveness "in vitro." Exp. Lung Res. 27:639-653, 2001.

135. Brody, A. R. Plusieurs voies pour la fibrose interstitielle pulmonaire? (Interstitial pulmonary fibrosis). Revue Internationale de Biologie et de Médecine (Intl. J. Biol. Med.), 17:1222, 2001.

136. Ortiz, L.A., Lasky, J., Gozal E., Ruiz, V., Lungarella, G., Cavarra, E., Brody, A. R., Friedman, M., Pardo, A., and Selman, M. Tumor necrosis factor receptor deficiency alters mqtrix metalloproteinase 1 expression in murine silicosis. Am. J. Respir. Cell Mol. Biol. 163:244-252, 2001.

137. Ghosh, S., Mendoza, T., Ortiz, L. A. Hoyle, G. W., Fermin, C. D., Brody, A. R., Friedman, M., and Morris, G. F. Bleomycin sensitivity of mice expressing dominant-negative p53 in the lung epithelium. Am. J. Respir. Crit. Care Med. 166:890-897, 2002.

138. Warshamana, G. S., Pociask, D. A., Fisher, K. J., Liu, J.-Y., Sime, P. J., and Brody, A. R. Titration of non-replicating adenovirus as a vector for transducing active TGF-$\beta_1$ gene expression causing inflammation and fibrogenesis in the lungs of C57BL/6 mice. Int. J. Exp. Path., 83:183-201, 2002. **"third most frequently accessed original article." (2003).**

139. Warshamana, G. S., Pociask, D. A., Sime, P. J., Schwartz, D. A., and Brody, A. R. Susceptibility to asbestos-induced and TGF-$\beta_1$-induced fibroproliferative lung disease in two strains of mice. Am. J. Respir. Cell Mol. Biol., 27:705-713, 2002.

140. Pociask, D.A., Sime, P. J., and Brody, A. R. Asbestos-derived reactive oxygen species activate TGF-$\beta$1. Lab. Invest., 84:1013-1023, 2004.

141. Li, J. Poovey, H.G., Rodriguez, J. F., Brody, A. R. and Hoyle, G. W. Effect of platelet-derived growtn factor on the development and persistence of asbestos-induced fibroproliferative lung disease. J. Environ. Pathol. Toxicol. Oncol., 23(4)253-266, 2004.

142. David, O., Jett., J., LeBeau, H., Dy, G., Hughes, J., Friedman, M. and Brody, A.R. PhosphoAkt Overexpression in non-small cell lung cancer confers significant stage-independent survival disadvantage. Clin.Cancer Res., Oct 15;10(20):6865-6871, 2004.

143. Sullivan D. E., Ferris M-B., Pociask D.A., and Brody A. R. Tumor Necrosis Factor-alpha Induces Transforming Growth Factor-beta1 Expression in Lung Fibroblasts Through the Extracellular Signal-Regulated Kinase Pathway. Am. J. Respir. Cell Mol. Biol., Apr;32(4):342-9, 2005

144. Spees, J. L., Pociask, D.A., Sullivan, D.E., Prockop, D.J., and Brody, A.R. Bone Marrow Progenitor Cells Migrate, Proliferate and Differentiate During Asbestos-Induced Pulmonary Fibrosis. **In Press**, Amer. J. Resp. and Crit. Care Med., 2006

145. Sullivan. D.E., Pociask, D., Ferris, M.B., and Brody, A.R. The latent form of TGFb is induced byTNFa through an ERK-specific pathway and is activated by asbestos-derived reactive oxygen species in vitro and in vivo. **In Press,** J. of Immunotoxicology, 2006.

**Chapters and Proceedings**

1. Crapo, J. D., Brody, A. R., et al. Morphologic, morphometric, and X-ray microanalytical studies on lung tissue of rats exposed to chrysotile asbestos in inhalation chambers. In: <u>Biological Effects of Mineral Fibers</u> (Wagner, J. C., Ed.), IARC Publications, Lyon, France, Vol. I, pp. 273-283, 1980.

2. Brody, A. R., and DeNee, P. B. Biological activity of inorganic particles in the lung. In: <u>Critical Reviews in Environmental Control</u> (Straub, C. P., Ed.), CRC Press, Boca Raton, FL, pp. 277-299, 1981.

3. Brody, A. R., and Davis, G. S. Alveolar macrophage toxicology. In: <u>Mechanisms in Respiratory Toxicology</u> (Witschi, H. and Nettesheim, P., Eds.), CRC Press, Boca Raton, FL, Vol. II, pp. 3-28, 1982.

4. Brody, A. R., and Hill, L. H. Interactions of chrysotile asbestos with erythrocyte membranes. In: <u>The In Vitro Effects of Mineral Dusts</u> (Brown, R.C. et al., Eds.), Environ. Health Perspect. <u>51</u>:85-89, 1983.

5. Brody, A. R. and Hill, L. H. Initial epithelial and interstitial events following asbestos inhalation. In: <u>Health Issues Related to Metal and Nonmetallic Mining</u> (Wagner, W. L., Rom, W. N., and Merchant, J. A., Eds.), Butterworth Publ., Boston, pp. 162-172, 1983.

6. Brody, A. R. Inhaled particles in human disease and animal models: <u>Use of Electron Beam Instrumentation</u>. Environ. Health Perspect. <u>56</u>:149-162, 1984.

7. Brody, A. R., Roe, M. W., Evans, J. H., and Davis, G. S. Deposition and translocation of inhaled silica. In: <u>Occupational Lung Disease</u> (Gee, J. B. and Morgan, W. K., Brooks, S. M., Eds.), Raven Press, NY, pp. 168-170, 1984.

8. Brody, A. R. and Hill, L. H. The target cells for inhaled mineral dusts. In: <u>In Vitro Effects of Mineral Dusts</u> (Beck, E. G. and Bignon, J., Eds.), NATO ASI Series, Springer-Verlag, Berlin, Vol. G3, pp. 53-58, 1985.

9. Kouzan, S., Nettesheim, P., Eling, T., and Brody, A. R. Production of arachidonic acid metabolites by alveolar macrophages treated with asbestos. In: <u>In Vitro Effects of Mineral Dusts</u> (Beck, E. G. and Bignon, J., Eds.), NATO ASI Series, Springer-Verlag, Vol. G3, Berlin, pp. 291-295, 1985.

10. Warheit, D. B., George, G., Hill, L. H., Snyderman, R., and Brody, A. R. Inhaled asbestos fibers produce complement-derived chemotactic factors on alveolar surfaces.

In: In Vitro Effects of Mineral Dusts (Beck, E. G. and Bignon, J., Eds.), NATO ASI Series, Springer-Verlag, Berlin, Vol. G3, pp. 129-138, 1985.

11.  Brody, A. R., Hill, L. H., Hesterberg, T. W., Barrett, J. C., and Adler, K. B. Intracellular translocation of inorganic particles. In: The Cytoskeleton (Clarkson, T. W., Sager, P. R., and Syversen, T. L. M., Eds.), Plenum Publishing Corp., pp. 221-227, 1986.

12.  Brody, A. R. Initial fiber interactions with bronchiolar-alveolar epithelium, macrophages and fibroblasts. In: Silicosis and Mixed Dust Pneumoconiosis (Le Bouffant, L., Ed.), INSERM, Paris, France, pp. 81-92, 1987.

13.  Roggli, V. L. and Brody, A. R. Imagining techniques for application to lung toxicology. In: Toxicology of the Lung (Gardner, D.E., Crapo, J.D., Massaro, E.J., Eds.), Raven Press, New York, pp. 117-146, 1988.

14.  Brody, A. R., McGavran, P. D., and Overby, L. H. Brief inhalation of chrysotile asbestos induces rapid proliferation of bronchiolar-alveolar epithelial and interstitial cells. In: Non-Occupational Exposure to Man-Made Mineral Fibers. IARC Publications, Lyon, Fra., (Cheney, J. Editorial Services), pp. 102-108, 1988.

15.  Brody, A. R. The lung matrix and inflammation: Part II. In: Annual Meeting Highlights. Am. Rev. Respir. Dis. 138:1056-57, 1988.

16.  Kumar, R. K., Bennett, R. A., and Brody, A. R. An enzyme immunoassay for platelet-derived growth factor: application to the measurement of macrophage-derived PDGF. Monokines and Other Non-Lymphocytic Cytokines. Alan R. Liss, Inc. pp. 393-396, 1988.

17.  Brody, A. R. and Overby, L. H. An animal model of asbestos-induced lung disease. In: Handbook of Animal Models of Pulmonary Disease, CRC Press, Boca Raton, FL, pp. 183-196, 1989.

18.  Brody, A. R. and Yu, C. P. Particle deposition at the alveolar duct bifurcations. In: Lung Dosimetry: Extrapolation Modeling of Particles and Gases (Crapo, J.D. and Smolke, E., Eds.), Academic Press, Chapter 9, pp. 91-99, 1989.

19.  Brody, A. R. and McGavran, P. D. Incorporation of tritiated thymidine by vascular, epithelial and interstitial cells in asbestos-exposed animals. In: Biological Interaction of Inhaled Mineral Fibers and Cigarette Smoke (A.P. Wehner, Ed.), Battelle Press, Columbus, OH, pp. 269-277, 1989.

20.  Schapira, R., Osornio, A. R., Bonner, J. C., and Brody, A. R. Platelet-derived growth factor secretion by alveolar macrophages is stimulated by carbonyl iron and chrysotile asbestos in vitro. In: The Physiological and Pathological Effects of Cytokines. (P. Oppenheim, Kluger, Dinarello, Eds.), Wiley-Liss, Inc., pp. 189-194, 1989.

21.  Nettesheim, P., Jetten, A. M., Inayama, Y., Brody, A. R., Gray, T. Mahler, J. F., and Hook, G. E. R. Pathways of differentiation in the epithelium of the conducting airways. Environ. Health Perspect. 85:317-329, 1990.

22. Brody, A. R. Production of Cytokines by particle-exposed lung macrophages. In: <u>Cellular and Molecular Fiber Carcinogenesis</u> (Brinkley, W., Lechner, J., Harris, C., Eds.), Cold Spring Harbor Laboratory Press, CSH, New York, pp. 83-102, 1991.

23. Brody, A. R. Asbestos-induced proliferation of bronchial and pulmonary parenchymal cells. In: <u>Asbestos Related Cancer</u> (Sluyser, M., Ed.), Ellis Horwood Ltd., Amsterdam, pp. 191-206, 1991.

24. Lasky, J. A., Bonner, J. C., and Brody, A. R. The pathobiology of asbestos-induced lung disease: A proposed role for macrophage-derived growth factors. In: <u>Toxicology and Environmental Health, Proceedings of the Conference "Exposure to Asbestos in Place"</u>, (Selikoff, I., Ed.), pp. 239-244, 1991.

25. Bonner, J. C. and Brody, A. R. Cytokine Binding Proteins. In: <u>Lung Biology in Health and Disease</u>. (Kelly, J., Ed.), Marcel Dekker, pp. 459-490, 1992.

26. Brody, A. R. Asbestos exposure as a model of inflammation inducing interstitial pulmonary fibrosis. In: <u>Inflammation: Basic Principles and Clinical Correlates</u> (Gallin, J. I., Goldstein, I. M., Snyderman, R., Eds.), Raven Press, N.Y., 2nd Edition, pp. 1033-1049, 1992.

27. Roggli, V. L., Pratt, P. C., and Brody, A. R. Analysis of tissue mineral fiber content, Chap. 11. In: <u>Pathology of Asbestos-Associated Diseases.</u> (Roggli, V. L., Greenberg, S. D., Pratt, P. C., Eds.), Little, Brown, Boston pp. 229-345, 1992.

28. Brody, A. R. Asbestos Induced Lung Disease. Environ. Health Perspect. <u>100</u>: 21-30, 1993.

29. Bonner, J. C. and Brody, A. R. Macrophage Signal Transduction Mechanisms. In: <u>Lung Biology in Health and Disease</u>. (Brody J., et. al., Eds.), Marcel Dekker, N.Y., <u>65</u>: 483-520, 1993.

30. Brody, A. R. Asbestos Induced Lung Injury and Fibrosis: A Month in the Life of an Inhaled Asbestos Fiber. In: <u>The Identification and Control of Environmental and Occupational Diseases.</u> (Mehlman, M. and Upton, A., Eds.), Princeton Scientific Publishing, pp. 213-232, 1994.

31. Brody, A. R. Control of lung fibroblast proliferation by macrophage-derived PDGF. <u>Proceedings of the Symposium on Cells and Cytokines in Lung Inflammation</u>. Ann. NY, Acad. Sci. 725:193-199, 1994.

32. Roggli, V., Hammer, S. P., Pratt, P. C., Maddox, J. C., Legier, J., Mark, E. J., and Brody, A. R. Commentary: Does asbestos or asbestosis cause carcinoma of the lung? Am. J. Ind. Med. <u>26</u>:835-838, 1994.

33. Bonner, J. C. and Brody, A. R. Cytokine-Binding Proteins in the Lung. Am. J. Physiol. Lung Cell. Mol. Physiol. <u>268</u>:L869-L878, 1995.

34. Morris, G. F., Liu, J-Y., Lei, W-H., and Brody, A. R. Expression of genes coding for growth factors in experimental pneumoconiosis. Chest. <u>109</u>:45-49, 1996.

35.  Hoyle, G. W. and Brody, A. R. Gene Expression in Rodent Models of Environmental Lung Disease. Ann. N. Y. Acad. Sci. 796:162-172, 1996.

36.  Kagan, E. and Brody. A.R. Immunopathology of Asbestos-Related Lung Disease. In: Immunopathology of Lung Disease. (Krandin, R. L., Robinson, B. W. S., Eds.) Butterworth-Heinemann, Boston, Chapter 20. pp 421-443, 1996.

37.  Brody, A. R. Toxicology. Peptide Growth Factors in Fibroproliferative Lung Disease: In Vivo Models and In Vitro Correlates. In: Correlations Between In Vitro and In Vivo Investigations in Inhalation Toxicology, (Mohr, U., Ed.), ILSI Press, Washington, D. C. pp. 19-28, 1997.

38.  Brody, A. R. Asbestos. In: Comprehensive Toxicology. (Roth, R. A., Ed.), Elsevier Science, New York, Vol. 8(25), pp. 393-413, 1997.

39.  Brody, A. R., Liu, J.-Y., Brass, D., and Corti, M. Analyzing the genes and peptide growth factors expressed in lung cells *in vivo* consequent to asbestos exposure *in vitro*. In: Proceedings of the International Conference on Toxicology of Natural and Man Made Particles. Environ. Health Perspect. 105:1165-1171, 1997.

40.  Brody, A. R. Occupational lung disease and the role of peptide growth factors. Curr. Opin. Pulm. Med. 3:203-208, 1997.

41.  Brody, A. R. Whither goes the alveolar macrophage? Another small chapter is written on the localized response of this crucial cell. J. Lab. Clin. Med. 131:391-392, 1998.

42.  Brody, A. R., Brass, D. M., Liu, J.-Y, Morris, G. F., and Hoyle, G. W. Asbestos-induced peptide growth factors that mediate interstitial pulmonary fibrosis. In: Advances in the Prevention of Occupational Respiratory Diseases. (Chiyotani, K., Hosoda, Y., Aizawa, Y., Eds.), Elsevier Science, The Netherlands, pp. 878-883, 1998.

43.  Morris, G. F. and Brody, A. R. Molecular mechanisms of particle-induced lung disease. In: Environmental and Occupational Medicine. (Rom, W. R., Ed.) Lippincott-Raven Publishers, Philadelphia, PA, 3rd Edition, pp. 305-333, 1998.

44.  Brody, A. R., Brass, D., Liu, J.-Y., Hoyle, G. W., and Warshamana, G. S. Remodelling of lung tissue consequent to chronic injury. Res. Immunol. 149:249-251, 1998.

45.  Lasky, J. A. and Brody, A. R. Interstitial fibrosis and growth factors. Environ. Health Perspect. 108(suppl. 4):751-762, 2000.

46.  Brody, Arnold R. Inhalation of asbestos fibers and consequent expression of peptide growth factors. Inhal. Toxicol. 12(suppl. 3):245-250, 2000.

47.  Crapo, J.D., Courtney-Broaddus, V., Brody, A.R., Malindzak, G., Samet, J., Wright, J.R.. American Thoracic Society Documents. Workshop on lung disease and the environment. Where do we go from here? Am. J. Respir. Crit. Care Med., Vol. 168, pp 250-254, 2003.

48.  Mutsaers, S.E., Prele, C.M., Brody, A. R., and Idell, S. Pathogenesis of Pleural Fibrosis. Respirology. 9:428-440, 2004.

49.  Lasky, J. A., Ortiz, L. A., and Brody, A. R. Mediators and Mechanisms in Chronic Lung Injury and Fibrosis. In: <u>Lung Injury: Mechanisms, Pathophysiology, and Therapy.</u> (Notter, R. H., Holm, B. A., Finkelstein, J. N., Eds.) Marcel Dekker, N.Y., 2005.

**Books Published**

Brody, D. E. and Brody, A. R. <u>The Science Class You Wish You Had</u> . . . The Seven Greatest Scientific Discoveries in History and the People Who Made Them. With a Foreword by Martin Rodbell, Ph.D., Nobel Prize Recipient. The Berkley Publishing Group, New York, NY, 378 pp, 1997.