IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 13406 |

## NOTICE OF SERVICE

I, Christopher D. Loizides, hereby certify that on January 16, 2007, copies of the **EXPERT REPORT OF ARTHUR L. FRANK, MD, PhD (dated December 2006)** attached hereto were served upon the parties identified in the attached service list in the manner indicated thereon.

DATED: January 16, 2007

                                                Christopher D. Loizides (No. 3968)
                                                LOIZIDES & ASSOCIATES
                                                1225 King Street, Suite 800
                                                Wilmington, DE 19801
                                                Telephone:  (302) 654-0248
                                                Facsimile:   (302) 654-0728
                                                E-mail:      loizides@loizides.com

                                                *Co-Counsel to all Claimants represented by*
                                                *Speights & Runyan*