# Expert Report of Arthur L. Frank, MD, PhD

## INTRODUCTION

I have been engaged by the Law Firm of Speights & Runyan to provide expert testimony concerning the potential health effects of exposure to asbestos, including occupational, non-occupational and/or environmental exposure from in-place asbestos containing materials in buildings. Specifically, I have been asked for my opinions as to the potential occupational and non-occupational health hazards facing those who come in contact with, or disturb in-place asbestos containing materials and/or dust from such materials. As discussed in more detail in this report, I may offer medical testimony concerning the health effects of exposure to in-place asbestos containing materials in both occupational and non-occupational settings, applicable medical and scientific studies in literature, as well as issues related to public health policy. I may offer further testimony in response to additional matters or testimony of other experts of which I may learn more in the future.

## QUALIFICATIONS

I am a duly licensed physician in the states of Pennsylvania and Texas practicing medicine in those states and I am currently Professor and Chairman of the Department of Environmental and Occupational Health at the Drexel University School of Public Health. I am Board Certified in Occupational Medicine, a branch of preventive medicine, and I am Board Certified in Internal Medicine.

I have been actively engaged in asbestos related matters in excess of thirty-five (35) years. My study of asbestos related matters began with my medical training at the Mount Sinai School of Medicine, where I studied with Dr. Irving J. Selikoff, who was an

1

internationally recognized expert on the subject of asbestos. In addition to extensive clinical activities, my original research for my PhD degree in Biomedical Science was on the subject of asbestos, especially dealing with its action on respiratory tissue. I have continued to be interested in this subject and I maintain ongoing professional activity in the field of asbestos related disease. I have served as an invited speaker on the subject of asbestos at many national and international meetings.

In addition, I have written extensively on the subject of asbestos disease. My doctorial thesis at the City University of New York was on the biological effects of asbestos. I have studied, worked and published extensively regarding the effects on humans of asbestos exposure in occupational and non-occupational settings. A copy of my current curriculum vitae and list of certifications, academic appointments, administrative appointments, fellowships and memberships in professional organizations, teaching activities, consultancies in related activities, books, reviews, and chapters in books, and published articles are attached hereto as Exhibit A.

## Opinions

As a physician, researcher, investigator and public health physician, I have personally been involved in studies and research relating to the health effects of asbestos exposure to humans in occupational and non-occupational settings. Throughout my career I have also read hundreds of published articles and abstracts relating to the health effects of asbestos, including epidemiological studies, and have developed the following opinions, which I am prepared to express under oath to a reasonable degree of medical certainty:

2

1. It is my professional opinion, based upon my own work and the work of many others in the scientific community, that all types of asbestos are capable of causing cancerous and non-cancerous diseases in humans in both occupational and non-occupational settings. Even though different types of asbestos have different structures and chemical structures, all types of asbestos, including chrysotile and tremolite asbestos contained in W. R. Grace & Co.'s Monokote fireproofing product and acoustical plaster products, are known to cause both malignant and non-malignant diseases in humans or animals.

2. It is my opinion, and a well documented scientific and epidemiological fact, that the health hazards associated with exposure to asbestos include the development of parenchymal and pleural asbestosis and an increased hazard of developing several forms of cancer, including lung cancer, pleural and peritoneal mesothelioma, gastrointestinal tract cancers, including stomach and colon cancers, and laryngeal and kidney cancers.

The routes of exposure causing concern are especially by inhalation or ingestion. Most asbestos fibers that are taken into the body are by these routes and are not visible to the eye, or even to a an optical microscope, and can only be seen by an electron microscope.

3. It is my professional opinion, based upon my own work and the work of many others in the scientific community that all fiber sizes can contribute to both malignant and non-malignant asbestos disease in humans, both occupationally and non-occupationally.

4. It is my professional opinion that the matter of health hazards from asbestos and amounts of exposure is one that is similar to other carcinogens. Although asbestos is a naturally-occurring mineral and can be found in ambient air and additional significant amounts have been added to the air related to human use, there is no level of asbestos exposure that is recognized as safe. Carcinogens such as asbestos are recognized as having no safe level to protect the largest number of people. There has been no threshold level established for asbestos for which it can be said with scientific certainty that it is safe and below which there is no potential of disease. Any amount of asbestos exposure carries with it hazards above that of having no asbestos present, although the accurate measure of that hazard may be difficult at low levels. However, the less asbestos present, the less the overall hazard.

Any excess exposure to asbestos over ambient air levels carries with it excess hazards to both humans and laboratory animals, and extremely short exposures, on the order of a day to a week, have been associated with an excess hazard of developing cancer. Each bit of excess exposure carries with it additional hazards.

I am familiar with the terms "threshold limit values" and "permissible exposure levels." These terms have been used by professional organizations and regulatory programs to describe various levels of asbestos exposure. It is my opinion that these levels do not represent a safe level of asbestos exposure. I agree with OSHA's assessment that the OSHA Permissible Exposure Limit ("PEL") represents the lowest feasible limit and that significant hazards exist below the PEL. Worldwide reports and occurrences of asbestos-related disease attributed to non-occupational asbestos exposures

underscores the lack of an identifiable exposure threshold for asbestos below which there is no hazard.

5. It is my opinion that because there is no scientifically reliable threshold of exposure below which there is no hazard, it is a scientifically acceptable technique for predicting the hazards of low-level asbestos exposures to extrapolate downward from studies involving higher-level exposures. To that end, data on occupational exposures to asbestos-containing materials and the resulting incidence of disease are relevant and helpful in determining the hazard to humans who may be exposed to lower-levels of asbestos.

6. It is my professional opinion that the decision as to when asbestos should be removed from a public or private building is a complex one, based upon a number of factors. Federal regulations of the Environmental Protection Agency currently in place require the careful and controlled removal of all asbestos-containing materials prior to major renovations in areas with friable asbestos-containing materials or prior to the demolition of a building. These regulations do not require air testing prior to removal, but clearly recognize the health hazards from exposures to friable asbestos-containing materials during renovation and demolition activities.

It is my professional opinion that these federal regulations that require removal prior to major renovations or demolition constitute sound public health policy, and are designed to prevent or minimize exposures to asbestos and asbestos-containing products in both occupational and non-occupational settings. The need for these regulations are supported by numerous epidemiological studies, data and literature generated which establish the prevalence of asbestos-related disease in workers and by-standers in

shipyards where asbestos-containing insulation was put in and removed from ships, as well as other settings.

7. It is my professional opinion that while air testing is one component used on the overall assessment of asbestos hazards, it is of limited use. Standard air testing methods require only light microscopic analysis of fibers, which is a crude measure of asbestos fibers present in the air. Additional testing with an electron microscope is a far superior, but vastly more expensive method of air testing, but even electron microscopic analysis of air samples has its drawbacks.

If only air testing is used for the assessment of asbestos present in the environment, then both light and electron microscopic analysis techniques are insufficient to make a full and reasoned assessment of the potential exposure hazards in a given building. There are many variables related to air testing, which can give a false or incomplete picture of asbestos contamination or the potential for asbestos contamination.

Air testing is generally a static measure over a relatively short period of time, typically just a few hours up to a day. Air testing can miss peaks of exposure or may reflect the air quality in a building at a time when there is little or no activity in the building. Other variables such as the use of heating and cooling systems, time of year, open or closed windows and other factors render the use of air testing as the sole method of assessment a poor choice. Other aspects of the decision as to when to remove or what methods may be necessary to control exposures depend upon the location of asbestos-containing products, its ability to become airborne (i.e., has the asbestos-containing product begun to deteriorate, dust, crumble or otherwise fall off the structural beams or ceilings onto other building surfaces) its relationship to public spaces versus enclosed

mechanical or utility spaces, and other factors. Air testing at any one point in time does not allow for accurate projections of future airborne potential, nor does it necessarily provide an accurate measure of past air quality or exposures that have occurred in the building.

8. A corollary issue to the question of asbestos removal is the matter of alternate hazard to those removing it, or the hazards of exposures to individuals from asbestos remaining after an improper removal operation. While it is true that incorrect removal practices can increase hazards to asbestos removal workers or others in the area of asbestos disturbance, it is my professional opinion that asbestos removal, properly and carefully planed and undertaken with due care carries no additional hazard to workers or others who may use a facility over its remaining useful life after the asbestos has been removed. Since federal regulations require the removal of asbestos from a building when it is substantially renovated or demolished, the matter of the safe handling and removal of asbestos will inevitably arise. Thus, the primary question for building owners is not if the safe removal of asbestos-containing materials will be required, but rather when the decision to remove should be made.

9. It is my professional opinion and a well documented scientific fact that asbestos disease is a latent disease, which means that there is period of time (often decades with respect to some malignant diseases) between the exposure to asbestos and the manifestation of illness related to exposure.

10. It is my professional opinion, based upon my own research and work as well as the research and work of many other investigators around the world, that asbestos disease occurs in non-occupational settings including occupants of homes and buildings

contaminated with asbestos fibers released from friable asbestos-containing building products such as those manufactured and sold by W. R. Grace & Co.

## Basis for Opinions

My opinions are based upon my education, training and service as a public health physician, researcher, and professor of medicine and public health. I have actively been engaged in the investigation, publication and review of scientific data and articles related to asbestos disease for over thirty-five years. I have conducted or participated in extensive studies on asbestos related disease as set forth in my CV. I have reviewed extensive peer-reviewed scientific and medical literature describing extensive research and investigations into asbestos-related diseases throughout the world. My opinions are not dependent upon a single published report or article, but represent my synthesis of all the literature I have read and all of the work I have done over the last thirty-five years.

## Compensation

My rates for work on this case and other related cases is $350 per hour.

## Previous Testimony within the Last Four Years

(Please note: There has been no systematic recording of legal activity by me over the past years, especially not prior to October, 1994. The exact listing for the cases has not been maintained. The list following is the best reconstruction possible covering the four years prior to December, 2006. Some appearances were via videotape.)

| *Date* | *Client Name or Location* | *Law Firm/Attorney* |
|---|---|---|
| 12/04/02 | Gillespie, Arena, Russell (T) | Elliott Present |
| 12/09/02 | A.Baumann,G.Bates, R.Block (D) | William R. Fahey |
| 12/17/02 | Jerome Klepper (D) | Andrew O'Brien |
| 12/18/02 | Zehner & Turner (D) | Robert McCoy |

| Date | Case | Attorney |
|---|---|---|
| 01/06/03 | G. Koontz (D) | Doug B. King |
| 01/3-6/03 | Driver, Bruno, Pierce (T) | Mitchell Cohen |
| 01/8/03 | Welding case (D) | Robert G. McCoy |
| 01/15/03 | J. Roseman (T) | Elliott Present |
| 01/14/03 | Joseph Roseman (D) | Michael Bergin |
| 01/17/03 | Pierce & Strasser (D) | William G. Fahey |
| 01/27/03 | Willie Lee Robinson (T) | Barbara Lane |
| 01/31/03 | James Freezor (D) | Mark R. Kurtz |
| 02/06/03 | J.C. Taylor (D) | Reid Acree |
| 02/07/03 | 8 Asbestos Cases & Whittington Case (D) | Randy Bono |
| 02/11/03 | Harold L. Cougenour (D) | Wallace & Graham |
| 02/10-12/03 | William Parks (D) | Elliott Present |
| 02/25/03 | Herbert Dorf (D) | Michelle Galindo |
| 02/27/03 | William Parks | Elliott Present |
| 03/3-4/03 | Turner (T) | Robert McCoy |
| 03/13/03 | Weyerhouser (D) | Mona Wallace |
| 03/19/03 | Roby Wittington (D) | Randy Bono |
| 03/21/03 | John Richards (D) | Megan Zeregan |
| 04/07/03 | Charles Deese (D) | Reid Acree |
| 04/08/03 | P. Thompson & J. Andrees (D) | Lynn Bradshaw |
| 04/28/03 | Cornelius Alexander (D) | Jill N. Calvert |
| 04/29/03 | Jasper Galm (D) | Elliot Present |
| 05/05/03 | Lear & Tison, Stewart (D) | Roger Lane |

| Date | Case | Attorney |
|---|---|---|
| 05/06/03 | Hill et (D) | D. Scott Carlile |
| 05/0803 | Roberta Ochs (D) | James Long |
| 05/12/03 | Rolf Lindstrom (D) | Robert Ellenstein |
| 05/16/03 | 6 cases (D) | William R. Fahey |
| 05/27/03 | Gavrock & Steel (D) | Newton Anderson |
| 05/29/03 | Kenneth Madden (D) | Gary DiMuzio |
| 06/02/03 | Salvi & Carlson (D) | Michael B. Leh |
| 06/12/03 | M. Gavrock & Wm. Steele (D) | B. J Wade |
| 06/18/03 | 6 Cases (D) | Ted Gianaris |
| 07/02/03 | Hawkins, Canatella, Baker (D) | Matthew Kieley |
| 07/9-10/03 | Ward case (D) | Andrew O'Brien |
| 07/11/03 | Dixon & Tarranova (D) | Charles Heard |
| 07/14-15/03 | Leggett case (T) | Chip Hickey |
| 07/18/03 | Fanese case (D) | Alan Reich |
| 07/22/03 | Jenkins case (D) | Shawn Parrish |
| 07/30/03 | Caffey et al (D) | R. Brandon |
| 08/06/03 | Kelley & Richter (D) | Ted Gianaris |
| 08/11-12/03 | Asbestos case (T) | Christian Hartley |
| 08/13/03 | 9 Asbestos Cases (D) | William Fahey |
| 08/14-15/03 | Varnadore and Williamson (D) | Roger Lane |
| 09/09/03 | Mrs. Benioist (D) | Andrew O'Brien |
| 09/09/03 | Norrise case (D) | Joe Satterley |
| 09/11/03 | Jones & Osteen (D) | Roger Lane |

| Date | Case | Attorney |
|---|---|---|
| 09/11-12/03 | 9 Asbestos cases (D) | Gary DiMuzio |
| 09/15/03 | Lavi Booth (D) | M. Agelides |
| 09/16/03 | 2 Asbestos Cases (D) | Christian Hartley |
| 09/19/03 | Pennington case (D) | A. V. Conway |
| 09/30/03 | William Jackson (T) | William Fahey |
| 10/07/03 | Norris case (D) | Robert Paul |
| 10/14/03 | Elam case (T) | Robert McCoy |
| 10/15/03 | Hargrove case (D) | Wayne Lieg |
| 10/16/03 | Norris case (T) | Joe Satterley |
| 10/17/03 | Bell et all & Stephens (D) | Gary DiMuzio |
| 11/04/03 | Feezor (D) | Joe Satterley |
| 11/10/03 | Ott case (D) | Doug King |
| 11/25/03 | Szabo & Ingraham (D) | Christian Hartley |
| 12/08/03 | Mutiple Asbestos cases (D) | William Fahey |
| 12/16/03 | Quareles case (D) | Gary DiMuzio |
| 12/17/03 | Emrich case (D) | Don Migliori |
| 12/23/03 | Edwin case (D) | Peter G. Bell |
| 12/23/03 | Billy Meadows (D) | C. Hartley |
| 01/06/04 | Troy Hickox (D) | Roger Lane |
| 01/06/04 | Rolf Lindstrom (D) | Donald Krispin |
| 01/07/04 | Hill...et al (D) | D. Scott |
| 01/08/04 | Multiple Asbestos cases (D) | Ted Gianaris |
| 01/22/04 | Easton case (D) | Robert Paul |

| Date | Case | | Attorney |
|---|---|---|---|
| 01/22/04 | Smith, Trone, Harris | (D) | Parker, Dumler |
| 01/28/04 | Clark…et al | (D) | DeHay & Elliston |
| 02/03/04 | Eaton & Munro | (D) | Alan Reich |
| 02/25/04 | Lindstrom case | (T) | Donald A. Krispin |
| 03/05/04 | Thomas Lafferty | (D) | B. J. Wade |
| 03/08/04 | Munro…case | (D) | Douglas B. King |
| 03/08/04 | Petruzzi case | (D) | Kevin Knight |
| 03/11/04 | Eaton & Petruzzi | (D) | Robert Paul |
| 03/30/04 | Jimmie Mills | (D) | Russell Cook |
| 04/01/04 | Multiple Asbestos cases | (D) | Ted N. Gianaris |
| 04/05/04 | J. D. Roberts | (D) | Gary DiMuzio |
| 04/14/04 | Asbestos Case | (T) | Roger Lane |
| 04/15/04 | Roy Brem | (D) | Michael Bilbrey |
| 04/22/04 | Courson case | (D) | Russell Cook |
| 04/28/04 | Stegemoller case | (D) | Doug King |
| 04/29/04 | King case | (D) | James A. Snowden |
| 04/30/04 | Carlisle case | (D) | A. Timothy Jones |
| 05/24/04 | Egizi | (D) | Martin, Bank, Pond, etc. |
| 05/25/04 | Bob Brown | (D) | Virginia Giokaris |
| 05/28/04 | Mutiple Asbestos cases | (D) | M. Keiley |
| 06/09/04 | L. Franklin | (D) | Wade Mitchell |
| 06/18/04 | Valentine | (D) | Joe Satterley |
| 07/01/04 | Multiple Asbestos cases | (D) | Ted Gianaris |
| 07/13/04 | M. Gussoff | (T) | Michael Leh |

| Date | Case | Attorney |
|---|---|---|
| 08/03/04 | Multiple asbestos cases (D) | William Fahey |
| 08/16/04 | Mclean & Little (D) | R. Meriwether |
| 08/16/04 | Multiple asbestos cases (D) | William Fahey |
| 08/17/04 | Samuel Lewin (D) | D. Krispin |
| 08/19/04 | Charles Brewster (D) | Joseph Satterley |
| 08/23/04 | Multiple asbestos cases (D) | William Fahey |
| 08/27/04 | Multiple asbestos cases (T) | Gary DiMuzio |
| 08/30/04 | Multiple asbestos cases (D) | William Fahey |
| 09/30/04 | Williams and others (D) | Jackson Kennedy |
| 10/07/04 | Landau (D) | Jeffrey L. Pettit |
| 10/07/04 | Landau (D) | George Kiser |
| 10/12/04 | Mr. Basciano (D) (Benzene PI Workers Comp case) | Mitchell Cohen |
| 10/19/04 | Jeffrey Marco (D) | Bartholomew Baumstark |
| 10/19/04 | Luke Lindau (D) | Michael Bilbrey |
| 10/26/04 | Multiple Asbestos cases (D) | M. Angelides |
| 11/23/04 | Charles Logsdon (D) | J. Robert Shelton |
| 11/30/04 | Frank Dean (D) | Mike Runyan |
| 12/01/04 | Dorothy Hutchins (D) | Mott McDonald |
| 12/20/04 | Multiple asbestos cases (D) | D. Scott Carlile |
| 01/07/05 | Volluz & Walsh....cases (D) | Bartholomew Baumstark |
| 01/27/05 | Karl C. Bowles (D) | Joseph Satterley |
| 02/10/05 | Multiple asbestos cases (D) | Michael Bilbrey |

| Date | Case | Name |
|---|---|---|
| 03/02/05 | Dennis Serbin  (Court Appearance) | Marie Terpolilli |
| 03/07/05 | Cook & Flax  (D) | Mark Dumler |
| 03/11/05 | John F. Broyles  (D) | Lou Thomas-Black |
| 03/17/05 | Luis Vega  (D) | J. Katz |
| 03/28/05 | Knoth…case  (D) | Joe Satterley |
| 04/06/05 | Baron….case  (D) | R. McCoy |
| 04/12/05 | Multiple….cases  (D) | Michael Bilbrey |
| 04/18/05 | Dexter & Edmonds  (D) | R. Shelton |
| 05/09/05 | Sarah Groff  (D) | William Fahey |
| 05/10/05 | For trial appearance  (D) | C. Hartley |
| 05/17/05 | Jones, et al cases  (D) | M. Edmonds |
| 05/17/05 | Court Appearance  ( C) | Joseph Satterley |
| 05/20/05 | Agner/Hutchins… et al  (T) | M. Wallace |
| 06/01/05 | Baren…case  (D) | Robert McCoy |
| 06/13/05 | Trial appearance……(T) | C. Hartley |
| 06/21/05 | Briggs…case  (D) | Lonnie Johnson |
| 06/21/05 | Sholar …case  (D) | Knight S. Anderson |
| 06/21/05 | Munro….case  (D) | Edward Harney |
| 07/01/05 | M. Martin  (D) | Mike Bergin |
| 07/12/05 | Curtis Lightsey  (D) | O. Harton |
| 08/03/05 | Multiple….cases  (D) | Steve Parrott |
| 08/05/05 | Massey Miller  (D) | B. J. Wade |
| 08/15/05 | Curtis Lightsey  (D) | Roger Lane |

| Date | Case | Attorney |
|---|---|---|
| 08/18/05 | McDowell...case (D) | C. Hartley |
| 08/22/05 | Jerry M. Bryant (D) | Russell Cook |
| 08/23/05 | Baron ...case (D) | Robert McCoy |
| 08/26/05 | Poindexter...case (D) | David Palik |
| 09/09/05 | Michael Haussmann (D) | Alfred J. Carlson |
| 09/15/05 | Adell Rockmore (D) | D. Scott Carlile |
| 09/26/05 | Madison County Case (D) | Charles Hartley |
| 10/06/05 | Adell Rockmore (D) | D. Scott Carlile |
| 10/11/05 | Harris....case (D) | Roger Lane |
| 11/20/05 | Daubert...case (T) | Ted Gianaris |
| 10/21/05 | Madison County ...case (D) | Charles Hartley |
| 10/27/05 | Egizi...case (D) | A. J. Carlson |
| 10/28/05 | C. White.....case (D) | Mike Cascino |
| 10/28/05 | James Berlemann...case (D) | R. Gori |
| 11/08/05 | Boren.....case (T) | R. McCoy |
| 11/21/05 | JoAnn Witt (D) | David Bevon |
| 11/28/05 | Flora Franklin (D) | Joseph Satterley |
| 11/28/05 | David Lancaster (D) | L. R. King |
| 11/29/05 | Littlefield.....case (D) | Douglas King |
| 11/30/05 | Alan, Reinstein (D) | Jennifer Hunt |
| 12/02/05 | Multiple .....cases (D) | Roger Lane |
| 12/05/05 | Michael Haskell (D) | Robert Bosslet |
| 12/19/05 | K. Jonas (D) | Frank Wathen |

| Date | Name | Contact |
|---|---|---|
| 12/19/05 | J. Gallagher (D) | Michael Bilbrey |
| 12/21/05 | Ronald Johnson (D) | B. Baumstark |
| 12/22/05 | Linda Allen (D) | Scott Carlile |
| 01/10/06 | Harold Leedom (D) | Vincent Greene |
| 01/10/06 | Harold Leedom (D) | M. Scarpitti |
| 01/17/06 | William Shepard (D) | Lou Black |
| 01/19/06 | Anthony Betti, Sr. (D) | Andrea McNeil |
| 01/31/06 | Joseph Tizcareno (D) | Christopher Wood |
| 02/02/06 | Robert Lulich (D) | William Fahey |
| 02/02/06 | Multiple.....cases (D) | Edward Nass |
| 02/13/06 | Avis Brown Little (D) | Ed Pauley |
| 02/16/06 | Kip Ong (D) | Peter Gilbert |
| 02/20/06 | Ryan and Miller (D) | Ted Giannaris |
| 02/21/06 | Adams group – Baltimore (D) | Steve Parrott |
| 03/03/06 | William Schell (D) | Robert Paul |
| 03/03/06 | James Turnbow (D) | Michael Bilbrey |
| 03/06/06 | Roberts......case (D) | Peter Gilbert |
| 03/08/06 | Parker.....Case (D) | Stephen Smith, Jr. |
| 03/15/06 | Mutiple......cases (D) | L. P. Rufo |
| 03/15/06 | Mutiple.....cases (D) | Ted Giannaris |
| 03/20/06 | Adams.....case (D) | Peter T. Nicholl |
| 03/24/06 | Gary Randolph (D) | R. S. Jordan |
| 03/27/06 | John M. McCormick (D) | Christopher M. Stevens |

| Date | Name | Attorney |
|---|---|---|
| 04/05/06 | Asbestos……cases  (D) | T. Crumpler |
| 04/07/06 | John McCormick  (D) | K. Rank |
| 04/07/06 | John Ritter  (D) | Robert Paul |
| 04/20/06 | James Griffin  (D) | Kendra Smith |
| 05/16/06 | Michael Haussman | A. Carlson |
| 06/01/06 | Charles Clephas  (D) | Joe Satterley |
| 06/15/06 | Gerald White  (D) | C. R. Banford |
| 06/16/06 | Clark…..case  (D) | K. Ranke |
| 06/21/06 | Carol Sutterfield  (D) | Russell Cook |
| 06/23/06 | James Smukal  (D) | R. S. Sigurdson |
| 07/07/06 | W. Blanche, J. Rowan  (D) | M. Cancelliere |
| 0730/06 | Stephen Trombatore  (D) | S. Flanagan |
| 08/15/06 | James Parsons  (D) | R. Krause |
| 08/16/06 | William Lacey  (D) | B. Baumstark |
| 08/16/06 | Multiple …..cases  (D) | M. Kiely |
| 08/21/06 | Harold Garmon  (D) | Ed Pauley |
| 08/22/06 | Multiple….cases  (D) | P. Browder |
| 08/22/06 | Richard Eisinger  (D) | R.T. Connor |
| 08/28/06 | Andrew Baker  (D) | M. Reid Acree |
| 98/31/06 | Leon Parker  (D) | Ken Sales |
| 09/01/06 | Multiple….cases  (D) | Ted Gianaris |
| 09/01/06 | T. Sparks  (D) | Stuart McIntosh |
| 09/06/06 | Joyce Applequist  (D) | C. Hartley |

| Date | Case | Attorney |
|---|---|---|
| 09/07/06 | C. Parisi (D) | Matt Kiely |
| 09/11/06 | Jasinskas & Weir (D) | C. Hartley |
| 09/21/06 | Multiple.....cases (D) | P. Browder |
| 109/29/06 | Carmen Stigliano (D) | Loreto P. Rufo |
| 10/03/06 | Video Depo for Trial | Roger Lane |
| 10/04/06 | Allen Schriener (T) | Ted Gianaris |
| 10/13/06 | Multiple.....cases (D) | Ted Gianaris |
| 10/16/06 | Michael Haskell (T) | R. Bosslet |

\* \* \*

*Arthur L. Frank* MD

Arthur L. Frank, MD, PhD