# Report of Anderson Memorial Hospital
# Anderson, South Carolina

## By

## William M. Ewing, CIH
## January 15, 2007

### INTRODUCTION

I have been engaged by the Law Firm of Speights & Runyan to provide expert testimony concerning asbestos containing materials manufactured by W. R. Grace & Co., located within the Anderson Memorial Hospital. I am prepared to offer fact and opinion testimony regarding my evaluation of the asbestos-containing materials in the hospital building, my opinions regarding the actions taken by Anderson Memorial Hospital to prevent or minimize hazardous exposures, including the use of an operations and maintenance program, personnel training and the removal of asbestos containing materials. I may also offer testimony regarding my opinions of the releasability of asbestos fibers from Monokote fireproofing in the Anderson Hospital building and my opinions regarding material testing techniques, air sampling techniques, fiber counting techniques, and the techniques of measuring release ability of fibers. My testimony will be based in part upon my inspection of the Anderson Memorial Hospital building and my review of bulk and debris sampling from the hospital.

### QUALIFICATIONS

I am Technical Director for Compass Environmental, Inc., located in Kennesaw, Georgia, located at 1751 McCollum Parkway, NW, Kennesaw, GA 30144-5908. I am certified in the comprehensive practice of industrial hygienist by the American Board of Industrial Hygiene. I received my core certification in 1980 and my Comprehensive Practice Certification in 1983. I obtained a Bachelor of Science degree from Washington & Lee University in 1978. Since that time I have undertaken additional course work at the graduate level in statistics, technology and science policy, and other related subjects at the University of Michigan, Georgia State University and the Georgia Institute of Technology.

Since 1978 I have been a practicing Industrial Hygienist. This field specializes in the recognition, evaluation and control of occupational and non-occupational health hazards. Much of my work is focused on asbestos in buildings, including inspection, management, and remediation practices and procedures. During 1978 through 1982, I routinely performed building inspections for asbestos containing materials as an employee of a nationwide environmental consulting firm. From 1982 through 1987, I was the director of the Asbestos Programs Group at the Georgia Tech Research Institute.

While at the Institute I directed the first EPA sponsored asbestos information center in the country. I conducted research and training in this field. I directed over fifty (50) courses on asbestos in buildings throughout the US and Europe. I have surveyed well over one-thousand (1000) buildings during my career. I have participated in projects sponsored by public and private schools, universities, state and local governments, and many federal agencies, including the Atlanta Public School System, the Los Angeles Unified School District, the Indianapolis Public School District, the Florida Department of Education, the Department of Defense, the General Services Administration, the Army Corps of Engineers, the US State Department, and the EPA, as well as many others.

I have authored or co-authored over twenty (20) technical publications or papers addressing asbestos in buildings. Among these publications are portions of eight (8) EPA Training Manuals for asbestos inspectors, management planners, asbestos abatement supervisors, and abatement project designers. These manuals are used to instruct individuals wishing to become accredited to perform asbestos related work in schools under the EPA Asbestos Hazard Emergency Response Act (AHERA) regulations for schools.[1]

I have served on numerous peer reviewed committees for the EPA, National Institute for Occupational Safety and Health (NIOSH), US Navy, Health Effects Institute-Asbestos Research (HEI-AR), US Army, General Services Administration (GSA), Veterans' Administration, and other organizations. I was appointed by the EPA to serve as Technical Advisor to the Regulatory Negotiation Committee during preparation of the AHERA Regulations for asbestos in schools. I served in a similar capacity at the EPA's request during the public policy dialog on asbestos in public and commercial buildings. I served on the New York City Department of Environmental Protection Asbestos Expert Advisory Committee regarding asbestos in all buildings in New York City. I worked on the congressional-mandated study, "Asbestos in Schools: Evaluation of the Asbestos Hazard Emergency Response Act." This study involved revisits to hundreds of schools nationwide to determine how well the schools have implemented these regulations, and how effective the regulations have been. I have conducted research on the mechanisms of asbestos exposure in buildings. I have participated in numerous studies designed to evaluate episodic exposures to individuals in buildings. Much of my work is focused on the contribution to overall exposure to maintenance, custodial and service workers from asbestos containing dust and debris in buildings.

My opinions are based on my own experience, my own research and research performed others, as well as a review of technical literature related to the subject of asbestos in buildings and exposures to individuals from in-place asbestos containing materials and debris. My opinions are also based upon my inspection of Anderson Memorial Hospital and review of relevant data from the hospital. The opinions which I offer are all offered to a reasonable degree of scientific certainty.

---

[1] 40 CFR 763, Appendix C.

## REPORT

At the request of Mr. Bud Fairey of Speights & Runyan I inspected the Anderson Memorial Hospital buildings in Anderson, SC on December 29, 1993, January 10, 1994 and April 15, 1998. Additional inspection visits were made by other from Compass Environmental, Inc. on May 5, 1994, February 27, 1996, May 27, 1996, and March 11-12, 1998. The main building is a multi-level hospital with multiple additions.[2]

Bulk sampling of the spray-applied fireproofing identified the material as asbestos-containing. Constituent analysis conducted under the direction of William E. Longo, Ph.D. determined the fireproofing to be Mono-Kote (MK-3) brand manufactured by W. R. Grace & Co.[3] This confirmed the previous analyses conducted under the direction of James R. Millette, Ph.D.[4] The fireproofing was spray-applied to columns and beams. Overspray was observed throughout. The fireproofing was assessed according to the U.S. Environmental Protection Agency (USEPA) Asbestos Hazard Emergency Response Act (AHERA) assessment methodology as damaged friable surfacing asbestos-containing building material (ACBM). Loose fireproofing debris was observed on ceiling tiles.

The asbestos-containing fireproofing in this building is subject to the USEPA National Emission Standard for Hazardous Air Pollutants (NESHAP) for asbestos.[5] The regulations require the friable asbestos-containing fireproofing be removed from the building prior to renovation or demolition activities that disturb the material. In South Carolina these regulations are enforced by the South Carolina Department of Health and Environmental Control (SC DHEC). The hospital and its contractors are also subject to the Occupation Safety and Health Administration (OSHA) asbestos regulations. These regulations are designed to reduce exposures in the workplace from the asbestos-containing material. The regulations require certain work practices be followed; protective equipment be provided when appropriate; notification and training of affected parties; labeling of asbestos-containing materials, areas with asbestos, and asbestos waste; and other provisions.

Building owners have an obligation to eliminate or minimize exposure to asbestos in their facilities. Building owners can do this through implementation of an asbestos management program. An asbestos management program is a collection of procedures and special work practices designed to minimize asbestos exposures while the asbestos-containing material (ACM) remains in the building. The asbestos materials are typically removed during planned renovation activities or at building demolition. Anderson Memorial Hospital was under such a program at the time of the inspections.

---

[2] See architectural drawings, J. Harold Mack & Associates, 408 N. Church St., Greenville, SC; and ASC Consultants, Inc., Waynesville, NC, "Asbestos Inspection Report for Anderson Hospital," November 1989.
[3] Materials Analytical Services, Inc. Letter Report to Marion C. Fairey, Jr. re: Anderson Hospital, October 6, 1997.
[4] MVA, Inc. Report MVA0781, Anderson Medical Center, Main Building, April 13, 1994.
[5] USEPA, National Emission Standard for Hazardous Air Pollutants (NESHAP), Asbestos, 40 CFR Part 63, Subpart M.

I have participated in several studies designed to evaluate exposures during various maintenance and remodeling activities in buildings. One study was designed to evaluate exposures during the installation of cables above suspended ceilings in buildings with exposures during the installation of cables above suspended ceilings in buildings with Mono-Kote asbestos-containing fireproofing. The study was repeated to see if the results were reproducible.[6] In the first study the activity resulted in an increase in the airborne concentration 590 times the concentration before the activity ($p=<0.0001$). In the replicate study the increase was 520 times ($p=<0.0001$).

During 1980-1981 I participated in a study of 11 office buildings with friable spray-applied structural fireproofing to characterize exposure during renovation activities.[7] A total of 184 personal air samples were collected on carpenters, electricians, sheet-metal workers, and painters. The geometric mean exposures for these four job classifications were 0.13 $f/cm^3$, 0.13 $f/cm^3$, 0.19 $f/cm^3$, and 0.08 $f/cm^3$. The results found that 87.5% of the samples were above 0.1 $f/cm^3$, and 6 % were above 2.0 $f/cm^3$. Removal of the fireproofing was not part of these renovation activities. This study demonstrated the episodic nature of exposures generated as a result of specific activities.

A series of eight studies were published in one article by Keyes, et al. in November 1994.[8] This article looked at exposures during various custodial and maintenance activities in buildings with asbestos-containing surface treatments (acoustical plaster or fireproofing). This article confirmed again that direct disturbance of in-place friable ACM or the dust/debris from those materials can result in significant increase in asbestos exposure.

In my opinion the Mono-Kote fireproofing in the Anderson Memorial Hospital building in Anderson, South Carolina released asbestos-containing dust and debris onto surfaces throughout the building. This fiber release, and the potential for resuspension of the asbestos dust from surfaces, is a source of exposure that must be controlled or eliminated. The in-place fireproofing itself is a source of exposure when directly disturbed. It was necessary and appropriate that an asbestos management program and an asbestos removal program be implemented to reduce exposures to asbestos from this fireproofing.

I hold the opinions expressed herein to a reasonable degree of scientific certainty. I also intend to rely upon my report, "Application and Use of Dust Sampling for Asbestos," dated December 7, 2005, previously submitted. I intend to illustrate my testimony using photographs taken in the Anderson Memorial Hospital.

---

[6] Keyes, D.L., et al., "Exposure to Airborne Asbestos Associated with Simulated Cable Installation Above a Suspended Ceiling," *American Industrial Hygiene Association Journal*, Vol. 52, No. 11, 1991, pp.479-484.

[7] Paik, N.W., et al., "Worker Exposure to Asbestos During Removal of Sprayed Material and Renovation Activity in Buildings Containing Sprayed Material," *American Industrial Hygiene Association Journal*, vol. 44, No. 6, 1983, pp.428-432

[8] Keyes, D.L., et al., "Baseline Studies of Asbestos Exposures During Operations and Maintenance Activities," *Applied Occupational and Environmental Hygiene*, Vol. 9, No. 11, November 1994, pp.853-860.

## BASES OF OPINIONS

My opinions regarding the conditions in the Anderson Memorial Hospital as well as my general opinions regarding friable asbestos containing materials such as those manufactured by W. R. Grace & Company are based upon my training and experience as a Certified Industrial Hygienist, my extensive professional experience and training, my development of training materials and conducting training for the Environmental Protection Agency, numerous school districts, the General Service Administration, the Department of Defense, the Army Corps of Engineers and the US State Department. Additionally, my opinions with respect to Anderson Memorial Hospital were based upon my own inspections of those facilities, inspections performed by others at Compass Environmental, Inc.

William M. Ewing, CIH

**WILLIAM M. EWING, CIH**
**Compass Environmental, Inc.**
**1751 McCollum Parkway**
**Kennesaw, Georgia 30144**

*Education*

| | |
|---|---|
| B.S., Biology, Washington and Lee University | 1978 |
| Courses in Management, Statistics, Technology and Science Policy (University of Michigan, Georgia State, Georgia Tech) | 1978-1988 |
| Short courses in industrial hygiene, toxicology, indoor air quality environmental site assessments, asbestos evaluation and control | 1978-Present |

*Employment History*

| | |
|---|---|
| Compass Environmental, Inc. | 1993-Present |
|    Technical Director | |
| Diagnostic Engineering Inc. | 1990-1993 |
|    Regional Technical Director | |
| The Environmental Management Group, Inc. | 1987-1990 |
|    Executive Vice President | |
| Georgia Tech Research Institute | 1981-1987 |
|    Research Associate II | |
| Clayton Environmental Consultants, Inc. | 1978-1981 |
|    Industrial Hygienist | |

*Experience Summary*

Mr. Ewing is the Technical Director for Compass Environmental, Inc. In this capacity he serves as project manager for industrial hygiene and indoor air quality studies and assessments. His technical responsibilities include project design, execution and report development for private and government project sponsors. He is also responsible for research studies, preparation of papers and publications, and quality assurance. He was the Executive Vice President of The Environmental Management Group, Inc. (TEMG) prior to its acquisition by Diagnostic Engineering Inc. (DEI), where he served as Regional Technical Director. While at the Georgia Tech Research Institute (GTRI) he started the industrial hygiene laboratory, instituted the hazardous waste program for small business in Georgia, and served as an industrial hygienist under the 7(c)(1) program, sponsored by the Occupational Safety and Health Administration (OSHA). As Director of the Asbestos Programs Group, he conducted training, technical assistance, and research on asbestos in buildings, under the sponsorship of the U.S. Environmental Protection Agency (USEPA).

During the past 25 years Mr. Ewing has conducted numerous industrial hygiene, asbestos management, and indoor air quality studies. In the field of industrial hygiene he has conducted over 300 field investigations including textile mills, foundries, steel mills, health care facilities, chemical plants, and manufacturing operations. Among the indoor air quality projects, his experience includes office settings, hospitals, and studies involving off-gassing of volatile compounds from products. He has served as a consultant to the Centers for Disease Control (CDC) on airborne microbial contamination, and is currently an industrial hygiene consultant to the U.S. Public Health Service. He is currently a consultant to the Georgia Building Authority where he conducts IAQ investigations and authored the State of Georgia IAQ manual. Since 1980, he has conducted environmental assessments for property owners, developers, mortgage bankers, and insurance companies. In the field of asbestos management and control, he has conducted surveys of over 1500 facilities, including commercial office buildings, schools, hospitals, ships, industrial plants, and government facilities.

William M. Ewing, CIH
Page 2

During the past 20 years, Mr. Ewing has frequently directed or lectured in training courses sponsored by universities, government agencies, and private interests. Topics have included respiratory protection, asbestos identification, evaluation, management, and control, advanced microscopy, polychlorinated biphenyls (PCBs), heavy metals, air pollution, industrial hygiene, and indoor air quality. He has directed over 50 courses and lectured in over 200 others throughout the continental United States, Alaska, Canada, and Europe.

Mr. Ewing participated in the site assessment of the aircraft carrier *USS Lexington* and development of its environmental management plan prior to its opening as a naval history museum. Much of this work involved PCBs, lead-based paint and asbestos identification and management. Mr. Ewing was responsible for preparing the Safety, Health and Emergency Response Plan (SHERP) and Contractor's Chemical Quality Control Program (CCQCP) for the fire site clean-up at Ft. Huachuca, Arizona. He has also conducted several studies related to flood or fire remediation in commercial and industrial facilities. Since 1988, he has participated in a series of studies designed to evaluate episodic exposures resulting from maintenance and custodial activities in buildings containing asbestos.

*Certifications*

| | |
|---|---|
| American Board of Industrial Hygiene (ABIH) | 1983 |
|    Certified Industrial Hygienist, Comprehensive Practice | |
|    (Certificate No. 2627, Recertified 1990, 1995, 2002) | |
| Indoor Environmental Quality Sub-specialty Exam | 1993 |
| | |
| Inspector, pursuant to USEPA Asbestos Hazard Emergency | 1987-Present |
|    Response Act (AHERA) regulations (40 CFR 763, Subpart E, | |
|    Appendix C), Certificate No. 092, Georgia Institute of Technology; | |
|    Current Certificate No. 3756-A, The Environmental Institute | |
| | |
| Management Planner, pursuant to USEPA AHERA regulations, | 1987-Present |
|    Certificate No. 083, Georgia Institute of Technology; Current | |
|    Certificate No. 3756-A, The Environmental Institute | |
| | |
| Project Designer, pursuant to USEPA AHERA regulations, | 1989-Present |
|    Certificate No. 1438, The Environmental Institute; Current | |
|    Certificate No. 1278-A, The Environmental Institute | |
| | |
| Project Supervisor, pursuant to USEPA AHERA regulations, | 1987-Present |
|    Certificate No. 3400, Georgia Institute of Technology; | |
|    Current Certificate No. 3891-A, The Environmental Institute | |
| | |
| State of Florida, Department of Professional Regulation, Licensed | 1989-Present |
|    Industrial Hygienist/Asbestos Consultant (No. IA 0000003) | |

*Awards and Honors*

| | |
|---|---|
| Georgia Tech Research Institute Award for Outstanding | 1983 |
|    Performance in Program Development | |
| Commissioned Lieutenant Colonel, Aide de Camp, Governor's Staff | 1985 |
|    by Governor Joe Frank Harris (State of Georgia) | |
| National Asbestos Council, President's Award Recipient | 1987 |
| National Asbestos Council, Outstanding Achievement Award | 1988 |
| Environmental Information Association, President's Award | 1993 |
| Elected Fellow Member Status, American Industrial Hygiene Association | 1995 |
| Practices Standards and Guidelines Committee Award, American Industrial Hygiene Association | 2005 |

William M. Ewing, CIH
Page 3

## *Memberships*

| | |
|---|---:|
| American Industrial Hygiene Association (AIHA) | 1978-Present |
| American Industrial Hygiene Association, Georgia Local Section | 1979-Present |
| American Academy of Industrial Hygiene (AAIH) | 1980-Present |
| American Conference of Governmental Industrial Hygienists (ACGIH) | 1992-Present |
| American Society for Testing and Materials (ASTM) | 1992-Present |
| Environmental Information Association (EIA) | 1992-Present |
| International Society for Indoor Air Quality | 1993-Present |
| National Asbestos Council (NAC) | 1982-1992 |
| National Institute for Building Sciences (NIBS) | 1988-Present |
| New York Academy of Sciences (NYAS) | 1987-Present |

## *Offices Held*

| | |
|---|---:|
| Environmental Information Association Georgia Chapter | |
|    President | 1997-1998 |
| American Industrial Hygiene Association | 1985-1986 |
|    Secretary, Georgia Local Section | |
| Environmental Information Association | 1992-1993 |
|    Treasurer | |
| National Asbestos Council | |
|    Board of Directors | 1984-1986, 1988-1991 |
|    Secretary | 1982-1983 |
|    Treasurer | 1986-1987 |

## *Committees*

| | |
|---|---:|
| American Industrial Hygiene Association | |
|    Air Pollution Committee | 1983-1984 |
|    Asbestos Task Force | 1985 |
|    Indoor Environmental Quality Committee | 1984-1986 |
|       Chair | 1985-1986 |
|       Member/Corresponding member | 1992-Present |
|       Chair, Regulatory Affairs Subcommittee | 1995-1998 |
|    Policy, Standards & Guidelines Committee | 1998-2005 |
|       Secretary, Vice Chair | 2002-2003 |
|       Chair, Past Chair | 2004-2005 |
|    *AIHA Journal* Peer Reviewer (as requested) | |
| International Council for Building Research Studies and Documentation | |
|    Task Group for Dissemination of Indoor Air Sciences | 1998-Present |
| National Asbestos Council | |
|    Sampling and Analytical Committee | 1984-1986 |
|    Professional Registration Committee | 1988-1990 |
|    Publications Committee | 1983-1990 |
|    Conference Committee, Chair of Professional Development Courses | 1989-1990 |
|       San Antonio and Phoenix Conferences | |
| National Institute for Building Sciences | |
|    Asbestos Task Force | 1985-1988 |
|    Model Specifications Peer Review Committee (asbestos) | 1988-1992, 1994-1996 |

William M. Ewing, CIH
Page 4

| | |
|---|---|
| Lead Based Paint Model O&M Manual Project Reviewer | 1994 |
| **U.S. Environmental Protection Agency (USEPA)** | |
|    Asbestos NESHAP External Advisory Committee | 1985-1986 |
|    Evaluation of Asbestos Control Technologies (Peer Review) | 1985-1987 |
|    AHERA Regulatory Negotiation Committee, Invited Technical Advisor | 1987 |
|    Policy Dialogue on Asbestos in Public and Commercial Buildings, Co-chair of Technical Working Group | 1989-1990 |
|    Asbestos Strategies Blue Ribbon Committee | 2002-2003 |
| **Publication Peer Review (USEPA)** | |
|    "Measuring Airborne Asbestos Following An Abatement Action" Publication No. EPA 600/4-85-049 (November 1985) | 1984-1985 |
|    "Guidelines for Conducting the AHERA Clearance Test to Determine Completion of an Asbestos Abatement Project" (1989) | 1987-1988 |
|    "Guidance for Preventing Asbestos Disease Among Auto Mechanics," Publication No. EPA-560-OPTS-86-002 (June 1986) | 1985-1986 |
|    "Interim Procedures and Practices for Asbestos Abatement Projects," Publication No. EPA 560/1-85-002 (June 1985) | 1984-1985 |
| **National Institute for Occupational Safety and Health (NIOSH)** | |
| Publication Peer Review | |
|    "A Guide to Respiratory Protection for the Asbestos Abatement Industry," Publication No. NIOSH/EPA 560-OPTS-86-001 (September 1986) | 1985-1986 |
|    "An Evaluation of Glove Bag Containment in Asbestos Removal," Publication No. DHHS(NIOSH) 90-119 (October 1990) | 1987-1988 |
| **Department of the Navy, Naval Facilities Engineering Command** | |
| Publication Peer Review | |
|    "Removal and Disposal of Asbestos Materials," NAVFAC Guide Specification NFGS-02080 (May 1985) | 1985 |
| *Asbestos Monitor* | |
|    Editorial Review Board | 1988-1993 |
| City of New York, Department of Environmental Protection (NYC/EPD) | 1987-1988 |
|    Expert Advisory Board | |
| **American Society for Testing and Materials (ASTM)** | |
|    D22 Committee on Sampling and Analysis of Atmospheres | 1992-Present |
|       D22.07 Asbestos | 1992-Present |
|    E-6 Performance of Buildings | |
|       Subcommittee 23, Lead Hazard Abatement | 1994-Present |
| Health Effects Institute (HEI) | 1988-1989 |
|    Research Advisory Committee | |
| **Environmental Information Association (EIA)** | 1992-Present |
|    Editorial Review Board (Peer Reviewer) | 1992-1998 |
|    Asbestos Committee (Co-Chair) | 1998-2000 |
| Building Owners and Managers Association (Asbestos Committee) | 1987-1989 |

US Army Corps of Engineers, Facilities Engineering Support Agency       1984-1985
Publication Peer Review
   "Asbestos Management and Control Handbook," TRADOC, Ft. Monroe, VA

*Papers and Formal Presentations*

"Formaldehyde Testing in New and Occupied Mobile Homes," paper presented at the University of Texas, Austin, TX, February 1982.

"Air Sampling at 52 Asbestos Abatement Projects," paper presented at the American Industrial Hygiene Conference, Philadelphia, PA, May 1983.

"Use of Chloride-Containing Aerosol for Source Recognition During an Indoor Air Quality Contamination," with W.H. Spain, A.A. Block, and W.A. Orenstein; paper presented at the American Industrial Hygiene Conference, Detroit, MI, May 1984.

"Health Issues and Legal Aspects of Asbestos Exposure in Buildings," Strategic Planning for Cogeneration and Energy Management: Proceedings of the 8th World Energy Engineering Congress, Atlanta, GA, with E. Clay and W.H. Spain, 1985.

"Determining Emissions from Negative Air Machines During Asbestos Abatement Projects," with E. Clay W.H. Spain and J. Hubbard, paper presented at the 1985 American Industrial Hygiene Conference, Las Vegas, NV, May 1985.

"Field Testing of High Efficiency Respirator Filters Against Airborne Asbestos Fibers," with E. Clay, W.H. Spain, and J. Hubbard, paper presented at the 1985 American Industrial Hygiene Conference, Las Vegas, NV, May 1985.

"Asbestos Abatement Disposal Techniques and Airborne Exposures for Contractor Personnel," with W.H. Spain and E. Clay, paper presented at the 1985 American Industrial Hygiene Conference, Las Vegas, NV, May 1985.

"Asbestos Policy During the Carter Administration," paper presented at the Jimmy Carter Presidential Library, Atlanta, GA, May 1987.

"Asbestos Exposure During and Following Cable Installation in the Vicinity of Fireproofing," with J. Chesson, T. Dawson, et al., paper presented at the 1991 American Industrial Hygiene Conference, Salt Lake City, UT, May 1991.

"An Investigation of Airborne Asbestos Concentrations During Custodial and Maintenance Activities in a Boiler Room," with E. Ewing, S. Hays, et al., paper presented at the 1992 American Industrial Hygiene Conference, Boston, MA, June 1992.

"An Equation to Express the Decay of Airborne Chrysotile Concentrations," with J. Millette and D. Keyes, poster paper presented at the Health Effects Institute - Asbestos Research Operations and Maintenance Workshop, Cambridge, MA, March 1993.

"Baseline Studies of Asbestos Exposure During O&M Activities," with D. Keyes, S. Hays, et al., paper presented at the Health Effects Institute - Asbestos Research Operations and Maintenance Workshop, Cambridge, MA, March 1993.

"Observations of Fiber Release From Asbestos-Containing Floor Tile," with T.A. Dawson, J.R. Millette, presented at the American Industrial Hygiene Conference, San Diego, CA, June 2002.

William M. Ewing, CIH
Page 6

"Libby...A Historical Perspective," ASTM 2002 Johnson Conference, Johnson State College, Johnson, VT, July 21-25, 2002

"Asbestos in Settled Dust Concentrations Outdoors in New York City Before September 11, 2001," ASTM 2002 Johnson Conference, Johnson State College, Johnson, VT, July 21-25, 2002

*Publications*

Ewing, W.M., "Clearance Sampling and the Fiber Counting Method," *National Asbestos Council Newsletter*, Vol. 1, No. 2 (June 1983).

Ewing, W.M. and W.H. Spain, "Getting to the Very Fiber of Industrial Asbestos Removal," *Occupational Health and Safety*, Vol. 53, No. 6 (June 1984).

Spain, W.H., W.M. Ewing, and E.M. Clay, "Knowledge of Causes, Controls and Prevention of Heat Stress," *Occupational Health and Safety*, Vol. 54, No. 4 (April 1985).

Ewing, W.M., et al., "Alternatives to Asbestos-Containing Products," *Occupational Health and Safety*, Vol. 54, No. 5 (May 1985).

Clay, E.M., W.H. Spain, and W.M. Ewing, "Health and Safety Needs Detailed in New Asbestos Abatement Survey," *Occupational Health and Safety*, Vol. 54, No. 8 (August 1985).

Block, A.B., W.A. Orenstein, W.M. Ewing, et al., "Measles Outbreak in a Pediatric Practice: Airborne Transmission in an Office Setting," *Pediatrics*, Vol. 75, No. 4 (April 1985).

Clay, E.M., M. Demyanek, W.M. Ewing, and W.H. Spain, "Protective Clothing: Its Necessity and Use," *National Asbestos Council Journal*, Vol. 2, No. 2 (1985).

Ewing, W.M., "History, Implementation and Evaluation of the Asbestos School Hazard Detection and Control Act of 1980," *National Asbestos Council Journal*, Vol. 4, No. 2 (1986).

Spain, W.H., E.M. Clay, W.M. Ewing, and M. Demyanek, "Protective Clothing, A Worthwhile Precaution for Asbestos Workers," *Occupational Health and Safety*, Vol. 55, No. 8 (August 1986).

Ewing, W.M. and D.W. Mayer, "Final AHERA Regulations Released by the EPA," *National Asbestos Council Journal*, Vol. 5, No. 4 (1987).

Ewing, W.M. and D.W. Mayer, "Under Final AHERA Rule, Schools Must Inspect For, Control Asbestos," *Occupational Health and Safety News Digest*, Vol. 4, No. 1 (January 1988).

Spain, W.H., E.M. Clay, and W.M. Ewing, "Special Problems with Respirators for Asbestos Abatement," *ECON*, Vol. 3, No. 9 (September 1988).

Clay, E.M., W.H. Spain, and W.M. Ewing, "Local and State Regulations Becoming More Specific for Glovebag Procedures," *Asbestos Issues* (September 1988).

Spain, W.H., W.M. Ewing, and N.P. Wickware, "Asbestos Floor Tile Removal," *Asbestos Issues*, Vol. 2, No. 9 (September 1989).

Hutton, M.D., W.W. Stead, G.M. Cauthen, A.B. Block, and W.M. Ewing, "Nosocomial Transmission of Tuberculosis Associated With a Draining Abscess," *Journal of Infectious Disease*, Vol 161 (February 1990).

Millette, J.R., W.M. Ewing, and R. Brown, "Stepping on Asbestos Debris," *Microscope*, Vol. 38, pp. 321-326 (1990).

William M. Ewing, CIH
Page 7

Millette, J.R., R. Brown, and W.M. Ewing, "A Close Examination of Asbestos-Containing Debris," *National Asbestos Council Journal*, pp. 38-40 (Fall 1990).

Keyes, D.L., J. Chesson, W.M. Ewing, et al., "Exposure to Airborne Asbestos Associated with Simulated Cable Installation Above A Suspended Ceiling," American Industrial Hygiene Association Journal, Vol. 52 (November 1991).

Keyes, D.L., J. Chesson, S.M. Hays, R.L. Hatfield, W.M. Ewing, et al., "Re-entrainment of Asbestos From Dust in a Building with Acoustical Plaster," *Environmental Choices Technical Supplement*, Vol 1, No. 1 (1992).

Ewing, W.M., J. Chesson, T. Dawson, et al., "Asbestos Exposure During and Following Cable Installation In the Vicinity of Fireproofing," *Environmental Choices Technical Supplement*, Vol. 2, No. 1 (1993).

Ewing, W.M., "ASTM Sponsors Boulder Conference on Lead," *Environmental Choices*, Vol. 2, No. 5 (1993).

Keyes, D.L., W.M. Ewing, et al., "Baseline Studies of Asbestos Exposure During Operations and Maintenance Activities," *Appl. Occup. Environ. Hyg.*, Vol 9, No. 11 (1994).

Ewing, W.M., T.A. Dawson, G.P. Alber, "Observations of Settled Asbestos Dust in Buildings," *EIA Technical Journal*, Vol. 4, No. 1 (July 1996).

Ewing, W.M., et al., *Georgia Building Authority Indoor Air Quality Manual*, Georgia Building Authority, Atlanta, GA (May 1997).

Ewing, W.M., "Further Observations of Settled Asbestos Dust in Buildings," in *Advances in Environmental Measurements for Asbestos* by M.E. Beard and H. L. Rook (Editors) ASTM Publication STP 1342, West Conshohocken, PA (1999), pp. 323-332.

Ewing, W.M., et al., *Lead Hazard Evaluation and Control in Buildings*, ISBN 0-8031-2086-9, ASTM Stock Number MNL38, ASTM, West Conshohocken, PA (2000)

Millette, J.R., et al., "Examination of Asbestos Floor Tile by White Light Interference Microscopy and Scanning Electron Microscopy, *Microscope*, Vol. 50, No. 4 (2002) pp. 173-177.

Harris, M.K., et al., "Manganese Exposures During Shielded Metal Arc Welding (SMAW) in an Enclosed Space," *J. Occup. And Environ. Hyg.*, Vol. 2 (2005) pp. 375-382.

Ewing, W.M. and M.K. Harris, "Manganese and Welding Fume," *The Academy of Industrial Hygiene Diplomate*, Vol. 5, No. 2 (2005).

*Book Reviews*

Thomas, J.D.R. (editor), Ion-Selective Reviews (Vol. 1, No. 1), *American Industrial Hygiene Association Journal*, Vol. 42, No.4 (April 1981).

National Council on Radiation Protection and Measurements, Quantitative Risk in Standard Setting, *American Industrial Hygiene Association Journal*, Vol. 43, No. 2 (February 1982).

State Planning Council (Washington, DC), The Interim Report of the State Planning Council on Radioactive Waste Management, *American Industrial Hygiene Association Journal*, Vol. 43, No. 1 (January 1982).

William M. Ewing, CIH
Page 8

American Conference of Governmental Industrial Hygienists, <u>Advances in Air Sampling</u>, *American Industrial Hygiene Association Journal*, Vol. 50, No. 5 (May 1989).

Revised December 1, 2005

# TRIAL LIST FOR
# WILLIAM M. EWING, CIH
# 2002-2007

| DATE | CASE NAME | JURISDICTION | CASE NUMBER |
|---|---|---|---|
| 2002 | Marvin Boede, et al. v. Wisconsin Electric Power Company, et al. | Milwaukee County Circuit Court, WI | 98-CV-006561 |
| 2002 | In RE: Asbestos Personal Injury Litigation – West Virginia | Circuit Court of Kanawha County, WV | 01-C-9002 |
| 2002 | Billy Joe Engle, et al. v. Bechtel Corp., et al. | Circuit Court of Madison County, IL | 00 L 1120 |
| 2003 | Dorothy Turner, et al. v. ABB Lummus Global Inc., et al. | Circuit Court of Lawrence County, IL | 2000-L-16 |
| 2003 | Paula A. Kubik v. John Crane, Inc., et al. | Court of Common Pleas, Trumbell County, OH | 2001CV1319 |
| 2003 | Board of Education of Detroit v. The Celotex Co., et al. | Circuit Court of Wayne County, MI | 84-429634 NP |
| 2003 | Gina Neimeier, et al. v. A.C. and S., et al. | San Francisco Superior Court | CGC 02-410294 |
| 2003 | Steven J. Lukac v. John Crane, Inc. | Court of Common Pleas, Trumbell County, OH | 01-CV-1318 |
| 2003 | Phillip Hoeffer, Jr. v. A.W. Chesterton Co., et al. | San Francisco Superior Court | No. 413073 |
| 2004 | Sally Louise Nolan, et al. v. John Crane, et al. | U.S. Circuit Court, Vermilion County, IL | 01-L-117 |
| 2004 | Georgia Carol Davis, et al. v. Garlock, Inc., et al. | 113th Judicial District Court, Harris County, TX | 2002-28497 |
| 2004 | Eric Peoples and Cassandra Peoples v. International Flavors and Fragrances, Inc., et al. | Jasper County Circuit Court, Jasper, MO | 01CV683025-07 |
| 2004 | Linda Redman v. International Flavors and Fragrances, Inc., et al. | Jasper County Circuit Court, Jasper, MO | 01CV683025 |
| 2004 | Marcella J. DeJohn v. Westinghouse and Commonwealth Edison of Illinois | Circuit Court of Cook County, Illinois | 98 L 13222 |
| 2004 | Ernst R. Kruger & Brigitte Kruger v. A.C. & S., Inc., et al. | San Francisco Superior Court | CGC 03-427234 |
| 2004 | James G. Barone, et al. v. John Crane, Inc., et al. | Court of Common Pleas Trumbull County, OH | 2003 CV 473 |
| 2005 | Ronald Presler and Patsy Presler vs. The Lincoln Electric Co., et al. | Brazoria County, TX District Court | 23472-BH03 |
| 2005 | Anthony Cadlo and Maxlyn Cadlo vs. Asbestos Defendants (BHC) | San Francisco Superior Court | No. 412325 |
| 2005 | Clyde W. Townsend, et al. V. Eastern Chemical Waste Systems, et al. | Platte County, MO Circuit Court | 0694 CC01865 |
| 2006 | Arnold Norris, et al. v. Sprinkmann Sons Corp., et al. | Milwaukee County Circuit Court | 05-CV-009475 |

Updated January 9, 2006

# DEPOSITION LIST FOR
# WILLIAM M. EWING, CIH
# 2002-2007

| DATE | CASE NAME | JURISDICTION | CASE NUMBER |
|------|-----------|--------------|-------------|
| 2002 | In RE: Asbestos Personal Injury Litigation – West Virginia | Circuit Court of Kanawha County, WV | 01-C-9002 |
| 2002 | State of Illinois v. United States Gypsum, et al. | Circuit Court of Sangamon County, IL | 98-L-0061 |
| 2002 | Several personal injury (mesothelioma) cases | Superior Court, County of San Francisco, CA | Not known |
| 2002 | Armstrong Bankruptcy (Illinois, LAUSD) | Federal Bankruptcy Court, Delaware | Not known |
| 2002 | Lucy Choate v. ? (personal injury) | New Orleans, LA | Not known |
| 2002 | Jax Carroll, et al. v. A.C. and S., et al. | San Francisco Superior Court | CGC 02-409643 |
| 2002 | Paula A. Kubik v. John Crane, Inc., et al. | Court of Common Pleas, Trumbell County, OH | 2001CV1319 |
| 2002 | Dorothy Turner, et al. v. ABB Lummus Global Inc., et al. | Circuit Court of Lawrence County, IL | 2000-L-16 |
| 2002 | Dorothy Coffie v. SCAPA, Inc. | State Board of Workers' Compensation (GA) | Claim No. 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 |
| 2002 | John H. Olson, et al., v. A.C. and S., et al. | San Francisco Superior Court | CGC 02-408324 |
| 2002 | Martin Mullis, et al. v. A.C. and S., et al. | San Francisco Superior Court | CGC 02-408747 |
| 2002 | Patrick A. Engle, et al. v. A.P. Green Industries, Inc., et al. | Circuit Court of Madison County, IL | 00L1120 |
| 2002 | Paul Coen, et al. v. Combustion Engineering, Inc., et al. | Circuit Court of Milwaukee County, WI | 01-CV-8218 |
| 2002 | Richard Halama v. Wisconsin Electric Power Company, et al. | Circuit Court of Milwaukee County, WI | 02CV001033 |
| 2003 | Forbes, et al. v. ? (asbestos personal injury) | California, San Francisco (?) | ? |
| 2003 | Gina Neimeier, et al. v. A.C. and S., et al. | San Francisco Superior Court | CGC 02-410294 |
| 2003 | Board of Education of Detroit v. The Celotex Co., et al. | Circuit Court of Wayne County, MI | 84-429634 NP |
| 2003 | D'Arcy Richardson, et al. v. A.W. Chesterton, Inc., et al. | San Francisco Superior Court | 411448 |
| 2003 | Gary L. Koontz, et al., v. A. W. Chesterton, et al. | Marion County, IN Superior Court | 49D02-9601-MI-001-688 |
| 2003 | Diedrich v. A.P. Green Industries, Inc., et al. | San Francisco Superior Court | ? |
| 2003 | Gaither vs. A.P. Green Green Industries, Inc., et al | San Francisco Superior Court | ? |
| 2003 | Hilda Adams, et al. vs. Combustion Engineering, et al. | Milwaukee County Circuit Court | 02-CV-001033 |
| 2003 | W.R. Grace & Co. ZAI Science Trial | Federal Bankruptcy Court, Delaware | Not Known |
| 2003 | Mary Lou Chalmers, et al. v. Industrial Insulations, Inc., et al. | Circuit Court of Jackson County, Independence, Missouri | 01CV224624 |
| 2003 | Davis & Robinson v. Garlock, Inc., et al. | Harris County, TX District Court | 2002-28497 |
| 2003 | Ferry, et al. v. Constar, et al. | Orange County, FL Circuit Court | CI0-01-216 |
| 2003 | Phillip Hoeffer, Jr. v. A.W. Chesterton Co., et al. | San Francisco Superior Court | No. 413073 |

| 2003 | Adams, et al. v. A. W. Chesterton, et al. | Little River County Arkansas Circuit Court | CIV-2000-32 |
|---|---|---|---|
| 2003 | Asbestos Personal Injury Litigation | Kanawha County, WV Circuit Court | 02-C-9004 |
| 2003 | Linda Zylka, et al. v. Wisconsin Electric Power Co., et al. | Milwaukee County Circuit Court | No. 01-CV-010261 |
| 2003 | Stephen Hill, et al. v. A. C. & S., et al. | District Court of Harison County Texas | No. 01-0076 |
| 2003 | Sally Louise Nolan, et al. v. John Crane, et al. | U.S. Circuit Court, Vermilion County, IL | 01-L-117 |
| 2003 | Marcella J. DeJohn v. Westinghouse and Commonwealth Edison of Illinois | Circuit Court of Cook County, Illinois | 98-L-13222 |
| 2004 | Mary Harris and Cal Harris v. Alta Building Material Co., et al. | San Francisco Superior Court | COC-03-423593 |
| 2004 | Eric Peoples and Cassandra Peoples v. International Flavors and Fragrances, Inc., et al. | Jasper County Circuit Court, Jasper, MO | 01CV683025-07 |
| 2004 | Ferry, et al. v. Constar, Inc., et al. | Circuit Court of Orange County, FL | C10-01-216 |
| 2004 | Ronald Presler, et al. v. The Lincoln Electric Co., et al. | 23rd Judicial District Court of Brazoria County, TX | 23472 BH 03 |
| 2004 | Joseph R. Thompson v. Welco Manufacturing Co., et al. | Jackson County Circuit Court, Kansas City, MO | 01-CV-217891 |
| 2004 | Betty Pollman, et al. v. Sprinkman & Sons of Illinois, et al. | 5th Judicial Circuit Court, Vermilion County, IL | 01 L 146 |
| 2004 | Jerrold Braley v. Rapid American Corp., et al. | Travis County District Court, TX | GN-203572 |
| 2004 | Ernst and Brigitte Kruger v. A. C. and S., Inc., et al. | San Francisco Superior Court | CGC 03-427234 |
| 2004 | Norma Nevels, et al. v. A.W. Chesterton, Inc., et al. | Jackson County Circuit Court, Kansas City, MO | 03-CV-209171 |
| 2004 | Steven J. Lukac v. GATX Corp., et al. and Paula A. Kubic v. GATX., et al. | US District Court for the Northern District of Ohio, Eastern Division | 1:01CV20000 1:01CV20001 |
| 2004 | Anthony Cadlo vs. Asbestos Defendants (BHC) | San Francisco Superior Court | No. 412325 |
| 2004 | Thomas Crean, et al. v. A.C. and S., Inc., et al. | San Francisco Superior Court | ? |
| 2004 | Bradley Folse and Jeannie Folse v. Transocean, Inc., et al. | Civil District Court, Parish of Orleans, LA | No. 03-10602, Division C |
| 2004 | Mary Brown v. A.C. and S., Inc., et al. | Oklahoma City District Court, OK | CJ-2001-10009-63 |
| 2004 | James G. Barone, et al., v. John Crane, Inc., et al. | Court of Common Pleas Trumbull County, OH | 2003 CV 473 |
| 2004 | James Benjamin Elder and Charlotte Ann Elder vs. General Electric Co., et al. | Circuit Court of Kanawha County, WV | 03-C-9600 |
| 2005 | Charles E. Thornton and Mary M. Thornton vs. General Electric Co., et al. | Circuit Court of Kanawha County, WV | 03-C-9600 |
| 2005 | Jacqueline Hoover, et al., v. A.C. and S., et al. | San Francisco Superior Court | CGC 02-414652 |
| 2005 | Arita Cullison, et al., v. A.W. Chesterton Co., et al. | Travis County, TX District Court | |
| 2005 | Robert M. Johnson, et al., v. Daimler Chrysler Corp., et al. | Jackson County, MO Circuit Court | 04CV219314 |
| 2005 | Dorothy Randall v. Allied Manufacturing Co., et al. | Jackson County, MO Circuit Court | 03CV229165 |
| 2005 | Multidistrict Litigation v. Lincoln Electric Co., et al. | Cleveland, OH Federal Court | |
| 2005 | Robert Pozarski & Cleo Pazarski v. Bird, Inc., et al. | Eau Claire County, WI Circuit Court | 03-CV-778 |

| 2005 | In Re: Asbestos Personal Injury Litigation (May 2005 Trial Group) | Kanawha County, WV Circuit Court | 03-C-9600 |
|---|---|---|---|
| 2005 | Clyde W. Townsend, et ux. V. Eastern Chemical Waste Systems, et al. | Platte County, MO Circuit Court | 0694 CC01865 |
| 2005 | Oliver E. Dodson, Jr., et al. v. ACF Industries, Inc., et al. | Jackson County, MO Circuit Court | 0516CV09978 |
| 2006 | In Re: Asbestos Personal Injury Litigation (January 2006 Trial Group) | Kanawha County, WV Circuit Court | 03-C-9600 |
| 2006 | Gennaro Manfredi, Jr., et al., v. Bondex International, Inc., et al. | Jackson County, MO Circuit Court | 04CV225886 |
| 2006 | John Pisani and Marcella Pisani v. AC and S, Inc., et al. | Alameda County Superior Court | RG 04141585 |
| 2006 | Clair Miller and Pauline Miller v. A.C. and S, Inc., et al. | San Francisco Superior Court | CGC-05-444903 |
| 2006 | Lawrence Campbell and Martha Campbell v. Alta Building Material Co., et al. | San Francisco Superior Court | CGC-05-445030 |
| 2006 | Dewey Hodson, et al. v. Insulation, Inc., et al. | Tulsa County District Court | CJ-2004-07511 |
| 2006 | In Re: Asbestos Personal Injury Litigation (May 2006 Trial Group) | Kanawha County, WV Circuit Court | CV03C9600, et al. |
| 2006 | Joseph and Martha Kadivnik v. A.W. Chesterton company, et al. | Marion County, IN Superior Court | 49D02-9801-MI-0001-304 |
| 2006 | E. June Clark and James Clark v. ABB, Inc., et al. | Marion County, IN Superior Court | 49D02-9601-MI-001-798 |
| 2006 | Henry A. Antczak and Martha M. Antczak v. Certainteed Corp., et al. | Milwaukee County Circuit Court | 04-CV-6814 |
| 2006 | Arnold Norris, et al. v. Sprinkmann Sons Corp., et al. | Milwaukee County Circuit Court | 05-CV-009475 |
| 2006 | Imelda Druke, et al., v. American Standard, Inc., et al. | Milwaukee County Circuit Court | 04-CV-762 |
| 2006 | Kevin Remmes v. International Flavors & Fragrances, Inc., et al. | U.S. District Court, Northern District of Iowa, Western Division | C04-4061-MWB |
| 2006 | Timothy Arthur, et al. v. International Flavors & Fragrances, Inc., et al. | Court of Common Pleas Hamilton County, OH | A0307157 |
| 2006 | In Re: Asbestos Personal Injury Litigation (Sept. 2006 Trial Group) | Kanawha County, WV Circuit Court | CV03C9600 |
| 2006 | Forrest F. Christian, et al., v. Albany International Corporation, et al. | Superior Court, King County, WA | 06-2-02421-4 SEA |
| 2006 | Christopher Pounds and Teresa Pounds v. A.W. Chesterton, Inc., et al. | San Francisco Superior Court | 447748 |
| 2006 | Joseph Boyd, et al. v. Lincoln Electric Co., et al. | Court of Common Pleas Cuyahoga County, OH | 545413 |
| 2006 | Gene Fittshur, et al. v. Acoustech Supply, Inc., et al. | Milwaukee County Circuit Court | 05-CV-009662 |
| 2006 | Vicki Tatera, et al. v. Union Carbide Corporation, et al. | Milwaukee County Circuit Court | 04-CV-008167 |
| 2006 | Eudelia Longoria Pinedo, et al. v. AC & S, Inc., et al. | San Francisco Superior Court | CGC 04-433247 |
| 2006 | Paul Whitlock, et al. v. A.W. Chesterton, et al. | San Francisco Superior Court | 06-4491213 |
| 2007 | Frances Boyle, et al. v. AC & S, Inc., et al. | San Francisco Superior Court | CGC 02-403988 |

Note: I am certain there are some additional short telephonic depositions not included in the above list. Any depositions not included are regarding a plaintif with mesothelioma where the issue related to past asbestos exposure. No deposition testimony was intentionally excluded from the above list. – W.M. Ewing    Updated January 9, 2007