**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259



December 14, 2006

Alan Runyan
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC  29924

RE:  100 Pine Street

Dear Mr. Runyan:

Enclosed are our dust sample analyses for the above referenced project.  The samples were
analyzed in June of 2000 and were sent to us by Mr. William Ewing.

The report is enclosed but briefly our results are as follows:

| Sample # | Sample ID | Asbestos Concentration |
|----------|-----------|------------------------|
| M23916-1 | D-01 | 84.6 million st /sq.ft. |
| M23916-2 | D-02 | 2.8 billion st /sq.ft |
| M23916-3 | D-03 (blank) | Non-detected |

If you have any questions about this report, please do not hesitate to give me a call.

Sincerely,

William E. Longo, Ph.D.
President

WEL/kc

# TEM DUST ANALYSIS    M23916    001

**Speights & Runyan**
**100 Pine Street**

Client Sample ID:    D-01

| | | | | |
|---|---|---|---|---|
| Sample Area/ Volume: | 100 cm2 | | Date Analyzed: | 6/28/2000 |
| Filter Type: | MCE 47mm | | Analyst: | Al Harmon |
| Pore size: | 0.45 | | Scope Number: | 2 |
| Effective Filter Area: | 1297 | | Accelerating Voltage: | 100 KV |
| Sample type: | Dust | | Indicated Mag: | 25 KX |
| Analysis type: | Dust | | Screen Mag: | 20 KX |
| Grid Acceptance | YES    8 % | | Grid_box: | 5780 |

| | | | | |
|---|---|---|---|---|
| Str < 5um: | 15 | Number of grids: 2   #1: 114   #3: 113 | Average Grid Size: | 0.012826 |
| Str ≥ 5um: | 12 | Number of openings: 10   #2: 114   #4: 112 | Total Area Analyzed: | 0.128 |
| Total Str: | 27 | | | |

| Volume Filtered | 3 ml | Str / sqr ft | 8.455E+07 | Str / cm2 | 8.455E+05 |
|---|---|---|---|---|---|
| Dilution Factor | 33 | Str / sqr ft >=5 | 3.758E+07 | Str / cm2 >=5 | 4.045E+04 |

| Str# | Grid ID | Serp | Other Structure | Structure | Length | Width | Morph | SAED | EDS | Photo | Sketch |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B6-F7 | C | | F | 6.00 | 0.04 | X | X | ☑ | ☐ | ☐ |
| 2 | D8 | C | | F | 2.00 | 0.04 | X | X | ☑ | ☐ | ☐ |
| 3 | D8 | C | | F | 1.00 | 0.04 | X | X | ☑ | ☐ | ☐ |
| 4 | D8 | C | | C-F | 2.00 | 0.04 | X | X | ☑ | ☐ | ☐ |
| 5 | B7 | C | | M-F | 2.00 | 0.04 | X | X | ☐ | ☐ | ☐ |
| 6 | B7 | C | | M-F | 1.00 | 0.04 | X | X | ☑ | ☐ | ☐ |
| 7 | B7 | C | | F | 7.00 | 0.04 | X | X | ☑ | ☐ | ☐ |
| 8 | C5 | C | | F | 6.00 | 0.04 | X | X | ☑ | ☐ | ☐ |
| 9 | C5 | C | | M-F | 1.00 | 0.04 | X | X | ☑ | ☐ | ☐ |
| 10 | C5 | C | | F | 4.00 | 0.04 | X | X | ☑ | ☐ | ☐ |
| 11 | C5 | C | | F | 8.00 | 0.04 | X | X | ☑ | ☐ | ☐ |
| 12 | F3 | C | | F | 6.00 | 0.04 | X | X | ☑ | ☐ | ☐ |

C - Chrysotile          NSD - No Structure Detected
TR - Tremolite          F - Fiber
CR - Crocidolite        B - Bundle
AN - Anthophyllite      M - Matrix
AC - Actinolite         C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | F3 | C | C-F | 1.00 | 0.04 | X | X | | | |
| | | | | | | | | ☒ | ☐ | ☐ |
| 14 | A6-D2 | C | F | 12.00 | 0.04 | X | X | | | |
| | | | | | | | | ☒ | ☐ | ☐ |
| 15 | D2 | C | B | 23.00 | 0.15 | X | X | | | |
| | | | | | | | | ☒ | ☐ | ☐ |
| 16 | D2 | C | M-B | 3.00 | 0.20 | X | X | | | |
| | | | | | | | | ☒ | ☐ | ☐ |
| 17 | D2 | C | F | 8.00 | 0.04 | X | X | | | |
| | | | | | | | | ☒ | ☐ | ☐ |
| 18 | G4 | C | F | 4.00 | 0.04 | X | X | | | |
| | | | | | | | | ☒ | ☐ | ☐ |
| 19 | G4 | C | M-F | 3.00 | 0.04 | X | X | | | |
| | | | | | | | | ☒ | ☐ | ☐ |
| 20 | G4 | C | F | 3.00 | 0.04 | X | X | | | |
| | | | | | | | | ☒ | ☐ | ☐ |
| 21 | G4 | C | F | 5.00 | 0.04 | X | X | | | |
| | | | | | | | | ☒ | ☐ | ☐ |
| 22 | G4 | C | F | 8.00 | 0.04 | X | X | | | |
| | | | | | | | | ☒ | ☐ | ☐ |
| 23 | H6 | C | F | 2.00 | 0.04 | X | X | | | |
| | | | | | | | | ☒ | ☐ | ☐ |
| 24 | H6 | AM | F | 5.00 | 0.20 | X | X | | | |
| | | | | | | | | ☒ | ☐ | ☐ |
| 25 | H6 | C | F | 8.00 | 0.04 | X | X | | | |
| | | | | | | | | ☒ | ☐ | ☐ |
| 26 | F8 | C | M-B | 2.00 | 0.20 | X | X | | | |
| | | | | | | | | ☒ | ☐ | ☐ |
| 27 | C6 | C | M-B | 2.00 | 0.20 | X | X | | | |
| | | | | | | | | ☒ | ☐ | ☐ |
| | | | | | | | | | M23916 | 001 |

C - Chrysotile      NSD - No Structure Detected
TR - Tremolite      F - Fiber
CR - Crocidolite    B - Bundle
AN - Anthophyllite  M - Matrix
AC - Actinolite     C - Cluster

# TEM DUST ANALYSIS    M23916    002

| Speights & Runyan<br>100 Pine Street | | Client Sample ID: | D-02 |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Sample Area/ Volume: | 100 cm2 | Date Analyzed: | 6/28/2000 | |
| Filter Type: | MCE 47mm | Analyst: | Al Harmon | |
| Pore size: | 0.45 | Scope Number: | 2 | |
| Effective Filter Area: | 1297 | Accelerating Voltage: | 100 | KV |
| Sample type: | Dust | Indicated Mag: | 25 | KX |
| Analysis type: | Dust | Screen Mag: | 20 | KX |
| Grid Acceptance | YES | 6 % | Grid_box: | 5780 |

| Str < 5um: | 25 | Number of grids: | 2 | #1: 113 | #3: 112 | Average Grid Size: | 0.012769 |
|---|---|---|---|---|---|---|---|
| Str ≥ 5um: | 5 | Number of openings: | 10 | #2: 113 | #4: 114 | Total Area Analyzed: | 0.128 |
| Total Str: | 30 | | | | | | |

| | | |
|---|---|---|
| Volume Filtered | 0.1 ml | |
| Dilution Factor | 1E+ | |

| | Str / sqr ft | 2.831E+09 | | Str / cm2 | 2.831E+07 |
|---|---|---|---|---|---|
| | Str / sqr ft >=5 | 4.718E+08 | | Str / cm2 >=5 | 5.079E+05 |

| Str# | Grid ID | Serp | Other | Structure | Length | Width | Morph | SAED | EDS | Photo | Sketch |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C1-D7 | C | | M-F | 3.00 | 0.04 | X | X | ▨ | ☐ | ☐ |
| 2 | D7 | C | | F | 10.00 | 0.04 | X | X | ▨ | ☐ | ☐ |
| 3 | D7 | C | | F | 2.00 | 0.04 | X | X | ▨ | ☐ | ☐ |
| 4 | D7 | C | | F | 3.00 | 0.05 | X | X | ▨ | ☐ | ☐ |
| 5 | G9 | C | | M-F | 2.00 | 0.04 | X | X | ▨ | ☐ | ☐ |
| 6 | I6 | C | | F | 3.00 | 0.04 | X | X | ▨ | ☐ | ☐ |
| 7 | I6 | C | | F | 4.00 | 0.04 | X | X | ▨ | ☐ | ☐ |
| 8 | I6 | C | | F | 1.00 | 0.03 | X | X | ▨ | ☐ | ☐ |
| 9 | G4 | C | | M-B | 4.00 | 0.20 | X | X | ▨ | ☐ | ☐ |
| 10 | E3 | C | | F | 6.00 | 0.04 | X | X | ▨ | ☐ | ☐ |
| 11 | E3 | C | | M-F | 3.00 | 0.04 | X | X | ▨ | ☐ | ☐ |
| 12 | D1-D2 | C | | F | 2.00 | 0.04 | X | X | ▨ | ☐ | ☐ |

C - Chrysotile    NSD - No Structure Detected
TR - Tremolite    F - Fiber
CR - Crocidolite    B - Bundle
AN - Anthophyllite    M - Matrix
AC - Actinolite    C - Cluster

| Str#: | SquareID: | Type: | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|-------|-----------|-------|------------|--------|-------|--------|-------|------|--------|---------|
| 13 | D2 | C | F | 2.00 | 0.04 | X | X | ☒ | ☐ | ☐ |
| 14 | D2 | C | F | 6.00 | 0.04 | X | X | ☒ | ☐ | ☐ |
| 15 | D2 | C | F | 3.00 | 0.04 | X | X | ☒ | ☐ | ☐ |
| 16 | B4 | C | F | 2.00 | 0.04 | X | X | ☒ | ☐ | ☐ |
| 17 | B4 | C | F | 3.00 | 0.04 | X | X | ☒ | ☐ | ☐ |
| 18 | B4 | C | F | 4.00 | 0.04 | X | X | ☒ | ☐ | ☐ |
| 19 | B4 | C | F | 3.00 | 0.05 | X | X | ☒ | ☐ | ☐ |
| 20 | E7 | C | F | 1.00 | 0.04 | X | X | ☒ | ☐ | ☐ |
| 21 | E7 | C | M-F | 2.00 | 0.04 | X | X | ☒ | ☐ | ☐ |
| 22 | E7 | C | F | 3.00 | 0.04 | X | X | ☒ | ☐ | ☐ |
| 23 | E7 | C | M-F | 6.00 | 0.04 | X | X | ☒ | ☐ | ☐ |
| 24 | E7 | C | F | 2.00 | 0.04 | X | X | ☒ | ☐ | ☐ |
| 25 | C6 | C | F | 1.00 | 0.04 | X | X | ☒ | ☐ | ☐ |
| 26 | C6 | C | F | 7.00 | 0.04 | X | X | ☒ | ☐ | ☐ |
| 27 | C6 | C | F | 2.00 | 0.04 | X | X | ☒ | ☐ | ☐ |
| 28 | H6 | C | F | 4.00 | 0.05 | X | X | ☒ | ☐ | ☐ |
| 29 | H6 | C | F | 1.00 | 0.03 | X | X | ☒ | ☐ | ☐ |
| 30 | H6 | C | F | 3.00 | 0.04 | X | X | ☒ | ☐ | ☐ |

M23916    002

C - Chrysotile    NSD - No Structure Detected
TR - Tremolite    F - Fiber
CR - Crocidolite    B - Bundle
AN - Anthophyllite    M - Matrix
AC - Actinolite    C - Cluster

# TEM DUST ANALYSIS    M23916   003

| Speights & Runyan 100 Pine Street | | Client Sample ID: | D-03 | |
|---|---|---|---|---|
| Sample Area/ Volume: | **0 cm2** | Date Analyzed: | 6/29/2000 | |
| Filter Type: | MCE 47mm | Analyst: | Al Harmon | |
| Pore size: | 0.45 | Scope Number: | 2 | |
| Effective Filter Area: | 1297 | Accelerating Voltage: | 100 | KV |
| Sample type: | Dust | Indicated Mag: | 25 | KX |
| Analysis type: | Dust | Screen Mag: | 20 | KX |
| Grid Acceptance | 0 % | Grid_box: | 5780 | |

| Str < 5um: | 0 | Number of grids: | 2 | #1: | 111 | #3: | 112 | Average Grid Size: | 0.012600 |
|---|---|---|---|---|---|---|---|---|---|
| Str ≥ 5um: | 0 | Number of openings: | 10 | #2: | 113 | #4: | 113 | Total Area Analyzed: | 0.126 |
| Total Str: | 0 | | | | | | | | |

| Volume Filtered | 30 | ml | | Str / sqr ft | #Error | | Str / cm2 | #Error |
|---|---|---|---|---|---|---|---|---|
| Dilution Factor | 3.3 | | | Str / sqr ft >=5 | 0.000E+00 | | Str / cm2 >=5 | 0.000E+00 |

| Str#: | SquareID: | | Type: | | Structure: | Length | Width | Morph: | SAED: | EDS: | Photo: | Sketch: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Str# | Grid ID | Serp | Other | Structure | Length | Width | | Morph | SAED | EDS | Photo | Sketch |
| | E6-B7 | | | NSD | | | | | | ▨ | ☐ | ☐ |
| | D9 | | | NSD | | | | | | ▨ | ☐ | ☐ |
| | F7 | | | NSD | | | | | | ▨ | ☐ | ☐ |
| | I6 | | | NSD | | | | | | ▨ | ☐ | ☐ |
| | H4 | | | NSD | | | | | | ▨ | ☐ | ☐ |
| | E7-C2 | | | NSD | | | | | | ▨ | ☐ | ☐ |
| | E3 | | | NSD | | | | | | ▨ | ☐ | ☐ |
| | I4 | | | NSD | | | | | | ▨ | ☐ | ☐ |
| | J8 | | | NSD | | | | | | ▨ | ☐ | ☐ |
| | D7 | | | NSD | | | | | | ▨ | ☐ | ☐ |

M23916   003

| | |
|---|---|
| C - Chrysotile | NSD - No Structure Detected |
| TR - Tremolite | F - Fiber |
| CR - Crocidolite | B - Bundle |
| AN - Anthophyllite | M - Matrix |
| AC - Actinolite | C - Cluster |

# QC CONFIRMATION SHEET

## QC Sample

QC Sample  [qc163]  [014]

| Assign QC samples | | |
|---|---|---|
| [M23916] | [000] | [Blank] |

Analyst            [Al Harmon]
Date Analyzed      [10/2/00]
Number Grids       [2]
Grid Openings      [10]
Total Str:         [0]
Dilution_factor:   [0]

### QC OK ☑

## Original Sample

QC Sample     [M23916] [000]
Analysistype:  [Dust]

Analyst            [          ]
Date Analyzed      [    ]
Number Grids       [0]
Grid Openings      [0]
Total Str:         [0]
Dilution_factor:   [0]

# AIRBORNE ASBESTOS ANALYSIS BY TEM

## QUALITY CONTROL REQUEST

SAMPLE NUMBER: M _23916-1_

DATE PROJECT RECEIVED: _6-20-00_

SAMPLE TYPE:

AIR:     AHERA     AH-STYLE     LEVEL II     INDIRECT

**DUST**     WATER     OTHER_____

TYPE OF QC REQUIRED: (circle one)

GSV completed? □

DUPLICATE     **REPLICATE**     GRID SQUARE VERIFICATION*

DUP/REP Grids stored in Grid Box #Q _164_ SLOT _002_

GSV in Grid Box #_____

*Record GSV in the MORPH column, the result in the SAED column and the analyst's initials in the EDS column. Check the gray box when the GSV is completed and return yellow sheet to QA department. If everyone enters GSVs into the computer the same way, there will be no need to make a copy of the analysis sheet.

*Sample Prep Dept:* Please return this form to the QA Manager or Deputy after preparing an air DUP/REP.

If sample is DUST/WATER:     Volume Filtered: _3 ᵒ Q_ ml

Analyst should determine proper dilution for reprep and notify the Sample Prep Dept.

FilID:f:\public\forms\qcreqst.doc

M23916 - 000  
M23918 - 000  } QC 162 / 14  ← assigned AH 7/4/00

M23916 - 002  GSV

# QC CONFIRMATION SHEET

## QC Sample

QC Sample  qc164  002

| Assign QC samples | | |
|---|---|---|
| M23916 | 001 | Rep |

Analyst  Al Harmon

Date Analyzed  9/25/00

Number Grids  2

Grid Openings  10

Total Str:  27

Dilution_factor:  0

**QC OK** ☑

## Original Sample

QC Sample  M23916  001

Analysistype:  Dust

Analyst  Al Harmon

Date Analyzed  6/28/00

Number Grids  2

Grid Openings  10

Total Str:  27

Dilution_factor:  3