IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### AFFIDAVIT OF SERVICE

Tanya Thompson, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski Stang Ziehl Young Jones & Weintraub LLP, in the

above-captioned action, and that on the 16th day of January 2007 she caused a copy of the

following document(s) to be served upon the attached service list(s) in the manner indicated:

**DEBTORS' DESIGNATION OF EXPERT WITNESSES AND EXPERT
REPORTS RELATING TO THE LACK OF HAZARD ISSUES.**

Tanya Thompson

Sworn to and subscribed before
me this 16th day of January, 2007

Notary Public
My Commission Expires: _2-20-08_

**DIANE K. POTTS
NOTARY PUBLIC
STATE OF DELAWARE**
My Commission Expires Feb. 20, 2008

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W. R. Grace Core Group Service List
Case No. 01-1139 (JKF)
Document Number: 27348
07 – Hand Delivery
11 – First Class Mail

(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Richard W. Riley, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

*Hand Delivery*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Mark T. Hurford
Campbell & Levine
800 North King Street, Suite 300
Wilmington, DE 19801

*Hand Delivery*
(Counsel for The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Hand Delivery*
(Equity Committee Counsel)
Teresa K. D. Currier
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

*First Class Mail*
(Counsel to Debtor)
David B. Bernick, P.C.
Janet Baer, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

*First Class Mail*
(W. R. Grace & Co.)
Mark Shelniz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*First Class Mail*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

*First Class Mail*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

*First Class Mail*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131

*First Class Mail*
(Equity Committee Counsel)
Philip Bentley, Esquire
Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*First Class Mail*
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

*First Class Mail*
(Counsel to Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street
Suite 1200
Newark, NJ 07102-3889

*First Class Mail*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

*First Class Mail*
(Counsel to David T. Austern, Future
Claimant's Representative)
Roger Frankel
Richard H. Wyron
Matthew W. Cheney
Orrick Herrington & Sutcliffe LLP
3050 K Street, NW
Washington, DC 20007

*First Class Mail*
(Counsel to David T. Austern, Future
Claimant's Representative)
Phillips, Goldman & Spence, P.A.
John C. Phillips, Jr.
1200 North Broom Street
Wilmington, DE 19806

**PD Claimants Service List**
Case No. 01-01139 (JKF)
Document No. 123010
32 – First Class Mail


**First Class Mail**
P. Brosnahan, Esquire
Pillsbury Winthrop LLP
P.O. Box 7880
San Francisco, CA 94120-7880

**First Class Mail**
Avrum J Rosen, Esquire
38 New St.
Huntington, NY 11743

**First Class Mail**
Robert C McCall, Esquire
Baggett McCall & Burgess
3006 Country Club Rd
Lake Charles, LA 70605

**First Class Mail**
Fred H Sutherland, Esquire
Beard & Sutherland
400 Travis St. Ste. 1610
Shreveport, LA 71101-5564

**First Class Mail**
William L Adams, Esquire
County Of Sonoma Office Of County Counsel
575 Administration Dr Rm 105a
Santa Rosa, CA 95403

**First Class Mail**
Martin Dies, Esquire
Dies & Hile LLP
1601 Rio Grande Suite 330
Austin, TX 78701

**First Class Mail**
Jack A Grant, Esquire
Grant & Barrow
238 Huey P Long Ave.
Gretna, LA 70054

**First Class Mail**
Steven Mandelsberg, Esquire
Christina J. Kang, Esquire
Hahn & Hessen, LLP
488 Madison Avenue
New York, New York 10022

**First Class Mail**
Kenneth F Sills, Esquire
Hammonds & Sills Quad
1111 S. Foster Dr. Ste. C
Baton Rouge, LA 70806

**First Class Mail**
Steven E Crick, Esquire
Humphrey Farrington & Mcclain
221 W. Lexington Suite 400
Independence, MO 64051

**First Class Mail**
Joseph Digiuseppe, Esquire
Law Department
City Of Philadelphia One Parkway
1515 Arch St. 15th Flr.
Philadelphia, PA 19102

**First Class Mail**
Tom Lewis, Esquire
Lewis & Slovak PC
725 3rd Ave North
Great Falls, MT 59403

**First Class Mail**
Anne McGinness Kearse, Esquire
Motley Rice LLC
28 Bridgeside Blvd
Mount Pleasant, SC 29464

**First Class Mail**
William R Wittenberg
6110 Panorama Dr NE
Tacoma, WA 98422

**First Class Mail**
John Michael Belferman
21600 Beallsville Road
Barnesville, MD 20838

**First Class Mail**
Jamie Guevara Shartzer
24172 Zorro Ct
Hayward, CA 94541

**First Class Mail**
Woodbury Place Apartments LTD
3942 Pleasure Hill
San Antonio, TX 78229

**First Class Mail**
Ronald Alan Skarie
7623 W Ryan Rd
Franklin, WI 53132

**First Class Mail**
Kenneth D Smith
1711 Milton Manor Dr
El Cajon, CA 92021

**First Class Mail**
First Presbyterian Church
516 12th Street
Dawson, MN 56232

**First Class Mail**
Clifford M Spingler
1233 Nw 199th Pl
Shoreline, WA 98177

**First Class Mail**
Virginia L Thrasher
3460 Pheasant Ct
Decatur, GA 30034

**First Class Mail**
Fanette L Stewart
621 East 40th Ave
Spokane, WA 99203

**First Class Mail**
Allegheny Center Associates
One And Two Allegheny Center
Pittsburgh, PA 15212

**First Class Mail**
Dale M Johnson
4974 N. Fresno St., Suite 526
Fresno, CA 93726

**First Class Mail**
Steven Davis, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
3 Mill Road, Suite 306A
Wilmington, DE 19806

**First Class Mail**
D. Alexander Barnes, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
1617 John F. Kennedy Blvd.
One Penn Center, 19th Floor
Philadelphia, PA 19103-1895

**First Class Mail**
Edward J Westbrook, Esquire
Richardson Patrick Westbrook & Brickman LLC
1037 Chuck Dawley Blvd. Bldg. A
Mount Pleasant, SC 29464

**First Class Mail**
Craig T Moran, Esquire
Riker Danzig Scherer Hyland & PC
Headquarters Plaza
One Speedwell Ave
Morristown, NJ 07962

**First Class Mail**
Roman Silberfelt, Esquire
Bernice Conn, Esquire
Robins, Kaplan, Miller, Ciresi, LLP
2049 Century Park East #3700
Los Angeles, CA 90067

**First Class Mail**
Richard L Stoper Jr. , Esquire
Rotatori Bender Gragel Stoper & Alexander Co
LPA
800 Leader Bldg
526 Superior Ave E
Cleveland, OH 44114-1498

**First Class Mail**
Daniel A Speights, Esquire
Speights & Runyan
200 Jackson Ave East
Hampton, SC 29924

W. R. Grace Expert Report Special
Service List
Case No. 01-1139 (JKF)
Document Number: 142333
02 – First Class Mail

*First Class Mail*
(Counsel for Reaud, Morgan & Quinn, Inc.
and Environmental Litigation Group, PC)
Sander L. Esserman, Esquire
Robert T. Brousseau, Esquire
Van J. Hooker, Esquire
Stutzman Bromberg, Esserman & Plifka PC
2323 Bryan Street, Suite 2200
Dallas, TX 75201

*First Class mail*
(Counsel for Grace Certain Cancer
Claimants)
Natalie D. Ramsey, Esquire
Leonard A. Busby, Esquire
Montgomery, McCracken, Walker &
Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109