IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No. 01-01139 (JKF) |
| | ) |
| W.R. GRACE & CO., *et al.*,[1] | ) (Jointly Administered) |
| | ) |
| Debtors | ) Re: Docket Nos. 14140 and 14215 |
| | ) |

**COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL REGARDING THE BANKRUPTCY COURT'S ORDER RESOLVING MOTION FOR PARTIAL SUMMARY JUDGMENT, CROSS MOTIONS FOR SUMMARY JUDGMENT, AND SCHEDULING A STATUS CONFERENCE**

The above-captioned debtors and debtors-in-possession (the "Debtors"), by their counsel, pursuant to Federal Rule of Bankruptcy Procedure 8006, in connection with the Appellants' Notice of Appeal (Docket No. 14140, filed on December 22, 2006) of the Bankruptcy Court's Order Resolving motion for Partial Summary Judgment, Cross Motions for Summary Judgment,

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

and Scheduling a Status Conference, entered in these cases on December 14, 2006 (Docket No. 13257) and the Memorandum Opinion relating thereto (Docket No. 14014), set forth this Counter-Designation of Items to be Included in the Record on Appeal.

*A. Case No. 01-01139*          *IN RE: W.R. GRACE & CO., ET AL., DEBTORS*

|    |          |      |                                                                                                         |
|----|----------|------|---------------------------------------------------------------------------------------------------------|
| 1. | 4/2/01   | 6    | W.R. Grace & Co.'s Informational Brief                                                                  |
| 2. | 12/15/01 | 1359 | Status Report of W.R. Grace and Proposal of Priorities for Litigation in This Court                     |
| 3. | 12/15/01 | 1360 | Exhibits 3 and 4 to the Status Report of W.R. Grace and Proposal of Priorities for Litigation in This Court |
| 4. | 11/13/04 | 6899 | Debtors' Motion for Entry of An Order Seeking the Estimation of Asbestos Claims and Certain Related Relief |
| 5. | 12/20/04 | 7250 | Debtors' Supplement to Their Estimation Motion and Request for Related Relief                           |
| 6. | 7/13/05  | 8993 | Debtors' Brief in Support of Entry of Case Management Orders for Asbestos Property Damage Claims        |

*B. Case No. 06-00689*          *OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, ET AL. V. W.R. GRACE & CO. ET AL.*

|    |          |    |                              |
|----|----------|----|------------------------------|
| 7. | 12/28/06 | 19 | Brief of Appellees           |
| 8. | 12/28/06 | 20 | Appendix to Brief of Appellees |

K&E 11578589.1

Dated: January 16, 2007

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Salvatore F. Bianca
200 East Randolph Drive
Chicago, IL 60601
Telephone:   (312) 861-2000
Facsimile:   (312) 861-2200

-and-

PACHULSKI STANG ZIEHL YOUNG
JONES & WEINTRAUB LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill, III (Bar. No.4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:   (302) 652-4100
Facsimile:   (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

3

K&E 11578589.1