IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket Nos. 13406 and 14268 |

**CLAIMANT EPEC REALTY INC.'S
SUBMISSION OF THE SUPPLEMENTAL EXPERT
REBUTTAL REPORTS OF MARTIN BENNETT, MATERIALS
ANALYTICAL SERVICES ("MAS"), KOMMY M. AZARPOUR
AND ENVIRONMENTAL RESOURCE CONSULTANTS ("ERC")
REGARDING THE SCHEDULE FOR THE ADJUDICATION PHASE FOR
LIMITATIONS PERIODS, AS DESCRIBED IN THE 15TH OMNIBUS OBJECTIONS**

In accordance with the Court's Amended Order Setting Various Deadlines Regarding Objections to Asbestos Property Damage Claims, dated October 13, 2006 (D.I. 13406), Claimant EPEC Realty Inc. ("EPEC") hereby submits its Submission of the Supplemental Expert Rebuttal Reports of Martin Bennett, Materials Analytical Services ("MAS"), Kommy M. Azarpour, and Environmental Resource Group ("ERC") Regarding the Schedule for the Adjudication of Limitations Periods, as Described in the 15th Omnibus Objections.

I.

On November 6, 2006, the Claimants represented by the law firm of Dies & Hile, L.L.P. (the "D&H PD Claimants") filed their Preliminary Designation of Fact and Expert Witnesses Regarding the Schedule for the Adjudication of Product Identification and Limitations Periods Issues, as Described in the 15th Omnibus Objections. EPEC hereby fully incorporates by reference all matters set forth therein as if fully set filed herein.

II.

On November 15, 2006, the D&H PD Claimants filed their Amended Designation of Fact and Expert Witnesses Regarding the Schedule for the Adjudication of Product Identification and Limitations Periods Issues, as Described in the 15th Omnibus Objections. EPEC hereby fully incorporates by reference all matters set forth therein as if fully filed herein.

III.

On November 22, 2006, the D&H PD Claimants filed their Designation of Fact and Expert Witnesses Regarding the Schedule for the Adjudication of Product Identification and Limitations Periods Issues, as Described in the 15th Omnibus Objections. EPEC hereby fully incorporates by reference all matters set forth therein as if fully filed herein.

IV.

On December 7, 2006, the D&H PD Claimants filed their Preliminary Designation of Fact and Expert Witnesses Regarding Adjudication of Lack of Hazard Issue as Described in the 15th Omnibus Objections (D.I. 13744) (the "Designation of Fact and Expert Witnesses"). In this pleading the D&H PD Claimants identified their lack of hazard expert and fact witnesses, and the subject matter of their testimony. EPEC hereby fully incorporates by reference all matters set forth therein as if fully filed herein, including the exhibits and attachments to said Designation of Fact and Expert Witnesses.

V.

On December 21, 2006, the D&H PD Claimants filed Claimants Represented by the Law Firm of Dies & Hile, L.L.P.'s Submission of Expert Reports, and Identification of Any Additional Fact Witnesses and General Subject Matter of Testimony Regarding the Schedule for the Adjudication of Product Identification Issues, as Described in the 15th Omnibus Objections. In this pleading the D&H PD Claimants submitted their expert reports and/or other

documentation regarding the issue of product identification. EPEC hereby fully incorporates by reference all matters set forth therein as if fully filed herein.

VI.

On December 22, 2006, the D&H PD Claimants filed their Claimants' Represented by the Law Firm of Dies & Hile, L.L.P. Supplemental Designation of Fact and Expert Witnesses Regarding Adjudication of Lack of Hazard Issue as Described in the 15th Omnibus Objections (D.I. 13744) (the "Designation of Fact and Expert Witnesses"). In this pleading the D&H PD Claimants identified supplemental lack of hazard expert and fact witnesses, and the subject matter of their testimony. EPEC hereby fully incorporates by reference all matters set forth therein as if fully filed herein.

VII.

EPEC further references all of the asbestos surveys, inspection, testing, abatement and/or other related documents filed in its claim files (Claim Nos. 5593 and 5672) and hereby fully incorporates by reference all such documents.

VIII.

EPEC hereby submits the Supplemental Expert Rebuttal Report of Martin Bennett, MAS, set forth in Exhibit "A" attached hereto, regarding the adjudication of the Limitations Periods as described in the 15th Omnibus Objections.

IX.

EPEC further hereby incorporates by reference the Submission of the Expert Report of Environmental Resource Consultants (ERC) Regarding the Schedule for the Adjudication of Lack of Hazard Issues, as Described in the 15th Omnibus Objections filed January 9, 2007, and herby submits such Submission as if submitted and filed herein. EPEC further references all of

the surveys, inspection, testing, abatement and/or other related documents filed in its claim files (Claim Nos. 5593 and 5672), and hereby fully incorporates by reference all such documents, including all ERC documents.

X.

EPEC further hereby submits the Supplemental Expert Rebuttal Report of Kommy M. Azarpour and ERC regarding the adjudication of the limitation periods phase, which is set forth in Exhibit "B" attached hereto.

XI.

EPEC reserves the right to supplement this submission with other additional expert reports and/or documentation and further reserves the right to call any other expert or fact witnesses designated by any other party in this matter.

DATED: January 17, 2007

Christopher D. Loizides (No. 3968)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:         loizides@loizides.com

- and -

Martin W. Dies, Esquire
DIES & HILE, L.L.P.
1009 Green Avenue
Orange, TX 77630
Telephone:   (409) 883-4394
Facsimile:    (409) 883-4814
Email:          mwdies@aol.com

*Counsel for EPEC Realty, Inc. Property Damage Claimant*

## SUMMARY OF EXHIBITS

EXHIBIT A:  Supplemental Expert Rebuttal Report of Martin Bennett, MAS dated January 17, 2007

EXHIBIT B:  Supplemental Expert Rebuttal Report of Kommy M. Azarpour and ERC dated January 17, 2007

070117161123.doc