# Exhibit A

## SUPPLEMENTAL EXPERT REBUTTAL REPORT OF MARTIN BENNETT, MAS

I fully incorporate by reference my Expert Report dated January 11, 2007 as if fully set forth herein. In such Expert Report, I discussed among other subjects, the results of my assessment of the condition of the fireproofing asbestos containing material ("FP ACM") and the acoustical asbestos containing material ("AP ACM") which was applied in place in the El Paso Energy Building located at 1001 Louisiana Street, Houston, Texas ("the building"). Further, I reported the results of surface dust sampling for asbestos and my opinion of the significance of such results.

Further, and in addition to the matters stated in my January 11, 2007 Expert Report, I may testify regarding the asbestos related inspections, surveys and samplings performed by the building owner or other outside consultants. I may refer in my testimony to those reports or other documents describing such previous asbestos inspections, survey and/or sampling filed in the claim file for such claimant (EPEC Realty Inc.). This may include various reports of inspections, surveys and sampling performed by Environmental Resources Consultants ("ERC"). I may also testify regarding the building owner's management of the FP ACM and AP ACM in place, the Operations and Management Plan ("O&M") and the building owner's compliance with applicable regulations of the USEPA, OSHA and the Texas Department of Health. I may testify with regard to the appropriateness of such O&M Plan and management of the in place FP and AP ACM.

In the last four (4) years, I have not testified either by deposition, or in trial.

_____    1/17/07
Martin R. Bennett, Senior Consultant        Date

1