# Exhibit B

070117161123.doc



*Environmental Resource Consultants*

## SUPPLEMENTAL EXPERT REPORT OF KOMMY M. AZARPOUR, P.E.

I am a Principal of Environmental Resources Consultants ("ERC"). Corporate Headquarters is located at 10801 Hammerly Blvd., Suite 222, Houston, Texas 77043. I am a registered Professional Engineer and a licensed Asbestos Building Inspector and Management Planner (Texas Department Health License # 10-5449). I and ERC have experience in management, monitoring and inspection related to environmental issues including asbestos in buildings.

Since the late-1990s, ERC has performed various inspection and consulting services for EPEC Realty or El Paso Energy Corporation in connection with their corporate headquarters building (the "building") located at 1001 Louisiana Street in Houston, Texas. ERC has also performed periodic monitoring for asbestos. ERC has generated various reports of such consulting activities, bulk and air sampling. As principal of ERC, I am knowledgeable of and familiar with such consulting activities.

In approximately June 1998, ERC was retained to provide project oversight, management, monitoring and inspection services during application of W.R. Grace's "DMA" to the Grace fireproofing ACM which is applied in the building. In my capacity as Project Manager for the building owner, I had contact with representatives of W.R. Grace and as well as their contractor for this project.

I may testify regarding the consulting, inspections and testing activities preformed by ERC in connection with the building and the documents and reports generated thereby, including but not limited to: (1) General Report from Environmental Resource Consultants (ERC), dated February 5, 1994, Project No. 9303104; (2) General Report from ERC, dated May 11, 1994, Project No. 9402100; (3) Prevalent Level Air Monitoring, Book 1, Project No. 980689, prepared by ERC, dated 1994-1999; (4) Building Material Survey for Asbestos-Containing Material, Project No. 980114, prepared by ERC, dated 1998; (5) Prevalent Level Air Monitoring, Project No. 980689, prepared by ERC, dated 2000-2001; (6) Prevalent Level Air Monitoring, Project No. 010347, prepared by ERC, dated 2002; (7) Building Material Survey for Asbestos-Containing Material, El Paso Energy Building, Project No. 980114, prepared for El Paso Energy Corporation by Environmental Resources Consultants ("ERC"), dated 1998; and (8) DMA Project, El Paso Energy Building, 1001 Louisiana Street, 6th Floor, Houston, Texas, Project No. 980342, prepared for El Paso Energy Corporation by ERC, dated October 1998.

I am knowledgeable regarding the Operations and Management ("O&M") program of the building owner. I am also knowledgeable regarding generally the building owner's management of the fireproofing ACM in place and compliance with various regulations including the USEPA, OSHA and the Texas Department of Health Asbestos Regulations. I may testify with regard to these facts and matters. And, I may offer my opinions regarding the condition of the Grace

Environmental Resource Consultants (ERC)
10801 Hammerly Blvd. • Suite 222 • Houston, Texas 77043
Tel: (713) 290-9444 • Fax: (713) 290-9441
www.erc-tx.com

fireproofing ACM over the period of time that ERC has performed its various consulting and testing activities and the conclusions and implications to be drawn from such testing activities.

I have not given deposition or testimony in the last four years.

Kommy M. Azarpour, PE
Principal
January 17, 2007