IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., et al., | : | Case No. 01-01139 (JKF) |
| | : | |
| Debtors | : | |
| | : | |

**NOTICE OF SERVICE OF SAN DIEGO GAS & ELECTRIC COMPANY, SEMPRA ENERGY AND ENOVA CORPORATION RE EXPERT REPORT OF STEVEN P. VIANI, P.E. REGARDING DEBTOR'S FIFTEENTH OMNIBUS OBJECTION  (RE: CLAIM NO. 11308)**

San Diego Gas & Electric Company, Sempra Energy and Enova Corporation ("Claimants"), pursuant to the Amended Order Setting Various Deadlines Regarding Objections to Asbestos Property Damage Claims dated October 13, 2006, hereby provides Notice of Service of the Expert Report of Steven P. Viani, P.E. regarding (1) regarding the adjudication of product identification and statute of limitations issues as described in Debtors' Fifteenth Omnibus Objection (Substantive) To Asbestos Property Damage Claims ("Fifteenth Omnibus Objection") and (2) the adjudication of the lack of hazard issue as described in the Fifteenth Omnibus Objection, attached hereto.

Dated:  January 17, 2007         By: /S/ Steven T. Davis_____
                                    Steven T. Davis (Del. Bar No. 2731)
                                    OBERMAYER REBMANN MAXWELL & HIPPEL LLP
                                    3 Mill Rd.
                                    Wilmington, Delaware 19806
                                    Telephone: (302) 655-9094

-and-

4121349

D. Alexander Barnes, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
1617 John F. Kennedy Blvd., Suite 1900
Philadelphia, PA 19103-1895
Philadelphia, PA 19103-1895
Telephone:   (215) 665-3000
Facsimile:    (215) 665-3165

Local Counsel to San Diego Gas & Electric Company, Sempra Energy and Enova Corporation

-and-

Raul Olamendi Smith (CSB No. 180395)
OFFICE OF THE GENERAL COUNSEL
101 Ash Street, Suite 1100
San Diego, CVA 92101-3017
Telephone: (619) 699-5028
Facsimile  (619) 696-4838

Attorneys for San Diego Gas & Electric Company, Sempra Energy and Enova Corporation