**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., et al., | : | Case No. 01-01139 (JKF) |
| | : | |
| **Debtors** | : | |
| | : | |

**CERTIFICATE OF SERVICE**

    I, D. Alexander Barnes, an attorney at the law firm of Obermayer Rebmann Maxwell & Hippel LLP, do hereby certify that on January 17, 2007, I caused a true and correct copy of the foregoing Notice of Service of the Expert Report of Steven P. Viani, P.E. to be served via first-class mail upon the parties listed on the attached service list.

    /S/ D. Alexander Barnes_____
    D. Alexander Barnes, Esquire

**SERVICE LIST**

Katherine Phillips, Esquire
KIRKLAND & ELLIS
200 East Randolph Drive, Suite 6500
Chicago, IL 60601

David W. Carickhof, Jr., Esquire
PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB, PC
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705