UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
DELAWARE DIVISION

FILED
2007 JAN 16 AM 11:26
Case number: 01-01185-JJF
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: HOMCO INTERNATONAL

Taxpayer number: 1-74-1614655-7

## WITHDRAWAL OF

## Priority Proof Of Claim

Name of Creditor: Texas Comptroller of Public Accounts

Send notices to:  Office of the Attorney General
Bankruptcy - Collections Division
P. O. Box 12548
Austin, TX 78711-2548

1. DATE OF CLAIM                : 07/13/2001

2. TOTAL AMOUNT OF CLAIM        : $4,252.88
   INTERSTATE MOTOR CARRIER TAX CH. 157

3. DATE DEBT WAS INCURRED:  10/01/1991 TO 12/31/1991

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date: 01/09/2007

*Richard Craig* (signature)

Richard Craig
Legal Counsel
Texas Comptroller of Public Accounts

Penalty for presenting fraudulent claim: fine of up to $5,000 or imprisonment for up to 5 years,
or both. 18 U.S.C. secs. 152 and 3571.

Form 00-359 (Rev.8-04/3)

# TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
## AUSTIN, TEXAS 78774-0100

January 09, 2007


Clerk
U.S. Bankruptcy Court
824 MARKET STREET, 3RD FL.
WILMINGTON, DE 19801-3024


Re:   Taxpayer #1-74-1614655-7
      Bankruptcy Case # 01-01185-JJF
      HOMCO INTERNATONAL

Enclosed is the state's notice of withdrawal in the above-captioned proceeding for a Pre-petition Tax Claim.


Attached is an extra copy of the withdrawal.  Please stamp this copy with the date filed and return in the enclosed self-addressed envelope.  The Comptroller of Public Accounts is being represented in this proceeding by the Office of the Attorney General.  Please direct all notices and correspondence to:

>       Office of the Attorney General
>    Collections Division/Bankruptcy Section
>       P.O. Box 12548, Capitol Station
>            Austin, TX   78711-2548

Thank you for your cooperation in this matter.

Respectfully yours,

*Richard Craig* (signature)

Richard Craig
Legal Counsel
Revenue Accounting Division
P.O. Box 13528
Austin, TX   78711-3528



Enclosure


Form 00-360 (Rev. 2-94/2)