# EXHIBIT 1

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

(202) 879-5000 .

www.kirkland.com

Facsimile:
(202) 879-5200

January 10, 2007

**VIA FEDERAL EXPRESS**

      Re:    *In re W.R. Grace & Co.*, Case No. 01-01139 (JKF)

Dear Counsel:

This letter follows up on my December 28, 2006 letter regarding the December 22, 2006 x-ray order issued in the above referenced matter. Pursuant to paragraph three of the order, to the extent that you determine that "it is not possible or reasonably practicable to obtain the certification described in Paragraph 2, the Claimant (or his counsel on his behalf) shall provide **Grace** by January 12, 2007 with a certification to such effect" (emphasis added). Accordingly, if your firm provides a certification described in paragraph three of the order, such certification should be sent to my attention at the above listed address.

If you have any questions or concerns, please do not hesitate to contact me at (202) 652-3720.

Sincerely,

Barbara M. Harding

BMH

| Chicago | Hong Kong | London | Los Angeles | Munich | New York | San Francisco |
|---|---|---|---|---|---|---|