IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2007 JAN 19 AM 10: 40
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: W.R. GRACE & CO., et al.,<br><br>Debtors. | ) Chapter 11<br>) Case No. 01-01139 (JKF)<br>) (Jointly Administered) |

### CLAIMANT STATE OF CALIFORNIA, DEPARTMENT OF GENERAL SERVICES' NOTICE OF SERVICE OF EXPERT REPORT

PLEASE TAKE NOTICE that on January 16, 2007, counsel for Claimant State of California, Department of General Services caused copies of the report of its expert on the lack of hazard objection to Claimant's property damage claims, Clark Seif Clark, Inc., to be served on the following in the manner indicated:

| Janet S. Baer, Esq.<br>David Bernick, P.C.<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, Illinois 60601<br>Counsel for the Debtors<br>*Via First Class Mail* | Jay M. Sakalo, Esq.<br>Bilzin Sumberg Baena Price &<br>Axelrod LLP<br>200 S. Biscayne Blvd., Ste. 2500<br>Miami, Florida 33131-5340<br>Counsel for PD Committee<br>*Via First Class Mail* | Martin Dies, Esq.<br>Dies & Hile LLP<br>1601 Rio Grande, Suite 330<br>Austin, Texas 78701<br>Special Counsel to the<br>PD Committee<br>*Via First Class Mail* |

Dated: January 16, 2007

HAHN & HESSEN LLP
Counsel for Claimant
State of California, Dep't of General Services

By: _____
Steven J. Mandelsberg
Christina J. Kang

488 Madison Avenue
New York, New York 10022
(212) 478-7200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED

2007 JAN 19  AM 10: 40

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: W.R. GRACE & CO., et al.,

Debtors.

)
)
)
)
)
)
)
)
)

Chapter 11
Case No. 01-01139 (JKF)
(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Christina J. Kang, certify that on the 16th day of January, 2007, I caused a copy of the report issued by Claimant State of California, Department of General Services' expert, Clark Seif Clark, Inc., to be served on the following in the manner indicated:

| | | |
|---|---|---|
| Janet S. Baer, Esq. | Jay M. Sakalo, Esq. | Martin Dies, Esq. |
| David Bernick, P.C. | Bilzin Sumberg Baena Price & | Dies & Hile LLP |
| Kirkland & Ellis LLP | Axelrod LLP | 1601 Rio Grande, Suite 330 |
| 200 East Randolph Drive | 200 S. Biscayne Blvd., Ste. 2500 | Austin, Texas 78701 |
| Chicago, Illinois 60601 | Miami, Florida 33131-5340 | Special Counsel to the |
| Counsel for the Debtors | Counsel for PD Committee | PD Committee |
| *Via First Class Mail* | *Via First Class Mail* | *Via First Class Mail* |

Christina J. Kang