UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objection Deadline: February 8, 2007 at 4:00 p.m.** |
| Debtors. | ) | **Hearing Date: Hearing will be held if necessary** |

## SUMMARY OF FEE AND EXPENSE INVOICE

| | |
|---|---|
| Name of Applicant: | Dies & Hile, L.L.P. |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Property Damage Claimants |
| Date of Retention: | September 26, 2005 (See Transcript of Hearing held on September 26, 2005 [Dkt. No. 9628], at 114-15) Retention order entered on November 2, 2005 |
| Period for which compensation and Reimbursement is sought: | September 26, 2005 through September 30, 2006 |
| Amount of Compensation sought as actual, reasonable and necessary: | $194,130.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $110,990.13 |

This is a:___X___monthly_____Interim_____final Application

During the month of November 2005, the Court entered an order approving the retention Application, which such Order made the Applicant subject to the requirements under the Administrative Orders governing requests for compensation and reimbursement of expenses. Accordingly, the Applicant submits this statement.

---

[1] In order to save space, the PD Committee has refrained from listing all 62 Debtors. The list of all 62 Debtors maybe obtained from Bilzin Sumberg Baena Price & Axelrod LLP if requested.