IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline:  February 8, 2007 at 4:00 p.m.** |
| | ) | **Hearing Date: April 2, 2007 at 2:00 p.m.** |

## NOTICE OF APPLICATION

TO:    PARTIES ON THE 2002 SERVICE LIST

PLEASE TAKE NOTICE that Dies & Hile, L.L.P., has filed its First Interim Quarterly Fee Application Request for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of September 26, 2005 through September 30, 2006.

PLEASE TAKE FURTHER NOTICE that the Application requests approval and allowance of compensation in the amount of $194,130.00 and reimbursement of expenses in the amount of $110,990.13.

PLEASE TAKE FURTHER NOTICE that objections or responses, if any, to the Application must be filed on or before *February 8, 2007 at 4:00 p.m.* prevailing Eastern Time with the United States Bankruptcy Court for the District of Delaware and at the same time be served upon the undersigned counsel and the parties on the service list attached hereto.

A HEARING ON THE APPLICATION WILL BE HELD ON **APRIL 2, 2007 AT 2:00 P.M.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 19, 2007

                              BILZIN SUMBERG BAENA PRICE & AXELROD LLP
                              Counsel to the Official Committee of Asbestos Property Damage Claimants
                              2500 Wachovia Financial Center
                              200 South Biscayne Boulevard
                              Miami, Florida 33131-2385
                              Telephone:  (305) 374-7580
                              Facsimile: (305) 374-7593

                              By:    /s/ Jay M. Sakalo
                              Jay M. Sakalo (Admitted Pro Hac Vice)

-and-

FERRY, JOSEPH & PEARCE, P.A.

/s/ Lisa L. Coggins
Michael B. Joseph (No. 392)
Theodore J. Tacconelli (No. 2678)
Lisa L. Coggins (No. 4234)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555

*Co-Counsel to the Official Committee of Asbestos Property Damage Claimants*

**SERVICE LIST**

Warren H. Smith
Warren H. Smith and Associates, P.C.
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201
feeaudit@whsmithlaw.com

William J.A. Sparks, Esq.
W.R. Grace & Co.
919 North Market Street
Suite 425
Wilmington, DE 19801
william.sparks@grace.com

David M. Klauder, Esq.
Office of the U.S. Trustee
844 King Street, Room 2207
Wilmington, DE 19801

Laura Davis Jones, Esquire
James O'Neill, Esquire
Pachulski Stang Ziehl Young
  Jones & Weintraub LLP
919 Market Street, 17th Floor
Wilmington, DE 19801
jo'neill@pszyj.com

Marla Rosoff Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
meskin@del.camlev.com

Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
mlastowski@duanemorris.com

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
syoder@bayardfirm.com

Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801
teresa.currier@bipc.com

James H.M. Sprayregen, Esquire
James W. Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
james_kapp@chicago.kirkland.com

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
pvnl@capdale.com

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
david.heller@lw.com
carol.hennessey@lw.com

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
lkruger@stroock.com

Jay M. Sakalo, Esquire
Bilzin Sumberg Baena Price & Axelrod, LLP
Wachovia Financial Center
200 South Biscayne Blvd., Suite 2500
Miami FL 33131
jsakalo@bilzin.com

Philip Bently, Esquire
Kramer, Levin, Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
pbentley@kramerlevin.com

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
jcp@pgslaw.com

Theodore J. Tacconelli, Esq.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
ttacconelli@ferryjoseph.com