# GRACE BANKRUPTCY
## "PHASE I" METHODOLOGY ISSUE:
## TIME RECORDS FOR DIES AND HILE, L.L.P.,
## SPECIAL COUNSEL TO ASBESTOS PROPERTY DAMAGE COMMITTEE

| DATE | ATTORNEY | DESCRIPTION | TIME | |
|---|---|---|---|---|
| 9/29/2005 | RCH | Conference with MWD regarding Methodology issues. | 2.50 | $ 1,375.00 |
| 9/30/2005 | RCH | Review transcripts of hearings to clarify issues. | 1.20 | $ 660.00 |
| 9/30/2005 | RCH | Continue review of transcripts of hearings; prepare summaries of such. | 3.50 | $ 1,925.00 |
| 10/1/2005 | RCH | Conference with MWD and DC regarding methodology trial. | 1.50 | $ 825.00 |
| 10/2/2005 | RCH | Conference call with Allyn Danzeisen. | 0.25 | $ 137.50 |
| 10/2/2005 | RCH | Research regarding witness list. | 1.75 | $ 962.50 |
| 10/2/2005 | RCH | Conference call with Allyn Danzeisen regarding witness list. | 0.25 | $ 137.50 |
| 10/2/2005 | RCH | Conference with MWD and DC regarding Methodology issues. | 2.30 | $ 1,265.00 |
| 10/2/2005 | RCH | Conference call with Scott Baena regarding Phase I trial issues. | 0.50 | $ 275.00 |
| 10/3/2005 | RCH | Identify witnesses regarding list, review depositions previously taken in other litigation. | 3.50 | $ 1,925.00 |
| 10/3/2005 | RCH | Continue review and identification of witnesses deposed in prior cases regarding Phase I issues, etc. | 4.00 | $ 2,200.00 |
| 10/5/2005 | MWD | Travel to Miami; review Phase I issues with Committee Counsel Bilzin, Sumberg; preparation and research. | 3.50 | $ 2,275.00 |
| 10/6/2005 | MWD | Continue meeting with Scott Baena, Jay Sakalo and Bilzin attorneys and follow-up. | 2.75 | $ 1,787.50 |
| 10/9/2005 | RCH | Review draft Limited Response of Objections to Methodology trial. | 0.50 | $ 275.00 |
| 10/9/2005 | RCH | Memorandum to Mr. Dies and Don Carona regarding response. | 0.25 | $ 137.50 |
| 10/10/2005 | MWD | Review, research work on draft of "Memorandum of Law of The Official Committee of Asbestos Property Damage Claimants In Opposition to Consideration of the Debtors' Proposed 'Methodology Issue' as Part of the Estimation of Asbestos Property Damage Claims" (the "Methodology Brief"). | 5.50 | $ 3,575.00 |
| 10/10/2005 | MWD | Communication with PD expert and consultant regarding methodology issues. | 1.25 | $ 812.50 |
| 10/10/2005 | RCH | Conference with MWD and DC about Phase I issues. | 0.50 | $ 275.00 |
| 10/10/2005 | RCH | Research - Daubert - review articles. | 1.25 | $ 687.50 |
| 10/10/2005 | RCH | Review draft Methodology Brief and discuss with MWD and DC. | 2.00 | $ 1,100.00 |
| 10/10/2005 | RCH | Prepare outline for brief. | 1.50 | $ 825.00 |
| 10/10/2005 | RCH | Conference with MWD and DC regarding response to methodology issues. | 1.25 | $ 687.50 |
| 10/10/2005 | RCH | Research use of air sampling. | 6.00 | $ 3,300.00 |
| 10/11/2005 | MWD | Continue review of draft of Methodology Brief; review EPA Guidance documents, "AHERA", OSHA Regs, "NESHAPS", ASTM D5755, and related scientific articles/data on dust/air sampling regarding friable ACM in buildings. | 6.00 | $ 3,900.00 |
| 10/11/2005 | RCH | Edit draft response to methodology issues. | 2.50 | $ 1,375.00 |
| 10/11/2005 | RCH | Continue revising draft response; conference with MWD and DC regarding legal issues; review cases cited in Baena brief. | 4.50 | $ 2,475.00 |
| 10/12/2005 | MWD | Review evidence from underlying PD cases, evidence involving dust samples: Greenville City Hall, Dayton ISD, Kirbyville ISD, and others for Methodology Brief. | 4.50 | $ 2,925.00 |
| 10/12/2005 | MWD | Continue review articles/cases on dust and air sampling. | 2.50 | $ 1,625.00 |
| 10/12/2005 | MWD | Review published decisions in underlying PD cases and property damage cases. | 1.75 | $ 1,137.50 |
| 10/12/2005 | MWD | Conference with Richard Hile, Don Carona, Scott Baena, Jay Sakalo, and Darci Rock. | 1.25 | $ 812.50 |
| 10/12/2005 | MWD | Revise draft of Methodology Brief and send to Allyn Danzeisen and Scott Baena. | 3.50 | $ 2,275.00 |
| 10/12/2005 | RCH | Conference with MWD and DC regarding review and correct draft of response. | 0.75 | $ 412.50 |

# GRACE BANKRUPTCY
## "PHASE I" METHODOLOGY ISSUE:
## TIME RECORDS FOR DIES AND HILE, L.L.P.,
## SPECIAL COUNSEL TO ASBESTOS PROPERTY DAMAGE COMMITTEE

| DATE | ATTORNEY | DESCRIPTION | TIME | |
|---|---|---|---|---|
| 10/12/2005 | RCH | Revise and edit response; research regarding sampling protocols. | 1.75 | $ 962.50 |
| 10/12/2005 | RCH | Research regarding Daubert and sampling protocols use of dust samples. | 2.00 | $ 1,100.00 |
| 10/12/2005 | RCH | Review Celotex decision and others regarding sampling protocols and admissibility of evidence. | 3.25 | $ 1,787.50 |
| 10/13/2005 | MWD | Continue review dust sampling underlying cases by various consultants/laboratories; review methodologies for asbestos exposure. | 3.25 | $ 2,112.50 |
| 10/13/2005 | RCH | Memorandum regarding data needed to respond. | 0.50 | $ 275.00 |
| 10/14/2005 | MWD | Telephone conference with Scott Baena and Richard Hile regarding latest draft of Methodology Brief and related issues. | 1.25 | $ 812.50 |
| 10/14/2005 | MWD | Review depositions of various experts from underlying cases relating to methodology issues. | 3.50 | $ 2,275.00 |
| 10/14/2005 | RCH | Conference call with Scott Baena, et al. regarding latest draft of response. | 1.00 | $ 550.00 |
| 10/14/2005 | RCH | Review cases discussing air or dust sampling cases. | 2.00 | $ 1,100.00 |
| 10/14/2005 | RCH | Continue review. | 1.70 | $ 935.00 |
| 10/14/2005 | RCH | Review and edit combined brief. | 2.40 | $ 1,320.00 |
| 10/15/2005 | MWD | Review latest version of Methodology Brief and research related; telephone conference with Scott Baena; send revisions of Methodology Brief to Scott Baena. | 5.25 | $ 3,412.50 |
| 10/15/2005 | RCH | Review, research and edit Baena's revised draft response regarding methodology. | 6.00 | $ 3,300.00 |
| 10/16/2005 | MWD | Continue to review Methodology Brief and exchange revisions with Scott Baena. | 4.50 | $ 2,925.00 |
| 10/16/2005 | MWD | Review and consider potential expert witnesses for Methodology trial. | 3.75 | $ 2,437.50 |
| 10/16/2005 | RCH | Continue review and editing of response; research regarding Daubert. | 4.20 | $ 2,310.00 |
| 10/16/2005 | RCH | Research, review and edit response regarding methodology. | 0.80 | $ 440.00 |
| 10/17/2005 | MWD | Review and revise "final" draft of Methodology Brief; review and e-mail EPA documents and other back up data; final review of cases cited and consider attachments; telephone conference with Scott Baena, Richard Hile, and Don Carona. | 9.25 | $ 6,012.50 |
| 10/17/2005 | RCH | Conference call with Scott Baena regarding changes to brief, et al. | 0.40 | $ 220.00 |
| 10/17/2005 | RCH | Review all deadlines, identify those applicable to Phase I. | 0.50 | $ 275.00 |
| 10/17/2005 | RCH | Review and edit Baena's latest draft of brief. | 1.50 | $ 825.00 |
| 10/17/2005 | RCH | Proposed revisions; review and edit new section regarding history of litigation drafted by MD. | 1.80 | $ 990.00 |
| 10/18/2005 | MWD | Review Debtor's Initial Designation of Witnesses for Phase I, including reports of Morse, Corn, Hughson & Lee. | 6.50 | $ 4,225.00 |
| 10/18/2005 | MWD | Discuss related issues with consulting experts and Scott Baena. | 3.25 | $ 2,112.50 |
| 10/18/2005 | RCH | Continue research and review articles on air sampling. | 0.80 | $ 440.00 |
| 10/18/2005 | RCH | Review and discuss with MD and Scott Baena PD experts "methodology issues". | 1.00 | $ 550.00 |
| 10/19/2005 | MWD | Continue to review Debtor's expert reports and research issues. | 1.75 | $ 1,137.50 |
| 10/19/2005 | MWD | Transmit Debtor expert reports to PD consultants. | N/C | |
| 10/20/2005 | MWD | Review Debtors expert reports; telephone conference with PD consultant's regarding Debtor's expert witness reports. | 1.75 | $ 1,137.50 |
| 10/20/2005 | RCH | Research and review cases and studies regarding dust sampling. | 1.30 | $ 715.00 |
| 10/20/2005 | RCH | Research dust sampling - reliability. | 1.20 | $ 660.00 |
| 10/29/2005 | MWD | Review issues regarding Debtors expert reports and telephone conference with PD consultants regarding same. | 4.25 | $ 2,762.50 |
| 11/1/2005 | MWD | Review expert issues regarding methodology; review published data on asbestos dust and air; telephone conference with PD consultants. | 3.75 | $ 2,437.50 |

# GRACE BANKRUPTCY
## "PHASE I" METHODOLOGY ISSUE:
## TIME RECORDS FOR DIES AND HILE, L.L.P.,
## SPECIAL COUNSEL TO ASBESTOS PROPERTY DAMAGE COMMITTEE

| DATE | ATTORNEY | DESCRIPTION | TIME | $ |
|---|---|---|---|---|
| 11/3/2005 | MWD | PD Committee telephone conference; reviewed status of scheduling for Phase I and Methodology issues. | 1.75 | $ 1,137.50 |
| 11/4/2005 | MWD | Review depositions of expert witnesses from underlying PD cases. | 3.75 | $ 2,437.50 |
| 11/7/2005 | MWD | Review request for production from underlying PD cases and send selected items to Allyn Danzeisen. | 1.50 | $ 975.00 |
| 11/8/2005 | MWD | Review and prepare exhibits for November 14 Omnibus regarding methodology issues; telephone conference with Allyn Danzeisen and transmit same to Bilzin. | 3.50 | $ 2,275.00 |
| 11/8/2005 | MWD | Review expert reports and prepare for meeting with PD consultants and expert witnesses. | 4.50 | $ 2,925.00 |
| 11/9/2005 | MWD | Telephone conference with PD consultants to review methodology issues and expert reports. | 5.50 | $ 3,575.00 |
| 11/9/2005 | RCH | Conference with PD expert witnesses and consultants regarding dust sampling - Daubert. | 4.50 | $ 2,475.00 |
| 11/10/2005 | MWD | Review transcripts of previous hearings where methodology issues scheduling were discussed and review all previous CMOs. | 3.25 | $ 2,112.50 |
| 11/11/2005 | MWD | Review PD Committee Methodology Brief and Debtor's Response to the PD Committee's Opposition to Consideration of the "Methodology Issue" as Part of the Estimation of Asbestos Property Damage Claims dated October 31, 2005. | 3.50 | $ 2,275.00 |
| 11/11/2005 | MWD | Review Armstrong "Findings of Fact and Conclusions of Law re: Motions of the Debtors and Asbestos Property Damage Committee to Exclude Evidence (2002)" and related transcripts. | 1.50 | $ 975.00 |
| 11/11/2005 | MWD | Review materials on "indirect method" and other analysis methodologies. | 2.75 | $ 1,787.50 |
| 11/11/2005 | MWD | Re-review Debtor's expert reports and articles cited. | 2.25 | $ 1,462.50 |
| 11/11/2005 | MWD | Review relevant case law and outline presentation for November 14 Omnibus hearing. | 1.25 | $ 812.50 |
| 11/12/2005 | MWD | Continue to review and prepare for argument regarding Methodology brief at November 14 Omnibus hearing. | 9.25 | $ 6,012.50 |
| 11/13/2005 | MWD | Reivew and preparation. | 3.50 | $ 2,275.00 |
| 11/14/2005 | MWD | Preparation; attend November 14 Omnibus in Wilmington, Delaware and argue Methodology Brief. | 4.50 | $ 2,925.00 |
| 11/18/2005 | MWD | Review Transcript of November 14 Omnibus and related Methodology issues. | 0.75 | $ 487.50 |
| 11/21/2005 | MWD | Review transcripts of Armstrong World Industries (Motion to Exclude hearing). | 3.25 | $ 2,112.50 |
| 11/22/2005 | MWD | Review and outline issues on "Methodology" to discuss with PD experts and consultants; review prior testimony of certain experts. | 2.25 | $ 1,462.50 |
| 11/22/2005 | MWD | Telephone conference with PD experts and consultant. | | $ - |
| 11/22/2005 | MWD | Review Dr. Hughson's Report and related medical articles and telephone conference with Dr. Anderson. | 1.25 | $ 812.50 |
| 11/23/2005 | MWD | Review medical issues and telephone conference with Dr. Anderson regarding his expert report. | 1.50 | $ 975.00 |
| 12/4/2005 | MWD | Telephone conference with Dr. Longo regarding expert report. | 0.50 | $ 325.00 |
| 12/4/2005 | MWD | Telephone conference with Dr. Anderson regarding expert report. | 0.50 | $ 325.00 |
| 12/4/2005 | MWD | Telephone conference with Dr. Welch regarding expert report. | 0.50 | $ 325.00 |
| 12/4/2005 | MWD | Review related depositions and medical articles. | 1.25 | $ 812.50 |
| 12/5/2005 | MWD | Review medical summaries, articles and related depositions; telephone conference with Dr. Welch. | 3.75 | $ 2,437.50 |

# GRACE BANKRUPTCY
## "PHASE I" METHODOLOGY ISSUE:
### TIME RECORDS FOR DIES AND HILE, L.L.P.,
### SPECIAL COUNSEL TO ASBESTOS PROPERTY DAMAGE COMMITTEE

| DATE | ATTORNEY | DESCRIPTION | TIME | |
|---|---|---|---|---|
| 12/6/2005 | MWD | Review medical files and summaries; review issues concerning Debtor's expert reports and telephone conference with Scott Baena and medical experts. | 4.75 | $ 3,087.50 |
| 12/6/2005 | MWD | Review issues raised by Dr. Hughson report and related issues; telephone conference with PD experts. | 4.25 | $ 2,762.50 |
| 12/7/2005 | MWD | Continue review issues raised in Debtor's expert reports and telephone conference with PD experts and consultants concerning related issues; review prior depositions and summaries. | 9.50 | $ 6,175.00 |
| 12/8/2005 | MWD | Review and assist in Designation of Fact & Expert Witnesses on Phase I. | 0.75 | $ 487.50 |
| 12/8/2005 | MWD | Continue review issues raised by Debtor's expert reports and multiple telephone conference with PD expert witnesses and consultants; discuss and review outstanding issues and meet deadline for expert reports. | 9.00 | $ 5,850.00 |
| 12/9/2005 | MWD | Receive and review final "as filed" expert reports of Dr. Longo, Wm. Ewing, Dr. Welch and Dr. Anderson; review and address related issues. | 3.25 | $ 2,112.50 |
| 12/12/2005 | MWD | Participate in telephonic hearing with Court. | 0.25 | $ 162.50 |
| 12/14/2005 | MWD | Communicate with Dr. Welch regarding deposition dates. | 0.25 | $ 162.50 |
| 12/19/2005 | MWD | Review status PD CMO and related Methodology issues. | 4.75 | $ 3,087.50 |
| 12/19/2005 | MWD | Attend Omnibus hearing in Pittsburg, Pennsylvania. | 2.25 | $ 1,462.50 |
| 12/20/2005 | MWD | E-mail and telephone conference with PD experts to advise of postponement of start of discovery for 30 days. | 0.75 | $ 487.50 |
| 1/9/2006 | MWD | E-mail to PD experts regarding Amended Discovery schedule and request for available dates. | 0.75 | $ 487.50 |
| 1/10/2006 | MWD | Review responses regarding available dates from PD experts. | 0.50 | $ 325.00 |
| 6/23/2006 | MWD | Meeting with PD experts and Bilzin firm in Washington, D.C.; review and preparation. | 4.25 | $ 2,762.50 |
| 7/24/2006 | MWD | Attendance at July 24 Omnibus hearing in Wilmington, Delaware and participate in argument and discussion regarding revising PD CMO for Phase I and Phase II; review and preparation. | 2.25 | $ 1,462.50 |
| 8/7/2006 | MWD | Review Grace's proposed CMO and discuss same with Bilzin firm. | 1.25 | $ 812.50 |
| 8/9/2006 | MWD | Conference call with Bilzin regarding CMO and Methodology. | 0.50 | $ 325.00 |
| 8/14/2006 | MWD | Review Grace revised PD CMO and Notice; discuss will Bilzin. | 1.50 | $ 975.00 |
| 8/16/2006 | MWD | Review and discuss "Methodology issues" with PD expert witnesses and consultants. | 2.00 | $ 1,300.00 |
| 8/18/2006 | MWD | Preparation and review of Debtor's proposed CMO's; review case law and transcripts of prior hearings; telephone conference with Bilzin firm. | 3.50 | $ 2,275.00 |
| 8/19/2006 | MWD | Review CMO issues and background; work on related issues. | 5.00 | $ 3,250.00 |
| 8/20/2006 | MWD | Preparation and review of Debtor's proposed CMO's. | 2.00 | $ 1,300.00 |
| 8/21/2006 | MWD | Review, preparation and attend Grace Omnibus hearing in Wilmington, Delaware. | 4.25 | $ 2,762.50 |
| 8/24/2006 | MWD | Work on CMO; multiple telephone conferences with Bilzin. | 2.00 | $ 1,300.00 |
| 8/25/2006 | MWD | Work on CMO; multiple telephone conferences with Bilzin and Debtor. | 5.00 | $ 3,250.00 |
| 8/28/2006 | MWD | Review proposed CMO Methodology and telephone conference with Bilzin. | 1.50 | $ 975.00 |
| 9/25/2006 | MWD | Attend Grace Omnibus hearing in Wilmington, Delaware. | 2.00 | $ 1,300.00 |
| | | | | $ 194,130.00 |

# GRACE BANKRUPTCY
## "PHASE I" METHODOLOGY ISSUE:
## EXPENSES FOR DIES AND HILE, L.L.P.,
## SPECIAL COUNSEL TO ASBESTOS PROPERTY DAMAGE COMMITTEE

| Date | Attorney | Description of Expense | | Expense |
|---|---|---|---|---|
| **TRAVEL** | | | | |
| 10/5/2005 | MWD | Roundtrip full coach (refundable) airfare from Houston to Atlanta to Miami. | $ | 1,202.00 |
| 10/5/2005 | JDC | Roundtrip full coach (refundable) airfare from Austin to Dallas to Miami. | $ | 767.78 |
| 11/12/2005 | MWD | Roundtrip full coach (refundable) airfare from Houston to Cleveland to Pittsburgh to Austin. | $ | 1,076.80 |
| 11/14/2005 | MWD | Roundtrip full coach (refundable) airfare from Pittsburgh to Washington. | $ | 465.20 |
| 11/14/2005 | MWD | Roundtrip Amtrak from Washington to Wilmington | $ | 108.00 |
| 12/18/2005 | MWD | Roundtrip full coach (refundable) airfare from Austin to Pittsburgh re: Omnibus Hearing in Delaware. | $ | 1,229.80 |
| 6/23/2006 | MWD | Roundtrip full coach (refundable) airfare from Austin to Washington National re: preparation, review and meeting with expert witnesses. | $ | 758.20 |
| 7/22/2006 | MWD | Roundtrip full coach (refundable) airfare from Austin to Baltimore re: Hearing in Delaware on Motion for PD CMO. | $ | 658.60 |
| 7/24/2006 | MWD | Roundtrip Amtrak from Washington to Wilmington, DE re: Hearing in Delaware on Motion for PD CMO. | $ | 108.00 |
| 8/20/2006 | MWD | Roundtrip airfare from Austin to Baltimore re: Hearing in Delaware on Motion for PD CMO. (Cannot locate copy of ticket - no charge) | | N/C |
| 8/21/2006 | MWD | Amtrak from Washington to Wilmington, DE re: Hearing in Delaware on Motion for PD CMO. | $ | 54.00 |
| 8/21/2006 | MWD | Amtrak from Wilmington to Washington, DE re: Hearing in Delaware on Motion for PD CMO. | $ | 54.00 |
| 9/24/2006 | MWD | Roundtrip full coach (refundable) airfare from Austin to Philadelphia re: 9/25/06 Omnibus Hearing in Delaware. | $ | 1,234.20 |
| | | **TRAVEL TOTAL** | $ | **7,716.58** |
| **LODGING** | | | | |
| 10/5/2005 | MWD | Lodging at Intercontinental Hotel in Miami | $ | 155.00 |
| 10/5/2005 | JDC | Lodging at Intercontinental Hotel in Miami | $ | 292.32 |
| 11/13/2005 | MWD | Lodging at Omni William Penn Hotel in Pittsburgh | $ | 217.28 |
| 11/14/2005 | MWD | Lodging at Hotel Dupont in Wilmington | $ | 282.16 |
| 12/20/2005 | MWD | Lodging at Westin Hotel in Pittsburgh | $ | 330.22 |
| 9/26/2006 | MWD | Lodging at Hotel Dupont in Wilmington, DE re: 9/25/06 Omnibus Hearing. (2 nights) | $ | 481.80 |
| | | **LODGING TOTAL** | $ | **1,758.78** |
| **MEALS** | | | | |
| 10/5/2005 | JDC | Intercontinental Hotel in Miami | $ | 30.58 |
| 10/6/2005 | JDC | Manchu Wok @ Miami International Airport | $ | 7.88 |
| 12/19/2005 | MWD | TGI Fridays in Pittsburgh, Pennsylvania | $ | 47.12 |
| 9/25/2006 | MWD | Hotel Dupont in Wilmington, Delaware | $ | 27.30 |
| 9/25/2006 | MWD | Hotel Dupont in Wilmington, Delaware | $ | 30.00 |
| | | **MEALS TOTAL** | $ | **142.88** |
| **TRANSPORTATION** | | | | |
| 10/5/2005 | JDC | Taxi from Miami Airport to Hotel | $ | 26.00 |
| 11/13/2005 | MWD | Taxi from Airport to Hotel in Pittsburgh | $ | 36.00 |
| 11/14/2005 | MWD | Fare from Philadelphia Airport to Wilmington Hotel Dupont (Estimated cab fare) | $ | 45.00 |
| 11/15/2005 | MWD | Fare from Wilmington Hotel Dupont to Philadelphia Airport (Estimated cab fare) | $ | 45.00 |
| 7/22/2006 | MWD | Taxi from Wilmington Train Station to Hotel re: Hearing in Delaware on Motion for PD CMO. | $ | 6.00 |

## GRACE BANKRUPTCY
## "PHASE I" METHODOLOGY ISSUE:
## EXPENSES FOR DIES AND HILE, L.L.P.,
## SPECIAL COUNSEL TO ASBESTOS PROPERTY DAMAGE COMMITTEE

| Date | Attorney | Description of Expense | | Expense |
|---|---|---|---|---|
| 7/24/2006 | MWD | Taxi from Hotel to Wilmington Train Station re: Hearing in Delaware on Motion for PD CMO (1/2 of $6.00 Shared) | $ | 3.00 |
| 9/25/2006 | MWD | Fare from Train to Meeting | $ | 84.70 |
| | | **TAXI TOTAL** | **$** | **245.70** |
| | | | | |
| **PARKING** | | | | |
| 10/7/2005 | JDC | Parking at airport from 10/5/05 to 10/7/05 | $ | 18.00 |
| 7/25/2006 | MWD | Parking at airport from 7/22/06 to 7/25/06 re: Hearing in Delaware on Motion for PD CMO. | $ | 96.00 |
| | | **PARKING TOTAL** | **$** | **114.00** |
| | | | | |
| **EXPERT AND CONSULTANT'S FEES / EXPENSES** | | | | |
| 11/30/2005 | | Consultant: Consulting regarding Methodology - Invoice dated 11/30/05 | $ | 3,000.00 |
| 12/14/2005 | | Expert Witness: Consulting regarding Methodology - Invoice dated 12/14/05 | $ | 16,400.00 |
| 12/20/2005 | | Consultant: Consulting regarding Methodology - Invoice dated 12/20/05 | $ | 5,329.93 |
| 1/1/2006 | | Expert Witness: Consulting regarding Methodology - Invoice dated 1/1/06 | $ | 6,600.00 |
| 1/6/2006 | | Expert Witness: Consulting regarding Methodology - Invoice dated 1/6/06 | $ | 2,100.00 |
| 1/17/2006 | | Consultant: Consulting regarding Methodology - Invoice dated 1/17/06 | $ | 1,404.85 |
| 1/31/2006 | | Consultant: Consulting regarding Methodology - Invoice dated 1/31/06 | $ | 1,650.00 |
| 4/30/2006 | | Consultant: Consulting regarding Methodology - Invoice dated 4/30/06 | $ | 3,375.00 |
| 6/30/2006 | | Consultant: Consulting regarding Methodology - Invoice dated 6/30/06 | $ | 1,275.00 |
| 7/31/2006 | | Consultant: Consulting regarding Methodology - Invoice dated 7/31/06 | $ | 4,200.00 |
| 8/21/2006 | | Consultant: Consulting regarding Methodology - Invoice dated 8/21/06 | $ | 190.00 |
| 8/31/2006 | | Consultant: Consulting regarding Methodology - Invoice dated 8/31/06 | $ | 11,830.02 |
| 9/14/2006 | | Consultant: Consulting regarding Methodology - Invoice dated 9/14/06 | $ | 9,540.17 |
| 9/30/2006 | | Consultant: Consulting regarding Methodology - Invoice dated 9/30/06 | $ | 6,600.00 |
| 10/6/2006 | | Expert Witness: Consulting regarding Methodology - Invoice dated 10/6/06 | $ | 700.00 |
| 10/13/2006 | | Expert Witness: Consulting regarding Methodology - Invoice dated 10/13/06 | $ | 4,637.50 |
| 10/19/2006 | | Consultant: Consulting regarding Methodology - Invoice dated 10/19/06 | $ | 15,191.11 |
| 10/20/2006 | | Expert Witness: Consulting regarding Methodology - Invoice dated 10/20/06 | $ | 6,988.61 |
| | | **EXPERT AND CONSULTANT'S FEES / EXPENSES TOTAL** | **$** | **101,012.19** |
| | | | | |
| **TOTAL EXPENSES** | | | **$** | **110,990.13** |
| | | | | |
| **RECAP TOTAL:** | | | | |
| | FEES | | $ | 194,130.00 |
| | TRAVEL | | $ | 7,716.58 |
| | LODGING | | $ | 1,758.78 |
| | MEALS | | $ | 142.88 |
| | TAXI | | $ | 245.70 |
| | PARKING | | $ | 114.00 |
| | EXPERT AND CONSULTANT'S FEES / EXPENSES | | $ | 101,012.19 |
| **REIMBURSEMENT TOTAL** | | | **$** | **305,120.13** |

**GRACE BANKRUPTCY**
**"PHASE I" METHODOLOGY ISSUE:**
**BILLING RATES FOR DIES AND HILE, L.L.P.,**
**SPECIAL COUNSEL TO ASBESTOS PROPERTY DAMAGE COMMITTEE**

| RATES PER HOUR | | |
|---|---|---|
| Martin W. Dies | $ | 650.00 |
| Richard C. Hile | $ | 550.00 |