# EXHIBIT "B"

## SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD
### September 26, 2005 through September 30, 2006

1. Asbestos: Litigation Consulting – 311.1 hours ($194,130.00)

During the Application Period, the Applicant provided representation of the PD Committee with respect to all aspects of the "Methodology Issue" including (i) drafting of memoranda of law and related consultation and research (*see, e.g.*, Dkt. No. 9671 (10/17/2005)) and participation at the corresponding omnibus hearing, (ii) the review and analysis of expert witness reports, deposition transcripts, and other related documents, communication with expert witnesses, and research and consultation with respect to legal issues raised by expert witnesses, (iii) representation and attendance at hearings relating to the property damage case management order (the "PD CMO"); and (iv) other services as have been necessary over the course of preparation for the PD Estimation process.