Andrea Sheehan
LAW OFFICES OF ROBERT E. LUNA, P.C.
4411 N. Central Expressway
Dallas, TX  75205
(214) 521-8000
(214) 521-1738 FACSIMILE
sheehan@txschoollaw.com

ATTORNEY FOR CARROLLTON-FARMERS BRANCH
INDEPENDENT SCHOOL DISTRICT

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO., et al.** | § | **Case No. 01-01139-JKF** |
| | § | **(Jointly Administered)** |
| Debtors. | § | |

### NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LISTS

The Law Offices of Robert E. Luna, P.C., as counsel for CARROLLTON-FARMERS BRANCH INDEPENDENT SCHOOL DISTRICT, requests that it be removed from any and all service lists in this matter, and receive no further notices, pleadings, motions, orders or other documents filed in these proceedings.

DATED this 19th day of January, 2007.

LAW OFFICES OF ROBERT E. LUNA, P.C.
4411 N. Central Expressway
Dallas, Texas 75205
(214) 521-8000
(214) 521-1738 FACSIMILE


By:   /s/ Andrea Sheehan
         Andrea Sheehan
         Texas State Bar No. 24002935

Attorney for CARROLLTON-FARMERS BRANCH
INDEPENDENT SCHOOL DISTRICT

NOTICE OF REQUEST FOR REMOVAL
FROM SERVICE LISTS – PAGE 1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Notice of Request for Removal from Service Lists was served upon the parties listed below at the designated addresses, via electronic mail or first class U.S. mail this 19th day of January, 2007.

/s/ Andrea Sheehan_____
ANDREA SHEEHAN

Laura Davis Jones, Esq.
David W. Carickhoff, Jr., Esq.
Pachulski Stang Ziehl Young Jones & Weintraub P.C.
919 North Market St., 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

Frank J. Perch, Esq.
Office of the United States Trustee
844 King Street, Suite 2207, LB 35
Wilmington, DE  19801