# EXHIBIT B

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Period Covered: December 2006**

**Name:** Kevin Strickler
**Level:** Manager

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 1-Dec-06 | Reviewing bill, discussing evaluation with Casey, coordination with Ed Bull and Nicole regarding time and expenses for Germany | $ 240 | 2 | $ 480.00 |
| 4-Dec-06 | Meet with Mike Lawler and Nicole King regarding my expectations of them for the Grace SOA assignment | $ 240 | 1 | $ 240.00 |
| 5-Dec-06 | Status report to Marie regarding Grace | $ 240 | 0.5 | $ 120.00 |
| 5-Dec-06 | Develop Grace detailed time and expenses for the period of November 2006 | $ 240 | 1 | $ 240.00 |
| 6-Dec-06 | Discussion of Grace evaluation with Casey Michalski | $ 240 | 0.5 | $ 120.00 |
| 7-Dec-06 | Develop Grace detailed time and expenses for the period of November 2006 | $ 240 | 1.5 | $ 360.00 |
| | **Totals** | | 6.5 | $ 1,560.00 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Period Covered: December 2006**

**Name:** Mike Lawler
**Level:** Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 1-Dec-06 | Upload testing results into the portal for Cambridge controls 3.01.1, 3.01.3, 4.04.1, and 5.01.03 | $ 150.00 | 3.0 | $ 450.00 |
| 1-Dec-06 | Discuss logistics of Worms, Germany trip and book trip with Barb Summerson | $ 150.00 | 1.0 | $ 150.00 |
| 1-Dec-06 | Research ineffective controls which possibly could be tested in Worms by searching in the Portal | $ 150.00 | 4.0 | $ 600.00 |
| 4-Dec-06 | Getting Nicole King setup, introduce to Grace employees, discuss Grace project and history | $ 150.00 | 1.0 | $ 150.00 |
| 4-Dec-06 | Discuss Worms project with Greg Demory | $ 150.00 | 0.5 | $ 75.00 |
| 4-Dec-06 | Review remediation items that will be re-tested in Worms with Nicole King | $ 150.00 | 1.5 | $ 225.00 |
| 4-Dec-06 | SOA testing for Ed Bull (stock options) | $ 150.00 | 5.0 | $ 750.00 |
| 5-Dec-06 | SOA testing for Ed Bull (stock options) | $ 150.00 | 4.0 | $ 600.00 |
| 5-Dec-06 | Meeting with Greg Demory to discuss testing for Worms, Germany site visit | $ 150.00 | 1.0 | $ 150.00 |
| 5-Dec-06 | Segregation of duties testing for Barb Summerson | $ 150.00 | 3.0 | $ 450.00 |
| 6-Dec-06 | Finish segregation of duties testing | $ 150.00 | 1.0 | $ 150.00 |
| 6-Dec-06 | Download testing sheets for remediation testing from Portal | $ 150.00 | 1.0 | $ 150.00 |
| 6-Dec-06 | Begin to plan testing for Germany and prepare testing sheets | $ 150.00 | 6.0 | $ 900.00 |
| 7-Dec-06 | Talk with Nicole King regarding testing of controls in Germany, explain testing, and ensure her understanding of her testing areas | $ 150.00 | 1.0 | $ 150.00 |
| 7-Dec-06 | Clear review comments from Ed Henry for Cambridge testing | $ 150.00 | 2.0 | $ 300.00 |
| 7-Dec-06 | Download and review flowcharts for responsible Worm re-testing areas | $ 150.00 | 3.0 | $ 450.00 |
| 7-Dec-06 | Additional segregation of duties testing for Barb Summerson | $ 150.00 | 2.0 | $ 300.00 |
| 8-Dec-06 | Additional segregation of duties testing for Barb Summerson | $ 150.00 | 4.0 | $ 600.00 |
| 8-Dec-06 | Printing testing sheets in preparation for Worms | $ 150.00 | 2.0 | $ 300.00 |
| 11-Dec-06 | On-site SOA testing for Worms, Germany | $ 150.00 | 8.0 | $ 1,200.00 |
| 12-Dec-06 | On-site SOA testing for Worms, Germany | $ 150.00 | 8.0 | $ 1,200.00 |
| 13-Dec-06 | On-site SOA testing for Worms, Germany | $ 150.00 | 8.0 | $ 1,200.00 |
| 19-Dec-06 | Client-research for inventory testing | $ 150.00 | 8.0 | $ 1,200.00 |
| 20-Dec-06 | Special COSO project for Ed Bull | $ 150.00 | 4.0 | $ 600.00 |
| 20-Dec-07 | IT testing for Barb Summerson | $ 150.00 | 4.0 | $ 600.00 |
| 21-Dec-07 | Special COSO project for Ed Bull | $ 150.00 | 4.0 | $ 600.00 |
| 21-Dec-07 | IT testing for Barb Summerson | $ 150.00 | 4.0 | $ 600.00 |
| | **Totals** | | **94.0** | **$ 14,100.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Period Covered: December 2006**

**Name:** Nicole King
**Level:** Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 4-Dec-06 | Introductions / Met with Ed Bull and Barbara Summerson | $ 150.00 | 4.0 | $ 600.00 |
| 4-Dec-06 | Performed testing on stock options | $ 150.00 | 2.0 | $ 300.00 |
| 4-Dec-06 | Complied notes for Ed Bull | $ 150.00 | 2.0 | $ 300.00 |
| 5-Dec-06 | Complied notes for Ed Bull | $ 150.00 | 4.0 | $ 600.00 |
| 5-Dec-06 | Performed 4th Quarter segregation of duties testing | $ 150.00 | 4.0 | $ 600.00 |
| 6-Dec-06 | Performed 4th Quarter segregation of duties testing | $ 150.00 | 3.0 | $ 450.00 |
| 6-Dec-06 | Prepared for meeting with Greg Demory | $ 150.00 | 1.0 | $ 150.00 |
| 6-Dec-06 | Meeting with Greg Demory about Worms | $ 150.00 | 1.0 | $ 150.00 |
| 6-Dec-06 | Reviewing SOA tests for Worms | $ 150.00 | 1.0 | $ 150.00 |
| 6-Dec-06 | Saving testing lead sheets for Worms, Germany site visit | $ 150.00 | 2.0 | $ 300.00 |
| 7-Dec-06 | Preparing lead sheets for Worms, Germany site visit | $ 150.00 | 4.0 | $ 600.00 |
| 7-Dec-06 | Complied notes for Ed Bull | $ 150.00 | 4.0 | $ 600.00 |
| 8-Dec-06 | Prepared Lead Sheets | $ 150.00 | 4.0 | $ 600.00 |
| 8-Dec-06 | Complied notes for Ed Bull | $ 150.00 | 4.0 | $ 600.00 |
| 11-Dec-06 | Performed SOA testing in Worms, Germany | $ 150.00 | 8.0 | $ 1,200.00 |
| 12-Dec-06 | Performed SOA testing in Worms, Germany | $ 150.00 | 8.0 | $ 1,200.00 |
| 13-Dec-06 | Performed SOA testing in Worms, Germany | $ 150.00 | 8.0 | $ 1,200.00 |
| 18-Dec-06 | Performed spreadsheet testing | $ 150.00 | 6.0 | $ 900.00 |
| 18-Dec-06 | Performed expense Reporting | $ 150.00 | 2.0 | $ 300.00 |
| 19-Dec-06 | Performed spreadsheet testing | $ 150.00 | 8.0 | $ 1,200.00 |
| 20-Dec-06 | Performed COSO analysis | $ 150.00 | 8.0 | $ 1,200.00 |
| 21-Dec-06 | Performed spreadsheet testing | $ 150.00 | 8.0 | $ 1,200.00 |
| | **Totals** | | **96.0** | **$ 14,400.00** |