# EXHIBIT C

**EXHIBIT "C"**

**Protiviti Inc.**
**W. R. Grace & Co. Expense Summary**
**Period Covered: December 2006**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 14,525.80 |
| Lodging | N/A | $ 1,876.32 |
| Sundry | N/A | $ 36.99 |
| Business Meals | N/A | $ 62.75 |
| Total | | $ 16,501.86 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: December 2006

Name: Mike Lawler
Level: Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 5-Dec-06 | Amtrak from BWI to Phili | $ 139.00 | $ 139.00 | | | | $ 139.00 |
| 5-Dec-06 | Amex travel fee for Germany trip | $ 38.00 | $ 38.00 | | | | $ 38.00 |
| 6-Dec-06 | Hotel in Mainz, Germany from 12/10-12/14 | $ 930.06 | | $ 930.06 | | | $ 930.06 |
| 9-Dec-06 | Cab to BWI train station from Pasadena, MD | $ 24.00 | $ 24.00 | | | | $ 24.00 |
| 9-Dec-06 | Lunch on train to Philadelphia from BWI | $ 13.00 | | | | $ 13.00 | $ 13.00 |
| 9-Dec-06 | Cab to Philadelphia airport from Philadelphia train station | $ 30.00 | $ 30.00 | | | | $ 30.00 |
| 5-Dec-06 | Flight to Germany from Philadelphia airport | $ 7,120.00 | $ 7,120.00 | | | | $ 7,120.00 |
| 10-Dec-06 | Calling Card | $ 7.00 | | | $ 7.00 | | $ 7.00 |
| 10-Dec-06 | Currency Exchange fee | $ 5.00 | | | $ 5.00 | | $ 5.00 |
| 12-Dec-06 | Dinner in Mainz at the Christmas Market | $ 12.00 | | | | $ 12.00 | $ 12.00 |
| 14-Dec-06 | Cab from Philadelphia airport to Penn Station | $ 30.00 | $ 30.00 | | | | $ 30.00 |
| 14-Dec-06 | Dinner at Penn station | $ 14.00 | | | | $ 14.00 | $ 14.00 |
| 14-Dec-06 | Cab to Pasadena from BWI train station | $ 24.00 | $ 24.00 | | | | $ 24.00 |
| | Totals | $ 8,386.06 | $ 7,405.00 | $ 930.06 | $ 12.00 | $ 39.00 | $ 8,386.06 |

Name: Nicole King
Level: Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 8-Dec-06 | Electric outlet converter for Worms, Germany | $ 24.99 | | | $ 24.99 | | $ 24.99 |
| 7-Dec-06 | Airfare - Philadelphia to Frankfurt, Germany | $ 7,120.80 | $ 7,120.80 | | | | $ 7,120.80 |
| 14-Dec-06 | Hotel in Mainz, Germany for 12/11 to 12/14 | $ 946.26 | | $ 946.26 | | | $ 946.26 |
| 14-Dec-06 | Breakfast in Germany | $ 23.75 | | | | $ 23.75 | $ 23.75 |
| | Totals | $ 8,115.80 | $ 7,120.80 | $ 946.26 | $ 24.99 | $ 23.75 | $ 8,115.80 |