# Exhibit A

to the Opposition of the Future Claimants' Representative to W.R. Grace & Co.'s Motion to Quash 30(b)(6) Deposition Notice and For A Protective Order

# DOCUMENTS TO BE KEPT UNDER SEAL