IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
|  | ) | Jointly Administered |
|  | ) |  |
| Debtors. | ) |  |
|  | ) |  |

**ORDER GRANTING FOSTER & SEAR, LLP.'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE W.R. GRACE ASBESTOS PERSONAL INJURY QUESTIONNAIRE**

Upon the Motion of Foster & Sear, LLP., for an Extension of Time to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire (the "Motion"), the Court is of the opinion that such Motion should be granted and accordingly enters this order.

This Court FINDS that an extension of the deadline for Foster & Sear to supplement or submit questionnaires on behalf of its clients is warranted.

It is therefore ORDERED that the deadline for Foster & Sear to supplement or submit questionnaires is extended for a period of 4 months; and

It is further ORDERED that Foster & Sear shall exercise appropriate diligence to send completed questionnaires to Rust Consulting on a rolling basis.

Dated: _____, 2007

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge