THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Objection Deadline: February 9, 2007
Hearing Date: February 26, 2007, at 2:00 p.m.
Wilmington, Delaware

NOTICE OF HEARING ON
MOTION OF CERTAIN CLAIMANTS REPRESENTED BY REAUD, MORGAN &
QUINN, L.L.P. TO AMEND INFORMAL PROOFS OF CLAIM, OR
ALTERNATIVELY, FOR LEAVE TO ALLOW LATE FILING OF PROOFS OF
CLAIM

On January 22, 2007, Certain Claimants Represented by Reaud, Morgan & Quinn, L.L.P. (collectively, the "Movants") filed the **Motion to Amend Informal Proofs of Claim, or Alternatively, for Leave to Allow Late Filing of Proofs of Claim** (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

Objections or other responses to the relief requested in the Motion, if any, must be in writing and be filed with the Bankruptcy Court no later than **February 9, 2007.**

At the same time, you must also serve a copy of the objections or responses, if any, upon the counsel for the Movants, (i) Sander L. Esserman Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201, Telephone: (214) 969-4900, Facsimile: (214) 969-

{02044}

1

4999, and (ii) Kathleen M. Miller, Smith Katzenstein & Furlow, LLP, P.O. Box 410, 800 Delaware Avenue, Suite 1000, Wilmington, Delaware 19899, Telephone: (302) 652-8400, Facsimile: (302) 652-8405.

The Motion is scheduled to be heard on **February 26, 2007, at 2:00 p.m.** at the United States Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801. All parties who wish to participate in the hearing are invited to attend in person or by telephone. Any party wishing to appear telephonically at a hearing must make arrangements with CourtCall by phone (866-582-6878) or facsimile (866-533-2946) no later than 12:00 p.m. two business days prior to the hearing. All parties must provide CourtCall with the following information: (a) case name and number, (b) the name of the judge conducting the hearing, (c) the hearing date and time, (d) the participant's name, address and telephone number, (e) the party whom the participant represents, and (f) the matter on which the participant wishes to be heard or whether the participant intends to monitor the proceedings in "listen-only" mode. Additionally, all parties participating via telephone, including those participating in "listen-only" mode, must send notification to the Debtors' Delaware counsel of (i) their intention to participate in the hearing and (ii) the information set forth in (a) through (f) above. Such notice should be sent to Patricia Cuniff of Pachulski Stang Ziehl Young Jones & Weintraub LLP via e-mail pcuniff@pszyjw.com) or facsimile (302-652-4400). Attorneys must comply with District Court Local Rule 83.5 in order to schedule a telephonic appearance.

All documents filed with the 'Court (pleadings, transcripts, etc.), and copies of the Motion should be available for inspection (i) at the Office of the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, DE 19801 or (ii) at http://pacer.psc.uscourts.gov. NOTE: A PACER password is required to access documents on the Bankruptcy Court's website, a PACER password may be obtained online at the PACER website at http://pacer.psc.uscourts.gov.

IF NO OBJECTIONS ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GET THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE

{02044}

OR HEARING.

Dated: January 22, 2007

Sander L. Esserman
Van J. Hooker
David A. Klingler
David J. Parsons
**STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,**
A Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 969-4900
Facsimile: (214) 969-4999

-AND-

_____
Kathleen M. Miller (ID no. 2898)
SMITH, KATZENSTEIN & FURLOW, LLP
The Corporate Plaza
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, Delaware 19899 (Courier 19801)
Telephone: (302) 652-8400
Facsimile: (302) 654-8405
E-mail: KMM@skfdelaware.com

{02044}
4