# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | § | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., *et al.*, | § | Case No. 01-01139 (JKF) |
| | § | Jointly Administered |
| | § | |
| Debtors. | § | |
| | § | |

## DECLARATION OF CONNIE ELDRED

1. I declare under penalty of perjury that the following is true and correct. I have personal knowledge of the matters stated herein.

2. My name is Connie Eldred. I am a Legal Assistant with Reaud, Morgan & Quinn, L.L.P. ("Reaud, Morgan & Quinn"). Reaud, Morgan & Quinn represents certain individuals, including the fifty-nine (59) claimants with Proofs of Claim attached as <u>Exhibit B</u> (the "Certain RMQ Claimants"), with claims against W.R. Grace, et al. ("Debtors") for personal injuries caused by exposure to asbestos-containing products. I am familiar with Reaud, Morgan & Quinn's preparation of questionnaires in this case and the events surrounding the preparation of the Proofs of Claim forms for the Certain RMQ Claimants in anticipation of the November 15, 2006 Bar Date.

3. Reaud, Morgan & Quinn timely submitted completed questionnaires to Debtors' court-appointed agent, Rust Consulting, for all of the Certain RMQ Claimants prior to the November 15, 2006 Bar Date.

4. Subsequent to the timely submission to the Debtors of the completed questionnaires, Reaud, Morgan & Quinn prepared and had each respective claimant (or the legal representative of the claimant's estate, if deceased) execute the proper Proof of Claim form (all attached as Exhibit B) in September 2006 in anticipation of filing said Proofs of Claim with the Court.

5. I was tasked with maintaining the fifty-nine (59) properly prepared and executed Proofs of Claim attached as Exhibit B and to facilitate their filing by the applicable Bar Date. However, these Proofs of Claim were inadvertently misfiled and intermingled with other case files in my office. Consequently, I did not locate, and therefore did not realize that these Proofs of Claim were not filed, until after the applicable Bar Date of November 15, 2006.

6. Upon discovering this clerical error in failing to file the fifty-nine (59) Proofs of Claim forms contained in Exhibit B, Reaud, Morgan & Quinn has acted expeditiously to correct the error through the filing of the Motion of Certain Claimants Represented by Reaud, Morgan & Quinn, L.L.P. to Amend

Informal Proofs of Claim, or Alternatively, for Leave to Allow Late Filing of Proofs of Claim (the "Motion").

Executed at Beaumont Texas, on January 22, 2007.

*Connie Eldred*
Connie Eldred