## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **22nd day of January, 2007**, a copy of the foregoing **Motion of Certain Claimants Represented by Reaud, Morgan & Quinn, L.L.P. to Amend Informal Proofs of Claim, or Alternatively, for Leave to Allow Late Filing of Proofs of Claim** was served on the attached 2002 List in the manner indicated.

_____
Kathleen M. Miller (Id. No. 2898)

06034|COS|10011541.WPD