**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Docket Nos. 14014, 14015 and 14140 |
| | ) | |

**AMENDED DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF THE ISSUES TO BE PRESENTED OF APPELLANTS ZAI CLAIMANTS REGARDING THE BANKRUPTCY COURT'S ORDER RESOLVING MOTION FOR PARTIAL SUMMARY JUDGMENT, CROSS MOTIONS FOR SUMMARY JUDGMENT, AND SCHEDULING A STATUS CONFERENCE**

Appellants, ZAI Claimants, by their respective counsel, pursuant to Federal Rule of Bankruptcy Procedure 8006, in connection with the Notice of Appeal [Docket No. 14140, filed on December 22, 2006] of the Bankruptcy Court's Order Resolving Motion for Partial Summary Judgment, Cross Motions for Summary Judgment, and Scheduling a Status Conference, entered in this case on December 14, 2006, docket number 14015 (the "Order") and the Memorandum Opinion relating thereto, docket number 14014 (the "Opinion"), set forth the Designation of Items to be Included in the Record on Appeal and the Statement of Issues as set forth below:

**I.    DESIGNATION OF ITEMS TO BE INCLUDED INTHE RECORD ON APPEAL**

1

A.   CASE NO. 01-01139 (JKF)   IN RE: W.R.GRACE & CO., ET AL., DEBTORS

| EXHIBIT | ENTRY DATE | DOCKET NO. | DOCUMENT |
|---|---|---|---|
| 1. | 4/27/2001 | 165 | PRELIMINARY INFORMATION BRIEF in Response to Debtors' Informational Brief Filed by Zonolite Attic Insulation Class Plaintiffs |
| 2. | 6/27/2001 | 586 | Motion for Entry of Case Management Order, Establishment of Bar Date, Approval of Proof of Claim Forms and Approval of Notice Program |
| 3. | 6/27/2001 | 587 | Memorandum in Support of Motion for Case Management Order, et al. Re: Item #586 |
| 4. | 7/13/2001 | 674 | Zonolite Plaintiffs' Objection to Debtors' Motion for Entry of Case Management Order, Establishment of Bar Date, Approval of Proof of Claim Forms and Approval of Notice Program; Motion to Extend the Time to Object or Respond to Such Motions; Joinder in Motion for Continuance by Official Committee of Asbestos Property Damage Claimants; Independent Motion to Continue the Hearing on Debtors' Motion; and Request for Consideration and Briefing Regarding Class Treatment |
| 5. | 7/13/2001 | 675 | Declaration of Fabrice N. Vincent, Esq. In Support of Zonolite Plaintiffs' Objection to Motion for Case Management Order |
| 6. | 11/16/2001 | 1138 | Class Action Complaint Seeking Zonolite Attic Insulation Relief |
| 7. | 11/16/2001 | 1140 | Motion by Zonolite Attic Insulation Claimants to Dismiss Debtors' Chapter 11 Bankruptcy Case Pursuant to 11 U.S.C. § 1112(b) |
| 8. | 11/16/2001 | 1141 | Memorandum of Law in Support of Zonolite Claimants' Motion to Dismiss the Bankruptcy Case |
| 9. | Dated 11/15/2001; Docketed 12/17/2001 | 1380 | Declaration of Attorney Fabrice N. Vincent in Support of Zonolite Plaintiffs' Motion for Class Certification (*Lewis v. W.R. Grace*) |
| 10. | 2/12/2002 | 1665 | Debtors' Revised Motion as to All Non-Asbestos Claims, Asbestos Property Damage and ZAI Claims for Entry of Case Management Order, Establishment of a Bar Date, Approval of the Proof of Claim Forms and of the Notice Program |
| 11. | 2/19/2002 | 1690 | Zonolite Claimants' Informational Brief RE: Class Proofs of Claim |

| EXHIBIT | ENTRY DATE | DOCKET NO. | DOCUMENT |
|---|---|---|---|
| 12. | 2/22/2002 | 1712 | Supplemental Response to New Material in Zonolite Claimants' Class Proof of Claim Brief |
| 13. | 2/27/2002 | 1744 | Scheduling Order Regarding Debtors' Revised Motion as to All Non-Asbestos Claims, Asbestos Property Damage and ZAI Claims for Entry of Case Management Order, Establishment of Bar Date, Approval of Proof of Claim Forms and of the Notice Program |
| 14. | 3/8/2002 | 1780 | Response and Objection of the Official Committee of Asbestos Property Damage Claimants to the Proposed Asbestos Property Damage Proof of Claim Form Filed in Support of the Debtors' Revised Motion as to All Non-Asbestos Claims, Asbestos Property Damage and ZAI Claims for Entry of Case Management Order, Establishment of Bar Date, Approval of Proof of Claim Forms and of the Notice Program |
| 15. | 3/8/2002 | 1781 | Objection of the Zonolite Attic Insulation Claimants to Debtors' Proposed Zonolite Attic Insulation Proof of Claim Form |
| 16. | 3/8/2002 | 1782 | Exhibit 1 to Docket No. 1780 (Response and Objection of the Official Committee of Asbestos Property Damage Claimants to the Proposed Asbestos Property Damage Proof of Claim Form Filed in Support of the Debtors' Revised Motion as to All Non-Asbestos Claims, Asbestos Property Damage and ZAI Claims for Entry of Case Management Order, Establishment of Bar Date, Approval of Proof of Claim Forms and of the Notice Program) |
| 17. | 3/11/2002 | 1793 | Hearing Transcript for 2/25/2002 |
| 18. | 3/15/2002 | 1817 | Debtors' Reply to Objections to ZAI Claim Form |
| 19. | 3/27/2002 | 1912 | Hearing Transcript of 3/18/2002 |
| 20. | 4/29/2002 | 1981 | Debtors' Notice of ZAI Claim Filings and of Hearing |
| 21. | 5/13/2002 | 2045 | Claimants' Motion to Strike Proofs of Claim and Response to Debtors' Proposed Order Setting Initial Schedule for Litigation Concerning Zonolite Attic Insulation Product Risk |
| 22. | 5/13/2002 | 2057 | Hearing Transcript for 4/22/2002 |
| 23. | 5/17/2002 | 2071 | Debtors' Response to ZAI Claimants Motion to Strike Proofs of Claim and Response to Debtors' Proposed Order Setting Initial Schedule for Litigation Concerning ZAI Product Risk |

| **EXHIBIT** | **ENTRY DATE** | **DOCKET NO.** | **DOCUMENT** |
|---|---|---|---|
| 24. | 5/31/2002 | 2131 | Notice of Filing of Amended Proof of Claim of John and Margery Prebil (Zonolite Attic Insulation) |
| 25. | 5/31/2002 | 2132 | Notice of Filing of Amended Proof of Claim of Paul Price (Zonolite Attic Insulation) |
| 26. | 5/31/2002 | 2133 | Notice of Filing of Amended Proof of Claim of Marco Barbanti (Zonolite Attic Insulation) |
| 27. | 5/31/2002 | 2134 | Notice of Filing of Amended Proof of Claim of Ralph Busch (Zonolite Attic Insulation) |
| 28. | 6/4/2002 | 2162 | Hearing Transcript for 5/20/2002 |
| 29. | 6/10/2002 | 2193 | Debtors' Omnibus Objection to the Zonolite Attic Insulation Proofs of Claim |
| 30. | 6/18/2002 | 2327 | Hearing Transcript for 6/18/2002 |
| 31. | 6/18/2002 | 2242 | Order (A) Denying Claimants' Motion to Strike Proofs of Claim Filed by the Debtors on Behalf of ZAI Claimants; and (B) Scheduling Matters in Connection With ZAI Proofs of Claim |
| 32. | 6/28/2002 | 2299 | Notice of Appeal of Order Dated 6/18/2002 Denying Claimants' Motion to Strike Proof of Claims Filed by Debtors on Behalf of ZAI Claimants |
| 33. | 6/28/2002 | 2300 | Motion of Zonolite Attic Insulation Property Damage Claimants Barbanti, Busch, Price, Prebil and McMurchie for Leave to Appeal Order (A) Denying Claimants' Motion to Strike Proofs of Claim Filed by the Debtors on Behalf of ZAI Claimants; and (B) Scheduling Matters in Connection with ZAI Proofs of Claim |
| 34. | 6/28/2002 | 2301 | Letter to Court Referencing Motion for Leave to File Appeal and Notice of Appeal Filed by Zonolite Attic Insulation Class Plaintiffs |
| 35. | 7/10/2002 | 2363 | Response of Zonolite Attic Insulation Property Damage Claimants to Debtors' Objections to the Zonolite Attic Insulation Proofs of Claim |
| 36. | 7/15/2002 | 2376 | Debtors' Objection to the Motion of the ZAI Property Damage Claimants Barbanti, Bush, Price, Prebill and McMurchie for Leave to Appeal Order (A) Denying Claimants' Motion to Strike Proofs of Claim Filed by the Debtors on Behalf of ZAI Claimants; and (B) Scheduling Matters in Connection With ZAI Proofs of Claim |
| 37. | 8/5/2002 | 2502 | Hearing Transcript for 7/22/2002<br>Pages 1 through 59 |

| EXHIBIT | ENTRY DATE | DOCKET NO. | DOCUMENT |
|---|---|---|---|
| 38. | 8/5/2002 | 2503 | Hearing Transcript for 7/22/2002 Pages 60 through 106 |
| 39. | 8/30/2002 | 2666 | Memorandum Opinion RE: Motion of ZAI Claimants for Leave to Appeal an Order of the Bankruptcy Court |
| 40. | 9/4/2002 | 2645 | Memorandum Opinion Regarding Zonolite Attic Insulation Property Damage Claimants' Motion for Leave to Appeal |
| 41. | 9/4/2002 | 2646 | Order Granting Zonolite Attic Insulation Claimants' Motion for Leave to Appeal |
| 42. | 9/9/2002 | 2670 | Hearing Transcript for 8/26/2002 |
| 43. | 9/11/2002 | 2676 | Debtor's Objection to the Response of ZAI Claimants with Respect to the Scheduling Order for the Zonolite Attic Insulation Science Issues (Related to Docket Nos. 2590 and 2621) |
| 44. | 9/18/2002 | 2704 | ZAI Claimants' Motion to Compel |
| 45. | 9/20/2002 | 2715 | Debtors' Objections to the ZAI Claimants' Motion to Compel |
| 46. | 10/2/2002 | 2779 | Hearing Transcript for 9/23/2002 |
| 47. | 10/21/2002 | 2855 | Order: the Scope of Discovery will be Limited to What Science Demonstrates with Regard to Whether ZAI Creates an Unreasonable Risk of Harm |
| 48. | 11/25/2002 | 3093 | Amended Order Setting Discovery Schedule Re: ZAI |
| 49. | 7/7/2003 | 4007 | Memorandum in Support of the ZAI Claimants' Motion for Summary Judgment **(Please see Docket No. 4028 for Attachments 1 & 2)** |
| 50. | 7/7/2003 | 4009 | W.R. Grace & Co.'s Motion for Summary Judgment |
| 51. | 7/7/2003 | 4010 | Debtors' Motion to Consolidate the Actions of ZAI Claimants Pursuant to Rule 42 |
| 52. | 7/7/2003 | 4011 | Appendix to W.R. Grace and Co.'s Motion for Summary Judgment [Volume 1 of 2] |
| 53. | 7/7/2003 | 4012 | Debtors' Motion in Limine to Exclude Evidence of any Alleged Damages from the ZAI Science Trial |
| 54. | 7/7/2003 | 4013 | Appendix To W.R. Grace & Co.'s Motion For Summary Judgment [Volume 2 of 2] |
| 55. | 7/8/2003 | 4018 | Motion For Summary Judgment with Attachments 1 through 27 Filed by Zonolite Attic Insulation Class Plaintiffs |
| 56. | 7/8/2003 | 4019 | Exhibit Attachments 28 through 54 of Memorandum in Support of Motion for |

| EXHIBIT | ENTRY DATE | DOCKET NO. | DOCUMENT |
|---|---|---|---|
|  |  |  | Summary Judgment Filed by Zonolite Attic Insulation Class Plaintiffs |
| 57. | 7/8/2003 | 4020 | Exhibit Table of Contents and Attachments 55 through 94 of Memorandum in Support of Motion for Summary Judgment Filed by Zonolite Attic Insulation Class Plaintiffs |
| 58. | 7/8/2003 | 4022 | Motion in Limine to Exclude Dr. R.J. Lee's Opinion on Cleavage Fragments With Attachments 1 through 11 |
| 59. | 7/8/2003 | 4023 | Exhibit Attachments 12 through 22 of Motion to Exclude Dr. R.J. Lee's Opinion on Cleavage Fragments |
| 60. | 7/8/2003 | 4025 | Exhibit Attachments 23 through 33 of Motion to Exclude Dr. R.J. Lee's Opinion on Cleavage Fragments |
| 61. | 7/9/2003 | 4028 | **Corrected** Zonolite Attic Insulation Claimants' Memorandum in Support of Motion for Partial Summary Judgment RE: W.R. Grace's Consumer Protection Liability (**Replacing Attachment No.'s 1 & 2 to Docket # 4007**) |
| 62. | 8/7/2003 | 4173 | United States' Statement Regarding Asbestos Analysis Issues in W.R. Grace's Motion for Summary Judgment and Claimant's Motion to Exclude Dr. R.J. Lee's Opinion on Cleavage Fragments |
| 63. | 8/7/2003 | 4175 | Grace's Memorandum in Opposition to ZAI Claimants' Motion for Partial Summary Judgment Regarding Consumer Protection Act Claims |
| 64. | 8/8/2003 | 4202 | Response of ZAI Claimants to Debtors' Motion in Limine to Exclude Evidence of any Alleged Damages From the ZAI Science Trial |
| 65. | 8/8/2003 | 4203 | Claimants' Response to Debtors' Motion to Consolidate the Actions of ZAI Claimants Pursuant to Rule 42 |
| 66. | 8/8/2003 | 4204 | Claimants' Response to W.R. Grace's Motion for Summary Judgment |
| 67. | 8/8/2003 | 4205 | Opposition of W.R. Grace & Co. to Claimants' Motion for Summary Judgment |
| 68. | 8/8/2003 | 4206 | Opposition of W.R. Grace & Co. To Claimants' Motion To Exclude Dr. R.J. Lee's Opinion On Cleavage Fragments With Exhibit 1 |
| 69. | 8/8/2003 | 4207 | Exhibit 2 - 13 to Opposition of W. R. Grace & Co. to Claimants' Motion to Exclude Dr. R.J. Lee's Opinion on Cleavage Fragments |
| 70. | 8/8/2003 | 4208 | Exhibit 14 to 20 to Docket No. 4206 - Objection to Opposition Of W.R. Grace & Co. To Claimants' Motion To Exclude Dr. R.J. Lee's Opinion On Cleavage Fragments |

| EXHIBIT | ENTRY DATE | DOCKET NO. | DOCUMENT |
|---|---|---|---|
| 71. | 8/8/2003 | 4209 | Exhibit 21 to 26 to Docket No. 4206 - Opposition Of W.R. Grace & Co. To Claimants' Motion To Exclude Dr. R.J. Lee's Opinion On Cleavage Fragments |
| 72. | 8/11/2003 | 4215 | Notice of Filing of Exhibits (1 through 29) Filed by Zonolite Attic Insulation Class Plaintiffs |
| 73. | 8/11/2003 | 4216 | Exhibits (30 through 60) Filed by Zonolite Attic Insulation Class Plaintiffs |
| 74. | 8/11/2003 | 4217 | Exhibits (61 through 89) Filed by Zonolite Attic Insulation Class Plaintiffs |
| 75. | 8/18/2003 | 4291 | Zonolite Attic Insulation Claimants' Reply to Grace's Memorandum in Opposition to ZAI Claimants' Motion for Partial Summary Judgment Re W.R. Grace's Consumer Protection Liability |
| 76. | 8/18/2003 | 4293 | Claimants' Reply to W.R. Grace's Response to Claimants' Motion to Exclude Dr. R. J. Lee's Opinion on Cleavage Fragments |
| 77. | 8/18/2003 | 4294 | Claimants' Reply to W.R. Grace's Response to Claimants' Motion for Summary Judgment |
| 78. | 8/18/2003 | 4296 | Reply of W.R. Grace & Co. to United States' Statement Regarding Asbestos Analysis Issues in W.R. Grace's Motion for Summary Judgment and Claimants' Motion to Exclude Dr. R.J. Lee's Opinion on Cleavage Fragments |
| 79. | 8/18/2003 | 4297 | Reply in Support of Debtors' Motion in Limine to Exclude Evidence of Any Alleged Damages From the ZAI Science Trial |
| 80. | 8/18/2003 | 4298 | Reply of W.R. Grace & Co. to ZAI Claimants' Response to Grace's Motion for Summary Judgment |
| 81. | 8/20/2003 | 4306 | Exhibit Table of Contents (related Docket No. 4294) Filed by Zonolite Attic Insulation Class Plaintiffs |
| 82. | 6/21/2004 | 5857 | Status Report Regarding the ZAI Science Trial |
| 83. | 11/8/2004 | 6847 | Transcript of Hearing held on 10/18/2004 |
| 84. | 12/14/2006 | 14014 | Memorandum Opinion |
| 85. | 12/14/2006 | 14015 | Order |

B.   CASE NO. 01-01139 (JKF)   IN RE: W.R.GRACE & CO., ET AL., DEBTORS

**SELECT INDIVIDUAL AND CLASS ZAI PROPERTY DAMAGE PROOFS OF CLAIM
SUBMITTED TO RUST CONSULTING, INC.**

| EXHIBIT | ENTRY DATE | DOCKET NO. | DOCUMENT |
|---|---|---|---|
| 86. | 6/13/2002 | n/a | Amended Proof of Claim of Paul Price (Zonolite Attic Insulation), Claim #1216 |
| 87. | 6/13/2002 | n/a | Amended Proof of Claim of John and Margery Prebil (Zonolite Attic Insulation), Claim #1220 |
| 88. | 6/13/2002 | n/a | Individual Proof of Claim of Marco Barbanti, Claim #1218 |
| 89. | 6/13/2002 | n/a | Individual Proof of Claim of Ralph Busch, Claim #1219 |
| 90. | 10/28/2002 | n/a | Individual Proof of Claim of Shawn and Jerri Dillon, Claim #2256 |
| 91. | 10/28/2002 | n/a | Individual Proof of Claim of Shelly Spencer, Claim #2257 |
| 92. | 10/28/2002 | n/a | Individual Proof of Claim of Walter E. and Mary Mason, Claim #2258 |
| 93. | 10/28/2002 | n/a | Individual Proof of Claim of Kurt and Lisa Salisbury, Claim # 2259 |
| 94. | 11/1/2002 | n/a | Individual Proof of Claim of Doris Matthews, Claim #2283 |
| 95. | 9/2/2003 | n/a | Canadian Class Proof of Claim Through Class Representative Carolyn Fawcett, Claim #TBD |
| 96. | 9/2/2003 | n/a | Maryland Class Proof of Claim Through Class Representative Gladwin Worden, Claim #15345 |
| 97. | 9/2/2003 | n/a | New York Class Proof of Claim Through Class Representative Daniel Kwas, Claim #15344 |
| 98. | 9/2/2003 | n/a | Michigan Class Proof of Claim Through Class Representatives Eino and Eili Koski, Claim #15343 |
| 99. | 9/2/2003 | n/a | Idaho Class Proof of Claim Through Class Representatives Kurt and Lisa Salisbury, Claim #TBD |

**C.   ADVERSARY CASE NO. 01-8810**          **LEWIS, ET AL. V. W.R. GRACE & COMPANY, ET AL.**

| EXHIBIT | ENTRY DATE | DOCKET NO. | DOCUMENT |
|---|---|---|---|
| 100. | 11/16/2001 | 1 | Class Action Complaint Seeking Zonolite Attic Insulation Relief |
| 101. | 12/17/2001 | 2 | Zonolite Plaintiffs' Motion for Class Certification of Zonolite Claims and Memorandum in Support of Zonolite Plaintiffs' Motion for Class Certification (Subsequently Dismissed Without Prejudice) |

## II.    STATEMENT OF THE ISSUES TO BE PRESENTED ON APPEAL

The ZAI Claimants seek reversal of the Bankruptcy Court's Order to the extent it granted Grace's Motion for Summary Judgment and denied the ZAI Claimants' Motion. The questions to be presented upon appeal are:

a.  Whether the Bankruptcy Court erred in granting summary judgment when there were conflicting issues of material fact and inferences to be drawn from those material facts, and where the Court made factual findings as to disputed issues by favoring evidence supporting Grace's position.

b.  Whether the Bankruptcy Court erred by failing to ascertain or apply the substantive state laws governing the product liability claims of the respective ZAI Claimants.

c.  Whether the Bankruptcy Court erred by failing to ascertain or apply the substantive state laws governing the consumer protection claims of the respective ZAI Claimants.

d.  Whether the Bankruptcy Court erred by superimposing an unprecedented, federal "unreasonably dangerous" test on all legal claims of the respective ZAI Claimants.

e.  Whether the Bankruptcy Court erred by imposing "risk of disease" as a prerequisite to cognizable harm compensable under applicable consumer protection statutes.

f.  Whether the Bankruptcy Court erred by imposing "risk of disease" as a prerequisite to cognizable tort-based property damage claims.

g. Whether the Bankruptcy Court erred by holding that no facts permit the conclusion that ZAI is "unreasonably dangerous."

h. Whether the Bankruptcy Court erred by failing to evaluate "unreasonably dangerous" under applicable risk/utility or consumer expectations analyses.

i. Whether the Bankruptcy Court erred by imposing a strict liability "unreasonably dangerous" test on all tort-based claims for property damage.

j. Whether the Bankruptcy Court erred in equating ZAI property damage claims to so-called "stigma" claims.

k. Whether the Bankruptcy Court erred in relying on so-called "comparative risk" evidence.

Dated: January 23, 2007
Wilmington, Delaware

WILLIAM D. SULLIVAN, LLC

*/s/ William D. Sullivan*

William D. Sullivan (2820)
Elihu E. Allinson, III (3476)
4 East 8th Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 428-8191

-- and --

                RICHARDSON, PATRICK,
                WESTBROOK  & BRICKMAN, LLC
                Edward J. Westbrook
                Robert M. Turkewitz
                1037 Chuck Dawley Blvd., Bldg. A
                Mt. Pleasant, South Carolina  29464
                Telephone:  (843) 727-6500

                -- and --

                THE SCOTT LAW GROUP, P.S.
                Darrell W. Scott
                926 W. Sprague Avenue
                Chronicle Building, Suite 583
                Spokane, Washington  99201
                Telephone:  (509) 455-3966

                *Special Counsel for ZAI Claimants*