**AMENDED**

**EXHIBIT A**

**W. R. Grace & Co., et al.**

**District of Delaware, Bankruptcy Case No. 01-1139**

**Report on *De Minimis* Asset Sales October 1, 2006 through December 31, 2006**

**Part I – Sales in excess of $25,000, but less than $250,000**

| Purchaser | Seller | Transaction Description |
|---|---|---|
| Tricat Industries, Inc.<br>260 Schilling Circle<br>Hunt Valley, Maryland 21031 | W. R. Grace & Co.-Conn.<br>7500 Grace Drive<br>Columbia, Maryland 21044 | On December 31, 2006, W. R. Grace & Co.-Conn. sold certain molecular sieve equipment to Tricat Industries, Inc. Value: $245,620 |

**Part II – Sales equal to or less than $25,000**

NONE