**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELEWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM JULY 1, 2006 THROUGH JULY 31, 2006 FOR LEGISLATIVE AFFAIRS SERVICES**

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.). Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc.. Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

***APPENDIX C***

**JULY 2006 FEES FOR JAMES D. RANGE**

| Date | Hours | Description |
|---|---|---|
| 7/10 | 3 | Work on Maryland project |
| 7/11 | 2 | Coordinate environmental program with officials from Grace |
| 7/12 | 1 | Coordinate environmental program with officials from Grace |
| 7/13 | 2 | Follow-up on Maryland project |
| 7/17 | 2 | Follow-up on Maryland project |
| 7/18 | 2 | Follow-up on Maryland project |
| 7/19 | 4 | Attend meetings with Senate members and staff regarding future consideration of legislation and related issues |
| 7/24 | 2 | Follow-up on Maryland project |
| 7/25 | 2 | Follow-up calls to Senate staff regarding asbestos legislation |
| 7/26 | 1 | Follow-up calls to Senate staff regarding asbestos legislation |

# EXPENSES FOR JULY, 2006

**W.R. Grace Expenses**
**Client # 2850487-000001**
**Itemized and summarized through 07/31/2006**

| Description | Date | Amount |
|---|---|---|
| Mobile/ Cell Phone Charges | 07/05/06 | $11.40 |
| **Itemized Totals** | | **$11.40** |

| Summarized: | Amount |
|---|---|
| Mobile/ Cell Phone Charges | $11.40 |
| **Summarized Totals** | **$11.40** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM JULY 1, 2006 THROUGH JULY 31, 2006**

[1] The Debtors consist of the following 62 entities: W.R. Gradc & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**JULY, 2006 FEES FOR JOAN M. MCENTEE**

| Date | Hours | Description |
|---|---|---|
| 7/3 | 4 | Arrange technical meetings with NDRC and W.R. Grace |
| 7/6 | 6 | Discussions with Grace in regards to arranging meetings for Festa and others for upcoming trip |
| 7/7 | 4 | Sent letters to ICC/NDRC on Grace's upcoming visit |
| 7/10 | 4 | Contacted colleagues; Spoke with client regarding the meeting and focus |
| 7/11 | 6 | Arrange meetings with China Government officials |
| 7/17 | 3 | Discuss CEO's trip in September to China |
| 7/25 | 5 | Discussed the agenda for technical meetings in China |

EXPENSES ITEMIZED AND SUMMARIZED FOR JULY, 2006

**W.R. Grace Expenses**
**Client # 2850487- 000002**
**Itemized and summarized through 7/1/2006**
**Bill # 6839538 dated 7/31/2006**

| Description | Date | Amount |
|---|---|---|
| Conference Call charges | 7/1/06 | $111.79 |
| Long Distance | 7/1/-7/1706 | $138.01 |
| Mobile/ Cell Phone charges | 7/7/06 | $.51.87 |
| **Bill #6839538 itemized totals** | | **$301.67** |

| Summarized: | Amount |
|---|---|
| Conference Call/ Mobile Phone charges | $ 163.66 |
| Long Distance on behalf of client | $138.01 |
| **Bill #6839538 summarized totals** | **$301.67** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELEWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM AUGUST 1, 2006 THROUGH AUGUST 31, 2006 FOR LEGISLATIVE AFFAIRS SERVICES**

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company. Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.); Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing). Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 143428 v1
2850487-000001 9/19/2006

**AUGUST 2006 FEES FOR JAMES D. RANGE**

| Date | Hours | Description |
|---|---|---|
| 8/3 | 1 | Review materials on Chesapeake Bay Environmental Center |
| 8/8 | 3 | Work on asbestos legislative solutions |
| 8/9 | 1 | Work on asbestos legislative solutions |
| 8/17 | 2 | Review all aspects of various avenues to prompt Congressional consideration of asbestos liability policies |
| 8/22 | 1 | Review all aspects of various avenues to prompt Congressional consideration of asbestos liability policies |
| 8/23 | .5 | Review Libby, MT situation |

# EXPENSES FOR AUGUST, 2006

**W.R. Grace Expenses**
**Client #2850487-000001**
**Itemized and summarized through 08/31/2006**

| Description | Date | Amount |
|---|---|---|
| Long Distance Charge | 2/1/2006 | $0.70 |
| Long Distance Charge | 2/1/2006 | $2.10 |
| Long Distance Charge | 2/7/2006 | $0.70 |
| Long Distance Charge | 5/18/2006 | $1.05 |
| Long Distance Charge | 5/24/2006 | $0.35 |
| Long Distance Charge | 6/8/2006 | $0.35 |
| Long Distance Charge | 6/20/2006 | $2.10 |
| Long Distance Charge | 7/24/2006 | $0.70 |
| Shipping Expense | 8/1/2006 | $29.05 |
| Mobile/ Cell Phone Charges | 8/3/2006 | $13.04 |
| Photo Reproduction Charge | 8/15/2006 | $0.20 |
| Cab Fare | 8/15/2006 | $20.00 |
| Long Distance Charge | 8/29/2006 | $2.80 |
| Long Distance Charge | 8/31/2006 | $2.80 |
| **Itemized Totals** | | **$75.94** |

| Summarized: | Amount |
|---|---|
| Long Distance Charge | $13.65 |
| Shipping Expense | $29.05 |
| Mobile/ Cell Phone Charges | $13.04 |
| Photo Reproduction Charge | $0.20 |
| Cab Fare | $20.00 |
| **Summarized Totals** | **$75.94** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM AUGUST 1, 2006 THROUGH AUGUST 31, 2006**

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical. Inc.); CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems. Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc:. Water Street Corporation, Axial Basin Ranch Company. CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**AUGUST, 2006 FEES FOR JOAN M. MCENTEE**

| Date | Hours | Description |
|---|---|---|
| 8/3 | 4 | Arrange technical meetings with NDRC and W.R. Grace |
| 8/7 | 6 | Discussions with Grace in regards to arranging meetings for Festa and others for upcoming trip |
| 8/9 | 4 | Sent letters to ICC/NDRC on Grace's upcoming visit |
| 8/10 | 4 | Contacted colleagues; Spoke with client regarding the meeting and focus |
| 8/15 | 6 | Arrange meetings with China Government officials |
| 8/16 | 3 | Discuss CEO's trip in September to China |
| 8/24 | 5 | Discussed the agenda for technical meetings in China |

EXPENSES ITEMIZED AND SUMMARIZED FOR AUGUST, 2006

**W.R. Grace Expenses**
**Client # 2850487- 000002**
**Itemized and summarized through 8/1/2006**
**Bill # 6847709 dated 8/31/2006**

| Description | Date | Amount |
|---|---|---|
| Meeting on Behalf of clients | 8/1/06 | 49.72 |
| Long Distance | 8/14/06 | $129.69 |
| Mobile/ Cell Phone charges | 8/3/06 | $29.47 |
| **Bill #6847709 itemized totals** | | **$208.88** |

| Summarized: | Amount |
|---|---|
| Meeting on behalf of clients/ Mobile Phone charges | $ 79.19 |
| Long Distance on behalf of client | $129.69 |
| **Bill #6847709 summarized totals** | **$208.88** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELEWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006 FOR LEGISLATIVE AFFAIRS SERVICES**

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company

**SEPTEMBER 2006 FEES FOR JAMES D. RANGE**

| Date | Hours | Description |
|---|---|---|
| 9/6 | 1.5 | Telephone conferences with Grace officials and Senate staff regarding on-going issues in Libby, MT |
| 9/7 | .5 | Numerous attempts to reach key Senate staff regarding issues in Libby |
| 9/11 | 1 | Legislative review for potential possibilities for activity on asbestos liability related matters |
| 9/18 | 2 | Read and review legislative materials for activity on asbestos related matters |
| 9/19 | 1 | Read and review legislative materials for activity on asbestos related matters |
| 9/20 | 1.5 | Read and review legislative materials for activity on asbestos related matters; telephone calls to key Senate staff |
| 9/28 | 2 | Telephone conferences with Grace officials regarding Libby, MT and other asbestos issues |
| 9/29 | 1 | Read and review legislative materials for activity on asbestos related matters |

# EXPENSES FOR SEPTEMBER 2006

**W.R. Grace Expenses**
**Client #2850487-000001**
**Itemized and summarized through 09/30/2006**

| Description | Date | Amount |
|---|---|---|
| Long Distance Charge | 8/31/2006 | $0.35 |
| Mobile/ Cell Phone Charges | 9/7/2006 | $13.00 |
| Long Distance Charge | 9/15/2006 | $0.70 |
| Long Distance Charge | 9/20/2006 | $2.45 |
| Long Distance Charge | 9/26/2006 | $2.45 |
| Long Distance Charge | 9/26/2006 | $0.35 |
| Long Distance Charge | 9/28/2006 | $0.35 |
| **Itemized Totals** | | **$19.65** |

| Summarized: | Amount |
|---|---|
| Long Distance Charge | $6.65 |
| Mobile/ Cell Phone Charges | $13.00 |
| **Summarized Totals** | **$19.65** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**<u>FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006</u>**

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants. Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I. Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.); Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr.. Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**SEPTEMBER, 2006 FEES FOR JOAN M. MCENTEE**

| Date | Hours | Description |
|---|---|---|
| 9/3 | 4 | Arrange technical meetings with NDRC and W.R. Grace |
| 9/6 | 6 | Discussions with Grace in regards to arranging meetings for Festa and others for upcoming trip |
| 9/7 | 4 | Sent letters to ICC/NDRC on Grace's upcoming visit |
| 9/10 | 4 | Contacted colleagues; Spoke with client regarding the meeting and focus |
| 9/11 | 6 | Arrange meetings with China Government officials |
| 9/17 | 3 | Discuss CEO's trip in September to China |
| 9/25 | 5 | Discussed the agenda for technical meetings in China |

EXPENSES ITEMIZED AND SUMMARIZED FOR SEPTEMBER, 2006

**W.R. Grace Expenses**
**Client # 2850487- 000002**
**Itemized and summarized through 9/1/2006**
**Bill # 6854563 dated 9/30/2006**

| Description | Date | Amount |
|---|---|---|
| Photo Reproduction charge | | 3.60 |
| Long Distance | 9/16/06 | 32.18 |
| Mobile/ Cell Phone charges | 9/16/06 | 50.11 |
| Travel Expenses Richard L. Johnston | 9/16/06 | 603.79 |
| Travel Airfare for Joan Mcentee | 9/26/06 | 6,541.33 |
| **Bill #6854563 itemized totals** | | **$7,231.01** |

| **Summarized:** | **Amount** |
|---|---|
| Photo Reproduction charges/Mobile Phone charges | $ 53.71 |
| Long Distance on behalf of client | $32.18 |
| Travel Airfare for McEntee/ Travel Expenses for Johnston | $7145.12 |
| **Bill #6847709 summarized totals** | **$7231.01** |

*After receiving the ceiling guidelines from W.R. Grace it is submitted that all of the expenses that have been accrued meet the guideline criteria.

Grace was allocated 42% of Ms. McEntee's airfare = $6541.33

Grace was allocated 30% of the remainder of expenses for Ms. McEntee and 33% of Mr. Johnston's expenses = $689.68