# SIGN-IN-SHEET

| CASE NAME | W.R. Grace | COURTROOM LOCATION: Courtroom #6 |
|---|---|---|
| CASE NO.: | 01-1139(JKF) | DATE: January 23, 2007 @ 9:30 a.m. |

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Gary M. Becker | Kramer Levin Naftalis & Frankel | Equity Committee |
| Andrew Craig | Cuyler Burk PC | Allstate Ins Co. |
| Mark Chehi | Skadden ARPS | Seated Air Corporation |
| Mark T. Murphy | Campbell + Levine | ACC |
| Nate L. Finch | Caplin + Drysdale | ACC |
| Lisa Esayin | Kirkland & Ellis | Grace |
| Jim Restivo | Reed Smith | " |
| Doug Cameron | Reed Smith | " |
| David Hyon | The Hogan Firm | Various Parties |
| James Kapsaski | | Estate of Rosaria Regirseal |
| Curtis Plaza | Riker Danzig Shere Hyland Perretti | Prudential |
| Anne McGinnis Kense | Nutley Rice | PD Claimants |
| Laura Pollack | Dryer Shlemm Huffman | Prudential and PD Claimants |
| S Bax | Kirkland & Ellis | Grace |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN-SHEET

CASE NAME: W.R. Grace
CASE NO.: 01-1139(JKF)
COURTROOM LOCATION: Courtroom #6
DATE: January 23, 2007 @ 9:30 a.m.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| B. Harding | K&E | Grace |
| Will Sparks | Grace | Grace |
| J. O'Neill | PJZ&W | Grace |
| D. Bernick | K&E | Grace |
| Ken Pasquale | Stroock | " |
| Chelsea Clark | Nevin Cypile | UCC |
| David Primack | Duane Biddle | On Beam |
| Marc Phillips | Connolly Bove Lodge & Hutz | MCC |
| Marc Casarino | White and Williams LLP | ACE Insurance |
| David Klauder | UST | UST |
| Alan Runyon | Speights & Runyan | Speights Certified, Cal. State Univ, Anderson Memorial |
| Jarad Wright | Weil, Gotshal & Manges | Ad Hoc Committee of Equity Security Holders |
| Amanda White | Ashby & Geddes | Macerich |
| D. Alexander Barnes | Obermayer Rebmann | San Diego Gas & Electric |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN-SHEET

**CASE NAME** W.R. Grace  
**CASE NO.:** 01-1139(JKF)  
**COURTROOM LOCATION:** Courtroom #6  
**DATE:** January 23, 2007 @ 9:30 a.m.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jay Sakalo | Bilzin Sumberg | PD Committee |
| Scott Baena | Bilzin | " " |
| Martin Dies | Dies & Hile LLP | PD Claimants |
| Theodore Tacconelli | Ferry Joseph & Pearce | " |
| Natalie Ramsey | Montgomery McCracken | UCC |
| Jack Phillips | Phillips Goldman & Spence | FCR |
| Bill Sullivan | William D. Sullivan, LLC | ZAI Claimants |
| Michael Lastowski | Duane Morris | [illegible] |
| [illegible] | [illegible] | [illegible] |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Judith Fitzgerald (Visiting)
### Courtroom

Calendar Date: 01/23/2007
Calendar Time: 09:00 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1586887 | Erin Van Valkenburg | 412-644-3541 | Erin Van Valkenburg | Administrator(s), Judge Fitzgeralds Chambers/ LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1573587 | Michael Davis | 212-826-5311 | Zeichner Ellman & Krause, LLP | Interested Party, AIG/ LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1573696 | Robert Guttmann | 212-223-0400 ext. 637 | Zeichner Ellman & Krause, LLP | Interested Party, National Union Fire Insurance/ LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1575894 | Amelia Wong | 212-332-4235 | Rockbay Capital Management | Interested Party, Rockbay Capital Management/ LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1595632 | Tiffany Cobb | 614-464-8322 | Vorys, Sater, Seymour & Pease, LLP | Creditor, Scotts Company/ LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1594629 | Peter Shawn | 212-698-0822 | Tocqueville Asset Management | Interested Party, Share Holder for W. R. Grace & Co./ LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1597725 | Andrea D'Ambra | 215-988-2636 | Drinker Biddle & Reath | Interested Party, Seaton/ LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1596621 | John O'Connell | 212-583-5677 | The Blackstone Group | Debtor, Financial Advisor to the Debtor/ LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1596810 | Kenneth Thomas | 707-553-9817 | Kenneth Thomas | Pro Se, Kenneth Thomas/ LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1599549 | David R. Beane | 610-478-2210 | Stevens & Lee, P.C. | Interested Party, Fireman's Fund Insurance Company/ LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1599760 | Michael J. Joyce | 302-658-6538 | Marks, O'Neill, O'Brien & Courtney, | Interested Party, Everest Reinsurance Company & McKinley Insurance Company/ LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1599763 | Brian L. Kasprzak | 302-658-6538 | Marks, O'Neill, O'Brien & Courtney, | Interested Party, Everest Reinsurance Company & McKinley Insurance Company/ LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1599777 | Leslie A. Epley | 202-624-2500 | Crowell & Moring, LLP | Interested Party, Everest Reinsurance Company & McKinley Insurance Company/ LIVE |

| Debtor | Case # | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 1599779 | Mark Plevin | 202-624-2689 | Crowell & Moring, LLP | Interested Party, Everest Reinsurance Comapny & McKinley Insurance Comapny/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1600001 | David J. Liebman | 215-665-2147 | Cozen O'Connor | Interested Party, Federal Insurance Company/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1600028 | Rita Tobin | 212-319-7125 | Caplin & Drysdale | Creditor, Committee of Asbestos Personal Injury Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1600192 | Sander Esserman | 214-969-4910 | Stutzman, Bromberg, Esserman & Plifka | Claimant, Various Claimant Firms/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1602405 | Martin Dies | 512-478-4394 | Dies & Hile LLP | Claimant, Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1602408 | Darrell Scott | 509-455-3966 | Scott Law Group | Claimant, Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1602413 | Terence D. Edwards | 415-989-1800 | The Brandi Law Firm | Claimant, Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1602420 | Sean Walsh | 202-973-9381 | LECG | Claimant, Asbestos Property Damage Claimants/ LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1602718 | Arlene Krieger | 212-806-5544 | Stroock & Stroock & Lavan, LLP (New | Creditor, Official Committee of Unsecured Creditors/ LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1602738 | Craig T. Moran | 973-538-0800 | Riker, Danzig, Scherer, Hyland & | Claimant, Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1603489 | Andrew Craig | 973-734-3200 | Cuyler Burk, LLP | Creditor, Allstate Insurance Company/ LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1606301 | Oscar Mockridge | 212-303-9499 | Halcyon Asset Management, LLC | Interested Party, Halcyon Asset Management, LLC/ LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1603633 | Stephanie Kwong | 212-808-7465 | Kom Capital, LLC | Interested Party, Kom Capital LLC / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1603715 | Guy Baron | 212-301-8312 | Dune Capital Management | Interested Party, Dune Capital Management/ LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1603842 | Marti Murray | 212-582-5505 | Murray Capital Management, Inc. | Interested Party, Murray Capital Management, Inc./ LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1604010 | Beau Harbour | 646-403-8236 | Citadel Investment Group | Interested Party, Citadel Investment Group/ LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1604022 | Ashok Vasvani | 646-403-8378 | Citadel Investment Group | Interested Party, Citadel Investment Group/ LISTEN ONLY |

| Company | Case | Type | ID | Name | Phone | Firm | Role |
|---|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 1604491 | Andrew Chan | 212-526-4503 | Lehman Brothers | Creditor, Lehman Brothers/ LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1604560 | Steven Eisman | 917-934-1770 | Front Point Management, Inc. | Interested Party, Front Point Management/ LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1604615 | Warren H. Smith | 214-698-3868 ext. 3 | Warren H. Smith & Associates, P.C. | Fee Auditor, Warren H. Smith/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1604619 | Lewis Kruger | 212-806-5430 | Stroock & Stroock & Lavan | Creditor, Official Creditors Committee / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1604644 | Barbara Seniawski | 212-455-3835 | Simpson Thacher & Bartlett LLP | Interested Party, Travelers Casualty Insurance Company/ LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1605023 | Mark Shelnitz | 410-531-4212 | W. R. Grace & Co. | Debtor, W. R. Grace & Co. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1605037 | David Siegel | 802-253-9264 | W. R. Grace & Co. | Debtor, W. R. Grace & Co. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1602264 | David J. Parsons | 214-969-4900 | Stutzman, Bromberg, Esserman & | Claimant, Various Claimant Firms/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1605568 | Alex Mueller | 212-261-8296 | Mendes & Mount | Creditor, London Market Company / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1605606 | Christina J. Kang | 212-478-7200 | Hahn & Hessen | Creditor, State of California/ LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1601017 | Sarah Edwards | 212-490-3000 ext. 2133 | Wilson, Elser, Moskowitz, Edelman & | Creditor, Royal Insurance/ LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1601050 | John P. Mackin | 212-259-0827 | Levin Capital Strategies | Interested Party, Levin Capital Strategies/ LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1601054 | Elizabeth DeCristofaro | 212-269-4900 | Ford Marrin Esposito Witmeyer & | Creditor, Continental Casualty Company/ LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1601085 | Daniel Glosband | 617-570-1930 | Goodwin Procter LLP | Creditor, CNA / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1601137 | Christopher M. Candon | 617-951-2505 | Cohn Whitesell & Goldberg, LLP | Interested Party, Libby Claimants / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1601560 | Roger Frankel | 202-339-8513 | Orrick, Herrington & Sutcliffe | Claimant, Counsel for the Future Claimants Representatives / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1601620 | Sara Gooch | 212-933-3180 | Bank of America Securities | Creditor, Bank of America Securities/ LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1601621 | Richard H. Wyron | 202-339-8514 ext. 00 | Orrick, Herrington & Sutcliffe | Claimant, David T. Austern, Future Claimants Rep. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1601631 | Debra Felder | 202-339-8567 | Orrick, Herrington & Sutcliffe | Claimant, David T. Austern, The Future Claimants Rep. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1601637 | Ritwik D. Chatterjee | 212-284-9576 | Piper Jaffray & Co. | Claimant, Future Claimants Representative / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 1601661 | Jonathan Brownstein | 212-284-9575 | Piper Jaffray & Co. | Claimant, Future Claimants Representative / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1601911 | Sal Bianca | 312-861-2248 | Kirkland & Ellis (CC-913) | Interested Party, Kirkland & Ellis/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1601927 | David Mendelson | 202-879-5167 | Kirkland & Ellis (CC-913) | Interested Party, Kirkland & Ellis/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1601951 | Sam Blatnick | 312-861-2359 | Kirkland & Ellis, LLP | Interested Party, Kirkland & Ellis/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1602295 | Stephen B. Vogel | 212-728-8961 | Willkie Farr & Gallagher LLP | Interested Party, D K Acquisition/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1602396 | Matthew Kramer | 305-350-7246 | Bilzin, Sumberg, Baena, Price & | Claimant, Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1600212 | Van J. Hooker | 214-969-4900 | Stutzman, Bromberg, Esserman & Firms/ LIVE | Claimant, Various Claimant |
| W. R. Grace & Co. | 01-01139 | Hearing | 1605041 | Paul J. Norris | 410-531-4404 | W. R. Grace & Co. | Debtor, W. R. Grace & Co. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1605076 | Jay Hughes | 617-498-3826 | W. R. Grace & Co. | Debtor, W. R. Grace & Co. / LISTEN ONLY |