In re: W.R. GRACE & CO., et al
OMNIBUS 20 - EXHIBIT A - SUSTAINED - EXPUNGE

Hearing Date: Tuesday, January 23, 2007

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | 19TH AND M STREET ASSOCIATES LLC<br>C/O BREGMAN BERBERT SCHWARTZ&<br>GILDAY LLC<br>7315 WISCONSIN AVE, STE 800 W<br>BETHESDA, MD 20814 | 01-01189 | 6976 | UNKNOWN | (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| | | MONOLITH ENTERPRISES INCORPORATED | | | | | |
| 2 | 19TH AND M STREET ASSOCIATES LLC<br>C/O BREGMAN BERBERT SCHWARTZ&<br>GILDAY LLC<br>7315 WISCONSIN AVE, STE 800 W<br>BETHESDA, MD 20814 | 01-01140<br>W.R. GRACE & CO.-CONN. | 6977 | UNKNOWN | (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 3 | AG & F INVESTMENTS LLC<br>5500 W HOWARD<br>SKOKIE IL 60077 | 01-01139<br>W.R. GRACE & CO. | 137 | $47,748.50 | (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 4 | AMERICAN BRUSH COMPANY<br>248 WYANDANCH AVE<br>WYANDANCH NY 11798 | 01-01139<br>W.R. GRACE & CO. | 988 | $95.71 | (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 5 | DELL FINANCIAL SERVICES INC<br>ATTN: CHARLES M SIMPSON<br>14050 SUMMIT DRIVE<br>BLDG A SUITE 101<br>AUSTIN TX 78728 | 01-01139<br>W.R. GRACE & CO. | 10 | $240,174.97 | (S) | NO LIABILITY EXPUNGE | SUSTAINED |
| 6 | GRAHAM SMOLKER, ALICE<br>SMOKER & GRAHAM<br>4640 ADMIRALTY HWY SUITE 800<br>MARINA DEL RAY CA 90292 | 01-01139<br>W.R. GRACE & CO. | 383 | $3,500,000.00 | (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 7 | LA MARTIN COMPANY INC<br>14400 HENN<br>DEARBORN MI 48126 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11311 | UNKNOWN | (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 8 | LEONARD, CALVIN L<br>911 FOLEY AVE<br>IOWA PARK TX 76357 | 01-01139<br>W.R. GRACE & CO. | 1003 | $103,000.00 | (U) | INSUFFICIENT DOCUMENTATION EXPUNGE | SUSTAINED |
| 9 | MARTIN, PAUL J<br>14400 HENN<br>DEARBORN MI 48126 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11310 | UNKNOWN | (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 10 | MJ&P LLC<br>14400 HENN<br>DEARBORN MI 48126 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11312 | UNKNOWN | (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 11 | MYERS, C DOUGLAS<br>220 HOLIDAY LANE<br>FORT THOMAS KY 41075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11298 | UNKNOWN | (U) | NO LIABILITY EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

1/22/2007 2:21:26 PM

In re: W.R. GRACE & CO., et al
OMNIBUS 20 - EXHIBIT A - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 12 | NOL-TEC SYSTEMS INC<br>C/O MARK R PRIVRATSKY ESQ<br>LINDQUIST & VENNUM PLLP<br>80 S 8TH ST STE 4200<br>MINNEAPOLIS MN 55402 | 01-01140<br>W.R. GRACE & CO.-CONN. | 7024 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 13 | P&S ASSOCIATES<br>14400 HENN<br>DEARBORN MI 48126 | 01-01140<br>W.R. GRACE & CO.-CONN. | 11309 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 14 | UNITED STATES DOD<br>C/O MARK BARTA<br>DFAS-COVG<br>PO BOX 182317<br>COLUMBUS OH 43218 | 01-01139<br>W.R. GRACE & CO. | 15178 | $1.00 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

Page 2 of 2                                                                            1/22/2007 2:21:26 PM