In re: W.R. GRACE & CO., et al

Hearing Date: Tuesday, January 23, 2007

## OMNIBUS 20 - EXHIBIT B - SUSTAINED - REDUCE/RECLASSIFY

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|
| 1 | AMERICAN REAL ESTATE LP<br>100 S BEDFORD RD<br>ATTN FELICIA P BUEBEL ESQ<br>MOUNT KISCO NY 10549 | 01-01139<br>W.R. GRACE & CO. | 14056 | $2,527,290.61 (U) | REDUCE AND ALLOW | $1,504,290.61 | (U) | SUSTAINED |
| 2 | BROWARD COUNTY DEP OF<br>REVENUE COLLECTION DIVISION<br>GOVERNMENTAL CENTER ANNEX<br>115 S ANDREWS AVE<br>FT LAUDERDALE FL 33301 | 01-01139<br>W.R. GRACE & CO. | 885 | $7,781.94 (S) | REDUCE AND ALLOW | $7,470.66 | (S) | SUSTAINED |
| 3 | CLARK COUNTY TREASURER<br>C/O ATTORNEY FRANK BALLARD<br>425 EAST 7TH ST<br>JEFFERSONVILLE IN 47130 | 01-01139<br>W.R. GRACE & CO. | 1668 | $5,815.32 (P) | REDUCE AND ALLOW | $2,900.60 | (P) | SUSTAINED |
| 4 | PETERS SMITH & CO<br>C/O CHARLES C TRASCHER III<br>PO BOX 2055<br>MONROE LA 71207 | 01-01139<br>W.R. GRACE & CO. | 9689 | $50,000.00 (U) | REDUCE AND ALLOW | $25,000.00 | (U) | SUSTAINED |
| 5 | POTASH CORP<br>C/O DAVID W WIRT ESQ<br>WINSTON & STRAWN<br>35 W WACKER DR<br>CHICAGO IL 60601 | 01-01139<br>W.R. GRACE & CO. | 698 | $304,201.84 (S) | RECLASSIFY, REDUCE & ALLOW | $10,684.37 | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured