In re: W.R. GRACE & CO., et al

## OMNIBUS 20 - EXHIBIT C - SUSTAINED - RECLASSIFY

Hearing Date: Tuesday, January 23, 2007

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Claim Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|
| 1 | GERMAN AMERICAN REAL ESTATE C/O JOHN W HATHAWAY 701 5TH AVE STE 3401 SEATTLE WA 98104  W.R. GRACE & CO. | 01-01139 | 877 | UNKNOWN (S) | RECLASSIFY | n/a | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured