In re: W.R. GRACE & CO., et al
OMNIBUS 20 - EXHIBIT D - CONTINUED

Hearing Date: Monday, February 26, 2007

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|
| 1 | CENDANT MOBILITY SERVICES<br>ATTN WAYNE RIGIE<br>40 APPLE RIDGE RD<br>DANBURY CT 06810 | 01-01139<br>W.R. GRACE & CO. | 9837 | $270,250.62 (U) | REDUCE AND ALLOW | $8,930.20 | (U) | CONTINUED TO 2/26/2007 2:00 PM |
| 2 | ESTATE OF ROSARIO RAPISARDI<br>C/O JAMES RAPISARDI<br>2251 TOWNSHIP LINE RD<br>LOGAN TWP NJ 08085 | 01-01160<br>GLOUCESTER NEW COMMUNITIES | 15073 | $690,060.44 (U) | NO LIABILITY EXPUNGE | $0.00 | (U) | CONTINUED TO 2/26/2007 2:00 PM |
| 3 | GRAU, JAMES AND ANNA<br>C/O RICHARD L FERRELL ESQ<br>425 WALNUT ST STE 1800<br>CINCINNATI OH 45202 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9688 | $800,000.00 (U) | NO LIABILITY EXPUNGE | $0.00 | (U) | CONTINUED TO 2/26/2007 2:00 PM |
| 4 | HARY GRAU & SONS INC<br>C/O RICHARD L FERRELL ESQ<br>TAFT STETTINIUS & HOLLISTER LLP<br>425 WALNUT ST STE 1800<br>CINCINNATI OH 45202 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9687 | $800,000.00 (U) | NO LIABILITY EXPUNGE | $0.00 | (U) | CONTINUED TO 2/26/2007 2:00 PM |
| 5 | PELETI, WALTER D<br>823 SE 3RD AVE<br>PORTLAND OR 97214 | 01-01139<br>W.R. GRACE & CO. | 2519 | $52,516.76 (U) | NO LIABILITY EXPUNGE | $0.00 | (U) | CONTINUED TO 2/26/2007 2:00 PM |
| 6 | SIERRA LIQUIDITY FUND<br>RE: XEROX CORPORATION<br>2699 WHITE RD<br>STE 255<br>IRVINE CA 92614 | 01-01140<br>W.R. GRACE & CO.-CONN. | 690 | $553.52 (S)<br>$4,210.63 (U) | RECLASSIFY, REDUCE & ALLOW | $2,067.60 | (U) | CONTINUED TO 2/26/2007 2:00 PM |
| 7 | TEXAS COMPTROLLER OF PUBLIC<br>OFFICE OF THE ATTORNEY GENERAL<br>COLLECTION DIV BANKRUPTCY SECT HOMCO INTERNATIONAL, INC.<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | 01-01185 | 300 | $4,252.88 (U) | NO LIABILITY EXPUNGE | $0.00 | (U) | CONTINUED TO 2/26/2007 2:00 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority             (U) - Unsecured