# EXHIBIT A

| Creditor Name/Address | Case Number | Co-Debtor Name | Claim Number | Total Claim Dollars | Claim Class | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| HAMPSHIRE CHEMICAL CORP C/O DILWORTH PAXSON LLP ANNE MARIE P KELLEY ESQ LIBERTYVIEW-STE 700 457 HADDONFIELD RD PO BOX 2570 CHERRY HILL NJ 08034 | 01-01140 | W.R. GRACE & CO.-CONN. | 13934 | $6,500,000.00 | (U) | NO LIABILITY, EXPUNGE | CONTINUED TO 2/26/2007 2:00PM |
| NL INDUSTRIES INC C/O JOHN N FIORELLA ESQUIRE ARCHER & GREINER PC PO BOX 3000 HADDONFIELD NJ 08033-0968 | 01-01185 | HOMCO INTERNATIONAL, INC. | 2625 | UNKNOWN | (U) | NO LIABILITY, EXPUNGE | CONTINUED TO 2/26/2007 2:00PM |
| NL INDUSTRIES INC C/O JOHN V FIORELLA ESQUIRE ARCHER & GREINER PC PO BOX 3000 HADDONFIELD NJ 08033-0968 | 01-01194 | REMEDIUM GROUP, INC. | 2626 | UNKNOWN | (U) | NO LIABILITY, EXPUNGE | CONTINUED TO 2/26/2007 2:00PM |

91100-001\DOCS_DE:123569v1

| Name/Address | Case No. | Debtor | Claim No. | Status | Disposition |
|---|---|---|---|---|---|
| NL INDUSTRIES INC C/O JOHN V FIORELLA ESQUIRE ARCHER & GREINER PC PO BOX 3000 HADDONFIELD NJ 08033-0968 | 01-01139 | W.R. GRACE & CO. | 2627 | UNKNOWN (U) | NO LIABILITY, EXPUNGE CONTINUED TO 2/26/2007 2:00PM |
| NL INDUSTRIES INC C/O JOHN N FIORELLA ESQUIRE ARCHER & GREINER PC PO BOX 3000 HADDONFIELD NJ 08033-0968 | 01-01185 | HOMCO INTERNATIONAL, INC. | 2625 | UNKNOWN (U) | UNLIQUIDATED, EXPUNGE CONTINUED TO 2/26/2007 2:00PM |
| NL INDUSTRIES INC C/O JOHN V FIORELLA ESQUIRE ARCHER & GREINER PC PO BOX 3000 HADDONFIELD NJ 08033-0968 | 01-01194 | REMEDIUM GROUP, INC. | 2626 | UNKNOWN (U) | UNLIQUIDATED, EXPUNGE CONTINUED TO 2/26/2007 2:00PM |
| NL INDUSTRIES INC C/O JOHN V FIORELLA ESQUIRE ARCHER & GREINER PC PO BOX 3000 HADDONFIELD NJ 08033-0968 | 01-01139 | W.R. GRACE & CO. | 2627 | UNKNOWN (U) | UNLIQUIDATED, EXPUNGE CONTINUED TO 2/26/2007 2:00PM |