## EXHIBIT A

## W. R. Grace & Co., et al., District of Delaware, Bankruptcy Case No. 01-1139

### Report on Settlements of Certain Claims and Causes of Action October 1, 2006 through December 31, 2006

| | | |
|---|---|---|
| Xin Jiang<br>5510 Oak Grove Circle<br>Long Grove, Illinois 60046 | W. R. Grace & Co.-Conn.<br>62 Whittemore Avenue<br>Cambridge, Massachusetts<br>02140 | Settlement on December 6, 2006 of a retaliation claim filed by former Davison/Deerfield employee with the U.S. Department of Labor, Case No. 2006-SOX-0046, for $20,000. |

4

DOCS_DE:124530.1