THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: ) Chapter 11
)
W. R. GRACE & CO., et al., ) Case No. 01-1139 (JKF)
) (Jointly Administered)
)
Debtors. )

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby withdraws with prejudice its proof of claim against W. R. Grace & Co. and/or one or more of its related debtor affiliates filed in Case No. 01-1139, on or about January 7, 2003, proof of claim numbered 2505, in the amount of $35,626.84. No adversary proceeding has been filed against this claimant; and the claimant has not voted on a plan or otherwise participated significantly in this case.

January 11, 2007
Date

Authorized Signature/ Title: Anthony Hrebek

Creditor Name: NMHG Financial Services, Inc.

Address: 1010 Thomas Edison Blvd SW

City, State, Zip Code: Cedar Rapids, IA 52404

Telephone Number: 319-841-7691