THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby withdraws with prejudice its proofs of claim against (i) Del Taco Restaurants, Inc. filed in Case No.01-01150, on April 25, 2002, proof of claim numbered 675 in the amount of $1,381.40; and (ii) W.R. Grace & Company filed in Case No. 01-01139, on April 25, 2002, proof of claim numbered 672 in the amount of $382,144.00. No adversary proceeding has been filed against this claimant; and the claimant has not voted on a plan or otherwise participated significantly in this case.

1-17-07
Date

Anthony [signature]
Authorized Signature/ Title

General Electric Capital Corp.
Creditor Name

1010 Thomas Edison Blvd. SW
Address

Cedar Rapids, IA 52404
City, State, Zip Code

319-841-7691
Telephone Number