IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

### NOTICE OF DEPOSITION OF ROBERT J. BETTACHI

TO:  THE DEBTORS AND THEIR ATTORNEYS

PLEASE TAKE NOTICE that pursuant to Rules 7026 and 7030 of the Federal Rules of Bankruptcy Procedures, Regents of the University of California, the California State University System and Pacific Freeholds/100 Pine, will take the deposition of Robert J. Bettachi before an official Court Reporter, or before some other person authorized by law to administer oaths at 9:00 a.m., on March 1st, 2007, at the offices of Reed Smith, LLP, 435 Sixth Avenue, Pittsburgh, Pennsylvania 15219. Robert J. Bettachi shall be required to produce at his deposition the documents set forth on the Subpoena Duces Tecum attached hereto as Exhibit A. The oral deposition will continue from day to day until completed.

You are invited to attend and cross-examine.

DATED: January 25, 2007

Christopher D. Loizides (No. 3968)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:        loizides@loizides.com

- and -

070125164642.doc

Thomas J. Brandi
Terence D. Edwards
THE BRANDI LAW FIRM
44 Montgomery Street Suite 1050
San Francisco CA  94104
Telephone:    (415) 989-1800
Facsimile:    (415) 989-1801

C. Alan Runyan (SC Fed. ID No. 4837)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC  29924
Telephone:    (803) 943-4444
Facsimile:    (803)943-4599

*Counsel for Certain Asbestos Property Damage Claimants of Speights & Runyan and the Brandi Law Firm*