IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

### CROSS-NOTICE OF DEPOSITION OF ROBERT J. BETTACHI

TO: THE DEBTORS AND THEIR ATTORNEYS

PLEASE TAKE NOTICE that pursuant to Rules 7026 and 7030 of the Federal Rules of Bankruptcy Procedures, the State of Oklahoma, by and though its undersigned counsel, will take the deposition of Robert J. Bettachi before an official Court Reporter, or before some other person authorized by law to administer oaths, at 9:00 a.m., on March 1st, 2007, at the offices of Reed Smith, LLP, 435 Sixth Avenue, Pittsburgh, Pennsylvania, 15219. Robert J. Bettachi shall be required to produce at his deposition the documents set forth on the Subpoena Duces Tecum attached hereto as Exhibit A. The oral deposition will continue from day to day until completed.

You are invited to attend and cross-examine.

DATED: January 25, 2007

Christopher D. Loizides (No. 3968)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
E-mail: loizides@loizides.com

- and -

070125180057.doc

Martin W. Dies, Esquire
DIES & HILE, L.L.P.
1601 Rio Grande, Suite 330
Austin, TX 78701
Telephone: (512) 476-4394
Facsimile: (512) 476-4397
E-mail: mwdies@aol.com

*Counsel for the State of Oklahoma*