IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., et al. | : | Case No. 01-01139 (JFK) |
| | : | Jointly Administered |
| Debtors-in-possession. | : | |

## MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE W. R. GRACE ASBESTOS PERSONAL INJURY QUESTIONNAIRE

The Law Firm of Alwyn H. Luckey, P.A., on behalf of its clients, appearing by and through its undersigned attorneys, hereby files the following Motion for an Extension of Time to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire and would respectfully show the Court as follows:

1.  The Law Firm of Alwyn H. Luckey, P. A. submits the attached Declaration of Alwyn H. Luckey in support of this Motion.

2.  The Law Firm of Alwyn H. Luckey, P.A. was served with approximately 250 of the original Questionnaires, and completed and returned them to Rust Consulting. The Law Firm of Alwyn H. Luckey, P.A. will be submitting additional Questionnaires on behalf of an additional 300 claimants. The additional Questionnaires arose as non-settled pre-petition asbestos personal injury claims, and represents additional claimants on whose behalf the Law Firm of Alwyn H. Luckey, P.A. submitted Proofs of Claim but had not been provided Questionnaires by W. R. Grace alongside the initial group.

3.  The Law Firm of Alwyn H. Luckey, P.A. is a small firm with two of its three clerical employees dedicating their entire workday solely to this project. This firm has, and continues to, put forth every good faith effort to provided Rust Consulting with the supplemented and new Questionnaires.

4.  The Law Firm of Alwyn H. Luckey, P.A. respectfully requests an additional number of days until February 9, 2007 to fully comply with the required Questionnaire supplementation and submission.

WHEREFORE, for the foregoing reasons the Law Firm of Alwyn H. Luckey, P.A. prays that it be granted an additional numbers of days up to and including February 9, 2007 on behalf of its clients to submit their supplemental Questionnaires to Rust Consulting.

Date this the 26th day of January, 2007.

    Respectfully submitted,

    LAW FIRM OF ALWYN H. LUCKEY, P.A.
    A Professional Association
    2016 Bienville Blvd.
    Post Office Box 724
    Ocean Springs, Mississippi 39566-0724
    Telephone: (228) 875-3175
    Facsimile:  (228) 872-4719
    Attorneys for Claimants

    By: ____/s/ Alwyn H. Luckey____
        ALWYN H. LUCKEY