IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| W. R. GRACE & CO., et al. | : | Case No. 01-01139 (JFK) |
| | : | Jointly Administered |
| Debtors-in-possession. | : | |

### DECLARATION OF ALWYN H. LUCKEY IN SUPPORT OF THE LAW FIRM OF ALWYN H. LUCKEY, P.A.'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE W. R. GRACE ASBESTOS PERSONAL INJURY QUESTIONNAIRE

1. My name is Alwyn H. Luckey. I am an attorney practicing law in the State of Mississippi with the Law Firm of Alwyn H. Luckey, P.A. The Law Firm of Alwyn H. Luckey, P.A. represents certain individuals with claims against W. R. Grace, et al. ('Debtors') for personal injuries caused by exposure to asbestos-containing products.

2. My responsibilities include general oversight of claims processing against W. R. Grace on behalf of the clients of the Law Firm of Alwyn H. Luckey, P.A.

3. Despite the effort of the majority of our firm's staff being dedicated to providing Questionnaires and Supplemental Questionnaires to Rust Consulting, it has proved to be a physical impossibility to finish the task by the Court imposed deadline. Not only has two of the three clerical staff members been solely dedicated to this project, the firm has employed technical support to help with the computer generation of the supplemental Questionnaires.

4. The Law Firm of Alwyn H. Luckey, P.A. should be able to complete the project of supplementing the Questionnaires no later than February 9, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this the 26th day of January, 2007.

ALWYN H. LUCKEY