IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., et al. | : | Case No. 01-01139 (JFK) |
| | : | Jointly Administered |
| Debtors-in-possession. | : | |

ORDER GRANTING THE LAW FIRM OF ALWYN H. LUCKEY, P.A.'S
MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE
W. R. GRACE ASBESTOS PERSONAL INJURY QUESTIONNAIRE

Upon the Motion of the Law Firm of Alwyn H. Luckey, P.A. for an Extension of Time

to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire, the Court is of the

opinion that such Motion should be granted and accordingly enters this Order.

This Court FINDS that an extension of the deadline for the Law Firm of Alwyn H.

Luckey, P.A. to supplement or submit Questionnaires on behalf of its clients is warranted.

It is therefore ORDERED that the deadline for the Law Firm of Alwyn H. Luckey,

P.A. to supplement their Questionnaires is extended for a period including February 9, 2007.

It is further ORDERED that the Law Firm of Alwyn H. Luckey, P.A. shall exercise

appropriate diligence to send completed Questionnaires to Rust Consulting.

Date this the ___ day of _____, 2007.

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge