# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : JANUARY 12, 2007
MATTER  : 0066609-000003
INVOICE : 9972383

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/06    6548

RE:  BUSINESS OPERATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 12/06/06 | TC | Reviewed Debtor-In-Possession Monthly Operating Report for Filing Period October 1, 2006 through October 31, 2006 Filed by W.R. Grace & Co., et al.. | 1.10 |

## T I M E   S U M M A R Y

|              | RATE   | HOURS | TOTALS |
|--------------|--------|-------|--------|
| T. Currier   | 475.00 | 1.10  | 522.50 |
| TOTALS       |        | 1.10  | 522.50 |

TOTAL FEES :                              522.50

TOTAL DUE  :                              522.50

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    :    JANUARY 12, 2007
MATTER  :    0066609-000004
INVOICE :    9972384

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/06    6548

RE:  CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 12/04/06 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket and arranging the pleadings and correspondence in chronological order | 1.00 |
| 12/05/06 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket and arranging the pleadings and correspondence in chronological order | 1.00 |
| 12/06/06 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 12/07/06 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket and arranging the pleadings and correspondence in chronological order | 1.00 |
| 12/08/06 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket and arranging the pleadings and correspondence in chronological order | 1.00 |

---

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JANUARY 12, 2007
MATTER :  0066609-000004
INVOICE : 9972384

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/06    6548

RE:   CASE ADMINISTRATION

| Date | | Description | Hours |
|------|------|-------------|-------|
| 12/11/06 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket and arranging the pleadings and correspondence in chronological order | 1.00 |
| 12/13/06 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket and arranging the pleadings and correspondence in chronological order | 1.00 |
| 12/14/06 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket and arranging the pleadings and correspondence in chronological order | 1.00 |
| 12/18/06 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 12/19/06 | MNF | Calendar dates | .30 |
| 12/19/06 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 12, 2007
MATTER : 0066609-000004
INVOICE : 9972384

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/06   6548

RE:   CASE ADMINISTRATION

### T I M E   S U M M A R Y
---------------------

| | | RATE | HOURS | TOTALS |
|---|---|---|---|---|
| M. Flores | | 140.00 | 10.30 | 1442.00 |
| | TOTALS | | 10.30 | 1442.00 |

TOTAL FEES :                         1,442.00

TOTAL DUE :                          1,442.00

# Buchanan Ingersoll ⚕ Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     JANUARY 12, 2007
MATTER :  0066609-000005
INVOICE : 9972385

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/06    6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 12/01/06 | TC | Reviewed Objection to Debtors' Eighteenth Omnibus Objection to Claims (Substantive) as to Claims Numbers 2625, 2626 and 2627 Filed by NL Industries, Inc. (Attachments: # (1) Exhibit 1# (2) Exhibit 2# (3) Exhibit 3# (4) Exhibit 4# (5) Exhibit 5# (6) Exhibit 6# (7) Exhibit 7# (8) | .90 |
| 12/01/06 | TC | Reviewed Joinder of Thornton & Naumes, LLP, In The Request for Entry of Protocol Concerning Production of Chest X-Rays of Asbestos Personal Injury, Pre-Petition Claimants with Non-Mesothelioma Malignant Claims Filed By Claimants Represented By Michael B. Serling, P.C. | .30 |
| 12/01/06 | TC | Reviewed Response to /Response of Firms Respresented by Stutzman Bromberg Esserman & Plifka Regarding Questionnaire-Related Issues To Request For Entry of Debtors' Proposed Protocol Concerning Production of Chest X-Rays Filed by Certain Law Firms Represented By Stutzman, Bromberg, Esserman & Plifka | 1.70 |
| 12/01/06 | TC | Reviewed Supplemental Response to Motion to Compel Asbestos Personal Injury Claimants to Respond to Personal Injury Questionnaire | .40 |

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚖ Rooney pc
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE  :     JANUARY 12, 2007
MATTER :   0066609-000005
INVOICE : 9972385

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/06    6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| | | | |
|---|---|---|---|
| 12/01/06 TC | Reviewed Response to Debtors' Notice of Failure to Reach Agreement and Request for Entry of Debtors' Proposed Protocol Concerning Production of Chest X-Rays of Asbestos Personal Injury, Pre-Petition Claimants with Non-Mesothelioma, Malignant Claims Filed by Jacobs & Crumplar, P.A. | | .40 |
| 12/01/06 TC | Reviewed Order Authorizing the Official Committee of Asbestos Personal Injury Claimants, and Directing the Clerk of the Court, to File Under Seal the Motion of the Official Committee of Asbestos Personal Injury Claimants to Compel Production of Documents | | .30 |
| 12/01/06 TC | Reviewed Memorandum of the MMWR firms' asbestos claimants in opposition to "Debtors' Notice of Failure to Reach Agreement and Request for Entry of Debtors' Proposed Protocol Concerning Production of Chest X-rays of Asbestos Personal Injury, Pre-Petition Claimants with Non-Mesothelioma, Malignant Claims" | | .70 |
| 12/01/06 TC | Reviewed Order Authorizing Future Claimants' Representative and Directing Clerk to File Under Seal Future Claimants' Representative's Memorandumn in Support and Joinder in the Official Committee of Asbestos Personal Injury Claimants' Motion to Compel Production of Documents | | .40 |
| 12/01/06 TC | Reviewed Future Claimants' Representative's Reply In Support of its Memorandum in Support and Joinder in the Official Committee Of Asbestos Personal Injury Claimants? Motion to Compel Production of Documents | | .40 |

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    :    JANUARY 12, 2007
MATTER  :    0066609-000005
INVOICE :    9972385

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/06    6548

RE:    CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| | | |
|---|---|---|
| 12/01/06 TC | Reviewed Objection to Debtors' Proposed Protocol Concerning Production of Chest X-Rays Filed by Libby Claimants | .40 |
| 12/01/06 TC | Reviewed Brief Regarding Settled Pre-Petition Asbestos PI Claims | 1.70 |
| 12/04/06 TC | Reviewed Reply , Consolidated, in Support of Motions to Compel Asbestos Personal Injury Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire Filed by W.R. Grace & Co | .80 |
| 12/04/06 TC | Reviewed Reply to Official Committee of Asbestos Personal Injury Claimants' Response to the Debtors' Memorandum of Points and Authorities Concerning Background of Questionnaire Approval Process and Ojections Previously Addressed by the Court | .60 |
| 12/04/06 TC | Reviewed Reply of W. R. Grace & Co. in Support of Protocol Concerning Production of Chest X-Rays of Claimants with Malignancies Other Than Mesothelioma | .90 |
| 12/04/06 TC | Reviewed "DOCUMENTS FILED UNDER SEAL" Future Claimants' Representative's Memorandum in Support & Joinder in The Official Committee of Asbestos Personal Injury Claimants' Motion To Compel Production of Documents Filed by John C. Phillips, Jr. Counsel for David T. Austern | .20 |

# Buchanan Ingersoll & Rooney PC

Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JANUARY 12, 2007
MATTER :  0066609-000005
INVOICE : 9972385

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/06    6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| 12/04/06 TC | Reviewed Response to Notice of Failure to Reach Agreement and Request for Entry of Debtors' Proposed Protocol Concerning Production of Chest X-Rays of Asbestos Personal Injury, Pre-etiton Claimants with Non-Mesothelioma, Malignant Claims Filed by Goldberg, Persky, & White, P.C. | .60 |
|---|---|---|
| 12/05/06 TC | Reviewed Response to of Kelley & Ferraro, LLP and The Ferraro Law Firm to Debtor's Notice of Failure to Reach Agreement on Protocol Concerning Production of Chest X-rays of Claimants with Malignancies Other than Mesothelioma | .40 |
| 12/05/06 TC | Reviewed Declaration of James F. Early, Esq. in Support of the Response of the MMWR Firms to Debtors' Motion to Compel the MMWR Firms' Asbestos Personal Injury Claimants to Respond to the  W.R. Grace Asbestos Personal Injury Questionnaire filed by MMWR Firms | .40 |
| 12/13/06 TC | Reviewed Brief in Support of W.R. Grace & Co.'s Motion to Compel Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire (Additional Brief) | 1.60 |
| 12/13/06 TC | Reviewed Exhibit s to Additional Brief in Support of W.R. Grace & Co.'s Motion to Compel Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire | 1.20 |
| 12/13/06 TC | Reviewed Brief (Corrected) in Support of W.R. Grace & Co.'s Motion to Compel Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire | .60 |

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     JANUARY 12, 2007
MATTER :   0066609-000005
INVOICE : 9972385

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/06    6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| | | | |
|---|---|---|---|
| 12/13/06 TC | Reviewed Brief (Corrected) in Support of W.R. Grace & Co.'s Motion to Compel Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire | .90 | |
| 12/14/06 TC | Reviewed Response to Debtor's Brief Regarding Settled Pre-Petition Asbestos PI Claims. Filed by Wysoker, Glassner, Weingartner, Gonzalez & Lockspeiser | .80 | |
| 12/14/06 TC | Reviewed Re-Notice of Intention to Take the Video Taped Deposition of William Hughson Filed by Official Committee of Asbestos Property Damage Claimants. | .50 | |
| 12/14/06 TC | Reviewed Limited Response to Debtors' Brief Regarding Settled Pre-Petition Asbestos Claims | .60 | |
| 12/14/06 TC | Reviewed Limited Response to Debtors' Brief Regarding Settled Pre-Petition Asbestos Claims Filed by Libby Claimants | .70 | |
| 12/15/06 TC | Reviewed Brief of Claimants Represented by Goldberg, Persky & White to Debtors' Brief Regarding Settled Pre-Petition Asbestos PI Claims | 1.10 | |
| 12/15/06 TC | Reviewed Response to Debtors' Additional Brief In Support Of W.R. Grace & Co.'s Motion To Compel Claimants To Respond To The W.R. Grace Asbestos Personal Injury Questionnaire Filed by Official Committee of Asbestos Personal Injury Claimants | 1.30 | |

# Buchanan Ingersoll & Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE   :    JANUARY 12, 2007
MATTER :    0066609-000005
INVOICE :   9972385

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/06    6548

RE:   CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| Date | | Description | Hours |
|---|---|---|---|
| 12/15/06 | TC | Reviewed Combined Response Of Certain Law Firms To The Debtors' Additional Brief In Support Of W.R. Grace & Co.'s Motion To Compel Claimants To Respond To The W.R. Grace Asbestos Personal Injury Questionnaire | .80 |
| 12/18/06 | TC | Reviewed THE MMWR FIRMS' BRIEF IN OPPOSITION TO THE "ADDITIONAL BRIEF" | .80 |
| 12/19/06 | TC | Reviewed debtors' objection to certain claims filed by def taco inc. and william baker et al. and agreement re mediation | 1.30 |
| 12/19/06 | TC | Reviewed Notice of Service of Proposed Order Regarding Motion of the Official Committee of Asbestos Personal Injury Claimants to Compel Debtors' Production of Certain Actuarial Studies Referenced in Their Securities Filings Filed by Official Committee of Asbestos Personal Injury Claimants | .40 |
| 12/19/06 | TC | Reviewed Objection to Certain Claims Filed by Del Taco, Inc. and William C. Baker, et al., and Agreement for Referral to Mediation Filed by W.R. Grace & Co., et al. | .90 |
| 12/19/06 | TC | Reviewed Order Regarding Amended Case Management Order For The Estimation of Asbestos Personal Injury Liabilities | .30 |
| 12/19/06 | TC | Reviewed Order (TWENTY-EIGHTH CONTINUATION) Regarding The Relief Sought In Debtors' Fifth Omnibus Objection To Claims (Substantive) | .40 |
| 12/20/06 | TC | Reviewed Omnibus Objection to Claims [Twentieth (Substantive) Filed by W.R. Grace & Co., et al | .80 |

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JANUARY 12, 2007
MATTER :   0066609-000005
INVOICE :  9972385

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/06    6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| | | | |
|---|---|---|---|
| 12/20/06 TC | Reviewed Stipulation Resolving Certain of the Claims of Gulf Pacific America, Inc. By W.R. Grace & Co., et al. | | .70 |
| 12/20/06 TC | Reviewed Order Granting Relief Sought In Debtors' Nineteenth Omnibus Objection To Claims (Non-Substantive). | | .50 |
| 12/20/06 TC | Reviewed Order (A) Expunging Or (B) Reducing And Allowing Claims Paid Post-Petition | | .50 |
| 12/21/06 TC | Reviewed Order (CONTINUATION) Regarding The Debtors' Eighteenth Omnibus Objection To Claims (Substantive) | | .40 |
| 12/21/06 TC | Reviewed Order (THIRD) Granting Relief Sought In Debtors' Seventeenth Omnibus Objection To Claims (Substantive). | | .40 |
| 12/21/06 TC | Reviewed Order Reinstating Claim of Robert Locke And Referring Claim To ADR Program. | | .50 |
| 12/21/06 TC | Reviewed Order Disallowing And Expunging Eight Canadian Property Damage Claims | | .60 |
| 12/21/06 TC | Reviewed Order Regarding Questionnaires To Be Filed For Non-Settled Pre-Petition Asbestos PI Claims | | .40 |
| 12/21/06 TC | Reviewed Certification of Counsel Re Evidence on PI claims | | .60 |
| 12/21/06 TC | Reviewed Objection to Claim Number by Claimant(s) Robert H. Locke. of Debtors and Agreement for Referral to Mediation | | .50 |

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 12, 2007
MATTER : 0066609-000005
INVOICE : 9972385

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/06    6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

12/21/06 TC    Reviewed Order Disallowing And Expunging        .40
               Certain of the Claims of Gulf Pacific America,
               Inc

### T I M E   S U M M A R Y
---------------------------

|            | RATE   | HOURS | TOTALS    |
|------------|--------|-------|-----------|
| T. Currier | 475.00 | 32.00 | 15200.00  |
| TOTALS     |        | 32.00 | 15200.00  |

TOTAL FEES :                    15,200.00

TOTAL DUE  :                    15,200.00

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     JANUARY 12, 2007
MATTER :   0066609-000006
INVOICE :  9972386

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/06    6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 12/21/06 | TC | Reviewed Order Approving Terms of Stipulation Regarding Claims Of William Industries, Inc. | .20 |

### TIME SUMMARY

| | RATE | HOURS | TOTALS |
|---|------|-------|--------|
| T. Currier | 475.00 | .20 | 95.00 |
| TOTALS | | .20 | 95.00 |

TOTAL FEES :            95.00

TOTAL DUE  :            95.00

# Buchanan Ingersoll &amp; Rooney PC
### Attorneys &amp; Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    :   JANUARY 12, 2007
MATTER  :   0066609-000010
INVOICE :   9972392

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/06    6548

RE:  EMPLOYMENT APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 12/19/06 | TC | Reviewed Order Authorizing The Debtors To Employ And Retain Ogilvy Renault LLP As Special Counsel For The Debtors And Debtors In Possession | .50 |

## T I M E   S U M M A R Y

|            |        | RATE   | HOURS | TOTALS |
|------------|--------|--------|-------|--------|
| T. Currier |        | 475.00 | .50   | 237.50 |
|            | TOTALS |        | .50   | 237.50 |

TOTAL FEES :          237.50

TOTAL DUE  :          237.50

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JANUARY 12, 2007
MATTER :  0066609-000011
INVOICE : 9972387

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/06    6548

RE:  FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 12/06/06 | MNF | Pull 21st Quarterly fee app of BIR and Order re: Name change and email same to fee auditor | .50 |
| 12/13/06 | MNF | Review docket re: obj. to 22nd quarterly fee app of BIR (.1); Draft CNO re: 22nd quarterly fee app of BIR (.5) | .60 |
| 12/14/06 | MNF | E-file and serve CNO re: 22nd quarterly fee app of BIR | 1.00 |
| 12/20/06 | MNF | Review docket re: objections to BIR 60th fee app (.1); Draft CNO re: 60th monthly feee app of BIR (.4) | .50 |
| 12/20/06 | MNF | E-file and serve CNO re: 60th monthly fee app of BIR | 1.00 |
| 12/20/06 | MNF | Review/make edits to pre-bills for November 2006 time | .50 |
| 12/20/06 | MNF | Draft 61st monthly fee app of BIR for November 2006 | 1.00 |

## T I M E   S U M M A R Y

| | | RATE | HOURS | TOTALS |
|---|---|------|-------|--------|
| M. Flores | | 140.00 | 5.10 | 714.00 |
| | TOTALS | | 5.10 | 714.00 |

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE  :    JANUARY 12, 2007
MATTER  :    0066609-000011
INVOICE :  9972387

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/06    6548

RE:   FEE APPLICATIONS, APPLICANT

TOTAL FEES :                              714.00

TOTAL DUE  :                              714.00

---

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JANUARY 12, 2007
MATTER : 0066609-000012
INVOICE : 9972388

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/06    6548

RE:  FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 12/06/06 | MNF | E-file and serve 63rd monthly fee app of Kramer Levin | 1.00 |
| 12/12/06 | MNF | Review docket re: objections to 18th quarterly fee app of Kramer Levin (.1); Draft CNO re: 18th quarterly fee app of Kramer Levin (.5) | .60 |
| 12/13/06 | MNF | E-file and serve CNO re: 18th quarterly fee app of Kramer Levin | 1.00 |
| 12/20/06 | TC | Reviewed Order Approving Quarterly Fee Applications for the Twenty-First Period. | .40 |

### T I M E   S U M M A R Y

|           |        | RATE   | HOURS | TOTALS |
|-----------|--------|--------|-------|--------|
| T. Currier |        | 475.00 | .40   | 190.00 |
| M. Flores  |        | 140.00 | 2.60  | 364.00 |
|           | TOTALS |        | 3.00  | 554.00 |

TOTAL FEES :                              554.00

TOTAL DUE  :                              554.00

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚭ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     JANUARY 12, 2007
MATTER :  0066609-000014
INVOICE : 9972389

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/06    6548

RE:  HEARINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 12/04/06 | TC | Reviewed Amended Notice of Agenda of Matters Scheduled for Hearing Before the Honorable Judith K. Fitzgerald Filed by W.R. Grace & Co., et al.. Hearing scheduled for 12/5/2006 at 03:30 AM at United States Bankruptcy Court | .60 |
| 12/11/06 | TC | Reviewed notice of agenda of matters scheduled for hearing monday december 18 | .50 |
| 12/13/06 | TC | REviewed Notice of Agenda of Matters Scheduled for Hearing on December 18, 2006, at 2:00 PM before the Honorable Judith K. Fitzgerald in Pittsburgh, Pennsylvania Filed by W.R. Grace & Co., et al | .70 |
| 12/18/06 | TC | Reviewed Amended Notice of Agenda of Matters Scheduled for Hearing Before the Honorable Judith K. Fitzgerald Filed by W.R. Grace & Co., et al.. Hearing scheduled for 12/18/2006 at 02:00 PM at United States Bankruptcy Court - District of Western PA, Pittsburgh, PA | .60 |
| 12/18/06 | TC | Reviewed Certification of Counsel Regarding Revised Dates for 2007 Omnibus Hearings | .50 |
| 12/20/06 | TC | Reviewed and calendared all dates in Order Setting Omnibus Hearing Dates | .50 |

**Buchanan Ingersoll & Rooney** PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : JANUARY 12, 2007
MATTER  : 0066609-000014
INVOICE : 9972389

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/06    6548

RE:  HEARINGS

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 475.00 | 3.40 | 1615.00 |
| TOTALS | | 3.40 | 1615.00 |

TOTAL FEES :                           1,615.00

TOTAL DUE  :                           1,615.00

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JANUARY 12, 2007
MATTER :  0066609-000015
INVOICE : 9972390

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/06    6548

RE:   LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 12/01/06 | TC | Reviewed Reply Memorandum in Support of the Official Committee of Asbestos Personal Injury Claimants' Motion to Compel Production of Documents Filed by Official Committee of Asbestos Personal Injury Claimants | .60 |
| 12/01/06 | TC | Reviewed Order On Debtors' Motion for Leave from this Court's January 18, 2006 Scheduling Order and to Shorten Notice Period of Motion for Entry of an Order Authorizing Debtors to File Under Seal W. R. Grace & Co.'s Opposition to Motion of the Official Committee of Asbestos Personal Injury Claimants to Compel Production of Documents | .40 |
| 12/01/06 | TC | Reviewed Order Authorizing Debtors to File Under Seal W. R. Grace & Co.'s Opposition to Motion of the Official Committee of Asbestos Personal Injury Claimants to Compel Production of Documents. | .30 |
| 12/04/06 | TC | Reviewed Status Report on Non-Party Discovery Filed by W.R. Grace & Co., et al.. | 1.50 |
| 12/04/06 | TC | Reviewed record excerpts in support of appellees' brief on exclusivity appeal | .80 |
| 12/05/06 | TC | Reviewed Response to and Opposition of Motley Rice LLC to Debtor's Request for Entry of Debtor's Proposed Portocol Concerning the Production of Chest X-rays in response to Debtor's Questionnaire Filed by Motley Rice LLC | .70 |

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     JANUARY 12, 2007
MATTER :   0066609-000015
INVOICE :  9972390

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/06    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 12/05/06 TC | Reviewed all appellant's materials in support of appeal of exclusivity order | 2.90 |
| 12/06/06 TC | Reviewed Notice of Deposition and Subpoena for Dr. Mark Klepper on December 5, 2006 at 9:00 AM CST Filed by W.R. Grace & Co., et al. | .70 |
| 12/06/06 TC | Reviewed Notice of Deposition and Subpoena for Ann C. Burke on December 11, 2006 at 9:00 AM CST Filed by W.R. Grace & Co., et al.. | .70 |
| 12/06/06 TC | Reviewed Notice of Deposition and Subpoena for Rhonda Mason on December 15, 2006 at 9:00 AM CST Filed by W.R. Grace & Co., et al.. | .60 |
| 12/06/06 TC | Reviewed Notice of Service of The Official Committee of Asbestos Property Damage Claimants' First Request For Production of Documents Relating To The Methodology Phase Filed by Official Committee of Asbestos Property Damage Claimants | .10 |
| 12/07/06 TC | Reviewed Notice of Deposition and Subpoena for Dr. L. C. Rao on December 6, 2006 at 9:00 AM EST Filed by W.R. Grace & Co., et al.. | .60 |
| 12/07/06 TC | Reviewed Motion to Reconsider on the "consultants" issues Filed by W.R. Grace & Co., et al.. | .40 |
| 12/07/06 TC | Reviewed Order Granting in part, Denying in part W.R. Grace & Co.'s Motion for Reconsideration and setting certain filing deadlines | .40 |
| 12/07/06 TC | Reviewed transmittal of complete record on appeal | .80 |

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JANUARY 12, 2007
MATTER :  0066609-000015
INVOICE : 9972390

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/06    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 12/07/06 TC | Reviewed Preliminary Designation of Fact and Expert Witnesses Relating to the Alleged Lack of Hazard from Debtors' Asbestos Products of Certain Asbestos Property Damage Claimants Filed by Anderson Memorial Hospital | .70 |
| 12/07/06 TC | Reviewed Notice of Deposition (Amended) for Dr. Alvin Schonfeld for December 18, 2006 at 9:00 AM CST Filed by W.R. Grace & Co., et al | .50 |
| 12/07/06 TC | Reviewed Notice of Deposition (Amended) for Rhonda Mason on December 15, 2006 at 8:00 AM CST Filed by W.R. Grace & Co., et al.. | .50 |
| 12/07/06 TC | Reviewed Notice of Service Debtors' Preliminary Witness Disclosure for Adjudication of Lack of Hazard Issues Filed by W.R. Grace & Co., et al.. | .50 |
| 12/07/06 TC | Reviewed Joint Preliminary Designation of Fact and Expert Witnesses Regarding Adjudication of Lack of Hazard Issue as Described in the 15th Omnibus Objections Filed by Louisiana Claimants | .70 |
| 12/07/06 TC | Reviewed Notice of Service of Claimants Represented by the Law Firm of Motley Rice LLC's Preliminary Designation of Fact and Expert Witnesses Regarding the Trial on Lack of Hazards Filed by Motley Rice LLC. | .60 |
| 12/07/06 TC | Reviewed Notice of Service for First Request for Admission, First Request for the Production of Documents, First Set of Interrogatories and Notice of Deposition. Filed by State of California, Department of General Services | .40 |

# Buchanan Ingersoll ⚮ Rooney PC

**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     JANUARY 12, 2007
MATTER :  0066609-000015
INVOICE : 9972390

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/06    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 12/07/06 TC | Reviewed Notice of Intention to Take the Videotaped Deposition of Laura S. Welch, M.D. Filed by W.R. Grace & Co., et al | .30 |
| 12/08/06 TC | Reviewed Motion to Compel Deposition of Debtors' Records Custodian(s) Filed by Anderson Memorial Hospital | .60 |
| 12/08/06 TC | Reviewed Motion to Shorten Time and for Expedited Consideration of Motion to Compel Deposition of Debtors' Records Custodian(s) So That It May be Heard on December 18, 2006 Filed by Anderson Memorial Hospital Hearing | .50 |
| 12/08/06 TC | Reviewed Re-Notice of Intention to Take the Video Taped Deposition of Roger Morse Filed by Official Committee of Asbestos Property Damage Claimants | .50 |
| 12/08/06 TC | Reviewed Notice of Deposition /Re-Notice of Intention to Take the Video Taped Deposition of Richard Lee Filed by Official Committee of Asbestos Property Damage Claimants | .50 |
| 12/08/06 TC | Reviewed Notice of Deposition (Amended) for Rhonda Mason on December 15, 2006 at 8:00 AM CST Filed by W.R. Grace & Co., et al | .50 |
| 12/08/06 TC | Reviewed Notice of Service of W. R. Grace & Co.'s Deposition by Written Question to Dr. Richard C. Levine Filed by W.R. Grace & Co., et al.. | .40 |
| 12/08/06 TC | Reviewed motion to expedite review of appeal | .70 |
| 12/08/06 TC | Reviewed appellee's response to appellants' motion to expedite review of appeal | .40 |

# Buchanan Ingersoll &Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :      JANUARY 12, 2007
MATTER :   0066609-000015
INVOICE : 9972390

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/06     6548

RE:   LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 12/14/06 TC | Reviewed Memorandum Opinion Resolving Motion For Partial Summary Judgment, Cross Motions For Summary Judgment, And Scheduling A Status Conference | .90 |
| 12/14/06 TC | Reviewed Order Resolving Motion For Partial Summary Judgment, Cross Motions For Summary Judgment, And Scheduling A Status Conference | .50 |
| 12/14/06 TC | Reviewed Order (SECOND AMENDED) Establishing Case Management Procedures and Hearing Scheduling | .80 |
| 12/15/06 TC | Reviewed Order (REVISED BY COURT) DENYING Expedited Consideration of Anderson Memorial Hospital's Motion To Compel Deposition of Debtors' Records Custodian(s) So That It May Be Heard On December 18, 2006 | .40 |
| 12/15/06 TC | Reviewed BNC Notice of Opinion Resolving Motion For Partial Summary Judgment, Cross Motions For Summary Judgment, And Scheduling A Status Conference | 1.40 |
| 12/18/06 TC | Reviewed Motion for Protective Order W.R. Grace & Co.'s Motion to Quash 30(b)(6) Deposition Notice and for a Protective Order Filed by W.R. Grace & Co | 1.10 |
| 12/19/06 TC | Reviewed Motion for Leave to Designate an Expert Regarding Constructive Notice for Property Damage Claims Filed by Official Committee of Asbestos Property Damage Claimants | .70 |

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :      JANUARY 12, 2007
MATTER :   0066609-000015
INVOICE :  9972390

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/06    6548

RE:   LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 12/19/06 TC | Reviewed Motion to Shorten Time for Specially Set Hearing With Respect to Motion of the Official Committee of Asbestos Property Damage Claimants for Leave to Designate an Expert Regarding Constructive Notice for Property Damage Claims Filed by Official Committee of Asbestos Property Damage Claimants | .50 |
| 12/19/06 TC | Reviewed Response to and Joinder in Various Claimants' Firms' Response to Debtor's Additional Brief in Support of W.R. Grace & Co.'s Motion to Compel Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire Filed by Motley Rice LLC | .50 |
| 12/19/06 TC | Reviewed Motion to Compel Motion of the Official Committee of Asbestos Personal Injury Claimants to Compel Debtors' Production of Certain Actuarial Studies Referenced in Their Securities Filings Filed by Official Committee of Asbestos Personal Injury Claimants | .90 |
| 12/19/06 TC | Reviewed Joinder of the Future Claimants' Representative To the Motion of the Official Committee of Asbestos Personal Injury Claimants to Compel Debtors' Production of Certain Actuarial Studies Referenced in Their Securities Filings Filed by David Austern. | .60 |
| 12/19/06 TC | Reviewed Notice of Deposition Re-Notice of Intention to Take the Videotaped Deposition of Morton Corn Filed by Official Committee of Asbestos Property Damage Claimants | .50 |
| 12/19/06 TC | Reviewed Order Regarding Copying of Certain Documents Related To Class Certification Motion Regarding Anderson Memorial Hospital | .50 |

---

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1698000 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     JANUARY 12, 2007
MATTER :   0066609-000015
INVOICE :  9972390

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/06    6548

RE:   LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 12/20/06 TC | Reviewed Notice of Deposition and Subpoena for Robert Cohen, M.D. - To Be Rescheduled) Filed by W.R. Grace & Co., et al | .70 |
| 12/20/06 TC | Reviewed Objection to Claim Number by Claimant(s) Anton F. Volovsek. Filed by W.R. Grace & Co., et al | .70 |
| 12/21/06 TC | Reviewed Order Granting Motion to Shorten Time Specially Set Hearing With Respect to Motion of the Official Committee of Asbestos Property Damage Claimants for Leave to Designate an Expert Regarding Constructive Notice for Property Damage Claims | .30 |
| 12/21/06 TC | Reviewed Order and Stipulation Resolving the Motion of the Official Committee of Asbestos Personal Injury Claimants to Compel Production of Documents and Future Claimants' Representative's Memorandum in Support and Joinder in the Official Committee of Asbestos Personal Injury Claimants' Motion to Compel Production of Documents | .40 |
| 12/22/06 TC | Reviewed Designation by San Diego Gas & Electric Company, Sempra Energy and Enova Corporation of Fact and Expert Witnesses Regarding Product Identification and Limitations Periods Issues as Described in Debtors Fifteenth Omnibus Objection Filed by Sempra Energy, Inc.. | .60 |
| 12/22/06 TC | Reviewed Notice of Service / Designation of Expert Reports Relating to Product Identification on Behalf of Certain Asbestos Property Damage Claimants Filed by Anderson Memorial Hospital. | .70 |

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JANUARY 12, 2007
MATTER :  0066609-000015
INVOICE : 9972390

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/06    6548

RE:   LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 12/22/06 TC | Reviewed Submission of Expert Reports and Identification of Any Additional Fact Witnesses and General Subject Matter of Testimony Regarding the Schedule for the Adjudication of Product Identification Issues as Described in Debtors' 15th Omnibus Objections Filed by Dies & Hile Claimants. | | .90 |
| 12/22/06 TC | Reviewed Notice of Service of Supplemental Designation of the Prudential Insurance Company of America of Fact and Expert Witnesses Filed by Prudential Insurance Company of America. | | 1.20 |
| 12/22/06 TC | Reviewed zonolite decision from dec. 14 | | 1.10 |
| 12/26/06 TC | Reviewed Notice of Appeal Filed by Zonolite Attic Insulation Class Plaintiffs relating to december 14 decision | | .50 |
| 12/26/06 TC | Reviewed Motion for Leave to Appeal Bankruptcy Court's Order Resolving Motions for Partial Summary Judgment, Cross Motions for Summary Judgment, and Scheduling a Status Conference, Entered in these Cases on December 14, 2006 and Memorandum Opinion Relating thereto Filed by Zonolite Attic Insulation Class Plaintiffs | | 1.70 |
| 12/26/06 TC | Reviewed Notice of Service of the Official Committee of Asbestos Personal Injury Claimants' Cross Questions to W.R. Grace's Deposition by Written Question of Dr. Richard Levine, M.D. and attachments | | .80 |
| 12/26/06 TC | Reviewed Order Regarding X-Ray Evidence | | .40 |
| 12/26/06 TC | Reviewed Order Regarding Motions To Compel Claimants To Respond To The W.R. Grace & Co. Asbestos Personal Injury Questionnaire. | | .80 |

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    :    JANUARY 12, 2007
MATTER  :    0066609-000015
INVOICE :    9972390

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/06    6548

RE:   LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 12/26/06 TC | Reviewed Order (Supplemental) Regarding Motions To Compel Claimants To Respond To The W.R. Grace & Co. Asbestos Personal Injury Questionnaire | | .30 |
| 12/26/06 TC | Reviewed Supplemental Designation of Fact and Expert Witnesses Regarding Adjudication of Lack of Hazard Issue as Described in Debtors' 15th Omnibus Objections Filed by Dies & Hile Claimants | | .30 |

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 475.00 | 40.50 | 19237.50 |
| TOTALS | | 40.50 | 19237.50 |

TOTAL FEES :                    19,237.50

TOTAL DUE  :                    19,237.50

# Buchanan Ingersoll & Rooney PC

**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    :    JANUARY 12, 2007
MATTER  :    0066609-001000
INVOICE :    9972391

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/31/06    6548

RE:   EXPENSES

| DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|
| 12/04/06 Photocopies M. Flores | 3.45 |
| 12/04/06 Photocopies M. Flores | 3.60 |
| 12/06/06 Photocopies M. Flores | 12.90 |
| 12/11/06 Photocopies M. Flores | 0.15 |
| 12/13/06 Photocopies M. Flores | 0.60 |
| 12/13/06 Messenger/Delivery Service PARCELS, INC. | 7.50 |
| 12/14/06 Photocopies M. Flores | 0.60 |
| 12/14/06 Photocopies M. Flores | 0.60 |
| 12/20/06 Photocopies M. Flores | 4.80 |

TOTAL EXPENSE ADVANCES :        34.20

TOTAL DUE    :        34.20

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California