# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**DECEMBER 1, 2006 - DECEMBER 31, 2006**

| MATTER | PROJECT CATEGORY | HOURS | TOTAL FEES |
|--------|------------------|-------|-----------|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 42.6 | $ 27,259.50 |
| 0013 | Business Operations | 2.4 | 1,455.00 |
| 0014 | Case Administration | 54.7 | 13,282.50 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 1.5 | 862.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 9.7 | 5,877.50 |
| 0018 | Fee Application, Applicant | 12.7 | 3,942.50 |
| 0019 | Creditor Inquiries | 5.3 | 3,390.00 |
| 0020 | Fee Application, Others | 0.7 | 402.50 |
| 0035 | Travel - Non Working | 8.0 | 5,200.00 |
| 0036 | Plan and Disclosure Statement | 31.4 | 21,122.50 |
| 0037 | Hearings | 30.4 | 19,637.50 |
| | | | |
| | Sub Total | 199.4 | $ 102,432.00 |
| | Less 50% Travel | (4.0) | (2,600.00) |
| | Total | 195.4 | $ 99,832.00 |

# STROOCK

## INVOICE

| DATE | January 19, 2007 |
|---|---|
| INVOICE NO. | 401271 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through December 31, 2006, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) 699843 0003 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/01/2006 | Attend to Claimants' responses to Debtors' proposed x-ray protocol including Stutman, Bromberg, Esserman response, Libby claimants' objection (.9); attend to PI Committee response to Debtors' PI Questionnaire brief (.2); attend to claimants' responses to Debtor's motions to compel in respect of the PI Questionnaire including that by Motley Rice, and the MMWR firms' asbestos claimants and by PI Committee (1.2); attend to order re PI Committee's motion to compel production of documents (.1). | Krieger, A. | 2.4 |
| 12/02/2006 | Various pleadings re discovery of debtor and PIQs. | Kruger, L. | 0.6 |
| 12/04/2006 | Attend to recently filed pleadings for 12/05/06 hearing including FRC's reply to ACC motion to compel, Debtors' reply to claimants' responses to motion to compel, PI Committee's response to Debtors' memo re motion to compel, Debtors' reply in support of x-ray protocol objections, claimants' responses re failure to reach agreement on x-ray protocol, other. | Krieger, A. | 1.7 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1769164v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/04/2006 | Review debtor response to ACC re PIQ (.3); review Motley Rice response re X-ray protocol (.2); review response of Weitz & Luxenburg (.2). | Kruger, L. | 0.7 |
| 12/07/2006 | Review debtor request with respect to reconsideration of PIQ issues (.3); inclusion of status report; review exclusivity issue raised by appeal and request for expedited appeal (.3). | Kruger, L. | 0.6 |
| 12/07/2006 | Attention to debtors motion for reconsideration of consulting expert issue and related issues. | Pasquale, K. | 0.5 |
| 12/11/2006 | Attend to Navigant materials. | Krieger, A. | 0.9 |
| 12/11/2006 | Attention to recently filed PD claims-related pleadings. | Pasquale, K. | 1.0 |
| 12/12/2006 | Email re conf call with debtors and professionals. | Kruger, L. | 0.2 |
| 12/12/2006 | Attention to debtors' brief re PIQ consultant issues (.3); attention to new back-up information relied upon by debtors' non-estimation experts (1.0). | Pasquale, K. | 1.3 |
| 12/13/2006 | Attend to Debtors' Dies & Hile, Speights, Motley Rice and other claimants designations of fact and expert witnesses (.9); attend to Debtors' additional brief in support of motion to compel and related pleadings (.7). | Krieger, A. | 1.6 |
| 12/13/2006 | Review of claimants designation of facts and experts. | Kruger, L. | 0.4 |
| 12/13/2006 | Attention to pleadings re settled claims. | Pasquale, K. | 0.8 |
| 12/14/2006 | Attend to Court's memorandum decision and order re ZAI (.6); office conference KP re same (.1); attend to memoranda re scheduling of exclusivity argument and omnibus hearing (.2); memorandum to Debtor's counsel re ZAI decision (.1). | Krieger, A. | 1.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 12/14/2006 | Review of summary judgment decision and ramifications. | Kruger, L. | 1.6 |
| 12/14/2006 | Attention to ZAI summary judgment decision and email Committee re same (1.3); preparation for conference call with Navigant and related estimation (1.1); attention to PI data (1.4). | Pasquale, K. | 3.8 |
| 12/15/2006 | Attend to ZAI decision and related documents, proofs of claim( 1.6); conference call with Navigant representatives re PI estimation issues and ZAI decision (.7); attend to ZAI claims (.4). | Krieger, A. | 2.7 |
| 12/15/2006 | Further review of ZAI decision. | Kruger, L. | 0.4 |
| 12/15/2006 | Attention to ZAI proofs of claim and related issues re ZAI decision (1.0); conference call Navigant re PI estimation issues (.7). | Pasquale, K. | 1.7 |
| 12/16/2006 | Complete Judge Fitzgerald's memorandum decision re ZAI summary judgment motions (.5); attend to Debtors motion re settled and non-settled claims (.3). | Krieger, A. | 0.8 |
| 12/18/2006 | Attend to proposed order re revised PI CMO schedule. | Krieger, A. | 0.1 |
| 12/18/2006 | Review Anderson memorial motion to compel (.2); Stutman Bromberg memo re settled cases (.3). | Kruger, L. | 0.5 |
| 12/18/2006 | Attention to debtor's motion for protective order re 30(b)(6) notice and ACC's related motion to compel (1.1); attention to PD Committee's motion to designate expert (.3); confer L. Kruger re omnibus hearing (.2). | Pasquale, K. | 1.6 |
| 12/18/2006 | Reviewing ZAI decision; drafting memo to committee re ZAI decision. | Strauss, J. | 1.3 |
| 12/19/2006 | Attend to MMWR Firm's opposition to | Krieger, A. | 0.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Debtors' additional relief re: motion to compel and PI Committee's response to Debtors' additional brief (.7); attend to Anderson Memorial pleadings re: production of documents (.2). | | |
| 12/19/2006 | Conference call with all parties re X-ray protocol (.8); attention to proposed orders re X-rays and PIQ responses (.5). | Pasquale, K. | 1.3 |
| 12/19/2006 | Completed review and memorandum regarding Judge Fitzgerald's ZAI decision. | Strauss, J. | 2.1 |
| 12/20/2006 | Attend to BH correspondence and proposed order re x-ray protocol (.2); attend to draft order from K&E re: motion to compel (.2); attend to PD Committee's motions for leave to designate a constructive notice expert and to specifically set a hearing thereon (.4); attend to National Union adversary (.2); attend to competing certifications of counsel and order re x-ray protocol and motions to compel (.6). | Krieger, A. | 1.6 |
| 12/20/2006 | Review memo to committee re ZAI (.2); review proposed PIQ order (.2); review competing certifications re X-ray protocol (.4). | Kruger, L. | 0.8 |
| 12/20/2006 | Revised memo to Committee re ZAI decision (.3); attention to proposed orders re PIQs (.3). | Pasquale, K. | 0.6 |
| 12/21/2006 | Attend to Grace's new motions to compel responses to PIQs (.5); attend to PI Committee's motion to compel production of actuarial and other estimation documentation (.4); attention to Grace's objection to Del Taco claims (.6); attend to PI Committee's Statement re: Debtors' motion to compel (.3); attend to Debtors' certifications of counsel re: orders with respect to motions to compel and x-ray protocol (.3); orders re: settled claims responses to Questionnaires, scheduling expedited hearing on PD Committee motion for leave (.2); attending to Esserman certification | Krieger, A. | 3.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | of counsel on competing order (.1); attend to PD claims - related designations (.6). | | |
| 12/21/2006 | Review debtor objection to Del Taco claim (.3); review debtor motion re PIQ(.3); review PI committee statement with respect to Grace motion to compel (.2). | Kruger, L. | 0.8 |
| 12/21/2006 | Attention to recent pleadings re PD claims and issues. | Pasquale, K. | 1.0 |
| 12/22/2006 | Attend to notice of appeal from ZAI Decision and e-mail to LK, KP re: same (.1); attend to ZAI claims (.4); attend to ZAI claimants motion for leave to appeal (.3); attend to Court's orders re: consulting expert privilege, x-ray protocol, motions to compel (.3). | Krieger, A. | 1.1 |
| 12/22/2006 | Review notice of appeal (.3); review ZAI claims (.3); review court order re X-ray protocol, and motion to compel by ACC and by debtor (.3). | Kruger, L. | 0.9 |
| 12/22/2006 | Attention to ZAI claimants' motion for leave to appeal. | Pasquale, K. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 17.8 | $ 575 | $ 10,235.00 |
| Kruger, Lewis | 7.5 | 825 | 6,187.50 |
| Pasquale, Kenneth | 13.9 | 650 | 9,035.00 |
| Strauss, Joseph E. | 3.4 | 530 | 1,802.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 27,259.50 |
|------------------------------------------|-------------|

# STROOCK

| PAGE: 6 | |
|---|---|
| TOTAL FOR THIS MATTER | $ 27,259.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038–4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1769164v1

# STROOCK

| RE | Business Operations<br>699843  0013 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 12/12/2006 | Telephone call J. Dolan re third quarter operating results, 2007 business plan review and related matters. | Krieger, A. | 0.3 |
| 12/16/2006 | Attend to Capstone's report re third quarter results. | Krieger, A. | 1.4 |
| 12/18/2006 | Telephone call J. Dolan re Capstone report on 3rd Quarter operations. | Krieger, A. | 0.1 |
| 12/18/2006 | Review Capstone report on operations for 3rd quarter. | Kruger, L. | 0.3 |
| 12/19/2006 | Telephone call J. Dolan re discussed Capstone's report on 3rd quarter results. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 2.1 | $ 575 | $ 1,207.50 |
| Kruger, Lewis | 0.3 | 825 | 247.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,455.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,455.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1769164v1

# STROOCK

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038–4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1769164v1

# STROOCK

| RE | Case Administration<br>699843 0014 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/01/2006 | Attend to recently filed applications, certification. | Krieger, A. | 0.5 |
| 12/01/2006 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.7); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.7 |
| 12/04/2006 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed pleadings in main case (1.1); review adversary proceeding case docket nos. 01-771, 0455083 and 05-52724 (.5). | Mohamed, D. | 2.2 |
| 12/05/2006 | Attend to Fee Auditor's final report on SSL's 21st quarterly (.1); memorandum to D. Mohamed re exclusivity appeal documents (.1). | Krieger, A. | 0.2 |
| 12/05/2006 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed pleadings in main case (1.6); attention to retrieval of pleadings for attorney review (.5). | Mohamed, D. | 2.7 |
| 12/06/2006 | Telephone call to the court for A. Krieger to arrange for telephonic attendance at hearing. | Holzberg, E. | 0.2 |
| 12/06/2006 | Exchanged memoranda with DM re exclusivity appeal filings (.2); attend to recently filed applications, fee examiner's reports (1.3). | Krieger, A. | 1.5 |
| 12/06/2006 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed pleadings in main case (.7); review adversary | Mohamed, D. | 4.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5); retrieve and distribute filed pleadings re: civil action no. 06-689 (1.4); attention to retrieval of certain pleadings for attorney review (.5); review fee auditors chart with respect to Stroock's twenty-first interim period for compensation (.4). | | |
| 12/07/2006 | Reviewed email received from S. Bossay re fee charts and reviewed chart. | Holzberg, E. | 0.9 |
| 12/07/2006 | Telephone call E. DeCrestoforo re 12/05/06 hearing (.4); attend to newly filed pleadings, application (.6). | Krieger, A. | 1.0 |
| 12/07/2006 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed pleadings in main case (.7); retrieve and distribute recently filed pleading re: civil action no. 06-689 (.2). | Mohamed, D. | 1.5 |
| 12/08/2006 | Reviewed Legal Docket to update status. | Holzberg, E. | 0.9 |
| 12/08/2006 | Attend to files (.6); attend to recently field examiner reports, applications, PD related deposition notices (.4); exchanged memoranda with DM re schedule and order approving fees and expenses for 21st quarterly fee application (.1); exchange memoranda with KP re conference call with Navigant (.1). | Krieger, A. | 1.2 |
| 12/08/2006 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed pleadings in maincase (2.2); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5); attention to retrieval of certain pleadings for attorney review (.5). | Mohamed, D. | 3.8 |
| 12/11/2006 | Attend to newly filed certifications, notices. | Krieger, A. | 0.3 |
| 12/11/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.6); review adversary | Mohamed, D. | 1.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | | |
| 12/12/2006 | Attend to recently filed applications. | Krieger, A. | 0.2 |
| 12/12/2006 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed pleadings in main case (.8); review civil case docket no. 06-689 (.2); attention to retrieval of pleadings for attorney review (.5). | Mohamed, D. | 2.1 |
| 12/13/2006 | Telephone Court Call for AGK to attend hearings telephonically or Monday 12/18. | Holzberg, E. | 0.2 |
| 12/13/2006 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.6); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 1.6 |
| 12/14/2006 | Attend to certifications, applications. | Krieger, A. | 0.2 |
| 12/14/2006 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.5). | Mohamed, D. | 0.9 |
| 12/15/2006 | Reviewed Legal Docket to update status. | Holzberg, E. | 0.3 |
| 12/15/2006 | Attend to second amended CMO (.2); attend to newly filed applications (.4). | Krieger, A. | 0.6 |
| 12/15/2006 | Review and update case docket no. 01-1139 (.7); retrieve and distribute recently filed pleadings in main case (1.6); research main case docket re: certain proofs of claim (.5); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 3.3 |
| 12/18/2006 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed pleadings in main case (1.4); review adversary proceeding case docket nos. 01-771, 04-55083 & 05-52724 (.5); attention to retrieval of | Mohamed, D. | 2.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | certain pleadings for attorney review (.4). | | |
| 12/19/2006 | Attend conference call with Grace representatives re: 12/18/06 hearing, status of other matters. | Krieger, A. | 0.8 |
| 12/19/2006 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed pleadings in main case (.9). | Mohamed, D. | 1.5 |
| 12/20/2006 | Attend to contact information and exchanged memoranda with J. Dolan re same (.3); office conference EH re order setting hearing dates (.1). | Krieger, A. | 0.4 |
| 12/20/2006 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed pleadings in main case (1.8); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 2.9 |
| 12/21/2006 | Attend to certifications, affidavits, applications. | Krieger, A. | 0.4 |
| 12/21/2006 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed pleadings in main case (2.8); retrieve and distribute recently filed pleading re: district court docket no. 06-689 (.2); retrieve and distribute recently filed pleading re: adversary proceeding case docket no. 05-52724 (.2). | Mohamed, D. | 3.8 |
| 12/22/2006 | Attend to applications, certifications. | Krieger, A. | 0.6 |
| 12/22/2006 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed pleadings in main case (1.6); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5). | Mohamed, D. | 2.7 |
| 12/26/2006 | Attend to Sempra designation and office conference(s) L. Kruger regarding potential need for supplemental affidavit. | Krieger, A. | 0.5 |
| 12/26/2006 | Office conference with A. Krieger re Sempra | Kruger, L. | 0.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | creditors possible need for supplemental affidavit. | | |
| 12/27/2006 | Office conference EH re Court Call arrangements for 1/4/07 hearing (.1); attend to newly filed pleadings, applications (.3); prepare supplemental disclosure affidavit (1.4). | Krieger, A. | 1.8 |
| 12/28/2006 | Reviewed legal docket and retrieved documents for records. | Holzberg, E. | 0.8 |
| 12/28/2006 | Memoranda to LK, KP re: 1/4/07 hearing arrangements (.1); attend to newly filed certifications, applications (.2). | Krieger, A. | 0.3 |
| 12/29/2006 | Reviewed legal docket to update status (.9); retrieved documents for files (.4). | Holzberg, E. | 1.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 4.6 | $ 225 | $ 1,035.00 |
| Krieger, Arlene G. | 10.5 | 575 | 6,037.50 |
| Kruger, Lewis | 0.4 | 825 | 330.00 |
| Mohamed, David | 39.2 | 150 | 5,880.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 13,282.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 13,282.50 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1769164v1

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos) 699843 0015 |
|----|-------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 12/01/2006 | Telephone calls Will Sparks re: AIG and Zurich settlement, class action information (.2); memorandum to W. Sparks re: information inquiry (.1). | Krieger, A. | 0.3 |
| 12/04/2006 | Memo to J. Baer re AIG/Zurich settlements and telephone call W. Sparks re same. | Krieger, A. | 0.4 |
| 12/20/2006 | Attend to stipulation with Gulf Pacific America (.4); attended to twentieth omnibus objection to clams (.4). | Krieger, A. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 1.5 | $ 575 | $ 862.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 862.50 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 862.50 |
|-----------------------|----------|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders' 699843 0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/01/2006 | Attend to memorandum to the Committee re: Locke stipulation (1.2); memorandum to T. Maher re: memorandum (.1). | Krieger, A. | 1.3 |
| 12/06/2006 | Attend to memorandum to the Committee re 12/05/06 hearings. | Krieger, A. | 2.7 |
| 12/07/2006 | Attend to preparation of memorandum to the Committee re 12/05/06 hearing (1.7); exchanged memoranda with M. Lyman re same (.1). | Krieger, A. | 1.8 |
| 12/12/2006 | Conference call with debtors, professionals re status. | Pasquale, K. | 0.5 |
| 12/19/2006 | Office conference with A. Krieger, K. Pasquale and Baer, Shelnitz for regular update call, review status, upcoming hearings, exclusivity appeal and related matters. | Kruger, L. | 0.9 |
| 12/19/2006 | Conference call with debtors, professionals re status. | Pasquale, K. | 0.5 |
| 12/20/2006 | Attended to draft ZAI decision memorandum of the Committee and revise same (1.6); exchanged  memoranda with KP re same (.1); memorandum to Committee re hearing dates (.1); memorandum to M. Lyman re ZAI ruling (.1); exchanged memoranda with Committee member (.1). | Krieger, A. | 2.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 7.8 | $ 575 | $ 4,485.00 |
| Kruger, Lewis | 0.9 | 825 | 742.50 |
| Pasquale, Kenneth | 1.0 | 650 | 650.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 5,877.50 | |

# STROOCK

| PAGE: 16 | |
| --- | --- |

| TOTAL FOR THIS MATTER | $ 5,877.50 |
| --- | --- |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1769164v1

# STROOCK

| RE | Fee Application, Applicant<br>699843 0018 |
|----|-------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 12/05/2006 | Started to review time. | Holzberg, E. | 0.9 |
| 12/13/2006 | Reviewed and made revisions to time in prep of working on monthly bill. | Holzberg, E. | 2.8 |
| 12/18/2006 | Attend to November 2006 monthly fee statement. | Krieger, A. | 0.6 |
| 12/19/2006 | Attend to November 2006 monthly statement. | Krieger, A. | 1.3 |
| 12/20/2006 | Made additional revisions to bill. | Holzberg, E. | 1.3 |
| 12/20/2006 | Attend to time records. | Krieger, A. | 1.1 |
| 12/26/2006 | Started to review revisions made to November time. | Holzberg, E. | 0.5 |
| 12/27/2006 | Reviewed additional revisions made to time. | Holzberg, E. | 0.9 |
| 12/28/2006 | Prep. Statement for November bill and made additional revisions to time (2.9); discussion with AGK re: same (.3). | Holzberg, E. | 3.2 |
| 12/28/2006 | Memorandum to EH re November 2006 fee statement. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 9.6 | $ 225 | $ 2,160.00 |
| Krieger, Arlene G. | 3.1 | 575 | 1,782.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,942.50 |
|-------------------------------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1769164v1

# STROOCK

PAGE: 18

| TOTAL FOR THIS MATTER | $ 3,942.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1769164v1

# STROOCK

| RE | Creditor Inquiries<br>699843 0019 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/01/2006 | Telephone bank debt holder re status of the plan, exclusivity, PI estimation, pd claims litigation. | Krieger, A. | 0.3 |
| 12/04/2006 | Telephone calls bank debt holder re 12/05/06 hearing. | Krieger, A. | 0.2 |
| 12/06/2006 | Telephone calls bank debt holder re status and 12/05/06 hearings. | Krieger, A. | 0.2 |
| 12/07/2006 | Telephone conferences bank debt holders re 12/5 hearing issues. | Pasquale, K. | 0.5 |
| 12/08/2006 | Call with debt holders re: 12/5 hearing. | Kruger, L. | 0.2 |
| 12/08/2006 | Telephone conferences bank debt holder re status. | Pasquale, K. | 0.3 |
| 12/11/2006 | Telephone conference bank debt holder re: status. | Pasquale, K. | 0.3 |
| 12/15/2006 | Telephone conferences bank debt holders re ZAI decision. | Pasquale, K. | 0.7 |
| 12/19/2006 | Telephone call bank debt holder re: 12/18/06 and 12/19/06 hearings. | Krieger, A. | 0.1 |
| 12/19/2006 | Telephone conferences bank debt holders re omnibus hearing, ZAI decision. | Pasquale, K. | 0.7 |
| 12/21/2006 | Telephone conference creditor re: status of the case. | Krieger, A. | 0.4 |
| 12/22/2006 | Telephone conferences bank debt holders re POR issues. | Pasquale, K. | 0.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 12/29/2006 | Telephone conference bank debt holder re status. | Pasquale, K. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 1.2 | $ 575 | $ 690.00 |
| Kruger, Lewis | 0.2 | 825 | 165.00 |
| Pasquale, Kenneth | 3.9 | 650 | 2,535.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,390.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 3,390.00 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1769164v1

# STROOCK

PAGE: 21

| RE | Fee Application, Others<br>699843 0020 |
|----|----------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 12/20/2006 | Attended to a number of fee auditor's final reports (.4); and fee applications (.3). | Krieger, A. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.7 | $ 575 | $ 402.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 402.50 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 402.50 |
|-----------------------|----------|

# STROOCK

RE        Expenses
             699843  0024

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 93.77 |
| Meals | 143.56 |
| Local Transportation | 270.95 |
| Long Distance Telephone | 126.37 |
| Duplicating Costs-in House | 25.90 |
| Filing Fees | 290.00 |
| Court Reporting Services | 1655.16 |
| O/S Information Services | 563.70 |
| Travel Expenses - Transportation | 2360.65 |
| Travel Expenses - Lodging | 183.85 |
| Westlaw | 38.98 |

| TOTAL DISBURSEMENTS/CHARGES | $ 5,752.89 |
|---|---|

| TOTAL FOR THIS MATTER | $ 5,752.89 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1769164v1

# STROOCK

| RE | Travel - Non Working<br>699843  0035 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/04/2006 | Travel to Pittsburgh for December 5 hearing re: PI issues. | Pasquale, K. | 3.5 |
| 12/05/2006 | Return travel from court hearing in Pittsburgh (flight delays). | Pasquale, K. | 4.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 8.0 | $ 650 | $ 5,200.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,200.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 5,200.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1769164v1

# STROOCK

| RE | Plan and Disclosure Statement<br>699843 0036 |
|----|----------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 12/04/2006 | Review appellants' brief re exclusivity with exhibits. | Kruger, L. | 0.8 |
| 12/06/2006 | Review appellant's brief on exclusivity. | Kruger, L. | 1.2 |
| 12/06/2006 | Attention to appellants' exclusivity brief and appendix. | Pasquale, K. | 2.0 |
| 12/07/2006 | Office/c LK re 12/12/06 hearing on National Union adversary (.1); attend to Debtors' motion for consideration of matters heard, but not decided, during 12/05/06 hearing (.1). | Krieger, A. | 0.2 |
| 12/07/2006 | Attention to exclusivity appeal issues and pleadings re expediting appeal. | Pasquale, K. | 0.8 |
| 12/08/2006 | Review exclusivity briefs on appeal and record. | Kruger, L. | 1.1 |
| 12/08/2006 | Attention to exclusivity appeal issues, briefs and record. | Pasquale, K. | 2.2 |
| 12/10/2006 | Attend to appellants brief re exclusivity extension. | Krieger, A. | 1.7 |
| 12/11/2006 | Review appellees response to motion for expedited appeal. | Kruger, L. | 0.3 |
| 12/11/2006 | Attention to exclusivity appeal issues and briefing. | Pasquale, K. | 1.8 |
| 12/22/2006 | Attention to POR issues potentially implicated by PPC confirmation denial. | Pasquale, K. | 1.3 |
| 12/26/2006 | Attend to review of Debtors' draft brief on | Krieger, A. | 1.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | exclusivity appeal. | | |
| 12/26/2006 | Review of debtors brief on exclusivity. | Kruger, L. | 0.9 |
| 12/26/2006 | Attention to draft exclusivity brief. | Pasquale, K. | 2.6 |
| 12/27/2006 | Attend to Debtors' draft exclusivity brief and comments thereon. | Krieger, A. | 3.4 |
| 12/27/2006 | Review and revisions of debtors brief on exclusivity (1.3); review equity committee comments (.3); review Capstone report re Grace performance. (.2). | Kruger, L. | 1.8 |
| 12/27/2006 | Attention to revised draft exclusivity brief. | Pasquale, K. | 1.2 |
| 12/28/2006 | Attend to revised brief on exclusivity and office conferences LK re same (3.1); exchanged memoranda with Debtors' representatives re SSL comments (.5). | Krieger, A. | 3.6 |
| 12/28/2006 | Review and revise debtors draft briefs re exclusivity appeal (1.8); Office conf. with A. Krieger re exclusivity briefs (.4) and review 1/4/07 hearing (.1). | Kruger, L. | 2.3 |
| 12/28/2006 | Attention to further revised exclusivity brief. | Pasquale, K. | 1.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 10.1 | $ 575 | $ 5,807.50 |
| Kruger, Lewis | 8.4 | 825 | 6,930.00 |
| Pasquale, Kenneth | 12.9 | 650 | 8,385.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 21,122.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 21,122.50 |
|-----------------------|-------------|

# STROOCK

PAGE: 26

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1769164v1

# STROOCK

| RE | Hearings 699843 0037 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 12/04/2006 | Preparation for December 5 hearing re: PI issues. | Pasquale, K. | 2.0 |
| 12/05/2006 | Attend to documents for hearing (.8); attend (telephonically) hearing on estimation-related issues (7.0); attend to memoranda re hearing results (.6). | Krieger, A. | 8.4 |
| 12/05/2006 | Emails re court hearing. | Kruger, L. | 0.2 |
| 12/05/2006 | Court hearing re PI issues. | Pasquale, K. | 8.1 |
| 12/06/2006 | Review memo to committee re 12/5/06 court hearing. | Kruger, L. | 0.6 |
| 12/07/2006 | Office conference with A. Krieger re: 12/6 hearing on National Union adversary (.1); review revised memo to Committee re: 12/5 hearing (.4). | Kruger, L. | 0.5 |
| 12/11/2006 | Review agenda for 12/18 hearing. | Kruger, L. | 0.2 |
| 12/12/2006 | Attend (telephonically) the hearing on RMQ/EGL's motion for judgment against National Union (1.3); conference call Grace representatives re matters for 12/18/06 hearing (.5). | Krieger, A. | 1.8 |
| 12/15/2006 | Attend to amended agenda notice for 12/18/06 hearing. | Krieger, A. | 0.1 |
| 12/18/2006 | Attend (telephonically) 12/18/06 omnibus hearing. | Krieger, A. | 1.5 |
| 12/18/2006 | Preparation for court hearing (.6) and teleconference with court hearing (2.2); office | Kruger, L. | 3.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | conference with K. Pasquale re omnibus hearing (.2). | | |
| 12/19/2006 | Office conference LK re 12/18/06 hearing (.1); attend to draft order and memo re x-ray protocol (.1); attend telephonic hearing re x-ray protocol and consultant's privilege (.7); memorandum re hearing (.8); attend to memorandum re 12/18/06 hearing (1.1). | Krieger, A. | 2.8 |
| 12/19/2006 | Office conference with A. Krieger re 12/18 hearing (.1); review memo to committee re 12/18 hearing (.3); review proposed orders with respect to x-rays and PIQ (.3); creditor calls re 12/18 hearing and ZAI decision (.4). | Kruger, L. | 1.1 |
| 12/27/2006 | Office conference LK re 1/4/07 hearing. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 14.7 | $ 575 | $ 8,452.50 |
| Kruger, Lewis | 5.6 | 825 | 4,620.00 |
| Pasquale, Kenneth | 10.1 | 650 | 6,565.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 19,637.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 19,637.50 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 102,432.00 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 5,752.89 |
| TOTAL BILL | $ 108,184.89 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1769164v1

# STROOCK

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1769164v1