# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**DECEMBER 1, 2006 - DECEMBER 31, 2006**

| | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 23.3 | $ 825 | $ 19,222.50 |
| Pasquale, Kenneth | 49.8 | 650 | 32,370.00 |
| | | | |
| **Associates** | | | |
| Krieger, Arlene G. | 69.5 | 575 | 39,962.50 |
| Strauss, Joseph E. | 3.4 | 530 | 1,802.00 |
| | | | |
| **Paraprofessionals** | | | |
| Holzberg, Ethel H. | 14.2 | 225 | 3,195.00 |
| Mohamed, David | 39.2 | 150 | 5,880.00 |
| | | | |
| **Sub Total** | **199.4** | | **$ 102,432.00** |
| **Less 50% Travel** | **(4.0)** | | **(2,600.00)** |
| **Total** | **195.4** | | **$ 99,832.00** |