# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**DECEMBER 1, 2006 - DECEMBER 31, 2006**

| | |
|---|---:|
| Outside Messenger Service | $ 93.77 |
| Meals | 143.56 |
| Local Transportation | 270.95 |
| Long Distance Telephone | 126.37 |
| Duplicating Costs-in House | 25.90 |
| Filing Fees | 290.00 |
| Court Reporting Services | 1,655.16 |
| O/S Information Services | 563.70 |
| Travel Expenses - Transportation | 2,360.65 |
| Travel Expenses - Lodging | 183.85 |
| Westlaw | 38.98 |
| **TOTAL** | **$ 5,752.89** |

# STROOCK

## Disbursement Register

| DATE | January 19, 2007 |
|---|---|
| INVOICE NO. | 401271 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through December 31, 2006, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 12/04/2006 | VENDOR: UPS; INVOICE#: 0000010X827486; DATE: 12/02/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Alison T. Ash Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270196958888 on 11/29/2006 | 10.16 |
| 12/04/2006 | VENDOR: UPS; INVOICE#: 0000010X827486; DATE: 12/02/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270197362117 on 11/29/2006 | 16.47 |
| 12/04/2006 | VENDOR: UPS; INVOICE#: 0000010X827486; DATE: 12/02/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270199055106 on 11/29/2006 | 10.16 |
| 12/04/2006 | VENDOR: UPS; INVOICE#: 0000010X827486; DATE: 12/02/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270199492698 on 11/29/2006 | 10.16 |
| 12/04/2006 | VENDOR: UPS; INVOICE#: 0000010X827486; DATE: 12/02/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270190693871 on 11/30/2006 | 8.80 |
| 12/04/2006 | VENDOR: UPS; INVOICE#: 0000010X827486; DATE: 12/02/2006; | 6.38 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1769164v1

# STROOCK

| PAGE: 2 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| | FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270191983869 on 11/30/2006 | |
| 12/04/2006 | VENDOR: UPS; INVOICE#: 0000010X827486; DATE: 12/02/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270192710240 on 11/30/2006 | 6.38 |
| 12/04/2006 | VENDOR: UPS; INVOICE#: 0000010X827486; DATE: 12/02/2006; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Alison T. Ash Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270194530655 on 11/30/2006 | 6.38 |
| 12/27/2006 | VENDOR: UPS; INVOICE#: 0000010X827516; DATE: 12/23/2006; FROM Monika Lee, 180 Maiden Lane, New York, NY TO Kerim Ertug Navigant Consulting Inc., 1801 K Street NW, WASHINGTON, DC 20006 Tracking #:1Z10X8270197321394 on 12/15/2006 | 6.87 |
| 12/27/2006 | VENDOR: UPS; INVOICE#: 0000010X827516; DATE: 12/23/2006; FROM Monika Lee, 180 Maiden Lane, New York, NY TO Kerim Ertug Navigant Consulting Inc., 1801 K Street NW, WASHINGTON, DC 20006 Tracking #:1Z10X8270191007182 on 12/21/2006 | 12.01 |
| **Outside Messenger Service Total** | | **93.77** |

**Meals**

| | | |
|---|---|---|
| 12/14/2006 | VENDOR: Seamless Web; Invoice#: 146476; Date: 10/29/2006 - Bocca Catering; Lewis Kruger; Order Date: 10/25/06 16:55:00 | 94.84 |
| 12/22/2006 | VENDOR: Europa; INVOICE#: 8558; DATE: 11/2/2006 - L Kruger | 48.72 |
| **Meals Total** | | **143.56** |

**Local Transportation**

| | | |
|---|---|---|
| 12/08/2006 | VENDOR: Ken Pasquale; INVOICE#: KP120606; DATE: 12/8/2006 - 11/28/06 cabfare from mtg. w/debtors & equity comm. | 16.00 |
| 12/08/2006 | VENDOR: Petty Cash; INVOICE#: PC120706; DATE: 12/8/2006 - 11/21 & 11/28 NY PETTY CASH - A.Krieger | 32.00 |
| 12/11/2006 | VENDOR: Lewis Kruger; INVOICE#: LK120506; DATE: 12/11/2006 - 11/28/06 parking charges | 20.00 |
| 12/13/2006 | VENDOR: Petty Cash; INVOICE#: PC121206; DATE: 12/13/2006 - 10/31/06 NY PETTY CASH - L.Kruger | 20.00 |
| 12/13/2006 | VENDOR: Petty Cash; INVOICE#: PC121206; DATE: 12/13/2006 - 10/26/06 NY PETTY CASH - L.Kruger | 20.00 |
| 12/14/2006 | VENDOR: NYC Two Ways Inc.; Invoice#: N/A; Date: N/A; KRIEGER 12/04/06 20:15 from 180 MAIDEN to E 80 ST | 34.01 |
| 12/14/2006 | VENDOR: NYC Two Ways Inc.; Invoice#: N/A; Date: N/A; | 25.19 |

# STROOCK

PAGE: 3

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/14/2006 | GUTIERREZ 11/30/06 20:10 from 180 MAIDEN to 222 W 14 ST VENDOR: NYC Two Ways Inc.; Invoice#: N/A; Date: N/A; PASQUALE 12/04/06 14:00 from 180 MAIDEN to NWK Airport | 69.74 |
| 12/27/2006 | VENDOR: NYC Two Ways Inc.; Invoice#: N/A; Date: N/A; KRIEGER 11/30/06 20:22 from 180 MAIDEN to W 80 ST | 34.01 |
| | **Local Transportation Total** | **270.95** |

**Long Distance Telephone**

| | | |
|---|---|---|
| 12/05/2006 | EXTN.5431, TEL.410-531-4212, S.T.11:55, DUR.00:00:12 | 0.43 |
| 12/05/2006 | EXTN.5431, TEL.410-531-4212, S.T.13:56, DUR.00:09:12 | 4.32 |
| 12/05/2006 | EXTN.5544, TEL.213-680-8209, S.T.19:06, DUR.00:33:12 | 12.61 |
| 12/06/2006 | EXTN.5544, TEL.310-246-3793, S.T.15:23, DUR.00:04:42 | 2.32 |
| 12/06/2006 | EXTN.5562, TEL.617-879-2680, S.T.13:00, DUR.00:04:00 | 1.86 |
| 12/12/2006 | VENDOR: Teleconferencing Services, LLC; INVOICE#: 15162541; DATE: 11/16/2006 - Conf call : L. Kruger - Conf date: 11/02/06 | 42.48 |
| 12/12/2006 | EXTN.5562, TEL.201-337-1928, S.T.10:56, DUR.00:00:30 | 0.46 |
| 12/12/2006 | EXTN.5562, TEL.518-598-7090, S.T.15:54, DUR.00:00:42 | 0.43 |
| 12/14/2006 | VENDOR: Genesys Conferencing; INVOICE#: I-427071; DATE: 11/21/2006 - Teleconference | 57.36 |
| 12/15/2006 | EXTN.5475, TEL.507-333-4300, S.T.13:02, DUR.00:01:12 | 0.93 |
| 12/15/2006 | EXTN.5475, TEL.507-333-4300, S.T.13:31, DUR.00:01:24 | 0.93 |
| 12/15/2006 | EXTN.5562, TEL.518-213-6000, S.T.14:34, DUR.00:01:30 | 0.86 |
| 12/18/2006 | EXTN.5544, TEL.201-587-7144, S.T.11:14, DUR.00:00:48 | 0.46 |
| 12/19/2006 | EXTN.5544, TEL.201-587-7144, S.T.15:27, DUR.00:00:36 | 0.46 |
| 12/26/2006 | EXTN.5431, TEL.973-424-2000, S.T.15:15, DUR.00:00:48 | 0.46 |
| | **Long Distance Telephone Total** | **126.37** |

**Duplicating Costs-in House**

| | |
|---|---|
| 12/04/2006 | 5.40 |
| 12/08/2006 | 0.40 |
| 12/13/2006 | 0.20 |
| 12/14/2006 | 4.20 |
| 12/14/2006 | 5.40 |
| 12/20/2006 | 0.50 |
| 12/21/2006 | 6.20 |
| 12/21/2006 | 1.60 |
| 12/22/2006 | 0.20 |
| 12/26/2006 | 0.10 |
| 12/27/2006 | 1.70 |
| **Duplicating Costs-in House Total** | **25.90** |

**Filing Fees**

| | | |
|---|---|---|
| 12/13/2006 | VENDOR: Chase Card Services; INVOICE#: 110306; DATE: | 120.00 |

# STROOCK

PAGE: 4

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 12/13/2006 | VENDOR: Chase Card Services; INVOICE#: 110306; DATE: 11/3/2006 - visa charge 11/21/06 Court Call LLC | 120.00 |
| 12/13/2006 | VENDOR: Chase Card Services; INVOICE#: 110306; DATE: 11/3/2006 - visa charge 11/28/06 Court Call LLC | 50.00 |
| **Filing Fees Total** | | **290.00** |

**Court Reporting Services**

| 12/08/2006 | VENDOR: State-Wide Reporters, a Legalink Company; INVOICE#: 22017159; DATE: 11/27/2006 - Dr. Jay Segarra | 1,655.16 |
|---|---|---:|
| **Court Reporting Services Total** | | **1,655.16** |

**O/S Information Services**

| 12/15/2006 | VENDOR: Intelligent Discovery Management, LLC.; INVOICE#: 1240; DATE: 11/29/2006 - Pages - bates keying | 563.70 |
|---|---|---:|
| **O/S Information Services Total** | | **563.70** |

**Travel Expenses - Transportation**

| 12/08/2006 | VENDOR: Ken Pasquale; INVOICE#: KP120606; DATE: 12/8/2006 - 12/04 - 12/05   Court hearing in Pittsburgh, PA - change in airfare fee | 25.00 |
|---|---|---:|
| 12/08/2006 | VENDOR: Ken Pasquale; INVOICE#: KP120606; DATE: 12/8/2006 - 12/04 - 12/05   Court hearing in Pittsburgh, PA - cabfares | 119.00 |
| 12/11/2006 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH EWR PIT EWR on 11/03/2006 | 138.60 |
| 12/11/2006 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH on 11/03/2006 | 37.35 |
| 12/11/2006 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH on 11/22/2006 | 32.25 |
| 12/11/2006 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; STRAUSS/JOSEPH LGA.ATL GPT.ATL LGA on 11/14/2006 to attend depositions | 1,117.20 |
| 12/11/2006 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; STRAUSS/JOSEPH on 11/14/2006 | 37.35 |
| 12/11/2006 | VENDOR: Lewis Kruger; INVOICE#: LK120506; DATE: 12/11/2006 - 11/20/06   Trip to Delaware - amtrak | 260.00 |
| 12/11/2006 | VENDOR: Lewis Kruger; INVOICE#: LK120506; DATE: 12/11/2006 - 11/20/06   Trip to Delaware - cabfares | 37.90 |
| 12/13/2006 | VENDOR: Chase Card Services; INVOICE#: 110306; DATE: 11/3/2006 - visa charge 11/15/06 L Kruger 11/20/06 Penn Station to Wilmington, DE | 260.00 |
| 12/20/2006 | H Balk trip credit 10/19 | 47.00 |
| 12/27/2006 | VENDOR: Lewis Kruger; INVOICE#: LK121506; DATE: | 249.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1769164v1

# STROOCK

PAGE: 5

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | 12/27/2006 - 12/13/06   Train to Delaware for hearing | |
| **Travel Expenses - Transportation Total** | | **2,360.65** |

**Travel Expenses - Lodging**

| | | |
|---|---|---|
| 12/08/2006 | VENDOR: Ken Pasquale; INVOICE#: KP120606; DATE: 12/8/2006 - 12/04 - 12/05   Court hearing in Pittsburgh, PA - hotel | 183.85 |
| **Travel Expenses - Lodging Total** | | **183.85** |

**Westlaw**

| | | |
|---|---|---|
| 12/15/2006 | Duration 0:04:07; by Pasquale, Kenneth | 38.98 |
| **Westlaw Total** | | **38.98** |

### BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 93.77 |
| Meals | 143.56 |
| Local Transportation | 270.95 |
| Long Distance Telephone | 126.37 |
| Duplicating Costs-in House | 25.90 |
| Filing Fees | 290.00 |
| Court Reporting Services | 1655.16 |
| O/S Information Services | 563.70 |
| Travel Expenses - Transportation | 2360.65 |
| Travel Expenses - Lodging | 183.85 |
| Westlaw | 38.98 |

| TOTAL DISBURSEMENTS/CHARGES | $ 5,752.89 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1769164v1