

1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

January 12, 2007

Stroock, Stroock & Lavan
180 Maiden Lane
New York, NY 10038
Attn: Kenneth Pasquale

*For Services Rendered For*
*WR Grace Creditor's Committee - December 2006*

**Professional Fees:**

| | | |
|---|---|---|
| LC | 9.00 hrs. @ $550 | $4,950.00 |
| ML | 10.75 hrs. @ $325 | 3,493.75 |
| JM | 12.50 hrs. @ $325 | 4,062.50 |
| JS | 1.00 hrs. @ $270 | 270.00 |
| KE | 92.50 hrs. @ $200 | 18,500.00 |
| AM | 146.50 hrs. @ $150 | 21,975.00 |

**Total Professional Fees** ............................................................................ $53,251.25

**Expenses:**

| | | |
|---|---|---|
| Airfare | $ | 876.70 |
| Ground Transportation / Auto Expense | | 30.00 |
| Lodging | | 251.72 |
| Meals | | 85.55 |
| Research | | 750.00 |

**Total Expenses** ......................................................................................... $1,993.97

**Total Amount Due for December Services and Expenses** ..................... $55,245.22

**Outstanding Invoices:**

| | | | |
|---|---|---|---|
| Inv No. | 186085 | November 22, 2006 | $147,374.20 |
| Inv No. | 187879 | December 13, 2006 | 133,438.70 |

**Total Outstanding Invoices** ..................................................................... $280,812.90

**Total Amount Due For December Services, Expenses and Outstanding Invoices** .. $336,058.12

Navigant Consulting, Inc. Project No.: 113758                           Invoice No.: 189897



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| CHAMBERS, LETITIA | 12/11/2006 | 4.00 | Work on estimation issues. |
| CHAMBERS, LETITIA | 12/15/2006 | 5.00 | Work on estimation issues. |
| ERTUG, KERIM CAN | 12/1/2006 | 5.25 | Analysis of PIQ data. |
| ERTUG, KERIM CAN | 12/4/2006 | 0.75 | Review of staff analysis of PIQ database. |
| ERTUG, KERIM CAN | 12/6/2006 | 5.75 | Meeting with staff to discuss PIQ data and review of the database. |
| ERTUG, KERIM CAN | 12/7/2006 | 9.25 | Analysis of PIQ data and meeting with staff. |
| ERTUG, KERIM CAN | 12/8/2006 | 8.75 | Analysis of PIQ data and meeting with staff. |
| ERTUG, KERIM CAN | 12/11/2006 | 5.50 | Analysis of PIQ data tables. |
| ERTUG, KERIM CAN | 12/11/2006 | 1.00 | Conference call with staff to review the PIQ database. |
| ERTUG, KERIM CAN | 12/12/2006 | 4.25 | Review historical claims data and check PIQ responses. |
| ERTUG, KERIM CAN | 12/13/2006 | 3.25 | Review PIQ data analysis. |
| ERTUG, KERIM CAN | 12/14/2006 | 2.75 | Meeting with staff and review of PIQ data analysis. |
| ERTUG, KERIM CAN | 12/15/2006 | 1.00 | Conference call with staff and client to review the time schedule. |
| ERTUG, KERIM CAN | 12/15/2006 | 3.25 | Analysis of PIQ data and review of ZAI ruling. |
| ERTUG, KERIM CAN | 12/15/2006 | 1.25 | Meet with staff to review analysis and database. |
| ERTUG, KERIM CAN | 12/18/2006 | 2.50 | Upload updated RUST - PIQ database and review files received. |
| ERTUG, KERIM CAN | 12/18/2006 | 3.75 | Review historical pending claims and PIQ responses. |
| ERTUG, KERIM CAN | 12/19/2006 | 6.75 | Review of updated PIQ data and SAS programming. |
| ERTUG, KERIM CAN | 12/20/2006 | 7.50 | Review of historical claims and PIQ database. |

Navigant Consulting, Inc. Project No.: 113758                                Invoice No.: 189897



**NAVIGANT CONSULTING**

1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| ERTUG, KERIM CAN | 12/21/2006 | 6.75 | Review of PIQ updated database and meeting with staff. |
| ERTUG, KERIM CAN | 12/22/2006 | 1.50 | Uploading updated PIQ database received. Checking the external hard drive on PIQ files received. |
| ERTUG, KERIM CAN | 12/27/2006 | 2.75 | Review of PIQ responses. |
| ERTUG, KERIM CAN | 12/28/2006 | 7.75 | Review of medical experts reports. |
| ERTUG, KERIM CAN | 12/29/2006 | 1.25 | Document data received related to PIQ. |
| LYMAN, MARY | 12/1/2006 | 0.50 | Updated state reform research |
| LYMAN, MARY | 12/1/2006 | 2.50 | Updated state reform research |
| LYMAN, MARY | 12/8/2006 | 1.00 | Staff discussion re PIQ data |
| LYMAN, MARY | 12/11/2006 | 0.25 | Project administration |
| LYMAN, MARY | 12/11/2006 | 1.00 | Discussions with expert and staff re PIQ data |
| LYMAN, MARY | 12/13/2006 | 0.25 | Project administration |
| LYMAN, MARY | 12/14/2006 | 1.50 | Research and update draft |
| LYMAN, MARY | 12/14/2006 | 0.50 | Reviewed ZAI ruling |
| LYMAN, MARY | 12/15/2006 | 0.25 | Project administration |
| LYMAN, MARY | 12/15/2006 | 1.50 | Call with counsel and follow up discussions with staff and expert |
| LYMAN, MARY | 12/18/2006 | 0.25 | Project administration |
| LYMAN, MARY | 12/20/2006 | 0.50 | Research; document review |
| LYMAN, MARY | 12/22/2006 | 0.25 | Project administration |
| LYMAN, MARY | 12/27/2006 | 0.50 | Project administration |
| MCINTIRE, JAMES | 12/7/2006 | 1.50 | PIQ data review |
| MCINTIRE, JAMES | 12/8/2006 | 2.00 | Review PIQ data with data analysis team |
| MCINTIRE, JAMES | 12/8/2006 | 1.00 | Check in with other team members, review schedule and timing |
| MCINTIRE, JAMES | 12/11/2006 | 1.50 | Review PIQ data analysis |
| MCINTIRE, JAMES | 12/13/2006 | 2.00 | Discussions with expert and research team |
| MCINTIRE, JAMES | 12/15/2006 | 2.00 | Prep and phone conference with client |
| MCINTIRE, JAMES | 12/18/2006 | 0.50 | Scheduling issue |

Navigant Consulting, Inc. Project No.: 113758                    Invoice No.: 189897



**NAVIGANT CONSULTING**

1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| MCINTIRE, JAMES | 12/20/2006 | 2.00 | Review ZAI ruling |
| MHATRE, ARCHANA | 12/1/2006 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 12/4/2006 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 12/5/2006 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 12/6/2006 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 12/7/2006 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 12/8/2006 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 12/9/2006 | 6.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 12/10/2006 | 2.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 12/11/2006 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 12/12/2006 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 12/13/2006 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 12/14/2006 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 12/15/2006 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 12/16/2006 | 4.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 12/17/2006 | 5.50 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 12/18/2006 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 12/19/2006 | 10.00 | Questionnaire & SAS database - data analysis & reporting. |

Navigant Consulting, Inc. Project No.: 113758          Invoice No.: 189897



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| MHATRE, ARCHANA | 12/20/2006 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 12/21/2006 | 7.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 12/22/2006 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |
| SIRGO, JORGE | 12/8/2006 | 1.00 | Assist with estimation methodology. |

Navigant Consulting, Inc. Project No.: 113758          Invoice No.: 189897