IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| W.R. GRACE & CO., et al. ) | Chapter 11 |
| ) | Case Nos. 01-1139 through 01-1200 |
| Debtors. ) | |
| ) | |

## SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW the appearance of Joseph K. Koury as counsel on behalf of United States Fire Insurance Company in the above-captioned action; and

PLEASE ENTER the appearance of Garvan F. McDaniel as counsel on behalf of United States Fire Insurance Company in the above-captioned action.

|   | BIFFERATO GENTILOTTI & BALICK, L.L.C. |
|---|---|
| Joseph K. Koury (#4272) | Garvan F. McDaniel (#4167) |
| 1308 Delaware Avenue | 1308 Delaware Avenue |
| P.O. Box 2165 | P.O. Box 2165 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302)429-1900 | (302)429-1900 |

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 29 day of January, 2007, a copy of the foregoing *Substitution of Counsel* was caused to be served via First Class Mail upon the following:

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski Stang Ziehl Young Jones
   & Weintraub PC
919 N. Market Street
Wilmington, DE 19801

By: _____
Garvan F. McDaniel (#4167)
Bifferato Gentilotti & Balick, LLC
1308 Delaware Avenue
Wilmington, DE 19806