REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1494534 |
| Invoice Date | 01/26/07 |
| Client Number | 172573 |

===========================================================================
Re: W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting

| | |
|---|---|
| Fees | 121,152.50 |
| Expenses | 0.00 |

TOTAL BALANCE DUE UPON RECEIPT          $121,152.50
                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1494534 |
| Invoice Date | 01/26/07 |
| Client Number | 172573 |
| Matter Number | 60026 |

==========================================================================
Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| 12/01/06 | Cameron | Attention to expert report issues. | .40 |
| 12/01/06 | Klapper | Begin review of 4 boxes of documents relied upon by claimant's experts. | 5.50 |
| 12/01/06 | Sanner | Work on analysis of common exhibits. | 4.30 |
| 12/01/06 | Schoenecker | Review and digest deposition testimony of expert plaintiff's witness. | 3.00 |
| 12/01/06 | Taylor-Payne | E-mails to and from various contacts regarding obtaining additional expert witness material (0.4); e-mails from and to Ms. Aten regarding upcoming expert deposition (0.4). | .80 |
| 12/03/06 | Sanner | Assess common exhibits for expert conference. | 4.40 |
| 12/03/06 | Schoenecker | Review and digest deposition testimony of expert plaintiff's witness. | 2.00 |
| 12/04/06 | Klapper | Continue review of 4 boxes of documents relied upon by claimant's experts. | 2.50 |
| 12/04/06 | Sanner | Continue analysis and review of Grace company story documents. | 3.90 |

172573 W. R. Grace & Co.                      Invoice Number 1494534
60026  Litigation and Litigation Consulting   Page 2
January 26, 2007

| Date | Name | | Hours |
|------|------|---|-------|
| 12/04/06 | Schoenecker | Review and digest deposition testimony of expert plaintiff's witness. | 7.00 |
| 12/04/06 | Taylor-Payne | Downloaded additional expert materials received (0.8); organized and indexed additional expert witness materials received (3.6); e-mails to and from Ms. Aten and Ms. Sanner regarding additional expert materials received (0.1). | 4.50 |
| 12/05/06 | Cameron | Attention to expert report issues. | .90 |
| 12/05/06 | Herbst | Office conference with A. Klapper re: deposition transcript review (0.3); continue review of deposition transcript for cross-examination outline (1.40) | 1.70 |
| 12/05/06 | Klapper | Continue review of documents relied upon by experts for use in deposition and cross outlines. | 5.70 |
| 12/05/06 | Sanner | Review common exhibits in preparation for conference with expert witness. | 8.10 |
| 12/05/06 | Schoenecker | Review and digest deposition testimony of expert plaintiff's witness. | 5.50 |
| 12/05/06 | Taylor-Payne | E-mails from and to Mr. Schoenecker and Ms. Salzberg regarding expert article (0.3); e-mails to and from Messrs. Klapper, Schoenecker and Ash regarding status of obtaining expert materials (0.3). | .60 |
| 12/06/06 | Herbst | Continue review of deposition transcript for cross-examination outline. | 2.50 |
| 12/06/06 | Sanner | Continue review and assessment of common exhibits for conference with expert witness. | 8.50 |

172573 W. R. Grace & Co.                          Invoice Number 1494534
60026  Litigation and Litigation Consulting       Page 3
January 26, 2007

| Date | Name | | Hours |
|------|------|--|-------|
| 12/06/06 | Schoenecker | Review and digest deposition testimony of expert plaintiff's witness. | 7.50 |
| 12/07/06 | Cameron | Emails and telephone call with counsel regarding expert report issues. | .90 |
| 12/07/06 | Klapper | Prepare for meeting with experts regarding rebuttal reports, including review of literature discussed at last meeting. | 4.20 |
| 12/07/06 | Sanner | Review common exhibits in preparation for meeting consultants and A. Klapper. | 7.10 |
| 12/07/06 | Schoenecker | Review and digest deposition testimony of expert plaintiff's witness. | 4.00 |
| 12/08/06 | Cameron | Review materials relating to claimant's expert reports (1.4); e-mails to K&E regarding same (0.2). | 1.60 |
| 12/08/06 | Herbst | Continue review of deposition transcript for cross-examination outline. | 1.50 |
| 12/08/06 | Klapper | Prepare for and meet with expert regarding rebuttal reports. | 8.30 |
| 12/08/06 | Sanner | Conference with consultants and A. Klapper re company story expert issues. | 3.10 |
| 12/08/06 | Schoenecker | Review and digest deposition testimony of expert plaintiff's witness. | 2.10 |
| 12/10/06 | Cameron | Attention to materials relating to PI rebuttal reports. | 1.20 |
| 12/10/06 | Schoenecker | Review and digest deposition testimony of expert plaintiff's witness. | 3.70 |

172573 W. R. Grace & Co.                          Invoice Number 1494534
60026  Litigation and Litigation Consulting        Page 4
January 26, 2007

| Date | Name | | Hours |
|------|------|---|-------|
| 12/11/06 | Cameron | Multiple e-mails with K&E regarding expert reports (0.4); review materials for reports (0.5). | .90 |
| 12/11/06 | Schoenecker | Review and digest deposition testimony of expert plaintiff's witness. | 3.80 |
| 12/12/06 | Klapper | Continue review of key trial transcripts in evaluating claims of claimants' experts. | 4.20 |
| 12/13/06 | Ash | Review expert depositions and studies in preparation for deposition memo and outline. | 2.50 |
| 12/13/06 | Herbst | Continue review of deposition transcript for cross-examination outline. | 1.60 |
| 12/13/06 | Taylor-Payne | E-mails from and to Mr. Klapper inquiring if articles listed in attached memorandum have been obtained (0.1); reviewed memorandum and compared articles to our tracking document (0.3). | .40 |
| 12/14/06 | Ash | Meeting with A. Klapper regarding expert deposition memo and outline status. | .50 |
| 12/14/06 | Herbst | Conferences with J. Ash, J. Shoeneker, and A. Klapper re project (0.4); continue review of deposition transcript for cross-examination outline (3.1). | 3.50 |
| 12/14/06 | Klapper | Continue review of 4 boxes of reliance documents from key experts. | 3.40 |
| 12/14/06 | Sanner | Analysis of company story materials. | 4.80 |
| 12/14/06 | Schoenecker | Review and digest deposition testimony of expert plaintiff's witness. | 3.70 |

172573 W. R. Grace & Co.                    Invoice Number 1494534
60026  Litigation and Litigation Consulting   Page 5
January 26, 2007

| Date | Name | | Hours |
|------|------|------|-------|
| 12/15/06 | Herbst | Continue review of deposition transcript for cross-examination outline. | 6.50 |
| 12/15/06 | Klapper | Review reliance materials of additional expert for purposes of discussion with consultants regarding rebuttal reports. | 7.30 |
| 12/15/06 | Sanner | Review bankruptcy court decision (0.7); analysis of company story materials (4.0). | 4.70 |
| 12/15/06 | Schoenecker | Review and digest deposition testimony of expert plaintiff's witness. | .50 |
| 12/16/06 | Cameron | Review materials relating to rebuttal reports. | .70 |
| 12/16/06 | Schoenecker | Review and digest deposition testimony of expert plaintiff's witness. | 5.40 |
| 12/17/06 | Ash | Review expert depositions and studies in preparation for deposition memorandum and outline. | 4.50 |
| 12/17/06 | Sanner | Work on company story issues. | 1.20 |
| 12/18/06 | Herbst | Continue review of transcripts for cross-examination outline. | 2.80 |
| 12/18/06 | Klapper | Meet with consultants and experts regarding rebuttal to additional claimant expert. | 7.00 |
| 12/18/06 | Sanner | Conference with A. Klapper and consultants re report issues (4.9); prepare for meeting with consultants re: report (1.3). | 6.20 |
| 12/18/06 | Schoenecker | Review and digest deposition testimony of expert plaintiff's witness. | 7.20 |
| 12/19/06 | Herbst | Continue review of transcripts for cross-examination outline. | 4.50 |

172573 W. R. Grace & Co.                          Invoice Number 1494534
60026  Litigation and Litigation Consulting       Page 6
January 26, 2007

| Date | Name | | Hours |
|------|------|------|-------|
| 12/19/06 | Klapper | Discuss with expert rebuttal reports (1.3); continue review of key documents relied upon by claimants' experts (4.2). | 5.50 |
| 12/19/06 | Muha | Assist D. Cameron with research of information relating to experts. | .20 |
| 12/19/06 | Sanner | Work on analysis of common exhibits in connections with company story project. | 4.00 |
| 12/19/06 | Schoenecker | Review and digest deposition testimony of expert plaintiff's witness. | 4.20 |
| 12/20/06 | Herbst | Continue review of transcripts to prepare cross-examination outline. | 3.50 |
| 12/20/06 | Klapper | Review additional documents forwarded by Kirkland for discussion with experts and consultants. | 3.30 |
| 12/20/06 | Schoenecker | Review and digest deposition testimony of expert plaintiff's witness. | 1.00 |
| 12/21/06 | Ash | Review expert depositions and studies in preparation for deposition memo and outline (4.0); meeting with A. Klapper regarding expert deposition review status (0.5). | 4.50 |
| 12/21/06 | Klapper | Continue review of expert's reliance documents. | 3.00 |
| 12/21/06 | Sanner | Telephone discussion with A. Klapper re report issues. | .20 |
| 12/21/06 | Schoenecker | Review and digest deposition testimony of expert plaintiff's witness. | 3.20 |
| 12/22/06 | Ash | Review expert depositions and studies in preparation for deposition memo and outline. | 4.00 |

172573 W. R. Grace & Co.                          Invoice Number 1494534
60026  Litigation and Litigation Consulting       Page 7
January 26, 2007

| Date | Name | | Hours |
|------|------|---|-------|
| 12/22/06 | Herbst | Continue review of transcripts to prepare cross-examination outline. | 2.50 |
| 12/22/06 | Klapper | Meet with expert re rebuttal reports. | 4.20 |
| 12/22/06 | Sanner | Assess and respond to various issues pertaining to expert report. | 5.10 |
| 12/22/06 | Schoenecker | Review and digest deposition testimony of expert plaintiff's witness. | 1.40 |
| 12/25/06 | Ash | Review expert depositions and studies in preparation for deposition memo and outline. | 5.50 |
| 12/26/06 | Ash | Review expert depositions and studies in preparation for deposition memo and outline (8.0); meeting with J. Schoenecker and D. Herbst regarding expert review status (.5). | 8.50 |
| 12/26/06 | Herbst | Continue review of transcripts to prepare cross-examination outline. | 4.70 |
| 12/26/06 | Schoenecker | Draft composite memorandum of expert witness testimony admissions (6.6);  review and digest deposition testimony of expert plaintiff's witness (1.0). | 7.60 |
| 12/27/06 | Ash | Review expert depositions and studies in preparation for deposition memo and outline. | 6.50 |
| 12/27/06 | Herbst | Continue review of transcripts to prepare cross-examination outline. | 3.50 |
| 12/27/06 | Schoenecker | Review and digest deposition testimony of expert plaintiff's witness. | 5.60 |
| 12/28/06 | Ash | Review expert depositions and studies in preparation for deposition memo and outline. | 8.50 |
| 12/28/06 | Herbst | Continue review of transcripts to prepare cross-examination outline. | 2.30 |

172573 W. R. Grace & Co.                          Invoice Number 1494534
60026  Litigation and Litigation Consulting       Page 8
January 26, 2007

| Date | Name | | Hours |
|------|------|--|-------|
| 12/28/06 | Sanner | Review and assess drafts relating to consultant's work (6.5);  email correspondence to A. Klapper and C. Ward re same (0.6). | 7.10 |
| 12/28/06 | Schoenecker | Review and digest deposition testimony of expert plaintiff's witness. | 6.30 |
| 12/29/06 | Ash | Review expert depositions and studies in preparation for deposition memo and outline. | 7.50 |
| 12/29/06 | Herbst | Continue review of transcripts to prepare cross-examination outline. | 5.70 |
| 12/29/06 | Klapper | Review expert reports drafted by defense expert (1.5); discuss same with expert (1.7). | 3.20 |
| 12/29/06 | Schoenecker | Review and digest deposition testimony of expert plaintiff's witness. | 4.20 |
| 12/31/06 | Ash | Review expert depositions and studies in preparation for deposition memo and outline. | 5.50 |
| 12/31/06 | Schoenecker | Review and digest deposition testimony of expert plaintiff's witness. | 2.30 |

TOTAL HOURS    349.10

172573 W. R. Grace & Co.                          Invoice Number 1494534
60026  Litigation and Litigation Consulting       Page 9
January 26, 2007

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Douglas E. Cameron | 6.60 | at $ | 530.00 | = | 3,498.00 |
| Antony B. Klapper | 67.30 | at $ | 500.00 | = | 33,650.00 |
| Margaret L. Sanner | 72.70 | at $ | 415.00 | = | 30,170.50 |
| Andrew J. Muha | 0.20 | at $ | 295.00 | = | 59.00 |
| Jesse J. Ash | 58.00 | at $ | 330.00 | = | 19,140.00 |
| John L. Schoenecker | 91.20 | at $ | 250.00 | = | 22,800.00 |
| Daniel Z. Herbst | 46.80 | at $ | 230.00 | = | 10,764.00 |
| Jennifer L. Taylor-Payne | 6.30 | at $ | 170.00 | = | 1,071.00 |

                    CURRENT FEES                          121,152.50
                                                        ------------

             TOTAL BALANCE DUE UPON RECEIPT          $121,152.50
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1494902
5400 Broken Sound Blvd., N.W.           Invoice Date        01/26/07
Boca Raton, FL 33487                    Client Number        172573



================================================================================
Re: W. R. Grace & Co.


(60027)  Travel-Nonworking

        Fees                          5,857.00
        Expenses                          0.00

              TOTAL BALANCE DUE UPON RECEIPT        $5,857.00
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number    1494902
5400 Broken Sound Blvd., N.W.        Invoice Date      01/26/07
Boca Raton, FL 33487                 Client Number      172573
                                     Matter Number       60027


========================================================================
Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2006

     Date    Name                                                    Hours
     ------- -----------                                             -----

     12/07/06 Sanner        Travel from Richmond to DC for            1.20
                            meeting with A. Klapper and
                            witnesses on company story issues
                            (one-half time).

     12/08/06 Sanner        Return from Washington to Richmond        1.20
                            following conference with
                            witnesses (one-half time).

     12/12/06 Cameron       Non-working portions of travel to        2.50
                            Florida for expert witness
                            meetings (one-half of total time).

     12/13/06 Cameron       Non-working travel from Florida to       2.70
                            Charlotte to Pittsburgh returning
                            from expert witness meetings
                            (one-half total time).

     12/13/06 Gatewood      Non-working travel to Washington,        1.00
                            D.C. for deposition (one-half of
                            travel time).

     12/14/06 Gatewood      Non-working travel from                  1.70
                            Washington, D.C. to Pittsburgh,
                            returning from expert depositions
                            (one-half time).

172573 W. R. Grace & Co.
60027 Travel-Nonworking
January 26, 2007

Invoice Number 1494902
Page 2

| 12/18/06 Sanner | Travel from Richmond to Washington for meeting with witnesses and return (half of total time expended in travel). | 2.60 |
|---|---|---|

|  | TOTAL HOURS | 12.90 |
|---|---|---|

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Douglas E. Cameron | 5.20 at $ 530.00 = | 2,756.00 |
| Margaret L. Sanner | 5.00 at $ 415.00 = | 2,075.00 |
| Carol J. Gatewood | 2.70 at $ 380.00 = | 1,026.00 |

CURRENT FEES                                        5,857.00

TOTAL BALANCE DUE UPON RECEIPT          $5,857.00

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                             Invoice Number      1494546
5400 Broken Sound Blvd., N.W.           Invoice Date      01/26/07
Boca Raton, FL 33487                    Client Number       172573



========================================================================
Re: W. R. Grace & Co.

(60028)   ZAI Science Trial

        Fees                          8,899.50
        Expenses                          0.00

                  TOTAL BALANCE DUE UPON RECEIPT        $8,899.50
                                                       =============

- 14 -

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1494546
5400 Broken Sound Blvd., N.W.        Invoice Date       01/26/07
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60028


=========================================================================
Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| 12/14/06 | Cameron | Review court decision (1.1); multiple e-mails and telephone calls regarding same (0.7). | 1.80 |
| 12/14/06 | Flatley | Reading and analyzing opinion and e-mails about it. | 1.50 |
| 12/14/06 | Restivo | Receipt, review analysis and communications re: ZAI opinion. | 2.50 |
| 12/15/06 | Cameron | Continued review and work with Court's opinion (0.8); e-mails regarding same (0.4); telephone call regarding same (0.5). | 1.70 |
| 12/15/06 | Flatley | E-mails regarding decision and analysis of chances on appeal (1.0); call with J. Restivo and D. Cameron regarding decision (0.2). | 1.20 |
| 12/15/06 | Restivo | Telephone conference with E. Westbrook (.5); telephone calls with R. Beber, D. Siegel, et al. re: ZAI opinion (1.5). | 2.00 |
| 12/21/06 | Restivo | Telephone call with E. Westbrook and emails re: same. | .80 |
| 12/22/06 | Restivo | Receipt of pleadings and correspondence re: opinion and appeal. | .50 |

172573 W. R. Grace & Co.      Invoice Number 1494546
60028  ZAI Science Trial       Page 2
January 26, 2007

| Date | Name | | Hours |
|------|------|------|-------|
| 12/27/06 | Cameron | Telephone call with J. Restivo regarding notice of appeal (0.2); review e-mails regarding same (0.7). | .90 |
| 12/28/06 | Cameron | Review court's opinion (0.9); review materials regarding Notice of Appeal and extension regarding same (0.9). | 1.80 |
| 12/30/06 | Cameron | Review motion for leave to appeal. | .50 |
| 12/31/06 | Cameron | Review materials relating to motion for leave to appeal. | .80 |

TOTAL HOURS  16.00

| TIME SUMMARY | Hours | Rate | | Value |
|--------------|-------|------|------|-------|
| James J. Restivo Jr. | 5.80 at | $ 600.00 | = | 3,480.00 |
| Lawrence E. Flatley | 2.70 at | $ 535.00 | = | 1,444.50 |
| Douglas E. Cameron | 7.50 at | $ 530.00 | = | 3,975.00 |

CURRENT FEES     8,899.50

TOTAL BALANCE DUE UPON RECEIPT  $8,899.50

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number     1494536
5400 Broken Sound Blvd., N.W.        Invoice Date       01/26/07
Boca Raton, FL 33487                 Client Number       172573



=========================================================================
Re: W. R. Grace & Co.

(60029)  Fee Applications-Applicant

        Fees                         1,675.00
        Expenses                         0.00

                 TOTAL BALANCE DUE UPON RECEIPT        $1,675.00
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1494536
5400 Broken Sound Blvd., N.W.            Invoice Date       01/26/07
Boca Raton, FL 33487                     Client Number       172573
                                         Matter Number        60029


========================================================================
Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2006

| Date | Name | | Hours |
| -------- | ----------- | --- | ----- |
| 12/08/06 | Ament | Review 21st quarterly fee application and spreadsheets, recalculate duplicating charges and respond to e-mail from A. Muha re: response to fee auditor (.50); review and respond to additional e-mails from A. Muha re: same (.10). | .60 |
| 12/08/06 | Lord | Research and e-mail to S.Ament re: response to fee auditor. | .20 |
| 12/10/06 | Cameron | Review fee application materials. | .70 |
| 12/14/06 | Muha | Begin markup of DBR for November 2006 monthly fee application; review/respond to e-mails re: same. | .50 |
| 12/15/06 | Ament | Review e-mail from A. Muha re: Nov. fees. | .10 |
| 12/15/06 | Muha | Detailed review and extensive revisions (including drafting additional fee and expense explanations) for Nov. 2006 monthly fee application (1.7); e-mails to timekeepers re: additional explanation for charges (0.4). | 2.10 |

172573 W. R. Grace & Co.                          Invoice Number 1494536
60029  Fee Applications-Applicant                 Page 2
January 26, 2007

| Date | Name | | Hours |
|------|------|---|-------|

| 12/18/06 | Lord | Research docket draft CNO to Reed Smith's 22nd quarterly fee application and 65th monthly fee application (.5); e-mail to A.Muha re: Reed Smith's November fee applcation (.1). | .60 |
| 12/19/06 | Ament | Review e-mail from J. Lord re: monthly fee application. | .10 |
| 12/21/06 | Lord | Responding e-mail to D.Cameron re: CNO to October fee application (.1); e-file and perfect service for same (.3); draft correspondence to Debtors re: same (.1); e-file and perfect service to CNO for quarterly fee application (.3). | .80 |
| 12/22/06 | Ament | Maintain pleadings file with CNO for 22nd quarterly and 64th monthly fee applications. | .10 |
| 12/28/06 | Ament | E-mails with A. Muha and J. Lord re: Nov. monthly fee application (.20); begin drafting 65th monthly fee application (.30). | .50 |
| 12/28/06 | Lord | E-mails with S. Ament re: November monthly fee application. | .20 |
| 12/29/06 | Ament | Review e-mails from D. Cameron and A. Muha re: April - June fees and expenses and respond to D. Cameron. | .10 |

                                                      ------
                                       TOTAL HOURS     6.60

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Douglas E. Cameron | 0.70 | at | $ 530.00 | = | 371.00 |
| Andrew J. Muha | 2.60 | at | $ 295.00 | = | 767.00 |
| John B. Lord | 1.80 | at | $ 190.00 | = | 342.00 |
| Sharon A. Ament | 1.50 | at | $ 130.00 | = | 195.00 |

                       CURRENT FEES                   1,675.00
                                                    ------------

                  TOTAL BALANCE DUE UPON RECEIPT      $1,675.00
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1494537
One Town Center Road                     Invoice Date        01/26/07
Boca Raton, FL    33486                  Client Number       172573


======================================================================
Re: W. R. Grace & Co.

(60030)   Hearings

          Fees                          2,929.00
          Expenses                          0.00

                  TOTAL BALANCE DUE UPON RECEIPT        $2,929.00
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1494537
One Town Center Road                     Invoice Date       01/26/07
Boca Raton, FL    33486                  Client Number       172573
                                         Matter Number        60030

=======================================================================
Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2006

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 12/01/06 | Ament | Telephone call from R. Baker re: courtroom technology necessary for 12/5/06 hearing (.10); telephone call from Judge Fitzgerald's IT Dept. re: same (.10); e-mail to J. O'Neill re: same (.10); additional e-mails with L. Mellis and J. O'Neill re: assisting K&E with hearing preparation (.20). | .50 |
| 12/03/06 | Ament | E-mails with L. Mellis and assist with preparation of documents for 12/5/06 hearing. | 1.00 |
| 12/04/06 | Ament | Telephone call from R. Baker re: 12/5/06 hearing and e-mail to K&E re: same (.10); e-mails and calls re: use of technology at hearing (0.6); provide D. Bernick with said documents in preparation for hearing (.50); provide J. Baer with documents in preparation for hearing (.40); meet with B. Harding, D. Mendelson, L. Mellis and R. Jones and assist K&E with hearing preparation (2.0); telephone call with J. Baer re: logistics of 12/5/06 hearing (.20). | 3.80 |
| 12/04/06 | Cameron | Attention to hearing issues. | .50 |
| 12/05/06 | Ament | E-mails and calls with Kirkland attorneys/staff re: hearing logistics (.80); meet with D. Mendelson and L. Mellis and assist | 3.50 |

172573 W. R. Grace & Co.                    Invoice Number 1494537
60030  Hearings                             Page 2
January 26, 2007

| Date | Name | | Hours |
|------|------|--|-------|

K&E with hearing preparation
(1.0); meet with R. Baker and
assist with courtroom setup (.20);
meet with J. Baer prior to hearing
before Judge Fitzgerald and assist
K&E with setup for same (.60);
telephone call from V. Johnson re:
additional documents needed for
hearing (.10); respond to e-mails
from J. Baer during hearing and
provide additional documents to J.
Baer and D. Bernick (.30); review
and respond to e-mails from L.
Mellis re: Westlaw cases and
return of hearing documents to K&E
(.60).

| 12/06/06 Ament | E-mails with J. Trice re: completion of technical assistance from 12/5/06 Grace hearing. | .10 |

| 12/06/06 Cameron | Follow up from hearing issues. | .40 |

| 12/09/06 Ament | Coordinate logistics of 12/18/06 hearing per D. Cameron request and e-mails with J. Baer and D. Cameron re: same. | .50 |

| 12/10/06 Ament | Continue to coordinate logistics of 12/18/06 hearing per D. Cameron request and e-mails re: same. | 1.00 |

| 12/11/06 Ament | Coordinate logistics for 12/12/06 hearing and e-mail to J. Baer re: same (.50); continue coordinating logistics for 12/18/06 hearing per D. Cameron request (.30); e-mails and meet with D. Cameron re: same (.20); e-mail to J. Baer re: logistics of same (.10). | 1.10 |

| 12/12/06 Ament | Respond to e-mail from L. Mellis re: J. Baer hearing preparation (.10); meet with and assist J. Baer with hearing preparation (.30); meet with L. Johnson re: logistics of same (.10); e-mails | .70 |

172573 W. R. Grace & Co.                    Invoice Number 1494537
60030  Hearings                             Page 3
January 26, 2007

| Date | Name | | Hours |
|------|------|--|-------|
| | | with C. Cox and L. Esayian re: same (.20). | |
| 12/15/06 | Ament | Continue assistance in coordinating 12/18/06 hearing for K&E. | .90 |
| 12/17/06 | Cameron | Attend to hearing issues. | .60 |
| 12/18/06 | Ament | Continue coordinating hearing per K&E request and e-mails re: same. | .30 |
| 12/18/06 | Cameron | Meet with L. Flatley regarding hearing (0.2); e-mails regarding same (0.2). | .40 |
| 12/18/06 | Cox | Meet with J. Baer and assist with hearing preparation (.50); prepare for hearing (1.00). | 1.50 |

                                                        ------
                                    TOTAL HOURS   16.80

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Douglas E. Cameron | 1.90 at $ 530.00 = | | 1,007.00 |
| Sharon A. Ament | 13.40 at $ 130.00 = | | 1,742.00 |
| Cary E. Cox | 1.50 at $ 120.00 = | | 180.00 |

                    CURRENT FEES                      2,929.00
                                                    ------------

            TOTAL BALANCE DUE UPON RECEIPT          $2,929.00
                                                    ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1494538
One Town Center Road                     Invoice Date       01/26/07
Boca Raton, FL    33486                  Client Number       172573


==========================================================================
Re: W. R. Grace & Co.

(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                           300,378.00
         Expenses                            0.00

                  TOTAL BALANCE DUE UPON RECEIPT      $300,378.00
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1494538 |
| Invoice Date | 01/26/07 |
| Client Number | 172573 |
| Matter Number | 60033 |


==========================================================================
Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2006

| Date | Name | | Hours |
|------|------|------|------|
| 12/01/06 | Ament | Review e-mail and spreadsheet from A. Ellias re: UC claims and forward to D. Cameron and A. Muha (.20); meet with A. Muha and review three CD-Roms and one DVD containing UC and non-UC claims (1.0); e-mails and telephone call to A. Ellias re: same (.10); meet with A. Muha and conference call to A. Ellias re: logistics of UC claims and database (.90); conference call with G. Rupert re: logistics of database (.20); additional e-mails and meetings with A. Muha re: same (.20); review e-mails from D. Cameron and S. Blatnick re: UC claims (.10); access database and begin review of UC claims (.30). | 3.00 |
| 12/01/06 | Aten | Review pleadings and court scheduling orders re phases and expert discovery and email to L. Flatley and D. Cameron re same (1.1); medical expert issues (1.2). | 2.30 |
| 12/01/06 | Atkinson | Research re:  Armstrong case ruling information, for R. Aten. | .40 |
| 12/01/06 | Cameron | Prepare for (0.8) and meet with J. Restivo and L. Flatley regarding multiple issues and planning for | 7.70 |

172573 W. R. Grace & Co.                          Invoice Number 1494538
60033  Claim Analysis Objection Resolution        Page 2
       & Estimation (Asbestos)
January 26, 2007


| Date | Name | | Hours |
|------|------|---|------|
| | | property damage claims (1.0); multiple e-mails and telephone calls regarding deposition scheduling (0.9); review deposition preparation materials and e-mails regarding same (2.7); review Canadian claims materials (0.9); review California claims review materials (0.7); meet with A. Muha regarding same (0.3); e-mails regarding same (0.4). | |
| 12/01/06 | Engel | Review correspondence re experts' depositions. | .10 |
| 12/01/06 | Flatley | E-mails and replies (0.2); meeting with J. Restivo and D. Cameron regarding various issues and short follow-up on meeting (1.7); conference with R. Aten (0.2); call with D. Kuchinsky and follow-up (0.2); e-mails and calls regarding deposition scheduling situation (1.0). | 3.30 |
| 12/01/06 | Gatewood | Research/analysis addressing dust sampling methodology in relation to airborne particles/fibers and draft notes to incorporate into deposition examination of Dr. Laura Welch and Dr. Henry Anderson. | 1.50 |
| 12/01/06 | Muha | Review materials on CD Roms from Perkins Core re: UC claims (1.9); conference call with A. Ellias re: same (0.9); meetings with S. Ament re: same (0.5); meeting with D. Cameron re: status (0.4). | 3.70 |
| 12/01/06 | Restivo | Review new materials, emails, Bernick, et al. (1.2); meeting with L. Flatley and D. Cameron (0.8). | 2.00 |
| 12/02/06 | Aten | Continue to review materials re Anderson and Welch in preparation for deposition. | .50 |

172573 W. R. Grace & Co.                          Invoice Number 1494538
60033  Claim Analysis Objection Resolution        Page 3
     & Estimation (Asbestos)
January 26, 2007


| Date | Name | | Hours |
|------|------|--|-------|
| 12/02/06 | Cameron | Review materials for Canadian statute of limitations (0.9); review materials for California claims (0.8); review dust methodology briefs (1.1). | 2.80 |
| 12/02/06 | Engel | Review experts' reports. | 2.10 |
| 12/03/06 | Ament | Review UC claims received from A. Ellias (.90); e-mails with A. Muha re: same (.10). | 1.00 |
| 12/03/06 | Aten | Medical expert issues (.7); review materials re Dr. Welch in preparation for deposition (1.4). | 2.10 |
| 12/03/06 | Cameron | Attention to issues for dust methodology hearing (1.5); review expert reports for depositions (1.0); review constructive notice materials (0.9); review witness issues for witness list (0.8). | 4.20 |
| 12/03/06 | Engel | Review experts' reports. | .80 |
| 12/04/06 | Ament | Review UC claims and organize per A. Muha request (2.0); telephone calls and e-mails with A. Ellias re: same (.20); telephone call from A. Ellias re: DE filing on 12/8/06 and follow-up e-mail to D. Cameron and L. Flatley re: same (.10). | 2.30 |
| 12/04/06 | Aten | Medical expert issues (.4); continue to review materials re Dr. Welch and to prepare for her deposition (5.8). | 6.20 |
| 12/04/06 | Cameron | Multiple e-mails and telephone calls with counsel and Grace team regarding deposition scheduling issues (0.8); review materials relating to California statute of limitations issues (0.8); prepare draft witness disclosure (0.9). | 2.50 |

172573 W. R. Grace & Co.                          Invoice Number 1494538
60033  Claim Analysis Objection Resolution        Page 4
       & Estimation (Asbestos)
January 26, 2007

| Date | Name | | Hours |
|------|------|------|-------|

12/04/06 Engel        Review documents re Daubert issues      4.70
                      related to asbestos dust sampling
                      method.

12/04/06 Flatley      E-mails and reply (0.1); meet with      1.30
                      R. Aten (0.1); review issues, call
                      with R. Senftleben and follow-up
                      regarding scheduling (0.7);
                      e-mails from/to D. Cameron
                      regarding scheduling (0.2);
                      e-mails (0.2).

12/04/06 Garlitz      Review UC claims and organize per       4.60
                      A. Muha request (2.0); assemble
                      said documents into binders per A.
                      Muha request (2.6).

12/04/06 Gatewood     Preparation for deposition              9.00
                      examination of Dr. Welch and Dr.
                      Anderson, including:  examination
                      of epidemiologic studies, prior
                      deposition/trial testimony,
                      outline of issues and critique of
                      studies cited in relation to
                      occupational exposures and
                      drafting of deposition examination
                      materials.

12/04/06 Muha         Call and e-mails with S. Ament re:       .30
                      status of Grace UC PD claim
                      materials.

12/04/06 Rea          Analysis of summary judgment.            .80

12/04/06 Restivo      Tactical planning for three             1.80
                      hearings.

12/05/06 Ament        Continue reviewing UC claims and        1.20
                      organizing for A. Muha per request.

12/05/06 Aten         Begin drafting chart re: Dr.            7.30
                      Welch's reliance materials, and a
                      critical analysis of the articles
                      (4.0); continue to review
                      materials re Dr. Welch and to
                      prepare for her deposition (3.3).

12/05/06 Cameron      Extensive review of deposition          5.60
                      materials and scheduling issues

172573 W. R. Grace & Co.                          Invoice Number 1494538
60033  Claim Analysis Objection Resolution        Page 5
       & Estimation (Asbestos)
January 26, 2007

| Date | Name | | Hours |
|------|------|--|-------|

|  |  | (2.1); review discovery and summary judgment materials (1.9); review and revise draft witness list (1.2); follow-up e-mails and telephone calls regarding same (0.4). |  |
| 12/05/06 | Engel | Review documents re Daubert issues related to asbestos dust sampling method. | 3.90 |
| 12/05/06 | Flatley | E-mails regarding deposition scheduling and other issues (0.6); review draft brief on California statute of limitations issues (1.5). | 2.10 |
| 12/05/06 | Gatewood | Preparation for deposition examination of Dr. L. Welch and Dr. H. Anderson, including: examination/analysis of epidemiologic studies, comparison of expressed opinions, review/analysis of briefings addressing methodology and Daubert issues and incorporate same into drafting of deposition examination outline. | 9.00 |
| 12/05/06 | Muha | E-mails to S. Ament and D. Cameron re: review of UC claims. | .20 |
| 12/05/06 | Restivo | Tactical planning for expert discovery, dust methodology hearing and summary judgment motion. | 5.60 |
| 12/06/06 | Ament | Download notice and scan and e-mail to internal working group (.20); review e-mails from D. Cameron and L. Flatley re: same (.20); e-mails with A. Ellias and A. Muha re: additional information re: UC claims (.30); prepare bates labels for UC documents (.20); e-mails with A. Ellias re: 12/8/06 filing deadline (.10). | 1.10 |
| 12/06/06 | Aten | Conference call with D. Cameron and D. Biderman re California | 9.90 |

172573  W. R. Grace & Co.                              Invoice Number 1494538
60033   Claim Analysis Objection Resolution           Page 6
        & Estimation (Asbestos)
January 26, 2007

|        Date      Name                                          Hours |
| -------- | --- |

|         |  | Summary Judgment Motion, database (.6); continue to revise chart re Dr. Welch's reliance material (2.1); begin preparing deposition outline for deposition of Dr. Welch (7.2). |  |
| 12/06/06 | Cameron | Prepare for and participate in call with California counsel regarding statute of limitations issues (0.6); attention to deposition scheduling issues (1.1); meet with J. Restivo and L. Flatley regarding planning issues (0.6); review dust methodology discovery materials (1.4); review draft witness list and e-mails regarding same (0.8); attention to Canadian claims materials (0.9); telephone call with Grace counsel regarding witness list (0.3); review agenda for planning meeting (0.5). | 6.20 |
| 12/06/06 | Engel | Prepare summaries and outlines for dust sampling depositions. | 4.80 |
| 12/06/06 | Flatley | E-mails/replies regarding witness list and deposition scheduling (0.6); meet with D. Cameron and J. Restivo about conference call preparation and results (0.4); meet with D. Cameron regarding deposition scheduling issues (0.3); meet with R. Aten regarding scheduling (0.1); follow-up e-mails regarding conference calls and scheduling issues (0.6); begin preparation for medical witness depositions (1.2). | 3.20 |
| 12/06/06 | Gatewood | Preparation for deposition examination of Dr. Laura S. Welch, including: meeting/consultation with L. Flatley and R. Aten, examination/analysis of articles cited/authored by Dr. Welch, drafting examination outline. | 9.00 |

172573 W. R. Grace & Co.                         Invoice Number 1494538
60033 Claim Analysis Objection Resolution        Page 7
      & Estimation (Asbestos)
January 26, 2007

| Date | Name | | Hours |
|------|------|------|------|
| 12/06/06 | Restivo | Tactical planning (3.2); agenda for planning call (0.6); meeting with D. Cameron and L. Flatley (1.2). | 5.00 |
| 12/07/06 | Ament | Meet with J. Restivo re: deposition digests (.20); review expert deposition files per J. Restivo request (1.1). | 1.30 |
| 12/07/06 | Aten | Continue to revise chart re Dr. Welch's reliance materials, continue to prepare for her deposition (6.3); finalized deposition notice (0.5). | 6.80 |
| 12/07/06 | Atkinson | Review Grace files re:  deposition summaries of experts, per J. Restivo request. | .30 |
| 12/07/06 | Cameron | Prepare for (1.1) and participate in planning session conference with K&E lawyers, L. Flatley and J. Restivo (1.4); review and revise draft preliminary witness list (1.9); multiple e-mails and telephone calls with counsel regarding same (0.9): review materials for Canadian claims (1.6); review materials for Statute of Limitations issues and expert work (1.2). | 8.10 |
| 12/07/06 | Engel | Prepare summaries and outlines for depositions. | 1.70 |
| 12/07/06 | Flatley | Review correspondence, organize "to do" list and prepare for team meeting call (1.7); meet with J. Restivo and D. Cameron to prepare for call (0.3); team conference call and follow-up (1.5); working on witness list (1.5). | 5.00 |
| 12/07/06 | Gatewood | Prepare for deposition examination of Dr. Laura S. Welch, including: reading/summarizing (by topic) selected areas of testimony to address during deposition | 12.00 |

172573 W. R. Grace & Co.                          Invoice Number 1494538
60033  Claim Analysis Objection Resolution        Page 8
       & Estimation (Asbestos)
January 26, 2007

|     Date | Name | | Hours |
| -------- | ----------- | --- | ----- |
|          |      | examination, examination/analysis of epidemiologic studies and drafting deposition examination outline (11.0); communicate/meet with L. Flatley and R. Aten concerning issues relating to Dr. Welch's expert report (1.0). | |
| 12/07/06 | Restivo | Strategic planning (1.5); conference call with D. Bernick, et al. (1.5); prepare for Expert depositions (1.5). | 4.50 |
| 12/08/06 | Aten | Finalize Dr. Welch's deposition notice and arrange for filing (.2); continue to work on chart re Dr. Welch's reliance materials (4.8). | 5.00 |
| 12/08/06 | Cameron | Review claimant's preliminary witness lists (1.4); review Canadian claims and statute issues (1.7); review dust reports for deposition issues (1.9); attention to Statute of Limitations issues (0.9); telephone call and e-mails with PD Claimants Counsel (0.3); telephone call with R. Finke regarding multiple issues (0.4). | 6.60 |
| 12/08/06 | Engel | Review documents re to Daubert hearing. | 4.60 |
| 12/08/06 | Flatley | E-mails and replies regarding witness lists (0.2); preparation for "dust methodology" hearing, including reviewing materials in preparation for medical witness depositions (5.9); meet with C. Gatewood to discuss deposition issues (two meetings) (1.0). | 7.10 |
| 12/08/06 | Gatewood | Prepare for deposition examination of Dr. Laura S. Welch, including: examination/analysis of articles relied upon by Dr. Welch, research studies with converse view points and analyze same, comparison/contrast of Dr. Welch's report with that of Dr. Hughson, | 10.00 |

172573 W. R. Grace & Co.                           Invoice Number 1494538
60033  Claim Analysis Objection Resolution         Page 9
       & Estimation (Asbestos)
January 26, 2007

| Date | Name | | Hours |
|------|------|---|-------|

|  |  | and work on examination outline. |  |
| 12/08/06 | Muha | E-mails re: review of UC claims. | .20 |
| 12/09/06 | Aten | Continue to review materials (deposition transcripts) and prepare for deposition of Dr. Welch. | 2.90 |
| 12/09/06 | Cameron | Deposition preparation (3.0); prepare and revise strategy outline (1.8). | 4.80 |
| 12/09/06 | Engel | Prepare summaries and outlines for depositions. | 1.50 |
| 12/09/06 | Flatley | Reviewing materials in preparation for depositions and outlining issues to raise with C. Gatewood and R. Aten (2.8); e-mail to schedule Monday meeting (0.2). | 3.00 |
| 12/09/06 | Gatewood | Preparation for deposition examination of Dr. Laura S. Welch, including:  drafting/revising examination materials, examination/analysis of epidemiologic studies addressing exposure pathways, concentrations, toxicity, preventive measures, governmental and agency guidelines concerning handling/exposure of/to asbestos containing products. | 9.00 |
| 12/10/06 | Aten | Continue to review materials (deposition transcripts) and prepare for deposition of Dr. L. Welch. | 4.40 |
| 12/10/06 | Cameron | Continued work on dust methodology deposition preparation issues (2.0); review Canadian claims (0.5); review materials for Product ID issues (1.0); review Statute of Limitations materials regarding experts (0.8). | 4.30 |
| 12/10/06 | Gatewood | Preparation for deposition examination of Dr. Laura S. Welch, | 12.00 |

172573 W. R. Grace & Co.                          Invoice Number 1494538
60033  Claim Analysis Objection Resolution        Page 10
       & Estimation (Asbestos)
January 26, 2007


| Date | Name | | Hours |
|------|------|---|-------|
| | | including research/analysis of exposure, preventive measures, environmental studies and drafting of deposition examination materials. | |
| 12/10/06 | Restivo | Draft planning memos. | 1.00 |
| 12/11/06 | Aten | Call with expert re articles relied on by Drs. Welch and Anderson (1.9); continue to review deposition transcripts of Dr. Welch and prepare for her deposition (6.7); review articles cited by Dr. Anderson in preparation for call (.9). | 9.50 |
| 12/11/06 | Cameron | Attention to deposition issues (0.6); review materials relating to dust reports and deposition preparation (2.3); review materials from J. Restivo (0.9). | 3.80 |
| 12/11/06 | DiChiera | Review several transcripts of prior deposition testimony of Laura S. Welch, M.D., and flag areas of interest in preparation for deposition scheduled on December 14, 2006 per request of R. Aten and C. Gatewood. | 8.10 |
| 12/11/06 | Engel | Prepare outline for depositions. | 4.30 |
| 12/11/06 | Flatley | Preparation for expert witness depositions, including drafting, revising and circulating outlines (0.8); call with C. Gatewood regarding issues for expert depositions (1.1); e-mails regarding scheduling issues (0.5); call with J. Restivo regarding witness scheduling (0.2); preparation for conference call with expert witness (2.0); conference call with R. Senftleben, C. Gatewood, R. Aten and expert witness and follow-up with C. Gatewood and R. Aten (2.3). | 6.90 |

172573 W. R. Grace & Co.                          Invoice Number 1494538
60033  Claim Analysis Objection Resolution        Page 11
       & Estimation (Asbestos)
January 26, 2007

|    Date    | Name      |                                                   | Hours |
| --------   | --------- |                                                   | ----- |
| 12/11/06 | Gatewood | Research various issues subject to deposition examination of Dr. Laura S. Welch (6.0); examination/analysis of governmental/regulatory statements addressing asbestos related matters (e.g., abatement, thresholds, green and purple EPA books) (3.5); drafting/revising deposition examination of Dr. Laura S. Welch (2.0); meet/confer with L. Flatley concerning draft/revisions of/to deposition examination outline and participate in joint conference call with L. Flatley and R. Aten and with expert (2.0). | 13.50 |
| 12/11/06 | Restivo | Meeting with M. Rippin (1.0); update Master Plan (1.0); begin Armstrong review. | 3.80 |
| 12/11/06 | Rippin | Analysis of In re Armstrong World Industries (1.3); analysis of parties' motions for a Daubert hearing for In re Armstrong World Industries (1.8); review of expert report for deposition preparation (1.5). | 4.60 |
| 12/12/06 | Aten | Continue to review and summarize transcripts in preparation for Dr. Welch's deposition. | 10.20 |
| 12/12/06 | Cameron | Preparation for meetings with experts (2.3); review materials for dust methodology depositions (1.7); multiple e-mails regarding same (0.7); review J. Restivo strategy memo and telephone call with J. Restivo regarding same (0.6); meet with R. Finke regarding open issues (0.5). | 5.80 |
| 12/12/06 | DiChiera | Review prior deposition testimony of Laura S. Welch, M.D., for preparation of deposition per request of R. Aten and C. Gatewood (2.50); prepare for and attend | 6.50 |

172573 W. R. Grace & Co.                          Invoice Number 1494538
60033  Claim Analysis Objection Resolution        Page 12
       & Estimation (Asbestos)
January 26, 2007

        Date   Name                                                Hours
        -------- -----------                                       -----

                              meeting with C. Gatewood and R.
                              Aten regarding preparation
                              material needed for deposition
                              (1.50); organize and gather
                              material and potential exhibits
                              needed for deposition (2.50).

        12/12/06 Engel        Review documents and transcripts     1.70
                              re preparation for depositions.

        12/12/06 Flatley      Review draft summary judgment        6.30
                              brief and send comments on it to
                              the drafter (2.7); review draft
                              deposition outline (1.7); call
                              with C. Gatewood to discuss
                              witness outline (1.0); call with
                              D. Cameron regarding status of
                              various issues and follow-up
                              (0.7); call with J. Restivo
                              regarding scheduling (0.2).

        12/12/06 Gatewood     Examination/analysis of             12.00
                              scientific/medical articles upon
                              which Dr. Laura Welch relies for
                              her expressed opinions (3.5);
                              drafting examination outline
                              (4.0); research Stanton
                              Hypothesis and articles
                              criticizing same (3.5); confer
                              with L. Flatley concerning various
                              deposition examination issues
                              relating to scheduled deposition
                              of Dr. Laura Welch (1.0).

        12/12/06 Restivo      Analyze prior Daubert hearings       4.90
                              (1.5); strategy and discovery
                              planning re:  Dust Methodology
                              (1.0); strategy planning re:
                              statute of limitations, prudent
                              identification (1.0); strategy
                              planning re:  Hazard hearing (1.4).

        12/12/06 Rippin       Review of expert report (2.1);       6.30
                              review of Plaintiff's motion and
                              brief for the dust methodology
                              hearing (1.8); review of the
                              direct examination In re Armstrong
                              World Industries (0.8); review of
                              James Millette's expert report

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
    & Estimation (Asbestos)
January 26, 2007

Invoice Number 1494538
Page 13

| Date | Name | | Hours |
|------|------|------|-------|
| | | (0.9); review of Millette's deposition from In re Armstrong World Industries (0.7). | |
| 12/13/06 | Aten | Continue to review deposition transcripts, materials and to prepare summaries for deposition. | 6.20 |
| 12/13/06 | Cameron | Prepare for meeting with experts (1.0); meet with experts and R. Finke regarding multiple issues for PD claims (4.7); prepare draft summary of meetings and list of open issues (1.1); follow-up from meeting (0.4). | 7.20 |
| 12/13/06 | DiChiera | Review prior deposition testimony of Laura S. Welch, M.D., for deposition preparation per request of R. Aten (3.50);  create index of excerpts for binder in connection with prior key testimony of Dr. Welch (1.5); prepare for and attend meetings with C. Gatewood regarding final preparation of deposition material needed (1.2). | 6.20 |
| 12/13/06 | Engel | Prepare outline for depositions. | 3.50 |
| 12/13/06 | Flatley | E-mails and replies on a variety of issues. | .40 |
| 12/13/06 | Gatewood | Prepare for deposition examination of Dr. Laura S. Welch, including: examination/analysis of articles, materials and drafting/editing examination outline (10.0);  meet with L. Flatley concerning deposition examination outline, discussion of strategies and instructions concerning suggested edits to examination outline (1.0). | 11.00 |
| 12/13/06 | Rea | Review of status memo. | .30 |
| 12/13/06 | Rippin | Review of the deposition of James Millette from In re Armstrong World Industries. | 6.30 |

172573 W. R. Grace & Co.                        Invoice Number 1494538
60033  Claim Analysis Objection Resolution      Page 14
       & Estimation (Asbestos)
January 26, 2007


        Date    Name                                                    Hours
        ------- -----------                                             -----

        12/14/06 Ament          Meet with J. Restivo and M. Rippin       1.20
                                re: deposition digests (.10);
                                provide digests and summaries to
                                M. Rippin per J. Restivo request
                                (.10); review e-mails from T. Rea
                                re: property damage claims (.10);
                                meet with T. Rea re: same (.10);
                                multiple e-mails re: property
                                damage claims (.40);  e-mails with
                                D. Cameron re: 12/19/06 deposition
                                (.10); coordinate said deposition
                                (.30).

        12/14/06 Aten           Conference with L. Flatley re           1.80
                                medical expert issues (0.8);
                                review deposition outline and
                                e-mail to C. Gatewood re: prior
                                testimony (1.0).

        12/14/06 Atkinson       Per e-mail request from D.               .20
                                Cameron, copy of Claimants'
                                Supplemental exhibits.

        12/14/06 Cameron        Prepare for (1.1) and participate       6.20
                                in meeting regarding issues for PD
                                claims (1.8); participate in
                                conference call with K&E, Perkins
                                Coie and W.R. Grace regarding
                                statute of limitations issues
                                (1.1); participate in conference
                                call with R. Finke and expert
                                regarding dust issues (1.3);
                                attention to Canadian statute of
                                limitations issues (0.9).

        12/14/06 Engel          Prepare deposition outlines.            4.00

        12/14/06 Flatley        E-mails from/to R. Aten (0.1);          4.30
                                team meeting with J. Restivo, D.
                                Cameron et al. and short follow-up
                                on meeting (1.6); call with W.
                                Sparks and follow-up, including
                                e-mails (0.4); conference call
                                regarding California issues with
                                R. Finke, D. Cameron, D. Biderman,
                                L. Esayian et al. (1.1); meet with
                                R. Aten regarding experts' reports
                                issues and follow-up (1.1).

172573 W. R. Grace & Co.                          Invoice Number 1494538
60033  Claim Analysis Objection Resolution        Page 15
       & Estimation (Asbestos)
January 26, 2007

| Date | Name | | Hours |
|------|------|------|-------|

| Date | Name | | Hours |
|------|------|------|-------|
| 12/14/06 | Gatewood | Final preparation for deposition examination of Dr. Laura Welch (2.0); present and conduct deposition examination of Dr. Laura S. Welch and review notes/materials following deposition (8.5). | 10.50 |
| 12/14/06 | Rea | Attend team meeting (1.0); attention to summary judgment (1.8). | 2.80 |
| 12/14/06 | Restivo | Strategy meeting/assignments. | 2.00 |
| 12/14/06 | Rippin | Review of James Millette reliance materials (3.1); attended W.R. Grace strategy meeting (1.1); review of the depositions from In re Armstrong World industries (2.2). | 6.40 |
| 12/15/06 | Ament | Meet with T. Rea re: property damage claims (.10); obtain DVD of all claims and CD-Rom of Anderson Memorial claims from M. Rosenberg and provide to T. Rea (.20); continue coordinating 12/18/06 deposition for D. Cameron (.20); e-mails and telephone calls re: logistics of same (.30). | .80 |
| 12/15/06 | Atkinson | Review files re: trial testimony, per D. Cameron request (.40); review Grace files and database re: medical data per R. Aten request (.30). | .70 |
| 12/15/06 | Atkinson | Review files re: witness testimony in prior trial. | .30 |
| 12/15/06 | Cameron | Prepare for (0.9) and participate in meeting (via telephone) with Canadian counsel and potential expert (2.8); review material for R. Morse deposition preparation (1.9); telephone call with counsel regarding same (0.3); e-mails to counsel regarding same (0.4); telephone call with Canadian counsel regarding pending Canadian | 6.70 |

172573 W. R. Grace & Co.                     Invoice Number 1494538
60033  Claim Analysis Objection Resolution   Page 16
       & Estimation (Asbestos)
January 26, 2007

| Date | Name | | Hours |
|------|------|--|-------|

claims (0.4).

| 12/15/06 | DiChiera | Telephone conference with R. Aten regarding inquiry for reliance articles and expert reports per request of D. Cameron (0.2); arrange for copies of same (0.3). | .50 |
| 12/15/06 | Engel | Prepare deposition outlines. | 3.70 |
| 12/15/06 | Flatley | Review and analysis of discovery requests (1.7); conference call with R. Finke regarding discovery requests (1.5); meet with C. Gatewood to discuss 12/14 deposition and plans for further depositions (1.0); call with T. Rea (0.1); outline regarding follow-up on discovery requests (0.7). | 5.00 |
| 12/15/06 | Gatewood | Prepare for and meet with L. Flatley concerning deposition examination of Dr. Laura S. Welch (1.0); examination/analysis of deposition transcript (rough) of Dr. Laura S. Welch and outline of testimony (issues) by topic (3.0); drafting memorandum addressing Dr. Laura Welch's testimony and issues concerning expert qualifications (e.g., toxicology, epidemiology, dust sampling collection and analysis) (2.0). | 6.00 |
| 12/15/06 | Rea | Analysis of discovery requests. | 1.90 |
| 12/15/06 | Restivo | Prepare for Morse Expert deposition. | 2.50 |
| 12/15/06 | Rippin | Review of depositions from In re Armstrong World Industries (2.1); digest of Morse deposition (4.7). | 6.80 |
| 12/16/06 | Cameron | Attention to expert report issues for statute of limitations (1.4); review materials relating to preparation for Roger Morse deposition (1.7); review materials for supplemental witness list | 3.90 |

172573 W. R. Grace & Co.                    Invoice Number 1494538
60033  Claim Analysis Objection Resolution   Page 17
       & Estimation (Asbestos)
January 26, 2007

| Date | Name | | Hours |
|------|------|---|-------|

|  |  | (0.8). |  |
| 12/16/06 | Flatley | Review materials on experts' reports and e-mails to D. Cameron and D. Biderman on them. | 2.20 |
| 12/17/06 | Cameron | Extensive review of materials for Morse deposition (2.4); review materials for Ewing deposition (1.3); review materials for statute of limitations issues (1.8); e-mails to counsel regarding same (0.5). | 6.00 |
| 12/17/06 | Flatley | E-mails from/to D. Cameron and D. Bernick regarding expert issues. | .60 |
| 12/18/06 | Ament | Respond to e-mails from D. Cameron re: deposition (.10); continue coordinating deposition and e-mails re: logistics of same (.40). | .50 |
| 12/18/06 | Aten | Attend to medical expert issues. | 1.80 |
| 12/18/06 | Cameron | Prepare for (1.1) and meet with witness for deposition preparation (6.5); meet with J. Restivo and R. Finke regarding same (0.8); meet with L. Flatley and R. Finke regarding statute of limitations issues (0.6); telephone call with consultant regarding same (0.4); review new notices of deposition (0.4); attend to issues for Ewing deposition (0.6). | 10.40 |
| 12/18/06 | Engel | Prepare deposition outlines. | 2.10 |
| 12/18/06 | Flatley | E-mails and replies (0.2); meet with T. Rea to discuss discovery requests objections and answers (1.4); review witness lists on hazard hearing and draft a memo on them (1.9); attending hearing before Judge Fitzgerald and follow-up with T. Rea and W. Sparks (2.8); meet with R. Finke and D. Cameron regarding expert report issues (0.8). | 7.10 |

172573 W. R. Grace & Co.                          Invoice Number 1494538
60033  Claim Analysis Objection Resolution        Page 19
       & Estimation (Asbestos)
January 26, 2007


        Date    Name                                              Hours
        --------  -----------                                     -----
                          deposition summaries for
                          claimants' witnesses (1.4); review
                          materials relating to statute of
                          limitations experts (1.9); meet
                          with J. Restivo and R. Finke
                          regarding deposition and dust
                          methodology issues (.8); meet with
                          claimants' counsel regarding same
                          (0.7); meet with R. Finke
                          regarding open expert witness
                          issues (0.9); prepare expert
                          witness report disclosure (0.7).

   12/19/06 Engel         Draft outline for Ewing's              3.60
                          deposition.

   12/19/06 Flatley       E-mails from/to R. Aten regarding      4.00
                          medical issues research, including
                          reviewing information (1.1);
                          memorandum regarding witness lists
                          and e-mail to team regarding
                          various issues (2.9).

   12/19/06 Gatewood      Examination/analysis of scientific     3.00
                          articles addressing issues of
                          exposures, threshhold levels,
                          linear regression no-threshhold
                          models and outline of issues to
                          address with Dr. Anderson during
                          examaination.

   12/19/06 Rea           Attention to discovery requests        6.30
                          and responses.

   12/19/06 Restivo       Amend deposition of R. Morse and      10.00
                          negotiations with M. Dies.

   12/19/06 Rippin        Review of expert deposition from       3.50
                          Armstrong.

   12/20/06 Aten          Medical expert issues.                 8.80

   12/20/06 Atkinson      Arrange to pick up Anderson             .70
                          Memorial files from U.S.
                          Bankruptcy Court (Judge
                          Fitzgerald's office) and arrange
                          for vendor to copy and return, per
                          D. Cameron request.

172573 W. R. Grace & Co.                          Invoice Number 1494538
60033  Claim Analysis Objection Resolution        Page 20
       & Estimation (Asbestos)
January 26, 2007

| Date | Name | | Hours |
| -------- | ----------- | | ----- |
| 12/20/06 | Cameron | Prepare for (1.1) and participate in conference call with Canadian counsel regarding expert report issues (2.3); multiple telephone calls with R. Finke and counsel regarding expert report issues (0.8); review materials for statute of limitations expert report (1.8); prepare and revise draft witness designations (0.9); e-mails and telephone call with counsel regarding same (0.6); review materials for deposition preparation (1.2); review materials from Armstrong case for dust methodology hearing (0.9); attention to document requests for depositions (0.7). | 10.30 |
| 12/20/06 | Engel | Draft Ewing's deposition outline. | 9.10 |
| 12/20/06 | Flatley | Call with W. Sparks regarding witness list and follow-up (0.4); e-mails and call with D. Cameron (0.4); review e-mails regarding scheduling of dust methodology hearing (0.2); working on witness list issues, including message to J. Hughes and M. Murphy (1.2); call with A. Muha regarding University of California documents (0.1). | 2.30 |
| 12/20/06 | Gatewood | Prepare deposition examination materials for Claimants' expert, Dr. H. Anderson, including examination/analysis of report, drafting of examination outline and review/incorporation of prior deposition testimony. | 4.00 |
| 12/20/06 | Rea | Attention to discovery requests and responses. | 2.30 |
| 12/20/06 | Restivo | Emails and telephone calls re: meetings with M. Dies. | 1.00 |
| 12/20/06 | Rippin | Review of expert deposition from Armstrong (3.5); digest of expert | 6.30 |

172573 W. R. Grace & Co.                    Invoice Number 1494538
60033  Claim Analysis Objection Resolution   Page 21
       & Estimation (Asbestos)
January 26, 2007

        Date   Name                                              Hours
     --------  -----------                                       -----

                         deposition (2.8).

     12/21/06 Ament      Access DE docket and review docket       .30
                         per D. Cameron request and respond
                         to e-mail re: expert reports.

     12/21/06 Atkinson   E-mail and telephone call to IKON        .40
                         and go to Bankruptcy Court to
                         return Anderson Memorial files
                         after having copied by IKON.

     12/21/06 Cameron    Work with counsel concerning           12.40
                         expert report issues (5.5);
                         prepare and revise witness and
                         expert report designation pleading
                         (0.7); prepare and revise draft
                         supplemental witness list (1.3);
                         prepare for (0.4); and participate
                         in conference call regarding same
                         (1.2); prepare for (0.7) and
                         participate in conference with
                         Canadian counsel regarding issues
                         relating to Canadian claims (1.3);
                         attention to expert deposition
                         issues (0.8); attention to Dust
                         Methodology Hearing issues (0.5).

     12/21/06 Flatley    E-mails and replies (0.2);              6.90
                         reviewing draft report and
                         analysis of issues (2.7); meet
                         with A. Muha regarding California
                         database issues (0.6); team
                         conference call on witness list
                         issues and second call on
                         California issues (1.8); call with
                         W. Sparks (0.1); follow-up on W.
                         Sparks call (0.1); call with J.
                         Restivo regarding potential
                         stipulation, review of issue and
                         reply to various e-mails (1.4).

     12/21/06 Gatewood   Examination/analysis of court's         7.00
                         ruling concerning Daubert related
                         matters (1.0); outline issues to
                         address/research in conjunction
                         with scheduled Daubert Hearing in
                         connection with Drs. Welch and
                         Anderson (1.0); examine/outline

172573 W. R. Grace & Co.                     Invoice Number 1494538
60033  Claim Analysis Objection Resolution   Page 22
       & Estimation (Asbestos)
January 26, 2007


| Date | Name | | Hours |
|------|------|--|-------|
| | | significant admissions in Welch deposition transcript for use at hearing (1.0); examine/analyze materials relating to (scientific studies, EPA reports, OSHA guidelines) exposure and hazards in preparation of examination materials for deposition of Dr. H. Anderson (4.0). | |
| 12/21/06 | Muha | Prepare for (0.4) and meet with (0.7) L. Flatley re: review of UC Claims materials; review materials relating to same (1.1). | 2.20 |
| 12/21/06 | Rea | Attention to discovery requests and responses. | 2.10 |
| 12/21/06 | Restivo | Analysis of, discussions of, and negotiations regarding Dust Methodology Hearing (2.0); prepare for expert discovery (1.5). | 3.50 |
| 12/21/06 | Rippin | Digest of expert depositions from Armstrong. | 6.20 |
| 12/22/06 | Atkinson | Arrange to have boxes of documents copied, per D. Cameron request. | .50 |
| 12/22/06 | Cameron | Review filings relating to hazard hearing witnesses (1.3); review expert reports filed on December 21 (1.3); multiple e-mails regarding same (0.5); telephone call with R. Finke regarding multiple issues for dust methodology hearing (0.4); attend to deposition issues (0.7); finalize supplemental witness list (0.7). | 4.90 |
| 12/22/06 | Flatley | Review draft responses to discovery requests (2.1); comments to T. Rea regarding discovery requests (0.4); review expert witness issues and e-mails to R. Aten about those issues (2.5); deposition scheduling issues (0.5). | 5.50 |

172573 W. R. Grace & Co.                          Invoice Number 1494538
60033  Claim Analysis Objection Resolution        Page 23
       & Estimation (Asbestos)
January 26, 2007


| Date | Name | | Hours |
|------|------|---|-------|
| 12/22/06 | Gatewood | Preparation for deposition examination of Dr. Henry Anderson including examination of prior deposition testimony, articles cited by Anderson and other expert witnesses of claimants addressing hazard/exposure issues. | 6.00 |
| 12/22/06 | Muha | Review materials re: University of California PD claims. | .90 |
| 12/22/06 | Rea | Attention to discovery requests and responses. | 3.30 |
| 12/22/06 | Rippin | Review and digest expert depositions from Armstrong. | 6.40 |
| 12/23/06 | Cameron | Attention to issues relating to Ewing deposition (1.3); review materials relating to product ID issues (0.9); attention to statute of limitations issues (0.6). | 2.80 |
| 12/24/06 | Cameron | Review materials for Ewing deposition (1.1); attention to materials relating to dust methodology hearing (0.8). | 1.90 |
| 12/26/06 | Atkinson | Summarize deposition/exhibits for D. Cameron and M. Rippin. | .40 |
| 12/26/06 | Cameron | Review materials for Ewing deposition (0.9); review e-mails and materials relating to discovery responses (0.8); review e-mails regarding stipulation (0.4). | 2.10 |
| 12/26/06 | Rea | Attention to discovery requests and responses. | 2.70 |
| 12/26/06 | Rippin | Continued review and digest of expert deposition and trial testimony from Armstrong. | 6.50 |
| 12/27/06 | Atkinson | Search Grace file reports re: witness testimony in other litigation. | .80 |

172573 W. R. Grace & Co.                          Invoice Number 1494538
60033  Claim Analysis Objection Resolution        Page 24
       & Estimation (Asbestos)
January 26, 2007

|        Date   Name        |                                                      | Hours |
| ------- ----------- | --------------------------------------- | ----- |
| 12/27/06 Cameron | Multiple e-mails and telephone calls regarding Ewing deposition (0.8); telephone call with J. Restivo regarding proposed stipulation (0.4); review same (0.4); review materials relating to Canadian experts (1.1); review e-mails regarding discovery responses and comments (0.7). | 3.40 |
| 12/27/06 Ducre | Meeting with A. Muha re asbestos document review for W.R. Grace bankruptcy proceeding. | 1.10 |
| 12/27/06 Engel | Prepare Longo's deposition outline. | .80 |
| 12/27/06 Muha | Prepare for (0.3) and meet with (1.1) D. Ducre re: review of W.R. Grace/UC property damage claims materials; attend to additional issues re: managing claim form documents (0.4). | 1.80 |
| 12/27/06 Rippin | Review of trial testimony from Armstrong. | 6.00 |
| 12/28/06 Ament | Review e-mail from A. Muha re: PD claims (.10); e-mails re: database for said claims (.60); update binders re: same (.40); meet with D. Ducre re: database (.20). | 1.30 |
| 12/28/06 Cameron | E-mails regarding product ID reports (0.2); e-mails regarding discovery responses (0.6); review materials relating to proposed stipulation (0.5); telephone call with J. Restivo regarding same (0.2). | 1.50 |
| 12/28/06 Ducre | Email with S. Ament re asbestos document review for W.R. Grace bankruptcy proceeding; meeting with S. Ament re claim database entry. | .10 |
| 12/28/06 Engel | Prepare Longo's deposition outline. | .50 |
| 12/28/06 Muha | Attend to issues re: review of UC property damage claims materials. | .40 |

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
       & Estimation (Asbestos)
January 26, 2007

Invoice Number 1494538
Page 25

| Date | Name | | Hours |
|------|------|---|-------|
| 12/28/06 | Rea | Attention to discovery requests and responses. | 2.80 |
| 12/28/06 | Restivo | Telephone calls with R. Finke and D. Cameron (.5); analysis of Armstrong and ZAI Opinions (2.0); proposal to claimants (.5). | 3.00 |
| 12/28/06 | Rippin | Review of trial testimony from Armstrong (4.1); review of expert depositions from Grace ZAI trial (3.1). | 7.20 |
| 12/29/06 | Aten | Medical expert issues. | 3.60 |
| 12/29/06 | Atkinson | Review witness files for reliance materials, per R. Aten request. | .50 |
| 12/29/06 | Cameron | Review materials from M. Rippin regarding Ewing deposition (1.0); review materials for dust methodology hearing (0.9). | 1.90 |
| 12/29/06 | Rippin | Digest of deposition from Grace ZAI trial. | 5.80 |
| 12/30/06 | Aten | Begin reviewing materials in preparation for Dr. Anderson's deposition. | 1.40 |
| 12/31/06 | Aten | Read prior transcripts of Dr. Anderson and begin preparing chart re reliance materials in preparation for deposition. | 1.90 |
| 12/31/06 | Atkinson | Review reliance materials per request from R. Aten. | .20 |
| 12/31/06 | Cameron | Review materials relating to product identification experts (1.5); review Canadian law expert materials (0.9); review materials for dust methodology issues hearing (1.1). | 3.50 |

TOTAL HOURS  771.50

172573 W. R. Grace & Co.  
60033  Claim Analysis Objection Resolution  
      & Estimation (Asbestos)  
January 26, 2007

Invoice Number 1494538  
Page 26

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| James J. Restivo Jr. | 57.60 | at $ | 600.00 | = | 34,560.00 |
| Lawrence E. Flatley | 76.50 | at $ | 535.00 | = | 40,927.50 |
| Douglas E. Cameron | 157.10 | at $ | 530.00 | = | 83,263.00 |
| Traci Sands Rea | 30.60 | at $ | 390.00 | = | 11,934.00 |
| Harold J. Engel | 57.50 | at $ | 500.00 | = | 28,750.00 |
| Carol J. Gatewood | 152.00 | at $ | 380.00 | = | 57,760.00 |
| Andrew J. Muha | 9.70 | at $ | 295.00 | = | 2,861.50 |
| Rebecca E. Aten | 98.60 | at $ | 270.00 | = | 26,622.00 |
| Danielle N. Ducre | 1.20 | at $ | 220.00 | = | 264.00 |
| Maureen L. Atkinson | 5.80 | at $ | 180.00 | = | 1,044.00 |
| Maria E. DiChiera | 21.30 | at $ | 180.00 | = | 3,834.00 |
| Sharon A. Ament | 14.10 | at $ | 130.00 | = | 1,833.00 |
| Margaret A. Garlitz | 4.60 | at $ | 170.00 | = | 782.00 |
| Matthew J. Rippin | 84.90 | at $ | 70.00 | = | 5,943.00 |

                CURRENT FEES                300,378.00  
                                              ------------

                TOTAL BALANCE DUE UPON RECEIPT        $300,378.00  
                                              ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1494539 |
| Invoice Date | 01/26/07 |
| Client Number | 172573 |

========================================================================
Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

| | |
|---|---|
| Fees | 8,728.00 |
| Expenses | 0.00 |

TOTAL BALANCE DUE UPON RECEIPT          $8,728.00
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | | |
|---|---|---|
| W.R Grace & Co. | Invoice Number | 1494539 |
| One Town Center Road | Invoice Date | 01/26/07 |
| Boca Raton, FL   33486 | Client Number | 172573 |
| | Matter Number | 60035 |

========================================================================
Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| 12/01/06 | Cameron | Follow up from expert witness meetings. | 1.60 |
| 12/05/06 | Cameron | Review materials relating to expert reports. | 1.40 |
| 12/12/06 | Cameron | Meet with R. Finke regarding open expert issues (0.3); e-mails regarding same (0.2); review materials regarding expert reliance work (0.6). | 1.10 |
| 12/13/06 | Klapper | Continue review of reliance documents of government's key experts. | 2.70 |
| 12/14/06 | Cameron | Attention to expert issues. | .80 |
| 12/14/06 | Klapper | Continue review of 4 boxes of reliance documents from key experts. | 3.40 |
| 12/16/06 | Cameron | Review materials relating to expert reliance materials. | .70 |
| 12/18/06 | Cameron | Attention to expert reliance materials. | .50 |
| 12/19/06 | Cameron | E-mail regarding ZAI opinion and hearing. | .50 |

```
172573 W. R. Grace & Co.                    Invoice Number 1494539
60035  Grand Jury Investigation             Page 2
January 26, 2007
```

|   Date   | Name    |                                                                                              | Hours |
| -------- | ------- | -------------------------------------------------------------------------------------------- | ----- |
| 12/20/06 | Klapper | Review additional documents forwarded by Kirkland for discussion with experts and consultants. | 3.30  |
| 12/23/06 | Cameron | Attention to expert inquiries.                                                               | .40   |
| 12/26/06 | Cameron | Review materials relating to R. Lee work.                                                     | .60   |

```
                                             ------
                                 TOTAL HOURS   17.00
```

| TIME SUMMARY          | Hours |    | Rate         |   | Value    |
| --------------------- | ----- | -- | ------------ | - | -------- |
| Douglas E. Cameron    | 7.60  | at | $  530.00    | = | 4,028.00 |
| Antony B. Klapper     | 9.40  | at | $  500.00    | = | 4,700.00 |

```
                    CURRENT FEES                    8,728.00
                                                   ------------

              TOTAL BALANCE DUE UPON RECEIPT        $8,728.00
                                                   ============
```