REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1494545 |
| Invoice Date | 01/26/07 |
| Client Number | 172573 |

=======================================================================
Re: W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting

| | |
|---|---|
| Fees | 0.00 |
| Expenses | 7,794.16 |

TOTAL BALANCE DUE UPON RECEIPT          $7,794.16
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                                 Invoice Number      1494545
One Town Center Road                            Invoice Date      01/26/07
Boca Raton, FL    33486                         Client Number       172573
                                                Matter Number        60026
==============================================================================
Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Telephone Expense | 22.95 |
| IKON Copy Services | 141.80 |
| PACER | 30.88 |
| Duplicating/Printing/Scanning | 1,240.80 |
| Westlaw | 139.04 |
| Postage Expense | 9.66 |
| Express Mail Service | 150.51 |
| Courier Service - Outside | 282.21 |
| Outside Duplicating | 4,452.69 |
| Secretarial Overtime | 540.00 |
| Lodging | 119.90 |
| Parking/Tolls/Other Transportation | 64.00 |
| Air Travel Expense | 260.90 |
| Taxi Expense | 70.00 |
| Mileage Expense | 133.50 |
| Meal Expense | 65.15 |
| Telephone - Outside | 41.55 |
| General Expense | 28.62 |

```
            CURRENT EXPENSES                        7,794.16
                                                 --------------

            TOTAL BALANCE DUE UPON RECEIPT         $7,794.16
                                                 ==============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number     1494545
One Town Center Road                     Invoice Date    01/26/07
Boca Raton, FL    33486                  Client Number      172573
                                         Matter Number       60026

===========================================================================
Re: (60026)  Litigation and Litigation Consulting

     FOR COSTS ADVANCED AND EXPENSES INCURRED:

     11/02/06   Express Mail Service                        19.81

     11/02/06   Express Mail Service                        64.89

     11/14/06   Express Mail Service                        65.81

     12/01/06   Telephone Expense                             .10
                310-788-3270/BEVERLYHLS, CA/2

     12/01/06   Duplicating/Printing/Scanning               1.10
                ATTY # 0559; 11 COPIES

     12/01/06   Duplicating/Printing/Scanning                .30
                ATTY # 4995: 3 COPIES

     12/01/06   Duplicating/Printing/Scanning               2.40
                ATTY # 4995: 24 COPIES

     12/01/06   Duplicating/Printing/Scanning               1.20
                ATTY # 4995: 12 COPIES

     12/01/06   Duplicating/Printing/Scanning                .60
                ATTY # 4995: 6 COPIES

     12/03/06   Duplicating/Printing/Scanning: 4931 copies  493.10

     12/04/06   IKON Copy Services - - Copying for service of  63.40
                CNO for monthly fee app.

     12/04/06   Telephone Expense                            .20
                310-788-3270/BEVERLYHLS, CA/4

     12/04/06   Duplicating/Printing/Scanning                .50
                ATTY # 0559; 5 COPIES

172573 W. R. Grace & Co.                          Invoice Number 1494545
60026  Litigation and Litigation Consulting        Page 2
January 26, 2007

| | | |
|---|---|---|
| 12/04/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 2 COPIES | .20 |
| 12/04/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 8 COPIES | .80 |
| 12/04/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 36 COPIES | 3.60 |
| 12/04/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 10 COPIES | 1.00 |
| 12/04/06 | Duplicating/Printing/Scanning<br>ATTY # 4810; 6 COPIES | .60 |
| 12/04/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 15 COPIES | 1.50 |
| 12/04/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 15 COPIES | 1.50 |
| 12/04/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 220 COPIES | 22.00 |
| 12/04/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 30 COPIES | 3.00 |
| 12/04/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 25 COPIES | 2.50 |
| 12/04/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 90 COPIES | 9.00 |
| 12/04/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 6 COPIES | .60 |
| 12/04/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 12 COPIES | 1.20 |
| 12/04/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 126 COPIES | 12.60 |
| 12/04/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 5 COPIES | .50 |
| 12/04/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 26 COPIES | 2.60 |
| 12/04/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 23 COPIES | 2.30 |

172573 W. R. Grace & Co.                          Invoice Number 1494545
60026  Litigation and Litigation Consulting       Page 3
January 26, 2007

| 12/04/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 2 COPIES | .20 |
|---|---|---|
| 12/04/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 10 COPIES | 1.00 |
| 12/04/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 22 COPIES | 2.20 |
| 12/04/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 9 COPIES | .90 |
| 12/04/06 | Duplicating/Printing/Scanning<br>ATTY # 4810; 662 COPIES | 66.20 |
| 12/04/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 20 COPIES | 2.00 |
| 12/04/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 630 COPIES | 63.00 |
| 12/04/06 | Duplicating/Printing/Scanning<br>ATTY # 4810; 3 COPIES | .30 |
| 12/04/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 9 COPIES | .90 |
| 12/04/06 | Duplicating/Printing/Scanning<br>ATTY # 5254; 615 COPIES | 61.50 |
| 12/04/06 | Duplicating/Printing/Scanning<br>ATTY # 5254; 1511 COPIES | 151.10 |
| 12/04/06 | Duplicating/Printing/Scanning<br>ATTY # 5254; 535 COPIES | 53.50 |
| 12/04/06 | Duplicating/Printing/Scanning<br>ATTY # 4995: 27 COPIES | 2.70 |
| 12/04/06 | Courier Service - UPS - Shipped to MAILROOM<br>REED SMITH LLP (PITTSBURGH PA 15219). | 31.87 |
| 12/04/06 | Secretarial Overtime (T. Martin): Grace -<br>hearing preparation (photocopies, printing,<br>scanning, e-mails, etc.). | 217.50 |
| 12/04/06 | Secretarial Overtime (T. Martin): WR<br>Grace/Litigation - assist with creation of<br>binders for A. Muha | 97.50 |
| 12/05/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 14 COPIES | 1.40 |

172573 W. R. Grace & Co.                          Invoice Number 1494545
60026  Litigation and Litigation Consulting        Page 4
January 26, 2007

| | | |
|---|---|---:|
| 12/05/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 9 COPIES | .90 |
| 12/05/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 120 COPIES | 12.00 |
| 12/05/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 16 COPIES | 1.60 |
| 12/05/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 60 COPIES | 6.00 |
| 12/05/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 20 COPIES | 2.00 |
| 12/05/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 100 COPIES | 10.00 |
| 12/05/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 42 COPIES | 4.20 |
| 12/05/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 105 COPIES | 10.50 |
| 12/05/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 35 COPIES | 3.50 |
| 12/05/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 9 COPIES | .90 |
| 12/05/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 20 COPIES | 2.00 |
| 12/05/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 7 COPIES | .70 |
| 12/05/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 30 COPIES | 3.00 |
| 12/05/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 27 COPIES | 2.70 |
| 12/05/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 195 COPIES | 19.50 |
| 12/05/06 | Duplicating/Printing/Scanning<br>ATTY # 4810; 155 COPIES | 15.50 |
| 12/05/06 | Duplicating/Printing/Scanning<br>ATTY # 7015: 1 COPIES | .10 |

172573 W. R. Grace & Co.                          Invoice Number 1494545
60026  Litigation and Litigation Consulting       Page 5
January 26, 2007

| | | |
|---|---|---:|
| 12/05/06 | Duplicating/Printing/Scanning<br>ATTY # 7015: 1 COPIES | .10 |
| 12/05/06 | Duplicating/Printing/Scanning<br>ATTY # 4995: 65 COPIES | 6.50 |
| 12/05/06 | Duplicating/Printing/Scanning<br>ATTY # 7015: 1 COPIES | .10 |
| 12/05/06 | Courier Service - UPS - Shipped from Sharon<br>Ament, Reed Smith LLP - Pittsburgh to Laura E.<br>Mellis, Kirkland & Ellis LLP (WASHINGTON DC<br>20005). | 11.29 |
| 12/05/06 | Postage Expense<br>Postage Expense: ATTY # 7015 User: MOORE, CYNTHI | .39 |
| 12/05/06 | Secretarial Overtime(T. Martin): Grace -<br>hearing preparation (photocopies, printing,<br>scanning, e-mails, etc.). | 60.00 |
| 12/05/06 | Secretarial Overtime(T. Martin): W.R. Grace -<br>helped K&E staff and attorneys with fed exing<br>and cleaning up | 37.50 |
| 12/05/06 | Secretarial Overtime(T. Martin): W.R. Grace -<br>Assembling of binders for hearing today | 52.50 |
| 12/05/06 | Courier Service - UPS - Shipped from Sharon<br>Ament, Reed Smith LLP - Pittsburgh to Laura E.<br>Mellis, Kirkland & Ellis LLP (WASHINGTON DC<br>20005). | -11.29 |
| 12/06/06 | Meal Expense - - JENNIFER CALDWELL ASSIST K&E<br>WITH HEARING PREPARATION (PHOTOCOPIES,<br>PRINTING, SCANNING, EMAILS ETC.) 12/4/06--ONE<br>DINNER. | 9.15 |
| 12/06/06 | Telephone Expense<br>214-969-4900/DALLAS, TX/2 | .10 |
| 12/06/06 | Telephone Expense<br>304-232-5667/WHEELING, WV/4 | .15 |
| 12/06/06 | Duplicating/Printing/Scanning<br>ATTY # 4810; 5 COPIES | .50 |
| 12/06/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 16 COPIES | 1.60 |
| 12/06/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 9 COPIES | .90 |

172573 W. R. Grace & Co.                          Invoice Number 1494545
60026 Litigation and Litigation Consulting        Page 6
January 26, 2007

| | | |
|---|---|---|
| 12/06/06 | Duplicating/Printing/Scanning<br>ATTY # 4995: 41 COPIES | 4.10 |
| 12/06/06 | Duplicating/Printing/Scanning<br>ATTY # 4995: 44 COPIES | 4.40 |
| 12/06/06 | Duplicating/Printing/Scanning<br>ATTY # 4995: 53 COPIES | 5.30 |
| 12/06/06 | Postage Expense<br>Postage Expense: ATTY # 7015 User: MOORE, CYNTHI | .78 |
| 12/06/06 | PACER--Electronic docket retrieval charge. | 5.20 |
| 12/07/06 | Telephone Expense<br>415-344-7000/SAN FRAN, CA/2 | .10 |
| 12/07/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 4 COPIES | .40 |
| 12/07/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 2 COPIES | .20 |
| 12/07/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 6 COPIES | .60 |
| 12/07/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 6 COPIES | .60 |
| 12/07/06 | Duplicating/Printing/Scanning<br>ATTY # 4810; 14 COPIES | 1.40 |
| 12/07/06 | Duplicating/Printing/Scanning<br>ATTY # 4995; 300 COPIES | 30.00 |
| 12/07/06 | Duplicating/Printing/Scanning<br>ATTY # 7015: 3 COPIES | .30 |
| 12/07/06 | Duplicating/Printing/Scanning<br>ATTY # 4995: 56 COPIES | 5.60 |
| 12/07/06 | Duplicating/Printing/Scanning<br>ATTY # 4995: 127 COPIES | 12.70 |
| 12/07/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 10 COPIES | 1.00 |
| 12/08/06 | Telephone Expense<br>304-232-5667/WHEELING, WV/13 | .60 |
| 12/08/06 | Telephone Expense<br>304-232-5667/WHEELING, WV/35 | 1.75 |

172573 W. R. Grace & Co.                          Invoice Number 1494545
60026  Litigation and Litigation Consulting       Page 7
January 26, 2007

| 12/08/06 | Telephone Expense<br>304-639-9130/WHEELING, WV/7 | .35 |
| 12/08/06 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/21 | 1.05 |
| 12/08/06 | Telephone Expense<br>304-639-9130/WHEELING, WV/2 | .10 |
| 12/08/06 | Duplicating/Printing/Scanning<br>ATTY # 4810; 22 COPIES | 2.20 |
| 12/08/06 | Duplicating/Printing/Scanning<br>ATTY # 4810; 9 COPIES | .90 |
| 12/09/06 | Courier Service - 11/01/06; Jones, John | 63.00 |
| 12/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 3 COPIES | .30 |
| 12/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 10 COPIES | 1.00 |
| 12/11/06 | Telephone Expense<br>630-325-1996/HINSDALE, IL/6 | .25 |
| 12/11/06 | Postage Expense<br>Postage Expense: ATTY # 7015 User: TAYLOR, ANDRE | .39 |
| 12/11/06 | Westlaw --Research case requested by D. Cameron | 139.04 |
| 12/11/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 67 COPIES | 6.70 |
| 12/12/06 | Outside Duplicating - - VENDOR: PERMA COPY<br>DUPLICATION CENTER-COPY/BINDING SVCS MADE AT<br>THE REQUEST OF LAW OFFICES OF BECHERER, KANNETT<br>& SCHWETZER | 80.78 |
| 12/12/06 | Mileage Expense - -  TERESA A. MARTIN W.R.<br>GRACE HEARING - PREPARED BINDERS AND HELPED K&E<br>STAFF/ATTORNEYS 12/5/06. | 26.70 |
| 12/12/06 | Parking/Tolls/Other Transportation - - - TERESA<br>A. MARTIN:  W.R. GRACE HEARING - PREPARED<br>BINDERS AND HELPED K&E STAFF/ATTORNEYS 12/5/06. | 14.00 |
| 12/12/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 4 COPIES | .40 |
| 12/12/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 9 COPIES | .90 |

172573 W. R. Grace & Co.                          Invoice Number 1494545
60026  Litigation and Litigation Consulting       Page 8
January 26, 2007

| | | |
|---|---|---|
| 12/13/06 | Mileage Expense - - SHARON AMENT W.R. GRACE<br>HEARING K&E 12/4-12/5/06 | 58.74 |
| 12/13/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 20 COPIES | 2.00 |
| 12/13/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 30 COPIES | 3.00 |
| 12/14/06 | Courier Service -  FEDEX-PKG TO L. MELLIS,<br>KIRKLAND & ELLIS, WASHINGTON, DC | 49.17 |
| 12/14/06 | Courier Service - FEDEX-PKG TO R. JONES,<br>KIRKLAND & ELLIS, WASHINGTON, DC | 35.01 |
| 12/14/06 | Courier Service - FEDEX-PKG TO L. MILLER,<br>KIRKLAND & ELLIS, WASHINGTON, DC | 35.01 |
| 12/14/06 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/97 | 4.80 |
| 12/14/06 | Telephone Expense<br>518-283-7671/TROY, NY/89 | 4.40 |
| 12/14/06 | Duplicating/Printing/Scanning<br>ATTY # 4810; 20 COPIES | 2.00 |
| 12/15/06 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/5 | .20 |
| 12/15/06 | Telephone Expense<br>561-451-3498/BOCA RATON, FL/16 | .80 |
| 12/15/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 5 COPIES | .50 |
| 12/15/06 | Duplicating/Printing/Scanning<br>ATTY # 4995: 63 COPIES | 6.30 |
| 12/15/06 | Duplicating/Printing/Scanning<br>ATTY # 4995: 63 COPIES | 6.30 |
| 12/15/06 | Duplicating/Printing/Scanning<br>ATTY # 4995: 1 COPIES | .10 |
| 12/18/06 | Meal Expense - - DOUGLAS E. CAMERON-TRIP TO<br>FLORIDA FOR MEETING WITH EXPERT WITNESSES FOR<br>W.R. GRACE--ONE DINNER. | 30.00 |
| 12/18/06 | Lodging - - VENDOR: DOUGLAS E. CAMERON-TRIP TO<br>FLORIDA FOR MEETING WITH EXPERT WITNESSES FOR<br>W.R. GRACE | 119.90 |

172573 W. R. Grace & Co.                          Invoice Number 1494545
60026  Litigation and Litigation Consulting       Page 9
January 26, 2007

| | | |
|---|---|---|
| 12/18/06 | Air Travel Expense - - DOUGLAS E. CAMERON-TRIP TO FLORIDA FOR MEETING WITH EXPERT WITNESSES FOR W.R. GRACE | 260.90 |
| 12/18/06 | Taxi Expense - - DOUGLAS E. CAMERON-TRIP TO FLORIDA FOR MEETING WITH EXPERT WITNESSES FOR W.R. GRACE--Taxi travel in Florida. | 70.00 |
| 12/18/06 | Mileage Expense - - DOUGLAS E. CAMERON-TRIP TO FLORIDA FOR MEETING WITH EXPERT WITNESSES FOR W.R. GRACE | 21.36 |
| 12/18/06 | Parking/Tolls/Other Transportation - - DOUGLAS E. CAMERON-TRIP TO FLORIDA FOR MEETING WITH EXPERT WITNESSES FOR W.R. GRACE | 36.00 |
| 12/18/06 | Telephone - Outside - - DOUGLAS E. CAMERON-TRIP TO FLORIDA FOR MEETING WITH EXPERT WITNESSES FOR W.R. GRACE | 41.55 |
| 12/18/06 | General Expense - - VENDOR: DOUGLAS E. CAMERON-TRIP TO FLORIDA FOR MEETING WITH EXPERT WITNESSES FOR W.R. GRACE-FAX CHARGES DURING HOTEL STAY. | 28.62 |
| 12/18/06 | Telephone Expense 518-461-7106/ALBANY, NY/5 | .25 |
| 12/18/06 | Duplicating/Printing/Scanning ATTY # 0559; 8 COPIES | .80 |
| 12/18/06 | Duplicating/Printing/Scanning ATTY # 0349; 5 COPIES | .50 |
| 12/18/06 | Duplicating/Printing/Scanning ATTY # 0349: 3 COPIES | .30 |
| 12/18/06 | Duplicating/Printing/Scanning ATTY # 0349: 1 COPIES | .10 |
| 12/18/06 | Secretarial Overtime: W.R. Grace - prepared Kirkland & Ellis for hearing | 30.00 |
| 12/18/06 | Secretarial Overtime: W.R. Grace - help Kirkland & Ellis folks out for hearing | 45.00 |
| 12/19/06 | Duplicating/Printing/Scanning ATTY # 0559; 115 COPIES | 11.50 |
| 12/19/06 | Duplicating/Printing/Scanning ATTY # 0559; 112 COPIES | 11.20 |

172573 W. R. Grace & Co.                          Invoice Number 1494545
60026  Litigation and Litigation Consulting       Page 10
January 26, 2007

| | | |
|---|---|---:|
| 12/19/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 1 COPIES | .10 |
| 12/19/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 12 COPIES | 1.20 |
| 12/19/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 4 COPIES | .40 |
| 12/19/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .30 |
| 12/19/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .20 |
| 12/19/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .20 |
| 12/19/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .30 |
| 12/19/06 | Telephone Expense<br>224-628-4858/NORTHBROOK, IL/4 | .20 |
| 12/20/06 | Mileage Expense - - TERESA A. MARTIN PREPARED<br>KIRKLAND & ELLIS FOR THEIR HEARING TODAY<br>12/18/06 | 26.70 |
| 12/20/06 | Parking/Tolls/Other Transportation - - TERESA<br>A. MARTIN-- PREPARED KIRKLAND & ELLIS FOR THEIR<br>HEARING TODAY 12/18/06 | 14.00 |
| 12/20/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .20 |
| 12/20/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .20 |
| 12/20/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 8 COPIES | .80 |
| 12/20/06 | Telephone Expense<br>404-659-0400/ATLANTA, GA/5 | .25 |
| 12/20/06 | Telephone Expense<br>518-283-7671/TROY, NY/11 | .50 |
| 12/20/06 | Telephone Expense<br>416-366-4555/TORONTO, ON/7 | .60 |
| 12/20/06 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/18 | .90 |

172573 W. R. Grace & Co.                       Invoice Number 1494545
60026  Litigation and Litigation Consulting    Page 11
January 26, 2007

| 12/20/06 | Telephone Expense 518-283-7671/TROY, NY/10 | .45 |
| 12/20/06 | Duplicating/Printing/Scanning ATTY # 0559; 28 COPIES | 2.80 |
| 12/20/06 | Courier Service - - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Richard C. Finke, Esq W.R. Grace Company (BOCA RATON FL 33487). | 13.76 |
| 12/21/06 | Duplicating/Printing/Scanning ATTY # 0349: 2 COPIES | .20 |
| 12/21/06 | Duplicating/Printing/Scanning ATTY # 0559: 3 COPIES | .30 |
| 12/21/06 | Duplicating/Printing/Scanning ATTY # 0559: 3 COPIES | .30 |
| 12/21/06 | Duplicating/Printing/Scanning ATTY # 0559: 12 COPIES | 1.20 |
| 12/21/06 | Duplicating/Printing/Scanning ATTY # 0559: 5 COPIES | .50 |
| 12/21/06 | Duplicating/Printing/Scanning ATTY # 0559: 5 COPIES | .50 |
| 12/21/06 | Duplicating/Printing/Scanning ATTY # 0559: 4 COPIES | .40 |
| 12/21/06 | Duplicating/Printing/Scanning ATTY # 0559: 4 COPIES | .40 |
| 12/21/06 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .20 |
| 12/21/06 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .20 |
| 12/21/06 | Duplicating/Printing/Scanning ATTY # 0559: 4 COPIES | .40 |
| 12/21/06 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .20 |
| 12/21/06 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .20 |
| 12/21/06 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .20 |

172573 W. R. Grace & Co.                        Invoice Number 1494545
60026  Litigation and Litigation Consulting     Page 12
January 26, 2007

| | | |
|---|---|---|
| 12/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .30 |
| 12/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .30 |
| 12/21/06 | Duplicating/Printing/Scanning<br>ATTY # 4492: 19 COPIES | 1.90 |
| 12/21/06 | Duplicating/Printing/Scanning<br>ATTY # 4492: 20 COPIES | 2.00 |
| 12/21/06 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/9 | .45 |
| 12/21/06 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/2 | .10 |
| 12/21/06 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/4 | .20 |
| 12/21/06 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/3 | .15 |
| 12/21/06 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/9 | .45 |
| 12/21/06 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/3 | .15 |
| 12/21/06 | Telephone Expense<br>518-283-7671/TROY, NY/5 | .25 |
| 12/21/06 | Telephone Expense<br>518-283-7671/TROY, NY/3 | .15 |
| 12/21/06 | Telephone Expense<br>518-283-7671/TROY, NY/2 | .10 |
| 12/21/06 | Telephone Expense<br>416-366-4555/TORONTO, ON/16 | 1.50 |
| 12/21/06 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/3 | .15 |
| 12/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 11 COPIES | 1.10 |
| 12/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 28 COPIES | 2.80 |

172573 W. R. Grace & Co.                          Invoice Number 1494545
60026 Litigation and Litigation Consulting        Page 13
January 26, 2007

| | | |
|---|---|---|
| 12/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 20 COPIES | 2.00 |
| 12/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0718; 33 COPIES | 3.30 |
| 12/21/06 | PACER--Electronic docket retrieval charge. | 8.48 |
| 12/22/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 4 COPIES | .40 |
| 12/22/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 4 COPIES | .40 |
| 12/22/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 4 COPIES | .40 |
| 12/22/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .30 |
| 12/22/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .30 |
| 12/22/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 10 COPIES | 1.00 |
| 12/22/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 10 COPIES | 1.00 |
| 12/22/06 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/10 | .50 |
| 12/22/06 | Telephone Expense<br>409-883-4394/ORANGE, TX/12 | .60 |
| 12/22/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 4 COPIES | .40 |
| 12/22/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 38 COPIES | 3.80 |
| 12/22/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 8 COPIES | .80 |
| 12/22/06 | Postage Expense<br>Postage Expense: ATTY # 0559 User: MILLER, JASON | 8.10 |
| 12/22/06 | Courier Service - Outside Courier Service -<br>00843 UPS - Shipped from Douglas Cameron Reed<br>Smith LLP - Pittsburgh to Matthew I. Kramer,<br>Bilzin Sumberg Baena Price (Miami FL 33131). | 27.84 |

172573 W. R. Grace & Co.                         Invoice Number 1494545
60026  Litigation and Litigation Consulting      Page 14
January 26, 2007

| 12/22/06 | Courier Service - Outside Courier Service - 00843 UPS - Shipped from REED SMITH LLP to Matthew I. Kramer, Bilzin Sumberg Baena Price (Miami FL 33131). | 9.51 |
|---|---|---|
| 12/23/06 | PACER--Electronic docket retrieval charge. | 12.48 |
| 12/26/06 | Duplicating/Printing/Scanning ATTY # 4492: 31 COPIES | 3.10 |
| 12/26/06 | Duplicating/Printing/Scanning ATTY # 1814; 7 COPIES | .70 |
| 12/26/06 | PACER--Electronic docket retrieval charge. | 4.72 |
| 12/27/06 | Outside Duplicating - - VENDOR: IKON OFFICE SOLUTIONS, INC. - COLOR | 38.09 |
| 12/27/06 | Duplicating/Printing/Scanning ATTY # 0559: 3 COPIES | .30 |
| 12/27/06 | Duplicating/Printing/Scanning ATTY # 0559: 1 COPIES | .10 |
| 12/27/06 | Duplicating/Printing/Scanning ATTY # 0559: 1 COPIES | .10 |
| 12/27/06 | Duplicating/Printing/Scanning ATTY # 0559: 1 COPIES | .10 |
| 12/27/06 | Duplicating/Printing/Scanning ATTY # 0559: 3 COPIES | .30 |
| 12/27/06 | Duplicating/Printing/Scanning ATTY # 0559: 1 COPIES | .10 |
| 12/27/06 | Duplicating/Printing/Scanning ATTY # 0559: 3 COPIES | .30 |
| 12/27/06 | Telephone Expense 404-659-0400/ATLANTA, GA/2 | .10 |
| 12/28/06 | Duplicating/Printing/Scanning ATTY # 0349: 5 COPIES | .50 |
| 12/28/06 | Duplicating/Printing/Scanning ATTY # 0559: 2 COPIES | .20 |
| 12/28/06 | Duplicating/Printing/Scanning ATTY # 0559: 1 COPIES | .10 |

172573 W. R. Grace & Co.                          Invoice Number 1494545
60026  Litigation and Litigation Consulting       Page 15
January 26, 2007

| | | |
|---|---|---:|
| 12/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0710: 5 COPIES | .50 |
| 12/29/06 | IKON Copy Services - -COPYING OF CNO FOR<br>MONTHLY FEE APP. | 78.40 |
| 12/29/06 | Outside Duplicating - - IKON OFFICE SOLUTIONS,<br>INC. --Copying of Anderson Memorial records. | 433.09 |
| 12/29/06 | Outside Duplicating - - IKON OFFICE SOLUTIONS,<br>INC. --Copying of Anderson Memorial records. | 3900.73 |
| 12/29/06 | Courier Service - Outside<br>Courier Service - 00843 UPS - Shipped from<br>Douglas Cameron Reed Smith LLP - Pittsburgh to<br>Richard C. Finke, Es W.R. Grace Company (BOCA<br>RATON FL 33487) 1Z2644280190762308 | 17.04 |
| 12/31/06 | Meal Expense - - VENDOR: REED SMITH TRANSFERS<br>PANTRY ALLOCATIONS FOR LUNCH DURING HEARING ON<br>12/05/06. | 8.80 |
| 12/31/06 | Meal Expense - - REED SMITH TRANSFERS PANTRY<br>ALLOCATIONS FOR CLIENT MEETING LUNCH RELATING<br>TO HEARING ON 12/18/06. | 8.20 |
| 12/31/06 | Meal Expense - - REED SMITH TRANSFERS PANTRY<br>ALLOCATIONS FOR DRINKS ON 12/19/06 DURING<br>MEETING RELATING TO HEARING. | 5.80 |
| 12/31/06 | Meal Expense - - VENDOR: REED SMITH TRANSFERS<br>PANTRY ALLOCATIONS FOR DRINKS ON 12/19/06<br>DURING MEETING RELATING TO HEARING. | 3.20 |

                    CURRENT EXPENSES                    7,794.16
                                                    ------------

                TOTAL BALANCE DUE UPON RECEIPT        $7,794.16
                                                    ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1494535
5400 Broken Sound Blvd., N.W.            Invoice Date        01/26/07
Boca Raton, FL 33487                     Client Number        172573



========================================================================
Re: W. R. Grace & Co.

(60028)  ZAI Science Trial

          Fees                              0.00
          Expenses                         54.46

          TOTAL BALANCE DUE UPON RECEIPT              $54.46
                                                ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1494535
5400 Broken Sound Blvd., N.W.        Invoice Date       01/26/07
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60028


==============================================================================
Re: ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                        1.95
        PACER                                    1.52
        Duplicating/Printing/Scanning           45.50
        Postage Expense                          5.49

            CURRENT EXPENSES                             54.46
                                                 -------------

            TOTAL BALANCE DUE UPON RECEIPT              $54.46
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number    1494535
5400 Broken Sound Blvd., N.W.        Invoice Date    01/26/07
Boca Raton, FL 33487                 Client Number     172573
                                     Matter Number      60028

=========================================================================
Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 12/07/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 21 COPIES | 2.10 |
| 12/07/06 | Duplicating/Printing/Scanning<br>ATTY # 0856: 22 COPIES | 2.20 |
| 12/07/06 | Duplicating/Printing/Scanning<br>ATTY # 1911: 12 COPIES | 1.20 |
| 12/07/06 | Duplicating/Printing/Scanning<br>ATTY # 0856: 6 COPIES | .60 |
| 12/15/06 | Telephone Expense<br>843-727-6500/CHARLESTON, SC/7 | .35 |
| 12/15/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 114 COPIES | 11.40 |
| 12/15/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 2 COPIES | .20 |
| 12/15/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 1 COPIES | .10 |
| 12/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 1 COPIES | .10 |
| 12/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 5 COPIES | .50 |
| 12/21/06 | Telephone Expense<br>843-727-6513/CHARLESTON, SC/4 | .20 |
| 12/21/06 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/29 | 1.40 |

172573 W. R. Grace & Co.                        Invoice Number 1494535
60028  ZAI Science Trial                        Page 2
January 26, 2007

| | | |
|---|---|---|
| 12/21/06 | Duplicating/Printing/Scanning<br>ATTY # 0396; 233 COPIES | 23.30 |
| 12/21/06 | Postage Expense<br>Postage Expense: ATTY # 0396 User: MILLER, JASON | .39 |
| 12/21/06 | Postage Expense<br>Postage Expense: ATTY # 0396 User: MILLER, JASON | 5.10 |
| 12/22/06 | PACER | 1.52 |
| 12/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .10 |
| 12/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0856: 18 COPIES | 1.80 |
| 12/29/06 | Duplicating/Printing/Scanning<br>ATTY # 0856: 19 COPIES | 1.90 |

CURRENT EXPENSES                54.46
                                ------------

TOTAL BALANCE DUE UPON RECEIPT        $54.46
                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1494541
One Town Center Road                     Invoice Date        01/26/07
Boca Raton, FL    33486                  Client Number       172573



=============================================================================
Re: W. R. Grace & Co.

(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                                 0.00
         Expenses                         5,077.80

                     TOTAL BALANCE DUE UPON RECEIPT        $5,077.80
                                                          =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | |
|---|---|
| W.R Grace & Co. | Invoice Number    1494541 |
| One Town Center Road | Invoice Date    01/26/07 |
| Boca Raton, FL    33486 | Client Number    172573 |
| | Matter Number    60033 |

===========================================================================
Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Binding Charge | 27.00 |
| Telephone Expense | 6.30 |
| PACER | 31.92 |
| Duplicating/Printing/Scanning | 799.50 |
| Express Mail Service | 103.62 |
| Courier Service - Outside | 168.89 |
| Outside Duplicating | 3,151.86 |
| Secretarial Overtime | 43.75 |
| Parking/Tolls/Other Transportation | 18.00 |
| Air Travel Expense | 612.60 |
| Taxi Expense | 72.00 |
| Mileage Expense | 21.36 |
| Meal Expense | 21.00 |

CURRENT EXPENSES              5,077.80
                          -------------

TOTAL BALANCE DUE UPON RECEIPT      $5,077.80
                          =============

- 23 -

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1494541
One Town Center Road                     Invoice Date        01/26/07
Boca Raton, FL    33486                  Client Number        172573
                                         Matter Number         60033

=========================================================================
Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 12/01/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 822 COPIES | 82.20 |
| 12/01/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 2 COPIES | .20 |
| 12/01/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 87 COPIES | 8.70 |
| 12/02/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 14 COPIES | 1.40 |
| 12/03/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 15 COPIES | 1.50 |
| 12/03/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 1 COPY | .10 |
| 12/03/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 16 COPIES | 1.60 |
| 12/04/06 | Telephone Expense<br>561-362-1551/BOCA RATON, FL/12 | .60 |
| 12/04/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 2 COPIES | .20 |
| 12/04/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 3 COPIES | .30 |
| 12/04/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 21 COPIES | 2.10 |

172573 W. R. Grace & Co.                          Invoice Number 1494541
60033  Claim Analysis Objection Resolution        Page 2
       & Estimation (Asbestos)
January 26, 2007

| | | |
|---|---|---|
| 12/04/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 12 COPIES | 1.20 |
| 12/04/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 12 COPIES | 1.20 |
| 12/04/06 | Courier Service - 00843 UPS - Shipped from<br>Douglas Cameron Reed Smith LLP - Pittsburgh to<br>Harold J. Engel (CLARKSVILLE MD 21029). | 12.41 |
| 12/05/06 | Telephone Expense<br>512-476-4394/AUSTIN, TX/3 | .15 |
| 12/05/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 17 COPIES | 1.70 |
| 12/05/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 24 COPIES | 2.40 |
| 12/05/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 9 COPIES | .90 |
| 12/05/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 10 COPIES | 1.00 |
| 12/05/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 12 COPIES | 1.20 |
| 12/06/06 | Meal Expense - - VENDOR: DOUGLAS E.<br>CAMERON-TRIP TO/FROM WASHINGTON, DC FOR MEETING<br>WITH EXPERT WITNESS AND W.R. GRACE COUNSEL--ONE<br>DINNER. | 21.00 |
| 12/06/06 | Air Travel Expense- VENDOR: DOUGLAS E.<br>CAMERON--TRIP TO/FROM WASHINGTON, DC FOR<br>MEETING WITH EXPERT WITNESS AND W.R. GRACE<br>COUNSEL | 612.60 |
| 12/06/06 | Taxi Expense- VENDOR: DOUGLAS E. CAMERON--TRIP<br>TO/FROM WASHINGTON, DC FOR MEETING WITH EXPERT<br>WITNESS AND W.R. GRACE COUNSEL | 40.00 |
| 12/06/06 | Mileage Expense- VENDOR: DOUGLAS E.<br>CAMERON--TRIP TO/FROM WASHINGTON, DC FOR<br>MEETING WITH EXPERT WITNESS AND W.R. GRACE<br>COUNSEL | 21.36 |
| 12/06/06 | Parking/Tolls/Other Transportation- VENDOR:<br>DOUGLAS E. CAMERON--TRIP TO/FROM WASHINGTON, DC<br>FOR MEETING WITH EXPERT WITNESS AND W.R. GRACE<br>COUNSEL | 18.00 |

172573 W. R. Grace & Co.                         Invoice Number 1494541
60033  Claim Analysis Objection Resolution       Page 3
       & Estimation (Asbestos)
January 26, 2007


| | | |
|---|---|---:|
| 12/06/06 | Telephone Expense<br>202-554-8588/WASHINGTON, DC/5 | .25 |
| 12/06/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 20 COPIES | 2.00 |
| 12/06/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 1 COPY | .10 |
| 12/06/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 2 COPIES | .20 |
| 12/06/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 3 COPIES | .30 |
| 12/06/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 3 COPIES | .30 |
| 12/06/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 3 COPIES | .30 |
| 12/06/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 9 COPIES | .90 |
| 12/06/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 10 COPIES | 1.00 |
| 12/06/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 10 COPIES | 1.00 |
| 12/06/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 10 COPIES | 1.00 |
| 12/06/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 18 COPIES | 1.80 |
| 12/06/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 23 COPIES | 2.30 |
| 12/07/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 29 COPIES | 2.90 |
| 12/07/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 19 COPIES | 1.90 |
| 12/07/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 18 COPIES | 1.80 |
| 12/07/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 1 COPY | .10 |

172573  W. R. Grace & Co.                          Invoice Number 1494541
60033  Claim Analysis Objection Resolution          Page 4
       & Estimation (Asbestos)
January 26, 2007

| | | |
|---|---|---|
| 12/07/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 3 COPIES | .30 |
| 12/07/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 10 COPIES | 1.00 |
| 12/07/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 10 COPIES | 1.00 |
| 12/07/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 27 COPIES | 2.70 |
| 12/07/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 33 COPIES | 3.30 |
| 12/07/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 35 COPIES | 3.50 |
| 12/07/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 6 COPIES | .60 |
| 12/07/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 105 COPIES | 10.50 |
| 12/07/06 | Secretarial Overtime | 43.75 |
| 12/08/06 | Duplicating/Printing/Scanning<br>ATTY # 0396; 264 COPIES | 26.40 |
| 12/08/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 3 COPIES | .30 |
| 12/08/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 25 COPIES | 2.50 |
| 12/08/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 25 COPIES | 2.50 |
| 12/08/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 24 COPIES | 2.40 |
| 12/08/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 115 COPIES | 11.50 |
| 12/08/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 3 COPIES | .30 |
| 12/08/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 106 COPIES | 10.60 |

172573  W. R. Grace & Co.                          Invoice Number 1494541
60033  Claim Analysis Objection Resolution         Page 5
       & Estimation (Asbestos)
January 26, 2007


| 12/10/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 7 COPIES | .70 |
| 12/10/06 | Duplicating/Printing/Scanning<br>ATTY # 5120: 35 COPIES | 3.50 |
| 12/10/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 7 COPIES | .70 |
| 12/11/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 209 COPIES | 20.90 |
| 12/11/06 | Duplicating/Printing/Scanning<br>ATTY # 0396; 350 COPIES | 35.00 |
| 12/11/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 464 COPIES | 46.40 |
| 12/11/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 153 COPIES | 15.30 |
| 12/11/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 72 COPIES | 7.20 |
| 12/11/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 56 COPIES | 5.60 |
| 12/11/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 30 COPIES | 3.00 |
| 12/11/06 | Duplicating/Printing/Scanning: 200 copies | 20.00 |
| 12/11/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 4 COPIES | .40 |
| 12/11/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 1 COPY | .10 |
| 12/11/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 4 COPIES | .40 |
| 12/11/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 3 COPIES | .30 |
| 12/11/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 3 COPIES | .30 |
| 12/11/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 1 COPY | .10 |

172573 W. R. Grace & Co.                      Invoice Number 1494541
60033  Claim Analysis Objection Resolution    Page 6
       & Estimation (Asbestos)
January 26, 2007


    12/11/06   Duplicating/Printing/Scanning              3.80
               ATTY # 5120: 38 COPIES

    12/11/06   Duplicating/Printing/Scanning               .90
               ATTY # 0349: 9 COPIES

    12/11/06   Duplicating/Printing/Scanning              4.50
               ATTY # 3928: 45 COPIES

    12/11/06   Duplicating/Printing/Scanning              1.40
               ATTY # 3928: 14 COPIES

    12/11/06   Duplicating/Printing/Scanning               .30
               ATTY # 3928: 3 COPIES

    12/11/06   Duplicating/Printing/Scanning               .60
               ATTY # 3928: 6 COPIES

    12/11/06   Duplicating/Printing/Scanning               .30
               ATTY # 3928: 3 COPIES

    12/11/06   Duplicating/Printing/Scanning               .60
               ATTY # 3928: 6 COPIES

    12/11/06   Duplicating/Printing/Scanning              5.60
               ATTY # 3928: 56 COPIES

    12/11/06   Duplicating/Printing/Scanning              5.50
               ATTY # 3928: 55 COPIES

    12/11/06   Binding Charge                            24.00

    12/12/06   Duplicating/Printing/Scanning               .40
               ATTY # 3928; 4 COPIES

    12/12/06   Duplicating/Printing/Scanning              5.80
               ATTY # 3928; 58 COPIES

    12/12/06   Duplicating/Printing/Scanning               .30
               ATTY # 4722; 3 COPIES

    12/12/06   Duplicating/Printing/Scanning              5.90
               ATTY # 4722; 59 COPIES

    12/12/06   Duplicating/Printing/Scanning              3.80
               ATTY # 4722; 38 COPIES

    12/12/06   Telephone Expense                           .95
               239-597-8777/NO NAPLES, FL/20

172573 W. R. Grace & Co.                           Invoice Number 1494541
60033  Claim Analysis Objection Resolution         Page 7
       & Estimation (Asbestos)
January 26, 2007


    12/12/06    Duplicating/Printing/Scanning                    6.00
                ATTY # 5120: 60 COPIES

    12/12/06    Duplicating/Printing/Scanning                     .40
                ATTY # 3928: 4 COPIES

    12/12/06    Duplicating/Printing/Scanning                     .10
                ATTY # 3928: 1 COPY

    12/12/06    Duplicating/Printing/Scanning                     .30
                ATTY # 0396: 3 COPIES

    12/12/06    Duplicating/Printing/Scanning                    4.10
                ATTY # 5120: 41 COPIES

    12/12/06    Duplicating/Printing/Scanning                    4.40
                ATTY # 5120: 44 COPIES

    12/12/06    Duplicating/Printing/Scanning                    1.00
                ATTY # 0349: 10 COPIES

    12/12/06    Duplicating/Printing/Scanning                    1.50
                ATTY # 0349: 15 COPIES

    12/12/06    Duplicating/Printing/Scanning                    1.50
                ATTY # 3928: 15 COPIES

    12/12/06    Duplicating/Printing/Scanning                    3.20
                ATTY # 3928: 32 COPIES

    12/13/06    Duplicating/Printing/Scanning                     .10
                ATTY # 3928; 1 COPIES

    12/13/06    Duplicating/Printing/Scanning                   14.50
                ATTY # 3928; 145 COPIES

    12/13/06    Duplicating/Printing/Scanning                   14.60
                ATTY # 3928; 146 COPIES

    12/13/06    Duplicating/Printing/Scanning                    1.80
                ATTY # 3928; 18 COPIES

    12/13/06    Duplicating/Printing/Scanning                    4.80
                ATTY # 4722; 48 COPIES

    12/13/06    Duplicating/Printing/Scanning                    5.30
                ATTY # 4722; 53 COPIES

    12/13/06    Duplicating/Printing/Scanning                    6.60
                ATTY # 5120: 66 COPIES

172573  W. R. Grace & Co.                          Invoice Number 1494541
60033  Claim Analysis Objection Resolution         Page 8
       & Estimation (Asbestos)
January 26, 2007


        12/13/06    Duplicating/Printing/Scanning                    8.10
                    ATTY # 5120: 81 COPIES

        12/13/06    Duplicating/Printing/Scanning                    7.80
                    ATTY # 5120: 78 COPIES

        12/13/06    Duplicating/Printing/Scanning                    7.70
                    ATTY # 5120: 77 COPIES

        12/13/06    Duplicating/Printing/Scanning                     .30
                    ATTY # 5120: 3 COPIES

        12/13/06    Duplicating/Printing/Scanning                    8.10
                    ATTY # 5120: 81 COPIES

        12/13/06    Duplicating/Printing/Scanning                     .20
                    ATTY # 5120: 2 COPIES

        12/13/06    Duplicating/Printing/Scanning                     .60
                    ATTY # 5120: 6 COPIES

        12/13/06    Duplicating/Printing/Scanning                     .30
                    ATTY # 5120: 3 COPIES

        12/13/06    Duplicating/Printing/Scanning                     .30
                    ATTY # 5120: 3 COPIES

        12/13/06    Duplicating/Printing/Scanning                    1.20
                    ATTY # 3928: 12 COPIES

        12/13/06    Duplicating/Printing/Scanning                     .50
                    ATTY # 3928: 5 COPIES

        12/13/06    Duplicating/Printing/Scanning                    1.80
                    ATTY # 3928: 18 COPIES

        12/13/06    Duplicating/Printing/Scanning                    2.20
                    ATTY # 3928: 22 COPIES

        12/13/06    Duplicating/Printing/Scanning                    5.60
                    ATTY # 3928: 56 COPIES

        12/13/06    Duplicating/Printing/Scanning                    5.50
                    ATTY # 3928: 55 COPIES

        12/13/06    Duplicating/Printing/Scanning                     .90
                    ATTY # 4722: 9 COPIES

        12/14/06    Duplicating/Printing/Scanning                    1.30
                    ATTY # 3928; 13 COPIES

172573 W. R. Grace & Co.                        Invoice Number 1494541
60033  Claim Analysis Objection Resolution      Page 9
       & Estimation (Asbestos)
January 26, 2007


| | | |
|---|---|---|
| 12/14/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 171 COPIES | 17.10 |
| 12/14/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 59 COPIES | 5.90 |
| 12/14/06 | Duplicating/Printing/Scanning<br>ATTY # 5120: 77 COPIES | 7.70 |
| 12/14/06 | Duplicating/Printing/Scanning<br>ATTY # 5120: 3 COPIES | .30 |
| 12/14/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPY | .10 |
| 12/14/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPY | .10 |
| 12/14/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 1 COPY | .10 |
| 12/14/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 10 COPIES | 1.00 |
| 12/14/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 13 COPIES | 1.30 |
| 12/14/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 3 COPIES | .30 |
| 12/14/06 | Express Mail Service | 49.86 |
| 12/14/06 | Express Mail Service | 53.76 |
| 12/15/06 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/79 | 3.95 |
| 12/15/06 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/2 | .10 |
| 12/15/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 20 COPIES | 2.00 |
| 12/15/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 19 COPIES | 1.90 |
| 12/15/06 | Duplicating/Printing/Scanning<br>ATTY # 0396; 80 COPIES | 8.00 |
| 12/15/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 85 COPIES | 8.50 |

```
172573 W. R. Grace & Co.                    Invoice Number 1494541
60033  Claim Analysis Objection Resolution  Page 10
       & Estimation (Asbestos)
January 26, 2007
```

| | | |
|---|---|---:|
| 12/15/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 214 COPIES | 21.40 |
| 12/15/06 | Duplicating/Printing/Scanning<br>ATTY # 4722; 363 COPIES | 36.30 |
| 12/15/06 | Duplicating/Printing/Scanning<br>ATTY # 5120: 1 COPY | .10 |
| 12/15/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 1 COPY | .10 |
| 12/15/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 1 COPY | .10 |
| 12/15/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 1 COPY | .10 |
| 12/15/06 | Binding Charge | 3.00 |
| 12/15/06 | PACER | 26.88 |
| 12/18/06 | Duplicating/Printing/Scanning<br>ATTY # 1398; 36 COPIES | 3.60 |
| 12/18/06 | Duplicating/Printing/Scanning<br>ATTY # 1398: 1 COPY | .10 |
| 12/18/06 | Duplicating/Printing/Scanning<br>ATTY # 1398: 9 COPIES | .90 |
| 12/18/06 | Duplicating/Printing/Scanning<br>ATTY # 1398: 9 COPIES | .90 |
| 12/18/06 | Duplicating/Printing/Scanning<br>ATTY # 1398: 9 COPIES | .90 |
| 12/18/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 6 COPIES | .60 |
| 12/18/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 13 COPIES | 1.30 |
| 12/18/06 | Duplicating/Printing/Scanning<br>ATTY # 1398: 1 COPY | .10 |
| 12/18/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 1 COPY | .10 |
| 12/19/06 | Taxi Expense - - VENDOR: REBECCA E. ATEN TAXI<br>WORKING LATE 12/11, 12/12/06 | 32.00 |

172573 W. R. Grace & Co.                      Invoice Number 1494541
60033  Claim Analysis Objection Resolution    Page 11
       & Estimation (Asbestos)
January 26, 2007


| | | |
|---|---|---|
| 12/19/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 2 COPIES | .20 |
| 12/19/06 | Duplicating/Printing/Scanning<br>ATTY # 1048; 24 COPIES | 2.40 |
| 12/19/06 | Duplicating/Printing/Scanning<br>ATTY # 1398: 9 COPIES | .90 |
| 12/19/06 | Duplicating/Printing/Scanning<br>ATTY # 1398: 11 COPIES | 1.10 |
| 12/19/06 | Duplicating/Printing/Scanning<br>ATTY # 1398: 11 COPIES | 1.10 |
| 12/19/06 | Duplicating/Printing/Scanning<br>ATTY # 1398: 1 COPY | .10 |
| 12/19/06 | Duplicating/Printing/Scanning<br>ATTY # 1398: 12 COPIES | 1.20 |
| 12/19/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 58 COPIES | 5.80 |
| 12/19/06 | Duplicating/Printing/Scanning<br>ATTY # 1398: 5 COPIES | .50 |
| 12/19/06 | Duplicating/Printing/Scanning<br>ATTY # 1398: 5 COPIES | .50 |
| 12/19/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 4 COPIES | .40 |
| 12/19/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 4 COPIES | .40 |
| 12/19/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 4 COPIES | .40 |
| 12/19/06 | Duplicating/Printing/Scanning<br>ATTY # 1398: 6 COPIES | .60 |
| 12/19/06 | Duplicating/Printing/Scanning<br>ATTY # 1398: 8 COPIES | .80 |
| 12/19/06 | Duplicating/Printing/Scanning<br>ATTY # 1398: 8 COPIES | .80 |
| 12/19/06 | Duplicating/Printing/Scanning<br>ATTY # 1398: 8 COPIES | .80 |

172573 W. R. Grace & Co.                          Invoice Number 1494541
60033  Claim Analysis Objection Resolution        Page 12
       & Estimation (Asbestos)
January 26, 2007


| Date | Description | Amount |
|---|---|---|
| 12/19/06 | Duplicating/Printing/Scanning<br>ATTY # 1398: 8 COPIES | .80 |
| 12/19/06 | Duplicating/Printing/Scanning<br>ATTY # 1398: 8 COPIES | .80 |
| 12/19/06 | Duplicating/Printing/Scanning<br>ATTY # 1398: 9 COPIES | .90 |
| 12/19/06 | Duplicating/Printing/Scanning<br>ATTY # 1398: 9 COPIES | .90 |
| 12/19/06 | Duplicating/Printing/Scanning<br>ATTY # 1398: 9 COPIES | .90 |
| 12/19/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | .70 |
| 12/20/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 1 COPY | .10 |
| 12/20/06 | Duplicating/Printing/Scanning<br>ATTY # 1398: 16 COPIES | 1.60 |
| 12/20/06 | Duplicating/Printing/Scanning<br>ATTY # 1398: 12 COPIES | 1.20 |
| 12/20/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 15 COPIES | 1.50 |
| 12/20/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 16 COPIES | 1.60 |
| 12/20/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 1 COPY | .10 |
| 12/20/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 1 COPY | .10 |
| 12/20/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 1 COPY | .10 |
| 12/20/06 | PACER | 5.04 |
| 12/21/06 | Duplicating/Printing/Scanning<br>ATTY # 1398: 19 COPIES | 1.90 |
| 12/21/06 | Duplicating/Printing/Scanning<br>ATTY # 1398: 19 COPIES | 1.90 |

172573 W. R. Grace & Co.                          Invoice Number 1494541
60033  Claim Analysis Objection Resolution        Page 13
       & Estimation (Asbestos)
January 26, 2007


      12/21/06    Duplicating/Printing/Scanning              1.60
                  ATTY # 1398: 16 COPIES

      12/21/06    Duplicating/Printing/Scanning              1.50
                  ATTY # 1398: 15 COPIES

      12/21/06    Duplicating/Printing/Scanning               .30
                  ATTY # 0396: 3 COPIES

      12/21/06    Duplicating/Printing/Scanning               .10
                  ATTY # 0349: 1 COPY

      12/21/06    Telephone Expense                           .20
                  312-861-3295/CHICAGO, IL/4

      12/21/06    Telephone Expense                           .10
                  610-284-4940/UPPERDARBY, PA/3

      12/21/06    Duplicating/Printing/Scanning              3.30
                  ATTY # 0396; 33 COPIES

      12/22/06    Duplicating/Printing/Scanning              1.90
                  ATTY # 1398: 19 COPIES

      12/22/06    Duplicating/Printing/Scanning              1.90
                  ATTY # 1398: 19 COPIES

      12/22/06    Duplicating/Printing/Scanning              1.90
                  ATTY # 1398: 19 COPIES

      12/22/06    Duplicating/Printing/Scanning              1.50
                  ATTY # 1398: 15 COPIES

      12/22/06    Duplicating/Printing/Scanning              1.50
                  ATTY # 1398: 15 COPIES

      12/22/06    Duplicating/Printing/Scanning              1.30
                  ATTY # 1398: 13 COPIES

      12/22/06    Duplicating/Printing/Scanning              1.20
                  ATTY # 1398: 12 COPIES

      12/22/06    Duplicating/Printing/Scanning               .70
                  ATTY # 1398: 7 COPIES

      12/22/06    Duplicating/Printing/Scanning              1.20
                  ATTY # 1398: 12 COPIES

      12/22/06    Duplicating/Printing/Scanning               .60
                  ATTY # 1398: 6 COPIES

172573 W. R. Grace & Co.                          Invoice Number 1494541
60033  Claim Analysis Objection Resolution        Page 14
       & Estimation (Asbestos)
January 26, 2007


| | | |
|---|---|---:|
| 12/22/06 | Duplicating/Printing/Scanning<br>ATTY # 1398: 9 COPIES | .90 |
| 12/22/06 | Duplicating/Printing/Scanning<br>ATTY # 1398: 9 COPIES | .90 |
| 12/22/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 5 COPIES | .50 |
| 12/26/06 | Duplicating/Printing/Scanning<br>ATTY # 1398: 12 COPIES | 1.20 |
| 12/26/06 | Duplicating/Printing/Scanning<br>ATTY # 1398: 20 COPIES | 2.00 |
| 12/26/06 | Duplicating/Printing/Scanning<br>ATTY # 1398: 20 COPIES | 2.00 |
| 12/26/06 | Duplicating/Printing/Scanning<br>ATTY # 1398: 20 COPIES | 2.00 |
| 12/26/06 | Duplicating/Printing/Scanning<br>ATTY # 1398: 16 COPIES | 1.60 |
| 12/26/06 | Duplicating/Printing/Scanning<br>ATTY # 1398: 9 COPIES | .90 |
| 12/26/06 | Duplicating/Printing/Scanning<br>ATTY # 1398: 6 COPIES | .60 |
| 12/26/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 1 COPY | .10 |
| 12/26/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 246 COPIES | 24.60 |
| 12/27/06 | Outside Duplicating - - IKON OFFICE SOLUTIONS,<br>INC.--Copy, assemble and label binders of UC<br>property damage claims. | 2115.97 |
| 12/27/06 | Courier Service - FEDEX - 2 PKG TO C. GATEWOOD,<br>RS WASHINGTON OFFICE | 135.07 |
| 12/27/06 | Courier Service - FEDEX - PKG FROM MARYLAND<br>STATE UNIVERSITY (JANKOWSKI) | 21.41 |
| 12/27/06 | Outside Duplicating - - IKON OFFICE SOLUTIONS,<br>INC. - DOCUMENT PRODUCTION | 312.14 |

```
172573 W. R. Grace & Co.                      Invoice Number 1494541
60033  Claim Analysis Objection Resolution    Page 15
       & Estimation (Asbestos)
January 26, 2007
```

| Date | Description | Amount |
|---|---|---|
| 12/27/06 | Outside Duplicating - - IKON OFFICE SOLUTIONS, INC. - IMAGE CAPT.; ELEC. LABEL; CD'S PRINTS W/ASSEMBLY | 723.75 |
| 12/28/06 | Duplicating/Printing/Scanning ATTY # 1398: 20 COPIES | 2.00 |
| 12/28/06 | Duplicating/Printing/Scanning ATTY # 1398: 20 COPIES | 2.00 |
| 12/28/06 | Duplicating/Printing/Scanning ATTY # 1398: 20 COPIES | 2.00 |
| 12/28/06 | Duplicating/Printing/Scanning ATTY # 0559: 6 COPIES | .60 |
| 12/28/06 | Duplicating/Printing/Scanning ATTY # 0349; 1 COPIES | .10 |
| 12/28/06 | Duplicating/Printing/Scanning ATTY # 0349; 1 COPIES | .10 |
| 12/28/06 | Duplicating/Printing/Scanning ATTY # 4722; 251 COPIES | 25.10 |
| 12/29/06 | Duplicating/Printing/Scanning ATTY # 3928; 95 COPIES | 9.50 |
| 12/29/06 | Duplicating/Printing/Scanning ATTY # 0856; 49 COPIES | 4.90 |
| 12/29/06 | Duplicating/Printing/Scanning ATTY # 0856; 72 COPIES | 7.20 |
| 12/29/06 | Duplicating/Printing/Scanning ATTY # 3928; 56 COPIES | 5.60 |
| 12/30/06 | Duplicating/Printing/Scanning ATTY # 3928; 12 COPIES | 1.20 |

```
                         CURRENT EXPENSES              5,077.80
                                                   ------------

                 TOTAL BALANCE DUE UPON RECEIPT       $5,077.80
                                                   =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number    1494542
One Town Center Road                     Invoice Date    01/26/07
Boca Raton, FL    33486                  Client Number     172573


========================================================================
Re: W. R. Grace & Co.

(60035)  Grand Jury Investigation

        Fees                              0.00
        Expenses                         80.00

                 TOTAL BALANCE DUE UPON RECEIPT        $80.00
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                        Invoice Number     1494542
One Town Center Road                   Invoice Date       01/26/07
Boca Raton, FL    33486                Client Number       172573
                                       Matter Number        60035

===========================================================================
Re: Grand Jury Investigation

FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Duplicating/Printing/Scanning                    80.00

                    CURRENT EXPENSES                      80.00
                                                   -------------

            TOTAL BALANCE DUE UPON RECEIPT              $80.00
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number    1494542
One Town Center Road                     Invoice Date      01/26/07
Boca Raton, FL   33486                   Client Number      172573
                                         Matter Number       60035


==========================================================================
Re: (60035)  Grand Jury Investigation

FOR COSTS ADVANCED AND EXPENSES INCURRED:

      12/04/06    Duplicating/Printing/Scanning                    58.00
                  ATTY # 0559; 580 COPIES

      12/04/06    Duplicating/Printing/Scanning                      .70
                  ATTY # 0559: 7 COPIES

      12/05/06    Duplicating/Printing/Scanning                      .60
                  ATTY # 0559: 6 COPIES

      12/05/06    Duplicating/Printing/Scanning                      .60
                  ATTY # 0559: 6 COPIES

      12/05/06    Duplicating/Printing/Scanning                      .60
                  ATTY # 0559: 6 COPIES

      12/07/06    Duplicating/Printing/Scanning                      .70
                  ATTY # 0559: 7 COPIES

      12/07/06    Duplicating/Printing/Scanning                      .70
                  ATTY # 0559: 7 COPIES

      12/07/06    Duplicating/Printing/Scanning                      .70
                  ATTY # 0559: 7 COPIES

      12/07/06    Duplicating/Printing/Scanning                     1.10
                  ATTY # 0559: 11 COPIES

      12/07/06    Duplicating/Printing/Scanning                      .20
                  ATTY # 0559: 2 COPIES

      12/07/06    Duplicating/Printing/Scanning                      .10
                  ATTY # 0559: 1 COPY

      12/07/06    Duplicating/Printing/Scanning                      .70
                  ATTY # 0559: 7 COPIES

172573 W. R. Grace & Co.                          Invoice Number 1494542
60035  Grand Jury Investigation                    Page 2
January 26, 2007


12/07/06   Duplicating/Printing/Scanning                      1.40
           ATTY # 0559: 14 COPIES

12/08/06   Duplicating/Printing/Scanning                      4.40
           ATTY # 0559; 44 COPIES

12/11/06   Duplicating/Printing/Scanning                      9.50
           ATTY # 0559; 95 COPIES


           CURRENT EXPENSES                                  80.00
                                                       ------------

           TOTAL BALANCE DUE UPON RECEIPT               $80.00
                                                       ============