# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Reference Docket No. 14082** |
| | ) | **Hearing Date: Scheduled if Necessary** |

## (NO ORDER REQUIRED)
## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 14082

The undersigned hereby certifies that, as of the date hereof, he has received no answer,

objection or other responsive pleading to the *Thirtieth Monthly Interim Application of Phillips,*

*Goldman & Spence, P.A. as Local Counsel to David T. Austern, Future Claimants'*

*Representative for Compensation and Reimbursement of Expenses for the Period of November 1,*

*2006 to November 30, 2006* (the "Application"), filed with the Court on December 20, 2006, and

entered on the Court's docket as Docket No. 14082. The undersigned further certifies that he has

caused the Court's docket in this case to be reviewed and no answer, objection or other

responsive pleading to the Application appears thereon. Pursuant to the Application, objections

to the Application were to be filed no later than January 10, 2006.

Pursuant to the *Amended, Administrative Order Under 11 U.S.C. Sections 105(a) and*

*331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses*

*for Professionals and Official Committee Members*, dated April 17, 2002 [Docket No. 1949], the

Debtor is authorized to pay Phillips, Goldman & Spence, P.A. $7,155.60 which represents 80%

of the fees of $8,944.50 and $97.57 which represents 100% of the expenses requested in the

Application for the Period, for a total due of $7,253.17 upon the filing of this Certification and

without the need for the entry of an Order of this Court approving the Application.

PHILLIPS, GOLDMAN & SPENCE, P.A.


JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
Co-counsel to David T. Austern,
Future Claimants' Representative


Dated: January 30, 2007