# EXHIBIT A

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Joseph Radecki | 12/1/2006 | 2.5 | Financial analysis/review | Review operating report of Grace / discussion with Piper team regarding the same |
| Jonathan Brownstein | 12/1/2006 | 3.5 | Financial analysis/review | Review Company's financial operating report; internal Piper meeting re: same |
| Ritwik Chatterjee | 12/1/2006 | 4.3 | Financial analysis/review | Receive and analyze Grace's monthly operating report; related internals discussions |
| Jonathan Brownstein | 12/4/2006 | 4.0 | Financial analysis/review | Analysis re: settlement issues |
| Geoffrey Zbikowski | 12/4/2006 | 5.8 | Financial analysis/review | Review WR Grace's monthly financial operating report; related valuation analysis on sector |
| Joseph Radecki | 12/5/2006 | 2.0 | Financial analysis/review | Conduct and review settlement analysis created for FCR counsel |
| Jonathan Brownstein | 12/5/2006 | 4.3 | Financial analysis/review | Analysis re: settlement issues |
| Ritwik Chatterjee | 12/5/2006 | 3.5 | Financial analysis/review | Conduct settlement analysis for counsel |
| Geoffrey Zbikowski | 12/5/2006 | 5.0 | Financial analysis/review | Settlement analysis for counsel |
| Joseph Radecki | 12/6/2006 | 0.5 | Financial analysis/review | Internal discussions with Piper team |
| Jonathan Brownstein | 12/6/2006 | 0.8 | Financial analysis/review | Internal PJC meetings re: case issues and other |
| Ritwik Chatterjee | 12/6/2006 | 0.8 | Financial analysis/review | Internal discussions re: case issues and analysis |
| Jonathan Brownstein | 12/7/2006 | 2.3 | Business Operations | Research on specialty chemicals industry |
| Joseph Radecki | 12/8/2006 | 2.8 | Financial analysis/review | Conduct and review settlement analysis for FCR counsel / internal discussions with Piper team regarding same |
| Jonathan Brownstein | 12/8/2006 | 3.0 | Financial analysis/review | Analysis re: settlement issues; internal PJC meetings re: same |
| Ritwik Chatterjee | 12/8/2006 | 4.0 | Financial analysis/review | Conduct settlement analysis for counsel; internal discussions re: same |
| Geoffrey Zbikowski | 12/8/2006 | 4.8 | Financial analysis/review | Settlement analysis for counsel; internal PJC discussions |
| Joseph Radecki | 12/11/2006 | 3.0 | Financial analysis/review | Conduct and review settlement analysis created for FCR counsel |
| Jonathan Brownstein | 12/11/2006 | 5.0 | Financial analysis/review | Analysis re: settlement issues; internal PJC meetings re: same |
| Ritwik Chatterjee | 12/11/2006 | 6.3 | Financial analysis/review | Conduct settlement analysis for counsel; internal discussions re: same; Review financials results of comparable company (Ferro Corporation); related financial analysis |
| Geoffrey Zbikowski | 12/11/2006 | 6.0 | Financial analysis/review | Conduct settlement analysis for counsel and perform financial analysis |
| Jonathan Brownstein | 12/12/2006 | 2.8 | Financial analysis/review | Review financials results of specialty chemicals company - Ferro Corp. |
| Ritwik Chatterjee | 12/12/2006 | 6.0 | Financial analysis/review | Conduct settlement analysis for counsel |
| Geoffrey Zbikowski | 12/12/2006 | 5.3 | Financial analysis/review | Settlement analysis for counsel |
| Joseph Radecki | 12/13/2006 | 0.8 | Financial analysis/review | Internal discussions with piper team regarding settlement issues |
| Ritwik Chatterjee | 12/13/2006 | 3.8 | Financial analysis/review | Conduct settlement analysis for counsel; internal discussions re: same |
| Jonathan Brownstein | 12/14/2006 | 3.3 | Business Operations | Analysis re: M&A activity of specialty chemicals companies - Degussa/Johnson Matthey |
| Ritwik Chatterjee | 12/14/2006 | 4.8 | Business Operations | Review M&A activity of comparable companies (Degussa AG and Johnson Matthey) |
| Geoffrey Zbikowski | 12/14/2006 | 5.8 | Business Operations | Analysis of M&A activity: Johnson Matthey & Degussa; other financial analysis |
| Joseph Radecki | 12/15/2006 | 1.8 | Financial analysis/review | Conduct and review settlement analysis created for FCR counsel |
| Ritwik Chatterjee | 12/15/2006 | 1.8 | Financial analysis/review | Conduct settlement analysis for counsel |
| Geoffrey Zbikowski | 12/15/2006 | 4.0 | Financial analysis/review | Settlement analysis for counsel |
| Joseph Radecki | 12/18/2006 | 3.3 | Financial analysis/review | Conduct and review settlement analysis for FCR counsel / internal discussions with Piper team regarding same |
| Jonathan Brownstein | 12/18/2006 | 2.0 | Hearing attendance | Telephonic attendance at court hearing |
| Jonathan Brownstein | 12/18/2006 | 4.3 | Financial analysis/review | Analysis re: settlement issues; internal PJC meetings re: same |
| Ritwik Chatterjee | 12/18/2006 | 2.0 | Hearing attendance | Attend court hearing telephonically |
| Ritwik Chatterjee | 12/18/2006 | 5.5 | Financial analysis/review | Conduct settlement analysis for counsel; internal discussions re: same |
| Geoffrey Zbikowski | 12/18/2006 | 5.0 | Financial analysis/review | Settlement analysis for counsel; internal PJC discussions |
| Joseph Radecki | 12/19/2006 | 1.3 | Financial analysis/review | Review financial analysis regarding comparable companies |
| Jonathan Brownstein | 12/19/2006 | 3.0 | Financial analysis/review | Review financials results of specialty chemicals company - Rohm and Haas Co |
| Ritwik Chatterjee | 12/19/2006 | 3.0 | Financial analysis/review | Review financials results of comparable company (Rohm & Haas); related financial analysis |
| Geoffrey Zbikowski | 12/19/2006 | 5.3 | Financial analysis/review | Review operating financial results of Rohm & Haas and update valuation analysis |
| Joseph Radecki | 12/20/2006 | 2.0 | Business operations | Review valuation metrics of comparable companies and industry research |
| Jonathan Brownstein | 12/20/2006 | 5.0 | Business operations | Review valuations of specialty chemicals companies; review research on same; analysis re: settlement issues |
| Ritwik Chatterjee | 12/20/2006 | 2.8 | Business operations | Valuation research on comparable companies; related analysis |
| Joseph Radecki | 12/21/2006 | 0.5 | Business Operations | Internal discussions with Piper team regarding case issues |
| Jonathan Brownstein | 12/21/2006 | 0.5 | Business Operations | Internal discussions re: case issues |
| Ritwik Chatterjee | 12/21/2006 | 0.5 | Business Operations | Internal team meetings re: case issues |
| Geoffrey Zbikowski | 12/21/2006 | 0.5 | Business Operations | Internal PJC discussions re: case issues |
| Joseph Radecki | 12/29/2006 | 2.8 | Business Operations | Settlement analysis created for FCR counsel |
| Ritwik Chatterjee | 12/29/2006 | 3.5 | Business Operations | Review M&A activity of comparable company (BASF) |
| Geoffrey Zbikowski | 12/29/2006 | 3.8 | Business Operations | Analysis of M&A activity: BASF and others |