# EXHIBIT B

## W.R. Grace & Co.
## Expense Detail Report
## (Date Represents Posting Date)

| | | | |
|---|---|---|---|
| **Telephone** | | | |
| Jonathan Brownstein | 12/07/06 | $ | 48.82 |
| Joseph Radecki | 12/19/06 | | 61.80 |
| Total Telephone | | $ | 110.62 |
| | | | |
| **Hotel** | | | |
| Joseph Radecki | 12/13/06 | $ | 226.86 |
| Total Hotel | | $ | 226.86 |
| | | | |
| **Travel Meals** | | | |
| Joseph Radecki | 12/13/06 | $ | 29.96 |
| Joseph Radecki | 12/13/06 | | 13.00 |
| Total Meals | | $ | 42.96 |
| | | | |
| **Transportation** | | | |
| Joseph Radecki | 12/13/06 | $ | 26.00 |
| Joseph Radecki | 12/13/06 | | 34.00 |
| Joseph Radecki | 12/13/06 | | 125.05 |
| Total Transportation | | $ | 185.05 |
| | | | |
| **Misc.** | | | |
| Joseph Radecki | 12/13/06 | $ | 2.13 |
| Total Misc. | | $ | 2.13 |
| | | | |
| **TOTAL EXPENSES:** | | **$** | **567.62** |