# EXHIBIT A

## EXHIBIT A

## FEES FOR THE FEE PERIOD DECEMBER 1, 2006 THROUGH DECEMBER 31, 2006[2]

Client: 082910 W.R. GRACE & CO.
Matter: 114715 NJDEP v. W.R. Grace et al.

| | | | |
|---|---|---|---|
| 12/01/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.3 | 40.50 |
| 12/05/06 | Review e-mails re adjourning Bankruptcy Court hearing date. | | |
| 3 | B. Moffitt | 0.1 | 36.00 |
| 12/06/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.5 | 67.50 |
| 12/07/06 | Emails and follow up re Chapter 11 schedule and settlement conference dates and information for DAG. | | |
| 14 | A. Marchetta | 0.7 | 385.00 |
| 12/11/06 | Follow up regarding information for 12/13 court conference. | | |
| 14 | A. Marchetta | 0.4 | 220.00 |
| 12/12/06 | Prepare for conference call with Magistrate Judge Bongiovanni. | | |
| 3 | B. Moffitt | 0.4 | 144.00 |
| 12/13/06 | Conference call with adversary and Judge and follow up re issues. | | |
| 14 | A. Marchetta | 0.9 | 495.00 |
| 12/13/06 | Call with Magistrate Bongiovanni and preparation of e-mail to client re same. | | |
| 3 | B. Moffitt | 0.6 | 216.00 |
| 12/14/06 | Conference with B. Moffitt re follow up to conference with court. | | |
| 14 | A. Marchetta | 0.5 | 275.00 |
| 12/14/06 | Continued preparation of e-mail to client re conference call with Magistrate Bongiovanni. | | |
| 3 | B. Moffitt | 0.2 | 72.00 |

---

[2] Legend for Pitney Hardin LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

1495641A01012407

| 12/15/06 | Address URS memo and new MTBE site data; memo to URS with questions on site work; review URS reply memo on MTBE issues. | | |
| 14 | W. Hatfield | 0.5 | 182.50 |

| 12/15/06 | Review articl. | | |
| 3 | B. Moffitt | 0.2 | 72.00 |

| 12/18/06 | Review minute entry re: conference call with Magistrate Bongiovanni. | | |
| 3 | B. Moffitt | 0.1 | 36.00 |

| 12/18/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.4 | 54.00 |

| 12/19/06 | Telephone calls from client and follow up. | | |
| 14 | A. Marchetta | 0.6 | 330.00 |

| 12/19/06 | Review file; telephone calls; work with A. Marchetta and S. Parker re same. | | |
| 3 | B. Moffitt | 1.3 | 468.00 |

| 12/19/06 | Review e-mails re: ATSDR medical monitoring costs. | | |
| 3 | B. Moffitt | 0.2 | 72.00 |

| 12/19/06 | Reviewed file documents as requested by B. Moffitt re: compilation of information and worked with B. Moffitt re: same. | | |
| 14 | S. Parker | 0.7 | 94.50 |

| 12/20/06 | Follow up regarding information. | | |
| 14 | A. Marchetta | 0.8 | 440.00 |

| 12/20/06 | Review memo from URS on sampling results. | | |
| 14 | W. Hatfield | 0.4 | 146.00 |

| 12/20/06 | Follow up; telephone call; review summaries and confer with A. Marchetta. | | |
| 3 | B. Moffitt | 0.6 | 216.00 |

| 12/21/06 | Follow up re information. | | |
| 14 | A. Marchetta | 0.7 | 385.00 |

| 12/21/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.2 | 27.00 |

| 12/22/06 | Telephone call with AG's office re meeting dates; follow up re attendees and information for same. | | |

1495641A01012407

| | | | |
|---|---|---|---|
| 14 | A. Marchetta | 1.1 | 605.00 |

12/22/06 Review URS memo on MTBE and BTEX data.

| | | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.2 | 73.00 |

12/22/06 Telephone call with AG's office re settlement; preparation of e-mail to client; research re: Assistant A.G.'s that will attend settlement meeting; work with S. Parker re same.

| | | | |
|---|---|---|---|
| 3 | B. Moffitt | 1.8 | 648.00 |

12/22/06 Searched re: compilation of background information re: preparation of email to client for upcoming meeting with AGs office re: settlement offer, and worked with B. Moffitt re: same.

| | | | |
|---|---|---|---|
| 14 | S. Parker | 0.9 | 121.50 |

12/26/06 Telephone calls and follow up re settlement meeting and issues re same.

| | | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.6 | 330.00 |

12/26/06 Work with A. Marchetta re proposed settlement meeting.

| | | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.2 | 72.00 |

12/27/06 Conference with B. Moffitt and follow up re scheduling conference.

| | | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.4 | 220.00 |

12/27/06 Searched re: compilation of information on current status of investigation of Hamilton plant and related issues.

| | | | |
|---|---|---|---|
| 14 | S. Parker | 0.3 | 40.50 |

12/28/06 Telephone call with client re settlement issues; follow up re same.

| | | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.3 | 165.00 |

12/28/06 Work with A. Marchetta re proposed settlement meeting.

| | | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.2 | 72.00 |

12/29/06 Follow up regarding telephone calls on meeting dates.

| | | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.5 | 275.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 7.5 | 550.00 | 4,125.00 |
| W. Hatfield | 14 | 1.1 | 365.00 | 401.50 |
| B. Moffitt | 3 | 5.9 | 360.00 | 2,124.00 |
| S. Parker | 14 | 3.3 | 135.00 | 445.50 |
| TOTAL | | 17.8 | | 7,096.00 |

1495641A01012407

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| 11/20/06 18 | Drafted fee application for October 2006. K. Piper | 0.5 | 135.00 |
|---|---|---|---|
| 12/04/06 18 | Drafted fee application for October 2006. K. Piper | 1.9 | 513.00 |
| 12/05/06 18 | Review and revise PH's October, 2006 Fee Application. S. Zuber | 0.3 | 130.50 |
| 12/05/06 18 | Revise October 2006 fee application and attention to service of same. K. Piper | 0.4 | 108.00 |
| 12/06/06 18 | Reviewed spreadsheets from fee auditor regarding fees and expenses for 21st interim period for accuracy. K. Piper | 0.2 | 54.00 |
| 12/15/06 18 | Draft fee application for November 2006. K. Piper | 1.3 | 351.00 |
| 12/18/06 18 | Review and revise PH's November, 2006 Fee Application. S. Zuber | 0.3 | 130.50 |
| 12/20/06 18 | Receipt and review of order regarding deadlines for 2007 fee applications and docket same. K. Piper | 0.2 | 54.00 |
| 12/28/06 18 | Revised fee application for November 2006 and attention to service of same. K. Piper | 0.7 | 189.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 18 | 0.6 | 435.00 | 261.00 |
| K. Piper | 18 | 5.2 | 270.00 | 1,404.00 |
| TOTAL | | 5.8 | | 1,665.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| 12/01/06 3 | Draft correspondence to T. Soloway re scheduling conference with Referee. B. Benjamin | 0.1 | 41.50 |
|---|---|---|---|

1495641A01012407

| 12/01/06 | Draft correspondence to C. Boubol and D. Rozenholc re scheduling conference with Referee. | | |
| 3 | B. Benjamin | 0.1 | 41.50 |

| 12/07/06 | Review/analysis D. Rozenholc correspondence to Referee re adjudication of dispute over Interrogatory responses. | | |
| 3 | B. Benjamin | 0.1 | 41.50 |

| 12/11/06 | Review E. Sherman correspondence re dispute with Tahari over interrogatories. | | |
| 3 | B. Benjamin | 0.1 | 41.50 |

| 12/20/06 | Draft correspondence to Referee requesting order re production of Tahari witnesses for deposition. | | |
| 3 | B. Benjamin | 0.3 | 124.50 |

| 12/20/06 | Review/analysis T. Soloway letter to Referee re setting discovery deadlines. | | |
| 3 | B. Benjamin | 0.1 | 41.50 |

| 12/20/06 | Review/analysis correspondence from Referee re decision on discovery dispute. | | |
| 3 | B. Benjamin | 0.1 | 41.50 |

| 12/21/06 | Review/analysis Boubel correspondence to Referee re legal argument over discovery dispute, deposition priority status, etc. | | |
| 3 | B. Benjamin | 0.1 | 41.50 |

| 12/21/06 | Review/analysis Referee Decision on Discovery dispute. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| B. Benjamin | 3 | 1.2 | 415.00 | 498.00 |
| TOTAL | | 1.2 | | 498.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| 12/01/06 | Review prior orders and opinion and prepare analysis of appellate decision and damages in memo for client; attorney fees issues | | |
| 14 | W. Hatfield | 7.7 | 2,810.50 |

| 12/01/06 | Work with B. Hatfield on case position paper for client. | | |

6

| | | | |
|---|---|---|---|
| 14 | R. Rose | 2.2 | 979.00 |

| | | | |
|---|---|---|---|
| 12/04/06 | Address summary of opinion and analysis on damages; attorneys fees and costs | | |
| 14 | W. Hatfield | 3.6 | 1,314.00 |

| | | | |
|---|---|---|---|
| 12/04/06 | Work with B. Hatfield on status letter to client. | | |
| 14 | R. Rose | 0.8 | 356.00 |

| | | | |
|---|---|---|---|
| 12/05/06 | Address fees and interest issues for damages | | |
| 14 | W. Hatfield | 0.6 | 219.00 |

| | | | |
|---|---|---|---|
| 12/06/06 | Review interest and fees issues; UST closure and cleanup costs; revise draft of opinion and damages analysis | | |
| 14 | W. Hatfield | 1.5 | 547.50 |

| | | | |
|---|---|---|---|
| 12/06/06 | Review case law on attorneys' fees and discuss same with B. Hatfield in connection with status letter to client; continue preparation of status letter to client. | | |
| 14 | R. Rose | 1.9 | 845.50 |

| | | | |
|---|---|---|---|
| 12/07/06 | Address case issues on appeal; evaluation of damages; court hearing on remand; revise memo to client with same. | | |
| 14 | W. Hatfield | 1.7 | 620.50 |

| | | | |
|---|---|---|---|
| 12/07/06 | Review and follow up regarding memo to client on decision. | | |
| 14 | A. Marchetta | 0.5 | 275.00 |

| | | | |
|---|---|---|---|
| 12/07/06 | Revise memo to client. | | |
| 14 | A. Marchetta | 0.4 | 220.00 |

| | | | |
|---|---|---|---|
| 12/07/06 | Review billings for attorneys' fees and discuss with B. Hatfield. | | |
| 14 | R. Rose | 0.7 | 311.50 |

| | | | |
|---|---|---|---|
| 12/08/06 | Address final revisions to memo on Grace appeal decision; memo to client on same | | |
| 14 | W. Hatfield | 0.9 | 328.50 |

| | | | |
|---|---|---|---|
| 12/08/06 | Final review and edit of status letter to client. | | |
| 14 | R. Rose | 0.5 | 222.50 |

| | | | |
|---|---|---|---|
| 12/11/06 | Follow up regarding information to client. | | |
| 14 | A. Marchetta | 0.1 | 55.00 |

| | | | |
|---|---|---|---|
| 12/12/06 | Address app. div. decision issues | | |
| 14 | W. Hatfield | 0.2 | 73.00 |

1495641A01012407

| | | | |
|---|---|---|---|
| 12/13/06 | Address case issues and strategy; settlement options | | |
| 14 | W. Hatfield | 0.8 | 292.00 |
| 12/14/06 | Discuss settlement strategy with B. Hatfield following call from Shell counsel. | | |
| 14 | R. Rose | 0.3 | 133.50 |
| 12/14/06 | Follow up re issues in case and call from adversary for settlement discussions; review strategy issues and follow up with R. Rose and W. Hatfield. | | |
| 14 | A. Marchetta | 0.4 | 220.00 |
| 12/14/06 | Address Shell request for settlement demand; call with clients on matter; memo to clients on matter confirming settlement demand to Shell, Sunoco and Richards/Sunrich. | | |
| 14 | W. Hatfield | 1.7 | 620.50 |
| 12/14/06 | Telephone message to Shell counsel concerning scheduling meeting. | | |
| 14 | R. Rose | 0.4 | 178.00 |
| 12/14/06 | Conference call with R. Senftleben and M. Obradovic concerning same and confirm settlement authority. | | |
| 14 | R. Rose | 0.7 | 311.50 |
| 12/15/06 | Telephone from Shell counsel concerning Grace settlement position and discuss scheduling of settlement meeting. | | |
| 14 | R. Rose | 0.3 | 133.50 |
| 12/15/06 | Address settlement issues and strategy | | |
| 14 | W. Hatfield | 0.5 | 182.50 |
| 12/15/06 | Telephone from Shell counsel confirming settlement meeting in NYC. | | |
| 14 | R. Rose | 0.2 | 89.00 |
| 12/15/06 | Discuss with B. Hatfield. | | |
| 14 | R. Rose | 0.2 | 89.00 |
| 12/16/06 | E-mail to client concerning settlement meeting with oil companies and request for settlement authority. | | |
| 14 | R. Rose | 0.5 | 222.50 |
| 12/17/06 | Review Appeal briefs; Order of Final Judgment; and Offer of Judgment Rule in preparation for settlement conference. | | |
| 14 | R. Rose | 2.5 | 1,112.50 |

1495641A01012407

| 12/18/06 | Follow up with R. Rose and B. Hatfield, and telephone call with client re strategy on settlement. | | |
| 14 | A. Marchetta | 0.5 | 275.00 |
| | | | |
| 12/18/06 | Discuss preparation for settlement meeting; telephone M. Obradovic concerning same; confirm call with R. Senftleben, B. Hatfield and T. Marchetta concerning approval of settlement range; travel to Shell's counsel's office in New York and attend meeting; return to office; review Notice of Petition for Certification filed by Sunoco; review status memo from B. Hatfield. | | |
| 14 | R. Rose | 5.4 | 2,403.00 |
| | | | |
| 12/18/06 | Prepare for and attend call with client on settlement issues and strategy; attend conference with Shell and Sunoco in NYC on appeal and settlement prior to remand; memo to clients on same | | |
| 14 | W. Hatfield | 5.7 | 2,080.50 |
| | | | |
| 12/19/06 | Research and memos on UST removal and out-of-scope costs. | | |
| 14 | W. Hatfield | 0.7 | 255.50 |
| | | | |
| 12/19/06 | Memos on Honeywell/chrome issues | | |
| 14 | W. Hatfield | 0.2 | 73.00 |
| | | | |
| 12/19/06 | Review Shell notice to court | | |
| 14 | W. Hatfield | 0.1 | 36.50 |
| | | | |
| 12/19/06 | Follow up regarding settlement. | | |
| 14 | A. Marchetta | 0.3 | 165.00 |
| | | | |
| 12/19/06 | Call from Shell counsel concerning settlement position and cleanup costs awarded in Interfaith Community case; review Interfaith opinion; prepare and forward memo to client concerning same. | | |
| 14 | R. Rose | 1.4 | 623.00 |
| | | | |
| 12/20/06 | Review e-mail from client concerning recovery of soil disposal costs in Interfaith litigation review Interfaith decision and prepare e-mail to Shell counsel concerning damages in that case; telephone from Shell counsel concerning petroleum-related damages in Interfaith case; e-mail to client concerning same; telephone Washington counsel concerning same; e-mail to Shell counsel with explanation of damages in Interfaith case; review petition for certification filed by Weja & W. Teich and forward same to client. | | |
| 14 | R. Rose | 2.2 | 979.00 |
| | | | |
| 12/20/06 | Conference with client and R. Rose re settlement issues; review re strategy. | | |
| 14 | A. Marchetta | 0.7 | 385.00 |

9

| 12/20/06 14 | Memo on costs for UST closure/registration W. Hatfield | 0.2 | 73.00 |
|---|---|---|---|
| 12/20/06 14 | Memos on costs for chromium and Honeywell issues W. Hatfield | 0.2 | 73.00 |
| 12/20/06 14 | Memos on cleanup status inquiry W. Hatfield | 0.2 | 73.00 |
| 12/21/06 3 | Confer R. Rose re status of NJ Supreme Court petitions, timing of briefing. E. Sher | 0.2 | 90.00 |
| 12/28/06 14 | Review correspondence W. Hatfield | 0.1 | 36.50 |
| 12/29/06 14 | Address defendant Notice of Cert. to Sup. Court for review and Sup. Ct correspondence on briefing W. Hatfield | 0.4 | 146.00 |
| 12/29/06 14 | Review Shell brief for Cert. W. Hatfield | 2.6 | 949.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 14 | 20.2 | 445.00 | 8,989.00 |
| E. Sher | 3 | 0.2 | 450.00 | 90.00 |
| A. Marchetta | 14 | 2.9 | 550.00 | 1,595.00 |
| W. Hatfield | 14 | 29.6 | 365.00 | 10,804.00 |
| TOTAL | | 52.9 | | 21,478.00 |

1495641A01012407