# EXHIBIT B

## EXHIBIT B

### EXPENSES FOR THE FEE PERIOD
### DECEMBER 1, 2006 THROUGH DECEMBER 31, 2006

Engagement Costs - NJDEP v. W.R. Grace et al.

| | | |
|---|---|---:|
| 10/10/06 | PD GENESYS CONFERENCING FOR SERVICES RENDERED; MS; CK# 292672[3] | 17.39 |
| 12/07/06 | PD GENESYS CONFERENCING FOR SERVICES RENDERED; MS; CK# 292672[4] | 117.31 |
| | Computer Assisted Research | 66.34 |
| | Matter Total Engagement Cost | 201.04 |

Engagement Costs – Chapter 11 Administration

| | |
|---|---:|
| Computer Assisted Research | 16.65 |
| Matter Total Engagement Cost | 16.65 |

Engagement Costs – Tahari, Ltd.

| | | |
|---|---|---:|
| 07/11/06 | Pd travel expenses; CK # 292808[5] | 8.00 |
| | Matter Total Engagement Cost | 8.00 |

Engagement Costs – Weja, Inc.

| | | |
|---|---|---:|
| 12/18/06 | PD TRAVEL EXPENSE; RGR; CK# 292702[6] | 30.00 |
| | Matter Total Engagement Cost | 30.00 |

---

[3] See Invoice No. I-419005 dated 11/7/2006 attached hereto as Exhibit 1.
[4] See Invoice dated 12/7/2006 attached hereto as Exhibit 2.
[5] See Pitney Hardin Petty Cash Voucher dated 7/11/06 for service of subpoenas attached hereto as Exhibit 3.
[6] See Direct Engagement Cost expense Report for Robert G. Rose dated 12/19/06 attached hereto as Exhibit 4.

11

# EXHIBIT 1

...onferencing

| Invoice No. | Invoice Date | Due Date | Amount Due | Currency |
|---|---|---|---|---|
| I - 419005 | 11/7/2006 | 12/31/2006 | 421.66 | USD |

## Basic Attended -Usage Details

| Line | Participant | Phone Number | Item | Start time | Time zone | Quantity | Amount |
|---|---|---|---|---|---|---|---|
| 1 | ^M^Marchetta, Anthon | 19739668032 | Basic Attended Dial Out | 11/3/2006 12:37:42 | US-CO | 18.00 mn | 5.22 |
| 2 | ^FRongillo, Tom | 16174591282 | Basic Attended Dial Out | 11/3/2006 12:44:06 | US-CO | 11.00 mn | 3.19 |
| 3 | ^McTiernan, Edward | 19735964500 | Basic Attended Dial Out | 11/3/2006 12:45:04 | US-CO | 10.00 mn | 2.90 |
| 4 | ^Dickinson, John | 16099844654 | Basic Attended Dial Out | 11/3/2006 12:46:40 | US-CO | 9.00 mn | 2.61 |
| 5 | ^Bongiovanni, Judge | 16099892040 | Basic Attended Dial Out | 11/3/2006 12:47:41 | US-CO | 8.00 mn | 2.32 |

Total Cost    16.24

*Tax 7% - 1.15*
*17.39*

| Item | Quantity | Cost |
|---|---|---|
| Basic Attended Dial Out | 56.00 mn | 16.24 |



# EXHIBIT 2

Conferencing

| Invoice Date | Due Date | Amount Due | Currency |
|---|---|---|---|
| 12/7/2006 | 1/31/2007 | 165.78 | USD |

# TeleDirect (Resrvd Unattended) -Usage Details



| Line | Participant | Phone Number | Item | Start time | Time zone | Quantity | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Anonymous User | 8004231988 | TeleDirect Toll Free | 11/7/2006 08:27:56 | US-CO | 57.00 mn | 16.53 |
| 2 | Anonymous User | 8004231988 | TeleDirect Toll Free | 11/7/2006 08:30:10 | US-CO | 55.00 mn | 15.95 |
| 3 | Anonymous User | 8004231988 | TeleDirect Toll Free | 11/7/2006 08:31:20 | US-CO | 53.00 mn | 15.37 |
| 4 | Anonymous User | 8004231988 | TeleDirect Toll Free | 11/7/2006 08:31:26 | US-CO | 55.00 mn | 15.95 |
| 5 | Anonymous User | 8004231988 | TeleDirect Toll Free | 11/7/2006 08:31:28 | US-CO | 53.00 mn | 15.37 |
| 6 | Anonymous User | 8004231988 | TeleDirect Toll Free | 11/7/2006 08:31:39 | US-CO | 53.00 mn | 15.37 |
| 7 | Anonymous User | 8004231988 | TeleDirect Toll Free | 11/7/2006 08:32:39 | US-CO | 52.00 mn | 15.08 |

Total Cost 109.62

*handwritten: 7 % 7.64*
*handwritten: 117.31*

**TeleDirect (Resrvd Unattended) Summary**

| Item | Quantity | Cost |
|---|---|---|
| TeleDirect Toll Free | 378.00 mn | 109.62 |

Billing Questions: 866.436.3797 Option 3
e-mail: nacs@genesys.com

# EXHIBIT 3

# PITNEY, HARDIN, KIPP & SZUCH LLP
## PETTY CASH VOUCHER

**EXPLANATION**
Travel to and from 2 offices for service of subpoenas

$ 8

DISB CODE: C

TOTAL  $ 8

RECEIVED BY: [signature]

DATE 7/11/06

* F for firm expense,  C for client expense

**NEW YORK**

DR 1211  $
CR _____  10501
NET

**CLIENT LEDGER**
CLIENT NO. 0829 W
MATTER NO. 102292
CODE _____ $
TOTAL (1211) $

# EXHIBIT 4

RECEIVED
DEC 20 2006

DIRECT ENGAGEMENT COST EXPENSE REPORT

NAME ROBERT G. ROSE

Period 10/1/06 to 10/31/06    Note: Documentation must be attached for each individual expense of $25 or more

| DATE | DESCRIPTION | Auto Expense | | | Hotel or Lodging | Business Meals | (show details on reverse side) Other Expenses | Total Expenses | Client No./ Matter No. or Firm Charge |
|---|---|---|---|---|---|---|---|---|---|
| | | Miles | Amount | Parking Tolls | | | | | |
| 12/18/06 | Travel to NYC for meeting with Sunoco counsel | Train | Parking and subway | 15.00 15.00 | | | | $30.00 | 082910.065656 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | TOTAL | $30.00 | |

I certify that I have incurred all the expenses above on behalf of the Firm and that they are directly related to the active conduct of the Firm's business.

Signature _____    Date: 12/19/06

Expenses Reported $30.00

Cash Advance Applied $ _____

Balance Due $ _____



PAID DEC 27 2006

ENTERED IN COMPUTER BY: _____ 12/30/06

35224   1050