# EXHIBIT B

**EXHIBIT B**

**FEES FOR THE FEE PERIOD OCTOBER 1, 2006 THROUGH DECEMBER 31, 2006[1]**

**FEES FOR THE FEE PERIOD OCTOBER 1, 2006 THROUGH OCTOBER 31, 2006**

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| | | | |
|---|---|---|---|
| 10/06/06 | Review/analysis Kronish Lieb Appellate Brief in Opposition to Tahari's Appeal, and in Support of Kronish Lieb's Cross-Appeal of Order dismissing certain causes of action. | | |
| 3 | B. Benjamin | 0.4 | 166.00 |
| 10/06/06 | Telephone conferences with C. Boubol and D. Rozenholc re Rozenholc motion for extension of time to submit Reply Brief on Appeal. | | |
| 3 | B. Benjamin | 0.1 | 41.50 |
| 10/06/06 | Review D. Rozenholc correspondence re request for extension of time to serve Reply Brief. | | |
| 3 | B. Benjamin | 0.1 | 41.50 |
| 10/10/06 | Draft correspondence to T. Soloway re scheduling of depositions. | | |
| 3 | B. Benjamin | 0.1 | 41.50 |
| 10/10/06 | Review D. Rozenholc correspondence re requesting Kronish Lieb witness depositions. | | |
| 3 | B. Benjamin | 0.1 | 41.50 |
| 10/11/06 | Follow up with B. Benjamin re issues and review. | | |
| 14 | A. Marchetta | 0.2 | 110.00 |
| 10/11/06 | Follow up with B. Benjamin re issues to be reviewed before discovery ends. | | |
| 14 | A. Marchetta | 0.2 | 110.00 |
| 10/11/06 | Telephone conference with D. Rozenholc re scheduling Kronish Lieb witness depositions. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |
| 10/11/06 | Draft correspondence to V. Finkelstein re update on case, scheduling of depositions, outstanding discovery issues. | | |

---

[1] Legend for Pitney Hardin LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

1495689A01012407

| | | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.2 | 83.00 |

| 10/12/06 | Preparation for and attendance at deposition of A. Levine. | | |
|---|---|---|---|
| 3 | B. Benjamin | 7.2 | 2,988.00 |

| 10/16/06 | Attendance at Court Conference before Judge Tolub re discovery issues, extension of discovery close date, etc. | | |
|---|---|---|---|
| 3 | B. Benjamin | 3.3 | 1,369.50 |

| 10/17/06 | Draft correspondence to D. Rozenholc re outstanding discovery, deposition dates, and production of documents. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.3 | 124.50 |

| 10/20/06 | Follow up with B. Benjamin re status and strategy. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.3 | 165.00 |

| 10/23/06 | Conference with B. Benjamin re settlement proposal and telephone call with client re: same. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.5 | 275.00 |

| 10/23/06 | Telephone conference with D. Rozenholc re attempts to settle claims. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.2 | 83.00 |

| 10/23/06 | Telephone conference with A. Marchetta and V. Finkelstein re Tahari settlement negotiations. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.1 | 41.50 |

| 10/23/06 | Telephone conference with R. Lauder re document production in response to subpoenas. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.2 | 83.00 |

| 10/24/06 | Telephone conference with D. Rozenholc re negotiation of settlement of claim. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.2 | 83.00 |

| 10/27/06 | Follow up re change in court conference and inclusion of co-defendant and review information re site remediation. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.4 | 220.00 |

| 10/29/06 | Draft correspondence to E. Sherman re scheduling S. King deposition. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.1 | 41.50 |

| 10/30/06 | Follow up with B. Benjamin re court hearing and issues in case. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.2 | 110.00 |

| 10/30/06 | Attendance at Deposition of S. King, CFO of Kronish Lieb. | | |
|---|---|---|---|

1495689A01012407

| 3 | B. Benjamin | 3.3 | 1,369.50 |

| 10/30/06 | Draft correspondence to V. Rozenholc re status update, progress of depositions, Tahari strategy of delay, and upcoming court conference. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |

| 10/31/06 | Attendance at Court conference re discovery issues and Tahari motion to compel production. | | |
| 3 | B. Benjamin | 3.3 | 1,369.50 |

| 10/31/06 | Draft correspondence to C. Boubol re pending appeal. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |

| 10/31/06 | Review/analysis documents produced by N. Bobrow, Tahari's real estate agent, and Greenberg Traurig, Tahari's attorneys during search for alternative space. | | |
| 3 | B. Benjamin | 0.8 | 332.00 |

| 10/31/06 | Draft correspondence to V. Finkelstein re court appearance, including Order by Judge to Tahari to serve Interrogatories. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |

| 10/31/06 | Meeting with B. Benjamin and follow up re strategy of stay pending appeal and settlement and follow up with client re same. | | |
| 14 | A. Marchetta | 0.5 | 275.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 2.3 | 550.00 | 1,265.00 |
| B. Benjamin | 3 | 20.8 | 415.00 | 8,632.00 |
| TOTAL | | 23.1 | | 9,897.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| 10/16/06 | Drafted fee application for September 2006. | | |
| 18 | K. Piper | 2.5 | 675.00 |

| 10/16/06 | Drafted fee application for 22nd Interim Period (July-September 2006). | | |
| 18 | K. Piper | 2.6 | 702.00 |

| 10/17/06 | Telephone call with R. Finke and review issues re Prudential buildings, including conference with S. Parker re information in file. | | |
| 14 | A. Marchetta | 0.5 | 275.00 |

| 10/17/06 | Review and revise PH's Quarterly Fee Application for July-September, 2006. | | |
| 18 | S. Zuber | 0.3 | 130.50 |
| 10/17/06 | Review and revise PH's Monthly Fee Application for September, 2006. | | |
| 18 | S. Zuber | 0.2 | 87.00 |
| 10/17/06 | Worked with A. Marchetta re: request from S. Blatnick of Kirkland & Ellis re: buildings at issue in the Prudential matter and began conducting searches, reviewing file indices and documents re: same. | | |
| 14 | S. Parker | 2.1 | 283.50 |
| 10/18/06 | Work on getting information concerning Prudential claims, follow up with S. Parker re same and assist Kirkland and Ellis. | | |
| 14 | A. Marchetta | 0.8 | 440.00 |
| 10/18/06 | Revised September 2006 fee application. | | |
| 18 | K. Piper | 0.3 | 81.00 |
| 10/19/06 | Conference with S. Parker and follow up re information for client on Georgia buildings. | | |
| 14 | A. Marchetta | 0.4 | 220.00 |
| 10/19/06 | Worked with A. Marchetta re: request from S. Blatnick of Kirkland & Ellis re: buildings at issue in the Prudential matter. | | |
| 14 | S. Parker | 0.2 | 27.00 |
| 10/20/06 | Follow up regarding search for information on Georgia buildings. | | |
| 14 | A. Marchetta | 0.4 | 220.00 |
| 10/23/06 | Review information and follow up with telephone call to Kirkland and Ellis regarding Georgia in buildings in asbestos property damage cases. | | |
| 14 | A. Marchetta | 0.7 | 385.00 |
| 10/24/06 | Follow up regarding prior information for Kirkland and Ellis. | | |
| 14 | A. Marchetta | 0.6 | 330.00 |
| 10/24/06 | Worked with D. Florence re: response to request from S. Blatnick of Kirkland & Ellis re: additional information on two of the buildings at issue in the Prudential matter, including conducting searches and retrieval of documents from storage facility re: preparation of response to same. | | |
| 14 | S. Parker | 3.5 | 472.50 |
| 10/25/06 | Work on information for Kirkland and Ellis. | | |
| 14 | A. Marchetta | 0.7 | 385.00 |

1495689A01012407

| 10/25/06 | Conducted searches, reviewed documents, including Judge Ackerman's opinions and the 3rd circuit opinion in the Prudential, and related documents re: preparation of response to request from S. Blatnick of re: additional information on two of the buildings at issue in the Prudential matter, including preparing memo and supplemental memo outlining same and work with A. Marchetta re: same. | | |
|---|---|---|---|
| 14 | S. Parker | 4.1 | 553.50 |
| 10/26/06 | Receipt and review of CNO for August 2006 and attention to forwarding same. | | |
| 18 | K. Piper | 0.2 | 54.00 |
| 10/30/06 | Revised September 2006 fee application and attention to filing same. | | |
| 18 | K. Piper | 0.5 | 135.00 |
| 10/30/06 | Attention to revising Quarterly fee application for the 22nd interim period and filing same. | | |
| 18 | K. Piper | 0.6 | 162.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 4.1 | 550.00 | 2,255.00 |
| S. Zuber | 18 | 0.5 | 435.00 | 217.50 |
| K. Piper | 18 | 6.7 | 270.00 | 1,809.00 |
| S. Parker | 14 | 9.9 | 135.00 | 1,336.50 |
| | TOTAL | 21.2 | | 5,618.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 114715 NJDEP v. W.R. Grace et al.

| 10/02/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
|---|---|---|---|
| 14 | S. Parker | 0.3 | 40.50 |
| 10/04/06 | Follow up regarding status on State. | | |
| 14 | A. Marchetta | 0.3 | 165.00 |
| 10/04/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.3 | 40.50 |
| 10/05/06 | Follow up re information concerning plant and alleged damages. | | |
| 14 | A. Marchetta | 0.2 | 110.00 |

6

I495689A01012407

| 10/05/06 | Review URS correspondence | | |
| 14 | W. Hatfield | 0.3 | 109.50 |

| 10/05/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.2 | 27.00 |

| 10/09/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.2 | 27.00 |

| 10/10/06 | Follow up re various issues in case. | | |
| 14 | A. Marchetta | 0.5 | 275.00 |

| 10/10/06 | Review article re testing near site. | | |
| 3 | B. Moffitt | 0.2 | 72.00 |

| 10/10/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of relevant documents and forwarded same to A. J. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.4 | 54.00 |

| 10/16/06 | Review URS memos and prepare memos to client on issues. | | |
| 14 | W. Hatfield | 0.6 | 219.00 |

| 10/16/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Worked with B. Moffitt re: same | | |
| 14 | S. Parker | 0.4 | 54.00 |

| 10/16/06 | Worked with B. Moffitt re: status of bankruptcy hearing; Updated docket entry to reflect new date of same. | | |
| 14 | S. Parker | 0.3 | 40.50 |

| 10/18/06 | Review memo and article on Trenton site issues | | |
| 14 | W. Hatfield | 0.4 | 146.00 |

| 10/18/06 | Review proposed New Jersey environmental legislation and related article mentioning Grace's Trenton plant. | | |
| 3 | B. Moffitt | 0.4 | 144.00 |

| 10/18/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic versions of relevant documents, including proposed legislation and current agenda and forwarded same to A. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.7 | 94.50 |

1495689A01012407

| | | | |
|---|---|---|---|
| 10/19/06 | Review agenda and article re proposed New Jersey environmental legislation including reference to Trenton plant; work with A. Marchetta re same. | | |
| 3 | B. Moffitt | 0.4 | 144.00 |
| 10/20/06 | Address URS report issues; deed notice agreement. | | |
| 14 | W. Hatfield | 0.4 | 146.00 |
| 10/20/06 | Work with B. Moffitt re issues re settlement and dates for court hearings. | | |
| 14 | A. Marchetta | 0.3 | 165.00 |
| 10/20/06 | Confer with A. Marchetta re: call with Magistrate Bongiovanni and changing time of same. | | |
| 3 | B. Moffitt | 0.7 | 252.00 |
| 10/20/06 | Conducted review of plan prepared by URS. | | |
| 3 | J. Spielberg | 0.2 | 50.00 |
| 10/23/06 | Follow up with B. Moffitt re settlement demand and rescheduling of court hearing. | | |
| 14 | A. Marchetta | 0.7 | 385.00 |
| 10/23/06 | Work with A. Marchetta re preparation for upcoming conference call with Magistrate Bongiovanni re settlement, including e-mails re same; call with Court clerk re same and prepare e-mail to D.A.G. re same. | | |
| 3 | B. Moffitt | 0.7 | 252.00 |
| 10/23/06 | Continued to review plan prepared by URS. | | |
| 3 | J. Spielberg | 0.8 | 200.00 |
| 10/24/06 | Address URS memo and forward to counsel and memo re: same. | | |
| 14 | W. Hatfield | 0.7 | 255.50 |
| 10/24/06 | Follow up re rescheduling court conference; review info from co-counsel; follow up with W. Hatfield and B. Moffitt re issue. | | |
| 14 | A. Marchetta | 1.2 | 660.00 |
| 10/24/06 | Work with A. Marchetta re summaries and review same; confer with A. Marchetta re conference call and settlement, including emails re: same. | | |
| 3 | B. Moffitt | 2.2 | 792.00 |
| 10/24/06 | Review e-mails re URS report and strategy. | | |
| 3 | B. Moffitt | 0.2 | 72.00 |
| 10/24/06 | Continued review of plan prepared by URS. | | |

8

| | | | |
|---|---|---|---|
| 3 | J. Spielberg | 1.2 | 300.00 |

10/25/06    Memos with clients; review URS Reports
14          W. Hatfield                    0.9         328.50

10/25/06    Reviewed report prepared by URS and drafted summary of reports.
3           J. Spielberg                   5.0       1,250.00

10/26/06    Follow up regarding remediation and court conference.
14          A. Marchetta                   0.5         275.00

10/26/06    Prepare for and attend conference call with clients and URS on reports;
            prepare comments to reports and email to clients and URS on same.
14          W. Hatfield                    4.9       1,788.50

10/26/06    Searched re: compilation of information on current status of investigation of
            Hamilton plant and related issues.
14          S. Parker                      0.2          27.00

10/27/06    Address URS report issues in memos with client
14          W. Hatfield                    0.5         182.50

10/28/06    Memos with URS on comments to reports
14          W. Hatfield                    0.4         146.00

10/30/06    Work with B. Moffitt re call with Judge, settlement issues and site reports.
14          A. Marchetta                   0.5         275.00

10/30/06    Memos re: schedule and submission of reports to DEP.
14          W. Hatfield                    1.6         584.00

10/30/06    Work with A. Marchetta and W. Hatfield re reports and follow up re same.
3           B. Moffitt                     0.4         144.00

10/30/06    Searched re: compilation of information on current status of investigation of
            Hamilton plant and related issues.
14          S. Parker                      0.4          54.00

10/31/06    Telephone calls and e-mails re court conference and change to same.
14          A. Marchetta                   0.4         220.00

10/31/06    Review information concerning remediation issues.
14          A. Marchetta                   0.6         330.00

10/31/06    Review correspondence from URS and client on issues.
14          W. Hatfield                    0.4         146.00

9

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 5.2 | 550.00 | 2,860.00 |
| W. Hatfield | 14 | 11.1 | 365.00 | 4,051.50 |
| B. Moffitt | 3 | 5.2 | 360.00 | 1,872.00 |
| J. Spielberg | 3 | 7.2 | 250.00 | 1,800.00 |
| S. Parker | 14 | 3.4 | 135.00 | 459.00 |
| TOTAL | | 32.1 | | 11,042.50 |

## FEES FOR THE FEE PERIOD NOVEMBER 1, 2006 THROUGH NOVEMBER 30, 2006

Client: 082910 W.R. GRACE & CO.
Matter: 114715 NJDEP v. W.R. Grace et al.

| 11/01/06 | Memo on strategy for DEP call, including drafting memo from URS on matter and review memos on DEP calls; memos to A. Marchetta re: DEP review issues. | | |
|---|---|---|---|
| 14 | W. Hatfield | 1.3 | 474.50 |

| 11/01/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
|---|---|---|---|
| 14 | S. Parker | 0.2 | 27.00 |

| 11/01/06 | Worked with B. Moffitt re: parties' teleconference with Magistrate Judge Bongiovanni. | | |
|---|---|---|---|
| 14 | S. Parker | 0.2 | 27.00 |

| 11/02/06 | Review State demand and follow up with B. Moffitt and telephone conference with court and hearing as regards same; follow up with client. | | |
|---|---|---|---|
| 14 | A. Marchetta | 1.3 | 715.00 |

| 11/02/06 | Work with A. Marchetta re adjourning Bankruptcy Court motion and respond to J. Baer e-mail re same. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.2 | 72.00 |

| 11/02/06 | Analyze NJDEP's settlement proposal and work with A. Marchetta re same; preparation of e-mail forwarding same to co-defendants' counsel. | | |
|---|---|---|---|
| 3 | B. Moffitt | 1.1 | 396.00 |

| 11/03/06 | Telephone call with M. Shelnitz and follow up with B. Moffitt re settlement. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.5 | 275.00 |

1495689A01012407

| 11/03/06 | Preparation for and telephone conference with court on scheduling; telephone call from DAG re settlement; telephone calls with client re same; set up conference call; telephone call with M. Shelnitz re same. | | |
|---|---|---|---|
| 14 | A. Marchetta | 1.7 | 935.00 |

| 11/03/06 | Review URS memo; address settlement demand and site issues | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.6 | 219.00 |

| 11/03/06 | E-mail exchange with counsel re conference call with Magistrate Bongiovanni; work with A. Marchetta and S. Parker re preparation for conference call; telephone call to client and preparation of e-mail to client re same; participation in conference call and subsequent call with DAG. Dickinson; follow up with A. Marchetta, J. Baer, W. Hatfield and S. Zuber re same; preparation of e-mail to co-counsel re same; draft letter to Court re next settlement conference. | | |
|---|---|---|---|
| 3 | B. Moffitt | 3.7 | 1,332.00 |

| 11/03/06 | Worked with B. Moffitt re: preparation for parties' teleconference with Magistrate Judge Bongiovanni. | | |
|---|---|---|---|
| 14 | S. Parker | 0.3 | 40.50 |

| 11/03/06 | Worked with B. Moffitt re: follow-up to parties' teleconference with Magistrate Judge Bongiovanni, and in preparation for upcoming conference with client re: response to settlement offer. | | |
|---|---|---|---|
| 14 | S. Parker | 0.5 | 67.50 |

| 11/03/06 | Conducted searches re: compilation of information on state legislators and Hamilton Township Mayor, and prepared memo to A. Marchetta and B. Moffitt summarizing same re: preparation for conference with client re: response to settlement offer. | | |
|---|---|---|---|
| 14 | S. Parker | 0.5 | 67.50 |

| 11/03/06 | Conducted searches re: identification of legal memorandum outlining strategy re: pending motions re: preparation for conference with client re: response to settlement offer. | | |
|---|---|---|---|
| 14 | S. Parker | 0.4 | 54.00 |

| 11/03/06 | Worked with B. Moffitt re: identification and retrieval of Judge Molloy's Opinion concerning the relevance of ATSDR findings, and related briefing re: preparation for conference with client re: response to settlement offer. | | |
|---|---|---|---|
| 14 | S. Parker | 0.4 | 54.00 |

| 11/03/06 | Began review of file and parties' production documents. | | |
|---|---|---|---|
| 14 | S. Parker | 0.5 | 67.50 |

| | | | |
|---|---|---|---|
| 11/03/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.4 | 54.00 |
| 11/04/06 | Review information on settlement demand. | | |
| 14 | A. Marchetta | 0.6 | 330.00 |
| 11/06/06 | Address URS memo; client memo on schedule; URS memo on matter. | | |
| 14 | W. Hatfield | 0.8 | 292.00 |
| 11/06/06 | Telephone calls and follow up re settlement issues. | | |
| 14 | A. Marchetta | 1.3 | 715.00 |
| 11/06/06 | Work with A. Marchetta and B. Moffitt re pending litigation and settlement offer by State. | | |
| 14 | S. Zuber | 1.0 | 435.00 |
| 11/06/06 | Preparation for conference call with client and co-counsel for response to settlement demand; work with S. Zuber and S. Parker; review ATSDR rulings and reports concerning Libby Medical Program. | | |
| 3 | B. Moffitt | 5.2 | 1,872.00 |
| 11/06/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.3 | 40.50 |
| 11/06/06 | Preparation for upcoming conference with client re: response to settlement offer, including working with B. Moffitt, conducting searches and reviewing documents re: compilation and organization of documents needed in preparation for same. | | |
| 14 | S. Parker | 1.8 | 243.00 |
| 11/07/06 | Preparation for and telephone conference with clients and attorneys regarding settlement; follow up on issues re same. | | |
| 14 | A. Marchetta | 1.6 | 880.00 |
| 11/07/06 | Review individual claim/employee information and follow up with B. Moffitt regarding information on same. | | |
| 14 | A. Marchetta | 0.5 | 275.00 |
| 11/07/06 | Preparation for conference call with client and co-counsel re response to settlement demand; work with A. Marchetta re: same; follow up with S. Parker re same. | | |
| 3 | B. Moffitt | 3.6 | 1,296.00 |
| 11/07/06 | Searched re: compilation of information on current status of investigation of | | |

1495689A01012407

|           |                                                                                                                                                                                |       |        |
|-----------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 14        | Hamilton plant and related issues.<br>S. Parker                                                                                                                                | 0.2   | 27.00  |
| 11/07/06<br>14 | Preparation for upcoming conference with client re: response to settlement offer, including working with B. Moffitt, conducting searches and reviewing documents re: compilation and organization of documents needed in preparation for same.<br>S. Parker | 1.2   | 162.00 |
| 11/07/06<br>14 | Worked with B. Moffitt re: call with client re: response to settlement offer.<br>S. Parker                                                                                     | 0.2   | 27.00  |
| 11/08/06<br>14 | Memos from URS and memo to A, Marchetta on status<br>W. Hatfield                                                                                                              | 0.5   | 182.50 |
| 11/08/06<br>14 | Follow up regarding schedule and changes; work with B. Moffitt re information for settlement discussions.<br>A. Marchetta                                                     | 1.0   | 550.00 |
| 11/09/06<br>14 | Follow up with B. Moffitt and S. Parker re information for negotiations.<br>A. Marchetta                                                                                      | 0.7   | 385.00 |
| 11/09/06<br>14 | Review memos from URS and counsel on proposed submission.<br>W. Hatfield                                                                                                      | 0.3   | 109.50 |
| 11/10/06<br>14 | Review URS correspondence to DEP on schedule and site work.<br>W. Hatfield                                                                                                    | 0.1   | 36.50  |
| 11/10/06<br>14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues.<br>S. Parker                                                 | 0.3   | 40.50  |
| 11/13/06<br>14 | Work on obtaining information for settlement discussions.<br>A. Marchetta                                                                                                     | 1.0   | 550.00 |
| 11/15/06<br>14 | Follow up re information for court conference and settlement parameters.<br>A. Marchetta                                                                                       | 0.4   | 220.00 |
| 11/16/06<br>3 | Review file materials.<br>B. Moffitt                                                                                                                                          | 2.0   | 720.00 |
| 11/17/06<br>14 | Work with B. Moffitt re agenda for call with DAG on settlement.<br>A. Marchetta                                                                                               | 0.7   | 385.00 |
| 11/17/06<br>3 | Preparation of outline for call with DAG Dickinson re settlement.<br>B. Moffitt                                                                                               | 1.3   | 468.00 |

I495689A01012407

| | | | |
|---|---|---|---|
| 11/21/06 | Preparation for and telephone calls with DAG re settlement negotiations. | | |
| 14 | A. Marchetta | 1.0 | 550.00 |
| 11/21/06 | Preparation for telephone call with DAG Dickinson re settlement; follow up with A. Marchetta re his telephone call with the DAG. | | |
| 3 | B. Moffitt | 0.7 | 252.00 |
| 11/22/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.3 | 40.50 |
| 11/28/06 | Follow up regarding settlement discussions with DEP. | | |
| 14 | A. Marchetta | 0.5 | 275.00 |
| 11/29/06 | Follow up with B. Moffitt re settlement issues and emails to DEP and response re same. | | |
| 14 | A. Marchetta | 0.6 | 330.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 13.4 | 550.00 | 7,370.00 |
| S. Zuber | 14 | 1.0 | 435.00 | 435.00 |
| W. Hatfield | 14 | 3.6 | 365.00 | 1,314.00 |
| B. Moffitt | 3 | 17.8 | 360.00 | 6,408.00 |
| S. Parker | 14 | 7.7 | 135.00 | 1,039.50 |
| TOTAL | | 43.5 | | 16,566.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| | | | |
|---|---|---|---|
| 11/01/06 | Telephone conference with C. Boubol re timing of appeal and discovery. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |
| 11/03/06 | Review/analysis Tahari's First Set of Interrogatories. | | |
| 3 | B. Benjamin | 0.4 | 166.00 |
| 11/10/06 | Review/analysis Kronish Lieb responses to Tahari Interrogatories. | | |
| 3 | B. Benjamin | 0.4 | 166.00 |
| 11/10/06 | Draft correspondence to E. Sherman re Tahari document production and discovery compliance. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |

1495689A01012407

| 11/13/06 | Attendance at hearing on Kronish Lieb compliance and response to Tahari Interrogatories. | | |
|---|---|---|---|
| 3 | B. Benjamin | 3.1 | 1,286.50 |
| 11/13/06 | Review/analysis Kronish Lieb Reply brief on Appeal. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |
| 11/14/06 | Review/analysis D. Rozenholc correspondence re Interrogatory responses and discovery dispute. | | |
| 3 | B. Benjamin | 0.1 | 41.50 |
| 11/15/06 | Draft correspondence to T. Soloway re court appearance on Tahari discovery motion. | | |
| 3 | B. Benjamin | 0.1 | 41.50 |
| 11/15/06 | Review/attention to document production of Bobrow and Greenberg Traurig re potential depositions of same. | | |
| 3 | B. Benjamin | 0.6 | 249.00 |
| 11/15/06 | Review/analysis T. Soloway correspondence to Judge re Interrogatory responses and discovery dispute issue. | | |
| 3 | B. Benjamin | 0.1 | 41.50 |
| 11/16/06 | Attendance at Court appearance re Kronish Tahari discovery dispute. | | |
| 3 | B. Benjamin | 2.9 | 1,203.50 |
| 11/20/06 | Draft correspondence to V. Finkelstein re Judge's decision of referral of discovery dispute to Referee, including  strategy going forward and outstanding issues. | | |
| 3 | B. Benjamin | 0.3 | 124.50 |
| 11/21/06 | Follow up regarding memo on court appearances, discovery, etc. | | |
| 14 | A. Marchetta | 0.5 | 275.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 0.5 | 550.00 | 275.00 |
| B. Benjamin | 3 | 8.6 | 415.00 | 3,569.00 |
| TOTAL | | 9.1 | | 3,844.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| 11/03/06 | Telecomm from Weja counsel concerning status. |
|---|---|

15

| 14 | R. Rose | 0.1 | 44.50 |

| 11/06/06 | Address case issues and report on call from Weja counsel. | | |
| 14 | W. Hatfield | 0.1 | 36.50 |

| 11/27/06 | Address appeal status and contacts with App. Div.; memo to A. Marchetta on matter. | | |
| 14 | W. Hatfield | 0.3 | 109.50 |

| 11/29/06 | Work with R. Rose and W. Hatfield re appellate division opinion and handling of issues re same; telephone calls with client. | | |
| 14 | A. Marchetta | 0.8 | 440.00 |

| 11/29/06 | Review Appellate Division Opinion reversing and remanding case; discuss with B. Hatfield and J. Marchetta; telephone with client concerning same; telephone from Sunoco counsel. | | |
| 14 | R. Rose | 2.3 | 1,023.50 |

| 11/29/06 | Review appellate decision; call with client on matter; memo to client with opinion; evaluate damage and cost issues. | | |
| 14 | W. Hatfield | 2.5 | 912.50 |

| 11/30/06 | Review money damage issues in light of Appellate Division Opinion. | | |
| 14 | R. Rose | 0.8 | 356.00 |

| 11/30/06 | Address appellate opinion and damages evaluation of Grace claims | | |
| 14 | W. Hatfield | 0.6 | 219.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 14 | 3.2 | 445.00 | 1,424.00 |
| A. Marchetta | 14 | 0.8 | 550.00 | 440.00 |
| W. Hatfield | 14 | 3.5 | 365.00 | 1,277.50 |
| TOTAL | | 7.5 | | 3,141.50 |

## FEES FOR THE FEE PERIOD DECEMBER 1, 2006 THROUGH DECEMBER 31, 2006

Client: 082910 W.R. GRACE & CO.
Matter: 114715 NJDEP v. W.R. Grace et al.

| 12/01/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.3 | 40.50 |

16

I495689A01012407

| | | | |
|---|---|---|---|
| 12/05/06<br>3 | Review e-mails re adjourning Bankruptcy Court hearing date.<br>B. Moffitt | 0.1 | 36.00 |
| 12/06/06<br>14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues.<br>S. Parker | 0.5 | 67.50 |
| 12/07/06<br>14 | Emails and follow up re Chapter 11 schedule and settlement conference dates and information for DAG.<br>A. Marchetta | 0.7 | 385.00 |
| 12/11/06<br>14 | Follow up regarding information for 12/13 court conference.<br>A. Marchetta | 0.4 | 220.00 |
| 12/12/06<br>3 | Prepare for conference call with Magistrate Judge Bongiovanni.<br>B. Moffitt | 0.4 | 144.00 |
| 12/13/06<br>14 | Conference call with adversary and Judge and follow up re issues.<br>A. Marchetta | 0.9 | 495.00 |
| 12/13/06<br>3 | Call with Magistrate Bongiovanni and preparation of e-mail to client re same.<br>B. Moffitt | 0.6 | 216.00 |
| 12/14/06<br>14 | Conference with B. Moffitt re follow up to conference with court.<br>A. Marchetta | 0.5 | 275.00 |
| 12/14/06<br>3 | Continued preparation of e-mail to client re conference call with Magistrate Bongiovanni.<br>B. Moffitt | 0.2 | 72.00 |
| 12/15/06<br>14 | Address URS memo and new MTBE site data; memo to URS with questions on site work; review URS reply memo on MTBE issues.<br>W. Hatfield | 0.5 | 182.50 |
| 12/15/06<br>3 | Review articl.<br>B. Moffitt | 0.2 | 72.00 |
| 12/18/06<br>3 | Review minute entry re: conference call with Magistrate Bongiovanni.<br>B. Moffitt | 0.1 | 36.00 |
| 12/18/06<br>14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues.<br>S. Parker | 0.4 | 54.00 |

17

| 12/19/06 | Telephone calls from client and follow up. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.6 | 330.00 |

| 12/19/06 | Review file; telephone calls; work with A. Marchetta and S. Parker re same. | | |
|---|---|---|---|
| 3 | B. Moffitt | 1.3 | 468.00 |

| 12/19/06 | Review e-mails re: ATSDR medical monitoring costs. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.2 | 72.00 |

| 12/19/06 | Reviewed file documents as requested by B. Moffitt re: compilation of information and worked with B. Moffitt re: same. | | |
|---|---|---|---|
| 14 | S. Parker | 0.7 | 94.50 |

| 12/20/06 | Follow up regarding information. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.8 | 440.00 |

| 12/20/06 | Review memo from URS on sampling results. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.4 | 146.00 |

| 12/20/06 | Follow up; telephone call; review summaries and confer with A. Marchetta. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.6 | 216.00 |

| 12/21/06 | Follow up re information. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.7 | 385.00 |

| 12/21/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
|---|---|---|---|
| 14 | S. Parker | 0.2 | 27.00 |

| 12/22/06 | Telephone call with AG's office re meeting dates; follow up re attendees and information for same. | | |
|---|---|---|---|
| 14 | A. Marchetta | 1.1 | 605.00 |

| 12/22/06 | Review URS memo on MTBE and BTEX data. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.2 | 73.00 |

| 12/22/06 | Telephone call with AG's office re settlement; preparation of e-mail to client; research re: Assistant A.G.'s that will attend settlement meeting; work with S. Parker re same. | | |
|---|---|---|---|
| 3 | B. Moffitt | 1.8 | 648.00 |

| 12/22/06 | Searched re: compilation of background information re: preparation of email to client for upcoming meeting with AGs office re: settlement offer, and worked with B. Moffitt re: same. | | |
|---|---|---|---|
| 14 | S. Parker | 0.9 | 121.50 |

1495689A01012407

| 12/26/06 | Telephone calls and follow up re settlement meeting and issues re same. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.6 | 330.00 |

| 12/26/06 | Work with A. Marchetta re proposed settlement meeting. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.2 | 72.00 |

| 12/27/06 | Conference with B. Moffitt and follow up re scheduling conference. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.4 | 220.00 |

| 12/27/06 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |
|---|---|---|---|
| 14 | S. Parker | 0.3 | 40.50 |

| 12/28/06 | Telephone call with client re settlement issues; follow up re same. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.3 | 165.00 |

| 12/28/06 | Work with A. Marchetta re proposed settlement meeting. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.2 | 72.00 |

| 12/29/06 | Follow up regarding telephone calls on meeting dates. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.5 | 275.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 7.5 | 550.00 | 4,125.00 |
| W. Hatfield | 14 | 1.1 | 365.00 | 401.50 |
| B. Moffitt | 3 | 5.9 | 360.00 | 2,124.00 |
| S. Parker | 14 | 3.3 | 135.00 | 445.50 |
| TOTAL | | 17.8 | | 7,096.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| 11/20/06 | Drafted fee application for October 2006. | | |
|---|---|---|---|
| 18 | K. Piper | 0.5 | 135.00 |

| 12/04/06 | Drafted fee application for October 2006. | | |
|---|---|---|---|
| 18 | K. Piper | 1.9 | 513.00 |

| 12/05/06 | Review and revise PH's October, 2006 Fee Application. | | |
|---|---|---|---|
| 18 | S. Zuber | 0.3 | 130.50 |

| 12/05/06 | Revise October 2006 fee application and attention to service of same. | | |
|---|---|---|---|
| 18 | K. Piper | 0.4 | 108.00 |

1495689A01012407

| 12/06/06 | Reviewed spreadsheets from fee auditor regarding fees and expenses for 21st interim period for accuracy. | | |
| 18 | K. Piper | 0.2 | 54.00 |
| | | | |
| 12/15/06 | Draft fee application for November 2006. | | |
| 18 | K. Piper | 1.3 | 351.00 |
| | | | |
| 12/18/06 | Review and revise PH's November, 2006 Fee Application. | | |
| 18 | S. Zuber | 0.3 | 130.50 |
| | | | |
| 12/20/06 | Receipt and review of order regarding deadlines for 2007 fee applications and docket same. | | |
| 18 | K. Piper | 0.2 | 54.00 |
| | | | |
| 12/28/06 | Revised fee application for November 2006 and attention to service of same. | | |
| 18 | K. Piper | 0.7 | 189.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 18 | 0.6 | 435.00 | 261.00 |
| K. Piper | 18 | 5.2 | 270.00 | 1,404.00 |
| TOTAL | | 5.8 | | 1,665.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| 12/01/06 | Draft correspondence to T. Soloway re scheduling conference with Referee. | | |
| 3 | B. Benjamin | 0.1 | 41.50 |
| | | | |
| 12/01/06 | Draft correspondence to C. Boubol and D. Rozenholc re scheduling conference with Referee. | | |
| 3 | B. Benjamin | 0.1 | 41.50 |
| | | | |
| 12/07/06 | Review/analysis D. Rozenholc correspondence to Referee re adjudication of dispute over Interrogatory responses. | | |
| 3 | B. Benjamin | 0.1 | 41.50 |
| | | | |
| 12/11/06 | Review E. Sherman correspondence re dispute with Tahari over interrogatories. | | |
| 3 | B. Benjamin | 0.1 | 41.50 |
| | | | |
| 12/20/06 | Draft correspondence to Referee requesting order re production of Tahari | | |

| | | | |
|---|---|---|---|
| | witnesses for deposition. | | |
| 3 | B. Benjamin | 0.3 | 124.50 |
| | | | |
| 12/20/06 | Review/analysis T. Soloway letter to Referee re setting discovery deadlines. | | |
| 3 | B. Benjamin | 0.1 | 41.50 |
| | | | |
| 12/20/06 | Review/analysis correspondence from Referee re decision on discovery dispute. | | |
| 3 | B. Benjamin | 0.1 | 41.50 |
| | | | |
| 12/21/06 | Review/analysis Boubel correspondence to Referee re legal argument over discovery dispute, deposition priority status, etc. | | |
| 3 | B. Benjamin | 0.1 | 41.50 |
| | | | |
| 12/21/06 | Review/analysis Referee Decision on Discovery dispute. | | |
| 3 | B. Benjamin | 0.2 | 83.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| B. Benjamin | 3 | 1.2 | 415.00 | 498.00 |
| TOTAL | | 1.2 | | 498.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| | | | |
|---|---|---|---|
| 12/01/06 | Review prior orders and opinion and prepare analysis of appellate decision and damages in memo for client; attorney fees issues | | |
| 14 | W. Hatfield | 7.7 | 2,810.50 |
| | | | |
| 12/01/06 | Work with B. Hatfield on case position paper for client. | | |
| 14 | R. Rose | 2.2 | 979.00 |
| | | | |
| 12/04/06 | Address summary of opinion and analysis on damages; attorneys fees and costs | | |
| 14 | W. Hatfield | 3.6 | 1,314.00 |
| | | | |
| 12/04/06 | Work with B. Hatfield on status letter to client. | | |
| 14 | R. Rose | 0.8 | 356.00 |
| | | | |
| 12/05/06 | Address fees and interest issues for damages | | |
| 14 | W. Hatfield | 0.6 | 219.00 |
| | | | |
| 12/06/06 | Review interest and fees issues; UST closure and cleanup costs; revise draft of opinion and damages analysis | | |

1495689A01012407

| | | | |
|---|---|---|---|
| 14 | W. Hatfield | 1.5 | 547.50 |

| | | | |
|---|---|---|---|
| 12/06/06 | Review case law on attorneys' fees and discuss same with B. Hatfield in connection with status letter to client; continue preparation of status letter to client. | | |
| 14 | R. Rose | 1.9 | 845.50 |

| | | | |
|---|---|---|---|
| 12/07/06 | Address case issues on appeal; evaluation of damages; court hearing on remand; revise memo to client with same. | | |
| 14 | W. Hatfield | 1.7 | 620.50 |

| | | | |
|---|---|---|---|
| 12/07/06 | Review and follow up regarding memo to client on decision. | | |
| 14 | A. Marchetta | 0.5 | 275.00 |

| | | | |
|---|---|---|---|
| 12/07/06 | Revise memo to client. | | |
| 14 | A. Marchetta | 0.4 | 220.00 |

| | | | |
|---|---|---|---|
| 12/07/06 | Review billings for attorneys' fees and discuss with B. Hatfield. | | |
| 14 | R. Rose | 0.7 | 311.50 |

| | | | |
|---|---|---|---|
| 12/08/06 | Address final revisions to memo on Grace appeal decision; memo to client on same | | |
| 14 | W. Hatfield | 0.9 | 328.50 |

| | | | |
|---|---|---|---|
| 12/08/06 | Final review and edit of status letter to client. | | |
| 14 | R. Rose | 0.5 | 222.50 |

| | | | |
|---|---|---|---|
| 12/11/06 | Follow up regarding information to client. | | |
| 14 | A. Marchetta | 0.1 | 55.00 |

| | | | |
|---|---|---|---|
| 12/12/06 | Address app. div. decision issues | | |
| 14 | W. Hatfield | 0.2 | 73.00 |

| | | | |
|---|---|---|---|
| 12/13/06 | Address case issues and strategy; settlement options | | |
| 14 | W. Hatfield | 0.8 | 292.00 |

| | | | |
|---|---|---|---|
| 12/14/06 | Discuss settlement strategy with B. Hatfield following call from Shell counsel. | | |
| 14 | R. Rose | 0.3 | 133.50 |

| | | | |
|---|---|---|---|
| 12/14/06 | Follow up re issues in case and call from adversary for settlement discussions; review strategy issues and follow up with R. Rose and W. Hatfield. | | |
| 14 | A. Marchetta | 0.4 | 220.00 |

| | | | |
|---|---|---|---|
| 12/14/06 | Address Shell request for settlement demand; call with clients on matter; | | |

1495689A01012407

| | | | |
|---|---|---|---|
| | memo to clients on matter confirming settlement demand to Shell, Sunoco and Richards/Sunrich. | | |
| 14 | W. Hatfield | 1.7 | 620.50 |
| 12/14/06 | Telephone message to Shell counsel concerning scheduling meeting. | | |
| 14 | R. Rose | 0.4 | 178.00 |
| 12/14/06 | Conference call with R. Senftleben and M. Obradovic concerning same and confirm settlement authority. | | |
| 14 | R. Rose | 0.7 | 311.50 |
| 12/15/06 | Telephone from Shell counsel concerning Grace settlement position and discuss scheduling of settlement meeting. | | |
| 14 | R. Rose | 0.3 | 133.50 |
| 12/15/06 | Address settlement issues and strategy | | |
| 14 | W. Hatfield | 0.5 | 182.50 |
| 12/15/06 | Telephone from Shell counsel confirming settlement meeting in NYC. | | |
| 14 | R. Rose | 0.2 | 89.00 |
| 12/15/06 | Discuss with B. Hatfield. | | |
| 14 | R. Rose | 0.2 | 89.00 |
| 12/16/06 | E-mail to client concerning settlement meeting with oil companies and request for settlement authority. | | |
| 14 | R. Rose | 0.5 | 222.50 |
| 12/17/06 | Review Appeal briefs; Order of Final Judgment; and Offer of Judgment Rule in preparation for settlement conference. | | |
| 14 | R. Rose | 2.5 | 1,112.50 |
| 12/18/06 | Follow up with R. Rose and B. Hatfield, and telephone call with client re strategy on settlement. | | |
| 14 | A. Marchetta | 0.5 | 275.00 |
| 12/18/06 | Discuss preparation for settlement meeting; telephone M. Obradovic concerning same; confirm call with R. Senftleben, B. Hatfield and T. Marchetta concerning approval of settlement range; travel to Shell's counsel's office in New York and attend meeting; return to office; review Notice of Petition for Certification filed by Sunoco; review status memo from B. Hatfield. | | |
| 14 | R. Rose | 5.4 | 2,403.00 |
| 12/18/06 | Prepare for and attend call with client on settlement issues and strategy; attend conference with Shell and Sunoco in NYC on appeal and settlement | | |

23

| | | | |
|---|---|---|---|
| | prior to remand; memo to clients on same | | |
| 14 | W. Hatfield | 5.7 | 2,080.50 |
| 12/19/06 | Research and memos on UST removal and out-of-scope costs. | | |
| 14 | W. Hatfield | 0.7 | 255.50 |
| 12/19/06 | Memos on Honeywell/chrome issues | | |
| 14 | W. Hatfield | 0.2 | 73.00 |
| 12/19/06 | Review Shell notice to court | | |
| 14 | W. Hatfield | 0.1 | 36.50 |
| 12/19/06 | Follow up regarding settlement. | | |
| 14 | A. Marchetta | 0.3 | 165.00 |
| 12/19/06 | Call from Shell counsel concerning settlement position and cleanup costs awarded in Interfaith Community case; review Interfaith opinion; prepare and forward memo to client concerning same. | | |
| 14 | R. Rose | 1.4 | 623.00 |
| 12/20/06 | Review e-mail from client concerning recovery of soil disposal costs in Interfaith litigation  review Interfaith decision and prepare e-mail to Shell counsel concerning damages in that case; telephone from Shell counsel concerning petroleum-related damages in Interfaith case; e-mail to client concerning same; telephone Washington counsel concerning same; e-mail to Shell counsel with explanation of damages in Interfaith case; review petition for certification filed by Weja & W. Teich and forward same to client. | | |
| 14 | R. Rose | 2.2 | 979.00 |
| 12/20/06 | Conference with client and R. Rose re settlement issues; review re strategy. | | |
| 14 | A. Marchetta | 0.7 | 385.00 |
| 12/20/06 | Memo on costs for UST closure/registration | | |
| 14 | W. Hatfield | 0.2 | 73.00 |
| 12/20/06 | Memos on costs for chromium and Honeywell issues | | |
| 14 | W. Hatfield | 0.2 | 73.00 |
| 12/20/06 | Memos on cleanup status inquiry | | |
| 14 | W. Hatfield | 0.2 | 73.00 |
| 12/21/06 | Confer R. Rose re status of NJ Supreme Court petitions, timing of briefing. | | |
| 3 | E. Sher | 0.2 | 90.00 |
| 12/28/06 | Review correspondence | | |

1495689A01012407

| 14 | W. Hatfield | | | 0.1 | 36.50 |

| 12/29/06 | Address defendant Notice of Cert. to Sup. Court for review and Sup. Ct correspondence on briefing | | | | |
| 14 | W. Hatfield | | | 0.4 | 146.00 |

| 12/29/06 | Review Shell brief for Cert. | | | | |
| 14 | W. Hatfield | | | 2.6 | 949.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|------------|-----------|-------|------|-----|
| R. Rose | 14 | 20.2 | 445.00 | 8,989.00 |
| E. Sher | 3 | 0.2 | 450.00 | 90.00 |
| A. Marchetta | 14 | 2.9 | 550.00 | 1,595.00 |
| W. Hatfield | 14 | 29.6 | 365.00 | 10,804.00 |
| TOTAL | | 52.9 | | 21,478.00 |

1495689A01012407