# EXHIBIT C

# EXHIBIT C

## EXPENSES FOR THE FEE PERIOD
## OCTOBER 1, 2006 THROUGH DECEMBER 31, 2006[3]

## EXPENSES FOR THE FEE PERIOD
## OCTOBER 1, 2006 THROUGH OCTOBER 31, 2006

No expenses for this Fee Period

## EXPENSES FOR THE FEE PERIOD
## NOVEMBER 1, 2006 THROUGH NOVEMBER 30, 2006

Engagement Costs – NJDEP v. WR Grace, et al.

| Date | Description | Amount |
|---|---|---|
| 06/05/06 | Paid Document Management Tech #10501 S#8535 | 611.20 |
| 08/30/06 | Paid Document Management Tech #10501 S#8535 | 437.36 |
| | Matter Total Engagement Cost | 1,048.56 |

## EXPENSES FOR THE FEE PERIOD
## DECEMBER 1, 2006 THROUGH DECEMBER 31, 2006

Engagement Costs - NJDEP v. W.R. Grace et al.

| Date | Description | Amount |
|---|---|---|
| 10/10/06 | PD GENESYS CONFERENCING FOR SERVICES RENDERED; MS; CK# 292672 | 17.39 |
| 12/07/06 | PD GENESYS CONFERENCING FOR SERVICES RENDERED; MS; CK# 292672 | 117.31 |
| | Computer Assisted Research | 66.34 |
| | Matter Total Engagement Cost | 201.04 |

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---|
| | Computer Assisted Research | 16.65 |
| | Matter Total Engagement Cost | 16.65 |

Engagement Costs – Tahari, Ltd.

---

[3] Certain of these expenses are set forth in greater detail in the previously filed monthly fee applications.

26

1495689A01012407

| | | |
|---|---|---|
| 07/11/06 | Pd travel expenses; CK # 292808 | 8.00 |
| | Matter Total Engagement Cost | 8.00 |

Engagement Costs – Weja, Inc.

| | | |
|---|---|---|
| 12/18/06 | PD TRAVEL EXPENSE; RGR; CK# 292702 | 30.00 |
| | Matter Total Engagement Cost | 30.00 |