# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al., ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |

### Affidavit of Yvette Knopp

YVETTE KNOPP, first being duly sworn, deposes on his oath and states as follows:

1. I am Yvette Knopp. My business address is 1330 E. Franklin Avenue, El Segundo, CA 90245. I am the Noticing Manager for the BMC Group. I am executing this affidavit on behalf of W.R. Grace in the bankruptcy proceeding styled *In re W.R. Grace & Co. et al.*, Case No. 01-01139 (JKF). I have personal knowledge of all statements made in this affidavit. I would be willing to testify at trial and under oath as to all statements contained in this affidavit.

2. On December 28, 2006, BMC served copies of the December 28, 2006 letter from Barbara Harding regarding the December 22nd x-ray order to 127 different law firms. Attached to the letter was an "attachment A," which differed for each firm and listed all of the law firm's claimants whom Grace, according to the text of the letter, believed were subject to the December 22nd x-ray order. There were a total of 5,439 claimants listed in the attachment A's sent to the 127 law firms.

_Yvette Knopp_

SUBSCRIBED AND SWORN to me before this 30 day of January, 2007.



JAMES H. MYERS
Commission # 1589628
Notary Public - California
Los Angeles County
My Comm. Expires Jul 19, 2009