# EXHIBIT 2

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Barbara Mack Harding
To Call Writer Directly:
202 879-5081
bharding@kirkland.com

202 879-5000

www.kirkland.com

Facsimile:
202 879-5200
Dir. Fax: 202 879-5200

December 28, 2006

**VIA FEDERAL EXPRESS**

Re:  *In re W.R. Grace & Co.*, Case No. 01-01139 (JKF)

Dear Counsel:

You are receiving this letter because you represent clients with pre-petition asbestos personal injury claims against W.R. Grace & Co. ("Grace"). Pursuant to a recent order issued by U.S. Bankruptcy Judge K. Fitzgerald in the above referenced matter, all claimants alleging a non-mesothelioma malignancy who attribute their malignancy to exposure to asbestos and offer x-ray evidence in support of this allegation, are required to send copies of their chest x-rays to Rust Consulting by January 30, 2007. Attached is a list of your clients who, based on a review of the responses to the W.R. Grace Personal Injury Questionnaire ("Questionnaire"), are alleging a non-mesothelioma malignancy and have indicated that they have x-ray evidence that the cancer is attributable to asbestos ("Attachment A"). In addition, please find a copy of the Court's December 22, 2006 Order, which specifies your clients' obligations with respect to producing copies of their chest x-rays ("Order").

This letter and attached list constitute Grace's best efforts to notify all Claimants represented by you of their obligations with respect to the Court's December 22, 2006 Order. Order at ¶ 6. Grace identified the Claimants in Attachment A based on responses to certain questions and requests contained in the Questionnaires received by Rust Consulting as of December 1, 2006. Specifically, in compiling the list in Attachment A, Grace included all individuals who submitted Questionnaires listing you as an attorney and falling into any of the following categories:

- Any Claimant who made a claim for an asbestos related condition identified in Part II(1)(b), (1)(c), or (1)(f) of the Questionnaire and who indicated in Part II(1)(b), (1)(c), (1)(d), (1)(e) or (1)(f) of the Questionnaire that x-ray evidence would be offered in support of this claim;

- Any Claimant alleging a non-mesothelioma malignancy who provided information in Part II (3) or (4) of the Questionnaire;

## KIRKLAND & ELLIS LLP

December 28, 2006
Page 2

- Any Claimant alleging a non-mesothelioma malignancy who failed to complete Part II (3) or (4) of the Questionnaire and instead responded "see attached;" or

- Any Claimant alleging a non-mesothelioma malignancy who, in Part IX of the Questionnaire, checked the box for "x-ray" or "x-ray reports/interpretations."

If upon review of the attached list of Claimants, you determine that you represent an individual who is "alleging an asbestos-related cancer other than mesothelioma who, in a current Questionnaire response (or in a Questionnaire response filed on or before January 12, 2007) has produced, or alleged or indicated that he has x-ray evidence that the cancer is attributable to asbestos exposure," but is not included in the attached list of Claimants, such Claimant is not "excused from any obligations" set out in the Court's December 22, 2006 Order." Order at ¶¶ 1, 6.

If you have any questions or concerns regarding the list of Claimants in Attachment A, or your or your clients' obligations under the Order, please contact Nathan Finch of the Personal Injury Committee, who is copied to this letter, or me. Mr. Finch can be reached in the following manner: Nathan D. Finch, Caplin & Drysdale, One Thomas Circle, NW, 27th Floor, Washington, DC 20005, Tel: (202) 862-5088. On behalf of Grace, I can be reached at (202) 652-3720 or at the above listed address.

Sincerely,

Barbara Harding /SAR

Barbara Mack Harding
*Counsel to W.R. Grace & Co.*

BMH:sar

Enclosures

cc:   Nathan D. Finch, Esq. (w/encls.)