# EXHIBIT 4

# Correspondence Appendix II

| Date Debtor Contacted Firm | Law Firm |
|---|---|
| 01/12/2007 | The Lanier Firm |
| 01/17/2007 | Baron & Budd |
| 01/17/2007 | Campbell Cherry Harrison Davis Dove |
| 01/17/2007 | Law Offices of Peter G. Angelos |
| 01/18/2007 | Baldwin & Baldwin |
| 01/18/2007 | Bevan & Associates |
| 01/18/2007 | Climaco, Climaco, Lefkowitz & Garofoli, Co. |
| 01/18/2007 | Crowley Douglas & Norman |
| 01/18/2007 | David T. Cobb |
| 01/18/2007 | Doran & Murphy |
| 01/18/2007 | Ferraro & Associates LLP |
| 01/18/2007 | G. Patteson Keahey |
| 01/18/2007 | Hartley O'Brien |
| 01/18/2007 | Humphrey. Farrington & McClain |
| 01/18/2007 | Jeffrey A. Varas |
| 01/18/2007 | Kelley & Ferraro |
| 01/18/2007 | LeBlanc & Waddell |
| 01/18/2007 | Levinson Axelrod |
| 01/18/2007 | Locks Law Firm |
| 01/18/2007 | Martin & Jones |

| | |
|---|---|
| 01/18/2007 | McGarvey, Heberling, Sullivan & McGarvey |
| 01/18/2007 | Motley Rice LLC |
| 01/18/2007 | Michael H. Doran |
| 01/18/2007 | Michie Hamlet Lowry Rasmussen & Tweel |
| 01/18/2007 | Rose, Klein & Marias |
| 01/18/2007 | Scott and Scott, LTD. |
| 01/18/2007 | Sieben Polk LaVerdiere & Dusich |
| 01/18/2007 | Silber Pearlman |
| 01/18/2007 | Tayllor & Cire |
| 01/18/2007 | The Bogdan Law Firm |
| 01/18/2007 | The Ferraro Law Firm |
| 01/18/2007 | The Parron Firm |
| 01/18/2007 | The Sutter Law Firm |
| 01/18/2007 | Ward Black Law |
| 01/18/2007 | Wilentz, Goldman & Spitzer |
| 01/18/2007 | Zamler, Mellen & Shiffman |

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Brian T. Stansbury
To Call Writer Directly:
(202) 879-5969
bstansbury@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200
Dir. Fax: (202) 879-5200

January 12, 2007

**VIA FEDERAL EXPRESS**

W. Mark Lanier, Esq.
The Lanier Law Firm, P.C.
681 FM 1960 West
Houston, TX 77069

Re:    *In Re W.R. Grace & Co.*, Case No. 01-01139 (JKF)

Dear Mark:

I am in receipt of your January 9, 2007 signed statement certifying that your firm will not be able to make the certification required by the December 22, 2006 order issued by U.S. Bankruptcy Judge Judith K. Fitzgerald in the above referenced matter. Pursuant to paragraph three of that December 22, 2006 order, Grace hereby requests that each of your clients subject to this order "make his or her original x-ray available for inspection at [your] office within thirty (30 days) days . . . ." Order at ¶ 3.

Please be advised, as Grace articulated in its November 17, 2006 notice regarding the production of x-rays, the x-rays will be reviewed by three or more B-readers. Consistent with the ILO Guidelines, the reviewing B-readers shall review the x-rays independently of one another. Accordingly, this will be an on-going review that will continue day-to-day in a manner that will accommodate each reviewing physician's need to come and go to attend to necessary patient care. Your firm will receive 24-hour written notice prior to the arrival of a B-reader that will include the B-reader's name, and the names of any others assisting the B-reader. Given the ILO's preference for "blind" x-ray reads, it is imperative that nobody from your office communicate directly with the B-readers during the review.

For your convenience, I have enclosed the December 28, 2006 letter with the attachment that lists your clients who we believe are subject to this order. As detailed in the letter, this list is based on a review of your clients' responses to the Questionnaire. You may have other clients alleging that they have a malignancy caused by asbestos exposure who are not listed in the attachment to the December 28, 2006 letter but are nonetheless required to produce x-rays pursuant to the December 22, 2006 order. Prior to February 1, 2007, please provide a list of individuals whose original x-rays will be made available in this production.

Chicago        Hong Kong        London        Los Angeles        Munich        New York        San Francisco

## KIRKLAND & ELLIS LLP

W. Mark Lanier, Esq.
January 12, 2007
Page 2

If you have any questions or concerns, please do not hesitate to contact me at the number listed above.

Sincerely,

Brian T. Stansbury

BTS

cc: Patrick N. Haines
    David A. Dixon

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Brian T. Stansbury
To Call Writer Directly:
(202) 879-5969
bstansbury@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200
Dir. Fax: (202) 879-5200

January 17, 2007

**VIA FEDERAL EXPRESS**

Natalie Duncan
Baron & Budd
3102 Oak Lawn Ave.
Dallas, TX 75219-4281

Re:   *In Re W.R. Grace & Co.,* Case No. 01-01139 (JKF)

Dear Natalie:

I am in receipt of your January 11, 2007 letter certifying that your firm will not be able to make the certification required by the December 22, 2006 Order issued by U.S. Bankruptcy Judge Judith K. Fitzgerald in the above referenced matter. Pursuant to paragraph three of that Order, Grace hereby requests that each of your clients subject to the Order "make his or her original x-ray available for inspection at [your] office within thirty (30 days) days . . . ." Order at ¶ 3.

Please be advised, as Grace articulated in its November 17, 2006 notice regarding the production of x-rays, the x-rays will be reviewed by three or more B-readers. Given the volume of x-rays to be reviewed, it will likely take several days before this review will be complete. Accordingly, we will contact you to arrange a time to review the x-rays pursuant to the Court's Order.

For your convenience, I have enclosed the December 28, 2006 letter with the attachment that lists your clients who Grace believes are subject to the Court's December 22nd Order. As detailed in the letter, this list is based on a review of your clients' responses to the Questionnaire as of December 1, 2006. You may have other clients alleging that they have x-ray evidence supporting their allegation that their malignancy is attributable to exposure to asbestos who may not be listed in the December 28, 2006 letter but are nonetheless required to produce x-rays pursuant to the December 22, 2006 Order. See Order at ¶ 6.

If you have any questions or concerns, please do not hesitate to contact me at the number listed above.

Chicago      Hong Kong      London      Los Angeles      Munich      New York      San Francisco

## KIRKLAND & ELLIS LLP

Natalie Duncan
January 17, 2007
Page 2

Sincerely,

Brian T. Stansbury

BTS

Enclosure

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Brian T. Stansbury
To Call Writer Directly:
(202) 879-5969
bstansbury@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200
Dir. Fax: (202) 879-5200

January 18, 2007

**VIA FEDERAL EXPRESS**

Sheila J. Hendricks
Campbell Cherry Harrison Davis Dove
5 Ritchie Road
Waco, TX 76712

Re:     *In Re W.R. Grace & Co.*, Case No. 01-01139 ( JKF)

Dear Sheila:

I am in receipt of your January 10, 2007 letter certifying that your firm will not be able to make the certification required by the December 22, 2006 Order issued by U.S. Bankruptcy Judge Judith K. Fitzgerald in the above referenced matter. Pursuant to paragraph three of that Order, Grace hereby requests that each of your clients subject to the Order "make his or her original x-ray available for inspection at [your] office within thirty (30 days) days . . . ." Order at ¶ 3.

Please be advised, as Grace articulated in its November 17, 2006 notice regarding the production of x-rays, the x-rays will be reviewed by three or more B-readers. Given the volume of x-rays to be reviewed, it will likely take several days before this review will be complete. Accordingly, we will contact you to arrange a time to review the x-rays pursuant to the Court's Order.

For your convenience, I have enclosed the December 28, 2006 letter with the attachment that lists your clients who Grace believes are subject to the Court's December 22nd Order. As detailed in the letter, this list is based on a review of your clients' responses to the Questionnaire as of December 1, 2006. You may have other clients alleging that they have x-ray evidence supporting their allegation that their malignancy is attributable to exposure to asbestos who may not be listed in the December 28, 2006 letter but are nonetheless required to produce x-rays pursuant to the December 22, 2006 Order. See Order at ¶ 6.

If you have any questions or concerns, please do not hesitate to contact me at the number listed above or on my cell phone at (703) 477-7558.

Chicago        Hong Kong        London        Los Angeles        Munich        New York        San Francisco

## KIRKLAND & ELLIS LLP

Sheila J. Hendricks
January 18, 2007
Page 2

Sincerely,

Brian T. Stansbury

BTS

Enclosure

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Brian T. Stansbury
To Call Writer Directly:
(202) 879-5969
bstansbury@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200
Dir. Fax: (202) 879-5200

January 17, 2007

**VIA FEDERAL EXPRESS**

Paul M. Matheny
Law Offices of Peter G. Angelos
One Charles Center
100 N. Charles Street
Baltimore, MD 21201-3804

Re:   *In Re W.R. Grace & Co.*, Case No. 01-01139 (JKF)

Dear Paul:

I am in receipt of your January 12, 2007 letter certifying that your firm will not be able to make the certification required by the December 22, 2006 Order issued by U.S. Bankruptcy Judge Judith K. Fitzgerald in the above referenced matter.  Pursuant to paragraph three of that Order, Grace hereby requests that each of your clients subject to the Order "make his or her original x-ray available for inspection at [your] office within thirty (30) days days . . . ."  Order at ¶ 3.

Please be advised, as Grace articulated in its November 17, 2006 notice regarding the production of x-rays, the x-rays will be reviewed by three or more B-readers.  Given the volume of x-rays to be reviewed, it will likely take several days before this review will be complete.  Accordingly, we will contact you to arrange a time to review the x-rays pursuant to the Court's Order.

For your convenience, I have enclosed the December 28, 2006 letter with the attachment that lists your clients who Grace believes are subject to the Court's December 22nd Order.  As detailed in the letter, this list is based on a review of your clients' responses to the Questionnaire as of December 1, 2006.  You may have other clients alleging that they have x-ray evidence supporting their allegation that their malignancy is attributable to exposure to asbestos who may not be listed in the December 28, 2006 letter but are nonetheless required to produce x-rays pursuant to the December 22, 2006 Order.  See Order at ¶ 6.

If you have any questions or concerns, please do not hesitate to contact me at the number listed above.

Chicago      Hong Kong      London      Los Angeles      Munich      New York      San Francisco

## KIRKLAND & ELLIS LLP

Paul M. Matheny
January 17, 2007
Page 2

Sincerely,

Brian T. Stansbury

BTS

Enclosure

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Brian T. Stansbury
To Call Writer Directly:
(202) 879-5969
bstansbury@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

Dir. Fax: (202) 879-5200

January 18, 2007

**VIA FEDERAL EXPRESS**

Scott Baldwin, Jr.
Baldwin & Baldwin
400 West Houston Street
Marshall, Texas 75670

Re:    *In Re W.R. Grace & Co.,* Case No. 01-01139 (JKF)

Dear Scott:

I am in receipt of your January 10, 2007 letter certifying that your firm will not be able to make the certification required by the December 22, 2006 Order issued by U.S. Bankruptcy Judge Judith K. Fitzgerald in the above referenced matter. Pursuant to paragraph three of that Order, Grace hereby requests that each of your clients subject to the Order "make his or her original x-ray available for inspection at [your] office within thirty (30 days) days . . . ." Order at ¶ 3.

Please be advised, as Grace articulated in its November 17, 2006 notice regarding the production of x-rays, the x-rays will be reviewed by three or more B-readers. Given the volume of x-rays to be reviewed, it will likely take several days before this review will be complete. Accordingly, we will contact you to arrange a time to review the x-rays pursuant to the Court's Order.

For your convenience, I have enclosed the December 28, 2006 letter with the attachment that lists your clients who Grace believes are subject to the Court's December 22nd Order. As detailed in the letter, this list is based on a review of your clients' responses to the Questionnaire as of December 1, 2006. You may have other clients alleging that they have x-ray evidence supporting their allegation that their malignancy is attributable to exposure to asbestos who may not be listed in the December 28, 2006 letter but are nonetheless required to produce x-rays pursuant to the December 22, 2006 Order. See Order at ¶ 6.

If you have any questions or concerns, please do not hesitate to contact me at the number listed above or on my cell phone at (703) 477-7558.

Chicago        Hong Kong        London        Los Angeles        Munich        New York        San Francisco

## KIRKLAND & ELLIS LLP

Scott Baldwin, Jr.
January 18, 2007
Page 2

Sincerely,

Brian T. Stansbury

BTS

Enclosure

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Brian T. Stansbury
To Call Writer Directly:
(202) 879-5969
bstansbury@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200
Dir. Fax: (202) 879-5200

January 18, 2007

**VIA FEDERAL EXPRESS**

Thomas W. Bevan
Bevan & Associates LPA, INC.
Bevan Professional Building
10360 Northfield Road
Northfield, Ohio 44067

Re:    *In Re W.R. Grace & Co.,* Case No. 01-01139 (JKF)

Dear Thomas:

I am in receipt of your January 12, 2007 letter certifying that your firm will not be able to make the certification required by the December 22, 2006 Order issued by U.S. Bankruptcy Judge Judith K. Fitzgerald in the above referenced matter. Pursuant to paragraph three of that Order, Grace hereby requests that each of your clients subject to the Order "make his or her original x-ray available for inspection at [your] office within thirty (30 days) days . . . ." Order at ¶ 3.

Please be advised, as Grace articulated in its November 17, 2006 notice regarding the production of x-rays, the x-rays will be reviewed by three or more B-readers. Given the volume of x-rays to be reviewed, it will likely take several days before this review will be complete. Accordingly, we will contact you to arrange a time to review the x-rays pursuant to the Court's Order.

For your convenience, I have enclosed the December 28, 2006 letter with the attachment that lists your clients who Grace believes are subject to the Court's December 22nd Order. As detailed in the letter, this list is based on a review of your clients' responses to the Questionnaire as of December 1, 2006. You may have other clients alleging that they have x-ray evidence supporting their allegation that their malignancy is attributable to exposure to asbestos who may not be listed in the December 28, 2006 letter but are nonetheless required to produce x-rays pursuant to the December 22, 2006 Order. See Order at ¶ 6.

If you have any questions or concerns, please do not hesitate to contact me at the number listed above or on my cell phone at (703) 477-7558.

Chicago        Hong Kong        London        Los Angeles        Munich        New York        San Francisco

## KIRKLAND & ELLIS LLP

Thomas W. Bevan
January 18, 2007
Page 2

Sincerely,

Brian T. Stansbury

BTS

Enclosure

# KIRKLAND & ELLIS LLP

#### AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Brian T. Stansbury
To Call Writer Directly:
(202) 879-5969
bstansbury@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200
Dir. Fax: (202) 879-5200

January 18, 2007

## VIA FEDERAL EXPRESS

Thomas W. Wilson
Kelley & Ferarro LLP
2200 Key Tower
127 Public Square
Cleveland, OH 44114

      Re:    *In Re W.R. Grace & Co.*, Case No. 01-01139 (JKF)

Dear Thomas:

I am in receipt of your January 11, 2007 letter certifying that your firm will not be able to make the certification required by the December 22, 2006 Order issued by U.S. Bankruptcy Judge Judith K. Fitzgerald in the above referenced matter.  Pursuant to paragraph three of that Order, Grace hereby requests that each of your clients subject to the Order "make his or her original x-ray available for inspection at [your] office within thirty (30 days) days . . . ."  Order at ¶ 3. Additionally, in your January 11, 2007 certification, you indicated that you were making this certification on behalf of additional firms.  Such firms are receiving courtesy copies of this letter and should also be prepared to produce original x-rays at their offices or your office pursuant to paragraph three of the December 22, 2006 Order.

Please be advised, as Grace articulated in its November 17, 2006 notice regarding the production of x-rays, the x-rays will be reviewed by three or more B-readers.  Given the volume of x-rays to be reviewed, it will likely take several days before this review will be complete.  Accordingly, we will contact you to arrange a time to review the x-rays pursuant to the Court's Order.

For your convenience, I have enclosed the December 28, 2006 letter with the attachment that lists your clients who Grace believes are subject to the Court's December 22nd Order.  As detailed in the letter, this list is based on a review of your clients' responses to the Questionnaire as of December 1, 2006.  You may have other clients alleging that they have x-ray evidence supporting their allegation that their malignancy is attributable to exposure to asbestos who may not be listed in the December 28, 2006 letter but are nonetheless required to produce x-rays pursuant to the December 22, 2006 Order.  See Order at ¶ 6.

If you have any questions or concerns, please do not hesitate to contact me at the number listed above or on my cell phone at (703) 477-7558.

Chicago     Hong Kong     London     Los Angeles     Munich     New York     San Francisco

## KIRKLAND & ELLIS LLP

Thomas W. Wilson
January 18, 2007
Page 2

Sincerely,

Brian T. Stansbury

BTS

Enclosure

Cc: Climaco, Climaco, Lefkowitz, & Garofoli, Co., L.P.A.
    Michael H. Doran and Associates, PC
    Doran & Murphy, LLP
    Kelley & Ferraro, LLP
    Ferraro & Associates, PA
    David T. Cobb
    Tayllor & Cire

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Brian T. Stansbury
To Call Writer Directly:
(202) 879-5969
bstansbury@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200 ·
Dir. Fax: (202) 879-5200

January 18, 2007

**VIA FEDERAL EXPRESS**

Glenn M. Douglas
Crowley Douglas & Norman, LLP
1301 McKinney Street
Suite 3500
Houston, Texas 77010

Re:    *In Re W.R. Grace & Co.*, Case No., 01-01139 (JKF)

Dear Glenn:

I am in receipt of your January 11, 2007 letter certifying that your firm will not be able to make the certification required by the December 22, 2006 Order issued by U.S. Bankruptcy Judge Judith K. Fitzgerald in the above referenced matter.  Pursuant to paragraph three of that Order, Grace hereby requests that each of your clients subject to the Order "make his or her original x-ray available for inspection at [your] office within thirty (30) days) days . . . ." Order at ¶ 3.

Please be advised, as Grace articulated in its November 17, 2006 notice regarding the production of x-rays, the x-rays will be reviewed by three or more B-readers.  Given the volume of x-rays to be reviewed, it will likely take several days before this review will be complete.  Accordingly, we will contact you to arrange a time to review the x-rays pursuant to the Court's Order.

For your convenience, I have enclosed the December 28, 2006 letter with the attachment that lists your clients who Grace believes are subject to the Court's December 22nd Order.  As detailed in the letter, this list is based on a review of your clients' responses to the Questionnaire as of December 1, 2006.  You may have other clients alleging that they have x-ray evidence supporting their allegation that their malignancy is attributable to exposure to asbestos who may not be listed in the December 28, 2006 letter but are nonetheless required to produce x-rays pursuant to the December 22, 2006 Order.  See Order at ¶ 6.

If you have any questions or concerns, please do not hesitate to contact me at the number listed above or on my cell phone at (703) 477-7558.

Chicago        Hong Kong        London        Los Angeles        Munich        New York        San Francisco

## KIRKLAND & ELLIS LLP

Glenn M. Douglas
January 18, 2007
Page 2

Sincerely,

Brian T. Stansbury

BTS

Enclosure

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Brian T. Stansbury
To Call Writer Directly:
(202) 879-5969
bstansbury@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200
Dir. Fax: (202) 879-5200

January 18, 2007

## VIA FEDERAL EXPRESS

John E. Herrick
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

Re:    *In Re W.R. Grace & Co.,* Case No. 01-01139 (JKF)

Dear John:

I am in receipt of your January 16, 2007 letter certifying that your firm will not be able to make the certification required by the December 22, 2006 Order issued by U.S. Bankruptcy Judge Judith K. Fitzgerald in the above referenced matter. Pursuant to paragraph three of that Order, Grace hereby requests that each of your clients subject to the Order "make his or her original x-ray available for inspection at [your] office within thirty (30 days) days . . . ." Order at ¶ 3.

Please be advised, as Grace articulated in its November 17, 2006 notice regarding the production of x-rays, the x-rays will be reviewed by three or more B-readers, and it will likely take several days before this review will be complete. Accordingly, we will contact you to arrange a time to review the x-rays pursuant to the Court's Order. In the meantime, please provide us with a list of claimants whose x-rays you intend to make available.

If you have any questions or concerns, please do not hesitate to contact me at the number listed above or on my cell phone at (703) 477-7558.

Sincerely,

Brian T. Stansbury

Chicago        Hong Kong        London        Los Angeles        Munich        New York        San Francisco

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Brian T. Stansbury
To Call Writer Directly:
(202) 879-5969
bstansbury@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200
Dir. Fax: (202) 879-5200

January 18, 2007

**VIA FEDERAL EXPRESS**

Thomas W. Wilson
Kelley & Ferarro LLP
2200 Key Tower
127 Public Square
Cleveland, OH 44114

Re:  *In Re W.R. Grace & Co.*, Case No. 01-01139 (JKF)

Dear Thomas:

I am in receipt of your January 11, 2007 letter certifying that your firm will not be able to make the certification required by the December 22, 2006 Order issued by U.S. Bankruptcy Judge Judith K. Fitzgerald in the above referenced matter. Pursuant to paragraph three of that Order, Grace hereby requests that each of your clients subject to the Order "make his or her original x-ray available for inspection at [your] office within thirty (30 days . . . ." Order at ¶ 3. Additionally, in your January 11, 2007 certification, you indicated that you were making this certification on behalf of additional firms. Such firms are receiving courtesy copies of this letter and should also be prepared to produce original x-rays at their offices or your office pursuant to paragraph three of the December 22, 2006 Order.

Please be advised, as Grace articulated in its November 17, 2006 notice regarding the production of x-rays, the x-rays will be reviewed by three or more B-readers. Given the volume of x-rays to be reviewed, it will likely take several days before this review will be complete. Accordingly, we will contact you to arrange a time to review the x-rays pursuant to the Court's Order.

For your convenience, I have enclosed the December 28, 2006 letter with the attachment that lists your clients who Grace believes are subject to the Court's December 22nd Order. As detailed in the letter, this list is based on a review of your clients' responses to the Questionnaire as of December 1, 2006. You may have other clients alleging that they have x-ray evidence supporting their allegation that their malignancy is attributable to exposure to asbestos who may not be listed in the December 28, 2006 letter but are nonetheless required to produce x-rays pursuant to the December 22, 2006 Order. See Order at ¶ 6.

If you have any questions or concerns, please do not hesitate to contact me at the number listed above or on my cell phone at (703) 477-7558.

Chicago        Hong Kong        London        Los Angeles        Munich        New York        San Francisco

KIRKLAND & ELLIS LLP

Thomas W. Wilson
January 18, 2007
Page 2

Sincerely,

Brian T. Stansbury

BTS

Enclosure

Cc: Climaco, Climaco, Lefkowitz, & Garofoli, Co., L.P.A.
    Michael H. Doran and Associates, PC
    Doran & Murphy, LLP
    Kelley & Ferraro, LLP
    Ferraro & Associates, PA
    David T. Cobb
    Tayllor & Cire

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Brian T. Stansbury
To Call Writer Directly:
(202) 879-5969
bstansbury@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200
Dir. Fax: (202) 879-5200

January 18, 2007

**VIA FEDERAL EXPRESS**

Thomas W. Wilson
Kelley & Ferarro LLP
2200 Key Tower
127 Public Square
Cleveland, OH 44114

Re:    *In Re W.R. Grace & Co.,* Case No. 01-01139 (JKF)

Dear Thomas:

I am in receipt of your January 11, 2007 letter certifying that your firm will not be able to make the certification required by the December 22, 2006 Order issued by U.S. Bankruptcy Judge Judith K. Fitzgerald in the above referenced matter. Pursuant to paragraph three of that Order, Grace hereby requests that each of your clients subject to the Order "make his or her original x-ray available for inspection at [your] office within thirty (30 days) days . . . ." Order at ¶ 3. Additionally, in your January 11, 2007 certification, you indicated that you were making this certification on behalf of additional firms. Such firms are receiving courtesy copies of this letter and should also be prepared to produce original x-rays at their offices or your office pursuant to paragraph three of the December 22, 2006 Order.

Please be advised, as Grace articulated in its November 17, 2006 notice regarding the production of x-rays, the x-rays will be reviewed by three or more B-readers. Given the volume of x-rays to be reviewed, it will likely take several days before this review will be complete. Accordingly, we will contact you to arrange a time to review the x-rays pursuant to the Court's Order.

For your convenience, I have enclosed the December 28, 2006 letter with the attachment that lists your clients who Grace believes are subject to the Court's December 22nd Order. As detailed in the letter, this list is based on a review of your clients' responses to the Questionnaire as of December 1, 2006. You may have other clients alleging that they have x-ray evidence supporting their allegation that their malignancy is attributable to exposure to asbestos who may not be listed in the December 28, 2006 letter but are nonetheless required to produce x-rays pursuant to the December 22, 2006 Order. See Order at ¶ 6.

If you have any questions or concerns, please do not hesitate to contact me at the number listed above or on my cell phone at (703) 477-7558.

Chicago        Hong Kong        London        Los Angeles        Munich        New York        San Francisco

## KIRKLAND & ELLIS LLP

Thomas W. Wilson
January 18, 2007
Page 2

Sincerely,

Brian T. Stansbury

BTS

Enclosure

Cc: Climaco, Climaco, Lefkowitz, & Garofoli, Co., L.P.A.
    Michael H. Doran and Associates, PC
    Doran & Murphy, LLP
    Kelley & Ferraro, LLP
    Ferraro & Associates, PA
    David T. Cobb
    Tayllor & Cire

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Brian T. Stansbury
To Call Writer Directly:
(202) 879-5969
bstansbury@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200
Dir. Fax: (202) 879-5200

January 18, 2007

**VIA FEDERAL EXPRESS**

Thomas W. Wilson
Kelley & Ferarro LLP
2200 Key Tower
127 Public Square
Cleveland, OH 44114

Re:     *In Re W.R. Grace & Co.,* Case No. 01-01139 (JKF)

Dear Thomas:

I am in receipt of your January 11, 2007 letter certifying that your firm will not be able to make the certification required by the December 22, 2006 Order issued by U.S. Bankruptcy Judge Judith K. Fitzgerald in the above referenced matter. Pursuant to paragraph three of that Order, Grace hereby requests that each of your clients subject to the Order "make his or her original x-ray available for inspection at [your] office within thirty (30 days) days . . . ." Order at ¶ 3. Additionally, in your January 11, 2007 certification, you indicated that you were making this certification on behalf of additional firms. Such firms are receiving courtesy copies of this letter and should also be prepared to produce original x-rays at their offices or your office pursuant to paragraph three of the December 22, 2006 Order.

Please be advised, as Grace articulated in its November 17, 2006 notice regarding the production of x-rays, the x-rays will be reviewed by three or more B-readers. Given the volume of x-rays to be reviewed, it will likely take several days before this review will be complete. Accordingly, we will contact you to arrange a time to review the x-rays pursuant to the Court's Order.

For your convenience, I have enclosed the December 28, 2006 letter with the attachment that lists your clients who Grace believes are subject to the Court's December 22nd Order. As detailed in the letter, this list is based on a review of your clients' responses to the Questionnaire as of December 1, 2006. You may have other clients alleging that they have x-ray evidence supporting their allegation that their malignancy is attributable to exposure to asbestos who may not be listed in the December 28, 2006 letter but are nonetheless required to produce x-rays pursuant to the December 22, 2006 Order. See Order at ¶ 6.

If you have any questions or concerns, please do not hesitate to contact me at the number listed above or on my cell phone at (703) 477-7558.

Chicago        Hong Kong        London        Los Angeles        Munich        New York        San Francisco

## KIRKLAND & ELLIS LLP

Thomas W. Wilson
January 18, 2007
Page 2


Sincerely,

Brian T. Stansbury


BTS

Enclosure

Cc: Climaco, Climaco, Lefkowitz, & Garofoli, Co., L.P.A.
    Michael H. Doran and Associates, PC
    Doran & Murphy, LLP
    Kelley & Ferraro, LLP
    Ferraro & Associates, PA
    David T. Cobb
    Tayllor & Cire

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Brian T. Stansbury
To Call Writer Directly:
(202) 879-5969
bstansbury@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200
Dir. Fax: (202) 879-5200

January 18, 2007

**VIA FEDERAL EXPRESS**

G. Patterson Keahey
G. Patterson Keahey, P.C.
One Independence Plaza
Suite 612
Birmingham, Alabama 35209

Re:    *In Re W.R. Grace & Co.,* Case No., 01-01139 (JKF)

Dear Patterson:

I am in receipt of your January 12, 2007 letter certifying that your firm will not be able to make the certification required by the December 22, 2006 Order issued by U.S. Bankruptcy Judge Judith K. Fitzgerald in the above referenced matter. Pursuant to paragraph three of that Order, Grace hereby requests that each of your clients subject to the Order "make his or her original x-ray available for inspection at [your] office within thirty (30 days) days . . . ." Order at ¶ 3.

Please be advised, as Grace articulated in its November 17, 2006 notice regarding the production of x-rays, the x-rays will be reviewed by three or more B-readers. Given the volume of x-rays to be reviewed, it will likely take several days before this review will be complete. Accordingly, we will contact you to arrange a time to review the x-rays pursuant to the Court's Order.

For your convenience, I have enclosed the December 28, 2006 letter with the attachment that lists your clients who Grace believes are subject to the Court's December 22nd Order. As detailed in the letter, this list is based on a review of your clients' responses to the Questionnaire as of December 1, 2006. You may have other clients alleging that they have x-ray evidence supporting their allegation that their malignancy is attributable to exposure to asbestos who may not be listed in the December 28, 2006 letter but are nonetheless required to produce x-rays pursuant to the December 22, 2006 Order. See Order at ¶ 6.

If you have any questions or concerns, please do not hesitate to contact me at the number listed above or on my cell phone at (703) 477-7558.

Chicago        Hong Kong        London        Los Angeles        Munich        New York        San Francisco

## KIRKLAND & ELLIS LLP

G. Patterson Keahey
January 18, 2007
Page 2

Sincerely,

Brian T. Stansbury

BTS

Enclosure

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Brian T. Stansbury
To Call Writer Directly:
(202) 879-5969
bstansbury@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

Dir. Fax: (202) 879-5200

January 18, 2007

**VIA FEDERAL EXPRESS**

R. Dean Hartley
Hartley & O'Brien, PLLC
The Wagner Building
2001 Main Street, Suite 600
Wheeling, WV 26003

Re:    *In Re W.R. Grace & Co.,* Case No. 01-01139 (JKF)

Dear Dean:

I am in receipt of your January 12, 2007 letter certifying that your firm will not be able to make the certification required by the December 22, 2006 Order issued by U.S. Bankruptcy Judge Judith K. Fitzgerald in the above referenced matter.  Pursuant to paragraph three of that Order, Grace hereby requests that each of your clients subject to the Order "make his or her original x-ray available for inspection at [your] office within thirty (30 days) days . . . ."  Order at ¶ 3.

Please be advised, as Grace articulated in its November 17, 2006 notice regarding the production of x-rays, the x-rays will be reviewed by three or more B-readers.  Given the volume of x-rays to be reviewed, it will likely take several days before this review will be complete.  Accordingly, we will contact you to arrange a time to review the x-rays pursuant to the Court's Order.

For your convenience, I have enclosed the December 28, 2006 letter with the attachment that lists your clients who Grace believes are subject to the Court's December 22nd Order.  As detailed in the letter, this list is based on a review of your clients' responses to the Questionnaire as of December 1, 2006.  You may have other clients alleging that they have x-ray evidence supporting their allegation that their malignancy is attributable to exposure to asbestos who may not be listed in the December 28, 2006 letter but are nonetheless required to produce x-rays pursuant to the December 22, 2006 Order.  See Order at ¶ 6.

If you have any questions or concerns, please do not hesitate to contact me at the number listed above or on my cell phone at (703) 477-7558.

Chicago        Hong Kong        London        Los Angeles        Munich        New York        San Francisco

## KIRKLAND & ELLIS LLP

R. Dean Hartley
January 18, 2007
Page 2

Sincerely,

Brian T. Stansbury

BTS

Enclosure

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Brian T. Stansbury
To Call Writer Directly:
(202) 879-5969
bstansbury@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200
Dir. Fax: (202) 879-5200

January 18, 2007

**VIA FEDERAL EXPRESS**

Scott A. Britton-Mehlisch
Humphrey, Farrington & McClain, P.C.
212 West Lexington, Suite 400
Independence, Missouri 64051

Re:    *In Re W.R. Grace & Co.,* Case No. 01-01139

Dear Scott:

I am in receipt of your January 11, 2007 letter certifying that your firm will not be able to make the certification required by the December 22, 2006 Order issued by U.S. Bankruptcy Judge Judith K. Fitzgerald in the above referenced matter. Pursuant to paragraph three of that Order, Grace hereby requests that each of your clients subject to the Order "make his or her original x-ray available for inspection at [your] office within thirty (30 days) days . . . ." Order at ¶ 3.

Please be advised, as Grace articulated in its November 17, 2006 notice regarding the production of x-rays, the x-rays will be reviewed by three or more B-readers. Given the volume of x-rays to be reviewed, it will likely take several days before this review will be complete. Accordingly, we will contact you to arrange a time to review the x-rays pursuant to the Court's Order.

For your convenience, I have enclosed the December 28, 2006 letter with the attachment that lists your clients who Grace believes are subject to the Court's December 22nd Order. As detailed in the letter, this list is based on a review of your clients' responses to the Questionnaire as of December 1, 2006. You may have other clients alleging that they have x-ray evidence supporting their allegation that their malignancy is attributable to exposure to asbestos who may not be listed in the December 28, 2006 letter but are nonetheless required to produce x-rays pursuant to the December 22, 2006 Order. See Order at ¶ 6.

If you have any questions or concerns, please do not hesitate to contact me at the number listed above or on my cell phone at (703) 477-7558.

Chicago          Hong Kong          London          Los Angeles          Munich          New York          San Francisco

KIRKLAND & ELLIS LLP

Scott A. Britton-Mehlisch
January 18, 2007
Page 2

Sincerely,

Brian T. Stansbury

BTS

Enclosure

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Brian T. Stansbury
To Call Writer Directly:
(202) 879-5969
bstansbury@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200
Dir. Fax: (202) 879-5200

January 18, 2007

**VIA FEDERAL EXPRESS**

Jeffrey A. Varas
Law Office of Jeffrey A. Varas
119 Caldwell Drive
Hazelhurst, MS 39083

Re:   *In Re W.R. Grace & Co.,* Case No. 01-01139 (JKF)

Dear Jeffrey:

I am in receipt of your January 11, 2007 letter certifying that your firm will not be able to make the certification required by the December 22, 2006 Order issued by U.S. Bankruptcy Judge Judith K. Fitzgerald in the above referenced matter. Pursuant to paragraph three of that Order, Grace hereby requests that each of your clients subject to the Order "make his or her original x-ray available for inspection at [your] office within thirty (30 days) days . . . ." Order at ¶ 3.

Please be advised, as Grace articulated in its November 17, 2006 notice regarding the production of x-rays, the x-rays will be reviewed by three or more B-readers. Given the volume of x-rays to be reviewed, it will likely take several days before this review will be complete. Accordingly, we will contact you to arrange a time to review the x-rays pursuant to the Court's Order.

For your convenience, I have enclosed the December 28, 2006 letter with the attachment that lists your clients who Grace believes are subject to the Court's December 22nd Order. As detailed in the letter, this list is based on a review of your clients' responses to the Questionnaire as of December 1, 2006. You may have other clients alleging that they have x-ray evidence supporting their allegation that their malignancy is attributable to exposure to asbestos who may not be listed in the December 28, 2006 letter but are nonetheless required to produce x-rays pursuant to the December 22, 2006 Order. See Order at ¶ 6.

If you have any questions or concerns, please do not hesitate to contact me at the number listed above or on my cell phone at (703) 477-7558.

Chicago     Hong Kong     London     Los Angeles     Munich     New York     San Francisco

## KIRKLAND & ELLIS LLP

Jeffrey A. Varas
January 18, 2007
Page 2

Sincerely,

Brian T. Stansbury

BTS

Enclosure

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Brian T. Stansbury
To Call Writer Directly:
(202) 879-5969
bstansbury@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200
Dir. Fax: (202) 879-5200

January 18, 2007

**VIA FEDERAL EXPRESS**

Thomas W. Wilson
Kelley & Ferarro LLP
2200 Key Tower
127 Public Square
Cleveland, OH 44114

Re:    *In Re W.R. Grace & Co.,* Case No. 01-01139 (JKF)

Dear Thomas:

I am in receipt of your January 11, 2007 letter certifying that your firm will not be able to make the certification required by the December 22, 2006 Order issued by U.S. Bankruptcy Judge Judith K. Fitzgerald in the above referenced matter. Pursuant to paragraph three of that Order, Grace hereby requests that each of your clients subject to the Order "make his or her original x-ray available for inspection at [your] office within thirty (30) days . . . ." Order at ¶ 3. Additionally, in your January 11, 2007 certification, you indicated that you were making this certification on behalf of additional firms. Such firms are receiving courtesy copies of this letter and should also be prepared to produce original x-rays at their offices or your office pursuant to paragraph three of the December 22, 2006 Order.

Please be advised, as Grace articulated in its November 17, 2006 notice regarding the production of x-rays, the x-rays will be reviewed by three or more B-readers. Given the volume of x-rays to be reviewed, it will likely take several days before this review will be complete. Accordingly, we will contact you to arrange a time to review the x-rays pursuant to the Court's Order.

For your convenience, I have enclosed the December 28, 2006 letter with the attachment that lists your clients who Grace believes are subject to the Court's December 22nd Order. As detailed in the letter, this list is based on a review of your clients' responses to the Questionnaire as of December 1, 2006. You may have other clients alleging that they have x-ray evidence supporting their allegation that their malignancy is attributable to exposure to asbestos who may not be listed in the December 28, 2006 letter but are nonetheless required to produce x-rays pursuant to the December 22, 2006 Order. See Order at ¶ 6.

If you have any questions or concerns, please do not hesitate to contact me at the number listed above or on my cell phone at (703) 477-7558.

Chicago        Hong Kong        London        Los Angeles        Munich        New York        San Francisco

## KIRKLAND & ELLIS LLP

Thomas W. Wilson
January 18, 2007
Page 2

Sincerely,

Brian T. Stansbury

BTS

Enclosure

Cc: Climaco, Climaco, Lefkowitz, & Garofoli, Co., L.P.A.
    Michael H. Doran and Associates, PC
    Doran & Murphy, LLP
    Kelley & Ferraro, LLP
    Ferraro & Associates, PA
    David T. Cobb
    Tayllor & Cire

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Brian T. Stansbury
To Call Writer Directly:
(202) 879-5969
bstansbury@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200
Dir. Fax: (202) 879-5200

January 18, 2007

**VIA FEDERAL EXPRESS**

J. Burton LeBlanc, IV
LeBlanc & Waddell, LLP
6955 Perkins Road
Suite 100
Baton Rouge, LA 70808-4267

Re:    *In Re W.R. Grace & Co.*, Case No. 01-01139 (JKF)

Dear Burton:

I am in receipt of your January 11, 2007 letter certifying that your firm will not be able to make the certification required by the December 22, 2006 Order issued by U.S. Bankruptcy Judge Judith K. Fitzgerald in the above referenced matter. Pursuant to paragraph three of that Order, Grace hereby requests that each of your clients subject to the Order "make his or her original x-ray available for inspection at [your] office within thirty (30 days) days . . . ." Order at ¶ 3.

Please be advised, as Grace articulated in its November 17, 2006 notice regarding the production of x-rays, the x-rays will be reviewed by three or more B-readers. Given the volume of x-rays to be reviewed, it will likely take several days before this review will be complete. Accordingly, we will contact you to arrange a time to review the x-rays pursuant to the Court's Order.

For your convenience, I have enclosed the December 28, 2006 letter with the attachment that lists your clients who Grace believes are subject to the Court's December 22nd Order. As detailed in the letter, this list is based on a review of your clients' responses to the Questionnaire as of December 1, 2006. You may have other clients alleging that they have x-ray evidence supporting their allegation that their malignancy is attributable to exposure to asbestos who may not be listed in the December 28, 2006 letter but are nonetheless required to produce x-rays pursuant to the December 22, 2006 Order. See Order at ¶ 6.

If you have any questions or concerns, please do not hesitate to contact me at the number listed above or on my cell phone at (703) 477-7558.

## KIRKLAND & ELLIS LLP

J. Burton LeBlanc, IV
January 18, 2007
Page 2

Sincerely,

Brian T. Stansbury

BTS

Enclosure

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Brian T. Stansbury
To Call Writer Directly:
(202) 879-5969
bstansbury@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200
Dir. Fax: (202) 879-5200

January 18, 2007

**VIA FEDERAL EXPRESS**

Ronald B. Grayzel
Levinson Axelrod
Levinson Plaza
2 Lincoln Highway
Edison, NJ 08810-2906

Re:    *In Re W.R. Grace & Co.,* Case No. 01-01139 (JKF)

Dear Ronald:

I am in receipt of your January 12, 2007 letter certifying that your firm will not be able to make the certification required by the December 22, 2006 Order issued by U.S. Bankruptcy Judge Judith K. Fitzgerald in the above referenced matter. Pursuant to paragraph three of that Order, Grace hereby requests that each of your clients subject to the Order "make his or her original x-ray available for inspection at [your] office within thirty (30 days) days . . . ." Order at ¶ 3.

Please be advised, as Grace articulated in its November 17, 2006 notice regarding the production of x-rays, the x-rays will be reviewed by three or more B-readers. Given the volume of x-rays to be reviewed, it will likely take several days before this review will be complete. Accordingly, we will contact you to arrange a time to review the x-rays pursuant to the Court's Order.

For your convenience, I have enclosed the December 28, 2006 letter with the attachment that lists your clients who Grace believes are subject to the Court's December 22nd Order. As detailed in the letter, this list is based on a review of your clients' responses to the Questionnaire as of December 1, 2006. You may have other clients alleging that they have x-ray evidence supporting their allegation that their malignancy is attributable to exposure to asbestos who may not be listed in the December 28, 2006 letter but are nonetheless required to produce x-rays pursuant to the December 22, 2006 Order. See Order at ¶ 6.

If you have any questions or concerns, please do not hesitate to contact me at the number listed above or on my cell phone at (703) 477-7558.

Chicago        Hong Kong        London        Los Angeles        Munich        New York        San Francisco

KIRKLAND & ELLIS LLP

Ronald B. Grayzel
January 18, 2007
Page 2

Sincerely,

Brian T. Stansbury

BTS

Enclosure

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Brian T. Stansbury
To Call Writer Directly:
(202) 879-5969
bstansbury@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200
Dir. Fax: (202) 879-5200

January 18, 2007

## VIA FEDERAL EXPRESS

Michael B. Leh
Locks Law Firm
1500 Walnut Street, 20th Floor
Philadelphia, Pennsylvania 19102

Re:    *In Re W.R. Grace & Co.,* Case No. 01-01139 (JKF)

Dear Michael:

I am in receipt of your January 10, 2007 letter certifying that your firm will not be able to make the certification required by the December 22, 2006 Order issued by U.S. Bankruptcy Judge Judith K. Fitzgerald in the above referenced matter. Pursuant to paragraph three of that Order, Grace hereby requests that each of your clients subject to the Order "make his or her original x-ray available for inspection at [your] office within thirty (30) days) days . . . ." Order at ¶ 3.

Please be advised, as Grace articulated in its November 17, 2006 notice regarding the production of x-rays, the x-rays will be reviewed by three or more B-readers. Given the volume of x-rays to be reviewed, it will likely take several days before this review will be complete. Accordingly, we will contact you to arrange a time to review the x-rays pursuant to the Court's Order.

For your convenience, I have enclosed the December 28, 2006 letter with the attachment that lists your clients who Grace believes are subject to the Court's December 22nd Order. As detailed in the letter, this list is based on a review of your clients' responses to the Questionnaire as of December 1, 2006. You may have other clients alleging that they have x-ray evidence supporting their allegation that their malignancy is attributable to exposure to asbestos who may not be listed in the December 28, 2006 letter but are nonetheless required to produce x-rays pursuant to the December 22, 2006 Order. See Order at ¶ 6.

If you have any questions or concerns, please do not hesitate to contact me at the number listed above or on my cell phone at (703) 477-7558.

Chicago        Hong Kong        London        Los Angeles        Munich        New York        San Francisco

## KIRKLAND & ELLIS LLP

Michael B. Leh
January 18, 2007
Page 2

Sincerely,

Brian T. Stansbury

BTS

Enclosure

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Brian T. Stansbury
To Call Writer Directly:
(202) 879-5969
bstansbury@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200
Dir. Fax: (202) 879-5200

January 18, 2007

**VIA FEDERAL EXPRESS**

J. Michael Riley
Martin & Jones
The Creamery
Suite 200
410 Glenwood Avenue
Raleigh, North Carolina 27603

Re:    *In Re W.R. Grace & Co.,* Case No. 01-01139 (JKF)

Dear Michael:

I am in receipt of your January 12, 2007 letter certifying that your firm will not be able to make the certification required by the December 22, 2006 Order issued by U.S. Bankruptcy Judge Judith K. Fitzgerald in the above referenced matter. Pursuant to paragraph three of that Order, Grace hereby requests that each of your clients subject to the Order "make his or her original x-ray available for inspection at [your] office within thirty (30) days days . . . ." Order at ¶ 3.

Please be advised, as Grace articulated in its November 17, 2006 notice regarding the production of x-rays, the x-rays will be reviewed by three or more B-readers. Given the volume of x-rays to be reviewed, it will likely take several days before this review will be complete. Accordingly, we will contact you to arrange a time to review the x-rays pursuant to the Court's Order.

For your convenience, I have enclosed the December 28, 2006 letter with the attachment that lists your clients who Grace believes are subject to the Court's December 22nd Order. As detailed in the letter, this list is based on a review of your clients' responses to the Questionnaire as of December 1, 2006. You may have other clients alleging that they have x-ray evidence supporting their allegation that their malignancy is attributable to exposure to asbestos who may not be listed in the December 28, 2006 letter but are nonetheless required to produce x-rays pursuant to the December 22, 2006 Order. See Order at ¶ 6.

If you have any questions or concerns, please do not hesitate to contact me at the number listed above or on my cell phone at (703) 477-7558.

| Chicago | Hong Kong | London | Los Angeles | Munich | New York | San Francisco |

## KIRKLAND & ELLIS LLP

J. Michael Riley
January 18, 2007
Page 2

Sincerely,

Brian T. Stansbury

BTS

Enclosure

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

(202) 879-5000

www.kirkland.com

Brian T. Stansbury
To Call Writer Directly:
(202) 879-5969
bstansbury@kirkland.com

Facsimile:
(202) 879-5200
Dir. Fax: (202) 879-5200

January 18, 2007

**VIA FEDERAL EXPRESS**

Jon Heberling
McGarvey, Heberling, Sullivan & McGarvey
745 South Main
Kalispell, MT 59904-5399

Re:    *In Re W.R. Grace & Co.*, Case No. 01-01139 (JKF)

Dear Jon:

I am in receipt of your January 10, 2007 letter certifying that your firm will not be able to make the certification required by the December 22, 2006 Order issued by U.S. Bankruptcy Judge Judith K. Fitzgerald in the above referenced matter. Pursuant to paragraph three of that Order, Grace hereby requests that each of your clients subject to the Order "make his or her original x-ray available for inspection at [your] office within thirty (30 days) days . . . ." Order at ¶ 3.

In answer to your question in paragraph 5 of your letter, if you or CARD has digital x-rays for any of your clients affected by this Order, please produce copies of those x-rays on CD.

Please be advised, as Grace articulated in its November 17, 2006 notice regarding the production of x-rays, the x-rays will be reviewed by three or more B-readers. Given the volume of x-rays to be reviewed, it will likely take several days before this review will be complete. Accordingly, we will contact you to arrange a time to review the x-rays pursuant to the Court's Order.

If you have any questions or concerns, please do not hesitate to contact me at the number listed above or on my cell phone at (703) 477-7558.

Sincerely,

Brian T. Stansbury

Chicago        Hong Kong        London        Los Angeles        Munich        New York        San Francisco

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Brian T. Stansbury
To Call Writer Directly:
(202) 879-5969
bstansbury@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200
Dir. Fax: (202) 879-5200

January 18, 2007

**VIA FEDERAL EXPRESS**

John E. Herrick
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

Re:  *In Re W.R. Grace & Co.,* Case No. 01-01139 (JKF)

Dear John:

I am in receipt of your January 16, 2007 letter certifying that your firm will not be able to make the certification required by the December 22, 2006 Order issued by U.S. Bankruptcy Judge Judith K. Fitzgerald in the above referenced matter. Pursuant to paragraph three of that Order, Grace hereby requests that each of your clients subject to the Order "make his or her original x-ray available for inspection at [your] office within thirty (30 days) days . . . ." Order at ¶ 3.

Please be advised, as Grace articulated in its November 17, 2006 notice regarding the production of x-rays, the x-rays will be reviewed by three or more B-readers, and it will likely take several days before this review will be complete. Accordingly, we will contact you to arrange a time to review the x-rays pursuant to the Court's Order. In the meantime, please provide us with a list of claimants whose x-rays you intend to make available.

If you have any questions or concerns, please do not hesitate to contact me at the number listed above or on my cell phone at (703) 477-7558.

Sincerely,

Brian T. Stansbury

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Brian T. Stansbury
To Call Writer Directly:
(202) 879-5969
bstansbury@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200
Dir. Fax: (202) 879-5200

January 18, 2007

**VIA FEDERAL EXPRESS**

Thomas W. Wilson
Kelley & Ferarro LLP
2200 Key Tower
127 Public Square
Cleveland, OH 44114

Re:    *In Re W.R. Grace & Co.,* Case No. 01-01139 (JKF)

Dear Thomas:

I am in receipt of your January 11, 2007 letter certifying that your firm will not be able to make the certification required by the December 22, 2006 Order issued by U.S. Bankruptcy Judge Judith K. Fitzgerald in the above referenced matter.  Pursuant to paragraph three of that Order, Grace hereby requests that each of your clients subject to the Order "make his or her original x-ray available for inspection at [your] office within thirty (30 days) days . . . ."  Order at ¶ 3.  Additionally, in your January 11, 2007 certification, you indicated that you were making this certification on behalf of additional firms.  Such firms are receiving courtesy copies of this letter and should also be prepared to produce original x-rays at their offices or your office pursuant to paragraph three of the December 22, 2006 Order.

Please be advised, as Grace articulated in its November 17, 2006 notice regarding the production of x-rays, the x-rays will be reviewed by three or more B-readers.  Given the volume of x-rays to be reviewed, it will likely take several days before this review will be complete.  Accordingly, we will contact you to arrange a time to review the x-rays pursuant to the Court's Order.

For your convenience, I have enclosed the December 28, 2006 letter with the attachment that lists your clients who Grace believes are subject to the Court's December 22nd Order.  As detailed in the letter, this list is based on a review of your clients' responses to the Questionnaire as of December 1, 2006.  You may have other clients alleging that they have x-ray evidence supporting their allegation that their malignancy is attributable to exposure to asbestos who may not be listed in the December 28, 2006 letter but are nonetheless required to produce x-rays pursuant to the December 22, 2006 Order.  See Order at ¶ 6.

If you have any questions or concerns, please do not hesitate to contact me at the number listed above or on my cell phone at (703) 477-7558.

Chicago        Hong Kong        London        Los Angeles        Munich        New York        San Francisco

## KIRKLAND & ELLIS LLP

Thomas W. Wilson
January 18, 2007
Page 2

Sincerely,

Brian T. Stansbury

BTS

Enclosure

Cc: Climaco, Climaco, Lefkowitz, & Garofoli, Co., L.P.A.
    Michael H. Doran and Associates, PC
    Doran & Murphy, LLP
    Kelley & Ferraro, LLP
    Ferraro & Associates, PA
    David T. Cobb
    Tayllor & Cire

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Brian T. Stansbury
To Call Writer Directly:
(202) 879-5969
bstansbury@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200
Dir. Fax: (202) 879-5200

January 18, 2007

**VIA FEDERAL EXPRESS**

Gary W. Kendall
Michie Hamlett Lowry Rasmussen & Tweel
PLLC
500 Court Square, Suite 300
Charlottesville, Virginia 22902-0298

Re:    *In Re W.R. Grace & Co.,* Case No. 01-01139 (JKF)

Dear Gary:

I am in receipt of your January 12, 2007 letter certifying that your firm will not be able to make the certification required by the December 22, 2006 Order issued by U.S. Bankruptcy Judge Judith K. Fitzgerald in the above referenced matter. Pursuant to paragraph three of that Order, Grace hereby requests that each of your clients subject to the Order "make his or her original x-ray available for inspection at [your] office within thirty (30) days) days . . . ." Order at ¶ 3.

Please be advised, as Grace articulated in its November 17, 2006 notice regarding the production of x-rays, the x-rays will be reviewed by three or more B-readers. Given the volume of x-rays to be reviewed, it will likely take several days before this review will be complete. Accordingly, we will contact you to arrange a time to review the x-rays pursuant to the Court's Order.

For your convenience, I have enclosed the December 28, 2006 letter with the attachment that lists your clients who Grace believes are subject to the Court's December 22nd Order. As detailed in the letter, this list is based on a review of your clients' responses to the Questionnaire as of December 1, 2006. You may have other clients alleging that they have x-ray evidence supporting their allegation that their malignancy is attributable to exposure to asbestos who may not be listed in the December 28, 2006 letter but are nonetheless required to produce x-rays pursuant to the December 22, 2006 Order. See Order at ¶ 6.

If you have any questions or concerns, please do not hesitate to contact me at the number listed above or on my cell phone at (703) 477-7558.

Chicago        Hong Kong        London        Los Angeles        Munich        New York        San Francisco

## KIRKLAND & ELLIS LLP

Gary W. Kendall
January 18, 2007
Page 2

Sincerely,

Brian T. Stansbury

BTS

Enclosure

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Brian T. Stansbury
To Call Writer Directly:
(202) 879-5969
bstansbury@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

Dir. Fax: (202) 879-5200

January 18, 2007

**VIA FEDERAL EXPRESS**

Barbara Taylor
Rose, Klein & Marias LLP
401 E. Ocean Boulevard, Suite 300
Long Beach, California 90801-5792

Re:    *In Re W.R. Grace & Co.*, Case No. 01-01139 (JKF)

Dear Barbara:

I am in receipt of your January 11, 2007 letter certifying that your firm will not be able to make the certification required by the December 22, 2006 Order issued by U.S. Bankruptcy Judge Judith K. Fitzgerald in the above referenced matter. Pursuant to paragraph three of that Order, Grace hereby requests that each of your clients subject to the Order "make his or her original x-ray available for inspection at [your] office within thirty (30 days) days . . . ." Order at ¶ 3.

Please be advised, as Grace articulated in its November 17, 2006 notice regarding the production of x-rays, the x-rays will be reviewed by three or more B-readers. Given the volume of x-rays to be reviewed, it will likely take several days before this review will be complete. Accordingly, we will contact you to arrange a time to review the x-rays pursuant to the Court's Order.

For your convenience, I have enclosed the December 28, 2006 letter with the attachment that lists your clients who Grace believes are subject to the Court's December 22nd Order. As detailed in the letter, this list is based on a review of your clients' responses to the Questionnaire as of December 1, 2006. You may have other clients alleging that they have x-ray evidence supporting their allegation that their malignancy is attributable to exposure to asbestos who may not be listed in the December 28, 2006 letter but are nonetheless required to produce x-rays pursuant to the December 22, 2006 Order. See Order at ¶ 6.

If you have any questions or concerns, please do not hesitate to contact me at the number listed above or on my cell phone at (703) 477-7558.

Chicago        Hong Kong        London        Los Angeles        Munich        New York        San Francisco

## KIRKLAND & ELLIS LLP

Barbara Taylor
January 18, 2007
Page 2


Sincerely,

Brian T. Stansbury


BTS

Enclosure

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Brian T. Stansbury
To Call Writer Directly:
(202) 879-5969
bstansbury@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200
Dir. Fax: (202) 879-5200

January 18, 2007

**VIA FEDERAL EXPRESS**

Tom B. Scott, III
Scott and Scott, LTD.
Suite 204, 5 Old River Place
Jackson, Mississippi 39215-2009

Re:    *In Re W.R. Grace & Co.*, Case No. 01-01139 (JKF)

Dear Tom:

I am in receipt of your January 11, 2007 letter certifying that your firm will not be able to make the certification required by the December 22, 2006 Order issued by U.S. Bankruptcy Judge Judith K. Fitzgerald in the above referenced matter. Pursuant to paragraph three of that Order, Grace hereby requests that each of your clients subject to the Order "make his or her original x-ray available for inspection at [your] office within thirty (30 days) days . . . ." Order at ¶ 3.

Please be advised, as Grace articulated in its November 17, 2006 notice regarding the production of x-rays, the x-rays will be reviewed by three or more B-readers, and it will likely take several days before this review will be complete. Accordingly, we will contact you to arrange a time to review the x-rays pursuant to the Court's Order. In the meantime, please provide us with a list of claimants whose x-rays you intend to make available.

If you have any questions or concerns, please do not hesitate to contact me at the number listed above or on my cell phone at (703) 477-7558.

Sincerely,

Brian T. Stansbury

Chicago        Hong Kong        London        Los Angeles        Munich        New York        San Francisco

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Brian T. Stansbury
To Call Writer Directly:
(202) 879-5969
bstansbury@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200
Dir. Fax: (202) 879-5200

January 18, 2007

**VIA FEDERAL EXPRESS**

Richard A. LaVerdiere
Sieben Polk LaVerdiere & Dusich
999 Westview Drive
Hastings, MN 55033-2495

Re:    *In Re W.R. Grace & Co.,* Case No. 01-01139 (JKF)

Dear Richard:

I am in receipt of your January 9, 2007 letter certifying that your firm will not be able to make the certification required by the December 22, 2006 Order issued by U.S. Bankruptcy Judge Judith K. Fitzgerald in the above referenced matter. Pursuant to paragraph three of that Order, Grace hereby requests that each of your clients subject to the Order "make his or her original x-ray available for inspection at [your] office within thirty (30 days) days . . . ." Order at ¶ 3.

Please be advised, as Grace articulated in its November 17, 2006 notice regarding the production of x-rays, the x-rays will be reviewed by three or more B-readers. Given the volume of x-rays to be reviewed, it will likely take several days before this review will be complete. Accordingly, we will contact you to arrange a time to review the x-rays pursuant to the Court's Order.

For your convenience, I have enclosed the December 28, 2006 letter with the attachment that lists your clients who Grace believes are subject to the Court's December 22nd Order. As detailed in the letter, this list is based on a review of your clients' responses to the Questionnaire as of December 1, 2006. You may have other clients alleging that they have x-ray evidence supporting their allegation that their malignancy is attributable to exposure to asbestos who may not be listed in the December 28, 2006 letter but are nonetheless required to produce x-rays pursuant to the December 22, 2006 Order. See Order at ¶ 6.

If you have any questions or concerns, please do not hesitate to contact me at the number listed above or on my cell phone at (703) 477-7558.

Chicago        Hong Kong        London        Los Angeles        Munich        New York        San Francisco

## KIRKLAND & ELLIS LLP

Richard A. LaVerdiere
January 18, 2007
Page 2

Sincerely,

Brian T. Stansbury

BTS

Enclosure

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Brian T. Stansbury
To Call Writer Directly:
(202) 879-5969
bstansbury@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

Dir. Fax: (202) 879-5200

January 18, 2007

**VIA FEDERAL EXPRESS**

Michael J. Hanners
Silber Pearlman LLP
3102 Oak Lawn Ave.
Fifth Floor, LB 32
Dallas, Texas 75219-6403

Re:    *In Re W.R. Grace & Co.,* Case No. 01-01139 (JKF)

Dear Michael:

I am in receipt of your January 11, 2007 letter certifying that your firm will not be able to make the certification required by the December 22, 2006 Order issued by U.S. Bankruptcy Judge Judith K. Fitzgerald in the above referenced matter. Pursuant to paragraph three of that Order, Grace hereby requests that each of your clients subject to the Order "make his or her original x-ray available for inspection at [your] office within thirty (30 days) days . . . ." Order at ¶ 3.

Please be advised, as Grace articulated in its November 17, 2006 notice regarding the production of x-rays, the x-rays will be reviewed by three or more B-readers. Given the volume of x-rays to be reviewed, it will likely take several days before this review will be complete. Accordingly, we will contact you to arrange a time to review the x-rays pursuant to the Court's Order.

For your convenience, I have enclosed the December 28, 2006 letter with the attachment that lists your clients who Grace believes are subject to the Court's December 22nd Order. As detailed in the letter, this list is based on a review of your clients' responses to the Questionnaire as of December 1, 2006. You may have other clients alleging that they have x-ray evidence supporting their allegation that their malignancy is attributable to exposure to asbestos who may not be listed in the December 28, 2006 letter but are nonetheless required to produce x-rays pursuant to the December 22, 2006 Order. See Order at ¶ 6.

If you have any questions or concerns, please do not hesitate to contact me at the number listed above or on my cell phone at (703) 477-7558.

Chicago        Hong Kong        London        Los Angeles        Munich        New York        San Francisco

## KIRKLAND & ELLIS LLP

Michael J. Hanners
January 18, 2007
Page 2

Sincerely,

Brian T. Stansbury

BTS

Enclosure

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Brian T. Stansbury
To Call Writer Directly:
(202) 879-5969
bstansbury@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200
Dir. Fax: (202) 879-5200

January 18, 2007

## VIA FEDERAL EXPRESS

Thomas W. Wilson
Kelley & Ferarro LLP
2200 Key Tower
127 Public Square
Cleveland, OH 44114

Re:    *In Re W.R. Grace & Co.,* Case No. 01-01139 (JKF)

Dear Thomas:

I am in receipt of your January 11, 2007 letter certifying that your firm will not be able to make the certification required by the December 22, 2006 Order issued by U.S. Bankruptcy Judge Judith K. Fitzgerald in the above referenced matter.  Pursuant to paragraph three of that Order, Grace hereby requests that each of your clients subject to the Order "make his or her original x-ray available for inspection at [your] office within thirty (30 days) days . . . ."  Order at ¶ 3.  Additionally, in your January 11, 2007 certification, you indicated that you were making this certification on behalf of additional firms.  Such firms are receiving courtesy copies of this letter and should also be prepared to produce original x-rays at their offices or your office pursuant to paragraph three of the December 22, 2006 Order.

Please be advised, as Grace articulated in its November 17, 2006 notice regarding the production of x-rays, the x-rays will be reviewed by three or more B-readers.  Given the volume of x-rays to be reviewed, it will likely take several days before this review will be complete.  Accordingly, we will contact you to arrange a time to review the x-rays pursuant to the Court's Order.

For your convenience, I have enclosed the December 28, 2006 letter with the attachment that lists your clients who Grace believes are subject to the Court's December 22nd Order.  As detailed in the letter, this list is based on a review of your clients' responses to the Questionnaire as of December 1, 2006.  You may have other clients alleging that they have x-ray evidence supporting their allegation that their malignancy is attributable to exposure to asbestos who may not be listed in the December 28, 2006 letter but are nonetheless required to produce x-rays pursuant to the December 22, 2006 Order.  See Order at ¶ 6.

If you have any questions or concerns, please do not hesitate to contact me at the number listed above or on my cell phone at (703) 477-7558.

Chicago        Hong Kong        London        Los Angeles        Munich        New York        San Francisco

## KIRKLAND & ELLIS LLP

Thomas W. Wilson
January 18, 2007
Page 2


Sincerely,

Brian T. Stansbury


BTS

Enclosure

Cc: Climaco, Climaco, Lefkowitz, & Garofoli, Co., L.P.A.
    Michael H. Doran and Associates, PC
    Doran & Murphy, LLP
    Kelley & Ferraro, LLP
    Ferraro & Associates, PA
    David T. Cobb
    Tayllor & Cire

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Brian T. Stansbury
To Call Writer Directly:
(202) 879-5969
bstansbury@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200
Dir. Fax: (202) 879-5200

January 18, 2007

**VIA FEDERAL EXPRESS**

Eric Bogdan
The Bogdan Law Firm
7322 Southwest Freeway, Suite 868
Houston, Texas 77074

Re:    *In Re W.R. Grace & Co.*, Case No. 01-01139 (JKF)

Dear Eric:

I am in receipt of your January 12, 2007 letter certifying that your firm will not be able to make the certification required by the December 22, 2006 Order issued by U.S. Bankruptcy Judge Judith K. Fitzgerald in the above referenced matter. Pursuant to paragraph three of that Order, Grace hereby requests that each of your clients subject to the Order "make his or her original x-ray available for inspection at [your] office within thirty (30 days) days . . . ." Order at ¶ 3.

Please be advised, as Grace articulated in its November 17, 2006 notice regarding the production of x-rays, the x-rays will be reviewed by three or more B-readers. Given the volume of x-rays to be reviewed, it will likely take several days before this review will be complete. Accordingly, we will contact you to arrange a time to review the x-rays pursuant to the Court's Order.

For your convenience, I have enclosed the December 28, 2006 letter with the attachment that lists your clients who Grace believes are subject to the Court's December 22nd Order. As detailed in the letter, this list is based on a review of your clients' responses to the Questionnaire as of December 1, 2006. You may have other clients alleging that they have x-ray evidence supporting their allegation that their malignancy is attributable to exposure to asbestos who may not be listed in the December 28, 2006 letter but are nonetheless required to produce x-rays pursuant to the December 22, 2006 Order. See Order at ¶ 6.

If you have any questions or concerns, please do not hesitate to contact me at the number listed above or on my cell phone at (703) 477-7558.

Chicago        Hong Kong        London        Los Angeles        Munich        New York        San Francisco

## KIRKLAND & ELLIS LLP

Eric Bogdan
January 18, 2007
Page 2

Sincerely,

Brian T. Stansbury

BTS

Enclosure

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Brian T. Stansbury
To Call Writer Directly:
(202) 879-5969
bstansbury@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200
Dir. Fax: (202) 879-5200

January 18, 2007

**<u>VIA FEDERAL EXPRESS</u>**

David A. Jagolinzer
The Ferraro Law Firm
4000 Ponce De Leon Boulevard
Suite 700
Miami, Florida 33146

      Re:    *In Re W.R. Grace & Co.,* Case No. 01-01139 (JKF)

Dear David:

I am in receipt of your January 11, 2007 letter certifying that your firm will not be able to make the certification required by the December 22, 2006 Order issued by U.S. Bankruptcy Judge Judith K. Fitzgerald in the above referenced matter.  Pursuant to paragraph three of that Order, Grace hereby requests that each of your clients subject to the Order "make his or her original x-ray available for inspection at [your] office within thirty (30 days) days . . . ."  Order at ¶ 3.

Please be advised, as Grace articulated in its November 17, 2006 notice regarding the production of x-rays, the x-rays will be reviewed by three or more B-readers.  Given the volume of x-rays to be reviewed, it will likely take several days before this review will be complete.  Accordingly, we will contact you to arrange a time to review the x-rays pursuant to the Court's Order.

For your convenience, I have enclosed the December 28, 2006 letter with the attachment that lists your clients who Grace believes are subject to the Court's December 22nd Order.  As detailed in the letter, this list is based on a review of your clients' responses to the Questionnaire as of December 1, 2006.  You may have other clients alleging that they have x-ray evidence supporting their allegation that their malignancy is attributable to exposure to asbestos who may not be listed in the December 28, 2006 letter but are nonetheless required to produce x-rays pursuant to the December 22, 2006 Order.  See Order at ¶ 6.

If you have any questions or concerns, please do not hesitate to contact me at the number listed above or on my cell phone at (703) 477-7558.

Chicago      Hong Kong      London      Los Angeles      Munich      New York      San Francisco

## KIRKLAND & ELLIS LLP

David A. Jagolinzer
January 18, 2007
Page 2

Sincerely,

Brian T. Stansbury

BTS

Enclosure

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Brian T. Stansbury
To Call Writer Directly:
(202) 879-5969
bstansbury@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200
Dir. Fax: (202) 879-5200

January 18, 2007

**VIA FEDERAL EXPRESS**

David Parron
The Parron Firm
404 E. First Street
Arlington, Texas 76010

      Re:    *In Re W.R. Grace & Co.*, Case No. 01-01139 (JKF)

Dear David:

I am in receipt of your January 11, 2007 letter certifying that your firm will not be able to make the certification required by the December 22, 2006 Order issued by U.S. Bankruptcy Judge Judith K. Fitzgerald in the above referenced matter. Pursuant to paragraph three of that Order, Grace hereby requests that each of your clients subject to the Order "make his or her original x-ray available for inspection at [your] office within thirty (30 days) days . . . ." Order at ¶ 3.

Please be advised, as Grace articulated in its November 17, 2006 notice regarding the production of x-rays, the x-rays will be reviewed by three or more B-readers. Given the volume of x-rays to be reviewed, it will likely take several days before this review will be complete. Accordingly, we will contact you to arrange a time to review the x-rays pursuant to the Court's Order.

For your convenience, I have enclosed the December 28, 2006 letter with the attachment that lists your clients who Grace believes are subject to the Court's December 22nd Order. As detailed in the letter, this list is based on a review of your clients' responses to the Questionnaire as of December 1, 2006. You may have other clients alleging that they have x-ray evidence supporting their allegation that their malignancy is attributable to exposure to asbestos who may not be listed in the December 28, 2006 letter but are nonetheless required to produce x-rays pursuant to the December 22, 2006 Order. See Order at ¶ 6.

If you have any questions or concerns, please do not hesitate to contact me at the number listed above or on my cell phone at (703) 477-7558.

Chicago      Hong Kong      London      Los Angeles      Munich      New York      San Francisco

## KIRKLAND & ELLIS LLP

David Parron
January 18, 2007
Page 2

Sincerely,

Brian T. Stansbury

BTS

Enclosure

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Brian T. Stansbury
To Call Writer Directly:
(202) 879-5969
bstansbury@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200
Dir. Fax: (202) 879-5200

January 18, 2007

## VIA FEDERAL EXPRESS

John E. Sutter
The Sutter Law Firm
1598 Kanawha Boulevard, East
Charleston, West Virginia 25311

Re:    *In Re W.R. Grace & Co.,* Case No. 01-01139 (JKF)

Dear John:

I am in receipt of your January 12, 2007 letter certifying that your firm will not be able to make the certification required by the December 22, 2006 Order issued by U.S. Bankruptcy Judge Judith K. Fitzgerald in the above referenced matter. Pursuant to paragraph three of that Order, Grace hereby requests that each of your clients subject to the Order "make his or her original x-ray available for inspection at [your] office within thirty (30 days) days . . . ." Order at ¶ 3.

Please be advised, as Grace articulated in its November 17, 2006 notice regarding the production of x-rays, the x-rays will be reviewed by three or more B-readers. Given the volume of x-rays to be reviewed, it will likely take several days before this review will be complete. Accordingly, we will contact you to arrange a time to review the x-rays pursuant to the Court's Order.

For your convenience, I have enclosed the December 28, 2006 letter with the attachment that lists your clients who Grace believes are subject to the Court's December 22nd Order. As detailed in the letter, this list is based on a review of your clients' responses to the Questionnaire as of December 1, 2006. You may have other clients alleging that they have x-ray evidence supporting their allegation that their malignancy is attributable to exposure to asbestos who may not be listed in the December 28, 2006 letter but are nonetheless required to produce x-rays pursuant to the December 22, 2006 Order. See Order at ¶ 6.

If you have any questions or concerns, please do not hesitate to contact me at the number listed above or on my cell phone at (703) 477-7558.

Chicago        Hong Kong        ·   London        Los Angeles        Munich        New York        San Francisco

## KIRKLAND & ELLIS LLP

John E. Sutter
January 18, 2007
Page 2


Sincerely,

Brian T. Stansbury


BTS

Enclosure

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Brian T. Stansbury
To Call Writer Directly:
(202) 879-5969
bstansbury@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200
Dir. Fax: (202) 879-5200

January 18, 2007

**VIA FEDERAL EXPRESS**

Janet Ward Black
Ward Black Law
208 West Wendover Avenue
Greensboro, NC 27401

Re:    *In Re W.R. Grace & Co.,* Case No. 01-01139 (JKF)

Dear Janet:

I am in receipt of your January 10, 2007 letter certifying that your firm will not be able to make the certification required by the December 22, 2006 Order issued by U.S. Bankruptcy Judge Judith K. Fitzgerald in the above referenced matter. Pursuant to paragraph three of that Order, Grace hereby requests that each of your clients subject to the Order "make his or her original x-ray available for inspection at [your] office within thirty (30 days) days . . . ." Order at ¶ 3.

Please be advised, as Grace articulated in its November 17, 2006 notice regarding the production of x-rays, the x-rays will be reviewed by three or more B-readers. Given the volume of x-rays to be reviewed, it will likely take several days before this review will be complete. Accordingly, we will contact you to arrange a time to review the x-rays pursuant to the Court's Order.

For your convenience, I have enclosed the December 28, 2006 letter with the attachment that lists your clients who Grace believes are subject to the Court's December 22nd Order. As detailed in the letter, this list is based on a review of your clients' responses to the Questionnaire as of December 1, 2006. You may have other clients alleging that they have x-ray evidence supporting their allegation that their malignancy is attributable to exposure to asbestos who may not be listed in the December 28, 2006 letter but are nonetheless required to produce x-rays pursuant to the December 22, 2006 Order. See Order at ¶ 6.

If you have any questions or concerns, please do not hesitate to contact me at the number listed above or on my cell phone at (703) 477-7558.

| Chicago | Hong Kong | London | Los Angeles | Munich | New York | San Francisco |

## KIRKLAND & ELLIS LLP

Janet Ward Black
January 18, 2007
Page 2


Sincerely,

Brian T. Stansbury


BTS

Enclosure

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

(202) 879-5000

www.kirkland.com

Brian T. Stansbury
To Call Writer Directly:
(202) 879-5969
bstansbury@kirkland.com

Facsimile:
(202) 879-5200
Dir. Fax: (202) 879-5200

January 18, 2007

**VIA FEDERAL EXPRESS**

Deirdre Woulfe Pacheco
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958

> Re:    *In Re W.R. Grace & Co.*, Case No. 01-01139 (JKF)

Dear Deirdre:

I am in receipt of your January 12, 2007 letter certifying that your firm will not be able to make the certification required by the December 22, 2006 Order issued by U.S. Bankruptcy Judge Judith K. Fitzgerald in the above referenced matter. Pursuant to paragraph three of that Order, Grace hereby requests that each of your clients subject to the Order "make his or her original x-ray available for inspection at [your] office within thirty (30 days) days . . . ." Order at ¶ 3.

Please be advised, as Grace articulated in its November 17, 2006 notice regarding the production of x-rays, the x-rays will be reviewed by three or more B-readers. Given the volume of x-rays to be reviewed, it will likely take several days before this review will be complete. Accordingly, we will contact you to arrange a time to review the x-rays pursuant to the Court's Order.

For your convenience, I have enclosed the December 28, 2006 letter with the attachment that lists your clients who Grace believes are subject to the Court's December 22nd Order. As detailed in the letter, this list is based on a review of your clients' responses to the Questionnaire as of December 1, 2006. You may have other clients alleging that they have x-ray evidence supporting their allegation that their malignancy is attributable to exposure to asbestos who may not be listed in the December 28, 2006 letter but are nonetheless required to produce x-rays pursuant to the December 22, 2006 Order. See Order at ¶ 6.

If you have any questions or concerns, please do not hesitate to contact me at the number listed above or on my cell phone at (703) 477-7558.

Chicago        Hong Kong        London        Los Angeles        Munich        New York        San Francisco

## KIRKLAND & ELLIS LLP

Deirdre Woulfe Pacheco
January 18, 2007
Page 2

Sincerely,

Brian T. Stansbury

BTS

Enclosure

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Brian T. Stansbury
To Call Writer Directly:
(202) 879-5969
bstansbury@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200
Dir. Fax: (202) 879-5200

January 18, 2007

**VIA FEDERAL EXPRESS**

Margaret Holman Jensen
Zamler, Mellen, & Shiffman, P.C.
Advance Building
23077 Greenfield Road
Suite 557
Southfield, Michigan 48075

Re:    *In Re W.R. Grace & Co.,* Case No. 01-01139 (JKF)

Dear Margaret:

I am in receipt of your January 10, 2007 letter certifying that your firm will not be able to make the certification required by the December 22, 2006 Order issued by U.S. Bankruptcy Judge Judith K. Fitzgerald in the above referenced matter. Pursuant to paragraph three of that Order, Grace hereby requests that each of your clients subject to the Order "make his or her original x-ray available for inspection at [your] office within thirty (30) days) days . . . ." Order at ¶ 3.

Please be advised, as Grace articulated in its November 17, 2006 notice regarding the production of x-rays, the x-rays will be reviewed by three or more B-readers. Given the volume of x-rays to be reviewed, it will likely take several days before this review will be complete. Accordingly, we will contact you to arrange a time to review the x-rays pursuant to the Court's Order.

For your convenience, I have enclosed the December 28, 2006 letter with the attachment that lists your clients who Grace believes are subject to the Court's December 22nd Order. As detailed in the letter, this list is based on a review of your clients' responses to the Questionnaire as of December 1, 2006. You may have other clients alleging that they have x-ray evidence supporting their allegation that their malignancy is attributable to exposure to asbestos who may not be listed in the December 28, 2006 letter but are nonetheless required to produce x-rays pursuant to the December 22, 2006 Order. See Order at ¶ 6.

If you have any questions or concerns, please do not hesitate to contact me at the number listed above or on my cell phone at (703) 477-7558.

Chicago    Hong Kong    London    Los Angeles    Munich    New York    San Francisco

KIRKLAND & ELLIS LLP

Margaret Holman Jensen
January 18, 2007
Page 2

Sincerely,

Brian T. Stansbury

BTS

Enclosure