# EXHIBIT 5

# Correspondence Appendix III

| Date | Law Firm |
|---|---|
| 01/10/2007 | Robert Pierce & Associates |
| 01/11/2007 | Law Offices of Matthew Bergman |
| 01/11/2007 | Weitz & Luxenberg |
| 01/11/2007 | Wysoker, Glassner, Weignartner, Gonzalez, & Lockspeiser |
| 01/12/2007 | Alwyn H. Luckey, P.A. |
| 01/12/2007 | The Carlile Firm, L.L.P. |
| 01/12/2007 | Rola Hart |

# Robert Peirce & Associates, P.
### ATTORNEYS AT LA

2500 Gulf Tower • 707 Grant Street • Pittsburgh, PA 15219-1918
Telephone: 412-281-7229 • Telefax: 412-281-4229 • Toll Free: 1-800-543-9859



January 10, 2007

Rust Consulting, Inc.
Claims Processing Agent
201 S. Lyndale Avenue
Faribault, MN 55021

Re: Claimant's CERTIFICATION as Required by
Order dated December 22, 2006

To whom it may concern:

Pursuant to the requirements set forth in United States Bankruptcy Judge Judith Fitzgerald's ORDER of December 22, 2006, the claimants, through counsel, hereby CERTIFY that it is not possible or reasonably practicable to obtain the certification described in Paragraph No. 2 of said ORDER by January 30, 2007.

Please be advised that of the nineteen (19) claimant's identified on the "Cou List of Non-Mesothelioma Cancers with X-Ray Evidence" one (1) claimant does no have an x-ray and six (6) claimant's are non-malignant. Further, with regard to the remaining claimants, ten (10) of the x-rays are originals and two (2) of the x-rays ar copies.

Therefore, in accordance Paragraph No. 3 of the ORDER, the claimants, through counsel, will make available any original x-ray for Grace's inspection at claimant's counsel's office within 30 days of the demand by Grace.

Very truly yours,

R. Scott Marshall

RSM/lp
Cc: Barbara Mack Harding, Esquire
    Nathan Finch, Esquire

ELLWOOD CITY, PA OFFICE
Bellissimo & Peirce
P.O. Box 444, 324 Sims Avenue
Ellwood City, PA 16117
1-724-758-5544

WHEELING, WV OFFICE
United National Bank Building
21 12th Street, Suite 504
Wheeling, WV 26003
1-800-543-9859



# LAW OFFICES OF MATTHEW BERGMAN

TELEPHONE: 206.463.4264
FACSIMILE: 206.463.4470
E-MAIL: MAIL@BERGMANLEGAL.COM

POST OFFICE BOX 2010
17530 VASHON HIGHWAY SW
VASHON, WA 98070

MATTHEW P. BERGMAN
Also Admitted In Oregon

January 11, 2007

Matthew P. Bergman
matt@bergmanlegal.com

**VIA EMAIL**

Barbara Harding, Partner
KIRKLAND & ELLIS LLP
655 Fifteenth Street NW, Suite 1200
Washington, DC 20005-5793
bharding@kirkland.com

Brian T. Stansbury, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street NW, Suite 1200
Washington, DC 20005-5793
bstansbury@kirkland.com

Re:   **WR Grace - Order On X-Ray Evidence**

Dear Ms. Harding and Mr. Stansbury:

We are writing per § 3 of the *Order Regarding X-Ray Evidence* dated December 22, 2006. Our firm is submitting answers to the WR Grace Questionnaires and with the exception of two, all are clients diagnosed with mesothelioma. We have two cases however, where we currently do not have possession of x-rays. The diagnosis of the claimants' asbestos-related disease however, is not primarily supported by the interpretation of their respective x-ray results as indicated in the additional medical documentation we are providing:

- <u>One Lung Cancer Claimant</u> – [Nathan Mason / SSN: \*\*\*-\*\*-1928] – for this claimant we have a pathology report which is supported and further reported on by Dr. Andrew Churg.

- <u>One Asbestosis Claimant</u> – [George Moore / SSN: \*\*\*-\*\*-4511] – for this claimant we have a B-Read interpreted by Dr. Robert Craven in October of 1999 stating, "findings are consistent with past chronic exposure to asbestos." We also have an autopsy report performed by Dr. Samuel Hammer with asbestos digestion done on lung tissue showing elevated numbers of asbestos bodies.

We will continue to make every effort to locate these chest x-rays and will keep you apprised of our progress.

Very truly yours,

LAW OFFICES OF MATTHEW BERGMAN

Matthew P. Bergman

cc:   Natalie D. Ramsey
      Montgomery, McCracken, Walker & Rhoads, LLP

V:\Defendants\WR Grace\Questionnaire - 2006\Ltr-mpb-B Harding - Order on X-Ray Evidence.doc

A PROFESSIONAL SERVICES CORPORATION

# WEITZ
# &
# LUXENBERG

A PROFESSIONAL CORPORATION

• LAW OFFICES •

180 MAIDEN LANE • NEW YORK, NY 10038-4925
TEL. 212-558-5500        FAX 212-344-5461
WWW.WEITZLUX.COM

PERRY WEITZ
ARTHUR M. LUXENBERG
ROBERT J. GORDON ††

EDWARD S. BOSEK
EDWARD BRANIFF ††
JOHN M. BROADDUS £
DANIEL C. BURKE
PATTI BURSHTYN ††
LISA NATHANSON BUSCH
BRIAN BUTCHER ≠
DAVID A. CHANDLER
VINCENT CHENG
EILEEN CLARKE
THOMAS COMERFORD ††
ADAM R. COOPER
BENJAMIN DARCHE
CHARLES M. FERGUSON

STUART R. FRIEDMAN
STEVEN J. GERMAN ††§
LAWRENCE GOLDHIRSCH * *
ROBIN L. GREENWALD *
EDWARD J. HAHN *
CATHERINE HEACOX ††
RENEE L. HENDERSON --
MARIE L. IANNIELLO †
ERIK JACOBS
GARY R. KLEIN ††
JERRY KRISTAL --‡
DEBBI LANDAU
ROBERTO LARACUENTE *
DIANNE LE VERRIER

HANNAH LIM ††
JAMES C. LONG, JR. --
VICTORIA MANIATIS ††
CURT D. MARSHALL
RICHARD S. McGOWAN * ‡‡ ‡
C. SANDERS McNEW *•
WILLIAM J. NUGENT
ANGELA PACHECO ≠
MICHAEL E. PEDERSON
PAUL J. PENNOCK ‡
STUART S. PERRY *
ELLEN RELKIN * --
STEPHEN J. RIEGEL
MICHAEL P. ROBERTS

CHRIS ROMANELLI ††
JILLIAN ROSEN
DAVID ROSENBAND
JIM ROSS ≠
SHELDON SILVER*
FRANKLIN P. SOLOMON ¶
SHERI L. TARR *
JAMES S. THOMPSON ††
JOSHUA VITOW
DOUGLAS D. von OISTE ‡
JOSEPH PATRICK WILLIAMS
NICHOLAS WISE
ALLAN ZELIKOVIC
GLENN ZUCKERMAN

* Of Counsel
‡ Also admitted in CT
* Also admitted in FL
‡‡ Also admitted in MA
†† Also admitted in NJ
§ Also admitted in DC
† Also admitted in NJ and CT
-- Also admitted in NJ and PA
• Also admitted in NJ and DC
¶ Admitted only in NJ and PA
≠ Also admitted in VA and NJ
** Also admitted in DC and TX
£ Also admitted in DC, MD, PA and VA
• Also admitted in DC and VA
g Admitted only in CO
≠Admitted only in TX

January 11, 2007

**Via Federal Express**

Barbara Harding Esq.
Kirkland and Ellis
655 Fifteenth St., NW
Washington, DC 20005

Re: W.R. Grace

Dear Ms. Harding,

Please be advised Weitz and Luxenberg received your letter dated December 28, 2006 regarding the Order to provide X-rays for claimants diagnosed with a non-mesothelioma asbestos-related malignancy. We are in the process of collecting these x-rays where possible and having them copied to be provided to Rust Consulting. At this time we are trying to locate a facility that can make certified copies of these x-rays.

If you have any questions, please do not hesitate to call.

Very truly yours,

Lisa N. Busch

LNB/hg

210 LAKE DRIVE EAST, SUITE 101 • CHERRY HILL, NJ 08002 • TEL 856-755-1115 • FAX 856-755-1995
76 SOUTH ORANGE AVENUE, SUITE 201 • SOUTH ORANGE NJ 07079 • TEL 973-761-8995 • FAX 973-763-4020
215 MONARCH STREET, SUITE 202 • ASPEN, CO 81611 • TEL 970-925-6101 • FAX 970-925-6035
100 E. 15TH STREET, SUITE 400 • FORT WORTH, TX 76102 • TEL 817-885-7815 • FAX 817-882-8585

LAW OFFICES
## WYSOKER, GLASSNER, WEINGARTNER, GONZALEZ & LOCKSPEISER
A PROFESSIONAL ASSOCIATION
340 GEORGE STREET, NEW BRUNSWICK, NJ 08901

JACK WYSOKER (1925-2005)
BERTRAM J. GLASSNER, *of counsel*
MURRAY WEINGARTNER
RAUL I. GONZALEZ
ALLAN L. LOCKSPEISER
ROBERT C. KRIEGER*

(732) 545-3231

BRANCH OFFICE
205 NEW BRUNSWICK AVENUE
SUITE B
PERTH AMBOY, NJ 08861

(732) 826-6363

FAX (732) 545-2366

DAVID HOFFMAN
MICHELE L. WALDMAN+
LARRY RADOMSKI
WILLIAM L. KUZMIN*
DANIEL P. BOYLE
ANDREW PINIAK

January 11, 2007

*PA BAR
+NY BAR

Kirkland & Ellis LLP
*Attn: Barbara M. Harding*
655 Fifteenth Street, N.W.
Washington, DC 20005

Re:   W.R. Grace & Co.
      Case No. 01-01139 (JFK)

Dear Ms. Harding:

Enclosed please find our Certification of X-ray Production.

If you have any questions, please feel free to contact me.

Very truly yours,

William L. Kuzmin

WKL/st
enc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-01139 JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |
| | ) | |

## CERTIFICATION OF WILLIAM L. KUZMIN REGARDING X-RAY PRODUCTION

1. I am an associate at Wysoker Glassner Weingartner Gonzalez & Lockspeiser and am fully familiar with the facts surrounding these cases.

2. On December 22, 2006 an Order was entered by the Honorable Judith K. Fitzgerald concerning x-rays in the various W.R. Grace cases.

3. My office has conducted a search for x-rays for our clients and have forwarded those which are in our possession.

4. Various other x-rays have been destroyed by the medical provider due to the length of time that has passed. Copies of these letters are attached hereto as Exhibit "A".

5. To date, the remaining x-rays are not in our possession or control.

6. Pursuant to the Order, our office will consent to the signing of Medical Authorizations on behalf of our clients to allow W.R. Grace to obtain the x-rays which have not been obtained or are no longer in existence.

7. The foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
WILLIAM L. KUZMIN

Dated: January 11, 2006

# THE LAW FIRM
## OF
# ALWYN H. LUCKEY, P.A.

ALWYN H. LUCKEY
STEPHEN W. MULLINS*
ROBERT MICHAEL CUNNINGHAM, II
*Also Admitted in Louisiana and Alabama

Of Counsel:
KEITH MILLER

January 12, 2007
*Via Facsimile and U.S. Mail Service*

OCEAN SPRINGS
P.O. Box 724
2016 Bienville Boulevard
Ocean Springs, Mississippi 39564
OFFICE: (228) 875-3175
FAX: (228) 872-4719
info@alwynluckey.com

OXFORD
Oxford, Mississippi 38655
662-236-4827

Barbara M. Harding, Esquire
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, DC 20005

Re:  W. R. Grace/ Case Number 01-01139 (JKF)
     Order Regarding X-Ray Evidence / Certification

Dear Ms. Harding:

Pursuant to the above referenced Order, please find attached my certification.

Should you have any questions regarding this issue, please contact me upon your convenience.

Sincerely,

LAW FIRM OF ALWYN H. LUCKEY, P.A.

*Alwyn Luckey* /kp

ALWYN H. LUCKEY

AHL/kp
Attachment

CERTIFICATION PURSUANT TO ORDER OF THE UNITED STATES
BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE,
DATED DECEMBER 22, 2005 IN THE MATTER OF
W. R. GRACE & CO., et al., CHAPTER 11 CAUSE NUMBER 01-01139(JKF)

The claimants Monroe Beason, Dorothy Fielder, Emmette Jackson, Gloria Lofton, John C. Magee, Joe L. McCullum, Mary McLaurin, George McNabb, Jackie L. Morris, Ben Nichols, Arnold Roberts, William Slayden and Cooper Thornton represented by the Law Firm of Alwyn H. Luckey, P.A. hereby submit certification through their counsel of record and state as follows:

1. Counsel has obtained services to provide copies of x-rays to Grace by the deadline imposed by the Court's Order for Dorothy Fielder, John C. Magee, Mary McLaurin, Cooper S. Thornton, William A. Slayden and Emmett A. Jackson. Copies of said x-rays should be produced no later than January 30, 2007. If, for some unforeseen event, the copies are not prepared by January 30, 2007, then these x-rays will be available for inspection at our offices located at 2016 Bienville Boulevard, Ocean Springs, MS 39564. Certifications have been received for these particular x-ray copies.

2. It may not be reasonably practicable or possible to obtain certification as described in Paragraph 2 of the Court's Order Regarding X-Ray Evidence dated December 22, 2006 for Monroe Beason, Gloria Lofton, Joe L. McCullum, George McNabb, Jackie L. Morris, Ben Nichols and Arnold Roberts by January 30, 2007. X-Rays for these clients are not currently in our possession or control.

This the 12 day of January, 2007.

ALWYN H. LUCKEY for
LAW FIRM OF ALWYN H. LUCKEY, P.A

## THE CARLILE LAW FIRM L.L.P.
### ATTORNEYS AT LAW
### 400 SOUTH ALAMO
### MARSHALL, TEXAS 75670

DAVID O. CARLILE
D. SCOTT CARLILE
BRUCE A. CRAIG
CASEY O. CARLILE

PAUL W. TURNER

(903) 938-1655 TELEPHONE
(903) 938-0235 FACSIMILE

OFFICE EMAIL:
pturner@carlilelawfirm.com

January 12, 2007

Ms. Barbara Harding
KIRKLAND & ELLIS, LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
VIA FACSIMILE: (202) 879-5200

Re:   In re W. R. Grace & Co., Case No. 01-01139 (JKF)

Dear Counsel:

In response to your request for the certification of x-rays, I am notifying you that it is not possible or reasonably practicable for The Carlile Law Firm to obtain the certification described in Paragraph 2 of the Order Regarding X-Ray Evidence. I am sending this notification in an abundance of caution. I will inform you that The Carlile Law Firm is diligently seeking to obtain the certifications for the x-rays and that some or all of those x-rays may have the requested certification when they are sent to Rust Consulting.

If you have any questions, please feel free to contact our office.

Sincerely,

Paul W. Turner
Texas Bar No. 24037619

Enclosures

cc:   Mr. Bryan Stansbury

Tyrone Abbott, et al. vs. American Standard, Inc. et al.; In the 125th Judicial District Court of Harris County, Texas

Cause Number 1997-28510

## CERTIFICATION REGARDING PLAINTIFF CHARLES HAMILTON'S X-RAY

1. My name is Rola Hart, and I am counsel of record for Plaintiff Charles Hamilton.

2. Pursuant to Judge Fitzgerald's December 22, 2006 order, Section three (3), I am certifying that it is not possible or reasonably practicable for Plaintiff's counsel to obtain the certification requested in Section two (2) of the order.

3. Also pursuant to Section three (3) of the above-referenced order, should W.R. Grace send our office a written request, we shall make Plaintiff's original x-ray available for inspection at our office within thirty (30) days for that request.

4. All statements contained herein are true and correct.

_____
ROLA HART