# EXHIBIT 6

# THE WARTNICK LAW FIRM
A PROFESSIONAL CORPORATION

450 SANSOME STREET, 3RD FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3311
TELEPHONE (415) 986-5566
FACSIMILE (415) 986-5896

HARRY F WARTNICK (1947-2003)
JANE KOEGEL
MICHELLE EDWARDS

*Of Counsel*
STEVEN M. HAROWITZ
STEPHEN M TIGERMAN
BERT Z. TIGERMAN

January 26, 2007

**VIA FEDEX**

Rust Consulting, Inc.
Claims Processing Agent
Re: W.R. Grace & Co. Bankruptcy
201 S. Lyndale Ave.
Faribault, MN 55021

**RE: X-ray Submissions for Wartnick Law Firm Claimants**

To Whom It May Concern:

We are submitting 4 boxes of the copies of the x-rays and related reports for the following claimants: Attaway, Billy; Ault, Leona; Beasley, Elmo; DeWeese, Dall; Freeman, Ives; Hayes, Leslie; Jones, Julia; Keeling, Otto; Kraft, Claude; Norberg, John; Orinski, Elmer; Terry, Archie.

We have no reason to believe that the x-rays we are submitting are not representative of the originals and believe them to be representative of the originals; however, we are unable to certify that these copies are identical to the originals as we do not have the originals in our possession nor do we have the skill or training to make that assessment.

We request the return of the x-rays for these claimants no later than April 30, 2007.

Very truly yours,

THE WARTNICK LAW FIRM

By /s/ MICHELLE EDWARDS

cc:   Brian Stansbury (via email)

ME/me
Enclosure

*