IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**ORDER GRANTING ON DEBTORS' EMERGENCY MOTION TO MODIFY ORDER REGARDING PRODUCTION OF X-RAYS BASED ON SUBSTANTIAL NON-COMPLIANCE WITH ORDER**

Upon consideration of the proposed order attached to Debtors' Emergency Motion to Modify Order Regarding Production of X-rays Based on Substantial Non-Compliance With Order, it is ORDERED as follows:

1. All claimants who have failed to send x-rays to Rust with the requisite certification identified in paragraph two of the December 22, 2006 Order Regarding X-ray Evidence, are required to send original x-rays to [REPOSITORY ADDRESS] (the "Repository") no later than February 14, 2006.

2. The Repository shall be administered by the Official Committee of Asbestos Claimants and a law firm designated by the Official Committee of Asbestos Claimants.

3. Grace shall provide written notice to all law firms it believes are subject to this order no later than February 5, 2006.

BY THE COURT:

_____
JUDITH K. FITZGERALD
United States Bankruptcy Judge

Wilmington, Delaware
February ____, 2007

DOCS_DE:124733.2