IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## MOTION SEEKING LEAVE TO FILE EMERGENCY MOTION TO MODIFY ORDER REGARDING PRODUCTION OF X-RAYS BASED ON SUBSTANTIAL NON-COMPLIANCE WITH ORDER

Debtors request that the Court consider that attached Emergency Motion to Modify Order Regarding Production of X-rays Based on Substantial Non-Compliance With Order on an expedited basis. Counsel for the Debtors raised this issue of non-compliance with the x-ray order at the January 23, 2007 hearing, and the Court directed Debtors to file this motion. Debtors seek an expedited consideration of this motion in an effort to resolve these issues prior to the expert report deadlines. Based on the amended CMO entered December 20, 2006, the expert reports related to estimation methodology are due March 16, 2007, and the supplemental expert reports related to non-estimation methodology issues are due March 30, 2007. Were this Court to hear this motion based on the normal briefing calendar, this motion would not be before the Court until the April 2, 2007 omnibus hearing. The issues raised on the attached motion relate to compliance with a previously entered order and were discussed at the January 23, 2007 hearing with counsel for various claimants and the PI Committee present.

Dated: January 30, 2007

Respectfully submitted,

KIRKLAND & ELLIS LLP
Barbara M. Harding
David E. Mendelson
Brian Stansbury
Amanda C. Basta
Evan Zoldan
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone:    (202) 879-5000
Facsimile:    (202) 879-5200

KIRKLAND & ELLIS LLP
David M. Bernick PC
Janet Baer
Scott McMillin
Ellen Ahern
Salvatore Bianca
200 East Randolph Drive
Chicago, IL 60601
Telephone:    (312) 861-2000
Facsimile:    (312) 861-2200

and

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

2