# EXHIBIT "2"

# HR&A                                                        INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

January 15, 2007
Invoice No. HRA20071501

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida   33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of December, 2006.

### FEES

| | |
|---|---:|
| Francine F. Rabinovitz<br>4.0 hours @ $ 600 per hour | $ 2,400.00 |
| Robert H. Sims<br>0.7 hours @ $ 500 per hour | 350.00 |
| Paul K. Honig<br>1.0 hours @ $ 300 per hour | 300.00 |
| Joshua S. Katz<br>11.8 hours @ $ 250 per hour<br>  2,950.00 | |
| **TOTAL DUE:** | **$ 6,000.00** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351
NORTHERN CALIFORNIA         LOS ANGELES                   NEW YORK

DECEMBER, 2006 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
| --- | --- | --- |
| 12/05/06 | 2.0 | Brief review of Appellants Exclusivity Brief. |
| 12/29/06 | 2.0 | Review Brief of Appellees on Exclusivity. |
| TOTAL: | 4.0 | |

DECEMBER, 2006 TIME LOG OF ROBERT H. SIMS (RHS)

| DATE | TIME | TASK |
|---|---|---|
| 12/13/06 | 0.2 | Teleconference call prep. |
| 12/14/06 | 0.3 | Teleconference call prep. |
| 12/15/06 | 0.2 | Call into and wait for teleconference, call cancelled. |
| TOTAL: | 0.7 | |

DECEMBER, 2006 TIME LOG OF PAUL K. HONIG (PKH)

| DATE | TIME | TASK |
| --- | --- | --- |
| 12/13/06 | 0.5 | E-mail chat on expected data. |
| 12/14/06 | 0.5 | Receive & review latest set of database CD's. |
| TOTAL: | 1.0 | |

DECEMBER, 2006 TIME LOG OF JOSHUA S. KATZ (JSK)

| DATE | TIME | TASK |
|---|---|---|
| 12/04/06 | 2.0 | Review of recent filings re: Exclusivity Appeal. |
| 12/05/06 | 8.5 | Telephonic participation in special PI hearing before Judge Fitzgerald (8.0); review and clarification of notes on the hearing (0.5). |
| 12/13/06 | 0.5 | E-mails with Francine F. Rabinovitz, Robert H. Sims, Wanda Roman regarding recent batch of Grace CDs/DVDs database. |
| 12/14/06 | 0.6 | Weekly committee conference call. |
| 12/26/06 | 0.2 | Quick review of FedEx materials from Wanda Roman. |
| TOTAL: | 11.8 | |