### Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555     Fax:   (302) 575-1714

WR Grace PD Committee                           December 1, 2006 to December 31, 2006

Invoice No. 22648

**RE:**   WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 22.00 | 4,430.50 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 6.20 | 1,157.50 |
| B18 | Fee Applications, Others - | 5.50 | 745.50 |
| B2  | Claims Analysis Obj. & Res. (Asbestos) | 7.50 | 1,875.00 |
| B25 | Fee Applications, Applicant - | 3.40 | 500.50 |
| B3  | Claims Analysis Obj. & Res. (Non-Asb) - | 4.90 | 1,225.00 |
| B32 | Litigation and Litigation Consulting - | 41.70 | 9,890.50 |
| B33 | ZAI Science Trial | 4.40 | 1,088.50 |
| B36 | Plan and Disclosure Statement - | 6.40 | 1,593.50 |
| B37 | Hearings - | 15.00 | 3,750.00 |
| B45 | Professional Retention Issues - | 0.10 | 25.00 |
| B46 | Asbestos Personal Injury Issues (PI) - | 0.10 | 18.50 |
| | **Total** | **117.20** | **$26,300.00** |
| | **Grand Total** | **117.20** | **$26,300.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 185.00 | 9.60 | 1,776.00 |
| Rick S. Miller | 240.00 | 3.60 | 864.00 |
| Steven G. Weiler | 160.00 | 7.00 | 1,120.00 |
| Theodore J. Tacconelli | 250.00 | 85.60 | 21,400.00 |
| Legal Assistant - MH | 100.00 | 11.40 | 1,140.00 |
| **Total** | | **117.20** | **$26,300.00** |

## DISBURSEMENT SUMMARY

| | |
|---|---|
| Expense - | 3,740.80 |
| **Total Disbursements** | **$3,740.80** |

*Please note that effective January 1, 2007 the hourly rate for certain professionals and paraprofessionals will increase.*

| **Date** | **Description** | **Hours** | **Lawyer** |
|---|---|---|---|
| Dec-01-06 | *Asbestos Personal Injury Issues (PI)* - Confer with T. Tacconelli; re: status of Exclusivity appeal opening brief | 0.10 | LLC |
| | *Case Administration* - Follow up on 11/20/06 hearing (.4) correspond with co-cousnel and T. Tacconelli re same (.1) | 0.50 | SGW |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review objection by NL Industries re 18th omnibus objection to claims with attachment | 0.60 | TJT |
| | *Committee, Creditors', Noteholders' or* - Confer with RSM re teleconference with committee on 11/30 | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review memo by M. Kramer re status of PI estimation | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review objection by Brayton Purcell to debtors' position re prepetition settled PI claims | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' 2nd objection to FCR's memo joining PI committee's objection to motion to compel | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review PI Committee's response to debtors' memo re PI questionnaire with attachments | 0.40 | TJT |
| | *Litigation and Litigation Consulting* - Review MMWR Firm's memo in opposition to motion to compel with attachments | 0.80 | TJT |
| | *Litigation and Litigation Consulting* - Review FCR's reply re debtors' objection to joinder in PI Committee's motion to compel | 0.30 | TJT |
| | *Hearings* - 11/27/06 hearing follow-up | 0.10 | TJT |
| | *Hearings* - Review 11/27/06 hearing transcript re PD claim issues | 0.60 | TJT |
| | *Plan and Disclosure Statement* - Prepare e-mail to J. Phillips re opening brief/appendix | 0.10 | TJT |
| | *Plan and Disclosure Statement* - trade e-mails with J. Sakalo re opening brief | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review motion to expedite appeal re exclusivity appeal and review appellate rules | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review opening brief re exclusivity appeal | 1.10 | TJT |
| | *Case Administration* - e-mail from T. Tacconelli re 10/7/02 hearing transcripts (2 parts), download to *Hearings* folder and combine | 0.20 | MH |
| Dec-02-06 | *Case Administration* - Review affidavit of R. Simank | 0.10 | TJT |
| | *Case Administration* - Review 9 miscellaneous Certificates of No Objection filed by ZAI claimants | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Libby Claimants' objection to x-ray protocol proposed by debtors | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' brief re settled PI claims (without exhibits) | 0.70 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' notice of partial withdrawal re motion to compel against Weitz & Lutzenberg re PI questionnaire | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Jacobs & Crumplar response re debtors' proposed x-ray protocol | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review order granting motion to shorten re debtors' motion to file reply in opposition to PI Committee's motion to compel under seal | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Litigation and Litigation Consulting* - Review order granting debtors' motion to file opposition to PI Committee's motion to compel under seal | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review Motley Rice supplemental response to debtors' motion to compel re PI questionnaire | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review order granting FCR's motion to file reply to debtors' objection under seal re motion to compel | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review debtors' consolidated reply in support of motion to compel PI questionnaire | 0.60 | TJT |
|  | *Litigation and Litigation Consulting* - Review debtors' reply to PI Committee's objection re PI questionnaire | 0.20 | TJT |
|  | *Hearings* - Review amended agenda for 12/5/06 hearing | 0.10 | TJT |
| Dec-03-06 | *Case Administration* - Review five miscellaneous Certificates of No Objection filed by PI Committee | 0.10 | TJT |
|  | *Case Administration* - Review BMC Group 21st interim period Quarterly Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Caplin Drysdale Oct. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Anderson Kill Oct. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Campbell Levine Oct. Fee Application | 0.10 | TJT |
|  | *Hearings* - Review portions of 11/27/06 hearing transcript re PD claim issues | 0.30 | TJT |
|  | *Plan and Disclosure Statement* - Review appendix to opening brief re exclusivity appeal | 0.20 | TJT |
| Dec-04-06 | *Case Administration* - Review agenda; re: 12/5/06 hearing | 0.10 | LLC |
|  | *Case Administration* - Confer with T. Tacconelli; re: 12/5 hearing & exclusivity appeal issues | 0.20 | LLC |
|  | *Fee Applications, Others* - Review Bilzin Oct., 2006 fee application for filing | 0.10 | LLC |
|  | *Fee Applications, Others* - Review HR&A Oct., 2006 fee application for filing | 0.10 | LLC |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review order authorizing PI Committee to file motion to compel under seal | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review modified order granting debtors' motion for leave re claims filed by R. Locke | 0.10 | TJT |
|  | *Case Administration* - Review Piper Jaffery Oct. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Duane Morris Oct. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review supplemental 2019 statement by Cooney Conway | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review PI Committee's reply memo in support of motion to compel | 0.30 | TJT |
|  | *Litigation and Litigation Consulting* - Review debtors' status report re non-party discovery with attachments | 1.40 | TJT |
|  | *Litigation and Litigation Consulting* - Review response by Stutzman Bromberg re debtors' motion to compel re PI questionnaire and x-ray protocol with attachments | 0.60 | TJT |
|  | *Litigation and Litigation Consulting* - Review debtors' reply in support of x-ray protocol with attachments | 0.50 | TJT |
|  | *Litigation and Litigation Consulting* - Review MMWR Firm's memo in | 0.20 | TJT |

| | | | |
|---|---|---:|---|
| | opposition to debtors' x-ray protocol | | |
| | *Litigation and Litigation Consulting* - Review response by Goldberg Persky re debtors' x-ray protocol | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Motley Rice response re debtors' x-ray protocol with attachment | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review declaration of J. Early in support of MMWR Firm's response re debtors' motion to compel re PI questionnaire | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review response by Kelly and Ferraro re debtors' proposed x-ray protocol | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from committee member re opening brief | 0.10 | TJT |
| Dec-05-06 | *Fee Applications, Others* - Review Bilzin 22nd quarterly fee application; confer with T. Tacconelli & Call to L. Flores; re: same | 0.40 | LLC |
| | *Fee Applications, Others* - Call from L. Flores; re: Bilzin 22nd quarterly fee application | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection; re: CDG 22nd quarterly fee application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection; re: CDG July, 2006 fee application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection; re: CDG August, 2006 fee application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection; re: CDG September, 2006 fee application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Email from L. Flores; re: revised Bilzin 22nd quarterly; review & confer with M. Hedden; re: same | 0.30 | LLC |
| | *Fee Applications, Others* - Review HR&A 17th quarterly fee application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Confer with T. Tacconelli; re: status of Bilzin 22nd quarterly fee application | 0.10 | LLC |
| | *Fee Applications, Others* - Review finalized & revised 22nd Bilzin quarterly fee application for filing | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Confer with T. Tacconelli; re: additional discovery notices | 0.20 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection; re: 22nd quarterly fee application for filing | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Review e-mail from S. Baena re discovery to debtor re methodology | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Teleconference with S. Baena re discovery to debtor re methodology | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - work on first set of request for production of documents to debtor re methodology and oversee service | 1.10 | TJT |
| | *Litigation and Litigation Consulting* - Prepare Notice of Service re methodology discovery, prepare for e-filing, e-file and oversee service | 0.60 | TJT |
| | *Hearings* - Prepare for hearing | 0.30 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 6.80 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from committee member | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | re opening brief/reply brief re exclusivity appeal | | |
| | *Plan and Disclosure Statement* - Review e-mail from S. Baena re issues for reply brief re exclusivity appeal | 0.10 | TJT |
| Dec-06-06 | *Case Administration* - Email from S. Bossay; re: quarterly fee application charts & forward same to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Request 12/5/06 hearing transcript | 0.10 | SGW |
| | *Case Administration* - Review supplemental 2019 statement by Lipsitz Ponterio | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re discovery re methodology | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review documents re PD methodology discovery | 0.80 | TJT |
| | *Litigation and Litigation Consulting* - Prepare e-mail to J. Sakalo re PD methodology discovery | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' motion for reconsideration of ruling by court striking debtors' status report presented for 12/5/06 hearing | 0.10 | TJT |
| | *Hearings* - 12/5/06 hearing follow-up | 0.10 | TJT |
| | *Hearings* - Review agenda for 12/12/06 hearing | 0.10 | TJT |
| Dec-07-06 | *Case Administration* - Review LeBlanc and Waddell notice of amended 2019 statement | 0.10 | TJT |
| | *Case Administration* - Review 4th amended 2019 statement by Cohn Whitesell | 0.10 | TJT |
| | *Case Administration* - Review notice of transfer of record to District Court re Prudential appeal | 0.10 | TJT |
| | *Case Administration* - Review weekly case status memo for week ending 12/1/06 | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re teleconference with committee | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review order denying debtors' motion for reconsideration re striking debtors' status report during 12/5 hearing | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review notice of withdrawal of debtors' objection re Cooney Conway settled claims | 0.10 | TJT |
| | *Hearings* - Prepare for 12/12/06 hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' response to motion to expedite appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Prepare e-mail to S. Baena re debtors' response to motion to expedite appeal | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review e-mail from S. Bossay re 21st interim period charts and confer with paralegal re same | 0.20 | TJT |
| | *Case Administration* - Confer with T. Tacconelli re most recent CMO, research docket and download same along with proposed 2nd amended CMO | 0.40 | MH |
| | *Case Administration* - Review docket re case status for week ending 12/1/06 | 1.30 | MH |
| | *Case Administration* - Confer with T. Tacconelli re e-mail from fee auditor | 0.20 | MH |

Case 01-01139-AMC   Doc 14446-2   Filed 01/31/07   Page 6 of 19

Invoice No. 22648                Page 6 of 19                January 30, 2007

| Date | Description | Hours | Initials |
|---|---|---|---|
| | re 21st Quarterly Fee Application figures, compare same with miscellaneous fee apps, e-mail to T. Tacconelli | | |
| Dec-08-06 | *Fee Applications, Others* - Review final report; re: Bilzin 21st quarterly & forward same to M. Hedden | 0.10 | LLC |
| | *Fee Applications, Others* - Review final report; re: CDG 21st quarterly & forward same to M. Hedden | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Call to from J. Sakalo; re: filing; re: notices of depos. | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Email from A. Mohanmadi; re: re-notices of depositions | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Call to J. Sakalo; re: status of re-notices of depositions | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Confer with T. Tacconelli; re: service of re-notices of depositions | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Prepare Certificates of Service & finalize re-notices of depositions | 0.60 | LLC |
| | *Litigation and Litigation Consulting* - E-file and coordinate service of re-notices of depositions | 0.60 | LLC |
| | *Litigation and Litigation Consulting* - E-mail from J. Sakalo; re: filed re-notices of depositions | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Send filed copies of re-notices of depositions to J. Sakalo | 0.10 | LLC |
| | *Case Administration* - Review Stroock Oct. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review amended 2019 statement by Barron and Budd | 0.10 | TJT |
| | *Case Administration* - Review Beverage and Diamond Oct. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Pitney Hardin Oct. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Protiviti Oct. Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review amended deposition notice of Dr. Schonfeld | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review amended notice of deposition of R. Mason | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review draft renotice of depositions of Lee and Morse | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Teleconference with L. Coggins re notices of deposition of Lee and Morse | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from A. Muhammad re renotice of depositions of Lee and Morse | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - trade e-mails with paralegal re service of renotices of deposition of Lee and Morse | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review final renotices of deposition of Lee and Morse | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from D. Felder re letter to Judge Buckwalter re exclusivity appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review declaration by D. Austern in support of motion to expedite appeal | 0.10 | TJT |
| | *Case Administration* - e-mails from L. Coggins re fee auditor reports re | 0.10 | MH |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Bilzin and CDG's 21st Quarterly Fee Applications, download reports | | |
| | *Litigation and Litigation Consulting* - Print 2002 labels, coordinate service of re-notices of deposition re Lee and Morse | 0.30 | MH |
| Dec-09-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Anderson Memorial Hospital's preliminary designation of expert/fact witnesses re hazard | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' preliminary designation of fact/expert witnesses re hazard | 0.30 | TJT |
| | *Case Administration* - Review debtors' monthly operating report for Oct. 06 | 0.30 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re L. Tersigni 21st interim period | 0.10 | TJT |
| | *Case Administration* - Review 5 miscellaneous Certificates of No Objection filed by PI Committee | 0.10 | TJT |
| | *Case Administration* - Review L. Tersigni Oct. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review LAS Oct. Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review notice of deposition and subpoena re A. Burke with attachments | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review notice of deposition and subpoena re M. Klepper with attachments | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review notice of deposition and subpoena re Dr. L. C. Rao | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review notice of deposition and subpoena re R. Mason with attachments | 0.20 | TJT |
| Dec-10-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review preliminary designation of fact/expert witnesses by Pacific Freeholds and California State University re hazard | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Louisiana Claimants' preliminary designation of fact/expert witnesses re hazard with attachments | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Dies & Hile preliminary designation of fact/expert witnesses re hazard with attachments | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review motion by Anderson Memorial Hospital to shorten notice re motion to compel | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review motion to compel by Anderson Memorial Hospital with attachments | 0.30 | TJT |
| | *Case Administration* - Review Orrick Oct. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Duane Morris 22nd Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Capstone 11th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PSZY&J Sept. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Blackstone Group Sep. Fee Application | 0.10 | TJT |
| Dec-11-06 | *Case Administration* - 12/5/06 hearing follow-up | 0.20 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Motley Rice preliminary designation of fact/expert witnesses re hazard | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Notice of Service of discovery by State of California to debtors | 0.10 | TJT |
| | *Case Administration* - Review K&E Oct. Fee Application | 0.30 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re Reed Smith 21st interim period | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - Review Foley Hoag Sept. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Blackstone Aug. Fee Application | 0.10 | TJT |
| | *Case Administration* - Prepare memo to committee member re issue concerning status reports to court | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review notice of deposition of L. Welch | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review notice of deposition of R. Levine | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Prepare e-mail to J. Sakalo re PI expert supplemental reports re PI estimation | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - start reviewing back-up reference materials for PI expert reports (Dr. Longo) | 2.60 | TJT |
| | *Hearings* - Review e-mail from S. Weiler re 12/5/06 hearing follow-up | 0.10 | TJT |
| | *Hearings* - Review 12/5/06 hearing transcript re issues concerning status reports | 0.20 | TJT |
| | *Hearings* - Prepare for 12/18/06 hearing | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review letter from M. Hurford to Judge Buckwalter with enclosures re exclusivity appeal | 0.10 | TJT |
| Dec-12-06 | *Case Administration* - Review case management Memo for week ending 12/1/06 | 0.10 | LLC |
| | *Case Administration* - Review Steptoe and Johnson July Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Steptoe and Johnson Aug. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review four miscellaneous Certificates of No Objection filed by debtor | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel re proposed order re 21st interim period Quarterly Fee Applications | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel re 21st interim period proposed category summary | 0.10 | TJT |
| | *Case Administration* - Review amended 2019 statement by E. Moody | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' additional brief in support of motion to compel responses to PI questionnaire | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - start reviewing exhibits to debtors' additional motion to compel re PI questionnaire | 0.60 | TJT |
| | *Hearings* - Review amended agenda for 12/12/06 hearing | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 12/18/06 hearing coverage | 0.10 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 1.20 | TJT |
| Dec-13-06 | *Litigation and Litigation Consulting* - E-mail from F. Matas; re: additional re-notice of Deposition & confer with T. Tacconelli; re: same | 0.20 | LLC |
| | *Litigation and Litigation Consulting* - Email to J. Sakalo; re: additional re-notices of Deposition | 0.10 | LLC |
| | *Litigation and Litigation Consulting* -  Call to F. Matas; re: status of re-notice of Deposition | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Call from F. Matas; re: status of re-notice of depo | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Email from and to T. Tacconelli; re: status of re-notice of Deposition | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Revise, finalize, e-file & coordinate | 0.60 | LLC |

| | | | |
|---|---|---:|---|
| | service of re-notice of Deposition | | |
| | *Litigation and Litigation Consulting* - Follow-up e-mail from T. Tacconelli; re: re-notice of Deposition | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Review briefing scheduling order; re: exclusivity appeal | 0.10 | LLC |
| | *Case Administration* - Review Court order re: briefing of exclus. appeal | 0.10 | RSM |
| | *Case Administration* - e-mail to Mr. Sokalo re: Court order | 0.10 | RSM |
| | *Case Administration* - 12/12/06 hearing transcript follow-up (.1); briefly review docket re most recent CMO (.2); confirm same with R. Baker (.1); advise T. Tacconelli re same (.1) | 0.50 | SGW |
| | *Case Administration* - Review Steptoe & Johnson Sept. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review D. Austern's 10th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re Baker Donaldson 21st interim period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Confer with S. Weiler re most current version of case management order for main case | 0.10 | TJT |
| | *Case Administration* - trade e-mails with S. Weiler re most current version of case management order for main case | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' corrected additional brief in support of motion to compel re PI questionnaire | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - finish reviewing exhibits to debtors' additional brief re motion to compel re PI questionnaire | 0.40 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from F. Matas re renotice of deposition of W. Hughson | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Confer with L. Coggins re renotice of deposition of W. Hughson | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review response by Wysoker Glassner to debtors' brief re settled claims | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - trade e-mails with L. Coggins re renotice of deposition of W. Hughson | 0.20 | TJT |
| | *Hearings* - 12/12/06 hearing follow-up | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order from District Court granting motion to expedite appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Prepare memo to S. Baena re order entered by District Court granting motion to expedite appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from S. Baena re order granting motion to expedite appeal | 0.10 | TJT |
| | *Fee Applications, Applicant* - Prepare memo to paralegal re proposed order re 21st interim Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel re order approving 21st Quarterly Fee Applications, memo to T. Tacconelli re same | 0.10 | MH |
| Dec-14-06 | *Case Administration* - Review case management Memo for week ending 12/8/06 | 0.10 | LLC |
| | *Case Administration* - Confer with T. Tacconelli re ZAI opinion | 0.20 | LLC |
| | *Litigation and Litigation Consulting* - Confer with T. Tacconelli; re: status of additional re-notice of depo | 0.10 | LLC |
| | *Case Administration* - Attend Committee teleconference | 0.80 | RSM |

| | | | |
|---|---|---|---|
| | *Case Administration* - Review ZAI opinion | 0.50 | RSM |
| | *Case Administration* - Review weekly case status memo for week ending 12/8/06 | 0.10 | TJT |
| | *Case Administration* - Review current CMO in main case | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re Stroock 21st interim period | 0.10 | TJT |
| | *Case Administration* - Review e-mail from committee member re procedural question | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.70 | TJT |
| | *Litigation and Litigation Consulting* - attention to deposition notice of W. Hughson and calendar new date | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review memo by M. Kramer to committee re status of PI estimation | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review docket entries by court clerk re exclusivity appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from S.Baena re plan issues | 0.10 | TJT |
| | *ZAI Science Trial* - Prepare correspondence to committee re ZAI opinion | 0.20 | TJT |
| | *ZAI Science Trial* - Confer with M. Joseph re ZAI opinion | 0.20 | TJT |
| | *ZAI Science Trial* - Review order re ZAI opinion and send to committee | 0.20 | TJT |
| Dec-15-06 | *Committee, Creditors', Noteholders' or* -Fill-in briefly in Committee teleconference & confer with R. Miller after | 0.40 | LLC |
| | *Case Administration* - Attend Committee teleconference | 1.20 | RSM |
| | *Case Administration* - Memo to T. Tacconelli re Committee teleconference | 0.40 | RSM |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order denying Anderson Memorial Hospital's motion to shorten notice re motion to compel | 0.10 | TJT |
| | *Case Administration* - Review 6 miscellaneous Certificates of No Objection filed by debtor | 0.10 | TJT |
| | *Case Administration* - Review second amended CMO re main case | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from S. Baena re committee issues | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Libby Claimants' limited response re settled claims | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from E. Cabrazer re plan issues | 0.10 | TJT |
| | *ZAI Science Trial* - Confer with RSM re ZAI opinion and related issues | 0.20 | TJT |
| | *ZAI Science Trial* - Review ZAI opinion | 1.50 | TJT |
| Dec-16-06 | *Case Administration* - Review Fee Auditor's Final Report re K&E 21st interim period Quarterly Fee Application with attachments | 0.20 | TJT |
| | *Case Administration* - Review Caplin Drysdale response to Fee Auditor's Final Report re 21st interim period with attachments | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review memo from RSM re results of 12/15/06 teleconference with committee | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review brief of Goldberg Persky re | 0.50 | TJT |

|            |                                                                                                                                                                                                                                                                                                                |      |     |
|------------|-----|-----|-----|
|            | debtors' position on settled claims with attachments                                                                                                                                                                                                                                                            |      |     |
|            | *Hearings* - Review amended agenda for 12/18/06 hearing                                                                                                                                                                                                                                                         | 0.10 | TJT |
|            | *Hearings* - Review notice of change of January omnibus hearing date and time                                                                                                                                                                                                                                   | 0.10 | TJT |
|            | *Hearings* - Prepare memo to S. Baena re notice of change of omnibus hearing date and time                                                                                                                                                                                                                      | 0.10 | TJT |
|            | *Hearings* - Prepare e-mail to committee member re amended agenda for 12/18/06 hearing                                                                                                                                                                                                                          | 0.10 | TJT |
|            | *Plan and Disclosure Statement* - Teleconference with committee member re plan issues                                                                                                                                                                                                                           | 0.10 | TJT |
| Dec-17-06  | *Hearings* - Review matters re PD claims on 12/18/06 hearing agenda                                                                                                                                                                                                                                             | 0.80 | TJT |
| Dec-18-06  | *Case Administration* - Review notice of address change & forward same to M. Hedden                                                                                                                                                                                                                             | 0.10 | LLC |
|            | *Case Administration* - Confer with T. Tacconelli; re: 12/18 hearing                                                                                                                                                                                                                                            | 0.10 | LLC |
|            | *Case Administration* - Review case management Memo for week ending 12/15/06                                                                                                                                                                                                                                    | 0.10 | LLC |
|            | *Committee, Creditors', Noteholders' or* -confer with T. Tacconelli & R. Miller; re: 12/15 committee tele-conference                                                                                                                                                                                            | 0.10 | LLC |
|            | *Litigation and Litigation Consulting* - Email from F. Matas; re: additional re-notices of Depositions                                                                                                                                                                                                          | 0.10 | LLC |
|            | *Litigation and Litigation Consulting* - Review additional re-notices of Depositions & e-mail to F. Matas; re: same                                                                                                                                                                                             | 0.20 | LLC |
|            | *Litigation and Litigation Consulting* - Confer with T. Tacconelli & Call to & from J. Sakalo; re: additional notices of Depositions                                                                                                                                                                            | 0.20 | LLC |
|            | *Litigation and Litigation Consulting* - Finalize, e-file & coordinate service of additional notices of Depositions                                                                                                                                                                                             | 0.80 | LLC |
|            | *Litigation and Litigation Consulting* - Follow-up email to F. Matas; re: additional notices of Depositions                                                                                                                                                                                                     | 0.10 | LLC |
|            | *Committee, Creditors', Noteholders' or* - Prepare notice, proposed order and certificate of service re motion for leave to designate expert (.6); revise same (.1); prepare same for motion to specially set hearing (.4) prepare for e-filing, e-file and assist with serve of same (.7) forward filed to copies of same to co-counsel and J. Fitzgerald's chambers (.2) | 2.00 | SGW |
|            | *Case Administration* - Review TPT Sep. Fee Application                                                                                                                                                                                                                                                         | 0.10 | TJT |
|            | *Case Administration* - Review Fee Auditor's Final Report re Bilzin Sumberg 21st interim period Quarterly Fee Application                                                                                                                                                                                       | 0.10 | TJT |
|            | *Case Administration* - Review Fee Auditor's Final Report re combined no objections re 21st interim period                                                                                                                                                                                                      | 0.10 | TJT |
|            | *Case Administration* - Review Fee Auditor's Final Report re Richardson Patrick 21st interim period Quarterly Fee Application                                                                                                                                                                                   | 0.10 | TJT |
|            | *Case Administration* - Review TPT Oct. Fee Application                                                                                                                                                                                                                                                         | 0.10 | TJT |
|            | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re two emergency motions re constructive notice                                                                                                                                                                                           | 0.10 | TJT |
|            | *Litigation and Litigation Consulting* - Review draft of motion to specially set hearing re motion for leave re constructive notice                                                                                                                                                                             | 0.20 | TJT |
|            | *Litigation and Litigation Consulting* - Review draft of motion for leave to designate expert re constructive notice                                                                                                                                                                                            | 0.30 | TJT |

| Date | Description | Hours | Atty |
|---|---|---:|---|
| | *Litigation and Litigation Consulting* - trade e-mails with J. Sakalo re two emergency motions | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review and revise order re motion to set special hearing | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review and revise order re motion for leave to designate constructive notice expert | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - work on motion to set special hearing | 0.40 | TJT |
| | *Litigation and Litigation Consulting* - Teleconference with J. Sakalo re two emergency motions | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - work on motion for leave to designate constructive notice expert | 0.60 | TJT |
| | *Litigation and Litigation Consulting* - Review memorandum by Wilentz Goldman re settled claims issue with attachments | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review PI Committee's additional brief in opposition to debtors' additional motion to compel re PI questionnaire with attachments | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review response by Certain Law Firms re debtors' additional brief in support of motion to compel re PI questionnaires | 0.40 | TJT |
| | *Litigation and Litigation Consulting* - Review Certificate of Counsel re stipulation between FCR/ACC/debtors re settlement history issue | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from F. Matas re renotice of depositions of Lee and Corn | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Confer with L. Coggins re renotice of depositions of Lee and Corn | 0.10 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 2.10 | TJT |
| | *Hearings* - Prepare for 12/19/06 hearing | 0.20 | TJT |
| | *Case Administration* - Review docket re case status for week ending 12/15/06, memo to T. Tacconelli and L. Coggins re same | 0.90 | MH |
| | *Litigation and Litigation Consulting* - Confer with S. Weiler and T. Tacconelli re service of motion to designate expert and motion for special hearing re same, prepare same for service, arrange for courier | 0.30 | MH |
| Dec-19-06 | *ZAI Science Trial* - Confer with T. Tacconelli re ZAI opinion | 0.50 | RSM |
| | *Case Administration* - 12/19/06 hearing follow-up | 0.20 | SGW |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' 20th omnibus objection to claims with attachments | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review stipulation resolving claim of Gulf Pacific America with attachment | 0.20 | TJT |
| | *Case Administration* - Review Certificate of Counsel re revised 2007 hearing dates | 0.10 | TJT |
| | *Case Administration* - Review weekly case status memo for week ending 12/15/06 | 0.10 | TJT |
| | *Case Administration* - Review 9th amended 2019 statement by Silber Perlman | 0.10 | TJT |
| | *Case Administration* - Review notice of change of address of Silber Perlman and forward to paralegal | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re Goodwin | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | Proctor 21st interim period |  |  |
|  | *Case Administration* - Review W. Smith & Assoc. 21st Quarterly Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Deloitte Tax Feb. Fee Application | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review response and joinder by Motley Rice and various claimants' response to debtors' motion to compel re PI questionnaire | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Attention to amended renotice of deposition of R. Lee | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Attention to renotice of deposition of M. Corn | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review correspondence from S. Weiler re two emergency motions re constructive notice issue | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review MMWR Firm's brief in opposition to debtors' additional brief re motion to compel responses to PI questionnaire with attachments | 0.50 | TJT |
|  | *Litigation and Litigation Consulting* - Review notice of hearing on Anderson Memorial Hospital's motion to compel re deposition of records custodian | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review notice of deposition and subpoena of R. Cohen, M.D. with attachments | 0.20 | TJT |
|  | *Hearings* - Review letter from C. Hehn re 12/19/06 hearing | 0.10 | TJT |
|  | *Hearings* - Attend Bankruptcy Court | 0.70 | TJT |
|  | *Hearings* - 12/19/06 hearing follow-up | 0.10 | TJT |
|  | *ZAI Science Trial* - Confer with RSM re issues surrounding ZAI opinion and possible appeal | 0.50 | TJT |
|  | *ZAI Science Trial* - Review portions of ZAI opinion | 0.30 | TJT |
| Dec-20-06 | *Case Administration* - Review order setting omnibus dates & forward same to M. Hedden | 0.10 | LLC |
|  | *Case Administration* - Review order approving 21st quarterly fee applications & forward same to M. Hedden | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - Emails from F. Matas; re: additional notices of Depositions | 0.10 | LLC |
|  | *Case Administration* - 12/12/06 hearing follow-up | 0.10 | SGW |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review order re copy of record in Anderson Memorial Hospital, South Carolina case | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re 19th omnibus objection to claims with attachment | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re debtors' objection re claims paid post-petition with attachments | 0.20 | TJT |
|  | *Case Administration* - Review order approving Quarterly Fee Applications for 21st interim period with attachment | 0.10 | TJT |
|  | *Case Administration* - Review Deloitte Tax Dec. 05 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Casner Edwards Oct. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Fee Auditor's Final Report re Blackstone Group 21st interim period | 0.10 | TJT |
|  | *Case Administration* - Review Fee Auditor's Final Report re Capstone 21st | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | interim period | | |
| | *Case Administration* - Review Fee Auditor's Final Report re Caplin Drysdale 21st interim Quarterly Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review memo from J. Sakalo to committee re status of PI estimation | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review PI Committee's motion to compel production of actuarial studies by debtors with attachments | 1.20 | TJT |
| | *Litigation and Litigation Consulting* - trade e-mails with J. Sakalo re hearing notice re motion for leave to designate T. Hilsee as expert | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - conferences with S. Weiler re notice of hearing re motion for leave to designate T. Hilsee as expert | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review order granting motion to shorten notice and set hearing and objection deadline for committee's motion for leave to designate P. Hilsee as expert and correspond with co-counsel re same | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from J. Baer re meet and confer re committee's motion for leave to designate P. Hilsee as expert | 0.10 | TJT |
| | *Hearings* - 12/12/06 hearing follow-up | 0.10 | TJT |
| | *Professional Retention Issues* - Review order re retention of Ogilvy Renault | 0.10 | TJT |
| | *Case Administration* - update 2002 list and labels documents | 0.10 | MH |
| | *Case Administration* - Prepare 2002 labels re notice of hearing | 0.10 | MH |
| Dec-21-06 | *Fee Applications, Applicant* - Review Certificate of No Objection; re: Ferry, Joseph & Pearce's Oct., 2006 fee application for filing | 0.10 | LLC |
| | *Committee, Creditors', Noteholders' or* - Prepare, revise, and prepare for e-filing, e-file and oversee service of notice of telephonic hearing re Hilsee designation (.9); correspond with co-counsel re same (.1) | 2.00 | SGW |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review 28th continuation order re 5th omnibus objection to claims with attachments | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review continuation order re debtors' 18th omnibus objection to claims with attachments | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review 3rd order re 17th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order reinstating claim of R. Locke with attachment | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review notice of withdrawal of proof of claim by EEOC | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' objection to the claim of R. Locke | 0.20 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re Scott Law Group 21st interim period | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re CDG 21st interim period | 0.10 | TJT |
| | *Case Administration* - Review Scott Law Group Quarterly Fee Application for 22nd interim period | 0.10 | TJT |
| | *Case Administration* - Review amended 2019 statement by Motley Rice | 0.10 | TJT |
| | *Case Administration* - Review affidavit of S. Delsole | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re | 0.10 | TJT |

|          |                                                                                                                                                                                               |      |     |
|----------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|-----|
|          | teleconference with committee                                                                                                                                                                  |      |     |
|          | *Litigation and Litigation Consulting* - Review e-mail from C. Hehn re proposed order re debtors' motion to compel responses to PI questionnaires                                              | 0.10 | TJT |
|          | *Litigation and Litigation Consulting* - Review e-mail from C. Hehn re proposed order re debtors' x-ray protocol motion                                                                        | 0.10 | TJT |
|          | *Litigation and Litigation Consulting* - Review and revise notice of hearing re motion for leave to designate T. Hilsee as expert witness and confer with S. Weiler re same                    | 0.30 | TJT |
|          | *Litigation and Litigation Consulting* - Review joinder by FCR in PI Committee's motion to compel discovery re actuarial studies                                                              | 0.10 | TJT |
|          | *Litigation and Litigation Consulting* - Review Certificate of Counsel re proposed order re x-ray protocol and review proposed order                                                          | 0.20 | TJT |
|          | *Litigation and Litigation Consulting* - Review Certificate of Counsel re proposed order re motion to compel responses to PI questionnaires re consulting expert issue with attachment        | 0.30 | TJT |
|          | *Litigation and Litigation Consulting* - Review statement by PI Committee re debtors' proposed order re consulting expert issue                                                               | 0.10 | TJT |
|          | *Litigation and Litigation Consulting* - Review Certificate of Counsel re proposed order re settled claim issues with attachments                                                              | 0.20 | TJT |
|          | *ZAI Science Trial* - Teleconference with B. Sullivan re ZAI appeal issues                                                                                                                     | 0.10 | TJT |
|          | *Case Administration* - update fee app/cno filed chart                                                                                                                                         | 0.10 | MH  |
|          | *Fee Applications, Applicant* - draft Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's Oct. 06 Fee Application                                              | 0.30 | MH  |
|          | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Ferry, Joseph & Pearce's Oct. 06 Fee Application                       | 0.50 | MH  |
| Dec-22-06| *ZAI Science Trial* - Download & review notice of ZAI appeal                                                                                                                                   | 0.10 | LLC |
|          | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re claim by Williams Industries with attachment                                                                                         | 0.10 | TJT |
|          | *Case Administration* - Review TPT 7th Quarterly Fee Application                                                                                                                               | 0.10 | TJT |
|          | *Case Administration* - Review Deloitte Tax Jan. 06 Fee Application                                                                                                                            | 0.10 | TJT |
|          | *Case Administration* - Review BMC Group July 06 Fee Application                                                                                                                               | 0.10 | TJT |
|          | *Case Administration* - Review Protiviti Nov. 06 Fee Application                                                                                                                               | 0.10 | TJT |
|          | *Case Administration* - Review order disallowing eight Canadian PD claims                                                                                                                      | 0.10 | TJT |
|          | *Litigation and Litigation Consulting* - Review PI Committee's proposed order re motion to compel by PI Committee re actuarial study                                                          | 0.10 | TJT |
|          | *Litigation and Litigation Consulting* - Review Certificate of Counsel re Certain Claimants' proposed order re debtors' motion to compel response to PI questionnaire with proposed order and attachment | 0.30 | TJT |
|          | *Litigation and Litigation Consulting* - Review e-mail from M. Hurford re notice of deposition by written question for R. Levine                                                              | 0.10 | TJT |
|          | *Litigation and Litigation Consulting* - Review proposed deposition questions to R. Levine by PI Committee                                                                                     | 0.20 | TJT |
|          | *ZAI Science Trial* - Review e-mail from B. Sullivan re ZAI appeal                                                                                                                             | 0.10 | TJT |
|          | *ZAI Science Trial* - Review ZAI notice of appeal                                                                                                                                              | 0.10 | TJT |
| Dec-23-06| *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' objection to claim asserted by Del Taco and Baker with attachments                                                                    | 1.30 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' objection to claim asserted by A. Volovsek with attachments | 0.90 | TJT |
|  | *Case Administration* - Review Quarterly Fee Application by CIBC June-Jan. 06 | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review order re debtors' motion to compel responses to PI questionnaire with attachments | 0.30 | TJT |
|  | *ZAI Science Trial* - Review ZAI claimants' motion for leave to appeal re ZAI opinion | 0.20 | TJT |
| Dec-24-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Motley Rice supplemental designation of expert reports and witnesses re product ID | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review Prudential supplemental designation of expert reports and witnesses re product ID with Longo report dated 7/31/96 and review same | 0.90 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review expert report of G. Mew | 1.00 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' Notice of Service of certain supplemental expert reports re PD claims litigation | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review amended notice of hearing on objection to Del Taco and Baker claim | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re Gulf of Pacific claim | 0.10 | TJT |
|  | *Case Administration* - Review PGS Nov. 06 Fee Application | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review Certificate of Counsel re amended CMO re estimation of PI claims | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review order re PI Committee's motion to compel | 0.10 | TJT |
| Dec-25-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' supplemental designation of fact and expert witnesses re hazard issue | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review D&H Firm's supplemental designation of witnesses re hazard issue | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - start reviewing 12/21/06 expert report by R. Morse re Canadian claims | 0.60 | TJT |
|  | *Litigation and Litigation Consulting* - Review order re x-ray protocol | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review debtors' designation of expert witnesses re SOL issue | 0.20 | TJT |
| Dec-26-06 | *Claims Analysis Obj. & Res. (Asbestos)* - re D&H Firm's supplemental additional expert reports and identification of potential witnesses re product ID | 0.40 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review Anderson Memorial Hospital's designation of expert reports re product ID | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review California PD claimants' designation of expert reports re product ID | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - finish reviewing R. Morse's 12/21/06 expert report re Canadian claims | 0.80 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review notice of withdrawal of transfer of claim by Argo Partners | 0.10 | TJT |
|  | *Case Administration* - Review Woodcock and Washburn Quarterly Fee Application for 22nd interim period | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Case Administration* - Review amended order re 2007 hearing dates and times and forward to paralegal | 0.10 | TJT |
| | *Case Administration* - Review PSZY&J 22nd Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review 10th order re New Jersey preliminary injunction litigation | 0.10 | TJT |
| | *Case Administration* - Review four miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
| Dec-27-06 | *Fee Applications, Others* - Review Certificate of No Objection; re: Bilzin Oct., 2006 fee application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection; re: HRA Oct.., 2006 fee application for filing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review San Diego Gas & Electric's designation of fact/expert witnesses re hazard | 0.20 | TJT |
| | *Case Administration* - Review BMC Group Sep. Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' motion to quash 30(b)(6) deposition notices filed by FCR and PI Committee with attachments | 2.20 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from L. Esayian re motion for leave to designate Hilsee as expert | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re PD Committee's motion for leave to designate Hilsee as expert | 0.10 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re Bilzin's Oct. Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Bilzin's Oct. Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re HRA's Oct. Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re HRA's Oct. Fee Application | 0.50 | MH |
| Dec-28-06 | *Fee Applications, Others* - Review Certificate of No Objection; re: Bilzin 22nd quarterly fee application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection; re: HRA 17th quarterly fee application for filing | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Draft Certificate of Counsel re Hilsee motion resolution | 1.40 | SGW |
| | *Case Administration* - Review BMC Group Quarterly Fee Application for 22nd interim period | 0.10 | TJT |
| | *Case Administration* - Review Beverage and Diamond 6th Quarterly Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re Certificate of Counsel re Hilsee expert designation motion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Prepare e-mail to J. Sakalo re Certificate of Counsel re Hilsee designation motion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Confer with S. Weiler re drafting | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Certificate of Counsel re Hilsee designation motion | | |
| | *Litigation and Litigation Consulting* - Review and revise draft of Certificate of Counsel re Hilsee designation motion | 0.40 | TJT |
| | *Litigation and Litigation Consulting* - continue reviewing documents supporting PI Committee's expert reports (product formulation documents) | 1.20 | TJT |
| | *Litigation and Litigation Consulting* - finalize Certificate of Counsel re designation motion and confer with S. Weiler re same | 0.20 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's Nov. 06 prebill | 0.60 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - Draft Certificate of No Objection and Certificate of Service re HRA's 17th Quarterly Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re HRA's 17th Quarterly Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re Bilzin's 22nd Quarterly Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Bilzin's 22nd Quarterly Fee Application | 0.50 | MH |
| | *Fee Applications, Applicant* - edit Ferry, Joseph & Pearce's Nov. prebill | 0.20 | MH |
| Dec-29-06 | *Fee Applications, Applicant* - Review Nov., 2006 fee application for e-filing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review California State General Services Notice of Service of Expert Reports | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review California State Dept. of General Services Notice of Service of Supplemental Expert Reports | 0.10 | TJT |
| | *Case Administration* - Review Caplin Drysdale Nov. Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - trade e-mails with J. Sakalo re debtors' answering brief and appendix in exclusivity appeal | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review letter from J. O'Neill to J. Buckwalter re answering brief and appendix in exclusivity appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review memo from J. Sakalo to committee re answering brief filed by debtors in exclusivity appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review answering brief and appendix re exclusivity appeal | 2.40 | TJT |
| | *ZAI Science Trial* - Review debtors' motion for extension of time to file response to ZAI claimants' motion for leave to allow interlocutory appeal re ZAI appeal | 0.20 | TJT |
| | *Case Administration* - Confer with T. Tacconelli re Fee Application payments, review payments received chart to determine allocation of three payments, submit information to T. Tacconelli and accounts receivable | 0.20 | MH |
| | *Case Administration* - Review docket re case status for week ending 12/22/06; memo to T. Tacconelli and L. Coggins re same | 1.40 | MH |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - modify Ferry, Joseph & Pearce's Nov. 06 invoice, draft summary, notice and certificate of service re same | 0.70 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Ferry, Joseph & Pearce's Nov. 06 Fee Application | 0.50 | MH |
| Dec-30-06 | *Case Administration* - Review LAS Nov. Fee Application | 0.10 | TJT |

| | | | |
|---|---|---|---|
| **Invoice No. 22648** | **Page 19 of 19** | | January 30, 2007 |

| Date | Description | Hours | Atty |
|---|---|---:|---|
| | *Case Administration* - Prepare memo to S. Weiler re status of pending district court matters and 3rd circuit matters | 0.10 | TJT |
| Dec-31-06 | *Case Administration* - Review Nelson Mullins Nov. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Pitney Hardin Nov. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Foley Hoag Nov. Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - continue reviewing backup documentation to PI expert reports re certain product formulations | 1.90 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Sakalo re reply brief re exclusivity appeal | 0.10 | TJT |
| | **Totals** | 117.20 | |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---:|
| Dec-04-06 | Expense - Copying cost  138 @ 0.10 | 13.80 |
| | Expense - Postage | 2.07 |
| Dec-06-06 | Expense - Diana Doman Transcribing | 690.80 |
| | Expense - Parcel's, Inc. - copies | 362.83 |
| | Expense - Copying cost  405 @ 0.10 492 @ 0.10 | 49.20 |
| Dec-07-06 | Expense - Digital Legal Services (photocopy charges) | 839.38 |
| Dec-08-06 | Expense - Fax  33 @ 1.00 | 33.00 |
| Dec-11-06 | Expense - J&J Court Transcribers | 75.20 |
| Dec-12-06 | Expense - Parcel's, Inc. - cc-289.30; 472.90 | 762.20 |
| Dec-13-06 | Expense - Parcel's, Inc. - HD | 350.00 |
| | Expense - Fax  15 @ 1.00 | 15.00 |
| Dec-14-06 | Expense - J&J Court Transcribers | 287.10 |
| Dec-15-06 | Expense - Blue Marble Logistics | 230.22 |
| Dec-18-06 | Expense - Fax  30 @ 1.00 | 30.00 |
| | Totals | $3,740.80 |
| | **Total Fees & Disbursements** | **$30,040.80** |
| | **Balance Due Now** | **$30,040.80** |