IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl Young Jones & Weintraub LLP, co-counsel for the Debtors, in the above-captioned action, and that on the 31st day of January 2007 she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXPEDITED MOTION TO MODIFY ORDER REGARDING PRODUCTION OF X-RAYS BASED ON SUBSTANTIAL NON-COMPLIANCE WITH ORDER [DOCKET NO. 14441].**

Dated: January 31, 2007

_____
Patricia E. Cuniff

Sworn to and subscribed before
me this 31st day of January, 2007

_____
Notary Public
My Commission Expires: 8-26-07

MARLENE S. CHAPPE
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Aug. 26, 2007

Motion to Compel Fax Service List for
Case No. 01-1139 (JKF)
January 31, 2007
Document # 123100
**65 – Facsimile**

*Facsimile 302-426-9947*
Mark T. Hurford, Esquire
Marla Rosoff Eskin, Esquire
Matthew G. Zaleski, III, Esquire
(Counsel for Asbestos Personal Injury Claimants)
(Special Request)

*Facsimile 302-658-6548*
Mark D. Collins, Esquire
(Counsel for The Chase Manhattan Bank)
(Special Request)

*Facsimile 302-575-1714*
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
(Counsel for Property Damage Claimants)
(Special Request)

*Facsimile 302-658-6395*
Steven M. Yoder, Esquire
(Local Counsel to DIP Lender)
(Special Request)

*Facsimile 302-573-6497*
David Klauder, Esquire
(United States Trustee)
(Special Request)

*Facsimile 410-531-4545*
Mark Shelnitz
(W. R. Grace & Co.)
(Special Request)

*Facsimile 212-644-6755*
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
(Official Committee of Personal Injury Claimants)
(Special Request)

*Facsimile 212-806-6006*
Lewis Kruger, Esquire
(Official Committee of Unsecured Creditors)
(Special Request)

*Facsimile 305-374-7593*
Scott L. Baena, Esquire
(Official Committee of Property Damage Claimants)
(Special Request)

*Facsimile 212-715-8000*
Philip Bentley, Esquire
(Counsel for Equity Committee)
(Special Request)

*Facsimile 312-993-9767*
J. Douglas Bacon, Esquire
(Counsel to DIP Lender)
(Special Request)

*Facsimile 302-657-4901*
Michael R. Lastowski, Esquire
(Counsel to Official Committee of Unsecured Creditors)
(Special Request)

*Facsimile 302-552-4295*
Teresa K.D. Currier, Esquire
(Equity Committee Counsel)
(Special Request)

*Facsimile 202-429-3301*
Peter Van N. Lockwood, Esquire
Albert G. Lauber, Esquire
Nathan D. Finch, Esquire
Max C. Heerman, Esquire
(Counsel for Asbestos Personal Injury Claimants)
(Special Request)

*Facsimile 302-655-4210*
John C. Phillips, Jr., Esquire
(Counsel to David T. Austern as Future Claimants' Representative)
(Special Request)

*Facsimile 202-339-8500*
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Matthew W. Cheney, Esquire
(Counsel to David T. Austern as Future Claimants' Representative)
(Special Request)

*Facsimile 302-656-5875*
Robert Jacobs, Esquire
(Counsel for David Slaughter)
(Special Request)

*Facsimile 302-467-4554*
James S. Yoder, Esquire
(Counsel for Allstate Insurance Company, Solely as Successor-in-Interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company)
(Special Request)

*Facsimile 302-658-1473*
Susan E. Kaufman, Esquire

*Facsimile 302-467-4450*
Adam G. Landis, Esquire
(Counsel for the Libby Claimants)

*Facsimile 302-504-7820*
Noel C. Burnham, Esquire
(Counsel for Grace Certain Cancer Claimants)

*Facsimile 903-657-7227*
Paul L. Sadler, Esquire

*Facsimile 412-471-8308*
Mark C. Meyer, Esquire
David B. Rodes, Esquire

*Facsimile 510-832-2986*
Christopher E. Grell, Esquire
Richard F. Rescho, Esquire
(Counsel for Claimants Ellen Ashdown, et al)

*Facsimile 317-685-6505*
Linda George, Esquire
W. Russell Sipes, Esquire
Kathleen Farinas, Esquire

*Facsimile 304-233-0774*
R. Dean Hartley, Esquire

*Facsimile 479-442-9008*
Russell B. Winburn, Esquire

*Facsimile 601-894-5033*
James D. Shannon, Esquire
Kelley M. Berry, Esquire

*Facsimile 214-969-4999*
Van J. Hooker, Esquire
David A. Klinger, Esquire
(Counsel for Respondents, Various law Firms Representing Personal Injury Claimants)

*Facsimile 617-951-0679*
Daniel C. Cohn, Esquire
(Counsel for the Libby Claimants)

*Facsimile 312-276-0035*
Joseph D. Frank, Esquire
(Counsel for Campbell-Cherry-Harrison-Davis-Dove, PC; Robins, Cloud, Greenwood & Lubel; and The Eaves Law Firm)

*Facsimile 212-986-2255*
Ethan Early, Esquire
(Counsel for the Libby Claimants)

*Facsimile 302-656-7599*
Daniel K. Hogan, Esquire

*Facsimile 228-872-4719*
Alwyn H. Luckey, PA

*Facsimile 312-861-2200*
Janet S. Baer, Esquire
(Counsel to Debtor)

*Facsimile 973-424-2001*
William S. Katchen, Esquire
(Special Request)

*Facsimile 302-655-4210*
John C. Phillips, Jr., Esquire
(Counsel to David T. Austern, Future Claimant's Representative)

*Facsimile 302-652-8405*
Kathleen M. Miller, Esquire
(Counsel for Reaud, Morgan & Quinn)

*Facsimile 212-344-5461*
Arthur Luxenburg, Esquire

*Facsimile 618-259-2251*
Robert Phillips, Esquire

*Facsimile 732-855-6117*
Deidre Woulfe Pacheco, Esquire

*Facsimile 215-772-7620*
Natalie D. Ramsey, Esquire

*Facsimile 510-834-1928*
Mark S. Bostick, Esquire

*Facsimile 510-835-4913*
Steven Kazan, Esquire

*Facsimile 214-357-7252*
Peter Kraus, Esquire

*Facsimile 925-757-0153*
Ronald Shingler, Esquire

*Facsimile 510-559-9980*
Philip A. Harley, Esquire

*Facsimile 203-785-1671*
Brian Kenney, Esquire

*Facsimile 415-788-1598*
Stephen M. Tigerman, Esquire

*Facsimile 214-520-1181*
Baron & Budd, P.C.

*Facsimile 225-768-7999*
LeBlanc & Waddell

*Facsimile 214-874-7000*
Silber Pearlman, LLP

*Facsimile 617-720-2445*
Thornton & Naumes LLP

*Facsimile 312-236-3029*
Cooney & Conway

*Facsimile 716-849-0708*
Lipsitz & Ponterio, LLC

*Facsimile 501-376-0546*
Edward O. Moody, PA

*Facsimile 817-633-5507*
Foster & Sear LLP

*Facsimile 843-216-9450*
Motley Rice LLC

*Facsimile 304-347-5055*
James F. Humphreys & Associates, LC

*Facsimile 601-544-9814*
Morris, Sakalarios & Blackwell, PLLC

*Facsimile 409-838-8888*
Colin D. Moore
Provost Umphrey LLP

*Facsimile 410-659-1780*
Law Offices of Peter G. Angelos, PC

*Facsimile 216-575-0799*
Kelley & Ferraro LLP

*Facsimile 305-379-6222*
Ferraro & Associates, PA