IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:
W.R. Grace & Co.                                  Bankruptcy No. 01-1139-JKF
    Debtor(s)                                  Jointly Administered
                                   Chapter 11

**Related to Dkt. No. 14441, Expedited Motion to Modify Order Regarding Production of X-Rays Based on Substantial Non-Compliance with Order; Dkt. No. 14442, Motion for Leave to File Emergency Motion to Modify Order Regarding Production of X-Rays Based on Substantial Non-Compliance with Order**

**ORDER SETTING EXPEDITED HEARING ON MOTION TO MODIFY
ORDER REGARDING PRODUCTION OF X-RAYS**

    **AND NOW,** this **31st** day of **January, 2007,** it is **ORDERED** that the Motion for Leave to File Emergency Motion is **GRANTED**.

    It is **FURTHER ORDERED** that a hearing on the Expedited Motion to Modify Order Regarding Production of X-Rays is scheduled for **Friday, February 2, 2007,** at **3:30 p.m.**, prevailing Eastern time, by telephone through CourtCall. The hearing shall be one hour in duration, each side permitted 30 minutes for argument.

    It is **FURTHER ORDERED** that responses to the Expedited Motion to Modify Order shall be filed and served by **3:00 p.m.** on **Thursday, February 1, 2007.**

    It is **FURTHER ORDERED** that by **3:00 p.m.** on **February 1, 2007,** filed responses shall be e-mailed to jkf@pawb.uscourts.gov.

                                                     Judith K. Fitzgerald
                                                     United States Bankruptcy Judge