IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., et al. | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **NO ORDER REQUIRED** |
| | ) | |
| | ) | **Rel. D.I. 14256** |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 14256

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Fifty-Ninth Monthly Fee Application of Duane Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period November 1, 2006 through November 30, 2006 (the "Application") [Docket No. 14256] filed on January 8, 2007.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served no later than January 29, 2007 at 4:00 p.m.

DM3\442649.1

Pursuant to the Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Professionals and Members of the Official Committees and Consideration of Fee Applications signed November 20, 2001, the Debtors are hereby authorized to immediately pay eighty percent (80%) of requested compensation (totaling $42,172.40) and one hundred percent (100%) of requested reimbursement of expenses (totaling $462.28) without further order from the court.

Dated: January 31, 2007
       Wilmington, DE

*[signature]*
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:   (302)-657-4900
Facsimile:    (302)-657-4901
Email:        mlastowski@duanemorris.com
              rwriley@duanemorris.com

*Co-Counsel for the Official*
*Committee of Unsecured Creditors*