IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

W.R. GRACE & CO., et al.,

                       Debtors.

Chapter 11

Case No. 01-01139 (JKF)

(Jointly Administered)

## NOTICE OF SERVICE OF DISCOVERY

I, Laurie Schenker Polleck, hereby certify that on this 31st day of January 2007, caused to be served one copy of *The Prudential Insurance Company of America's First Set of Document Requests Directed to Debtors as to the Issues of Product Identification, Limitations Periods, and Lack of Hazard*, upon the parties listed below:

in the manner indicated:

| **Hand Delivery** | **First Class Mail** |
|---|---|
| Laura Davis Jones, Esq. | David M. Bernick, Esq. |
| James E. O'Neill, Esq. | Janet S. Baer, Esq. |
| 919 North Market Street, 17th Floor | Lisa Esayian, Esq. |
| P.O. Box 8705 | Samuel Blatnick, Esq. |
| Wilmington, DE 19899-8705 | 200 East Randolph Drive |
| | Chicago, Illinois 60601 |

Dated: January 31, 2007

/s/ Laurie Schenker Polleck
Laurie S. Polleck (DE Bar No. 4300)
Jaspan Schlesinger Hoffman LLP
913 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 351-8000
Facsimile: (302) 351-8010
Delaware Counsel to The Prudential
Insurance Company of America