IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> W.R. GRACE & CO., et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 01-01139 (JKF) <br><br> (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Laurie Schenker Polleck, hereby certify that on this 31st day of January 2007, I caused to be served one copy of *Notice of Service of Discovery* Regarding The Prudential Insurance Company of America's First Set of Document Requests Directed to Debtors as to the Issues of Product Identification, Limitations Periods, and Lack of Hazard, upon the parties listed below, in the manner indicated:

**Hand Delivery**
Laura Davis Jones, Esq.
James E. O'Neill, Esq.
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Dated: January 31, 2007

**First Class Mail**
David M. Bernick, Esq.
Janet S. Baer, Esq.
Lisa Esayian, Esq.
Samuel Blatnick, Esq.
200 East Randolph Drive
Chicago, Illinois 60601

/s/ Laurie Schenker Polleck
Laurie S. Polleck (DE Bar No. 4300)
Jaspan Schlesinger Hoffman LLP
913 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 351-8000
Facsimile: (302) 351-8010
Delaware Counsel to The Prudential
Insurance Company of America