IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE OF DISCOVERY

I, Laurie Schenker Polleck, hereby certify that on this 31st day of January 2007, caused to be served one copy of *The Prudential Insurance Company of America's First Set of Interrogatories Directed to Debtors as to the Issues of Product Identification, Limitations Periods, and Lack of Hazard*, upon the parties listed below: in the manner indicated:

**Hand Delivery**
Laura Davis Jones, Esq.
James E. O'Neill, Esq.
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Dated: January 31, 2007

**First Class Mail**
David M. Bernick, Esq.
Janet S. Baer, Esq.
Lisa Esayian, Esq.
Samuel Blatnick, Esq.
200 East Randolph Drive
Chicago, Illinois 60601

/s/ Laurie Schenker Polleck
Laurie S.chenker. Polleck (DE Bar No. 4300)
Jaspan Schlesinger Hoffman LLP
913 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 351-8000
Facsimile: (302) 351-8010
Delaware Counsel to The Prudential Insurance
Company of America