# EXHIBIT 4

{D0015845:1 }

ATTORNEYS AT LAW

# Thornton & Naumes LLP

| | | |
|---|---|---|
| Michael P. Thornton (NH, ME & MA) | Andrew S. Wainwright (NY, MA) | Of Counsel |
| John T. Barrett (NH & MA) | Michael A. Lesser | Elizabeth M. Shost |
| Robert T. Naumes | Marilyn T. McGoldrick | Admitted in NY & PA only |
| Neil T. Leifer (ME, NJ & MA) | Garrett J. Bradley (NY & MA) | |
| David J. McMorris (NY & MA) | Brad J. Mitchell | |
| Edwin L. Wallace | Kristen Marquis Fritz | |
| Robert M. Byrne, Jr. (NY & MA) | Zoran Malesevic | |
| David C. Strouss | Robert T. Naumes, Jr. (CT & MA) | |
| Joseph R. Donohue (ME & MA) | Andrea C. Marino | |

January 11, 2007

**Via Federal Express**
Rust Consulting, Inc.
Claims Processing Agent
Re: W.R. Grace & Co. Bankruptcy
201 S. Lyndale Avenue
P.O. Box 1620
Faribault, MN 55021

Dear Sir/Madam:

Pursuant to the Court Order regarding the production of original x-ray films, we are in the process of obtaining the films in order to send them to your facility.

Attached you will find a number of lists detailing our progress in this process.

**Exhibit 1:** List of those clients we have obtained the original films and have sent out for copying. Upon their receipt, we will forward you the films and the appropriate certification with a bill for the copying charge.

**Exhibit 2:** List of those clients for whom we have requested x-ray films from the facilities that have the films in their possession and the names and locations of those facilities. Upon their receipt, we will send them out to be copied and send the copies and certification, with the bill, to your facility.

**Exhibit 3:** List of those clients for whom we did not have a HIPPA compliant medical authorization on file. For these clients we have sent them a medical authorization to sign and upon its receipt we will order the film from the facility.

**Exhibit 4:** List of those clients for whom we had previously requested films for and the facility that held the films notified us, either by phone or mail, that the films were destroyed or no longer existed. For those notifications that came via mail, we have also attached that letter.



**Exhibit 5:** There are two clients that we had previously submitted Questionnaires for and thus are required to submit x-ray films for that are either closed or are no longer our client. For these clients we are not able to obtain an authorization or their original films.

If you require anything else on this matter, or have any questions, please contact our office at the above number.

Thank you.

Sincerely,

*Garrett J. Bradley*

Garrett J. Bradley, Esq.

GB:lr
cc:     Barbara Harding
Enclosures

FILMS OUT FOR COPYING                                Page 1

| SS# | Client | DeathDate | Diagnosis | XRAY FILMS ONSITE |
|---|---|---|---|---|
| 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 | Trainer, William J., Sr. | | Other Cancer | 1 |
| 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 | Moan, Harold | | Lung Cancer | 2 |
| 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 | Haefeli, Charles | | Other Cancer | 2 |
| 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 | Tavano, Frank | 04/16/1997 | Lung Cancer | 2 |
| 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 | Horrigan, Thomas A. | 12/12/1997 | Lung Cancer | 4 |
| 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 | Corcoran, John J. | 08/19/1997 | Lung Cancer | 103 |

ATTORNEYS AT LAW
# Thornton & Naumes LLP

Michael P. Thornton (NH, ME & MA)
John T. Barrett (NH & MA)
Robert T. Naumes
Neil T. Leifer (ME, NJ & MA)
David J. McMorris
Edwin L. Wallace
Robert M. Byrne, Jr.
David C. Strouss
Joseph R. Donohue (ME & MA)
Patricia M. Flannery
Andrew S. Wainwright
Michael A. Lesser
Marilyn T. McGoldrick
Garrett J. Bradley (MA & NY)
Brad J. Mitchell
Kristen Marquis Fritz
Zoran Malesevic

100 Summer Street • Boston, Massachusetts 02110 • 617-720-1333
Toll Free 800-431-4600  FAX# 617-720-2445
Web site: www.tenlaw.com

Of Counsel
Elizabeth M. Shost
Admitted in NY & PA only

January 5, 2007

Massachusetts General Hospital
ATTN: Allen
Radiology Image Service Center
Blake Subbasement
55 Fruit Street
Boston, MA 02114

Dear Allen:

    Attached to this letter you will find X-Ray films for four (4) people. Please make copies of all of the films. Also, please fax the invoice to my attention at 617-720-2445, and if possible, please let me know when they will be available for pick-up. Thank you for your assistance in this matter. If you have any questions feel free to call me at 617-531-3924.

                                  Sincerely,

                                  Leslie Roach
                                  Settlement Paralegal

Attached:
Chest X-Rays for:
John J. Corcoran
Charles Haefeli
Frank Tavano
Thomas Horrigan

ATTORNEYS AT LAW
# Thornton & Naumes LLP

Michael P. Thornton (NH, ME & MA)
John T. Barrett (NH & MA)
Robert T. Naumes
Neil T. Leifer (ME, NJ & MA)
David J. McMorris
Edwin L. Wallace
Robert M. Byrne, Jr.
David C. Strouss
Joseph R. Donohue (ME & MA)
Patricia M. Flannery
Andrew S. Wainwright
Michael A. Lesser
Marilyn T. McGoldrick
Garrett J. Bradley (MA & NY)
Brad J. Mitchell
Kristen Marquis Fritz
Zoran Malesevic

100 Summer Street • Boston, Massachusetts 02110 • 617-720-1333
Toll Free 800-431-4600  FAX# 617-720-2445
Web site: www.tenlaw.com

Of Counsel
Elizabeth M. Shost
Admitted in NY & PA only

January 11, 2007

Massachusetts General Hospital
ATTN: Allen
Radiology Image Service Center
Blake Subbasement
55 Fruit Street
Boston, MA 02114

Dear Allen:

   Attached to this letter you will find X-Ray films for four (2) people. Please make copies of all of the films. Also, please fax the invoice to my attention at 617-720-2445, and if possible, please let me know when they will be available for pick-up. Thank you for your assistance in this matter. If you have any questions feel free to call me at 617-531-3924.

Sincerely,

Leslie Roach
Settlement Paralegal

Attached:
Chest X-Rays for:
Harold Moan
William J. Trainer, Sr.

HAVE REQUESTED FILMS

| SS# | Client | DeathDate | Diagnosis | Name of Facility |
|---|---|---|---|---|
| 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 | Ambrose, Peter B. | 10/10/1991 | Lung Cancer | Faulkner Hospital, 1153 Centre Street, Jamacia Palin, MA 02130 |
| 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 | Antonellis, Carmine C. | | Other Cancer | Boston Medical Center, 818 Harriosn Ave, Boston, MA 02118 |
| 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 | Antosz, Michael S. | 12/04/1995 | Other Cancer | Cooley Dickinson Hospital, 30 Locust Street, PO Box 5001, Northampton, MA 01060 |
| 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 | Archie, McKinley | 06/12/1996 | Lung Cancer | Boston Medical Center, 818 Harriosn Ave, Boston, MA 02118 |
| 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 | Armstrong, Robert W. | 05/09/1997 | Lung Cancer | Quincy Radiology Associates, 68 Russell Park, Quincy, MA 02169 |
| 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 | Baglio, Rita | | Lung Cancer | East Boston Neighborhood Health Center, 10 Gove St., East Boston, MA 02128 |
| 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 | Batchelor, James J. | | Lung Cancer | Internal Medical Associates, POBox 248, 163 Silver Street, Agawam, MA 01001 |
| 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 | Bates, Henry F. | 09/14/1983 | Lung Cancer | Mass. General Hospital, 55 Fruit Street, Boston, MA |
| 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 | Bennett, Marcus G. | | Other Cancer | Harvard Community Health Paln, 2 Fenway Plaza, Boston, MA 02215 - MA General Hospital, 55 Fruit Street, Boston, MA 02114 |
| 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 | Bernier, Arthur J. | 06/04/1984 | Lung Cancer | Norfolk County Hospital, 2001 Washington Street, S. Braintree, MA 02184 |
| 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 | Blair, Ernest H. | 12/15/1998 | Lung Cancer | Baystate Medical Center, 759 Chestnut Street, Springfield, MA 01199 |
| 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 | Blake, John J. | 02/08/1999 | Other Cancer | Massachusetts Respiratory Hospital, 2001 Washington Street, S. Braintree, MA 02184 |
| 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 | Blanchard, David H. | 09/13/2000 | Lung Cancer | Radiology & Imaging, 125 Liberty Street, Springfield, MA 01103 |
| 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 | Bohmbach, William | | Lung Cancer | Mass. General Hospital, 55 Fruit Street, Boston, MA |
| 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 | Boisvert, William O. | 04/03/1987 | Other Cancer | Internal Medical Associates, POBox 248, 163 Silver Street, Agawam, MA 01001 |
| 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 | Boucher, Paul A., Sr. | 09/09/2000 | Other Cancer | South Maine Medical Center, One Medical Drive, POBox 626, Biddeford, ME 04005 |
| 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 | Boudas, Anthony | | Other Cancer | Radiology & Imaging, 125 Liberty Street, Springfield, MA 01103 |
| 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 | Boudreau, Peter H. | 05/01/1985 | Other Cancer | Mass. General Hospital, 55 Fruit Street, Boston, MA |
| 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 | Brown, Lawrence J. | 07/13/1993 | Lung Cancer | Norfolk County Hospital, 2001 Washington Street, S. Braintree, MA 02184 |
| 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 | Cabana, Maurice R. | 01/30/1993 | Lung Cancer | ON ORDER |
| 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 | Cadario, Elizabeth A. | | Lung Cancer | 121 Forest Hills Road, Cotuit, MA 02635 |
| 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 | Calkins, Elliot M. | 12/21/1988 | Lung Cancer | Internal Medical Associates, POBox 248, 163 Silver Street, Agawam, MA 01001 |
| 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 | Cameron, Leon H. | 02/23/1993 | Lung Cancer | NE Medical Center, 750 Washington Street, Boston, MA 02111 |
| 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 | Charest, John P., Jr. | 04/19/1991 | Lung Cancer | Springfield Radiologists, 780 Chestnut Street, Springfield, MA 01107 |
| 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 | Chessa, Walter S. | 12/11/2000 | Other Cancer | Michael B. Teiger, 1000 Asylum Ave, Suite 130, Hartford, CT 06105 - Old Town Health Center, South Main Street, Old Town, ME 04468 |
| 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 | Clark, Lewis W., Sr. | 09/04/1998 | Other Cancer | South Shore Hospital, 55 Fogg Road, S. Weymouth, MA 02190 |
| 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 | Clevenshire, John J. | 06/21/1985 | Other Cancer | Internal Medical Associates, POBox 248, 163 Silver Street, Agawam, MA 01001 |
| 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 | Clifford, Francis E. | 09/05/1982 | Lung Cancer | Dana Farber Cancer Institute, 44 Binney Street, Boston, MA 02115 |
| 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 | Collins, Joseph A. | 09/19/1987 | Lung Cancer | Radiology & Imaging, 125 Liberty Street, Springfield, MA 01103 |
| 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 | Cooke, Thomas R. | 11/16/2004 | Lung Cancer | Internal Medical Associates, POBox 248, 163 Silver Street, Agawam, MA 01001 |
| 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 | Cormier, Vernon J. | 11/22/1986 | Lung Cancer | UMASS Meidcal Center, 55 Lake Ave North Worcester, MA 01655 |
| 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 | Curtin, Thomas J. | 05/06/1997 | Lung Cancer | |
| 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 | D'Alessandro, Nicholas | 04/19/1999 | Other Cancer | Massachusetts Respiratory Hospital, 2001 Washington Street, S. Braintree, MA 02184 |
| 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 | DeAngelis, Carmen | 10/30/2001 | Other Cancer | Massachusetts Respiratory Hospital, 2001 Washington Street, S. Braintree, MA 02184 |

HAVE REQUESTED FILMS

| SS# | Client | DeathDate | Diagnosis | Name of Facility |
|---|---|---|---|---|
| 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 | DeCoste, Harold J., Jr. | 01/13/1999 | Lung Cancer | Lawrence Baker, 1100 Beacon Street, Brookline, MA 02148 |
| 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 | DiGregorio, Rocco | 08/26/2006 | Other Cancer | Mass. General Hospital, 55 Fruit Street, Boston, MA |
| 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 | DiTocco, Robert D. | | Other Cancer | Massachusetts Respiratory Hospital, 2001 Washington Street, S. Braintree, MA 02184 |
| 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 | Donovan, Daniel D., Jr. | | Lung Cancer | Mass. General Hospital, 55 Fruit Street, Boston, MA |
| 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 | Drake, Robert A. | | Other Cancer | Internal Medical Associates, POBox 248, 163 Silver Street, Agawam, MA 01001 |
| 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 | DuBois, Thomas A., Sr. | 11/10/1998 | Lung Cancer | Hillcrest Hospital, 165 Tor Court, Pittsfield, MA 01201 |
| 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 | Elias, Louis H. | | Other Cancer | ON ORDER |
| 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 | Fennell, Harold F. | 08/26/1999 | Other Cancer | John Hopkins Hospital, 601 North Caroline Street, Baltimore, MD 21287 |
| 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 | Florio, Jacob J. | 11/16/1993 | Lung Cancer | VA Med Center, 1400 VFW Parkway, West Roxbury, MA 02132 |
| 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 | Foley, John W., Sr. | 02/12/1996 | Lung Cancer | Milford-Whitinsville Regional Hospital, 14 Prospect Street, Milford, MA 01757 |
| 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 | Foote, John A. | 01/19/2001 | Other Cancer | General Medical Laboratories, 101 River Road, Weston, MA 02193 |
| 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 | Fortin, Roger | 12/22/1996 | Other Cancer | Rockville General Hospital, 31 Union Street, Vernon, CT 06066 |
| 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 | Freda, Pasquale P. | 02/04/1994 | Lung Cancer | Medical Associates of Quincy, 21 School Street, Quincy, MA 02169 |
| 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 | Gately, Matthew J., Jr. | | Lung Cancer | Concord Hospital, 250 Pleasant Street, Concord, MA 03301 |
| 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 | Genovese, Anthony F. | 12/12/1992 | Lung Cancer | Brigham & Womens Hospital, 75 Francis Street, Boston, MA 02115 |
| 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 | Gentile, Stephen | 07/01/1995 | Lung Cancer | Mount Auburn Hospital, 330 Mount Auburn Street, Cambridge, MA 02238 |
| 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 | Gerry, Vinal P. | 01/21/1993 | Lung Cancer | VA Med Center, 1400 VFW Parkway, West Roxbury, MA 02132 |
| 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 | Gignac, Harold C. | 11/21/2001 | Other Cancer | Mass. General Hospital, 55 Fruit Street, Boston, MA |
| 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 | Gliniewicz, Victor F. | 05/06/1999 | Lung Cancer | Togas VA Med Center, 1 VA Center, Augusta, ME 04330 |
| 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 | Goglia, James J. | 01/02/1984 | Other Cancer | VA Medical Center, 1400 VFW Parkway, West Roxbury, MA 02132 |
| 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 | Goldberg, Dorothy | 07/21/1994 | Lung Cancer | Dana Farber Cancer Institute, 44 Binney Street, Boston, MA 02115 |
| 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 | Grant, Paul H. | 01/19/1996 | Other Cancer | Norfolk County Hospital, 2001 Washington Street, S. Braintree, MA 02184 |
| 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 | Gremo, Joseph P., Sr. | 11/21/1996 | Lung Cancer | St. Vincents Hospital, 25 Winthrop Street, Worcester, MA 01604 |
| 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 | Griffin, John W. | 09/01/2003 | Lung Cancer | Professional Park Radiologists, 520 Saybrook Road, Middletown, CT 06457 |
| 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 | Harris, Paul | | Lung Cancer | Radiology & Imaging, 125 Liberty Street, Springfield, MA 01103 |
| 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 | Hebert, Francis H. | 10/22/1995 | Lung Cancer | Radiology & Imaging, 125 Liberty Street, Springfield, MA 01103 |
| 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 | Higgins, Thomas | 08/01/2001 | Other Cancer | Internal Medical Associates, POBox 248, 163 Silver Street, Agawam, MA 01001 |
| 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 | Higgins, William J. | | Other Cancer | Norfolk County Hospital, 2001 Washington Street, S. Braintree, MA 02184 |
| 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 | Hoag, Kenneth V. | 07/19/1983 | Lung Cancer | Melrose-Wakefield Hospital, 585 Lebanon St., Melrose, MA 02176 |
| 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 | Houde, Frederick R., Jr. | 01/10/1985 | Other Cancer | Internal Medical Associates, POBox 248, 163 Silver Street, Agawam, MA 01001 |
| 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 | Houldcroft, Ernest | 05/09/1992 | Lung Cancer | Berkshire Medical Center, 725 North Street, Pittsfield, MA 01201 |
| 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 | Hover, Charles W. | 02/01/1999 | Lung Cancer | Mass. General Hospital, 55 Fruit Street, Boston, MA |
| 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 | Howard, Charles W. | 11/14/1997 | Other Cancer | ON ORDER |
| 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 | Imprescia, Edward S. | 09/25/1997 | Lung Cancer | Norfolk County Hospital, 2001 Washington Street, S. Braintree, MA 02184 |
| 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 | Johnston, John P. | | Lung Cancer | Norfolk County Hospital, 2001 Washington Street, S. Braintree, MA 02184 |
| 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 | Jurkowski, Fabian J., Sr. | 11/12/1992 | Lung Cancer | Internal Medical Associates, POBox 248, 163 Silver Street, Agawam, MA 01001 |

HAVE REQUESTED FILMS

| SS# | Client | DeathDate | Diagnosis | Name of Facility |
|---|---|---|---|---|
| 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 | Kehr, Charles F., Jr. | 12/05/1998 | Lung Cancer | Radiology & Imaging, 125 Liberty Street, Springfield, MA 01103 |
| 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 | Kelley, William R. | | Lung Cancer | Internal Medical Associates, POBox 248, 163 Silver Street, Agawam, MA 01001 |
| 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 | Kelly, George V. | 12/22/1964 | Lung Cancer | Whidden Memorial Hospital, 103 Garland Street, Everett, MA 02149 |
| 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 | Kondroski, George | 05/21/1998 | Lung Cancer | Halifax Meidcal Center, 400 N. Clyde Morris Blvd, Daytona Beach, FL 32114 |
| 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 | Languet, Laurier F. | 05/26/2000 | ON ORDER | ON ORDER |
| 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 | Laubenstein, William D. | 07/02/2001 | Lung Cancer | ON ORDER |
| 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 | LeBeau, Richard O. | | Lung Cancer | Mass. General Hospital, 55 Fruit Street, Boston, MA |
| 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 | Leighton, Philip C. | 07/04/2004 | Lung Cancer | Mass. General Hospital, 55 Fruit Street, Boston, MA |
| 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 | Lemieux, Roland J. | 01/10/1998 | Lung Cancer | Elihu A. Channin, 90 Hawthorn Street, New Bedford, MA 02740 |
| 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 | Longo, Patricia | 01/09/1996 | Other Cancer | ON ORDER |
| 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 | Lubin, Joseph F. | 02/12/1992 | Other Cancer | Mass. General Hospital, 55 Fruit Street, Boston, MA |
| 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 | Lynn, John R. | 07/27/1985 | Lung Cancer | Brigham & Womens Hospital, 75 Francis Street, Boston, MA 02115 |
| 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 | MacDonald, Hubert C. | 12/02/1999 | Other Cancer | Massachusetts Respiratory Hospital, 2001 Washington Street, Boston, MA 02184 |
| 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 | MacEachern, Hugh D. | 06/29/1998 | Other Cancer | Massachusetts Respiratory Hospital, 2001 Washington Street, S. Braintree, MA 02184 |
| 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 | Markarian, Peter | | Other Cancer | Mass. General Hospital, 55 Fruit Street, Boston, MA |
| 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 | Martell, Edward W. | 01/17/1985 | Other Cancer | Radiology & Imaging, 125 Liberty Street, Springfield, MA 01103 |
| 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 | Martin, Anthony P. | 01/26/1999 | Other Cancer | Mass. General Hospital, 55 Fruit Street, Boston, MA |
| 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 | Matthews, Roosevelt, Jr. | 07/19/1985 | Lung Cancer | Norfolk County Hospital, 2001 Washington Street, S. Braintree, MA 02184 |
| 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 | McAteer, John | 04/27/1999 | Lung Cancer | Mass. General Hospital, 55 Fruit Street, Boston, MA |
| 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 | McCoy, Hugh A. | 01/20/1995 | Other Cancer | Internal Medical Associates, POBox 248, 163 Silver Street, Agawam, MA 01001 |
| 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 | McDonough, Robert W. | 01/14/2002 | Lung Cancer | Wilford B. Neptune, 203 Mount Vernon, West Newton, MA 02165 |
| 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 | McGarty, Peter | 12/28/1997 | Lung Cancer | Mass. General Hospital, 55 Fruit Street, Boston, MA |
| 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 | McGuinness, Francis J. | 05/25/1997 | Other Cancer | Morton Hospital, 88 Washington Street, Taunton, MA 02780 - Sturdy Memorial Hospital, 211 Park Street, Attleboro, MA 02703 |
| 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 | Meegan, Joseph P., Jr. | 01/03/1996 | Lung Cancer | Faulkner Hospital, 1153 Centre Street, Jamacia Palin, MA 02130 |
| 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 | Menchi, Corado, Jr. | 12/07/2005 | Other Cancer | South Shore Hospital, 55 Fogg Road, S. Weymouth, MA 02190 |
| 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 | Messenger, Robert A. | 03/02/2000 | Lung Cancer | Winchester Hospital, 41 Highland Ave, Winchester, MA 01890 |
| 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 | Messina, Amato | 04/28/2005 | Lung Cancer | ON ORDER |
| 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 | Montrond, Anthony | 03/09/1998 | Lung Cancer | Tobey Hospital, 43 High Street, Wareham, MA 02751 |
| 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 | Morrissey, Donald J., Sr. | 07/18/1996 | Lung Cancer | Cardinal Cushing Hospital, 235 N.Pearl Street, Brockton, MA 02301 |
| 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 | Nasuti, Filoteo A. | 12/17/1992 | Lung Cancer | Peter A. Ostrow, 17 Oak Street, Needham, MA 02192 |
| 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 | O'Brien, Francis W. | 08/26/1992 | Lung Cancer | Berkshire Medical Center, 725 North Street, Pittsfield, MA 01201 |
| 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 | O'Connell, David G. | 02/07/1993 | Lung Cancer | Mass. General Hospital, 55 Fruit Street, Boston, MA |
| 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 | O'Connor, James F. | 04/13/1996 | Other Cancer | Internal Medical Associates, POBox 248, 163 Silver Street, Agawam, MA 01001 |
| 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 | O'Hearn, Alfred T. | 03/12/2004 | Other Cancer | ON ORDER |
| 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 | Oliveira, Walter | 03/31/1995 | Lung Cancer | Massachusetts Respiratory Hospital, 2001 Washington Street, S. Braintree, MA 02184 |

HAVE REQUESTED FILMS

| SS# | Client | DeathDate | Diagnosis | Name of Facility |
|---|---|---|---|---|
| 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 | Olivolo, Antonio F. | 02/05/1996 | Lung Cancer | Mass. General Hospital, 55 Fruit Street, Boston, MA |
| 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 | O'Toole, William T., Jr. | 10/04/2003 | Other Cancer | Norfolk County Hospital, 2001 Washington Street, S. Braintree, MA |
| 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 | Parent, Bertrand R. | 09/20/1984 | Lung Cancer | NE Baptist Hospital, 125 Parker Hill Ave, Boston, MA 02120 |
| 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 | Parolo, Richard C. | 08/09/1991 | Lung Cancer | Baystate Medical Center, 759 Chestnut Street, Springfield, MA 01199 |
| 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 | Pasche, John S. | 09/21/1999 | Lung Cancer | Massachusetts Respiratory Hospital, 2001 Washington Street, S. Braintree, MA 02184 |
| 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 | Pease, Howard F., Jr. | 10/21/2004 | Lung Cancer | Radiology & Imaging, 125 Liberty Street, Springfield, MA 01103 |
| 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 | Pelloso, Sergio | 04/23/1986 | Lung Cancer | Radiology & Imaging, 125 Liberty Street, Springfield, MA 01103 |
| 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 | Pepicelli, Pasquale | 10/16/1985 | Lung Cancer | Mass. General Hospital, 55 Fruit Street, Boston, MA |
| 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 | Perreault, Raymond R. | 10/13/1996 | Other Cancer | Radiology & Imaging, 125 Liberty Street, Springfield, MA 01103 |
| 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 | Pichey, Bernard P. | 12/19/1994 | Lung Cancer | Radiology & Imaging, 125 Liberty Street, Springfield, MA 01103 |
| 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 | Pisiewski, Theodore R. | 04/13/1993 | Lung Cancer | ON ORDER |
| 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 | Polson, Francis | 10/26/2003 | Lung Cancer | ON ORDER |
| 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 | Power, John | 10/18/1998 | Lung Cancer | MA Respiratory Hospital, 2001 Washington Street, S. Braintree, MA 02184, MA General Hospital, 55 Fruit Street, Boston, MA |
| 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 | Primeau, Lucien J. | 07/12/1997 | Lung Cancer | Leominster Hospital, Hospital Road, Leominster, MA 01453 |
| 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 | Prince, William E. | 02/11/2005 | Lung Cancer | Internal Medical Associates, POBox 248, 163 Silver Street, Agawam, MA 01001 |
| 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 | Ramos, Lindonio C. | 01/03/2000 | Other Cancer | NE Deaconess Hospital, 185 Pilgrim Road, Boston, MA 02215 |
| 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 | Randall, Maurice T. | 03/04/1996 | Other Cancer | Norfolk County Hospital, 2001 Washington Street, S. Braintree, MA 02184 |
| 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 | Reddy, Paul G. | 06/28/1996 | Lung Cancer | ON ORDER |
| 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 | Regan, Joseph R. | 11/15/2004 | Lung Cancer | Mass. General Hospital, 55 Fruit Street, Boston, MA |
| 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 | Rice, William W. | | Lung Cancer | Good Samaritan Med Center, 909 Summer Street, #2, Stoughton, MA |
| 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 | Rosanna, Jeffrey J. | 02/13/1982 | Lung Cancer | South Shore Hospital, 55 Fogg Road, S. Weymouth, MA 02190 |
| 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 | Rossini, John J., Sr. | 03/17/1992 | Other Cancer | Radiology & Imaging, 125 Liberty Street, Springfield, MA 01103 |
| 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 | Roy, Romey J., Sr. | 02/09/2005 | Lung Cancer | Radiology & Imaging, 125 Liberty Street, Springfield, MA 01103 |
| 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 | Russo, John P. | 11/05/1993 | Lung Cancer | NE Deaconess Hospital, 185 Pilgrim Road, Boston, MA 02215 |
| 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 | Sabatini, Alfred L. | 11/30/2003 | Lung Cancer | Brigham & Womens Hospital, 75 Francis Street, Boston, MA 02115 |
| 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 | Sadowski, Frank | 04/09/2005 | Lung Cancer | Radiology & Imaging, 125 Liberty Street, Springfield, MA 01103 |
| 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 | Sanborn, Alfred | | Other Cancer | Massachusetts Respiratory Hospital, 2001 Washington Street, S. Braintree, MA 02184 |
| 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 | Sandler, Henry | 10/13/2000 | Other Cancer | Bridgewater Goddard Park Medical Associates, 110 Liberty Street, Brockton, MA 02301 |
| 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 | Sarno, Edward | 08/15/1987 | Lung Cancer | Mass. General Hospital, 55 Fruit Street, Boston, MA |
| 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 | Scorzella, Alfred | | Other Cancer | Mass. General Hospital, 55 Fruit Street, Boston, MA |
| 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 | Semprini, Lino | | Lung Cancer | Wentworth Douglas Hospital, 789 Central Ave, Dover, NH 03820 |
| 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 | Sherman, Glenn F. | 12/01/1990 | Lung Cancer | Wentworth Douglas Hospital, 789 Central Ave, Dover, NH 03820 |
| 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 | Sollazzo, Frank A. | 12/21/1989 | Lung Cancer | Anna Jacques Hospital, 25 Highland Ave, Newburyport, MA 01950, Mass. Respiratory Hospital, 2001 Washington Street, S. Braintree, MA 02184 |
| 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 | Spear, Roy E. | 12/10/2005 | Lung Cancer | ON ORDER |

HAVE REQUESTED FILMS

| SS# | Client | DeathDate | Diagnosis | Name of Facility |
|---|---|---|---|---|
| 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 | Spinney, Richard W. | 10/01/1996 | Lung Cancer | Occupational Medicine and Industrial Health, PO Box 15551, Tampa, FL 33684 |
| 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 | Stagno, Domenic J. | 09/29/1989 | Lung Cancer | Mass. General Hospital, 55 Fruit Street, Boston, MA |
| 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 | Stella, Louis | 01/23/2000 | Lung Cancer | Mass. General Hospital, 55 Fruit Street, Boston, MA |
| 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 | Stoklosa, Chester J. | | Other Cancer | Internal Medical Associates, POBox 248, 163 Silver Street, Agawam, MA 01001 |
| 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 | Sullivan, Eugene F. | 03/05/1995 | Lung Cancer | Mass. General Hospital, 55 Fruit Street, Boston, MA |
| 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 | Sullivan, John F. | 02/17/2001 | Other Cancer | Beth Israel Deaconess Medical Center, 330 Brookline Ave, Boston, MA 02215 |
| 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 | Taft, William H., Jr. | 06/12/1995 | Lung Cancer | Norfolk County Hospital, 2001 Washington Street, S. Braintree, MA 02184 |
| 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 | Taylor, Robert E. | 11/09/1998 | Lung Cancer | Mercy Hospital, 271 Carew Street, Springfield, MA 01102 |
| 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 | Turner, Warren F. | 11/12/1999 | Lung Cancer | ON ORDER |
| 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 | Uvanitte, Paul J. | 11/06/2004 | Lung Cancer | Massachusetts Respiratory Hospital, 2001 Washington Street, S. Braintree, MA 02184 |
| 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 | Vachon, William O. | 01/18/1988 | Other Cancer | Radiology & Imaging, 125 Liberty Street, Springfield, MA 01103 |
| 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 | Weferling, Erwin R. | 05/11/1985 | Other Cancer | Ludlow Hospital, 14 Chestnut Place, Ludlow, MA 01056 - Baystate Medical Center, 759 Chestnut Street, Springfield, MA 01199 |
| 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 | Wilder, Fancy | 03/16/1988 | Lung Cancer | VA Med Center, 1400 VFW Parkway, West Roxbury, MA 02132 |
| 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 | Wood, Charles B., Jr. | 06/19/2003 | Lung Cancer | UMASS Meidcal Center, 281 Lincoln Street, Worcester, MA 01605 |
| 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 | Woodford, Leonard | 05/24/1997 | Other Cancer | Mass. General Hospital, 55 Fruit Street, Boston, MA |
| 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 | Worden, Ernest L. | 06/21/1996 | Lung Cancer | Protsmouth Regional Hospital, 33 Borthwick Ave, Portsmouth, MA 03801 |

Page 5

NEED NEW AUTHORIZATIONS PRIOR TO REQUESTING X-RAY FILMS    Page 1

| SS# | Client | DeathDate | Diagnosis |
|---|---|---|---|
| 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 | Areia, Joseph L. | 04/03/1986 | Lung Cancer |
| 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 | Beagen, Rudolph T. | 06/05/1997 | Other Cancer |
| 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 | Carlson, William B. | | Lung Cancer |
| 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 | Comeau, Joseph H. | 07/26/2001 | Lung Cancer |
| 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 | Crane, Charles | 12/20/1981 | Lung Cancer |
| 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 | Dawson, Richard R. | 10/15/2005 | Lung Cancer |
| 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 | DeLuca, Salvatore F. | 03/06/1991 | Lung Cancer |
| 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 | Elliott, John F. | 08/11/1991 | Lung Cancer |
| 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 | Grafton, Robert J. | | Other Cancer |
| 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 | Johnson, Franklyn | 06/15/1984 | Lung Cancer |
| 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 | Johnson, Robert L. | | Asbestosis |
| 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 | Keene, Gilbert | | Lung Cancer |
| 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 | Lathrop, Richard D., Jr. | 10/06/1984 | Lung Cancer |
| 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 | Linehan, Bernard M. | | Lung Cancer |
| 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 | McLaughlin, Walter | 02/16/1997 | Lung Cancer |
| 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 | Morrissette, Roger | 10/16/2002 | Other Cancer |
| 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 | Mullen, Robert W. | | Lung Cancer |
| 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 | Murray, Charles D., Sr. | 01/31/1999 | Lung Cancer |
| 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 | Pescetta, Americo | 08/02/1997 | Lung Cancer |
| 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 | Peters, George G. | 11/23/1998 | Lung Cancer |
| 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 | Phillips, George F. | 05/23/2002 | Other Cancer |
| 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 | Prindeville, Richard T. | 07/07/2002 | Lung Cancer |
| 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 | Reed, Robert E., Sr. | 08/09/1985 | Other Cancer |
| 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 | Shea, Dennis G. | | Other Cancer |
| 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 | Van Patten, Alexander G. | 08/03/1987 | Lung Cancer |
| 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 | Vozzella, Albert A. | 08/21/2000 | Other Cancer |
| 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 | Weinreich, George | 03/24/1998 | Lung Cancer |
| 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 | Wilder, William R. | 05/13/1982 | Lung Cancer |
| 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 | Willhite, Victor | 07/13/1987 | Lung Cancer |

FILMS HAVE BEEN DESTROYED

| SS# | Client | DeathDate | Diagnosis | FILMS STATUS |
|---|---|---|---|---|
| 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 | Ahern, George F. | 11/17/2001 | Lung Cancer | DESTROYED |
| 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 | Austin, George R. | 01/19/1998 | Lung Cancer | DESTROYED |
| 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 | Coffin, Harold R. | 03/28/1996 | Lung Cancer | DESTROYED |
| 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 | Coffron, Forrest R., Jr. | 08/27/1994 | Lung Cancer | DESTROYED |
| 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 | Columbro, Gerald | 02/25/1999 | Lung Cancer | DESTROYED |
| 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 | Delmonico, Albert A. | 01/20/1999 | Lung Cancer | DESTROYED |
| 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 | Fahey, Mildred | 03/05/1998 | Lung Cancer | DESTROYED |
| 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 | Homon, Richard C. | 10/11/1997 | Lung Cancer | DESTROYED |
| 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 | Newsome, Jedd A. | 08/08/1998 | Lung Cancer | DESTROYED |
| 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 | Pineau, Arthur A. | 01/07/1992 | Lung Cancer | DESTROYED |
| 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 | Salvucci, Teodolindo | 09/04/1996 | Lung Cancer | DESTROYED |
| 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 | Smith, Marie P. | 01/01/1999 | Lung Cancer | DESTROYED |
| 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 | Forbes, William H. | 02/18/1994 | Other Cancer | DESTROYED |
| 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 | Archambault, Fernand | 10/25/1992 | Lung Cancer | DESTROYED |
| 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 | Bancewicz, Charles J. | 01/27/1984 | Other Cancer | DESTROYED |
| 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 | Gillan, Philip S. | 08/16/1995 | Lung Cancer | record destroyed |
| 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 | Haddad, Noel | 08/02/1997 | Lung Cancer | record destroyed |
| 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 | Bates, Henry F. | 09/14/1983 | Lung Cancer | record destroyed |
| 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 | Bennett, Marcus G. | | Other Cancer | record destroyed |
| 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 | Dougherty, Clarence | 08/05/1984 | Lung Cancer | record destroyed |
| 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 | Tobin, John J. | | Other Cancer | record destroyed |
| 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 | Duprey, J. Norman | 11/07/1995 | Lung Cancer | record destroyed |
| 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 | Mariano, Lewis P. | | Other Cancer | record destroyed |
| 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 | Glennon, Ronald | | Lung Cancer | record destroyed |
| 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 | Flynn, George E. | 06/30/1997 | Lung Cancer | record destroyed |



## MASSACHUSETTS GENERAL HOSPITAL
### RADIOLOGY IMAGE SERVICE CENTER
55 Fruit Street – Blake Subbasement 0029A
Boston, MA 02114

Telephone: (617) 726-1798        Fax: (617) 724-0264

# FAX COVER SHEET

TO: Leslie Roach
COMPANY: Thornton & Naumes LLP
PHONE: 617-720 1333
FAX: 617-720 2445
DATE: 1/9/07
NO. OF PAGES INCLUDING COVER: 2

**NOTICE:**
The documents accompanying this fax transmission contain confidential patient information belonging to the sender that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this patient information is prohibited from disclosing the information to any other party. If you have received this transmission in error, please notify sender and arrange for the return of these documents.

COMMENTS:

*Please call the Image Service Center if there is a problem with this fax transmission*
*Thank you!*
≈ ≈ ≈ ≈ ≈ ≈ ≈ ≈ ≈ ≈ ≈ ≈

## MASSACHUSETTS GENERAL HOSPITAL
### Department Of Radiology

TO: _Leslie Roach, Thornton & Naumes LLP_

**MASSACHUSETTS GENERAL HOSPITAL**
**RADIOLOGY IMAGE SERVICE CENTER**
55 Fruit Street – Blake Subbasement 0029A
Boston, MA 02114
Telephone: (617) 726-1798
Fax: (617) 724-0264

RE: _Columbro, Gerald_

We regret to inform you that we have been unable to forward the studies you requested on the above patient because of one or more of the following reasons:

_____  Lack of sufficient information (i.e. complete name, date of birth, MGH unit number, date of last examination, etc.).

_____  Legibility (unable to read handwriting – please print or type).

✓  Studies no longer exist. Consult Medical Records Correspondence at 617-724-4555 for the permanent written report.

_____  Studies have been loaned to another physician and have not been returned.

_____  Require a signed letter of authorization from the patient or the attending physician.

_____  Legally, the studies are the property of the hospital. We are the only authorized to loan them to an attending physician, medical facility, or court of law.

_____  The Department of Radiology has no record of this patient having radiological studies at the Massachusetts General Hospital.

Signature _Ellen M Flynn_

Date _1/9/07_      ISR Init. _AMF_



# FAULKNER HOSPITAL

1153 Centre Street
Boston, Massachusetts 02130
Tel: 617 983-7000

I certify that to the best of my knowledge the enclosed copy of the Radiology Films kept by Faulkner Hospital on __MARIE SMITH; D.O.B.: 8/22/29__ are true and accurate, consisting of __8__ film(s). Subscribed and sworn under the pains and penalties this __6th__ day of __MARCH__, 2006.

_____
Jarel Niles
Radiology File Room Supervisor

BRIGHAM AND WOMEN'S/FAULKNER HOSPITALS, INC.

Founding member of the PARTNERS. Health Care System

March 6, 2006

Re:_________MARIE SMITH; D.O.B.: 8/22/1927________________________________

Please be informed in response to your request for radiology films (X-rays, CT, MRI, US, Mammograms, Nuclear Medicine):

______ Faulkner Hospital has no record of the above named patient.

______ Faulkner Hospital has no record of radiology exams for this patient for the date(s) requested.

______X The x-ray films have been destroyed in accordance with the Massachusetts Department of Public Health regulations 120.403(A)((4).

______ The x-ray films have been removed/signed out of the department, and we're unable to reproduce copies.
**Comment:**____________________________________________

____________________________________________

Jarel Niles
Radiology File Room Manager
Faulkner Hospital
(617) 983-7169
jniles@partners.org