# FAMILY MEDICINE ASSOCIATES

PAUL M BOTHNER, M.D., F.A.A.F.P. – GEORGE E REYNOLDS, M.D., F.A.A.F.P.

BASHIR BASHIRUDDIN, M.D.- LANCE D REYNOLDS, M.D., M.S.P.H.

75 SPRINGFIELD ROAD
WESTFIELD, MASSACHUSETTS 01085
PHONE: (413)562-5173

Gary Poole, PA-C                                                                 Alison Guiliano, PA-C
Ilham Yacteen, MS, RNCS NPC         Adam Coleman, PA-C         Gloria Stewart, BS, RNCS

## FAX TRANSMITTAL SHEET

DATE: 02-10-06

TO: Attention: Isaac Edson Thornton & Naumes LLP

FAX #: 1-617-7202445

FROM: Family Medicine Assoc.   FAX # 413 562-1716

NUMBER OF PAGES INCLUDING COVER: 2

COMMENTS: RE: Mildred Fahey
SS# 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
DOB: 11/06/1918

The information in this telecopy transmission is physician/patient privileged, confidential, and intended only for the individual or the entry name above. If you are not the named recipient or the employee or agent responsible for delivery, you are notified that any dissemination, distribution or copying of this information is strictly prohibited. If you receive this information error, please immediately notify us by telephone at (413)562-5173 and return the original message to us at the address listed above via the US Postal Service.

If there are any problems with this transmission, please call (413) 562-5173

# FAMILY MEDICINE ASSOCIATES

PAUL M. BOTHNER, M.D., F.A.A.F.P. - GEORGE E. REYNOLDS, M.D., F.A.A.F.P.
LANCE D. REYNOLDS, M.D. - BASHIR BASHIRUDDIN, M.D.

PIONEER VALLEY MEDICAL CENTER
75 SPRINGFIELD ROAD, SUITE 1
WESTFIELD, MA 01085

PHONE: (413) 562-5173

Gary Poole, PA-C
Adam Coleman, PA-C

Alison Giuliano, PA-C

Gloria Stewart, BS, RNCS
Ilham Yacteen, MS, RNCS NPC

February 10, 2006

Michael P. Thornton
Thorton & Naumes, LLP
100 Summer Street
Boston, MA 02110

RE: Patient Name: Fahey, Mildred
Soc. Sec. No.: 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
Date of Birth: 11/06/1918

Dear Attorney Thornton:

We have received your request to send the original PA and lateral chest x-ray films taken of Mildred Fahey on February 23, 1993. Family Medicine Associates no longer provides x-ray services at our facility. All original x-ray films have been sent to the Noble Hospital X-ray Department located at 115 West Silver Street, Westfield, MA. The mailing address for Noble Hospital is P.O. Box 1634, Westfield, MA 01086. Their telephone number is 413-5682811, extention 5055.

If you have any further question, I can be reached at 413-5627036.

Sincerely,

Brenda Scott
Family Medicine Business Office

BS/bks



## MASSACHUSETTS GENERAL HOSPITAL
### RADIOLOGY IMAGE SERVICE CENTER
55 Fruit Street – Blake Subbasement 0029A
Boston, MA 02114

Telephone: (617) 726-1798       Fax: (617) 724-0264

# FAX COVER SHEET

TO: Leslie Roach
COMPANY: Thornton & Naumes LLP
PHONE: 617-720-1333
FAX: 617-720-2445
DATE: 1/11/07
NO. OF PAGES INCLUDING COVER: 13

**NOTICE:**
The documents accompanying this fax transmission contain confidential patient information belonging to the sender that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this patient information is prohibited from disclosing the information to any other party. If you have received this transmission in error, please notify sender and arrange for the return of these documents.

COMMENTS:

*Please call the Image Service Center if there is a problem with this fax transmission*
*Thank you!*

# MASSACHUSETTS GENERAL HOSPITAL
## Department Of
## Radiology

TO: Leslie Roach
Thornton & Naumes LLP

**MASSACHUSETTS GENERAL HOSPITAL**
**RADIOLOGY IMAGE SERVICE CENTER**
55 Fruit Street – Blake Subbasement 0029A
Boston, MA 02114
Telephone: (617) 726-1798
Fax: (617) 724-0264

RE: Bennett, Marcus
DOB - 12/25/1925

We regret to inform you that we have been unable to forward the studies you requested on the above patient because of one or more of the following reasons:

_____ Lack of sufficient information (i.e. complete name, date of birth, MGH unit number, date of last examination, etc.).

_____ Legibility (unable to read handwriting – please print or type).

_____ Studies no longer exist. Consult Medical Records Correspondence at 617-724-4555 for the permanent written report.

_____ Studies have been loaned to another physician and have not been returned.

_____ Require a signed letter of authorization from the patient or the attending physician.

_____ Legally, the studies are the property of the hospital. We are the only authorized to loan them to an attending physician, medical facility, or court of law.

✓ The Department of Radiology has no record of this patient having radiological studies at the Massachusetts General Hospital.

Signature: Ellen M Fly
Date: 1/11/07             ISR Init. AMF

# MASSACHUSETTS GENERAL HOSPITAL
## Department Of Radiology

TO: _Leslie Roach_
_Thornton & Naumes LLP_

**MASSACHUSETTS GENERAL HOSPITAL**
**RADIOLOGY IMAGE SERVICE CENTER**
55 Fruit Street – Blake Subbasement 0029A
Boston, MA 02114
Telephone: (617) 726-1798
Fax: (617) 724-0264

RE: _Henry F. Bates_
_DOB - 10/23/1914_

We regret to inform you that we have been unable to forward the studies you requested on the above patient because of one or more of the following reasons:

_____ Lack of sufficient information (i.e. complete name, date of birth, MGH unit number, date of last examination, etc.).

_____ Legibility (unable to read handwriting – please print or type).

_____ Studies no longer exist. Consult Medical Records Correspondence at 617-724-4555 for the permanent written report.

_____ Studies have been loaned to another physician and have not been returned.

_____ Require a signed letter of authorization from the patient or the attending physician.

_____ Legally, the studies are the property of the hospital. We are the only authorized to loan them to an attending physician, medical facility, or court of law.

_✓_ The Department of Radiology has no record of this patient having radiological studies at the Massachusetts General Hospital.

Signature _Ellen M. Fly_

Date _1/11/07_    ISR Init. _AMF_

# MASSACHUSETTS GENERAL HOSPITAL
## Department Of Radiology

TO: _Leslie Roach_
_Thornton & Naumes LLP_

**MASSACHUSETTS GENERAL HOSPITAL**
**RADIOLOGY IMAGE SERVICE CENTER**
55 Fruit Street – Blake Subbasement 0029A
Boston, MA 02114
Telephone: (617) 726-1798
Fax: (617) 724-0264

RE: _Clarence, Dougherty_
_DOB - 10/31/1920_

We regret to inform you that we have been unable to forward the studies you requested on the above patient because of one or more of the following reasons:

_____   Lack of sufficient information (i.e. complete name, date of birth, MGH unit number, date of last examination, etc.).

_____   Legibility (unable to read handwriting – please print or type).

_____   Studies no longer exist. Consult Medical Records Correspondence at 617-724-4555 for the permanent written report.

_____   Studies have been loaned to another physician and have not been returned.

_____   Require a signed letter of authorization from the patient or the attending physician.

_____   Legally, the studies are the property of the hospital. We are the only authorized to loan them to an attending physician, medical facility, or court of law.

___✓___   The Department of Radiology has no record of this patient having radiological studies at the Massachusetts General Hospital.

Signature _Ellen M Fly_
Date _1/11/07_        ISR Init. _AMF_

# MASSACHUSETTS GENERAL HOSPITAL
## Department Of Radiology

TO: _Leslie Roach_
_Thornton & Naumes LLP_

**MASSACHUSETTS GENERAL HOSPITAL**
**RADIOLOGY IMAGE SERVICE CENTER**
55 Fruit Street – Blake Subbasement 0029A
Boston, MA 02114
Telephone: (617) 726-1798
Fax: (617) 724-0264

RE: _Forbes, William_
_DOB - 4/21/1925_

We regret to inform you that we have been unable to forward the studies you requested on the above patient because of one or more of the following reasons:

_____ Lack of sufficient information (i.e. complete name, date of birth, MGH unit number, date of last examination, etc.).

_____ Legibility (unable to read handwriting – please print or type).

✓ Studies no longer exist. Consult Medical Records Correspondence at 617-724-4555 for the permanent written report.

_____ Studies have been loaned to another physician and have not been returned.

_____ Require a signed letter of authorization from the patient or the attending physician.

_____ Legally, the studies are the property of the hospital. We are the only authorized to loan them to an attending physician, medical facility, or court of law.

_____ The Department of Radiology has no record of this patient having radiological studies at the Massachusetts General Hospital.

Signature _Ellen M Fly_

Date _1/11/07_    ISR Init. _AMF_

# MASSACHUSETTS GENERAL HOSPITAL
## Department Of Radiology

TO: _Leslie Roach_
_Thornton & Naumes LLP_

**MASSACHUSETTS GENERAL HOSPITAL**
**RADIOLOGY IMAGE SERVICE CENTER**
55 Fruit Street – Blake Subbasement 0029A
Boston, MA 02114
Telephone: (617) 726-1798
Fax: (617) 724-0264

RE: _Ahern, George_
_DOB - 5/17/1923_

We regret to inform you that we have been unable to forward the studies you requested on the above patient because of one or more of the following reasons:

_____ Lack of sufficient information (i.e. complete name, date of birth, MGH unit number, date of last examination, etc.).

_____ Legibility (unable to read handwriting – please print or type).

_____ Studies no longer exist. Consult Medical Records Correspondence at 617-724-4555 for the permanent written report.

_____ Studies have been loaned to another physician and have not been returned.

_____ Require a signed letter of authorization from the patient or the attending physician.

_____ Legally, the studies are the property of the hospital. We are the only authorized to loan them to an attending physician, medical facility, or court of law.

__✓__ The Department of Radiology has no record of this patient having radiological studies at the Massachusetts General Hospital.

Signature _Ellen M Fly_

Date _1/11/07_    ISR Init. _AnF_

# MASSACHUSETTS GENERAL HOSPITAL
## Department Of Radiology

TO: _Leslie Roach, Thornton & Naumes LLP_

**MASSACHUSETTS GENERAL HOSPITAL**
**RADIOLOGY IMAGE SERVICE CENTER**
55 Fruit Street – Blake Subbasement 0029A
Boston, MA 02114
Telephone: (617) 726-1798
Fax: (617) 724-0264

RE: _Tobin, John_
_DOB - 5/22/27_

We regret to inform you that we have been unable to forward the studies you requested on the above patient because of one or more of the following reasons:

_____   Lack of sufficient information (i.e. complete name, date of birth, MGH unit number, date of last examination, etc.).

_____   Legibility (unable to read handwriting – please print or type).

_____   Studies no longer exist. Consult Medical Records Correspondence at 617-724-4555 for the permanent written report.

_____   Studies have been loaned to another physician and have not been returned.

_____   Require a signed letter of authorization from the patient or the attending physician.

_____   Legally, the studies are the property of the hospital. We are the only authorized to loan them to an attending physician, medical facility, or court of law.

__✓__   The Department of Radiology has no record of this patient having radiological studies at the Massachusetts General Hospital.

Signature _Ellen M. Fly_

Date _1/11/07_       ISR Init. _AMF_

## MASSACHUSETTS GENERAL HOSPITAL
### Department Of Radiology

TO: _Leslie Ronch_
    _Thornton & Naumes_

**MASSACHUSETTS GENERAL HOSPITAL**
**RADIOLOGY IMAGE SERVICE CENTER**
55 Fruit Street – Blake Subbasement 0029A
Boston, MA 02114
Telephone: (617) 726-1798
Fax: (617) 724-0264

RE: _Duprey, James Norman_
    _POB - 3/8/1932_

We regret to inform you that we have been unable to forward the studies you requested on the above patient because of one or more of the following reasons:

_____  Lack of sufficient information (i.e. complete name, date of birth, MGH unit number, date of last examination, etc.).

_____  Legibility (unable to read handwriting – please print or type).

_____  Studies no longer exist. Consult Medical Records Correspondence at 617-724-4555 for the permanent written report.

_____  Studies have been loaned to another physician and have not been returned.

_____  Require a signed letter of authorization from the patient or the attending physician.

_____  Legally, the studies are the property of the hospital. We are the only authorized to loan them to an attending physician, medical facility, or court of law.

___✓___  The Department of Radiology has no record of this patient having radiological studies at the Massachusetts General Hospital.

Signature _Ellen M. Fly_

Date _1/11/07_    ISR Init. _AMF_

# MASSACHUSETTS GENERAL HOSPITAL
## Department Of ▓▓▓▓▓▓
### Radiology

TO: _Leslie Roach_
_Thornton & Naumes LLP_

MASSACHUSETTS GENERAL HOSPITAL
RADIOLOGY IMAGE SERVICE CENTER
55 Fruit Street – Blake Subbasement 0029A
Boston, MA 02114
Telephone: (617) 726-1798
Fax: (617) 724-0264

RE: _Lewis P. Mariano_
_DOB - 12/31/1930_

We regret to inform you that we have been unable to forward the studies you requested on the above patient because of one or more of the following reasons:

_____  Lack of sufficient information (i.e. complete name, date of birth, MGH unit number, date of last examination, etc.).

_____  Legibility (unable to read handwriting – please print or type).

_____  Studies no longer exist. Consult Medical Records Correspondence at 617-724-4555 for the permanent written report.

_____  Studies have been loaned to another physician and have not been returned.

_____  Require a signed letter of authorization from the patient or the attending physician.

_____  Legally, the studies are the property of the hospital. We are the only authorized to loan them to an attending physician, medical facility, or court of law.

___✓___  The Department of Radiology has no record of this patient having radiological studies at the Massachusetts General Hospital.

Signature _Ellen M. Fly_

Date _1/11/07_          ISR Init. _AMF_

## MASSACHUSETTS GENERAL HOSPITAL
### Department Of Radiology

TO: _Leslie Roach_
_Thornton & Naumes LLP_

**MASSACHUSETTS GENERAL HOSPITAL**
**RADIOLOGY IMAGE SERVICE CENTER**
55 Fruit Street – Blake Subbasement 0029A
Boston, MA 02114
Telephone: (617) 726-1798
Fax: (617) 724-0264

RE: _Columbro, Gerald_
_DOB - 11/11/1932_

We regret to inform you that we have been unable to forward the studies you requested on the above patient because of one or more of the following reasons:

_____ Lack of sufficient information (i.e. complete name, date of birth, MGH unit number, date of last examination, etc.).

_____ Legibility (unable to read handwriting – please print or type).

__✓__ Studies no longer exist. Consult Medical Records Correspondence at 617-724-4555 for the permanent written report.

_____ Studies have been loaned to another physician and have not been returned.

_____ Require a signed letter of authorization from the patient or the attending physician.

_____ Legally, the studies are the property of the hospital. We are the only authorized to loan them to an attending physician, medical facility, or court of law.

_____ The Department of Radiology has no record of this patient having radiological studies at the Massachusetts General Hospital.

Signature _Ellen M. Phy_
Date _1/11/07_    ISR Init. _AMP_

# MASSACHUSETTS GENERAL HOSPITAL
## Department Of Radiology

TO: _Leslie Roach_
_Thornton & Naumes LLP_

**MASSACHUSETTS GENERAL HOSPITAL**
**RADIOLOGY IMAGE SERVICE CENTER**
55 Fruit Street – Blake Subbasement 0029A
Boston, MA 02114
Telephone: (617) 726-1798
Fax: (617) 724-0264

RE: _Glennon, Ronald_
_DOB – 7/1/1930_

We regret to inform you that we have been unable to forward the studies you requested on the above patient because of one or more of the following reasons:

\_\_\_\_\_  Lack of sufficient information (i.e. complete name, date of birth, MGH unit number, date of last examination, etc.).

\_\_\_\_\_  Legibility (unable to read handwriting – please print or type).

\_\_\_\_\_  Studies no longer exist. Consult Medical Records Correspondence at 617-724-4555 for the permanent written report.

\_\_\_\_\_  Studies have been loaned to another physician and have not been returned.

\_\_\_\_\_  Require a signed letter of authorization from the patient or the attending physician.

\_\_\_\_\_  Legally, the studies are the property of the hospital. We are the only authorized to loan them to an attending physician, medical facility, or court of law.

__✓__  The Department of Radiology has no record of this patient having radiological studies at the Massachusetts General Hospital.

Signature _Ellen M Ply_

Date _1/11/07_       ISR Init _AMF_

## MASSACHUSETTS GENERAL HOSPITAL
### Department Of Radiology

TO: _Leslie Roach_
    _Thornton & Naumes LLP_

**MASSACHUSETTS GENERAL HOSPITAL**
**RADIOLOGY IMAGE SERVICE CENTER**
55 Fruit Street – Blake Subbasement 0029A
Boston, MA 02114
Telephone: (617) 726-1798
Fax: (617) 724-0264

RE: _Flynn, George_
    _DOB - 11/6/1930_

We regret to inform you that we have been unable to forward the studies you requested on the above patient because of one or more of the following reasons:

_____    Lack of sufficient information (i.e. complete name, date of birth, MGH unit number, date of last examination, etc.).

_____    Legibility (unable to read handwriting – please print or type).

_____    Studies no longer exist. Consult Medical Records Correspondence at 617-724-4555 for the permanent written report.

_____    Studies have been loaned to another physician and have not been returned.

_____    Require a signed letter of authorization from the patient or the attending physician.

_____    Legally, the studies are the property of the hospital. We are the only authorized to loan them to an attending physician, medical facility, or court of law.

___✓___    The Department of Radiology has no record of this patient having radiological studies at the Massachusetts General Hospital.

Signature _Ellen M. Fly_

Date _1/11/07_        ISR Init. _EMF_

## MASSACHUSETTS GENERAL HOSPITAL
### Department Of Radiology

TO: _Leslie Roach_
_Thornton & Naumes LLP_

**MASSACHUSETTS GENERAL HOSPITAL**
**RADIOLOGY IMAGE SERVICE CENTER**
55 Fruit Street – Blake Subbasement 0029A
Boston, MA 02114
Telephone: (617) 726-1798
Fax: (617) 724-0264

RE: _Fenand A. Achambault_
_DOB – 7/15/1926_

We regret to inform you that we have been unable to forward the studies you requested on the above patient because of one or more of the following reasons:

_____   Lack of sufficient information (i.e. complete name, date of birth, MGH unit number, date of last examination, etc.).

_____   Legibility (unable to read handwriting – please print or type).

__✓__   Studies no longer exist. Consult Medical Records Correspondence at 617-724-4555 for the permanent written report.

_____   Studies have been loaned to another physician and have not been returned.

_____   Require a signed letter of authorization from the patient or the attending physician.

_____   Legally, the studies are the property of the hospital. We are the only authorized to loan them to an attending physician, medical facility, or court of law.

_____   The Department of Radiology has no record of this patient having radiological studies at the Massachusetts General Hospital.

Signature _Ellen M. Fly_

Date _1/11/07_    ISR Init: _AMF_



# Lahey
## CLINIC

## Department of Radiology
41 Mall Road
Burlington, MA 01805
Phone:    (781)-744-3208
Fax:        (781)-744-5363

## FAX TRANSMITTAL FORM

### CONFIDENTIAL INFORMATION ENCLOSED.
### PLEASE DELIVER IMMEDIATELY TO NAMED RECIPIENT.

THE DOCUMENT(S) ACCOMPANYING THIS FAX CONTAIN CONFIDENTIAL INFORMATION WHICH IS LEGALLY PRIVILEGED. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED BELOW. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION, OR THE TAKING OF ANY ACTION WITH RESPECT TO THE CONTENTS OF THIS FAXED INFORMATION EXCEPT IF DIRECTLY DELIVERED TO THE INTENDED RECIPIENT NAMED BELOW IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FAX IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND DESTROY THE FAXED DOCUMENT.

DATE: 1-11-07

DELIVER FAX TO: Michael P. Thornton

FACILITY FAX#: 781-744-5363   FACILITY PHONE #: 781-744-3208

SENDER'S NAME: Irene    DEPT: LMC - Radiology

TOTAL NUMBER OF PAGES, INCLUDING THIS COVER SHEET: 3

COMMENTS: _____

nh/master/fax master

Respect • Caring • Teamwork • Excellence • Commitment to Personal Best
41 Mall Road, Burlington, MA 01805

ATTORNEYS AT LAW
# Thornton & Naumes LLP

Michael P. Thornton (NH, ME & MA)
John T. Barrett (NH & MA)
Robert T. Naumes
Neil T. Leifer (ME, NJ & MA)
David J. McMorris
Edwin L. Wallace
Robert M. Byrne, Jr.
David C. Strouss
Joseph R. Donohue (ME & MA)
Patricia M. Flannery
Andrew S. Wainwright
Michael A. Lesser
Marilyn T. McGoldrick
Garrett J. Bradley (MA & NY)
Brad J. Mitchell
Kristen Marquis Fritz
Zoran Malesevic

100 Summer Street • Boston, Massachusetts 02110 • 617-720-1333
Toll Free 800-431-4600  FAX# 617-720-2445
Web site: www.tenlaw.com

Of Counsel
Elizabeth M. Shost
Admitted in NY & PA only

January 8, 2007

Radiology Department
Lahey Clinic
41 Mall Road
Burlington, MA 01805

RE:  Patient Name:   Charles Bancewicz
     Soc. Sec. No.:  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
     Date of Birth:  03/02/1928

Dear Sir/Madam:

Please be advised that this firm represents the above-named individual in an action against the manufacturers of asbestos products to which he was exposed while employed. It is our understanding that our client had a chest x-ray taken at your facility.

We are requesting that you send us the **original PA and lateral chest x-ray films** which were taken at your facility. **Please send us your most recent films.** We do not require the oblique angle films. Enclosed please find the appropriate authorization executed by our client.

If there is a charge for this service, we assume you will send a bill with the materials we have requested. Please call and ask to speak with Leslie Roach if you have any questions about this request. Your cooperation in sending this material to my attention, **within ten days**, will be greatly appreciated.

Very truly yours,

Michael P. Thornton

Michael P. Thornton

MPT/lr

**Lahey Clinic Medical Center**
**41 Mall Road**
**Burlington, MA 01805**

Image Management Center
TEL (781-744-3208)
FAX (781-744-5363)

PT Charles Bancewicz LC# 1254222 DATE 1-11-07

Dear Sir/Madam:

With regard to your recent request for Films/CDs of x-rays on the above named patient, please note the item(s) checked below:

**Additional information is needed to identify patient.**
- ☐ Lahey Clinic ID#
- ☐ Date of Birth
- ☐ Other name by which patient may be known
- ☐ Address at time of treatment.

**Written Authorization of patient, parent or legal guardian is required.**
- ☐ We have no written authorization on this patient.
- ☐ Patient is a minor.
- ☐ Require written authorization of executor (ris) or administration (ris) of the estate accompanied by proof of court appointment.
- ☐ Patient Authorization is not current, only valid for 6 months.
- ☐ Patient did not have x-rays on the dates you requested. Are there any other dates we can check for you?
- ☐ After a diligent search, we are returning your request as we have no Radiology record on this patient at Lahey Clinic.
- ☑ Other  Films Have Been Destroyed. No Activity Since 1984.

**Burning of CD / PRINTING HARD COPIES OF IMAGES**
- ☐ We are returning your request as we require a $_____ pre-payment. Please return your request and pre-payment for processing.

_____
Image Management Center

| SS# | Client | DeathDate | Diagnosis | Status |
|---|---|---|---|---|
| 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 | Johnson, William | 05/01/1993 | Lung Cancer | Referred Out |
| 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 | Wrye, Robert F. | 10/06/1999 | Lung Cancer | Closed |