**Grace 2002 Service List**

**Hand Delivery**
Laura Davis Jones, Esquire
James O'Neill, Esquire.
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705

William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Mark D. Collins, Esquire
Deborah E. Spivak, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899

Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

Carmella Keener, Esquire
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19899

**Hand Delivery**
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

Joseph Grey, Esq.
Stevens & Lee
1105 N. Market St. – Ste 700
Wilmington, DE 19801-1270

Francis A. Monaco, Jr., Esq.
Frederick B. Rosner, Esq.
Monzack and Monaco, P.A.
1201 North Orange Street, Suite 400
Wilmington, DE 19801

Mark S. Chehi, Esq.
Kevin Brady, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19801

Robert Jacobs, Esq.
Jacobs & Crumplar, PA
Two East 7th Street
Wilmington, DE 19801

Kathleen M. Miller, Esquire
Smith, Katzenstein & Furlow LLP
The Corporate Plaza
800 Delaware Ave., 7th Floor
PO Box 410
Wilmington, DE 19899

**Hand Delivery**
Theresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

**Hand Delivery**
David Klauder, Esq.
Office of the United States Trustee
844 King St., 2nd Floor
Wilmington, DE 19801

**Hand Delivery**
Bill Sullivan
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

**Hand Delivery**
Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

**Hand Delivery**
Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 N. Market Street, Suite 904
Wilmington, DE 19801

J. Douglas Bacon, Esquire
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

D. J. Baker, Esquire
Sheila Birnbaum, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Nancy Worth Davis, Esquire
Ness, Motley, Loadhold, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

Securities & Exchange Commission
15th & Pennsylvania Ave. N.W.
Washington, DC 20020

District Director
IRS
409 Silverside Road
Wilmington, DE 19809

Securities & Exchange Commission
Atlanta Regional Office
Branch/Reorganization
3475 Lenox Road, NE, Suite 100
Atlanta, GA 30326-1232

Secretary of Treasurer
P.O. Box 7040
Dover, DE 19903

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

James D. Freeman, Esquire
Jerel L. Ellington, Esquire
U.S. Department of Justice
Environmental Enforcement Section
1961 Stout Street – 8th Floor
Denver, CO 80294

Martin J. Bienenstock, Esquire
Judy G.Z. Liu, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

| | | |
|---|---|---|
| David S. Rosenbloom, Esquire<br>Jeffrey E. Stone, Esquire<br>Lewis S. Rosenbloom, Esquire<br>McDermott, Will & Emery<br>227 West Monroe Street<br>Chicago, IL 60606-5096 | Brad Rogers, Esquire<br>Office of the General Counsel<br>Pension Benefit Guaranty Corp<br>1200 K. Street, N. W.<br>Washington, D.C. 20005-4026 | Pamela Zilly<br>Richard Shinder<br>David Blechman<br>Michael Alexander<br>The Blackstone Group<br>345 Park Avenue<br>New York, NY 10154 |
| Patrick L. Hughes, Esquire<br>Haynes & Boone LLP<br>1000 Louisiana Street, Suite 4300<br>Houston, TX 77002-5012 | Elio Battista, Jr., Esq.<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801-4226 | David S. Heller, Esquire<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>Chicago, IL 60606 |
| Stephen H. Case, Esquire<br>Nancy L. Lazar, Esquire<br>David D. Tawil, Esquire<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York. NY 10017 | Jan M. Hayden<br>William H. Patrick<br>Heller, Draper, Hayden, Patrick & Horn, L.L.C.<br>650 Poydras Street, Suite 2500<br>New Orleans, LA 70130-6103 | Joseph F. Rice<br>Ness, Motley, Loadholt, Richardson & Poole<br>28 Bridgeside Blvd.<br>P.O. Box 1792<br>Mt. Pleasant, SC 29465 |
| Attn.: Meridee Moore & Kirsten Lynch<br>Farallon Capital Management LLC<br>One Maritime Plaza<br>Suite 1325<br>San Francisco, CA 94111 | John M. Klamann<br>Klamann & Hubbard<br>7101 College Blvd., Suite 120<br>Overland Park, KS 66210 | Hamid R. Rafatjoo, Esquire<br>Pachulski, Stang, Ziehl, Young & Jones<br>10100 Santa Monica Boulevard<br>Los Angeles, CA 90067-4100 |
| Charles E. Boulbol, Esquire<br>26 Broadway, 17th Floor<br>New York, NY 10004 | T. Kellan Grant<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive, Suite 3000<br>Chicago, IL 60606-1229 | Steven T. Baron, Esquire<br>Member<br>Silber Pearlman, LLP<br>2711 North Haskell Avenue, 5th Floor, LLP<br>Dallas, TX 75204 |
| Bankruptcy Administration<br>IOS Capital, Inc.<br>1738 Bass Road<br>P.O. Box 13708<br>Macon, GA 31208-3708 | W.J. Winterstein, Jr., Esquire<br>John J. Winter, Esquire<br>William M. Aukamp, Esquire<br>Eleven Penn Center, 29th Floor<br>1835 Market Street<br>Philadelphia, PA 19103 | Richard S. Cobb, Esquire<br>Megan N. Harper, Esquire<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 600<br>Wilmington, DE 19801 |
| Margery N. Reed, Esq.<br>Duane, Morris & Heckscher LLP<br>4200 One Liberty Place<br>Philadelphia, PA 19103-7396 | Elizabeth S. Kardos, Esq.<br>Gibbons, Del Deo, Dolan, Griffinger<br>   & Vecchione, PC<br>One Riverfront Plaza<br>Newark, NJ 07102-5497 | Thomas J. Noonan, Jr.<br>c/o R & S Liquidation Company<br>Five Lyons Mall PMB #530<br>Basking Ridge, NJ 07920-1928 |
| James A. Sylvester, Esquire<br>Intercat, Inc.<br>104 Union Avenue<br>Manasquan, NJ 08736 | Alan R. Brayton, Esquire<br>Brayton & Purcell<br>222 Rush Landing Road<br>Novato, CA 94945 | Jonathan W. Young<br>T.Kellan Grant<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive, Suite 3000<br>Chicago, IL 60606-1229 |
| Steven J. Johnson, Esquire<br>Gibson, Dunn & Crutcher LLP<br>1530 Page Mill Road<br>Palo Alto, CA 94304-1125 | Russell W. Budd<br>Alan B. Rich<br>Baron & Budd, P.C.<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219 | Shelby A. Jordan, Esquire<br>Nathaniel Peter Holzer. Esquire<br>Jordan, Hyden, Womble & Culbreth, P.C.<br>500 N. Shoreline Blvd., Suite 900<br>Corpus Christi, TX 78471 |

| | | |
|---|---|---|
| Charlotte Klenke, Esquire<br>Schneider National, Inc.<br>P.O. Box 2545<br>3101 S. Packerland<br>Green Bay, WI 54306 | Courtney M. Labson, Esquire<br>The Mills Corporation<br>Legal Department<br>1300 Wilson Boulevard, Suite 400<br>Arlington, VA 22209 | Ira S. Greene, Esquire<br>Squadron, Ellenoff, Plesent & Sheinfeld, LLP<br>875 3rd Avenue<br>New York, NY 10022-6225 |
| Joseph T. Kremer, Esq.<br>Lipsiptz, Green, Fahringer, Roll, Salisbury & Cambria, LLP<br>42 Delaware Avenue, Suite 300<br>Buffalo, NY 14202 | Paul M. Matheny<br>The Law Offices of Peter G. Angelos, P.C.<br>5905 Harford Road<br>Baltimore, MD 21214 | Paul D. Henderson, Esq.<br>Paul D. Henderson, P.C.<br>712 Division Avenue<br>Orange, TX 77630 |
| Michael J. Urbis<br>Jordan, Hyden, Womble & Culbreth, P.C.<br>2390 Central Blvd., Suite G<br>Brownsville, TX 78520 | David B. Siegel<br>W.R. Grace and Co.<br>7500 Grace Drive<br>Columbia, MD 21044 | Mary A. Coventry<br>Sealed Air Corporation<br>Park 80 East<br>Saddle Brook, NJ 07663 |
| David Bernick, Esquire<br>Janet S. Baer, Esquire<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL 60601 | Elizabeth J. Cabraser, Esquire<br>Richard M. Heimann, Esquire<br>Lieff Cabraser Heimann & Bernstein LLP<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111 | Derrick Tay, Esquire<br>Meighen Demers<br>Suite 1100, Box 11, Merrill Lynch Can.Tower<br>Sun Life Center, 200 Kint Street West<br>**Toronto, Ontario M5H 3T4**<br>**CANADA** |
| **Hand Delivery**<br>William D. Sullivan, Esquire<br>Elzufon Austin Reardon Tarlov & Mondell<br>300 Delaware Avenue, Suite 1700<br>Wilmington, DE 19801 | Scott L. Baena, Esq.<br>Bilzin Sumberg Dunn Baena Price & Axelrod LLP<br>First Union Financial Center<br>200 South Biscayne Blvd., Suite 2500<br>Miami, FL 33131 | Edward W. Westbrook, Esquire<br>Robert M. Turkewitz, Esquire<br>Richardson, Patrick, Westbrook & Brickman, LLC<br>174 East Bay Street<br>Charleston, SC 29401 |
| Elihu Inselbuch, Esq.<br>Rita Tobin, Esq.<br>Caplin & Drysdale, Chartered<br>375 Park Avenue, 35th Floor<br>New York, NY 10152-3500 | Peter Van N. Lockwood, Esq.<br>Julie W. Davis, Esq.<br>Nathan D. Finch, Esq.<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Washington, DC 20005 | Todd Meyer, Esq.<br>Kilpatrick Stockton<br>1100 Peachtree Street<br>Atlanta, GA 30309 |
| Bernice Conn, Esq.<br>Robins, Kaplan, Miller & Ciresi LLP<br>2049 Century Park East, Suite 3700<br>Los Angeles, CA 90067 | Cindy Schultz<br>Ingersoll-Rand Fluid Products<br>One Aro Center<br>P. O. Box 151<br>Bryan, OH 43506 | Peter A. Chapman<br>572 Fernwood Lane<br>Fairless Hills, PA 19030 |
| Michael B. Schaedle, Esq.<br>Blank Rome LLP<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103 | Steven R. Schlesinger, Esq.<br>Jaspan Schlesinger Hoffman LLP<br>300 Garden City Plaza<br>Garden City, NY 11530 | Alan Kolod, Esq.<br>Moses & Singer LLP<br>1301 Avenue of the Americas<br>40th Floor<br>New York, NY 10019-6076 |
| Mr. Thomas Moskie<br>Bankers Trust Company<br>Four Albany Street, 4th Floor<br>New York, NY 10006 | Charles E. Gibson, III<br>Gibson Law Firm<br>447 Northpark Drive<br>Ridgeland, MS 39157-5109 | John P. Dillman, Esq.<br>Linebarger Heard Goggan Blair Graham Peña & Sampson, LLP<br>P. O. Box 3064<br>Houston, TX 77253-3064 |

Steven J. Kherkher, Esq.
Laurence G. Tien, Esq.
Williams Bailey Law Firm LLP
8441 Gulf Freeway, Suite #600
Houston, TX 77017

Steven T. Hoort, Esq.
Ropes & Gray
One International Place
Boston, MA 02110-2624

Paul M. Baisier, Esq.
SEYFARTH SHAW
1545 Peachtree Street, Suite 700
Atlanta, GA 30309

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ 07102

Sander L. Esserman, Esquire
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan Street
Suite 2200
Dallas, TX 75201-2689

Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD 21226-1595

Paul D. Henderson, Esquire
Dies, Dies & Henderson
1009 W. Green Avenue
Orange, TX 77630

Barry D. Kleban, Esquire
Adelman Lavine Gold and Levin
Suite 900
Four Penn Cneter
Philadelphia, PA 19103

Todd C. Meyers, Esq.
Kilpatrick Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530

Peter S. Goodman, Esquire
Andrews & Kurth LLP
450 Lexington Avenue, 15th Floor
New York, New York 10017

Brad N. Friedman, Esq.
Rachel S. Fleishman, Esq.
Milberg Weiss Bershad Hynes & Learch
One Pennsylvania Plaza
New York, NY 10019

Lewis Kruger, Esquire
Robert Raskin, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

C. Randall Bupp, Esquire
Plastiras & Terrizzi
24 Professional Center Parkway
Suite 150
San Rafael, CA 94903

Thomas J. Noonan, Jr.
Herman's Sporting Goods in Liquidation
C/o R&S Liquidation Company, Inc.
5 Lyons Mall PMB #530
Basking Ridge, NJ 07920-1928

William E. Frese, Esquire
Attn: Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ 07101

Damon J. Chargois, Esquire
Emerg' Soft
524 E. Lamar Blvd. – Ste 200
Arlington, TX 76011

Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
101 E. Town Street, Second Floor
Columbus, OH 43215

Dorine Vork
Stibbe, P.C.
350 Park Avenue
New York, New York 10022

Jonathan H. Alden, Esquire
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, Florida 32399-3000

Credit Lyonnais
1301 Avenue of the Americas
New York, New York 10019-0602

Randall A. Rios, Esq.
Floyd Isgur Rios & Wahrlich, P.D.
700 Louisiana, Suite 4600
Houston, TX 77002

Anton Volovsek
Rt2 – Box 200 #42
Kamiah, Idah 83536-9229

Paul G. Sumers, Esquire
TN Attorney General's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN 37202-0207

General Counsel
Enron Energy Services
1400 Smith Street
EB 0889
Houston, TX 77002

Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036

{D0000014:1 }

| | | |
|---|---|---|
| Thomas O. Bean, Esq.<br>Eric P. Magnuson, Esq.<br>Nutter, McClennen & Fish, LLP<br>World Trade Center West<br>155 Seaport Blvd.<br>Boston, MA 02210 | Allan M. McGarvey, Esquire<br>Jon L. Heberling, Esquire<br>Roger M. Sullivan, Esquire<br>McGarvey Heberling Sullivan & McGarvey<br>745 South Main<br>Kalispell, MT 59901 | Neil Berger, Esquire<br>Togut Segal & Segal LLP<br>One Penn Plaza, Suite 3335<br>New York, NY 10119 |
| Deirdre Woulfe Pacheo, Esq.<br>Wilentz Goldman & Spitzer<br>P.O. Box 10<br>Woodbridge Center Drive<br>Woodbridge, NJ 07095 | John G. Stoia, Jr., Esuiqre<br>Timothy G. Blood, Esquire<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>401 B. Street, Suite 1600<br>San Diego, CA 92101 | Philip Bentley, Esq.<br>Gary M. Becker, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| Jacob C. Cohn, Esq.<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103 | Ralph R. Mabey, Esquire<br>Penrod W. Keith, Esquire<br>LeBoeuf Lamb Greene & MacRae LLP<br>1000 Kearns Building<br>Salt Lake City, UT 84101 | James Sottile, Esquire<br>Zuckerman Spaeder LLP<br>1201 Connecticut Ave., NW<br>Suite 600<br>Washington, DC 20036 |
| Richard S. Lewis, Esquire<br>Cohen Milstein Hausfeld & Toll, PLLC<br>1100 New York Avenue, N.W.<br>West Tower, Suite 500<br>Washington, DC 20005 | Marsha A. Penn, Esquire<br>P.O. Box 3725<br>Houston, TX 77253 | Darrell W. Scott<br>The Scott Law Group, P.S.<br>926 W. Sprague Avenue, Suite 583<br>Spokane, WA 99201 |
| Thomas M., Esquire<br>Hagens Berman Sobol Shapiro LLP<br>One Main Street<br>4th Floor<br>Cambridge, MA 02142 | Robert J. Dehney, Esquire<br>Michael G. Busenkell, Esquire<br>Morris Nicholas Arsht & Tunnell<br>1201 N. Market Street<br>Wilmington, DE 19899 | David Pastor, Esquire<br>Edward L. Manchur, Esquire<br>Gilman & Pastor LLP<br>Stonehill Corporate Center<br>999 Broadway, Suite 500<br>Saugus, MA 01906 |
| Thomas G. Macauley, Esq.<br>Zuckerman Spaeder LLP<br>919 Market Street, Suite 990<br>PO Box 1028<br>Wilmington, DE 19899 | Mark Minuti, Esq.<br>Saul Ewing LLP<br>222 Delaware Avenue<br>P.O. Box 1266<br>Wilmington, DE 19899 | Thomas G. Whalen, Esquire<br>Stevens & Lee<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801 |
| Mr. Mark Hankin<br>HanMar Associates, M.L.P.<br>P.O. Box 26767<br>Elkins Park, PA 19027 | Peninsula Capital, L.P.<br>404B East Main Street, 2nd Floor<br>Charlottesville, VA 22902<br>Attn: Ted Weschler | Jordan N. Malz, Esq.<br>Simpson Thacher & Bartlett<br>425 Lexington Avenue<br>New York, NY 10017 |
| Paul P. Daley, Esq.<br>George W. Shuster, Jr., Esq.<br>Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109 | Vahe Melkonian, Pres.<br>Newco Management Company LLC<br>6320 Canoga Avenue, Suite 1430<br>Woodland Hills, CA 91367 | Christopher R. Momjian, Esq.<br>Senior Deputy Attorney General<br>Office of the Attorney General<br>21 S. 12th Street, 3rd Floor<br>Philadelphia, PA 19107 |
| Janet M. Weiss, Esq.<br>Gibson Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166 | Joseph L. Schwartz, Esq.<br>Curtis M. Plaza, Esq.<br>Craig T. Moran, Esq.<br>Riker Danzig Scherer Hyland & Perretti LLP<br>Headquarters Plaza, 1 Speedwell Avenue<br>Morristown, NJ 07962 | Mr. Harvey Schultz<br>The Schultz Organization<br>900 Route 9 North<br>Woodbridge, NJ 07095 |

Charles L. Finke, Assistant Attorney General
Brad Rogers, Attorney
Pension Benefit Guarantee Corporation
Office of the General Counsel
1200 K Street, NW
Washington, DC 20005-4026

Richard A. O'Halloran, Esquire
BURNS, WHITE & HICKTON, LLC
531 Plymouth Road, Suite 500
Plymouth Meeting, PA 19462

W. Wallace Finlator, Jr.
Assistant Attorney General
N.C. Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

Daniel C. Cohn, Esq.
Christopher M. Candon
Cohn & Whitesell LLP
101 Arch Street, Suite 1605
Boston, MA 02110

Steven K. Kortanek, Esq.
Joanne B. Wills, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers
919 Market Street, Suite 1000
Wilmington, DE 19801

William P. Bowden, Esq.
Amanda M. Winfree, Esq.
Ashby & Geddes, P.A.
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

Jeffrey L. Roelofs, Esquire
Anderson & Kreiger, LLP
43 Thorndike Street
Cambridge, MA 02141

John V. Fiorella, Esquire
Archer & Greiner, P.C.
1300 North Market Street
Suite 700
Wilmington, DE 19801

Thomas Tew, Esquire
Tew Cardenas Robak Kellogg Lehman DeMaria
  Tague Raymond & Levine L.L.P.
201 S. Biscayne Blvd., Suite 2600
Miami, FL 33131

James E. Wimberley, Esquire
McPherson, Monk, Hughes, Bradley & Wimberley, L.L.P.
3120 Central Mall Drive
Port Arthur, TX 77642

Marc Abrams, Esquire
Willkie, Farr & Gallagher
787 Seventh Avenue
New York, NY 10019-6099

Citadel Investment Group, L.L.C.
Attn: S. Jay Novatney
131 South Dearborn Street, 36th Floor
Chicago, IL 60603

Kirk A. Patrick III
Donohue Patrick
1500 Bank One Centre-North Tower
PO Box 1629
Baton Rouge, LA 70821-1629

Anne McGinness Kearse, Esq.
Motley Rice LLC
28 Bridgeside Blvd.
PO Box 1792
Mt. Pleasant, SC 29465

Roger W. Hammond
Kforce Inc.
1001 East Palm Avenue
Tampa, FL 33605

Mr. Eugene Paul Sullivan
29-B Plaza Delas Flores
Freehold, NJ 07728

Todd C. Schiltz
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801

Bruce D. Levin, Esq.
Peter B. McGlynn, Esq.
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, MA 02110

Frederick P. Furth
Michael P. Lehmann
Christopher L. Lebsock
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104

John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806

Roger Frankel, Esq.
Richard H. Wyron, Esq.
Orrick, Herrington & Sutcliffe LLP
The Washington Harbour
3050 K Street, NW, Ste 200
Washington, DC 20007

Robert J. Sidman, Esq.
Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43215

Justin Shrader
Shrader & Williamson
16903 Red Oak Blvd.
Suite 220
Houston, TX 77090

Sean Allen
BMC Group
720 Third Avenue, 23rd Floor
Seattle, WA 98104

M. David Minnick, Esq.
Michael P. Ellis, Esq.
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105-2228

Gerald F. George, Esq.
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105-2228

Thomas A. Spratt, Jr., Esquire
Pepper Hamilton, LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103

| | | |
|---|---|---|
| Steven T. Davis<br>Obermayer Rebmann Maxwell & Hippel LLP<br>3 Mill Road, Suite 306A<br>Wilmington, DE 19806 | D. Alexander Barnes, Esq.<br>Obermayer Rebmann Maxwell & Hippel LLP<br>One Penn Center, 19th Floor<br>1617 John F. Kennedy Blvd.<br>Philadelphia, Pa 19103-1895 | Steven J. McCardell, Esquire<br>Jared Inouye, Esquire<br>Duham Jones & Pinegar<br>111 E. Broadway, Suite 900<br>Salt Lake City, UT 84111 |
| John Waters, Esq.<br>Iowa Department of Revenue<br>Collections Section<br>P.O. Box 10457<br>Des Moines, Iowa 50306 | Yves Lauzon<br>Michel Belanger<br>Lauzon Belanger, Inc.<br>286, rue St-Paul Quest, Bureau 100<br>Montreal Quebec | Daniel K. Hogan<br>The Hogan Firm<br>1311 Delaware Avenue<br>Wilmington, DE 19806 |
| David A. Hickerson, Esquire<br>M. Jarrad Wright, Esquire<br>Weil, Gotshal & Manges, LLP<br>1300 Eye Street N.W., Suite 900<br>Washington, D.C. 20005 | Ralph I. Miller, Esquire<br>Weil, Gotshal & Manges, LLP<br>200 Cresent Court, Suite 300<br>Dallas, TX 75201 | Neil B. Glassman, Esquire<br>Steven M. Yoder, Esquire<br>Kathryn D. Sallie, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Ste 900<br>Wilmington, DE 19801 |