# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:    100055.WRG01

January 18, 2007                                  INVOICE:        214434

c/o Peter Van N. Lockwood, Esq.          DATE:    January 18, 2007
Caplin & Drysdale                        MATTER:    100055.WRG01
One Thomas Circle                        INVOICE:        214434
Washington, DC 20005

**MATTER:** CLAIMANTS COMMITTEE                              Robert M
                                                            Horkovich

| PROFESSIONAL SERVICES through 12/31/06 |
|---|

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/01/06 | Respond to committee inquiries re: summary of W.R. Grace unsettled coverage. | W001 | RYC | 1.30 |
| 12/05/06 | Attention to inquiries from Committee members re: Grace coverage (1.60); revise coverage evaluation and summary (3.10). | W001 | RYC | 4.70 |
| 12/07/06 | Reviewed and revised time entries. | W011 | ACS | 0.20 |
| 12/07/06 | Revise coverage evaluation and summary. | W001 | RYC | 2.80 |
| 12/08/06 | Research and inquiry re: erosion of policy limits (1.30); respond to inquiry from P. Lockwood re: policy summary (.30); revise coverage evaluation and summary (1.70). | W001 | RYC | 3.30 |
| 12/09/06 | Draft letter to debtor re: erosion of policy limits. | W001 | RYC | 0.60 |
| 12/11/06 | Research and inquiry re: insolvent coverage, including liquidations, receiverships, and guaranty associations. | W001 | RYC | 3.70 |
| 12/12/06 | Revise coverage evaluation and summary. | W001 | RYC | 4.40 |
| 12/13/06 | Further review of time entries. | W011 | ACS | 0.30 |
| 12/13/06 | Draft inquiry to Posner re: further details re: status of insolvent coverage (2.10); revise coverage evaluation and summary (.90). | W001 | RYC | 3.00 |
| 12/14/06 | Communicate with Mr. Posner regarding policy information. | W001 | RMH | 0.20 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                           EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

January 18, 2007                                                  INVOICE:          214434

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 12/14/06 | Digest response from debtor re: proof of claims and revise coverage evaluation and summary in connection therewith (2.40); revise memo re: coverage evaluation and summary (1.10). | W001 | RYC | 3.50 |
| 12/15/06 | Further revision to time entry. | W011 | ACS | 0.10 |
| 12/15/06 | Research and investigate evaluation of value of insolvent coverage. | W001 | RYC | 2.80 |
| 12/18/06 | Determine status of claims against insolvent insurance company estates. | W001 | RMH | 0.60 |
| 12/18/06 | Analysis of insolvent coverage status issues. | W001 | RYC | 1.00 |
| 12/19/06 | Review 12/14 Memorandum Opinion regarding 2AI claims. | W001 | RMH | 1.00 |
| 12/20/06 | Revision to time entry. | W011 | ACS | 0.10 |
| 12/20/06 | Review and comment upon fee applications. | W011 | RYC | 0.20 |
| 12/20/06 | Evaluate insolvent coverage. | W001 | RYC | 0.50 |
| 12/21/06 | Attention to fee application/accounting issues. | W011 | ACS | 0.20 |
| 12/22/06 | Finalized time entries and forwarded same to local counsel. | W011 | ACS | 0.20 |

**TOTAL FEES:**                                                              **$14,200.00**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

W.R. GRACE/CLAIMANTS COMMITTEE        MATTER:     100055.WRG01

January 18, 2007                         INVOICE:        214434

## FEE SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| Anne C Suffern | 200.00 | 1.10 | 220.00 |
| Robert M Horkovich | 700.00 | 1.80 | 1,260.00 |
| Robert Y Chung | 400.00 | 31.80 | 12,720.00 |
| **TOTAL FEES:** |  |  | **$14,200.00** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                           EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:      100055.WRG01

January 18, 2007                                              INVOICE:           214434

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001        Asset Analysis and Recovery

|                      | HOURS | TOTALS     |
| -------------------- | ----- | ---------- |
| Robert M Horkovich   | 1.80  | 1,260.00   |
| Robert Y Chung       | 31.60 | 12,640.00  |
| **TOTAL:**           | **33.40** | **13,900.00** |

ACTIVITY CODE: W011        Fee Applications (Applicant)

|                 | HOURS | TOTALS  |
| --------------- | ----- | ------- |
| Anne C Suffern  | 1.10  | 220.00  |
| Robert Y Chung  | 0.20  | 80.00   |
| **TOTAL:**      | **1.30** | **300.00** |

**TOTAL LEGAL FEES**                                        **$14,200.00**

# ANDERSON KILL & OLICK, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000                                        EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W.R. GRACE/CLAIMANTS COMMITTEE                 MATTER:     100055.WRG01

January 18, 2007                                INVOICE:         214434

| COSTS through 12/31/06 |
|---|

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 12/01/06 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 856585305 Tracking Number: 791179170076 Reference: 100055 wrg01 Billing Note: From: Robert Y Chung, Anderson Kill & Olick, P C, 1251 Avenue of the Americas , NEW YORK CITY, NY, 10020, US To: Elihu Inselb uch, Esq, Caplin & Drysdale, 375 Park Avenue, 35 th Floor , NEW YORK CITY, NY, 10152, US | E107 | 8.81 |
| 12/01/06 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 856585305 Tracking Number: 798054657493 Reference: 100055 wrg01 Billing Note: From: Robert Y Chung, Anderson Kill & Olick, P C, 1251 Avenue of the Americas , NEW YORK CITY, NY, 10020, US To: Joseph F R ice, Esq, Motley Rice LLC, 28 Bridgeside Bouleva rd , MOUNT PLEASANT, SC, 29465, US | E107 | 11.66 |
| 12/01/06 | DI - PHOTOCOPYING - | E101 | 1.00 |
| 12/05/06 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 856585305 Tracking Number: 790621989090 Reference: 100055 WRG01 Billing Note: From: Robert Y Chung, Anderson Kill & Olick, P C, 1251 Avenue of the Americas , NEW YORK CITY, NY, 10020, US To: Peter Van N Lockwood, Esq, Caplin & Drysdale, One Thomas Cir cle, N W , WASHINGTON, DC, 20005, US | E107 | 9.63 |
| 12/11/06 | DI - FAX CHARGES - | E104 | 3.00 |
| 12/11/06 | DI - FAX CHARGES - | E104 | 3.00 |
| 12/14/06 | DI - FAX CHARGES - | E104 | 9.00 |
| 12/14/06 | DI - FAX CHARGES - | E104 | 9.00 |
| 12/26/06 | DI - PHOTOCOPYING - | E101 | 3.50 |

**TOTAL COSTS:**                                                **$58.60**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:      100055.WRG01

January 18, 2007                                              INVOICE:           214434

| WORK | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| AF | AIRFREIGHT | 30.10 |
| FX | DI - FAX CHARGES - | 24.00 |
| XE | DI - PHOTOCOPYING - | 4.50 |
| | **TOTAL COSTS:** | **$58.60** |