## EXHIBIT A

**Asset Analysis and Recovery (.30Hours; $ 240.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .30 | $800 | 240.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/05/06 | PVL | 800.00 | 0.10 | Review Grace coverage chart. |
| 12/06/06 | PVL | 800.00 | 0.10 | Review coverage chart. |
| 12/11/06 | PVL | 800.00 | 0.10 | Review e-mail and reply re insurance. |

**Total Task Code .01     .30**

**Case Administration (42.50 Hours; $ 9,451.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 2.20 | $800 | 1,760.00 |
| Rita C. Tobin | .80 | $480 | 384.00 |
| Carrie D. Kelly | 38.50 | $185 | 7,122.50 |
| Kevin M. Carson | 1.00 | $185 | 185.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/01/06 | PVL | 800.00 | 0.10 | Review 5 miscellaneous fee applications. |
| 12/01/06 | PVL | 800.00 | 0.10 | Review 9 miscellaneous filings. |
| 12/01/06 | CDK | 185.00 | 7.00 | Organize documents and pleadings into case files |
| 12/04/06 | CDK | 185.00 | 7.00 | Organize documents and pleadings into case files |
| 12/05/06 | RCT | 480.00 | 0.20 | Review docket and local counsel recommendations for EI update. |
| 12/05/06 | CDK | 185.00 | 7.50 | Organize documents and pleadings into case files |

{D0079220.1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 12/06/06 | CDK | 185.00 | 7.00 | Organize documents and pleadings into case files |
| 12/07/06 | CDK | 185.00 | 7.50 | Organize documents and pleadings into case files |
| 12/08/06 | CDK | 185.00 | 2.50 | Organize documents and pleadings into case files |
| 12/11/06 | PVL | 800.00 | 0.20 | Review Hurford memo and reply. |
| 12/11/06 | PVL | 800.00 | 0.10 | Review 9 miscellaneous filings. |
| 12/12/06 | PVL | 800.00 | 0.20 | Review 7 miscellaneous filings (.1); review agenda (.1). |
| 12/13/06 | PVL | 800.00 | 0.10 | Review 5 miscellaneous filings. |
| 12/14/06 | PVL | 800.00 | 0.10 | Review 9 miscellaneous filings. |
| 12/14/06 | RCT | 480.00 | 0.20 | Review local counsel recommendations re EI update. |
| 12/15/06 | PVL | 800.00 | 0.40 | Teleconference Icahn (.3); review amended agenda (.1). |
| 12/15/06 | KMC | 185.00 | 1.00 | Edit and review notebooks for NDF and WBS. |
| 12/18/06 | PVL | 800.00 | 0.10 | Review 5 miscellaneous filings. |
| 12/18/06 | RCT | 480.00 | 0.20 | Review local counsel recommendations re EI update. |
| 12/19/06 | PVL | 800.00 | 0.10 | Review 12 miscellaneous filings. |
| 12/22/06 | PVL | 800.00 | 0.20 | Review 8 miscellaneous filings. |
| 12/26/06 | PVL | 800.00 | 0.20 | Review 11 miscellaneous filings. |
| 12/26/06 | RCT | 480.00 | 0.20 | Review local counsel recommendations and docket re EI update. |
| 12/27/06 | PVL | 800.00 | 0.10 | Review 7 miscellaneous filings. |
| 12/28/06 | PVL | 800.00 | 0.10 | Review 9 miscellaneous filings. |
| 12/29/06 | PVL | 800.00 | 0.10 | Review 3 miscellaneous filings. |

**Total Task Code .04**     **42.50**

{D0079220.1 }

**Claim Analysis Objection & Resolution (Asbestos) (29.30 Hours; $ 23,440.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 29.30 | $800 | 23,440.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/01/06 | PVL | 800.00 | 1.10 | Review Mullady arg outline (.1); confer NDF re arg prep for ACC motion to compel (.7); review Grace brief re settled claims (.2); review Motley Rice resp. re motion to compel (.1). |
| 12/03/06 | PVL | 800.00 | 1.50 | E-mail NDF re 12/5 hearing (.1); review Grace reply re x-rays (.1); review Grace consolidated reply re motion to compel resps (.4); review Grace status report re discovery and e-mail NDF (.4); prep for 12/5 hearing (.4); review e-mail (.1). |
| 12/04/06 | PVL | 800.00 | 7.40 | Prep for hearing on motion to compel (5.1); review e-mail re same (.1); confer Hurford and NDF re same (2.2). |
| 12/05/06 | PVL | 800.00 | 4.40 | Prep for hearing (.7); attend hearing re motion to compel (2.6); review 14 miscellaneous filings re est and Q issues (.1); review NDF e-mail, review prop order and e-mail Mullady (.3); teleconference NDF re hearing (.2); review NDF draft order and confer NDF (.1); review WSJ article (.1); review 11/27 transcript (.3). |
| 12/06/06 | PVL | 800.00 | 0.20 | Review notice of withdrawal and e-mail Payton (.1); review NDF e-mail and reply (.1). |
| 12/07/06 | PVL | 800.00 | 1.00 | Review 2 Grace motions and related e-mail (.1); confer NDF and JAL (.2); review e-mail re motion (.1); review NDF draft response re motion to reconsider and e-mail Mullady et al (.1); review order re same and related e-mail and reply to NDF (.2); confer NDF (.3). |
| 12/11/06 | PVL | 800.00 | 0.40 | Review e-mail (.1); review draft order and e-mail NDF (.1); review PD committee discovery request (.1); review 2 miscellaneous PD (.1). |
| 12/12/06 | PVL | 800.00 | 1.60 | Confer NDF (.4); review e-mail (.2); review draft motion to compel (.2) confer NDF re same (.8). |

{D0079220.1 }

| Date | Attorney | Rate | Hours | Description |
|---|---|---|---|---|
| 12/13/06 | PVL | 800.00 | 0.40 | Confer NDF (.1); review NDF draft response (.3). |
| 12/14/06 | PVL | 800.00 | 2.30 | Teleconference EI (.1); review e-mail and reply (.4); review draft response (.3); confer NDF re same (.7); confer NDF (.2); review Wysocker response and review Wilentz response (.3); review NDF e-mail and order re x-rays (.3). |
| 12/15/06 | PVL | 800.00 | 2.10 | Confer NDF (.1); review ZAI SJ op (.9); confer NDF re memo to Committee (.2); review Law Firms response re Q (.2); review 12/18 slides (.1); review Grace 1998 amicus brief (.5); review NDF draft order re x-rays (.1). |
| 12/19/06 | PVL | 800.00 | 2.20 | Confer NDF (.2); review motion for prot. order (.2); confer NDF and WBS (.8); review e-mail (.1); review draft Grace order (.1); review 12/5 transcript (.8). |
| 12/20/06 | PVL | 800.00 | 0.10 | Review Hurford memo re Mason depo. |
| 12/21/06 | PVL | 800.00 | 0.60 | Review ALV memo (.1); review MMWR opposition re Q (.2); review Hurford memo re prop orders (.1); review e-mail (.1); review Grace COC re prop order (.1). |
| 12/22/06 | PVL | 800.00 | 0.30 | Review e-mail (.1); review orders re Q and e-mail (.1); confer NDF (.1). |
| 12/23/06 | PVL | 800.00 | 1.30 | Review 12/5 transcript. |
| 12/24/06 | PVL | 800.00 | 1.10 | Review 12/5, 12/12 & 12/19 transcripts. |
| 12/27/06 | PVL | 800.00 | 0.10 | Review ZAI motion to appeal. |
| 12/28/06 | PVL | 800.00 | 1.20 | Teleconference EI (.1); review Mew report (.5); review Morse report re Canadian PD info (.6). |

**Total Task Code .05        29.30**


**Employment Applications, Others (7.10 Hours; $ 4,863.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|

{D0079220.1 }

| Walter B. Slocombe | 7.10 | $685 | 4,863.50 |
|---|---|---|---|

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/19/06 | WBS | 685.00 | 3.10 | Meeting with NDF and PVNL re followup to recent motions re discovery, our responses and preparation for debtors' positions, maneuvers as indicated by recent statements and filings (1.0), review recent Grace filings (.9), rev Zonolite opinion (1.2). |
| 12/20/06 | WBS | 685.00 | 1.10 | Continue review of transcript of Dec 5 hearing. |
| 12/22/06 | WBS | 685.00 | 2.90 | Review of transcripts of recent hearings and filings and related orders, including re consulting experts, questionnaire responses, and research re arguments to be made on structure/purpose of estimation as contrasted to individual allowance/adjudication of claims. |

**Total Task Code .10**    7.10


**Fee Applications, Applicant (5.00 Hours; $ 1,545.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 2.00 | $480 | 960.00 |
| Andrew D. Katznelson | 3.00 | $195 | 585.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/01/06 | RCT | 480.00 | 0.30 | Review and update fee app templates. |
| 12/11/06 | RCT | 480.00 | 0.50 | Review pre bills. |
| 12/11/06 | RCT | 480.00 | 0.50 | Review Exhibits. |
| 12/12/06 | ADK | 195.00 | 0.50 | Preparation of fee and expense report for fee application exhibit. |
| 12/19/06 | ADK | 195.00 | 1.00 | Worked on monthly fee application. |
| 12/20/06 | RCT | 480.00 | 0.50 | Review monthly fee apps |

{D0079220.1 }

| | | | | |
|---|---|---|---|---|
| 12/20/06 | ADK | 195.00 | 0.50 | Worked on fee application. |
| 12/21/06 | ADK | 195.00 | 1.00 | Preparation of fee and expense report for fee application exhibit. |
| 12/22/06 | RCT | 480.00 | 0.20 | Rev. Fee app schedule - Jan. 07 (.2) |

**Total Task Code .12**  **5.00**


**Fee Applications, Others (.10 Hours; $ 80.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $800 | 80.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/05/06 | PVL | 800.00 | 0.10 | Review 7 miscellaneous fee applications. |

**Total Task Code .13**  **.10**


**Hearings (1.50 Hours; $ 880.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .50 | $800 | 400.00 |
| Rita C. Tobin | 1.00 | $480 | 480.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/18/06 | RCT | 480.00 | 1.00 | Prepare for and attend fee hearing (.5); emails NDF re same (.2); rev. paralegal time (.3) |
| 12/26/06 | PVL | 800.00 | 0.50 | Review draft motion and Ziegler e-mail (.1); review Milch memo (.1); teleconference Milch (.3). |

**Total Task Code .15**  **1.50**

{D0079220.1 }

**Litigation and Litigation Consulting (312.90 Hours; $ 130,120.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 2.00 | $875 | 1,750.00 |
| Walter B. Slocombe | 5.20 | $685 | 3,562.00 |
| Nathan D. Finch | 123.60 | $580 | 71,688.00 |
| Jeffrey A. Liesemer | 25.00 | $445 | 11,125.00 |
| Adam L. VanGrack | 67.40 | $275 | 18,535.00 |
| Danielle K. Graham | 34.50 | $320 | 11,040.00 |
| David B. Smith | 55.20 | $225 | 12,420.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/01/06 | EI | 875.00 | 0.50 | Brief editing. |
| 12/01/06 | NDF | 580.00 | 4.40 | Final review and comments/edits on exclusivity appeal brief (0.8); review FCR reply to MTC and email to R. Mullady re same (0.5); confer with PVNL re argument on 12/5 (0.5); review deposition of Martin (Grace expert) in estimating silica claims and prepare questions re same (1.1); draft outline for Schoenfeld deposition (0.4); telephone conference with S. Baron re Gaziano deposition and related issues (0.3); telephone conference with Gaziano counsel re deposition transcript (0.2); review USG transcript and order for use in 12/5 Grace hearing (0.6). |
| 12/01/06 | NDF | 580.00 | 1.00 | Analyze Berkshire Hathaway insurance picture from public sources for use in potential negotiations. |
| 12/01/06 | DBS | 225.00 | 2.80 | Research, review, and compile documents and case information in response to specific attorney requests. |
| 12/03/06 | NDF | 580.00 | 4.90 | Review all pleadings filed related to Grace's motions to compel, Grace's x-ray protocol and ACC/FCR motion to compel in preparation for 12/5/06 "mother of all motions to compel" hearing . |
| 12/04/06 | NDF | 580.00 | 8.00 | Prepare for 12/5/ motion to compel hearing (4.5); confer with PVNL re same (1.1); work on brief re claims filings (0.5); review case law re MTC issues (0.8); review war room space for June 2007 trial |

{D0079220.1 }

| | | | | |
|---|---|---|---|---|
| | | | | (0.4); several telephone conferences with claimants' counsel re 12/5 hearing (0.7). |
| 12/04/06 | ALV | 275.00 | 0.80 | Review material related to ACC's experts. |
| 12/05/06 | NDF | 580.00 | 10.50 | Attend hearing and argue motions to compel (9.2); confer with PVNL re 12/5 hearing (0.3); draft emails re 12/5 hearing (0.3); dictate memo to PVNL re discovery order (0.3); edit discovery order (0.4). |
| 12/05/06 | DKG | 320.00 | 0.50 | Attention to issues re Dr. Segarra deposition. |
| 12/05/06 | JAL | 445.00 | 0.10 | Office conf. w/NDF re: issues relating to today's hearing on estimation discovery issues. |
| 12/05/06 | ALV | 275.00 | 3.10 | Review documents produced by Grace related to discovery request and from Grace's Boston and Boca Raton document repository. |
| 12/06/06 | NDF | 580.00 | 4.20 | Email to clients re 12/5/ hearing (0.5); telephone conference with Harding re discovery issues (0.2); review and edit draft reports and rebuttal conclusions from Welch and Hays (3.5). |
| 12/06/06 | NDF | 580.00 | 1.50 | Analyze insurance exposure of Berkshire Hathaway related entities and memo to ACC members re same. |
| 12/06/06 | DBS | 225.00 | 5.80 | Research, review, and compile documents and case information in response to specific attorney requests (4.8); compile debtors' expert reliance materials for expert review (1.0). |
| 12/06/06 | DKG | 320.00 | 2.00 | Attention to follow-up re Rust visit and Dr. Segarra deposition (1.0); attention to deposition issues (1.0). |
| 12/06/06 | JAL | 445.00 | 0.10 | Reviewed memo from ALV re: document production in estimation proceeding. |
| 12/06/06 | ALV | 275.00 | 6.00 | Report on and Review documents produced by Grace related to discovery request and from Grace's Boca Raton document repository (2.5); review material from Sealer Air depositions (1.6); review and prepare material related to the ACC's experts (1.9). |
| 12/07/06 | NDF | 580.00 | 5.50 | Dictate and edit response to Grace motion for reconsideration (0.7); read Grace motion for reconsideration (0.1); read Court order re same (0.1); prepare outline of deposition questions for Beber, Hughes and Siegal (3.5); telephone conference with |

{D0079220.1}

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| | | | | claimants' counsel re 12/5 hearing (0.5); revise and edit Austern declaration for use in exclusivity appeal (0.5); email to FCR re same (0.1). |
| 12/07/06 | DBS | 225.00 | 6.40 | Compile and review transcripts, correspondence, and other legal documents for distribution and case files (3.7); review 10-Ks for mention of actuarial studies (2.7). |
| 12/07/06 | JAL | 445.00 | 2.30 | Conferred w/NDF re: estimation discovery issues and next steps (.10); Drafting and revisions to motion to compel estimation-related discovery (2.20). |
| 12/07/06 | ALV | 275.00 | 4.10 | Review documents produced by Grace related to discovery request and from Grace's Boston and Boca Raton document repository. |
| 12/08/06 | NDF | 580.00 | 1.20 | Review and respond to email correspondence with plaintiff lawyers and FCR counsel re case issues (1.0); telephone conference with Mullady re case issue (0.2). |
| 12/08/06 | DBS | 225.00 | 1.80 | Research, review, and compile documents and case information in response to specific attorney requests. |
| 12/08/06 | JAL | 445.00 | 4.80 | Drafted and revised motion to compel re: estimation discovery (3.60); reviewed Grace's recently-served notices of deposition in connection with estimation (.10); legal research and analysis in connection with motion to compel discovery from Grace (1.10). |
| 12/08/06 | ALV | 275.00 | 4.60 | Research case law regarding claimant discovery (1.1); review pleadings and material related to experts (ACC and Debtors); Sealed Air depositions; and Grace insurance information (3.5). |
| 12/09/06 | JAL | 445.00 | 7.20 | Drafting and revisions to motion to compel estimation-related discovery. |
| 12/10/06 | JAL | 445.00 | 2.50 | Further drafting and revisions to motion to compel estimation-related discovery. |
| 12/11/06 | NDF | 580.00 | 2.10 | Analyze case law for possible inclusion in estimation trial brief re "other exposures." |
| 12/11/06 | DBS | 225.00 | 5.30 | Compile and review transcripts, correspondence, and other legal documents for distribution and case files. |

{D0079220.1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 12/11/06 | JAL | 445.00 | 2.00 | Further drafting and revisions to motion to compel estimation discovery. |
| 12/11/06 | ALV | 275.00 | 5.30 | Research issues concerning Judicial Notice (4.0); review recent transcripts (1.3). |
| 12/12/06 | NDF | 580.00 | 6.00 | Prepare for estimation hearing depositions of Grace lawyers (4.5); read Grace supplemental brief on experts (0.5); confer with PVNL re ACC response to same (0.5); revise and edit ACC motion to compel (0.5). |
| 12/12/06 | DBS | 225.00 | 5.90 | Compile and review transcripts, correspondence, and other legal documents for distribution and case files (1.5); research, review, and compile documents and case information in response to specific attorney requests (4.4). |
| 12/12/06 | JAL | 445.00 | 0.40 | Meeting w/PVNL and NDF re: estimation-related issues and discovery. |
| 12/12/06 | ALV | 275.00 | 0.80 | Review of recent pleadings and expert materials. |
| 12/13/06 | NDF | 580.00 | 12.20 | Dictate, draft, edit and revise response to Grace supplemental brief on motion to compel (10.1); telephone conference with Running and Mullady re 30(b)(6) issues and stipulation (0.5); telephone conference with Mullady re case issues (0.3); telephone conference with Hurford re case issues (0.5); email correspondence with Esserman, et al. re ACC response to Grace pleading (0.3); edit ACC motion to compel re actuarial study (0.5). |
| 12/13/06 | DBS | 225.00 | 2.40 | Research, review, and compile documents and case information in response to specific attorney requests. |
| 12/13/06 | DKG | 320.00 | 3.40 | Attention to issues regarding expert witnesses. |
| 12/13/06 | ALV | 275.00 | 2.10 | Research issues concerning Judicial Notice. |
| 12/14/06 | EI | 875.00 | 0.20 | Memos re: timing of appeal. |
| 12/14/06 | NDF | 580.00 | 5.90 | Revise and edit response to Grace supplemental brief (2.0); confer with PVNL re same (.05); revise and edit ACC motion to compel (0.8); review Grace order re x-rays (0.2); email to various re Grace x-ray order (0.3); review term sheet (0.1); confer with Cooney re Grace (0.1); analyze Grace "hot docs" for use in lawyer depositions (0.5); read cases re |

{D0079220.1 }

| | | | | |
|---|---|---|---|---|
| | | | | attorney-client privilege for reserve information (0.6); review Running edit to order resolving motion to compel (0.3); review Martin deposition transcript for use in cross (0.5). |
| 12/14/06 | DBS | 225.00 | 4.50 | Compile exhibits for motion to compel (1.2); compile documents for attorney review and case files (3.3). |
| 12/14/06 | DKG | 320.00 | 8.00 | Prepare for and attend deposition of Dr. Welch. |
| 12/14/06 | ALV | 275.00 | 6.20 | Edit Motion to Compel (2.2); review case law regarding the Motion to Compel (2.5); discussion with NDF regarding Grace discovery (0.3); research discovery issues surrounding experts (1.2). |
| 12/15/06 | NDF | 580.00 | 6.20 | Read ZAI opinion (0.9); memo to committee re analysis of opinion (1.0); revise Grace order re x-rays (0.5); telephone conference with Ramsay and Busby re MM brief on consulting experts (0.3); telephone conference with Ramsay and Hooker re x-ray order (0.5); revise Grace order re x-ray in light of Ramsay and Hooker comments (0.5); revise and edit ACC motion to compel actuarial study (0.5); revise and edit ACC response to Grace consulting expert brief (0.5); memo to Mullady re case issue (0.5); memo to Esserman, et al. re key Grace document (0.4); revise Grace slides re settled claims litigation (0.3); email correspondence to claimant counsel re same (0.2); confer with PVNL re ZAI (0.1). |
| 12/15/06 | DBS | 225.00 | 5.00 | Cite check motion to compel (3.5); compile and review transcripts, correspondence, and other legal documents for distribution and case files (1.5). |
| 12/15/06 | DKG | 320.00 | 5.80 | Prepare for Schonfeld deposition (2.8); read and analyze materials re auto mechanics and asbestos exposure (3.0). |
| 12/15/06 | JAL | 445.00 | 0.20 | Brief review of court's decision re: ZAI claims. |
| 12/15/06 | ALV | 275.00 | 2.60 | Review, edit, and complete Motion to Compel. |
| 12/17/06 | NDF | 580.00 | 2.10 | Telephone conference with PVNL re case issue (0.1); review email correspondence in preparation for 12/18 hearing (0.5); review ACC expert reports in light of ZAI opinion (1.5). |
| 12/17/06 | DKG | 320.00 | 1.20 | Prepare for Schonfeld deposition. |

{D0079220.1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 12/17/06 | ALV | 275.00 | 5.00 | Review documents produced by Grace related to discovery request and from Grace's Boston and Boca Raton document repository (4.6); review pleading material (0.4). |
| 12/18/06 | WBS | 685.00 | 2.10 | Start review of Dec 5 transcript and notes on court's and debtors' positions, rev order to implement decisions at hearing. |
| 12/18/06 | NDF | 580.00 | 10.90 | Travel to Pittsburgh for omnibus hearing (3.0); attend Grace omnibus hearing (1.5); travel to DC (3.5); correspond with Hurford re 12/15 deposition (0.3); confer with Hurford re x-ray issue and memos to committee re same (0.5); review Grace and Esserman versions of x-ray order (0.8); review pleadings filed on consulting expert issue to prepare for 12/19 telephone conference hearing (0.7); telephone conference with J. Herrick re 12/19 hearing (0.1); prepare for 12/19 hearing (0.5). |
| 12/18/06 | DKG | 320.00 | 8.80 | Prepare for and attend deposition of Dr. Schonfeld. |
| 12/18/06 | ALV | 275.00 | 3.80 | Draft necessary pleadings surrounding the ACC's Motion to Compel (0.4); review deposition procedure with DKG (0.2); review expert related material and pleading in underlying matters involving W.R. Grace (3.2). |
| 12/19/06 | NDF | 580.00 | 8.70 | Review proposed x-ray order (0.5); telephone conference with Harding, et al. re x-ray order and hearing at 11:00 a.m. (0.8); prepare for hearing with Judge Fitzgerald (0.5); telephone conference hearing with Judge Fitzgerald re x-ray issue and consulting experts (0.7); telephone conferences with Esserman, Ramsay, et al. re Grace proposed orders (2.0); memo to Grace ACC re orders on motions to compel (0.5); review Grace order on motion to compel (0.5); revise Grace order on motion to compel re consulting expert issue (0.9); review transcript of 12/19 hearing (0.5); confer with WBS and PVNL re estimation case strategy issues in light of ZAI (1.1); review Harding revisions to x-ray order (0.2); email correspondence to Hooker and Klinger re same (0.5). |
| 12/19/06 | DBS | 225.00 | 5.00 | Research, review, and compile documents and case information in response to specific attorney requests (2.5); compile and review transcripts, |

{D0079220.1 }

| | | | | |
|---|---|---|---|---|
| | | | | correspondence, and other legal documents for distribution and case files (2.5). |
| 12/19/06 | DKG | 320.00 | 3.60 | Attention to issues re Dr. Schonfeld's deposition (0.8); attention to case issues and related follow-up (0.8); deposition preparation (2.0). |
| 12/19/06 | ALV | 275.00 | 7.20 | Review pleadings (some with M. Hurford) (1.0); research case law issues regarding Judicial Notice and discovery concerns (for pleading) (4.3); review expert related material and pleading in underlying matters involving W.R. Grace (1.9). |
| 12/20/06 | NDF | 580.00 | 10.30 | Engage in telephonic and email negotiations/discussions/analysis with Grace attorneys, Esserman, Ramsay and other claimant attorneys, and ACC regarding orders on various issues relating to Grace motion to compel questionnaire responses (8.5); respond to claimant attorney inquiries re same (0.5); review and edit ACC statement re proposed orders submitted by Grace (0.5); telephone conference with Peterson re estimation issues (0.5); draft email to Running re document production issue (0.3). |
| 12/20/06 | DBS | 225.00 | 3.50 | Research, review, and compile documents and case information in response to specific attorney requests. |
| 12/20/06 | JAL | 445.00 | 0.60 | Review and analysis of Court's ZAI decision. |
| 12/20/06 | ALV | 275.00 | 6.70 | Research issues concerning Judicial Notice (3.4); report on and Review documents produced by Grace related to discovery request and from Grace's Boca Raton document repository (3.3). |
| 12/21/06 | EI | 875.00 | 0.50 | T/c PVNL re: Zonolite decision (.2); t/c NDF re: status (.1); memo to Rice re: settlement issues (.2). |
| 12/21/06 | NDF | 580.00 | 7.10 | Telephone conference with Peterson re estimation issues (0.5); read 12/12 transcript for use re same (0.3); draft memo to Grace ACC re motion to compel orders (0.6); correspondence to Eskin re same (0.2); review documents received from Grace re questionnaire (2.4); confer with PVNL re Grace issue (0.3); telephone conference with lawyer for Levine concerning Grace deposition (0.5); review Grace deposition questions for Levine (0.5); review materials for EI review concerning Grace case (1.1); telephone converence with EI (0.1); review and |

{D0079220.1}

| | | | | |
|---|---|---|---|---|
| | | | | begin editing cross questions for Levine deposition (.6). |
| 12/21/06 | DBS | 225.00 | 4.50 | Compile and review transcripts, correspondence, and other legal documents for distribution and case files. |
| 12/21/06 | JAL | 445.00 | 1.70 | Review and analysis of materials relating to estimation discovery issues (.30); review hearing memo from M. Hurford (.10); review and analysis of materials relating to estimation issues (1.3). |
| 12/21/06 | ALV | 275.00 | 1.80 | Complete memorandum concerning Judicial Notice. |
| 12/22/06 | EI | 875.00 | 0.20 | Memo to Budd. |
| 12/22/06 | NDF | 580.00 | 4.40 | Email to claimants' counsel re orders on motions to compel (1.6); telephone conference with Hurford re same (0.5); revise and edit cross questions for Dr. Levine (1.1); email to Levine's counsel re questions (0.2); review Court's orders re MTC issues (0.4); read Grace motion to quash deposition notices (0.6). |
| 12/22/06 | DBS | 225.00 | 2.30 | Compile and review transcripts, correspondence, and other legal documents for distribution and case files. |
| 12/22/06 | JAL | 445.00 | 1.80 | Telephone call w/D. Felder re: estimation-related discovery (.10); review and analysis of motions, briefs, and internal memoranda re: estimation discovery issues (1.7) |
| 12/22/06 | ALV | 275.00 | 7.30 | Review documents produced by Grace related to discovery request, and from Grace's Boca Raton document repository (3.5); review documents and prior pleadings produced by Grace for relevance (2.6); review expert-related material (1.2). |
| 12/26/06 | NDF | 580.00 | 2.50 | Email correspondence to various claimant counsel re MTC and x-ray orders. |
| 12/27/06 | WBS | 685.00 | 0.30 | Review written question for Grace medical expert. |
| 12/27/06 | NDF | 580.00 | 1.80 | Review and respond to emails from various lawyers re discovery. |
| 12/27/06 | JAL | 445.00 | 0.10 | Review of recent notice of deposition by Grace. |
| 12/28/06 | WBS | 685.00 | 0.40 | Review R Mason depo to understand thrust of questions/claim re "bad" exams. |

{D0079220.1}

| Date | Empl | Rate | Hours | Narrative |
|---|---|---|---|---|
| 12/28/06 | EI | 875.00 | 0.60 | T/c JAL re: reply brief (.2); t/c NDF re: status (.2); organizing trip (.2). |
| 12/28/06 | NDF | 580.00 | 1.10 | Email correspondence to Mullady re outline of response to Grace |
| 12/28/06 | DKG | 320.00 | 1.20 | Attention to case status. |
| 12/28/06 | JAL | 445.00 | 1.20 | Telephone call w/Gloria Holmes re: estimation (.20); brief review of transcript of deposition of R. Mason (1.0). |
| 12/29/06 | WBS | 685.00 | 2.40 | Read cases cited in new debtor-oriented article re claims of new standards of proof for claims. |
| 12/29/06 | NDF | 580.00 | 1.10 | Email correspondence to experts re various issues (0.9); review2000 ILO stds sent by Welch (0.2). |

**Total Task Code.16      312.90**

**Plan & Disclosure Statement (8.70 Hours; $ 4,394.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.10 | $800 | 880.00 |
| Ronald E. Reinsel | .80 | $610 | 488.00 |
| Jeffrey A. Liesemer | 6.80 | $445 | 3,026.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/01/06 | PVL | 800.00 | 0.10 | Review e-mail re excl brief. |
| 12/01/06 | JAL | 445.00 | 3.10 | Review and analysis of revised draft of appellants' brief (2.20); office conf. w/NDF re: comments on revised draft of appellants' brief in exclusivity appeal (.20); drafted and revised memo to J. Guy re: comments on revised draft of appellants' brief (.70). |
| 12/07/06 | PVL | 800.00 | 0.20 | Review draft Austern aff. and e-mail comments. |
| 12/07/06 | JAL | 445.00 | 0.40 | Reviewed appellees' response to motion to expedite review of appeal and related correspondence among co-counsel re: same. |

{D0079220.1 }

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/08/06 | JAL | 445.00 | 0.10 | Brief review of FCR's declaration in support of expedited appeal of exclusivity order. |
| 12/14/06 | PVL | 800.00 | 0.10 | Review e-mail and reply re term sheet. |
| 12/18/06 | RER | 610.00 | 0.80 | Review memo re: ZAI opinion. |
| 12/21/06 | PVL | 800.00 | 0.10 | Review Sinclair email. |
| 12/22/06 | JAL | 445.00 | 0.70 | Review and analysis of materials relating to estimation, plan confirmation and 524(g) trust issues. |
| 12/28/06 | JAL | 445.00 | 0.60 | Telephone call w/EI re: prep. of reply brief for exclusivity appeal (.20); telephone call w/M. Hurford re: prep. of reply brief for exclusivity appeal (.20); drafted and revised e-mail to J. Guy re: prep. of reply brief for exclusivity appeal (.20). |
| 12/29/06 | PVL | 800.00 | 0.60 | Review excl brief. |
| 12/29/06 | JAL | 445.00 | 1.90 | Review and analysis of Grace's exclusivity appellate brief and prepared outline of arguments for inclusion in reply brief. |

**Total Task Code .17        8.70**


**Travel – Non Working (20.90 Hours; $ 5,650.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 6.90 | $400 | 2,760.00 |
| Nathan D. Finch | 5.00 | $290 | 1,450.00 |
| Danielle K. Graham | 9.00 | $160 | 1,440.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/04/06 | PVL | 400.00 | 3.80 | Travel to Pittsburgh for hearing. |
| 12/04/06 | NDF | 290.00 | 2.50 | Travel to Pittsburgh from DC for MTC hearing. |
| 12/05/06 | PVL | 400.00 | 3.10 | Return travel to DC. |
| 12/05/06 | NDF | 290.00 | 2.50 | Travel back to DC from Pittsburgh. |

{D0079220.1 }

| 12/17/06 | DKG | 160.00 | 5.50 | Travel to Cleveland for Schonfeld deposition. |
| 12/18/06 | DKG | 160.00 | 3.50 | Return travel from Schonfeld deposition. |

**Total Task Code .21        20.90**

**Fee Auditor Matters (9.10 Hours; $ 4,115.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $800 | 80.00 |
| Rita C. Tobin | 8.00 | $480 | 3,840.00 |
| Andrew D. Katznelson | 1.00 | $195 | 195.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/05/06 | PVL | 800.00 | 0.10 | Review draft letter Smith and e-mail RCT re same. |
| 12/05/06 | RCT | 480.00 | 1.90 | Complete Grace reply to Fee auditor (1.5); e-mail PVNL re same (.4). |
| 12/06/06 | RCT | 480.00 | 0.50 | Address Fee Auditor issue. |
| 12/08/06 | RCT | 480.00 | 1.50 | Review final report (.3); emails PVNL re same (.2); research re paralegal fees (1) |
| 12/12/06 | RCT | 480.00 | 1.00 | Address fee auditor issue. |
| 12/13/06 | RCT | 480.00 | 1.80 | Draft reply for filing (Fee Auditor) (1.5); emails M. Hartford re same (.3) |
| 12/13/06 | ADK | 195.00 | 1.00 | Assisted RCT with filing of Response to Final Report. |
| 12/15/06 | RCT | 480.00 | 0.50 | Address Fee Auditor issues. |
| 12/19/06 | RCT | 480.00 | 0.30 | T/C NDF re fees |
| 12/21/06 | RCT | 480.00 | 0.50 | Address Fee issues. |

{D0079220.1 }

**Total Task Code .32          9.10**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | -1,034.00 |
| Air Freight & Express Mail | 467.25 |
| Charge of Cell and/or Home Phone Useage | 36.80 |
| Conference Meals | 7.35 |
| Database Research | 1,190.44 |
| Long Distance-Equitrac In-House | 9.43 |
| Meals Related to Travel | 402.66 |
| Outside Local Deliveries | 70.65 |
| Outside Photocopying/Duplication Service | 618.40 |
| Professional Fees & Expert Witness Fees | 39,007.27 |
| Research Material | 654.64 |
| Travel Expenses - Ground Transportation | 300.71 |
| Travel Expenses - Hotel Charges | 717.28 |
| Travel Expenses - LD Calls on Hotel Bill | 9.95 |
| Travel Expenses - Miscellaneous | 15.00 |
| Xeroxing | 540.40 |
| **Total:** | **$43,014.23** |

{D0079220.1 }