## EXHIBIT B

### Asset Analysis and Recovery (.3 Hours; $ 240.00)

Services rendered in this category pertain to effort to analyze and recover the Debtors' assets for the benefit of the state.

**Total Task Code .01          .3**

### Case Administration (42.5 Hours; $ 9,451.50)

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04          42.5**

### Claim Analysis Objection & Resolution (Asbestos) (29.3 Hours; $ 23,440.00)

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05          29.3**

### Employment Applications, Others (7.1 Hours; $ 4,863.50)

Services rendered in this category pertain to the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .10          7.1**

### Fee Applications, Applicant (5.0 Hours; $ 1,545.00)

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12          5.0**

### Fee Applications, Others (.1 Hours; $ 80.00)

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13          .1**


**Hearings (1.5 Hours; $ 880.00)**

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15          1.5**


**Litigation and Litigation Consulting (312.9 Hours; $ 130,120.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16          312.9**


**Plan & Disclosure Statement (8.7 Hours; $ 4,394.00)**

Services rendered in this category pertain to the efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17          8.7**


**Travel Non-Working (20.9 Hours; $ 5,650.00)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21          20.9**


**Fee Auditor Matters (9.1 Hours; $ 4,115.00)**

Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32          9.1**

{D0079221.1 }