## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | -1,034.00 |
| Air Freight & Express Mail | 467.25 |
| Charge of Cell and/or Home Phone Useage | 36.80 |
| Conference Meals | 7.35 |
| Database Research | 1,190.44 |
| Long Distance-Equitrac In-House | 9.43 |
| Meals Related to Travel | 402.66 |
| Outside Local Deliveries | 70.65 |
| Outside Photocopying/Duplication Service | 618.40 |
| Professional Fees & Expert Witness Fees | 39,007.27 |
| Research Material | 654.64 |
| Travel Expenses - Ground Transportation | 300.71 |
| Travel Expenses - Hotel Charges | 717.28 |
| Travel Expenses - LD Calls on Hotel Bill | 9.95 |
| Travel Expenses - Miscellaneous | 15.00 |
| Xeroxing | 540.40 |
| **Total:** | **$43,014.23** |

{D0079222.1 }