**Client Number: 4642** **Grace Asbestos Personal Injury Claimants** Page: 1

**Matter 000** **Disbursements** 1/23/2007

Print Date/Time: 01/23/2007 3:32:47PM

Attn: Invoice #

PREBILL / CONTROL REPORT

Trans Date Range: 1/1/1950 to: 12/31/2006

**Matter 000**
**Disbursements**

Bill Cycle: Monthly Style: i1 Start: 4/16/2001

Last Billed : 1/19/2007 13,655

Trust Amount Available

Total Expenses Billed To Date $744,481.06

Billing Empl: 0120 Elihu Inselbuch
Responsible Empl: 0120 Elihu Inselbuch
Alternate Empl: 0120 Elihu Inselbuch
Originating Empl: 0120 Elihu Inselbuch

**Summary by Employee**

| Empl | Initials | Name | ACTUAL Hours | ACTUAL Amount | BILLING Hours | BILLING Amount |
|---|---|---|---|---|---|---|
| 0018 | DNV | Douglas N Varley | 0.00 | 39,007.27 | 0.00 | 39,007.27 |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 50.16 | 0.00 | 275.46 |
| 0120 | EI | Elihu Inselbuch | 0.00 | 37.86 | 0.00 | 37.86 |
| 0163 | DNW | David N Webster | 0.00 | 17.87 | 0.00 | 17.87 |
| 0187 | NDF | Nathan D Finch | 0.00 | -272.15 | 0.00 | -127.55 |
| 0213 | DAR | Deborah A Russell | 0.00 | 18.60 | 0.00 | 18.60 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 55.60 | 0.00 | 55.60 |
| 0227 | RH | Roxana Healy | 0.00 | 1.10 | 0.00 | 1.10 |
| 0232 | LK | Lauren Karastergiou | 0.00 | 11.00 | 0.00 | 11.00 |
| 0234 | CK | Carl Kessler | 0.00 | 1.70 | 0.00 | 1.70 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 0.50 | 0.00 | 0.50 |
| 0245 | PT | Paula Taylor-Brooks | 0.00 | 0.80 | 0.00 | 0.80 |
| 0251 | JO | Joan O'Brien | 0.00 | 0.40 | 0.00 | 0.40 |
| 0308 | DBS | David B Smith | 0.00 | 723.58 | 0.00 | 723.58 |
| 0310 | DKG | Danielle K Graham | 0.00 | 812.83 | 0.00 | 812.83 |
| 0327 | ALV | Adam L Vangrack | 0.00 | 0.70 | 0.00 | 0.70 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 2,176.51 | 0.00 | 2,176.51 |
| **Total Fees** | | | **0.00** | **42,644.33** | **0.00** | **43,014.23** |

**Summary by Employee**

| Empl | Initials | Name | ACTUAL Rate | ACTUAL Hours | ACTUAL Amount | BILLING Rate | BILLING Hours | BILLING Amount |
|---|---|---|---|---|---|---|---|---|
| **Total Fees** | | | | | | | | |

**Detail Time / Expense by Date**

**Client Number: 4642** **Grace Asbestos Personal Injury Claimants** Page: 1

**Matter 000** **Disbursements** 1/23/2007

Print Date/Time: 01/23/2007 3:32:47PM

Attn: Invoice #

| TransNo. | Description | TransType | Trans Date | Work Empl | | ACTUAL Rate | ACTUAL Hours | ACTUAL Amount | BILLING Rate | BILLING Hours | BILLING Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2027899 | Equitrac - Long Distance to 2123199240 | E | 12/01/2006 | 0999 | C&D | | 0.00 | $0.12 | | 0.00 | $0.12 | 0.12 |
| 2027904 | Equitrac - Long Distance to 2148747000 | E | 12/01/2006 | 0999 | C&D | | 0.00 | $0.05 | | 0.00 | $0.05 | 0.17 |
| 2027908 | Equitrac - Long Distance to 2146329420 | E | 12/01/2006 | 0999 | C&D | | 0.00 | $0.40 | | 0.00 | $0.40 | 0.57 |
| 2028147 | Photocopy | E | 12/01/2006 | 0220 | SKL | | 0.00 | $0.50 | | 0.00 | $0.50 | 1.07 |
| 2030684 | Photocopy | E | 12/04/2006 | 0220 | SKL | | 0.00 | $1.30 | | 0.00 | $1.30 | 2.37 |
| 2030686 | Photocopy | E | 12/04/2006 | 0999 | C&D | | 0.00 | $4.20 | | 0.00 | $4.20 | 6.57 |
| 2030690 | Photocopy | E | 12/04/2006 | 0220 | SKL | | 0.00 | $0.20 | | 0.00 | $0.20 | 6.77 |
| 2030695 | Photocopy | E | 12/04/2006 | 0220 | SKL | | 0.00 | $4.40 | | 0.00 | $4.40 | 11.17 |
| 2030697 | Photocopy | E | 12/04/2006 | 0220 | SKL | | 0.00 | $0.70 | | 0.00 | $0.70 | 11.87 |
| 2030729 | Photocopy | E | 12/04/2006 | 0220 | SKL | | 0.00 | $0.90 | | 0.00 | $0.90 | 12.77 |
| 2030769 | Photocopy | E | 12/04/2006 | 0220 | SKL | | 0.00 | $1.30 | | 0.00 | $1.30 | 14.07 |
| 2030890 | Photocopy | E | 12/05/2006 | 0220 | SKL | | 0.00 | $0.20 | | 0.00 | $0.20 | 14.27 |
| 2030948 | Photocopy | E | 12/05/2006 | 0310 | DKG | | 0.00 | $0.70 | | 0.00 | $0.70 | 14.97 |
| 2031032 | Federal Express to Dan Relles from DNW on 11/15 | E | 12/06/2006 | 0163 | DNW | | 0.00 | $17.87 | | 0.00 | $17.87 | 32.84 |
| 2031034 | Federal Express to Matthew Mestayer, Dan Relles, Steve Hays, Arnold Brody from NDF and DBS on 11/16 | E | 12/06/2006 | 0187 | NDF | | 0.00 | $184.65 | | 0.00 | $184.65 | 217.49 |
| 2031063 | Lasership; Local delivery to Orrick Herrington on 11/16-17 | E | 12/06/2006 | 0999 | C&D | | 0.00 | $47.10 | | 0.00 | $47.10 | 264.59 |
| 2031069 | Lasership; Local delivery to Orrick Herrington on 11/29 | E | 12/06/2006 | 0999 | C&D | | 0.00 | $23.55 | | 0.00 | $23.55 | 288.14 |
| 2031098 | Equitrac - Long Distance to 3038327265 | E | 12/06/2006 | 0999 | C&D | | 0.00 | $0.05 | | 0.00 | $0.05 | 288.19 |
| 2031099 | Equitrac - Long Distance to 6019608602 | E | 12/06/2006 | 0999 | C&D | | 0.00 | $0.07 | | 0.00 | $0.07 | 288.26 |
| 2031197 | Photocopy | E | 12/06/2006 | 0308 | DBS | | 0.00 | $0.20 | | 0.00 | $0.20 | 288.46 |
| 2031286 | Bank of American; Firm credit card charges for October and November; For scientific articles requested by Nalini Rajguru | E | 12/07/2006 | 0999 | C&D | | 0.00 | $521.36 | | 0.00 | $521.36 | 809.82 |
| 2031291 | Document Technologies; Color copies | E | 12/07/2006 | 0308 | DBS | | 0.00 | $17.45 | | 0.00 | $17.45 | 827.27 |
| 2031292 | Document Tech; Scanning D work - Heavy Lit | E | 12/07/2006 | 0308 | DBS | | 0.00 | $324.05 | | 0.00 | $324.05 | 1,151.32 |
| 2031293 | Federal Express to Mark Peterson from NDF on 11/21 | E | 12/07/2006 | 0187 | NDF | | 0.00 | $17.87 | | 0.00 | $17.87 | 1,169.19 |
| 2031295 | Federal Express to Wanda Roman from DBS on 11/21 | E | 12/07/2006 | 0308 | DBS | | 0.00 | $15.77 | | 0.00 | $15.77 | 1,184.96 |
| 2031309 | PVNL; Travel expenses to Pittsburgh for hearing on 12/4-5 for meals | E | 12/07/2006 | 0020 | PVL | | 0.00 | $18.91 | | 0.00 | $18.91 | 1,203.87 |
| 2031310 | PVNL; Travel expenses to Pittsburgh for hearing on 12/4-5for Omni William Penn hotel | E | 12/07/2006 | 0020 | PVL | | 0.00 | $215.46 | | 0.00 | $215.46 | 1,419.33 |
| 2031541 | Equitrac - Long Distance to 3122366166 | E | 12/07/2006 | 0999 | C&D | | 0.00 | $0.06 | | 0.00 | $0.06 | 1,419.39 |
| 2031558 | Equitrac - Long Distance to 3053502403 | E | 12/07/2006 | 0999 | C&D | | 0.00 | $0.09 | | 0.00 | $0.09 | 1,419.48 |
| 2031574 | Equitrac - Long Distance to 8054993572 | E | 12/08/2006 | 0999 | C&D | | 0.00 | $0.69 | | 0.00 | $0.69 | 1,420.17 |
| 2031748 | Photocopy | E | 12/08/2006 | 0999 | C&D | | 0.00 | $41.80 | | 0.00 | $41.80 | 1,461.97 |
| 2031774 | Photocopy | E | 12/08/2006 | 0308 | DBS | | 0.00 | $7.50 | | 0.00 | $7.50 | 1,469.47 |
| 2031504 | Document Tech; Scanning Bwork - Light Lit; Scanning - Color | E | 12/08/2006 | 0308 | DBS | | 0.00 | $171.15 | | 0.00 | $171.15 | 1,640.62 |
| 2032041 | Photocopy | E | 12/11/2006 | 0327 | ALV | | 0.00 | $0.70 | | 0.00 | $0.70 | 1,641.32 |
| 2032048 | Photocopy | E | 12/11/2006 | 0220 | SKL | | 0.00 | $2.20 | | 0.00 | $2.20 | 1,643.52 |
| 2032110 | Photocopy | E | 12/11/2006 | 0237 | SRB | | 0.00 | $0.50 | | 0.00 | $0.50 | 1,644.02 |
| 2032111 | Photocopy | E | 12/11/2006 | 0999 | C&D | | 0.00 | $11.80 | | 0.00 | $11.80 | 1,655.82 |
| 2032179 | Photocopy | E | 12/12/2006 | 0220 | SKL | | 0.00 | $0.10 | | 0.00 | $0.10 | 1,655.92 |
| 2032187 | Photocopy | E | 12/12/2006 | 0232 | LK | | 0.00 | $0.50 | | 0.00 | $0.50 | 1,656.42 |
| 2032188 | Photocopy | E | 12/12/2006 | 0232 | LK | | 0.00 | $0.50 | | 0.00 | $0.50 | 1,656.92 |
| 2032194 | Photocopy | E | 12/12/2006 | 0213 | DAR | | 0.00 | $0.40 | | 0.00 | $0.40 | 1,657.32 |
| 2032202 | Photocopy | E | 12/12/2006 | 0220 | SKL | | 0.00 | $0.30 | | 0.00 | $0.30 | 1,657.62 |
| 2032229 | Photocopy | E | 12/12/2006 | 0232 | LK | | 0.00 | $0.80 | | 0.00 | $0.80 | 1,658.42 |
| 2032230 | Photocopy | E | 12/12/2006 | 0232 | LK | | 0.00 | $0.70 | | 0.00 | $0.70 | 1,659.12 |
| 2032247 | Photocopy | E | 12/12/2006 | 0308 | DBS | | 0.00 | $6.40 | | 0.00 | $6.40 | 1,665.52 |
| 2031873 | Federal Express to Katie Hemming from EI on 11/27 | E | 12/12/2006 | 0120 | EI | | 0.00 | $4.75 | | 0.00 | $4.75 | 1,670.27 |
| 2031884 | Verus Claims Services; Professional services 11/1 thru 11/30 | E | 12/12/2006 | 0018 | DNV | | 0.00 | $39,007.27 | | 0.00 | $39,007.27 | 40,677.54 |
| 2031967 | Equitrac - Long Distance to 3122366166 | E | 12/12/2006 | 0999 | C&D | | 0.00 | $0.64 | | 0.00 | $0.64 | 40,678.18 |
| 2032002 | Equitrac - Long Distance to 3122366166 | E | 12/12/2006 | 0999 | C&D | | 0.00 | $0.48 | | 0.00 | $0.48 | 40,678.66 |
| 2032527 | Conference Meals - EI lunch in office during work on brief edits on 11/29/06 | E | 12/13/2006 | 0999 | C&D | | 0.00 | $7.35 | | 0.00 | $7.35 | 40,686.01 |
| 2032602 | Document Tech; DVD and CD master | E | 12/13/2006 | 0308 | DBS | | 0.00 | $105.75 | | 0.00 | $105.75 | 40,791.76 |
| 2032613 | Global Securities; Database research through November | E | 12/13/2006 | 0999 | C&D | | 0.00 | $122.70 | | 0.00 | $122.70 | 40,914.46 |
| 2032966 | Equitrac - Long Distance to 3024261900 | E | 12/13/2006 | 0999 | C&D | | 0.00 | $1.04 | | 0.00 | $1.04 | 40,915.50 |
| 2033074 | Photocopy | E | 12/13/2006 | 0999 | C&D | | 0.00 | $28.80 | | 0.00 | $28.80 | 40,944.30 |
| 2033075 | Photocopy | E | 12/13/2006 | 0308 | DBS | | 0.00 | $7.90 | | 0.00 | $7.90 | 40,952.20 |

**Client Number: 4642** **Grace Asbestos Personal Injury Claimants** Page: 1

**Matter 000** **Disbursements** 1/23/2007

Print Date/Time: 01/23/2007 3:32:47PM

Attn: Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2033077 | Photocopy | E | 12/13/2006 | 0308 | DBS | 0.00 | $11.40 | 0.00 | $11.40 | 40,963.60 |
| 2033142 | Photocopy | E | 12/13/2006 | 0999 | C&D | 0.00 | $122.30 | 0.00 | $122.30 | 41,085.90 |
| 2033150 | Photocopy | E | 12/13/2006 | 0999 | C&D | 0.00 | $14.60 | 0.00 | $14.60 | 41,100.50 |
| 2033240 | Photocopy | E | 12/14/2006 | 0999 | C&D | 0.00 | $36.40 | 0.00 | $36.40 | 41,136.90 |
| 2033267 | Photocopy | E | 12/14/2006 | 0999 | C&D | 0.00 | $40.40 | 0.00 | $40.40 | 41,177.30 |
| 2033274 | Photocopy | E | 12/14/2006 | 0308 | DBS | 0.00 | $9.70 | 0.00 | $9.70 | 41,187.00 |
| 2033296 | Photocopy | E | 12/14/2006 | 0308 | DBS | 0.00 | $7.60 | 0.00 | $7.60 | 41,194.60 |
| 2033326 | Photocopy | E | 12/14/2006 | 0245 | PT | 0.00 | $0.80 | 0.00 | $0.80 | 41,195.40 |
| 2032973 | Equitrac - Long Distance to 3024261900 | E | 12/14/2006 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 41,195.60 |
| 2032989 | Equitrac - Long Distance to 2166218484 | E | 12/14/2006 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 41,195.66 |
| 2033673 | Equitrac - Long Distance to 3024261900 | E | 12/15/2006 | 0999 | C&D | 0.00 | $0.21 | 0.00 | $0.21 | 41,195.87 |
| 2033677 | Equitrac - Long Distance to 3024261900 | E | 12/15/2006 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 41,195.99 |
| 2033685 | Equitrac - Long Distance to 3025943100 | E | 12/15/2006 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 41,196.15 |
| 2033689 | Equitrac - Long Distance to 3024261900 | E | 12/15/2006 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 41,196.22 |
| 2033699 | Equitrac - Long Distance to 2123197125 | E | 12/15/2006 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 41,196.29 |
| 2033704 | Equitrac - Long Distance to 3026548300 | E | 12/15/2006 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 41,196.49 |
| 2033712 | Equitrac - Long Distance to 3024261900 | E | 12/15/2006 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 41,196.55 |
| 2033825 | Photocopy | E | 12/15/2006 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 41,196.65 |
| 2033836 | Photocopy | E | 12/15/2006 | 0999 | C&D | 0.00 | $13.10 | 0.00 | $13.10 | 41,209.75 |
| 2033838 | Photocopy | E | 12/15/2006 | 0220 | SKL | 0.00 | $13.40 | 0.00 | $13.40 | 41,223.15 |
| 2033844 | Photocopy | E | 12/15/2006 | 0234 | CK | 0.00 | $1.70 | 0.00 | $1.70 | 41,224.85 |
| 2033854 | Photocopy | E | 12/15/2006 | 0220 | SKL | 0.00 | $2.90 | 0.00 | $2.90 | 41,227.75 |
| 2033875 | Photocopy | E | 12/15/2006 | 0308 | DBS | 0.00 | $1.70 | 0.00 | $1.70 | 41,229.45 |
| 2033718 | Equitrac - Long Distance to 8054993572 | E | 12/17/2006 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 41,229.50 |
| 2033719 | Equitrac - Long Distance to 8054993572 | E | 12/17/2006 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 41,229.55 |
| 2033761 | Equitrac - Long Distance to 3024261900 | E | 12/18/2006 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 41,229.63 |
| 2034156 | Petty Cash PVNL cab expense in Pittsburgh on 12/4-5 for hearing | E | 12/19/2006 | 0020 | PVL | 0.00 | $125.00 | 0.00 | $125.00 | 41,354.63 |
| 2034157 | Petty Cash Meal expense for PVNL in Pittsburgh on 12/4-5 for hearing | E | 12/19/2006 | 0020 | PVL | 0.00 | $1.49 | 0.00 | $1.49 | 41,356.12 |
| 2034626 | DKG; Travel expenses to Cleveland for Welch and Schonfeld depositions on 12/14-18 for meals | E | 12/19/2006 | 0310 | DKG | 0.00 | $98.74 | 0.00 | $98.74 | 41,454.86 |
| 2034627 | DKG; Travel expenses to Cleveland for Welch and Schonfeld depositions on 12/14-18 (Coach fare) | E | 12/19/2006 | 0310 | DKG | 0.00 | $213.60 | 0.00 | $213.60 | 41,668.46 |
| 2034628 | DKG; Travel expenses to Cleveland for Welch and Schonfeld depositions on 12/14-18 for Ritz Carlton hotel | E | 12/19/2006 | 0310 | DKG | 0.00 | $286.36 | 0.00 | $286.36 | 41,954.82 |
| 2034629 | DKG; Travel expenses to Cleveland for Welch and Schonfeld depositions on 12/14-18 for cabs | E | 12/19/2006 | 0310 | DKG | 0.00 | $60.00 | 0.00 | $60.00 | 42,014.82 |
| 2034630 | DKG; Travel expenses to Cleveland for Welch and Schonfeld depositions on 12/14-18 for tips to bellman | E | 12/19/2006 | 0310 | DKG | 0.00 | $15.00 | 0.00 | $15.00 | 42,029.82 |
| 2034631 | DKG; Travel expenses to Cleveland for Welch and Schonfeld depositions on 12/14-18 for internet usage | E | 12/19/2006 | 0310 | DKG | 0.00 | $9.95 | 0.00 | $9.95 | 42,039.77 |
| 2034636 | Equitrac - Long Distance to 2166231300 | E | 12/19/2006 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 42,039.83 |
| 2034659 | Equitrac - Long Distance to 2123197125 | E | 12/19/2006 | 0999 | C&D | 0.00 | $0.49 | 0.00 | $0.49 | 42,040.32 |
| 2034734 | Photocopy | E | 12/19/2006 | 0999 | C&D | 0.00 | $10.40 | 0.00 | $10.40 | 42,050.72 |
| 2034744 | Photocopy | E | 12/19/2006 | 0251 | JO | 0.00 | $0.40 | 0.00 | $0.40 | 42,051.12 |
| 2034769 | Photocopy | E | 12/19/2006 | 0220 | SKL | 0.00 | $0.70 | 0.00 | $0.70 | 42,051.82 |
| 2034800 | Photocopy | E | 12/19/2006 | 0999 | C&D | 0.00 | $35.30 | 0.00 | $35.30 | 42,087.12 |
| 2034985 | LexisNexis Courtlink; Research usage for November | E | 12/20/2006 | 0999 | C&D | 0.00 | $10.58 | 0.00 | $10.58 | 42,097.70 |
| 2035187 | Equitrac - Long Distance to 3024261900 | E | 12/20/2006 | 0999 | C&D | 0.00 | $0.17 | 0.00 | $0.17 | 42,097.87 |
| 2035222 | Equitrac - Long Distance to 3024261900 | E | 12/20/2006 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 42,097.94 |
| 2035228 | Equitrac - Long Distance to 3024261900 | E | 12/20/2006 | 0999 | C&D | 0.00 | $0.13 | 0.00 | $0.13 | 42,098.07 |
| 2035231 | Equitrac - Long Distance to 3024261900 | E | 12/20/2006 | 0999 | C&D | 0.00 | $0.29 | 0.00 | $0.29 | 42,098.36 |
| 2035233 | Equitrac - Long Distance to 3024261900 | E | 12/20/2006 | 0999 | C&D | 0.00 | $0.47 | 0.00 | $0.47 | 42,098.83 |
| 2035237 | Equitrac - Long Distance to 3024261900 | E | 12/20/2006 | 0999 | C&D | 0.00 | $0.14 | 0.00 | $0.14 | 42,098.97 |
| 2035242 | Equitrac - Long Distance to 2152418802 | E | 12/20/2006 | 0999 | C&D | 0.00 | $0.97 | 0.00 | $0.97 | 42,099.94 |
| 2035355 | Photocopy | E | 12/20/2006 | 0220 | SKL | 0.00 | $0.40 | 0.00 | $0.40 | 42,100.34 |
| 2035359 | Photocopy | E | 12/20/2006 | 0220 | SKL | 0.00 | $1.30 | 0.00 | $1.30 | 42,101.64 |
| 2035366 | Photocopy | E | 12/20/2006 | 0220 | SKL | 0.00 | $2.90 | 0.00 | $2.90 | 42,104.54 |
| 2035379 | Photocopy | E | 12/20/2006 | 0308 | DBS | 0.00 | $14.70 | 0.00 | $14.70 | 42,119.24 |
| 2035384 | Photocopy | E | 12/20/2006 | 0999 | C&D | 0.00 | $8.20 | 0.00 | $8.20 | 42,127.44 |
| 2035565 | Photocopy | E | 12/21/2006 | 0220 | SKL | 0.00 | $2.30 | 0.00 | $2.30 | 42,129.74 |
| 2035568 | Photocopy | E | 12/21/2006 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 42,129.84 |
| 2035577 | Photocopy | E | 12/21/2006 | 0220 | SKL | 0.00 | $3.60 | 0.00 | $3.60 | 42,133.44 |
| 2035585 | Photocopy | E | 12/21/2006 | 0999 | C&D | 0.00 | $14.90 | 0.00 | $14.90 | 42,148.34 |
| 2035619 | Photocopy | E | 12/21/2006 | 0232 | LK | 0.00 | $1.40 | 0.00 | $1.40 | 42,149.74 |
| 2035631 | Photocopy | E | 12/21/2006 | 0220 | SKL | 0.00 | $2.20 | 0.00 | $2.20 | 42,151.94 |

**Client Number: 4642** **Grace Asbestos Personal Injury Claimants** 

**Matter 000** **Disbursements** 1/23/2007

Print Date/Time: 01/23/2007 3:32:47PM

Attn: Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2035665 | Photocopy | E | 12/21/2006 | 0232 | LK | 0.00 | $1.70 | 0.00 | $1.70 | 42,153.64 |
| 2035259 | Equitrac - Long Distance to 9174450518 | E | 12/21/2006 | 0999 | C&D | 0.00 | $0.13 | 0.00 | $0.13 | 42,153.77 |
| 2035273 | Equitrac - Long Distance to 8054993572 | E | 12/21/2006 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 42,153.97 |
| 2035286 | Equitrac - Long Distance to 3024261900 | E | 12/21/2006 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 42,154.06 |
| 2035314 | Equitrac - Long Distance to 3024261900 | E | 12/21/2006 | 0999 | C&D | 0.00 | $0.34 | 0.00 | $0.34 | 42,154.40 |
| 2034998 | Premiere Global Service Ready Conference calls for NDF in November | E | 12/21/2006 | 0187 | NDF | 0.00 | $36.80 | 0.00 | $36.80 | 42,191.20 |
| 2035009 | NDF; Travel expenses to Pittsburgh for attend/argue motion at hearing on 12/4-5 for meals (dinner with PVNL, M. Hurford $256.31) | E | 12/21/2006 | 0187 | NDF | 0.00 | $283.52 | 0.00 | $283.52 | 42,474.72 |
| 2035010 | NDF; Travel expenses to Pittsburgh for attend/argue motion at hearing on 12/4-5 forOmni William Penn hotel (room 189.00, taxes 26.46) | E | 12/21/2006 | 0187 | NDF | 0.00 | $215.46 | 0.00 | $215.46 | 42,690.18 |
| 2035011 | NDF; Travel expenses to Pittsburgh for attend/argue motion at hearing on 12/4-5 for cabs | E | 12/21/2006 | 0187 | NDF | 0.00 | $80.00 | 0.00 | $80.00 | 42,770.18 |
| 2035041 | Federal Express to Ken Garza from DBS on 12/6 | E | 12/21/2006 | 0308 | DBS | 0.00 | $22.31 | 0.00 | $22.31 | 42,792.49 |
| 2035042 | Federal Express to Stevem Barpm frp, DKG on 11/28 | E | 12/21/2006 | 0310 | DKG | 0.00 | $62.58 | 0.00 | $62.58 | 42,855.07 |
| 2035755 | ADA Travel Refund on PVNL 11/20 travel to Wilmington (Coach fare $183.00) | E | 12/22/2006 | 0020 | PVL | 0.00 | -$263.70 | 0.00 | -$183.00 | 42,672.07 |
| 2035756 | ADA Travel PVNL 12/4 travel to Pittsburgh (Coach fare) | E | 12/22/2006 | 0020 | PVL | 0.00 | $1,208.60 | 0.00 | $1,208.60 | 43,880.67 |
| 2035757 | ADA Travel Agency fee on PVNL 12/4 travel to Pittsburgh | E | 12/22/2006 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 43,920.67 |
| 2035759 | ADA Travel Refund on PVNL 12/5 travel to Pittsburgh (Coach fare $1,209.00) | E | 12/22/2006 | 0020 | PVL | 0.00 | -$1,353.60 | 0.00 | -$1,209.00 | 42,711.67 |
| 2035760 | ADA Travel Refund on NDF 12/5 to Pittsburgh (Coach Fare $1, 209.00) | E | 12/22/2006 | 0187 | NDF | 0.00 | -$1,353.60 | 0.00 | -$1,209.00 | 41,502.67 |
| 2035768 | ADA Travel NDF to Pittsburgh on 12/4 (Exchange Ticket fee) | E | 12/22/2006 | 0187 | NDF | 0.00 | $145.00 | 0.00 | $145.00 | 41,647.67 |
| 2035769 | ADA Travel Agency fee on NDF to Pittsburgh on 12/4 | E | 12/22/2006 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 41,687.67 |
| 2035771 | ADA Travel Exchange fee for PVNL Philadelphia to Pittsburgh travel on 12/4 | E | 12/22/2006 | 0020 | PVL | 0.00 | $18.00 | 0.00 | $18.00 | 41,705.67 |
| 2035772 | ADA Travel AGency fee on Exchange fee for PVNL Philadelphia to Pittsburgh travel on 12/4 | E | 12/22/2006 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 41,745.67 |
| 2035779 | Federal Express to Warren Smith from EI on 12/5 | E | 12/22/2006 | 0120 | EI | 0.00 | $17.00 | 0.00 | $17.00 | 41,762.67 |
| 2035976 | Equitrac - Long Distance to 3024260166 | E | 12/22/2006 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 41,762.82 |
| 2036019 | Photocopy | E | 12/22/2006 | 0220 | SKL | 0.00 | $3.00 | 0.00 | $3.00 | 41,765.82 |
| 2036022 | Photocopy | E | 12/22/2006 | 0232 | LK | 0.00 | $2.00 | 0.00 | $2.00 | 41,767.82 |
| 2036027 | Photocopy | E | 12/22/2006 | 0220 | SKL | 0.00 | $1.00 | 0.00 | $1.00 | 41,768.82 |
| 2036087 | Photocopy | E | 12/22/2006 | 0213 | DAR | 0.00 | $0.30 | 0.00 | $0.30 | 41,769.12 |
| 2036088 | Photocopy | E | 12/22/2006 | 0213 | DAR | 0.00 | $1.00 | 0.00 | $1.00 | 41,770.12 |
| 2036089 | Photocopy | E | 12/22/2006 | 0213 | DAR | 0.00 | $1.40 | 0.00 | $1.40 | 41,771.52 |
| 2036090 | Photocopy | E | 12/22/2006 | 0213 | DAR | 0.00 | $5.50 | 0.00 | $5.50 | 41,777.02 |
| 2036091 | Photocopy | E | 12/22/2006 | 0213 | DAR | 0.00 | $2.30 | 0.00 | $2.30 | 41,779.32 |
| 2036092 | Photocopy | E | 12/22/2006 | 0213 | DAR | 0.00 | $5.00 | 0.00 | $5.00 | 41,784.32 |
| 2036095 | Photocopy | E | 12/22/2006 | 0213 | DAR | 0.00 | $2.70 | 0.00 | $2.70 | 41,787.02 |
| 2036102 | Photocopy | E | 12/22/2006 | 0232 | LK | 0.00 | $0.50 | 0.00 | $0.50 | 41,787.52 |
| 2036103 | Photocopy | E | 12/22/2006 | 0232 | LK | 0.00 | $0.40 | 0.00 | $0.40 | 41,787.92 |
| 2036104 | Photocopy | E | 12/22/2006 | 0227 | RH | 0.00 | $1.10 | 0.00 | $1.10 | 41,789.02 |
| 2036168 | Photocopy | E | 12/26/2006 | 0232 | LK | 0.00 | $0.20 | 0.00 | $0.20 | 41,789.22 |
| 2036205 | Photocopy | E | 12/26/2006 | 0232 | LK | 0.00 | $0.80 | 0.00 | $0.80 | 41,790.02 |
| 2036792 | Red Top Executive Sedan service for NDF to National airport on 12/4 | E | 12/27/2006 | 0187 | NDF | 0.00 | $35.71 | 0.00 | $35.71 | 41,825.73 |
| 2036794 | Federall Express to Katie Hemming from EI on 12/13 | E | 12/27/2006 | 0120 | EI | 0.00 | $16.11 | 0.00 | $16.11 | 41,841.84 |
| 2037122 | Photocopy | E | 12/27/2006 | 0220 | SKL | 0.00 | $0.70 | 0.00 | $0.70 | 41,842.54 |
| 2037133 | Photocopy | E | 12/27/2006 | 0220 | SKL | 0.00 | $1.30 | 0.00 | $1.30 | 41,843.84 |
| 2037148 | Photocopy | E | 12/27/2006 | 0232 | LK | 0.00 | $1.40 | 0.00 | $1.40 | 41,845.24 |
| 2037149 | Photocopy | E | 12/27/2006 | 0232 | LK | 0.00 | $0.10 | 0.00 | $0.10 | 41,845.34 |
| 2037222 | Photocopy | E | 12/28/2006 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 41,845.44 |
| 2036816 | Federal Express to Dan Relles from NDF on 12/15 | E | 12/28/2006 | 0187 | NDF | 0.00 | $42.44 | 0.00 | $42.44 | 41,887.88 |
| 2036817 | Federal Express to Steven Baron from DKG on 12/8 | E | 12/28/2006 | 0310 | DKG | 0.00 | $65.90 | 0.00 | $65.90 | 41,953.78 |
| 2037086 | Equitrac - Long Distance to 2123199240 | E | 12/28/2006 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 41,953.86 |
| 2037087 | Equitrac - Long Distance to 3024261900 | E | 12/28/2006 | 0999 | C&D | 0.00 | $0.27 | 0.00 | $0.27 | 41,954.13 |
| 2037098 | Equitrac - Long Distance to 4153346252 | E | 12/28/2006 | 0999 | C&D | 0.00 | $0.17 | 0.00 | $0.17 | 41,954.30 |
| 2038039 | Equitrac - Long Distance to 4105391122 | E | 12/29/2006 | 0999 | C&D | 0.00 | $0.19 | 0.00 | $0.19 | 41,954.49 |
| 2038098 | Photocopy | E | 12/29/2006 | 0220 | SKL | 0.00 | $2.60 | 0.00 | $2.60 | 41,957.09 |
| 2038109 | Photocopy | E | 12/29/2006 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 41,957.19 |
| 2038154 | Photocopy | E | 12/29/2006 | 0220 | SKL | 0.00 | $0.70 | 0.00 | $0.70 | 41,957.89 |
| 2038156 | Photocopy | E | 12/29/2006 | 0220 | SKL | 0.00 | $2.80 | 0.00 | $2.80 | 41,960.69 |
| 2038159 | Photocopy | E | 12/29/2006 | 0220 | SKL | 0.00 | $1.30 | 0.00 | $1.30 | 41,961.99 |

**Client Number: 4642** **Grace Asbestos Personal Injury Claimants** Page: 1

**Matter 000** **Disbursements** 1/23/2007

Print Date/Time: 01/23/2007 3:32:47PM

Attn: Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2038639 | Air & Train Transportation-Credit due re: ADA travel 10/23 travel for NDF to Wilmington (Business class $183.00 - charged full price $293.00) | E | 12/31/2006 | 0999 | C&D | 0.00 | -$110.00 | 0.00 | -$110.00 | 41,851.99 |
| 2038640 | Air & Train Transportation - Additional Credit due re: ADA travel 10/23 travel for PVNL to Wilmington (charged full price $282.00) Trip cancelled and partial credit given on 11/9/06 $253.80). | E | 12/31/2006 | 0999 | C&D | 0.00 | -$28.20 | 0.00 | -$28.20 | 41,823.79 |
| 2041119 | Database Research - Westlaw by NDF on 12/6 | E | 12/31/2006 | 0999 | C&D | 0.00 | $214.27 | 0.00 | $214.27 | 42,038.06 |
| 2041120 | Database Research - Westlaw by WBS on 12/29 | E | 12/31/2006 | 0999 | C&D | 0.00 | $54.64 | 0.00 | $54.64 | 42,092.70 |
| 2041121 | Database Research - Westlaw by DBS on 12/15 | E | 12/31/2006 | 0999 | C&D | 0.00 | $441.70 | 0.00 | $441.70 | 42,534.40 |
| 2041122 | Database Research - Westlaw by ALV on 12/4-21 | E | 12/31/2006 | 0999 | C&D | 0.00 | $244.83 | 0.00 | $244.83 | 42,779.23 |
| 2041123 | Database Research - Westlaw by JAL on 12/9 & 10 | E | 12/31/2006 | 0999 | C&D | 0.00 | $235.00 | 0.00 | $235.00 | 43,014.23 |
| **Total Expenses** | | | | | | 0.00 | $42,644.33 | 0.00 | $43,014.23 | |

| | | | | |
|---|---|---|---|---|
| Matter Total Fees | | 0.00 | | 0.00 |
| Matter Total Expenses | | 42,644.33 | | 43,014.23 |
| Matter Total | 0.00 | 42,644.33 | 0.00 | 43,014.23 |
| Prebill Total Fees | | | | |
| Prebill Total Expenses | | $42,644.33 | | $43,014.23 |
| Prebill Total | 0.00 | $42,644.33 | 0.00 | $43,014.23 |

**Previous Billings**

| **InvoiceNo** | **InvoiceDate** | **InvoiceTotal** | **OpenTotal** |
|---|---|---|---|
| 37,961 | 11/30/2002 | 36,076.50 | 0.50 |
| 46,677 | 08/27/2004 | 240.00 | 48.00 |
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 49,444 | 04/21/2005 | 38,706.00 | 232.00 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 51,687 | 10/31/2005 | 74,385.75 | 3,337.50 |
| 54,760 | 07/26/2006 | 167,407.25 | 3,794.10 |
| 55,191 | 08/30/2006 | 139,645.00 | 27,929.00 |
| 55,509 | 09/29/2006 | 166,040.50 | 33,208.10 |
| 55,871 | 10/27/2006 | 195,810.25 | 39,162.05 |
| 56,243 | 11/30/2006 | 280,519.65 | 280,519.65 |
| 56,642 | 12/28/2006 | 274,758.85 | 274,758.85 |
| | | 1,389,210.75 | 666,113.95 |