**L TERSIGNI CONSULTING, P.C.**
**Certified Public Accountant**

350 Bedford Street - Suite 301
Stamford, CT. 06901
Telephone: 203-252-2564
Facsimile: 203-252-2562

**January 17, 2007**

**Invoice No. 14306**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

# RE:    W.R.Grace

For services rendered in connection with the above-captioned matter during the period December 1, 2006 through December 31, 2006 as per the attached analysis.

| Professional Fees (see Schedule A) | Hours | Amount |
|---|---:|---:|
| Loreto T. Tersigni  - President | 3.40 | $1,904.00 |
| James Sinclair - Senior Managing Director | 46.00 | $24,380.00 |
| Robert Mathews  - Managing Director | 9.60 | $4,944.00 |
| Aaron Prills - Director | 25.00 | $10,000.00 |
| Dottie-Jo Collins - Manager | 5.20 | $1,560.00 |

| Expenses (see Schedule C) | |
|---|---:|
| Telephone, Research, Xerox | $89.38 |

**T O T A L**     $42,877.38

Please Note: Schedule B (attached) reflects Professional Services Summary
              by Task Codes for Court Approved Professionals

**L TERSIGNI CONSULTING, P.C.**
**Certified Public Accountant**

350 Bedford Street - Suite 301
Stamford, CT. 06901
Telephone: 203-252-2564
Facsimile: 203-252-2562

January 17, 2007

**Invoice No. 14306**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

# RE:    W.R.Grace

Summary of Professional Services Rendered:   December 1-31, 2006

| Name | Position | Schedule | Rate (2006) | Hours | Amount |
|---|---|---|---|---|---|
| Loreto T. Tersigni | President | Schedule A | $560 | 3.40 | $1,904.00 |
| James Sinclair | Senior Managing Director | Schedule A | $530 | 46.00 | $24,380.00 |
| Robert Mathews | Managing Director | Schedule A | $515 | 9.60 | $4,944.00 |
| Aaron Prills | Director | Schedule A | $400 | 25.00 | $10,000.00 |
| Dottie-Jo Collins | Manager | Schedule A | $300 | 5.20 | $1,560.00 |
| **Total Professional Services- Schedule A:** | | | | 89.20 | $42,788.00 |
| **Total Out of Pocket Expenses- Schedule C:** | | | | | $89.38 |
| **TOTAL   DUE   THIS   INVOICE** | | | | | $42,877.38 |

Please Note:  Schedule B (attached) reflects Professional Services Summary
             by Task Codes for Court Approved Professionals

# W.R. Grace

**Schedule A**

### Services Rendered during the Period: December 1, 2006 through December 31, 2006

| Date | | Comment | Task Code | Hours | 2006 Rate | Total |
|---|---|---|---|---|---|---|
| **Loreto Tersigni - President** | | | | | | |
| 12/4/06 | LT | Review Calendar of Upcoming Events transmitted by ACC counsel | 26 | 0.40 | $560.00 | $224.00 |
| 12/11/06 | LT | Review Calendar of Upcoming Events transmitted by ACC counsel | 26 | 0.50 | $560.00 | $280.00 |
| 12/15/06 | LT | Review Weekly Recommendations memorandum transmitted by ACC counsel | 26 | 0.80 | $560.00 | $448.00 |
| 12/19/06 | LT | Review Calendar of Upcoming Events transmitted by ACC counsel | 26 | 0.50 | $560.00 | $280.00 |
| 12/15/06 | LT | Review engagement status | 26 | 0.50 | $560.00 | $280.00 |
| 12/15/06 | LT | Review fee application for November 2006, including timekeeper daily entries | 11 | 0.30 | $560.00 | $168.00 |
| 12/27/06 | LT | Review Calendar of Upcoming Events transmitted by ACC counsel | 26 | 0.40 | $560.00 | $224.00 |
| | | **Sub-Total** | | 3.40 | | $1,904.00 |
| **James Sinclair - Senior Managing Director** | | | | | | |
| 12/15/06 | JS | Commence review and analysis of October 2006 Monthly Financial Report (and YTD) for due diligence and monitoring. | 26 | 3.20 | $530.00 | $1,696.00 |
| 12/15/06 | JS | Review Bankruptcy Court opinion and ACC counsel's memorandum re PD Committee ZAI claim for recovery analysis and settlement discussions. | 16 | 2.10 | $530.00 | $1,113.00 |
| 12/15/06 | JS | Review ACC counsel's 12/5/06 Hearing memorandum and memoranda of 12/14/06 re Recommendations and Calendar for planning of work and assignments. | 26 | 1.60 | $530.00 | $848.00 |
| 12/18/06 | JS | Review, analyze post-petition interest rate alternatives for recovery analysis for settlement discussions at request of counsel (Finch). | 16 | 2.50 | $530.00 | $1,325.00 |
| 12/18/06 | JS | Write preliminary memo to counsel (Finch) re interest rates for recovery analysis for settlement discussions at request of counsel. | 16 | 0.90 | $530.00 | $477.00 |
| 12/18/06 | JS | Discuss interest rate alternatives with Prills for recovery analysis for settlement discussions at request of counsel. | 16 | 0.60 | $530.00 | $318.00 |
| 12/18/06 | JS | Review, analyze Debtors' revised methodology of accrued interest for POR for recovery analysis for settlement discussions at request of counsel. | 16 | 2.20 | $530.00 | $1,166.00 |
| 12/18/06 | JS | Review, analyze 3rd Quarter 2006 10-Q for claims and recovery analysis for settlement discussions at request of counsel. | 16 | 2.50 | $530.00 | $1,325.00 |
| 12/19/06 | JS | Review, analyze 1st and 2nd Quarter 2006 10-Q's for claims and recovery analysis for settlement discussions at request of counsel. | 16 | 2.90 | $530.00 | $1,537.00 |
| 12/19/06 | JS | Review, revise Prills' revised alternative interest schedules for recovery analysis for settlement discussions at request of counsel. | 16 | 1.70 | $530.00 | $901.00 |
| 12/19/06 | JS | Review, analyze POR for classes of claims for Plan and recovery analysis for settlement discussions at request of counsel. | 16 | 3.30 | $530.00 | $1,749.00 |
| 12/19/06 | JS | Review, analyze Disclosure Statement for Plan and recovery analysis for settlement discussions at request of counsel. | 16 | 2.50 | $530.00 | $1,325.00 |
| 12/19/06 | JS | Participated in conference call to review the bank interest accrual. | 16 | 0.90 | $530.00 | $477.00 |
| 12/20/06 | JS | Continue review of POR and Disclosure Statement for Plan and recovery analysis for settlement discussions at request of counsel. | 16 | 2.60 | $530.00 | $1,378.00 |
| 12/20/06 | JS | Review, analyze Exhibit 3 to Disclosure Statement, Best Interests Analysis, for Plan and recovery analysis for settlement discussions at request of counsel. | 16 | 1.90 | $530.00 | $1,007.00 |
| 12/20/06 | JS | Outline memorandum to counsel re alternative interest rates and recovery analysis for settlement discussions at request of counsel. | 16 | 2.50 | $530.00 | $1,325.00 |
| 12/21/06 | JS | Commence writing memorandum to counsel re alternative interest rates and recovery analysis for settlement discussions at request of counsel. | 16 | 2.90 | $530.00 | $1,537.00 |

# W.R. Grace

**Schedule A**

## Services Rendered during the Period: December 1, 2006 through December 31, 2006

| Date | | Comment | Task Code | Hours | 2006 Rate | Total |
|---|---|---|---|---|---|---|
| 12/21/06 | JS | Review memoranda from ACC counsel re hearings of 12/18/06 and 12/19/06, competing motions of claimants' counsel and Debtors' counsel for planning of work and assignments. | 26 | 2.40 | $530.00 | $1,272.00 |
| 12/21/06 | JS | Continue writing memorandum to counsel re alternative interest rates and recovery analysis for settlement discussions at request of counsel. | 16 | 3.10 | $530.00 | $1,643.00 |
| 12/21/06 | JS | Revise memorandum to counsel re alternative interest rates and recovery analysis for settlement discussions at request of counsel, send to counsel. | 16 | 2.10 | $530.00 | $1,113.00 |
| 12/27/06 | JS | Review ACC counsel's memoranda of 12/22/06 re Recommendations and Calendar for planning of work and assignments. | 26 | 1.60 | $530.00 | $848.00 |
| | | **Sub-Total** | | 46.00 | | $24,380.00 |

### Robert Mathews - Managing Director

| Date | | Comment | Task Code | Hours | 2006 Rate | Total |
|---|---|---|---|---|---|---|
| 12/8/06 | RM | Research, review and analyze daily rating agency leveraged commentary and data (for the week of 12/4) | 16 | 1.10 | $515.00 | $566.50 |
| 12/8/06 | RM | Edit daily summary to monitor weekly events in the financial markets (for the week of 12/4) | 16 | 0.70 | $515.00 | $360.50 |
| 12/8/06 | RM | Review and analysis of weekly market information associated with bank and bond debt in the secondary market and implications for chapter 11 situation (for the week of 12/4) | 16 | 1.80 | $515.00 | $927.00 |
| 12/15/06 | RM | Research, review and analyze daily rating agency leveraged commentary and data (for the week of 12/11) | 16 | 1.00 | $515.00 | $515.00 |
| 12/15/06 | RM | Edit daily summary to monitor weekly events in the financial markets (for the week of 12/11) | 16 | 0.70 | $515.00 | $360.50 |
| 12/15/06 | RM | Review and analysis of weekly market information associated with bank and bond debt in the secondary market and implications for chapter 11 situation (for the week of 12/11) | 16 | 1.80 | $515.00 | $927.00 |
| 12/22/06 | RM | Research, review and analyze daily rating agency leveraged commentary and data (for the week of 12/18) | 16 | 0.80 | $515.00 | $412.00 |
| 12/22/06 | RM | Review and analysis of weekly market information associated with bank and bond debt in the secondary market and implications for chapter 11 situation (for the week of 12/18) | 16 | 0.60 | $515.00 | $309.00 |
| 12/29/06 | RM | Research, review and analyze daily rating agency leveraged commentary and data (for the week of 12/25) | 16 | 0.60 | $515.00 | $309.00 |
| 12/29/06 | RM | Review and analysis of weekly market information associated with bank and bond debt in the secondary market and implications for chapter 11 situation (for the week of 12/25) | 16 | 0.50 | $515.00 | $257.50 |
| | | **Sub-Total** | | 9.60 | | $4,944.00 |

### Aaron Prills - Director

| Date | | Comment | Task Code | Hours | 2006 Rate | Total |
|---|---|---|---|---|---|---|
| 12/1/06 | AP | Reviewed website articles regarding the recent changes in Grace's stock price. | 28 | 0.90 | $400.00 | $360.00 |
| 12/1/06 | AP | Reviewed Grace's third quarter operating review materials to analyze the likely estimates for the business segments through the end of 2006. | 28 | 1.00 | $400.00 | $400.00 |
| 12/7/06 | AP | Reviewed the Grace stock trend analysis to analyze the recent changes in the equity price. | 28 | 0.90 | $400.00 | $360.00 |
| 12/11/06 | AP | Reviewed the trend in the company's stock price relative to comparable companies. | 28 | 0.40 | $400.00 | $160.00 |
| 12/15/06 | AP | Reviewed Grace 8-k and equity price to analyze the changes with the company. | 28 | 0.70 | $400.00 | $280.00 |
| 12/18/06 | AP | Reviewed historical 10Qs for information regarding bank credit agreements. | 28 | 1.30 | $400.00 | $520.00 |
| 12/18/06 | AP | Prepared updates to the Grace bank interest schedule to analyze the accrual. | 26 | 2.20 | $400.00 | $880.00 |

# W.R. Grace

# Schedule A

**Services Rendered during the Period: December 1, 2006 through December 31, 2006**

| Date | | Comment | Task Code | Hours | 2006 Rate | Total |
|---|---|---|---|---|---|---|
| 12/18/06 | AP | Prepared additional updates to the Grace post-petition interest schedule. | 26 | 1.50 | $400.00 | $600.00 |
| 12/18/06 | AP | Reviewed correspondence with Grace regarding the change in the POR regarding the interest accrual. | 28 | 0.40 | $400.00 | $160.00 |
| 12/19/06 | AP | Reviewed the Grace SEC filings to analyze the bank interest accrual. | 28 | 1.00 | $400.00 | $400.00 |
| 12/19/06 | AP | Prepared schedule to analyze the various rates in the credit agreement to analyze the annualized accrual rates. | 26 | 2.10 | $400.00 | $840.00 |
| 12/19/06 | AP | Participated in conference call with colleague to review the bank interest accrual. | 26 | 0.90 | $400.00 | $360.00 |
| 12/19/06 | AP | Reviewed additional analyses prepared in the past to analyze the accrual of quarterly interest. | 28 | 1.70 | $400.00 | $680.00 |
| 12/20/06 | AP | Reviewed the interest accrual schedule for the bank claim. | 28 | 1.00 | $400.00 | $400.00 |
| 12/20/06 | AP | Reviewed Grace executive summary financial booklets to analyze notes regarding change in interest accrual rate. | 28 | 1.10 | $400.00 | $440.00 |
| 12/21/06 | AP | Reviewed historical SEC filings for information regarding the change in the interest rate. | 28 | 1.60 | $400.00 | $640.00 |
| 12/21/06 | AP | Reviewed memorandum to counsel regarding the interest rate accrual and the schedules associated with the memorandum. | 28 | 0.70 | $400.00 | $280.00 |
| 12/21/06 | AP | Reviewed additional correspondence with Grace's financial advisor to analyze commentary regarding the change in interest rate for the accrual. | 28 | 0.90 | $400.00 | $360.00 |
| 12/21/06 | AP | Prepared additional scenario for the Grace accrual schedule. | 26 | 0.60 | $400.00 | $240.00 |
| 12/22/06 | AP | Reviewed additional materials relating to the change in interest rate for the accrual. | 28 | 1.60 | $400.00 | $640.00 |
| 12/22/06 | AP | Reviewed the claims recovery model schedules to analyze the sensitivity of recoveries to the accrual amounts. | 28 | 1.10 | $400.00 | $440.00 |
| 12/22/06 | AP | Reviewed the correspondence from counsel regarding the updates and motions filed in the Grace case. | 28 | 1.40 | $400.00 | $560.00 |
| | | **Sub-Total** | | 25.00 | | $10,000.00 |

**Dottie-Jo Collins  -  Manager**

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/29/06 | DC | Compilation and consolidation of services rendered in the month of December 2006 | 11 | 3.80 | $300.00 | $1,140.00 |
| 12/29/06 | DC | Category coding and preparation of December 2006 fee application | 11 | 1.40 | $300.00 | $420.00 |
| | | **Sub-Total** | | 5.20 | | $1,560.00 |
| | | **TOTAL   Schedule A:** | | 89.20 | | $42,788.00 |

# W.R. Grace

Schedule B

**Services Rendered during the Period: December 1, 2006 through December 31, 2006**

| Date | | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 12/15/06 | LT | Review fee application for November 2006, including timekeeper daily entries | 11 | 0.30 | $560.00 | $168.00 |
| 12/29/06 | DC | Compilation and consolidation of services rendered in the month of December 2006 | 11 | 3.80 | $300.00 | $1,140.00 |
| 12/29/06 | DC | Category coding and preparation of December 2006 fee application | 11 | 1.40 | $300.00 | $420.00 |
| | | **TOTAL  Category 11:  Fee Application-Applicant** | | **5.50** | | **$1,728.00** |
| 12/8/06 | RM | Research, review and analyze daily rating agency leveraged commentary and data (for the week of 12/4) | 16 | 1.10 | $515.00 | $566.50 |
| 12/8/06 | RM | Edit daily summary to monitor weekly events in the financial markets (for the week of 12/4) | 16 | 0.70 | $515.00 | $360.50 |
| 12/8/06 | RM | Review and analysis of weekly market information associated with bank and bond debt in the secondary market and implications for chapter 11 situation  (for the week of 12/4) | 16 | 1.80 | $515.00 | $927.00 |
| 12/15/06 | JS | Review Bankruptcy Court opinion and ACC counsel's memorandum re PD Committee ZAI claim for recovery analysis and settlement discussions. | 16 | 2.10 | $530.00 | $1,113.00 |
| 12/15/06 | RM | Research, review and analyze daily rating agency leveraged commentary and data (for the week of 12/11) | 16 | 1.00 | $515.00 | $515.00 |
| 12/15/06 | RM | Edit daily summary to monitor weekly events in the financial markets (for the week of 12/11) | 16 | 0.70 | $515.00 | $360.50 |
| 12/15/06 | RM | Review and analysis of weekly market information associated with bank and bond debt in the secondary market and implications for chapter 11 situation  (for the week of 12/11) | 16 | 1.80 | $515.00 | $927.00 |
| 12/18/06 | JS | Review, analyze post-petition interest rate alternatives for recovery analysis for settlement discussions at request of counsel (Finch). | 16 | 2.50 | $530.00 | $1,325.00 |
| 12/18/06 | JS | Write preliminary memo to counsel (Finch) re interest rates for recovery analysis for settlement discussions at request of counsel. | 16 | 0.90 | $530.00 | $477.00 |
| 12/18/06 | JS | Discuss interest rate alternatives with Prills for recovery analysis for settlement discussions at request of counsel. | 16 | 0.60 | $530.00 | $318.00 |
| 12/18/06 | JS | Review, analyze Debtors' revised methodology of accrued interest for POR for recovery analysis for settlement discussions at request of counsel. | 16 | 2.20 | $530.00 | $1,166.00 |
| 12/18/06 | JS | Review, analyze 3rd Quarter 2006 10-Q for claims and recovery analysis for settlement discussions at request of counsel. | 16 | 2.50 | $530.00 | $1,325.00 |
| 12/19/06 | JS | Review, analyze 1st and 2nd Quarter 2006 10-Q's for claims and recovery analysis for settlement discussions at request of counsel. | 16 | 2.90 | $530.00 | $1,537.00 |
| 12/19/06 | JS | Review, revise Prills' revised alternative interest schedules for recovery analysis for settlement discussions at request of counsel. | 16 | 1.70 | $530.00 | $901.00 |
| 12/19/06 | JS | Review, analyze POR for classes of claims for Plan and recovery analysis for settlement discussions at request of counsel. | 16 | 3.30 | $530.00 | $1,749.00 |
| 12/19/06 | JS | Review, analyze Disclosure Statement for Plan and recovery analysis for settlement discussions at request of counsel. | 16 | 2.50 | $530.00 | $1,325.00 |
| 12/19/06 | JS | Participated in conference call to review the bank interest accrual. | 16 | 0.90 | $530.00 | $477.00 |
| 12/20/06 | JS | Continue review of POR and Disclosure Statement for Plan and recovery analysis for settlement discussions at request of counsel. | 16 | 2.60 | $530.00 | $1,378.00 |
| 12/20/06 | JS | Review, analyze Exhibit 3 to Disclosure Statement, Best Interests Analysis, for Plan and recovery analysis for settlement discussions at request of counsel. | 16 | 1.90 | $530.00 | $1,007.00 |
| 12/20/06 | JS | Outline memorandum to counsel re alternative interest rates and recovery analysis for settlement discussions at request of counsel. | 16 | 2.50 | $530.00 | $1,325.00 |
| 12/21/06 | JS | Commence writing memorandum to counsel re alternative interest rates and recovery analysis for settlement discussions at request of counsel. | 16 | 2.90 | $530.00 | $1,537.00 |
| 12/21/06 | JS | Continue writing memorandum to counsel re alternative interest rates and recovery analysis for settlement discussions at request of counsel. | 16 | 3.10 | $530.00 | $1,643.00 |
| 12/21/06 | JS | Revise memorandum to counsel re alternative interest rates and recovery analysis for settlement discussions at request of counsel, send to counsel. | 16 | 2.10 | $530.00 | $1,113.00 |

# W.R. Grace                                                        Schedule B

**Services Rendered during the Period: December 1, 2006 through December 31, 2006**

| Date | | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 12/22/06 | RM | Research, review and analyze daily rating agency leveraged commentary and data (for the week of 12/18) | 16 | 0.80 | $515.00 | $412.00 |
| 12/22/06 | RM | Review and analysis of weekly market information associated with bank and bond debt in the secondary market and implications for chapter 11 situation (for the week of 12/18) | 16 | 0.60 | $515.00 | $309.00 |
| 12/29/06 | RM | Research, review and analyze daily rating agency leveraged commentary and data (for the week of 12/25) | 16 | 0.60 | $515.00 | $309.00 |
| 12/29/06 | RM | Review and analysis of weekly market information associated with bank and bond debt in the secondary market and implications for chapter 11 situation (for the week of 12/25) | 16 | 0.50 | $515.00 | $257.50 |
| | | **TOTAL Category 16: POR and Disclosure Statement** | | **46.80** | | **$24,660.00** |
| 12/4/06 | LT | Review Calendar of Upcoming Events transmitted by ACC counsel | 26 | 0.40 | $560.00 | $224.00 |
| 12/11/06 | LT | Review Calendar of Upcoming Events transmitted by ACC counsel | 26 | 0.50 | $560.00 | $280.00 |
| 12/15/06 | LT | Review Weekly Recommendations memorandum transmitted by ACC counsel | 26 | 0.80 | $560.00 | $448.00 |
| 12/15/06 | LT | Review engagement status | 26 | 0.50 | $560.00 | $280.00 |
| 12/15/06 | JS | Commence review and analysis of October 2006 Monthly Financial Report (and YTD) for due diligence and monitoring. | 26 | 3.20 | $530.00 | $1,696.00 |
| 12/15/06 | JS | Review ACC counsel's 12/5/06 Hearing memorandum and memoranda of 12/14/06 re Recommendations and Calendar for planning of work and assignments. | 26 | 1.60 | $530.00 | $848.00 |
| 12/18/06 | AP | Prepared updates to the Grace bank interest schedule to analyze the accrual. | 26 | 2.20 | $400.00 | $880.00 |
| 12/18/06 | AP | Prepared additional updates to the Grace post-petition interest schedule. | 26 | 1.50 | $400.00 | $600.00 |
| 12/19/06 | LT | Review Calendar of Upcoming Events transmitted by ACC counsel | 26 | 0.50 | $560.00 | $280.00 |
| 12/19/06 | AP | Prepared schedule to analyze the various rates in the credit agreement to analyze the annualized accrual rates. | 26 | 2.10 | $400.00 | $840.00 |
| 12/19/06 | AP | Participated in conference call with colleague to review the bank interest accrual. | 26 | 0.90 | $400.00 | $360.00 |
| 12/21/06 | JS | Review memoranda from ACC counsel re hearings of 12/18/06 and 12/19/06, competing motions of claimants' counsel and Debtors' counsel for planning of work and assignments. | 26 | 2.40 | $530.00 | $1,272.00 |
| 12/21/06 | AP | Prepared additional scenario for the Grace accrual schedule. | 26 | 0.60 | $400.00 | $240.00 |
| 12/27/06 | LT | Review Calendar of Upcoming Events transmitted by ACC counsel | 26 | 0.40 | $560.00 | $224.00 |
| 12/27/06 | JS | Review ACC counsel's memoranda of 12/22/06 re Recommendations and Calendar for planning of work and assignments. | 26 | 1.60 | $530.00 | $848.00 |
| | | **TOTAL Category 26: Business Analysis** | | **19.20** | | **$9,320.00** |
| 12/1/06 | AP | Reviewed website articles regarding the recent changes in Grace's stock price. | 28 | 0.90 | $400.00 | $360.00 |
| 12/1/06 | AP | Reviewed Grace's third quarter operating review materials to analyze the likely estimates for the business segments through the end of 2006. | 28 | 1.00 | $400.00 | $400.00 |
| 12/7/06 | AP | Reviewed the Grace stock trend analysis to analyze the recent changes in the equity price. | 28 | 0.90 | $400.00 | $360.00 |
| 12/11/06 | AP | Reviewed the trend in the company's stock price relative to comparable companies. | 28 | 0.40 | $400.00 | $160.00 |
| 12/15/06 | AP | Reviewed Grace 8-k and equity price to analyze the changes with the company. | 28 | 0.70 | $400.00 | $280.00 |
| 12/18/06 | AP | Reviewed historical 10Qs for information regarding bank credit agreements. | 28 | 1.30 | $400.00 | $520.00 |
| 12/18/06 | AP | Reviewed correspondence with Grace regarding the change in the POR regarding the interest accrual. | 28 | 0.40 | $400.00 | $160.00 |
| 12/19/06 | AP | Reviewed the Grace SEC filings to analyze the bank interest accrual. | 28 | 1.00 | $400.00 | $400.00 |
| 12/19/06 | AP | Reviewed additional analyses prepared in the past to analyze the accrual of quarterly interest. | 28 | 1.70 | $400.00 | $680.00 |

# W.R. Grace    Schedule B

**Services Rendered during the Period: December 1, 2006 through December 31, 2006**

| Date | | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 12/20/06 | AP | Reviewed the interest accrual schedule for the bank claim. | 28 | 1.00 | $400.00 | $400.00 |
| 12/20/06 | AP | Reviewed Grace executive summary financial booklets to analyze notes regarding change in interest accrual rate. | 28 | 1.10 | $400.00 | $440.00 |
| 12/21/06 | AP | Reviewed historical SEC filings for information regarding the change in the interest rate. | 28 | 1.60 | $400.00 | $640.00 |
| 12/21/06 | AP | Reviewed memorandum to counsel regarding the interest rate accrual and the schedules associated with the memorandum. | 28 | 0.70 | $400.00 | $280.00 |
| 12/21/06 | AP | Reviewed additional correspondence with Grace's financial advisor to analyze commentary regarding the change in interest rate for the accrual. | 28 | 0.90 | $400.00 | $360.00 |
| 12/22/06 | AP | Reviewed additional materials relating to the change in interest rate for the accrual. | 28 | 1.60 | $400.00 | $640.00 |
| 12/22/06 | AP | Reviewed the claims recovery model schedules to analyze the sensitivity of recoveries to the accrual amounts. | 28 | 1.10 | $400.00 | $440.00 |
| 12/22/06 | AP | Reviewed the correspondence from counsel regarding the updates and motions filed in the Grace case. | 28 | 1.40 | $400.00 | $560.00 |
| | | **TOTAL Category 28: Data Analysis** | | **17.70** | | **$7,080.00** |
| | | **TOTAL   Schedule B:** | | **89.20** | | **$42,788.00** |

# W.R. Grace

**Schedule C**

**Summary of Expenses Incurred by L Tersigni Consulting P.C.**
**Accountant and Financial Advisor**

| Descriptions | Amount |
|---|---|
| Telephone | $23.82 |
| Research via PACER- 4th Quarter 2006 | $12.56 |
| Xerox     ( 530 @ $.10 per page) | $53.00 |
| **Total Expenses incurred from December 1-31, 2006** | **$89.38** |