```
Date: 01/23/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 1


                   W. R. Grace, Inc. % Elihu Inselbuch
                   Caplin & Drysdale
                   399 Park Avenue, 27th Floor
                   New York, New York 10022


Date/Slip# Description                        HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
 12/20/06  Peterson  / (07) Committee, Creditors'      0.6   420.00
 #6830     Telephone Finch re: report              700.00
```

{D0079004.1 }

```
Date: 01/23/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                   Page 2

             W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
----------------------------------------------------------------------
12/01/06  Relles   / (28) Data Analysis               1.2       510.00
#7001     analyze sensitivity of transition matrix to range of  425.00
          settlement dates

12/02/06  Peterson  / (28) Data Analysis              3.4      2380.00
#6801     Review PIQ and POC data                    700.00

12/03/06  Peterson  / (28) Data Analysis              3.2      2240.00
#6802     Develop plan for sensitivity analysis      700.00

12/04/06  Peterson  / (28) Data Analysis              5.9      4130.00
#6803     Work on report and analyses                700.00

12/04/06  Relles   / (28) Data Analysis               1.9       807.50
#7002     review assumptions for sensitivity analyses 425.00

12/05/06  Peterson  / (28) Data Analysis              2.5      1750.00
#6804     Review draft of report                     700.00

12/05/06  Peterson  / (28) Data Analysis              3.4      2380.00
#6805     Review current asbestos liability forecasts in  700.00
          similar cases

12/05/06  Relles   / (28) Data Analysis               3.7      1572.50
#7003     review assumptions to generate analytical databases,  425.00
          check data and assumptions

12/06/06  Peterson  / (28) Data Analysis              0.4       280.00
#6806     telephone Relles re: sensitivity analyses  700.00

12/06/06  Peterson  / (28) Data Analysis              2.2      1540.00
#6807     Review sensitivity analyses                700.00

12/06/06  Relles   / (28) Data Analysis               0.4       170.00
#7004     telephone Peterson re: sensitivity analyses 425.00

12/06/06  Relles   / (28) Data Analysis               2.3       977.50
#7005     revise datasets to support sensitivity analyses  425.00

12/06/06  Relles   / (28) Data Analysis               1.2       510.00
#7006     run sensitivity analysis projections       425.00

12/06/06  Relles   / (28) Data Analysis               1.6       680.00
#7007     summarize sensitivity analysis for Peterson  425.00
          discussion
```

{D0079004.1 }

```
Date: 01/23/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                  Page 3

          W. R. Grace
```

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 12/07/06 #6808 | Peterson  / (28) Data Analysis<br>Review new list of settlements after judgments and<br>compare to previous judgment list | 1.8<br>700.00 | 1260.00 |
| 12/07/06 #6809 | Peterson  / (28) Data Analysis<br>telephone Relles re: sensitivity analyses | 0.5<br>700.00 | 350.00 |
| 12/07/06 #6810 | Peterson  / (28) Data Analysis<br>Review sensitivity analyses | 2.1<br>700.00 | 1470.00 |
| 12/07/06 #7008 | Relles    / (28) Data Analysis<br>run additional sensitivity variations | 1.0<br>425.00 | 425.00 |
| 12/07/06 #7009 | Relles    / (28) Data Analysis<br>receive and process additional cases from Verus | 3.2<br>425.00 | 1360.00 |
| 12/07/06 #7010 | Relles    / (28) Data Analysis<br>telephone Peterson re: sensitivity analyses | 0.5<br>425.00 | 212.50 |
| 12/08/06 #6811 | Peterson  / (28) Data Analysis<br>Telephone Relles: Verus data, to-do list | 0.6<br>700.00 | 420.00 |
| 12/08/06 #6812 | Peterson  / (28) Data Analysis<br>Review PIQ claims and data | 3.6<br>700.00 | 2520.00 |
| 12/08/06 #7011 | Relles    / (28) Data Analysis<br>update analytical data files dependent on data files<br>from Verus | 2.8<br>425.00 | 1190.00 |
| 12/08/06 #7012 | Relles    / (28) Data Analysis<br>telephone Peterson re: Verus data, to-do list | 0.6<br>425.00 | 255.00 |
| 12/09/06 #6813 | Peterson  / (28) Data Analysis<br>Review transcript of 12/05 hearing | 3.4<br>700.00 | 2380.00 |
| 12/09/06 #7013 | Relles    / (28) Data Analysis<br>archive and backup all Grace data | 1.7<br>425.00 | 722.50 |
| 12/10/06 #6814 | Peterson  / (28) Data Analysis<br>Review transcript of 12/05 hearing | 2.7<br>700.00 | 1890.00 |
| 12/11/06 #6815 | Peterson  / (28) Data Analysis<br>Work on report | 2.9<br>700.00 | 2030.00 |
| 12/11/06 #7014 | Relles    / (28) Data Analysis<br>review data files for inconsistencies | 1.2<br>425.00 | 510.00 |

{D0079004.1 }

Date: 01/23/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 4

          W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 12/11/06 Relles   / (28) Data Analysis | | 1.6 | 680.00 |
| #7015 | review duplicates analyses | 425.00 | |
| 12/12/06 Peterson  / (28) Data Analysis | | 3.2 | 2240.00 |
| #6816 | Work on report | 700.00 | |
| 12/12/06 Relles   / (28) Data Analysis | | 2.3 | 977.50 |
| #7016 | review Rust/Verus file differences | 425.00 | |
| 12/13/06 Peterson  / (28) Data Analysis | | 4.1 | 2870.00 |
| #6817 | Work on report | 700.00 | |
| 12/13/06 Relles   / (28) Data Analysis | | 1.5 | 637.50 |
| #7017 | develop transition matrix using Verus data | 425.00 | |
| 12/13/06 Relles   / (28) Data Analysis | | 2.9 | 1232.50 |
| #7018 | work on estimating liability using Verus data | 425.00 | |
| 12/13/06 Relles   / (28) Data Analysis | | 0.8 | 340.00 |
| #7019 | back up data and programs | 425.00 | |
| 12/14/06 Peterson  / (28) Data Analysis | | 1.5 | 1050.00 |
| #6818 | Review Cotton decision | 700.00 | |
| 12/15/06 Relles   / (28) Data Analysis | | 0.5 | 212.50 |
| #7020 | read summary judgment on property damage | 425.00 | |
| 12/16/06 Relles   / (28) Data Analysis | | 2.9 | 1232.50 |
| #7021 | Regenerate datasets and summary output for updated report | 425.00 | |
| 12/16/06 Relles   / (28) Data Analysis | | 3.7 | 1572.50 |
| #7022 | Review anomalies and inconsistencies in the data; examine effects of anomalies on summary tables and counts | 425.00 | |
| 12/16/06 Relles   / (28) Data Analysis | | 0.5 | 212.50 |
| #7023 | receive new dvds, create copies for Caplin-Drysdale | 425.00 | |
| 12/16/06 Relles   / (28) Data Analysis | | 2.6 | 1105.00 |
| #7024 | update directories of disk images received | 425.00 | |
| 12/16/06 Relles   / (28) Data Analysis | | 1.3 | 552.50 |
| #7025 | examine trends in trial outcomes | 425.00 | |

{D0079004.1 }

Date: 01/23/07            Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 5

            W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|------------|-------------|------------|--------|
| 12/16/06 #7026 | Relles  / (28) Data Analysis<br>review Sealed-Aire reports | 1.2<br>425.00 | 510.00 |
| 12/17/06 #6819 | Peterson  / (28) Data Analysis<br>Review Zonolite Attic Insulation decision | 2.7<br>700.00 | 1890.00 |
| 12/18/06 #6820 | Peterson  / (28) Data Analysis<br>Review tables re: new data | 2.2<br>700.00 | 1540.00 |
| 12/18/06 #6821 | Peterson  / (28) Data Analysis<br>Review trial results | 2.5<br>700.00 | 1750.00 |
| 12/18/06 #6822 | Peterson  / (28) Data Analysis<br>Telephone Relles re data tables | 0.4<br>700.00 | 280.00 |
| 12/18/06 #6823 | Peterson  / (28) Data Analysis<br>Review Zonolite Attic Insulation decision | 1.2<br>700.00 | 840.00 |
| 12/18/06 #7027 | Relles  / (28) Data Analysis<br>Telephone Peterson re data tables | 0.4<br>425.00 | 170.00 |
| 12/19/06 #7301 | Ebener   / (28) Data Analysis<br>telephone Relles re: jury verdict data | 0.4<br>300.00 | 120.00 |
| 12/19/06 #6824 | Peterson  / (28) Data Analysis<br>Telephone Relles re: jury verdict data (2 calls) | 0.7<br>700.00 | 490.00 |
| 12/19/06 #6825 | Peterson  / (28) Data Analysis<br>Telephone Relles re: supplemental claims information | 0.5<br>700.00 | 350.00 |
| 12/19/06 #6826 | Peterson  / (28) Data Analysis<br>Review jury verdict data | 1.2<br>700.00 | 840.00 |
| 12/19/06 #6827 | Peterson  / (28) Data Analysis<br>Review materials on Verus site visit | 1.0<br>700.00 | 700.00 |
| 12/19/06 #6828 | Peterson  / (28) Data Analysis<br>Telephone Relles re: analysis issues | 0.7<br>700.00 | 490.00 |
| 12/19/06 #6829 | Peterson  / (28) Data Analysis<br>Review analyses | 4.7<br>700.00 | 3290.00 |
| 12/19/06 #7028 | Relles  / (28) Data Analysis<br>telephone Peterson re: jury verdict data | 0.7<br>425.00 | 297.50 |

```
Date: 01/23/07           Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 6

            W. R. Grace
```

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 12/19/06 Relles   / (28) Data Analysis | | 0.4 | 170.00 |
| #7029 | telephone Ebener re: jury verdict data | 425.00 | |
| 12/19/06 Relles   / (28) Data Analysis | | 2.3 | 977.50 |
| #7030 | estimate trends in verdicts | 425.00 | |
| 12/19/06 Relles   / (28) Data Analysis | | 0.5 | 212.50 |
| #7031 | Telephone Peterson re: supplemental claims information | 425.00 | |
| 12/19/06 Relles   / (28) Data Analysis | | 0.7 | 297.50 |
| #7032 | Telephone Peterson re: analysis issues | 425.00 | |
| 12/20/06 Ebener   / (28) Data Analysis | | 0.4 | 120.00 |
| #7302 | Telephone Relles re: audit | 300.00 | |
| 12/20/06 Ebener   / (28) Data Analysis | | 0.2 | 60.00 |
| #7303 | review and sort audit file for lookup | 300.00 | |
| 12/20/06 Ebener   / (28) Data Analysis | | 0.1 | 30.00 |
| #7304 | send coding documentation to Relles | 300.00 | |
| 12/20/06 Peterson  / (28) Data Analysis | | 0.6 | 420.00 |
| #6831 | Telephone Relles re: jury verdicts | 700.00 | |
| 12/20/06 Relles   / (28) Data Analysis | | 3.3 | 1402.50 |
| #7033 | more work in estimating trends in verdicts | 425.00 | |
| 12/20/06 Relles   / (28) Data Analysis | | 1.9 | 807.50 |
| #7034 | display problems in verdict amounts for verification | 425.00 | |
| 12/20/06 Relles   / (28) Data Analysis | | 1.5 | 637.50 |
| #7035 | translate Rust data to manageable flat file formats | 425.00 | |
| 12/20/06 Relles   / (28) Data Analysis | | 3.2 | 1360.00 |
| #7036 | build analytical files from Rust data shipment, compare new and old files | 425.00 | |
| 12/20/06 Relles   / (28) Data Analysis | | 1.2 | 510.00 |
| #7037 | prepare high-value claims output for Ebener review (.8); telephone Ebener re: same (.4) | 425.00 | |
| 12/20/06 Relles   / (28) Data Analysis | | 0.6 | 255.00 |
| #7038 | Telephone Peterson re: jury verdicts | 425.00 | |

Date: 01/23/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 7

          W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 12/21/06 #7305 | Ebener    / (28) Data Analysis<br>telephone Relles re: jury verdict damages and punitives | 0.3<br>300.00 | 90.00 |
| 12/21/06 #7306 | Ebener    / (28) Data Analysis<br>Audit large verdict cases | 1.4<br>300.00 | 420.00 |
| 12/21/06 #7307 | Ebener    / (28) Data Analysis<br>review and sort large punitives audit file for lookup | 0.5<br>300.00 | 150.00 |
| 12/21/06 #7308 | Ebener    / (28) Data Analysis<br>contact coders | 0.3<br>300.00 | 90.00 |
| 12/21/06 #6832 | Peterson  / (28) Data Analysis<br>telephone Relles: jury verdict and Rust data | 0.3<br>700.00 | 210.00 |
| 12/21/06 #6833 | Peterson  / (28) Data Analysis<br>Review jury verdict data | 2.1<br>700.00 | 1470.00 |
| 12/21/06 #6834 | Peterson  / (28) Data Analysis<br>Read briefs | 3.1<br>700.00 | 2170.00 |
| 12/21/06 #6835 | Peterson  / (28) Data Analysis<br>Work on report | 2.9<br>700.00 | 2030.00 |
| 12/21/06 #7039 | Relles    / (28) Data Analysis<br>clean up jury verdict data | 4.6<br>425.00 | 1955.00 |
| 12/21/06 #7040 | Relles    / (28) Data Analysis<br>telephone Ebener re: jury verdict damages and punitives | 0.3<br>425.00 | 127.50 |
| 12/21/06 #7041 | Relles    / (28) Data Analysis<br>prepare spreadsheet for Ebener damage edits | 1.9<br>425.00 | 807.50 |
| 12/21/06 #7042 | Relles    / (28) Data Analysis<br>prepare spreadsheet for Ebener punitives edits | 0.8<br>425.00 | 340.00 |
| 12/21/06 #7043 | Relles    / (28) Data Analysis<br>correspondence with David Smith re: Rust data shipment | 0.3<br>425.00 | 127.50 |
| 12/21/06 #7044 | Relles    / (28) Data Analysis<br>correspondence with Thomas on Rust shipment | 0.3<br>425.00 | 127.50 |

{D0079004.1 }

```
Date: 01/23/07            Legal Analysis Systems, Inc.
Time: 10:00am                                                        Page 8

            W. R. Grace


Date/Slip# Description                              HOURS/RATE    AMOUNT
-------------------------------------------------------------------------
12/21/06  Relles    / (28) Data Analysis                  0.3    127.50
#7045     telephone Peterson: jury verdict and Rust data  425.00

12/22/06  Ebener    / (28) Data Analysis                  0.4    120.00
#7309     Complete audit of large verdicts              300.00

12/22/06  Ebener    / (28) Data Analysis                  0.4    120.00
#7310     update audit files and report in email to Relles 300.00

12/22/06  Ebener    / (28) Data Analysis                  0.5    150.00
#7311     telephone Relles re: duplicates               300.00

12/22/06  Peterson  / (28) Data Analysis                  3.7   2590.00
#6836     Work on report                                700.00

12/22/06  Relles    / (28) Data Analysis                  4.7   1997.50
#7046     work on jury verdict data: design methods for 425.00
          eliminating duplicates, produce spreadsheets for
          duplicates elimination and correction

12/22/06  Relles    / (28) Data Analysis                  0.5    212.50
#7047     telephone Ebener re: duplicates               425.00

12/22/06  Relles    / (28) Data Analysis                  3.5   1487.50
#7048     process data in major data shipment from Rust (500 425.00
          gb hard drive); compare new image data with old

12/23/06  Peterson  / (28) Data Analysis                  2.0   1400.00
#6837     Review jury verdict data                      700.00

12/23/06  Peterson  / (28) Data Analysis                  2.2   1540.00
#6838     Work on report                                700.00

12/23/06  Relles    / (28) Data Analysis                  2.4   1020.00
#7049     compile file lists from Rust major data shipment, 425.00
          reconcile with Rust navigable database

12/23/06  Relles    / (28) Data Analysis                  2.8   1190.00
#7050     account for Verus data not received, prepare data 425.00
          shipment for Verus

12/24/06  Relles    / (28) Data Analysis                  2.5   1062.50
#7051     examine files in Rust major shipment, look at file 425.00
          differences for same person across multiple
          shipments
```

Date: 01/23/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                        Page 9

              W. R. Grace

Date/Slip# Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
12/26/06  Peterson  / (28) Data Analysis                      4.3   3010.00
#6839     Work on report                                   700.00

12/26/06  Relles    / (28) Data Analysis                      2.5   1062.50
#7052     translate Rust files to flat file formats, rebuild 425.00
          analytical databases given multiple copies of a
          claimant's records

12/27/06  Ebener    / (28) Data Analysis                      0.5    150.00
#7312     Review duplicate verdict audit spreadsheet and   300.00
          communicate feedback to Relles

12/27/06  Peterson  / (28) Data Analysis                      2.9   2030.00
#6840     Review documents re claims history               700.00

12/27/06  Peterson  / (28) Data Analysis                      0.5    350.00
#6841     Telephone Relles re: various databases            700.00

12/27/06  Peterson  / (28) Data Analysis                      3.2   2240.00
#6842     Review data                                       700.00

12/27/06  Peterson  / (28) Data Analysis                      2.1   1470.00
#6843     Review forecasts                                  700.00

12/27/06  Peterson  / (28) Data Analysis                      0.5    350.00
#6844     Manville Trust claim filings                      700.00

12/27/06  Peterson  / (28) Data Analysis                      0.5    350.00
#6845     Telephone Relles re: forecast variations          700.00

12/27/06  Relles    / (28) Data Analysis                      3.5   1487.50
#7053     link new Rust data with with all other Grace      425.00
          datasets

12/27/06  Relles    / (28) Data Analysis                      1.5    637.50
#7054     examine files to understand their meaning and     425.00
          structure

12/27/06  Relles    / (28) Data Analysis                      1.7    722.50
#7055     identify inconsistencies between Rust data and other 425.00
          Grace datasets

12/27/06  Relles    / (28) Data Analysis                      2.0    850.00
#7056     link Rust data with other Grace datasets, run     425.00
          tabulations, produce and review summary results

{D0079004.1 }

Date: 01/23/07           Legal Analysis Systems, Inc.
Time: 10:00am                                                        Page 10

            W. R. Grace

Date/Slip# Description                              HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
12/27/06  Relles    / (28) Data Analysis                  0.5    212.50
#7057     Telephone Peterson re: various databases      425.00

12/27/06  Relles    / (28) Data Analysis                  0.5    212.50
#7058     Telephone Peterson re: forecast variations    425.00

12/28/06  Ebener    / (28) Data Analysis                  0.5    150.00
#7313     Audit duplicate verdicts                      300.00

12/30/06  Peterson  / (28) Data Analysis                  5.1   3570.00
#6846     Work on report                                700.00

12/30/06  Peterson  / (28) Data Analysis                  4.1   2870.00
#6847     Work on report                                700.00

12/31/06  Relles    / (28) Data Analysis                  0.5    212.50
#7059     review contents of latest Kirkland-Ellis cdrom 425.00

12/31/06  Relles    / (28) Data Analysis                  1.7    722.50
#7060     regenerate analysis files with new eligibility flags 425.00
------------------------------------------------------------------------------

```
Date: 01/23/07           Legal Analysis Systems, Inc.
Time: 10:00am                                                   Page 11

         W. R. Grace

         Summary Of Time Charges, By Month and Activity
                 December 2006 - December 2006

MONTH       ACTIVITY                                   HOURS    AMOUNT
-------------------------------------------------------------------------
December  - (07) Committee, Creditors'                   0.6    420.00
December  - (28) Data Analysis                         212.3 118447.50
December  - (99) Total                                 212.9 118867.50

Total     - (07) Committee, Creditors'                   0.6    420.00
Total     - (28) Data Analysis                         212.3 118447.50
Total     - (99) Total                                 212.9 118867.50

-------------------------------------------------------------------------
```

```
Date: 01/23/07           Legal Analysis Systems, Inc.
Time: 10:00am                                              Page 12

          W. R. Grace

          Summary Of Time Charges, By Month and Person
                 December 2006 - December 2006

MONTH      PERSON                                   HOURS    AMOUNT
-------------------------------------------------------------------
December   - Relles                                 101.1  42967.50
December   - Peterson                               105.9  74130.00
December   - Ebener                                   5.9   1770.00
December   - Total                                  212.9 118867.50

Total      - Relles                                 101.1  42967.50
Total      - Peterson                               105.9  74130.00
Total      - Ebener                                   5.9   1770.00
Total      - Total                                  212.9 118867.50

-------------------------------------------------------------------------------
```

```
Date: 01/23/07           Legal Analysis Systems, Inc.
Time: 10:00am                                              Page 13

          W. R. Grace

        Summary Of Time Charges, By Activity, Month, and Person
                  December 2006 - December 2006

MONTH      PERSON                        HOURS   RATE    AMOUNT
-----------------------------------------------------------------------
(07) Committee, Creditors'

December  - Peterson                       0.6   700.    420.00

(28) Data Analysis

December  - Relles                       101.1   425.  42967.50
December  - Peterson                     105.3   700.  73710.00
December  - Ebener                         5.9   300.   1770.00

-----------------------------------------------------------------------
```

{D0079004.1 }

Date: 01/23/07            Legal Analysis Systems, Inc.
Time: 10:00am                                                   Page 14

            W. R. Grace Expenses


                                              Total          Grace
Item                       Professional      Expenses        Share

1. Data entry services       Peterson         $416.00       $208.00


    Notes: Expenses divided evenly between W. R.  Grace and G-1
           Holdings.  Grace's share of expenses is $208.00.
           See documentation below.

========================================================================

CAMA Computing Services
454 N. Formosa Ave.
Los Angeles, CA  90036

323-934-8274

Invoice #123
Date: 01/02/2007

Work Completed for: Mark Peterson

Project: Asbestos jury awards

Summary of Work
---------------

        Data entry of 369 asbestos jury awards coding forms,
        Data entry of 428 asbestos jury awards additional IP forms

        Data entry / verification time            26.0 hours

        Hourly entry / verification rate: $16.00      $416.00


        Invoice total                                 $416.00
--------------------------------------------------------------------------------