# Exhibit 2

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Brian T. Stansbury
To Call Writer Directly:
(202) 879-5969
bstansbury@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200
Dir. Fax: (202) 879-5200

January 18, 2007

**VIA FEDERAL EXPRESS**

J. Burton LeBlanc, IV
LeBlanc & Waddell, LLP
6955 Perkins Road
Suite 100
Baton Rouge, LA 70808-4267

Re:   *In Re W.R. Grace & Co.*, Case No. 01-01139 (JKF)

Dear Burton:

I am in receipt of your January 11, 2007 letter certifying that your firm will not be able to make the certification required by the December 22, 2006 Order issued by U.S. Bankruptcy Judge Judith K. Fitzgerald in the above referenced matter. Pursuant to paragraph three of that Order, Grace hereby requests that each of your clients subject to the Order "make his or her original x-ray available for inspection at [your] office within thirty (30 days) days . . . ." Order at ¶ 3.

Please be advised, as Grace articulated in its November 17, 2006 notice regarding the production of x-rays, the x-rays will be reviewed by three or more B-readers. Given the volume of x-rays to be reviewed, it will likely take several days before this review will be complete. Accordingly, we will contact you to arrange a time to review the x-rays pursuant to the Court's Order.

For your convenience, I have enclosed the December 28, 2006 letter with the attachment that lists your clients who Grace believes are subject to the Court's December 22nd Order. As detailed in the letter, this list is based on a review of your clients' responses to the Questionnaire as of December 1, 2006. You may have other clients alleging that they have x-ray evidence supporting their allegation that their malignancy is attributable to exposure to asbestos who may not be listed in the December 28, 2006 letter but are nonetheless required to produce x-rays pursuant to the December 22, 2006 Order. See Order at ¶ 6.

If you have any questions or concerns, please do not hesitate to contact me at the number listed above or on my cell phone at (703) 477-7558.

Chicago    Hong Kong    London    Los Angeles    Munich    New York    San Francisco

## KIRKLAND & ELLIS LLP

J. Burton LeBlanc, IV
January 18, 2007
Page 2

Sincerely,

Brian T. Stansbury

BTS

Enclosure