IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | |
| W.R. GRACE & CO., et al | ) | Case No. 01-1139(JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

NOTICE OF FILING

To: All Attorneys of Records (See attached service list)

PLEASE TAKE NOTICE that on <u>February 1, 2007</u> we filed with The United States Bankruptcy Court For the District of Delaware, the following:

**CLAIMANT'S OBJECTIONS AND RESPONSE TO THE EXPEDITED MOTION TO MODIFY ORDER**

copies of which are attached hereto and herewith served upon you.

_____
Cooney and Conway

Cooney and Conway
120 North LaSalle Street
30th Floor
Chicago, IL 60602
(312) 236-6166
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned, being first duly sworn, on oath states that she served a copy of the above and foregoing Notice, together with a copy of the document therein referred to, upon the above-named attorney(s) of record by mailing a copy of same in a duly addressed and stamped envelope and depositing same in the U.S. Mail chute located at 120 North LaSalle Street, Chicago, IL, 60602 on February 1, 2007.

_____
Andrea Lipps

[X] Under penalties as provided pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct.