W.R. Grace & Co., et al
Case No. 01-1139 (JKF)

## SERVICE LIST

Janet Baer
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Barbara Harding
Kirkland & Ellis LLP
655 Fifteenth Street, NW, Suite 1200
Washington, DC 20005-5793

James E. O'Neill
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Lewis Kruger
Stroock & Stroock & Lavan
180 Maiden lane
New York, NY 10038-4982

Michael R. Lastowski
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246

Scott L. Baena
Bilzin, Sumberg, Dunn, Baena, Price & Axelrorod
First Union Financial Center
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131

Michael B. Joseph
Ferry & Joseph, P.A.
824 Market Street

Suite 904
P.O. Box 1351
Wilmington, DE 19899

Elihu Inselbuch
Caplin & Drysdale
Chartered
375 Park Avenue
35th Floor
New York, NY 10152-3500

Marla Eskin
Campbell & Levine, LLC
800 N. King Street
Suite 300
Wilmington, DE 19801

Thomas M. Mayer
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier
Klett Rooney Lieber & Schorling
1000 West Street
Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397

Richard H. Wyron
Swidler Berlin Shereff Friedman, LLP
3000 K Street, NW, Suite 300
Washington DC 20007

John C. Phillips, Jr.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

David Klauder
844 N. King Street
Wilmington, DE 19801