# EXHIBIT A



**MotleyRice**

Jeanette M. Gilbert
Licensed in NY
DIRECT DIAL 843.216.9311
DIRECT FAX 843.216.9430
JGilbert@motleyrice.com

January 5, 2007

Kirkland & Ellis LLP
Attn: Barbara Harding, Esq.
655 Fifteenth Street, NW
Washington, D.C. 20005

RE: W.R. Grace & Co., et al

Dear Ms. Harding:

Pursuant to the Order signed by Jude Fitzgerald on December 22, 2006, your firm was to provide to us a list of claimants represented by our firm who have asbestos-related cancer other than mesothelioma for whom you require X-ray's. This information was to have been received by our firm by December 29, 2006.

To date, we have not received such a request. Accordingly, we assume that the debtor has no need of X-rays from any of the claimants we represent. In light of this, we will not be providing any X-rays.

Yours very truly,

JEANETTE M. GILBERT

JMG\

cc. John Herrick, Esq.

| www.motleyrice.com | MT. PLEASANT | BARNWELL | PROVIDENCE | HARTFORD | ATLANTA |
|---|---|---|---|---|---|
| Motley Rice LLC Attorneys at Law | 28 BRIDGESIDE BLVD. P.O. BOX 1792 MT. PLEASANT, SC 29465 843-216-9000 843-216-9450 FAX | 1750 JACKSON ST. P.O. BOX 365 BARNWELL, SC 29812 803-224-8800 803-259-7048 FAX | 321 SOUTH MAIN ST. P.O. BOX 6067 PROVIDENCE, RJ 02940 401-457-7700 401-457-7708 FAX | ONE CORPORATE CENTER 20 CHURCH ST., 17TH FLOOR HARTFORD, CT 06103 860-882-1681 860-882-1682 FAX | 600 WEST PEACHTREE ST. SUITE 800 ATLANTA, GEORGIA 30308 404-201-6900 404-201-6959 FAX |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al., | Case No. 01-1139 (JKF) |
| Debtors. | Jointly Administered |
| | Re: Docket Nos.: 13702; 13784; 13816;13845;13848;13877;13879; 13881; 13883; & 13889 + 14093 |

### ORDER REGARDING X-RAY EVIDENCE

Upon consideration of the proposed Order attached to Debtors' Notice of Failure to Reach Agreement and Request for Entry of Debtors' Proposed Protocol Concerning Production of Chest X-rays of Asbestos Personal Injury, Pre-Petition Claimants with Non-Mesothelioma, Malignant Claims, filed November 17, 2006, as well as the oppositions to the proposed Order submitted by Claimants represented by Motley Rice, Kelly & Ferraro, Goldberg Persky, the McGarvey Heberling Firm, the Wartnick Law Firm, Michael B. Serling, P.C., Thornton & Naumes, LLP, the MMWR Firms, Stutzman, Bromberg, Esserman & Plifka, P.C., and Jacobs & Crumplar, it is **ORDERED** as follows:

1. Each Claimant alleging an asbestos-related cancer other than mesothelioma who, in a current Questionnaire response (or in a Questionnaire response filed on or before January 12, 2007) has produced, or alleged or indicated that he has x-ray evidence that the cancer is attributable to asbestos exposure (the "Claimant" or "Claimants") must provide Grace with a copy of his or her chest x-ray that supports this allegation by January 30, 2007. All copies shall be sent to Rust Consulting, Inc., 201 South Lyndale Avenue, Faribault, MN 55021 and labeled with the Claimant's name, last four digits of his/her social security number, the bankruptcy case

DOCS_DE:123701.1

caption (above) and the name of the law firm that submitted a Questionnaire on behalf of the Claimant. For purposes of this Order, "x-ray evidence" shall include a B-read, a radiology report, the x-ray itself, or any medical or scientific opinion based on a review of an x-ray; and it is further **ORDERED** that

2. Each x-ray copy shall include a certification from someone qualified in the appropriate field or a stipulation from the Claimant or his or her counsel certifying that any images in the original x-ray which are material to the Claimant's allegation that the x-ray demonstrates that his or her cancer is attributable to asbestos appear identically in the copy being provided. Grace shall be responsible for the reasonable and customary cost of copying the x-ray, obtaining the certification provided, and shipping and shall promptly reimburse the Claimants for such costs; and it is further **ORDERED** that

3. If it is not possible or reasonably practicable to obtain the certification described in Paragraph 2, the Claimant (or his counsel on his behalf) shall provide Grace by January 12, 2007 with a certification to such effect. In such event and upon demand by Grace, the Claimant shall make his or her original x-ray available for inspection at his or her counsel's office within thirty (30 days) days of the demand by Grace; and it is further **ORDERED** that

4. If a hospital or other third party has possession of the original x-ray and refuses or fails to timely produce it to the Claimant or his counsel after request for it has been made by the Claimant (or his counsel on his behalf), then the Claimant or his counsel shall certify that (1) within 1 week of receiving the demand from Grace pursuant to paragraph 3, the Claimant (or counsel on his behalf) has requested that the third party provide Claimant with the original x-ray; (2) that the third party refuses or has failed to provide the original x-ray to the Claimant; and (3) the identity of the third party and the basis or reason that the original is not being provided to the

2

Claimant, to the extent made known by the hospital or other third party. Upon notification that the original is unavailable pursuant to this paragraph, counsel for Claimant shall notify Grace and shall provide Grace with a Medical Authorization and Release Form that will authorize Grace to access and review the original x-ray in the custody of the third party.

5. Copies of x-rays provided pursuant to this order will be used by Grace, including all agents and professionals of and/or employed by Grace, exclusively for purposes of the estimation hearing. For purposes of clarity, such copies will not be used by Grace and/or any Trust created in connection with this bankruptcy proceeding in connection with any proceeding for the allowance or disallowance of claims and/or in connection with any payment or approval process under the Trust without the written approval of the respective, affected claimants or the Court upon notice to the affected Claimants and an opportunity to be heard. Moreover, the confidentiality of all personal information reflected in the x-ray shall be maintained in confidence and not disclosed in any public proceeding or to any person except as necessary in connection with this proceeding.

6. On or before December 29, 2006, Grace will provide counsel with a list of Claimants who appear, in current Questionnaire responses, to have alleged, indicated that they have, or produced x-ray evidence concerning their cancer as described in Paragraph 1 above. Provided Grace makes its best effort to notify counsel pursuant to this paragraph, no Claimant will be excused from any of the obligations set out in this Order.

IT IS SO ORDERED.

*Judith K. Fitzgerald*
JUDITH K. FITZGERALD
United States Bankruptcy Judge

Wilmington, Delaware
December 22, 2006

3


**MotleyRice**

Jeanette M. Gilbert
Licensed in NY
DIRECT DIAL 843.216.9311
DIRECT FAX 843.216.9430
JGilbert@motleyrice.com

January 5, 2007

Kirkland & Ellis LLP
Attn: Barbara Harding, Esq.
655 Fifteenth Street, NW
Washington, D.C. 20005

RE: W.R. Grace & Co., et al

Dear Ms. Harding:

Pursuant to the Order signed by Jude Fitzgerald on December 22, 2006, your firm was to provide to us a list of claimants represented by our firm who have asbestos-related cancer other than mesothelioma for whom you require X-ray's. This information was to have been received by our firm by December 29, 2006.

To date, we have not received such a request. Accordingly, we assume that the debtor has no need of X-rays from any of the claimants we represent. In light of this, we will not be providing any X-rays.

Yours very truly,

JEANETTE M. GILBERT

JMG\

cc. John Herrick, Esq.

www.motleyrice.com

Motley Rice LLC
Attorneys at Law

MT. PLEASANT
28 BRIDGESIDE BLVD.
P.O. BOX 1792
MT. PLEASANT, SC 29465
843-216-9000
843-216-9450 FAX

BARNWELL
1750 JACKSON ST.
P.O. BOX 365
BARNWELL, SC 29812
803-224-8800
803-259-7048 FAX

PROVIDENCE
321 SOUTH MAIN ST.
P.O. BOX 6067
PROVIDENCE, RI 02940
401-457-7700
401-457-7708 FAX

HARTFORD
ONE CORPORATE CENTER
20 CHURCH ST., 17TH FLOOR
HARTFORD, CT 06103
860-882-1681
860-882-1682 FAX

ATLANTA
600 WEST PEACHTREE ST.
SUITE 800
ATLANTA, GEORGIA 30308
404-201-6900
404-201-6959 FAX



# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Brian T. Stansbury
To Call Writer Directly:
(202) 879-5969
bstansbury@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200
Dir. Fax: (202) 879-5200

January 11, 2007

**VIA FEDERAL EXPRESS**

Jeanette M. Gilbert
Motley Rice
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

Re:   *In re WR Grace & Co.*, Case No. 01-01139 (JKF)

Dear Jeanette:

I am in receipt of your January 5, 2007 letter regarding the December 22, 2006 order issued in the above referenced matter. Pursuant to the Court's December 22, 2006 order, Grace notified counsel of "Claimants who appear, **in current Questionnaire responses**, to have alleged, indicated that they have, or produced x-ray evidence concerning their cancer" (emphasis added) and provided such counsel with a list of Claimants whom Grace believed were required to produce x-rays. Order at ¶ 6. In the letter sent to counsel, Grace specified how it arrived at a list of claimants. A copy of this letter is enclosed for your convenience.

As you are aware, your firm's clients did not properly identify the diseases they were alleging in their Questionnaires and are required to supplement their responses by January 12, 2007 pursuant to paragraph four of the Court's October 12, 2006 order. Therefore, Grace is unaware whether any claimants represented by your firm are affected by the Court's December 22, 2006 x-ray order. However, as Grace has made its best efforts to notify all counsel, none of your clients "will be excused from any of the obligations set out in this Order." Order at ¶ 6. Thus, pursuant to paragraph one of the December 22, 2006 order, each of your clients who is "alleging an asbestos-related cancer other than mesothelioma who, in a current Questionnaire response (or in a Questionnaire response filed on or before January 12, 2007) has produced, or alleged or indicated that he has x-ray evidence that the cancer is attributable to asbestos exposure [] must provide Grace with a copy of his or her chest x-ray that supports this allegation by January 30, 2007." Order at ¶ 1.

Please do not hesitate to contact me with any questions or concerns at the number listed above.

Chicago     Hong Kong     London     Los Angeles     Munich     New York     San Francisco

## KIRKLAND & ELLIS LLP

Jeanette M. Rice
January 11, 2007
Page 2

Sincerely,

Brian T. Stansbury

BTS

Enclosures

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Barbara Mack Harding
To Call Writer Directly:
202 879-5081
bharding@kirkland.com

202 879-5000

www.kirkland.com

Facsimile:
202 879-5200
Dir. Fax: 202 879-5200

December 28, 2006

**VIA FEDERAL EXPRESS**

Re:   *In re W.R. Grace & Co.*, Case No. 01-01139 (JKF)

Dear Counsel:

You are receiving this letter because you represent clients with pre-petition asbestos personal injury claims against W.R. Grace & Co. ("Grace"). Pursuant to a recent order issued by U.S. Bankruptcy Judge K. Fitzgerald in the above referenced matter, all claimants alleging a non-mesothelioma malignancy who attribute their malignancy to exposure to asbestos and offer x-ray evidence in support of this allegation, are required to send copies of their chest x-rays to Rust Consulting by January 30, 2007. Attached is a list of your clients who, based on a review of the responses to the W.R. Grace Personal Injury Questionnaire ("Questionnaire"), are alleging a non-mesothelioma malignancy and have indicated that they have x-ray evidence that the cancer is attributable to asbestos ("Attachment A"). In addition, please find a copy of the Court's December 22, 2006 Order, which specifies your clients' obligations with respect to producing copies of their chest x-rays ("Order").

This letter and attached list constitute Grace's best efforts to notify all Claimants represented by you of their obligations with respect to the Court's December 22, 2006 Order. Order at ¶ 6. Grace identified the Claimants in Attachment A based on responses to certain questions and requests contained in the Questionnaires received by Rust Consulting as of December 1, 2006. Specifically, in compiling the list in Attachment A, Grace included all individuals who submitted Questionnaires listing you as an attorney and falling into any of the following categories:

- Any Claimant who made a claim for an asbestos related condition identified in Part II(1)(b), (1)(c), or (1)(f) of the Questionnaire and who indicated in Part II(1)(b), (1)(c), (1)(d), (1)(e) or (1)(f) of the Questionnaire that x-ray evidence would be offered in support of this claim;

- Any Claimant alleging a non-mesothelioma malignancy who provided information in Part II (3) or (4) of the Questionnaire;

Chicago    London    Los Angeles    Munich    New York    San Francisco

## KIRKLAND & ELLIS LLP

December 28, 2006
Page 2

- Any Claimant alleging a non-mesothelioma malignancy who failed to complete Part II (3) or (4) of the Questionnaire and instead responded "see attached;" or

- Any Claimant alleging a non-mesothelioma malignancy who, in Part IX of the Questionnaire, checked the box for "x-ray" or "x-ray reports/interpretations."

If upon review of the attached list of Claimants, you determine that you represent an individual who is "alleging an asbestos-related cancer other than mesothelioma who, in a current Questionnaire response (or in a Questionnaire response filed on or before January 12, 2007) has produced, or alleged or indicated that he has x-ray evidence that the cancer is attributable to asbestos exposure," but is not included in the attached list of Claimants, such Claimant is not "excused from any obligations" set out in the Court's December 22, 2006 Order." Order at ¶¶ 1, 6.

If you have any questions or concerns regarding the list of Claimants in Attachment A, or your or your clients' obligations under the Order, please contact Nathan Finch of the Personal Injury Committee, who is copied to this letter, or me. Mr. Finch can be reached in the following manner: Nathan D. Finch, Caplin & Drysdale, One Thomas Circle, NW, 27th Floor, Washington, DC 20005, Tel: (202) 862-5088. On behalf of Grace, I can be reached at (202) 652-3720 or at the above listed address.

Sincerely,

Barbara Harding /SAR

Barbara Mack Harding
*Counsel to W.R. Grace & Co.*

BMH:sar

Enclosures

cc:    Nathan D. Finch, Esq. (w/encls.)



**MotleyRice**

John E. Herrick
Licensed in SC & MD
DIRECT DIAL 843.216.9100
DIRECT FAX 843.216.9440
JHerrick@motleyrice.com

January 16, 2007

Brian T. Stansbury
Kirkland & Ellis LLP
655 Fifteenth St, NW
Washington, DC 20005
Via Regular Mail and Facsimile (202) 879-5200

Re:  *In re WR Grace & Co.*
     Case No. 01-01139 (JKF)

Dear Mr. Stansbury:

I am in receipt of your letter of January 11, 2007, to Jeanette M. Gilbert of my office. I also have your attachment to that letter which is a December 28 letter from Barbara Mack Harding which is addressed to "Counsel." Please be advised that the first time Motley Rice LLC received the December 28, 2006 letter was as an attachment to your letter of January 11, 2007.

Paragraph 6 of Judge Fitzgerald's December 22, 2006 Order regarding chest x-rays contemplates that Grace would provide a list of the claims in which it was interested in looking at the chest x-rays. Motley Rice LLC has never been provided with such a list. In your letter, you suggest that my firm's responses to Questionnaires were somehow insufficient to allow Grace to make any determination as to whether or not claimants represented by my firm have x-ray evidence of underlying non-malignant asbestos-related disease to support the causation of their lung cancer and other asbestos-related cancer. This is simply not true. The vast majority of the Questionnaires Motley Rice LLC submitted for non-mesothelioma malignancy cases listed the cause of death in the Questionnaire itself. Grace neglected to review that response in using its "best efforts" to provide a list to my firm.

Further, each of the claims submitted by my firm contained, as an attachment, a "medical profile" which not only listed the disease but it also itemized the medical reports and records which support the claimant's diagnoses. As you well know, the Court has ruled that it is entirely proper for claimants to respond to Grace's Questionnaire by attachment. Apparently, Grace's "best efforts" did not include looking at the medical profile which was attached to each claim filed by Motley Rice LLC.

| www.motleyrice.com | MT. PLEASANT | BARNWELL | PROVIDENCE | HARTFORD | ATLANTA |
|---|---|---|---|---|---|
| Motley Rice LLC<br>Attorneys at Law | 28 BRIDGESIDE BLVD.<br>P.O. BOX 1792<br>MT. PLEASANT, SC 29465<br>843-216-9000<br>843-216-9450 FAX | 1750 JACKSON ST.<br>P.O. BOX 365<br>BARNWELL, SC 29812<br>803-224-8800<br>803-259-7048 FAX | 321 SOUTH MAIN ST.<br>P.O. BOX 6067<br>PROVIDENCE, RI 02940<br>401-457-7700<br>401-457-7708 FAX | ONE CORPORATE CENTER<br>20 CHURCH ST., 17TH FLOOR<br>HARTFORD, CT 06103<br>860-882-1681<br>860-882-1682 FAX | 600 WEST PEACHTREE ST.<br>SUITE 800<br>ATLANTA, GEORGIA 30308<br>404-201-6900<br>404-201-6959 FAX |

Brian T. Stansbury
Kirkland & Ellis LLP
January 16, 2007
Page 2

Finally, Motley Rice LLC provided, again as attachments to the Questionnaires, copies of the medical records themselves that support claimants' diagnoses of asbestos-related diseases. These records included x-ray reports, B-reads and pathology reports, where appropriate. It is obvious that what Grace terms its "best efforts" did not include any review of the attachments to the Questionnaires, which Judge Fitzgerald has ruled proper procedure for responding to Grace's Questionnaire.

In sum, it is clear that W.R. Grace did not use its "best efforts" with respect to claims filed by claimants represented by Motley Rice LLC. This is not surprising, given Grace's consistent practice of attempting to force victims of its actions to expend valuable resources in compiling, for Grace, in the precise manner in which it wishes, information which has already been provided to Grace in the form held by the claimants. Accordingly, Motley Rice LLC believes that Grace, having failed to use its "best efforts" as required by paragraph 6 of Judge Fitzgerald's December 22, 2006 Order, has relieved claimants represented by Motley Rice LLC from complying with the balance of that Order.

Notwithstanding Grace's failures outlined above, Motley Rice LLC recognizes that Grace has the right to conduct discovery in the bankruptcy process and re-extends its offer to allow Grace to inspect any chest x-rays held by Motley Rice LLC at our offices at a mutually agreeable time. While this offer was made on a previous occasion, it is being renewed in accord with paragraph 3 of Judge Fitzgerald's December 22, 2006 Order. Also, in light of the fact that claimants represented by Motley Rice LLC are unaware of any process by which copies of a chest x-ray can be made to exactly duplicate an original film, neither claimants nor claimants' counsel are able to provide the certification referenced in paragraph 2 of Judge Fitzgerald's December 22, 2006 Order. Accordingly, please consider this letter to be the certification contemplated by paragraph 3 of the Judge's Order.

I would further note that medical literature in the area of asbestos-related diseases does not require that in order for one to be diagnosed with an asbestos-related malignancy, one must have underlying non-malignant asbestos-related disease which is visible by chest x-ray or CT scan. As you may know, the non-malignant disease related to asbestos exposure and the malignant disease related to asbestos exposure are two separate and distinct diseases. In other words, one does not necessarily lead to the other. The commonality of the two diseases is that both are caused by asbestos exposure. Further, there is no requirement in the common law that one must have an underlying non-malignant asbestos-related disease in order to make a claim for an asbestos-related malignancy. Accordingly, such documentation is not required in order to hold a valid personal injury claim against Grace.

Brian T. Stansbury
Kirkland & Ellis LLP
January 16, 2007
Page 3

If you have any questions about the foregoing, please contact me directly.

With best regards, I am

Very truly yours,

John E. Herrick

JEH/js

cc:  Jeanette M. Gilbert



# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

1-19-07

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Brian T. Stansbury
To Call Writer Directly:
(202) 879-5969
bstansbury@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200
Dir. Fax: (202) 879-5200

January 18, 2007

**VIA FEDERAL EXPRESS**

John E. Herrick
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465

Re:   *In Re W.R. Grace & Co.*, Case No. 01-01139 (JKF)

Dear John:

I am in receipt of your January 16, 2007 letter certifying that your firm will not be able to make the certification required by the December 22, 2006 Order issued by U.S. Bankruptcy Judge Judith K. Fitzgerald in the above referenced matter. Pursuant to paragraph three of that Order, Grace hereby requests that each of your clients subject to the Order "make his or her original x-ray available for inspection at [your] office within thirty (30 days) days . . . ." Order at ¶ 3.

Please be advised, as Grace articulated in its November 17, 2006 notice regarding the production of x-rays, the x-rays will be reviewed by three or more B-readers, and it will likely take several days before this review will be complete. Accordingly, we will contact you to arrange a time to review the x-rays pursuant to the Court's Order. In the meantime, please provide us with a list of claimants whose x-rays you intend to make available.

If you have any questions or concerns, please do not hesitate to contact me at the number listed above or on my cell phone at (703) 477-7558.

Sincerely,

Brian T. Stansbury

Chicago          Hong Kong          London          Los Angeles          Munich          New York          San Francisco


**MotleyRice**

Jeanette M. Gilbert
Licensed in NY
DIRECT DIAL 843.216.9311
DIRECT FAX 843.216.9430
JGilbert@motleyrice.com

January 29, 2007

Mr. Brian T. Stansbury
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005

Re: In Re W.R. Grace & Co. – Production of X-rays

Dear Mr. Stansbury:

Pursuant to your letter dated January 18, 2007 directed to John Herrick, Esq. of this office, enclosed please find a spreadsheet of x-rays which our office is in possession of for those clients diagnosed with non-mesothelioma malignancies, where a Grace Proof of Claim and Questionnaire has been filed. The spreadsheet lists the client name, last four digits of the social security number and the location of the x-ray; either our Mt. Pleasant office (address above) or our Barnwell office, which is located at 1750 Jackson St., Barnwell, SC 29812.

Please note that the majority of the x-rays are located at the Barnwell office.

Kindly contact the undersigned, as soon as possible, to arrange a mutually convenient time for your B-readers to review. We would appreciate being informed also of which x-rays your consultants intend to review so we can have them readily available for review.

I can be reached at (843) 216-9311.

Yours very truly,

*Jeanette M. Gilbert*

Jeanette M. Gilbert

JMG\
cc. John Herrick, Esq.

Enclosure(s)

www.motleyrice.com

| MT. PLEASANT | BARNWELL | PROVIDENCE | HARTFORD | ATLANTA |
|---|---|---|---|---|
| 28 BRIDGESIDE BLVD. | 1750 JACKSON ST. | 321 SOUTH MAIN ST. | ONE CORPORATE CENTER | 600 WEST PEACHTREE ST. |
| P.O. BOX 1792 | P.O. BOX 365 | P.O. BOX 6067 | 20 CHURCH ST., 17TH FLOOR | SUITE 800 |
| MT. PLEASANT, SC 29465 | BARNWELL, SC 29812 | PROVIDENCE, RI 02940 | HARTFORD, CT 06103 | ATLANTA, GEORGIA 30308 |
| 843-216-9000 | 803-224-8800 | 401-457-7700 | 860-882-1681 | 404-201-6900 |
| 843-216-9450 FAX | 803-259-7048 FAX | 401-457-7708 FAX | 860-882-1682 FAX | 404-201-6959 FAX |

Motley Rice LLC
Attorneys at Law

X-Rays In-House
1/29/2007

| MRID | Last Name | First Name | SSN (last 4 digits only) | Location |
|---|---|---|---|---|
| 028425.000 | Abbott | Thompson | 5246 | Mtp |
| 129389.000 | Alford | George | 0282 | Barnwell |
| 146119.000 | Alonso | Francis | 7600 | Barnwell |
| 146663.000 | Ammirato | Albert | 1682 | Barnwell |
| 133529.000 | Andrews | Lester | 3835 | Mtp. |
| 010729.000 | Ard | Joseph | 5712 | Mtp |
| 129427.000 | Ash | David | 9370 | Barnwell |
| 005718.000 | Atwood | Keith | 4763 | Barnwell |
| 150516.000 | Ayala | Richard | 8594 | Barnwell |
| 028242.000 | Baker | Cletus | 6821 | Barnwell |
| 086181.000 | Baker | Lancen | 1289 | Barnwell |
| 146454.000 | Baker | Vennie | 0916 | Barnwell |
| 153710.000 | Barber | John | 6493 | Barnwell |
| 089527.000 | Barfield, Jr. | Charles | 9307 | Barnwell |
| 144829.000 | Bargatze, Sr. | Kenneth | 8601 | Barnwell |
| 058281.000 | Beidman | Richard | 0939 | Barnwell |
| 153664.000 | Belcher | Rodger | 2472 | Barnwell |
| 129458.000 | Bell | Henry | 6972 | Barnwell |
| 154432.000 | Bell | Ralph | 5417 | Barnwell |
| 146134.000 | Bennett | Joseph | 5687 | Barnwell |
| 026150.000 | Benshoof, Jr. | James Raymond | 4753 | Barnwell |
| 156783.000 | Benson | Charles | 6390 | Barnwell |
| 000933.000 | Bishop | Thomas | 7107 | Barnwell |
| 141671.000 | BLAISDELL | HAROLD | 2089 | Barnwell |
| 154637.000 | Blouir | Douglas | 5167 | Barnwell |
| 148322.000 | BOUCHARD | CLIFFORD | 0508 | Barnwell |
| 005910.000 | Bowen | Marion | 7351 | Barnwell |
| 133133.000 | Brannen | Jesse | 8288 | Barnwell |
| 132150.000 | Breland | Willie | 7157 | Barnwell |
| 000083.000 | Broughton | Joseph | 4768 | Barnwell |
| 143861.000 | Byers | Edward | 1733 | Barnwell |
| 000105.000 | Byrd | Ira | 9357 | Barnwell |
| 144618.000 | CARLL | LOWELL | 9001 | Barnwell |
| 038301.000 | Carter | Herman | 3570 | Barnwell |
| 124901.000 | Carter | James | 7419 | Barnwell |
| 146152.000 | Chadwell | Johnie | 4639 | Barnwell |
| 059410.000 | Chorpening | Glenn | 4259 | Barnwell |
| 153631.000 | Clayton, Jr. | Eugene J. | 9962 | Barnwell |
| 144307.000 | COLTART | ROBERT | 7218 | Barnwell |
| 124584.000 | Dalton | Marshall | 5832 | Barnwell |
| 133147.000 | Dart | Walter | 1710 | Barnwell |
| 132971.000 | Davis | Joe | 9403 | Barnwell |
| 129683.000 | Davis | Wilbur | 7100 | Barnwell |
| 081208.000 | Delaplane | Arthur | 0366 | Barnwell |
| 142017.000 | DOIRON | EDWARD | 2430 | Barnwell |
| 129698.000 | Domingo, Jr. | John sebastian | 5408 | Barnwell |
| 143196.000 | Drennan | James | 8345 | Barnwell |
| 143883.000 | Duncan | Shelly | 5243 | Mtp. |
| 000219.000 | Dunlap | Harmon | 3453 | Barnwell |
| 146176.000 | Duryea | William | 1103 | Barnwell |

X-Rays In-House
1/29/2007

| | | | | |
|---|---|---|---|---|
| 121813.000 | Ealy | Charlie | 0498 | Barnwell |
| 129718.000 | Eames | Johnny | 9555 | Barnwell |
| 129722.000 | Edwards | Jack | 0696 | Barnwell |
| 154101.000 | Espinoza | Edward | 7647 | Barnwell |
| 142538.000 | Exley | Walter | 9564 | Barnwell |
| 060301.000 | Falls | Fred | 3447 | Barnwell |
| 148323.000 | Folsom | Harley | 8823 | Barnwell |
| 146183.000 | Fordham | Clarence | 3480 | Barnwell |
| 154618.000 | Freels | James | 3159 | Barnwell |
| 129778.000 | Freeman | Billy | 2815 | barnwell |
| 143792.000 | GAGNER | PHILIP | 6926 | Barnwell |
| 146695.000 | Garlington | Richard | 5453 | Barnwell |
| 141688.000 | GAUTREAU | ERENE | 1418 | Barnwell |
| 000262.000 | Gibbs | Samuel | 6840 | Barnwell |
| 143889.000 | Gidley | Bobby | 8719 | Barnwell |
| 142199.000 | GILBERT | RONALD | 0872 | Barnwell |
| 006624.000 | Gooding | Kenneth | 6824 | Barnwell |
| 129872.000 | Grant | A. B. | 2991 | Barnwell |
| 133558.000 | GRANT | RAYMOND | 8420 | Barnwell |
| 121614.000 | Griffin | George | 0260 | Barnwell |
| 150547.000 | Guajardo | Manuel | 1830 | Barnwell |
| 114773.000 | Hager | James | 0394 | Barnwell |
| 010936.000 | Harbert | Forrest | 3657 | Barnwell |
| 150813.000 | Harden | Charles | 0306 | Barnwell |
| 124856.000 | Hattaway | Lynn | 5765 | Barnwell |
| 155329.000 | Hayes | Thomas | 8868 | Barnwell |
| 150669.000 | Held | Norbert | 2044 | Barnwell |
| 129961.000 | Herrington | Benny | 2449 | Barnwell |
| 148881.000 | Hodges | Willie | 8685 | Barnwell |
| 006846.000 | Hoefflin | Harry | 1165 | Barnwell |
| 146730.000 | Howard | James | 5314 | Barnwell |
| 152837.000 | Howard | James | 2195 | Barnwell |
| 146731.000 | Howeller | Herman | 1938 | Barnwell |
| 037357.000 | Ingram | Everett | 1137 | Mtp |
| 143784.000 | IRISH | FREDERICK | 1247 | Barnwell |
| 137769.000 | Ishii | Kenzaburo | 8189 | Barnwell |
| 024493.000 | Jackson | James | 7410 | Barnwell |
| 133631.000 | Johnson | Jackie | 5571 | Mtp. |
| 130211.000 | Johnson, Sr. | Oris | 9925 | Barnwell |
| 132204.000 | Jones | James | 1177 | Barnwell |
| 132203.000 | Jones | Joe | 5865 | Barnwell |
| 135285.000 | Joyner | Harry | 4505 | Barnwell |
| 148734.000 | Justice | Garnet | 0209 | Barnwell |
| 132718.000 | Kennedy | William | 9164 | barnwell |
| 137778.000 | Kido | John | 2918 | Barnwell |
| 007095.000 | Kneller | Harold | 7109 | Barnwell |
| 124526.000 | Lafebre | Ted | 3329 | Barnwell |
| 139736.000 | Lafon | Clovis | 9728 | Barnwell |
| 139542.000 | Lafontaine | Clifton | 6547 | Barnwell |
| 133578.000 | LANE | ROGER | 1244 | Barnwell |
| 130009.000 | Lawman | Evelyn | 8128 | Barnwell |
| 123972.000 | Leavitt | Ned | 8150 | Barnwell |

X-Rays In-House
1/29/2007

| | | | | |
|---|---|---|---|---|
| 142297.000 | LEBRASSEUR | DAVID | 7881 | Barnwell |
| 148894.000 | Lenagar | Mark | 0544 | Barnwell |
| 129928.000 | Lewis | George | 5788 | Barnwell |
| 124862.000 | Lewter | William | 6945 | Barnwell |
| 124854.000 | Liles | Earl | 8889 | Barnwell |
| 105982.000 | Lopez | Julian | 4083 | Barnwell |
| 114781.000 | Lucas | Earl | 6061 | Barnwell |
| 034201.000 | Malcolm | Robert | 0875 | Mtp |
| 129911.000 | Martin | James | 5813 | Barnwell |
| 132144.000 | Martin | Willie | 5990 | Barnwell |
| 154288.000 | Martinez | Raymundo | 6595 | Barnwell |
| 128046.000 | Masengal | Bobby | 8263 | Barnwell |
| 143421.000 | Mason | Bennie | 5162 | Barnwell |
| 155884.000 | Massie | Fred | 8899 | Barnwell |
| 129895.000 | May | Prentice | 3021 | Barnwell |
| 148765.000 | Mcdaniel | Charles | 3929 | Barnwell |
| 124916.000 | McKnight | Billy | 2052 | Barnwell |
| 133104.000 | Miles | Jimmie | 0888 | Barnwell |
| 143387.000 | Minter | William | 8095 | Barnwell |
| 124871.000 | Myers | Carlston | 4228 | Barnwell |
| 137227.000 | Myers | Larry | 8282 | Barnwell |
| 148770.000 | Nichols | William | 5090 | Barnwell |
| 224555.000 | Payne | Jerry | 7620 | Mtp. |
| 153842.000 | Peterson | Lawrence | 2364 | Barnwell |
| 133659.000 | Porteous | Kenneth | 4725 | Mtp. |
| 146680.000 | Price | Dean | 5255 | Barnwell |
| 140787.000 | Pritchett | Grady | 7785 | Barnwell |
| 145880.000 | PROULX | LEO | 0396 | Barnwell |
| 133118.000 | Purvis | James | 7439 | Barnwell |
| 135400.000 | Rebouche | Robert | 9666 | Barnwell |
| 275623.000 | Reid | Harold | 6903 | Mtp. |
| 130130.000 | Revish | Johnny | 8910 | Barnwell |
| 007906.000 | Risk | Clyde | 8324 | Barnwell |
| 152692.000 | Roland | Alfonzo | 0584 | Barnwell |
| 132858.000 | Sanford | Bobby | 0529 | barnwell |
| 148796.000 | Sapp | Joseph | 8873 | Barnwell |
| 008019.000 | Savattone | Joe | 0779 | Barnwell |
| 148777.000 | Seymour | Fred | 7788 | Barnwell |
| 130097.000 | Shackelford | Harold | 3708 | Barnwell |
| 136302.000 | Shaw | David | 4893 | Barnwell |
| 140579.000 | Silva | Julio | 6847 | Barnwell |
| 121839.000 | Sisk | Richard | 4788 | Barnwell |
| 142626.000 | Skinner | Lamar | 9657 | Barnwell |
| 146709.000 | Smith | James | 2647 | Barnwell |
| 153808.000 | Smith | Jimmy | 7005 | Barnwell |
| 143422.000 | Stafford | Jack | 9250 | Barnwell |
| 154446.000 | Stevens | Robert | 0683 | Barnwell |
| 129496.000 | Storey | Mae | 6875 | Barnwell |
| 088974.000 | Stula | George | 3745 | Barnwell |
| 137233.000 | Swain | Edward | 2184 | Barnwell |
| 137748.000 | Tatsutani | Thomas | 3568 | Barnwell |
| 005047.000 | Taylor | James | 2005 | Mtp |

X-Rays In-House
1/29/2007

| 134093.000 | Taylor | Joe | | 6046 | Barnwell |
| 005121.000 | Titchenal | William | | 7379 | Barnwell |
| 129348.000 | Trammell | Leslie | | 6109 | Barnwell |
| 149270.000 | Turbeville | Jerry | | 4067 | Barnwell |
| 154177.000 | Vincent | William | | 4743 | Barnwell |
| 145163.000 | Ward | Jim | | 4421 | Mtp. |
| 155901.000 | Webb | Louis | | 4393 | Barnwell |
| 146760.000 | Wegner | Karl | | 0767 | Barnwell |
| 008521.000 | Weitz | Donald | | 6026 | Barnwell |
| 149672.000 | Weldon | Cramer | | 1795 | Mtp. |
| 012420.000 | White | Norman | | 0868 | Barnwell |
| 149292.000 | Williams | Bobby | | 0748 | Mtp. |
| 132954.000 | Wilson | Joseph | | 0936 | Mtp. |
| 132899.000 | Wilson | Oscar | | 6188 | barnwell |
| 036768.000 | Windell | William | | 9385 | Mtp |
| 129411.000 | Wink | Thomas | | 7568 | Barnwell |
| 137761.000 | Yamashita | George | | 8415 | Barnwell |