IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. Grace & Co., *et al.*,<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE　)
　　　　　　　　　　) SS
NEW CASTLE COUNTY　)

　　　Cathy A. Adams, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for the Libby Claimants in the above-referenced cases, and on the 1st day of February, 2007, she caused a copy of the following

**LIBBY CLAIMANTS' OBJECTION TO DEBTORS' MOTION TO MODIFY ORDER REGARDING PRODUCTION OF X-RAYS BASED ON SUBSTANTIAL NON-COMPLIANCE WITH ORDER**

to be served upon the parties on the attached list via facsimile.

　　　　　　　　　　　　　　　　　　_/s/ Cathy A. Adams_
　　　　　　　　　　　　　　　　　　Cathy A. Adams

　　　SWORN TO AND SUBSCRIBED before me this 1st day of February, 2007.

_/s/ Linda M. Rogers_
Notary Public

LINDA M. ROGERS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires June 20, 2007

393.001-15368

| NAME | COMPANY | FACSIMILE NUMBER |
|---|---|---|
| David Bernick | Kirkland & Ellis LLP | 312-861-2200 |
| Barbara M. Harding | Kirkland & Ellis LLP | 202-879-5200 |
| Laura Davis Jones | Pachulski Stang Ziehl Young Jones & Weintraub LLP | 302-652-4400 |
| Lewis Kruger | Stroock & Stroock & Lavan | 212-806-6006 |
| Michael R. Lastowski | Duane, Morris & Heckscher, LLP | 302-657-4901 |
| Scott L. Baena | Bilzin, Sumberg, Dunn, Baena, Price & Axelrod | 305-374-7593 |
| Michael B. Joseph | Ferry & Joseph, P.A. | 302-575-1714 |
| Elihu Inselbuch | Caplin & Drysdale, Chartered | 212-644-6755 |
| Marla Eskin | Campbell & Levine, LLC | 302-426-9947 |
| Thomas M. Mayer | Kramer Levin Naftalis & Frankel LLP | 212-715-8000 |
| Teresa K.D. Currier | Klett Rooney Lieber & Schorling | 302-552-4220 |
| Richard H. Wyron | Swidler Berlin Shereff Friedman, LLP | 202-424-7643 |
| John C. Phillips, Jr. | Phillips, Goldman & Spence, P.A. | 302-655-4210 |
| David Klauder | Office of the United States Trustee | 302-573-6497 |