# THE WARTNICK LAW FIRM

A PROFESSIONAL CORPORATION

*Of Counsel*

HARRY F. WARTNICK (1947-2003)
JANE KOEGEL
MICHELLE EDWARDS

450 SANSOME STREET, 3RD FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3311
TELEPHONE (415) 986-5566
FACSIMILE (415) 986-5896

STEVEN M. HAROWITZ
STEPHEN M. TIGERMAN
BERT Z. TIGERMAN

January 26, 2007

**VIA EMAIL**

Barbara Mack Harding
David Bernick
Brian Stansbury
Kirkland & Ellis

**RE:  X-Ray Certification for Wartnick Law Firm W.R. Grace Claimants**

Dear Ms. Harding & Messrs. Bernick & Stansbury:

We are submitting copies of x-rays and related reports to your agent, Rust Consulting, for the following claimants:  Attaway, Billy; Ault, Leona; Beasley, Elmo; DeWeese Dall; Freeman, Ives; Hayes, Leslie; Jones, Julia; Keeling, Otto; Kraft, Claude; Norberg, John; Orinski, Elmer; Terry, Archie.

We have no reason to believe that the x-rays we are submitting are not representative of the originals and believe them to be representative of the originals; however, we are unable to certify that these copies are identical to the originals as we do not have the originals in our possession nor do we have the skill or training to make that assessment.

If you have any concerns about this certification or require additional information, please let us know immediately.  If this certification is not satisfactory to you, we are prepared to endeavor to make the originals available under the terms of the Court's order.

Very truly yours,

THE WARTNICK LAW FIRM

By _____
STEVEN M. HAROWITZ

SMH/me

*