January 30, 2007


Rust Consulting
201 S. Lyndale Avenue
Faribault, MN. 55021

RE:   W. R. Grace Bankruptcy
      Chest X-Ray Order

Dear Sirs:

Please be advised, that although we have ordered the chest x-rays for two of the clients from the list attached to the chest x-ray order, we have yet to receive them from the facilities.

We received a phone call from our copy service this morning and we should have xrays for both Jan Nagel and Marion Austin in our office by the end of the week.

Once they have been received, they will be forwarded on to you for review.

If you should have any questions, please do not hesitate to contact this office.

                                    Very truly yours,

                                    ROSE, KLEIN & MARIAS LLP


                                    Debra Gorman
                                    Paralegal

cc:   Barbara Harding
      Kirkland and Ellis