THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No.: 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors | ) | |

**OBJECTION OF PLAINTIFFS REPRESENTED BY KELLEY & FERRARO, LLP TO EXPEDITED MOTION TO MODIFY ORDER REGARDING PRODUCTION OF X-RAYS BASED ON SUBSTANTIAL NON-COMPLIANCE WITH ORDER**

On December 22, 2006, this Court issued its Order regarding x-ray evidence. Pursuant to that Order, on January 11, 2007, Kelley & Ferraro, LLP advised W.R. Grace "that it is not possible or reasonably practicable to provide an identical copy of the original x-ray material to W.R. Grace." A copy of the January 11, 2007 correspondence to W.R. Grace is attached hereto. This Certification was sent to W.R. Grace on behalf of claimants represented by Kelley & Ferraro, LLP as well as on behalf of claimants represented by the following law firms:

Climaco, Climaco, Lefkowitz, & Garofoli, Co., L.P.A. - aka Climaco, Lefkowitz, Peca, Wilcox & Garofoli Co., L.P.A.
Michael H. Doran and Associates, PC
Doran & Murphy, LLP
Kelley & Ferraro, LLP
Ferraro & Associates, PA
David T. Cobb
Tayllor & Cire - aka Taylor & Cire

Since January 11, 2007 W.R. Grace has not attempted to arrange for any viewing of any x-rays or made any other arrangements with Kelley & Ferraro, LLP in regard to x-ray evidence. Instead

of working within the parameters of this Court's Order, on January 30, 2007, W.R. Grace filed this Expedited Motion to Modify Order Regarding Production of X-rays Based on Substantial Non-compliance With Order.

In response, on January 31, 2007, this Court issued an Order requiring that all responses be filed and served by 3:00 p.m. on Thursday, February 1, 2007 with a hearing scheduled for February 2, 2007 at 3:30 p.m. In other words, even though Kelley & Ferraro, LLP, on behalf of the thousands of claimants it represents, is in full compliance with this Court's December 22, 2006 Order, it is being required to file additional pleadings in order to defend itself with a mere twenty-four (24) hours notice. Such expedited Motion and proceedings, is a due process in violation of the thousands of Kelley & Ferraro, LLP claimants which have claims against W.R. Grace. See *Armstrong v. Manzo*, 380 US 545, 552 (1965) (due process requires an opportunity to be heard "at a meaningful time and in a meaningful manner.") The fact that W.R. Grace has unilaterally concluded that it is somehow too difficult for it to comply with this Court's December 22, 2006 Order, does not provide a basis for the Motion to Modify Order or the expedited scheduling of any such responses. More importantly, this Court's December 22, 2006 Order is in full compliance with the Federal Rules of Civil Procedure. Consequently, what W.R. Grace is effectively doing, is attempting to have this Court disregard the Federal Rules of Civil Procedure and do it in an expedited fashion precluding any reasonable responses by the thousands of individuals who will be affected by this Order.

Wherefore, based upon the above reasons set forth herein, it is respectfully requested that this Honorable Court deny the Expedited Motion to Modify Order Regarding Production of X-rays Based on Substantial Non-compliance With Order.

>Respectfully submitted,
>
>KELLEY & FERRARO LLP
>
>/s/ Electronically filed Thomas M. Wilson
>THOMAS M. WILSON (0038933)
>2200 Key Tower
>127 Public Square
>Cleveland, Ohio 44114
>(216) 575-0777
>(216) 575–0799 (fax)

I:\TMW\Bankruptcies\W.R. Grace\Pleadings\Objection of Claimants to Expedited Motion to Modify.doc

# Kelley & Ferraro LLP

2200 Key Tower • 127 Public Square • Cleveland, OH 44114
(216) 575-0777 • Fax: (216) 575-0799 • Toll Free: (888) 839-8479
www.kelley-ferraro.com

January 11, 2007

**Via Federal Express**

Barbara M. Harding, Esq.
Kirkland & Ellis LLP
855 Fifteenth Street, N.W.
Washington, D.C. 20005

RE: In Re: W.R. Grace, Case No.: 01-0139 (JKF)
Order Regarding X-ray Evidence Dated December 22, 2006

Dear Ms. Harding:

This letter is written in compliance to the December 22, 2006 Order Regarding X-Ray Evidence issued by the Honorable Judith K. Fitzgerald in the above captioned matter. Further, this letter is written on behalf of each and every individual who has a non-mesothelioma malignant claim against W.R. Grace, and on whose behalf I have submitted a W.R. Grace Asbestos Personal Injury Questionnaire or a W.R. Grace Asbestos Personal Injury Supplemental Questionnaire on or before January 12, 2007, and whose claim is based in whole or in part upon any x-ray. To this end, I hereby certify that it is not possible or reasonably practicable to provide an identical copy of the original x-ray material to W.R. Grace. Furthermore, this letter is being sent on behalf of the clients of the following law firms on whose behalf I have submitted certain Questionnaires or Supplemental Questionnaires:

  Climaco, Climaco, Lefkowitz, & Garofoli, Co., L.P.A. - aka Climaco, Lefkowitz, Peca, Wilcox & Garofoli Co., L.P.A.
  Michael H. Doran and Associates, PC
  Doran & Murphy, LLP
  Kelley & Ferraro, LLP
  Ferraro & Associates, PA
  David T. Cobb
  Tayllor & Cire - aka Taylor & Cire

Consequently, if W.R. Grace would like to review these x-rays, please contact me directly so that I may make the x-rays available for inspection at the office of Kelley & Ferraro or its co-counsel pursuant to Judge Fitzgerald's Order.

Very truly yours,

KELLEY & FERRARO LLP

Thomas M. Wilson

TMW/mp