## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W. R. GRACE & CO., et al.** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |
| | ) | **Re: Docket No. 14375** |

### DEBTORS' MOTION FOR A TELEPHONIC HEARING FOR EXPEDITED CONSIDERATION OF FOSTER & SEAR'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE W.R. GRACE ASBESTOS PERSONAL INJURY QUESTIONNAIRE

Debtors hereby request that the Court set a prompt telephonic hearing to consider Foster & Sear's Motion For Extension Of Time To Respond To The W.R. Grace Asbestos Personal Injury Questionnaire (Docket No. 14375) (Jan. 22, 2007) be heard by the Court on an expedited basis. An expedited resolution of this motion is necessary for the following reasons:

1. Briefing on this issue is complete. *See* Foster & Sear Motion For Extension Of Time To Respond To The W.R Grace Asbestos Personal Injury Questionnaire (Docket No. 14375) (Jan. 22, 2007); Debtors' Opposition to Foster & Sear Motion For Extension of Time To Respond To The W.R. Grace Asbestos Personal Injury Questionnaire (Feb. 1, 2007);

2. Prompt resolution of this motion is necessary as Foster & Sear's requested relief, if granted, is likely to have a negative impact on the dates contained in the Case Management Order for the Estimation of Asbestos Personal Injury Liabilities.

WHEREFORE, W.R. Grace & Co. respectfully requests that the Court grant this motion for expedited consideration and schedule a telephonic hearing on the motion at the Court's earliest convenience.

Wilmington, Delaware
Dated: February 1, 2007

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Ellen T. Ahern
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000


KIRKLAND & ELLIS LLP
Barbara M. Harding
David Mendelson
Brian T. Stansbury
Amanda C. Basta
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone:     (202) 879-5000
Facsimile:     (202) 879-5200

*And*

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100

**Co-Counsel for the Debtors and Debtors-in-Possession**

DOCS_DE:124799.2