IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket No. 14375** |

### ORDER GRANTING DEBTORS' MOTION FOR A TELEPHONIC HEARING EXPEDITED CONSIDERATION OF FOSTER & SEAR'S MOTION FOR EXTENSION OF TIME TO RESPOND TO THE W.R GRACE ASBESTOS PERSONAL INJURY QUESTIONNAIRE

AND NOW this ___ day of **February 2007**, it is **ORDERED** that Debtors Motion for a Telephonic Hearing for Expedited Consideration of Foster & Sear's Motion for Extension of Time to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire [Docket No. 14375] is **GRANTED**;

It is **FURTHER ORDERED** that a hearing on the Motion for Extension of Time to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire is scheduled for _____ at _____, prevailing Eastern time, by telephone through CourtCall. The hearing shall be ___, with each side permitted __ minutes for argument.

Dated: February ____, 2007

                                                  Honorable Judith K. Fitzgerald
                                                  United States Bankruptcy Judge