IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| W.R. GRACE AND CO., *et. al.*, | : Case No. 01-1139 (JFK) |
| | : Jointly Administered |
| Debtors | : |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Thomas G. Whalen, Jr., a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of David R. Beane, a partner at Stevens & Lee, 111 North Sixth Street, P.O. Box 679, Reading, Pennsylvania 19603, to represent Fireman's Fund Insurance Company in this action.

/s/ *Thomas G. Whalen, Jr.*
Thomas G. Whalen, Jr. (No. 4034)
STEVENS & LEE, P.C
1105 North Market Street, 7th Floor
Wilmington, DE  19801
(302) 425-3304

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, and that I am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and of the United States District Court for the Eastern District of Pennsylvania. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's local rules and with this Court's Standing Order for the District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Courts.

David R. Beane, Esquire
111 North Sixth Street
P.O. Box 679
Reading, PA  19603-0679
(610) 478-2210

Motion granted.

Date: February 2, 2007

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

SL1 697939v1/021630.00003

DKT. NO. 14459
DT. FILED 2/1/07