IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Re: Docket No. Re: Docket No. 13406** |
| | | **Hearing Date: February 21, 2007 at 9:00 a.m.** |

**CERTIFICATION OF COUNSEL REGARDING ORDER REGARDING FEBRUARY 21, 2007 CONFERENCE REGARDING PROCEDURES FOR APRIL 23, 24 and 25, 2007 HEARINGS REGARDING OBJECTIONS TO ASBESTOS PD CLAIMS**

1.  At the January 23, 2007 omnibus hearing, the Court directed the Debtors to draft an order setting a February 21, 2007 conference with the Court regarding procedures that will govern the April 23, 24 and 25, 2007 hearings regarding certain objections to Asbestos PD claims. The Court also directed the Debtors to confer to with the Official Committee of Asbestos Property Damage Claimants (the "PD Committee") regarding said draft Order.

2.  The Debtors drafted said Order and provided the draft to counsel for the PD Committee as well as the other PD Claimants' counsel who were present at the January 23, 2007 hearing, specifically counsel for the Speights & Runyan PD claimants, the Dies & Hile PD claimants and the Motley Rice PD claimants.

3.  The Debtors and these PD claimants' counsel have exchanged revisions regarding the proposed order. The Debtors have incorporated a number of requests by various PD claimants' counsel.

DOCS_DE:124831.1

4.      However, the Debtors and the PD claimants' counsel have been unable to reach agreement as to whether the Order should refer to the February 21, 2007 conference as a "pre-trial conference" or as a "status conference."

5.      Accordingly, the Debtors respectfully submit the attached proposed Order with the words "status" and "pre-trial" in brackets in the title and in paragraph (1) of the Order, and the Debtors' respectfully request that the Court select the language that the Court prefers and enter the Order, so that the Debtors can proceed with effecting service of the Order upon all PD claimants respected by counsel and upon all pro se PD claimants.

Dated:  February 2, 2007

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Lisa G. Esayian
200 East Randolph Drive
Chicago, Illinois 60601
Telephone:  (312) 861-2000
Facsimile:  (312) 861-2200

and

PACHULSKI STANG ZIEHL YOUNG
JONES & WEINTRAUB LLP

_/s/ Curtis A. Hehn_
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042 )
Curtis A. Hehn (Bar No. 4264)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession