IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 25, 2007, true and correct copies of the Discovery Requests for:

1. Fort Smith Convention Center f.k.a. Fort Smith Civic Auditorium (Claim No. 11039)

2. KARK-TV, Inc. & Morris Multimedia, Inc. - West Annex (Channel 4) f.k.a. First National Bank (Claim No. 9913)

3. KARK-TV, Inc. & Morris Multimedia, Inc. - East Building (Channel 4) f.k.a. First National Bank (Claim No. 9912)

4. F.F. Thompson Continuing Care Center (Claim No. 6636)

5. Hotel Captain Cook - Tower # 2 (Claim No. 11110)

6. Bayshore Community Hospital (Claim No. 6901)

7. Olympus 555 Properties, LLC (Claim No. 9684)

8. Washington Township Health Care District f.k.a. Washington Hospital (Claim No. 10668)

9. Titusville Area Hospital f.k.a. Titusville Hospital / Farrell Hospital (Claim Nos. 11106 / 11144)

10. Cayuga County Office Building (Claim No. 10947)

11. Burgdorf Building f.k.a. Bergdorf Health Center Building (Claim No. 11027)

12. Glen Oaks Club Inc., Club House f.k.a. Glen Oak Country Club (Claim No. 10749)

070202160019.DOC

13. Allegheny Center No. 1 (Claim No. 11037)

14. Fulton County Health Center (Claim No. 11158)

15. Manor Oak Two and 1001 Brinton Road (Claim No. 10789)

16. First Tennessee Bank (Bldg. 1-3) f.k.a. National Bank Building (Claim No. 10533)

17. Embarcadero Center #3 (Claim No. 10886)

18. Embarcadero Center #4 (Claim No. 10885)

19. Baptist Health Medical Center - Little Rock f.k.a. Arkansas Baptist Medical Center (Claim Nos. 10695 / 10917 / 11128)

20. McKenzie Willamette Medical Center f.k.a. McKenzie Hospital (Claim No. 11262)

21. Palos Community Hospital f.k.a. Palos Hospital (Claim No. 11066)

22. Mission Towers a.k.a. Foxridge Towers Office Building f.k.a. Foxridge Office Building (Claim No. 10516)

23. Gulf Atlantic Properties, Inc. (Claim No. 6637)

24. Sutter Place, LLC (d/b/a Pacific Plaza) f.k.a. Sutter Place Office Building (Claim No. 10757)

25. Chicago Historical Society (Claim No. 11104)

26. John Muir Medical Center f.k.a. John Muir Hospital (Claim No. 11026)

27. Presidential Towers Condominium f.k.a. Americana (Claim No. 11428)

28. Harry C. Levy Gardens - Housing Authority of the City of Las Vegas (Claim No. 11572)

29. THC-Orange County Inc., d/b/a Kindred Hospital - San Francisco Bay f.k.a. Columbia San Leandro Memorial Hospital (Claim No. 10805)

30. Schuyler Hospital (Claim No. 11003)

31. Abbeville General Hospital f.k.a. Abbeville Hospital (Claim No. 11133)

32. Carson Pirie Scott Store - Store #537 (Claim No. 11555)

33. 1199 SEIU f.k.a. 310 West 43rd Street Building (Claim No. 11703)

34. St. Luke's Hospital - Bethlehem Campus and Allentown Campus (Claim No. 10998)

35. St. Joseph's Hill Infirmary Nursing Home (Claim No. 10700)

36. Jameson Memorial Hospital (Claim No. 14410)

37. New Hanover Regional Medical Center (Claim No. 10672)

38. Gundersen Lutheran Medical Center (Claim No. 11124)

39. St. Joseph Hospital (Claim No. 11243)

40. First Tennessee Bank -- Main Bank Building (Claim No. 10534)

41. Oneida County Office Building c/o Oneida County Department of Law (Claim No. 10767)

42. First Tennessee Bank a.k.a Court-Thomas Computer Center f.k.a. National Bank Building (Claim No. 11722)

43. St. Mary's Medical Center f.k.a. St. Mary's Hospital (Claim No. 10746)

44. 99 Founders Plaza (Claim No. 10762)

45. Allegheny Center No. 2 (Claim No. 11036)

46. Santa Teresa Medical Office Building (Claim Nos. 11018 / 11227)

47. Hyatt Regency San Francisco (Claim No. 9915)

48. Pierre Laclede Center No. 1 & 2 f.k.a. Pierre Laclede (2 Buildings) (Claim No. 10696)

49. Ohio Savings Plaza f.k.a. Penton Plaza & Park Plaza Investment Tower Job (Claim No. 11179)

50. Folger Building #1 (Claim No. 11009)

51. Jordan Hospital, Inc. (Claim No. 11689)

52. Friendly Home Nursing Care & Rehabilitation (Claim No. 10747)

53. Scottish Rite Cathedral (Claim No. 11200)

54. Dodge County Hospital (Claim No. 11550)

55. Children's Hospital of Pittsburgh of UPMC Health System (Claim No. 10962)

56. Y.W.C.A. of Greater Des Moines (Claim No. 11153)

57. Folger Building #2 a.k.a. Folger Building Addition (Claim No. 11055)

58. Virtua Health - West Jersey Hospital Voorhees (Claim No. 11226)

59. Virtua West Jersey Hospital Marlton (Claim No. 11389)

60. Panda Prints (Claim No. 11257)

61. University of New England - Westbrook College Campus (Claim No. 11701)

62. IBM Metro Employees FCU (Claim No. 10722)

63. The Homeplace of Mondovi Hospital & The Homeplace of Stanley (Claim No. 11422)

64. Bethesda Rehabilitation Hospital (Claim No. 10523)

65. North Arkansas Regional Medical Center f.k.a. Boone County Hospital (Claim No. 10995)

66. Keller Building f.k.a. Albert Keller Memorial Hospital (Claim No. 11384)

67. First Health Montgomery Memorial Hospital (Claim No. 10673)

68. Nebraska Skilled Nursing and Rehabilitation (Claim No. 11046) and

69. St. Anthony's Regional Hospital & Nursing Home (Claim No. 11151)

were served on the parties on the attached service list as indicated thereon.

DATED: February 2, 2007

/s/ Christopher D. Loizides
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
E-mail:   loizides@loizides.com

*Counsel for Speights & Runyan Claimants*

**SERVICE LIST**

**VIA HAND-DELIVERY**

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 No. Market Street, 17th Floor
Wilmington, DE 19801

Teresa K. D. Currier, Esquire
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801

Marla R. Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

David M. Klauder, Esquire
Office of the United States Trustee
844 N. King Street, Room 2207
Wilmington, DE 19801

Theodore Tacconelli, Esquire
Ferry Joseph & Pearce, PA
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE 19899-1351

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806

**VIA FEDEX**

David M. Bernick, Esquire
Janet S. Baer, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY  10038-4982

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152-3500

Peter Van N. Lockwood, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY  10036

Roger Frankel, Esquire
Richard H. Wyron, Esquire
The Washington Harbour
Orrick Herrington & Sutcliffe LLP
3050 K Street, N.W., Suite 200
Washington, DC  20007-5135

Scott Baena, Esquire
Bilzin Sumberg Baena Price & Axelrod, LLP
First Union Financial Center
200 So. Biscayne Bl., Suite 2500
Miami, FL  33131-2336

James Restivo, Jr., Esquire
Reed Smith, LLP
435 Sixth Avenue
Pittsburgh, PA  15219

David B. Siegel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044