FILED
2007 FEB -2 AM 11: 19
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: )
 )  Bankruptcy Case No.
W.R. Grace & Co.-Conn. )
 )  01-01140-JKF
 )
Debtor )

### NOTICE OF WITHDRAWAL OF CLAIM

The claim (#8742) of the Bureau of Customs and Border Protection, now known as U.S. Customs and Border Protection, previously filed in this case is withdrawn in its entirety.

DATE: JAN 29 2007

*Edward O. Barnett* (signature)

Edward O. Barnett, Jr.
Lead Staff Accountant
Revenue Division
Debt Management Branch