# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# DECEMBER 1, 2006 THROUGH
# DECEMBER 31, 2006

**Phillips, Goldman & Spence, P.A.**
**1200 N. Broom Street**
**Wilmington, DE   19806**
**(302) 655-4200**
**EI #: 51-0328786**

**February 1, 2007**

**Orrick, Herrington & Sutcliffe, LLP**
**Washington Harbour**
**3050 K Street, N.W.**
**Washington DC   20007--5135**

**File   WRG-AUS/JCP**
**Invoice number   66381**

**Re:   W. R. Grace & Co.**
**David T. Austern**
**Case No.:   01-01139 (RLB)**

```
            Subtotal for FEES only: 12/31/06     $17,130.50
            Subtotal for COSTS only: 12/31/06       $857.47
                                                -------------
    CURRENT PERIOD FEES AND COSTS: 12/31/06     $17,987.97
                                                -------------
```

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Please remit duplicate copy with payment.   Thank you.**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Page   2

February 1, 2007

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   66381

Re:   W. R. Grace & Co.
      David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 48.7 | 16,126.00 |
| FEE/EMPLOYMENT APPLICATIONS | 5.3 | 906.50 |
| CASE ADMINISTRATION | 0.7 | 98.00 |
| Subtotal for FEES only: 12/31/06 | 54.7 | $17,130.50 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 375.00 | JCP | 36.00 | 36.00 | 13,500.00 | 0.00 | 0.00 |
| 275.00 | BEF | 7.50 | 7.50 | 2,062.50 | 0.00 | 0.00 |
| 140.00 | CAH | 11.20 | 11.20 | 1,568.00 | 0.00 | 0.00 |
| Totals | | 54.70 | 54.70 | 17,130.50 | 0.00 | 0.00 |

LEGALMASTER MIRC For Transactions
-Fees-

02/01/07    Page 2

| WRG-AUS C1 Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG LITIGATION | BEF | 12/05/06 | Telephonic appearance for 12/5 Hearing. | 7.50 | 2,062.50 | LI |
| | | | | 7.50 | 2,062.50 | |
| WRG LITIGATION | CAH | 12/01/06 | Print and have executed Pro Hac Vice Motions for J. Guy, R. Wyron and R. Frankel; send payment to District Court and file same. | 0.80 | 112.00 | |
| WRG LITIGATION | CAH | 12/01/06 | Scan file and serve D. Austern's reply in support and Joinder to the Committee's Motion to Compel. | 0.30 | 42.00 | |
| WRG LITIGATION | CAH | 12/01/06 | E-mail to co-counsel (4x) re: District Court filing; phone conference with District Court re: same. | 0.50 | 70.00 | |
| WRG LITIGATION | CAH | 12/01/06 | Work with co-counsel on preparation and filing of brief and Motion in District Court. | 3.00 | 420.00 | |
| WRG LITIGATION | CAH | 12/05/06 | Re-scan and e-mail Guy pro hac to District Court. | 0.20 | 28.00 | |
| WRG LITIGATION | CAH | 12/08/06 | E-mail; download and file Austern Declaration in support of expediting appeal; e-mail to D. Felder re: docket number. | 0.40 | 56.00 | |
| WRG LITIGATION | CAH | 12/18/06 | E-mail Orrick (4x) re: filing Joinder; review of and revise, scan and file same. | 0.50 | 70.00 | |
| WRG LITIGATION | CAH | 12/21/06 | E-mail Co-counsel (3x) concerning filing of fee documents. | 0.20 | 28.00 | |
| | | | | 5.90 | 826.00 | |
| WRG LITIGATION | JCP | 12/01/06 | Review of Debtors' Brief re: Settled Pre-Petition Claims; review of notices of filing Frankel's, Wyron's and Guy's Pro Hac Motions (.7); review of NL Industries' Objection to Debtors' 18th Omnibus Objection to Claims (.2); review of Combined Response of Multiple Personal Injury Firms to Debtors' Motion to Compel Response to Personal Injury Questionnaire (.4); review of Morris Sakalorio's Joinder in same (.2); review of Notices of Intent to Depose William Hughson, Roger Morse, Richard Lee, Mort Corn and Graeme Mew (.4); review of Certificate of No Objection re: Authorizing Personal Injury Committee to File Motion to Compel Under Seal (.3); review of FCR's Opening Brief in Support of Appeal (.5); review of FCR's Motion to Expedite (.2); review of Debtors' Reply to Personal Injury Committee's Response to Debtors' Memo re: Background of Personal Injury Questionnaire (.7); review of Debtors' Consolidated Reply in Support of Motion to Compel Response to Personal Injury Questionnaire; review of Debtors' Reply in Support of X-Ray Protocol (.5); review of Debtors' Status Report on Non-Party Discovery (.4); review of Notice of Partial | 6.60 | 2,475.00 | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

02/01/07   Page 3

| C1 Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| | | | Withdrawal of Motion to Compel (.3); review of Carlisle's Response to Debtors' Notice of Failure re: Protocol for Production of X-Rays (.4); review of FCR's Reply in Support of Motion to Compel Production of Documents (.5); review of Thorton and Naumes Joinder re: X-Ray Protocol (.4); review of Motley Rice's Notice of Service of Request for Production (.5). | | | |
| WRG LITIGATION | JCP | 12/02/06 | Review of Jacobs and Crumplar Response to Debtors' Additional Motion to Compel Response to Personal Injury Questionnaire (.3); review of MMRR Firms' Opposition to Motion to Compel (.3); review of James Early's Declaration in Support of same (.2); review of Wartnik Firm's Joinder in same (.1); review of Order and Modified Order Granting Debtors' Motion for Leave from 1/18/07 Scheduling Order re: Robert Locke Claim (.2); review of Weitz & Luxenberg's Response to Motion to Compel (.1); review of Agenda for 12/5/06 Hearing (.1). | 1.30 | 487.50 | |
| WRG LITIGATION | JCP | 12/04/06 | Review of Debtors' Reply to Personal Injury Committee's Memo in Background of Personal Injury Questionnaire (.3); review of Personal Injury Committee's Reply Memo re: Motion to Compel Production of Documents (.2); review of miscellaneous pleadings (.2); review of Stutzman Bromberg's Response re: Protocol for Production of X-Rays (.2); review of Motley Rice's Supplemental Response to Debtors' Motion to Compel Response to Personal Injury Questionnaire (.2); review of Jacobs and Crumplar's, MMRR Firms' and Libby Claimants Response to Debtors' Notice re: X-Ray Protocol (.3); review of 2 Orders Authorizing Filings Under Seal (.1); review of Debtors' Partial Withdrawal of Motion to Compel (.1); review of Amended Agenda for 12/5/06 Hearing (.1); review of 11/27/06 Hearing Transcript (.3); letter from counsel for Personal Injury Committee (2x) to Judge Buckwalter re: Exclusivity Appeal (.2); review of various e-mails re: exhibits for 12/5/06 Hearing (.1). | 2.30 | 862.50 | |
| WRG LITIGATION | JCP | 12/05/06 | Review of Notice of Deposition of Ann Burke(.1); review of Notice of Deposition of Dr. Mark Klepper (.1); review of Notice of Deposition of Dr. L.C. Rao (.1); review of Notice of Deposition of Rhonda Mason (.1); review of miscellaneous pleadings (.1); review of 11/27/06 Hearing Transcript (.3); review of Goldberg Persky's Response to Debtors' Notice of Failure to Reach Agreement re: X-Ray Protocol (.1); review of 11/20/06 Hearing Transcript (.3); review of Motley Rice's Opposition to Debtors' Protocol for X-Rays (.1); review of Kelley Ferraro's Response to same (.1). | 1.40 | 525.00 | |
| WRG LITIGATION | JCP | 12/06/06 | Review of Debtors' Motion to Reconsider; review of Property Damage Committee's Request for Production re: Methodology Phase; review of Agenda for 12/12/06 Hearing. | 0.30 | 112.50 | |
| WRG LITIGATION | JCP | 12/07/06 | Review of Appellees'/Debtors' Response to Appellants/Personal Injury Committee's Motion for Expedited | 0.10 | 37.50 | |

LEGALMASTER MTRC For Transactions
-Fees-

02/01/07   Page 4

| WRG-AUS | C1 Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 12/08/06 | Review of Speights and Runyan's Designation of Witnesses re: lack of hazard (.1); review of Brandi's Designation of Witnesses re: same (.1); review of Louisiana Claimants Designation of Witnesses re: same; review of Dies and Hile's Designation of Witnesses re: same (.1); review of Amended Notice of Deposition of Rhonda Mason (.1); review of Notice of Deposition of Dr. Schonfeld (.1); review of Debtors' Witness Disclosure re: lack of hazard (.1); review of Debtors'/Appellees' Response to Personal Injury Committee's/Appellants' Motion for Expedited review of Appeal (.2); review of Order Granting in Part and Denying in Part Debtors' Motion for Reconsideration re: Status Report (.3); review of Clerk's Notice of Prudential's review of Motley Rice's Designation of Witnesses re: lack of hazard (.2); e-mail from counsel for Debtors' with enclosure (.2); review of list if counsel for all Committees and "Working Groups" (.1). | 1.60 | 600.00 | |
| WRG | LITIGATION | JCP | 12/09/06 | Review of Anderson Memorial Hospital's Motion to Shorten Time re: Motion to Compel and proposed Order; review of Anderson Memorial's Motion to Compel deposition of records custodian; review of Anderson's Notice of Deposition; review of Debtors' Notice of Intent to Take Videotaped deposition of Dr. Laura Welch; review of Debtors' Notice of Service of deposition by Written Question to Dr. Richard Levine. | 0.50 | 187.50 | |
| WRG | LITIGATION | JCP | 12/11/06 | Review of David Austern's Declaration in Support of Motion to Expedite Appeal; review of miscellaneous pleadings; review of Re-Notice of Intent to Take Videotaped Deposition of Roger Morse; review of Re-Notice of Intent to Take Videotaped Deposition of Richard Lee. | 0.30 | 112.50 | |
| WRG | LITIGATION | JCP | 12/12/06 | Review of Agenda for 12/18/06 Hearing; conference with paralegal re: 12/18/06 Hearing. | 0.20 | 75.00 | |
| WRG | LITIGATION | JCP | 12/12/06 | Review of Debtors' Additional Brief re: Motion to Compel Responses to Personal Injury Questionnaire (.6); review of Corrected Additional Brief and Exhibits (.4); review of miscellaneous pleadings (.4). | 1.40 | 525.00 | |
| WRG | LITIGATION | JCP | 12/13/06 | Review of electronic notifications (2) re: briefing schedule and oral argument date on Exclusivity Appeal; e-mail to (2X) Roger Frankel forwarding same; calendar oral argument date. | 0.30 | 112.50 | |
| WRG | LITIGATION | JCP | 12/14/06 | Review of 2 electronic notifications re: items designated for records on appeal (.1); review of Order Expediting Exclusivity Appeal (.1); calendar dates (.1); review of Wysoker Glassner's Response to Debtors' Brief re: Settled Pre-Petition Claims (.3); review of miscellaneous pleadings (.2); review of 12/15/06 Hearing Transcript | 1.30 | 487.50 | |

WRG-AUS

LEGALMASTER MRMC For Transactions
-Fees-

02/01/07   Page 5

| C1 Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG | | | (voluminous)(.2); review of Re-Notice of Intention to Take Hughson deposition; review of Wilentz Goldman's Memo of Law re: Settled Claims (.2); review of Libby Claimants' Response re: settled Pre-Petition Claims (.1). | | | |
| WRG LITIGATION | JCP | 12/16/06 | Review of 12/14/06 Opinion re: ZAI claims; review of 12/14/06 Order re: same. | 2.30 | 862.50 | |
| WRG LITIGATION | JCP | 12/18/06 | Review of Amended Agenda for 12/18/06 Hearing (.1); attendance at 12/1806 Hearing (via phone)(2.0); review of 2nd Amended Order re: Case Management Procedures (.2); review of Order Denying Anderson Memorial's Motion to Expedite (.1); review of Goldberg Persky's Response re: Settled Pre-Petition pre-trial conference claims (.2); review of Combined Response of Certain Law Firms to Debtors' Additional Brief to Compel Response to Personal Injury Questionnaire (.3); review of MWR Firms' Response to Debtors' Additional Brief to Compel Response to Personal Injury Questionnaire; review of Notice Rescheduling 1/22/07 Hearing; calendar same (.3); review of Certification of Counsel re: Revised Dates for 2007 Omnibus Hearings (.3); memorandum to paralegal (.1); review of Certification of Counsel re: proposed Stipulation and Order Resolving Personal Injury Committee's and FCR's Motion to Compel Production of Documents; review of Debtors' Motion to Quash 30(b)(6) Deposition Notice (voluminous)(.2); review of Personal Injury Committee's Response to Debtors' Additional Brief to Compel Response to Personal Injury Questionnaire (.2); review of miscellaneous pleadings (.1). | 4.10 | 1,537.50 | |
| WRG LITIGATION | JCP | 12/19/06 | Review of Debtors Objections to Claims filed by Del Taco and William Baker (.1); review of Debtors' 20th Omnibus Objection to Claims; review of Debtors' Objection to Volovsek Claim (.2); review of Gulf Pacific Stipulation (.1); review of Notice of Deposition and suppoena to Dr. Cohen (.1); review of Property Damage Committee's Motion for Leave to Designate a Constructive Notice Expert; Motion for Special Hearing re: same (.2); review of Motley Rice's Response to Debtors' Additional Brief to Compel Responses to Personal Injury Questionnaire (.2); review of Anderson Memorial's Notice of Motion to Compel (.1); review of Personal Injury Committee's Motion to Compel; review of FCR's Joinder in same (.1); review of 2 Amended Re-Notices of Intent to Depose Richard Lee and Mort Corn (.1). | 1.20 | 450.00 | |
| WRG LITIGATION | JCP | 12/20/06 | Review of Court's 12/14/06 Opinion re: ZAI Property Damage Claims. | 2.40 | 900.00 | |
| WRG LITIGATION | JCP | 12/20/06 | Review of Personal Injury Committee's Statement re: Proposed Orders in Debtors' Motion to Compel Response to Personal Injury Questionnaire; review of Amended Re-Notice of Intent to Take Videotaped Deposition of Richard Lee (.3); review of Personal Injury Committee's Motion to Compel Debtors' Production of Actuarial Studies (.2); review of | 1.50 | 562.50 | |

| C1 Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| LITIGATION | JCP | | Motley Rice's Joinder in Various Claimant's Firms' Response to Debtors' Motion to Compel Response to Personal Injury Questionnaire (.2); review of Debtors' Certification of Counsel re: Motion to Compel Response to Personal Injury Questionnaire and proposed Order with "Annotations" (.2); review of Amended Order re: 2007 Omnibus Hearing Dates (.2); memorandum to paralegal re: same (.1); review of 5 miscellaneous Orders (.1); review of Debtors' Certification of Counsel re: Personal Injury CMO; review of Debtors' Certification of Counsel re: Order re: Questionnaire for Non-Settled Pre-Petition Claims (.1); review of miscellaneous pleadings (.1). | | | WRG |
| LITIGATION | JCP | 12/21/06 | Review of Debtors' Certification of Counsel re: X-Ray Evidence (.2); review of counsel for various Personal Injury Law Firms re: Order on Motion to Compel (.3); review of miscellaneous pleadings and 9 Orders (.2). | 0.70 | 262.50 | WRG |
| LITIGATION | JCP | 12/22/06 | Review of miscellaneous pleadings and Orders (2x)(.1); review of Notice of 1/4/07 Telephonic Hearing (.1); memorandum to paralegal & calendar Hearing (.1); review of Motley Rice's Supplemental Submission of Expert Reports re: Product Identification; review of San Diego GSE's Designation of Fact and Expert Witnesses re: Product Identification (.1); review of Speights and Runyan's Designation of Experts re: Product Identification (.1); review of Brandi's Designation of Experts re: Product Identification (.1); review of Dies and Hile's Designation of Experts re: Product Identification (.1); review of Prudential's Designation of Experts re: Product Identification (.1); review of Debtors' Designation of Experts re: Statute of limitations issues (.1); review of Graeme Maw's expert report (.3); review of Roger Morse's expert report (.3); review of Dies and Hile's Supplemental Designation of Experts re: Lack of Hazard Issue (.2). | 1.70 | 637.50 | WRG |
| LITIGATION | JCP | 12/23/06 | Review of Personal Injury Committee's Cross-Questions to W.R. Graces' deposition by Written Question of Dr. Levine; review of miscellaneous pleadings. | 0.20 | 75.00 | WRG |
| LITIGATION | JCP | 12/26/06 | Review of ZAI Claimants Notice of Appeal; review of ZAI Claimants Motion for Leave to Appeal; review of Order and Amended Order re: Motion to Compel Response to Personal Injury Questionnaire. | 0.40 | 150.00 | WRG |
| LITIGATION | JCP | 12/27/06 | Review of materials re: Prudential's appeal to Delaware District Court re: expunging 2 Property Damage claims. | 0.10 | 37.50 | WRG |
| LITIGATION | JCP | 12/28/06 | Phone conference with local counsel for ZAI Claimants re: appeal procedures; review of miscellaneous pleadings. | 0.30 | 112.50 | WRG |

| C1 Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG  LITIGATION | JCP | 12/29/06 | Review of Debtors' Unopposed Motion for Extension to Answer ZAI Claimants' Motion for Leave to Appeal (.5); review of miscellaneous pleadings (.6); review of Certification of Counsel re: Property Damage Committee's Motion for Leave to Designate Expert (.2); letter from counsel for Debtor to Judge Buckwalter with enclosure (.3); review of Debtors'/Appellees' Answering Brief and Appendix re: Extension of Exclusivity Appeal (.7). | 2.80 | 1,050.00 | Li |
| | | | | ------- | ---------- | |
| | | | | 35.30 | 13,237.50 | |
| | | | | ------- | ---------- | |
| | | | | 48.70 | 16,126.00 | |
| | | | | ------- | ---------- | |

WRG-AUS

LEGALMASTER MHC For Transactions
-Fees-

02/01/07    Page 8

| C1 Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG | | | | | | fa |
| FEE/EMPLOYMENT APPLICATIONS | CAH | 12/07/06 | Draft Certificate of No Objection for 9th and 10th Quarterly Fee Applications; e-mail to S. Bossey re: addition of 10th Quarterly Application to Fee Chart Order. | 0.60 | 84.00 | |
| FEE/EMPLOYMENT APPLICATIONS | CAH | 12/07/06 | Scan file and serve Certificates of No Objection for 9th and 10th Quarterly Fee Applications of Phillips, Goldman & Spence. | 0.40 | 56.00 | |
| FEE/EMPLOYMENT APPLICATIONS | CAH | 12/11/06 | Download and file 10th Quarterly Fee Application for David Austern. | 0.20 | 28.00 | |
| FEE/EMPLOYMENT APPLICATIONS | CAH | 12/11/06 | Download and file Certificate of No Objection for 9th Quarterly Fee Applications for Orrick Herrington, Piper Jaffray, Towers Perrin and David Austern. | 0.50 | 70.00 | |
| FEE/EMPLOYMENT APPLICATIONS | CAH | 12/11/06 | Code pre-bill to comply with local rules. | 0.30 | 42.00 | |
| FEE/EMPLOYMENT APPLICATIONS | CAH | 12/15/06 | Download and file Tillinghast's September, October and 7th Quarterly Fee Applications. | 0.50 | 70.00 | |
| FEE/EMPLOYMENT APPLICATIONS | CAH | 12/20/06 | Draft Fee Application for Phillips, Goldman & Spence for November. | 0.70 | 98.00 | |
| FEE/EMPLOYMENT APPLICATIONS | CAH | 12/20/06 | Draft Certificate of No Objection for Phillips, Goldman & Spence October Fee Application. | 0.30 | 42.00 | |
| FEE/EMPLOYMENT APPLICATIONS | CAH | 12/20/06 | Scan file and serve Phillips, Goldman & Spence Certificate of No Objection on October Fee Application and November Fee Application. | 0.50 | 70.00 | |
| FEE/EMPLOYMENT APPLICATIONS | CAH | 12/22/06 | Download and file Certificates of No Objection for Orrick Herrington's and Piper Jaffray's October Fee Applications. | 0.30 | 42.00 | |
| FEE/EMPLOYMENT APPLICATIONS | CAH | 12/22/06 | Download and file final Fee Application of CIBC World Markets. | 0.30 | 42.00 | |
| | | | | 4.60 | 644.00 | |
| FEE/EMPLOYMENT APPLICATIONS | JCP | 12/09/06 | Review of and revise November 2006 pre-bill. | 0.30 | 112.50 | |
| FEE/EMPLOYMENT APPLICATIONS | JCP | 12/20/06 | Review of, revise and execute Certificate of No Objection re: Phillips, Goldman & Spence 29th Monthly Fee Application; revise of, revise and execute Phillips, Goldman & Spence 30th Monthly Fee Application. | 0.40 | 150.00 | |
| | | | | 0.70 | 262.50 | |
| | | | | 5.30 | 906.50 | |
| | | | | 54.70 | 17,130.50 | |

50 records printed.

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

02/01/07  Page 1

Sort Fields:
Grouping code
Client code                    (Paginate)
Actual employee code
Transaction date               (Subtotals)

Range Fields:
Client code          I  WRG - WRG
Invoice Number       I  66381 -  66381

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG  CASE ADMINISTRATION | CAH | 12/11/06 | Merge original signatures into filed documents. | 0.20 | 28.00 | Ca |
| WRG  CASE ADMINISTRATION | CAH | 12/15/06 | Merge original signatures into filed pleadings. | 0.30 | 42.00 | |
| WRG  CASE ADMINISTRATION | CAH | 12/20/06 | Update docket to system. | 0.20 | 28.00 | |
| | | | | 0.70 | 98.00 | |
| | | | | 0.70 | 98.00 | |