# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# DECEMBER 1, 2006 THROUGH
# DECEMBER 31, 2006

Phillips, Goldman & Spence, P.A.

Page  2

February 1, 2007

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   66381

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---:|
| 11/27/06 | Photocopies | 77.20 |
| 12/01/06 | Check No.: 32662 - U.S. District Court - filing fee. | 75.00 |
| 12/01/06 | Federal Express | 95.09 |
| 12/06/06 | Check No.: 32720 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 580.96 |
| 12/07/06 | Postage | 2.22 |
| 12/12/06 | Facsimile | 2.00 |
| 12/13/06 | Check No.: 32787 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 15.00 |
| 12/20/06 | Check No.: 32843 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 10.00 |
| | Subtotal for COSTS only: 12/31/06 | $857.47 |