IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br><br>(Jointly Administered)<br><br>Objection Deadline February 26, 2007 @ 4:00 p.m. |

### SIXTY-FIFTH MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM DECEMBER 1, 2006 THROUGH DECEMBER 31, 2006

Name of Applicant:    *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to:    *Official Committee of Equity Holders*

Date of Retention:    *As of July 18, 2001 nunc pro tunc*

Period for which compensation
and reimbursement is sought:    *December 1, 2006 through and including December 31, 2006*

Amount of Compensation sought as
actual, reasonable and necessary:    *$166,249.25*

Amount of Expense Reimbursement
sought as actual, reasonable and
necessary:    *$10,217.54*

This is a(n):    __x__ monthly        __ interim application

KL2 2487053.3

**Prior Applications:**

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| December 28, 2001 | November 1, 2001 – November 30, 2001 | $20,099.00 / $3,031.62 | $16,079.20 / $3,031.62 |
| January 25, 2002 | December 1, 2001 – December 31, 2001 | $32,467.50 / $2,338.23 | $25,974.00 / $2,338.23 |
| February 28, 2002 | January 1, 2002 – January 31, 2002 | $23,807.50 / $1,961.58 | $19,046.00 / $1,961.58 |
| April 1, 2002 | February 1, 2002 – February 28, 2002 | $36,382.50 / $2,894.44 | $29,106.00 / $2,894.44 |
| May 8, 2002 | March 1, 2002 – March 31, 2002 | $32,575.00 / $2,107.64 | $26,060.00 / $2,107.64 |
| May 15, 2002 (1st Quarterly) | January 1, 2002 – March 31, 2002 | $92,765.00 / $6,963.66 | $92,765.00 / $6,963.66 |
| June 17, 2002 | April 1, 2002 – April 30, 2002 | $28,794.00 / $2,669.24 | $23,035.20 / $2,669.24 |
| August 5, 2002 10th Monthly | May 1, 2002 – May 31, 2002 | $24,232.00 / $2,299.11 | $19,385.60 / $2,299.11 |
| September 4, 2002 11th Monthly | June 1, 2002 – June 30, 2002 | $20,392.50 / $388.61 | $16,314.00 / $388.61 |
| September 18, 2002 (2nd Quarterly) | April 1, 2002 – June 30, 2002 | $73,418.50 / $5,356.96 | $69,340.00 / $5,356.96 |
| November 4, 2002 | July 1, 2002 – July 31, 2002 | $28,083.50 / $1,121.59 | $22,466.80 / $1,121.59 |
| October 24, 2002 | August 1, 2002 – August 31, 2002 | $33,598.50 / $7,190.62 | $26,878.80 / $7,190.62 |
| November 5, 2002 | September 1, 2002 – September 30, 2002 | $25,584.50 / $1,761.46 | $20,467.60 / $1,761.46 |
| November 21, 2002 (3rd Quarterly) | July 1, 2002 – September 30, 2002 | $87,266.50 / $10,070.69 | $87,266.50 / $10,070.69 |
| November 25, 2002 | October 1, 2002 – October 31, 2002 | $39,887.50 / $2,124.93 | $31,910.00 / $2,124.93 |

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| January 14, 2003 | November 1, 2002 – November 30, 2002 | $18,704.00 / $652.12 | $18,704.00 / $633.86 |
| February 10, 2003 | December 1, 2002 – December 31, 2002 | $11,853.50 / $816.82 | $9,482.80 / $816.82 |
| February 25, 2003 | January 1, 2003 – January 31, 2003 | $11,100.00 / $927.47 | $8,880.00 / $927.47 |
| March 11, 2003 (4th Quarterly) | October 1, 2002 – December 31, 2002 | $70,445.00 / $3,575.61 | $70,445.00 / $3,575.61 |
| April 8, 2003 | February 1, 2003 – February 28, 2003 | $13,418.00 / $240.08 | $10,734.40 / $240.08 |
| May 6, 2003 | March 1, 2002 – March 31, 2003 | $26,969.00 / $452.38 | $21,575.20 / $452.38 |
| May 15, 2003 (5th Quarterly) | January 1, 2003 – March 31, 2002 | $51,487.00 / $1,619.93 | $51,487.00 / $1,619.93 |
| June 4, 2003 | April 1, 2003 – April 30, 2003 | $7,609.00 / $1,594.42 | $6,087.20 / $1,594.42 |
| June 26, 2003 | May 1, 2003 – May 31, 2003 | $9,411.00 / $107.57 | $7,528.77 / $107.57 |
| August 13, 2003 | June 1, 2003 – June 30, 2003 | $10,427.00 / $137.09 | $8,341.60 / $137.09 |
| August 21, 2003 (6th Quarterly) | April 1, 2003 – June 30, 2003 | $27,447.00 / $1,839.08 | $27,447.00 / $1,839.08 |
| September 25, 2003 | July 1, 2003 – July 31, 2003 | $9,272.50 / $32.30 | $7,418.00 / $32.30 |
| October 2, 2003 | August 1, 2003 – August 31, 2003 | $9,815.50 / $130.93 | $489.69 / $130.93 |
| November 26, 2003 | September 1, 2003 – September 30, 2003 | $15,004.00 / $334.63 | $12,003.20 / $334.63 |
| December 19, 2003 (7th Quarterly) | July 1, 2003 – September 30, 2003 | $34,092.00 / $497.86 | $34,092.00 / $497.86 |
| December 19, 2003 | October 1, 2003 – October 31, 2003 | $13,134.00 / $174.04 | $10,507.20 / $174.04 |
| January 6, 2004 | November 1, 2003 – November 30, 2003 | $14,537.00 / $273.00 | $11,629.60 / $273.00 |

KL2 2487053.2

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| January 29, 2004 | December 1, 2003 – December 31, 2003 | $17,595.00 / $1,599.14 | $14,076.00 / $1,599.14 |
| February 27, 2004 (8th Quarterly) | October 1, 2003 – December 31, 2003 | $34,092.00 / $497.86 | $34,092.00 / $497.86 |
| February 27, 2004 | January 1, 2004 – January 31, 2004 | $8,979.00 / $436.37 | $7,183.20 / $436.47 |
| May 5, 2004 | February 1, 2004 – February 29, 2004 | $8,888.00 / $545.85 | $7,110.40 / $545.85 |
| May 28, 2004 | March 1, 2004 – March 31, 2004 | $13,807.50 / $472.11 | $11,643.00 / $472.11 |
| June 30, 2004 | April 1, 2004 – April 30, 2004 | $14,373.50 / $389.30 | $2,874.70 / $0.00 |
| July 13, 2004 (9th Quarterly) | January 1, 2004 – March 31, 2004 | $31,674.50 / $1,451.43 | $31,674.50 / $1,451.43 |
| August 3, 2004 | May 1, 2004 – May 31, 2004 | $10,840.00 / $1,279.24 | $8,672.00 / $1,279.24 |
| August 23, 2004 | June 1, 2004 – June 30, 2004 | $23,202.00 / $172.12 | $18,561.60 / $172.12 |
| October 1, 2004 | July 1, 2004 – July 31, 2004 | $13,523.50 / $33.62 | $10,818.40 / $33.62 |
| October 29, 2004 | August 1, 2004 – August 31, 2004 | $9,543.50 / $125.25 | $7,634.80 / $125.25 |
| November 1, 2004 (10th Quarterly) | April 1, 2004 – June 30, 2004 | $48,415.50 / $1,840.66 | $48,415.50 / $1,840.66 |
| November 2, 2004 | September 1, 2004 – September 30, 2004 | $24,483.00 / $836.33 | $19,586.40 / $836.33 |
| November 23, 2004 | October 1, 2004 – October 31, 2004 | $128,959.00 / $6,922.76 | $103,167.20 / $6,922.76 |
| December 28, 2004 | November 1, 2004 – November 30, 2004 | $153,725.00 / $4,236.79 | $122,980.00 / $4,236.79 |
| January 27, 2005 (11th Quarterly) | July 1, 2004 – September 30, 2004 | $47,550.00 / $995.20 | $47,550.00 / $995.20 |
| February 2, 2005 | December 1, 2004 – December 31, 2004 | $123,833.00 / $3,246.49 | $102,312.89 / $3,246.49 |

KL2 2487053.2

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| March 8, 2005 | January 1, 2005 – January 31, 2005 | $132,776.50 / $8,060.80 | $115,731.60 / $8,060.80 |
| March 28, 2005 | February 1, 2005 – February 28, 2005 | $24,706.50 / $2,444.84 | $19,765.20 / $2,444.84 |
| April 7, 2005 (12th Quarterly) | October 1, 2004 – December 31, 2004 | $406,517.00 / $14,406.04 | $406,517.00 / $14,406.04 |
| April 29, 2005 | March 1, 2005 – March 31, 2005 | $26,414.00 / $2,827.24 | $21,131.20 / $2,827.24 |
| May 16, 2005 (13th Quarterly) | January 1, 2005 – March 31, 2005 | $183,897.00 / $12,593.68 | $183,897.00/ $12,593.68 |
| May 31, 2005 | April 1, 2005 – April 30, 2005 | $29,522.00 / $1,323.60 | $29,522.00 / $1,323.60 |
| June 21, 2005 | May 1, 2005 – May 31, 2005 | $19,218.50 / $2,198.56 | $19,218.50 / $2,198.56 |
| July 28, 2005 (as Amended on August 10, 2005 | June 1, 2005 -- June 30, 2005 | 25,731.00 / $119.33 | $25,731.00 / $119.33 |
| August 29, 2005 | July 1, 2005 – July 31, 2005 | $31,738.00 / $2,829.07 | $31,738.00 / $2,829.07 |
| August 30, 2005 (14th Quarterly) | April 1, 2005 – June 30, 2005 | $74,471.50 / $3,641.49 | $74,471.50 / $3,641.49 |
| September 29, 2005 | August 1, 2005 – August 31, 2005 | $32,109.00 / $2,271.66 / | $32,109.00 / $2,271.66 |
| October 31, 2005 | September 1, 2005 September 30, 2005 | $15,709.00 / $247.99 | $15,709.00 / $247.99 |
| November 29, 2005 | October 1, 2005 October 31, 2005 | $19,318.50 $646.56 | $19,318.50 / $646.56 |
| December 29, 2005 | November 1, 2005 November 30, 2005 | $38,258.50 $1,247.28 | $38,258.50 / $1,247.28 |
| January 30, 2006 | December 1, 2005 December 31, 2005 | $17,967.50 / $1,059.46 | $17,967.50 / $1,059.46 |
| March 1, 2006 | January 1, 2006 January 31, 2006 | $8,287.00 / $1,176.17 | $8,287.00 / $1,176.17 |
| March 30, 2006 | February 1, 2006 February 28, 2006 | $22,842.00 $1,779.77 | $22,842.00 / $1,779.77 |

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| May 1, 2006 | March 1, 2006<br>March 31, 2006 | $43,621.00<br>$2,496.06 | $43,621.00 /<br>$2,496.06 |
| May 30, 2006 | April 1, 2006<br>April 30, 2006 | $18,841.00<br>$752.39 | $18,841.00 /<br>$752.39 |
| July 5, 2006 | May 1, 2006<br>May 31, 2006 | $34,354.00<br>$1,337.49 | $34,354.00 /<br>$1,337.49 |
| August 2, 2006 | June 1, 2006<br>June 30, 2006 | $21,401.00<br>$725.30 | $21,401.00 /<br>$725.30 |
| August 18, 2006 | April 1, 2006<br>June 30, 2006 | $74,596.00<br>$2,815.18 | $59,676.80 /<br>$2,815.18 |
| August 30, 2006 | July 1, 2006<br>July 31, 2006 | $29,474.50<br>$1,604.51 | $24,425.58 /<br>$1,604.51.00 |
| October 2, 2006 | August 1, 2006<br>August 31, 2006 | $67,103.00<br>$1,604.51 | $53,682.40 /<br>$1,604.51 |
| October 30, 2006 | September 1, 2006<br>September 30, 2006 | $50,691.50<br>$2,050.23 | $40.553.20 /<br>$2,050.00 |
| December 6, 2006 | October 1, 2006<br>October 31, 2006 | $72,062.75<br>$3,977.84 | $57,650.20 /<br>$3,977.84.00 |
| January 5, 2007 | November 1, 2006<br>November 30, 2006 | $66,045.00<br>$5,215.60 | $/0.00<br>$0.00 |

## SUMMARY OF TIME FOR BILLING PERIOD
## DECEMBER 1, 2006 THROUGH DECEMBER 31, 2006

| Name | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|
| Bentley, Philip | 25.90 | 630.00 | $ 16,317.00 |
| Horowitz, Gregory A. | 55.90 | 595.00 | $ 33,260.50 |
| Becker, Gary M. | 13.70 | 270.00 | $ 3,699.00 |
| Becker, Gary M. | 81.80 | 545.00 | $ 44,581.00 |
| Glass, Jessica J. | 62.00 | 395.00 | $ 24,490.00 |
| Farber, Peggy | 17.30 | 197.50 | $ 3,416.75 |
| Farber, Peggy | 96.20 | 395.00 | $ 37,999.00 |
| Gavigan, James C. | 11.30 | 220.00 | $ 2,486.00 |
| **TOTAL** | **364.10** | | **$166,249.25** |

KL2 2487053.2

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 12/01/06 through 12/31/06 | Total Fees for the Period 12/01/06 through 12/31/06 |
|---|---|---|
| Case Administration | 3.80 | $ 836.00 |
| Creditor Committee | 25.30 | $ 14,045.50 |
| Banker Motions | 11.80 | $ 7,085.50 |
| Fee Applications, Applicant | 8.90 | $ 2,413.00 |
| Claim Analysis Objection (Asbestos) | 267.80 | $126,306.00 |
| Hearings | 15.50 | $ 8,447.50 |
| Travel/Non-Working | 31.00 | $ 7,115.75 |
| **Total** | **364.10** | **$166,249.25** |

### CASE ADMINISTRATION

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| GAVIGAN, JAMES C | CRED | 3.80 | 220.00 | 836.00 |
| Subtotal | | 3.80 | | $ 836.00 |

### CREDITOR COMMITTEE

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 1.20 | 630.00 | 756.00 |
| HOROWITZ, GREGORY A. | LITI | 3.10 | 595.00 | 1,844.50 |
| BECKER, GARY M. | CRED | 21.00 | 545.00 | 11,445.00 |
| Subtotal | | 25.30 | | $ 14,045.50 |

### BANKR. MOTIONS

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 7.70 | 630.00 | 4,851.00 |
| BECKER, GARY M. | CRED | 4.10 | 545.00 | 2,234.50 |
| Subtotal | | 11.80 | | $ 7,085.50 |

### FEE APPLICATIONS, APPLICANT

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 1.40 | 545.00 | 763.00 |

KL2 2487053.2

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| PARAPROFESSIONALS | | | | |
| GAVIGAN, JAMES C | CRED | 7.50 | 220.00 | 1,650.00 |
| | Subtotal | 8.90 | | $ 2,413.00 |

### CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 17.00 | 630.00 | 10,710.00 |
| HOROWITZ, GREGORY A. | LITI | 52.80 | 595.00 | 31,416.00 |
| BECKER, GARY M. | CRED | 39.80 | 545.00 | 21,691.00 |
| GLASS, JESSICA J | LITI | 62.00 | 395.00 | 24,490.00 |
| FARBER, PEGGY | LITI | 96.20 | 395.00 | 37,999.00 |
| | Subtotal | 267.80 | | $ 126,306.00 |

### HEARINGS

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 15.50 | 545.00 | 8,447.50 |
| | Subtotal | 15.50 | | $ 8,447.50 |

### TRAVEL\NON-WORKING

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 13.70 | 270.00 | 3,699.00 |
| FARBER, PEGGY | LITI | 17.30 | 197.50 | 3,416.75 |
| | Subtotal | 31.00 | | $ 7,115.75 |
| | Total | 364.10 | | $ 166,249.25 |

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 12/1/06 through 12/31/06 |
|---|---|
| Telecopier | $ 21.00 |
| Velobindings | $ 105.00 |
| Tabs | $ 186.00 |
| Photocopying | $ 1,464.45 |
| Research Services | $ 42.00 |
| Long-Distance Tel. | $ 108.75 |
| Westlaw On-Line Research | $ 488.96 |
| Lexis/Nexis On-Line Research | $ 44.46 |
| Messenger/Courier | $ 10.71 |
| Cab Fares | $ 831.47 |
| Meals/In-House | $ 213.69 |
| Out-of-Town-Travel | $ 3,785.93 |
| Meals/T & E | $ 158.11 |
| Court Reporter/ Video Deposition | $ 1,102.30 |
| Transcript Fees | $ 1,655.16 |
| Subtotal | $ **10,217.54** |

KL2 2487053.2

Dated: February 2, 2007

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
Gary M. Becker
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

Counsel to the Official Committee of
Equity Holders

KL2 2487053.2