IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. Grace & Co., *et al.*                    Bankruptcy No. 01-1139-JKF
    Debtor(s)

Chapter 11
Jointly Administered

**Related to Dkt. No. 14375, Motion of Foster & Sear, LLP, for Extension of Time to Respond to W.R. Grace Asbestos Personal Injury Questionnaire**

**Related to Dkt. No. 14477, Debtors' Motion for Telephonic Hearing for Expedited Consideration of Foster & sear's Motion for Extension of Time to Respond to W.R. Grace Asbestos Personal Injury Questionnaire**

### ORDER SETTING TELEPHONIC HEARING

**AND NOW,** this **5th** day of **February, 2007,** it is **ORDERED** that Debtors' Motion for Telephonic Hearing for Expedited Consideration of the motion of Foster & Sear, LLP, for extension of time to respond to Debtors' asbestos personal injury questionnaire is **GRANTED**.

It is **FURTHER ORDERED** that a telephonic hearing through CourtCall is scheduled for **February 14, 2007,** at **10:00 a.m.** prevailing Eastern time, for one hour only.

It is **FURTHER ORDERED** that each side is permitted **30 minutes** for argument.

                                        */s/ Judith K. Fitzgerald*
                                        Judith K. Fitzgerald    rmab
                                        United States Bankruptcy Judge