IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 5, 2007, true and correct copies of the Discovery Requests with respect to each of the claims listed below were served on the parties listed on the attached service list in the manner indicated thereon:

1. Mc Master University (Claim No. 12368)
2. Hamilton District School Board - Westview (Claim No. 11684)
3. Hudson's Bay Company -Zellers 347 (Claim No. 11618)
4. Hudson's Bay Company - Bay 1634/Ottawa (Claim No. 12530)
5. Hudson's Bay Company - Zellers 17/Ottawa (Claim No. 12531)
6. Great West Life - London Life (Claim No. 12533
7. Toronto District School Board - Withrow (Claim No. 12317)
8. University Of Guelph (Claim No. 12329)
9. William Osler Health Centre (Claim No. 12322)
10. Toronto District School Board - Oakwood Collegiate (Claim No. 12311)
11. Toronto District School Board - Fairmount (Claim No. 12307)
12. Toronto District School Board - Humberside (Claim No. 12308)
13. Toronto District School Board - Indian Road Crescent Jr (Claim No. 12309)
14. Toronto District School Board - Monarch Park (Claim No. 12310)
15. Hamilton District School Board - Westdale (Claim No. 11683)
16. Hamilton District School Board - Sherwood Heights (Claim No. 11680)
17. Hamilton District School Board - Sherwood Secondary (Claim No. 11322)
18. Hamilton District School Board - Sir Alan Macnab (Claim No. 11681)
19. Hamilton District School Board - Sir John A. Macdonald (Claim No. 11682)
20. Oxford Properties - Edmonton Cente - Td Tower (Claim No. 12423)
21. Edmonton Public Schools - Woodcroft (Claim No. 12554)
22. Hudson's Bay Company - Bay 1144/Calgary (Claim No. 12526)
23. Hudson's Bay Company - Bay 1164/Calgary (Claim No. 12528)
24. Hudson's Bay Company - Zellers 435/Calgary (Claim No. 12532)

25. Calgary Board Of Education - Wildwood Elementary (Claim No. 12442)
26. Calgary Board Of Education - Southwood Elementary (Claim No. 12293)
27. Calgary Board Of Education - Vincent Massey Jr High (Claim No. 12438)
28. Calgary Board Of Education - Viscount Bennett (Claim No. 12439)
29. Calgary Board Of Education - Western Canada High (Claim No. 12440)
30. Winnipeg -Redcliff (354401 Alberta Ltd) (Claim No. 11620)
31. Morguard Investments Limited - 7 Oaks Mall (Claim No. 12430)
32. School District 68 Nanaimo Ladysmith - Nanaimo Sr (Claim No. 11627)
33. School District 68 Nanaimo Ladysmith - Woodlands (Claim No. 11632)
34. Hudson Bay Company - Bay 1120/Winnipeg (Claim No. 12525)
35. Carleton University - Mcodorum Library (Claim No. 12395)
36. Avalon East School Board - Hazelwood Elementary (Claim No. 12491)
37. Canadian Imperial Bank Of Commerce (Claim No. 12536)
38. Health Care Corporation Of St. John's (Claim No. 12493)
39. Atlantic Shopping Centres Ltd (Claim No. 12490)
40. Toronto District School Board - Western Tech (Claim No. 12316)
41. Toronto District School Board - Old Administration (Claim No. 12312)
42. City Of Vancouver - Queen Elizabeth Playhouse & Theatres (Claim No. 12476)
43. Toronto District School Board - Queen Alexandra (Claim No. 12314)
44. Toronto District School Board - Roden Jr. (Claim No. 12315)
45. Hudson's Bay Company - Bay 1162/Abbotsford (Claim No. 12527)
46. Oxford Properties - Edmonton City Centre East (Claim No. 12422)
47. Oxford Properties - Edmonton Centre, 10025-102 Avenue (Claim No. 12421)
48. City Of Vancouver - Parkade (Claim No. 12346)
49. Edmonton Public Schools - Wellington (Claim No. 12549)
50. Edmonton Public Schools - Ross Sheppard (Claim No. 12501)
51. Edmonton Public Schools - Strathcona (Claim No. 12546)
52. Edmonton Public Schools - Victoria (Claim No. 12548)
53. Edmonton Public Schools - Sherbrook (Claim No. 12503)
54. Toronto District School Board - Perth Ave. Jr. (Claim No. 12313)
55. Edmonton Public Schools - Ritchie School (Claim No. 12500)
56. Edmonton Public Schools - North Edmonton (Claim No. 12542)
57. Edmonton Public Schools - Parkview (Claim No. 12537)
58. Edmonton Public Schools - Prince Rupert (Claim No. 12496)
59. Edmonton Public Schools - Queen Alexandra (Claim No. 12498)
60. Hamilton District School Board - Scott Park (Claim No. 11323)
61. Fairmail Leasehold Inc - Cadillac Fairview Mall (Claim No. 12396)
62. Great West Life - Commerce Court West (Claim No. 12534)
63. Hamilton District School Board - Delta (Claim No. 13950)

64. Hamilton District School Board - Pauline Johnson (Claim No. 11678)
65. Calgary Board Of Education - Colonel Irvine Jr High (Claim No. 12348)
66. Calgary Board Of Education - Altadore Elementary (Claim No. 14885)
67. Calgary Board Of Education - Balmoral Jr High (Claim No. 12570)
68. Calgary Board Of Education - Briar Hill Elementary (Claim No. 12410)
69. Calgary Board Of Education - Cambrian Heights Elementary (Claim No. 12412)
70. Calgary Board Of Education - Sir James Lougheed (Claim No. 12331)
71. Calgary Board Of Education - James Fowler High (Claim No. 12454)
72. Calgary Board Of Education - Kingsland Elementary (Claim No. 12457)
73. Calgary Board Of Education - Parkdale Elementary (Claim No. 12590)
74. Calgary Board Of Education - Queen Elizabeth High (Claim No. 12591)
75. Edmonton Public Schools - Allendale (Claim No. 12388)
76. Calgary Board Of Education - William Aberhart (Claim No. 12443)
77. City Of Edmonton - Century Place (Claim No. 12489)
78. City Of Edmonton - Clarke Stadium (Claim No. 12400
79. City Of Edmonton - Davies Transit (Claim No. 12401
80. Toronto District School Board - Elm Lea Jr (Claim No. 12306)
81. Morguard Investments Limited - 55 City Centre Drive (Claim No. 12427)
82. Toronto District School Board - Bloor Collegiate Institute (Claim No. 12303)
83. Toronto District School Board - Deer Park (Claim No. 12304)
84. Toronto District School Board - Dewson (Claim No. 12305)
85. Edmonton Public Schools - Newton (Claim No. 12541)
86. Edmonton Public Schools - Bonnie Doon (Claim No. 12394)
87. Edmonton Public Schools - Delton (Claim No. 12377
88. Edmonton Public Schools - Eastglen (Claim No. 12557
89. Edmonton Public Schools - Ja Fife (Claim No. 12576)

DATED: February 5, 2007

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:        loizides@loizides.com

*Local Counsel for Speights & Runyan Claimants*

070205150526.DOC                    3

**SERVICE LIST**

**VIA HAND-DELIVERY**

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 No. Market Street, 17th Floor
Wilmington, DE 19801

Teresa K. D. Currier, Esquire
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801

Marla R. Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

David M. Klauder, Esquire
Office of the United States Trustee
844 N. King Street, Room 2207
Wilmington, DE 19801

Theodore Tacconelli, Esquire
Ferry Joseph & Pearce, PA
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE 19899-1351

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806

**VIA FEDEX**

David M. Bernick, Esquire
Janet S. Baer, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Peter Van N. Lockwood, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

Roger Frankel, Esquire
Richard H. Wyron, Esquire
The Washington Harbour
Orrick Herrington & Sutcliffe LLP
3050 K Street, N.W., Suite 200
Washington, DC 20007-5135

Scott Baena, Esquire
Bilzin Sumberg Baena Price & Axelrod, LLP
First Union Financial Center
200 So. Biscayne Bl., Suite 2500
Miami, FL 33131-2336

James Restivo, Jr., Esquire
Reed Smith, LLP
435 Sixth Avenue
Pittsburgh, PA 15219

David B. Siegel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044