page 3 of 7

# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:
W.R. Grace & Co.
    Debtor(s)

Bankruptcy No. 01-1139-JKF
Jointly Administered
Chapter 11

**Related to Dkt. No. 14441, Expedited Motion to Modify Order Regarding Production of X-Rays Based on Substantial Non-Compliance with Order; Dkt. No. 14442, Motion for Leave to File Emergency Motion to Modify Order Regarding Production of X-Rays Based on Substantial Non-Compliance with Order**

### ORDER SETTING EXPEDITED HEARING ON MOTION TO MODIFY ORDER REGARDING PRODUCTION OF X-RAYS

AND NOW, this 31st day of **January, 2007**, it is **ORDERED** that the Motion for Leave to File Emergency Motion is **GRANTED**.

It is **FURTHER ORDERED** that a hearing on the Expedited Motion to Modify Order Regarding Production of X-Rays is scheduled for **Friday, February 2, 2007, at 3:30 p.m.**, prevailing Eastern time, by telephone through CourtCall. The hearing shall be one hour in duration, each side permitted 30 minutes for argument.

It is **FURTHER ORDERED** that responses to the Expedited Motion to Modify Order shall be filed and served by **3:00 p.m.** on **Thursday, February 1, 2007.**

It is **FURTHER ORDERED** that by **3:00 p.m.** on **February 1, 2007**, filed responses shall be e-mailed to jkf@pawb.uscourts.gov.

_Judith K. Fitzgerald_   rmab
Judith K. Fitzgerald
United States Bankruptcy Judge