# EXHIBIT 2

## for WRPIGrace

Total number of parties: 44

### Exhibit 2 - WR Grace PI

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23212 | BALDWIN JR, SCOTT, BALDWIN & BALDWIN, 903-935-9538 | Fax |
| 23217 | BARBARA TAYLOR, ROSE KLEIN & MARIAS LLP, 401 E OCEAN BLVD STE 301, PO BOX 22792, LONG BEACH, CA, 90801-5792 | USPS Express Mail |
| 23212 | BARBARA TAYLOR, ROSE KLEIN & MARIAS LLP, 562-436-4696<br>fax failed | Fax |
| 23212 | BEVAN, THOMAS, BEVAN & ASSOCIATES, 330-467-4493 | Fax |
| 23212 | BLACK, JANET WARD, WARD BLACK LAW, 336-379-9415 | Fax |
| 23212 | BOGDAN, ERIC, THE BOGDAN LAW FIRM, 713-378-9379 | Fax |
| 23212 | BRITTON-MENLISCH, SCOTT A, HUMPHREY FARRINGTON & MCCLAIN PC, (816) 836-8966 | Fax |
| 23212 | CLIMACO, CLIMACO, LEFKOWITZ & GAROFOLI CO., LPA, (202) 349-9867 | Fax |
| 23212 | CLIMACO, CLIMACO, LEFKOWITZ & GAROFOLI CO., LPA, (216) 771-1632 | Fax |
| 23212 | CLIMACO, CLIMACO, LEFKOWITZ & GAROFOLI CO., LPA, (504) 585-7925 | Fax |
| 23212 | COLIN D MOORE, PROVOST UMPHREY LAW FIRM LLP, 202-879-5200 | Fax |
| 23212 | DAVID A JAGOLINZER, FERRARO & ASSOCIATES, 305-379-6222 | Fax |
| 23212 | DAVID A JAGOLINZER, THE FERRARO LAW FIRM, 305-379-6222 | Fax |
| 23217 | DAVID T COBB PLC, 407 ORCHARD PARK, RIDGELAND, MS, 39157-5134 | Federal Express Overnight |
| 23212 | DEBRA GORMAN, ROSE KLEIN & MARIAS LLP, 213-623-7755 | Fax |
| 23212 | DEIDRE WOULFE PACHECO, WILENTZ GOLDMAN & SPITZER, 732-726-6627 | Fax |
| 23212 | DIXON, DAVID A, LANIER LAW FIRM, 713-659-2204 | Fax |
| 23212 | DOUGLAS, GLENN M, CROWLEY DOUGLAS & NORMAN LLP, (713) 651-1775 | Fax |
| 23212 | DUNCAN, NATALIE, BARON & BUDD PC, 214-520-1181 | Fax |
| 23212 | GRAYZEL, RONALD B, LEVINSON AXELROD PA, 732-494-2712 | Fax |
| 23212 | HANNERS, MICHAEL J, SILBER PEARLMAN LLP, 214-824-8100 | Fax |
| 23212 | HEBERLING, JON L, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, (406) 752-7124 | Fax |
| 23212 | HENDRICKS, SHEILA J, CAMPBELL CHERRY HARRISON DAVIS DOVE, 254-761-3301 | Fax |
| 23212 | J BURTON LEBLANC IV, LEBLANC & WADDELL LLP, 225-768-7999 | Fax |
| 23212 | JENSEN, MARGARET HOLMAN, ZAMLER MELLEN & SHIFFMAN PC, 248-552-1380 | Fax |
| 23212 | JOHN E HERRICK, MOTLEY & RICE LLC, 843-216-9440 | Fax |
| 23212 | KEAHEY, G PATTERSON, G PATTERSON KEAHEY PC, 205-871-0801 | Fax |
| 23212 | KENDALL, GARY W, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL PLLC, 434-951-7218 | Fax |
| 23212 | LANIER, W MARK, LANIER LAW FIRM, 713-659-2204 | Fax |
| 23212 | LAVERDIERE RICHARD A, SIEBEN POLK LAVERDIERE & DUSICH, 651-437-2732 | Fax |
| 23212 | LEH, MICHAEL B/LINDHEIM, JERRY A, LOCKS LAW FIRM PLLC, 215-893-3444 | Fax |
| 23212 | MATHENY, PAUL M, ANGELOS, PETER G LAW OFFICES OF, 410-649-2111 | Fax |
| 23212 | MICHAEL DORAN, DORAN & MURPHY, (716) 884-2146 | Fax |
| 23212 | MICHAEL H DORAN & ASSOCIATES, 716.884.2146 | Fax |
| 23212 | PARRON, DAVID D, PARRON FIRM, 817-459-0067 | Fax |
| 23217 | R DEAN HARTLEY, HARTLEY & O'BRIEN PLLC, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855 | Federal Express Overnight |
| 23212 | R DEAN HARTLEY, HARTLEY & O'BRIEN PLLC, 304-233-0774<br>fax failed | Fax |
| 23216 | R DEAN HARTLEY, HARTLEY & O'BRIEN PLLC, DHARTLEY@HARTLEYOBRIEN.COM | E-mail |
| 23212 | RILEY, J MICHAEL, MARTIN & JONES, 919-863-6080 | Fax |
| 23212 | SUTTER, JOHN E, SUTTER LAW FIRM, 304-343-1519 | Fax |
| 23212 | TAYLOR & CIRE, (713) 654-7814 | Fax |
| 23212 | TOM B SCOTT III, SCOTT AND SCOTT LTD, (601) 353-9527 | Fax |

## Exhibit 2 - WR Grace PI

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23212 | VARAS, JEFFREY A, VARAS, JEFFREY A LAW OFFICE OF, 601-894-4688 | Fax |
| 23212 | WILSON, THOMAS M, KELLEY FERRARO LLP, 216-575-0799 | Fax |

**Subtotal for this group: 44**