IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **THE THAXTON GROUP, INC.,** | § | |
| *et al* | § | **Jointly Administered** |
| | § | **Case No. 03-13182 through** |
| | § | **03-13213 (PJW)** |
| **Debtor.** | § | |
| | § | |
| | § | **Re: Docket No. 3819** |

**CERTIFICATION OF NO OBJECTION
REGARDING DOCKET NO. 3819**

The undersigned hereby certifies that, as of the date hereof, he or she has received no answer, objection or other responsive pleading to the Notice of Monthly Fee and Expense Invoice (the "Invoice"), for September 1, 2006 through September 30, 2006 filed on December 27, 2006. The undersigned further certifies that he or she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Invoice appears thereon. Pursuant to the Invoice, objections to the Invoice were to be filed and served no later than January 17, 2007. Thus Debtors are authorized to pay the undersigned eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Invoice.

February 6, 2007                                        **WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
Warren H. Smith
State Bar No. 18757050

325 N. St. Paul Street, Suite 1275
Republic Center
Dallas, Texas 75201
(214) 698-3868
(214) 722-0081 (FAX)
**FEE AUDITOR**

ThaxtonWHSCNO0906.rtf