IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 5, 2007, true and correct copies of Speights & Runyan's Notices of Depositions of Graeme Mew and Roger Morse on behalf of Canadian claimants and Notice of Deposition of Roger Morse on behalf of California claimants were served on the parties on the attached service lists as indicated thereon.

DATED: February 6, 2007

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:       loizides@loizides.com

*Counsel for Speights & Runyan Claimants*

070206124029.doc

## CERTIFICATE OF SERVICE

I, the undersigned, of the law office of Speights & Runyan, attorneys for Plaintiff do hereby certify that I have served Debtors' counsel in this action with a copy of Notice of Deposition of Roger Morse by placing a copy of same in the United States mail in a properly addressed envelope, with adequate postage affixed thereto, addressed as follows:

Douglas E. Cameron, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
dcameron@reedsmith.com

James J. Restivo, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
jrestivo@reedsmith.com

Traci S. Rea, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
trea@reedsmith.com

Lisa G. Esayian, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
lesayian@kirkland.com

SUSAN T. MURDAUGH, Paralegal

This the 5th day of February, 2007

## CERTIFICATE OF SERVICE

I, the undersigned, of the law office of Speights & Runyan, attorneys for Plaintiff do hereby certify that I have served Debtors' counsel in this action with a copy of Notice of Deposition of Roger G. Morse by placing a copy of same in the United States mail in a properly addressed envelope, with adequate postage affixed thereto, addressed as follows:

Douglas E. Cameron, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

James J. Restivo, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Traci S. Rea, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Lisa G. Esayian, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

_____
Janice Proffitt
Paralegal

This the 5 day of February, 2007

## CERTIFICATE OF SERVICE

I, the undersigned, of the law office of Speights & Runyan, attorneys for Plaintiff do hereby certify that I have served Debtors' counsel in this action with a copy of Notice of Deposition of Graem Mew by placing a copy of same in the United States mail in a properly addressed envelope, with adequate postage affixed thereto, addressed as follows:

> Douglas E. Cameron, Esquire
> Reed Smith LLP
> 435 Sixth Avenue
> Pittsburgh, PA 15219
> dcameron@reedsmith.com
>
> James J. Restivo, Esquire
> Reed Smith LLP
> 435 Sixth Avenue
> Pittsburgh, PA 15219
> jrestivo@reedsmith.com
>
> Traci S. Rea, Esquire
> Reed Smith LLP
> 435 Sixth Avenue
> Pittsburgh, PA 15219
> trea@reedsmith.com
>
> Lisa G. Esayian, Esquire
> Kirkland & Ellis
> 200 East Randolph Drive
> Chicago, IL 60601
> lesayian@kirkland.com

SUSAN T. MURDAUGH, Paralegal

This the 5th day of February, 2007