## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Docket No. 11604 |
| Debtors. | ) | |
| | ) | Proposed Objection Deadline:  December 15, 2006 |
| | ) | Proposed Hearing Date:  December 18, 2006 @ 2:00 PM |

### ORDER GRANTING THE
### MOTION OF ANDERSON MEMORIAL
### HOSPITAL TO COMPEL DEPOSITION OF DEBTORS'
### RECORDS CUSTODIAN(S) UNDER BANKRUPTCY RULE 7037

Upon consideration of the above-referenced motion (the "Motion"), and due and adequate

notice of the Motion having been given; and objections, if any, having been resolved or

overruled; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

1334; and the Motion constituting a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and after

a hearing on the Motion and the Court having considered the evidence and heard argument; ⊛ it is

hereby

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the above-captioned debtors shall produce their records custodian(s)

pursuant to Anderson's Notice of Deposition dated October 30, 2006 (attached as Exhibit A to

the Motion) at the offices of Anderson's Delaware counsel on or prior to *Feb. 20, 2007*

DATED: *2/7*_____, 2006

*Judith K. Fitzgerald*
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

⊛ *and finding that
the discovery is
subject to all
objections & privileges
and that the discovery,
as sought, may be
calculated to lead to
relevant and admissible
evidence as to commonality,
typicality, numerosity and
superiority and thus, at
this stage, is appropriate;*

061208133317 doc