IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al. ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | Objection Deadline: February 26, 2007 at 4:00 p.m |
| ) | Hearing: Schedule if Necessary (Negative Notice) |

COVER SHEET TO EIGHTEENTH MONTHLY APPLICATION OF
TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
NOVEMBER 1, 2006 THROUGH NOVEMBER 30, 2006

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered December 21, 2004) |
| Period for which compensation is sought: | November 1, 2006 through November 30, 2006 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $269,440.50 |
| 80% of fees to be paid: | $215,552.40 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $   3,867.89 |
| Total Fees @ 80% and 100% Expenses: | $219,420.29 |

This is an:  __ interim   X  monthly   __ final application.

## COMPENSATION SUMMARY
November 2006

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
| --- | --- | --- | --- | --- |
| Jenni Biggs | Consulting Actuary (22 years) FCAS | $625 | 140.60 | $87,875.00 |
| Julianne Callaway | Analyst (3 years) ACAS | $300 | 108.30 | $32,490.00 |
| Melissa Chung | Analyst (1 year) | $250 | 22.00 | $5,500.00 |
| Bryan Gillespie | Consulting Actuary (1 year) FCAS | $400 | 88.70 | $35,480.00 |
| Jeffrey Kimble | Consulting Actuary (6 years) ACAS | $375 | 142.30 | $53,362.50 |
| Nicole King | Analyst (4 years) | $250 | 2.20 | $550.00 |
| Ken Leonard | Consulting Actuary (2 years) ACAS | $385 | 14.00 | $5,390.00 |
| Steve Lin | Consulting Actuary (10 years) | $425 | 1.00 | $425.00 |
| Adam Luechtefeld | Analyst (3 years) | $250 | 59.30 | $14,825.00 |
| Brent Petzoldt | Analyst (1 year) | $100 | 3.20 | $320.00 |
| David Powell | Consulting Actuary (22 years) ACAS | $675 | 18.70 | $12,622.50 |
| Rhamonda Riggins | Analyst (4 years) | $260 | 9.20 | $2,392.00 |
| Ollie Sherman | Consulting Actuary (21 years) | $675 | 18.70 | $12,622.50 |
| Ed Woynich | Consultant (3 years) | $285 | 19.60 | $5,586.00 |
| **Total Blended Rate: $415.93** | | | **647.80** | **$269,440.50** |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| Data Analysis | 647.80 | $269,440.50 |

## EXPENSE SUMMARY

| Expense Category | Total |
| --- | --- |
| Airfare | $2,177.80 |
| Taxi | $146.80 |
| Trains | $127.90 |
| Hotel | 703.72 |
| Meals | 267.92 |
| Use of Own Car | 99.59 |
| Car Rental | 184.41 |
| Phone | 4.00 |
| Parking | $155.75 |
| **Total Expenses** | **$3,867.89** |

| November 2006 – Grand Total | $273,308.39 |
| --- | --- |

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: *Jennifer L. Biggs* (signature)

Jennifer L. Biggs, FCAS, MAAA
101 S. Hanley Rd.
St. Louis, MO 63105
(314) 719-5843

Dated: Feb. 5, 2007