# EXHIBIT A

**W.R. Grace (Bankruptcy)**
**Towers Perrin Time Records**

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| | | | | | **Nov-06 (pg 1 of 2)** |
| Jenni Biggs | 11/1/2006 | 7.70 | $625 | $4,812.50 | Analysis |
| Jenni Biggs | 11/2/2006 | 4.20 | $625 | $2,625.00 | Data analysis |
| Jenni Biggs | 11/3/2006 | 6.40 | $625 | $4,000.00 | Data analysis |
| Jenni Biggs | 11/4/2006 | 10.50 | $625 | $6,562.50 | Data analysis |
| Jenni Biggs | 11/5/2006 | 2.50 | $625 | $1,562.50 | Data analysis |
| Jenni Biggs | 11/6/2006 | 15.50 | $625 | $9,687.50 | Analysis; preparation for meeting |
| Jenni Biggs | 11/7/2006 | 7.70 | $625 | $4,812.50 | Preparation for meeting |
| Jenni Biggs | 11/8/2006 | 12.50 | $625 | $7,812.50 | Meeting at Orrick (plus 50% of travel time coded as billable) |
| Jenni Biggs | 11/9/2006 | 0.70 | $625 | $437.50 | Follow-up to meeting |
| Jenni Biggs | 11/10/2006 | 0.90 | $625 | $562.50 | Follow-up to meeting |
| Jenni Biggs | 11/13/2006 | 8.00 | $625 | $5,000.00 | Follow-up to meeting; discussion with Radecki |
| Jenni Biggs | 11/14/2006 | 10.00 | $625 | $6,250.00 | Follow-up to meeting; preparation |
| Jenni Biggs | 11/15/2006 | 17.50 | $625 | $10,937.50 | Prep draft report |
| Jenni Biggs | 11/16/2006 | 6.00 | $625 | $3,750.00 | Prep draft report |
| Jenni Biggs | 11/17/2006 | 9.50 | $625 | $5,937.50 | Prep draft report |
| Jenni Biggs | 11/18/2006 | 4.30 | $625 | $2,687.50 | Prep of text |
| Jenni Biggs | 11/19/2006 | 4.00 | $625 | $2,500.00 | Prep of text |
| Jenni Biggs | 11/20/2006 | 1.00 | $625 | $625.00 | Prep of text |
| Jenni Biggs | 11/21/2006 | 6.20 | $625 | $3,875.00 | Prep of text |
| Jenni Biggs | 11/22/2006 | 5.50 | $625 | $3,437.50 | Prep of text |
| | | 140.60 | | $87,875.00 | |
| | | | | | |
| Julianne Callaway | 11/1/2006 | 6.90 | $300 | $2,070.00 | Database work |
| Julianne Callaway | 11/2/2006 | 11.40 | $300 | $3,420.00 | Database work |
| Julianne Callaway | 11/3/2006 | 14.20 | $300 | $4,260.00 | Database work |
| Julianne Callaway | 11/4/2006 | 5.30 | $300 | $1,590.00 | Database work |
| Julianne Callaway | 11/5/2006 | 5.20 | $300 | $1,560.00 | Database work |
| Julianne Callaway | 11/6/2006 | 6.60 | $300 | $1,980.00 | Tech exhibits |
| Julianne Callaway | 11/7/2006 | 7.80 | $300 | $2,340.00 | Exhibit prep, database work |
| Julianne Callaway | 11/9/2006 | 7.70 | $300 | $2,310.00 | database work. |
| Julianne Callaway | 11/12/2006 | 2.00 | $300 | $600.00 | database work |
| Julianne Callaway | 11/14/2006 | 5.40 | $300 | $1,620.00 | database work |
| Julianne Callaway | 11/16/2006 | 0.50 | $300 | $150.00 | Database work. |
| Julianne Callaway | 11/17/2006 | 9.60 | $300 | $2,880.00 | Update Exhibits |
| Julianne Callaway | 11/20/2006 | 7.00 | $300 | $2,100.00 | Updating text |
| Julianne Callaway | 11/21/2006 | 3.30 | $300 | $990.00 | Database question. |
| Julianne Callaway | 11/21/2006 | 1.80 | $300 | $540.00 | Tech scenarios |
| Julianne Callaway | 11/22/2006 | 2.60 | $300 | $780.00 | Database question. |
| Julianne Callaway | 11/27/2006 | 6.00 | $300 | $1,800.00 | Database questions relating to Rust match. Reviewing text. |
| Julianne Callaway | 11/30/2006 | 5.00 | $300 | $1,500.00 | Discussing text and next steps. Review text. Database requests |
| | | 108.30 | | $32,490.00 | |
| | | | | | |
| Melissa Chung | 11/3/2006 | 3.00 | $250 | $750.00 | Tech/revised freq file |
| Melissa Chung | 11/4/2006 | 8.50 | $250 | $2,125.00 | Tech/revised freq and avg paid files tech/revised freq, avg paid and proj files |
| Melissa Chung | 11/5/2006 | 8.00 | $250 | $2,000.00 | Tech/revised proj and recap files |
| Melissa Chung | 11/6/2006 | 2.00 | $250 | $500.00 | Tech/modify files |
| Melissa Chung | 11/7/2006 | 0.50 | $250 | $125.00 | Tech review files |
| | | 22.00 | | $5,500.00 | |
| | | | | | |
| Bryan Gillespie | 11/1/2006 | 9.10 | $400 | $3,640.00 | Includes 2.6 billed of travel time (50%), analysis and work for rust mtg |
| Bryan Gillespie | 11/2/2006 | 7.50 | $400 | $3,000.00 | Includes 3.8 billed (at 50%) for travel time, rust mtg. |
| Bryan Gillespie | 11/3/2006 | 7.30 | $400 | $2,920.00 | Analysis of data in model, review of non-estimation expert reports |
| Bryan Gillespie | 11/4/2006 | 3.20 | $400 | $1,280.00 | Analysis of data, review of non-est expert reports |
| Bryan Gillespie | 11/6/2006 | 1.20 | $400 | $480.00 | Analysis |
| Bryan Gillespie | 11/7/2006 | 2.30 | $400 | $920.00 | Analysis |
| Bryan Gillespie | 11/8/2006 | 10.60 | $400 | $4,240.00 | Attend meeting. includes 3.6 hours (at 50%) for travel |
| Bryan Gillespie | 11/9/2006 | 0.80 | $400 | $320.00 | Analysis |
| Bryan Gillespie | 11/10/2006 | 5.60 | $400 | $2,240.00 | Attend meeting. Includes 1.6 hours (at 50%) for travel |
| Bryan Gillespie | 11/13/2006 | 4.10 | $400 | $1,640.00 | Analysis |
| Bryan Gillespie | 11/14/2006 | 10.20 | $400 | $4,080.00 | Analysis |
| Bryan Gillespie | 11/15/2006 | 1.30 | $400 | $520.00 | Work on draft expert report |
| Bryan Gillespie | 11/16/2006 | 8.40 | $400 | $3,360.00 | Work on draft expert report |
| Bryan Gillespie | 11/17/2006 | 3.10 | $400 | $1,240.00 | Work on draft expert report |
| Bryan Gillespie | 11/18/2006 | 0.40 | $400 | $160.00 | Work on draft expert report |
| Bryan Gillespie | 11/20/2006 | 5.20 | $400 | $2,080.00 | Work on draft of expert report |
| Bryan Gillespie | 11/21/2006 | 2.10 | $400 | $840.00 | Teleconference and other work on draft of expert report |
| Bryan Gillespie | 11/28/2006 | 1.90 | $400 | $760.00 | Review of draft expert report |
| Bryan Gillespie | 11/29/2006 | 1.20 | $400 | $480.00 | Review of draft expert report |
| Bryan Gillespie | 11/30/2006 | 3.20 | $400 | $1,280.00 | Phone conversation about and work on draft expert report |
| | | 88.70 | | $35,480.00 | |

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| Jeff Kimble | 11/1/2006 | 6.70 | $375 | $2,512.50 | Incorporating ES comments on filing pattern |
| Jeff Kimble | 11/2/2006 | 3.30 | $375 | $1,237.50 | Updating filing pattern based on Stallard information |
| Jeff Kimble | 11/3/2006 | 9.70 | $375 | $3,637.50 | Updating filing pattern based on Stallard information |
| Jeff Kimble | 11/6/2006 | 6.00 | $375 | $2,250.00 | Create exhibits for 11/8 presentation |
| Jeff Kimble | 11/7/2006 | 9.30 | $375 | $3,487.50 | Create exhibits for 11/8 presentation |
| Jeff Kimble | 11/8/2006 | 9.80 | $375 | $3,675.00 | Meeting at Orrick (50% of travel time coded as billable) |
| Jeff Kimble | 11/9/2006 | 4.30 | $375 | $1,612.50 | Responding to items from the 11/8 meeting |
| Jeff Kimble | 11/10/2006 | 8.00 | $375 | $3,000.00 | Updating the filing patterns for Cancers and Non-Malignant diseases |
| Jeff Kimble | 11/11/2006 | 6.50 | $375 | $2,437.50 | Updating the filing patterns for Cancers and Non-Malignant diseases |
| Jeff Kimble | 11/13/2006 | 7.00 | $375 | $2,625.00 | Data analysis |
| Jeff Kimble | 11/14/2006 | 10.10 | $375 | $3,787.50 | Data analysis |
| Jeff Kimble | 11/15/2006 | 13.70 | $375 | $5,137.50 | Work on expert report draft |
| Jeff Kimble | 11/16/2006 | 9.80 | $375 | $3,675.00 | Work on expert report draft |
| Jeff Kimble | 11/17/2006 | 10.80 | $375 | $4,050.00 | Work on expert report draft |
| Jeff Kimble | 11/19/2006 | 2.00 | $375 | $750.00 | Work on expert report draft |
| Jeff Kimble | 11/20/2006 | 9.50 | $375 | $3,562.50 | Work on expert report draft |
| Jeff Kimble | 11/21/2006 | 9.30 | $375 | $3,487.50 | Work on expert report draft |
| Jeff Kimble | 11/22/2006 | 2.50 | $375 | $937.50 | Work on expert report draft |
| Jeff Kimble | 11/27/2006 | 0.50 | $375 | $187.50 | Work on expert report draft |
| Jeff Kimble | 11/30/2006 | 3.50 | $375 | $1,312.50 | Work on expert report draft |
| | | 142.30 | | $53,362.50 | |
| Nicole King | 11/2/2006 | 2.20 | $250 | $550.00 | CMS database, Manville data lookups for Jeff |
| | | 2.20 | | $550.00 | |
| Ken Leonard | 11/7/2006 | 4.00 | $385 | $1,540.00 | Disease matching |
| Ken Leonard | 11/10/2006 | 4.00 | $385 | $1,540.00 | Disease matching |
| Ken Leonard | 11/11/2006 | 4.00 | $385 | $1,540.00 | Disease matching |
| Ken Leonard | 11/13/2006 | 2.00 | $385 | $770.00 | Disease matching |
| | | 14.00 | | $5,390.00 | |
| Steve Lin | 11/15/2006 | 1.00 | $425 | $425.00 | Trend factors |
| | | 1.00 | | $425.00 | |
| Adam Luechtefeld | 11/1/2006 | 4.50 | $250 | $1,125.00 | Working with Claim Data. Working with Asbestos Model. |
| Adam Luechtefeld | 11/2/2006 | 7.50 | $250 | $1,875.00 | Working with Asbestos Model. |
| Adam Luechtefeld | 11/13/2006 | 7.00 | $250 | $1,750.00 | Updating the Model |
| Adam Luechtefeld | 11/14/2006 | 4.00 | $250 | $1,000.00 | Data Manipulation Updating the Model |
| Adam Luechtefeld | 11/15/2006 | 9.70 | $250 | $2,425.00 | Updating the Model |
| Adam Luechtefeld | 11/16/2006 | 7.50 | $250 | $1,875.00 | Updating the Model |
| Adam Luechtefeld | 11/20/2006 | 8.50 | $250 | $2,125.00 | Adjusting the model. |
| Adam Luechtefeld | 11/21/2006 | 8.10 | $250 | $2,025.00 | Running different Scenarios. |
| Adam Luechtefeld | 11/30/2006 | 2.50 | $250 | $625.00 | Review of the report. |
| | | 59.30 | | $14,825.00 | |
| Brent Petzoldt | 11/16/2006 | 1.20 | $100 | $120.00 | Meso claims |
| Brent Petzoldt | 11/17/2006 | 1.10 | $100 | $110.00 | Updating Exhibits |
| Brent Petzoldt | 11/21/2006 | 0.90 | $100 | $90.00 | Updates to draft report |
| | | 3.20 | | $320.00 | |
| Dave Powell | 11/7/2006 | 3.20 | $675 | $2,160.00 | Peer review of exhibits |
| Dave Powell | 11/14/2006 | 2.30 | $675 | $1,552.50 | Peer review of exhibits |
| Dave Powell | 11/15/2006 | 1.20 | $675 | $810.00 | Peer review of exhibits |
| Dave Powell | 11/16/2006 | 3.50 | $675 | $2,362.50 | Peer review of exhibits |
| Dave Powell | 11/17/2006 | 4.80 | $675 | $3,240.00 | Peer review of exhibits |
| Dave Powell | 11/20/2006 | 3.70 | $675 | $2,497.50 | Peer review of exhibits |
| | | 18.70 | | $12,622.50 | |
| Rhamonda Riggins | 11/1/2006 | 2.70 | $260 | $702.00 | RUST Database |
| Rhamonda Riggins | 11/3/2006 | 1.50 | $260 | $390.00 | RUST Database |
| Rhamonda Riggins | 11/9/2006 | 4.00 | $260 | $1,040.00 | RUST Database |
| Rhamonda Riggins | 11/21/2006 | 0.50 | $260 | $130.00 | RUST Database |
| Rhamonda Riggins | 11/22/2006 | 0.50 | $260 | $130.00 | RUST Database |
| | | 9.20 | | $2,392.00 | |
| Ollie Sherman | 11/2/2006 | 0.20 | $675 | $135.00 | Review and discussion of assumptions for the draft analysis |
| Ollie Sherman | 11/7/2006 | 3.00 | $675 | $2,025.00 | Review and discussion of presentation of draft results |
| Ollie Sherman | 11/8/2006 | 8.00 | $675 | $5,400.00 | Meeting with Orrick and discussion of draft findings |
| Ollie Sherman | 11/16/2006 | 2.50 | $675 | $1,687.50 | Review and discussion of modifications to assumptions |
| Ollie Sherman | 11/17/2006 | 2.00 | $675 | $1,350.00 | Review of draft report |
| Ollie Sherman | 11/20/2006 | 1.00 | $675 | $675.00 | Review of draft report |
| Ollie Sherman | 11/21/2006 | 2.00 | $675 | $1,350.00 | Review of draft report |
| | | 18.70 | | $12,622.50 | |
| Ed Woynich | 11/1/2006 | 3.00 | $285 | $855.00 | Meeting with RUST and return travel to Chicago (50%) |
| Ed Woynich | 11/2/2006 | 6.50 | $285 | $1,852.50 | Meeting with RUST and return travel to Chicago (50%) |
| Ed Woynich | 11/9/2006 | 1.50 | $285 | $427.50 | Meeting at Verus in Hopewell, NJ to discuss RUST database |
| Ed Woynich | 11/10/2006 | 7.50 | $285 | $2,137.50 | Meeting at Verus in Hopewell, NJ to discuss RUST database |
| Ed Woynich | 11/24/2006 | 1.10 | $285 | $313.50 | Meeting at Verus in Hopewell, NJ to discuss RUST database |
| | | 19.60 | | $5,586.00 | |
| | | 647.80 | | $269,440.50 | |