# EXHIBIT A

**W.R. Grace (Bankruptcy)**
**Towers Perrin Time Records**

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| | | | | | **Dec-06** |
| Jenni Biggs | 12/2/2006 | 2.00 | $625 | $1,250.00 | Billing on 11/27/06 (late submission) |
| Jenni Biggs | 12/2/2006 | 0.50 | $625 | $312.50 | Billing on 11/28/06 (late submission) |
| Jenni Biggs | 12/2/2006 | 0.50 | $625 | $312.50 | Billing on 11/29/06 (late submission) |
| Jenni Biggs | 12/2/2006 | 0.50 | $625 | $312.50 | Follow-up draft to draft & report on 11/27 (late submission) |
| Jenni Biggs | 12/2/2006 | 1.00 | $625 | $625.00 | Follow-up draft to draft & report on 11/22 (late submission) |
| Jenni Biggs | 12/2/2006 | 4.20 | $625 | $2,625.00 | Follow-up draft to draft & report on 11/30 (late submission) |
| Jenni Biggs | 12/8/2006 | 0.90 | $625 | $562.50 | Billing |
| Jenni Biggs | 12/9/2006 | 0.20 | $625 | $125.00 | Project planning |
| Jenni Biggs | 12/11/2006 | 0.20 | $625 | $125.00 | Billing |
| Jenni Biggs | 12/13/2006 | 2.50 | $625 | $1,562.50 | Preparation and call with Orrick |
| Jenni Biggs | 12/15/2006 | 2.50 | $625 | $1,562.50 | Preparation and call with Orrick |
| | | 15.00 | | $9,375.00 | |
| Julianne Callaway | 12/4/2006 | 0.80 | $300 | $240.00 | Database questions |
| Julianne Callaway | 12/4/2006 | 0.50 | $300 | $150.00 | Technical review |
| Julianne Callaway | 12/8/2006 | 2.00 | $300 | $600.00 | Technical review |
| Julianne Callaway | 12/13/2006 | 2.40 | $300 | $720.00 | Technical review |
| Julianne Callaway | 12/20/2006 | 4.00 | $300 | $1,200.00 | Technical review |
| Julianne Callaway | 12/29/2006 | 4.70 | $300 | $1,410.00 | Added add'l RUST matches to Grace database |
| | | 14.40 | | $4,320.00 | |
| Bryan Gillespie | 12/4/2006 | 2.30 | $400 | $920.00 | Review of draft |
| Bryan Gillespie | 12/14/2006 | 0.40 | $400 | $160.00 | Analysis |
| Bryan Gillespie | 12/15/2006 | 1.90 | $400 | $760.00 | Teleconference on draft report and analysis |
| | | 4.60 | | $1,840.00 | |
| Chris Grant | 12/1/2006 | 0.80 | $210 | $168.00 | Database work |
| | | 0.80 | | $168.00 | |
| Jeff Kimble | 12/1/2006 | 7.00 | $375 | $2,625.00 | Work on expert report draft |
| Jeff Kimble | 12/15/2006 | 2.30 | $375 | $862.50 | Review draft report and meeting on draft report |
| | | 9.30 | | $3,487.50 | |
| Dave Powell | 12/15/2007 | 0.40 | $675 | $270.00 | Peer review |
| | | 0.40 | | $270.00 | |
| Ollie Sherman | 12/14/2006 | 2.00 | $675 | $1,350.00 | Review report |
| Ollie Sherman | 12/15/2006 | 2.00 | $675 | $1,350.00 | Conference call to discuss report |
| Ollie Sherman | 12/15/2006 | 1.50 | $675 | $1,012.50 | Review report |
| | | 5.50 | | $3,712.50 | |
| | | 50.00 | | $23,173.00 | |