IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. Grace & Co., et al., ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| ) | |
| Debtors. ) | Objection Deadline: February 27, 2007 |
| ) | Hearing Date: TBD only if necessary |

SUMMARY OF THE VERIFIED APPLICATION OF THE SCOTT LAW
GROUP, P.S. FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL
COUNSEL FOR THE INTERIM PERIOD FROM
OCTOBER 1, 2006 THROUGH OCTOBER 31, 2006

Name of Applicant: The Scott Law Group, P.S.

Authorized to Provide Professional Services to: Zonolite Attic Insulation Claimants

Date of Appointment: July 22, 2002

Period for which compensation and
Reimbursement is sought: October 1, 2006 through
October 31, 2006

Amount of Compensation sought as actual,
Reasonable, and necessary: $ 2,302.50

Amount of Expenses Reimbursement: $ 0

This is a: X monthly  _ interim  _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |
| 03/10/04 | 10/1/03 – 10/31/03 | $13,755.00 | $335.38 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 11/1/03 – 11/30/03 | $3,497.00 | $193.59 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 12/1/03 – 12/31/03 | $608.00 | $112.93 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 01/1/04 – 01/31/04 | $0.00 | $695.68 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 02/1/04 – 02/29/04 | $0.00 | $389.65 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 03/1/04 – 03/31/04 | $39.00 | $22.39 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 04/1/04 – 04/30/04 | $277.00 | $18.23 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 05/1/04 – 05/31/04 | $1,911.00 | $124.50 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 06/1/04 – 06/30/04 | $1,443.00 | $3.02 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 08/1/04 – 08/31/04 | $112.00 | $125.41 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 09/1/04 – 09/30/04 | $9,611.00 | $25.79 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 10/1/04 – 10/31/04 | $47,541.00 | $2,538.15 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/1/04 – 12/16/04 | 0 | $7.11 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/16/04 – 12/31/04 | $314.50 | 0 | No Objections served on counsel | No Objections served on counsel |

| 4/11/05 | 02/1/05– 02/28/05 | $463.00 | 0 | No Objections served on counsel | No Objections served on counsel |
|---|---|---|---|---|---|
| 8/29/05 | 04/1/05– 04/30/05 | $1,257.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 05/1/05– 05/31/05 | $562.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 06/1/05– 06/30/05 | $2,810.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 07/1/05– 07/31/05 | $7,791.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 08/1/05-08/31/05 | $7,217.50 | $1,729.71 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 09/1/05-09/30/05 | $983.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 10/1/05-10/31/05 | $10,012.00 | $1365.27 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 11/1/05-11/30/05 | $9,041.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 12/1/05-12/31/05 | $4,682.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/3/06 | 01/1/06-01/31/06 | $5,204.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/3/06 | 02/1/06-02/28/06 | $2,683.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 5/18/06 | 03/1/06-03/31/06 | $1,351.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/10/06 | 04/1/06-04/30/06 | $2,511.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/10/06 | 05/1/06-05/31/06 | $6,108.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/10/06 | 06/1/06-06/30/06 | $8,512.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/7/06 | 07/1/06-07/31/06 | $6,406.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/7/06 | 08/1/06-08/30/06 | $8,275.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/7/06 | 09/1/06-09/30/06 | $4,258.00 | 0 | No Objections served on counsel | No Objections served on counsel |

This is the forty-sixth Scott Law Group application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $500.00.

The Scott Law Group attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 16 | Litigation | $425 | .3 | $127.50 |
| TOTALS | | | | | .3 | $127.50 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 26 | Litigation | $170 | .3 | $51.00 |
| Rachel Scott | Research Asst. | 1 | Litigation | $60 | 35.4 | $2,124.00 |
| TOTALS | | | | | 35.7 | $2,175.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | 36.0 Hours | $2,302.50 |
| TOTALS | 36.0 Hours | $2,302.50 |

Dated: February 7, 2007
      Wilmington, Delaware

WILLIAM D. SULLIVAN, LLC

*/s/ William D. Sullivan*

William D. Sullivan (No. 2820)
4 East 8th Street, Suite 400
Wilmington, DE  19801
Phone: (302) 428-8191
FAX: (302) 428-8195

-and-

Darrell W. Scott, Esq.
THE SCOTT LAW GROUP, P.S.
926 W. Sprague Avenue, Suite 583
Spokane, WA  99201
Phone: (509) 455-3966
FAX: (509) 455-3906

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

# THE SCOTT LAW GROUP, P.S.
926 W. SPRAGUE AVENUE, SUITE 583
SPOKANE, WA 99201
PHONE: 509-455-3966

Re:  1.5  Grace - Special Counsel                                         FOR TIME PERIOD ENDED 10/31/2006

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 10/2/2006 | RS<br>Rachel Scott<br>Research Assistant | Prepare and analyze ZAI exhibits WRG 03_250-272. | 2.0 | $60.00 | $120.00 |
| 10/3/2006 | RS<br>Rachel Scott<br>Research Assistant | Prepare and analyze ZAI exhibits WRG 03_273-299. | 2.5 | $60.00 | $150.00 |
| 10/3/2006 | RS<br>Rachel Scott<br>Research Assistant | Analyze exhibit database and create key re same. | 4.0 | $60.00 | $240.00 |
| 10/4/2006 | DWS<br>Darrell W. Scott<br>Principal | Meeting with RES re analysis of Grace exhibit database. | .3 | $425.00 | $127.50 |
| 10/4/2006 | RS<br>Rachel Scott<br>Research Assistant | Analyze exhibit database and create key re same. | 7.0 | $60.00 | $420.00 |

# THE SCOTT LAW GROUP, P.S.
926 W. SPRAGUE AVENUE, SUITE 583
SPOKANE, WA  99201
PHONE: 509-455-3966

Re:   1.5   Grace - Special Counsel                                FOR TIME PERIOD ENDED 10/31/2006

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 10/5/2006 | RS<br>Rachel Scott<br>Research Assistant | Analyze exhibit database and create key re same. | 4.5 | $60.00 | $270.00 |
| 10/5/2006 | RS<br>Rachel Scott<br>Research Assistant | Prepare and analyze ZAI exhibits WRG 03_300-330. | 2.0 | $60.00 | $120.00 |
| 10/6/2006 | RS<br>Rachel Scott<br>Research Assistant | Analyze exhibit database and prepare queries re same. | 4.8 | $60.00 | $288.00 |
| 10/6/2006 | RS<br>Rachel Scott<br>Research Assistant | Prepare and analyze ZAI exhibits WRG 03_331-350. | 2.0 | $60.00 | $120.00 |
| 10/16/2006 | RS<br>Rachel Scott<br>Research Assistant | Prepare and analyze ZAI exhibits WRG 03_350-419. | 4.6 | $60.00 | $276.00 |

2/6/2007                                                                                                             PAGE 2

## THE SCOTT LAW GROUP, P.S.
926 W. SPRAGUE AVENUE, SUITE 583
SPOKANE, WA 99201
PHONE: 509-455-3966

Re:    1.5    Grace - Special Counsel                                          FOR TIME PERIOD ENDED 10/31/2006

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 10/17/2006 | RS<br>Rachel Scott<br>Research Assistant | Prepare and analyze ZAI exhibits WRG 03_420-439. | 2.0 | $60.00 | $120.00 |
| 10/20/2006 | KLB<br>Kristy L. Bergland<br>Paralegal | Import and review 200 additional exhibit summaries into ZAI Exhibit Database. | .3 | $170.00 | $51.00 |

TOTAL THIS STATEMENT:    $2,302.50

## VERIFICATION

STATE OF WASHINGTON )
)
COUNTY OF SPOKANE )

Darrell W. Scott, after being duly sworn according to law, deposes and says:

a) I am counsel for the applicant law firm The Scott Law Group, P.S., and have been admitted to appear before this Court.

b) I have personally performed many of the legal services rendered by The Scott Law Group, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of The Scott Law Group, P.S.

c) I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Darrell W. Scott, Esq.

SWORN AND SUBSCRIBED
Before me this 6th day of Feb., 2007.

Notary Public for Washington
Residing at Spokane
My Commission Expires: 9-10-2010



## CERTIFICATE OF SERVICE

I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused service of the within *Summary of the Verified Application of the Scott Law Group, P.S. for Compensation for Services and Reimbursement of Expenses as ZAI Additional Special Counsel for the Interim Period from October 1, 2006 through October 31, 2006* to be made this February 7, 2007 upon the parties identified on the attached service list, in the manner indicated:


*February 7, 2007*        /s/ *William D. Sullivan*
Date                      William D. Sullivan

## SERVICE LIST

**E-Mail:** smcfarland@pszyj.com
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl Young Jones & Weintrab LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Hand Delivery**
Vito I. DiMaio
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

**Hand Delivery**
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

**Federal Express**
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

**Federal Express and E-mail:**
William.sparks@grace.com
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

**Hand Delivery**
William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market Street, Suite 425
Wilmington, DE 19899

**E-mail:** syoder@bayardfrim.com
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130

**E-mail:** meskin@del.camvel.com
Marla Eskin, Esquire
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

**E-mail:** ttacconelli@ferryjoseph.com
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**E-mail:** mlastowski@duanemorris.com
Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19899

**E-mail:** currier@klettrooney.com
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801-1054

**E-mail:**
james_kapp@chicago.kirkland.com
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601-6636

**E-mail:** pvnl@capdale.com
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue
New York, NY 10152

**E-mail:** elawler@strook.com
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

**E-mail:** carol.hennessey@lw.com
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

**E-mail:** jsakalo@bilzin.com
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
Bilzin Sumberg
200 S. Biscayne Boulevard, Suite 2500
Miami, Florida 33131-5340

**E-mail:** pbentley@kramerlevin.com
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036