IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related to Dkt. Nos. 14480, 13406, 13120** |

## ORDER REGARDING [STATUS] [PRE-TRIAL] CONFERENCE ON FEBRUARY 21, 2007 AT 9:00 AM EST IN PITTSBURGH, PENNSYLVANIA REGARDING PROCEDURES FOR APRIL 23, 24 AND 25, 2007 HEARINGS REGARDING OBJECTIONS TO ASBESTOS PD CLAIMS

WHEREAS the Court previously ordered, in the October 13, 2006, Amended Order Setting Various Deadlines Regarding Objections to Asbestos Property Damage Claims (Dkt. No. 13406)(the "Amended Order re PD Claims Deadlines"), that certain specific objections to PD Claims asserted in the 15th Omnibus Objection regarding product identification, limitations periods and objections alleging that the Libby properties have already been or will be remediated will be adjudicated on April 23, 24 and 25, 2007; and

WHEREAS it is necessary to address the procedures that will govern the proceedings on April 23, 24 and 25;

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

IT IS HEREBY ORDERED:

(1)   On February 21, 2007, at 9:00 AM Eastern Standard time, there will be a [status] [pre-trial] conference before the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge, at 5490 U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania regarding the procedures that will govern the April 23, 24 and 25 hearings;

(2)   The Court hereby directs trial counsel for all PD Claimants and for the Debtors to appear in person at the February 21, 2007 conference unless excused by the Court for cause; and

(3)   Any trial counsel who is excused by the Court from appearing in person at the February 21, 2007 conference, and any pro se claimants, may appear by telephone. The Debtors' counsel shall contact Court Call to arrange for such telephonic participation.

Dated: February 7, 2007

*Judith K. Fitzgerald*
Honorable Judith K. Fitzgerald
United State Bankruptcy Judge