# EXHIBIT A

# October 2006 Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 13787 under Case No. 01-01139 (JKF).  Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.

# EXHIBIT B

# November 2006 Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 14082 under Case No. 01-01139 (JKF).  Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.

# EXHIBIT C

# December 2006 Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 14485 under Case No. 01-01139 (JKF). Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.