## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
|  | ) | (Jointly Administered) |
| Debtors | ) |  |

### CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, Esquire, certify that I am over 18 years of age and that on this 7th day

of February 2007, I caused a true and correct copy of the **NOTICE OF TWENTY-THIRD**

**INTERIM QUARTERLY FEE APPLICATION OF REED SMITH LLP FOR**

**COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS**

**SPECIAL ASBESTOS LIABILITY DEFENSE COUNSEL TO W. R. GRACE & CO., ET**

**AL., FOR THE INTERIM PERIOD FROM OCTOBER 1, 2006 THROUGH DECEMBER**

**31, 2006** to be served upon the parties on the attached service list in the manner indicated.

By: /s/ Kurt F. Gwynne
       Kurt F. Gwynne (No. 3951)
       REED SMITH LLP

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**W.R. Grace & Co.**
**Case No. 01-01139 (JKF)**
**2002 Service List/Labels**
**Document No. 17087**

**HAND DELIVERY**
(Counsel for The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

**FIRST CLASS MAIL**
(Counsel to Debtors and Debtors in Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young Jones & Weintraub
10100 Santa Monica Boulevard; Suite 1100
Los Angeles, CA  90067-4100

**HAND DELIVERY**
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE  19899

**HAND DELIVERY**
(Local Counsel to DIP Lender)
Neil Glassman, Esquire
Steven M. Yoder, Esquire
Kathryn D. Sallie, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

**HAND DELIVERY**
(Counsel for Ingersoll-Rand Fluid Products)
Francis A. Monaco, Jr., Esquire
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19801

**HAND DELIVERY**
(Local Counsel to Asbestos Claimants)
Marla Rosoff Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE  19801

**HAND DELIVERY**
(Counsel for ALGL)
Barry D. Kleban, Esquire
Adelman Lavine Gold and Levin,
A Professional Corporation
Suite 900
Four Penn Center
Philadephia, PA 19103

**FIRST CLASS MAIL**
(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young Jones & Weintraub
P.O. Box 8705
Wilmington, DE  19899-8705

**HAND DELIVERY**
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**FIRST CLASS MAIL**
(Counsel for Amalgamated Industries and Service
Workers Benefit Fund)
Judith Greenspan, Esquire, Associate Counsel
The Amalgamated Industries and Service Workers
Benefit Fund
730 Broadway, Tenth Floor
New York, NY 10003-9511

**HAND DELIVERY**
Mark S. Chehi, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

**HAND DELIVERY**
Joseph Grey, Esquire
Stevens & Lee
1105 N. Market St., 7th Floor
Wilmington, DE 19801

**HAND DELIVERY**
(Counsel to Official Committee of Unsecured
Creditors)
Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

**HAND DELIVERY**
Laurie Selber Silverstein, Esquire
Monica Leigh Loftin, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899

**HAND DELIVERY**
Mary M. MaloneyHuss
Wolf, Block, Schorr and Solis-Cohen LLP
920 King Street, Suite 300
One Rodney Square
Wilmington, DE 19801

**HAND DELIVERY**
Selinda A. Melnik, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899

**HAND DELIVERY**
(Counsel for First Union Leasing)
John D. Demmy, Esquire
Stevens & Lee
1105 N. Market Street, 7th Floor
Wilmington, DE 19801

**HAND DELIVERY**
(Counsel for Potash Corp.)
Aaron A. Garber, Esquire
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709

**HAND DELIVERY**
Eric Lopez Schnabel, Esquire
James H. Joseph, Esquire
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

**HAND DELIVERY**
(Zonolite Attic Litigation Plaintiffs)
William D. Sullivan, Esquire
Eluzon Austin Reardon Tarlov & Mondell, P.A.
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899

**FIRST CLASS MAIL**
(Counsel to Debtor)
James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

**HAND DELIVERY**
Thomas J. Whalen, Jr., Esq.
Stevens & Lee, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE 19801

**FIRST CLASS MAIL**
Bruce D. Levin, Esquire
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, MA 02110

**FIRST CLASS MAIL**
(Canadian counsel for Debtor)
Derrick Tay, Esquire
Ogilvy Renault
Royal Bank Plaza, South Tower
200 Bay Street, P.O. Box 84
Toronto, Ontario M5J 2Z4
Canada

**FIRST CLASS MAIL**
(W. R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

**FIRST CLASS MAIL**
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152-7125

**FIRST CLASS MAIL**
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

**FIRST CLASS MAIL**
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL  33131

**FIRST CLASS MAIL**
(Equity Committee Counsel)
Thomas Moers Mayer, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Ave. of the Americas
New York, NY  10036

**FIRST CLASS MAIL**
(Counsel to Sealed Air Corporation)
D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

**FIRST CLASS MAIL**
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

**FIRST CLASS MAIL**
(Counsel to Asbestos Claimants)
Anne McGinness Keare, Esquire
Motley Rice LLC
28 Bridgeside Boulevard
Mount Pleasant, SC  29465

**FIRST CLASS MAIL**
Todd Meyer, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA  30309

**FIRST CLASS MAIL**
Office of Reorganization
Securities & Exchange Commission
Suite 1000
3475 Lenox Road, N.E.
Atlanta, GA  30326-1232

**FIRST CLASS MAIL**
Internal Revenue Service
31 Hopkins Plaza – Room 1150
Baltimore, MD 21201

**FIRST CLASS MAIL**
Michael A. Berman, Esquire
Securities and Exchange Commission
450 Fifth Street, N.W. (Mail Stop 6-6)
Washington, D.C.  20549

**FIRST CLASS MAIL**
Secretary of Treasurer
P.O. Box 7040
Dover, DE 19903

**FIRST CLASS MAIL**
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

**FIRST CLASS MAIL**
James D. Freeman, Esquire
Jerel L Ellington, Esquire
U.S. Department of Justice
Environmental Enforcement Section
1961 Stout Street – 8th Floor
Denver, CO  80294

**FIRST CLASS MAIL**
Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan & McGarvey PC
745 South Main Street
Kalispel, MT  59901

**FIRST CLASS MAIL**
Patrick L. Hughes, Esquire
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX  77002-5012

**FIRST CLASS MAIL**
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago,  IL 60606

**FIRST CLASS MAIL**
Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY  10004

**FIRST CLASS MAIL**
Ira S. Greene, Esquire
Squadron, Ellenoff, Plesent & Sheinfeld, LLP
551 Fifth Avenue
New York, NY  10176

**FIRST CLASS MAIL**
James A. Sylvester, Esquire
Intercat, Inc.
104 Union Avenue
Manasquan, NJ  08736

**FIRST CLASS MAIL**
Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA  94304-1125

**FIRST CLASS MAIL**
Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI  54306

**FIRST CLASS MAIL**
David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL  60606-5096

**FIRST CLASS MAIL**
Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C.  20005-4026

**FIRST CLASS MAIL**
Pamela Zilly
Richard Shinder
David Blechman
Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY  10154

**FIRST CLASS MAIL**
(Missouri Department of Revenue)
Missouri Department of Revenue
Bankruptcy Unit
Gary L. Barnhart
PO Box 475
Jefferson City, MO  65105-0475

**FIRST CLASS MAIL**
(Counsel for The Chase Manhattan)
Stephen H. Case, Esquire
Nancy L. Lazar, Esquire
David D. Tawil, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

**FIRST CLASS MAIL**
(Huntsman Corporation)
Randall A. Rios
Floyd, Isgur, Rios & Wahrlich, PC
700 Louisiana, Suite 4600
Houston, TX 77002

**FIRST CLASS MAIL**
Joseph F. Rice
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC  29465

**FIRST CLASS MAIL**
(Attorney General of PA)
(Commonwealth of PA, Dept. of Revenue)
Christopher R. Momjian
Senior Deputy Attorney General
I.D. No. 057482
Office of Attorney General
21 S. 12Fl. Street, 3rd Floor
Philadelphia, PA  19107-3603

**FIRST CLASS MAIL**
(Counsel for Asbestos Claimants)
Steven T. Baron, Esquire
Member
Silber Pearlman, LLP
2711 North Haskell Avenue, 5th Floor, LLP
Dallas, TX  75204

**FIRST CLASS MAIL**
Stefano Calogero, Esq.
Andrew K. Craig, Esq.
Cuyler Burk, LLP
Parsippany Corporate Center
Four Century Drive
Parsippany, NJ 07054

**FIRST CLASS MAIL**
(Attorneys for PPG Industries, Inc.)
W.J. Winterstein, Jr., Esquire
John J. Winter, Esquire
William M. Aukamp, Esquire
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA  19103

**FIRST CLASS MAIL**
(The Baupost Group LLC)
Gary M. Becker, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

**FIRST CLASS MAIL**
Alan R Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA  94945

**FIRST CLASS MAIL**
Scott Barker
Credit Manager
Climax Molybdenum Marketing Corporation
2600 N. Central Avenue
Phoenix, AZ 85004

**FIRST CLASS MAIL**
Russell W. Budd
Alan B. Rich
Baron & Budd, P.C.
3102 Oak Lawn Avenue, P.O. Box 8705
Dallas, TX  75219

**FIRST CLASS MAIL**
(Zonolite Attic Litigation Plaintiffs)
Elizabeth J. Cabraser, Esquire
Lieff Cabraser Heimann & Bernstein, LLP
Embacadero Center West, 30th Floor
275 Battery Street
San Francisco, CA 94111

**FIRST CLASS MAIL**
Courtney M. Labson, Esquire
The Mills Corporation
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA  22209

**FIRST CLASS MAIL**
(Zonolite Attic Litigation Plaintiffs)
Thomas M. Sobol, Esquire
Hagens Berman LLP
225 Franklin Street, 26th Floor
Boston, MA 02110

**FIRST CLASS MAIL**
Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH  43506

**FIRST CLASS MAIL**
(Peters, Smith & Company)
Mr. Charles C. Trascher III, Esquire
Snellings, Breard, Sartor, Inabnett & Trascher, LLP
PO Box 2055
Monroe, LA 71207

**FIRST CLASS MAIL**
Mr. Thomas Moskie
Bankers Trust Company
Four Albany Street, Fourth Floor
New York, NY 10006

**FIRST CLASS MAIL**
Glen W. Morgan
Reaud, Morgan & Quinn, Inc.
801 Laurel
Beaumont, TX 77701

**FIRST CLASS MAIL**
Charles E. Gibson, III
Attorney at Law
620 North Street, Suite 100
Jackson, MS 39202

**HAND DELIVERY**
(L.A. Unified School District)
William F. Taylor, Jr., Esquire
Elzufon Austin Reardon Tarlov & Mondell, PA
300 Delaware Avenue, 17th Floor
P.O Box 1630
Wilmington, DE 19899

**FIRST CLASS MAIL**
Kevin D. McDonald
Wilshire Scott & Dyer, P.C.
One Houston Center
1221 McKinney, Suite 4550
Houston, Texas 77010

**FIRST CLASS MAIL**
Alan H. Katz, Esquire
Entergy Services, Inc.
693 Loyola Avenue, Suite 2600
New Orleans, LA 70113

**FIRST CLASS MAIL**
Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067

**FIRST CLASS MAIL**
Counsel for Marco Barbanti
Darrell W. Scott
The Scott Law Group, P.S.
926 W. Sprague Avenue, Suite 583
Spokane, WA 99201

**FIRST CLASS MAIL**
Julie A. Ardoin, Esq.
The Murray Law Firm
909 Poydras Street, Suite 2550
New Orleans, LA 70112-4000

**FIRST CLASS MAIL**
Donna J. Petrone, Esquire
ExxonMobil Chemical Company
Law Department - Bankruptcy
13501 Katy Freeway, Room W1-562
Houston, TX 77079-1398

**FIRST CLASS MAIL**
Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103

**FIRST CLASS MAIL**
Coudert Brothers
Attn: Joseph D. Farrell, Esquire and Edward H.
Tillinghast, III, Esquire
11114 Avenue of the Americas
New York, NY 10036

**FIRST CLASS MAIL**
Mark Browning, Esquire, Asst Attorney General
(Counsel for Texas Comptroller of Public Accounts)
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

**FIRST CLASS MAIL**
General Motors Acceptance Corporation
P.O. Box 5055
Troy, MI 48007-5055

**FIRST CLASS MAIL**
(Counsel for Potash Corp.)
David W. Wirt, Esquire
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601

**FIRST CLASS MAIL**
(Zonolite Attic Litigation Plaintiffs)
Robert M. Fishman, Esquire
Shaw Gussis Domanskis Fishman & Glantz
1144 West Fulton Street, Suite 200
Chicago, IL 60607

**FIRST CLASS MAIL**
R. Scott Williams
PMG Capital Corp.
Four Falls Corporate Center
West Conshohocken, PA 19428-2961

**FIRST CLASS MAIL**
Daniel A. Speights, Esquire
(Counsel for Anderson Memorial Hospital)
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924

**FIRST CLASS MAIL**
Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

**FIRST CLASS MAIL**
Daniel A. Speights, Esquire
(Counsel for Anderson Memorial Hospital)
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924

**FIRST CLASS MAIL**
Shelby A. Jordan, Esquire
Nathaniel Peter Holzer, Esquire
Michael J. Urbis, Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
1534 E. 6th Street, Suite 104
Brownsville, TX 78520

**FIRST CLASS MAIL**
Kay D. Brock Esquire
(Comptroller of Public Accounts of the State of Texas)
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

**FIRST CLASS MAIL**
T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

**FIRST CLASS MAIL**
Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite #600
Houston, Texas 77017

**FIRST CLASS MAIL**
John P. Dillman, Esquire
Linebarger Heard Goggan Blair
Graham Pena & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

**FIRST CLASS MAIL**
Steven T. Hoort, Esquire
Ropes & Gray
One International Place
Boston, MA 02110-2624

**FIRST CLASS MAIL**
Paul M. Baisier, Esquire
SEYFARTH SHAW
1545 Peachtree Street, Suite 700
Atlanta, Georgia 30309

**FIRST CLASS MAIL**
Peter A. Chapman
5762 Fernwood Lane
Fairless Hills, PA 19030

**FIRST CLASS MAIL**
Christopher Beard, Esquire
Beard & Beard
306 N. Market Street
Frederick, MD 21701

**FIRST CLASS MAIL**
Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
2390 Central Blvd, Suite G
Brownsville, TX 78520

**FIRST CLASS MAIL**
Steven R. Schlesinger, Esquire
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY 11530

**FIRST CLASS MAIL**
John M. Klamann
Klamann & Hubbard
7101 College Blvd., Suite 120
Overland Park, KS 66210

**VIA FIRST CLASS MAIL**
Jeffrey S. Hebrank, Esq.
Carl P. McNulty, Esq.
Burrroughs, Hepler, Broom,
  MacDonald, Hebrank & True, LLP
103 West Vandalia Street, Suite 300
P.O. Box 510
Edwardsville, IL 62025-0510

**FIRST CLASS MAIL**
Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer, Roll,
  Salisbury & Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY 14202

**FIRST CLASS MAIL**
Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD 21226-1595

**FIRST CLASS MAIL**
Robert Jacobs, Esquire
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899

**FIRST CLASS MAIL**
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N. W.
Washington, DC 20005

**FIRST CLASS MAIL**
Thomas J. Noonan, Jr.
c/o R& S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ 07920-1928

**FIRST CLASS MAIL**
Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Rd.
Baltimore, MD 21214

**FIRST CLASS MAIL**
(Counsel for Public Service Electric and Gas Company)
William E. Frese, Esquire
Attn: Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ 07101

**FIRST CLASS MAIL**
Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ 07663

**FIRST CLASS MAIL**
(Tennessee Department of Environment and
Conservation - Superfund)
Paul G. Sumers, Esquire
TN Attorney General's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN 37202-0207

**FIRST CLASS MAIL**
Attn: Meridee Moore and Kirsten Lynch
Farallon Capital Management, L.L.C.
One Maritime Plaza, Suite 1325
San Francisco, CA 94111

**FIRST CLASS MAIL**
(Counsel for Berry & Berry)
C. Randall Bupp, Esquire
Plastiras & Terrizzi
24 Professional Center Parkway, Suite 150
San Rafael, CA 94903

**FIRST CLASS MAIL**
Paul D. Henderson, Esquire
Paul D. Henderson, P.C.
712 W Division Avenue
Orange, TX 77630

**FIRST CLASS MAIL**
Peter S. Goodman, Esquire
Andrews & Kurth L.L.P.
450 Lexington Ave., 15th Floor
New York, NY 10017

**FIRST CLASS MAIL**
Elizabeth S. Kardos, Esquire
Gibbons, Del Deo, Dolan Griffinger & Vecchione, PC
One Riverfront Plaza
Newark, NJ 07102-5497

**FIRST CLASS MAIL**
Credit Lyonnais
1301 Avenue of the Americas
New York, NY 10019-0602

**FIRST CLASS MAIL**
Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036

**FIRST CLASS MAIL**
Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

**FIRST CLASS MAIL**
(Counsel to Official Committee of Unsecured
Creditors)
William S. Katchen, Esquire
Duane Morris LLP
1 Riverfront Plaza, 2°d Floor
Newark, NJ 07102

**FIRST CLASS MAIL**
Greif Bros. Corp.
250 East Wilson Bridge Rd.
Suite 175
Worthington, OH 43085-2323

**FIRST CLASS MAIL**
(Counsel for numerous asbestos claimants)
Scott Wert, Esquire
Foster & Sear, LLP
524 E. Lamar Blvd., Suite 200
Arlington, TX 76011

**FIRST CLASS MAIL**
Barbara M. Cook, County Solicitor
Katherine L. Taylor, Senior Assistant County Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive
Ellicott City, MD  21043

**FIRST CLASS MAIL**
Anton Volovsek
Rt2 - Box 200 #42
Kamiah, Idaho  83536-9229

**FIRST CLASS MAIL**
Dechert Price & Rhoads
(Counsel for LaVantage Solutions)
Matthew A. Porter, Esquire
Bernard J. Bonn III, Esquire
Ten Post Office Square South
Boston, MA  02109

**FIRST CLASS MAIL**
Jonathan H. Alden, Esquire
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, FL  32399-3000

**FIRST CLASS MAIL**
Janet Napolitano
Robert R. Hall
Russell W. Savory
1275 West Washington Street
Phoenix, AZ  85007-1278

**FIRST CLASS MAIL**
State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
101 E. Town Street, Second Floor
Columbus, OH  43215

**FIRST CLASS MAIL**
Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, TN  38103

**FIRST CLASS MAIL**
Robert Jacobs, Esquire
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899

**FIRST CLASS MAIL**
Steven R. Bourne, Esquire
Nutter, McClennen & Fish, LLP
One International Place
Boston, MA  02110-2699

**FIRST CLASS MAIL**
(Counsel for SAP America, Inc.)
Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ  08108

**FIRST CLASS MAIL**
Daniel H. Slate, Esquire
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA  90071-3442

**FIRST CLASS MAIL**
Danice Sims
P.O. Box 66658
Baton Rouge, LA  70896

**FIRST CLASS MAIL**
Mr. James A. Bane
KMCC 204029
P.O. Box 710
Keen Mountain, VA  24624

**FIRST CLASS MAIL**
M. Diane Jasinski, Esquire
Michael D. Hess
Corporation Counsel of the City of New York
100 Church Street, Room 6-127
New York, NY  10007

**FIRST CLASS MAIL**
Robert H. Rosenbaum, Esquire
M. Evan Meyers, Esquire
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, MD  20737-1385

**FIRST CLASS MAIL**
Russell W. Savory
Gotten, Wilson & Savory, PLLC
200 Jefferson Avenue, Suite 900
Memphis, TN  38103

**FIRST CLASS MAIL**
Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
LibertyView - Suite 700
457 Haddonfield Road
P.O. Box 2570
Cherry Hill, NJ  08034

**FIRST CLASS MAIL**
James P. Ruggeri
Scott A. Shail
Hogan & Harton L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C.  20004-1109

**FIRST CLASS MAIL**
Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA  94612-1413

**FIRST CLASS MAIL**
John Preefer, Esquire
JOHN PREEFER
60 East 42nd Street, Suite 1201
New York, NY 10165

**FIRST CLASS MAIL**
Suexirda Prayaga
7365 MacLeod Lane
Ofallon, Missouri 63366

**FIRST CLASS MAIL**
Andrea L. Hazzard, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482

**FIRST CLASS MAIL**
Mary Wurtz
Trustee of the Living Trust
P.O. Box 27
Apache Junction, AZ 85218

**FIRST CLASS MAIL**
Authur Stein, Esquire
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ 08731-6070

**FIRST CLASS MAIL**
Robert Cimino, Esquire
Suffolk County Attorney
Attn: Diane Leonardo Beckmann, Asst. County
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY 11788-0099

**FIRST CLASS MAIL**
Maggie De La Rosa
Provost * Umphrey Law Firm, L.L.P.
490 Park Street
Beaumont, TX 77701

**FIRST CLASS MAIL**
Robert T. Aulgur, Jr., Esquire
P.O. Box 617
Odessa, DE 19730
(Attorney for Toyota Motor Credit)

**FIRST CLASS MAIL**
Richard M. Meth, Esquire
Herrick, Feinstein LLP
2 Penn Plaza, 11th Floor
Newark, NJ 07105

**FIRST CLASS MAIL**
Kathleen Maxwell
Legal Department
The Dow Chemical Company
2030 Dow Center/ Office 732
Midland, MI 48674

**FIRST CLASS MAIL**
Dorine Vork, Esquire
Stibbe, P.C.
350 Park Avenue
New York, NY  10022

**FIRST CLASS MAIL**
Anthony J. Marchetta, Esq.
Day Pitney LLP
P.O. Box 1945
Morristown, NY 07962-1945

**FIRST CLASS MAIL**
Bart Hartman
Treasurer - Tax Collector
Attn: Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA  92101

**FIRST CLASS MAIL**
Michael B. Willey, Esquire
Legal Services, 27th Floor
312 8th Avenue North
Nashville, TN  37243
(Counsel for Commissioner of Revenue)

**FIRST CLASS MAIL**
David Aelvoet, Esquire
Linebargerheard Goggan Blair
Graham Pena & Sampson LLP
1000 Tower Life Building
San Antonio, TX  78205

**FIRST CLASS MAIL**
Thomas V. Askounis, Esquire
Askounis & Borst, P.C.
303 East Wacker Drive, Suite 1000
Chicago, IL  60601

**FIRST CLASS MAIL**
James S. Carr, Esquire
Christena A. Lambrianakos, Esquire
101 Park Avenue
New York, NY  10178
(Counsel for Delco Development Company)

**FIRST CLASS MAIL**
Michael H. Pinkerson, Esquire
James M. Garner, Esquire
Sher Garner Cahill Richter Klein McAlister
   & Hilbert, L.L.C.
909 Poydras Street, Suite 2800
New Orleans, LA  70112

**FIRST CLASS MAIL**
Steven B. Flancher, Esquire
Assistant Attorney General
Department of Attorney General
Revenue Division
First Floor Treasury Building
Lansing, MI  49992

**FIRST CLASS MAIL**
Pillsbury Winthrop LLP
Lynn M. Ryan, Esquire
One Battery Park Plaza
New York, NY  10004-1490
(Counsel for Wells Fargo Bank Minnesota, National
Association)

**FIRST CLASS MAIL**
Attn: Diane Stewart
Peoples First Community Bank
P.O. Box 59950
Panama City, FL  32412-0950

**FIRST CLASS MAIL**
Aldine Independent School District
Jonathan C. Hantke, Esquire
Pamela H. Walters, Esquire
14910 Aldine-Westfield Road
Houston, TX  77032

**FIRST CLASS MAIL**
Jeffrey L. Glatzer, Esquire
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10020-1182

**FIRST CLASS MAIL**
Hertz, Schram & Saretsky, P.C.
(Counsel for Rupple K. Perry)
Robert S. Hertzberg, Esquire
Michael I. Zousmer, Esquire
1760 South Telegraph Road, Suite 300
Bloomfield Hills, MI  48302-0183

**FIRST CLASS MAIL**
Attn: Ted Weschler
Peninsula Capital Advisors, L.L.C.
404 East Main Street, Second Floor
Charlottesville, VA 22902

**FIRST CLASS MAIL**
Wilentz, Goldman & Spitzer
(Counsel for Asbestos Claimants)
Deirdre Woulfe Pacheco, Esquire
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ  07095

**FIRST CLASS MAIL**
Gerald F. George, Esq.
M. David Minnick, Esq.
Michael P. Ellis, Esq.
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105-2228

**FIRST CLASS MAIL**
Burt Barr Havins & O'Dea, L.L.P.
(Counsel for Occidental Permian, Ltd.)
John W. Havins, Esquire
1001 McKinney, Suite 500
Houston, TX  77002

**FIRST CLASS MAIL**
William H. Johnson, Esquire
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, VA  23510-9242

**FIRST CLASS MAIL**
Leonard P. Goldberger, Esquire
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103-1702

**FIRST CLASS MAIL**
Pillsbury Winthrop LLP
Craig Barbarosh, Esquire
650 Town Center Drive, 7th Floor
Costa Mesa, CA  92626-7122
(Counsel for Wells Fargo Bank Minnesota, National
Association)

**FIRST CLASS MAIL**
Cynthia C. Hemme, Esquire
Senior Counsel
Nortel Networks, Inc.
4010 E. Chapel Hill-Nelson Hwy.
Research Triangle Park, NC 27709

**FIRST CLASS MAIL**
DAP Products, Inc.
c/o Julien A. Hecht, Esquire
2400 Boston Street, Suite 200
Baltimore, MD  21224

**VIA FIRST CLASS MAIL**
John Waters, Esq.
Iowa Dept. of Revenue
Collections Section
P.O. Box 10457
Des Moines, Iowa 50306

**FIRST CLASS MAIL**
Douglas Gordon, Esq.
Linebarger, Goggan, Blair, Pena & Sampson, LLP
P.O. Box 460
Knoxville, TN 37901-0460

**FIRST CLASS MAIL**
Brian L. Hanson, Esq.
Frank W. DeBorde, Esq.
Morris, Manning & Martin
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326

**HAND DELIVERY**
Rachel B. Mersky, Esq.
Monczak & Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

**FIRST CLASS MAIL**
Deborah L. Thorne, Esq.
FagelHaber LLC
55 East Monroe Street, 40th Floor
Chicago, IL 60603

**FIRST CLASS MAIL**
Lori Gruver Robertson, Esquire
Linebarger Goggan Blair Pena & Sampson, LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, TX  87860

**FIRST CLASS MAIL**
Andrea Sheehan, Esq.
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205

**FIRST CLASS MAIL**
Scott Estelle, Pres.
Crossroads Industrial Park, Inc.
P.O. Box 220
Weedsport, NY 13166

**FIRST CLASS MAIL**
Warren H. Smith, Esq.
Warren H. Smith and Assoc.
325 N. St. Paul
Suite 4080
Dallas, TX  75201

**FIRST CLASS MAIL**
Anthony F. Parise, Esq.
Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY 14853

**FIRST CLASS MAIL**
S. Jay Novatney
Citadel Investment Group, L.L.C.
131 South Dearborn Street, 36th Floor
Chicago, IL 60603

**FIRST CLASS MAIL**
Neil Berger, Esq.
Togut Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY 10119

**FIRST CLASS MAIL**
General Counsel
Enron Energy Services
1400 Smith Street
EB 0889
Houston, TX 770022

**FIRST CLASS MAIL**
Longacre Master Fund
810 Seventh Avenue, 22nd Floor
New York, NY 10019
Attn:  Maurie Shalmone

**FIRST CLASS MAIL**
Daniel C. Cohn, Esq.
Cristopher M. Candon, Esq.
Cohn & Whitesell LLP
101 Arch Street
Boston, MA 02110

**HAND DELIVERY**
Steven K. Kortanek, Esq.
Klehr, Harrison, Harvery, Branzburge
& Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

**FIRST CLASS MAIL**
Afshin Miraly, Esq.
The City of Somerville
Law Department – City Hall
93 Highland Avenue.
Somerville, MA 02143

**HAND DELIVERY**
John V. Fiorella, Esq.
Archer & Greiner, P.C.
1300 N. Market Street, Suite 700
Wilmington, DE 19801

**FIRST CLASS MAIL**
Jacob C. Cohn, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

**FIRST CLASS MAIL**
Marc Abrams, Esq.
Willkie, Farr & Gallagher
787 Seventh Avenue
New York, NY 10019-6099

**HAND DELIVERY**
Joanne B. Wills, Esq.
Klehr, Harrison, Harvery, Branzburge
& Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

**FIRST CLASS MAIL**
Thomas O. Bean, Esq.
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Blvd.
Boston, MA 02210

**FIRST CLASS MAIL**
James E. Wimberley, Esq.
McPherson, Monk, Hughes, Bradley & Wimberley, L.L.P.
3120 Central Mall Drive
Port Arthur, TX 77642

**FIRST CLASS MAIL**
Frederick P. Furth, Esq.
Michael P. Lehmann, Esq.
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104

**FIRST CLASS MAIL**
Alan Kolod, Esquire
Moses & Singer LLP
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6076

**VIA REGULAR MAIL**
J. Robert Nelson, Esq.
Van Cott, Bagley, Cornwall & McCarthy
50 South Main Street, No. 1600
P.O. Bxo 45340
Salt Lake City, UT 84145

**VIA REGULAR MAIL**
Daniel M. Glosbank, Esq.
Peter D. Bilowz, Esq.
Goodwin Proctor LLP
Exchange Place
Boston, MA 02109

**HAND DELIVERY**
(Official Committee of Equity Holders)
Theresa K. D. Currier, Esquire
Kathleen P. Makowski, Esquire
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801

**FIRST CLASS MAIL**
E. Katherine Wells, Esquire
South Carolina Department of Health and
Environmental Control
2600 Bull Street
Columbia, SC  29201-1708

**FIRST CLASS MAIL**
Kirk A. Patrick, III, Esq.
Crawford Lewis, PLLC
450 Laurel Street, Suite 1600
P.O. Box 3656
Baton Rouge, LA 70821-3656

**HAND DELIVERY**
Laurie Schenker Polleck, Esq.
Jaspan Schlesinger Hoffman, LLP
1201 Orange Street, Suite 1001
Wilmington, DE 19801

**HAND DELIVERY**
Adam G. Landis, Esq.
Kerri K. Mumford, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1600
Wilmington, DE 19801

**FIRST CLASS MAIL**
Michael S. Etkin, Esq.
Ira M. Levee, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

**FIRST CLASS MAIL**
Roger Frankel, Esq.
Richard H. Wyron, Esq.
Orrick, Herrington & Sutcliffe LLP
The Washington Harbour
3050 K Street, N.W., Suite 200
Washington, DC 20007-5135

**HAND DELIVERY**
John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

**FIRST CLASS MAIL**
Joseph D. Frank, Esq.
Frank/Gecker LLP
325 N. LaSalle Street, Suite 625
Chicago, IL 60610

**HAND DELIVERY**
Daniel K. Hogan, Esq.
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

**HAND DELIVERY**
William P. Bowden, Esq.
Amanda M. Winfree, Esq.
Ashby & Geddes, P.A.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899

**FIRST CLASS MAIL**
Matthew J. Siembieda, Esq.
Benjamin G. Stonelake, Esq.
Scott E. Coburn, Esq.
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia PA 19103

**FIRST CLASS MAIL**
Garvin F. McDaniel, Esquire
Bifferato, Gentilotti & Balick, L.L.C.
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899

**FIRST CLASS MAIL**
George R. Calhoun, Esq.
March D. Coleman, Esq.
Steptoe & Johnson LLP
1330 Connecticut Ave., N.W.
Washington, DC 20036

**HAND DELIVERY**
David Primack, Esq.
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254

**FIRST CLASS MAIL**
Michael F. Brown, Esq.
Drinker Biddle & Reath LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996

**FIRST CLASS MAIL**
Mark D. Plevin, Esq.
Leslie A. Epley, Esq.
Crowell & Moring LLP
1001 Pennsyvania Ave, NW
Washington, DC 20004-2595

**HAND DELIVERY**
Brian L. Kasprzak, Esq.
Marks, O'Neill, O'Brien and Courtney, P.C.
913 N. Market Street
Suite 800
Wilmington, DE 19801

**FIRST CLASS MAIL**
Sergio I. Scuteri, Esq.
Farr, Burke, Gambacorta & Wright, P.C.
211 Benigno Blvd.,  Suite 201
Bellmawr, NJ 08031

**FIRST CLASS MAIL**
Mary K. Warren, Esq.
Brenda D. DiLuigi, Esq.
Linklaters
1345 Ave. of the Americas, 19th Floor
New York, NY 10105

**VIA HAND DELIVERY**
Marc S. Casarino, Esq.
White and Williams LLP
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

**VIA FIRST CLASS MAIL**
Steven T. Davis, Esq.
Obermayer Rebmann Maxwell & Hippel LLP
3 Mill Road, Suite 306A
Wilmington, DE 19806

**VIA FIRST CLASS MAIL**
D. Alexander Barnes, Esq.
Obermayer Rebmann Maxwell & Hippel LLP
One Penn Center, 19th Floor
1617 John F. Kennedy Blvd.
Philadelpha, PA 19103-1895

**VIA HAND DELIVERY**
Carmella P. Keener, Esq.
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

**VIA FIRST CLASS MAIL**
Yves Lauzon, Esq.
Michel Belanger, Esq.
Lauzon Belanger, Inc.
286, rue St-Paul Quest, Bureau 100
Montreal, Quebec
Canada

**VIA FIRST CLASS MAIL**
Ralph I. Miller, Esquire
Weil, Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX 75201

**VIA FIRST CLASS MAIL**
David A. Hickerson, Esquire
M. Jarrad Wright, Esquire
Weil, Gotshal & Manges LLP
1300 Eye Street N.W., Suite 900
Washington, DC 20005

**VIA FIRST CLASS MAIL**
Martin J. Bienenstock, Esquire
Judy G.Z. Liu, Esquire
Weil, Gotshal & Manges LLP
757 Fifth Avenue
New York, NY 10153

**VIA FIRST CLASS MAIL**
Chris Parks, Esquire
Chris Parks & Associates
1 Plaza Square, 2nd Floor
Port Arthur, TX 77642

**VIA FIRST CLASS MAIL**
Joseph L. Schwartz, Esq.
Curtis M. Plaza, Esq.
Craig T. Moran, Esq.
Riker Danzig Scherer Hyland & Perretti LLP
Headquarters Plaza, 1 Speedwell Avenue
Morristown, NJ 07962-1981

**VIA HAND DELIVERY**

William J. A. Sparks, Esquire
W.R. Grace & Co.
919 N. Market, Suite 425
Wilmington, DE 19899