# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: December 19, 2006 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

### SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE SIXTY-FOURTH MONTHLY INTERIM PERIOD FROM OCTOBER 1, 2006 THROUGH OCTOBER 31, 2006

| | |
|---|---|
| Name of Applicant: | Reed Smith LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., *et al.*, Debtors and Debtors-in-Possession |
| Date of Retention: | July 19, 2001, effective as of April 2, 2001 |
| Period for which compensation and reimbursement is sought: | October 1 through October 31, 2006 |
| Amount of fees sought as actual, reasonable and necessary: | $253,411.00 |
| Amount of expenses sought as actual, reasonable and necessary | $3,957.53 |

This is an: <u>X</u> monthly __ interim __ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Company, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |

| | | | | | |
|---|---|---|---|---|---|
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |

---

2   Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the sixty-fourth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 15 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $4,000.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 35 Years | Litigation | $600.00 | 12.50 | $7,500.00 |
| Lawrence E. Flatley | Partner | 31 years | Litigation | $535.00 | 72.90 | $39,001.50 |
| Douglas E. Cameron | Partner | 22 Years | Litigation | $530.00 | 174.20 | $92,326.00 |
| Harold J. Engel | Partner | 37 Years | Litigation | $500.00 | 10.50 | $5,250.00 |
| Anthony B. Klapper | Partner | 12 Years | Litigation | $500.00 | 60.30 | $30,150.00 |
| Margaret L. Sanner | Of Counsel | 21 Years | Litigation | $415.00 | 23.40 | $9,711.00 |
| Traci Sands Rea | Partner | 11 Years | Litigation | $390.00 | 18.00 | $7,020.00 |
| Carol J. Gatewood | Of Counsel | 17 Years | Litigation | $380.00 | 31.00 | $11,780.00 |
| Jesse J. Ash | Associate | 4 Years | Litigation | $330.00 | 20.70 | $6,831.00 |
| Margaret E. Rutkowski | Associate | 10 Years | Litigation | $315.00 | .10 | $31.50 |
| Melissa J. Keppel | Associate | 5 Years | Litigation | $310.00 | 5.00 | $1,550.00 |
| Andrew J. Muha | Associate | 5 Years | Litigation | $295.00 | 3.50 | $1,032.50 |
| Rebecca E. Aten | Associate | 3 Years | Litigation | $270.00 | 55.30 | $14,931.00 |
| John L. Schoenecker | Associate | 2 Years | Litigation | $250.00 | 28.70 | $7,175.00 |

[REMAINDER OF THIS PAGE LEFT BLANK INTENTIONALLY]

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Mark E. Phelps | Paralegal | 7 Years | Litigation | $200.00 | 15.00 | $3,000.00 |
| John B. Lord | Paralegal | 13 Years | Bankruptcy | $190.00 | 2.00 | $380.00 |
| Maureen Atkinson | Paralegal | 30 Years | Litigation | $180.00 | 7.20 | $1,296.00 |
| Jennifer L. Taylor-Payne | Paralegal | 10 Years | Litigation | $170.00 | 54.50 | $9,265.00 |
| Margaret A. Garlitz | Paralegal | 15 Years | Litigation | $170.00 | 1.90 | $323.00 |
| Michelle M. Jeziorowski | Paralegal | 12 Years | Litigation | $160.00 | 9.60 | $1,536.00 |
| Anne L. Salzberg | Analyst | 6 Years | Knowledge Management | $150.00 | 3.60 | $540.00 |
| James Lillis | Paralegal | 1 Year | Litigation | $150.00 | 10.20 | $1,530.00 |
| Sharon A. Ament | Paralegal | 2 Years | Litigation | $130.00 | 7.20 | $936.00 |
| Tina Walker-Young | Paralegal | 2 Years | Litigation | $115.00 | 1.50 | $172.50 |
| Lisa Lankford | Case Assistant | 4 Years | Bankruptcy | $110.00 | 1.30 | $143.00 |

Total Fees:  $253,411.00

[REMAINDER OF THIS PAGE LEFT BLANK INTENTIONALLY]

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Hours | Amount |
|---|---|---|
| Litigation | 185.40 | $65,628.50 |
| Travel - Non-Working | 5.50 | $2,280.00 |
| ZAI Science Trial | 2.20 | $1,166.00 |
| Fee Applications | 13.10 | $3,235.50 |
| Claim Analysis Objection Resolution & Estimation | 319.70 | $135,965.00 |
| Montana Grand Jury Investigation | 104.20 | $45,136.00 |
| **Total:** | **630.10** | **$253,411.00** |

[REMAINDER OF THIS PAGE LEFT BLANK INTENTIONALLY]

**EXPENSE SUMMARY**

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---:|---:|
| Binding Charge | $51.00 | ---- |
| Telephone Expense | $16.40 | ---- |
| Telephone – Outside | $120.00 | ---- |
| IKON Copy Services | $56.20 | ---- |
| PACER | $3.20 | ---- |
| Duplicating/Printing/Scanning | $2,436.00 | ---- |
| Postage Expense | $11.38 | ---- |
| Courier Service – Outside | $98.98 | ---- |
| Meal Expense | $624.85 | ---- |
| Mileage Expense | $41.83 | ---- |
| Taxi Expense | $60.00 | ---- |
| Air Travel Expense | $357.20 | ---- |
| Parking/Tolls/Other Transportation | $36.00 | ---- |
| General Expense:  vendor fees for tabs and boxes; fee for retrieval of scientific article | $44.49 | ---- |
| SUBTOTAL | | $0.00 |
| **TOTAL** | **$3,957.53** | **$0.00** |

Dated: November 28, 2006
     Wilmington, Delaware

REED SMITH LLP

By: /s/ Kurt F. Gwynne
    Kurt F. Gwynne (No. 3951)
    1201 Market Street, Suite 1500
    Wilmington, DE  19801
    Telephone:  (302) 778-7500
    Facsimile: (302) 778-7575
    E-mail: kgwynne@reedsmith.com

    and

    James J. Restivo, Jr., Esquire
    Lawrence E. Flatley, Esquire
    Douglas E. Cameron, Esquire
    435 Sixth Avenue
    Pittsburgh, PA  15219
    Telephone:  (412) 288-3131
    Facsimile:  (412) 288-3063

    Special Asbestos Products Liability Defense
    Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL  33486

| | |
|---|---|
| Invoice Number | 1474315 |
| Invoice Date | 11/21/06 |
| Client Number | 172573 |

===========================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

| | |
|---|---|
| Fees | 65,628.50 |
| Expenses | 0.00 |

TOTAL BALANCE DUE UPON RECEIPT      $65,628.50
                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.
One Town Center Road
Boca Raton, FL  33486

| | |
|---|---|
| Invoice Number | 1474315 |
| Invoice Date | 11/21/06 |
| Client Number | 172573 |
| Matter Number | 60026 |

===================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| 10/01/06 | Cameron | Review materials for PI claim expert reports. | 2.00 |
| 10/02/06 | Cameron | Multiple telephone calls and e-mails with R. Finke and defense counsel regarding PI claims, expert reports (1.3); attention to materials from expert (2.9); telephone call with expert regarding same (0.4); review prior expert reports and reliance materials (1.2). | 5.80 |
| 10/02/06 | Klapper | Discuss report with expert (1.0); coordinate with Kirkland counsel on cross issues generally (.7); review PI case materials forwarded by Kirkland and identify additional topics for cross-examination outlines (3.2). | 4.90 |
| 10/03/06 | Cameron | Multiple e-mails with counsel and W.R. Grace regarding expert report issues (0.9); telephone call with expert regarding same (0.3); review expert report and finalize for filing (2.6). | 3.80 |
| 10/03/06 | Klapper | Review Lemen cross outline and identify issues of relevance to PI matter (3.2); review Lemen report (2.0). | 5.20 |

172573 W. R. Grace & Co.                         Invoice Number  1474315
60026  Litigation and Litigation Consulting      Page    2
November 21, 2006

| Date | Name | | Hours |
|------|------|--|-------|
| 10/04/06 | Cameron | Review PI Claims estimation expert reports filed by claimants and committees (1.9); e-mails regarding same (0.4); review materials from R.J. Lee Group for expert report (1.1).  . | 3.40 |
| 10/04/06 | Klapper | Review rest of PI committee expert reports (3.7); coordinate with J. Ashe and J. Schoenecker regarding cross-examination project (.5). | 4.20 |
| 10/04/06 | Schoenecker | Review reports of claimants' experts. | .50 |
| 10/05/06 | Cameron | Review expert reports and supporting materials (1.9); e-mails regarding same (0.4). | 2.30 |
| 10/05/06 | Klapper | Review Frank and Spear cross outlines for initial comments and follow-up re: same with associates. | 5.10 |
| 10/07/06 | Cameron | Review PI expert reports and multiple e-mails relating to same. | 1.10 |
| 10/08/06 | Schoenecker | Continue review of reports of claimants' experts. | 2.40 |
| 10/09/06 | Cameron | E-mails regarding expert reports (0.3); review Grace reports (0.9). | 1.20 |
| 10/09/06 | Klapper | Prepare chart of issues for experts to address in response to PI claimants' reports. | 2.70 |
| 10/09/06 | Muha | Docket research per request of D. Cameron. | .60 |
| 10/10/06 | Cameron | Review back-up materials from expert work (1.2); e-mails regarding same (0.2). | 1.40 |
| 10/11/06 | Cameron | Review expert materials from K&E. | .90 |
| 10/13/06 | Klapper | Continue work on chart of issues for expert rebuttal reports and discuss same with consultant. | 2.30 |

```
172573 W. R. Grace & Co.                    Invoice Number  1474315
60026  Litigation and Litigation Consulting  Page   3
November 21, 2006
```

| Date | Name | | Hours |
|------|------|--|-------|

| Date | Name | | Hours |
|------|------|--|-------|
| 10/13/06 | Taylor-Payne | Reviewed e-mails from Mr. Klapper (.20); reviewed expert report and resume and began preparing tracking spreadsheet (.80). | 1.00 |
| 10/15/06 | Cameron | Attention to expert report issues. | 1.50 |
| 10/16/06 | Ash | Review expert report in preparation for meeting with A. Klapper (1.0); meeting with A. Klapper regarding expert cross examination project, including review of expert report and issues for outlines (1.2). | 2.20 |
| 10/16/06 | Cameron | Communications regarding rebuttal reports in PI Estimation (0.6); review expert reports regarding same (1.9). | 2.50 |
| 10/16/06 | Klapper | Meet with J. Ashe and J. Schoenecker regarding cross exam project (1.7); discuss project with B. Harding (.2). | 1.90 |
| 10/16/06 | Schoenecker | Review background material regarding claimants' experts (0.4); office conference with A. Klapper and J. Ash re article/transcript review process (1.5); review revised cross examination topics (0.5). | 2.40 |
| 10/16/06 | Taylor-Payne | Telephone conference with Messrs. Klapper, Ash, and Schoenecker to discuss cross examination preparation (1.5); coordinated preparation of expert document tracking index (0.3); updated tracking index (0.6); began reviewing, organizing and compiling expert materials for review by Messrs. Ash and Schoenecker for witness cross examination (4.4). | 6.80 |
| 10/17/06 | Klapper | Meet with expert to discuss potential supplemental rebuttal points. | 4.20 |

172573 W. R. Grace & Co.                          Invoice Number  1474315
60026  Litigation and Litigation Consulting       Page   4
November 21, 2006

| Date | Name | | Hours |
|------|------|---|-------|

| 10/17/06 | Schoenecker | Office conference w/ A. Klapper regarding categories for review of expert testimony. | .70 |
| 10/17/06 | Taylor-Payne | Continued reviewing and organizing materials (3.9); prepared indices for six volumes of expert materials (1.0); updated expert materials tracking spreadsheet (0.4); e-mails to and from Mr. Klapper regarding status review (0.2). | 5.50 |
| 10/18/06 | Schoenecker | Review and summarize deposition testimony of expert. | 4.10 |
| 10/18/06 | Taylor-Payne | Reviewed e-mails and power point presentations received from Mr. Klapper (0.3); e-mails to and from Messrs. Klapper, Ash and Schoenecker regarding review and collection of expert materials (0.4). | .70 |
| 10/19/06 | Schoenecker | Review and summarize expert deposition testimony. | 4.70 |
| 10/19/06 | Taylor-Payne | Updated spreadsheet tracking expert materials (0.4); Internet research to obtain information on expert (3.2); telephone calls to and e-mails to various counsel for transcripts (1.0). | 4.60 |
| 10/20/06 | Cameron | Attention to expert report issues. | .90 |
| 10/20/06 | Schoenecker | Review and summarize expert deposition testimony. | 4.80 |
| 10/20/06 | Taylor-Payne | E-mails regarding request for expert transcripts and additional materials; (0.9); office conference with Ms. Sanner to discuss additional expert materials (0.2). | 1.10 |
| 10/22/06 | Schoenecker | Review and summarize expert deposition testimony. | 1.50 |

```
172573 W. R. Grace & Co.                        Invoice Number  1474315
60026  Litigation and Litigation Consulting     Page   5
November 21, 2006
```

| Date | Name | | Hours |
|------|------|--|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 10/23/06 | Ash | Review expert deposition and studies in preparation for cross examination outline. | 2.00 |
| 10/23/06 | Klapper | Prepare for meeting with expert regarding rebuttal reports, outlining revised outline of issues and reviewing additional aspects of reports per discussion with Kirkland & Ellis. | 3.70 |
| 10/23/06 | Salzberg | Obtain publications by claimants' expert witness for J. Taylor-Payne. | 2.00 |
| 10/23/06 | Schoenecker | Review and summarize expert deposition testimony. | .40 |
| 10/23/06 | Taylor-Payne | Updated document tracking spreadsheet (0.5); e-mails to and from attorneys regarding expert materials (0.9); downloaded and reviewed expert materials (0.9); began preparing index for volume 7 of expert materials (0.4); began compiling volume 7 of expert materials (0.4); internet research for additional expert materials (1.2). | 4.30 |
| 10/24/06 | Ash | Review deposition and studies in preparation for cross examination outline. | 1.50 |
| 10/24/06 | Klapper | Meet with expert regarding rebuttal reports (4.7); review selected key documents cited by Dr. Frank in his expert report (3.0). | 7.70 |
| 10/24/06 | Salzberg | Obtain publications by claimants' expert witness for J. Taylor-Payne. | .80 |
| 10/24/06 | Schoenecker | Review and summarize expert deposition testimony. | 1.00 |
| 10/24/06 | Taylor-Payne | Reviewed expert materials received from Mr. Klapper (0.3); completed volume 7 of expert materials (0.5); compiled volumes 8, 9, and 10 of expert materials (2.2); | 7.40 |

\\uspghfpd\saament$\DOWNLOAD\ECF PDF's\WR Grace\64th Monthly Fee Detail.doc 11/27/06 5:01 PM

172573 W. R. Grace & Co.                          Invoice Number  1474315
60026  Litigation and Litigation Consulting       Page   6
November 21, 2006

| Date | Name | | Hours |
|------|------|---|-------|

|  |  | prepared indices for volumes 7 through 10 of expert materials (0.8); updated expert materials tracking spreadsheet (0.6); continued to research information regarding cases in which expert has testified (1.8); continued making expert witness research (1.2). |  |
| 10/25/06 | Cameron | Attention to PI report issues. | .90 |
| 10/25/06 | Klapper | Review materials for expert regarding rebuttal reports and conference with expert regarding same. | 5.30 |
| 10/25/06 | Taylor-Payne | Review and download expert transcripts (1.3); received updated materials tracking spreadsheet (0.8); continued internet research to obtain information for cases listed on expert witness's resume (2.8); e-mails concerning expert witness reviews (0.5); continue work on volumes of expert materials (0.9); prepared indices for volumes 11 and 12 of expert materials (0.4). | 6.70 |
| 10/26/06 | Ash | Review deposition and studies in preparation for cross examination outline. | 2.50 |
| 10/26/06 | Cameron | Telephone call regarding reliance material for experts (0.2); review report regarding same (0.6); review Claimant's expert reports (0.8). | 1.60 |
| 10/26/06 | Salzberg | Obtain publications by claimants' expert witness for J. Taylor-Payne. | .50 |
| 10/26/06 | Schoenecker | Review and summarize expert deposition testimony. | 3.20 |
| 10/26/06 | Taylor-Payne | Continued research for additional materials for expert (3.1); updated list of expert testimony and contacts made in attempt to | 4.40 |

```
172573 W. R. Grace & Co.                    Invoice Number  1474315
60026  Litigation and Litigation Consulting  Page   7
November 21, 2006
```

| Date | Name | | Hours |
|------|------|--|-------|

|  |  | obtain transcript (0.9); updated e-mail files (0.4) |  |
| 10/27/06 | Cameron | Attention to PI expert report and back-up materials (0.9); e-mails regarding same (0.3). | 1.20 |
| 10/27/06 | Klapper | Review key transcripts cited in expert report in preparation for rebuttal points. | 7.20 |
| 10/27/06 | Salzberg | Obtain publications by claimants' expert witness for J. Taylor-Payne. | .30 |
| 10/27/06 | Schoenecker | Review and summarize expert deposition testimony. | 1.70 |
| 10/27/06 | Taylor-Payne | Continued researching for cases listed on expert CV resume in effort to obtain additional materials (3.7); updated indices of expert materials (0.6); multiple communications with Messrs. Klapper, Schoenecker and Ash regarding status of obtaining Castleman materials (0.3). | 4.60 |
| 10/28/06 | Cameron | Review exposure issues for PI estimation. | .50 |
| 10/29/06 | Schoenecker | Review and summarize expert deposition/trial testimony. | 1.30 |
| 10/30/06 | Cameron | Meet with T. Klapper regarding PI work. | .40 |
| 10/30/06 | Klapper | Coordinate with P. Sanner regarding common exhibit projects and development of responses to Frank, Lemen and Castleman. | 3.10 |
| 10/30/06 | Sanner | Communications with A. Klapper re corporate documents. | .30 |
| 10/30/06 | Taylor-Payne | Continued researching cases and making contacts relating to cases (5.7); updated tracking spreadsheets (0.7); e-mail to Messrs. Klapper, Ash and | 6.50 |

172573 W. R. Grace & Co.                                  Invoice Number  1474315
60026  Litigation and Litigation Consulting              Page   8
        November 21, 2006


```
    Date   Name                                                    Hours
  -------- -----------                                             -----


                        Scheonecker regarding status of
                        obtaining Castleman materials
                        (0.1).

  10/31/06 Sanner        Commence review of corporate               .60
                         documents and email communications
                         with A. Klapper re same.

  10/31/06 Taylor-Payne  Review of expert materials                 .90
                         received.

                                                                   ------
                                            TOTAL HOURS            185.40


  TIME SUMMARY                  Hours        Rate           Value
  -----------------------       -----        ----           -----
  Douglas E. Cameron            31.40  at $  530.00  =    16,642.00
  Antony B. Klapper             57.50  at $  500.00  =    28,750.00
  Margaret L. Sanner             0.90  at $  415.00  =       373.50
  Andrew J. Muha                 0.60  at $  295.00  =       177.00
  Jesse J. Ash                   8.20  at $  330.00  =     2,706.00
  John L. Schoenecker           28.70  at $  250.00  =     7,175.00
  Jennifer L. Taylor-Payne      54.50  at $  170.00  =     9,265.00
  Anne L. Salzberg               3.60  at $  150.00  =       540.00

                        CURRENT FEES                       65,628.50


                                                         ------------
             TOTAL BALANCE DUE UPON RECEIPT               $65,628.50
                                                         ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number      1475176
5400 Broken Sound Blvd., N.W.            Invoice Date       11/21/06
Boca Raton, FL 33487                     Client Number       172573

===============================================================================
Re: W. R. Grace & Co.
  (60027)  Travel-Nonworking

        Fees                          2,280.00
        Expenses                          0.00

                  TOTAL BALANCE DUE UPON RECEIPT        $2,280.00
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number        1475176
5400 Broken Sound Blvd., N.W.            Invoice Date         11/21/06
Boca Raton, FL 33487                     Client Number         172573
Matter Number       60027
================================================================================
Re: (60027)  Travel-Nonworking
FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2006
Date    Name                                               Hours
-------  -----------                                       -----


10/11/06 Aten          Non-working travel time spent        2.50
                       traveling to and from Philadelphia
                       for witness meetings (one-half of
                       actual time traveling).


10/11/06 Flatley       Non-working time spent traveling     3.00
                       to and from Philadelphia for
                       witness meetings (one-half of
                       total).


                                                            ------
                                        TOTAL HOURS          5.50

        TIME SUMMARY          Hours         Rate        Value
        ------------------    ----------------------    -------
        Lawrence E. Flatley   3.00  at  $  535.00  =    1,605.00
        Rebecca E. Aten       2.50  at  $  270.00  =      675.00

                      CURRENT FEES                       2,280.00
                                                        ------------

                      TOTAL BALANCE DUE UPON RECEIPT      $2,280.00
                                                        ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1474316
5400 Broken Sound Blvd., N.W.        Invoice Date       11/21/06
Boca Raton, FL 33487                 Client Number        172573


===============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

    Fees                              1,166.00
    Expenses                              0.00

        TOTAL BALANCE DUE UPON RECEIPT        $1,166.00
                             =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | | |
|---|---|---|
| Invoice Number | 1474316 |
| Invoice Date | 11/21/06 |
| Client Number | 172573 |
| Matter Number | 60028 |

=======================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| 10/23/06 | Cameron | Review materials for ZAI claims (0.9); telephone call with R. Finke regarding same (0.4); review Canadian claims materials (0.9). | 2.20 |
| | | TOTAL HOURS | 2.20 |


| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Douglas E. Cameron | 2.20 at $ 530.00 = | 1,166.00 |
| | CURRENT FEES | | 1,166.00 |

TOTAL BALANCE DUE UPON RECEIPT          $1,166.00
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                        Invoice Number      1474317
5400 Broken Sound Blvd., N.W.      Invoice Date       11/21/06
Boca Raton, FL 33487               Client Number        172573

=========================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

        Fees                        3,235.50
        Expenses                        0.00

              TOTAL BALANCE DUE UPON RECEIPT        $3,235.50
                                                ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1474317
5400 Broken Sound Blvd., N.W.            Invoice Date       11/21/06
Boca Raton, FL 33487                     Client Number       172573
                                         Matter Number         60029


=========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2006

| Date | Name | | Hours |
|------|------|------|-------|
| 10/05/06 | Cameron | Attention to fee application and related issues. | .90 |
| 10/07/06 | Cameron | Further review of Grace fee application materials and revise same. | .80 |
| 10/10/06 | Muha | Review and revise September 2006 DBR, including research for additional fee and expense detail and multiple e-mails to D. Cameron and T. Klapper re: same. | 2.00 |
| 10/17/06 | Ament | E-mails with J. Lord re: CNO for 21st quarterly fee application (.10); e-mails with D. Cameron and A. Muha re: Sept. monthly and 22nd quarterly fee applications (.10). | .20 |
| 10/17/06 | Lord | E-mails with S. Ament re: fee application issues. | .10 |
| 10/20/06 | Muha | Make additional changes to monthly fee application and discuss same with D. Cameron. | .50 |
| 10/21/06 | Cameron | Attention to fee applications. | .70 |
| 10/23/06 | Ament | Review e-mail received from C. Gadsden re: monthly invoices. | .10 |

172573 W. R. Grace & Co.                         Invoice Number  1474317
60029  Fee Applications-Applicant                Page    2
November 21, 2006


|  Date    | Name       |                                                   | Hours |
|----------|------------|---------------------------------------------------|-------|
| 10/23/06 | Lord       | Research docket and draft CNO for Reed Smith August monthly fee application and recent quarterly fee application. | .60 |
| 10/24/06 | Ament      | Review invoices and format invoices into Word documents re: fee and expense details (1.0); begin calculating Sept. monthly invoices re: fees and expenses (1.0); begin drafting 63rd monthly fee application (.50). | 2.50 |
| 10/25/06 | Ament      | Continue drafting 53rd monthly fee application and provide to A. Muha (.50); review e-mail received from fee auditor re: 21st quarterly (.10); meet with A. Muha re: same (.10). | .70 |
| 10/25/06 | Lankford   | Confer with J. Lord (.2); scan, e-file and perfect service of RS's 21st Quarterly CNO (.5); scan, e-file and perfect service of RS's 62nd Monthly CNO (.2); e-file and perfect service of same (.4). | 1.30 |
| 10/27/06 | Ament      | E-mail to A. Muha re: 63rd monthly fee application and e-mails with J. Lord re: same. | .10 |
| 10/30/06 | Ament      | Meet with A. Muha re: 63rd monthly fee application (.10); finalize monthly fee application and fee and expense detail (.20); e-mail same to J. Lord for DE filing (.10). | .90 |
| 10/30/06 | Lord       | Review, revise, e-file and perfect service of Reed Smith's Sept. monthly fee application. | 1.30 |
| 10/30/06 | Muha       | Final review/revisions to September 2006 monthly application. | .40 |

                                                  ------
                                  TOTAL HOURS     13.10

```
172573 W. R. Grace & Co.                    Invoice Number   1474317
60029  Fee Applications-Applicant           Page    3
November 21, 2006
```

```
TIME SUMMARY                Hours        Rate           Value
------------------------    ---------------------      -------
Douglas E. Cameron          2.40  at  $  530.00  =    1,272.00
Andrew J. Muha              2.90  at  $  295.00  =      855.50
John B. Lord                2.00  at  $  190.00  =      380.00
Sharon A. Ament             4.50  at  $  130.00  =      585.00
Lisa Lankford               1.30  at  $  110.00  =      143.00

                            CURRENT FEES                      3,235.50


                                                     ------------
                            TOTAL BALANCE DUE UPON RECEIPT    $3,235.50
                                                     ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1474318
One Town Center Road                     Invoice Date        11/21/06
Boca Raton, FL   33486                   Client Number       172573

========================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation (Asbestos)

     Fees                              135,965.00
     Expenses                               0.00

              TOTAL BALANCE DUE UPON RECEIPT      $135,965.00
                                            =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1474318 |
| Invoice Date | 11/21/06 |
| Client Number | 172573 |
| Matter Number | 60033 |

=====================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| 10/02/06 | Aten | Review witness files in preparation for witness meeting on 10/11 (3.1); continue to read expert transcript from Daubert hearing (1.1); begin to review materials sent re claimants' experts (1.0). | 5.20 |
| 10/02/06 | Atkinson | Review file contents reports and repository files re:  expert witness files per L. Flatley request, and send e-mail to R. Aten summarizing available files. | 1.30 |
| 10/02/06 | Cameron | Attention to product ID issues (0.5); attention to witness issues (0.4); attention to statute of limitations briefs (0.7). | 1.60 |
| 10/02/06 | Flatley | E-mail to S. Bianca regarding witness preparation (0.1); review draft reports and e-mails to D. Cameron about them (1.0); review other reports and begin memo on them (1.6); e-mails from/to D. Cameron and R. Aten (0.3). | 3.00 |
| 10/02/06 | Restivo | Review materials relating to Louisiana parishes. | 2.00 |

172573 W. R. Grace & Co.                          Invoice Number   1474318
60033  Claim Analysis Objection Resolution        Page    2
       & Estimation (Asbestos)
November 21, 2006


  Date   Name                                               Hours
 ------- -----------                                        -----

10/03/06 Aten            Conference with L. Flatley re       6.30
                         witness meeting and what materials
                         to collect/locate re experts
                         (1.9); draft "to do" list re above
                         (.9); begin pulling and reviewing
                         materials re medical experts
                         (3.2); conference with C. Gatewood
                         re medical experts (.3).

10/03/06 Atkinson        Per e-mail request from R. Aten,    2.50
                         review files to obtain expert
                         testimony in prior cases, and
                         additional materials requested by
                         R. Aten (1.10); review files re:
                         trial testimony for expert witness
                         (.40); review files and internet,
                         document searches re:  claimants'
                         expert (1.0).

10/03/06 Cameron         Prepare for (0.2) and participate   2.30
                         in conference call with J. Restivo
                         and H. Engel regarding statute of
                         limitations issues (0.9);
                         attention to product ID issues
                         (0.4); review Louisiana statute of
                         limitations summaries (0.8).

10/03/06 Engel           Discussion with J. Restivo and D.   8.50
                         Cameron re strategy for summary
                         judgment motion (.90); draft
                         motion (7.4).

10/03/06 Flatley         Review experts' reports and         4.50
                         draft/revise memorandum (1.4);
                         preparation for meeting regarding
                         status (0.6); meeting with R. Aten
                         regarding status of preparation
                         for depositions and hearings
                         (1.8); e-mails and calls
                         following-up on meeting (0.3);
                         revising and circulating
                         memorandum (0.4).

10/03/06 Gatewood        Examine/review reports of several   4.50
                         experts in preparation for
                         discovery matters (3.0);
                         examine/analyze expert's report
                         (1.5).

```
172573 W. R. Grace & Co.                        Invoice Number  1474318
60033  Claim Analysis Objection Resolution      Page   3
       & Estimation (Asbestos)
November 21, 2006
```

| Date | Name | | Hours |
|------|------|---|-------|
| 10/03/06 | Restivo | Review claims from La. parishes (1.0); memo re: La. claims (.5); telephone conference with H. Engel and D. Cameron (1.0). | 2.50 |
| 10/04/06 | Aten | Reviewed past reports of medical experts for reliance materials and conduct internet research re: new and relevant articles cited (1.9); continue to pull and review expert materials (1.9); continue to conduct research re medical expert (1.0); review materials re multiple medical experts (1.1). | 5.90 |
| 10/04/06 | Atkinson | Review file contents reports re: expert trial testimony, per R. Aten's request (.80); review files re:  expert materials requested by R. Aten (1.10). | 1.90 |
| 10/04/06 | Cameron | E-mails regarding Canadian claims (0.3); attention to materials relating to product ID issues (0.6); attention to materials relating to Canadian claims (0.9); attention to statute of limitations materials (0.4). | 2.20 |
| 10/04/06 | Flatley | E-mails regarding documents for 10/11 meeting (0.2); e-mails and replies regarding documents issues (0.2). | .40 |
| 10/04/06 | Gatewood | Examine/analyze reports of expert witnesses in preparation for outstanding discovery (depositions). | 3.50 |
| 10/05/06 | Aten | Read witness materials sent by S. Bianca (.6); continue to compile materials, research re claimants' medical experts (1.1). | 1.70 |
| 10/05/06 | Cameron | Attention to product ID materials (0.7); telephone call with R. Finke regarding expert issues (0.2); review materials regarding Canadian claims from K&E (0.9); | 2.60 |

- 21 -

172573 W. R. Grace & Co.                          Invoice Number  1474318
60033  Claim Analysis Objection Resolution        Page   4
       & Estimation (Asbestos)
November 21, 2006


| Date | Name | | Hours |
|------|------|---|-------|
| | | review dust methodology expert reliance materials (0.8). | |
| 10/05/06 | Engel | Review and revise draft summary judgment motion. | 1.70 |
| 10/05/06 | Flatley | Begin preparation for 10/11 witness meetings. | .40 |
| 10/06/06 | Aten | Revised index and conference with L. Flatley regarding medical articles. | .70 |
| 10/06/06 | Cameron | Prepare for (0.3) and participate in telephone call with K&E and Canadian counsel regarding open issues for Canadian property damage claims (0.9); attention to product ID materials (1.9); telephone call with R. Finke regarding open issues (0.3). | 3.40 |
| 10/06/06 | Flatley | Preparation for 10/11 witness meetings in Philadelphia (3.3); meet with R. Aten regarding medical witness issues (0.3). | 3.60 |
| 10/07/06 | Cameron | Review materials from M. Dierkes regarding Canadian claims. | .90 |
| 10/08/06 | Aten | Reviewed medical expert reports and compared cited references. | .40 |
| 10/09/06 | Aten | Email to L. Flatley regarding experts' citations. | .30 |
| 10/09/06 | Cameron | Prepare for (0.3) and participate in conference call with R. Finke and consultants regarding deadlines and expert report issues (0.6); review product ID materials (0.9); review materials relating to Canadian claims (0.9); review and revise agenda (0.2). | 2.90 |
| 10/09/06 | Engel | Discussions with paralegals re documents needed to support summary judgment motion. | .30 |

\\uspghfpd\saament\$\DOWNLOAD\ECF PDF's\WR Grace\64th Monthly Fee Detail.doc 11/27/06 5:01 PM

172573 W. R. Grace & Co.                          Invoice Number  1474318
60033  Claim Analysis Objection Resolution        Page   5
       & Estimation (Asbestos)
November 21, 2006


| Date | Name | | Hours |
|------|------|---|-------|
| 10/09/06 | Flatley | E-mails from/to D. Biderman and others (0.2); preparation for 10/11/06 Philadelphia meeting, including reviewing materials and preparing an outline (6.1). | 6.30 |
| 10/09/06 | Lillis | Review motion for summary judgment and check all cases, statutes, and other authorities. | 1.00 |
| 10/09/06 | Phelps | Began gathering and reviewing documents in support of Draft Summary Judgment brief. | 3.00 |
| 10/10/06 | Aten | Reviewed materials in preparation for witness meeting. | 1.30 |
| 10/10/06 | Cameron | Prepare and revise summary and action items for expert work (0.8); review materials relating to product ID analysis (2.1). | 2.90 |
| 10/10/06 | Flatley | Preparation for 10/11 witness meeting in Philadelphia. | 1.10 |
| 10/10/06 | Lillis | Review, cite-check and revise motion for summary judgment for H. Engel. | 3.70 |
| 10/10/06 | Phelps | Continued review of documents in support of Draft Summary Judgment brief. | 3.00 |
| 10/10/06 | Restivo | Work on draft summary judgment motion. | 1.00 |
| 10/11/06 | Ament | Meet with J. Restivo and T. Rea re: debtors' motion for summary judgment (.90); e-mails to and from M. Phelps and J. Lillis re: citations for same (.20); e-mail to J. Restivo re: filing requirements for same (.10); telephone call from T. Rea re: brief and follow-up e-mail to M. Phelps and J. Lillis re: same (.10). | 1.30 |

```
172573 W. R. Grace & Co.                          Invoice Number  1474318
60033  Claim Analysis Objection Resolution        Page   6
       & Estimation (Asbestos)
November 21, 2006
```

| Date | Name | | Hours |
|------|------|---|-------|
| 10/11/06 | Aten | Preparation for Philadelphia witness meetings (1.5); meetings in Philadelphia with W. Sparks, S. Bianca, L. Flatley and Grace witnesses (5.0); follow-up on meeting, including conference call with W. Sparks, J. Hughes, S. Bianca and L. Flatley regarding deposition notice (.5); follow-up meeting with L. Flatley (1.0); read expert's prior testimony (.8). | 8.80 |
| 10/11/06 | Cameron | Prepare for (0.5) and participate in conference call relating to Canadian claim issues with K&E, R. Finke and Canadian counsel (1.4); follow-up from issues raised in call (0.8); attention to task list for expert work (0.9); review materials received from expert (0.8). | 4.40 |
| 10/11/06 | Flatley | Preparation for Philadelphia witness meetings (2.5); meetings in Philadelphia with W. Sparks, S. Bianca, R. Aten and Grace witnesses (5.0); follow-up on meeting, including conference call with W. Sparks, J. Hughes, S. Bianca and R. Aten re: deposition notice (0.5); follow-up on meeting with R. Aten (1.0). | 9.00 |
| 10/11/06 | Lillis | Review, cite-check and edit motion for summary judgment for H. Engel (3.0); create table of authorities and table of contents for same (2.0). | 5.00 |
| 10/11/06 | Phelps | Continued review of documents in support of Draft Summary Judgment brief. | 5.00 |
| 10/11/06 | Rea | Conference with J. Restivo (.9); revise summary judgment brief (3.1). | 4.00 |

\\uspghfpd\saament$\DOWNLOAD\ECF PDF's\WR Grace\64th Monthly Fee Detail.doc 11/27/06 5:01 PM

```
172573 W. R. Grace & Co.                    Invoice Number  1474318
60033  Claim Analysis Objection Resolution  Page    7
       & Estimation (Asbestos)
November 21, 2006
```

| Date | Name | | Hours |
|------|------|------|------|
| 10/11/06 | Restivo | Work on summary judgment motion re: Louisiana P.D. claims (1.0); meeting with D. Cameron re: Canadian claims (.5). | 1.50 |
| 10/12/06 | Ament | Review e-mails from M. Phelps and J. Lillis and respond re: brief issues (.30); e-mail latest draft of brief to T. Rea (.10); review e-mail from T. Rea re: filing deadline (.10); review exhibits received from M. Phelps and provide to T. Rea (.30). | .80 |
| 10/12/06 | Aten | Continue to review materials regarding medical experts. | .40 |
| 10/12/06 | Cameron | Review materials from K&E regarding 10/13 filing deadlines (1.2); meet with L. Flatley regarding product ID issues (0.3); attention to Canadian claims materials from K&E (0.9); review task list for expert work and organize expert report materials (1.3); review draft of statute of limitations brief (1.2). | 4.90 |
| 10/12/06 | Flatley | Review and reorganize witness materials after trip to Philadelphia (1.2); meet with D. Cameron regarding status (0.4). | 1.60 |
| 10/12/06 | Lillis | Finalize table of authorities and other citations in motion for summary judgment for H. Engel. | .50 |
| 10/12/06 | Phelps | Complete review of documents in support of Draft Summary Judgment brief. | 2.00 |
| 10/12/06 | Rea | Revise summary judgment brief. | 3.20 |
| 10/13/06 | Ament | Review and respond to e-mail from T. Rea re: exhibits to brief (.10); e-mails with M. Phelps re: citations to same (.10). | .20 |
| 10/13/06 | Atkinson | Review returned witness files. | .30 |

\\uspghfpd\saament$\DOWNLOAD\ECF PDF's\WR Grace\64th Monthly Fee Detail.doc 11/27/06 5:01 PM

172573 W. R. Grace & Co.                      Invoice Number  1474318
60033  Claim Analysis Objection Resolution    Page   8
       & Estimation (Asbestos)
November 21, 2006


|  Date   | Name     |                                                        | Hours |
| ------- | -------- | ------------------------------------------------------ | ----- |
| 10/13/06 | Cameron | Review draft reply and provide comments (0.7); review extensive expert materials regarding Canadian claims (2.1); review expert analysis regarding product ID (1.3); review materials for call to Equity Committee counsel and telephone call with R. Finke regarding same (0.3). | 4.40 |
| 10/13/06 | Phelps | Review, summarize and send questionnaires to T. Rea. | 2.00 |
| 10/13/06 | Rea | Revise summary judgment brief. | 3.70 |
| 10/14/06 | Cameron | Attention to work plan for experts. | 1.40 |
| 10/15/06 | Aten | Organized files re medical experts and drafted document summarizing materials on hand. | 1.60 |
| 10/15/06 | Cameron | Attention to Canadian claims materials. | 2.00 |
| 10/16/06 | Ament | Review e-mail and draft brief received from T. Rea. | .10 |
| 10/16/06 | Aten | Draft summary of 10/11/2006 meeting with witnesses W. Sparks and S. Bianca (2.6); revise summary of materials collected re medical experts (.4). | 3.00 |
| 10/16/06 | Atkinson | Research, locate and provide copy of Barbanti deposition transcript to Rebecca Aten. | .30 |
| 10/16/06 | Cameron | Attention to summary judgment motion issues (0.9); review product ID materials (0.9). | 1.80 |
| 10/16/06 | Flatley | E-mails and replies. | .20 |
| 10/17/06 | Ament | Meet with T. Rea re: exhibits to brief. | .10 |

\\uspghfpd\saament$\DOWNLOAD\ECF PDF's\WR Grace\64th Monthly Fee Detail.doc 11/27/06 5:01 PM

172573 W. R. Grace & Co.                    Invoice Number   1474318
60033  Claim Analysis Objection Resolution   Page    9
       & Estimation (Asbestos)
November 21, 2006


 Date    Name                                              Hours
-------- ----------                                        -----

10/17/06 Aten           Meeting with L. Flatley and C.      3.90
                        Gatewood re depositions of medical
                        experts, things to follow up on
                        (.9); meeting with C. Gatewood re
                        status of claims, background
                        information (.6); revised summary
                        of meeting, revised summary of
                        materials collected re experts
                        (1.8); drafted summary to-do list
                        from above meeting with C.
                        Gatewood and L. Flatley (.6).


10/17/06 Cameron        Review materials relating to        1.60
                        Canadian claims.


10/17/06 Flatley        Reviewing status of medical issues  6.70
                        and organizing strategy for
                        proceeding (3.1); meet with C.
                        Gatewood regarding status (0.3);
                        reviewing claimants' experts
                        reports from PI estimation case
                        and short memo summarizing them
                        (1.3); meeting with C. Gatewood
                        and R. Aten regarding status
                        (1.2); review and revise R. Aten
                        memo regarding 10/11/06
                        Philadelphia meeting (0.8).


10/17/06 Gatewood       Prepare for, attend and            4.90
                        participate in meeting/conference
                        with L. Flatley and R. Aten
                        concerning property damage issues,
                        outstanding tasks, expert
                        depositions and other open items
                        (1.0); confer with R. Aten
                        concerning background information
                        surrounding filing of property
                        damage claims, etc and outline
                        significant issues (1.0);
                        examine/analyze Claimants' Initial
                        Disclosures of fact and expert
                        witnesses anticipated to be called
                        in Phase I of estimation (2.5);
                        communicate with T. Walker
                        concerning research/historical
                        information concerning claimant
                        expert (.20); communicate with R.
                        Aten concerning same (.20).


                              - 27 -

```
172573 W. R. Grace & Co.                          Invoice Number  1474318
60033  Claim Analysis Objection Resolution        Page  10
       & Estimation (Asbestos)
November 21, 2006
```

| Date | Name | | Hours |
|------|------|------|-------|
| 10/17/06 | Rea | Conference with J. Restivo (.6); revise summary judgment brief (1.9). | 2.50 |
| 10/17/06 | Restivo | Revise draft brief and communications with client. | 1.50 |
| 10/18/06 | Ament | Meet with R. Aten re: PD claims and e-mails with D. Cameron re: same. | .10 |
| 10/18/06 | Aten | Edit summary of witness meeting and circulate (.8); continue to review materials re: medical experts (.8). | 1.60 |
| 10/18/06 | Cameron | Review materials from J. Restivo regarding statute of limitations (0.9); review materials from L. Flatley regarding product ID (0.9). | 1.80 |
| 10/18/06 | Flatley | Detailed analysis and outline of claimants' medical report for overview of medical case. | 4.70 |
| 10/18/06 | Gatewood | Examine/analyze materials circulated by R. Aten concerning medical experts (.50); examine/analyze expert report and outline questions to raise with L. Flatley (1.5); | 2.00 |
| 10/18/06 | Rea | Revise summary judgment brief. | .40 |
| 10/18/06 | Restivo | Product ID inquiries. | .50 |
| 10/19/06 | Aten | Continue to review materials re multiple medical experts on preparation for depositions. | 1.30 |
| 10/19/06 | Atkinson | Prepare witness material for repository. | .20 |
| 10/19/06 | Cameron | Review materials from L. Flatley regarding experts (0.9); review additional materials relating to statute of limitations (0.9); review materials from consultant regarding product ID issues (0.5). | 2.30 |

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
      & Estimation (Asbestos)
November 21, 2006

Invoice Number  1474318
Page  11

| Date | Name | | Hours |
| ------- | ---------- | | ----- |
| 10/19/06 | Flatley | Revisions to memo regarding claimants' medical witness (0.4); review claimants' medical witness report and outline of it and strategy (2.4); outlining strategy (0.9); call with R. Senftleben regarding medical issues strategy (0.6); lengthy analytical e-mails to clients enclosing memoranda and outlining strategy (1.9). | 6.20 |
| 10/19/06 | Rea | Revise summary judgment brief. | 1.20 |
| 10/19/06 | Restivo | Review La. hospital claims. | 1.00 |
| 10/20/06 | Aten | Identify materials relied on by expert that need to be requested from claimant's counsel (.2); continue to review materials re other medical experts (.3). | .50 |
| 10/20/06 | Cameron | Attention to product ID issues (0.8); review expert reports and summaries (0.9); work on hazard issue outline (1.6). | 3.30 |
| 10/20/06 | Flatley | Review correspondence and organize follow-up on medical issues. | .70 |
| 10/20/06 | Gatewood | Examine/analyze materials (prior reports/depositions) concerning claimant's expert witness and outline follow-up issues (3.0); communicate with R. Aten concerning same (.20) | 3.20 |
| 10/20/06 | Rea | Revise summary judgment brief. | 1.70 |
| 10/20/06 | Walker-Young | Regarding plaintiff's expert: phone discussion with C. Gatewood regarding information needed to obtain and testimonial history and prepare request for same (.40); email to C. Gatewood regarding information still needed (.10). | .50 |
| 10/21/06 | Cameron | Continued work on lack of hazard outline. | 1.40 |

172573 W. R. Grace & Co.                          Invoice Number  1474318
60033  Claim Analysis Objection Resolution        Page  12
       & Estimation (Asbestos)
November 21, 2006

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 10/22/06 | Aten | Read expert's prior report. | .50 |
| 10/22/06 | Cameron | Review materials from R. Finke (0.2); review product ID summaries (0.8); review summary judgment materials (0.9). | 1.90 |
| 10/22/06 | Rea | Revise summary judgment brief. | .30 |
| 10/23/06 | Ament | Provide R. Aten with CD-Rom of claims per request. | .10 |
| 10/23/06 | Aten | Conference with L. Flatley and C. Gatewood re expert depositions (1.5); compile articles referenced by Dr. Anderson (.4). | 1.90 |
| 10/23/06 | Cameron | Review materials for conference call (0.8); attend to draft motion for summary judgment (1.4); attention to product ID issues (0.6). | 2.80 |
| 10/23/06 | Flatley | Review and analyze medical issues and preparation for meeting with medical expert, including letter to R. Senftleben (2.6); meet with C. Gatewood and R. Aten to discuss medical witness strategy and ideas to cover at depositions (1.5); follow-up on meeting (0.3). | 4.40 |
| 10/23/06 | Gatewood | Prepare for and meet with L. Flatley and R. Aten concerning deposition examination of strategic overview and discussion concerning expert reports submitted on behalf of claimants (1.2); outline issues raised by L. Flatley and communicate with T. Walker concerning research issues (.50); meet/confer with R. Aten concerning expert report and research findings (.50); examine/analyze Debtors' rebuttal expert disclosures for PD Estimation Phase I and outline significant issues/follow-up matters (3.5). | 5.70 |

172573 W. R. Grace & Co.                          Invoice Number   1474318
60033  Claim Analysis Objection Resolution        Page   13
       & Estimation (Asbestos)
November 21, 2006

| Date | Name | | Hours |
|------|------|--|-------|

| 10/23/06 | Rea | Revise summary judgment brief. | .90 |
| 10/23/06 | Walker-Young | In regard to plaintiff's expert: Compile in email form details on plaintiff's expert to obtain testimony (.30); email to L. Beswick, C. Gatewood re: same (.10);  review Mealey's report for expert and send to C. Gatewood (.30); perform internet research for contact information and publications and send to C. Gatewood (.30). | 1.00 |
| 10/24/06 | Aten | Emails re compiling list of claims with product ID objections and brief review of chart sent by K&E. | .40 |
| 10/24/06 | Cameron | Review materials in preparation for 10/25 call (0.9); attend to statute of limitations brief and e-mails regarding same (1.5); e-mail regarding claims documentation (0.8); review expert witness materials (1.2); review expert witness summaries (0.8); telephone call with L. Flatley regarding schedule (0.2). | 5.40 |
| 10/24/06 | Flatley | E-mails and replies (0.3); review notes and other preparation for 10/25 team call (2.1). | 2.40 |
| 10/24/06 | Gatewood | Receipt, examination and analysis of information addressing remaining PD claims (.80); communicate with R. Aten concerning same (.20). | 1.00 |
| 10/25/06 | Aten | Conference with Kirkland re compiling list of claims with product ID objections (.1); call with L. Flatley, D. Cameron and L. Esayian (.9). | 1.00 |
| 10/25/06 | Cameron | Prepare outline for conference call (0.9); review summary judgment materials for conference call (0.9); review witness | 5.70 |

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
       & Estimation (Asbestos)
November 21, 2006

Invoice Number  1474318
Page  14

| Date | Name | | Hours |
|------|------|--|-------|

|  |  | designations for conference call (0.7); e-mails regarding statute of limitations issues in California (0.9); participate in conference call with PD team (1.1); e-mails regarding claimants submissions for dust methodology reports (0.3); review expert reports regarding same (0.9). |  |
| 10/25/06 | Flatley | Call with R. Senftleben and follow-up e-mail regarding medical issues (0.5); review draft discovery requests and comment on it (0.5); working on California issues, including numerous messages from/to D. Biderman (2.5); e-mails and calls with D. Cameron regarding conference call (0.3); team conference call (1.1); follow-up on team call (1.0). | 5.90 |
| 10/25/06 | Garlitz | Compile list of product ID objections. | .60 |
| 10/26/06 | Aten | Reviewed docket for filings re claimants expert reports, reviewed disclosure statements re PD claims, dust metholodology. | .70 |
| 10/26/06 | Cameron | Review dust methodology expert reports filed by Claimants and e-mail regarding same; (1.5); attention to Statute of Limitations issue (0.9); review CMO and deadlines (0.4); review hazard expert report issue (1.6). | 4.40 |
| 10/26/06 | Flatley | Review and analyze e-mails regarding additional experts' reports (0.4); review issues regarding fact witnesses for PD cases (0.4); scheduling regarding California trip to meet with D. Biderman, et al. (0.8); preparation for California limitations issues (2.2). | 3.80 |