172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
       & Estimation (Asbestos)
November 21, 2006

Invoice Number  1474318
Page  15

| Date | Name | | Hours |
|------|------|--|-------|
| 10/26/06 | Garlitz | Compile list of product ID objections. | 1.30 |
| 10/27/06 | Aten | Review listing of claims with product ID objections (.3); read CMO re scheduling (.2). | .50 |
| 10/27/06 | Cameron | Extensive review of expert report and related disclosures regarding dust methodology (2.6); multiple e-mails regarding same (0.8); attention to lack of hazard report issues (1.3); review product ID/statute of limitations witness lists (0.6). | 5.30 |
| 10/27/06 | Flatley | E-mails and replies on various issues (0.6); follow-up e-mails from D. Cameron (0.2). | .80 |
| 10/28/06 | Cameron | Additional work with expert materials regarding dust methodology issues (1.3); attention to hazard issues for experts (0.9). | 2.20 |
| 10/29/06 | Aten | Read prior expert reports to formulate outline for report. | .90 |
| 10/29/06 | Cameron | Prepare draft witness disclosure (1.3); e-mail regarding same (0.2); review expert report materials (0.9). | 2.40 |
| 10/30/06 | Aten | Review list of claims with product ID objections and revise and circulate to L. Flatley (1.1); email sent to claimant's counsel re expert's materials (.1); read deposition/trial testimony of expert in preparation for report (1.5). | 2.70 |
| 10/30/06 | Cameron | Multiple e-mails regarding statute of limitations issues (0.9); e-mails regarding witness list (0.5); review and revise same (0.6); review statute of limitations brief (0.6) | 2.60 |

```
172573 W. R. Grace & Co.                        Invoice Number  1474318
60033  Claim Analysis Objection Resolution      Page   16
       & Estimation (Asbestos)
November 21, 2006
```

| Date | Name | | Hours |
|------|------|--|-------|
| 10/30/06 | Flatley | E-mails regarding California meeting arrangements and prepare for trip to California (0.7); review and reply to e-mails regarding witness issues (0.6). | 1.30 |
| 10/30/06 | Gatewood | Examine deposition transcript of Grace expert and outline issues re: current expert submission (2.0); examine amended case management order addressing summary judgment motions (.50); communicate with R. Aten concerning outstanding follow-up tasks and issues discussed with L. Flatley in prior meeting (.20). | 2.70 |
| 10/30/06 | Rea | Email re: summary judgment brief. | .10 |
| 10/30/06 | Restivo | Receipt and review of multiple emails and correspondence re: property damage claims. | 1.00 |
| 10/31/06 | Aten | Continue to read/analyze expert's testimony in preparation for report. | 1.30 |
| 10/31/06 | Cameron | Prepare, review and revise preliminary witness disclosure (1.9); telephone call with L. Flatley and R. Finke regarding same (0.8); multiple e-mails regarding same (0.6); attention to California claims issues (1.2); e-mails and calls regarding meeting to address California claims (0.4); meet with J. Restivo and e-mails regarding Louisiana claims (0.3) review Canadian claims issues (1.2). | 6.40 |
| 10/31/06 | Flatley | E-mails and replies on various subjects (0.3); conference call with R. Finke and D. Cameron regarding witness list issues (1.0); follow-up on conference call, including e-mails about California trip (0.4); call with | 2.90 |

\\uspghfpd\saament$\DOWNLOAD\ECF PDF's\WR Grace\64th Monthly Fee Detail.doc 11/27/06 5:01 PM

```
172573 W. R. Grace & Co.                    Invoice Number  1474318
60033  Claim Analysis Objection Resolution  Page  17
       & Estimation (Asbestos)
November 21, 2006
```

| Date | Name | | Hours |
|------|------|---|-------|
| | | W. Sparks and follow-up on call (0.6); e-mails regarding witness list (0.2); preparation for California trip (0.4). | |
| 10/31/06 | Gatewood | Examine/analyze Debtors' Fact and Expert Witness Disclosures for Asbestos PD Estimation, Phase I (2.0); research expert involvement in prior litigation as an expert (1.5). | 3.50 |
| 10/31/06 | Restivo | Property damage claims review. | 1.50 |

```
                                             ------
                                 TOTAL HOURS  319.70
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| James J. Restivo Jr. | 12.50 | at $ | 600.00 | = | 7,500.00 |
| Lawrence E. Flatley | 69.90 | at $ | 535.00 | = | 37,396.50 |
| Douglas E. Cameron | 87.20 | at $ | 530.00 | = | 46,216.00 |
| Traci Sands Rea | 18.00 | at $ | 390.00 | = | 7,020.00 |
| Harold J. Engel | 10.50 | at $ | 500.00 | = | 5,250.00 |
| Carol J. Gatewood | 31.00 | at $ | 380.00 | = | 11,780.00 |
| Rebecca E. Aten | 52.80 | at $ | 270.00 | = | 14,256.00 |
| Maureen L. Atkinson | 6.50 | at $ | 180.00 | = | 1,170.00 |
| James Lillis | 10.20 | at $ | 150.00 | = | 1,530.00 |
| Sharon A. Ament | 2.70 | at $ | 130.00 | = | 351.00 |
| Tina Walker-Young | 1.50 | at $ | 115.00 | = | 172.50 |
| Mark E. Phelps | 15.00 | at $ | 200.00 | = | 3,000.00 |
| Margaret A. Garlitz | 1.90 | at $ | 170.00 | = | 323.00 |

```
           CURRENT FEES                          135,965.00


                                               -----------
           TOTAL BALANCE DUE UPON RECEIPT       $135,965.00
                                               ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | | |
|---|---|---|
| W.R Grace & Co. | Invoice Number | 1474319 |
| One Town Center Road | Invoice Date | 11/21/06 |
| Boca Raton, FL    33486 | Client Number | 172573 |

===========================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

| | |
|---|---|
| Fees | 45,136.00 |
| Expenses | 0.00 |
| TOTAL BALANCE DUE UPON RECEIPT | $45,136.00 |
| | ============= |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number    1474319
One Town Center Road                     Invoice Date     11/21/06
Boca Raton, FL    33486                  Client Number     172573
                                         Matter Number       60035


===========================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2006

| Date | Name | | Hours |
|------|------|---|------|
| 09/21/06 | Keppel | Review deposition transcripts of expert for inclusion in his draft cross examination outline. | 1.00 |
| 09/24/06 | Keppel | Review deposition transcripts of expert for inclusion in his draft cross examination outline. | 1.40 |
| 10/02/06 | Sanner | Work on finalizing expert cross outline. | 6.50 |
| 10/03/06 | Atkinson | Review files to send additional deposition exhibits to L. Claus, per her request. | .70 |
| 10/03/06 | Sanner | Work on reviewing and revising draft cross-outline for Spear and email correspondence with A. Klapper re same. | 7.50 |
| 10/04/06 | Keppel | Review expert deposition testimony for cross outline. | .40 |
| 10/04/06 | Sanner | Review, revise and finalize cross-examination outlines for Frank and Spear and email correspondence with A. Klapper re same. | 8.20 |
| 10/05/06 | Cameron | Telephone call with R. Finke regarding open issues (0.3); review materials regarding EPA data (0.4); review court ruling and begin review of reliance | 1.50 |

- 37 -

172573 W. R. Grace & Co.                      Invoice Number   1474319
60035  Grand Jury Investigation               Page    2
November 21, 2006


| Date | Name | | Hours |
|------|------|---|-------|
| | | materials (0.8). | |
| 10/05/06 | Jeziorowski | Receipt and review of additional deposition transcripts for Dr. Millette (1.0); update deposition binder index and excel spreadsheet (1.0). | 2.00 |
| 10/06/06 | Cameron | Review EPA sample materials (0.8); review agenda from R. Finke (0.4); review materials for call with consultants (1.9). | 3.10 |
| 10/09/06 | Ash | Draft, revise and edit cross-examination outline in preparation for criminal proceedings in Montana (3.5); draft and revise memorandum in preparation for criminal proceedings in Montana (2.5). | 6.00 |
| 10/09/06 | Cameron | Prepare for (0.7) and participate in conference call with R. Finke and consultants regarding projects and open issues for criminal trial (1.5); e-mails regarding calls/meetings with experts (0.3); review expert reports and materials from EPA (1.2); review and revise agenda for call (0.4). | 4.10 |
| 10/09/06 | Keppel | Review expert deposition testimony for cross outline. | .50 |
| 10/10/06 | Ash | Draft and revise cross outline in preparation for criminal proceedings in Montana (4.0); draft and revise memorandum in preparation for criminal proceedings in Montana (2.5). | 6.50 |
| 10/10/06 | Cameron | Prepare and revise summary and action items for expert work (2.2); review expert reports and open issues for calls (1.5); revise cross-examination materials (0.9). | 4.60 |

172573 W. R. Grace & Co.                          Invoice Number  1474319
60035  Grand Jury Investigation                   Page   3
November 21, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| 10/10/06 | Keppel | Edit and revise memorandum of expert witness deposition testimony. | 1.70 |
| 10/11/06 | Sanner | Follow up with M. Jeziorowski re expert deposition transcript issues. | .30 |
| 10/12/06 | Cameron | E-mail regarding expert analysis (0.4); review materials for expert with respect to Court's ruling on motion in limine (1.4); e-mails regarding same (0.4); attention to expert work product issues (0.9). | 3.10 |
| 10/13/06 | Cameron | Attention to materials from experts regarding testing data (1.9); review materials from EPA regarding sampling (1.5). | 3.40 |
| 10/14/06 | Cameron | Attention to expert prep issues. | 1.20 |
| 10/16/06 | Cameron | Communications regarding strategy call (0.4); review task list for experts (0.8); review expert reports (1.6). | 2.80 |
| 10/16/06 | Jeziorowski | Receipt and review of additional transcripts re: expert witness (.50); update binder index for Dr. Millette (1.50); update spreadsheet for same (.80). | 2.80 |
| 10/16/06 | Klapper | Continue work on modifying expert cross-examination outline. | 2.80 |
| 10/18/06 | Cameron | Review materials from consultant regarding Libby analysis (1.4); review materials relating to EPA data and samples (0.9). | 2.30 |
| 10/20/06 | Cameron | Prepare for call with expert regarding Motion in Limine (0.2); telephone call with expert and R. Finke regarding same (0.4); prepare for call with defense counsel regarding open expert issues (0.8); participate in conference call regarding same (1.0); review expert materials as follow-up for call (1.9). | 4.30 |

\\uspghfpd\saament$\DOWNLOAD\ECF PDF's\WR Grace\64th Monthly Fee Detail.doc 11/27/06 5:01 PM

```
172573 W. R. Grace & Co.                    Invoice Number  1474319
60035  Grand Jury Investigation             Page   4
November 21, 2006
```

| Date | Name | | Hours |
|------|------|---|------|
| 10/21/06 | Cameron | Follow-up to conference call with expert work review. | 1.20 |
| 10/22/06 | Cameron | Attention to expert witness examination summaries (1.3); review materials relating to follow-up from call with defense counsel (1.2). | 2.50 |
| 10/23/06 | Cameron | Attention to materials from consultant regarding EPA data. | .90 |
| 10/23/06 | Rutkowski | Emails to local counsel re: depositions for expert witness. | .10 |
| 10/24/06 | Cameron | Attention to materials from defense counsel regarding EPA data (0.7); e-mails regarding same (0.3); telephone call with expert regarding status of analysis (0.3); e-mail regarding same (0.2); review summary of expert work (0.9). | 2.40 |
| 10/24/06 | Jeziorowski | Receipt and review of additional expert deposition transcripts (1.30); log and organize deposition transcripts (1.40). | 2.70 |
| 10/25/06 | Cameron | Review materials from consultant regarding sample analysis (1.4); review materials relating to expert reports and back-up data (1.4). | 2.80 |
| 10/26/06 | Cameron | Review materials from expert witness regarding reliance materials (1.9); telephone call regarding same (0.3); review government testing data (0.9). | 3.10 |
| 10/27/06 | Cameron | Attention to expert work issues (0.9); review testing data (0.4); review reliance materials (0.9). | 2.20 |
| 10/27/06 | Jeziorowski | Receipt and review of additional expert deposition transcripts (1.0); update and amend index and excel chart with additional deposition transcripts from expert | 2.10 |

```
172573 W. R. Grace & Co.                    Invoice Number   1474319
60035  Grand Jury Investigation             Page    5
November 21, 2006
```

| Date | Name | | Hours |
|------|------|------|-------|
| | | witness (1.10). | |
| 10/28/06 | Cameron | Follow-up review of expert witness reliance materials. | .90 |
| 10/29/06 | Cameron | Work with expert reliance materials (1.9); review draft analysis (0.9). | 2.80 |
| 10/31/06 | Cameron | Review expert witness materials (0.8); e-mails regarding meeting (0.2); review EPA sample issues (0.8). | 1.80 |

```
                                                    ------
                                    TOTAL HOURS     104.20
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|------|------|------|-------|
| Douglas E. Cameron | 51.00 | at $ | 530.00 | = | 27,030.00 |
| Antony B. Klapper | 2.80 | at $ | 500.00 | = | 1,400.00 |
| Margaret L. Sanner | 22.50 | at $ | 415.00 | = | 9,337.50 |
| Jesse J. Ash | 12.50 | at $ | 330.00 | = | 4,125.00 |
| Margaret Rutkowski | 0.10 | at $ | 315.00 | = | 31.50 |
| Melissa J. Keppel | 5.00 | at $ | 310.00 | = | 1,550.00 |
| Maureen L. Atkinson | 0.70 | at $ | 180.00 | = | 126.00 |
| Michelle Jeziorowski | 9.60 | at $ | 160.00 | = | 1,536.00 |

```
              CURRENT FEES                          45,136.00


                                                  ------------
              TOTAL BALANCE DUE UPON RECEIPT        $45,136.00
                                                  ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1474323
One Town Center Road                     Invoice Date       11/21/06
Boca Raton, FL   33486                   Client Number       172573



================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                              0.00
        Expenses                      2,636.88

              TOTAL BALANCE DUE UPON RECEIPT        $2,636.88
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                        Invoice Number      1474323
One Town Center Road                   Invoice Date      11/21/06
Boca Raton, FL    33486                Client Number       172573
                                       Matter Number        60026

========================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Binding Charge                          6.00
        Telephone Expense                      16.40
        IKON Copy Services                     56.20
        PACER                                   3.20
        Duplicating/Printing/Scanning       1,219.80
        Postage Expense                        10.99
        Courier Service - Outside              73.91
        Parking/Tolls/Other Transportation     36.00
        Air Travel Expense                    357.20
        Taxi Expense                           60.00
        Mileage Expense                        41.83
        Meal Expense                          624.85
        Telephone - Outside                   120.00
        General Expense                        10.50

               CURRENT EXPENSES             2,636.88
                                           -------------

               TOTAL BALANCE DUE UPON RECEIPT    $2,636.88
                                              =============

- 2 -

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1474323
One Town Center Road                     Invoice Date      11/21/06
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number        60026

========================================================================

Re: (60026)  Litigation and Litigation Consulting

        FOR COSTS ADVANCED AND EXPENSES INCURRED:

        09/25/06   PACER-Electronic docket retrieval charges.          1.68

        09/26/06   PACER--Electronic docket retrieval charges.         1.52

        09/28/06   Postage Expense-PLEADINGS                          10.60

        10/02/06   Telephone Expense                                   1.15
                   561-362-1533/BOCA RATON, FL/23

        10/02/06   Telephone Expense                                    .55
                   561-362-1533/BOCA RATON, FL/11

        10/02/06   Duplicating/Printing/Scanning                       5.00
                   ATTY # 3928; 50 COPIES

        10/02/06   Duplicating/Printing/Scanning                       1.70
                   ATTY # 0349: 17 COPIES

        10/03/06   Telephone Expense                                    .10
                   561-362-1533/BOCA RATON, FL/2

        10/03/06   Telephone Expense                                    .40
                   561-362-1533/BOCA RATON, FL/8

        10/03/06   Duplicating/Printing/Scanning                        .30
                   ATTY # 3928; 3 COPIES

        10/03/06   Duplicating/Printing/Scanning                        .20
                   ATTY # 0349: 2 COPIES

        10/03/06   Duplicating/Printing/Scanning                       1.70
                   ATTY # 0349: 17 COPIES

        10/03/06   Duplicating/Printing/Scanning                       1.70
                   ATTY # 0349: 17 COPIES

172573 W. R. Grace & Co.                          Invoice Number  1474323
60026  Litigation and Litigation Consulting       Page    2
November 21, 2006


        10/03/06   Duplicating/Printing/Scanning                    1.70
                   ATTY # 0349: 17 COPIES

        10/03/06   Duplicating/Printing/Scanning                     .10
                   ATTY # 0559: 1 COPIES

        10/03/06   Duplicating/Printing/Scanning                     .30
                   ATTY # 0396: 3 COPIES

        10/03/06   Duplicating/Printing/Scanning                     .30
                   ATTY # 0396: 3 COPIES

        10/03/06   Duplicating/Printing/Scanning                     .10
                   ATTY # 0396: 1 COPIES

        10/03/06   Duplicating/Printing/Scanning                     .30
                   ATTY # 0396: 3 COPIES

        10/03/06   Duplicating/Printing/Scanning                     .20
                   ATTY # 0396: 2 COPIES

        10/03/06   Duplicating/Printing/Scanning                     .20
                   ATTY # 0349: 2 COPIES

        10/03/06   Duplicating/Printing/Scanning                     .30
                   ATTY # 0349: 3 COPIES

        10/03/06   Duplicating/Printing/Scanning                     .30
                   ATTY # 0349: 3 COPIES

        10/03/06   Duplicating/Printing/Scanning                    1.10
                   ATTY # 3928: 11 COPIES

        10/03/06   Duplicating/Printing/Scanning                     .30
                   ATTY # 3928: 3 COPIES

        10/03/06   Duplicating/Printing/Scanning                     .30
                   ATTY # 3928: 3 COPIES

        10/03/06   Meal Expense Bagel Factory Catering--Breakfast  185.50
                   for 8 for preparation for 9/11/06 hearing.

        10/03/06   Meal Expense Eadie's Catering--Lunch for 8 for  134.81
                   working meal in relation to 9/11/06 hearing.

        10/03/06   Meal Expense Mark's Grille and Catering--Dinner 238.10
                   for 8 for working meal in relation to 9/11/06
                   hearing.

        10/04/06   Duplicating/Printing/Scanning                     .80
                   ATTY # 0559; 8 COPIES

                                - 4 -

172573 W. R. Grace & Co.                        Invoice Number  1474323
60026  Litigation and Litigation Consulting       Page   3
November 21, 2006

| Date | Description | Amount |
|---|---|---|
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 34 COPIES | 3.40 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 3 COPIES | .30 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 696 COPIES | 69.60 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 120 COPIES | 12.00 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 130 COPIES | 13.00 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 92 COPIES | 9.20 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 155 COPIES | 15.50 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 17 COPIES | 1.70 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 4 COPIES | .40 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 1 COPIES | .10 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 2 COPIES | .20 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 1 COPIES | .10 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 2 COPIES | .20 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 2 COPIES | .20 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 2 COPIES | .20 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 2 COPIES | .20 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 4 COPIES | .40 |

\\uspghfpd\saament$\DOWNLOAD\ECF PDF's\WR Grace\64th Monthly Expense Detail.doc 11/27/06 5:02 PM

172573 W. R. Grace & Co.                          Invoice Number  1474323
60026  Litigation and Litigation Consulting       Page   4
November 21, 2006

| | | | |
|---|---|---|---|
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 2 COPIES | | .20 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 1 COPIES | | .10 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 1 COPIES | | .10 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 3 COPIES | | .30 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 21 COPIES | | 2.10 |
| 10/05/06 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/24 | | 1.15 |
| 10/05/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 159 COPIES | | 15.90 |
| 10/05/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 57 COPIES | | 5.70 |
| 10/05/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 2 COPIES | | .20 |
| 10/05/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 6 COPIES | | .60 |
| 10/05/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 15 COPIES | | 1.50 |
| 10/06/06 | Duplicating/Printing/Scanning<br>ATTY # 4810; 18 COPIES | | 1.80 |
| 10/06/06 | Duplicating/Printing/Scanning<br>ATTY # 4810; 10 COPIES | | 1.00 |
| 10/06/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 10 COPIES | | 1.00 |
| 10/06/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 10 COPIES | | 1.00 |
| 10/06/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 9 COPIES | | .90 |
| 10/09/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 40 COPIES | | 4.00 |

\\uspghfpd\saament$\DOWNLOAD\ECF PDF's\WR Grace\64th Monthly Expense Detail.doc 11/27/06 5:02 PM

```
172573 W. R. Grace & Co.                          Invoice Number  1474323
60026  Litigation and Litigation Consulting       Page   5
November 21, 2006
```

| | | |
|---|---|---:|
| 10/09/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 149 COPIES | 14.90 |
| 10/09/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 7 COPIES | .70 |
| 10/09/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 6 COPIES | .60 |
| 10/10/06 | General Expense - - THE PAIGE COMPANY,<br>INC.-FILE BOXES | 10.50 |
| 10/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 3 COPIES | .30 |
| 10/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 5 COPIES | .50 |
| 10/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 4 COPIES | .40 |
| 10/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 13 COPIES | 1.30 |
| 10/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 6 COPIES | .60 |
| 10/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 6 COPIES | .60 |
| 10/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .10 |
| 10/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 5 COPIES | .50 |
| 10/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 12 COPIES | 1.20 |
| 10/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 4 COPIES | .40 |
| 10/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .10 |
| 10/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 8 COPIES | .80 |
| 10/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 10 COPIES | 1.00 |

\\uspghfpd\saament$\DOWNLOAD\ECF PDF's\WR Grace\64th Monthly Expense Detail.doc 11/27/06 5:02 PM

172573 W. R. Grace & Co.                          Invoice Number  1474323
60026  Litigation and Litigation Consulting       Page   6
November 21, 2006

| | | |
|---|---|---|
| 10/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 6 COPIES | .60 |
| 10/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 6 COPIES | .60 |
| 10/10/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 21 COPIES | 2.10 |
| 10/11/06 | IKON Copy Services - - Copying and mailing<br>charges for service of CNO for monthly fee<br>application. | 56.20 |
| 10/11/06 | Duplicating/Printing/Scanning<br>ATTY # 0349; 88 COPIES | 8.80 |
| 10/11/06 | Telephone Expense<br>443-535-8439/COLUMBIA, MD/44 | 2.20 |
| 10/11/06 | Telephone Expense<br>443-535-8439/COLUMBIA, MD/26 | 1.30 |
| 10/11/06 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/12 | .60 |
| 10/11/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 17 COPIES | 1.70 |
| 10/12/06 | Telephone Expense<br>770-499-7500/ATLANTA NW, GA/2 | .10 |
| 10/12/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .10 |
| 10/12/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .10 |
| 10/12/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .20 |
| 10/13/06 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/14 | .70 |
| 10/13/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 1 COPIES | .10 |
| 10/13/06 | Duplicating/Printing/Scanning<br>ATTY # 7015; 3 COPIES | .30 |
| 10/15/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 3 COPIES | .30 |

172573 W. R. Grace & Co.                           Invoice Number   1474323
60026  Litigation and Litigation Consulting        Page    7
November 21, 2006

| | | |
|---|---|---|
| 10/15/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 4 COPIES | .40 |
| 10/16/06 | Telephone Expense<br>312-861-2366/CHICAGO, IL/3 | .10 |
| 10/16/06 | Duplicating/Printing/Scanning<br>ATTY # 5254; 229 COPIES | 22.90 |
| 10/16/06 | Duplicating/Printing/Scanning<br>ATTY # 5254; 682 COPIES | 68.20 |
| 10/16/06 | Duplicating/Printing/Scanning<br>ATTY # 5254; 368 COPIES | 36.80 |
| 10/16/06 | Duplicating/Printing/Scanning<br>ATTY # 5254; 644 COPIES | 64.40 |
| 10/16/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 7 COPIES | .70 |
| 10/16/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 5 COPIES | .50 |
| 10/16/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 4 COPIES | .40 |
| 10/16/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 7 COPIES | .70 |
| 10/17/06 | Meal Expense - -LUNCH FOR FOUR DURING MEETING<br>WITH WITNESS IN PHL(10/11/06). | 57.44 |
| 10/17/06 | Air Travel Expense - - VENDOR: LAWRENCE E.<br>FLATLEY TRIP TO PHL FOR WITNESS MEETING RE: WR<br>GRACE (10/11/06). | 166.60 |
| 10/17/06 | Taxi Expense - - VENDOR: LAWRENCE E.<br>FLATLEY--TRAVEL TO/FROM PHL AIRPORT FOR 10/11<br>TRIP FOR WITNESS MEETING. | 60.00 |
| 10/17/06 | Mileage Expense - - LAWRENCE E. FLATLEY--TRAVEL<br>TO/FROM PIT AIRPORT FOR MEETING WITH WR GRACE<br>WITNESS. | 26.70 |
| 10/17/06 | Parking/Tolls/Other Transportation - -LAWRENCE<br>E. FLATLEY --Parking at PIT airport for trip to<br>Philadephia (10/11/06). | 18.00 |
| 10/17/06 | Duplicating/Printing/Scanning<br>ATTY # 5254; 569 COPIES | 56.90 |

- 9 -

172573 W. R. Grace & Co.                        Invoice Number  1474323
60026  Litigation and Litigation Consulting     Page    8
November 21, 2006

| | | |
|---|---|---:|
| 10/17/06 | Duplicating/Printing/Scanning<br>ATTY # 5254; 563 COPIES | 56.30 |
| 10/17/06 | Duplicating/Printing/Scanning<br>ATTY # 5254; 488 COPIES | 48.80 |
| 10/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 20 COPIES | 2.00 |
| 10/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 30 COPIES | 3.00 |
| 10/17/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 7 COPIES | .70 |
| 10/17/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 7 COPIES | .70 |
| 10/17/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 7 COPIES | .70 |
| 10/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 1 COPIES | .10 |
| 10/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 1 COPIES | .10 |
| 10/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 3 COPIES | .30 |
| 10/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 2 COPIES | .20 |
| 10/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 2 COPIES | .20 |
| 10/17/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 6 COPIES | .60 |
| 10/17/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 4 COPIES | .40 |
| 10/17/06 | Courier Service - UPS - Shipped to  REED SMITH<br>LLP (WASHINGTON DC 20005). | 21.78 |
| 10/17/06 | Courier Service - 00843 UPS - Shipped  to  REED<br>SMITH LLP (WASHINGTON DC 20005). | 20.39 |
| 10/18/06 | Binding Charge | 6.00 |
| 10/18/06 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPIES | .10 |

- 10 -

172573 W. R. Grace & Co.                          Invoice Number  1474323
60026  Litigation and Litigation Consulting       Page   9
November 21, 2006

| | | | |
|---|---|---|---|
| 10/18/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 16 COPIES | | 1.60 |
| 10/18/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 230 COPIES | | 23.00 |
| 10/18/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 52 COPIES | | 5.20 |
| 10/18/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 84 COPIES | | 8.40 |
| 10/18/06 | Duplicating/Printing/Scanning<br>ATTY # 0349: 17 COPIES | | 1.70 |
| 10/18/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 7 COPIES | | .70 |
| 10/18/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 8 COPIES | | .80 |
| 10/18/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 7 COPIES | | .70 |
| 10/18/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 7 COPIES | | .70 |
| 10/18/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 7 COPIES | | .70 |
| 10/18/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 1 COPIES | | .10 |
| 10/19/06 | Telephone Expense<br>561-362-1551/BOCA RATON, FL/37 | | 1.80 |
| 10/19/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 6 COPIES | | .60 |
| 10/19/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 10 COPIES | | 1.00 |
| 10/19/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 2 COPIES | | .20 |
| 10/19/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 5 COPIES | | .50 |
| 10/19/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 5 COPIES | | .50 |

172573 W. R. Grace & Co.                    Invoice Number  1474323
60026  Litigation and Litigation Consulting  Page  10
November 21, 2006

| 10/20/06 | Telephone - Outside - - JAMES J. RESTIVO, JR. COURT CALL FEE FOR TELEPHONIC PARTICIPATION IN W.R. GRACE OMNIBUS CONFERENCE HEARING (9/26/06). | 120.00 |
|---|---|---|
| 10/20/06 | Telephone Expense 561-362-1533/BOCA RATON, FL/18 | .90 |
| 10/20/06 | Telephone Expense 770-499-7500/ATLANTA NW, GA/18 | .85 |
| 10/23/06 | Air Travel Expense - - VENDOR: REBECCA E. ATEN TRIP TO PHL FOR WITNESS MEETING WITH L.E. FLATLEY RE: WR GRACE (10/11/06). | 190.60 |
| 10/23/06 | Mileage Expense - - VENDOR: REBECCA E. ATEN TRAVEL TO/FROM PIT AIRPORT FOR WITNESS MEETING IN PHL. | 15.13 |
| 10/23/06 | Parking/Tolls/Other Transportation - - REBECCA E. ATEN-- Parking at PIT airport for trip to Philadephia (10/11/06). | 18.00 |
| 10/23/06 | Duplicating/Printing/Scanning ATTY # 0559; 91 COPIES | 9.10 |
| 10/23/06 | Duplicating/Printing/Scanning ATTY # 0396; 6 COPIES | .60 |
| 10/23/06 | Duplicating/Printing/Scanning ATTY # 3928; 171 COPIES | 17.10 |
| 10/23/06 | Duplicating/Printing/Scanning ATTY # 0396; 151 COPIES | 15.10 |
| 10/23/06 | Duplicating/Printing/Scanning ATTY # 0396; 89 COPIES | 8.90 |
| 10/23/06 | Postage Expense Postage Expense: ATTY # 0396 User: MILLER, JASON | .39 |
| 10/23/06 | Duplicating/Printing/Scanning ATTY # 0396: 2 COPIES | .20 |
| 10/23/06 | Duplicating/Printing/Scanning ATTY # 0396: 2 COPIES | .20 |
| 10/23/06 | Duplicating/Printing/Scanning ATTY # 0396: 2 COPIES | .20 |
| 10/23/06 | Duplicating/Printing/Scanning ATTY # 0396: 5 COPIES | .50 |

172573 W. R. Grace & Co.                      Invoice Number  1474323
60026  Litigation and Litigation Consulting   Page   11
November 21, 2006

| 10/23/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 4 COPIES | .40 |
| 10/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 6 COPIES | .60 |
| 10/24/06 | Duplicating/Printing/Scanning<br>ATTY # 5254; 577 COPIES | 57.70 |
| 10/24/06 | Duplicating/Printing/Scanning<br>ATTY # 5254; 781 COPIES | 78.10 |
| 10/24/06 | Duplicating/Printing/Scanning<br>ATTY # 5254; 661 COPIES | 66.10 |
| 10/24/06 | Duplicating/Printing/Scanning<br>ATTY # 5254; 660 COPIES | 66.00 |
| 10/24/06 | Duplicating/Printing/Scanning<br>ATTY # 4810; 22 COPIES | 2.20 |
| 10/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 2 COPIES | .20 |
| 10/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 2 COPIES | .20 |
| 10/24/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 1 COPIES | .10 |
| 10/24/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 63 COPIES | 6.30 |
| 10/24/06 | Courier Service - UPS - Shipped to REED SMITH<br>LLP (WASHINGTON DC 20005). | 18.20 |
| 10/25/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 1 COPIES | .10 |
| 10/25/06 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/19 | .95 |
| 10/25/06 | Telephone Expense<br>561-362-1551/BOCA RATON, FL/9 | .45 |
| 10/25/06 | Duplicating/Printing/Scanning<br>ATTY # 3984; 21 COPIES | 2.10 |
| 10/25/06 | Duplicating/Printing/Scanning<br>ATTY # 3984; 21 COPIES | 2.10 |

- 13 -

172573 W. R. Grace & Co.                          Invoice Number  1474323
60026  Litigation and Litigation Consulting       Page  12
November 21, 2006

| | | | |
|---|---|---|---|
| 10/25/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 10 COPIES | | 1.00 |
| 10/25/06 | Duplicating/Printing/Scanning<br>ATTY # 0396; 62 COPIES | | 6.20 |
| 10/26/06 | Duplicating/Printing/Scanning<br>ATTY # 4492: 1 COPIES | | .10 |
| 10/26/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 1 COPIES | | .10 |
| 10/26/06 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/6 | | .30 |
| 10/26/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 12 COPIES | | 1.20 |
| 10/26/06 | Duplicating/Printing/Scanning<br>ATTY # 5254; 705 COPIES | | 70.50 |
| 10/26/06 | Duplicating/Printing/Scanning<br>ATTY # 3928; 3 COPIES | | .30 |
| 10/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | | .20 |
| 10/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | | .10 |
| 10/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | | .10 |
| 10/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | | .10 |
| 10/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | | .10 |
| 10/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | | .20 |
| 10/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | | .10 |
| 10/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | | .10 |
| 10/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1474323
60026  Litigation and Litigation Consulting       Page  13
November 21, 2006

| Date | Description | Amount |
|---|---|---|
| 10/27/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 18 COPIES | 1.80 |
| 10/27/06 | Duplicating/Printing/Scanning<br>ATTY # 3928: 5 COPIES | .50 |
| 10/27/06 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/8 | .40 |
| 10/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 3 COPIES | .30 |
| 10/27/06 | Courier Service - UPS - Shipped to REED SMITH<br>LLP (WASHINGTON DC 20005). | 13.54 |
| 10/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 25 COPIES | 2.50 |
| 10/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 27 COPIES | 2.70 |
| 10/30/06 | Duplicating/Printing/Scanning<br>ATTY # 0718; 30 COPIES | 3.00 |
| 10/30/06 | Duplicating/Printing/Scanning<br>ATTY # 0718; 283 COPIES | 28.30 |
| 10/30/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 10 COPIES | 1.00 |
| 10/31/06 | Telephone Expense<br>213-443-3206/LOS ANGELES, CA/2 | .10 |
| 10/31/06 | Telephone Expense<br>312-207-6455/CHICAGO, IL/44 | 2.20 |
| 10/31/06 | Telephone Expense<br>302-652-5340/WILMINGTON, DE/2 | .10 |
| 10/31/06 | Meal Expense - - PANTRY ALLOCATIONS FOR DRINKS<br>ON 10/11/06 DURING WR GRACE WITNESS MEETING. | 9.00 |
| 10/31/06 | Duplicating/Printing/Scanning<br>ATTY # 7015; 691 COPIES | 69.10 |
| 10/31/06 | Duplicating/Printing/Scanning<br>ATTY # 7015; 10 COPIES | 1.00 |

172573 W. R. Grace & Co.                      Invoice Number   1474323
60026 Litigation and Litigation Consulting    Page  14
November 21, 2006

    10/31/06   Duplicating/Printing/Scanning           63.60
                ATTY # 5254; 636 COPIES

                   CURRENT EXPENSES          2,636.88
                                    - - - - - - - - - - - -

                   TOTAL BALANCE DUE UPON RECEIPT    $2,636.88
                                  =============

\\uspghfpd\saament$\DOWNLOAD\ECF PDF's\WR Grace\64th Monthly Expense Detail.doc 11/27/06 5:02 PM

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1474324
One Town Center Road                     Invoice Date       11/21/06
Boca Raton, FL    33486                  Client Number       172573



=============================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

        Fees                              0.00
        Expenses                      1,320.65

                 TOTAL BALANCE DUE UPON RECEIPT        $1,320.65
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                              Invoice Number      1474324
One Town Center Road                         Invoice Date       11/21/06
Boca Raton, FL    33486                      Client Number        172573
Matter Number         60035

========================================================================

Re: Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Binding Charge                         45.00
        Duplicating/Printing/Scanning       1,216.20
        Postage Expense                         0.39
        Courier Service - Outside              25.07
        General Expense                        33.99

                CURRENT EXPENSES                            1,320.65
                                                        -------------

                TOTAL BALANCE DUE UPON RECEIPT           $1,320.65
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1474324
One Town Center Road                     Invoice Date      11/21/06
Boca Raton, FL   33486                   Client Number       172573
Matter Number        60035

=========================================================================

Re: (60035)  Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 08/16/06 | General Expense-Fee for retrieval of scientific article for case work. | 28.00 |
| 09/20/06 | Courier Service - -  UPS - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to Daniel K. Hogan, Esq., The Hogan Firm (WILMINGTON DE 19806). | 6.13 |
| 09/20/06 | Courier Service - -  UPS - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to Daniel K. Hogan, Esq., The Hogan Firm (WILMINGTON DE 19806). | 6.13 |
| 09/20/06 | Courier Service - -  UPS - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to Daniel K. Hogan, Esq., The Hogan Firm (WILMINGTON DE 19806). | 3.98 |
| 09/20/06 | Binding Charge | 45.00 |
| 10/02/06 | Duplicating/Printing/Scanning ATTY # 3928; 65 COPIES | 6.50 |
| 10/02/06 | Duplicating/Printing/Scanning ATTY # 3928; 78 COPIES | 7.80 |
| 10/02/06 | Duplicating/Printing/Scanning ATTY # 0559; 43 COPIES | 4.30 |
| 10/02/06 | Duplicating/Printing/Scanning ATTY # 3928; 4 COPIES | .40 |
| 10/02/06 | Duplicating/Printing/Scanning ATTY # 0559; 25 COPIES | 2.50 |

- 19 -

172573 W. R. Grace & Co.             Invoice Number  1474324
60035  Grand Jury Investigation       Page   2
November 21, 2006

| Date | Description | Amount |
|------|-------------|-------:|
| 10/02/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 20 COPIES | 2.00 |
| 10/02/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 86 COPIES | 8.60 |
| 10/02/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 205 COPIES | 20.50 |
| 10/02/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 44 COPIES | 4.40 |
| 10/02/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .10 |
| 10/02/06 | Duplicating/Printing/Scanning<br>ATTY # 7015: 4 COPIES | .40 |
| 10/02/06 | Duplicating/Printing/Scanning<br>ATTY # 4717: 16 COPIES | 1.60 |
| 10/02/06 | Duplicating/Printing/Scanning<br>ATTY # 4995: 25 COPIES | 2.50 |
| 10/02/06 | Duplicating/Printing/Scanning<br>ATTY # 4995: 86 COPIES | 8.60 |
| 10/03/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 96 COPIES | 9.60 |
| 10/03/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 28 COPIES | 2.80 |
| 10/03/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 924 COPIES | 92.40 |
| 10/03/06 | Duplicating/Printing/Scanning<br>ATTY # 4995: 57 COPIES | 5.70 |
| 10/03/06 | Duplicating/Printing/Scanning<br>ATTY # 4995: 102 COPIES | 10.20 |
| 10/03/06 | Duplicating/Printing/Scanning<br>ATTY # 4995: 102 COPIES | 10.20 |
| 10/03/06 | Duplicating/Printing/Scanning<br>ATTY # 4995: 63 COPIES | 6.30 |
| 10/03/06 | Duplicating/Printing/Scanning<br>ATTY # 4717: 16 COPIES | 1.60 |

172573 W. R. Grace & Co.                          Invoice Number  1474324
60035  Grand Jury Investigation                   Page    3
November 21, 2006

| | | |
|---|---|---:|
| 10/03/06 | Duplicating/Printing/Scanning<br>ATTY # 4995: 2 COPIES | .20 |
| 10/03/06 | Postage Expense Postage Expense: ATTY # 7015 | .39 |
| 10/03/06 | Courier Service - UPS - Shipped from Maureen<br>Atkinson, Reed Smith LLP - Pittsburgh to Ms.<br>Lisa Claus, Bradley Arant Rose & White<br>(WASHINGTON DC 20036). | 8.83 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 164 COPIES | 16.40 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 16 COPIES | 1.60 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 0856; 156 COPIES | 15.60 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 4995: 51 COPIES | 5.10 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 4995: 51 COPIES | 5.10 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 4995: 51 COPIES | 5.10 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 4995: 51 COPIES | 5.10 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 4995: 51 COPIES | 5.10 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 4995: 99 COPIES | 9.90 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 4995: 98 COPIES | 9.80 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 4995: 45 COPIES | 4.50 |
| 10/04/06 | Duplicating/Printing/Scanning<br>ATTY # 0887: 141 COPIES | 14.10 |
| 10/11/06 | Duplicating/Printing/Scanning<br>ATTY # 7015; 1 COPIES | .10 |
| 10/11/06 | Duplicating/Printing/Scanning<br>ATTY # 4822: 15 COPIES | 1.50 |

```
172573 W. R. Grace & Co.                    Invoice Number  1474324
60035  Grand Jury Investigation             Page   4
November 21, 2006
```

| Date | Description | Amount |
|------|-------------|-------:|
| 10/11/06 | Duplicating/Printing/Scanning<br>ATTY # 4717: 2 COPIES | .20 |
| 10/11/06 | Duplicating/Printing/Scanning<br>ATTY # 4995: 6 COPIES | .60 |
| 10/11/06 | Duplicating/Printing/Scanning<br>ATTY # 4717: 1 COPIES | .10 |
| 10/13/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 16 COPIES | 1.60 |
| 10/13/06 | Duplicating/Printing/Scanning<br>ATTY # 1814: 63 COPIES | 6.30 |
| 10/13/06 | Duplicating/Printing/Scanning<br>ATTY # 7015: 4 COPIES | .40 |
| 10/16/06 | General Expense - - VENDOR: ALL-STATE<br>INTERNATIONAL, INC.-TABS | 5.99 |
| 10/16/06 | Duplicating/Printing/Scanning<br>ATTY # 7015: 15 COPIES | 1.50 |
| 10/17/06 | Duplicating/Printing/Scanning<br>ATTY # 1814; 207 COPIES | 20.70 |
| 10/17/06 | Duplicating/Printing/Scanning<br>ATTY # 1814: 15 COPIES | 1.50 |
| 10/17/06 | Duplicating/Printing/Scanning<br>ATTY # 1814: 2 COPIES | .20 |
| 10/17/06 | Duplicating/Printing/Scanning<br>ATTY # 1814: 130 COPIES | 13.00 |
| 10/17/06 | Duplicating/Printing/Scanning<br>ATTY # 1814: 63 COPIES | 6.30 |
| 10/18/06 | Duplicating/Printing/Scanning<br>ATTY # 4995: 12 COPIES | 1.20 |
| 10/19/06 | Duplicating/Printing/Scanning<br>ATTY # 4717: 1 COPIES | .10 |
| 10/23/06 | Duplicating/Printing/Scanning<br>ATTY # 7015: 2 COPIES | .20 |
| 10/24/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 16 COPIES | 1.60 |

172573 W. R. Grace & Co.                     Invoice Number  1474324
60035  Grand Jury Investigation              Page   5
November 21, 2006

| | | |
|---|---|---|
| 10/25/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .20 |
| 10/25/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .10 |
| 10/25/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 4 COPIES | .40 |
| 10/25/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 2 COPIES | .20 |
| 10/25/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 4 COPIES | .40 |
| 10/25/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 4 COPIES | .40 |
| 10/25/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 13 COPIES | 1.30 |
| 10/26/06 | Duplicating/Printing/Scanning<br>ATTY # 0396: 1 COPIES | .10 |
| 10/26/06 | Duplicating/Printing/Scanning<br>ATTY # 1814: 15 COPIES | 1.50 |
| 10/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 2709 COPIES | 270.90 |
| 10/27/06 | Duplicating/Printing/Scanning<br>ATTY # 0559; 5644 COPIES | 564.40 |
| 10/28/06 | Duplicating/Printing/Scanning<br>ATTY # 0559: 4 COPIES | .40 |

                           CURRENT EXPENSES              1,320.65
                                                      ------------

                    TOTAL BALANCE DUE UPON RECEIPT      $1,320.65
                                                      ============

\\uspghfpd\saament$\DOWNLOAD\ECF PDF's\WR Grace\64th Monthly Expense Detail.doc 11/27/06 5:02 PM

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

### CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, Esquire, certify that I am over 18 years of age and that on this 28th day of November 2006, I caused a true and correct copy of the Summary of Application of Reed Smith LLP for Compensation for Services and Reimbursement of Expenses as Special Asbestos Products Liability Defense Counsel to Debtors for the Sixty-Fourth Monthly Interim Period from October 1, 2006 Through October 31, 2006 (with attached Fee and Expense Detail) to be served upon the parties on the attached service list in the manner indicated.

By: /s/ Kurt F. Gwynne
Kurt F. Gwynne (No. 3951)

Special Asbestos Products Liability Defense
Counsel

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## SERVICE LIST

### VIA FIRST CLASS MAIL AND ELECTRONIC MAIL

W.R. Grace & Co.
Attn: David B. Siegel, Esq.
Senior V.P. and General Counsel
7500 Grace Drive
Columbia, MD  21044
E-mail:  william.sparks@grace.com

Warren H. Smith
Warren H. Smith and Associates
325 N. St. Paul
Suite 4080
Dallas, TX  75201
E-mail:  feeaudit@whsmithlaw.com

### VIA HAND DELIVERY

Frank J. Perch III, Esq.
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE  19801

### VIA ELECTRONIC MAIL

James H.M. Sprayegen, Esq.
Kirkland & Ellis
E-mail:  james_kapp@chicago.kirkland.com

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young, Jones & Weintraub LLP
E-mail:  joneill@pszyjw.com

J. Douglas Bacon, Esq.
Latham & Watkins
E-mail:  david.heller@lw.com
         carol.hennessey@lw.com

Steven M. Yoder, Esq.
The Bayard Firm
E-mail:  syoder@bayardfirm.com

Lewis Kruger, Esq.
Stroock & Stroock & Lavan LLP
E-mail: rserrette@stroock.com

Michael R. Lastowski, Esq.
Duane Morris LLP
Email: mlastowski@duanemorris.com

Scott L. Baena, Esq.
Bilzen, Sumberg, Dunn Baena, Price
   & Axelrod
E-mail: jsakalo@bilzin.com

Michael B. Joseph, Esq.
Ferry Joseph & Pearce, P.A.
E-mail: ttacconelli@ferryjoseph.com

Elihu Inselbuch, Esq.
Caplin & Drysdale
E-mail: pvnl@capdale.com

Marla Eskin, Esq.
Campbell & Levine, LLC
E-mail: meskin@camlev.com

Philip Bentley, Esq.
Kramer Levin Naftalis & Frankel LLP
E-mail: pbentley@kramerlevin.com

Teresa K. D. Currier, Esq.
Buchanan Ingersoll & Rooney PC
E-mail: teresa.currier@bipc.com

2