# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: February 21, 2007**
**Hearing Date: TBD only if necessary**

## SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE SIXTY-SIXTH MONTHLY INTERIM PERIOD FROM DECEMBER 1, 2006 THROUGH DECEMBER 31, 2006

| | |
|---|---|
| Name of Applicant: | Reed Smith LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., *et al.*, Debtors and Debtors-in-Possession |
| Date of Retention: | July 19, 2001, effective as of April 2, 2001 |
| Period for which compensation and reimbursement is sought: | December 1 through December 31, 2006 |
| Amount of fees sought as actual, reasonable and necessary: | $449,619.00 |
| Amount of expenses sought as actual, reasonable and necessary | $13,006.42 |

This is a(n): X monthly ___ interim ___ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*14418*
*1/29/06*

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |

WILLIB-52055.1-JBLORD 1/29/07 2:18 PM

| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |

2  Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

WILLIB-52055.1-JBLORD 1/29/07 2:18 PM

| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |

WILLIB-52055.1-JBLORD 1/29/07 2:18 PM

As indicated above, this is the sixty-sixth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 7.0 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $2,500.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 35 Years | Litigation | $600.00 | 63.40 | $38,040.00 |
| Lawrence E. Flatley | Partner | 31 years | Litigation | $535.00 | 79.20 | $42,372.00 |
| Douglas E. Cameron | Partner | 22 Years | Litigation | $530.00 | 186.60 | $89,898.00 |
| Anthony B. Klapper | Partner | 12 Years | Litigation | $500.00 | 76.70 | $38,350.00 |
| Harold J. Engel | Partner | 37 Years | Litigation | $500.00 | 57.50 | $28,750.00 |
| Margaret L. Sanner | Of Counsel | 21 Years | Litigation | $415.00 | 77.70 | $32,245.50 |
| Traci Sands Rea | Partner | 11 Years | Litigation | $390.00 | 30.60 | $11,934.00 |
| Carol J. Gatewood | Of Counsel | 17 Years | Litigation | $380.00 | 154.70 | $58,786.00 |
| Jesse J. Ash | Associate | 4 Years | Litigation | $330.00 | 58.00 | $19,140.00 |
| Andrew J. Muha | Associate | 5 Years | Litigation | $295.00 | 12.50 | $3,687.50 |
| Rebecca E. Aten | Associate | 3 Years | Litigation | $270.00 | 98.60 | $26,622.00 |
| John L. Schoenecker | Associate | 2 Years | Litigation | $250.00 | 91.20 | $22,800.00 |
| Daniel Z. Herbst | Associate | 2 Years | Litigation | $230.00 | 46.80 | $10,764.00 |
| Danielle N. Ducre | New Associate | 1 Year | Litigation | $220.00 | 1.20 | $264.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 13 Years | Bankruptcy | $190.00 | 1.80 | $342.00 |
| Maureen Atkinson | Paralegal | 30 Years | Litigation | $180.00 | 5.80 | $1,044.00 |

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Maria DiChiera | Paralegal | 14 Years | Litigation | $180.00 | 21.30 | $3,834.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Jennifer L. Taylor-Payne | Paralegal | 10 Years | Litigation | $170.00 | 6.30 | $1,071.00 |
| Magaret A. Garlitz | Paralegal | 17 Years | Litigation | $170.00 | 4.60 | $782.00 |
| Sharon A. Ament | Paralegal | 2 Years | Litigation | $130.00 | 29.00 | $3,770.00 |
| Cary E. Cox | Paralegal | 5 Years | Litigation | $120.00 | 1.50 | $180.00 |
| Matthew J. Rippin | Specialist | 1 Year | Litigation | $70.00 | 84.90 | $5,943.00 |

Total Fees:  $449,619.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation | 349.10 | $121,152.50 |
| Non-Working Travel Time | 12.90 | $5,857.00 |
| ZAI | 16.00 | $8,899.50 |
| Fee Applications | 6.60 | $1,675.00 |
| Hearings | 16.80 | $2,929.00 |
| Claim Analysis Objection Resolution & Estimation | 771.50 | $300,378.00 |
| Montana Grand Jury Investigation | 17.00 | $8,728.00 |
| **Total** | **1,189.90** | **$449,619.00** |

[REMAINDER OF THIS PAGE LEFT BLANK INTENTIONALLY]

WILLIB-52055.1-JBLORD 1/29/07 2:18 PM

**EXPENSE SUMMARY**

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Binding Charge | $27.00 | ---- |
| Telephone Expense | $29.25 | $1.95 |
| Telephone -- Outside | $41.55 | ---- |
| PACER | $62.80 | $1.52 |
| Westlaw | $139.04 | ---- |
| Duplicating/Printing/Scanning | $2,120.30 | $45.50 |
| Outside Duplicating/IKON Copy Services | $7,746.35 | ---- |
| Postage Expense | $9.66 | $5.49 |
| Express Mail Service | $254.13 | ---- |
| Courier Service -- Outside | $451.10 | ---- |
| Secretarial Overtime | $583.75 | ---- |
| Meal Expense | $86.15 | ---- |
| Mileage Expense | $154.86 | ---- |
| Taxi Expense | $142.00 | ---- |
| Air Travel Expense | $873.50 | ---- |
| Lodging | $119.90 | ---- |
| Parking/Tolls/Other Transportation | $82.00 | ---- |
| General Expense: fax charges during D. Cameron hotel stay in FL for meetings with expert witnesses | $28.62 | ---- |
| SUBTOTAL | $12,951.96 | $54.46 |
| TOTAL | $13,006.42 | |

WILLIB-52055.1-JBLORD 1/29/07 2:18 PM

Dated:  January 29, 2007
       Wilmington, Delaware

REED SMITH LLP

By: /s/ Kurt F. Gwynne                
     Kurt F. Gwynne (No. 3951)
     1201 Market Street, Suite 1500
     Wilmington, DE  19801
     Telephone:  (302) 778-7500
     Facsimile:  (302) 778-7575
     E-mail: kgwynne@reedsmith.com

      and

     James J. Restivo, Jr., Esquire
     Lawrence E. Flatley, Esquire
     Douglas E. Cameron, Esquire
     435 Sixth Avenue
     Pittsburgh, PA  15219
     Telephone:  (412) 288-3131
     Facsimile:  (412) 288-3063

     Special Asbestos Products Liability Defense
     Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W.R Grace & Co. | | | Invoice Number | 1494534 |
|---|---|---|---|---|
| One Town Center Road | | | Invoice Date | 01/26/07 |
| Boca Raton, FL   33486 | | | Client Number | 172573 |


============================================================================
Re: W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting

| | Fees | 121,152.50 |
|---|---|---|
| | Expenses | 0.00 |
| | | |
| TOTAL BALANCE DUE UPON RECEIPT | | $121,152.50 |
| | | ============= |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1494534 |
| Invoice Date | 01/26/07 |
| Client Number | 172573 |
| Matter Number | 60026 |

========================================================================
Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| 12/01/06 | Cameron | Attention to expert report issues. | .40 |
| 12/01/06 | Klapper | Begin review of 4 boxes of documents relied upon by claimant's experts. | 5.50 |
| 12/01/06 | Sanner | Work on analysis of common exhibits. | 4.30 |
| 12/01/06 | Schoenecker | Review and digest deposition testimony of expert plaintiff's witness. | 3.00 |
| 12/01/06 | Taylor-Payne | E-mails to and from various contacts regarding obtaining additional expert witness material (0.4); e-mails from and to Ms. Aten regarding upcoming expert deposition (0.4). | .80 |
| 12/03/06 | Sanner | Assess common exhibits for expert conference. | 4.40 |
| 12/03/06 | Schoenecker | Review and digest deposition testimony of expert plaintiff's witness. | 2.00 |
| 12/04/06 | Klapper | Continue review of 4 boxes of documents relied upon by claimant's experts. | 2.50 |
| 12/04/06 | Sanner | Continue analysis and review of Grace company story documents. | 3.90 |

172573 W. R. Grace & Co.                          Invoice Number 1494534
60026  Litigation and Litigation Consulting        Page 2
January 26, 2007


| Date | Name | | Hours |
|------|------|---|-------|
| 12/04/06 | Schoenecker | Review and digest deposition testimony of expert plaintiff's witness. | 7.00 |
| 12/04/06 | Taylor-Payne | Downloaded additional expert materials received (0.8); organized and indexed additional expert witness materials received (3.6); e-mails to and from Ms. Aten and Ms. Sanner regarding additional expert materials received (0.1). | 4.50 |
| 12/05/06 | Cameron | Attention to expert report issues. | .90 |
| 12/05/06 | Herbst | Office conference with A. Klapper re: deposition transcript review (0.3); continue review of deposition transcript for cross-examination outline (1.40) | 1.70 |
| 12/05/06 | Klapper | Continue review of documents relied upon by experts for use in deposition and cross outlines. | 5.70 |
| 12/05/06 | Sanner | Review common exhibits in preparation for conference with expert witness. | 8.10 |
| 12/05/06 | Schoenecker | Review and digest deposition testimony of expert plaintiff's witness. | 5.50 |
| 12/05/06 | Taylor-Payne | E-mails from and to Mr. Schoenecker and Ms. Salzberg regarding expert article (0.3); e-mails to and from Messrs. Klapper, Schoenecker and Ash regarding status of obtaining expert materials (0.3). | .60 |
| 12/06/06 | Herbst | Continue review of deposition transcript for cross-examination outline. | 2.50 |
| 12/06/06 | Sanner | Continue review and assessment of common exhibits for conference with expert witness. | 8.50 |

```
172573 W. R. Grace & Co.                    Invoice Number 1494534
60026  Litigation and Litigation Consulting  Page 3
January 26, 2007
```

| Date | Name | | Hours |
|------|------|--|-------|
| 12/06/06 | Schoenecker | Review and digest deposition testimony of expert plaintiff's witness. | 7.50 |
| 12/07/06 | Cameron | Emails and telephone call with counsel regarding expert report issues. | .90 |
| 12/07/06 | Klapper | Prepare for meeting with experts regarding rebuttal reports, including review of literature discussed at last meeting. | 4.20 |
| 12/07/06 | Sanner | Review common exhibits in preparation for meeting consultants and A. Klapper. | 7.10 |
| 12/07/06 | Schoenecker | Review and digest deposition testimony of expert plaintiff's witness. | 4.00 |
| 12/08/06 | Cameron | Review materials relating to claimant's expert reports (1.4); e-mails to K&E regarding same (0.2). | 1.60 |
| 12/08/06 | Herbst | Continue review of deposition transcript for cross-examination outline. | 1.50 |
| 12/08/06 | Klapper | Prepare for and meet with expert regarding rebuttal reports. | 8.30 |
| 12/08/06 | Sanner | Conference with consultants and A. Klapper re company story expert issues. | 3.10 |
| 12/08/06 | Schoenecker | Review and digest deposition testimony of expert plaintiff's witness. | 2.10 |
| 12/10/06 | Cameron | Attention to materials relating to PI rebuttal reports. | 1.20 |
| 12/10/06 | Schoenecker | Review and digest deposition testimony of expert plaintiff's witness. | 3.70 |

172573 W. R. Grace & Co.                    Invoice Number 1494534
60026  Litigation and Litigation Consulting  Page 4
January 26, 2007


|        Date   | Name         |                                                                                                                                                                                                              | Hours |
| ------------- | ------------ | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------ | ----- |
| 12/11/06 | Cameron      | Multiple e-mails with K&E regarding expert reports (0.4); review materials for reports (0.5).                                                                                                                 | .90   |
| 12/11/06 | Schoenecker  | Review and digest deposition testimony of expert plaintiff's witness.                                                                                                                                        | 3.80  |
| 12/12/06 | Klapper      | Continue review of key trial transcripts in evaluating claims of claimants' experts.                                                                                                                         | 4.20  |
| 12/13/06 | Ash          | Review expert depositions and studies in preparation for deposition memo and outline.                                                                                                                        | 2.50  |
| 12/13/06 | Herbst       | Continue review of deposition transcript for cross-examination outline.                                                                                                                                      | 1.60  |
| 12/13/06 | Taylor-Payne | E-mails from and to Mr. Klapper inquiring if articles listed in attached memorandum have been obtained (0.1); reviewed memorandum and compared articles to our tracking document (0.3).                       | .40   |
| 12/14/06 | Ash          | Meeting with A. Klapper regarding expert deposition memo and outline status.                                                                                                                                 | .50   |
| 12/14/06 | Herbst       | Conferences with J. Ash, J. Shoeneker, and A. Klapper re project (0.4); continue review of deposition transcript for cross-examination outline (3.1).                                                         | 3.50  |
| 12/14/06 | Klapper      | Continue review of 4 boxes of reliance documents from key experts.                                                                                                                                           | 3.40  |
| 12/14/06 | Sanner       | Analysis of company story materials.                                                                                                                                                                         | 4.80  |
| 12/14/06 | Schoenecker  | Review and digest deposition testimony of expert plaintiff's witness.                                                                                                                                        | 3.70  |

172573 W. R. Grace & Co.                          Invoice Number 1494534
60026  Litigation and Litigation Consulting       Page 5
January 26, 2007

| Date | Name | | Hours |
| -------- | ----------- | --- | ----- |
| 12/15/06 | Herbst | Continue review of deposition transcript for cross-examination outline. | 6.50 |
| 12/15/06 | Klapper | Review reliance materials of additional expert for purposes of discussion with consultants regarding rebuttal reports. | 7.30 |
| 12/15/06 | Sanner | Review bankruptcy court decision (0.7); analysis of company story materials (4.0). | 4.70 |
| 12/15/06 | Schoenecker | Review and digest deposition testimony of expert plaintiff's witness. | .50 |
| 12/16/06 | Cameron | Review materials relating to rebuttal reports. | .70 |
| 12/16/06 | Schoenecker | Review and digest deposition testimony of expert plaintiff's witness. | 5.40 |
| 12/17/06 | Ash | Review expert depositions and studies in preparation for deposition memorandum and outline. | 4.50 |
| 12/17/06 | Sanner | Work on company story issues. | 1.20 |
| 12/18/06 | Herbst | Continue review of transcripts for cross-examination outline. | 2.80 |
| 12/18/06 | Klapper | Meet with consultants and experts regarding rebuttal to additional claimant expert. | 7.00 |
| 12/18/06 | Sanner | Conference with A. Klapper and consultants re report issues (4.9); prepare for meeting with consultants re: report (1.3). | 6.20 |
| 12/18/06 | Schoenecker | Review and digest deposition testimony of expert plaintiff's witness. | 7.20 |
| 12/19/06 | Herbst | Continue review of transcripts for cross-examination outline. | 4.50 |

172573 W. R. Grace & Co.                        Invoice Number 1494534
60026  Litigation and Litigation Consulting     Page 6
January 26, 2007

| Date | Name | | Hours |
|------|------|------|------|
| 12/19/06 | Klapper | Discuss with expert rebuttal reports (1.3); continue review of key documents relied upon by claimants' experts (4.2). | 5.50 |
| 12/19/06 | Muha | Assist D. Cameron with research of information relating to experts. | .20 |
| 12/19/06 | Sanner | Work on analysis of common exhibits in connections with company story project. | 4.00 |
| 12/19/06 | Schoenecker | Review and digest deposition testimony of expert plaintiff's witness. | 4.20 |
| 12/20/06 | Herbst | Continue review of transcripts to prepare cross-examination outline. | 3.50 |
| 12/20/06 | Klapper | Review additional documents forwarded by Kirkland for discussion with experts and consultants. | 3.30 |
| 12/20/06 | Schoenecker | Review and digest deposition testimony of expert plaintiff's witness. | 1.00 |
| 12/21/06 | Ash | Review expert depositions and studies in preparation for deposition memo and outline (4.0); meeting with A. Klapper regarding expert deposition review status (0.5). | 4.50 |
| 12/21/06 | Klapper | Continue review of expert's reliance documents. | 3.00 |
| 12/21/06 | Sanner | Telephone discussion with A. Klapper re report issues. | .20 |
| 12/21/06 | Schoenecker | Review and digest deposition testimony of expert plaintiff's witness. | 3.20 |
| 12/22/06 | Ash | Review expert depositions and studies in preparation for deposition memo and outline. | 4.00 |

172573 W. R. Grace & Co.                      Invoice Number 1494534
60026  Litigation and Litigation Consulting   Page 7
January 26, 2007

| Date | Name | | Hours |
|------|------|------|-------|
| 12/22/06 | Herbst | Continue review of transcripts to prepare cross-examination outline. | 2.50 |
| 12/22/06 | Klapper | Meet with expert re rebuttal reports. | 4.20 |
| 12/22/06 | Sanner | Assess and respond to various issues pertaining to expert report. | 5.10 |
| 12/22/06 | Schoenecker | Review and digest deposition testimony of expert plaintiff's witness. | 1.40 |
| 12/25/06 | Ash | Review expert depositions and studies in preparation for deposition memo and outline. | 5.50 |
| 12/26/06 | Ash | Review expert depositions and studies in preparation for deposition memo and outline (8.0); meeting with J. Schoenecker and D. Herbst regarding expert review status (.5). | 8.50 |
| 12/26/06 | Herbst | Continue review of transcripts to prepare cross-examination outline. | 4.70 |
| 12/26/06 | Schoenecker | Draft composite memorandum of expert witness testimony admissions (6.6);  review and digest deposition testimony of expert plaintiff's witness (1.0). | 7.60 |
| 12/27/06 | Ash | Review expert depositions and studies in preparation for deposition memo and outline. | 6.50 |
| 12/27/06 | Herbst | Continue review of transcripts to prepare cross-examination outline. | 3.50 |
| 12/27/06 | Schoenecker | Review and digest deposition testimony of expert plaintiff's witness. | 5.60 |
| 12/28/06 | Ash | Review expert depositions and studies in preparation for deposition memo and outline. | 8.50 |
| 12/28/06 | Herbst | Continue review of transcripts to prepare cross-examination outline. | 2.30 |

172573 W. R. Grace & Co.                          Invoice Number 1494534
60026  Litigation and Litigation Consulting       Page 8
January 26, 2007

| Date | Name | | Hours |
|------|------|------|-------|
| 12/28/06 | Sanner | Review and assess drafts relating to consultant's work (6.5);  email correspondence to A. Klapper and C. Ward re same (0.6). | 7.10 |
| 12/28/06 | Schoenecker | Review and digest deposition testimony of expert plaintiff's witness. | 6.30 |
| 12/29/06 | Ash | Review expert depositions and studies in preparation for deposition memo and outline. | 7.50 |
| 12/29/06 | Herbst | Continue review of transcripts to prepare cross-examination outline. | 5.70 |
| 12/29/06 | Klapper | Review expert reports drafted by defense expert (1.5); discuss same with expert (1.7). | 3.20 |
| 12/29/06 | Schoenecker | Review and digest deposition testimony of expert plaintiff's witness. | 4.20 |
| 12/31/06 | Ash | Review expert depositions and studies in preparation for deposition memo and outline. | 5.50 |
| 12/31/06 | Schoenecker | Review and digest deposition testimony of expert plaintiff's witness. | 2.30 |

                                                            ------
                                        TOTAL HOURS        349.10

172573 W. R. Grace & Co.                          Invoice Number 1494534
60026  Litigation and Litigation Consulting       Page 9
January 26, 2007

```
TIME SUMMARY                 Hours         Rate           Value
------------------------     ----------------------       -------
Douglas E. Cameron            6.60   at  $   530.00  =     3,498.00
Antony B. Klapper            67.30   at  $   500.00  =    33,650.00
Margaret L. Sanner           72.70   at  $   415.00  =    30,170.50
Andrew J. Muha                0.20   at  $   295.00  =        59.00
Jesse J. Ash                 58.00   at  $   330.00  =    19,140.00
John L. Schoenecker          91.20   at  $   250.00  =    22,800.00
Daniel Z. Herbst             46.80   at  $   230.00  =    10,764.00
Jennifer L. Taylor-Payne      6.30   at  $   170.00  =     1,071.00

                  CURRENT FEES                           121,152.50
                                                         ------------


          TOTAL BALANCE DUE UPON RECEIPT               $121,152.50
                                                       =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


W. R. Grace                          Invoice Number    1494902
5400 Broken Sound Blvd., N.W.        Invoice Date     01/26/07
Boca Raton, FL 33487                 Client Number     172573



============================================================================
Re: W. R. Grace & Co.


(60027)  Travel-Nonworking

         Fees                            5,857.00
         Expenses                            0.00

              TOTAL BALANCE DUE UPON RECEIPT        $5,857.00
                                                    =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W. R. Grace | Invoice Number | 1494902 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date | 01/26/07 |
| Boca Raton, FL 33487 | Client Number | 172573 |
| | Matter Number | 60027 |


========================================================================
Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2006

| Date | Name | | Hours |
| -------- | ----------- | | ----- |
| 12/07/06 | Sanner | Travel from Richmond to DC for meeting with A. Klapper and witnesses on company story issues (one-half time). | 1.20 |
| 12/08/06 | Sanner | Return from Washington to Richmond following conference with witnesses (one-half time). | 1.20 |
| 12/12/06 | Cameron | Non-working portions of travel to Florida for expert witness meetings (one-half of total time). | 2.50 |
| 12/13/06 | Cameron | Non-working travel from Florida to Charlotte to Pittsburgh returning from expert witness meetings (one-half total time). | 2.70 |
| 12/13/06 | Gatewood | Non-working travel to Washington, D.C. for deposition (one-half of travel time). | 1.00 |
| 12/14/06 | Gatewood | Non-working travel from Washington, D.C. to Pittsburgh, returning from expert depositions (one-half time). | 1.70 |

172573 W. R. Grace & Co.
60027  Travel-Nonworking
January 26, 2007

Invoice Number 1494902
Page 2

12/18/06 Sanner            Travel from Richmond to Washington      2.60
                           for meeting with witnesses and
                           return (half of total time
                           expended in travel).

                                                              ------
                                           TOTAL HOURS         12.90


TIME SUMMARY                  Hours          Rate          Value
------------------------   ----------------------       -------
Douglas E. Cameron            5.20  at  $  530.00  =     2,756.00
Margaret L. Sanner            5.00  at  $  415.00  =     2,075.00
Carol J. Gatewood             2.70  at  $  380.00  =     1,026.00

              CURRENT FEES                              5,857.00


                                                     ------------
              TOTAL BALANCE DUE UPON RECEIPT            $5,857.00
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                         Invoice Number      1494546
5400 Broken Sound Blvd., N.W.       Invoice Date        01/26/07
Boca Raton, FL 33487                Client Number        172573

==========================================================================
Re: W. R. Grace & Co.

(60028)   ZAI Science Trial

        Fees                          8,899.50
        Expenses                          0.00

              TOTAL BALANCE DUE UPON RECEIPT        $8,899.50
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1494546
5400 Broken Sound Blvd., N.W.        Invoice Date       01/26/07
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60028


========================================================================
Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2006

| Date | Name | | Hours |
|------|------|--|-------|
| 12/14/06 | Cameron | Review court decision (1.1); multiple e-mails and telephone calls regarding same (0.7). | 1.80 |
| 12/14/06 | Flatley | Reading and analyzing opinion and e-mails about it. | 1.50 |
| 12/14/06 | Restivo | Receipt, review analysis and communications re: ZAI opinion. | 2.50 |
| 12/15/06 | Cameron | Continued review and work with Court's opinion (0.8); e-mails regarding same (0.4); telephone call regarding same (0.5). | 1.70 |
| 12/15/06 | Flatley | E-mails regarding decision and analysis of chances on appeal (1.0); call with J. Restivo and D. Cameron regarding decision (0.2). | 1.20 |
| 12/15/06 | Restivo | Telephone conference with E. Westbrook (.5); telephone calls with R. Beber, D. Siegel, et al. re: ZAI opinion (1.5). | 2.00 |
| 12/21/06 | Restivo | Telephone call with E. Westbrook and emails re: same. | .80 |
| 12/22/06 | Restivo | Receipt of pleadings and correspondence re: opinion and appeal. | .50 |

```
172573 W. R. Grace & Co.                    Invoice Number 1494546
60028  ZAI Science Trial                    Page 2
January 26, 2007
```

| Date | Name | | Hours |
|------|------|---|-------|
| 12/27/06 | Cameron | Telephone call with J. Restivo regarding notice of appeal (0.2); review e-mails regarding same (0.7). | .90 |
| 12/28/06 | Cameron | Review court's opinion (0.9); review materials regarding Notice of Appeal and extension regarding same (0.9). | 1.80 |
| 12/30/06 | Cameron | Review motion for leave to appeal. | .50 |
| 12/31/06 | Cameron | Review materials relating to motion for leave to appeal. | .80 |

```
                                                         ------
                                        TOTAL HOURS       16.00
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| James J. Restivo Jr. | 5.80 | at $ | 600.00 | = | 3,480.00 |
| Lawrence E. Flatley | 2.70 | at $ | 535.00 | = | 1,444.50 |
| Douglas E. Cameron | 7.50 | at $ | 530.00 | = | 3,975.00 |

```
                        CURRENT FEES                  8,899.50
                                                   ------------

                TOTAL BALANCE DUE UPON RECEIPT      $8,899.50
                                                   =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1494536
5400 Broken Sound Blvd., N.W.        Invoice Date        01/26/07
Boca Raton, FL 33487                 Client Number       172573



================================================================================
Re: W. R. Grace & Co.

(60029)  Fee Applications-Applicant

        Fees                          1,675.00
        Expenses                          0.00

                  TOTAL BALANCE DUE UPON RECEIPT        $1,675.00
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| W. R. Grace | Invoice Number | 1494536 |
|---|---|---|
| 5400 Broken Sound Blvd., N.W. | Invoice Date | 01/26/07 |
| Boca Raton, FL 33487 | Client Number | 172573 |
| | Matter Number | 60029 |

=========================================================================
Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2006

| Date | Name | | Hours |
|---|---|---|---|
| 12/08/06 | Ament | Review 21st quarterly fee application and spreadsheets, recalculate duplicating charges and respond to e-mail from A. Muha re: response to fee auditor (.50); review and respond to additional e-mails from A. Muha re: same (.10). | .60 |
| 12/08/06 | Lord | Research and e-mail to S.Ament re: response to fee auditor. | .20 |
| 12/10/06 | Cameron | Review fee application materials. | .70 |
| 12/14/06 | Muha | Begin markup of DBR for November 2006 monthly fee application; review/respond to e-mails re: same. | .50 |
| 12/15/06 | Ament | Review e-mail from A. Muha re: Nov. fees. | .10 |
| 12/15/06 | Muha | Detailed review and extensive revisions (including drafting additional fee and expense explanations) for Nov. 2006 monthly fee application (1.7); e-mails to timekeepers re: additional explanation for charges (0.4). | 2.10 |

172573 W. R. Grace & Co.                         Invoice Number 1494536
60029  Fee Applications-Applicant                Page 2
January 26, 2007

    Date   Name                                            Hours

| Date | Name | | Hours |
|------|------|---|-------|
| 12/18/06 | Lord | Research docket draft CNO to Reed Smith's 22nd quarterly fee application and 65th monthly fee application (.5); e-mail to A.Muha re: Reed Smith's November fee applcation (.1). | .60 |
| 12/19/06 | Ament | Review e-mail from J. Lord re: monthly fee application. | .10 |
| 12/21/06 | Lord | Responding e-mail to D.Cameron re: CNO to October fee application (.1); e-file and perfect service for same (.3); draft correspondence to Debtors re: same (.1); e-file and perfect service to CNO for quarterly fee application (.3). | .80 |
| 12/22/06 | Ament | Maintain pleadings file with CNO for 22nd quarterly and 64th monthly fee applications. | .10 |
| 12/28/06 | Ament | E-mails with A. Muha and J. Lord re: Nov. monthly fee application (.20); begin drafting 65th monthly fee application (.30). | .50 |
| 12/28/06 | Lord | E-mails with S. Ament re: November monthly fee application. | .20 |
| 12/29/06 | Ament | Review e-mails from D. Cameron and A. Muha re: April - June fees and expenses and respond to D. Cameron. | .10 |

                                                     ------
                                      TOTAL HOURS   6.60

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Douglas E. Cameron | 0.70 | at | $ 530.00 | = | 371.00 |
| Andrew J. Muha | 2.60 | at | $ 295.00 | = | 767.00 |
| John B. Lord | 1.80 | at | $ 190.00 | = | 342.00 |
| Sharon A. Ament | 1.50 | at | $ 130.00 | = | 195.00 |

                             CURRENT FEES             1,675.00
                                              ------------

                  TOTAL BALANCE DUE UPON RECEIPT      $1,675.00
                                          =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                         Invoice Number      1494537
One Town Center Road                    Invoice Date      01/26/07
Boca Raton, FL    33486                 Client Number       172573


=========================================================================
Re: W. R. Grace & Co.

(60030)  Hearings

        Fees                              2,929.00
        Expenses                              0.00

              TOTAL BALANCE DUE UPON RECEIPT           $2,929.00
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number    1494537
One Town Center Road                     Invoice Date      01/26/07
Boca Raton, FL    33486                  Client Number     172573
                                         Matter Number     60030

========================================================================
Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| 12/01/06 | Ament | Telephone call from R. Baker re: courtroom technology necessary for 12/5/06 hearing (.10); telephone call from Judge Fitzgerald's IT Dept. re: same (.10); e-mail to J. O'Neill re: same (.10); additional e-mails with L. Mellis and J. O'Neill re: assisting K&E with hearing preparation (.20). | .50 |
| 12/03/06 | Ament | E-mails with L. Mellis and assist with preparation of documents for 12/5/06 hearing. | 1.00 |
| 12/04/06 | Ament | Telephone call from R. Baker re: 12/5/06 hearing and e-mail to K&E re: same (.10); e-mails and calls re: use of technology at hearing (0.6); provide D. Bernick with said documents in preparation for hearing (.50); provide J. Baer with documents in preparation for hearing (.40); meet with B. Harding, D. Mendelson, L. Mellis and R. Jones and assist K&E with hearing preparation (2.0); telephone call with J. Baer re: logistics of 12/5/06 hearing (.20). | 3.80 |
| 12/04/06 | Cameron | Attention to hearing issues. | .50 |
| 12/05/06 | Ament | E-mails and calls with Kirkland attorneys/staff re: hearing logistics (.80); meet with D. Mendelson and L. Mellis and assist | 3.50 |

172573 W. R. Grace & Co.                          Invoice Number 1494537
60030  Hearings                                   Page 2
January 26, 2007


| Date | Name | | Hours |
|------|------|---|-------|
| | | K&E with hearing preparation (1.0); meet with R. Baker and assist with courtroom setup (.20); meet with J. Baer prior to hearing before Judge Fitzgerald and assist K&E with setup for same (.60); telephone call from V. Johnson re: additional documents needed for hearing (.10); respond to e-mails from J. Baer during hearing and provide additional documents to J. Baer and D. Bernick (.30); review and respond to e-mails from L. Mellis re: Westlaw cases and return of hearing documents to K&E (.60). | |
| 12/06/06 | Ament | E-mails with J. Trice re: completion of technical assistance from 12/5/06 Grace hearing. | .10 |
| 12/06/06 | Cameron | Follow up from hearing issues. | .40 |
| 12/09/06 | Ament | Coordinate logistics of 12/18/06 hearing per D. Cameron request and e-mails with J. Baer and D. Cameron re: same. | .50 |
| 12/10/06 | Ament | Continue to coordinate logistics of 12/18/06 hearing per D. Cameron request and e-mails re: same. | 1.00 |
| 12/11/06 | Ament | Coordinate logistics for 12/12/06 hearing and e-mail to J. Baer re: same (.50); continue coordinating logistics for 12/18/06 hearing per D. Cameron request (.30); e-mails and meet with D. Cameron re: same (.20); e-mail to J. Baer re: logistics of same (.10). | 1.10 |
| 12/12/06 | Ament | Respond to e-mail from L. Mellis re: J. Baer hearing preparation (.10); meet with and assist J. Baer with hearing preparation (.30); meet with L. Johnson re: logistics of same (.10); e-mails | .70 |

172573 W. R. Grace & Co.                          Invoice Number 1494537
60030  Hearings                                   Page 3
January 26, 2007

| Date | Name | | Hours |
|------|------|------|-------|
| | | with C. Cox and L. Esayian re: same (.20). | |
| 12/15/06 | Ament | Continue assistance in coordinating 12/18/06 hearing for K&E. | .90 |
| 12/17/06 | Cameron | Attend to hearing issues. | .60 |
| 12/18/06 | Ament | Continue coordinating hearing per K&E request and e-mails re: same. | .30 |
| 12/18/06 | Cameron | Meet with L. Flatley regarding hearing (0.2); e-mails regarding same (0.2). | .40 |
| 12/18/06 | Cox | Meet with J. Baer and assist with hearing preparation (.50); prepare for hearing (1.00). | 1.50 |

TOTAL HOURS    16.80

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|------|------|------|-------|
| Douglas E. Cameron | 1.90 | at $ | 530.00 | = | 1,007.00 |
| Sharon A. Ament | 13.40 | at $ | 130.00 | = | 1,742.00 |
| Cary E. Cox | 1.50 | at $ | 120.00 | = | 180.00 |

CURRENT FEES                                2,929.00

TOTAL BALANCE DUE UPON RECEIPT             $2,929.00

- 23 -

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1494538
One Town Center Road                     Invoice Date      01/26/07
Boca Raton, FL    33486                  Client Number      172573


========================================================================
Re: W. R. Grace & Co.

(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                            300,378.00
         Expenses                             0.00

              TOTAL BALANCE DUE UPON RECEIPT    $300,378.00
                                               =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1494538 |
| Invoice Date | 01/26/07 |
| Client Number | 172573 |
| Matter Number | 60033 |

=========================================================================
Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2006

| Date | Name | | Hours |
|------|------|---|-------|
| 12/01/06 | Ament | Review e-mail and spreadsheet from A. Ellias re: UC claims and forward to D. Cameron and A. Muha (.20); meet with A. Muha and review three CD-Roms and one DVD containing UC and non-UC claims (1.0); e-mails and telephone call to A. Ellias re: same (.10); meet with A. Muha and conference call to A. Ellias re: logistics of UC claims and database (.90); conference call with G. Rupert re: logistics of database (.20); additional e-mails and meetings with A. Muha re: same (.20); review e-mails from D. Cameron and S. Blatnick re: UC claims (.10); access database and begin review of UC claims (.30). | 3.00 |
| 12/01/06 | Aten | Review pleadings and court scheduling orders re phases and expert discovery and email to L. Flatley and D. Cameron re same (1.1); medical expert issues (1.2). | 2.30 |
| 12/01/06 | Atkinson | Research re:  Armstrong case ruling information, for R. Aten. | .40 |
| 12/01/06 | Cameron | Prepare for (0.8) and meet with J. Restivo and L. Flatley regarding multiple issues and planning for | 7.70 |

172573 W. R. Grace & Co.                    Invoice Number 1494538
60033  Claim Analysis Objection Resolution  Page 2
       & Estimation (Asbestos)
January 26, 2007

| Date | Name | | Hours |
|------|------|---|-------|
| | | property damage claims (1.0); multiple e-mails and telephone calls regarding deposition scheduling (0.9); review deposition preparation materials and e-mails regarding same (2.7); review Canadian claims materials (0.9); review California claims review materials (0.7); meet with A. Muha regarding same (0.3); e-mails regarding same (0.4). | |
| 12/01/06 | Engel | Review correspondence re experts' depositions. | .10 |
| 12/01/06 | Flatley | E-mails and replies (0.2); meeting with J. Restivo and D. Cameron regarding various issues and short follow-up on meeting (1.7); conference with R. Aten (0.2); call with D. Kuchinsky and follow-up (0.2); e-mails and calls regarding deposition scheduling situation (1.0). | 3.30 |
| 12/01/06 | Gatewood | Research/analysis addressing dust sampling methodology in relation to airborne particles/fibers and draft notes to incorporate into deposition examination of Dr. Laura Welch and Dr. Henry Anderson. | 1.50 |
| 12/01/06 | Muha | Review materials on CD Roms from Perkins Core re: UC claims (1.9); conference call with A. Ellias re: same (0.9); meetings with S. Ament re: same (0.5); meeting with D. Cameron re: status (0.4). | 3.70 |
| 12/01/06 | Restivo | Review new materials, emails, Bernick, et al. (1.2); meeting with L. Flatley and D. Cameron (0.8). | 2.00 |
| 12/02/06 | Aten | Continue to review materials re Anderson and Welch in preparation for deposition. | .50 |

172573 W. R. Grace & Co.                          Invoice Number 1494538
60033  Claim Analysis Objection Resolution        Page 3
       & Estimation (Asbestos)
January 26, 2007

| Date | Name | | Hours |
|------|------|------|-------|
| 12/02/06 | Cameron | Review materials for Canadian statute of limitations (0.9); review materials for California claims (0.8); review dust methodology briefs (1.1). | 2.80 |
| 12/02/06 | Engel | Review experts' reports. | 2.10 |
| 12/03/06 | Ament | Review UC claims received from A. Ellias (.90); e-mails with A. Muha re: same (.10). | 1.00 |
| 12/03/06 | Aten | Medical expert issues (.7); review materials re Dr. Welch in preparation for deposition (1.4). | 2.10 |
| 12/03/06 | Cameron | Attention to issues for dust methodology hearing (1.5); review expert reports for depositions (1.0); review constructive notice materials (0.9); review witness issues for witness list (0.8). | 4.20 |
| 12/03/06 | Engel | Review experts' reports. | .80 |
| 12/04/06 | Ament | Review UC claims and organize per A. Muha request (2.0); telephone calls and e-mails with A. Ellias re: same (.20); telephone call from A. Ellias re: DE filing on 12/8/06 and follow-up e-mail to D. Cameron and L. Flatley re: same (.10). | 2.30 |
| 12/04/06 | Aten | Medical expert issues (.4); continue to review materials re Dr. Welch and to prepare for her deposition (5.8). | 6.20 |
| 12/04/06 | Cameron | Multiple e-mails and telephone calls with counsel and Grace team regarding deposition scheduling issues (0.8); review materials relating to California statute of limitations issues (0.8); prepare draft witness disclosure (0.9). | 2.50 |

172573 W. R. Grace & Co.                    Invoice Number 1494538
60033  Claim Analysis Objection Resolution  Page 4
       & Estimation (Asbestos)
January 26, 2007

| Date | Name | | Hours |
| -------- | ----------- | | ----- |
| 12/04/06 | Engel | Review documents re Daubert issues related to asbestos dust sampling method. | 4.70 |
| 12/04/06 | Flatley | E-mails and reply (0.1); meet with R. Aten (0.1); review issues, call with R. Senftleben and follow-up regarding scheduling (0.7); e-mails from/to D. Cameron regarding scheduling (0.2); e-mails (0.2). | 1.30 |
| 12/04/06 | Garlitz | Review UC claims and organize per A. Muha request (2.0); assemble said documents into binders per A. Muha request (2.6). | 4.60 |
| 12/04/06 | Gatewood | Preparation for deposition examination of Dr. Welch and Dr. Anderson, including:  examination of epidemiologic studies, prior deposition/trial testimony, outline of issues and critique of studies cited in relation to occupational exposures and drafting of deposition examination materials. | 9.00 |
| 12/04/06 | Muha | Call and e-mails with S. Ament re: status of Grace UC PD claim materials. | .30 |
| 12/04/06 | Rea | Analysis of summary judgment. | .80 |
| 12/04/06 | Restivo | Tactical planning for three hearings. | 1.80 |
| 12/05/06 | Ament | Continue reviewing UC claims and organizing for A. Muha per request. | 1.20 |
| 12/05/06 | Aten | Begin drafting chart re: Dr. Welch's reliance materials, and a critical analysis of the articles (4.0); continue to review materials re Dr. Welch and to prepare for her deposition (3.3). | 7.30 |
| 12/05/06 | Cameron | Extensive review of deposition materials and scheduling issues | 5.60 |

172573 W. R. Grace & Co.                     Invoice Number 1494538
60033  Claim Analysis Objection Resolution   Page 5
       & Estimation (Asbestos)
January 26, 2007

| Date | Name | | Hours |
|------|------|------|-------|

|  |  | (2.1); review discovery and summary judgment materials (1.9); review and revise draft witness list (1.2); follow-up e-mails and telephone calls regarding same (0.4). |  |
| 12/05/06 | Engel | Review documents re Daubert issues related to asbestos dust sampling method. | 3.90 |
| 12/05/06 | Flatley | E-mails regarding deposition scheduling and other issues (0.6); review draft brief on California statute of limitations issues (1.5). | 2.10 |
| 12/05/06 | Gatewood | Preparation for deposition examination of Dr. L. Welch and Dr. H. Anderson, including: examination/analysis of epidemiologic studies, comparison of expressed opinions, review/analysis of briefings addressing methodology and Daubert issues and incorporate same into drafting of deposition examination outline. | 9.00 |
| 12/05/06 | Muha | E-mails to S. Ament and D. Cameron re: review of UC claims. | .20 |
| 12/05/06 | Restivo | Tactical planning for expert discovery, dust methodology hearing and summary judgment motion. | 5.60 |
| 12/06/06 | Ament | Download notice and scan and e-mail to internal working group (.20); review e-mails from D. Cameron and L. Flatley re: same (.20); e-mails with A. Ellias and A. Muha re: additional information re: UC claims (.30); prepare bates labels for UC documents (.20); e-mails with A. Ellias re: 12/8/06 filing deadline (.10). | 1.10 |
| 12/06/06 | Aten | Conference call with D. Cameron and D. Biderman re California | 9.90 |

172573 W. R. Grace & Co.                          Invoice Number 1494538
60033  Claim Analysis Objection Resolution        Page 6
       & Estimation (Asbestos)
January 26, 2007

| Date | Name | | Hours |
| -------- | ----------- | | ----- |
| | | Summary Judgment Motion, database (.6); continue to revise chart re Dr. Welch's reliance material (2.1); begin preparing deposition outline for deposition of Dr. Welch (7.2). | |
| 12/06/06 | Cameron | Prepare for and participate in call with California counsel regarding statute of limitations issues (0.6); attention to deposition scheduling issues (1.1); meet with J. Restivo and L. Flatley regarding planning issues (0.6); review dust methodology discovery materials (1.4); review draft witness list and e-mails regarding same (0.8); attention to Canadian claims materials (0.9); telephone call with Grace counsel regarding witness list (0.3); review agenda for planning meeting (0.5). | 6.20 |
| 12/06/06 | Engel | Prepare summaries and outlines for dust sampling depositions. | 4.80 |
| 12/06/06 | Flatley | E-mails/replies regarding witness list and deposition scheduling (0.6); meet with D. Cameron and J. Restivo about conference call preparation and results (0.4); meet with D. Cameron regarding deposition scheduling issues (0.3); meet with R. Aten regarding scheduling (0.1); follow-up e-mails regarding conference calls and scheduling issues (0.6); begin preparation for medical witness depositions (1.2). | 3.20 |
| 12/06/06 | Gatewood | Preparation for deposition examination of Dr. Laura S. Welch, including: meeting/consultation with L. Flatley and R. Aten, examination/analysis of articles cited/authored by Dr. Welch, drafting examination outline. | 9.00 |

172573 W. R. Grace & Co.                          Invoice Number 1494538
60033  Claim Analysis Objection Resolution        Page 7
       & Estimation (Asbestos)
January 26, 2007

| Date | Name | | Hours |
|------|------|------|-------|

| Date | Name | | Hours |
|------|------|------|-------|
| 12/06/06 | Restivo | Tactical planning (3.2); agenda for planning call (0.6); meeting with D. Cameron and L. Flatley (1.2). | 5.00 |
| 12/07/06 | Ament | Meet with J. Restivo re: deposition digests (.20); review expert deposition files per J. Restivo request (1.1). | 1.30 |
| 12/07/06 | Aten | Continue to revise chart re Dr. Welch's reliance materials, continue to prepare for her deposition (6.3); finalized deposition notice (0.5). | 6.80 |
| 12/07/06 | Atkinson | Review Grace files re: deposition summaries of experts, per J. Restivo request. | .30 |
| 12/07/06 | Cameron | Prepare for (1.1) and participate in planning session conference with K&E lawyers, L. Flatley and J. Restivo (1.4); review and revise draft preliminary witness list (1.9); multiple e-mails and telephone calls with counsel regarding same (0.9): review materials for Canadian claims (1.6); review materials for Statute of Limitations issues and expert work (1.2). | 8.10 |
| 12/07/06 | Engel | Prepare summaries and outlines for depositions. | 1.70 |
| 12/07/06 | Flatley | Review correspondence, organize "to do" list and prepare for team meeting call (1.7); meet with J. Restivo and D. Cameron to prepare for call (0.3); team conference call and follow-up (1.5); working on witness list (1.5). | 5.00 |
| 12/07/06 | Gatewood | Prepare for deposition examination of Dr. Laura S. Welch, including: reading/summarizing (by topic) selected areas of testimony to address during deposition | 12.00 |

172573 W. R. Grace & Co.                          Invoice Number 1494538
60033  Claim Analysis Objection Resolution        Page 8
       & Estimation (Asbestos)
January 26, 2007

        Date    Name                                              Hours
    --------  -----------                                         -----

                          examination, examination/analysis
                          of epidemiologic studies and
                          drafting deposition examination
                          outline (11.0); communicate/meet
                          with L. Flatley and R. Aten
                          concerning issues relating to Dr.
                          Welch's expert report (1.0).

    12/07/06  Restivo     Strategic planning (1.5);              4.50
                          conference call with D. Bernick,
                          et al. (1.5); prepare for Expert
                          depositions (1.5).

    12/08/06  Aten        Finalize Dr. Welch's deposition        5.00
                          notice and arrange for filing
                          (.2); continue to work on chart re
                          Dr. Welch's reliance materials (4.8).

    12/08/06  Cameron     Review claimant's preliminary          6.60
                          witness lists (1.4); review
                          Canadian claims and statute issues
                          (1.7); review dust reports for
                          deposition issues (1.9); attention
                          to Statute of Limitations issues
                          (0.9); telephone call and e-mails
                          with PD Claimants Counsel (0.3);
                          telephone call with R. Finke
                          regarding multiple issues (0.4).

    12/08/06  Engel       Review documents re to Daubert         4.60
                          hearing.

    12/08/06  Flatley     E-mails and replies regarding          7.10
                          witness lists (0.2); preparation
                          for "dust methodology" hearing,
                          including reviewing materials in
                          preparation for medical witness
                          depositions (5.9); meet with C.
                          Gatewood to discuss deposition
                          issues (two meetings) (1.0).

    12/08/06  Gatewood    Prepare for deposition examination    10.00
                          of Dr. Laura S. Welch, including:
                          examination/analysis of articles
                          relied upon by Dr. Welch, research
                          studies with converse view points
                          and analyze same,
                          comparison/contrast of Dr. Welch's
                          report with that of Dr. Hughson,

172573 W. R. Grace & Co.                        Invoice Number 1494538
60033  Claim Analysis Objection Resolution      Page 9
       & Estimation (Asbestos)
January 26, 2007

| Date | Name | | Hours |
|------|------|------|-------|
| | | and work on examination outline. | |
| 12/08/06 | Muha | E-mails re: review of UC claims. | .20 |
| 12/09/06 | Aten | Continue to review materials (deposition transcripts) and prepare for deposition of Dr. Welch. | 2.90 |
| 12/09/06 | Cameron | Deposition preparation (3.0); prepare and revise strategy outline (1.8). | 4.80 |
| 12/09/06 | Engel | Prepare summaries and outlines for depositions. | 1.50 |
| 12/09/06 | Flatley | Reviewing materials in preparation for depositions and outlining issues to raise with C. Gatewood and R. Aten (2.8); e-mail to schedule Monday meeting (0.2). | 3.00 |
| 12/09/06 | Gatewood | Preparation for deposition examination of Dr. Laura S. Welch, including:  drafting/revising examination materials, examination/analysis of epidemiologic studies addressing exposure pathways, concentrations, toxicity, preventive measures, governmental and agency guidelines concerning handling/exposure of/to asbestos containing products. | 9.00 |
| 12/10/06 | Aten | Continue to review materials (deposition transcripts) and prepare for deposition of Dr. L. Welch. | 4.40 |
| 12/10/06 | Cameron | Continued work on dust methodology deposition preparation issues (2.0); review Canadian claims (0.5); review materials for Product ID issues (1.0); review Statute of Limitations materials regarding experts (0.8). | 4.30 |
| 12/10/06 | Gatewood | Preparation for deposition examination of Dr. Laura S. Welch, | 12.00 |

172573 W. R. Grace & Co.                          Invoice Number 1494538
60033  Claim Analysis Objection Resolution        Page 10
       & Estimation (Asbestos)
January 26, 2007


| Date | Name | | Hours |
|------|------|---|-------|
| | | including research/analysis of exposure, preventive measures, environmental studies and drafting of deposition examination materials. | |
| 12/10/06 | Restivo | Draft planning memos. | 1.00 |
| 12/11/06 | Aten | Call with expert re articles relied on by Drs. Welch and Anderson (1.9); continue to review deposition transcripts of Dr. Welch and prepare for her deposition (6.7); review articles cited by Dr. Anderson in preparation for call (.9). | 9.50 |
| 12/11/06 | Cameron | Attention to deposition issues (0.6); review materials relating to dust reports and deposition preparation (2.3); review materials from J. Restivo (0.9). | 3.80 |
| 12/11/06 | DiChiera | Review several transcripts of prior deposition testimony of Laura S. Welch, M.D., and flag areas of interest in preparation for deposition scheduled on December 14, 2006 per request of R. Aten and C. Gatewood. | 8.10 |
| 12/11/06 | Engel | Prepare outline for depositions. | 4.30 |
| 12/11/06 | Flatley | Preparation for expert witness depositions, including drafting, revising and circulating outlines (0.8); call with C. Gatewood regarding issues for expert depositions (1.1); e-mails regarding scheduling issues (0.5); call with J. Restivo regarding witness scheduling (0.2); preparation for conference call with expert witness (2.0); conference call with R. Senftleben, C. Gatewood, R. Aten and expert witness and follow-up with C. Gatewood and R. Aten (2.3). | 6.90 |

172573 W. R. Grace & Co.                          Invoice Number 1494538
60033  Claim Analysis Objection Resolution        Page 11
        & Estimation (Asbestos)
January 26, 2007

| Date | Name | | Hours |
|------|------|------|-------|

| 12/11/06 | Gatewood | Research various issues subject to deposition examination of Dr. Laura S. Welch (6.0); examination/analysis of governmental/regulatory statements addressing asbestos related matters (e.g., abatement, thresholds, green and purple EPA books) (3.5);  drafting/revising deposition examination of Dr. Laura S. Welch (2.0); meet/confer with L. Flatley concerning draft/revisions of/to deposition examination outline and participate in joint conference call with L. Flatley and R. Aten and with expert (2.0). | 13.50 |
| 12/11/06 | Restivo | Meeting with M. Rippin (1.0); update Master Plan (1.0); begin Armstrong review. | 3.80 |
| 12/11/06 | Rippin | Analysis of In re Armstrong World Industries (1.3); analysis of parties' motions for a Daubert hearing for In re Armstrong World Industries (1.8); review of expert report for deposition preparation (1.5). | 4.60 |
| 12/12/06 | Aten | Continue to review and summarize transcripts in preparation for Dr. Welch's deposition. | 10.20 |
| 12/12/06 | Cameron | Preparation for meetings with experts (2.3); review materials for dust methodology depositions (1.7); multiple e-mails regarding same (0.7); review J. Restivo strategy memo and telephone call with J. Restivo regarding same (0.6); meet with R. Finke regarding open issues (0.5). | 5.80 |
| 12/12/06 | DiChiera | Review prior deposition testimony of Laura S. Welch, M.D., for preparation of deposition per request of R. Aten and C. Gatewood (2.50); prepare for and attend | 6.50 |

172573 W. R. Grace & Co.                    Invoice Number 1494538
60033  Claim Analysis Objection Resolution   Page 12
       & Estimation (Asbestos)
January 26, 2007

| Date | Name | | Hours |
|------|------|--|-------|

|  |  | meeting with C. Gatewood and R. Aten regarding preparation material needed for deposition (1.50); organize and gather material and potential exhibits needed for deposition (2.50). |  |
| 12/12/06 | Engel | Review documents and transcripts re preparation for depositions. | 1.70 |
| 12/12/06 | Flatley | Review draft summary judgment brief and send comments on it to the drafter (2.7); review draft deposition outline (1.7); call with C. Gatewood to discuss witness outline (1.0); call with D. Cameron regarding status of various issues and follow-up (0.7); call with J. Restivo regarding scheduling (0.2). | 6.30 |
| 12/12/06 | Gatewood | Examination/analysis of scientific/medical articles upon which Dr. Laura Welch relies for her expressed opinions (3.5); drafting examination outline (4.0); research Stanton Hypothesis and articles criticizing same (3.5); confer with L. Flatley concerning various deposition examination issues relating to scheduled deposition of Dr. Laura Welch (1.0). | 12.00 |
| 12/12/06 | Restivo | Analyze prior Daubert hearings (1.5); strategy and discovery planning re: Dust Methodology (1.0); strategy planning re: statute of limitations, prudent identification (1.0); strategy planning re: Hazard hearing (1.4). | 4.90 |
| 12/12/06 | Rippin | Review of expert report (2.1); review of Plaintiff's motion and brief for the dust methodology hearing (1.8); review of the direct examination In re Armstrong World Industries (0.8); review of James Millette's expert report | 6.30 |

172573 W. R. Grace & Co.                    Invoice Number 1494538
60033  Claim Analysis Objection Resolution  Page 13
       & Estimation (Asbestos)
January 26, 2007

| Date | Name | | Hours |
|------|------|------|------|
| | | (0.9); review of Millette's deposition from In re Armstrong World Industries (0.7). | |
| 12/13/06 | Aten | Continue to review deposition transcripts, materials and to prepare summaries for deposition. | 6.20 |
| 12/13/06 | Cameron | Prepare for meeting with experts (1.0); meet with experts and R. Finke regarding multiple issues for PD claims (4.7); prepare draft summary of meetings and list of open issues (1.1); follow-up from meeting (0.4). | 7.20 |
| 12/13/06 | DiChiera | Review prior deposition testimony of Laura S. Welch, M.D., for deposition preparation per request of R. Aten (3.50);  create index of excerpts for binder in connection with prior key testimony of Dr. Welch (1.5); prepare for and attend meetings with C. Gatewood regarding final preparation of deposition material needed (1.2). | 6.20 |
| 12/13/06 | Engel | Prepare outline for depositions. | 3.50 |
| 12/13/06 | Flatley | E-mails and replies on a variety of issues. | .40 |
| 12/13/06 | Gatewood | Prepare for deposition examination of Dr. Laura S. Welch, including: examination/analysis of articles, materials and drafting/editing examination outline (10.0);  meet with L. Flatley concerning deposition examination outline, discussion of strategies and instructions concerning suggested edits to examination outline (1.0). | 11.00 |
| 12/13/06 | Rea | Review of status memo. | .30 |
| 12/13/06 | Rippin | Review of the deposition of James Millette from In re Armstrong World Industries. | 6.30 |

172573 W. R. Grace & Co.                        Invoice Number 1494538
60033  Claim Analysis Objection Resolution      Page 14
       & Estimation (Asbestos)
January 26, 2007


| Date | Name | | Hours |
|------|------|---|-------|
| 12/14/06 | Ament | Meet with J. Restivo and M. Rippin re: deposition digests (.10); provide digests and summaries to M. Rippin per J. Restivo request (.10); review e-mails from T. Rea re: property damage claims (.10); meet with T. Rea re: same (.10); multiple e-mails re: property damage claims (.40);  e-mails with D. Cameron re: 12/19/06 deposition (.10); coordinate said deposition (.30). | 1.20 |
| 12/14/06 | Aten | Conference with L. Flatley re medical expert issues (0.8); review deposition outline and e-mail to C. Gatewood re: prior testimony (1.0). | 1.80 |
| 12/14/06 | Atkinson | Per e-mail request from D. Cameron, copy of Claimants' Supplemental exhibits. | .20 |
| 12/14/06 | Cameron | Prepare for (1.1) and participate in meeting regarding issues for PD claims (1.8); participate in conference call with K&E, Perkins Coie and W.R. Grace regarding statute of limitations issues (1.1); participate in conference call with R. Finke and expert regarding dust issues (1.3); attention to Canadian statute of limitations issues (0.9). | 6.20 |
| 12/14/06 | Engel | Prepare deposition outlines. | 4.00 |
| 12/14/06 | Flatley | E-mails from/to R. Aten (0.1); team meeting with J. Restivo, D. Cameron et al. and short follow-up on meeting (1.6); call with W. Sparks and follow-up, including e-mails (0.4); conference call regarding California issues with R. Finke, D. Cameron, D. Biderman, L. Esayian et al. (1.1); meet with R. Aten regarding experts' reports issues and follow-up (1.1). | 4.30 |

172573 W. R. Grace & Co.                          Invoice Number 1494538
60033  Claim Analysis Objection Resolution        Page 15
       & Estimation (Asbestos)
January 26, 2007

| Date | Name | | Hours |
|------|------|---|-------|

| | | | |
|------|------|---|-------|
| 12/14/06 | Gatewood | Final preparation for deposition examination of Dr. Laura Welch (2.0); present and conduct deposition examination of Dr. Laura S. Welch and review notes/materials following deposition (8.5). | 10.50 |
| 12/14/06 | Rea | Attend team meeting (1.0); attention to summary judgment (1.8). | 2.80 |
| 12/14/06 | Restivo | Strategy meeting/assignments. | 2.00 |
| 12/14/06 | Rippin | Review of James Millette reliance materials (3.1); attended W.R. Grace strategy meeting (1.1); review of the depositions from In re Armstrong World industries (2.2). | 6.40 |
| 12/15/06 | Ament | Meet with T. Rea re: property damage claims (.10); obtain DVD of all claims and CD-Rom of Anderson Memorial claims from M. Rosenberg and provide to T. Rea (.20); continue coordinating 12/18/06 deposition for D. Cameron (.20); e-mails and telephone calls re: logistics of same (.30). | .80 |
| 12/15/06 | Atkinson | Review files re:  trial testimony, per D. Cameron request (.40); review Grace files and database re: medical data per R. Aten request (.30). | .70 |
| 12/15/06 | Atkinson | Review files re: witness testimony in prior trial. | .30 |
| 12/15/06 | Cameron | Prepare for (0.9) and participate in meeting (via telephone) with Canadian counsel and potential expert (2.8); review material for R. Morse deposition preparation (1.9); telephone call with counsel regarding same (0.3); e-mails to counsel regarding same (0.4); telephone call with Canadian counsel regarding pending Canadian | 6.70 |