IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## NOTICE OF SERVICE

Please take notice that on the 6th day of February, 2007, the subpoena directed to Dr. Richard Lee was served in accordance with the attached Affidavit of Process Server.

DATED: February 7, 2007

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728 (fax)
E-mail:      loizides@loizides.com

# Affidavit of Process Server

_____
(NAME OF COURT)

_____PLAINTIFF/PETITIONER_____ vs _____DEFENDANT/RESPONDENT_____   CASE # 01-01139

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served DR, Richard J Lee
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) U.S. Bankruptcy Court Subpoena

by serving Richard B. Seitz [signature] Director of Finance 2/6/07
NAME                                                      RELATIONSHIP

at ☐ Home
☒ Business  350 Hochberg RD Monroeville PA 15146
on 2-6-07                                at 3:00 PM
    DATE                                    TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____ DATE

from _____
    CITY           STATE

**Manner of Service:** ☐ By personally delivering copies to the person/authorized agent of entity being served.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof.
☐ By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address       ☐ Evading                         ☐ Moved, Left no Forwarding     ☐ Other:
☐ Address Does Not Exist   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) _____, ( ) _____, ( ) _____
                                                 DATE  TIME    DATE  TIME    DATE  TIME
( ) _____, ( ) _____, ( ) _____
 DATE  TIME    DATE  TIME    DATE  TIME

Description: Age: 39  Sex: M  Race: W  Hgt: 5'8  Wgt: 170  Hair: BR  Glasses: ___

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on

_____ at _____
 DATE       CITY       STATE

[signature] Kenneth Kearney
SIGNATURE OF PROCESS SERVER

State of Pennsylvania
County of Allegheny
subscribed and sworn before me, a notary public, this 6th day of February 2007

WITNESS MY HAND AND OFFICIAL SEAL TO

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Bonnie Gardner, Notary Public
Monroeville Boro, Allegheny County
My Commission Expires Feb. 10, 2008
Member, Pennsylvania Association of Notaries

[signature] Bonnie Gardner
NOTARY PUBLIC

FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS