IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 8, 2007, true and correct copies of the Discovery Requests with respect to each of the claims listed below were served on the parties listed on the attached service list in the manner indicated thereon:

1. UC Davis Med. Center - Cypress Bldg. (Claim No. 9892)
2. UC Berkeley - Wheeler Hall (Claim No. 9881)
3. UC Riverside - Watkins Art Gallery (same as Watkins House - just shared space) (Claim No. 9887)
4. UC Davis Med. Center - Professional Bldg. (Claim No. 9890)
5. UC Davis Med. Center - Hospital (East Wing and North Wing) (Claim No. 9891)
6. UC Berkeley - Zellerbach Playhouse Lobby (Claim No. 9880)
7. UC Riverside - Watkins House (Claim No. 9886)
8. UC Riverside - Olmstead Hall Theater (Claim No. 9883)
9. UC Riverside - Physics 2000 Theater (Claim No. 9885)
10. UC Berkeley - Zellerbach Center (Claim No. 9879)
11. UC Berkeley - Calvin (Claim No. 9850)
12. UC Berkeley - Kroeber Bldg. (Claim No. 9897)
13. UC Berkeley - Eschelman Bldg. (Claim No. 9895)
14. UC San Diego - Hillcrest Hospital Emergency Dept. (same as UCSD Medical Center) (Claim No. 9840)
15. UC Santa Barbara - Campbell Hall Projection Room (Claim No. 9873)
16. UC Davis - Physical Science Library (Claim No. 9845)
17. UC Santa Barbara - Student Health Bldg. (Claim No. 9877)
18. UC Berkeley - ASUC-King Union Bldg. (Claim No. 9848)
19. UC San Francisco - Millberry Union Bldg. (Claim No. 9867)
20. UC Riverside - Physics Room 2158 (Claim No. 9884)
21. UC Riverside - A&I Dorms (Claim No. 9882)
22. UC Davis - Mrack Bldg. (Claim No. 9846)
23. UC Davis - Chemistry Annex (Claim No. 9847)
24. UC Berkeley - Etcheverey Bldg. (Claim No. 9896)
25. UC Berkeley - Lawrence Hall (Claim No. 9878)

26. UC Irvine - Computer Science Bldg. (Claim No. 9869)
27. UC Davis - Shields Library (Claim No. 9844)
28. UC San Diego - McGill Hall (ak/a Psychology and Linguistics Bldg.) (Claim No. 9893)
29. UC San Francisco - Laurel Heights (Claim No. 9866)
30. UC San Diego - Humanities & Social Sciences (Claim No. 9841)
31. UC Irvine - Engineering I (Claim No. 9858)
32. UC San Francisco - Ambulatory Care Center (Claim No. 9862)
33. UC San Francisco - Health Sciences IR East (Claim No. 9863)
34. UC San Francisco - Health Sciences IR West (Claim No. 9865)
35. UC Irvine - Physical Science 1 (Rowland Hall) (Claim No. 9868)
36. UC San Francisco - Joseph M. Long Hospital (Children's Hospital) (Claim No. 9861)
37. UC Irvine - Science Lecture Hall (Claim No. 9860)
38. UC Los Angeles - Math & Science Hallway (Claim No. 9854)
39. UC Los Angeles - Melnitz Hall (Claim No. 9855)
40. UC Los Angeles - Rieber Hall (Claim No. 9856)
41. UC Los Angeles - Sproul Hall (Claim No. 9857)
42. UC Los Angeles - Life Sciences Bldg. (Claim No. 9853)
43. UC Davis - National Primate Center (Claim No. 9843)
44. UC Los Angeles - Hedrick Hall (Claim No. 9852)
45. UC Los Angeles - Boelter Hall (Claim No. 9851)
46. UC Berkeley - Boalt Hall (Robbins Law Library (Claim No. 9849)
47. UC Berkeley - Campbell Hall (Claim No. 9909)
48. UC Irvine - Medical Center Bldg. 53 (Claim No. 9859)
49. UC Santa Barbara - North Hall (Claim No. 9875)
50. UC Berkeley - Davis Bldg. (Claim No. 9910)
51. UC San Francisco - Moffitt Hospital (Claim No. 9864)
52. UC Santa Barbara - Psychology Bldg. (Claim No. 9876)
53. UC Santa Barbara - Buchanan Hall (Claim No. 9871)
54. UC Santa Barbara - Biology II (Claim No. 9870)
55. UC Santa Barbara - Music Bldg. (Claim No. 9874)
56. UC Santa Barbara - Campbell Hall (Claim No. 9872)

DATED: February 8, 2007

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:        loizides@loizides.com

*Local Counsel for Speights & Runyan Claimants*

**SERVICE LIST**

**VIA HAND-DELIVERY**

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 No. Market Street, 17th Floor
Wilmington, DE 19801

Teresa K. D. Currier, Esquire
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801

Marla R. Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

David M. Klauder, Esquire
Office of the United States Trustee
844 N. King Street, Room 2207
Wilmington, DE 19801

Theodore Tacconelli, Esquire
Ferry Joseph & Pearce, PA
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE 19899-1351

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806

**VIA FEDEX**

David M. Bernick, Esquire
Janet S. Baer, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Peter Van N. Lockwood, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

Roger Frankel, Esquire
Richard H. Wyron, Esquire
The Washington Harbour
Orrick Herrington & Sutcliffe LLP
3050 K Street, N.W., Suite 200
Washington, DC 20007-5135

Scott Baena, Esquire
Bilzin Sumberg Baena Price & Axelrod, LLP
First Union Financial Center
200 So. Biscayne Bl., Suite 2500
Miami, FL 33131-2336

James Restivo, Jr., Esquire
Reed Smith, LLP
435 Sixth Avenue
Pittsburgh, PA 15219

David B. Siegel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044