IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al., | ) (Jointly Administered) <br> ) |
| Debtors. | ) Related Docket Nos.: 14337, 14400 <br> ) |

## NOTICE OF RESCHEDULED DEPOSITION DUCES TECUM OF DAVID B. SIEGEL

PLEASE TAKE NOTICE that the Official Committee of Asbestos Personal Injury Claimants (the "ACC") and David T. Austern, the Court-appointed legal representative for future asbestos claimants (the "FCR"), by and through their respective undersigned counsel, pursuant to Rule 26 and 30 of the Federal Rules of Civil Procedure, applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7026 and 7030, will take the videotaped deposition upon oral examination of the following individual (the "Deponent"):

**Deponent:** David B. Siegel
**Date & Location:** February 28, 2007 at 9:30 a.m.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, D.C. 20005

PLEASE TAKE FURTHER NOTICE that the deposition shall be conducted before a person authorized to administer oaths in the relevant jurisdiction and will continue from day to day until concluded. Testimony shall be taken by stenographic means and will also be recorded by videotape.

The ACC and FCR reserve the right to notice further depositions of the Deponent and/or to notice a deposition of the above-captioned Debtors pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure. The ACC and FCR further reserve the right to supplement or amend this Notice in connection with any matters arising in these bankruptcy proceedings.

{D0079436.1}

Respectfully submitted,

CAMPBELL & LEVINE, LLC

*[signature]*

Marla R. Eskin (#2989)
Mark T. Hurford (#3299)
800 King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900

Elihu Inselbuch
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125

Peter Van N. Lockwood
Nathan D. Finch
Jeffrey A. Liesemer
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW
Washington, DC 20005
Telephone: (202) 862-5000

*Counsel for the Official Committee of
Asbestos Personal Injury Claimants*

Dated: February 8, 2007

ORRICK, HERRINGTON & SUTCLIFFE LLP

*Debra L. Felder [signature]*

Roger Frankel
Richard H. Wyron
Raymond G. Mullady, Jr.
Debra L. Felder
3050 K Street, NW
Washington, DC 20007
Telephone: (202) 339-8400

John C. Phillips, Jr. (#110)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200

*Counsel for David T. Austern,
Future Claimants' Representative*