IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| _____ | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 8, 2007, true and correct copies of the Discovery Requests of those listed below were served on the parties on the attached service list in the manner indicated thereon.

1. CSU Long Beach - University Theater (Claim No. 12616)
2. CSU Fullerton - PJ&G Pollak Library (Claim No. 10020)
3. CSU Fullerton- Performing Arts (Claim No. 10058)
4. CSU Humboldt - Natural Resources Bldg. (Claim No. 9842)
5. CSU Long Beach - Main Library (Claim No. 10237)
6. CSU San Luis Obispo - Research & Development (Claim No. 11800)
7. CSU East Bay (Hayward) - Music & Business (Claim No. 11957)
8. CSU Sacramento - Kadema Hall (Claim No. 9970)
9. CSU Sacramento - Alpine Hall (Claim No. 9988)
10. CSU San Diego - East Commons and East Commons Addition (Claim No. 10208)
11. CSU San Luis Obispo - Mott Physical Education (Claim No. 11802)
12. CSU San Diego - Aztec Center (Claim No. 9925)

13. CSU East Bay (Hayward) - Meikle John Hall (Claim No. 11962)

14. CSU San Diego - Dramatic Arts (Claim No. 10230)

15. CSU San Luis Obispo - Farm Shop (Claim No. 11817)

16. CSU Dominguez Hills - Education Resource Center (Claim No. 9888)

17. CSU Fullerton - Physical Education (Claim No. 10019)

18. CSU Fresno - North Gymnasium (Claim No. 10319)

19. CSU Fresno - Psychology (Claim No. 10303)

20. CSU Fullerton - Humanities (Claim No. 10053)

21. CSU Stanislaus - Music (Claim No. 11866)

22. CSU Pomona - Gymnasium (Kellogg) (Claim No. 10018)

23. CSU Pomona - Darlene May Gym (Claim No. 10078)

24. CSU San Francisco - Hensill Hall (Claim No. 10160)

25. CSU San Jose - Cafeteria (Claim No. 11918)

26. CSU Stanislaus - Drama (Claim No. 11876)

27. CSU San Luis Obispo - Administration (Claim No. 11735)

28. CSU Fresno - McKee Fisk (Claim No. 9838)

29. CSU Humboldt - Forbes PE Complex (Claim No. 9839)

30. CSU Fresno - Science (Claim No. 9889)

31. CSU San Diego - Art II (Claim No. 9928)

32. CSU Chico - Physical Science (Claim No. 10621)

33. CSU San Diego - West Commons (Claim No. 9993)

34. CSU San Luis Obispo - Engineering West and Engineering West Addition (Claim No. 11819)

35. CSU San Luis Obispo - Transportation Services (Claim No. 11745)

36. CSU Chico - Butte Hall (Claim No. 10597)

DATED:  February 8, 2007

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:     (302) 654-0248
Facsimile:     (302) 654-0728
E-mail:        loizides@loizides.com

*Local Counsel for Speights & Runyan Claimants*

**SERVICE LIST**

**VIA HAND-DELIVERY**

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 No. Market Street, 17th Floor
Wilmington, DE  19801

Teresa K. D. Currier, Esquire
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE  19801

Marla R. Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE  19801

Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE  19801

David M. Klauder, Esquire
Office of the United States Trustee
844 N. King Street, Room 2207
Wilmington, DE  19801

Theodore Tacconelli, Esquire
Ferry Joseph & Pearce, PA
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE  19899-1351

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806

**VIA FEDEX**

David M. Bernick, Esquire
Janet S. Baer, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Peter Van N. Lockwood, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

Roger Frankel, Esquire
Richard H. Wyron, Esquire
The Washington Harbour
Orrick Herrington & Sutcliffe LLP
3050 K Street, N.W., Suite 200
Washington, DC 20007-5135

Scott Baena, Esquire
Bilzin Sumberg Baena Price & Axelrod, LLP
First Union Financial Center
200 So. Biscayne Bl., Suite 2500
Miami, FL 33131-2336

James Restivo, Jr., Esquire
Reed Smith, LLP
435 Sixth Avenue
Pittsburgh, PA 15219

David B. Siegel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044