IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 )  |
| W.R. GRACE & CO., et al., | ) Case No. 01-01139 (JKF) ) (Jointly Administered) ) |
| Debtors. | ) Re: Docket No. 13406 ) |

## CLAIMANTS REPRESENTED BY THE LAW FIRM OF DIES & HILE, L.L.P. SUBMISSION OF SUPPLEMENTAL AND REBUTTAL EXPERT REPORT OF WILLIAM M. EWING, CIH, REGARDING THE SCHEDULE FOR THE ADJUDICATION OF LACK OF HAZARD ISSUES, AS DESCRIBED IN THE 15TH OMNIBUS OBJECTIONS

In accordance with the Court's Amended Order Setting Various Deadlines Regarding Objections to Asbestos Property Damage Claims, dated October 13, 2006 (D.I. 13406), Claimants represented by the Law Firm of Dies & Hile, L.L.P. (the "D&H PD Claimants")[1] hereby submit their Submission of Supplemental and Rebuttal Expert Report of William M. Ewing, CIH, Regarding the Schedule for the Adjudication of Lack of Hazard Issues, as Described in the 15th Omnibus Objections.

I.

On January 15, 2007, the D&H PD Claimants filed their Submission of Supplemental Expert Reports of Laura S. Welch, M.D., FACP, FACOEM, Henry A. Anderson, M.D., and Construction Inspectors, Inc., and the Expert Reports of Eugene Jerome Mark, M.D., William M. Ewing, CIH, James R. Millette, Ph.D., and Martin Bennett, MAS, and Further Identification and Explanation Regarding the Reports of William Longo, Ph.D. Previously Submitted, Regarding

---

[1] The Asbestos Property Damage Claimants represented by the law firm of Dies & Hile, L.L.P., on whose behalf this Preliminary Designation of Fact and Expert Witnesses is being filed include the following: State of Arizona; State of Arkansas; State of Connecticut; State of Oklahoma; State of Oregon; City of Amarillo, Texas; City of Houston, Texas; Coleman Housing Authority; El Paso County, Texas; Harlingen Housing Authority; Sabine River Authority of Texas; City of Phoenix, Arizona; City of Tucson, Arizona; Maricopa County, Arizona; Cook County, Illinois; City of Eugene, Oregon; Eastern Oregon University; Oregon Health & Science University; Oregon State University; Portland State University; Southern Oregon University; University of Oregon; Western Oregon University; Six Hundred Building Ltd.; BNC Forum LP Texas Limited Partnership; and EPEC Realty, Inc.

the Schedule for the Adjudication of Lack of Hazard Issues, as Described in the 15th Omnibus Objections. Included as Exhibit E to said Submission is the Oregon Buildings Inspection Report, prepared by William M. Ewing, CIH, dated January 11, 2007. The D&H PD Claimants hereby fully incorporate by reference all matters set forth therein, including the exhibits and attachments thereto.

II.

The D&H PD Claimants herewith submit the Supplemental and Rebuttal Expert Report of William M. Ewing, CIH, attached hereto as Exhibit A ("Addendum to W.M. Ewing Report of Oregon Buildings").

III.

This supplemental and rebuttal expert report submitted by the D&H PD Claimants herewith does not supercede or amend any other expert or supplemental report which has been previously, separately submitted or which may be separately submitted. Rather, this submission herein should be construed as an additional and further submission.

IV.

The D&H PD Claimants reserve the right to supplement this submission with other additional expert reports and/or documentation and further reserve the right to call any other expert or fact witnesses designated by any other party in this matter.

DATED: February 8, 2007

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:  (302) 654-0248
Facsimile:   (302) 654-0728
E-mail:       loizides@loizides.com

- and -

070208161410.DOC                                     2

Martin W. Dies, Esquire
DIES & HILE, L.L.P.
1009 Green Avenue
Orange, TX  77630
Telephone:  (409) 883-4394
Facsimile:  (409) 883-4814
Email:  mwdies@aol.com

*Counsel for the Dies & Hile Asbestos Property Damage Claimants*