# EXHIBIT A

ADDENDUM TO OREGON BUILDINGS INSPECTION REPORT
BY WILLIAM M. EWING, CIH



**COMPASS ENVIRONMENTAL, INCORPORATED**

February 8, 2007

Mr. Martin Dies
Dies & Hile, L.L.P.
1601 Rio Grande, Suite 330
Austin, TX 78701

    **RE: Addendum to W.M. Ewing Report of Oregon Buildings**

Dear Mr. Dies:

Attached are the analytical results of four tape lift samples collected from buildings in Oregon with Mono-Kote fireproofing. The samples were analyzed using scanning electron microscopy (SEM). Chrysotile asbestos was found in association with gypsum and vermiculite in each sample. These are the major components of W.R. Grace's Mono-Kote fireproofing (MK-3). The micrographs support my opinion that the asbestos found in the surface dust samples collected in the Oregon buildings was primarily from the in-place asbestos-containing product of W.R. Grace.

Please do not hesitate to telephone me should you have any questions.

Sincerely,

*William M. Ewing*

William M. Ewing, CIH
Technical Director


Attachments

# STATE OF OREGON
# TAPE LIFT SAMPLES - SEM RESULTS

## Cramer Hall, Portland State University; Portland, Oregon
## September 11, 2006

| Sample Number | Sample Location/Description | SEM Results* |
|---|---|---|
| Tape-02 | 2nd floor, room 263, above ceiling from top of metal light fixture, approximate area 7 $cm^2$ | Chrysotile asbestos associated with gypsum and vermiculite |

## Neuberger Hall, Portland State University; Portland, Oregon
## September 12, 2006

| Sample Number | Sample Location/Description | SEM Results* |
|---|---|---|
| Tape-11 | Basement, room 26, above ceiling from top of VAV box, fine gray dust, approximately 8 $cm^2$ | Chrysotile asbestos associated with gypsum and vermiculite |

## Gerlinger Annex, University of Oregon; Eugene, Oregon
## September 13, 2006

| Sample Number | Sample Location/Description | SEM Results* |
|---|---|---|
| Tape-20 | 3rd floor, above ceiling outside room 367, from top of light fixture, gray dust 10 $cm^2$ | Chrysotile asbestos associated with gypsum and vermiculite |

## Computing Center, University of Oregon; Eugene, Oregon
## September 13, 2006

| Sample Number | Sample Location/Description | SEM Results* |
|---|---|---|
| Tape-21 | 1st floor, from top of light fixture above ceiling in corridor outside room 193, gray/tan dust, approximately 9 $cm^2$ | Chrysotile asbestos associated with gypsum and vermiculite |

Samples analyzed by Materials Analytical Services, Inc. using scanning electron microscopy. See micrographs for description of findings.

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200  FAX (770) 866-3259



February 7, 2007

W. M. Ewing
Compass Environmental
1751 McCollum Parkway
Kennesaw, Georgia 30144

**Re: Oregon Dust Sample Results for Tape Lifts Analyzed by Scanning Electron Microcopy (SEM)**

Dear Mr. Ewing,

Attached is the laboratory analysis report for the above referenced selected tape lift sample submitted on October 6, 2006. The samples were prepared by excising a portion of the submitted tape and placing it directly on carbon tape / SEM stub and coating with gold/palladium. Images of representative gypsum, vermiculite and chrysotile particles were recorded and are herein provided.

Please call me at 770-866-3235 should you have any questions.

Sincerely,


Michael D. Mount, CIH, OHST
EM Lab Manager


Encl.











Comment:





Comment:



700μm



Comment:









M40765-003 Tape Lifts





Comment:

M40765 Tape Lifts



M40765-003 Chrysotile

700µm



Full Scale 597 cts Cursor: 0.000

Comment:

inca







