**M40765 Tape Lifts**



700µm                    Electron Image 1



Full Scale 2003 cts Cursor: 0.000                                keV

Comment:

M40765 Tape Lifts



700μm                    Electron Image 1



Comment:



M40765-005 Tape-21 Surface
Gypsum x187

5.00kV 9.5mm x187 SE 2/5/2007                    300um



M40765-005 Tape-21
Surface Chrysotile x210

5.00kV 9.7mm x210 SE  2/5/2007                          200um



M40765-005
Tape-21 Surface
Chrysotile x757

12.0kV 9.6mm x757 SE  2/5/2007                    50.0um



M40765-005 Tape-21
Surface Chrysotile
+Gypsum x2000

12.0kV 9.7mm x1.50k SE 2/5/2007                    30.0um



700µm



Comment:



M40765-005 Tape-21
Surface Gypsum x1700

10.0kV 9.5mm x1.70k SE  2/5/2007                    30.0um



700µm

Comment:





700µm



Comment:



700µm



Comment:



700µm



Comment:



700µm

Full Scale 117 cts Cursor: 0.000                                                                    keV

Comment: