

M40765-005 Tape-21
Surface Gypsum x3000

12.0kV 9.4mm x3.00k SE  2/5/2007                    10.0um



M40765-005 Tape-21
Surface Vermiculite x300

5.00kV 9.8mm x300 SE  2/5/2007                    100um



M40765-005
Tape-21 Surface
Vermiculite x744

5.00kV 9.9mm x744 SE  2/5/2007                    50.0um



M40765-006 Tape-20
Surface  x65

5.00kV 9.5mm x65 SE  2/5/2007                    500um



M40765-006 Tape-20
Surface  x599

2.00kV 9.5mm x599 SE  2/5/2007                    50.0um



M40765-006 Tape-20
Surface Chrysotile
+Gypsum x1800

10.0kV 9.5mm x1.80k SE  2/5/2007                    30.0um



M40765-006 Tape-20
Surface Chrysotile x2000

12.0kV 9.5mm x2.00k SE  2/5/2007                                    20.0um



M40765-006 Tape-20
Surface Gypsum x2300

12.0kV 9.5mm x2.30k SE  2/5/2007                    20.0um



M40765-006 Tape-20
Surface Vermiculite x2500

15.0kV 9.5mm x2.50k SE  2/5/2007                    20.0um



M40765-006 Tape-20
Surface Chrysotile
+Gypsum+Vermiculite
x4200

10.0kV 9.5mm x420 SE  2/5/2007                              100um



700µm



Comment:





M40765-006 Chrysotile

700µm



Comment:



M40765 Tape Lifts

M40765-006 Gypsum

700µm



Comment: