IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on the 8th day of February, 2007, I did cause to be served true and correct copies of the foregoing **CLAIMANTS REPRESENTED BY THE LAW FIRM OF DIES & HILE, L.L.P. SUBMISSION OF SUPPLEMENTAL AND REBUTTAL EXPERT REPORT OF WILLIAM M. EWING, CIH, REGARDING THE SCHEDULE FOR THE ADJUDICATION PHASE FOR LIMITATIONS PERIODS, AS DESCRIBED IN THE 15TH OMNIBUS OBJECTIONS** on the parties listed on the attached service list as indicated thereon.

DATED: February 8, 2007

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
E-mail:   loizides@loizides.com