IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Re: Docket Nos. 9315, 10702 and 10916, January 24, 25 and 26, 2006 Agenda Item No. 1C** |

**CERTIFICATION OF COUNSEL REGARDING ORDER
EXPUNGING CLAIM NO. 14400 FILED BY PHILLIP SHAWN MOORE
AND CLAIM NOS. 15352, 2360 AND 2361 FILED BY MARCELLA PAULETTE**

1. On September 1, 2005, the above-captioned debtors and debtors in possession (the "Debtors") filed their *Fifteenth Omnibus Objection(Substantive)* to Asbestos Property Damage Claims (the "Fifteenth Omnibus Objection") (Docket No. 9315).

2. On October 24, 2005, Phillip Shawn Moore filed the *Response to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damaged Claims* (Docket No. 10570).

3. On October 27, 2005, Marcella M. Paulette filed the *Letter Response of Marcella M. Paulette* (Docket No. 10916).

4. The Court having heard arguments on the Fifteenth Omnibus Objection on January 24, 2006, disallowed and expunged Claim Nos. 14400, 15352, 2360, and 2361

5. Attached hereto as Exhibit A is a copy of the transcript stating on the record that Claim No. 14400 Filed by Phillip Shawn Moore and Claim Nos. 15352, 2360 and 2361 Filed by Marcella Paulette are expunged and disallowed.

6. Attached hereto as Exhibit B is the proposed *Order Expunging Claim No. 14400 Filed by Phillip Shawn Moore and Claim nos. 15352, 2360 and 2361 Filed By Marcella Paulette.*

7. Accordingly, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience.

Dated: February 8, 2007

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Lisa G. Esayian
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

And

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

*James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession