## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### DEBTORS' MOTION FOR EXPEDITED CONSIDERATION OF AGREED MOTION FOR ENTRY OF AN ORDER CONFIRMING THAT DEPOSITION TESTIMONY OF DR. PHILIP H. LUCAS IS NOT WITHIN THE SCOPE OF THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT

Debtors hereby request that the Court consider the Agreed Motion for Entry of an Order Confirming that Deposition Testimony of Dr. Philip H. Lucas is not within the Scope of the Health Insurance Portability and Accountability Act filed February 8, 2007 (the "Motion") on an expedited basis and rule on the Motion without the need for any hearing.

Expedited consideration and resolution of the Motion is warranted because the Motion is an agreed Motion between the Debtors and Dr. Lucas. Moreover, prompt resolution of the Motion is necessary to ensure that the deposition of Dr. Lucas is taken in a timely manner and in accordance with the dates contained in the Case Management Order for the Estimation of Asbestos Personal Injury Liabilities.

WHEREFORE, W.R. Grace & Co. respectfully requests that the Court grant this motion for expedited consideration and rule on and approve the motion at the Court's earliest convenience.

Dated: February ___, 2007

                                                KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Salvatore F. Bianca
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

And

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

_/s/ James E. O'Neill_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors-in-Possession

2