IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**ORDER GRANTING DEBTORS' MOTION FOR EXPEDITED CONSIDERATION OF AGREED MOTION FOR ENTRY OF AN ORDER CONFIRMING THAT DEPOSITION TESTIMONY OF DR. PHILIP H. LUCAS IS NOT WITHIN THE SCOPE OF THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT**

AND NOW this ___ day of February 2007, it is ordered that Debtors' Motion For Expedited Consideration Of Agreed Motion For Entry Of An Order Confirming That Deposition Testimony Of Dr. Philip H. Lucas Is Not Within The Scope Of The Health Insurance Portability And Accountability Act is **GRANTED.**

Dated: February ____, 2007

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

3

C:\Documents and Settings\dkp\Local Settings\Temporary Internet Files\OLK2\Motion for Expedited Consideration re Lucas HIPAA Order_(11623107_1).DOC