FILED
2007 FEB -9 AM 9:48
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In re:                                    )
                                          ) Chapter 11
W.R. GRACE & CO., et al.                  )
                                          ) Case No. 01-01139 (JKF)
            Debtors.                      ) (Jointly Administered)
                                          )
                                          ) RESPONSE OF CLAIMANT WALTER D.
                                          ) PELETT TO DEBTORS' TWENTIETH
                                          ) OMNIBUS OBJECTION TO CLAIMS

This Response is filed on behalf of claimant Walter D. Pelett, whose Claim Number is 2519. The amount of Mr. Pelett's claim at issue is $52,516.76, which includes the principal amount of $31,600 in damages and $26,916.76 in interest thereon calculated through December 31, 2002.

Mr. Pelett's claim is for the costs to repair damage caused by the Debtor to premises the Debtor leased from Mr. Pelett. The Debtors objected to Mr. Pelett's claim on the grounds that it is barred by the statute of limitations. That assertion is incorrect.

Mr. Pelett's claim is based on his lease agreement with the Debtor (a copy of which is attached hereto as Exhibit 1) and therefore sounds in contract. Under Oregon law, an action on a contract must be commenced within six years from the date the cause of action accrued. ORS 12.080. Mr. Pelett's action on the lease with the Debtor accrued no earlier than December 1995 when the Debtor surrendered possession of the leased premises and Mr. Pelett provided the Debtor with notice of the damage. December of 1995 is less than six years prior to April 2, 2001 when the Debtor filed its petition in bankruptcy. The running of the statute of limitations has been tolled since the Debtor filed its bankruptcy petition. 11 U.S.C. 108(c). Therefore, Mr. Pelett's claim is not time barred.

Mr. Pelett's legal representative, with whom counsel for the Debtors should communicate with respect to the claim and the objection and who possesses authority to reconcile, settle, or

Page 1 – RESPONSE OF CLAIMANT WALTER D. PELETT TO DEBTORS' TWENTIETH
OMNIBUS OBJECTION TO CLAIMS

1  otherwise resolve the objection to the Disputed Claim on behalf of Mr. Pelett is Kevin
2  O'Connell, whose address, telephone and fax numbers are set forth below.
3      DATED this 8th day of February, 2007.

HAGEN O'CONNELL LLP

_____ OSB #93366 for
Kevin O'Connell, OSB #66092
Hagen O'Connell LLP
121 SW Morrison, Suite 1500
Portland, OR 97204
Phone: (503) 227-2900
Facsimile: (503) 227-3870
koconnell@hagenoconnell.com
Of Attorneys for Claimant

Page 2 - RESPONSE OF CLAIMANT WALTER D. PELETT TO DEBTORS' TWENTIETH OMNIBUS OBJECTION TO CLAIMS

HAGEN O'CONNELL LLP
121 S.W. Morrison, Suite 1500
Portland, Oregon 97204
(503) 227-2900