**FILED**
**2007 FEB -9 AM 9: 48**
**U.S. BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

## CERTIFICATE OF SERVICE

1 hereby certify that I served the foregoing RESPONSE OF CLAIMANT WALTER D. PELETT TO DEBTORS' TWENTIETH OMNIBUS OBJECTION TO CLAIMS on the following:

| | |
|---|---|
| Lori Sinanyan<br>Kirkland & Ellis LLP<br>777 South Figueroa Street<br>Los Angeles, CA 90017 | James E. O'Neill<br>Pachulski Stang Ziehl Young Jones &<br>Weintraub LLP<br>919 North Market Street 17th Floor<br>PO Box 8705<br>Wilmington, DE 19899-8705<br>(Courier 19801) |
| Lewis Kruger<br>Stroock & Stroock & Lavan<br>180 Maiden Lane<br>New York, NY 10038-4982 | Michael R. Lastowski,<br>Duane, Morris & Heckscher, LLP<br>1100 N. Market Street, Suite 1200<br>Wilmington, DE 19801-1246 |
| Scott L. Baena<br>Bilzin, Sumberg, Dunn, Baena, Price &<br>    Axelrod<br>First Union Financial Center<br>200 South Biscayne Boulevard, Suite 2500<br>Miami, FL 33131 | Michael B. Joseph<br>Ferry & Joseph, P.A.<br>824 Market Street, Suite 904<br>PO Box 1351<br>Wilmington, DE 19899 |
| Peter Van L. Lockwood<br>Caplin & Drysdale Chartered<br>One Thomas Circle N.W.<br>Washington, DC 20005 | Mark T. Hurford<br>Campbell & Levine, LLC<br>800 N. King Street, Suite 300<br>Wilmington, DE 19801 |
| Gary Becker<br>Kramer Levin Naftalis & Frankel LLP<br>919 Third Avenue, New York, NY 10022 | Teresa K.D. Currier<br>Buchanan, Ingersoll & Rooney, P.C.<br>1000 West Street, Suite 1410<br>PO Box 1397<br>Wilmington, DE 19899-1397 |
| Richard H. Wyron<br>Orrick, Herrington & Sutcliffe, LLP<br>3050 K Street NW, Suite 300<br>Washington, DC 20007 | John C. Phillips, Jr.<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street Wilmington, DE<br>19806 |

Page 1 – CERTIFICATE OF SERVICE

HAGEN O'CONNELL LLP
121 S.W. Morrison, Suite 1500
Portland, Oregon 97204
(503) 227-2900

Office of the United States Trustee
Attn: David Klauder
844 N. King Street
Wilmington, DE 19801

on this 8th day of January, 2007, by:

    _____    mailing to said attorney(s) a complete and correct copy thereof, contained in a sealed envelope, addressed as set forth above and deposited in the United States mail at Portland, Oregon, with postage thereon prepaid, on said day.

    __X__    FedEx, at the address set forth above.

    _____    electronic mail, at the email address set forth above.

    _____    telephonic facsimile communication device, at the telephone number(s) set forth above, which device was working at the time service was made.

    _____    hand delivering to said attorney(s) a complete and correct copy thereof, contained in a sealed envelope, at the address set forth above, on said day, and leaving it with attorney('s)(s') clerk, or person apparently in charge of the office, or in a conspicuous place therein if no one was apparently in charge of the office.

HAGEN O'CONNELL LLP

By: _/s/ Paul Migchelbrink_
Paul Migchelbrink, OSB No. 93366
Hagen O'Connell LLP
121 SW Morrison, Suite 1500
Portland, OR 97204

Page 2 – CERTIFICATE OF SERVICE