IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 9, 2007, true and correct copies of the **Amended Notice of Deposition of Roger G. Morse** were served on the parties on the attached certificate of service list as indicated thereon.

DATED: February 9, 2007

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:         loizides@loizides.com

*Local Counsel for Speights & Runyan Claimants*

070209134134.DOC

## CERTIFICATE OF SERVICE

I, the undersigned, of the law office of Speights & Runyan, attorneys for Plaintiff do hereby certify that I have served Debtors' counsel in this action with a copy of Notice of Deposition of Roger G. Morse by placing a copy of same in the United States mail in a properly addressed envelope, with adequate postage affixed thereto, addressed as follows:

Douglas E. Cameron, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

James J. Restivo, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Traci S. Rea, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Lisa G. Esayian, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Janice Proffitt
Paralegal

This the 9th day of February, 2007