## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: February 8, 2007 at 4:00 p.m.** |
| | ) | **Hearing Date: April 2, 2007 at 2:00 p.m.** |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 14364

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the First Quarterly Fee Application of Dies & Hile, L.L.P. (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period from September 26, 2005, through and including September 30, 2006 ("the Application"). The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than February 8, 2007[1] at 4:00 p.m.

Dated: February 9, 2007

                                                         Scott L. Baena, Esquire
                                                         Jay M. Sakalo, Esquire
                                                         BILZIN SUMBERG BAENA PRICE
                                                           & AXELROD LLP
                                                         2500 Wachovia Financial Center
                                                         200 South Biscayne Boulevard
                                                         Miami, FL 33131-2336
                                                          Tel:    (305) 374-7580
                                                          Fax:   (305) 374-7593

                                                          -and-

---

[1] The applicant may have received informal comments from the fee auditor, but has not yet received the final report from the fee auditor.

FERRY, JOSEPH & PEARCE, P.A.

/s/ Theodore J. Tacconelli
Michael B. Joseph (No. 392)
Theodore J. Tacconelli (No. 2678)
Lisa L. Coggins (No. 4234)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Tel:    (302) 575-1555
Fax:    (302) 575-1714

*Co-Counsel to the Official Committee of Asbestos Property Damage Claimants*