

**eers**

CANADIAN PAT. # 1047219

energy efficient roof system    11-19-06

Dear Linda —

Recieved Copy of Lien on 11-18-06 —
Thank you — Now as I detected when I recorded
The Lien That numbers 304 & 305 were duplicated

I am enclosing The page That Should be # 305
If you can corect This unforTionate siTuaTion
It would be greatly apreciated.

I am enclosing # 305 and The page it
Should have been. If you can corect This
siTuaTion and send me a corTified Copy of
Same I will gledly send whatever is or will
be any addiTional cost

Thank you again for your cooperaTion
and instantly response To my request

Anton Volovsek

The foregoing instrument has been compared and is
a true and correct transcript of the original thereof
on file in the records of my office.
Dated this ___ day of ___ 2006
_____ AUDITOR
_____ DEPUTY
In and for the County of Klickitat, State of Washington

FILED FOR RECORD
KLICKITAT COUNTY AUDITOR

**97 JAN -7 PM 2: 51**

**RECORDING REQUESTED BY**
**AND WHEN RECORDED MAIL TO**

Anton Frank, Volovsek
c/o System Solutions
P.O. box 522
White Salmon, Washington
NDPZ        [98672]

FILED BY _A. F. Volovsek_
RETURN TO _Same_
_____
_____
VOL _343_  PAGE _788-794_

RECORDER'S USE _____

## CAVEAT/NOTICE:

*Failure To Respond To This Affidavit As Herein Required Within Ten (10) Days, Will Invoke The Doctrine Of Acquiescence And/Or Admission And/Or Claims Made, By This Affiant And Further, Will Be A Tacit Admission Of Affiant's Right To Recover In Commerce For Damages Caused By Respondent, But Not Limited To Penalties And Costs.*

Anton Frank, Volovsek
    Affiant:
    vs.

A. L. Costelio Chrman, Pres., &. Ceo
W. R. Grace & Co, One Town Ctr Rd
Boca Raton, Fl. 33496,
And,
A. L. Costello Chrman, Ceo,
And,
Robert J. Bettacchi Pres.;
Grace Construction Products
62 Whitemore Ave, Cambridge, Ma. 02140,
And,
A.l. Costello Chrman, Pres., & Ceo;
Grace W- R. & Co. Inc. (Ny)
One Town Ctr, Rd, Boca Raton, Fl. 33486,
    Respondents

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**A SECURITY\* (15 USC )**

\* A SECURITY: "Any evidence of DEBT"

**COMMERCIAL AFFIDAVIT**
**OF DEFAULT,**
**NOTICE AND WARNING OF: 10 Day**
**COMMERCIAL GRACE;**
   and,
**NOTICE OF NON-JUDICIAL,**
   and
**PRE-JUDICIAL PROCEEDING**

## AFFIDAVIT OF DEFAULT

STATE OF WASHINGTON    )
                          )  **Ss**

COUNTY OF KLICKITAT    )

### On Principle of Respondent Superior

I, Anton Frank, Volovsek, the Undersigned, do solemnly affirm, declare, and depose the following:

1.    AFFIANT is of lawful age possessing sound mind and competent to state to the matter set forth herein; and,

2.    AFFIANT has personal knowledge of the facts stated herein; and,

3.    FACTS stated herein are true, correct, and certain, admissible as evidence, and if called upon as a witness, this Affiant will testify to their veracity; and,

4.    AFFIANT presents this Affidavit as the highest form of prima facie evidence in these matters; and,

5.    a.    Lien instrument must obviously, patently, and evidently be a lien by being clearly and explicitly titled "LIEN", "CLAIM OF LIEN", or "DECLARATION OF LIEN" and must contain full disclosure by exhaustive Commercial content, as follows in b), c), and d); and,

        b.    Lien instrument must contain a notarized hand-signed affidavit, for which the issuer is Commercially liable, containing a plain statement of fact disclosing how the obligation of the lien was created or established, and attesting that the commercial condition is true, correct, and certain; and,

        c.    Lien instrument must contain a ledger or bookkeeping statement connecting purchases, services rendered, and/or injury sustained, presented in a one-to-one correspondence, with their partial claim obligation. The partial obligations are then totaled to obtain the obligation. This called a "True Bill in Commerce"; and,

        d.    Lien instrument must contain a statement, either specific, or general, of the property be    seized from the lien debtor to satisfy, or to guarantee satisfaction, or the obligation of the lien; and,

        e.    A "NOTICE" of lien, to be valid, must contain a clear statement as to where the lien is filed, where it can be found and how a copy can be obtained.

### TRUE BILL IN COMMERCE

6.  RESPONDENTS, their agents, and principal corporation must follow public Antitrust Civil Process 15: ¡31 1, §§1. 166-1, and federal Procedures and Process, applicability of Federal Civil Process, Wright and Miller, Civil 2451 and Wright, Criminal 109 and applicable Uniform Commercial Code while conducting business or be liable for the damages to injured party and are subject to penalties prescribed therein; and,

7.  RESPONDENTS, their agents, and principal corporations refused to sell, this Affiant, their product, heavy duty Bituthene, which was on the open market. It was the only product on the market at that time which met specifications needed to utilize Affiant's patented roof systems, (See attached letters); and,

8.  RESPONDENTS, their agents, and principal corporations also notified all membrane distributors that if they sold any membrane to this Affiant for the One Hundred Thirty Five Thousand ($135,000.00) Dollar contract, then in place, or if they sold Affiant any membrane for future contracts, they would be black-listed and never be able to handle the Grace Product lines, (See Exhibit B); and,

9.  RESPONDENTS, are responsible and liable for all acts, non-acts, omissions, or commission of their agents, officers, or others, living or deceased, for the acts of the agents are the acts of the principals; and

10. RESPONDENTS, their agents, and principal corporations committed the above acts compromising the thirty thousand square foot, One Hundred Thirty Thousand ($135,000) Dollar contract and a Two Thousand Five Hundred ($2500.00) Dollar contract on or about 1975. (See Exhibit A); and,

11. SAID ACTS also compromised future contracts to apply my EER System because no other product would produce the same results in my roofing system, which was later tested, patented and approved by Underwriters Laboratories, and U.S. Army Corps of Engineers. Additional losses to business, due to Affiant's inability to develop and use patented system, resulted in financial losses amounting to approximately One Hundred Billion ($100,000,000,000) Dollars, (See exhibit A); and,

12. RESPONDENTS, their agents, and principal corporations, cost Affiant a marriage of 25 years and caused Affiant's four children to be alienated from him; and,

13. RESPONDENTS, their agents, and principal corporation caused Affiant, humiliation, trauma and left Affiant to be incapable of communication due to the server stress, abuse and financial losses. This resulted in Affiant having a severe nervous breakdown. The aggravated mental condition allowed for Affiant's attorney to steal his patent. The cost of litigation to retrieve his patent was approximately Two Hundred Twenty Five Thousands ($225,000.00) Dollars; and,

14. SAID ACTS resulted in Affiant's second wife support him during his time of disability without whom Affiant would surely have died from the constant stress and aggravation caused by Respondents. This caused nearly One Hundred Thousand ($100,000) Dollars in expenses for physicians, hospitalization and medications; and,

15. RESPONDENTS, their agents, and principal corporations by the above said actions, also caused this Affiant, difficulty communicating with anyone for twenty years due to his nervous breakdown caused by agents act, no-acts, omissions, commissions and Black Balling; resulting in his inability to market his EER System or earn even a meager living for twenty years. Losses amounted to Five Hundred Eighty Nine Billion Four Hundred Sixty Two Thousand Five Hundred ($589,000,462,500) Dollars (See exhibit C); and,

16. RESPONDENTS, their agents, and principal corporations were recently given the opportunity, by this Affiant, to market his system with the opportunity of making an estimated gross profit in five years, for themselves, of One Hundred Fifty Billion ($150,000,000,000.00) Dollars therein mitigating the above said damages by royalties paid to him. This failure to mitigate damages and continuing in bad faith causing additional losses of Sixty Three Billion ($63,000,000,000,) Dollars (See exhibit D); and,

17. RESPONDENTS, their agents, and principal Corporation caused this Affiant the total losses and injuries exceeding Five Hundred Eighty Nine Billion Four Hundred Sixty Two Thousand Five Hundred ($589,000,462,500. 00) Dollars and the loss of his first wife, and the loss or his children, health and self esteem to the point of self destruction.

Work sheet is for calculating the alternative demand for injuries and losses at acceptable minimums.

Work sheet calculations is based on Ten (10) billion $ft^2$. per year of estimated EER System potentially sold. Footage's are based only on American markets as shown herein before by Canadian and American Patents.

Work sheet calculations is based on 2.5 cents per $ft^2$ royalties sold at U.S. markets only. 2.5 cents x 10 billion sq. ft. equals to the amount of $250,000,000 million dollars of losses for one year only.

These figures, if calculated over the last 20 years would be at phenomenal levels, not including foreign market potentials. $250,000,000 million x ten (10) years would equal to $2.5 billion and so on.

So as you can see, if you calculated this for twenty (20) years it would be 500 billion dollars.

## CRIMINAL COMPLAINT

18., This Criminal Complaint and the Defendants herein are in violation of various Constitutional secured rights, these rights are listed below:

a. Article 1, § 10 cl.1, impart; No state shall pass any law impairing the obligation of contracts; and,

b. Amendment V , in part, nor be deprived of life, liberty or property without just compensation; and,

c. The Defendants herein are in violation of 15 USCA. Sherman Anti Trust Act; as placed below:

e. The Defendants herein are in violation of 15 USCA § 1; as placed below, Trust, Etc., In Restraint Of Trade Illegal; Penalty:

Every contract, combination in the form of trust or otherwise, or conspiracy, in restraint of trade or commerce among the several States, or with foreign nations, is declared to be illegal. Every person who shall make any contract or engage in any combination or conspiracy hereby declared to be illegal shall be deemed guilty of a felony, and, on conviction thereof, shall be punished by fine not exceeding $10,000,000 if a corporation, or, if any other person, $350,000, or by imprisonment not exceeding three years, or by both said punishments, in the discretion of the court.

f. The Defendants herein are in violation of 18 USCA § 4; as placed below, Misprision of Felony:

Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.

g. The Defendants herein and all that conspired to embezzle the patented system whether from the beginning or whether they joined the conspiracy after the fact are equally guilty as stated in 18 USCA § 3; as placed below, Accessory after the fact:

Whoever, knowing that an offense against the United States has been committed, receives, relieves, comforts or assists the offender in order to hinder or prevent his apprehension, trial or punishment, is an accessory after the fact. Except as otherwise expressly provided by any Act of Congress, an accessory after the fact shall be imprisoned not more than one-half the maximum term of imprisonment or (notwithstanding section 3571) fined not more than one-half the maximum fine prescribed for the punishment of the principal, or both; or if the principal is punishable by life imprisonment or death, the accessory shall be imprisoned not more than 15 years.

h. The Defendants herein are in violation of 18 USCA § 241; as placed below, Conspiracy Against Rights Of Citizens:

If two or more persons conspire to injure, oppress, threaten, or intimidate any Citizen in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or if two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent of hinder his free exercise or

enjoyment of any right or privilege so secured- they shall be fined not more than $10,000 or imprisoned not more than ten years, or both; and if death results, they shall be subject to imprisonment for any term of years or for life.

I.  The Defendants herein are in violation of 18 USCA § 242; as placed below, Deprivation Of Rights Under Color Of Law:

Whoever, under color of law, statute, ordinance, regulation, or custom, willfully subjects any inhabitant of any State, Territory, or District to the deprivation of any rights, privileges or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such inhabitant being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined not more than $1,000 or imprisoned not more than one year, or both; and if death results shall be subject to imprisonment for any term of years or for life.

## DEFAULT

19.  Take Notice that  demand was made on you, to answer the Notice and Demand in the document known as:

**COMMERCIAL AFFIDAVIT OF FACT,
NOTICE AND WARNING OF COMMERCIAL GRACE, and
NOTICE OF NON-JUDICIAL and PRE-JUDICIAL PROCEEDING**

which was mailed to each of you herein named, by Certified Mail, on  2nd day of October, 1996.

20.  FAILURE TO RESPOND as therein required, has been considered a willful disregard of that instrument.  Said failure has provoke the immediate filing of a Lien making Respondents liable for the sum certain amount of damages occurring to this Affiant for Two Billion Five Hundred Million ($2.5 billion) Dollars in lawful money of account of the United States of America, i.e. gold or silver minted by the U.S. Mint, (3 1 USC § 5112) , at the price of Gold in Washington DC at the time of default; or Federal Reserve Notes; and,

21.  THAT failure of accused to prove their claims by rebuttal against said affidavit within ninety (90) calendar days (or in the alternative, fully comply with all numbered points above), has been considered a willful breach of and default on a bilateral contract (Affidavit of Agreement) formed knowingly, intentionally, and voluntarily by and between the undersigned and the accused and the Criminal complaint will issue Forthwith; and,

22.  THAT Affiant, the undersigned affiant, depose and certify that we have written the foregoing with intent and understanding of purpose, and believe the statements, allegations, demands and contents herein to be true, correct, complete, certain and commercially reasonable, and just, to the best of our knowledge and believe; and,

23.  THAT Affiant now places a lien on all assets of W.R. Grace. This is to include, but is not limited to, Machinery (On Site and Factory), Buildings, Liquidesole merchandise and Products.

**NOTICE TO PRINCIPALS, IS NOTICE TO AGENTS.**
**NOTICE TO AGENTS, IS NOTICE TO PRINCIPALS.**

24.    SERVICE of this Notice and Demand upon the Chief Executive Officer of each of the W.R. Grace divisions named on page one of this instrument; each officer being a respondent.

25.    Further Affiant saith not.

Anton Frank, Volovsek

STATE OF WASHINGTON )

COUNTY OF KLICKITAT )    Ss

Subscribed and sworn before me, Robin R. Cameron

This 7th day of Jan , 19 97 .

Notary Public, State Of Wash
My Commission Expires: 3-6-2000

WHEN RECORDED, RETURN To:
Anton Frank, Volovsek
c/o P.O. Box 522
White Salmon, Washington
NDPZ            [98673]



VOL 343 PAGE 794

255865

FILED BY *Anton Frank Volovsek*

RETURN TO *Same*

VOL. *340* PAGE *280-330*

96 C...

**When Recorded, Please Return to:**
Anton Frank, Volovsek
c/o System Solutions
PO Box 522
White Salmon, Washington [98672]

Certified Mail #

### CAVEAT/NOTICE:

*Failure To Respond To This Affidavit As Herein Required Within Twenty (90) Days, Will Invoke The Doctrine Of Acquiescence And/Or Admission And/Or Claims Made. By This Affiant And Further, Will Be A Tacit Admission Of Affiant's Right To Recover In Commerce For Damages Caused By Respondent, But Not Limited To Penalties And Costs.*

| | |
|---|---|
| Anton Frank, Volovsek | ) |
|    Affiant: | ) |
|    vs. | ) |
| A. L. COSTELIO CHRMAN, PRES., & CEO | ) |
|    W. R. GRACE & CO, ONE TOWN CTR RD | ) |
|    BOCA RATON, FL. 33496, | ) |
|    and, | ) |
| A. L, COSTELLO CHRMAN, CEO, | ) |
|    and, | ) |
| ROBERT J. BETTACCHI PRES.; | ) |
|    GRACE CONSTRUCTION PRODUCTS | ) |
|    62 WHITEMORE AVE, CAMBRIDGE, MA. | ) |
|    02140, | ) |
|    and, | ) |
| A.L. COSTELLO CHRMAN, PRES., & CEO; | ) |
|    GRACE W- R. & CO. INC. (NY) | ) |
|    ONE TOWN CTR, RD, BOCA RATON, FL. | ) |
|    33486, | ) |
|       Respondents | ) |

**A SECURITY\* ( 15 USC )**

**\* A SECURITY:** *"Any evidence of DEBT"*

**COMMERCIAL AFFIDAVIT**

**OF FACT,**

**NOTICE AND WARNING OF:**

**COMMERCIAL GRACE;**

and,

**NOTICE OF NON-JUDICIAL,**

and

**PRE-JUDICIAL PROCEEDING**

The foregoing instrument has been compared and is a true and correct transcript of the original thereof on file in the records of my office.

Dated this ___ day of _____ 1996

    DIANA HOUSDEN, Auditor

    _____ DEPUTY

in and for the County of Klickitat, State of Washington.

| | | |
|---|---|---|
| **country of Washington** | ) | |
| | } | Ss |
| **Klickitat county** | ) | |

Commercial Affidavit of Fact

Page 1 of Fourteen

## NOTICE AND DEMAND BY AFFIDAVIT

On Principle of Respondent Superior

I, Anton Frank, Volovsek, the Undersigned, do solemnly affirm, declare, and depose the following:

### Full Disclosure Of Venue And Jurisdiction

1.  **AFFIANT** of lawful age possessing sound mind and competent to state to the matter set forth herein; and,

2.  **AFFIANT** has personal knowledge of the facts stated herein; and,

3.  **FACTS** stated herein are true, correct, and certain, admissible as evidence, and if called upon as a witness, this Affiant will testify to their veracity; and,

4.  **AFFIANT** presents this Affidavit as the highest form of prima facie evidence in these matters; and,

5.  **THE ETERNAL,** unchanging principles of Commercial Law are:

    a.  **All** are equal under the law; and,
    b.  **A Workman** is worthy of his hire; and,
    c.  **In Commerce,** truth is sovereign; and
    d.  **Truth is Expressed** in the form of an affidavit; and,
    e.  **All Matters** must be expressed to be resolved; and,
    f.  **A Lien** or claim can be satisfied only through an affidavit containing a point-for-point rebuttal, resolution by jury, or payment of the lien or claim; and,
    g.  **An Un-Rebutted** affidavit becomes the judgment in Commerce; and,
    h.  **Fraud** vitiates title most solemn promise; and,
    i.  **He Who** leaves the battlefield first loses by default.

6.  **COMMERCIAL PROCESSES,** including, the Affidavit and the required responses to it, are non-judicial and pre-judicial because:

    a.  only a party affected by an affidavit can speak and act for himself and be solely responsible for responding will, his own signed affidavit of truth, made under oath. No one else can respond via an Affidavit on his behalf; and,
    b.  no judge. court, government or agencies thereof, or other third parties whatsoever, can abrogate one's affidavit of truth.

7.  **LAWFUL** seizure, collection and/or transfer of ownership of money or other property must be effected by a valid Commercial Lien which must contain certain elements in order to be of lawful Commercial force and effect; to wit:

// //

Commercial Affidavit of Fact

VOL 340 PAGE 281

Page 2 of Fourteen

a. **Lien** instrument must obviously, patently, and evidently be a lien by being clearly and explicitly titled "LIEN", "CLAIM OF LIEN", or "DECLARATION OF LIEN" and must contain full disclosure by exhaustive Commercial content, as follows in b), c), and d); and,

b. **Lien** instrument must contain a notarized hand-signed affidavit, for which the issuer is Commercially liable, containing a plain statement of fact disclosing how the obligation of the lien was created or established, and attesting that the commercial condition is true, correct, and certain; and,

c. **Lien** instrument must contain a ledger or bookkeeping statement connecting purchases, services rendered, and/or injury sustained, presented in a one-to-one correspondence, with their partial claim obligation. The partial obligations are then totaled to obtain the obligation. This called a "True Bill In Commerce"; and,

d. **Lien** instrument must contain a statement, either specific, or general, of the property being seized from the lien debtor to satisfy, or to guarantee satisfaction, of the obligation of the lien; and,

e. A "NOTICE" of lien, to be valid, must contain a clear statement as to where the lien is filed, where it can be found and how a copy can be obtained.

## Identification Of Character Of Parties

8. **AFFIANT**, a private Citizen living on the land on the country of Washington, more fully described as Klickitat county, with a venue foreign to Respondent, is not the creation or chattel property of a corporation, quasi-government, or government agency or subdivision there of; and,

9. **AFFIANT**, is not under an obligation to a governmental agency, state or federal, or their self-passed private laws statutes, regulation or policies, and makes explicit reservation of all unalienable rights, remedies, defenses and character in these and all matters; and,

10. **RESPONDENTS**, are:

> A. L. Costello Chrman, Ceo, Grace W- R. & Co. Inc.,
> A. L. Costello, Chrman, Pres. &. Ceo, W. R. Grace & Co. Inc.,
> Robert J. Bettacchi, Pres. Grace Construction Products.

Enfranchised citizens of the United States residing in a corporate State, a fictitious creation of the United States, and are subject to the private statutory rules and regulations Respondent has voluntarily chosen to follow; and,

11. **RESPONDENT**, has consented to be liable, for the demands made herein by verbal and written agreements:

a. **Respondents**, have a civil indebtedness and trust obligation by the contractual agreement to material without reservation and without discrimination; and,

b. **Respondent**, has a moral obligation to refrain from actions that will injure or impair the rights of this Affiant.

## HISTORY

12. In the fall of 1974 with approximately 25 years of roofing experience, I began experimenting with a combination of commercial roofing products to try and improve the existing built up roofing system. I succeeded: after several months of testing different products, I came up with three products, combining them into one system which I later had patented in both the United States and Canada.

13. During the three to four months of testing, the main product being "Bituthane" manufactured by W.R. Grace, became the most important of the three products. Hayden Clark of W.R. Grace flew out from Boston five times to watch me put the system together. To my knowledge Grace was the only company to manufacture this membrane that would work in my system. Mr. Clark's last words to me were, that is the most beautiful or greatest thing I have ever seen. W.R. Grace's regional representative, Don Cauglin, was very excited and could envision selling hundreds of car loads of membrane. ( heavy duty Bituthane).

14. I shot off a letter to Hayden Clark of W.R. Grace on 12/18/74 if they would warrant their product in a roofing system the same as in their waterproofing and on what types of deck this material would adhere to. I got no response. Almost immediately one of our good customers, Span Crete, wanted my new system on 30,000 sq.ft. of their building over a concrete deck for which this product was originally designed and manufactured. I also was approached to put this system on a car wash building which always had conventional roof problems.

15. I quickly called Don Cauglin, the W.R. Grace representative, and ordered the membrane. He returned my call only to tell me they (W.R. Grace) would not sell me the material. I was devastated; I was already forming my own company with the architect and engineer that assisted me in the testing and final invention of this system, which we named EERS, Energy Efficient Roof System. I had already spent many days

Commercial Affidavit of Fact

1     and dollars with my patent attorney with confirmation from the patent office that this

2     system was patentable.

3 **16.** My attorney then sent a letter to Mr. Peter Grace on October 14, 1975 (see letter

4     exhibit E attached ) requesting a reason for their refusal to sell us their heavy duty

5     Bituthane, which was on the open market. A reply was received from Vice President

6     Leonard Rosenblatt of W.R. Grace refusing to sell us any material, but offering us five

7     rolls for further testing. In the meantime I lost my two contracts, had to close down my

8     new company, and was without a job with four children to feed.

9 **17.** A second letter was sent to Mr. Rosenblatt of W.R. Grace on November 7, 1975 with

10     the same negative response. I tried to find a distributor who might have some of that

11     membrane in stock. I found Highway Pavers. (see exhibit B ) but they told me that

12     they could not sell me the membrane because W.R. Grace threatened to blacklist

13     them if they did. The same response came from Milwaukee Insulation (see exhibit B ).

14     Both companies had enough material for the jobs I had, but neither company wanted

15     to lose their source of supply of this good product, from W.R. Grace.

16 **18.** I then contacted Don Cauglin again, representative of W.R. Grace who was as

17     devastated as I was, to see if we could find another company who might have a

18     product we could use in my system. We both searched, but to no avail. Don Cauglin

19     then quit working for W.R. Grace in disgust and I checked on a product from Protecto

20     Wrap in Denver, Colorado. My attorney, Ed Snyder, sent them a letter describing my

21     system and inquired if it might work as a substitute for W.R. Grace's product. After

22     several trips to Denver we found that it would not work as a substitute for W.R.

23     Grace's product.

24 **19.** Now I was broke, my health was failing, and I had lost everything, my company, my

25     marriage, and my family. With my last ounce of energy I made some phone calls, and

26     everyone suggested that I go to see a chemical engineer Keith Coultrap in Phoenix,

27     Arizona who was very knowledgeable in roofing and urethane foam insulation. I called

28     him, and he agreed to hire me for a meager salary and help me promote my roofing

Commercial Affidavit of Fact

Page 5 of Fourteen

1    system. My attorney thought this was a good idea and loaned me the money to get

2    there. After four or five months the chemical engineer (Keith Coultrap) decided that if I

3    wished to stay with him I would have to give him 90% of my system, for which at that

4    time I hold patents in the U.S. (U.S. Patent #4,016,323) and Canada (Canada Patent #

5    1,047,219). I decided that was too much to give up, and I was promptly fired. I could

6    take no more, and had a nervous breakdown. Luckily, I was keeping company with a

7    very nice woman who understood my situation and my system. She took me in and

8    cared for me, handling whatever was needed to protect my patented roof system.

9   **20.**  Shortly thereafter, my own attorney saw the opportunity to steal my patent. He then

10    convinced Keith Coultrap, the chemical engineer, into joining forces to market my

11    system and leave me holding an empty bag. But, my good lady friend stepped in and

12    helped me find a law firm to retrieve my patent. What happened was, this lawyer also

13    tried to steal the patent in the process of getting it back from my lawyer (E.H. Snyder).

14    After a tough battle we were able to fire this lawyer (Ron Logan) and were informed by

15    the judge that I had to file my suit back in Wisconsin. Now I was really down, as I had

16    no way to do that. Many months later my good lady friend, Terry, gave me enough

17    money and plane fare to go back to Wisconsin to try to find a law firm to get my patent

18    back. I stayed by a friend's house and they helped me find a law firm who would take

19    my case without any up-front money. "Aul and Mawicke," a young Jewish law firm,

20    looked at my file and said they couldn't believe anyone could go through what I had

21    already been through and still be sane. They took the case and won after almost a

22    year. By then I owed almost everyone. The law firm tried to get my lawyer disbarred,

23    but only got from the Bar Association that they had told him it was not a nice thing to

24    do and that he shouldn't do it again. However, five years later this young Jewish law

25    firm did manage to get Snyder disbarred.

26   **21.**  When I returned to Phoenix my good lady friend picked me up and said that I looked

27    like I just came from a war. I felt like it, too. In 1980 Terry quit her job at the

28    newspaper in Phoenix and went to work for another newspaper in Alaska, and without

Commercial Affidavit of Fact

Page 6 of Fourteen

a complaint or compensation, asked me to go along. For several years I did very little, but began to feel better. So much better, in fact, that I began to put out feelers to see if I could get investors interested in helping me get my system marketed. Over a period of a year I managed to get about $100,000, but expenses were high and my knowledge of marketing low. My contact with the oil companies was a total disaster. They wanted no part of my system because it was too energy efficient and would cost them a few dollars in fuel. I hired a marketing firm from Boston on a percent basis, but they didn't fare any better than I had.

22. I showed the system to the U.S. Government, explaining how they could save the taxpayers over one billion dollars a year by using my patented system, tested and approved by Underwriters Laboratories. They wanted no part of saving the taxpayers any money. I then learned that regardless of how good this system was, architects would not specify it unless it was owned or backed by a major firm or company, so I proceeded to contact all the major companies who manufactured the products I had incorporated into my roofing system. I sent letters to probably 30 or more companies with the same result: it's too big. W.R. Grace would have been an ideal company, but they too refused. I have four or five letters, maybe more.

23. By this time three other manufacturers made a membrane that was almost identical to W.R. Grace's. I contacted them all. They all liked my system but not one would market it. The coating companies loved my system, but none were big enough to market a system that had all the potential that my system had. Once this system takes off we're talking billions and billions of square feet.

24. By this time I was feeling much better and took a job for Alaska State Housing Maintenance. One year later, however, I ruptured two discs in my back, the newspaper was sold out from under Terry, and we ended up back in Phoenix. At this time I learned that Phillips 66 was making the best membrane and Grace quit making the stuff that had worked so well in my system, so I promoted my system to Phillips 66. There was much interest, and I installed a job for them in Miami, Florida. They loved

Commercial Affidavit of Fact

1  it, but in the meantime, unknown to most, Phillips 66 sold this good product to the

2  Henry Company in California. So off to California I went with a retired colonel from the

3  U.S. Army Corps of Engineers to meet with the Henry Company. They liked it, but

4  said they weren't big enough to market it. In the meantime, the colonel gets my

5  system approved by the U.S. Army Corps of Engineers and I was promised the first job

6  that came up. Shortly thereafter, however, the Corps money was cut off and the

7  Corps itself was cut in half. I still wouldn't quit. I met with the ex-Governor of Arizona

8  and Senator Don Rogers of California to see if they might be able to get in touch with

9  W.R. Grace and convince them to reconsider and market my system. Before they

10  made contact with W.R. Grace, I contacted the W.R. Grace waterproofing

11  representative myself. He was very interested, and asked me to write to his boss in

12  Boston, Massachusetts to see if they would be interested at this time to market my

13  system (see exhibit F letter attached), since they were now making the membrane

14  again. Once again I got a negative reply (see exhibit F letter attached).

15  25.  I have nowhere else to turn or contact, and I feel W.R. Grace should now compensate

16  me for my losses and damages over the past 20 years. I have now also lost my

17  second wife because of W.R. Grace.

18  ## STATEMENTS OF FACTS

19  26.  RESPONDENTS, their agents, and principal corporation must follow public Antitrust

20  Civil Process 15:131 1, §§1. 186-1, and Federal Procedures and Process, applicability

21  of Federal Civil Process, Wright and Miller, Civil 2451 and Wright, Criminal 109 and

22  applicable Uniform Commercial Code while conducting business or be liable for the

23  damages to injured party and are subject to penalties prescribed therein; and,

24  27.  RESPONDENTS, their agents, and principal corporations refused to sell, this Affiant,

25  their product, heavy duty Bituthene, which was on the open market. It was the only

26  product on the market at that time which met specifications needed to utilize Affiant's

27  patented roof systems. (See attached letters); and,

28  // //

28. **RESPONDENT**, their agents, and principal corporations also notified all membrane distributors that if they sold any membrane to this Affiant for the One Hundred Thirty Five Thousand ($135,000.00) Dollar contract, then in place, or if they sold Affiant any membrane for future contracts, they would be black-listed and never be able to handle the Grace Product lines. (See Exhibit B); and,

29. **RESPONDENT**, are responsible and liable for all acts, non-acts, omissions, or commission of their agents, officers, or others, living or deceased, for the acts of the agents are the acts of the principals; and

30. **RESPONDENTS**, their agents, and principal corporations committed the above acts compromising the thirty thousand square foot, One Hundred Thirty Thousand ($135,000) Dollar contract and a Two Thousand Five Hundred ($2500.00) Dollar contract on or about 1975. (See Exhibit A); and,

31. **SAID ACTS** also compromised future contracts to apply my EER System because no other product would produce the same results in my roofing system, which was later tested, patented and approved by Underwriters Laboratories, and U.S. Army Corps of Engineers. Additional losses to business, due to Affiant's inability to develop and use patented system, resulted in financial losses amounting to approximately One Hundred Billion ($100,000,000,000) Dollars, (See exhibit A); and,

32. **RESPONDENTS**, their agents, and principal corporations, cost Affiant a marriage of 25 years and caused Affiant's four children to be alienated from him; and,

33. **RESPONDENTS**, their agents, and principal corporation caused Affiant, humiliation, trauma and left Affiant to be incapable of communication due to the server stress, abuse and financial losses. This resulted in Affiant having a severe nervous breakdown. The aggravated mental condition allowed for Affiant's attorney to steal his patent. The cost of litigation to retrieve his patent was approximately Two Hundred Twenty Five Thousands ($225,000.00) Dollars; and,

34. **SAID ACTS** resulted in Affiant's second wife support him during his time of disability without whom Affiant would surely have died from the constant stress and aggravation.

Commercial Affidavit of Fact

Page 9 of Fourteen

1    caused by Respondents.  This caused nearly One Hundred Thousand ($100,000)

2    Dollars in expenses for physicians, hospitalization and medications; and,

3  35.  **RESPONDENTS**, their agents, and principal corporations by the above said actions,

4    also caused this Affiant, difficulty communicating with anyone for twenty years due to

5    his nervous breakdown caused by agents act, no-acts, omissions, commissions and

6    Black Balling; resulting in his inability to market his EFR System or earn even a

7    meager living for twenty years.  Losses amounted to Five Hundred Eighty Nine Billion

8    Four Hundred Sixty Two Thousand Five Hundred ($589,000,462,500) Dollars (See

9    exhibit C); and,

10  36.  **RESPONDENTS**, their agents, and principal corporations were recently given the

11    opportunity, by this Affiant, to market his system with the opportunity of making an

12    estimated gross profit in five years, for themselves, of One Hundred Fifty Billion

13    ($150,000,000,000.00) Dollars therein mitigating the above said damages by royalties

14    paid to him.  This failure to mitigate damages and continuing in bad faith causing

15    additional losses of Sixty Three Billion ($63,000,000,000,) Dollars (See exhibit D);

16    and,

17  37.  **RESPONDENTS**, their agents, and principal Corporation caused this Affiant the total

18    losses and injuries exceeding Five Hundred Eighty Nine Billion Four Hundred Sixty

19    Two Thousand Five Hundred ($589,000,462,500. 00) Dollars and the loss of his first

20    wife, and the loss of his children, health and self esteem to the point of self

21    destruction.

22  38.  **CRIMINAL COMPLAINT**

23    This Criminal Complaint and the Defendants herein are in violation of various

24    Constitutional secured rights, these rights are listed below:

25    a.  Article 1, § 10 cl.1, impart; No state shall pass any law impairing the obligation of

26    contracts; and,

27    b.  Amendment V , impart, nor be deprive of life, liberty or property without just

28    compensation; and,

c. The Defendants herein are in violation of  15 USCA. Sherman Anti Trust Act; as place below:

e. The Defendants herein are in violation of 15 USCA § 1; as placed below.

**Trusts, Etc., In Restraint Of Trade Illegal; Penalty:**
Every contract, combinat n in the form of trust or otherwise, or conspiracy, in restraint of trade or commerce among the several States, or with foreign, nations, is declared to be illegal.  Every person who shall make any contract or engage in any combination or conspiracy hereby declared to be illegal shall be deemed guilty of a felony, and, on conviction thereof, shall be punished by fine not exceeding $10,000,000 if a corporation, or, if any other person, $350,000, or by imprisonment not exceeding three years, or by both said punishments, in the discretion of the court.

f. The Defendants herein are in violation of 18 USCA § 4; as placed below,

**Misprision of Felony:**
Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.

g. The Defendants herein and all that conspired to embezzle the patented system whether from the beginning or whether they joined the conspiracy after the fact are equally guilty as stated in 18 USCA § 3; as placed below.

**Accessory after the fact**
Whoever, knowing that an offense against the United States has been committed, receives, relieves, comforts or assists the offender in order to hinder or prevent his apprehension, trial or punishment, is an accessory after the fact.
Except as otherwise expressly provided by any Act of Congress, an accessory after the fact shall be imprisoned not more than one-half the maximum term of imprisonment or (notwithstanding section 3571) fined not more than one-half the maximum fine prescribed for the punishment of the principal, or both; or if the principal is punishable by life imprisonment or death, the accessory shall be imprisoned not more than 15 years.

h. The Defendants herein are in violation of 18 USCA § 241; as placed below,

**Conspiracy Against Rights Of Citizens:**
If two or more persons conspire to injure, oppress, threaten, or intimidate any Citizen in the free excercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or if two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent of hinder his free exercise or enjoyment of any right or privilege so secured- they shall be fined not more than $10,000 or imprisoned not more than ten years, or both.

Commercial Affidavit of Fact

Page 11 of Fourteen

1    and if death results, they shall be subject to imprisonment for any term of years or for life.

2

i.   The Defendants herein are in violation of 18 USCA § 242; as placed below.

3

**Deprivation Of Rights Under Color Of Law:**
Whoever, under color of law, statute, ordinance, regulation, or custom, willfully subjects any inhabitant of any State, Territory, or District to the deprivation of any rights, privileges or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such inhabitant being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined not more than $1,000 or imprisoned not more than one year, or both; and if death results shall be subject to imprisonment for any term of years or for life.

## DEMAND AND DISCLOSURE

10    39.   **RESPONDENTS,** must produce an individual, personal Commercial Affidavit of Fact,

11    sworn or affirmed by each Respondent to be "true, correct, and certain" to rebut

12    Affiant's Affidavit; and,

13    40.   **IN THE ALTERNATIVE,** if Respondents agree to accept responsibility for the losses

14    and injuries they have caused affiant with the herein prescribed ninety (90) day grace

15    period, Affiant will agree to accept an immediate settlement of Two Hundred Fifty

16    Million ($250,000,000) Dollars (see exhibit G) in Lawful Money of Account or the

17    United States of America, i.e. gold or silver minted by the U.S. Mint, (See 31 USC §

18    5112) subject to listed price of gold in Washington DC as of this date; or Federal

19    Reserve Notes, and,

20    41.   **FAILURE,** to properly respond to Affidavit within ninety (90) days, will invoke the

21    doctrine of acquiescence and/or admission of the claims made by Aff ...t and further,

22    will be a tacit admission of his right to recover in Commerce for damages caused by

23    Respondents, including but not limited to penalties a ...' costs, and,

24    42.   **FAILURE TO RESPOND** as herein required, shall be considered a willful disregard of

25    this Instrument. Said failure shall provoke the immediate filing of a Lien making

26    Respondents liable for the sum certain amount of damages occurring to this Affiant for

27    Two Billion Five Hundred Million ($2.5 billion) Dollars (see exhibit G) in lawful money

28    of account of the United States of America, i.e. gold or silver minted by the U.S. Mint,

Commercial Affidavit of Fact

1   (3 1 USC § 5112) , at the price of Gold in Washington DC at the time of default, or

2   Federal Reserve Notes; and,

3   **43.**  **THIS COMMERCIAL AFFIDAVIT OF FACT**, Notice and Warning of Commercial

4   Grace, and Notice of Non-Judicial Proceeding the **ONE AND ONLY** such Notice and

5   Warning Respondent will receive, and,

6   **44.**  **THE FOUNDATION OF COMMERCIAL LAW**, being based on certain eternally just,

7   valid, and moral precepts, has remained unchanged for at least six millennia.  Said

8   Commercial Law, forms the underpinnings of Western Civilization, if not all nations,

9   law, and commerce in the world, non judicial and prior and superior to the basis there

10  of, and cannot be set aside or over-ruled by the laws and statutes of governments,

11  legislatures, quasi-government agencies, or courts.  It is therefore, an inherent

12, obligation on all authorities, officials, governments, agencies, courts, judges, attorneys,

13  and all aspects and agents of all law enforcement agencies to uphold said Commercial

14  Law, without which said entities are violating the just basis of their alleged authority

15  and serving to disintegrate the society they allegedly exist to protect; and,

16  **45.**  **THAT** failure of accused to prove their claims by rebuttal against this affidavit within

17  ninety (90) calendar days (or in the alternative, fully comply with all numbered points

18  above), will be considered a willful breach of and default on a bilateral contract

19  (Affidavit of Agreement) formed knowingly, intentionally, and voluntarily by and

20  between the undersigned and the accused and the Criminal Complaint will issue

21  forthwith.

22  **46.**  **THAT I,** the undersigned affiant, depose and certify that we have written the foregoing

23  with intent and understanding of purpose, and believe the statements, allegations,

24  demands and contents herein to be true, correct, complete, certain and commercially

25  reasonable, and just, to the best of our knowledge and belief.

26          **NOTICE TO PRINCIPALS, IS NOTICE TO AGENTS.**

27          **NOTICE TO AGENTS, IS NOTICE TO PRINCIPALS.**

28  // //

Commercial Affidavit of Fact

1   **47.   SERVICE** of this Notice and Demand upon the Chief Executive Officer of each of the

2   W.R. Grace divisions named on page one and three of this instrument; each officer

3   being a respondent.

4   **47.   FURTHER AFFIANT SAITH NOT.**

5   <center>Verification of Party</center>

6   Without waiving any right to dispute, I, Anton Frank, Volovsek, certify under penalty of perjury
    under the laws of the united states of America, that I have read the foregoing and know the contents

7   thereof, and that to the best of my knowledge and belief it is true, correct and materially complete,
    relevant and not misleading; the truth, the whole truth, and nothing but the truth, so help me God.

8   

9   Dated this 2nd day of Oct , 1996.

10                                          _Anton Frank Volovsek_
                                            Anton Frank, Volovsek

11  country of Washington      )
                               )    Ss
12  Klickitat county           )

13

14  Signed and Sworn to before me on the 2nd of Oct , 1996.

15                                          _____

16                                          Notary Public in and for
                                            the State of Washington
17                                          My Commission Expires: 11-1-67

18

19

20

21

22

23

24

25

26

27

28

Commercial Affidavit of Fact

1  Anton Frank, Volovsek
2  c/o
3  P.O. Box 522
4  White Salmon, Washington
   NDPZ [98672]
5
6  country of Washington       )
7                              ) Ss
8  county of Klickitat         )
9
10              **Affidavit of Anton Frank, Volovsek**
11  I, Anton Frank, Volovsek, do depose and state;
12
13  1.  In the fall of 1974, I began experimenting to try and improve the roofing system. I
14      succeeded and I have patented my new roofing sysytem both in the United States
15      (U.S. Patent #4,016,323) and Canada (Canada Patent # 1,047,219).
16  2.  The main product required by my system is a "Bituthane" manufactured by W.R.
17      Grace.  To my knowledge Grace was the only company to manufacture this
18      membrane that would work in my system. Hayden Clark of W.R. Grace flew out
19      from Boston five times to watch me put the system together. Mr. Clark implied that
20      it was quite a revolutionary system.
21  3.  Don Coghlan, Grace's regional representative, implied that a large amount of sales
22      of the membrane Heavy Duty Bituthane' would be forthcoming.
23  4.  I wrote to Hayden Clark on 12/18/74 in refference to warranting their product in a
24      roofing system and on what types of decks this material would adhere to. I got no
25      response.
26  5.  Straightaway Span Crete wanted my new system on 30,000 sq. ft. of roof area of
27      the type which this system originally designed and manufactured. I also was
28      approached to put this system on a car wash building which always had
29      conventional roof problems.
30  6.  I quickly called Don Coghlan, Grace representative, and ordered the membrane.
31      He returned my call to inform me that they (Grace) would not sell me the material.
32  7.  I was already forming my own company with the architect and engineer that
33      assisted me in the testing and final invention of this system, which we named
34      EERS, Energy Efficient Roof System. I had already spent many days and dollars
35      with my patent attorney with confirmation from the patent office that this system
36      was patentable.
37  8.  My attorney then sent a letter to Mr. Peter Grace on October 14, 1975 (See
38      Exhibits Attached) requesting a reason for their refusal to sell us their heavy duty
39      Bituthane, which was on the open market.
40  // //

Affidavit of Fact of Anton Frank, Volovsek

                                                    Page 1 of Four

9. A reply was received from Vice President Leonard Rosenblatt refusing to sell us any material, but offering us five rolls for further testing. In the meantime I lost my two contracts and had to close down my new company. This left me without a job with four children to feed.

10. A second letter was sent to Mr. Rosenblatt on November 7, 1975 with the same negative response. I tried to find a distributor who might have some of that membrane in stock  I found Highway Pavers, but they told me that they could not sell me the membrane because W.R. Grace threatened to blacklist them if they did.

11. The same response came from Milwaukee Insulation. Both companies had enough material for the jobs I had, but neither company wanted to lose their source of supply of this good product.

12. I then contacted Don Coghlan again to see if we could find another company who might have a product we could use in my system. We both searched, but to no avail. Don Coghlan then quit working for W.R. Grace in disgust.

13. I checked on a product from Protecto Wrap in Denver, Colorado. My attorney, Ed Snyder, sent them a letter describing my system and inquired if it might work as a substitute for Grace's product. After several trips to Denver we found that it would not work as a substitute for Grace's product.

14. Now, on the verge of bankruptcy and my health failing because of the stress generated from the deeds done to me and my company by W.R. Grace, I fought to keep what was left of my company, my marriage, and my family from diminishing any further. I failed.

15. In a last chance effort I made some phone calls, and everyone suggested that I go to see a chemical engineer in Phoenix, Arizona who was very knowledgeable in roofing and urethane foam insulation. I contacted him, and he agreed to hire me at a minim wage salary and help me promote my roofing system.  My attorney supported this idea by lending me money to get there.

16. After a short time Mr. Coultrap, the chemical engineer, decided I would have to give him 90 percent of my system to remain with his company. I declined his offer, and I was promptly fired.

17. At this point I had a nervous breakdown.  The soul person responsible for my recovery was a woman, Terry, that I was keeping company with who understood my situation and my system.

18. My attorney saw the opportunity to steal my patent, and proceeded to do so. He persuaded Mr. Coultrap into joining forces to produce and market my system.

19. Terry helped me find a law firm to retrieve my patent. This lawyer also tried to steal the patent in the process of getting it back from my lawyer (Snyder). After a tough battle we were able to fire this lawyer (Ron Logan) and were informed by the judge that I had to file my suit back in Wisconsin.

// //

Affidavit of Fact of Anton Frank, Volovsek

Page 2 of Four

20. Because of my financial situation I had no way to do that. Many months later I acquired enough money and plane fare to return to Wisconsin to find a law firm to get my patent back. Aul and Mawicke took the case and won after almost a year. Five years later Aul and Mawicke did manage to get Snyder disbarred.

21. In 1980 Terry quit her job at the newspaper in Phoenix and went to work for another newspaper in Alaska, and asked me to go along. After several years of recovery I began to search for investors interested in helping me get my system marketed.

22. In the next year I put together about $100,000, but expenses were high, and my knowledge of marketing low. I hired a marketing firm from Boston on a percent basis, but they fared as well as I had.

23. I made contact with:

    a. Oil companies, but they wanted no part of my system because it was to energy efficient and would cost them a few dollars in fuel.

    b. The U.S. Government, explaining some possible net-savings to taxpayers of more than one billion dollars' per-year, but they were not interested in saving the taxpayers any money.

    c. W.R. Grace would have been an ideal company, but they too refused.

24. I learned, regardless of how efficient this system was, architects would not specify it unless it was corporately endorsed. I then proceeded to contact 30 or more major companies who manufactured the products I had incorporated into my roofing system.

25. By this time three other manufacturers made a membrane that was almost identical to Grace's. I contacted them all. They all liked my system but not one would market it. The coating companies loved my system, but none were big enough to market a system that had all the potential that my system had.

26. Due to Physical and Financial problems Terry and I ended up back in Phoenix. At this time I learned that W. R. Grace was no longer manufacturing the quality of membrane that I needed for my system and that Phillips 66 was. So I promoted my system to Phillips. There was much interest, and I installed a job for them in Miami, Florida. The system was a success.

27. In the meantime Phillips sold this product to the Henery Company in California. So off I went with a retired colonel from the U.S. Army Corps of Engineers to California to meet with the Henery Company. They liked it, but said they weren't big enough to market it.

28. In the meantime, the colonel gets my system approved by the U.S. Army Corps of Engineers and I was promised the first job that came up. Shortly thereafter, however, the Corps money was cut off and the Corps itself was cut in half.

29. I next met with the ex-Governor of Arizona and Senator Don Rogers of California to see if they might be able to get in touch with W.R. Grace and convince them to

Affidavit of Fact of Anton Frank, Volovsek

reconsider and market my system.  Before they made contact with W.R. Grace, I contacted the Grace waterproofing representative myself.

30. He was very interested, and asked me to write to his boss in Boston, Massachusetts to see if they would be interested at this time to market my system Since they were now making the membrane again.  Once again I got a negative reply. (See Letters Attached)

Without waiving any right to dispute, I, Anton Frank, Volovsek, certify under penalty of perjury under the laws of the united states of America, that I have read the foregoing and know the contents thereof,  and that to the best of my knowledge and belief it is true, correct and materially complete, relevant and not misleading; the truth, the whole truth, and nothing but the truth, so help me God.

Dated this _2nd_ day of ___Oct___, 1996.

_Anton Frank Volovsek_
Anton Frank, Volovsek

STATE OF WASHINGTON          )
                             )  Ss
COUNTY OF KLICKITAT          )

Signed and Sworn to before me on _2nd_ day of ___Oct___, 1996.

Notary Public in and for
the State of Washington
My Commission Expires: _11-8-97_

Affidavit of Fact of Anton Frank, Volovsek

Page 4 of Four

VOL 340 PAGE 297

Anton Frank, Volovsek                                           **EXHIBIT A**
c/o P.O. Box 522
White Salmon, Washington

### STATEMENT OF LOSSES INCURRED, DUE TO W. R. GRACE

1.  **HEALTH:**

    Two (2) years prior to Nervous Brake-down my health began to fail due to the stress that was incurred from dealing with W. R. Grace.

    Ten (10) years to recover from the stress of destroying my lively-hood and allowed Mr. Snyder (My trusted friend and Lawyer) to steal my Patent.

2.  **FAMILY:**

    First Marriage; Wife, Daughter, three(3) Sons, my home and all accumulated material wealth possessed at that time.

    Second Marriage; Wife who supported me for fifteen (15) years through my nervous brake-down and there after.

3.  **INVESTOR:**

    $125,000.00 collected from various investors to promote my roofing system.

4.  **POTENTIAL MARKETING FIRMS:**

    (See Attached Letters)

5.  **EXPENSES:**

    Incurred form trying to put my system on the open market.

6.  **PERSONAL CREDIBILITY:**

    Opposing Firms doing everything possible to keep my patented Roofing System off the open Market, i.e. B.U.R., Oil, and Insulation Companies The Government ect..

7.  **BUSINESS CREDIBILITY:**

    People that believed in me and my system lost confidence that my system would ever reach the market; i.e. Dan Hanson, Bob Kirkham, Don Coghlin, Dr. Bob Alumbaugh, Tim Seats, Don McNamara, Jerry Simonson, Polygard, Carpenter, Span Crete ect..

8.  **SPAN CRETE JOB:**

    30,000 sq.ft. had to be carceled because the Bituthene ordered could not be acquired. There was also a job to do a Car-Wash that was lost due to the withholding of the needed material.

9.  **GENERAL LOSS TO THE BUILDING INDUSTRY:**

    Due to the light weight material to be used in applying this new roofing system the structural steel would be lighter without compromising the integrity and/or the dead load of the building. This would have reduced the cost of the structure by as much as $3.00 per sq.ft. of which 50% would have gone to me.

Statement of Losses: Anton Frank, Volovsek

Page 1 of One

Anton Frank, Volovsek
c/o P.O. Box 522
White Salmon, Washington

**EXHIBIT B**

## STATEMENT OF SAVINGS ACHIEVABLE WITH EER SYSTEM

1.  **GENERAL GAINS TO THE BUILDING INDUSTRY:**
    Due to the light weight material to be used in applying this new roofing system the structural steel would be lighter without compromising the integrity and/or the dead load of the building. This would have reduced the cost of the structure by as much as $3.00 per sq.ft., which is equal to the cost of the system.

2.  **ENERGY SAVINGS:**
    Heating and Cooling cost savings would pay for the system within an eight (8) year time frame.

3.  **NO INTERIOR DAMAGE:**
    Because of the unique capabilities of this system there would be zero cost due to water damage.

4.  **NO REPAIR COST:**
    This system is maintenance free, with the exception of non-natural damage. But should damage to the roof happen this system makes repair simple and inexpensive.

5.  **LOWER INSURANCE PREMIUMS:**
    According to the National Ratings Bureau, 90% of claims on insurance policies coverings roofs are made on wind damage. The technique used in this system totally eliminates the likelihood of this damage taking place.

6.  **STEEL DECK INSTITUTE:**
    This Company would relies huge savings, as this would allow them to minimize the types of decks that they would have to manufacture.

7.  **LABOR SAVINGS:**
    At least 50% less labors needed to install this system, cutting the cost of installation to less the half of a normal B.U.R. type of roof.

// //
// //
// //

Statement of Losses: Anton Frank, Volovsek

Page 1 of Two

8. **NO COST FOR TEMPORARY ROOF:**

Other trades can work instantly with application of membrane, and can be code approved as permanent roof. This reduces the cost by approximately $0.40-$0.50 per sq.ft.

9. **PROVEN FACT:**

Two Fire Chiefs have claimed that my system is much less of a fire hazard the normal B.U.R. systems.

10. **YEAR ROUND INSTALLATION:**

This system can be installed 365 days a year.

11. **BEST WARRANTY:**

When the EER system is used to roof a building it never has to be removed just washed and a new rubberized coating applied. The warranty on this system is in ten (10) year increment and is updated along with the application of the new rubberized coating.

12. **FOREIGN MARKET:**

Because there is 42 different countries that honor the American Patents, this increases the market for the EER system approximately six (6) time of that here in the United States.

13. **ROOFING EVALUATION:**

The EER roofing system is comparable to invention of the automobile to the Horse and buggy. This system would put most applications of the B.U.R. system out of used and eventually make it totally obsolete.

· Milwaukee Insulation was The other
Company That said The Same Thing
Hy way Pavers did.

On Jan 13-1976 I
stopped by Hy way Pavers
to purchase some H.D. Bituthene
Joe Prekop informed me that
he was notified by a W.R. Grace
Rep that H.D. Bituthene was
not to be sold to me. He
stated that he couldn't stop
Hy way Pavers from selling ch
surplus he had but - - - -
Joe said Nobody would tell him
who he could sell to but on the
other hand didn't want to
jepardize his chances to buy H.D.B
                                J.d.

Milwaukee
Insulation St. Paul, Minn.
affiliate

1120 ARTHUR CO.
1330 RAYMOND AVE
ST PAUL, MINN. 55114
ATTN:

612-646-2773
414-790-2000 MIL. OFF. cc
Collee - Talked to her 2-23-96

7:25 Am
Will check on who
program bars made it
call Bob next week

Called & talked to John
Dymond at 5:00 AM 1-6-16-79

Exhibit B

1   Anton Frank, Volovsek                                    **EXHIBIT C**
2   c/o P.O. Box 522
3   White Salmon, Washington
4
5                   STATEMENT OF MARKET POTENTIAL
6                   (This Estament is Based on Commercial Use)
7
8   **1977**   Approximately Five Billion square foot was applied every year.
9
10  **1987**   The application of Flat-Tar roofs escalated to approximately Nine Billion square
11            foot.
12
13  **1996**   The square footage has reach approximately Twelve Billion square footage.  If
14            Dan Hanson (Architect) and Bob Kirkham (Architect) would announce at the
15            annual A. I. A. convention that the EER system was available and that they
16            supported it strongly, then the EER roof system would have taken over
17            approximately 90% of the total market by now.
18
19            5 + 9 + 12 = 26 Billion / 3 = 8.66 Billion sq.ft. per year
20
21            8.66    75% of 164.54 sq.ft. = 123.51 Billion sq.ft.
22          x 19
23          ‾‾‾‾‾‾
24          7794    123.51 x $1.50 = $186.265 Billion Dollars
25           866                    +24.00
26          ‾‾‾‾‾                  ‾‾‾‾‾‾‾
27   164.54 Billion sq.ft.        $210.265 Billion Dollars

26
27          164.54 Billion sq.ft / 2 = 82.77 Billion sq.ft.
28
29  **Plus - 4 Billion sq.ft. Military Installations**
30          4 Billion sq.ft. x $5.00 = $20,000,000,000.00 in a Ten (10) year period
31  **GSA   2 Billion sq.ft. x $2.00  = $4,000,000,000.00 in a Ten (10) year period**
32
33  **Foreign Market**
34          $210.265 Billion Dollars x 6 = $1,261,590,000,000.00 @ 75%
35  **Plus - % of Steel Savings**
36  **Plus - % of Insurance Savings**
37  **Plus - A.C. Units not needed**
38  **Plus - Electrical Savings**
39  **Calculated @ 50% = 82.77 x $1.50 = $124,655,000,000.00**
40  **(124.655 + 20 + 4) x 6 (Foreign Market) = $891,930,000,000.00**

Statement of Potential Market: Anton Frank, Volovsek                    Page 1 of One

*Here — Hear*

*EXIBIT D*

AUGUST 23, 1990

TO:         Futura Coatings, Inc.
            9200 Latty Avenue
            Hazelwood, Mo. 63042

ATTENTION:  Mr. Dean Jarboe
            Mr. Rod Jarboe *Pres*

SUBJECT:    (EERS)  Energy Efficient Roof System

Dear Mr. Jarboe,

At your request as a follow up to our telephone conversation on August 7, 1990, I will explain my projection of the Energy Efficient Roof System (EERS) if FUTURA COATING, INC. owned or had exclusive rights to the patented ENERGY EFFICIENT ROOF SYSTEM.

PROJECTION:

Presenting the EERS to the monthly meeting of architects and the CSI by your sales representatives, we are projecting that 30% of the architects attending these presentations would specify the EERS on up coming projects.

Since your sales representatives are already actively promoting your products, we feel that they would be the best equiped to add the EERS to their presentation at virtually no additional cost to your company.

After five years it is estimated that over 500 million sq. ft. would be sold. Two hundred fifty million square feet in the first 4 years and 250 million sq.ft. in the fifth year, which should increase substantually each year there after. The foreign market should produce at least as much or more.

Cost of EERS:

          - 1" OF 30# Polyurethane insulation & top coat      $1.10/sqft
          - Membrane (from Phillips Fibers)                    $0.40/sqft
          - Installation of Phillips membrane                  $0.10/sqft
          - Royalties                                          $0.10/sqft

              Total cost                                       $1.70/sqft

*Joe Von a...*
*Head of Roofing D...*

Profit: (sugested)
- Coating            $0.20/sqft
- Resale of membrane      $0.15 - 0.25/sqft
- Application of Phillips membrane    $0.15 - 0.25/sqft

       Total           $0.50 - 0.70/sqft

Five Year Profit Projection:
     U.S. Market           $250 Million
     Foreign Market        $250 Million

       Total           $500 Million

TESTING:

     - UL testing records (class 90 wind uplift resistance to 174 mph, (actual test was to 225 mph)) showed no degradation of test roof what so ever.

ADVANTAGES OF THE EERS:

- Lower insurance rates
- Temporary roof ( membrane only)
- Less installation time
- Better "R" value
- System will not leak due to surface damage
- Wind proof to 225 mph
- Wayne State University Civil Engineering Dept. has certified the EERS to have an additional savings of 1.25 to 1.50lbs. of structural steel per square foot can be realized due to the weight difference of the EERS vs hot tar and gravel systems, and still maintain the same structural strength of the building, plus maintain a 45# /sqft dead load.  Two steel erecting companies and one steel company agreed that this would amount to savings of about $3.00/sqft.
- EERS could be given to the owner at no cost-FREE!  Plus we should get $3.00 /sqft, instead of $2.20 for an additional profit of $0.80/sqft as shown earlier, at vertually no cost to market. The
- Best of all it opens up an entire new commercial construction market to the foam and coating industry (in the U.S. exceeds 2 billion sqft per year).

COMPETITION:

The EERS will have none.  The single ply will begin to decline as fast as it began.  The state of Wisconsin already refuses to specify it on any of their 1500 state owned buildings.  (see encloser F.J.A.Chistiansen Roofing Co. Inc., given to Joe Vonarx at our April meeting).

```
Profit: (sugested)                                          $0.20/sqft
    – Coating                                        $0.15 – 0.25/sqft
    – Resale of membrane                             $0.15 – 0.25/sqft
    – Application of Phillips membrane

        Total                                        $0.50 – 0.70/sqft


Five Year Profit Projection:
    U.S. Market                                          $250 Million
    Foreign Market                                       $250 Million

        Total                                            $500 Million
```

TESTING:

    – UL testing records (class 90 wind uplift resistance to 174 mph, (actual test was to 225 mph)) showed no degradation of test roof what so ever.

ADVANTAGES OF THE EERS:

    – Lower insurance rates
    – Temporary roof ( membrane only)
    – Less installation time
    – Better "R" value
    – System will not leak due to surface damage
    – Wind proof to 225 mph
    – Wayne State University Civil Engineering Dept. has certified the EERS to have an additional savings of 1.25 to 1.50lbs. of structural steel per square foot can be realized due to the weight difference of the EERS vs hot tar and gravel systems, and still maintain the same structural strength of the building, plus maintain a 45# /sqft dead load. Two steel erecting companies and one steel company agreed that this would amount to savings of about $3.00/sqft.
    – EERS could be given to the owner at no cost-FREE! Plus we should get $3.00 /sqft, instead of $2.20 for an additional profit of $0.80/sqft as shown earlier, at vertually no cost to market. The
    – Best of all it opens up The an entire new commercial construction market to the foam and coating industry (in the U.S. exceeds 2 billion sqft per year).


COMPETITION:

The EERS will have none. The single ply will begin to decline as fast as it began. The state of Wisconsin already refuses to specify it on any of their 1500 state owned buildings. (see encloser F.J.A.Chistiansen Roofing Co. Inc., given to Joe Vonarx at our April meeting).

duplicate

 le hot tar and gravel roofs are getting so bad that law suits against Johns Manville 20 year bonded roofs exceed their equity and it's a proven fact that 20 year bonded roofs only have an average life of 7 years.

Architects are getting sued because of roof failures (B.U.R.) but they don't have any other system to choose from, "NOW THEY WOULD". It's a proven fact that the state of Wisconsin will not allow a second roof over the first one any more because of the short life of the second roof.

Now EERS should never be applied over an existing roof either or it would fail, But - of the 3 billion sqft reroof market per year, approximately 35% are complete tear offs at which time the EERS would apply. This also would be in addition to the new construction market. This is why the bottom membrane is so valuable. As soon as the existing roof is removed the bottom membrane goes on as a temporary roof and the plant does not have to shut down while the roof is being replaced.

AVAILABLE MARKET per Year:
- New Construction .......................... 2 billion sqft
- 1/3 Of Reroof (complete tearoffs) ........ 1 billion sqft
   Total available market .................. 3 billion sqft

Architects will not , regardless of how good a system is, specify a new system unless they know the company that will warranty the system and how large it is, to make sure it can replace the system should it fail.

This system is virtually failure proof.

I have been applying peel and stick membrane for over 17 years and I believe Phillips Fiber Corp. Ruftac II is the best. It has been tested by both U.L. & F.M. and carries a 10 year warranty.

I would like to see the EERS be automatically specified as the hot tar system has been for over 100 years. I firmly believe FUTURA COATING, INC., PHILLIPS FIBERS and myself can achieve 50% of the gross available market.

Sincerely,

A. "Tony" Volovsek
Energy Efficient Roof Systems
2550 E. Beardsley Road #11
Phoenix, AZ 85024
(602) 569-6549

Whoever owns This systTem will conTrol The enTire Roofing Industry

Should be ³ VoL 340 Page 305

## COMMENTS ON ROYALTY INCOME

EXibiT
D'

To Whom It May Concern:

The above projection is based on commercial custruction only. The
residential market which is larger then the commercial will be
picked up by the local approved and licensed applicators and is
not included in the above projection.

Re: the foreign market - 42 foreign countries honor the U.S.
Patents also not included in the above projection. This Roof
System has already been considered for the Middle East and only
last week the Bechtel Corp. landed a 5 1/2 billion dollar airport
contract in Japan, we are presently in contact with them. Past
experience (over 30 years) has indicated that approximately 10%
of the total cost of a commercial building is roofing.

The navy is very high on this system and have hundreds of
millions of sq. ft. of buildings overseas and we have an
excellant chance to get them.

No other system carries a warranty as ours, 10 years against
leaks. Backed by the EERS Corporation, the applicator and the
coating manufacturer. Such as Dow Corning, Futura, G.E., and/or
the Carpenter Company.

The EERS Corporation, based in Detroit is controled by J. Milton
Myers, President, Is responsible for sales, application and
royalties. Should a particular job be applied on a close margin,
it is responsible to pay the royalties first.

Some large insurance companies are already interested because of
the very high "class A" fire rating, but, even more attractive to
them is, "no more wind loss". Our System has been tested by U.L.
to withstand OVER 225 M.P.H. winds. Insurance claims, stated by 4
major insurance companies are over 90% due to wind damage.

The pictures on the cover of our brochure are of a Chrysler
Company building in Detroit, put on in the summer of 1985. They
have just sent us a very satisfied customer letter and have
promised us many more roofs using the EERS roof.

I am very proud to be the owner of this patented system and very
fortunate to have the caliber of man such as Mr. Milton Myers to
head our organization.


Should you have any questions/and/or wish more information please
feel free to contact me or Mr. Myers.


Sincerely

**EXHIBIT G**

Anton Volovsek
c/o System Solutions
P.O. Box 522
White Salmon, Washington, [98672]

## WORK SHEET

Work sheet is for calculating the alternative demand for  injuries and losses at exceptable minimums.

Work sheet calculations is based on Ten (10) billion ft$^2$. per year of estimated EER System potentially sold. Footage's are based only on American markets as shown herein before by Canadian and American Patents.

Work sheet calculations is based on 2.5 cents per ft$^2$ royalties sold at U.S. markets only.  2.5 cents x 10 billion sq. ft. equals to the amount of $250,000,000 million dollars of losses for one year only.

These figures, if calculated over the last 20 years would be at phenomenal levels, not including foreign market potentials.  $250,000,000 million x ten (10) years would equal to $2.5 billion and so on.

So as you can see, if you calculated this for twenty (20) years it would be 500 billion dollars.

This calculation was done by hand this __2__ day of __Oct.__ 1996.

_Anton F. Volovsek_
Anton Volovsek



{These Letters also were sent
To W. R. Grace
Tony

Mr. Jim Adams
Executive V.P. / W. R Grace Company
Cambridge, Massachusetts

January 19, 1996

Dear Mr. Adams,

At the request of your local waterproofing representative Dan Kuball, I am submitting this written request to the W. R. Grace organization to discuss marketing my patented " EERS" roofing system.

As you well know, regardless of how good a product or system is, architects will not spec it *unless it is owned or backed by a large financial organization or well established firm.* W.R. Grace is well qualified in both categories, and as a world wide organization with an excellent reputation, you are my first choice over all the other firms I have contacted or am *negotiating with* at the present time to market this unique system.

Besides the above there are many other reasons for my choice: 1) W. R. Grace already makes the all important bottom membrane; 2) You (at least in the past) have manufactured a top coating for application over bituthane , so I presume still have the equipment to make coatings. If you were to agree to my suggestion to engage the services of a highly qualified chemist I am very familiar with , you would then control two of the three components of this roofing system. This chemist has and can produce a coating equal to or superior to the top coating companies in this country such as Futura- Neogard, Gaco Western, Dow Corning and General Electric. If one of the above companies' products were used they would furnish a ten year warranty. In reality it is a 10+10+10+10 warranty if the system is re-coated every 10 years; 3) You already have a built in sales force and I could furnish you with two more individuals who are well qualified, informed and familar with the system, and; 4) The manufacturers of the spray foam equipment already have schools in place to teach individuals how to properly spray foam and care for the equipment and I can also furnish you with the names of the three best foam and coating applicators in the United States. One is extremely knowledgeable with this equipment and is a perfectionist in spraying insulation. He can build "saddles" behind air conditioning units and slope a roof- to- drain better than anyone in the industry. All three are well known and respected by the major coating companies.

With my 40+ years experience in the roofing industry, I can also furnish you with two of the best roofers available, one of whom is an engineer and heavy equipment operator that is well informed and has been acquainted with me and the "EERS" system for twenty years . Both are top notch supervisors and well experienced in the removal of existing roofs and application of the bottom membrane. I can also introduce you to two top architects: One who helped me develop the "EERS" system and I quote "Let me design your building and I'll put the "EERS" roof system on it for free" and the second (Representing, I believe, the fourth largest firm in the United States) who speced the system on five million square feet in Saudi-Arabia even before it was tested or patented.

My contacts at the Chrysler Corporation in Detroit, Michigan ( A ten year test site with over 45,000 sq. ft.) were Tony Victor, now retired in Florida, and who had expressed an interest in being a representative for "EERS" and Keith Asquith, who worked with Tony Victor. In the enclosed letter from the Mark I Company (regarding the Chrysler project) Scott Evett (General Manager) was the applicator who did an outstanding job and Tony Victor was the engineer he referred to. Scott would be glad to receive a call from you to discuss any aspects of the Chrysler project.

page 2

I am also enclosing the following documents : a) Approval letter of "EERS" by the United States Army Corp of Engineers; b) Steel and energy savings document prepared by State of Michigan; c) Electricity and air conditioning units (roof top) cost savings; d) Industrial Risk Insurance approval and; e) Two UL Test approvals.

I believe it is time for the public to share the benefits of this system and no one, in my opinion, could do it better than W.R. Grace. The benefits to both W.R. Grace and myself are endless.

I've been told over forty countries honor the U.S. Patent, which should also make the foreign market very lucrative. We also have a Canadian patent.

The square footage available for my system amounts to billions of square feet per year, over ten billion in the private sector and four billion in the Military, plus the foreign market.

The "EERS" roof system represents to me an impact similar to the replacement of the horse and buggy with the automobile, with one major difference: the 1900 automobiles had many weaknesses and flaws which had to be improved each year to get the products where they are today and as you know are not yet perfect by any means, but The "EERS" system , to my knowledge, and through all it's testing has shown no flaws. The key to continued success with this patented system is to insure the use of only the highest quality products and to allow only the most efficient, highly trained and qualified applicators to install it.

The "EERS" system also has a huge environmental benefit: it will eliminate the need for millions of gallons of fuel to heat the asphalt presently used in the built- up roof systems (B.U.R.). Single ply rubber roofs are already outlawed in Wisconsin. There will be little, if any, competition.

As I believe I have made evident , the introduction of the "EERS" system has the capability of taking over the entire roofing industry and I would like to set up a meeting as soon as possible to discuss the possibilities of W.R. Grace marketing the "EERS" system.

I have enclosed a non-disclosure/ confidentiality agreement pertaining to this document, the enclosures and all other conversations and communications between W.R. Grace and E.E.R.S. and would appreciate your signature and its' prompt return and I hope to here from you soon.

Sincerely,


Anton "Tony" Volovsek


(enclosures)

*Refusal to market EERS*

**GRACE**

Grace Construction Products

W.R. Grace & Co - Conn.
62 Whittemore Avenue
Cambridge, MA 02140-1692

(617) 976-1400

February 5, 1996

Mr. Anton Volovsek
EERS
652 So. Ellsworth, #167
Mesa, AR 85208

Dear Mr. Volovsek:

Thank you for your letter of January 19th.

At this time, Grace Construction Products has no interest in developing and/or marketing an exposed roofing system.

We take note, however, of your system's use of a 60 mil, self-adhering membrane, as a waterproofing underlayment to the final roofing system. We believe that there might be an opportunity to lower the cost of the system by providing a more cost-effective underlayment product.

Once you have found a company to market your system, we may be interested in helping them find a more cost-effective underlayment that meets their needs. We would also be interested in toll manufacturing underlayment membrane for someone else to market as part of your system.

Best of luck in your venture.

Very truly yours,

J.J. Adams
Vice President & General Manager
Waterproofing System

cc: D. Kabell - Scottsdale

VOL 340 PAGE 319

E. H. SNYDER

ATTORNEY AND COUNSELOR AT LAW
161 WEST WISCONSIN AVENUE
PLANKINTON BUILDING SUITE 7248
MILWAUKEE, WISCONSIN 53203

November 7, 1975

TELEPHONE 274-1011
AREA CODE 414

Mr. Leonard Rosenblatt, Vice Pres.
Construction Products Division
W. R. Grace & Co.,
62 Whittemore Avenue
Cambridge, Mass.  02140

Re:  Ardco, Inc. — our file 75-125

Dear Mr. Rosenblatt:

I have carefully reviewed your letter to me of October 24, 1975 with my clients.

On behalf of my clients and ARDCO, INC., I am authorized and do hereby offer to purchase from W. R. Grace & Co. 200 rolls of Heavy Duty Bituthene, C.O.D. at a total price which is the same as the total price currently being charged and paid for that amount by other direct purchasers of this material in the midwest.

It is expressly understood that any warranties, expressed or implied, of said Bituthene by W. R. Grace & Co. shall be limited to those warranties set forth in your standard written warranty relating to said material and in your advertising brochure, Form CMD 362B, entitled "Heavy Duty Bituthene".

In addition, since your letter appears to state a concern for products liability exposure if Heavy Duty Bituthene is used in the roofing industry, I request that you furnish me with a description of the product liability risks you allege may arise out of the use of Bituthene for roofing which risks do not or may not arise out of the established uses of Heavy Duty Bituthene.

Both you and the W. R. Grace & Co. are also hereby informed that ARDCO has had to breach its contracts for the installation of the patent pending roofing system solely because you have refused to sell to or deal with ARDCO or with any material supplier in Wisconsin by making Heavy Duty Bituthene unavailable to ARDCO or any other distributor of building materials in Wisconsin.

I would appreciate an early response in order that I may advise my clients whether the commencement of litigation to enforce their rights and interests is necessary. We would obviously prefer to resolve this matter immediately without

E. H. SNYDER

ATTORNEY AND COUNSELLOR AT LAW

Mr. Leonard Rosenblatt                    -2-                    November 7, 1975

long term litigation.  However, if that is the only way that we can be compen-
sated for the destruction of the business of ARDCO as a result of your actions
and those of the other representatives of W. R. Grace & Co., we shall certainly
proceed with whatever litigation is necessary and justified under the circum-
stances.

Very truly yours,

*E. H. Snyder*

E. H. Snyder

EHS/mm

cc: Mr. J. Peter Grace
    Mr. Anton Volovsek
    Mr. Daniel C. Hanson
    Mr. Ralph E. Bielefeld
    Mr. James A. Hauer

# CONSTRUCTION PRODUCTS DIVISION

W. R. GRACE & CO.  62 WHITTEMORE AVENUE. CAMBRIDGE, MASSACHUSETTS 02140   617-876-1400

November 26, 1975

E. H. Snyder, Esq.
161 West Wisconsin Avenue
Milwaukee, Wisconsin 53203

Your File No. 75-125

Re: Ardco, Inc.

Dear Mr. Snyder:

I have reviewed your letter of November 7, 1975 with our counsel who, I understand, has discussed our position with you.

This will confirm that W. R. Grace & Co. does not feel it appropriate to knowingly sell Heavy Duty Bituthene for a use wherein there is not sufficient basis for us to believe that it will perform satisfactorily. Accordingly, our position remains unchanged from that stated in my letter of October 24, 1975.

Sincerely,

Leonard Rosenblatt
Vice President

LR/ms

cc/ Mr. J. Peter Grace

*send copy
to Volosek, Anton
12/12/75*

COPY RECEIVED

    5 1975

E. H. SNYDER

GRACE

VOL. 340 PAGE 313

**E. H. SNYDER**

ATTORNEY AND COUNSELOR AT LAW

181 WEST WISCONSIN AVENUE

PLANKINTON BUILDING  SUITE 7048

MILWAUKEE, WISCONSIN 53803

TELEPHONE 224-1011

AREA CODE 414

October 14, 1975

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Mr. Peter R. Grace
W. R. Grace & Co.
62 Whitmore Avenue
Cambridge, Massachusetts 02140

Re:  BITUTHENE
     Ardco, Inc.    our file 75-125
     Eerrs, Inc.    our file 75-126

Dear Mr. Grace:

I am the attorney for Mr. Anthony Volovsek, Daniel C. Hanson, and
Ralph E. Bielefeld, who have formed the above Wisconsin corporations
for the purpose of installing a Roofing System invented and created
by Mr. Volovsek, and on which a patent is now pending.

This new roofing system has been thoroughly investigated and discussed
with Mr. Donald Couglen and Mr. Hayden Clark beginning in January,
1975 and on various dates from that time to the present.

Your material "BITUTHENE" is one of the elements that can be used in
this new roofing system, and on or about October 2, 1975, Mr. Hansen
was informed by Mr. Couglen that Mr. Hansen's request for 105 rolls
of Bituthene, C.O.D., could not be filled and would have to be referred
to Mr. Clark.

Mr. Hansen then left two messages for Mr. Clark to return his call,
and on October 10, 1975, Mr. Clark left a message with Mrs. Bielefeld
that he would furnish only 5 rolls for testing, although Mr. Hanson
had requested 105 rolls.  Mr. Clark quoted no price and stated that
he could not sell larger amounts to my clients at this time.

Under the circumstances, I have informed my clients that their rights
and interests are being clearly infringed upon by Mr. Clark, that the
matter should be brought to not only your attention, but to the at-

VOL 340 PAGE 314

E. H. SNYDER

ATTORNEY AND COUNSELOR AT LAW

Mr. Peter R. Grace                    -2-                    October 14, 1975

tention of Mr. Rosenblatt and Mr. Couglen with a request that I
receive an immediate explanation for the treatment given to my clients
by Mr. Clark; and if such is a fact, the reason or reasons that W.
R. Grace and Co. refuses to sell Bituthene to my clients on a C.O.D.
basis.

In the event that I do not receive a satisfactory reply from you
within the next five days, my instructions are to take whatever legal
action is necessary to enforce the rights and interests of my clients
against those responsible for this situation.

Very truly yours,

*E. H. Snyder*

E. H. Snyder

EHS/mmi

cc: via Certified Mail return receipt requested to:
        Mr. Hayden Clark, W. R. Grace & Co., 62 Whitmore Ave.,
                Cambridge, Mass. 02140

        Mr. Leonard Rosenblatt, W. R. Grace & Co., 62 Whitmore Ave.,
                Cambridge, Mass. 02140

        Mr. Donald Couglen, W. R. Grace & Co., Construction Products Div.,
                6051 W. 65th St., Chicago, Ill. 60638

cc: via regular mail to:
        Mr. Anton Volovsek
        Mr. Daniel C. Hanson
        Mr. Ralph E. Bielefeld

# CONSTRUCTION PRODUCTS DIVISION

W R GRACE & CO., 62 WHITTEMORE AVENUE, CAMBRIDGE, MASSACHUSETTS 02140  617-876-1400

October 24, 1975

E. H. Snyder, Esq.
161 West Wisconsin Avenue
Plankinton Building, Suite 7048
Milwaukee, Wisconsin  53203

Dear Mr. Snyder:

I am in receipt of a copy of your letter dated October 14, 1975 and have taken the liberty of looking into the matters raised by your letter.

W. R. Grace & Co. is a responsible company and desires that its products be used only in applications wherein there is sufficient basis to believe that they will perform satisfactorily. Your clients desire to use our product Bituthene as a critical component in a roofing system which your clients have designed. My people are of the opinion that there is not sufficient basis for us to believe that your clients' roof design utilizing our product will perform as intended.

Product liability exposure in the roofing industry can be substantial. Further, there is nothing which will so materially adversely affect our ability to make sales as bad field exposure with a product. Therefore, I must inform you that W. R. Grace & Co. is not willing to assume the legal and business risks that sales of our product Bituthene to your clients would entail.

As we have said previously, we are willing to work with your client to develop some field experience with the use of Bituthene in their system. We initially offered to provide Mr. Volovsek with five rolls of Bituthene, at no charge, for this purpose if he so desires. If they wish to proceed on this basis, please let me know.

Sincerely,

Leonard Rosenblatt
Vice President

LR/mj

cc: Mr. J. Peter Grace

**COPY RECEIVED**

OCT 28 1975

E. H. SNYDER

GRACE
VOL 340 PAGE 316

State Capitol
Sacramento, Ca. 95814
(916) 445-6637

Senator Don Rogers
3500 Kaibab Avenue
Bakersfield, California 93306

Seventeenth Senatorial District
District Office
P.O.Box 902725
Palmdale, Ca. 93590
(805) 266-9353

November 24, 1995

Dear Senator Rogers,

Cutting to the quick, these are the facts regarding my patented roof system and its connection with the W.R. Grace Corporation..

W.R. Grace (a 500 billion dollar Corp.) was the only company to manufacture the most important part of my roof system. It was used primarily for the bridge deck waterproofing known as Heavy Duty Bituthane, which is a self adhesive modified bitumen (rubberized asphalt) with a polypropylene mesh surface - an excellent product.

Their representative, Hayden Clark, flew out from Boston 5 times in 3 months to watch my progress in developing this system. The regional representative, Don Cauglin, was (to say the least) very excited. The last words Clark said to me were , and I quote, "That's the greatest thing I have ever seen" unquote.

Don Cauglin could envision hundreds of car loads of material being sold per year. The top civil engineer of the U.S. Navy, Dr. Robert Alumbaugh of Port Hueneme, Calif., stated he felt it was the cadillac of all roof systems.

Since all three components which comprise the system had been tried and tested for many years, this system did not need a long term testing period. I immediately sold a 30,000 sq. ft. job and then a smaller one.

However, when I ordered the necessary membrane from W.R. Grace they refused to sell it to me. They offered me 5 rolls for further testing and even threatened suppliers with blacklisting them if they sold me the material.

My lawyer quickly sent them a letter stating the harm they were causing and informed them they were subject to a hefty lawsuit. They replied negatively in writing. A second letter was sent to them and a second negative reply came back. In 1975 I lost all my business, my health and my family. I was financially unable to file a lawsuit so I tried to market the system but was unsuccessful largely because W.R. Grace was the only source

or the bottom membrane It took nearly 10 years to recover from my nervous breakdown during which my most gracious second (and present) wife supported me.

Don Cauglin quit W.R. Grace and went to work for another firm. Hayden Clark committed suicide 3 years later and Peter Grace passed away this past year. If W.R. Grace Corp. had backed my system 20 years ago they would control 90% of the entire roofing industry, not only in this country but also in the foreign market (over 5 billion sq. ft. per year in 1980).

Twelve to fifteen years ago Phillips 66 came out with a membrane even better than W.R. Grace's. Grace discontinued making Heavy Duty Bituthane some years ago. The Phillips product was purchased by The Henry Co. of Anaheim Ca., a much smaller company and not knowledgeable enough to market my system. This puts W.R. Grace right back in a good position to market my system since both of the objectors are dead. Not only can they manufacture the bottom membrane and primer, and already make the best mastic, but they could also make the top rubberized coating when I furnish them with the best chemist in the business. This then gives them the opportunity to make hundreds of billions of dollars in as little as 5 years.

A lawsuit or lien for 100 billion dollars would mean very little to them, not counting a 200 billion class action suit.

I still prefer to have a sit down discussion with W.R. Grace Corp. and offer them the opportunity to market my system and make tons of money and be friends rather than filing a lien and be enemies. In lieu of the lien against W.R. Grace I would entertain a settlement of 100 billion dollars or a confirmed letter of credit at our first meeting.

Don, I need your help to set up this meeting with W.R. Grace Corp. as soon as possible. A meeting with you, Evan Mecham and my legal advisor would be very important to me.

Please get back to me as soon as you can and I can then show you all the additional documents (partial enclosure) to back up everything I've said and all the other things we are trying to accomplish for the good of the American People.

With the help of God we can do anything and what you and we are doing is all inspired by Him.

Sincerely,


Anton Volovsek


enc.

VOL 340 PAGE 318

# EXPLANATION SHEET          APPENDIX A

## TO BE ATTACHED TO EVERY COMMERCIAL INSTRUMENT OF FILING
## BEARING THE U.S.S.E.C. TRACER FLAG CONTAINING THE PHRASE

## "A SECURITY – 15 USC"

This EXPLANATION SHEET is to be attached to commercial affidavits, including Affidavits of Obligation (Commercial Liens) which are non-judicial consensual processes which arise out of a breach of special performance (e.g. for a public official's breach of office, a violation of the Constitution for the united States of America and respective state Constitutions.)

The notice as follows is included for the purpose of FULL DISCLOSURE (UCC), and as a warning noted by the flag for commercial grace at the top of the instrument.

## COMMERCIAL AFFIDAVIT

## AFFIDAVIT OF NOTICE, DECLARATION, AND DEMAND

## FAIR NOTICE AND WARNING OF COMMERCIAL GRACE

## NOTICE OF NON-JUDICIAL PROCEEDING

## THIS IS A U.S.S.E.C. TRACER FLAG, NOT A POINT OF LAW

SECURITY (15 USC)
VOL. 340 PAGE 319

# COMMERCIAL AFFIDAVIT
# U.S.S.E.C.  TRACER FLAG
# NOT A POINT OF LAW

### One definition of "A SECURITY" IS *any evidence of debt.*

\* \* \* \* \* \* \* \* \* \* \* \* . . \* \* \* \*

The lien claimant does NOT rely on Title 15 as a basis for the "Commercial Lien". ALL commercial processes, by using or relying on notes or paper in Commerce (e.g. Federal Reserve Bank Notes), must bear some sort of Federal Tracking Code, a County Recorder's number or a serial number, which process must be accessible for inspection at the nearest relevant County Recorder's Office, or be widely advertised. When a lien matures in thirty (30) days by default of the lien debtor through the lien debtor's failure to rebut the AFFIDAVIT OF OBLIGATION, point-for-point categorically, it becomes an accounts receivable in the ordinary sense of a collectable upon which assignments, collateralized, and other commercial transactions can be based, hence becomes a security, subject to observation, tracking and regulation by the United States Securities and Exchange Commission (hereinafter U.S.S.E.C.)

The notation "A SECURITY - 15 USC" is a flag in commerce telling the U.S.S.E.C. that a speculation account is being established to enforce a lien. The U.S.S.E.C. can then monitor the process. As long as the process is truthful, open, and above-board (full disclosure), the U.S.S.E.C. has no jurisdiction over it, for even the U.S.S.E.C. has no jurisdiction over the truth of testimony, deposition, affidavits, and affidavits of obligation (Commercial Liens), and unrebutted affidavits stand as the truth in commerce.

**LEGAL AUTHORITY:**  Universal moral and or existential truths and principals, expressed in the Judaic (Mosaic) Orthodox Hebrew/Jewish Commercial Code, corollary to Exodus (chiefly Exodus 20:15, 16). This is the best known commercial process in America. Its prime user is the Internal Revenue Service. The IRS uses all three tracking codes. The Federal code is the IRS document file number. The next stronger code is the County Recorder's number. The strongest, most important, most universal code is the taxpayer's identification number (TIN) also known as the Social Security Number (SSN). Though the IRS has attempted to legitimize its collection processes they fail since the basis for collection is a fraud. The IRS assessment process is an absolute Commercial FRAUD. The IRS assessment and collection is not supported by any commercial affidavits, commercial liens, or by any contracts, agreement, or a TRUE BILL IN COMMERCE, establishing the basis on which any debt can be collected. It is a fraud and it fails because there is no such tax as a "1040 TAX" and unless it was done voluntarily, there is no assessment. Because it starts with lies, no amount of effort to hide these lies with otherwise valid appearing commercial processes will succeed; God's truth will out.

An affidavit is someone's solemn expression of truth. The foundation of the law, commerce and the whole legal system consists of telling the truth (*"I swear to tell the truth, the whole truth..."*), either by testimony, deposition, or by affidavit.

Every honorable judge requires those who appear before him to be sworn to tell the truth, and is compelled by the high principles of his profession to protect truth and do nothing to tamper with that truth, either directly or indirectly, either in person or by proxy, or by subornation of an affiant or other person.

A judge CANNOT interfere with, tamper with, or in any way modify testimony without disintegrating the truth and the truth-seeking process and destroying the fabric of his own occupation. To do so abrogates the First Amendment, which was established to protect truth.  It is committing professional suicide, as well as inviting countless civil and criminal repercussions.

ANY judge who tampers with testimony, a deposition, or an affidavit, is a threat to the commercial peace and dignity of the county, state and the nation, and has thereby violated the laws of all those political subdivisions and is acting in the nature of a foreign enemy agent, (MIXED WAR) justifiably subject to penalties of treason.

Explanation of COMMERCIAL AFFIDAVIT and warning to accused
**APPENDIX A**

VOL 340 PAGE 320

WHOEVER   ts against commercial affidavits without executing the necessary commercial paperwork under affidavit is subject to being charged criminally.  Said charges begin with fraud, which is gaining at the expense of another by trickery or deception, and the charges expand from there to include all those violations that extend to and are a natural outgrowth of such fraud.

Commercial processes are fundamentally non-judicial.  No judge, court, law, or government can invalidate these commercial processes, (i.e., an affidavit or a lien or complaint based thereon), because no third-party can invalidate someone's affidavit of truth.  To act against such affidavit is to create a situation and or enhance the condition of A MIXED WAR.  No one can rebut an affiant except a party to the action who has first hand knowledge of the facts (e.g. a lien debtor), who alone, by his own affidavit, must speak for himself if challenged.  Only someone himself knows his truth and has the right and responsibility to assert it.

The MIXED WAR situation and or condition is that where those in authority have violated their oaths of office, violated the fundamental law which they took a sacred oath to uphold and protect; they violated the codes, statutes and regulations that govern them and thereby disregarded the peace and safety of the community by their actions, acting for undisclosed foreign agents or governments, against those whom the swore to protect and serve.  Simply put: an act or acts of TREASON in a secret war against the people.

When an affidavit is so flagged in Commerce (A SECURITY - 15 USC) it becomes a Federal Document because it becomes translated into a security (for example by being attached in support of a commercial lien) and not accepting and or filing a commercial affidavit becomes a federal offense.

Explanation of COMMERCIAL AFFIDAVIT and warning to accused
APPENDIX A
VOL 340 PAGE 321

# EXPLANATION SHEET

# APPENDIX C

## WARNINGS AND NOTICES

The **WARNINGS** herein are presented for the purpose of FULL DISCLOSURE. The objective is to right wrongs committed against the claimants and give the accused every opportunity to clearly understand the process and the seriousness of what is taking place and to do the right thing in response.

## TIME LIMIT

The time limit is thirty (30) calendar days which begins the day after being served. The day you are served is the day you sign for receipt of the mail, if being served by mail, or it is the day you are presented with the affidavit if being served in person. If you need more time, request a reasonable extension in writing. sign it by hand in ink, deliver it to the mailing location shown on the Commercial Affidavit, and it will not be unreasonably denied.

## CRIMES

In order for a crime to exist under common law, three elements must exists; 1) there must be a victim, 2) the victim must have been damaged, and 3) the intent of the perpetrator must be established. There is a presumed fourth element, and that is that the victim is willing to file a complaint against the offender. This is true in all cases except manslaughter and murder; prosecution there is automatic. In this instant matter, however, the claimants (the affiants) are the victims, the affidavit verifies the damages, and intent is established at the end of 30 days if the accused fails to redress the wrongs to which he or she have been a party. The victim in this action is also willing and able to file formal criminal charges against the accused.

Crimes can only be committed by human beings, never by inanimate objects like corporations. Therefore the claimants are charging each accused individually, "in his or her proper person" along with the supervisors and leaders of the organization that employees each accused.

Once convicted of such crimes each accused becomes UNBONDABLE and can never hold public office (which may include holding office in a public corporation). The accused has a criminal record and will be subject to the consequences therefrom.

Any claim that one must do as the government says or a claim of, "I was just doing my job" is no excuse. No one can be required to violate the unalienable rights another or to violate the law. If a person bases his actions on advice from legal counsel, he may have recourse against his attorney, but that will NOT avoid the consequences of his actions as they are charged in the complaint.

If any accused fails to respond properly within 30 days, the die is cast and he or she has established the last piece of evidence needed for conviction; thus phase two commences.

## CRIMINAL COMPLAINT

In phase two a criminal complaint is drafted that spells out the causes of action and the number of counts against each of the accused stemming from the evidence and the uncontested claims in the affidavit. The Criminal Complaint will also spell

out the civil damages for the crimes of which the accused stands convicted. The criminal complaint is then turned over to the proper authorities for further criminal action while a default judgement is issued on the civil penalties and a commercial lien is filed thus completing the last element in legally establishing the obligations therein.

# PENALTIES

The civil penalties are determined by the language of the causes of action and are authorized in the criminal codes. In cases where the Penal Code does not set civil damages, they will be $250,000.00 for each felony count and $100,000.00 for each misdemeanor count. These are in addition to the redresses (the actual damages) in the affidavit.

# COMMERCIAL LIEN

A Commercial Lien will issue against each of the accused for the total amount due from each of them. This lien will attach to all assets of the accused including but not limited to paychecks, bank accounts, savings accounts, homes, boats, cars, etc. If the accused has transferred ownership of any assets during the Commercial Affidavit Process, they may be seized also, as such transfer is a criminal action: a pound breach.

**AT THIS POINT, THE FULL FORCE OF LAW CAN AND WILL BE APPLIED TO COLLECT THE JUDGEMENT AND LIEN.**

### EXPLANATION OF THE "TRACER FLAG"

## SECURITY (15 USC)

## COMMERCIAL AFFIDAVIT
## U.S.S.E.C.  TRACER FLAG
## NOT A POINT OF LAW

The notation, "A SECURITY - 15 USC", is a flag in commerce telling ALL PARTIES, including the United States Securities and Exchange Commission (U.S.S.E.C.) that a speculation account is being established. When an affidavit is so flagged in commerce, it becomes part two, and the Commercial Lien becomes part three. Part one and part three constitute Securities. Not accepting or not filing a Commercial Lien becomes a Federal offense.

If the accused fails to meet the demands or otherwise resolve the issues in the Commercial Affidavit within the allowed time limit, that part of the matter is completed. Issuing the Criminal Complaint and the Commercial Lien completes the process. Lawfully, the debt for redress of grievances was established at the end of the thirty (30) day time limit. The debt for punitive damages is a settled issue as soon as the Criminal Complaint is drafted and said debt is lawfully enforceable. Thus, a

Explanation of COMMERCIAL AFFIDAVIT and warning to accused
APPENDIX C

complete package then exists creating a single lawful REGISTERED SECURITY. The commercial paperwork relating to a case forms the basis and foundation, with full disclosure and full accounting of the REGISTERED SECURITY. The security can now be sold just like any other security. They are marketable, and there are many who are willing to purchase them because they have the resources to enforce collection!

This type of security is referred to as a "speculation account" because in many cases the available resources are simply not sufficient to insure that full collection is possible.

# EXPLANATION SHEET    APPENDIX B

# THE COMMERCIAL AFFIDAVIT PROCESS (CAP)

### A POWERFUL WEAPON

The Commercial Affidavit Process, or "CAP", is perhaps one of the most powerful devices available to the common man and women for **righting wrongs and accomplishing justice**. The process is not new, as some may claim. At its foundation are the laws of commerce which spring from the eternal, immutable Laws of God, and those laws have been in force since the beginning of human existence. Provoke the use of the Commercial Affidavit Process against you, and you provoke the wrath of all that is just and right. Make no mistake! The CAP is a very lethal legal weapon in the war against injustice. It is capable of righting wrongs while eliminating the cost factor that deprives thousands of people from getting justice. When the CAP methodology is properly loaded and sighted on a wrongdoer, true and lasting justice is near at hand. The CAP is powerful and dangerous to those who are in the line of fire. There is no escape, just as there is no escape from God's judgement — the CAP appropriately reflects God's Laws to those here on earth; either acquiescence and justly recompense or suffer the awful consequences. And, those consequences will be calamitous as will be shown.

### FOUNDATION OF LAW

There are basically three classes of laws: The Laws of God, which encompass the laws of Nature; The Law of the Land, also referred to as the Common Law; and lastly there is Private Law, or man-made law, also referred to as Contract Law. Our founding fathers believed that it was self-evident that the God of Nature is the sovereign of the universe and everything in it (as well as mankind) and that He had endowed all mankind with "certain unalienable rights" making them self-directing sovereigns, which means that any government instituted among men derive their just powers ONLY from the consent of the governed, who are the source of earthly power and authority. Hence any attempt to exercise any power NOT conveyed by the People is unjust and unauthorized, and any act by any individual or person done pursuant to such usurpation of power is void. They were further convinced that God's temporal law for mankind was expressed in the law of the land. Common law is common-sense-law. It is simple, straightforward and self-evident, primarily because it is based on God's Laws. It is the fundamental law of the union of States.

The founding fathers authorized three legal systems in the constitution; first Common Law, second Equity Law, and third, Admiralty Law, which is the law of the sea or international commerce. Gradually, Common Law has been displaced by Equity Law until the common law is rarely head of or understood because it has been covered up and hidden away by the legal profession for very understandable business reasons. Such people are pursuing their own agenda. In fact the common law is general looked upon as obscene. An example: To have a Common Law Marriage considered to be unclean. Why? The first marriage license in the United States was issued in 1863. Were all marriages and the children produced by such unions prior to 1863 unclean? The question is not whether some third party should or should not perform the service; it is whether sovereigns need to get permission from their servants, the government, before they can be married.

### PRIVATE LAW

**Private Law** is that law which comes into existence when people enter into agreements creating the rules and terms by which they agree to be bound together.

**State and Federal constitutions** are examples of private law. They come under the heading of contract law because they are contracts that establish governments and are designed to protect the people from the government. To keep the government under control, the People were very precise in the language they used to make it perfectly clear what powers were being delegated AND that any powers not specifically delegated were reserved by the people to the states or the people themselves.

It should be remembered that the people are the sovereigns of state governments and the states are the creators of the federal government. Thus the people, either directly or indirectly are the sovereigns over both governments. The states have been given specific and limited power. They also made sure there were provisions that safeguarded the people's right to abolish or change that government and to create a different one if they chose.

**Public Law** is a form of private law which results when laws are made in proper application of the delegated authority conveyed to the legislators. Title 18 of the United States Code is an example of public law. It was drafted to grant unto non-citizens, the protections and defenses Citizens have under common law; Title 18 does not apply to sovereign Citizens, who answer directly to violations of GOD's Laws.

**Administrative Law** is one term used to describe private law that comes into existence when someone acquires dominion over others and can dictate to them what the law is.

**Title 26 of the United States Code** (the so-called Internal Revenue code) is an example of administrative law; it and the other federal titles classified by Congress as "non-public (administrative) laws", and thus apply ONLY to subjects of the federal government.

In 1938, the United States abandoned public law and adopted an unconstitutional system called Public Policy. An understanding of this distinction is vital.

**PUBLIC LAW:** That portion of the body of law that deals with the powers, rights, duties, capacities and incapacities of government and its delegated authority. Those laws which are concerned with a government in its political capacity, considered in its quasi-private personality, i.e., as capable of holding or exercising rights or acquiring and dealing with property in the character of an individual.

**PUBLIC POLICY:** The rules and procedures (policy) of a sovereign over its subjects. It holds that no subject can lawfully do that which has a tendency to be injurious to the public or against the public good *as defined by the sovereign*. Public policy is set by legislative acts, and pursuant thereto, by judicial and administrative promulgating of rules and regulations. Such rules and regulations are therefore not laws but rather terms imposed by contractual agreements. It is the contracts themselves which make these rules and regulations binding. If you are not a party to those contracts, not a subject (property) of the government, you can make yourself a party by volunteering to comply and take the proffered benefit (privilege). But once you decide to play the game you are compelled by the rules of that game to continue to play. Once compelled, the best out is to reassert your sovereign rights. The very concept of Public Policy and its inherent usurpation of power from the sovereign people is so addictive and has become so widely accepted by bureaucrats in all levels of government (and its agents: corporations) that they act as if they were the masters of he People.

In reality of course, nothing could be further from the truth!

Our present day administrative law is much like Roman Law, which is also called Civil Law. Conceptually, Roman or Civil Law, which is practiced in most of Europe, is diametrically opposite to the Common Law. Under Roman or Civil Law, you are guilty until you prove yourself innocent and you have only those rights (called privileges) your master the government chooses to grant you; and what your master gives, he can take away. Under the Common Law as practiced in America, you are innocent until proven guilty and you retain all your rights not constitutionally delegated to government.

## PRINCIPLES OF LAW MAKING

In the days before the turn of this century in America, the custom was for those studying law to study the Bible and the laws

Explanation of COMMERCIAL AFFIDAVIT and warning to accused
APPENDIX B                                                                      Page 2

it contains so that those timeless principles would occupy a preeminent place in the minds of those practicing law and applying the common law. This is not the case today; rather the opposite is true. The eternal truths contained in the Bible and the common law have been lost from the view of those who need them most -- but they have not been, nor will they ever be, supplanted by some false reality. The Bible is still the best place to learn about laws generally, as well as about other eternal truths. The concept of a system of laws not founded upon those eternal truths is tantamount to building a house on quicksand.

In America, the sovereign power resides in and comes ONLY from We The People. The PEOPLE are sovereign. All the power and authority the government has, was given to it by the people. The people, however, cannot and have not ever given or delegated any power to government which they themselves did not possess. The truth of this statement is self-evident. Yet government agents are constantly acting as if they can do anything they want to simply by agreeing among themselves; they publish interpretations of laws and promulgate rules based on those interpretations; or they render decisions that are clearly antithetical to the concepts set forth in the Declaration of Independence and the Constitution for the united States as the Founding Fathers clearly understood and expounded them. Government actors, AND THOSE WHO KNOWINGLY SUPPORT THEM are violating their duty, their oaths of office and God's Laws. The Commercial Affidavit Process is one way in which the common man can correct these abuses of power and bring the full WEIGHT AND POWER OF AMERICAN LAW to bear on wrongdoers.

> *"The general rule is that an unconstitutional act of the legislature protects no one. It is said that all personas are presumed to know the law, meaning that ignorance of the law excuses no one; if any person acts under an unconstitutional statute, he does so at his peril and must take the consequences."* - 16 AmJur 2d, Section 178.

In order for a law to be proper, it must be just. It must protect equally the rights of all without violating the rights of any. There is nothing mysterious about proper law; it is based on reasonableness and common sense, and is harmonious with the Laws of God. The Commercial Affidavit Process is a pre-common law process. It is also referred to as "commercial law process", not to be confused with the Commercial Code and the manipulated and complicated rules and regulations. It is a pre-common law process, because until there is a disagreement, there is no dispute under the common law. All that is being done with the CAP is to make claims and determine if the accused agrees or not. If the accused does not contest the claims, there is no dispute to be adjudicated and thus the appropriate damages are consensually agreed upon. Therefore it is pre-judicial. The term "commercial" as used herein refers to any dealings people have among themselves. The "laws of commerce" refers to the just rules of procedure which are the foundation of the common law.

Justice is delivered quickly, simply, fairly and conclusively with the Commercial Affidavit Process. This may be a terrible disappointment to wrong doers who are confident they can get away with their illegitimate activities, hiding behind legions of attorneys busily employed manipulating rules and regulations of administrative law. But the common law brooks no such tampering and justice is served cleanly and equally.

In summary, the Common Law flows out of the laws of commerce which themselves are based upon self-evident TRUTHS.

## THE FAILED LEGAL "JUST-US" SYSTEM

Although the court system MAY have a part to play once the Commercial Affidavit has been served AND ANSWERED, that system cannot be invoked until the charges in the affidavit have been answered by (1) acquiescence, (2) rebuttal or (3) default; until that point, THERE IS NO DISAGREEMENT TO ADJUDICATE. A disagreement could arise only from a rebuttal.

But even though it would be feasible to involve the court system to adjudicate such a disagreement, no one seeking JUSTICE would really want to do so because the court system has become extremely costly, very slow and corrupted by the conniving convolutions of man-made rules and legalisms and by the natural inclinations of those who live from the legal system to promote the financial success of the so-called legal business.

IF ANY ADJUDICATION IS FOUND NECESSARY (only in the event of a rebuttal) IT WILL BE DONE BY A COMMON LAW COURT AND COMMON LAW JURY AT THE DISCRETION OF THE CLAIMANT. In stark contrast to the (in)equity court system of today, the CAP system is so effective in exposing the truth, in rendering and enforcing justice, (as contradistinguished from "just-us"), that it is a lethal weapon in the war for the freedoms and liberties -- the unalienable rights of WE THE PEOPLE.

Explanation of COMMERCIAL AFFIDAVIT and warning to accused
APPENDIX B

The Commercial Affidavit Process places the full power back in the hands of the common man. It cannot be overstated that the whole CAP is not dependent on the court system. It functions quite well on its own outside the current legal system. It needs to be thoroughly understood that because it is driven by SWORN TRUTH, the Commercial Affidavit Process is outside the jurisdiction of any equity court. It is a private contact matter. Should an attempt be made to involve any equity court it would result in a criminal trespass against the Affiant's rights. Those persons interfering, who were unlawfully involved would themselves become one of the accused. An equity court has no jurisdiction whatsoever, for the CAP is strictly a non-judicial or pre-judicial process between individuals and is private.

This fact presents a real dilemma for those who are accustomed to using the legal system to work wrongs and to trespass against others with seeming impunity. They can't hide behind a legal system that only dispenses justice to those who can afford to play the game. Those who are used to shielding themselves under "sovereign immunity" protections, or hiding behind legions of attorneys and judges, and using other (ill)legal tricks, now have none of this "protection."

No judge, no court, no law and no government can invalidate these commercial processes, i.e., an affidavit or complaint or a lien based thereon, because no third party can invalidate someone's affidavit of truth. A judge CANNOT interfere with, tamper with, or in any way whatsoever modify testimony without crushing and completely disintegrating the entire truth-seeking process of his own profession, and destroying the very fabric of his own occupation and abrogating the First Amendment which was established to protect truth. For a judge to interfere with testimony is to commit professional suicide and to invite countless civil and criminal repercussions. ANYONE who tampers with testimony is a threat to the peace and security of society, violating its laws and acting as its enemy and is therefore justifiably subject to the appropriate penalties. The Commercial Affidavit Process is by its very nature private, and strictly between parties of interest only. It is unequivocally non-judicial.

## SWORN TRUTH

The foundation of the law, commerce, and the whole legal system consists in telling the truth: *("I solemnly swear to tell the truth, the whole truth...")* either by direct testimony, by deposition or by affidavit. Every honorable judge requires those principles as it is his profession to seek out and to protect the truth. A commercial affidavit is an Affidavit of Truth. It is the sworn testimony of the affiant who solemnly swears that the facts contained therein are true, correct and certain. Every claim made in the Affidavit is backed up by documentary evidence that is provable without any contrivance.

## MEETING THE DEMANDS

If, as is usually the case, the accused recognizes that the charges are true or decides (correctly) that the wisest thing to do is meet the demands rather than face the staggering punitive damages which accompany the issuance of the Criminal Complaint, the Accused has the option of simply meeting the demands for redress as required by or negotiated with the Claimant, then the wrongs have been satisfactorily redressed; and that is the end of the issue. All charges are resolved and the Commercial Affidavit Process is closed.

Anyone is free to use the CAP system; but it is a two edged sword, and it most definitely cuts both ways. Anyone who understands it MUST follow the maxim, "Be honest with yourself," because, especially under the Commercial Affidavit Process, TRUTH WILL OUT! Consequently it is extremely important to ensure that everything in the affidavit is true and unrebutable.

Although it extremely unlikely in the face of a properly done affidavit, should the accused believe that the affiant's charges are somehow in error, he or she may (DURING THE GRACE PERIOD ONLY) rebut any such charge however, (1) such response will NOT avoid issuance of the Trial Criminal Complaint; (2) the Commercial Lien will still issue for any charges not rebutted and (3) a second Commercial Lien will issue for any rebutted charges about which the Common Law Jury subsequently convened remains unpersuaded. Hence rebuttal, unless 100% successful, which is highly unlikely, WILL NOT AVOID the horrendous PUNITIVE DAMAGES and possible incarceration as provided by law.

## REBUTTAL

The sworn affidavit will stand as truth if not timely rebutted by the accused. In this instant matter, you have thirty (30)

Explanation of COMMERCIAL AFFIDAVIT and warning to accused
APPENDIX B

Page - 4

calendar days.

The only one who can rebut a Commercial Affidavit is the accused who alone, by his own affidavit must speak for himself and only for himself. If the accused uses someone else to speak for him, the third party must speak for and in behalf of the accused as if he were the accused; and the accused still stands completely responsible and liable as if he himself were speaking. If however, the third party is identified as separated from the accused, he then becomes a co-party with the accused as an accomplice, and thus a co-conspirator, having no immunity whatsoever.

**Every charge or claim or demand for information contained in the claimant's Affidavit, must be rebutted point-for-point by the accused. The accused's rebuttal must be done in the form of a sworn AFFIDAVIT OF TRUTH. That means it must be SWORN TESTIMONY!** It must be signed by at least two witnesses. The accused as an affiant must swear to tell the truth, the correctness and the certainty of his or her rebuttals within that affidavit, thereby assuming complete personal responsibility for the statements contained in it and must be prepared to prove his or her statements, preferably with documentation that is unimpeachable. **Failure to follow the correct process of rebutting the charges or ANY ATTEMPT to present rebuttal evidence that is not sworn to as both true and the whole truth, invalidates such response as if no evidence or rebuttal were given at all.  SUCH FAILURE IS FATAL TO THE DEFENSE!**

## RESOLUTION BY JURY

The claimant may accept or reject accused's rebuttal of any charge, point-for-point. Claimant's acceptance of the rebuttal on any point resolves that point. At the discretion of the claimant ALL UNACCEPTED POINTS may be either resolved by another affidavit on those points, initiating a repeat of the process. The fallout of all affidavits are resolved by a common law jury. If and when the jury system is used, the claimant will draft the criminal complaint, subpoena a jury, and the process will move to a full-blown common-law criminal trial.

If this matter goes to a common law criminal trial, the trial will be held under the rules of common law. These rules are significantly different from those in an equity court proceeding. In common law trials, technical rules are virtually non-existent. Like its name, the rules of common law trials are from common sense.  The procedure is very simple and straightforward.  It is designed to arrive at the facts, asses guilt and render a just verdict without undue delays or maneuvering, thus eliminating delays intended to forestall or get the accused acquitted on some irrelevant technicality. The jury is the real boss. The jury decides what is relevant and what is not relevant. The jurors hear what they want to hear and exclude what they feel is irrelevant. The claimant or his appointee becomes the prosecutor, and the accused or his appointee puts on the defense. The parties at interest may have anyone they wish as their counsel, with the restriction that bar licensed attorneys must have prior leave of the court to represent a party.

The risk faced by the accused is very real.  A common law court only recognized common law, and it applies common law decisions.  Equity court decisions and rules that conflict with the common law are without standing in common law proceedings.

In the commercial affidavit process, the claimants are almost always sovereign Citizens.  AS such they have legal standing at common law.  The accused are usually "subject citizens" being charged with crimes against "sovereign Citizens."  Typically the acts committed have been done under colorable law with colorable authority or colorable jurisdiction, in which case they are patently unconstitutional and therefore void.  Void acts of the legislature or void jurisdiction or both leave the accused defenseless and a second commercial lien will issue for those redresses and punitive damages of which the jury has not exonerated the accused.

## DUE PROCESS

Responding to the commercial affidavit is critically important: the accused is usually being charged with very serious crimes that carry heavy, punitive penalties. The law has always view trespassing upon unalienable rights an offense so serious that it is beyond satisfaction merely by payment of the approximate money damages demanded.

**The affidavit is a commercial complaint,** but it is not yet a "criminal" complaint. The main distinction is that by resolving the charges during the affidavit stage, the accused has his final opportunity to redress the complaint by simply complying with the demands in the affidavit. If the accused recognizes his or her errors and wants to redress the claimant but does

Explanation of COMMERCIAL AFFIDAVIT and warning to accused
**APPENDIX B**

not have the ability to do so within the time limit, the accused may contact the claimant and express that desire with a written statement to that effect. Then arrangements can be made to stop any further action until after the new date has passed. If some such arrangements are not made, then the CRIMINAL COMPLAINT will issue, adding PUNITIVE DAMAGES and JAIL TIME.

The CRIMINAL COMPLAINT is in reality a ledger in which those details which were omitted in the affidavit are spelled out. It list the causes of action, the number of counts, redresses demanded and the MASSIVE CIVIL PENALTIES (which occur when unalienable rights are trampled and violated) thus compounding the problems for the accused. On top of the redress being demanded, massive PUNITIVE DAMAGES are added as well. Normally this increases the cost to the accused by a factor of at least a hundred if not a thousand fold. The effects of the criminal complaint invariable destroy all prospects for the future of the accused.

Since the criminal complaint is in reality a ledger in which the causes of action and the number of counts are listed and the civil penalties (punitive damages) determined, the criminal complaint acts as a punishment tool for wrongdoers who will not repent. Should the accused be so foolish as to allow the criminal complaint to issue (i.e., fail to answer by redress agent or rebuttal) the war is over. All that remains is collecting the spoils of battle. The accused has lost and lost in a very big way. In all probability the accused will never recover from the consequences.

Accompanying the Criminal Complaint is the COMMERCIAL LIEN, which is issued by consensual default, or by order of the common law jury against all the assets of the accused. This effectively gives the claimant lien rights against all of the property of the accused. Such a lien may be filed in the county recorders office; however, this filing is not a necessity; it is rather a convenience. Any common law commercial lien will stand by law for one hundred years or until the damages have been collected. In most cases that means practically forever because the accused does not, and probably never will have enough property to satisfy the damages thus assessed.

Now the full power of the legal enforcement system can be brought to bear to collect the damages owed by the accused. The Sheriff is empowered to seize paychecks, cars, homes, anything and everything. The accused is in fact a CONVICTED FELON and is unbondable by any insurance company, subject by law to immediate termination if employed by the government and is forever barred from holding or profiting from any public office.

## SUMMARY

The fundamental purpose, and one of the major objectives of the Commercial Affidavit Process is to educate wrongdoers to the fact they have abused the unalienable rights of a sovereign Citizen and cannot get away with it, and to give them an opportunity (commercial grace) to repent and undo the wrongs they have done. Unlike the typical criminal trial where the accused no longer has the options of simply redressing the wrongs he or she has done, the Commercial Affidavit Process DOES give the accused that option! Further, the CAP allows for the education of wrongdoers so they know that they are being used by the conspirators in the secret government to promote and execute a war against We The People (see 12 USC §95(a) and §95(b) for proof). Thus the accused may see for themselves what is really going on and decide which side they choose to serve; the side of God and righteous laws, or the side of Mammon and slavery