

Kirkland & Ellis energy efficient roof system 1-4-07 4:30 AM

for Lori Sinanyan,

I will be sending you(2) two packets as soon as I can get them photocopied. They will be sent Certified as all my Liens - default and UCC were sent to W. R. Grace previously.

One packet will contain a full copy of my Certified Lien and bankrupcy related documents only.

The other will be some items relating to Lawyers Licenses and The United States (That is The real U.S. of A.) Constitution Bangers including our Charter.

you could have obtained copies of my Lien, default and UCC papers by calling The Klickitat County Court house in Goldendale, Washington where they are recorded, W.R. Grace knew that.

I will have a new phone # as of the end of this week - 1-208-926-4968. I will also have a new address - RT. 1 - Box 48B Kooskia, no Zip Code. See document titled "Top Secret" in one of the packets. you will also find additional letters in each packet.

Tony Volovsek
Legal Name
Anton Frank Volovsek

P.S. How much more valuable information is W.R. Grace withholding from you. Jamie O'Neill of Pachulski + Co. claims he didn't know anything about my Liens or claim.

PS Form 3811-A, Dec. 1985 — REQUEST FOR RETURN RECEIPT (AFTER MAILING)

This form must be completed at the PO and compared against the customer's receipt. DO NOT FURNISH THIS FORM TO CUSTOMERS.

Article Addressed To: COSTELLO ALCH PRES & CO
Registered No. / Certified No.: Z 448 506 053
Mailing Date: 7-23-98
Address: One Town Center Rd, Boca Raton FL 33486
Postal Records Show Delivery: No Record
Postmark: Boca Raton, FL, SEP 13 1998

STATE OF WASHINGTON Licensing — CUSTOMER'S COPY

No. 260442

DATE 8/31/98

RECEIVED FROM Anton Volovsek

$ 36

FOR W.R. Grace & Co. others

How Paid: ☒ CASH ☐ CHECK # ☐ MONEY ORDER

3 each @ $12

BY [signature]





Is your RETURN ADDRESS completed on the reverse side?

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
A.L. Costello Chrman, Pres, CEO
Grace W.R. & Co. Inc. (N.Y.)
One Town Ctr. Rd
Boca Raton, FL.
33486

4a. Article Number
2 389 025 283

4b. Service Type
☐ Registered ☒ Certified
☐ Express Mail ☐ Insured
☐ Return Receipt for Merchandise ☐ COD

7. Date of Delivery
5-21-96

5. Received By: (Print Name)

6. Signature: (Addressee or Agent)
X [signature]

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994 Domestic Return Receipt

Thank you for using Return Receipt Service.

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
A.L. Costello Chrman, CEO
Robert J. Bettacchi Pres.
Grace Construction Products
62 Whitemore Ave
Cambridge, Ma. 02140

4a. Article Number
2 389 025 284

4b. Service Type
☐ Registered ☒ Certified
☐ Express Mail ☐ Insured
☐ Return Receipt for Merchandise ☐ COD

7. Date of Delivery

5. Received By: (Print Name)

6. Signature: (Addressee or Agent)
X [signature]

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994 Domestic Return Receipt

Thank you for using Return Receipt Service.

Is your RETURN ADDRESS completed on the reverse side?

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
A L Costello
Grace W-R & Co. Inc (NY)
One Town Ctr. Road
Boca Raton, FL 33486

4a. Article Number
P-280-808-145

4b. Service Type
☐ Registered ☐ Certified
☐ Express Mail ☐ Insured
☐ Return Receipt for Merchandise ☐ COD

7. Date of Delivery

5. Received By: (Print Name)

6. Signature: (Addressee or Agent)
X [signature]

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994 Domestic Return Receipt

Thank you for using Return Receipt Service.

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
A.L. Costello Chrman, Pres + CEO
W.R. Grace & Co.
One Town Ctr. Rd
Boca Raton, FL.
33486

4a. Article Number
2 389025 282

4b. Service Type
☐ Registered ☒ Certified
☐ Express Mail ☐ Insured
☐ Return Receipt for Merchandise ☐ COD

7. Date of Delivery
5-21-96

5. Received By: (Print Name)

6. Signature: (Addressee or Agent)
X [signature]

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994 Domestic Return Receipt

Thank you for using Return Receipt Service.

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "*Return Receipt Requested*" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
Robert J. Bettacchi
Grace Construction Products
62 Whitmore Ave.
Cambridge, Ma. 02140

4a. Article Number: 2442 526 252

4b. Service Type: ☐ Registered ☐ Express Mail ☐ Return Receipt for Merchandise ☒ Certified ☐ Insured ☐ COD

7. Date of Delivery:

5. Received By: *(Print Name)*

6. Signature: *(Addressee or Agent)* X [signature]

8. Addressee's Address (Only if requested and fee is paid)

PS Form **3811**, December 1994 102595-97-B-0179 **Domestic Return Receipt**

Thank you for using Return Receipt Service.

Is your RETURN ADDRESS completed on the reverse side?

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "*Return Receipt Requested*" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
Att. Robert J. Bettacchi
Grace Construction Products
62 Whitemore Ave
Cambridge, Ma. 02140

4a. Article Number: P-280-808-144

4b. Service Type: ☐ Registered ☐ Express Mail ☐ Return Receipt for Merchandise ☒ Certified ☐ Insured ☐ COD

7. Date of Delivery:

5. Received By: *(Print Name)*

6. Signature: *(Addressee or Agent)* X [signature]

8. Addressee's Address (Only if requested and fee is paid)

PS Form **3811**, December 1994 **Domestic Return Receipt**

Thank you for using Return Receipt Service.

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "*Return Receipt Requested*" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
ATTN A. L. Costello
W. R. GRACE & CO
One TOWN CTR Rd
BOCA RATAN FL
33486

4a. Article Number: 2442526277

4b. Service Type: ☐ Registered ☐ Express Mail ☐ Return Receipt for Merchandise ☒ Certified ☐ Insured ☐ COD

7. Date of Delivery: 9-9-98

5. Received By: *(Print Name)*

6. Signature: *(Addressee or Agent)* X [signature]

8. Addressee's Address (Only if requested and fee is paid)

PS Form **3811**, December 1994 102595-97-B-0179 **Domestic Return Receipt**

Thank you for using Return Receipt Service.

Is your RETURN ADDRESS completed on the reverse side?

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "*Return Receipt Requested*" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
Grace, W. R. & Co. Inc.
One Town CTr. Rd.
Boca Raton, F.L. 33481

4a. Article Number: 2442 526 251

4b. Service Type: ☐ Registered ☐ Express Mail ☐ Return Receipt for Merchandise ☒ Certified ☐ Insured ☐ COD

7. Date of Delivery: 7-28-98

5. Received By: *(Print Name)*

6. Signature: *(Addressee or Agent)* X [signature]

8. Addressee's Address (Only if requested and fee is paid)

PS Form **3811**, December 1994 102595-97-B-0179 **Domestic Return Receipt**

Thank you for using Return Receipt Service.

Is your RETURN ADDRESS completed on the reverse side?

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "*Return Receipt Requested*" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
AL. Costello, Chrmn, CEO
Robert J. Bettacchi, Pres.
Grace Construction Products
62 Whittemore Ave
Cambridge MA 02140

4a. Article Number
808034

4b. Service Type
☐ Registered ☒ Certified
☐ Express Mail ☐ Insured
☐ Return Receipt for Merchandise ☐ COD

7. Date of Delivery

5. Received By: (*Print Name*)

6. Signature: (*Addressee or Agent*)
X P Gomes

8. Addressee's Address (*Only if requested and fee is paid*)

PS Form **3811**, December 1994 Domestic Return Receipt

Thank you for using Return Receipt Service.

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "*Return Receipt Requested*" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
AL Costello Chrmn, Pres, CEO
WR Grace & Co.
One Town Ctr
Boca Raton, FL 33486

4a. Article Number
808 035

4b. Service Type
☐ Registered ☒ Certified
☐ Express Mail ☐ Insured
☐ Return Receipt for Merchandise ☐ COD

7. Date of Delivery
10-8-96

5. Received By: (*Print Name*)

6. Signature: (*Addressee or Agent*)
X [signature]

8. Addressee's Address (*Only if requested and fee is paid*)

PS Form **3811**, December 1994 Domestic Return Receipt

Thank you for using Return Receipt Service.

Is your RETURN ADDRESS completed on the reverse side?

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "*Return Receipt Requested*" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
Att. Litigation Counsel
W.R. Grace & Co.-Conn.
62 Whittemore Avenue
Cambridge, MA. 02140-1692

4a. Article Number
808 036

4b. Service Type
☐ Registered ☒ Certified
☐ Express Mail ☐ Insured
☐ Return Receipt for Merchandise ☐ COD

7. Date of Delivery
10-9-96

5. Received By: (*Print Name*)

6. Signature: (*Addressee or Agent*)
X P Gomes

8. Addressee's Address (*Only if requested and fee is paid*)

PS Form **3811**, December 1994 Domestic Return Receipt

Thank you for using Return Receipt Service.

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "*Return Receipt Requested*" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
AL. Costello Chrmn, Pres. CEO
W.R. Grace Co. Inc. (NY)
One-Town Ctr. Rd.
Boca Raton FL.
33486

4a. Article Number
808 033

4b. Service Type
☐ Registered ☒ Certified
☐ Express Mail ☐ Insured
☐ Return Receipt for Merchandise ☐ COD

7. Date of Delivery
10-8-96

5. Received By: (*Print Name*)

6. Signature: (*Addressee or Agent*)
X [signature]

8. Addressee's Address (*Only if requested and fee is paid*)

PS Form **3811**, December 1994 Domestic Return Receipt

Thank you for using Return Receipt Service.

This is only one of the reasons I w—— – a Reagan

1

**NORTH AMERICAN FREE TRADE AGREEMENT**

AKA "OPERATION GREENBACKS FOR WETBACKS"
quote George Bush, Dick Cheney

witnessed by Cathy O'Brien 2/93

Copy
Fact many of this kind of information including

"Well, Kitten," Reagan said to me, "This is your death sentence: You'll go out in a blaze of glory..."

I was present when Ronald Reagan, a chief Mafia porn boss and then President of Mexico de la Madrid met December 1986 in Bel Aire, California to finalize plans for the opening of the Juarez border to "free trade" of cocaine, heroin and (mind controlled) child/adult slavery operations ...a forerunner to the North American Free Trade Agreement.

I had previously been programmed by Dick Cheney, George Bush and Reagan (re: No More Beating Around the Bush paperwork) to meet with de la Madrid to establish this ground work for NAFTA. Of all the Central Intelligence Agency's criminal covert operations I was used in for over a decade, and all the sensitive messages I delivered between world leaders, the criminal activity I witnessed/ exposed to between US and Mexican government officials at the onset of NAFTA, prompted orders for my death. I had witnessed enough to jeopardize the implementation of the so-called "New World Order". (Note: by 1938, Adolph Hitler had termed his global efforts as the "New World Order".)

– – – – – –

The North American Free Trade Agreement is but a small part of long range planning that was to bring about the New World Order and a shared global economy. In order to even out the vast difference between Mexico's impoverished third world economy and the wealth of the US, efforts began in the mid 1980's to financially balance the two nations. It was my experience as a government "Presidential model" mind control slave to have witnessed the US taking control of the world's drug, arms and pornography industries, and using the proceeds to further covert activities that were to eventually put the "masterminds" behind the New World Order in control.

The plan I witnessed George Bush implement "allegedly" included trauma based (and electronic) mind control via DIA Psychological Warfare Division techniques, domination of the world's organized crime (drugs) and oil industries, "ethnic cleansing", and a deliberate plan to encite anarchy to desolve organized government structures, including suspending the US Constitution and evoking Marshall Law. To further the effects of total mind control, George Bush was actively involved in MK Ultra's genetic studies, Project Monarch, by personally sexually assaulting numerous children—including my own daughter from the age of 3 1/2 years until she was 8. By influencing our so-called Justice system, further pandomonium among American citizens was created when cover-up and CIA Damage Containment practices became the order of the day, traumatizing the public sector through rampant crime with no effective legal recourse

Page 1-of-6



Page 3 of 6

*Documented Affirmation...that Judges, Lawyers, DAs and Corp. Counsels...Violate §757.30 Wis. Stats. Requiring..."LICENSE TO PRACTICE LAW...PROVIDED BY LAW" not by SCR 40.02 Court "rule" [over] nor "CERTIFICATE OF ADMISSION"...not a "LICENSE...AS NO SUCH DOCUMENT [LICENSE] EXISTS" [Check Your DA for 'License']

Stephen L. Smay
Executive Director

Board of Governors

Officers
President
C. Lane Ware
Wausau
President-Elect
John R. Decker
Milwaukee
Past President
John Walsh
Madison
Secretary
Diane S. Diel
Milwaukee
Treasurer
Paul C. Swanson
Oshkosh
Chairman of the Board
Linda S. Balisle
Madison

Governors
Appleton
A. Coward Patterson
Beaver Dam
Eric E. Becker
Bethesda, MD
Richard O'Melia
Denver, CO
Robert W. Hansen
Edgerton
John W. Roethe
Gainesville, FL
W. Scott Van Alstyne Jr.
Green Bay
John A. Evans
Hudson
Terrence M. Gherty
Kenosha
Donald E. Mayew
La Crosse
Thomas S. Sleik
Madison
Marvin D. Andrews
Miller C. Flaten
Catherine I. Furay
Daniel W. Hildebrand
Daniel A. Rottier
James D. Sweet
Harvey L. Wendel
Merrill
Marna Jarvis
Milwaukee
Pamela E. Barker
Karen A. Case
James E. Collis
Margadette M. Demet
John A. Fiorenza
Robert L. Habush
Theodore J. Hodan
John V. Kitzke
David A. Saichek
Bonnie L. Schwid
Anne B. Shindell
Daniel L. Shneidman
Robert E. Tehan Jr.
Arthur J. Vlasak
Port Wing
Gary E. Sherman
Racine
Robert R. Gagnon
John F. Kerscher
Rhinelander
John M. Schiek
Ripon
Steven R. Sorenson
Sheboygan
Eldon L. Behrendt
Waukesha
Cornelius G. Andringa
Wausau
William A. J. Drengler
Wisconsin Rapids
Francis J. Podvin

P.O. Box 7158

County of Dane )
) ss.
State of Wisconsin )

The undersigned hereby affirms that Atty. John Matousek, Atty. David Shudlick, Atty. Steven Luse Abbott, Atty. David Rice, Atty. Richard J. Heitman, Atty. Thomas L. Horvath, Atty. Allen R. Brey, Atty. Everett Hale and Atty. Jonathan Lindberg are all actively licensed to practice law in Wisconsin. All of the above attorneys are currently in good standing as of November 30, 1989.

The undersigned also affirms that Judge James W. Rice, Judge Kent C. Houck, Judge Michael J. Rosborough and Judge Gary L. Carlson are licensed as judicial members with the State Bar of Wisconsin and are in good standing as of this date.

Certificate of admission To The Bar

*This document is being supplied in lieu of copies of each attorney's license as no such document exists.*

Julie A. Chrisler
Member Records Manager

Madison, Wisconsin
November 30, 1989

Subscribed to before me this 30th day of November, 1989.

Edgar E. Lien
Notary Public
State of Wisconsin

My commission is permanent.

Copy

(8) EXHIBIT "F"

THE BRUSH FIRE
"It does not take a majority to prevail, but rather an irate, tireless mi
keen to set brushfires in the peoples' minds." ~Samuel Adam

# The Second Amendment: "No longer

**by Hari Heath**

As our country reaches a moment of what is arguably its greatest crisis; as the enemy of everything Americans have come to hold dear is not a foreign power, but an enemy within which has already exceeded every horrific possibility that our founders warned us of and many others that were inconceivable at the time; when the president states that the Constitution is just a "god damned piece of paper," the one final check against the abuse of power is now regarded in the seat of government to be "no longer necessary."

### Individual v. collective

There is a court case in the District of Columbia where several residents have sued the District and its mayor to end its effective prohibition on long-gun and handgun ownership and carrying arms for defensive purposes. The District's attorneys, who are arguing against the suit, promote the notion that the Second Amendment is applicable only as a collective right of state organized militias, not a right of individuals. Th[illegible]

of up to one year, or both. A second offense is punishable as a felony by a fine of up to $5,000, imprisonment of up to five years, or both, in the case of a handgun or other non-registerable firearm.

The crux of the plaintiff's complaint is that: "Thus, while the penalty for carrying a handgun in public is five years imprisonment and/or $5,000, any person who carries a handgun on his or her own property is subject to one year imprisonment and/or a fine of $1,000 as set forth in D.C. Code §22-4515—even if the handgun could be legally registered. Licenses to carry a handgun are rarely, if ever, issued to private citizens (non-law enforcement officers)" and that by "maintaining and enforcing a set of laws banning the private ownership and possession of handguns and functional firearms within the home, forbidding otherwise lawful self-defense usage of arms, and forbidding the movement of a handgun on an individual's property, defendants are propagating customs, policies, and practices that violate the plaintiffs' individual rights under the Second Amendment to the United States Constitution, damaging plaintiffs in violation of 42 U.S.C. § 1983. Plaintiffs are there[illegible]

in the District.

The Appeals judges struggled with the meaning of the amendment's language about militias. If a well-regulated militia is no longer needed, they asked, is the right to bear arms still necessary?

The plaintiff's attorney, Alan Gura, responded: "That's quite a task for any court to decide that a right is no longer necessary. If we decide that it's no longer necessary, can we erase any part of the Constitution?"

### The Supremes

The Appeals Court's decision is expected relatively soon and the case has a chance of going to the Supreme Court. They have not ruled on a Second Amendment case since the 1934 U.S. v. Miller case. The court then upheld the National Firearms Act's (NFA) ban on Miller's sawed-off shotgun because it was not a commonly-used military firearm. Neither Miller, nor his attorney showed up to argue before the Supreme Court, leaving only the government to argue the case.

The NFA also essentially bans (by a strict taxation and registration scheme) [illegible]

# The American legal system is corrupt beyond recognition, says federal judge

The American legal system has been "corrupted almost beyond recognition," Fifth District U.S. Court of Appeals Judge Edith Jones told the Federalist Society at its Feb. 28, 2003 meeting at the Harvard Law School.

Judge Jones explained that zealous prosecutors are increasingly willing to sacrifice what is morally right for political expediency. She also said that the change has come because our nation's legal philosophy has decended to "nihlism."

Nihlism is defined as, "1. a negative doctrine, the total rejection of current beliefs in religion or morals. 2. a form of skepticism that denies all existence."

Judge Jones would have been hard pressed to find a word that could have painted the current state of our nation's legal affairs in a worse light. "The integrity of law, its religious roots, its transcendent quality are disappearing," she said.

"The first 100 years of American lawyers were trained on Blackstone, who wrote that, 'The law of nature ... dictated by God himself ... is binding ... in all countries and at all times; no human laws are of any validity if contrary to this; and such of them as are valid derive all force and all their authority ... from this original.'

"The Framers created a government of limited power with this understanding of the rule of law - that it was dependent on transcendent religious obligation," said Jones.

She also illustrated her belief that Americans have come to have a very negative view of lawyers with the aid of the movie "Chicago" with Richard Gere.

Judge Jones concluded by stating, "1) the state exists to preserve freedom, 2) the separation of governmental powers is central to our Constitution and 3) it is emphatically the province and duty of the judiciary to state what the law is, not what it should be."

Copy

