

**eers**
CANADIAN PAT. # 1047219

## energy efficient roof system

January 12, 2007

President of W. R. Grace Inc. and Co.
62 Whitemore Ave.
Cambridge, MD 02140-1692

Dear Mr. Festa,

Enclosed please find a copy of my response to the disclaimer letter I received from your law firm representing the W. R. Grace & Co. in your Chapter 11 bankruptcy; specifically, Lori Sinanyan of Kirkland and Ellis law firm out of Chicago, Ill. She is in Los Angeles, CA.

I request that you and maybe your in-house lawyer read the entire response very carefully. I have not sent a copy to Lori Sinanyan yet, however it is ready to go.

Since all the past Grace officials are either dead or retired, this response falls into your hands.

I will hold off sending this response to Lori Sinanyan of Kirkland and Ellis for 48 hours, unless you contact me and advise me otherwise.

I'm sorry we have not had the opportunity to converse under different circumstances. I hope that possibility might still exist. We would both benefit from it.

Sincerely,

*Anton F. Volovsek*                    *Anton F. Volovsek*
                                        *1-17-07*
                                        ( See attached notary )

Anton F. Volovsek
Sole Owner of the Energy Efficient Roof System
And the only secured creditor of your Chapter 11
Bankruptcy.
Claim Number 000714.
Phone number: 208-926-4968
Rt. 1 Box 38B  *48 B*.
Kooskia, ID  83539

My copy of her letter is full of notations, so you will have to get a copy from her – Lori Sinanyan.

Personally I'm looking forward to the hearing. I'm going to be heard nationwide.

# All-purpose Acknowledgment

STATE OF __IDAHO_____ , COUNTY OF __LEWIS_____

On __JANUARY 17, 2007_____ before me, the undersigned, a Notary Public
in and for said State, personally appeared
__Anton F Volovsek_____

○ personally known to me  –OR–  ○ proved to me on the basis of satisfactory evidence/ to be the person(s)
whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they
executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the
instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _Shirley Brewer_____

Name (type or printed)
_Shirley Brewer_____

My commission expires:
_09/20/2010_____

SHIRLEY BREWER
NOTARY PUBLIC
STATE OF IDAHO

(Seal)

NEL7494 (2-06 97916)



> In the News

> Welcome

> About Grace

> Grace Davison

> Grace Performance
Chemicals

> Corporate
Governance

> Investor Information

> Environment, Health
and Safety

> Media Kit

> Careers

> Search

**About Grace**

> Management    > Locations
> Community Stewardship

Executive Officers

**Fred E. Festa**
President and
Chief
Executive
Officer

**Robert M.
Tarola**
Senior Vice
President
and Chief
Financial
Officer

**W. Brian
McGowan**
Senior Vice
President
Administration

**William M.
Corcoran**
Vice
President
Public and

# LAPS-40-EAST

Lori Sinanyan Told me She sent me a Letter disclaiming my claim on The 18ᵗʰ of Dec 2006 Claiming IT must be The Christmas mail overload causing The delay. Jamie O'Nsell of Pachulski + co Stoled The Same Thing. Then how come on The bottom of This—The very first page That iT was n't even Printed until 12/29/06 → Not only once but 7 times in this packet which means I'm dealing with a demand Lier — a Typical Lawyer — what else could I expect really. She Lies continously Throwout This document. Which makes This entire disclaimer Letter NUll + Void. This was written by me—Anton Trent Valovads on The 7ᵗʰ day of January 2007—aT 6:30 Am.

FedEx informed me That They picked up This packet on The 29 of Dec. aT approx 6:00 P.M. and Called me approx 3 hr. before They delivered iT on The 2nd of Jan. 12:30 P.M.

## Job Printed By:

And She couldn't figure ouT why I didn't geT iT until The 3rd of Jan.

## clcook

How could Tanya Thompson send ouT This document 11 days before it was printed?

## At 2:56:06 PM

Not only are Lori Sinanyan + Jamie O'niell Liers buT so is Tanya Thompson a dam Lier by her own addmisson

## On 12/29/2006

See document Supposedly sent on The 18ᵗʰ of December by Tanya Thompson hired by Pachulski + Co. LasT Packet of disclaimer LeTTer—22 pages SenT To 888

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| W. R. GRACE & CO., et al.,[1] | ) ) | Case No. 01-1139 (JKF) |
| Debtors. | ) ) | Jointly Administered |

## AFFIDAVIT OF SERVICE

Tanya Thompson, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl Young Jones & Weintraub LLP, in the above-captioned action, and that on the 18th day of December 2006 she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

**NOTICE OF DEBTORS' OBJECTION TO CLAIM OF ANTON F. VOLOVSEK;**

**DEBTORS' OBJECTION TO CLAIM OF ANTON F. VOLOVSEK.**

Sworn to and subscribed before
me this 18th day of December, 2006

_____
Notary Public
My Commission Expires: 2-20-08

Tanya Thompson
_____

DIANE K. POTTS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Feb. 20, 2008

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:110114.36

# LAPS-40-EAST

## Job Printed By:

### clcook

### At 3:01:52 PM

### On 12/29/2006

Last of 7 Pages with Time and date (A.v.)



**CANADIAN PAT. # 1047219**

## energy efficient roof system

Response to disclaimer letter from Lori Sinanyan of Kirkland & Ellis, representing W. R. Grace & CO. in their Chapter 11 bankruptcy, received 01-02-07 at 12:30 p.m. V l a - *Fed EX*

Disclaimer letter served to:

1. The office of the United States Trustee

2. Each of the Official Committees in these Chapter 11 cases

3. To me – Anton F. Volovsek, and

4. All parties who have requested notice pursuant to Bankruptcy Rule 2002 – whoever they are – I would like to know who they are – their names.

Objections to be filed by 01-05-07 have been extended via fax from Lori Sinanyan to February 9th and trial date 02-26-07 – where not stated.

Request to send copies to (13) thirteen other councils or committee heads is no problem except what relevancy is there, to mention just one, to sending a copy to personal injury group since I am not an asbestos claimant or any part of the vermiculite mine of Libby, Montana. However, what can you expect from someone who has not done their homework. Besides, who in the hell gave you the authority to tell me who I must send copies to, and what and how I must answer your ridiculous disclaimer letter besides? W. R. Grace – Pachulski & Co., and Kirkland and Ellis, mainly you, Lori Sinanyan and maybe the trustees, if you want those 13 law firms to have

a copy, you send it to them. They have nothing to do with my claim. On the other hand, maybe they should get a copy.

### OBJECTIONS:

1.    I can't believe anyone can state that after seeing at least 2 letters written by W. R. Grace refusing to sell me bituthane using the word "alleged" refusal can only mean she either can't read or doesn't understand English.

The statements she makes, and I quote, "but they are without any foundation in law", all I can say is all laws were made by lawyers for lawyers, period! Telling me the law does not protect me won't hold water. It just shows what lawyers are the best at – twisting and distorting the truth. They are experts at that – nobody can even come close. I can't imagine how they can look in the mirror, then go down stairs and tell their children they make their living by lying, twisting and distorting the truth. It's no wonder this world is in the shape it's in, and why other countries think we, (the U.S.) is the worst country in the world and it can be explained in one word- Lawyers!!! See attached documents.

She mentions Statute of Limitations. W. R. Grace has been responsible for my loses starting back in 1974 – 24/7 every day for 31 years and still continues today. Where does the Statute of Limitations start or end when my losses as of today exceed 40 million dollars a day?

2.  Rules – Laws – Statutes are amended from time to time. For whose benefit? It's only a way to better fleece the poor people and further line their pockets.

3.  If W. R. Grace made 2.6 billion dollars last year, why are they in bankruptcy? The packet I received stated only 90 million would be needed to settle the asbestos claims.

4. In 1974 W. R. Grace, to my knowledge, was the only company to manufacture bituthane – 2 types – one with a polyetholane film on top, which did not work for my EERS system, and heavy duty bituthane, which did work. They also quit making it for a while but then started making it again some time later.

5. It was no longer experimenting. It was a proven system. Hayden Clark flew out from Cambridge 5 times in less than 5 months during the days of experiments. He was Head of the Waterproofing Division of W. R. Grace. Using the word "allegedly" only emphasizes her ignorance. The original patents are in my possession and will be shown to anyone upon request. The patent numbers were – are on my brochures.

6. That is correct.

7. That is also correct.

8. It is hard to understand the ignorance of a great and large Company such as W. R. Grace (at least that's the way it appeared). Heavy duty bituthane was developed basically for concrete base – it was used primarily for waterproofing bridge decks. When black top came into the market, Grace lost the bridge deck contract. They might not even know why today, but I know. Unknown to them, (Grace), it adhered better to metal than concrete. Thanks to my colleague, Jack Mellow, who mentioned that 80% of new commercial roof decks are metal, the Energy Efficient Roof System was born. It could only be removed by torching; again she used the work "allegedly" developed. It was developed, no ifs – buts or ands about it.

9. What could I do with 5 rolls when I need over 100? just for one job?

    (2) Bottom of page below #9, page 3. The affidavit in the lien is clearly signed – dated and notarized. How can she so blatantly outright lie – in writing yet?

10. That is correct.

11. Again the word "alleges", that word must be stuck up her behind. Other than that she is correct.

12. My attorney didn't attempt to – he did steal it. After a young Jewish Law firm - Aul & Mawicke got it back for me, they were finally successful in getting him (Snyder) disbarred.

The second lawyer (Ron Logan) of Phoenix, Arizona, got a ten-thousand dollar investment and kept it.

20 years – It was 12 or 15 years before I realized and found out that I had been barred from getting my Patented Roof System on the market. Barred by W. R. Grace or maybe David Rockafeller. Rockafeller would have lost over 20 billion dollars a year if my roof system would have gotten on the market just from the loss of asphalt that wouldn't be needed as in the present roof system. In 1975 I believe the major portion of W. R. Graces's income was derived from raw petroleum. I believe Rockafeller threatened W. R. Grace that if they sold me that membrane (bituthane) or helped me market my roof system, he would cut off their supply of petroleum. Only Rbt. Bettacchi would know if my belief of what I suspect about Rockafeller is true. If true, W. R. Grace would have been bankrupt 30 years ago. I fear R. Bittacobis' life would be in grave danger if he would confirm my theory. I would never allow that to happen. However, his life is in your hands. Can you live with that?

Number 4, bottom of Page 4:  Exhibits A-B-C & D are part of the lien and were submitted to W. R. Grace certified mail – return receipt requested and received.  Copies faxed to Lori Sinanyan on 01-04-07.

13. I can't believe this.  With the positive proof that the lien and default were received.

14. She uses the word "alleges" again.  Last count – 9 times already.  (34 times total in this letter alone.)  If she knew my liens and default were recorded, why didn't she have a copy of them?

15. Confirmed

16. True

17. 2.5 cents per square foot was based on royalty benefits only, which has now expired. A new patent is pending since enough improvements have been made in the products used.  The amount claimed is exhibit C.  Plain as day in the lien.  I'm sorry if you graduated from college and still can't read.  The time frame did not include up to 2001 – it only went to 1996.

18. Janet Bore at Kirkland and Ellis didn't have any objections.

19. 19-A – Who made you God?  Only He can deprive me of my rights.

20. Barring me from getting my patented roof system on the market and depriving me of hundreds of billions of dollars isn't criminal?  Spare me!!

1. By whose law?  Must be lawyer's law, and definitely illegal.

21. It is established law that there is "generally" no private right of action etc, and the law is well settled that (no private citizen has a constitutional right to bring a criminal complaint against another individual.)  That's a quote from your disclaimer letter. Generally – definition – in most but not all cases – I am most generally the exception

to the rule, and who in the hell do you think you are trying to tell me I have no
constitutional right to file a criminal complaint against another individual. Who can
we file a criminal complaint against? A Martian? An animal? Maybe a lawyer –
they don't appear to be human, even though they might look like one. They only
work for the devil – who knows where evil lurks – my guess is behind every lawyer's
door. Practicing law without a license is a criminal offense.

22. That figures – only criminals are protected and only by lawyers. Why should I hire a
criminal to sign my papers?

23. I have proven that every one of your charges against me are false.

      2 (under #23) To this I say Bullshit.

24. To this I also say Bull Crap.

25. Boy – this one's a dandy. When did I, here we go again, allege such a ridiculous
hair-brained idea of a conspiracy to embezzle. You are very lucky you did not
specifically mention my EERS roof system, but you came pretty close, even
insinuated.

26. Conceal a felony – only a lawyer would be dumb enough to do something that
stupid. But, for the record, which United States, the illegal, corrupt corporate one,
or the real one?

27. The person or persons responsible for writing what was said in #21 must be in deep
shit, because that's what it seems they are trying to do to me. I'll have to check
out section 242.

27B. If a company as large as W. R. Grace, or any other company for that matter,
can break antitrust laws and not be held responsible, then this country is in worse

shape than even Federal Judge Edith Jones says it is. No wonder we're in such deep trouble.

28. Sounds to me like you got your head in a revolving door. The Statute of limitations doesn't even begin until the so-called job is complete or my losses come to a stop. You sound like you're trying to put your square head through a round hole.

29. You told me earlier I couldn't file an antitrust suit against anybody. Why are you now trying to explain how I can't do it? How dumb are you?

30. How wrong can you be? Your brain is so muddled up I don't think you even know which end of yours the noise is coming from. Grace's lawyers saved me the trouble by informing me that I was a creditor.

31. You've gone over the subject a dozen times. What is it you don't understand?

32. So - I opted to market my patented roof system myself until I found out Grace had me barred.

33. I didn't allegedly serve the debtors, they were served.

    2. You're getting very tiring on that antitrust. If you need to know more about the antitrust laws, go to the library and quit asking me.

34. More antitrust. I tired of listening to the same old shit.

35. See exhibit "B". How can you outright lie so much?

    3. Send me the words that belong to Title 15, or are there some rules you just made up?

36. I guess W. R. Grace owes someone another 100 million dollars.

37. When are you going to get off the antitrust thing? Since no attorney has a license to practice law I would assume the Attorney General doesn't either. So why do you

keep harping about that only an attorney has the authority to sign papers?  See response.

38. Title 15 again – come on, wake up and smell some fresh air.

39. Exhibit C is what you claim I don't have way back in #17.  You see, you said it yourself – quote – This has no relevance to any claims a private citizen would have against any debtor – you lawyers are really bad.

40. I'm aware of what subpoenas are.  What have they got to do with me?

41. Whoopee – you finally got off your soap box.  You could have said everything in about 5 disclaimers.  See enclosed definition of default.


*Anton F. Volovsek*
1-17-07

(see attached notary)

Anton F. Volovsek
*Anton F. Volovsek*

# All-purpose Acknowledgment

STATE OF ___IDAHO___ , COUNTY OF ___LEWIS___

On ___JANUARY 17, 2007___ before me, the undersigned, a Notary Public in and for said State, personally appeared

___Anton F Volousek___

○ personally known to me  -OR-  ○ proved to me on the basis of satisfactory evidence/ to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature ___Shirley Brewer___

Name (type or printed)
___Shirley Brewer___

My commission expires:
___09/20/2010___

```
SHIRLEY BREWER
NOTARY PUBLIC
STATE OF IDAHO
```
(Seal)

HEL7404 (2-06 97916)



BRITANNICA
WORLD LANGUAGE
EDITION OF FUNK & WAGNALLS STANDARD
DICTIONARY

well concealed. **6** Of great and ... or far-reaching intellectual ... sagacious; penetrating. **7** Of great ... great in degree; extreme; hence, ... and earnest. **8** Artful in the con- ... of plans or schemes; insidious; ... designing. **9** Of low, sonorous, or ... tone; grave. **10** Of intense or dark ... immersed; absorbed: *deep* in a ... A place or thing that has great depth; ... an abyss; especially, the sea or ... Something too profound, vast, or ... to be easily comprehended; a mystery. ... most profound part; culmination: the ... *night*. **4** *Naut.* The interval between ... successive marked fathoms on a lead ... sounding line of a vessel. — *adv.* ... **2** Far on, in reference to time. ... Akin to DIP.] — **deep'ness** *n.*

**deep-pie** (dēp'dish') A pie baked in a ... dish and having only a top crust.

**deep-dyed** (dēp'dīd') *adj.* Thoroughgoing; ... a *deep-dyed* villain.

**deep-en** (dē'pən) *v.t. & v.i.* To make or become ... deeper.

**deep-freeze** (dēp'frēz') *n.* A refrigerator in ... which may be kept for long periods of ... time at temperatures approximating 0° F. ... To freeze or *-froze* or *-freezed*, ... To place or store in such a refrig-

**deep-fry** (dēp'frī') *v.t.* **-fried, -fry-ing** To fry in ... deep oil.

**deep-laid** (dēp'lād') *adj.* Made with extreme ... secretiveness, usually in secret: *deep-*

**deep** *adv.* **1** At or to a great depth. ... **2** In great extent or degree; intensely; ... thoroughly. **3** At a low pitch or ... With deep color. **5** Artfully; intri-

**deep** *Physiol.* Any reflex affecting a ... muscle or other internal structure, ... as by tapping an adjacent tendon

**deep-seated** (dēp'rōō'tid, -rŏŏt'id) *adj.* **1** Hav- ... ... reach far below the surface. ... said of beliefs, prejudices, etc. ... (dēp'sē') *adj.* Of, in, or pertaining to ... of the sea.

**deep-south** (dēp'sō'th'd) *adj.* So far in as to be ... in or almost inextricable: said of ... diseases, etc.

**Deep-South** The southernmost parts of ... Georgia, Louisiana, and Missis- ... traditionally regarded as typifying ... culture and traditions.

**deer** *n. pl.* **deer** **1** A ruminant (family ... having deciduous antlers, usually in ... such as the moose, elk, and reindeer. ... *deer* is used mainly of the smaller ... the Collateral adjective: *cervine*. See ... also, VENISON. **2** A deerlike animal. ... **3** any quadruped; a wild animal. ... [OE *dēor* beast] ... *(dir'bər'ē) n. pl.* **-ries** **2** The ... *(bē'rē-)* **2.** The wintergreen. **3** The

**deer-fly** *n. pl.* **-flies** A bloodsucking ... *(Chrysops),* similar to a horsefly but ... with banded wings. For illustra- ... deer (injurious).

**deer-grass** (dir'gräs') *n.* **1** Meadow- ... **2** A forage grass *(Muhlenbergia ... Mexico* and the SW United States.

**deer-hound** (dir'- ... A breed ... A large dog, ... nail, flat ... muz- ... shaggy, ... long, brin- ... and called ... Also ... hound. ... *(hound') n.*



DEERHOUND
(28 to 32 inches high at the shoulder)

**deer-skin** (dir'skin') *n.* A deer's hide, or leather ... made from it; buckskin.

**deer-stalk-er** (dir'stô'kər) *n.* **1** One who hunts ... deer by stalking. **2** A helmet-shaped cloth ... cap, usually red, commonly worn by deer ... hunters.

**deer-weed** (dir'wēd') *n.* A branching, legumi- ... nous herb *(Lotus scoparius)* found in parts ... of Arizona and southern California: some- ... times utilized for cattle food. Also *deer'vetch'.*

**dee-van** (di-vän') See DEVAN.

**de-face** (di-fās') *v.t.* **-faced, -fac-ing** **1** To mar ... or disfigure the face or surface of. **2** To ... obliterate wholly or partially, as an inscrip- ... tion; efface. [< obs. F *defacer* < OF *desfacier ... < des-* down, away + *face* face < L *facies*] ... — **de-face'a-ble** *adj.* — **de-fac'er** *n.* — **de-fac'ing** ... *adj.* — **de-fac'ing-ly** *adv.*

**de-face-ment** (di-fās'mənt) *n.* **1** The act of ... defacing. **2** Anything that disfigures.

**de fac-to** (dē fak'tō) *Latin* Actually or really ... existing, with or without legal sanction, as a ... government: distinguished from *de jure.*

**de-fal-cate** (di-fal'kāt) *v.i.* **-cat-ed, -cat-ing** To ... commit defalcation; embezzle money. [< ... Med. L *defalcatus,* pp. of *defalcare* lop off ... < *de-* down, away + *falx, falcis* scythe] — ... **de-fal'ca-tor** *n.*

**de-fal-ca-tion** (dē'fal-kā'shən) *n.* **1** A fraud- ... ulent appropriation of money held in trust; ... embezzlement; also, the amount embezzled. ... **2** A deducting; an abatement. **3** The amount ... deducted.

**def-a-ma-tion** (def'ə-mā'shən) *n.* The act of ... defaming; aspersion; calumny. See synonyms ... under SCANDAL. [< L *diffamatio, -onis* a ... speaking against < *diffamare.* See DEFAME.]

**de-fam-a-to-ry** (di-fam'ə-tôr'ē, -tō'rē) *adj.* Slan- ... derous.

**de-fame** (di-fām') *v.t.* **-famed, -fam-ing** **1** To ... attack the good name or reputation of; slander; ... libel. **2** *Obs.* To indict; accuse. See synonyms ... under ABUSE, ASPERSE, REVILE. [< L *diffamare ... < dis-* away, from + *fama* a report, reputation] ... — **de-fam-er** (di-fā'mər) *n.* One who slanders or ... dishonors another.

**de-fault** (di-fôlt') *n.* **1** A failure in or neglect ... of an obligation or duty; failure to appear ... or plead in a suit; failure to pay a sum due. ... **2** Want or deficiency; absence; lack: in ... *default* of evidence. **3** *Obs.* A fault; trans- ... gression. **4** The failure to appear for an ... athletic contest, race, etc.; failure to finish ... a contest. See synonyms under NEGLECT, WANT. ... — **in default of** Owing to lack or failure of. ... — **judgment by default** A judgment in a civil ... action rendered for failure to prosecute or ... defend. — *v.i.* **1** To fail or neglect to fulfil or ... do a duty, obligation, etc. **2** To fail to meet ... financial obligations. **3** *Law* To fail to ... appear in court; also, to lose by default. ... **4** In sports, to fail to compete or complete a ... game, etc.; also, to lose or forfeit a game, ... etc., by default. — *v.t.* **5** To fail to perform ... or pay. **6** To declare in default, especially ... legally. **7** In sports, to fail to compete in, ... as a game; also, to forfeit by default. [< OF ... *defaut < defaillir < de-* down + *fallere* deceive]

**de-fault-er** (di-fôl'tər) *n.* **1** One who defaults; ... especially, one who fails to appear in court. **2** ... One who fails to account for trust money; a ... delinquent; embezzler; also, one who fails to ... pay debts. **3** *Brit.* A soldier who has com- ... mitted an offense against military law.

**de-faun-ate** (di-fô'nāt) *v.t. Med.* **1** To remove or ... destroy parasitic animal organisms present in ... the body. **2** To defouse. [< *de-* + NL *fauna* ... animal life]

**de-fea-sance** (di-fē'zəns) *n.* **1** A making null or ... void; an annulment. **2** *Law* A condition in a ... deed or collateral instrument by the perform- ... ance of which the principal deed is rendered ... void. [< OF *defesance* an undoing < *defaire.* ... See DEFEAT.]

**de-fea-si-ble** (di-fē'zə-bəl) *adj.* Capable of being ... rendered void. — **de-fea'si-ble-ness, de-fea'- ... si-bil'i-ty** *n.*

**de-feat** (di-fēt') *v.t.* **1** To overcome in any

**3** *Law* An annulment. **4** *Obs.* Destruction. ... See synonyms under LOSS, RUIN. [< OF *defeit,* ... pp. of *defaire < de-* not (< L *dis-*) + *faire* ... do < L *facere*]

**de-feat-ism** (di-fē'tiz-əm) *n.* **1** Acknowledg- ... ment or acceptance of defeat, usually on ... grounds of the futility of resistance. **2** The ... conduct, state of mind, or propaganda that ... makes for this. — **de-feat'ist** *n. & adj.*

**de-fea-ture** (di-fē'chər) *n. Obs.* **1** Defeat. ... **2** A defect or injury.

**def-e-cate** (def'ə-kāt) *v.* **-cat-ed, -cat-ing** *v.t.* ... **1** To clear of dregs or impurities; refine; ... purify. — *v.i.* **2** To become free of dregs. ... **3** To discharge excrement. — *adj.* Clarified; ... refined. [< L *defaecatus,* pp. of *defaecare ... < de-* down, away + *faex* dregs] — **def'e-ca'- ... tion** *n.*

**def-e-ca-tor** (def'ə-kā'tər) *n.* **1** One who or ... that which clarifies or purifies. **2** In sugar- ... making, an apparatus for clearing sirups, ... juices, etc., of impurities.

**de-fect** (di-fekt', dē'fekt) *n.* **1** Lack or absence ... of something essential; imperfection. **2** A ... blemish; failing; fault. See synonyms under ... BLEMISH, FOIBLE, WANT. — *v.i.* (di-fekt') To ... desert; go over to the enemy or opposition. ... [< L *defectus,* pp. of *deficere* fail < *de-* not ... + *facere* do]

**de-fec-tion** (di-fek'shən) *n.* **1** Abandonment ... of allegiance or duty; failure. **2** Apostasy; ... desertion.

**de-fec-tive** (di-fek'tiv) *adj.* **1** Incomplete or ... imperfect; faulty. **2** *Gram.* Lacking one or ... more of the declensional or conjugational ... forms normal for its class. Can is a *defective ... verb.* **3** *Psychol.* Having less than normal ... intelligence. — *n.* One who or that which is ... incomplete or imperfect; specifically, a men- ... tally defective person. — **de-fec'tive-ly** *adv.* ... — **de-fec'tive-ness** *n.*

**defective number** See under NUMBER.

**de-fec-tor** (di-fek'tər) *n.* One who deserts an ... allegiance, army, etc.

**de-fence** (di-fens'), **de-fence-less** (di-fens'lis), ... etc. See DEFENSE, etc.

**de-fend** (di-fend') *v.t.* **1** To shield from attack ... or injury; protect. **2** To justify or vindicate; ... support. **3** *Law* a To act in behalf of (an ... accused). b To contest, as a claim, charge, or ... suit. **4** *Obs.* To forbid. — *v.i.* **5** To make a ... defense. See synonyms under JUSTIFY, KEEP, ... PRESERVE, SHELTER. [< L *defendere < de-* ... down, away + *fendere* strike] — **de-fend'a-ble** ... *adj.*

**de-fen-dant** (di-fen'dənt) *adj.* **1** Sustaining ... defense. **2** *Obs.* Defensive. — *n.* **1** *Law* A ... person against whom an action is brought. ... **2** One who defends; a defender. [< F *defen- ... dant,* ppr. of *defendre* defend]

**de-fend-er** (di-fen'dər) *n.* One who defends or ... protects; a champion.

**Defender of the Faith** A hereditary title given ... in 1521 by Pope Leo X to Henry VIII of ... England for writing in defense of the seven ... sacraments against Luther: revoked later, but ... restored by Parliament and still used by ... English sovereigns.

**de-fen-es-tra-tion** (dē-fen'ə-strā'shən) *n.* The ... act of throwing out of a window, or the result ... of or subjection to such an act: used specifi- ... cally with reference to a mode of executing ... popular vengeance practiced in Bohemia in ... the later Middle Ages. [< L *de* out of, down ... + *fenestra* window]

**de-fense** (di-fens') *n.* **1** The act of defending; ... protection; the state of being defended. ... **2** Anything that defends. **3** A plea in justifi- ... cation; excuse; apology. **4** *Law* An opposing ... or denying of the truth, validity, or sufficiency ... of a plaintiff's complaint; also, whatever is ... alleged, pleaded, or offered in evidence as ... sufficient to defeat an action either wholly or ... in part. **5** The art or science of defending by ... force of arms; skilfulness in defending oneself, ... as in fencing or boxing. **6** *Obs.* A prohibitory ... decree. Also *defence.* — **Department of De- ... fense** An executive department of the U.S.

**dim, end; ēven; it, īce; odd, ōpen, ôrder; tŏŏk, pōōl; up, bûrn; ə = a in *above,* e in *sicken,* i in *clarity,* o in *melon,* u in *focus;* yōō = u in ... *fūt;* ch, check; g, go; ng, ring; th, thin; th, this; zh, vision. Foreign sounds à, œ, ü, kh, ñ; and ɵ: see page xx. < from; + plus; ? possibly.**



**DEEPEN**
**DEFECT**

fāte, fär, fåst, fall, final, cåre, at; mēte, prey, hėr, met; pine, marine, bird, pin; nōte, mōve, for, atōm, not; mōon, book; ūse, bµll, brūte, tūrn, µp; cry, myth; ɡat, machine, ace, church, chord; ɡem, aṅger, (Fr.) boṅ, aṡ; this, thin; azure

2. That which is profound, not easily fathomed, or incomprehensible; abyss.
A great free glance into the very *deeps* of thought.
—*Carlyle.*
3. The most still or solemn part; the midst.
The *deep* of night is crept upon your talk.
—*Shak.*
4. Nautically, the space between the marks on a lead line.

**deep′en,** *v.t.*; deepened, *pt.*; deepening, *ppr.*
1. To make deep or deeper; to sink lower; as, to *deepen* the channel of a river or harbor; to *deepen* a well.
2. To make dark or darker; to make thicker or more gloomy; as, to *deepen* the shades of night; to *deepen* gloom.
3. To make more poignant or absorbing; as, to *deepen* grief or sorrow.
4. To make graver; as, to *deepen* the tones of an organ.

**deep′en,** *v.i.* To become deeper; as, the water *deepens* at every cast of the lead.

**deep′-feⁱt,** *a.* Fetched or brought from a deep place. [Obs.]

**deep′-laid,** *a.* Laid deep; formed with cunning and sagacity.

**deep′ly,** *adv.* 1. At or to a great depth; far below the surface; as, a passion *deeply* rooted in our nature; precepts *deeply* engraved on the heart.
2. Profoundly; thoroughly; as, *deeply* skilled in ethics or anatomy.
3. Gravely; as, a *deeply* toned instrument.
4. With profound skill; with art or intricacy; as, a *deeply* laid plot or intrigue.

**deep′-mouthed,** *a.* Having a hoarse, loud, hollow voice; as, a *deepmouthed* dog.

**deep′ness,** *n.* The state of being deep, in all its senses; depth.

**deep′read** (-rĕd), *a.* Having fully read; profoundly versed.

**deep′sea,** *a.* Pertaining to or used in the deeper parts of the sea; as, a *deep-sea* lead.

**deep′waist′ed,** *a.* Having a deep waist, as a ship when the quarter-deck and forecastle are raised from four to six feet above the level of the main deck.

**deer,** *n. sing.* and *pl.* [ME. *der;* AS. *deor,* a wild animal.]
1. Any quadruped, particularly if *wild*.
2. One of the Linnean genus *Cervus,* of ruminant quadrupeds now constituting the family *Cervidæ,* which by some naturalists has been divided into several genera, others regarding the genus as one family as coextensive. They are distinguished by solid ramified horns which they shed every year, and eight cutting teeth in the lower jaw and none in the upper. There are many species, generally distinguished by a qualifying word, as musk *deer,* reindeer, or by a specific name, as elk, moose, caribou, etc. *Cariba virginianus* is the common American *deer.* *Cervus elaphus* the red *deer* of Europe.

**deer′ber″ry,** *n.* A plant of the genus *Vaccinium,* the squaw huckleberry; also, the wintergreen or the partridgeberry.

**deer′grass,** *n.* Any plant of the genus *Rhexia,* particularly the meadow beauty.

**deer′hair,** *n.* *Scirpus cæspitosus,* heath club rush.

**deer′hound,** *n.* A hound for hunting deer; a staghound.

**deer′let,** *n.* Any small deer, as the chevrotain.

**deer′ mouse,** *n.* *Hesperomys leucopus* or any other mouse of the same genus.

**deer′ neck,** *n.* A thin, ill-shaped neck, as of a horse.

**deer′skin,** *n.* 1. The raw skin of a deer.
2. The dressed leather made of the raw skin; buckskin.

**deer′stalk″er,** *n.* 1. One who stalks deer. [Eng.]
2. A low-crowned hat.

**deer′stalk″ing,** *n.* The hunting of deer by stealth instead of pursuit or in the open.

**deer′s′tongue** (-tµng), *n.* *Liatris odoratissima,* a plant having leaves of a vanilla-like odor.

**dees,** *n. pl.* of *die.*

**dees,** *n.* See *Dais.*

**de-es′sis,** *n.* [Gr. *deesis,* a supplication.] In rhetoric, an invocation to a deity.

**de′ess,** *n.* [Obs.] See *Goddess.*

**de-eth′i-cize,** *v.t.* To rid of ethical qualities; to cause to be separated from moral science.

**deev,** *n.* Same as *Deva.*

**de-face′,** *v.t.:* defaced (dēfāst′), *pt., pp.;* defac-

ing, *ppr.* [ME. *defacen;* OFr. *defacer;* L. *de-* priv., and *facies,* face.]
1. To destroy or mar the face or surface of; to injure the beauty of; to disfigure; as, to *de-face* a monument; to *deface* an edifice.
2. To injure, destroy, spoil, or mar; to erase or obliterate; as, to *deface* letters or writings; to *deface* a record.

Syn.—Disfigure, deform.—*Deface* expresses more than either *deform* or *disfigure.* To *de-face* is an act of destruction; it is the actual destruction of that which has before existed; to *disfigure* is either an act of destruction or an erroneous execution, which takes away the figure, to *deform* is altogether an imperfect execution, which renders the *form* what it is. A thing is *defaced* by design; it is *disfigured* either by design or accident; it is *deformed* either by art or by the nature of the thing. Inanimate objects are mostly *de-faced* or *disfigured,* but seldom *deformed;* animate objects are either *disfigured* or *deformed,* but seldom *defaced.*

**de-face′ment,** *n.* 1. Injury to the surface or exterior of; erasure; obliteration.
2. That which mars beauty or disfigures.

**de-fa′ci-ble,** *a.* One who or that which defaces.

**de-fac′tō.** [L. *de, ot,* from; *facto, facto,* ablative of *facio,* a fact, from *facere,* to do.] Actually; in fact; in reality; existing; as, a king *de facto,* distinguished from a king *de jure,* or by right.

**de-fail′,** *v.i.* To fail. [Obs.]

**de-fail′ance,** *n.* Failure. [Obs.]

**de-fail′ure,** *n.* Failure. [Obs.]

**de-fal′cate,** *v.t.:* defalcated, *pt., pp.;* defalcating, *ppr.* [LL. *defalcatus, pp.* of *defalcare,* to cut off; L. *de,* from; and *falx,* a sickle.] To cut off; to take away or deduct a part of; used chiefly of money, accounts, rents, income, etc. [Rare.]

**de-fal′cate,** *v.i.* To be guilty of defalcation; to embezzle.

**de-fal-ca′tion,** *n.* 1. Misappropriation of money; embezzlement.
2. In law, the reduction of a claim by the allowance of a setoff; abatement.

**def′a-cāt″or,** *n.* An embezzler; a defaulter.

**de-falk′,** *v.t.* To defalcate; to cut off. [Obs.]

**de-a-mā′tion,** *n.* [ME. *diffamacion;* L. *diffamatio,* libel, *defamatio,* from L. *diffamare* or *defamare.*] The uttering of slanderous words or writings; the malicious uttering of falsehood respecting another, which tends to destroy or impair his good name, character, or occupation; aspersion; calumny. *Defamation,* in law, embraces libel and slander.

**de-fam′a-to-ry,** *a.* Calumnious; slanderous; containing defamation; false and injurious to reputation; as, *defamatory* words.

**de-fame′,** *v.t.:* defamed, *pt., pp.;* defaming, *ppr.* [ME. *defamen, diffamen;* L. *diffamare,* to spread an evil report, defame.]
1. To slander by falsely and maliciously circulating statements respecting another which tend to injure his reputation; to speak evil of; to dishonor by false reports; to calumniate.
2. To accuse, especially if the charge be false. [Rare.]
3. To lower the fame of; to bring into disrepute; to make infamous.

The grand old name of gentleman,
*Defamed* by every charlatan.
—*Tennyson.*

Syn.—Accuse falsely, asperse, calumniate, libel, scandalize, slander, traduce, vilify.

**de-fam′er,** *n.* A slanderer; a detractor; a calumniator.

**de-fam′ing-ly,** *adv.* In a calumnious manner.

**def′a-mous,** *a.* Defamatory; slanderous. [Obs.]

**de-fat′i-ga-ble,** *a.* [L. *defatigare,* to weary; tire out.] Liable to be wearied. [Rare.]

**de-fat′i-gate,** *v.t.* To weary; to tire. [Rare.]

**de-fat′i-ga′tion,** *n.* Weariness. [Rare.]

**de-fault′,** *n.* 1. To fall in the performance of; to defect.
2. In law, to declare in default.
3. In law, to enter judgment against.

**de-fault′,** *v.t.* 1. To fail in fulfilling an engagement, claim, contract, or agreement; to fail to appear in court; to let a case go by default.

"Now then!" Mr. P. would say to a *defaulting* lodger, "Pay up!"
—*Dickens.*

2. To offend.

That he 'gainst courtesie so fowly did *default.*
—*Spenser.*

**de-fault′,** *n.* [ME. *defaute;* OFr. *defaute,* a fault; from L. *de,* away, and *fallere,* to fail, to deceive.]
1. A failing or failure; an omission of that which ought to be done; neglect to do what duty or law requires; as, this *default* has happened through the governor's *default.*
2. Defect; want; failure.

3. An offense; fault; wrong act. [Rare.]
4. In law, a failure of appearance in court; failure of either party in a suit when defendant in a suit when called particularly of the default also of jurors, witnesses, etc.

*Judgment by default;* a judgment render against a litigant who fails to plead.

*To suffer default;* to fail to answer when case is called for trial.

Syn.—Delinquency, failure, omission, neglect.

**de-fault′ēr,** *n.* 1. One who makes default; on who fails to appear in court when called.
2. One who fails to perform a public duty or account for public money; as, the money intrusted to his care; an embezzler; as, a bank *defaulter.*

**de′fe-a″sance,** *n.* [OFr. *defaisance,* a rendering void, from *desfaire, pp. defait,* to render void, undo.]
1. Defeat. [Obs.]
2. A rendering null; a voiding. [Obs.]
3. In law, a condition relating to a deed, which being performed, the deed is defeated or rendered void; or a collateral deed, made at the same time with a feoffment or other conveyance, containing conditions, on the performance of which the estate then created may be defeated.

**de-feat′ance,** *a.* Liable to be forfeited; subject to defeasance.

**de-fea′gi-ble,** *a.* That may be defeated or annulled; as, a *defeasible* title.

**de-fea′si-ble-ness,** *n.* The quality of being defeasible.

**de-feat′,** *v.t.:* defeated, *pt., pp.;* defeating, *ppr.* [ME. *defeten, defaiten,* from OFr. *defait, pp.* of *desfaire,* to undo, defeat; L. *de-* or *dis-* priv., and *facere,* to do.]
1. To overcome or vanquish, as an army; to check, disperse, or rout by victory.
2. To frustrate; to ruin by victory.
3. To disappoint; to balk; as, to frustrate or disappoint; as, our dearest hopes are often defeated.
4. To render null and void; as, to defeat a title to an estate.
5. To undo; to destroy. [Obs.]

Syn.—Overpower, overthrow, beat, rout, dislodge, vanquish, subdue, conquer, frustrate, foil, disconcert, baffle.

**de-feat′,** *n.* 1. A defeature, a failure, from *desfaire,* to fail.]
1. Overthrow; loss of battle; check, rout, or destruction, as of an army by the victory of an enemy.
2. Frustration by rendering null and void, or prevention of success; as, the *defeat* of a title; the *defeat* of a plan or design.
3. An undoing; destruction. [Obs.]

**de-feat′ism,** *n.* The advocacy of the defeat of one's country in war with the pretense that ultimate good will result. In the great World War, usually indicative of sympathy with the aims of Germany.

**de-feat′ist,** *a.* Relating to, or characteristic of, a defeatist.

**de-feat′ist,** *n.* 1. One who admits defeat or frustration before attempting a task or undertaking.
2. One who believes in or desires the defeat or frustration of his country's group, class, or party; one who contends that action or strife is impossible, useless, or in vain.
3. Among radicals, a person who is unwilling to strive actively for a better society because he lacks courage, conviction, or stamina, or because he believes that the strife is in vain.

**de-fea′ture,** *n.* 1. Defeat; also, disguise. [Obs.]

**de-fea′ture,** *v.t.* To change the features of; to disguise. [Rare.]

**def′e-cate,** *a.* Having every impurity removed; cleared; refined. [Rare.]

**def′e-cate,** *v.t.:* defecated, *pt., pp.;* defecating, *ppr.* [L. *defæcatus, pp.* of *defæcare,* to cleanse from dregs, from L. *de, dis,* and *fæx,* dregs, grounds; to strain; *de,* from, and *fæx,* dregs.]
1. To purify; to refine; to clear from dregs, or impurities; to clarify; as, to *defæcate* liquor.
2. To purify from vicious or corrupt matters; as, to *defæcate* liquor; purge of extraneous matter; to clear; to clarify. [Rare.]

**def′e-cate,** *v.i.* 1. To become clarified.
2. To excrete the feces.

**def-e-cā′tion,** *n.* 1. The act of separating from lees or dregs; purification from impurities of foreign matter.
2. Excretion of the feces.

**def′e-cā″tor,** *n.* One who or that which defecates, as a clarifier for syrup in sugar making.

**de-fect′,** *n.* [ME. *defecte;* OFr. *defait,* from L. *defectus,* a failure, lack, from *deficio, pp.* of *deficere,* to fail, to lack.]
1. Want or absence of something necessary or useful toward perfection; fault, imperfection; as, a *defect* in the plan.
2. Any natural want or imperfection, physical or moral; mistake; error.



# FACSIMILE MEMO

DATE:_____3/04/06_____    TIME:_____3:30 p.m._____

NUMBER OF PAGES:____10____( including cover page)

TO COMPANY:_____The Attorney Generals Office in Bosie_____

NAME: To Whom It May Concern  FAX:_____208-334-2830_____

MESSAGE:

Concerning: members of B.A.R. practicing law without a licesns.


Copy senT Cerefsed masL - reTurn reciepT
reguesTed and recieved.
                                G.U.




Thank you,



**STATE OF IDAHO**

OFFICE OF THE ATTORNEY GENERAL

ALAN G. LANCE

To: All members of the Attorney Generals Office

This is an advance notice or warrening that all members of the B.A.R. will be arrested, jailed  or deported in the near future for practicing law without a license and for the disapperance of the original 13th amendment-(which  has by the  way,  been found) and shall once more be a part of our great constitution .

Enjoy your evil ways for they will be short lived.

U.S. Constitution Ranger Agent-Anton F. Volovsek
Charter # TXU-42-453

P.S. The only exception to the above will be all Native American Indians
A few good white lawyers may be exempt also added since sent
P.SS. Our charter is registered in the Library of Congress-(check it out).

04/16/2000

Sheriff

You swore to uphold the constitution of the United States and defend us from all enemies foreign & domestic. Just as I did when I entered the service right???

Do you know what the 6th amendment is? How about the 3rd? How about the ? Do you know any of the amendments to the Constitution of the United States? Do you know how many there are? If you don't know any of the amendments to the constitution how can you justify holding the position you have?

Did you know that in the Constitution of the United States that the only ones that are required to have a license on their vehicles are truck drivers, cabs and couriers? In another words, those who make money by using their vehicle. All others are travelers and are not required to have a license for their vehicle, nor a driver's license. Did you know that? If you did, you are violating the very constitution you swore to up hold.

Please read your oath office. Did you know that every original state constitution requires a lawyer to be licensed before he or she can practice law? Then why are I you allowing him, the prosecuting attorney to practice law? He has no license. He brakes the law every time he enters the courtroom. Why have you never arrested him? He isn't even allowed to practice law in this country because he belongs to the bar, and that bar belongs to England. He is a subject of England so why is he prosecuting citizens of the United States, in my country? If you don't know the answers to these questions then you are not qualified to hold the position of sheriff. And if you are not qualified to be a sheriff and perform the duties of a real sheriff then you are not qualified to issue citations to any citizen of this country or in this case the county. I rest my case.

I don't understand why the sheriff put the wrong address on the citation he gave me. I don't understand why the back of the citation denies me the right to a trail by jury when on page 75, the United States Constitution say any civil case over $20.00 is allowed to be a trial by jury (show document). I don't understand why the prosecuting attorney can practice law without a license when every "original" state constitution requires them to have a license before he or she can practice law. I don't understand why the sheriff refuses to arrest him for breaking the law every time he steps in the courtroom (show documents). I don't understand why the judge wears the devils black robe, (give judge Masonic paper).

I want a new trial by jury so I can have 12 heads help me understand all these things and if my opponent is the devil then I must ask help from the paracete.

What does **"BAR"** stand for?

> **British--Barrister**
> **Attorney--Aristorcratic**
> **Register--Regency**

Everyone that is a member of the bar is a subject of England. What are they doing practicing law in my country, the United States of America?

Endorsement of this check will be an admission of guilt of operating an extortion racket- allowing the prosecution attorney to practicing law without a license and violating the United States Constitution and violating your oath of office. Also allowing the sheriff to violate his oath of office and on top of everything else the judge wearing the black robe of the devil.

This violation will subject you the prosecuting attorney and the sheriff to arrest, by order of the United States Constitution Rangers.

UCA-Agent Anton Volovsek

C.C.    United State Constitution Rangers Headquarters
C.C.    Tri County Posse
C.C.    Dean Deshone
C.C.    Sott Dion
C.C.    Ed Brown
C.C.    Richard Manass
C.C.    T.J. Henderson
C.C.    Pappy Robertson
C.C.    Jack Yoost
C.C.    Clifford Allen

# ATTENTION   ATTENTION
# PUBLIC NOTICE

**DA**

**Cover-up**

Bruno sez:
"Yeh, Your Right,
We broke the law!
So I broke the law
So What! What can
You do about it?"

**FINALLY**

**REVEALED**



D.A. of Appleton County

The

**Bruno**

Masquerade

Is Finally

**Exposed**

## Gary Robert Bruno

## WHAT EVERYONE SHOULD KNOW ABOUT

## 'Herr' Bruno's Illegal Activities Exposed...

Wis. Statutes Violated...

| | | |
|---|---|---|
| ____ | 946.12 | Misconduct in Public Office. |
| ____ | 751.12 | Depriving Substantive Rights to Due Process. |
| ____ | 946.65 | Obstructing Justice. |
| ____ | 59.47(5) | District Attorney Neglect of Duty. |
| ____ | 946.32 | False-Swearing Illegal Complaints. |
| ____ | 944.33 | Contributing to Prostitution. |
| ____ | 942.03 | Giving False Information for Publishing. |
| ____ | 968.12 | Unlawful Prosecution of "Traffic Citations". |
| ____ | 946.69 | Impersonating a Public Official. |
| ____ | 946.72 | Tampering with Public Records...a Class D Felony. |
| X | 757.30 | Practicing Law Without a License. |
| ____ | 939.51 | Conspiracy to Deprive Homestead Rights. |

+ Check Your
+ DA
+ Corp Counsel
+ Lawyer
+ Judge

BY:  CONCERNED CITIZENS FOR EQUAL JUSTICE...FOR ALL!!!
     (Justice for Everybody...Harms Nobody!)

Note:  Demand that Lawyer "Produce his License
to Practice Law"...on the record in Foreclosure
Case...or admit "LAWYERS ARE NOT ISSUED A LICENSE"
even as Supreme Court of Wisconsin: Board of Bar
Examiners--stated 2-3-94 in EXHIBIT A, below.



## Supreme Court of Wisconsin
### BOARD OF BAR EXAMINERS

119 MARTIN LUTHER KING JR. BOULEVARD, ROOM 405
MADISON, WISCONSIN 53703-3355
TELEPHONE (608) 266-9760
FAX (608) 266-1784

February 3, 1994

(BOR.)

Mr. Ronald Wilke
816 W. Capitol Drive
Appleton, WI  54914

Dear Mr. Wilke:

Receipt of your correspondance dated February 1, 1994 is
acknowledged.

Lawyers are not issued a license.  The only issuance they receive
from our office is a Certificate of Admission and that is only
prepared at the time of their admission.  We do not keep a copy of
this document on file.  Accordingly I am returning your check #6452
in the amount of $10.

If we can be of assistance to you or there is some misunderstanding
as to your request, please feel free to contact this agency.

Cordially,

BOARD OF BAR EXAMINERS

Lorna Helgerson
Lorna Helgerson
Program Assistant

/lh
enclosure

EXHIBIT "A"



**STATE BAR OF WISCONSIN**

*Documented Affirmation...that Judges, Lawyers, DAs and Corp. Counsels...Violate §757.30 Wis. Stats. Requiring..."LICENSE TO PRACTICE LAW...PROVIDED BY LAW" not by SCR 40.02 Court "rule" [over] nor "CERTIFICATE OF ADMISSION"...not a "LICENSE...AS NO SUCH DOCUMENT [LICENSE] EXISTS" [Check Your DA for 'License']*

Stephen L. Smay
Executive Director

Board of Governors

Officers
President
    G. Lane Ware
    Wausau
President-Elect
    John R. Decker
    Milwaukee
Past President
    John Walsh
    Madison
Secretary
    Diane S. Diel
    Milwaukee
Treasurer
    Paul C. Swanson
    Oshkosh
Chairman of the Board
    Linda S. Balisle
    Madison

Governors
Appleton
    A. Gerard Patterson
Beaver Dam
    Eric L. Becker
Berhnda, MD
    Richard O'Melia
Denver, CO
    Robert W. Hansen
Edgerton
    John W. Roethe
Gainesville, FL
    W. Scott Van Alstyne Jr.
Green Bay
    John A. Evans
Hudson
    Terrence M. Cherry
Kenosha
    Donald E. Mayew
La Crosse
    Thomas S. Sleik
Madison
    Morris D. Andrews
    Milo G. Flaten
    Catherine J. Furay
    Daniel W. Hildebrand
    Daniel A. Rottier
    James D. Sweet
    Harvey L. Wendel
Mequon
    Merna Jarvis
Milwaukee
    Pamela E. Barker
    Karen A. Case
    James E. Collis
    Margadette M. Demet
    John A. Fiorenza
    Robert L. Habush
    Theodore J. Hodan
    John V. Kitzke
    David A. Saichek
    Bonnie L. Schwid
    Anne B. Shindell
    Daniel L. Shneidman
    Robert E. Tehan Jr.
    Arthur J. Vlasak
Port Wing
    Gary E. Sherman
Racine
    Robert R. Goepel
    John F. Kerscher
Rhinelander
    John H. Schick
Ripon
    Steven R. Sorenson
Sheboygan
    Eldon L. Bohrofen
Waukesha
    Cornelius C. Andringa
Wausau
    William A. J. Drengler
Wisconsin Rapids
    Francis J. Podvin

P O Box 7158

County of Dane      )
                    ) ss.
State of Wisconsin  )

The undersigned hereby affirms that Atty. John Matousek, Atty. David Shudlick, Atty. Steven Luse Abbott, Atty. David Rice, Atty. Richard J. Heitman, Atty. Thomas L. Horvath, Atty. Allen R. Brey, Atty. Everett Hale and Atty. Jonathan Lindberg are all actively licensed to practice law in Wisconsin. All of the above attorneys are currently in good standing as of November 30, 1989.

The undersigned also affirms that Judge James W. Rice, Judge Kent C. Houck, Judge Michael J. Rosborough and Judge Gary L. Carlson are licensed as judicial members with the State Bar of Wisconsin and are in good standing as of this date.

*Certificate of admission to the bar*

This document is being supplied in lieu of copies of each attorney's license as no such document exists.*

_Julie A. Chrisler_
Julie A. Chrisler
Member Records Manager

Madison, Wisconsin
November 30, 1989

Subscribed to before me this 30th day of November, 1989.

Edgar E. Lien
Notary Public
State of Wisconsin

My commission is permanent.

(8)    EXHIBIT "F"

reclosure Lawyer
olates "Clean
nds Doctrine" &
CJS §4 Lawyers
de of Ethics--to
id & Abet Lender'
1 'Constructive
raud'Mortgage'!!!

CLEAN HANDS. It is a rule of equity that
a plaintiff must come with "clean hands,"
i. e., he must be free from reproach in his
conduct. But there is this limitation to the
rule: that his conduct can only be excepted
to in respect to the subject-matter of his
claim; everything else is immaterial. Amer-
lean Ass'n v. Innis, 109 Ky. 595, 60 S. W. 388;
Harton v. Little, 188 Ala. 640, 65 So. 951, 952;
Canfield v. Jack; 78 Okl. 127, 188 P. 1040,
1041; Pluto Oil & Gas Co. v. Miller, 95 Okl.
222, 219 P. 303, 307; Trice v. Comstock, 121
F. 620, 57 C. C. A. 646, 61 L. R. A. 176; West
v. Washburn, 153 App. Div. 460, 138 N. Y. S.
230; Eigelbach v. Boone Loan & Investment
Co., 210 Ky. 69, 287 S. W. 225, 226, Bl.Law Dict.(
August 19, 1993

*(See Over)*



nnsend Street
ng, Michigan 48933-2083
ione (517) 372-9030
517/482-6248)

Mr. Michael R. Thorn
c/o 350 Oakdale Dr
Non-Domestic
Coldwater, MI  49036

Dear Mr. Thorn:

In response to your letter of August 18, 1993, I can tell you that all of the
names you have listed are active attorneys in good standing with the exception
of Ken Stocker. I couldn't find his name listed on my computer.

Michigan doesn't issue a license as such ... Michigan ... would
be an active membership card which is sent to an attorney upon payment of dues
for the current fiscal year. We do not maintain copies of membership cards in
this office.

                                    Cordially,

                                    Mrs. Nancy Bosio
                                    Senior Administrator
                                    Membership Services

Note:  Above documented admission...Michigan doesn't issue a "license
as such...then, Who does issue a "License to Practice Law"???  Where
does an attorney/lawyer obtain his "License to Practice Law"???  Who/
What Authorizes any attorney/lawyer to file a "Notice of Retainer" as
required per 6 C.J.S. §20 and several court rulings:
    .."Although not known to the common law, appearance by giving
    Notice of Retainer or of appearance to the adverse party or
    his attorney may be prescribed by statute (Wis. Stat. 879.19)
    or by rule of court, the requirements of which must be subst-
    antially followed in order to effectuate an appearance for
    all purposes" (309 N.E.2d 332; 347 So.2d 1217; 366 N.E.2d 1114;
    236 N.W.2d 339).



STATE BAR
OF WISCONSIN

Stephen L. Smay
Executive Director

Board of Governors

Officers
President
    John R. Decker
    Milwaukee
President-Elect
    Daniel W. Hildebrand
    Madison
Past President
    G. Lane Ware
    Wausau
Secretary
    Patricia J. Gorence
    Milwaukee
Treasurer
    Paul G. Swanson
    Oshkosh
Chairperson of the Board
    Pamela E. Barker
    Milwaukee

Governors
Appleton
    A. Gerard Patterson
Beaver Dam
    Eric L. Recker
Cleveland, OH
    Mark M. Pierce
Denver, CO
    Robert W. Hansen
Eau Claire
    Janice Ayres
Green Bay
    Donald R. Zuidmulder
Madison
    Terrence M. Cherry
Janesville
    Larry W. Barton
Kenosha
    Donald E. Mayew
La Crosse
    Thomas S. Sleik
Madison
    Morris D. Andrews
    John H. Bowers
    Milo G. Flaten
    Catherine I. Furay
    Donna M. Jones
    Daniel A. Rottier
    James D. Sweet
Milwaukee
    James E. Crills
    Diane S. Diel
    Clare L. Fiorenza
    John A. Fiorenza
    John P. Higgins
    Theodore J. Hodan
    Jean F. Kessler
    David A. Saichek
    Bonnie L. Schwid
    Anne R. Shindell
    Daniel L. Shneidman
    Robert E. Tehan Jr.
    Arthur J. Vlasak
    Walter H. White Jr.
Port Wing
    Gary E. Sherman
Racine
    John F. Ketscher
Ripon
    Steven R. Sorenson
St. Paul, MN
    Robert E. Cattenach Jr.
Sheboygan
    Mary Lynne Donohue
Waukesha
    Cornelius G. Andringa
Wausau
    Dean R. Dietrich
    William A. J. Drengler
    Kathleen E. Grant
Wisconsin Rapids
    Francis L. Podvin

★ 757.30  Penalty for practicing without li-
cense. (1) Every person, who without having
first obtained a license to practice law as an
attorney of a court of record in this state, as
provided by law, practices law within the mean-

practice law as an attorney within the meaning
of sub. (1), shall be fined not less than $50 nor
more than $500 or imprisoned not more than
one year in the county ____ ____ and in
addition may be punished ____ ____ contempt.

March 5, 1991

Mr. Roy Dobbs
Grant County Jail
Lancaster, WI 53813

Dear Mr. Dobbs:

This letter is in response to your request for
information regarding the following:

    Emil T. Everix
    Anthony Pozorski
    Jeff Scott
    Roseann T. Olive
    George S. Curry

According to our records, the above individuals are all
licensed to practice in Wisconsin and are in good
standing.

There is not a physical license that I can copy for you.
The right to practice law is based on the attorney
meeting all of his obligations such as payment of fees,
taking continuing education, etc.

If you should have any questions regarding this matter,
please feel free to contact me at the State Bar office.

Sincerely,  *Every Original State Constitution
(require's a Lawyer to be Licenced befor
He or She can practice Law.*

Julie A. Chrisler
Member Records Manager

NOTE:  Wis. Stat. §59.125 ELIGIBILITY FOR COUNTY OFFICE: "NO Person
is eligible to hold the Office of District Attorney who IS NOT LICENSED ★
TO PRACTICE LAW IN THIS STATE."  [Check Your DA for "...physical license
...as NO SUCH DOCUMENT EXISTS!"  See P.8--over]

ASK...YOUR DA...HOW...Can DA "...be eligible to hold the Office of DA"
when STATE BAR RECORDS MANAGER...Affirms "There is not a physical lic-
ense that I can copy for you."  As "NO SUCH DOCUMENT EXISTS"
(See over AFFIDAVIT of 11-30-89 STATE BAR RECORDS)

P.O. Box 7158
Madison, WI 53707-7158
402 W. Wilson St.
Madison, WI 53703
(608) 257-3838



Note:
A Court "CERTIFICATE OF ADMISSION TO THE BAR"...
is not a "LICENSE TO PRACTICE LAW"...required by
757.30 statutory mandate: "...as provided by law"
...not Court "Certificate" nor SCR 40.02 rules.

EXHIBIT "B"

# ✦ LICENSE TO PRACTICE LAW ✦

## IN THE District Court, Third Judicial District, OR THE

# TERRITORY OF ARIZONA

### IN AND FOR THE

## COUNTY OF MARICOPA.

### TO WHOM IT MAY CONCERN:

Know Ye, that heretofore, *Walter B. Kilbury* presented to said Court

His Application in writing for License to practice as an Attorney and Counselor at Law in said Court, accompanied by a Certificate from the Board of Supervisors of said County of Maricopa, whereby it appears that said applicant has been a resident of the Territory of Arizona at least six months; that he is over the age of twenty-one years; and that he has a reputation for good moral character and honorable deportment.

THAT THEREUPON, the said Court appointed a committee of three practicing Attorneys of said Court, of good standing, to examine said applicant in open Court as to his legal attainments and qualifications; that thereafter said committee reported to said Court that they were satisfied with the legal qualifications of said applicant, and the Court likewise being satisfied therewith, it was ordered by the Court that the Clerk of said Court make out a License for the applicant, as required by law.

Therefore, the said *Walter B. Kilbury* is now hereby licensed to practice in the said District Court of the Third Judicial District of the Territory of Arizona, in and for the County of Maricopa, and in any District Court of said Territory, and in all Courts inferior thereto in said Territory, as an Attorney and Counselor at Law.

By order of the Clerk.

Attest the seal and seal of the Clerk of said Court, this _____

*[signature]*
Judge of said Court.

*[signature]*
Clerk.

# The American legal system is currupt beyond recognition, says federal judge

The American legal system has been "corrupted almost beyond recognition," Fifth District U.S. Court of Appeals Judge Edith Jones told the Federalist Society at its Feb. 28, 2003 meeting at the Harvard Law School.

Judge Jones explained that zealous prosecutors are increasingly willing to sacrifice what is morally right for political expediency. She also said that the change has come because our nation's legal philosophy has decended to "nihlism."

Nihlism is defined as, "1. a negative doctrine, the total rejection of current beliefs in religion or morals. 2. a form of skepticism that denies all existence."

Judge Jones would have been hard pressed to find a word that could have painted the current state of our nation's legal affairs in a worse light. "The integrity of law, its religious roots, its transcendent quality are disappearing," she said.

"The first 100 years of American law-yers were trained on Blackstone, who wrote that, 'The law of nature ... dictated by God himself ... is binding ... in all counties and at all times; no human laws are of any validity if contrary to this; and such of them as are valid derive all force and all their authority ... from this original.'

"The Framers created a government of limited power with this understanding of the rule of law - that it was dependent on transcendent religious obligation," said Jones.

She also illustrated her belief that Americans have come to have a very negative view of lawyers with the aid of the movie "Chicago" with Richard Gere.

Judge Jones concluded by stating, "1) the state exists to preserve freedom, 2) the separation of governmental powers is central to our Constitution and 3) it is emphatically the province and duty of the judiciary to state what the law is, not what it should be.



# "PRACTICING LAW WITHOUT A LICENSE?"

If any one ever charges you with illegal/unlawful "Practicing law without a license", just say: No attorney or lawyer in the USA has ever been "LICENSED" to practice law (they've exempted themselves, and no such crime exists) as they are a legal fiction "person" and only an "ADMITTED MEMBER" to practice law in the private franchise member club called the BAR (British or Barrister Aristocratic Regency), and as such they are un-registered foreign agents, and so said attorneys/lawyers are Traitors, Esquires (Un-Constitutional title of honor and nobility = Esquires), foreign non-citizens (aliens) and are specifically prohibited by the USA Constitution from ever voting in any election (Election Fraud) or from ever holding any elected public office of trust whatsoever! Even "jailhouse lawyer" prisoner inmates are constitutionally protected and assured access to the courts. The word "attorney" definition derives from "to attorn" meaning "to turn over, to transfer to another money, goods or title". In other words, lawyers are simply paid thieves and prostitutes hired to rob and steal from Peter (the plaintiff AND the defendent) to pay Paul, Paul being the British Aristocratic Monarchy which franchises the world wide BAR associations, the creditors of the USA bankruptcy of 6/5/33 and the international banksters. The words attorney and lawyer also mean "twister of words", and that's why most people use attorneys: To un-twist, make sense of, "de-code" and interpret the self-serving twisted words they purposely created in making their so-called "law". Lawyers and judges also swear secret (unconstitutional) satanic/masonic oaths, which oaths have always disfavored the plaintiff and the defendent, and which secret oaths swear total allegiance to either dark secret societies, the BAR Association(s) and/or the state (ie, "government"). Such oaths are in direct conflict with the attorney's presumed fiduciary capacity, duty, relationship and responsibility to his client, the plaintiff or the defendant (those who hired and pay him), his sworn loyalty, confidence, dedication, good faith, trust and re-presentation already having been previously given, pledged and sworn to his masters and handlers, and as such, it is absolutely impossible for any admitted member of the bar to re-present any client in honesty and truth, and are simply high paid legal prostitutes. The false argument and rebuttable presumption that attorneys are "licensed" when they are sworn in by the presiding judge of the state or other Supreme Court

Woe unto you also, you lawyers;
for you lade men with burdens
grievous to be borne, and you
yourselves touch not the burdens
with one of your fingers.

Luke 11:46

Woe unto you, lawyers! For you
have taken away the key of
knowledge: you entered not in
yourselves, and them that were
entering in you hindered.

Luke 11:52

# ᴇ REPUBLICAN Jᴄ

*Maine's Oldest Weekly Newspaper ♦ Established 1829*

nd Class Mail No. ISSN 0034 5075          BELFAST, MAINE, THURSDAY, OCTOBER 17, 1991

## Evidence of historical scandal found at Belfast library

By Tom Groening

BELFAST — Imagine America unfettered by a national debt, because the private banking system is prohibited from making high-interest loans to the government.

Imagine a country where lawyers do not have preeminence in governmental and judicial circles, and courts are speedy executors of justice, for the rich and the poor alike.

Imagine a truly egalitarian people, whose guiding principles are enshrined in a Constitution that guarantees no group will be exalted over another.

David Dodge and Tom Dunn don't have to imagine — they've found it. Or at least a piece of it.

"I've always been interested in puzzles," says Dodge, who hails from Florida, though he has ties to Maine. He

**(Turn To SCANDAL, page A4)**



Tom Dunn, left, and David Dodge *at the Belfast, Maine, USA*

# SCANDAL

Continued from page A1

and Dunn, a retired police investigator from Baltimore who has settled in Winslow, discovered what they are convinced is the key to unlocking America's greatest political scandal, found in the Belfast Free Library in 1983 — which in comparison would make Watergate look like a politician caught pilfering paper clips.

Dodge and Dunn were conducting a historical investigation into another governmental issue when they came across a copy of the United States Constitution, published in 1825. The library still has the document in its rare books storage area, a "pamphlet" of about 4 inches by 7 inches, its hard wooden jacket covered with decaying cloth.

From further research, the two men found that the newly convened state legislature (Maine became a state in 1820) had commissioned the publication of 10,000 of these pamphlets, which contain the texts of both the state and U.S. Constitutions, along with the Declaration of Independence, apparently for use in schools.

As they flipped through the yellowed, stiff pages of the section that contained the U.S. Constitution, they were astounded to find a 13th amendment. Remember, our history books tell us that the 13th amendment was the one which freed the slaves after the Civil War.

More astonishing still, say the two, was the content of that amendment, and its ramifications for modern America.

## THE AMENDMENT

In the library's circa 1825 pamphlet, and in over 40 subsequently discovered Constitutional publications in 17 different states covering a period up to 1869, the amendment reads:

"If any citizen of the United States shall accept, claim, receive, or retain any title of nobility or honour, or shall, without the consent of Congress, accept and retain any present, pension, office or emolument of any kind whatsoever, from any emperor, king, prince, or foreign power, such a person shall cease to be a citizen of the United States, and shall be incapable of holding any office of trust or profit under them, or either of them."

The words seem innocuous enough, and almost self-evident, at first reading. But Dodge and Dunn explain the amendment in historical context, which they believe accounts for it ultimately being removed in 1869 in the martial law aftermath of the Civil War.

When the nation was founded, many were still loyal to the crown of England or to business interests in Europe. The early government and its people struggled over these divided loyalties, the two men say.

The election of 1800 was a referendum on the philosophical and economic conflict, they say, as the Federalists, or Tories, were swept out of office. Thomas Jefferson and the Democrat-Republicans took control, and ushered in a new era, freer from the class trappings of the Old World.

The early days of the nation were far from harmonious, Dodge and Dunn say, and cite such familiar history book references as the Alien and Sedition Act of 1798, the Whiskey Rebellion, and the Jay Treaty which sent 600,000 pounds sterling to England for war reparations.

Of the latter, Dunn says the treaty was ratified in secret session, and "The people almost rose up in revolt again." He explains that the people felt they had been betrayed by the Federalists.

Presidents Jefferson, Madison, Monroe and Jackson presided over what Dodge and Dunn characterize as the flowering of American democracy. But early in those years, Congress apparently became concerned that the Federalist interests could again take hold of the government and install what Dodge and Dunn say is a society based on privilege, and so a Constitutional amendment was proposed.

The 13th amendment was drafted in 1810, and, as was the process at that time, sent to state legislatures to ratify. Dodge and Dunn have evidence that 12 of the necessary 13 states ratified the amendment. But fate, in the form of the War of 1812, intervened.

One of the tragedies of that war was that the Library of Congress, and in fact most of Washington, was burned by the British, leaving the government without many of its key documents. Dodge and Dunn say the government had to essentially recreate itself on paper, following the war.

In 1818 in the aftermath of the war, Connecticut and Virginia, states which had not ratified the amendment, requested in writing the status of the amendment. According to the men, Virginia's legislature was prepared to put the amendment into the Constitution by ratifying it, but wanted to wait until 1819, when, as the largest

and most politically powerful state at the time, was scheduled to recodify and reprint its laws and documents.

The other states agreed to wait, say Dodge and Dunn.

## CONFUSION

What happened next is where Dodge and Dunn and the rest of America's historians part ways. The two men say Virginia did indeed ratify the amendment on March 12, 1819, thus making it part of the U.S. Constitution. They produce evidence which was laboriously unearthed in Virginia state archives that shows ratification did occur.

"It took me five trips to Richmond, Virginia, to get the original legislation," Dodge says.

And even more compelling, they produce document after document — over 40 in all — where the 13th amendment has been printed as part of the Constitution. The Belfast 1825 find was the first, which led the men to officially kick off an announcement here, though they have begun to approach others in the media and have spoken on radio talk shows around the country.

The find was covered in an article in AntiSkyzer magazine, a publication devoted to "a critical examination of the American legal system," according to its cover.

Since the publicity began, heartened historical researchers all over the country have either located printed versions of the amendment, or put Dodge and Dunn on the trail where they have turned them up.

Those finds have come from as far away places as Texas and Colorado, and span the period from 1819 to 1869 — and continue to trickle in almost weekly.

Those not inclined to accept Dodge and Dunn's view — who include Sen. George Mitchell (D-Maine), with whom they have corresponded on the matter — say the Belfast find is a typographical error, made when a printer incorrectly assumed the amendment had been ratified.

Dodge and Dunn refute that claim with each new, and chronologically later find. The stand taken by federal officials on the matter, including archivists at the Library of Congress in Washington, points out what they claim is the scandalous nature of the saga of the 13th amendment.

## THE MEANING

According to the two men, the 13th amendment was aimed at ban-

ning certain men from establishing themselves as a kind of nobility in America, in both political and business arenas. Those most threatened by the language of the 13th were lawyers, and later, bankers. Dodge and Dunn point out dozens of examples of the entrenchment of those professions in our government and society.

Lawyers, they point out, dominate Congress. Only lawyers can become judges and district attorneys, which was not always the case in this country, they claim. In the early decades of the 19th century, common law was the rule. When two parties disagreed on civil matters, they would find a judge, get a jury, and settle the matter.

"They have set themselves up as a class above everyone else," says Dunn.

Today's litigious society, where people need lawyers to represent them through a difficult to understand court system, is a manifestation of the demise of the 13th amendment, say the men.

They connect the reference to receiving "any title of nobility" in the amendment to the title of "esquire" which many lawyers use, even today. The term is traced to knighthood in England, they say.

Dodge claims that lawyers who serve as federal or state legislators are in a conflict of interest by interpreting laws in court which they as a profession have influenced in the making.

"A lawyer sells his allegiance for money," Dodge charges. The two make a further litany of societal ills they blame on the place lawyers hold in our society. The disproportionate number of lawyers in this country compared to others in the world, a number which keeps growing, they say is further proof of a country which strayed from its truly democratic impulses.

Dodge and Dunn say if the 13th amendment were in effect today, an incalculable number of Constitutional challenges would be made against the nebula but influential leverage lawyers command.

The men similarly trace the establishment of the Federal Reserve Bank — a privately owned corporation which controls interest rates for consumer and government loans alike — to the 13th amendment. The Reserve Bank — an earlier version of which had been vetoed by President Andrew Jackson — was created in 1903.

Dodge and Dunn claim is closely tied to European relationship that would deepen by the amendment's ban on "emolument ... from an or, king."

Emolument is defined as "one who gains advantage."

They further claim the nation's S&L crisis would been prevented if the 13th amendment had been in effect, the modern banking s "usury," the 18th century action that lending interest was a sin.

And as further proof impact the amendment has was in effect, they point they call the American R of the 1820s, '30s, '40s the time of Emerson and when wholistic and truly an thought dominated, they say.

## GONE

The 13th amendment seriously removed in 18 chaotic days following War, Lincoln's assass Andrew Johnson's impeachment hearings, and the controls called Radical Republicans the 39th Congress, say D Dunn.

The men are closing say, on the paper trail to show its illegal repeal to cover-up which followed. They have hard evidence to the 13th amendment from federal archives being hide deleted.

They have recently Mitchell a letter demanding to hearing on the 13th state — appropriately, they say Belfast Free Library.

They also say a s group may soon make national court challenges Midwest based on the amendment over the n sion of farms.

Whether the men are windmills or indeed have uncovered America's greatest scandal remains to be seen they have talked about book, they say it is not plan that keeps them preoccupied for the whole story. to get America "back on track," Dodge and Dunn say. "What it was be." ■



*"It does not take a majority to prevail, but rather an irate, tireless min... keen to set brushfires in the peoples' minds."* ~**Samuel Adams**

# The Second Amendment: "No longer 1

## by Hari Heath

As our country reaches a moment of what is arguably its greatest crisis; as the enemy of everything Americans have come to hold dear is not a foreign power, but an enemy within which has already exceeded every horrific possibility that our founders warned us of and many others that were inconceivable at the time; when the president states that the Constitution is just a "god damned piece of paper," the one final check against the abuse of power is now regarded in the seat of government to be "no longer necessary."

### Individual v. collective

There is a court case in the District of Columbia where several residents have sued the District and its mayor to end its effective prohibition on long-gun and handgun ownership and carrying arms for defensive purposes. The District's attorneys, who are arguing against the suit, promote the notion that the Second Amendment is applicable only as a collective right of state organized militias, not a right of individuals. The ...

of up to one year, or both. A second offense is punishable as a felony by a fine of up to $5,000, imprisonment of up to five years, or both, in the case of a handgun or other non-registerable firearm.

The crux of the plaintiff's complaint is that: "Thus, while the penalty for carrying a handgun in public is five years imprisonment and/or $5,000, any person who carries a handgun on his or her own property is subject to one year imprisonment and/or a fine of $1,000 as set forth in D.C. Code §22-4515—even if the handgun could be legally registered. Licenses to carry a handgun are rarely, if ever, issued to private citizens (non-law enforcement officers)" and that by "maintaining and enforcing a set of laws banning the private ownership and possession of handguns and functional firearms within the home, forbidding otherwise lawful self-defense usage of arms, and forbidding the movement of a handgun on an individual's property, defendants are propagating customs, policies, and practices that violate the plaintiffs' individual rights under the Second Amendment to the United States Constitution, damaging plaintiffs in violation of 42 U.S.C. § 1983. Plaintiffs are there-

in the District.

The Appeals judges struggled with the meaning of the amendment's language about militias. If a well-regulated militia is no longer needed, they asked, is the right to bear arms still necessary?

The plaintiff's attorney, Alan Gura, responded: "That's quite a task for any court to decide that a right is no longer necessary. If we decide that it's no longer necessary, can we erase any part of the Constitution?"

### The Supremes

The Appeals Court's decision is expected relatively soon and the case has a chance of going to the Supreme Court. They have not ruled on a Second Amendment case since the 1934 U.S. v. Miller case. The court then upheld the National Firearms Act's (NFA) ban on Miller's sawed-off shotgun because it was not a commonly-used military firearm. Neither Miller, nor his attorney showed up to argue before the Supreme Court, leaving only the government to argue the case.

The NFA also essentially bans (by a strict taxation and registration scheme)

# ᴇ REPUBLICAN Jᴄ

*Maine's Oldest Weekly Newspaper • Established 1829*

nd Class Mail No. ISSN 0034 5075          BELFAST, MAINE, THURSDAY, OCTOBER 17, 1991

# Evidence of historical
# scandal found at Belfast library

**By Tom Groening**

BELFAST — Imagine America unfettered by a national debt, because the private banking system is prohibited from making high-interest loans to the government.

Imagine a country where lawyers do not have preeminence in governmental and judicial circles, and courts are speedy executors of justice, for the rich and the poor alike.

Imagine a truly egalitarian people, whose guiding principles are enshrined in a Constitution that guarantees no group will be exalted over another.

David Dodge and Tom Dunn don't have to imagine — they've found it. Or at least a piece of it.

"I've always been interested in puzzles," says Dodge, who hails from Florida, though he has ties to Maine. He

(Turn To SCANDAL, page A4)



Tom Dunn, left, and David Dodge

# SCANDAL

Continued from page A1

and Dunn, a retired police investigator from Baltimore who has settled in Winslow, discovered what they are convinced is the key to unlocking America's greatest political scandal, found in the Belfast Free Library in 1983 — which is comparison would make Watergate look like a politician caught pilfering paper clips.

Dodge and Dunn were conducting a historical investigation into another governmental issue when they came across a copy of the United States Constitution, published in 1825. The library still has the documents in its rare books storage area, a "pamphlet" of about 4 inches by 7 inches, its hard wooden jacket covered with decaying cloth.

From further research, the two men found that the newly convened state legislature (Maine became a state in 1820) had commissioned the publication of 10,000 of these pamphlets, which contain the texts of both the state and U.S. Constitutions, along with the Declaration of Independence, apparently for use in schools.

As they flipped through the yellowed, stiff pages of the section that contained the U.S. Constitution, they were astounded to find a 13th amendment. Remember, our history books tell us that the 13th amendment was the one which freed the slaves after the Civil War.

More astonishing still, say the two, was the content of that amendment, and its ramifications for modern America.

## THE AMENDMENT

In the library's circa 1825 pamphlet, and in over 40 subsequently discovered Constitutional publications in 17 different states covering a period up to 1869, its amendment reads:

"If any citizen of the United States shall accept, claim, receive, or retain any title of nobility or honour, or shall, without the consent of Congress, accept and retain any present, pension, office or emolument of any kind whatever, from any emperor, king, prince, or foreign power, such a person shall cease to be a citizen of the United States, and shall be incapable of holding any office of trust or profit under them, or either of them."

The words seem innocuous enough, and almost self-evident, at first reading. But Dodge and Dunn explain the amendment is, in historical context, which they believe accounts for it ultimately being removed in 1869 in the martial law aftermath of the Civil War.

When the nation was founded, many were still loyal to the crown of England, or to business interests in Europe. The early government and its people struggled over these divided loyalties, the two men say.

The election of 1800 was a referendum on the philosophical and economic conflict, they say, as the Federalists, or Tories, were swept out of office. Thomas Jefferson and the Democrat-Republicans took control, and ushered in a new era, freer from the class trappings of the Old World.

The early days of the nation were far from harmonious, Dodge and Dunn say, and cite such familiar history books references as the Alien and Sedition Act of 1798, the Whiskey Rebellion, and the Jay Treaty which sent 600,000 pounds sterling to England for war reparations.

Of the latter, Dunn says the treaty was ratified in secret session, and "The people almost rose up in revolt again." He explains that the people felt they had been betrayed by the Federalists.

President Jefferson, Madison, Monroe and Jackson presided over what Dodge and Dunn characterize as the flowering of American democracy. But early in those years, Congress apparently became concerned that the Federalist interests could again take hold of the government and install what Dodge and Dunn say is a society based on privilege, and so a Constitutional amendment was proposed.

The 13th amendment was drafted in 1810, and, as was the process at that time, sent to state legislatures to ratify. Dodge and Dunn have evidence that 12 of the necessary 13 states ratified the amendment. But fate, in the form of the War of 1812, intervened.

One of the tragedies of that war was that the Library of Congress, and in fact most of Washington, was burned by the British, leaving the government without many of its key documents. Dodge and Dunn say the government had to essentially recreate itself on paper, following the war.

In 1818 in the aftermath of the war, Connecticut and Virginia, states which had not ratified the amendment, requested in ratifying the states of the amendment. According to the men, Virginia's legislature was prepared to put the amendment into the Constitution by ratifying it, but wanted to wait until 1819, when, as the largest

and most politically powerful state at the time, was scheduled to recodify and reprint its laws and documents.

The other states agreed to wait, say Dodge and Dunn.

## CONFUSION

What happened next is where Dodge and Dunn and the rest of America's historians part ways. The two men say Virginia did indeed ratify the amendment on March 12, 1819, thus making it part of the U.S. Constitution. They produce evidence which was laboriously unearthed in Virginia state archives that shows ratification did occur.

"It took me five trips to Richmond, Virginia, to get the original legislation," Dodge says.

And even more compelling, they produce document after document — over 40 in all — where the 13th amendment has been printed as part of the Constitution. The Belfast 1825 find was the first, which led the men to officially kick off an announcement here, though they have begun to approach others in the media and have spoken on radio talk shows around the country.

The find was covered in an article in AutoKeeper magazine, a publication devoted to a critical examination of the American legal system," according to its cover.

Since the publicity began, historical researchers all over the country have either located printed versions of the amendment, or put Dodge and Dunn on the trail where they have turned them up. These finds have come from as faraway places as Texas and Colorado, and span the period from 1819 to 1869 — and continue to trickle in almost weekly.

Those not inclined to accept Dodge and Dunn's view — who include Sen. George Mitchell (D-Maine), with whom they have corresponded on the matter — say the Belfast find is a typographical error, made when a printer incorrectly assumed the amendment had been ratified.

Dodge and Dunn refute that claim with their new, and chronologically later find. The amendment was taken by federal officials on the matter, including archivists at the Library of Congress in Washington, points out what they claim is the scandalous nature of the saga of the 13th amendment.

## THE MEANING

According to the two men, the 13th amendment was aimed at banning certain men from establishing themselves as a kind of nobility in America, in both political and business arenas. Those most threatened by the language of the 13th were lawyers, and later, bankers. Dodge and Dunn point out dozens of examples of the encroachment of those professions in our government and society.

Lawyers, they point out, dominate Congress. Only lawyers can become judges and district attorneys, which was not always the case in this country, they claim. In the early decades of the 19th century, common law was the rule. When two parties disagreed on civil matters, they would find a judge, get a jury, and settle the matter.

"They have set themselves up as a class above everyone else," says Dunn.

Today's litigious society, where people need lawyers to represent them through a difficult to understand court system, is a manifestation of the demise of the 13th amendment, say the men.

They connect the reference to retaining "any title of nobility" in the amendment to the title of "esquire" which many lawyers use, even today. The term is traced to knighthood in England, they say.

Dodge claims that lawyers who serve as federal or state legislators are in a conflict of interest by interpreting laws in court which they as a profession have influenced in the making.

"A lawyer tells his allegiance for money," Dodge charges. The two recite a further litany of societal ills they blame on the place lawyers hold in our society. The disproportionate number of lawyers in this country compared to others in the world, a number which keeps growing, they say is further proof of a country which strayed from its truly democratic impulses.

Dodge and Dunn say if the 13th amendment were in effect today, an uncountable number of Constitutional challenges would be made against the subtle but influential leverage lawyers control.

The men similarly trace the establishment of the Federal Reserve Bank — a privately owned corporation which controls interest rates for consumer and government loans alike — to the 13th amendment. The Reserve Bank — an earlier version of which had been vetoed by President Andrew Jackson — was created in 1903.

Dodge and Dunn claim is closely tied to European relationship that would tie the amendment's to "emolument ... from an or, king..."

Emolument is defined men's as "one who gains advantage."

They further claim America's S&L crisis would have been prevented if the 13th amendment had been in effect, that the modern banking system, "scary," the 18th century or notion that lending interest was a sin.

And as further proof, suspect the amendment was in effect, they point they call the American Revolution of the 1820s, '30s, '40s the time of Emerson and when wholistic and truly as thought dominated they say.

## GONE

The 13th amendment seriously removed in the chaotic days following the War, Lincoln's assassination, Andrew Johnson's impeachment hearings, and the controversy called Radical Reconstruction, the 39th Congress, say the men.

The men say closely look, the paper will show its illegal repeal cover-up which followed, they have hard evidence which traces to the 13th amendment federal archives being deleted.

They have personally Mitchell a letter demanding he looking on the 13th amendment as at — appropriately, the Belfast Free Library.

They also say a group may soon make a national court challenge in the Midwest based on the 13th amendment over the issue of farms.

Whether the men are windmills or indeed have uncovered America's greatest scandal remains to be seen. But they have talked about for the book, they say it is not a gain that keeps them preoccupied for the whole story, to get America "back on track." "What it was be," Dunn says. ■

December, 2000                    The Idaho Observer                    Page 7

# Illegal lawyer monopoly specified in RCW

In June, 1998, we published a well-researched article by Hari Heath, which proves, in part, in Idaho State Code, that attorney's do not have a "license" to practice law; that they have only a certificate as a trade association member in good standing. It is likely that an attorney has similar standing in most, if not all of the 50 states.

Below are entries found in the Revised Code of Washington as contributed by IO subscriber Terry O'Donnell of Chesaw, Wash. The last line of the severability clause is particularly enlightening.

Rendered into state law is recognition that the Act which gave the Washington State Bar Association its "standing" in state courts would have been passed whether it was determined to be legal or not. Justice system activists from the several states are encouraged to check their own state codes which gave power to the state bar.

To answer the question, "How could the 'justice' system become so utterly lawless, one only needs to look at the foundational legislative acts which gave birth to the lawlessness in the first place."

---

**RCW 2.48.010**

**Objects and powers.**

There is hereby created as an agency of the state, for the purpose and with the powers hereinafter set forth, an association to be known as the Washington State Bar Association, hereinafter designated as the state bar, which association shall have a common seal and may sue and be sued, and which may, for the purpose of carrying into effect and promoting the objects of said association, enter into contracts and acquire, hold, encumber and dispose of such real and personal property as is necessary thereto.

[1933 c 94 § 2; RRS § 138-2.]

**NOTES:**

**Severability** — 1933 c 94: "If any section, subsection, sentence, clause or phrase of this act or any rule adopted thereunder, is for any reason held unconstitutional, such decision shall not affect the validity of the remaining portions of this act nor of any other rule adopted hereunder.

**The legislature hereby declares that it would have passed this act, and each section, subsection, sentence, clause and phrase thereof, irrespective of the fact that any one or more sections, subsections, sentences, clauses or phrase be declared unconstitutional." [1933 c 94 § 17.]** (emphasis added)

**Short title** — 1933 c 94: "This act may be known and cited as the State Bar Act."
[1933 c 94 § 1.]