# steps to Life — Answer Sheet

To Lori Sinanyan of Kirkland + Ellis,

1. All documents pretaining to lawyers not having a license to practice law have been sent to W.R. Grace

2.

3. All documentes pretaining to The United States Constitution Rangers and the Charter have also been sent

4. to W.B. Grace, at least as many as I plan to at this time.

5.

6. If you are out of a job because of your ignorance please feel free to call me — I might be in need of

7. a janitor.

                    Tony Wolowiak

8. At least you can read my signature, not like the hen scratching of Tenye Thompson

9. and other "Lawyers" and I say the word, "Lawyers" with total disrespect!

10.            J.O.

All major Newspapers and T.V. Companies
11. will be invited to attend this hearing
By the way the person who tries
To correction / who will intimmate me
hasn't been born yet.

To

Lori Sinanyan

You are a member of the Illegal-Corrupt - Corporate United States. Not me - I'm a Soverign Citizen of the real original United States of America and I abide by only 10 Laws - Gods Law. The 10 Commandments.

If you do not Cooperate as you said you would I have no choice but to give the green light to the organization with over 100,000 memberships - all will be Legally deputized Rangers. I did not intend to act so soon but you are giving me no choice. I would suggest you pray (if you know how) to God that nothing happens to me because my successor has the Power of Attorney and knows what I've been through - what I'm involved in now an what I went done. Should something happen to me she will eat you and your kind for breakfast and sprtout your shoes.

I am not afraid to meet my maker - never was and never will be.

The Good Lord has been riding on my shoulder for ever. I finnally recognize Him approximatly 15 years ago and wit Him there we will never lose.

Lawyers don't have a monpoly on

All major Newspapers and T.V. Companies will be invited to attend this hearing. Also - The Person who will intimidate me hasn't been born yet.

Brains - They just think they do. The only thing they can't be equalled in is how they twist and distort the truth - nobody can match or even come close.

Lawyers are just like the IRS. Both of you are illegal entities of foreign countries.

Why doesn't Janet Baer have the guts to talk to me just because I slapped her in the face with the truth. If you don't have the judge in your back pocket you couldn't fight your way out of a wet paper bag.

You may think you're some hot shit because you think you are behind the steering wheel but I think you ought to know - I own the vehicle.

—Sony J.

God woke me up at 2:00AM and gave me this message. He also said the hearing on the 26th of Feb 2007 could be the best thing that could happen to me. I'm looking forward to it.

—S.J.

This letter was sent to W.R. Grace on 1-17-07 and was asked to forward it to Lori Sinanyan. Sent via FedEx