Woe unto you also, you lawyers.
for ye lade men with burdens
grievous to be borne, and
yourselves touch not the burdens
with . . .

Woe unto you . . .
have taken away the key of
knowledge . . .
yourselves, and them that were
entering in . . .

NORTH AMERICAN FREE TRADE AGREEMENT:

quote:George Bush, book excerpt

...ed by Cathy O'Brien 2/93

"Well, Kitten." Reagan said to me, "This is your death sentence:

I was present when Ronald Reagan, a chief mafia porn boss and then President of Mexico de la Madrid  met December 1986 in Bel Aire, ...at the Juarez border to

slavery operations ...a forerunner to the North American ... ... Agreement.

(re: No More Beating Around the Bush paperwork ... ... ... to establish this ground work for NAFTA.  Of all the Central ... ... I was used in for over

leaders, the criminal activity I witnessed exposed ... US and Mexican government officials at the onset of NAFTA, prompted orders for my death. I had witnessed enough to jeopardize the ... ..."New World Order".  (Note: by 1938,

— — — — —

range planning that was to bring about the new ... ... ... global economy.  In order to even out the vast  difference between ... ... impoverished third world economy and the wealth of the US,

... ... my ... ... slave to have witnessed the US taking control of the world's drug, arms and pornography industries, and using the proceeds to further ... ... the "masterminds"

The plan I witnessed George Bush implement "allegedly" included trauma

and oil industries, "ethnic cleansing",and a deliberate plan to induce anarchy to desolve organized government structures, including suspending ... ... and invoking Marshall Law.  To further the effects

genetic ... ... numerous children—including my own daughter from the age of 3 1/2 years until she was 8. By influencing our so-called Justice system, further ... ... and CIA

the public sector through ... ... ... ...

available for the survivors.

sleep during the Reagan Administration, .... ...
Armageddon was "allegedly" implemented in an effort to convince citizen
............ was not the work of a few criminal

prophecy of anarchy and "spiritual war..."
overwhelming attitude that nothing could be done beyond prayer.

to have begun a united effort to ..... ... ...
AMERICA. The resounding reality of what has trance-spired while we
.... ... ...... to take back America and begin to ask

What is this New World Order?
.... . .... for world peace as we are told, why is the world wors

Why has the Iran-Contra ...... ... ...
Why are dedicated American patriots so determined to bring these crimes
.. . ...

government ..... ...
Who and what is The Shadow- or Secret- Government?
Why did George Bush promote the sale of arms to Iraq?
Why did Saddam Hussein's army lay down those weapons and not fight back

were in Desert Storm suffer from.....untreated for i ...... .. ...........
Security"? . ... ..... leader in the drug business? Is this what

why does .... ... ..... .
Aquino to run an occult church (and Day Care centers) on all our
military . ... ... .........?

Omaha, Nebraska, Johnny ....
Why don't openly promiscuous world and national leaders contract AIDs?
... did leaders including Ronald Reagan, Dick Cheney, Saudi Arabian Kin

I was being prostituted to entertainers, Haittian officials, etc:
... . ... .. ....... the future welfare of humanity depends on it!!

In 1984, I was in Washington, DC being prepared and programmed by Dick
.... .. ..... ..... ..... with

to me, "...your new director...the vice .. ........ ...... ......
you know what Miami Vice is...undercover drug agents taking control of
... .... industry. A Vice President is just that - an undercover drug

...... and said. "Mexico is a problem. They've got lots of
country. So now ...... on it? Its your duty as ....... ..... is outside of their own
can't even get our hands on it? Its your duty as ............
....... and initiate freedom from poverty throughout their
....... their drug industry

(ie, heroin) right ..... ...
doorsteps."
........ .... Methacks", which

made Bush laugh ... ....
thereafter.
.. ... ........istic passions" like Reagan

so apty had ... ..
Personality Disordered mind control slave to ..... ....
....... ...... saving..."Why ask Why?"...I was programmed robotically with
....... ...... saving..."Why ask Why?"...I was programmed robotically with
....... ...... .......dent Salinas during the

upcoming drug ... ..
....... ...... subjected to at the time of programming, ie. George Bush
....... ...... subjected to at the time of programming, ie. George Bush
....... ...... .......al, etc.

compartmen.......
appropriate time by Salinas. Staking government ....... .......
that I could not be deprogrammed and reintegrated has proven erroneous,
and the messages and events I was exposed to are now mine to
and the messages and events I was exposed to ....... at will. I recalled

jokingly injected the .... ... ....... ....... the ethnic slam ...
the message whereby causing them to have to "erase" the ethnic slam ...
....... ....... programming me with the message all over again. I delivered
....... ....... programming me with the message ....... upon my arrival to

Mexico ..

America to our ....... .......
wealth through a trade agreement with Mexico. We'll trade our ..... ...
....... over Mexico's cocaine and heroin production. By controlling
....... over Mexico's cocaine and heroin production. ....... between our countries to

in American dollars to ....... .......
border between our countries altogether as Mexico's economy grows to
....... ..... us heroin today, this dream could be realized by the tur
....... ..... us heroin today, this dream could be realized by the tur ....... the same wealth.

why? ... .. .. ...
can not do. By giving the US control of your ....... .......
regains control over her government...re-established power backed by US
regains control over her government ....... ....... par with America. We can begi

US is covertly will..... .. ..... ..
agents available to show you the passage and route through which the
....... .... to be delivered. Only US agents can bring Mexican heroin and
....... .... to be delivered. ....... will being the cash in.

....... .......
line (NCL-Norwegian Cribbean Lines) a....... .. .... ..

_____ansion, tearing down the border between ___ ___.  When __ __ __
__ __ come in as Mexico can deal out. _____ toward the suitcase I had
_____  __ _____

_____ in, and Salinas _____ you have a_ _____
carried of brown heroin.  Keep the change as a token of the _____-
_____ amount ___ _____ ____ from it's neighboring nation."
whatever  ___ _____

____
After my meeting with Salinas, I carried a ___- __
____ __ Washington, DC and hand delivered it to George Bush.

I delivered many messages between our gove_____
_____ __ 1988 - some pertaining to business agreements that I could
_____ _____ O'Brien's involvement through

opening a _____ __ our government.  ___ _____
Mexico as arranged by the US government as part of his payment
_____ _____ contractor for the ___ _____ mind control as US Senator

and _____ '1970's.)  I was still unable to _____ __ __
in the late to establish New World Order groundwork, nor was I
___ transpiring _____ mind control trance.  Yet,

____ - _____
US/Mexican government business was so ____ _____ __
much of my pre-established programmed personality fragments, and was
such that Reagan ordered my death to be video taped via a "Snuff film"
_____ dead and my silence insured.

When Mark _____ _____
Monarch mind controlled existence, he safely but efficiently
reintegrated my multiple personalities and deactivated my programming by
_____ __ _____. By following

very dedicated         American ___ ____ __ __ ___
and through Mark
_____ widely known contacts and proficiency with weapons, I survived

__ ___ _ __
Reagan's "Chief pornographer" and fellow mobster, Michael (Vitti)
____ __ daughter's and my next and last mind control

that he over saw my ___ ___
closely involved in the intermeshing of Mob and government criminal
activities. was good friends with Reagan, and was to become an intrical
__ _____ _____ __

crime family were responsible for throwing a part__ _____ __
night before Reagan was to arrive in California for the NAFTA meeting,
__ _____ was responsible for ensuring that I arrive at the party for

_ _____ __
As de la Madrid climbed the steps of the decadent, glass fronted mansion
__ _____ __ "___ ____" greeting as ordered.

....... .... this phrase, taken from the Eagle's "Hotel

leave". .... .... .. ......... .... .... .... .... .... .... .... .... .... .... .... could never
Mafia/Hoover-style blackmail. De la Madrid knew his .... ...
.... .... monitored, recorded and filmed, and that his
.... .... .... .... .... .... .... .... .... at the meeting.

De la Madrid, already knowledgeable of Bush's .... .... .... .... into a bedroom
.... .... compromised and blackmailed. .... .... .... .... de la Madrid's

sexual perv.. ...... ... "hidden" camera and said, "...
black tar heroin up to the .... camera and said, ...........
.... .... Mr. Bush...something for you private stock...the finest

The message I delivered to de la Madrid from Bush was .. ......
                                       . ...... .. ... from the Vice

Presi.... .. .... .... ranks of the leaders of the new .... .. .... .. ....
.... Salinas and I have worked out the details towards implementing our
.... .... .... .... .... .... .... .... .... .... .... and celebration

of this .... .... few who are intrical parts of ..... .... .... .....
face with a trusted few who are intrical parts of .... .... .... ....
give you the lattitude to see first hand the friendship and honor among
the family members. I regret that I could not be here in person to
.... .... .... .... .... .... .... .... the ins and outs of the

recorded and are avail.... .. .... .... .... .... .... .... .... ....
the integrity of the players involved on your end of the Juarez border.
.... .... .... today ensures you of a higher economic standard of
.... .... .... .... .... .... .... .... .... .... .... .... .... .... .... of

With your Seal of Approval, we can dissolve the Juar.. .... .... .... ....
way for a future of prosperity for Mexico. For now, relax and enjoy

After de la .... .. .... .... .... .... ....
of drugs by providing me with the Mexican Presidential Seal of
approval certificate that I would be presenting the next night
.... .... .... .... .... .... .... .... .... .... .... .... .... "Unassumable"

referred to in his message was going on around me .... .... ....
predominantly Mafia involved-government CIA "operatives", who de la
.... .... .... .... .... later as well as the following day with Reagan. With

.... , .... ....
programmed personalities with the keys and triggers provided him earlier
by Reagan.

him that he wanted a .... .... .... .... .... .... ....
mind control slave of his own. Dante responded, "That can be arranged".

subsequently it was agreed that the Juarez border would also inc.....

"free trade" of both child and adult mind controlled slaves ... ... ... children then became a part of the North American Free

In accordance with this white slavery agreement, Mexico was to also ............ as a relay in the sale of our nation's children into ... ... ... and involved

law enforcement ... ... ... over the claim of these traumatized young have encited bloody battles over the claim of these traumatized young ......... To those on the side of Freedom and Human Rights, the ... ... officials has

tipped the ... ... ... their lives, jobs, and the security of our nation: and thus jeopardizing their lives, jobs, and the security of our nation: Ironically, our media is censored "for reasons of National Security" ... ... ......... ...

... ... ... ... of this "New World Order" free trade agreement.

... ... ... showed Reagan the certificate of de la Madrid's Presidential seal that would be used to officially open the border. Reagan, in acordance with ... ... ... ... ...

was then discussed between Dante', de la Madrid, and Reagan that I was to die by fire in a porn "Snuff Film" directed by Dante', which would serve as proof of my death and thus keep their criminal NAFTA secrets ... ... "This is your death sentence. You'll go out in

then become my daughter. ... ... ... ... ... ... ... ...

Soon after opening the Juarez border point, I met with Saudi Arabian

World Order realms of drug, arms, and white slavery operations. Diplomatic relations between Mexico and Saudi Arabia were strengthened at this point through criminal covert activities involving the arming of

la Madrid in Cancun, Mexico the first of January, 1988. I was to be transferred to Dante' as arranged for my demise the following month, but

I began immediately recovering my mind with memories of the mind control atrocities that the New World Order is rooted in.
                        34419

face the reality of who has been running our country and what transpired while we slept....

...and take back America!

c                                      ·

CENSORED



Copyright Office

of the United States

WASHINGTON, D.C.

THIS IS TO CERTIFY that the ...

........ CHARTER OF UNITED STATES CONSTITUTION
RANGERS deposited in the Copyright Office with
claim of copyright registered under number

IN WITNESS WHEREOF, the seal of this Office
is affixed hereto on November 7, 1996.

Marybeth Peters
Register of Copyrights

By: Charles Roberts
Head

Information and Reference
Division

Copyright Office

of the Library of Congress
WASHINGTON, D.C.

HAVE BEEN MADE A PART OF THE      AFFIXED HERETO ON
RECORDS OF THE COPYRIGHT OFFICE
WITH CLAIM OF COPYRIGHT REGIS-

REGISTER OF COPYRIGHTS
United States of America

OF

BE IT KNOWN:

Members of the United States Constitution Rangers do declare that
They _____ ...

... _____, .. and holds the only power extant in the
United States of America, any action or inaction, committed or
omitted ... ...

... _____, since this nation was initiat
to the contrary notwithstanding.

all States' Constitutions in so far as they are in accordance ther
with, and in so far as all ... ...

In accordance with the foregoing, we restate and affirm that

_____ States of America is supreme, superior to any other conside
tion, except its relationship to God, and is inviolate   Any noti

standing.

No changes shall t. .

-- ----ee-rourths of the subscribers to the Roll
of Members and no action .. ..

vote.                    ------ves or such actions are approved by such

_Lawrence Robertson, I_
LAWRENCE ROBERTSON, I
National Ch---

_Notarized_   6-10-77 . .

MY Comm. Expires

STATE OF ARIZONA
County of Maricopa    ss

_Lawrence Robertson_
FEB 1  1999 ..

un page 304 305
Witness my hand and official
seal the day and ----

*of the United States Constitution Rangers*

1.    Removal from the President of the ....

............ persons to any public office save and except those offices now designated as the cabinet and to provide for the election of all other persons .......................

............... of the several states, or by members of the House of Representatives and the Senate, to the end that no person .................................

........................ affecting or influencing the individual rights of any citizen of the United States of America to his life, liberty and the pursuit of his own conscience and consciousness.

2.    Establishment of the principle that the conscious taking of a human life is under no circumstances justifiable, whether ..........................

..................... by other term known by taxes.

person is inviolate and the right to its secrecy absolute.

4.    Abolition of any and all monetary systems inconsistent with the recognition that only gold and silver are legal tender .........................

............ solely to the Congress and that the regulation of interest rates and inflation rates are an exercise of the delegation of the power to tax.

5.    Abolish the fourth branch of the federal government known collectively as

a) The Constitution of the United States of America provides for only three

b) governmental agencies having a combination of any two or all three of these

c) the violence done to our Constitution is demonstrated by the uncontrolled

powers.

to do any other thing on which his living depends without limitation by regulation,

save and except those regulations and/or laws voted upon by the electorate.
The United States Constitution rangers is a protection agency for the original United States

United States, and every state. No changes shall be made with or without consent, this is forever.

The powers not delegated to the United States by the Constitution

or to the people. Per article 12 the Bill of Rights.

Lawrence Robertson,
Chase E. Needman, II.                National Chairman

NOVEMBER 16, 1992

The PARAMOUNT Government Under GOD

ELDON RUDD
4TH DISTRICT, ARIZONA

(602) 225-5561

DISTRICT OFFICE

COMMITTEE ON COMMITTEES
COMMITTEES

MINES AND MINING
GENERAL OVERSIGHT
COMMITTEE ON

ENERGY
TRANSPORTATION,
AVIATION, AND WEATHER
SPACE SCIENCE AND APPLICATIONS

Congress of the United States
House of Representatives

June 16

9512 N. 13th Street
Phoenix, Arizona  85020

Thank you for bringing to my attention
your interest in registering the charter

for your assistance, I am enclosing some
information about copyrighting your work.
I am also returning

register it

It is a privilege to be of service to you.

*[signature]*

Member of Congress

*[handwritten] Eldon R. Rudd*

*[handwritten] The United States Constitution*

*[handwritten] Agency in the United States*

COPYRIGHT OFFICE          JUL. 2 2 1977      FL 28
LIBRARY OF CONGRESS

VM/dd
7/18/77

Lawrence Robertson
9512 North 13th Street
Phoenix, Arizona 85020

your communication of

July 5, 1977

If you need further information or application forms, write
to us again, stating exactly what you want and referring to
the date of this letter.

Enclosure:

Form A

$6.00 Check Returned

LIMITATIONS ON OUR SERVICES

lishers, agents, or lawyers, or ............... particular pub-
the like.

Lawrence Robertson

RE: CHARTER OF UNITED STATES CONSTITUTION

07 MAR 1000

I apologize for our delay in responding to your letter of
September 14, 1978.

You may register a claim to copyright in your unpublished work by
submitting a completed Form TX, a copy of the work, and an additional
fee of $4.00.

In space 3 of your application, please indicate the year you
completed this work. Complete all applicable spaces, and sign the
application at space 10.

(LAWRENCE).

Sincerely

Susie Barfield

Enclosures:
Cir. 2A

cc: this letter



REGISTRATION NUMBER

TX          TXU

**TITLE OF THIS WORK:** CHARTER OF UNITED STATES CONSTITUTION RANGERS          PREVIOUS OR ALTERNATIVE TITLES: N/A

Title of Collective Work: N/A

**NAME OF AUTHOR:** LAWRENCE ROBERTSON          DATES OF BIRTH AND DEATH

AUTHOR OF: Investigation, Research, Writing

NAME OF AUTHOR:

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:          DATE AND NATION OF FIRST PUBLICATION:

Lee Summit, Missouri, 64063



# Mission Statement

Sworn to protect and serve the Constitution Republic of the Several States, the constitution Republic of the United States of America and the people thereof, under God, the Creator of all things

...than guarantee the safety and continuance, of this the greatest of nations, by any and all lawful means.

The United States Constitution Ranger will investigate, identify, and help bring to justice, any individual or body of individuals ...

of each State, and which do not conflict with the Constitution of the United States of America or the Bill of Rights.

## Rangers Territorial Jurisdiction

The Gulf of Mexico, and Neighbors of Mexico to the South. The Water border at the Pacific Ocean to the west and east to the water border at the Atlantic Ocean, and including, Alaska and Hawaii

...only the organic Constitution and its first ten amendments as the supreme law of the land, under the Creator

All Rangers have jurisdiction throughout the territory known as the United States of America, and accepted by The United States Congress in the year of our Lord, March of Nineteen-Eighty, Charter number 27917 filed in the ...

...he was installed, as well as the state command of which he finds himself in.

A Ranger is to protect and to serve the Constitution Republics of the several states, The Constitution Republic of the United States of America ...

...Constitution Rangers without the approval of the State Commander, or that of the National Advisory Board.

Rangers are chosen from among men of integrity who display honesty, loyalty, and bravery, and recognize kindness, wisdom, and self control ...

...not apply to any Ranger who advances any court action of any cause in the name of the United States Constitution Rangers without the approval of their State Commander or that of the National Advisory Board. No Ranger shall be installed, without special exemption of the Advisory Board ...

_____
U.S. Constitution Ranger

State Commander _____

United States Constitution Rangers Handbook

# Mission Statement

Sworn to protect and serve the Constitution Republic of the Several States, the constitution Republic of the United States of America and the people thereof, under God, the Creator of all things

shall guarantee the safety and continuance, of this the greatest of nations, by any and all lawful means.
The United States Constitution Ranger will investigate, identify, and help bring to justice, any individual or body of individuals that violate the laws of the United States of America, and the laws

of each State, and which do not conflict with the Constitution of the United States of America or the Bill of Rights.

## Rangers Territorial Jurisdiction

The Gulf of Mexico, and Neighbors of Mexico to the South. The Water border at the Pacific Ocean to the west and east to the water border at the Atlantic Ocean, and including Alaska and Hawaii

only the organic Constitution and its first ten amendments as the supreme law of the land, under the Creator
All Rangers have jurisdiction throughout the territory known as the United States of America, and accepted by The United States Congress in the year of our Lord, March of Nineteen-Eighty, Charter number

ne was installed, as well as the state command of which he finds himself in.
A Ranger is to protect and to serve the Constitution Republics of the several states, The Constitution

Constitution Rangers without the approval of the State Commander, or that of the National Advisory Board.
Rangers are chosen from among men of integrity who display honesty, loyalty, and bravery, and recognize kindness, wisdom, and self control as superior to anger, manipulation and deceit

also apply to any Ranger who advances any court action of any cause in the name of the United States Constitution Rangers without the approval of their State Commander or that of the Notional Advisory Board. No Ranger shall be installed, without special exemption of the Advisory Board, who has been convicted of

_____

U.S. Constitution Ranger

_____

State Commander

United States Constitution Rangers Handbook

THE F.B.I. WAS DENIED THEIR
PROPOSED CHARTER IN THE AMERICAN

CONGRESS 1978- 79- 80-81-██-82-██-
1984. THE F.B.I. WAS SET UP BY NEW YORK

BY THE KARL MARX FORMULA OUT OF LONDON
AS THE NATIONAL POLICE IN 1908 THEN

TRANSFERRED TO WASHINGTON.D.C. 1908
AS THEY WERE CALLED 9 MEN UNTOUCHABLES

AFTER THE TRANSFER.THEY WERE NAMED
FEDERAL BUREAU OF INVESTIGATION

THESE INTERNATIONAL GUN FIGHTERS ARE
UNLAWFUL AND TREASONOUS. THE PRESIDENT

AID AND ABET THE CRIME OF TREASON
AGAINST THESE UNITED STATES.

COMMAND OF THE KNIGHTS TEMPLAR-MASON IN
LONDON ENGLAND AND PARIS FRANCE OF

WHICH ORDERED THE DEATH OF JESUS CHRIST.
THEY ALSO ESTABLISHED KARL MARX IN

OF ONE WORLD GOVERNOR.

F.B.I.

BY THE COMMUNIST IN LONDON AND FRANCE.  IT WAS CALLED THE

D.C. AND ANNOUNCED TO THE AMERICAN PEOPLE THE U.S. ATTORNEY

THE ATTORNEY GENERAL ONLY HAD THE POWER TO APPOINT AND

CONSTITUTION RANGERS FILED A CHARTER IN 1977 IN THE LIBRARY

CONGRESS IN 1978.  THE U.S. CONGRESS DENIED AND VOTED AGAINST

IT IN 1978-79-80-81-82 AND 1984

THE LIBRARY OF CONGRESS ON MARCH 7, 1980.

LAWRENCE ROBERTSON I. WOULD LIKE

TO EXPRESS HIS THANKS AND APPRECIATION TO THE U.S. CONGRESS

UNITED STATES CONSTITUTION RANGERS

  

 



# CONGRESS DECLARES BIBLE

## "THE WORD OF GOD"

PUBLIC LAW 97-280—OCT. 4, 1982

### Joint Resolution

Whereas the Bible, the Word of God, has made a unique contribution in shaping the United States as a distinctive and blessed

Scriptures led to the early settlement of our Nation;
Whereas Biblical teachings inspired concepts of civil government that are contained in our Declaration of Independence

uents Washington, Jackson, Lincoln, and Wilson—paid tribute to the surpassing influence of the Bible in our country's develop

Whereas the history of our Nation clearly illustrates the value of voluntarily applying the teachings of the Scriptures in the lives of individuals

as it has never been tested before; and
Whereas that renewing our knowledge of and faith in God through Holy Scripture can strengthen

Resolved by the Senate and House of Representatives of the United States of America, in Congress assembled, That the President is authorized and requested

for our Nation, and our national need to study and apply the teachings of the Holy Scriptures.



## A Visitor From The Past

a figure walking through the mist, with flintlock in his hand.
His clothes were torn and dirty, as he stood there by my bed.

We wrote the constitution, as a shield from tyranny.
For future generations, this legacy we gave.

But tyrants labored endlessly while your parents were asleep.
Your freedom gone, your courage lost

You buy permits to travel, and permits to own a gun.
Permits to start a business, or to build a home for one.

"Your children must attend a school that doesn't educate.
Your christian values can't be taught, according to the state.

"Your money is no longer made of Silver or of Gold.
You trade your wealth for paper, so your life can be controlled.
You pay for crimes that make our Nation turn from God in

So they can padlock churches, and steal the family farm,
And keep our country deep in debt, put men of God in jail.

Your daughters visit doctors, so their children won't be born.
Your leaders ship munitions, and guns to foreign shores.

Or don't you have the courage, or the faith to stand with pride?
Are there no more values for which you'll fight to save?

Defend the Constitution, the Supreme Law of the Land!
Preserve our Great Republic, and GOD-Given Right!

we are not free, we have ourselves to blame.
For even now as tyrants, trample each GOD-Given Right.
We only watch and tremble, too afraid to stand

What would be your answer, if he called out from the grave:
*IS THIS STILL THE LAND OF THE FREE AND HOME OF THE BRAVE??? "*





# WITHOUT A LICENSE?"

without a license", just say. No attorney or lawyer in the USA has ever been "LICENSED" to practice law (they've exempted themselves, and no such crime exists) as they are a legal fiction

private quasi-club called the BAR (British or Barrister Aristocratic Regency), and as such they are un-registered foreign agents, and so said attorneys/lawyers are Traitors, Espnires (Un-

Constitution from ever voting in any election (Election Fraud) or from ever holding any elected public office of trust whatsoever! Even

from "to attorn" meaning "to turn over, to transfer to another money, goods or title". In other words, lawyers are simply paid thieves and

which franchises the world wide BAR associations, the creditors of the USA bankruptcy of 6/5/33 and the international banksters. The

and interpret the self-serving twisted words they purposely created in making their so-called "law". Lawyers and judges also swear secret (unconstitutional) satanic/masonic oaths; which oaths have always dis-favored the plaintiff and the defendant "and which secret oaths swear

direct conflict with the attorney's presumed fiduciary capacity, duty, relationship and responsibility to his client, the plaintiff or the defendant (those who hired and pay him) his sworn loyalty

handlers, and as such, it is absolutely impossible for any admitted member of the bar to re-present any client in honesty and truth, and

sworn in by the presiding judge, by the state or their Supreme Court and issued a "Bar Card" is pure hogwash. Since when can an officer of a private corporation - the "administrative non-judicial" Court, not

anybody?. Anyone who affirms or swears under oath with or without your (right) hand on a bible or raised up in the air is specifically prohibited from so doing in Matthew 5:33-37 (" ... Do not

your "yes" be "yes" and your "no" be "no", lest you fall into Judgement"). Generally, judges must be attorneys first and foremost

trained by the government's law schools and peers. Lawyers are also "Officers of the Court" meaning that they are corporate or military "officers" in bed with, owing allegiance to, the court, in order to

attorneys/ lawyers, henchmen, hired guns and accomplices in this sham, scam and con job are the privately owned and foreign operated "administrative" (non-judicial) admiralty/maritime court system, the

banking, monetary system, the traitor puppet politicos, the controlled and regulated non-free press, media, and Hollywood, and the

laws in the USA alone and YOUR "ignorance of the law is no excuse", all as opposed to God's "10 Commandments", since "liars" apparently believe that they have superior wisdom and knowledge of the law.

license" and the case adjudicated in a de facto fiction "Court of Competent Jurisdiction".                    Submitted for publication by: