For
Lori Sinanyan of
Kirkland + Ellis

Mr. Foster — Please forward This To Lori Sinanyan for me — Thank You.

To

Lori Sinanyan,

You are a member of the Illegal-Corrupt-Corporate United States. Not me - I'm a Sovereign Citizen of the real original United States of America and I abide by only 10 Laws - Gods Law. The 10 Commandments.

If you do not Cooperate as you said you would I have no choice but to give the green light to the organization with over 100,000 membership - all will be legally deputized Rangers. I did not intend to act so soon but you are giving me no choice. I would suggest you pray (if you know how) to God that nothing happens to me because my successor has the Power of Attorney and knows what I've been through - what I'm involved in now and what I want done. Should something happen to me she will eat you and your kind for breakfast and spit out your shoes.

I am not afraid to meet my maker - Never was and never will be.

The Good Lord has been riding on my shoulder for ever. I finnabley recognized Him approximately 15 years ago and with Him there we will never lose.

Lawyers don't have a monopoly on

Brains - They just think they do. The only thing they can't be equalled in is how they twist and distort the truth - nobody can match or even come close.

Lawyers are just like the IRS. Both of you are illegal entities of foreign countries.

Why doesn't Janet Bare have the guts to talk to me just because I slapped her in the face with the truth. If you don't have the judge in your back pocket you couldn't fight your way out of a wet paper bag.

You may think you're some hot shit because you think you are behind the steering wheel but I think you ought to know - I own the vehicle.

— Tony D.


God woke me up at 2:00 AM and gave me this message. He also said the hearing on the 26th of Feb 2007 could be the best thing that could happen to me. I'm looking forward to it.

— T.D.