## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 13406 |

### DEBTORS' DESIGNATION OF REBUTTAL EXPERT
### REPORTS RELATING TO THE LACK OF HAZARD ISSUES

In accordance with this Court's October 13, 2006 Amended Order Setting Various Deadlines Regarding Objections to Asbestos Property Damage Claims ("PD Claims"), Docket No. 13406, the Debtors hereby designate and provide rebuttal expert reports and/or adopt previously disclosed rebuttal expert witness reports as follows:

#### Expert Witnesses and Reports

1.  **Richard J. Lee, Ph.D.**

    - January 19, 2006 Rebuttal Expert Report by R.J. Lee Group, Docket No. 11590.

    - November 14, 2006 Rebuttal Export Report: Evaluation of Longo Dust Studies, Docket No. 13675.

    - February 9, 2007 Rebuttal Expert Report of Richard J. Lee, Ph.D. For Asbestos Property Damage Claims Lack of Hazard Proceeding, filed contemporaneously herewith.

2.  **Morton Corn, Ph.D., CSP**

    - January 18, 2006 Supplement to Expert Report of Morton Corn, Ph.D., CSP, Docket No. 11586.

    - February 9, 2007 Expert Report, Contamination: Definition, Public Health Context and Its Widespread Use by Claimants' Experts, filed contemporaneously herewith.

3. **William G. Hughson, M.D., D. Phil.**

- February 8, 2007 Rebuttal Witness Disclosure of William G. Hughson, M.D., D. Phil., filed contemporaneously herewith.

4. **Roger G. Morse, AIA**

- January 19, 2006 Rebuttal Report of Roger G. Morse AIA, Docket No. 11591.

- November 14, 2006 Rebuttal Report of Roger G. Morse, AIA to the October 25, 2006 Expert Report of William E. Longo, Ph.D., Docket No. 13676.

Debtors continue to analyze the PD Claims that have been submitted in these Chapter 11 cases and reserve the right to supplement or amend the reports of its experts as new or additional information may become available, or as may be permitted by the applicable rules of procedure or the Court.

Dated: February 9, 2007

KIRKLAND & ELLIS LLP

David M. Bernick, P.C.
Janet S. Baer
Lisa G. Esayian
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

and

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100

Co-Counsel for the Debtors and
Debtors in Possession