**Exhibit A**

1. A current CV.

2. A list of all testimony the witness has given within the last four (4) years.

3. Copies of the documents that comprise the "Expert Reports" that have been prepared by or on behalf of the witness and identified in the Designation of Expert Reports Relating to Product Identification on Behalf of Certain Asbestos Property Damage Claimants filed by the law firm of Speights & Runyan, Docket No. 14107.

4. Any documents that the witness reviewed, considered or relied upon in preparing his "Expert Reports" identified in paragraph 3 above concerning the following Claim Numbers:

    a. WR Grace claim numbers 11322, 11618, 11620, 11680, 11681, 11682, 11683, 11684, 12293, 12303, 12304, 12305, 12306, 12307, 12309, 12310, 12311, 12312, 12313, 12314, 12315, 12316, 12317, 12322, 12329, 12331, 12346, 12348, 12368, 12395, 12396, 12400, 12401, 12421, 12422, 12423, 12427, 12430, 12440, 12443, 12489, 12490, 12491, 12493, 12525, 12526, 12527, 12528, 12530, 12531, 12532, 12533, 12534, 12536, 13950.

5. Any product formula documents upon which the witness relies to determine the ingredients and quantities of constituents of asbestos-containing materials manufactured by W.R. Grace & Co. with respect to his "Expert Reports" referenced in paragraph 3 above.

6. A list of all materials the witness considered or relied upon in preparing his "Expert Reports" referenced in paragraph 3 above.