IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: March 9, 2007 at 4:00 p.m.**
**Hearing Date:  TBD only if necessary**

## FEE DETAIL FOR PROTIVITI INC.'S MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM JANUARY 1, 2007 THROUGH JANUARY 31, 2007

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXHIBIT "A"**

**Protiviti Inc.**
**W. R. Grace & Co. Time Tracking Summary**
**Period Covered: January 2007**

**INTERNAL AUDIT - 8055**

| Name | Position | Number of Years in Profession | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| Marie Hendrixson | Managing Director | 20 | $ 300.00 | 2.0 | $ 600.00 |
| Kevin Strickler | Manager | 7 | $ 240.00 | 7.0 | $ 1,680.00 |
| Mike Lawler | Consultant | 1 | $ 150.00 | 124.0 | $ 18,600.00 |
| Nicole King | Consultant | 1 | $ 150.00 | 56.0 | $ 8,400.00 |
| | | | **Totals** | **189.0** | **$ 29,280.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Period Covered: January 2007**

**Name:**     Marie Hendrixson
**Level:**     Managing Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 4-Jan-07 | Review invoices and detailed support for the period of December 2006. | $ 300.00 | 1 | $    300.00 |
| 31-Jan-07 | Review and finalize Mike Lawler and Nicole King's performance evaluations. | $ 300.00 | 1 | $    300.00 |
| | **Totals** | | **2.0** | **$    600.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Period Covered: January 2007**

**Name:**   Kevin Strickler
**Level:**   Manager

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 4-Jan-07 | Discussion with Ed Bull, Brian Kenney and Marie Hendrixson regarding scheduling and client needs | $ 240.00 | 1.0 | $   240.00 |
| 8-Jan-07 | Develop Grace detailed time and expenses for the period of December 2006 | $ 240.00 | 2.0 | $   480.00 |
| 9-Jan-07 | Develop Grace detailed time and expenses for the period of December 2006 | $ 240.00 | 2.0 | $   480.00 |
| 30-Jan-07 | Review/ finalize and communicate Nicole and Mike's performance evaluations | $ 240.00 | 1.0 | $   240.00 |
| 31-Jan-07 | Dicussions with Mike Lawler, Ed Bull, and Ken Green (AU Project Manager) concerning extending Mike's schedule | $ 240.00 | 1.0 | $   240.00 |
| | **Totals** | | **7.0** | **$  1,680.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Period Covered: January 2007**

**Name:**    Mike Lawler
**Level:**    Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 2-Jan-07 | IT testing for Barb Summerson | $ 150.00 | 4.0 | $    600.00 |
| 2-Jan-07 | Key account analysis for Ed Bull | $ 150.00 | 4.0 | $    600.00 |
| 3-Jan-07 | research for upcoming testing in Consignment testing for Davison | $ 150.00 | 6.0 | $    900.00 |
| 3-Jan-07 | Key account analysis for Ed Bull | $ 150.00 | 2.0 | $    300.00 |
| 8-Jan-07 | Significant Account updates for Q4 | $ 150.00 | 4.0 | $    600.00 |
| 8-Jan-07 | COSO Analysis Review/Control objectives | $ 150.00 | 4.0 | $    600.00 |
| 9-Jan-07 | waiting on client researching upcoming testing credit memos/consignments | $ 150.00 | 8.0 | $  1,200.00 |
| 10-Jan-07 | Portal Updates from Worms testing | $ 150.00 | 1.0 | $    150.00 |
| 10-Jan-07 | Obtain\review documentation for MB51 report testing and credit memos | $ 150.00 | 3.0 | $    450.00 |
| 10-Jan-07 | Testing/gathering information for Worms consignment testing. | $ 150.00 | 4.0 | $    600.00 |
| 11-Jan-07 | Testing/gathering information for credit memos testing (Davison) | $ 150.00 | 4.0 | $    600.00 |
| 11-Jan-07 | Testng of MB51 report (Davison) | $ 150.00 | 4.0 | $    600.00 |
| 12-Jan-07 | waiting on client researching upcoming testing rebate testing/consignments/worms retesting | $ 150.00 | 8.0 | $  1,200.00 |
| 15-Jan-07 | COSO Analysis Review/Control objectives | $ 150.00 | 8.0 | $  1,200.00 |
| 16-Jan-07 | Testing for credit memos | $ 150.00 | 4.0 | $    600.00 |
| 16-Jan-07 | Working with Greg demory on SAS70 summary report | $ 150.00 | 4.0 | $    600.00 |
| 17-Jan-07 | Testing/gathering information for rebate testing (Worms) | $ 150.00 | 4.0 | $    600.00 |
| 17-Jan-07 | Testng of Credit memos (davison) | $ 150.00 | 3.0 | $    450.00 |
| 17-Jan-07 | Updating Portal per testing | $ 150.00 | 1.0 | $    150.00 |
| 18-Jan-07 | Q4 scoping | $ 150.00 | 4.0 | $    600.00 |
| 18-Jan-07 | Consignment testing and gathering documents from Linda Anton | $ 150.00 | 4.0 | $    600.00 |
| 19-Jan-07 | Q4 scoping | $ 150.00 | 8.0 | $  1,200.00 |
| 23-Jan-07 | Q4 scoping | $ 150.00 | 4.0 | $    600.00 |
| 23-Jan-07 | consignment testing | $ 150.00 | 4.0 | $    600.00 |
| 24-Jan-07 | Q4 scoping instructions | $ 150.00 | 4.0 | $    600.00 |
| 24-Jan-07 | Tesitng for rebate testing (worms) | $ 150.00 | 4.0 | $    600.00 |
| 25-Jan-07 | Q4 Scoping | $ 150.00 | 8.0 | $  1,200.00 |
| 26-Jan-07 | Finalizing Rebate testing and updating portal | $ 150.00 | 4.0 | $    600.00 |
| **Totals** | | | **124.0** | **$ 18,600.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Period Covered: January 2007**

**Name:**    Nicole King
**Level:**    Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 2-Jan-07 | Key Accounts - analysis for Level 1 sites | $ 150.00 | 8.0 | $ 1,200.00 |
| 3-Jan-07 | Key Accounts - analysis for Level 1 sites | $ 150.00 | 8.0 | $ 1,200.00 |
| 4-Jan-07 | Key Accounts - analysis for Level 1 sites | $ 150.00 | 8.0 | $ 1,200.00 |
| 5-Jan-06 | COSO analysis for Ed Bull | $ 150.00 | 8.0 | $ 1,200.00 |
| 8-Jan-07 | Resume Updating | $ 150.00 | 2.0 | $ 300.00 |
| 8-Jan-07 | COSO analysis for Ed Bull | $ 150.00 | 5.0 | $ 750.00 |
| 8-Jan-07 | Time and Expenses | $ 150.00 | 1.0 | $ 150.00 |
| 9-Jan-07 | Significant account updates for Q4 | $ 150.00 | 5.0 | $ 750.00 |
| 9-Jan-07 | Portal Updates | $ 150.00 | 3.0 | $ 450.00 |
| 10-Jan-07 | Waiting on Client | $ 150.00 | 4.0 | $ 600.00 |
| 10-Jan-07 | Portal Updates | $ 150.00 | 4.0 | $ 600.00 |
| | **Totals** | | **56.0** | **$ 8,400.00** |

**EXHIBIT "C"**

**Protiviti Inc.**
**W. R. Grace & Co. Expense Summary**
**Period Covered: January 2007**

| Expense Category | Service Provider | Total Expenses | |
|---|---|---|---|
| Transportation | N/A | $ | - |
| Lodging | N/A | $ | 29.25 |
| Sundry | N/A | $ | - |
| Business Meals | N/A | $ | - |
| **Total** | | **$** | **29.25** |

**Protiviti Inc.**
**W. R. Grace & Co. Expense Tracking**
**Period Covered: January 2007**

Name: Mike Lawler
Level: Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 15-Jan | Correction of currency translation error related to lodging cost for the December 2006 Worms, Germany site visit. | $ 29.25 | | $ 29.25 | | | $ 29.25 |
| | **Totals** | $ 29.25 | $ - | $ 29.25 | $ - | $ - | $ 29.25 |