IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Objection Deadline: March 5, 2007 at 4:00 p.m.** |

# FEE DETAIL FOR NELSON MULLINS RILEY & SCARBOROUGH, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM DECEMBER 1, 2006 THROUGH DECEMBER 31, 2006

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45797.5

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD  21044

January 17, 2007  
Invoice 785694  Page  1

| | | |
|---|---|---|
| Our Matter # | 02399/06003 | For Services Through 12/31/06 |
| WR Grace # | 063-KL-721490-01-501270 | |
| Name of Matter: | Beaco Road Site | |

12/01/06   Review and respond to electronic mail memorandum from client; voice mail message to Mr. English.
R.T. CARLISLE                                              0.10 hrs.   270.00/hr                    $27.00

12/18/06   Confer with Mr. English regarding settlement (0.1); transmit to Mr. English basis of requested settlement language (0.1); electronic mail memorandum to client summarizing status (0.1).
R.T. CARLISLE                                              0.30 hrs.   270.00/hr                    $81.00

**Fees for Legal Services** ................................................................................................ **$108.00**

### BILLING SUMMARY

|                  | Hours | Rate/Hr | Dollars |
|------------------|-------|---------|---------|
| R.T. CARLISLE    | 0.40  | 270.00  | 108.00  |
| TOTAL            | 0.40  | $270.00 | $108.00 |

**Net current billing for this invoice** .............................................................................. **$108.00**

**GRAND TOTAL**............................................................................................................... **$108.00**

W. R. Grace & Co.

January 17, 2007
Invoice 785694  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 12/31/06

W. R. Grace & Co.
Beaco Road Site
Our Matter # 02399/06003

| | |
|---|---|
| Fees for Professional Services | $108.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** | **$108.00** |
| **GRAND TOTAL** | **$108.00** |

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS
CB&T
**ABA#**: 061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**: 053200666
**Beneficiary Customer**: Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**: Columbia Operating Account
**Beneficiary Account Number**: 00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD  21044

January 4, 2007  
Invoice 782511  Page  1

| | | |
|---|---|---|
| Our Matter # | 02399/06032 | For Services Through 12/31/06 |
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

12/04/06  Review status report, note time line (0.1); review notes and prepare for meeting on site (0.2).  
N.J. SMITH          0.30 hrs.    310.00/hr          $93.00

12/06/06  Site visit and meeting with potential development interests (IRG and Weston) and Mr. Bucens, Mr. Obradovic and Mr. Miller to review history of site, clean up status and projections, view site and surrounding properties, discuss values and related development activity in area.  
N.J. SMITH          2.10 hrs.    310.00/hr          $651.00

12/07/06  Review message from Mr. Bucens regarding leak detection sample test results and lab data.  
N.J. SMITH          0.20 hrs.    310.00/hr          $62.00

12/19/06  Review report submitted to DHEC regarding remedial activities, lab results.  
N.J. SMITH          0.20 hrs.    310.00/hr          $62.00

**Fees for Legal Services** ................................................................................................  **$868.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 2.80 | 310.00 | 868.00 |
| TOTAL | 2.80 | $310.00 | $868.00 |

**Net current billing for this invoice** ..............................................................................  **$868.00**

**GRAND TOTAL**............................................................................................................  **$868.00**

W. R. Grace & Co.

January 4, 2007
Invoice 782511  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 12/31/06

W. R. Grace & Co.
Charleston
Our Matter # 02399/06032

| | |
|---|---|
| Fees for Professional Services | $868.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** | **$868.00** |
| **GRAND TOTAL** | **$868.00** |

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS
CB&T
**ABA#**: 061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**: 053200666
**Beneficiary Customer**: Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**: Columbia Operating Account
**Beneficiary Account Number**: 00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD  21044

January 3, 2007  
Invoice 782467  Page  1

Our Matter #  02399/06091  
Name of Matter:  Fee Applications

For Services Through 12/31/06

12/21/06   Draft November 2006 fee application for attorney review and signature.  
           A.R. PRICE                                   2.20 hrs.    115.00/hr                   $253.00

**Fees for Legal Services** ................................................................................................. **$253.00**

### BILLING SUMMARY

|              | Hours | Rate/Hr | Dollars |
|---           |---    |---      |---      |
| A.R. PRICE   | 2.20  | 115.00  | 253.00  |
| TOTAL        | 2.20  | 115.00  | 253.00  |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

12/20/2006      Photocopies 100 Page(s)                                                             5.00  
**Total Charges for Other Services Provided/Expenses Incurred** ...................            **$5.00**

### DISBURSEMENT SUMMARY

| Description |  Dollars |
|---          |---       |
| Photocopies |  5.00    |
| TOTAL       |  $5.00   |

**Net current billing for this invoice** ............................................................................... **$258.00**

**GRAND TOTAL**............................................................................................................. **$258.00**

W. R. Grace & Co.

January 3, 2007
Invoice 782467  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 12/31/06

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

| | |
|---|---:|
| Fees for Professional Services | $253.00 |
| Charges for Other Services Provided/Expenses Incurred | $5.00 |
| **Net current billing for this invoice** | **$258.00** |
| **GRAND TOTAL** | **$258.00** |

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS
CB&T
**ABA#**: 061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**: 053200666
**Beneficiary Customer**: Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**: Columbia Operating Account
**Beneficiary Account Number**: 00322407701