IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: March 5, 2007 |

## FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD DECEMBER 1, 2006 THROUGH DECEMBER 31, 2006

---

[2] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## WRG-0071
## STUDY OF THIRD PARTY PATENTS DIRECTED
## TO CEMENT COMPOSITION PLASTICIZER

| | | | |
|---|---|---|---|
| 12/01/2006 | GHL | Telephone conference with Mr. Leon regarding further analysis of invalidity and non-infringement of third-party patent on cement additives, and begin review of files with further information as received from Mr. Leon.; | 1.00 |
| 12/01/2006 | SAB | Discussion with Mr. Levin regarding research needed about applicability of patentee's comment made in foreign prosecution to validity and claim scope in the U.S. | 0.20 |
| 12/04/2006 | GHL | Continued review of third-party patents and prior art references, and review of selected documents form proceedings in European revocation action relevant to invalidity analysis; | 2.00 |
| 12/05/2006 | GHL | Continued review of third-party patents and prior art references, review of materials received from Mr. Leon relating to Grace testing of its commercial plasticizers and testing of materials replicated from prior art references to determine molecular weight distributions relevant to claims of third-party patents; | 2.50 |
| 12/05/2006 | SAB | Legal research using online database searching issue of whether statements made by a patentee in foreign prosecution proceedings are relevant in U.S. proceedings. Discussions with Mr. Levin regarding pertinent facts. Analysis of search results. Discussions with Mr. Levin regarding results of search and analysis. Discussion of further research necessary; | 2.00 |
| 12/06/2006 | GHL | Study of file history of third-party patents and positions taken by that third-party in foreign oppositions regarding procedures for molecular weight analyses, as received from Mr. Leon, and continued review of materials relating to Grace testing of its commercial plasticizers and synthesis and testing of materials replicated from prior art references for invalidity analysis; | 4.00 |
| 12/07/2006 | GHL | Further study of third-party patents at issue and of all prior art as received from Grace; analysis of synthesis and testing procedures employed by Grace, and consideration of applicability of the procedures to non-infringement and invalidity positions; | 3.50 |
| 12/08/2006 | GHL | Continued review of the third-party patents and prosecution history and write-ups of Grace analyses of its commercial products and of GPC procedures used, in preparation for scheduled meeting with Grace personnel.; | 1.00 |
| 12/08/2006 | SAB | Discussion with Mr. Levin regarding results of legal searching on issue of admissions of patentee made in | .20 |

| | | foreign prosecution; | |
|---|---|---|---|
| 12/11/2006 | GHL | Travel time-travel to Cambridge Massachusetts for scheduled meeting; 2.6 hours billed at half. | 1.30 |
| 12/12/2006 | GHL | Travel-travel from Cambridge Massachusetts; 2 hours billed at half. | 1.00 |
| 12/12/2006 | GHL | Meeting in Grace's offices in Cambridge with Messrs. Baker, Leon, Jeknavorian, and Chun to review issues relating to analyses of Grace's commercial cement additives to determine possible relevance to those products of third-party patents and issues of synthesis and replication of prior art patents relevant to invalidity analysis of the third-party patents; further meeting with Mr. Gado to advise on options in view of the analyses. | 6.50 |

                                    SERVICES                $   12,006.00

| | GHL | GARY H. LEVIN | 22.80 | hours @ | $505.00 |
|---|---|---|---|---|---|
| | SAB | STEPHANIE AL BARBOSA | 2.40 | hours @ | $205.00 |

**DISBURSEMENTS:**

| COMPUTER SEARCH | 42.46 |
|---|---|
| TRAVEL & EXPENSES | 454.39 |

DISBURSEMENT TOTAL                                             $   496.85

SERVICE TOTAL                                                   $   12,006.00

                    **INVOICE TOTAL**                               $   **12,502.85**

## WRG-0071
## STUDY OF THIRD PARTY PATENTS DIRECTED
## TO CEMENT COMPOSITION PLASTICIZER

**12/11 – 12/12/2006**  Travel and Expense: Vendor Gary H. Levin
        **Transportation**: Purpose of trip: Attendance at Meeting with Grace Representatives in Cambridge, MA

| | | |
|---|---|---:|
| 12/11/2006 | Amtrak | |
| | Philadelphia, PA to Boston, MA | $ 141.00 |
| 12/12/2006 | U.S. Airways | |
| | Boston, MA to Philadelphia, PA | $ 85.30 |
| **Hotel:** | | $ 114.09 |
| **Taxis and Tips:** | | $ 66.00 |
| **Miles: 36 Miles @ per mile** | | $ 13.50 |
| **Meals:** | | $ 12.50 |
| **Parking Fees:** | | $ 22.00 |
| | TOTAL EXPENSE: | $ 454.39 |

## WRG-0076
## VALVED COVER SYSTEM

| 12/19/2006 | NG | Review of docket and preparation of correspondence to client advising of foreign filing deadline and requesting instructions pertaining to same; | 0.80 |
|---|---|---|---|

|  | SERVICES | $ | 140.00 |
|---|---|---|---|

| NG | NOREEN GARONSKI | 0.80 | hours @ | $175.00 |
|---|---|---|---|---|

**INVOICE TOTAL**                               $     140.00

## WRG-GEN

| 11/28/2006 | GHL | Fee Application, Applicant – Preparation of fee petition for 22nd Quarterly Period. | 0.80 |
|---|---|---|---|
| 11/29/2006 | GHL | Further work on Fee Petition for 22nd Quarterly Period | 0.50 |
| 12/14/2006 | GHL | Fee Application, Applicant – preparation of fee petition for October, 2006. | 0.70 |

                                                  SERVICES          $   1,010.00

| | GHL | GARY H. LEVIN | 2.00 | hours @ | $505.00 |
|---|---|---|---|---|---|

**DISBURSEMENTS:**

| | | |
|---|---|---|
| POSTAGE & DELIVERY | $ | 57.89 |
| DISBURSEMENT TOTAL | $ | 57.89 |
| SERVICE TOTAL | $ | 1,010.00 |
| **INVOICE TOTAL** | **$** | **1,067.89** |