IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                                    Chapter 11
                                      )
W.R. Grace & Co., et al               )   Case No. 01-1139(JKF)
              Debtors.                )
                                      )
                                      )
                                      )
                                      )
                                      )
                                      )
                                      )

### ORDER RESCHEDULING HEARING

**AND NOW**, this 13TH day of February, **2007**, it is **ORDERED** that the above mentioned Bankruptcy Proceeding scheduled for February 14, 2007 at 10:00 a.m. has been **CANCELLED**; It is Hereby rescheduled for February 20, 2007 at 10:00 a.m. by telephone.

Dated: February 13, 2007.

_____
Judith K. Fitzgerald,
United States Bankruptcy Court