EXHIBIT "B"

### Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555     Fax:   (302) 575-1714

WR Grace PD Committee                                     October 1, 2006 to October 31, 2006

Invoice No. 22168

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|------|------|------|
| B14 | Case Administration - | 16.60 | 3,283.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 1.10 | 275.00 |
| B18 | Fee Applications, Others - | 11.50 | 1,366.50 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 1.80 | 450.00 |
| B25 | Fee Applications, Applicant - | 4.70 | 626.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 1.80 | 450.00 |
| B32 | Litigation and Litigation Consulting - | 54.90 | 13,647.00 |
| B36 | Plan and Disclosure Statement - | 18.50 | 4,065.00 |
| B37 | Hearings - | 5.80 | 1,450.00 |
| | **Total** | **116.70** | **$25,612.50** |
| | **Grand Total** | **116.70** | **$25,612.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|------|------|------|------|
| Lisa L. Coggins | 185.00 | 8.70 | 1,609.50 |
| Rick S. Miller | 240.00 | 1.80 | 432.00 |
| Steven G. Weiler | 160.00 | 2.10 | 336.00 |
| Theodore J. Tacconelli | 250.00 | 85.50 | 21,375.00 |
| Legal Assistant - MH | 100.00 | 18.60 | 1,860.00 |
| **Total** | | **116.70** | **$25,612.50** |

## DISBURSEMENT SUMMARY

Expense -                                                                            $636.62

**Total Disbursements**                                                              **$636.62**

**Page 2 of 17**

| Date | Description | Hours | Lawyer |
|------|-------------|-------|--------|
| Oct-02-06 | *Fee Applications, Others* - Review, finalize, e-file and coordinate service of Bilzin Aug. 06 Fee Application | 0.40 | LLC |
| | *Fee Applications, Others* - Review, finalize, e-file and coordinate service of HRA Aug. 06 Fee Application | 0.40 | LLC |
| | *Plan and Disclosure Statement* - Confer with T. Tacconelli re: notice of appeal | 0.20 | RSM |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review C. Dansby objection to omnibus objection to claims | 0.10 | TJT |
| | *Case Administration* - Review Goodwin Proctor 3rd quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Beverage and Diamond 4th quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Woodcock & Washburn quarterly for 21st interim period | 0.10 | TJT |
| | *Case Administration* - Review Nelsen Mullins 1st Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Steptoe & Johnson June Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Casner Edwards July Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review stipulation re expert discovery in PI estimation | 0.10 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - download, review and revise HRA Aug. 06 Fee Application and draft Certificate of Service re same | 0.40 | MH |
| | *Fee Applications, Others* - download, review and revise Bilzin Aug. 06 Fee Application and draft Certificate of Service re same | 0.40 | MH |
| Oct-03-06 | *Plan and Disclosure Statement* - Confer with RSM re second Certificate of Counsel filed re exclusivity | 0.10 | LLC |
| | *Plan and Disclosure Statement* - download and review amended notice of appeal re exclusivity order | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Ferry, Joseph & Pearce's Aug. Fee Application for filing | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Review Court order re: exclusivity | 0.10 | RSM |
| | *Plan and Disclosure Statement* - Review amended notice of appeal | 0.10 | RSM |
| | *Case Administration* - Forward following documents to co-counsel (1) 9/25 hearing transcript; (2) exclusivity order; (3) CAC re: same | 0.20 | SGW |
| | *Case Administration* - Review Foley Hoag Aug. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Pitney Hardin Aug. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Beverage and Diamond Aug. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PG&S Aug. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Ferry, Joseph & Pearce's Aug. Fee Application | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Case Administration* - Review Stroock Aug. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Woodcock and Washburn July Fee Application | 0.10 | TJT |
|  | *Hearings* - Review e-mail from S. Weiler re 9/25/06 hearing transcript | 0.10 | TJT |
|  | *Hearings* - Review e-mail from J. Sakalo re 9/25/06 hearing transcript | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review debtors' Certificate of Counsel re proposed order re exclusivity extension | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Prepare e-mail to S. Weiler re debtors' Certificate of Counsel re proposed order re exclusivity extension | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review order granting additional exclusivity extension | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Prepare e-mail to S. Weiler re order entered granting additional exclusivity extension | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review amended notice of appeal of exclusivity extension order | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from S. Weiler re order granting additional exclusivity | 0.10 | TJT |
|  | *Case Administration* - determine allocation of WR Grace payment to Ferry, Joseph & Pearce | 0.10 | MH |
|  | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
|  | *Fee Applications, Applicant* - modify Ferry, Joseph & Pearce's Aug. 06 invoice for filing with Fee Application; draft summary, notice and Certificate of Service re same | 0.60 | MH |
|  | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Ferry, Joseph & Pearce's Aug. 06 Fee Application | 0.50 | MH |
| Oct-04-06 | *Case Administration* - Review entry of appearance by Burroughs Halperin and forward to paralegal | 0.10 | TJT |
|  | *Case Administration* - notice of withdrawal of appearance by G. Ginn and forward to paralegal | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review e-mail from M. Hurford re PI estimation expert discovery | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review letter from J. O'Neill re PI expert discovery | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review e-mail from S. Baena re PD expert witness | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review e-mail from M. Dies re PD expert witness | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Confer with S. Weiler re exclusivity appeal | 0.10 | TJT |
| Oct-05-06 | *Fee Applications, Others* - Review Certificate of No Objection re HRA April 06 Fee Application for filing | 0.10 | LLC |
|  | *Fee Applications, Others* - Review Certificate of No Objection re HRA June 05 Fee Application for filing | 0.10 | LLC |

|  | | | |
|---|---|---|---|
| | *Fee Applications, Others* - Review Certificate of No Objection re HRA July 05 Fee Application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re HRA Feb. 06 Fee Application for filing | 0.10 | LLC |
| | *Case Administration* - Prepare memo to paralegal re 9/25/06 hearing transcript | 0.10 | TJT |
| | *Case Administration* - Review amended 2019 statement by David Law Firm | 0.10 | TJT |
| | *Case Administration* - Review L. Tersigni Aug. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review debtors' monthly operating report for Aug. 06 | 0.40 | TJT |
| | *Case Administration* - Review LAS Aug. Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with S. Weiler re exclusivity extension appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Prepare e-mail to J. Sakalo re exclusivity appeal | 0.10 | TJT |
| | *Case Administration* - Review docket re weekly case status memo for week ending 9/29/06; prepare memo re same | 0.40 | MH |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re HRA's June 05 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re HRA's June 06 Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re HRA's July 05 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve HRA's July 05 Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re HRA's Feb. 06 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve HRA's Feb. 06 Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re HRA's April 06 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re HRA's April 06 Fee Application | 0.50 | MH |
| Oct-06-06 | *Case Administration* - Review case weekly status memo for week ending 9/29/06 | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Teleconference with B. Magnuson at USBC re: filing of exhibits re: designation of record on appeal (.2); advise T. Tacconelli re: same (.1) | 0.30 | SGW |
| | *Plan and Disclosure Statement* - Follow-up with Magnuson at USBC re: filing of designation of records/statement of issues on appeal | 0.20 | SGW |

| | | | |
|---|---|---|---|
| | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare e-mail to J. Sakalo re Certificate of Counsel re proposed amended PD CMO | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by CSX 27th omnibus objection to claims with attachments | 0.30 | TJT |
| | *Case Administration* - Review PWC June Fee Application | 0.10 | TJT |
| | *Case Administration* - Review 2nd supplemental disclosure by Duane Morris | 0.10 | TJT |
| | *Case Administration* - Review weekly case status memo for week ending 9/29 | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Certificate of Counsel re proposed amended PD CMO | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - Review letter from Orrick to debtors re 30(b)(6) deposition re PI estimation | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review 30(b)(6) deposition notice by ACC/FCR to debtors with attachment | 0.30 | TJT |
| | *Plan and Disclosure Statement* - trade e-mails with J. Sakalo re exclusivity appeal | 0.20 | TJT |
| | *Plan and Disclosure Statement* - multiple conferences with S. Weiler re record on appeal and issues on appeal re exclusivity appeal | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review amended notice of appeal and confer with S. Weiler re same | 0.10 | TJT |
| | *Plan and Disclosure Statement* - work on exclusivity appeal | 0.50 | TJT |
| | *Plan and Disclosure Statement* - research re appellate rules and local appellate rules re exclusivity appeal | 0.50 | TJT |
| | *Fee Applications, Others* - Review fee app/CNO completion chart, e-mail to L. Flores re three amended quarterlies for older invoices | 0.20 | MH |
| Oct-07-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel re motion for relief from stay by Anderson with proposed order | 0.20 | TJT |
| | *Case Administration* - Review PSZY&J 21st Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Campbell Levine 21st Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Caplin Drysdale Aug. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Anderson Kill Aug. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review eight miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review PI committee's Notice of Service of Expert Reports re PI estimation | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Certificate of Counsel re motion to compel responses to PI questionnaire and review proposed order | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Prepare e-mail to J. Sakalo re exclusivity appeal | 0.10 | TJT |
| Oct-08-06 | *Case Administration* - Review D. Austern June Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Beverage and Diamond June Fee Application | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Case Administration* - Review Beverage and Diamond July Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Goodwin Proctor Oct. 04 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Goodwin Proctor Nov. 04 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Goodwin Proctor Feb. 05 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review four miscellaneous Certificates of No Objection | 0.10 | TJT |
| | *Case Administration* - Review PSZY&J July Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review expert report by Dr. Whitehorse and CV | 1.40 | TJT |
| Oct-09-06 | *Plan and Disclosure Statement* - Confer with T. Tacconelli re upcoming filing re exclusivity appeal | 0.20 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review stipulated order re PI bar date | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review 25th continuation order re 5th omnibus objection to claims | 0.10 | TJT |
| | *Case Administration* - Review order approving Quarterly Fee Applications for 20th interim period | 0.10 | TJT |
| | *Case Administration* - Review 2nd 2019 statement by C. Parks | 0.10 | TJT |
| | *Case Administration* - Review 2019 statement by Bogdam Law Firm | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' Notice of Service re expert reports re PI estimation | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Whitehorse article re Libby, Montana | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - start reviewing charts for Whitehorse Libby patients | 1.30 | TJT |
| | *Plan and Disclosure Statement* - Confer with L. Coggins and S. Weiler re exclusivity appeal | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Whitehorse Libby patient list | 0.20 | TJT |
| Oct-10-06 | *Plan and Disclosure Statement* - Confer with RSM re receipt of draft appeal designation | 0.10 | LLC |
| | *Plan and Disclosure Statement* - e-mails from D. Sacconey re forwarding of draft appeal designation | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Telephone call to co-counsel re remaining portion of appeal designation | 0.20 | LLC |
| | *Plan and Disclosure Statement* - Confer with T. Tacconelli re status of appeal designation | 0.10 | LLC |
| | *Plan and Disclosure Statement* - e-mail from J. Sakalo re signature page from PI committee for appeal designation | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Confer with T. Tacconelli re status of finalized appeal designation | 0.20 | LLC |
| | *Plan and Disclosure Statement* - e-mail from T. Tacconelli re complete draft of appeal designation | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Review, revise and finalize appeal | 1.80 | LLC |

| | | |
|---|---|---|
| designation and confer with T. Tacconelli re same | | |
| *Plan and Disclosure Statement* - E-file and coordinate service of appeal designation | 0.40 | LLC |
| *Plan and Disclosure Statement* - Confer with T. Tacconelli re: preparation of designation of record or appeal | 0.20 | RSM |
| *Plan and Disclosure Statement* - Follow up teleconference with B. Magnuson at US Bankruptcy Court re filing of exhibits to designation of records on appeal | 0.10 | SGW |
| *Plan and Disclosure Statement* - multiple conferences with L. Coggins re exclusivity appeal | 0.30 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from J Sakalo re final version of designation of record on appeal and issues on appeal | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from D. Felder re final version of designation of record on appeal | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from J. Sakalo re signature page from PI committee re designation of record on appeal | 0.10 | TJT |
| *Plan and Disclosure Statement* - Teleconferences with J. Sakalo re exclusivity appeal | 0.20 | TJT |
| *Plan and Disclosure Statement* - Teleconference with D. Felder re exclusivity appeal | 0.10 | TJT |
| *Plan and Disclosure Statement* - trade e-mails with D. Felder re signature page for designation of record on appeal | 0.20 | TJT |
| *Plan and Disclosure Statement* - work on and finalize designation of record on appeal and issues on appeal and oversee filing and service | 2.70 | TJT |
| *Case Administration* - review docket and prepare weekly case status memo for week ending 10/6/06 | 0.60 | MH |
| *Plan and Disclosure Statement* - Confer with T. Tacconelli and L. Coggins re signature page, labels and service of appeal designation, prepare labels and arrange for service re same | 0.30 | MH |

| | | | |
|---|---|---|---|
| Oct-11-06 | *Case Administration* - Review weekly case status memo for week ending 10/6/06 | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re HRA amended 16th Quarterly Fee Application for filing | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Confer with T. Tacconelli and M. Hedden re service of appeal designation | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Confer with T. Tacconelli re: procedural issues for appeal | 0.30 | RSM |
| | *Plan and Disclosure Statement* - Arrange for copy of designation of records on appeal to be sent to B. Magnuson at US Bankruptcy Court | 0.10 | SGW |
| | *Case Administration* - Review weekly case status memo for week ending 10/6/06 | 0.10 | TJT |
| | *Case Administration* - Review order lifting automatic stay re Anderson Memorial class action | 0.10 | TJT |

|  | | | |
|---|---|---|---|
| | *Case Administration* - Review debtors' statement of amounts paid to ordinary course professionals | 0.10 | TJT |
| | *Case Administration* - Review K&E Aug. Fee Application | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Confer with RSM re motion to expedite exclusivity appeal (x2) | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Teleconferences with District Court clerk re motion to expedite exclusivity appeal (x2) | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from S. Weiler re requirements for providing record on appeal to Bankruptcy Court clerk | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with paralegal re providing record on appeal to Bankruptcy Court clerk | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with paralegal re status of providing Bankruptcy Court clerk with record on appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - work on issues surrounding exclusivity appeal (requesting emergency treatment in District Court and issues regarding same) | 0.80 | TJT |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re HRA's Amended 16th Quarterly Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re HRA's Amended 16th Quarterly Fee Application | 0.50 | MH |
| | *Plan and Disclosure Statement* - e-mail from S. Weiler re deliver record on appeal to Bankruptcy Court clerk, confer with L. Coggins and T. Tacconelli re copy of record on appeal and ECF sheet, hand delivery of same to Bankruptcy Court clerk, confer with T. Tacconelli re status of same | 0.20 | MH |
| Oct-12-06 | *Fee Applications, Applicant* - Confer with T. Tacconelli and M. Hedden re last FT quarterly Fee Application | 0.30 | LLC |
| | *Fee Applications, Others* - Confer with T. Tacconelli re: fee applications | 0.30 | RSM |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review 9/25/06 hearing transcript re PD claim issues | 0.80 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review letter from Lipsitz Green to clerk with attachments | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re teleconference with committee | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from J. O'Neill re notice of deposition of Dr. Gaziano | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' renotice of deposition of Dr. Gaziano | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review order re debtors' motion to compel re responses to PI questionnaire | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - continue reviewing Dr. Whitehorse DVD containing charts for 25 patients with rapid progression of pleural death | 3.20 | TJT |

|  |  |  |  |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review e-mail from J. Sakalo re record on appeal re exclusivity appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with RSM and review local and appellate rules re record on appeal re exclusivity appeal | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Teleconference with J. Sakalo re record on appeal re exclusivity appeal | 0.10 | TJT |
| Oct-13-06 | *Case Administration* - e-mail from S. Lam re copy of pleading and forward same to T. Tacconelli | 0.10 | LLC |
| | *Case Administration* - Confer with T. Tacconelli and e-mail to J. Sakalo re S. Lam request | 0.20 | LLC |
| | *Case Administration* - e-mail from J. Sakalo re S. Lam request | 0.10 | LLC |
| | *Case Administration* - scan and send requested pleading to S. Lam | 0.20 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from J. Sakalo re amended PD CMO | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review amended PD CMOs entered by court and confirm and calendar dates | 0.30 | TJT |
| | *Case Administration* - Review seven miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Confer with L. Coggins re request by creditor for committee information | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - continue reviewing exhibits to Libby expert reports re PI estimation | 0.80 | TJT |
| | *Litigation and Litigation Consulting* - continue reviewing exhibits to Libby expert reports re PI estimation | 1.00 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Sakalo re motion to expedite exclusivity appeal | 0.10 | TJT |
| Oct-14-06 | *Case Administration* - Review K&E Aug. Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Dr. Frank's expert report re PI estimation | 2.60 | TJT |
| Oct-15-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion for leave to file reply re motion for protective order for 30(b)(6) deposition by Anderson Memorial Hospital | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review amended notice of deadlines and process re PD claim objections | 0.10 | TJT |
| | *Case Administration* - Review Duane Morris Aug. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PWC July Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Holme Roberts June Fee Application | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous Certificates of No Objection filed by debtor | 0.10 | TJT |
| | *Case Administration* - Review Capstone Aug. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Orrick Aug. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review TPT Aug. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Piper Jaffery July Fee Application | 0.10 | TJT |

| |

|  |  |  |  |
|---|---|---|---|
|  | *Case Administration* - Review Piper Jaffery Aug. Fee Application | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - continue reviewing Dr. Frank's expert report re PI estimation | 0.80 | TJT |
| Oct-16-06 | *Case Administration* - Review weekly case status memo for week ending 1013/06 | 0.10 | LLC |
|  | *Plan and Disclosure Statement* - confer with T. Tacconelli re: appellate motions procedure | 0.20 | RSM |
|  | *Litigation and Litigation Consulting* - continue reviewing exhibits to Libby expert reports re PI estimation | 4.60 | TJT |
|  | *Case Administration* - review docket for week ending 10/13/06 and prepare case status memo re same | 0.50 | MH |
| Oct-17-06 | *Case Administration* - download and review agenda for 10/23 hearing | 0.10 | LLC |
|  | *Case Administration* - Review weekly case status memo for week ending 10/13/06 | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - continue reviewing exhibits to Libby expert reports re PI estimation | 4.80 | TJT |
|  | *Hearings* - Review agenda for 10/23/06 hearing | 0.10 | TJT |
|  | *Hearings* - Review e-mail from J. Sakalo re agenda for 1/23/06 hearing | 0.10 | TJT |
|  | *Case Administration* - determine allocation of holdback payments and compile invoice copies relating thereto for review by T. Tacconelli and accounts receivable | 0.20 | MH |
| Oct-18-06 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' 18th omnibus objection to claims with attachments | 0.40 | TJT |
|  | *Litigation and Litigation Consulting* - continue reviewing exhibits to Libby expert reports re PI estimation | 3.60 | TJT |
| Oct-19-06 | *Case Administration* - Prepare case management memos re: USDC case no. 05-764 and USCA case no. 06-4085 | 0.40 | SGW |
|  | *Case Administration* - Review Certificate of Counsel re 14th interim period Quarterly Fee Application for Blackstone Group | 0.10 | TJT |
|  | *Case Administration* - Review Certificate of Counsel re corrected order re 19th interim period Quarterly Fee Applications | 0.10 | TJT |
|  | *Case Administration* - Review second amended 2019 statement by P. Henderson | 0.10 | TJT |
|  | *Case Administration* - Review memo from S. Weiler re status report on pending district court and third circuit matters, confer with S. Weiler re Pacific Corp. appeal | 0.20 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Review e-mail from committee member re new hearing procedures in Delaware | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review e-mail from M. Hurford re PI committee's first request for admissions and supplemental interrogatory directed to debtors | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Litigation and Litigation Consulting* - Review PI committee's first request for admissions and supplemental interrogatory to debtor | 0.30 | TJT |
|  | *Litigation and Litigation Consulting* - continue reviewing exhibits to Libby expert reports re PI estimation | 3.80 | TJT |
| Oct-20-06 | *Litigation and Litigation Consulting* - continue reviewing Libby expert reports supporting documents re PI estimation | 4.30 | TJT |
|  | *Hearings* - Prepare e-mail to J. Sakalo re preparation for 10/28/06 hearing | 0.10 | TJT |
| Oct-21-06 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel re stipulation between debtors and S&R withdrawing PD claims | 0.10 | TJT |
|  | *Case Administration* - Review affidavit of M. Persson | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review PI committee's expert reports by Brody and Castleman and supporting documentation re PI estimation | 2.10 | TJT |
|  | *Plan and Disclosure Statement* - Review debtors' counter designation of record on appeal | 0.40 | TJT |
|  | *Plan and Disclosure Statement* - Prepare e-mail to S. Baena re debtors' counter designation of record on appeal | 0.10 | TJT |
| Oct-22-06 | *Case Administration* - Review Latham and Watkins June Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Latham and Watkins July Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Latham and Watkins Aug. Fee Application | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review e-mail from J. O'Neill re renotice of deposition of RTS | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review PI committee's expert report of Dr. Hammar and supporting documents | 0.80 | TJT |
|  | *Hearings* - Prepare for 10/23/06 hearing | 0.80 | TJT |
| Oct-23-06 | *Case Administration* - Confer with M. Hedden re certain filings from previous week | 0.10 | LLC |
|  | *Case Administration* - Review weekly case status report for week ending 10/20/06 | 0.10 | LLC |
|  | *Case Administration* - download and review corrected order re 19th Quarterly Fee Applications | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - Confer with T. Tacconelli re deadline for expert designations | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - Confer with T. Tacconelli re expected filing of expert designations | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - download and review debtors' counter-designations and forward same to co-counsel | 0.10 | LLC |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review order expunging PD claims filed by S&R | 0.10 | TJT |
|  | *Case Administration* - Review debtors' 21st quarterly report of settlements | 0.10 | TJT |
|  | *Case Administration* - Review debtors' 21st quarterly asset sale report | 0.10 | TJT |
|  | *Case Administration* - Review 20th supplemental affidavit of K&E | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review notice of rescheduled deposition of RTS | 0.10 | TJT |

| | | |
|---|---|---|
| *Litigation and Litigation Consulting* - Review Certificate of Counsel re motion to amend PI CMO | 0.10 | TJT |
| *Litigation and Litigation Consulting* - Confer with L. Coggins re PD expert reports re methodology | 0.10 | TJT |
| *Litigation and Litigation Consulting* - trade e-mails with M. Dies re PD expert reports re methodology reports | 0.30 | TJT |
| *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re PD expert designation | 0.10 | TJT |
| *Litigation and Litigation Consulting* - Prepare memo to J. Sakalo re PD expert designation re methodology | 0.20 | TJT |
| *Hearings* - Review e-mail from J. Sakalo re 10/23/06 hearing coverage | 0.10 | TJT |
| *Hearings* - Review matters on the agenda for 10/23 hearing going forward | 1.00 | TJT |
| *Hearings* - Attend Bankruptcy Court | 3.00 | TJT |
| *Hearings* - Confer with committee member after hearing re PD issues and plan issues | 0.30 | TJT |
| *Case Administration* - Review docket re weekly case status for week ending 10/20/06, prepare memo re same | 0.50 | MH |
| *Case Administration* - Review notice of address change and forward same to M. Hedden | 0.10 | LLC |
| *Litigation and Litigation Consulting* - Confer with T. Tacconelli re expected supplemental expert report | 0.10 | LLC |
| *Litigation and Litigation Consulting* - Confer with T. Tacconelli re service of supplemental expert report | 0.10 | LLC |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review attachment to order expunging certain PD claims filed by S&R | 0.10 | TJT |
| *Case Administration* - Review corrected order re 19th interim period Quarterly Fee Applications (Protiviti) | 0.10 | TJT |
| *Case Administration* - Review order approving Quarterly Fee Application for Blackstone July-Sep. | 0.10 | TJT |
| *Fee Applications, Others* - Review Certificate of No Objection re HRA Aug. Fee Application | 0.10 | TJT |
| *Fee Applications, Others* - Review Certificate of No Objection re Bilzin Aug. Fee Application | 0.10 | TJT |
| *Litigation and Litigation Consulting* - trade e-mails with J. Sakalo re expert designations re PI estimation re methodology | 0.20 | TJT |
| *Litigation and Litigation Consulting* - start reviewing expert report by Dr. Lemen | 0.50 | TJT |
| *Litigation and Litigation Consulting* - Teleconference with D. Carona re estimation of PD claims re methodology | 0.10 | TJT |
| *Litigation and Litigation Consulting* - Confer with L. Coggins re estimation of PD claims re methodology | 0.10 | TJT |
| *Hearings* - 10/23/06 hearing follow-up | 0.10 | TJT |
| *Fee Applications, Applicant* - Review Certificate of No Objection re Ferry, | 0.10 | TJT |

Oct-24-06

|  | Joseph & Pearce's Aug. Fee Application | | |
|---|---|---|---|
|  | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
|  | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re Bilzin's Aug. 06 Fee Application | 0.30 | MH |
|  | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Bilzin's Aug. 06 Fee Application | 0.50 | MH |
|  | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re HRA's Aug. 06 Fee Application | 0.30 | MH |
|  | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re HRA's Aug. 06 Fee Application | 0.50 | MH |
|  | *Fee Applications, Applicant* - draft Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's Aug. 06 Fee Application | 0.30 | MH |
|  | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Ferry, Joseph & Pearce's Aug. 06 Fee Application | 0.50 | MH |
| Oct-25-06 | *Case Administration* - Review withdrawal of appearance and forward same to M. Hedden | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - e-mail from T. Tacconelli re status of supplemental expert report | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - Telephone call from T. Tacconelli re follow up on status of supplemental expert report | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - trade e-mails with T. Tacconelli and confer with M. Hedden re K. Cup at Materials Analytical | 0.30 | LLC |
|  | *Litigation and Litigation Consulting* - Telephone call from K. Cup at Materials Analytical re PD expert reports and e-mail to T. Tacconelli re same | 0.20 | LLC |
|  | *Case Administration* - Review weekly case status memo for week ending 10/20/06 | 0.10 | TJT |
|  | *Case Administration* - Review notice of withdrawal of appearance by Jay Peak LLC and forward to paralegal | 0.10 | TJT |
|  | *Case Administration* - Review order granting debtors' motion for leave to file reply re debtors' motion for protective order re Anderson depositions | 0.10 | TJT |
|  | *Case Administration* - Review order expunging two Prudential PD claims | 0.10 | TJT |
|  | *Case Administration* - Review letter from Morgan and Meyers to debtors re PI questionnaire | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - trade e-mails with L. Coggins re estimation of PD claims re methodology issues | 0.20 | TJT |
|  | *Litigation and Litigation Consulting* - trade e-mails with M. Dies re estimation of PD claims re methodology issues | 0.20 | TJT |
|  | *Litigation and Litigation Consulting* - Teleconference with L. Coggins re estimation of PD claims re methodology issues | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - continue reviewing Dr. Lemen's expert report re PI estimation and review related documents | 1.00 | TJT |

| | | | |
|---|---|---|---|
| | *Litigation and Litigation Consulting* - Review Dr. Longo's expert report re PI estimation and review related documents | 0.90 | TJT |
| | *Litigation and Litigation Consulting* - Review Dr. Schneider's expert report re PI estimation and review related documents | 0.80 | TJT |
| | *Litigation and Litigation Consulting* - Review designation of expert witnesses by S&R and Brandi Law Firm re PD estimation methodology | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review designation of expert witnesses by S&R re PD estimation methodology | 0.10 | TJT |
| Oct-26-06 | *Case Administration* - Attend Committee teleconference | 0.40 | RSM |
| | *Plan and Disclosure Statement* - Discuss obtaining certain documents for designation of record on appeal with T. Tacconelli (.1); arrange for same at Parcels (.1) | 0.20 | SGW |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.40 | TJT |
| | *Litigation and Litigation Consulting* - Review adoption by Motley Rice in PD expert designations re PD estimation methodology | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review expert report of Dr. Welch and related documents | 1.00 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from L. Flores re record on appeal re exclusivity appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - trade e-mails with S. Weiler re record on appeal re exclusivity appeal | 0.20 | TJT |
| | *Plan and Disclosure Statement* - multiple conferences with S. Weiler re record on appeal re exclusivity appeal | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from paralegal re record on appeal re exclusivity appeal | 0.20 | TJT |
| | *Case Administration* - Confer with T. Tacconelli re hearing transcripts organization, begin reorganizing and downloading additional various transcripts | 1.10 | MH |
| | *Plan and Disclosure Statement* - Confer with T. Tacconelli and S. Weiler re federal express documents to L. Flores re designation of record on appeal, prepare for federal express delivery re same | 0.20 | MH |
| | *Plan and Disclosure Statement* - e-mail to L. Flores re status of sending documents to her re designation of record on appeal | 0.10 | MH |
| | *Plan and Disclosure Statement* - Confer with T. Tacconelli and S. Weiler re additional documents re designation of record on appeal, scan same and e-mail same to L. Flores | 0.20 | MH |
| Oct-27-06 | *Case Administration* - Review notice of appearance and forward same to M. Hedden | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Follow-up with I.Colon re: obtaining remainder documents for designation of record (.1); discuss same with legal assistant (.1) | 0.20 | SGW |

| | | | |
|---|---|---|---|
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re 17th omnibus objection to claims with attachments | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re 26th continuation order re 5th omnibus objection to claims | 0.10 | TJT |
| | *Case Administration* - Review entry of appearance by Riker Danzig and forward to paralegal | 0.10 | TJT |
| | *Case Administration* - Confer with paralegal re obtaining 2003 hearing transcripts | 0.10 | TJT |
| | *Case Administration* - Review 4th supplemental affidavit of Orrick | 0.10 | TJT |
| | *Case Administration* - Review Orrick Sep. 06 Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Confer with S. Weiler re 10/23/06 hearing follow-up | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review D&H designation of expert with description of experts | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - Review D&H Dr. Longo report and review exhibit B thereto | 1.10 | TJT |
| | *Litigation and Litigation Consulting* - Review notice of change of filing date on renotice of deposition for RTS | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with S. Weiler re status of items re record on appeal | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from S. Weiler re status of designation of record on appeal re exclusivity appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review notice of change of filing date re counter designation of record on appeal re exclusivity appeal with attachments | 0.20 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's Sept. 06 prebill | 0.60 | TJT |
| Oct-28-06 | *Case Administration* - Review Protiviti July-Sep. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel re revised hearing times for 2007 *Hearings* | 0.10 | TJT |
| | *Case Administration* - Review Holme Roberts 21st Quarterly Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - start reviewing documents supporting Dr. Castleman's PI expert report | 1.50 | TJT |
| Oct-29-06 | *Litigation and Litigation Consulting* - continue reviewing backup materials for Dr. Castleman's PI expert report | 1.20 | TJT |
| Oct-30-06 | *Fee Applications, Applicant* - Review Sept., 2006 fee application for filing and confer with M. Hedden re: same | 0.20 | LLC |
| | *Plan and Disclosure Statement* - Respond to L. Flones re: D.I. Adv. Notice of Service. 13 and 32 for designation of record on appeal (.); brief review adv. no. 01-771 re: same (.1); obtain #13 re: same (.1) | 0.30 | SGW |
| | *Case Administration* - Review order authorized debtor to pay certain tax claims to IRS | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Case Administration* - Review Kramer Levine Sept. 06 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Buchanan Ingersoll Rooney Sept Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re Blackstone Group's 19th interim period Quarterly Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review exhibits A-E re Dies and Hile Dr. Longo expert re PD estimation | 2.60 | TJT |
| | *Plan and Disclosure Statement* - Review multiple e-mails re designation of record on appeal and confer with S. Weiler re same | 0.30 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Plan and Disclosure Statement* - Review e-mail from L. Flores re question re exhibit re designation of record on appeal, forward same to T. Tacconelli and S. Weiler | 0.10 | MH |
| | *Plan and Disclosure Statement* - Review e-mails from S. Weiler re L. Flores' e-mail re designation of record on appeal | 0.10 | MH |
| | *Fee Applications, Applicant* - edit Ferry, Joseph & Pearce's Sep. 06 prebill, run final bill | 0.20 | MH |
| | *Fee Applications, Applicant* - modify Ferry, Joseph & Pearce's Sep. 06 invoice, draft Fee Application, Notice thereof, and Certificate of Service re same | 0.80 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Ferry, Joseph & Pearce's Sep. 06 Fee Application | 0.50 | MH |
| Oct-31-06 | *Fee Applications, Others* - E-mail from L. Flores; re: fee applications for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review HRA Sept., 2006 fee application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin, Sept., 2006 fee application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review 19th expense statement of PD Committee for filing | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Forward #13 in Adv. 01-771 to L. Flores via pdf | 0.10 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from J. Sakalo re creditor inquiry | 0.10 | TJT |
| | *Case Administration* - Review PGS Sep. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review 9th Quarterly Fee Application of D. Austern | 0.10 | TJT |
| | *Case Administration* - Review D. Austern's July Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - start reviewing Exh. F re Dies & Hile Dr. Longo expert report re PD estimation | 2.30 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from S. Weiler re record on appeal re exclusivity appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Retrieve voice mail message from M. Kramer re opening brief re estimation appeal | 0.10 | TJT |

| | | |
|---|---:|---|
| *Case Administration* - review docket and prepare weekly case status memo for week ending 10/27/06 | 0.70 | MH |
| *Case Administration* - Update fee app/CNO filed chart | 0.10 | MH |
| *Fee Applications, Others* - download, review and revise Bilzin's Sep. 06 Fee Application documents, draft Certificate of Service re same | 0.40 | MH |
| *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's Sept. 06 Fee Application | 0.50 | MH |
| *Fee Applications, Others* - download, review and revise HRA' s Sept. 06 Fee Application documentation, draft Certificate of Service re same | 0.40 | MH |
| *Fee Applications, Others* - Prepare for e-filing, e-file and serve HRA's Sept. 06 Fee Application | 0.50 | MH |
| *Fee Applications, Others* - download, review and revise PD committee's July-Sept. 06 Fee Application, draft Certificate of Service re same | 0.40 | MH |
| *Fee Applications, Others* - Prepare for e-filing, e-file and serve PD committee's July-Sept. 06 Fee Application | 0.50 | MH |

**Totals**                                                              **116.70**

## DISBURSEMENTS

| | | |
|---|---|---:|
| Oct-02-06 | *Expense* - Copying cost  180 @ 0.10 | 18.00 |
| | *Expense* - Postage | 2.79 |
| Oct-03-06 | *Expense* - Copying cost  78 @ 0.10 | 7.80 |
| | *Expense* - Postage | 1.35 |
| Oct-09-06 | *Expense* - West Group- West Law Legal Research - July 2006 | 8.17 |
| Oct-11-06 | *Expense* - Transcripts Plus | 299.46 |
| Oct-17-06 | *Expense* - TriState Courier & Carriage - delivery charge | 45.50 |
| Oct-18-06 | *Expense* - TriState Courier & Carriage - delivery charge | 58.50 |
| Oct-19-06 | *Expense* - PACER Service Center - 7/1/ - 9/30/06 (RSM) | 48.64 |
| Oct-20-06 | *Expense* - Parcel's, Inc. | 25.00 |
| Oct-23-06 | *Expense* - PACER Service Center - 7/1/ - 9/30/06 (TJT) | 75.12 |
| Oct-24-06 | *Expense* - Copying cost  90 @ 0.10 | 9.00 |
| | *Expense* - Postage  8 @ 0.63 | 5.04 |
| Oct-30-06 | *Expense* - Copying cost  63 @ 0.10 | 6.30 |
| | *Expense* - Postage | 1.35 |
| Oct-31-06 | *Expense* - Copying cost  204 @ 0.10 | 20.40 |
| | *Expense* - Postage | 4.20 |
| | **Totals** | **$636.62** |

| | |
|---|---:|
| **Total Fees & Disbursements** | **$26,249.12** |
| **Balance Due Now** | **$26,249.12** |