**Attachment B**
**To Fee Application**

Summary of PwC's Fees By Professional
October 2006

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended October 31, 2006

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $655.60 | 17.7 | $ 11,604.12 |
| Robert Keehan | Audit Partner | 18 | Integrated Audit | $655.60 | 2.0 | $ 1,311.20 |
| John E Newstead | Audit Partner | 10+ | Integrated Audit | $585.50 | 7.1 | $ 4,157.05 |
| George B. Baccash | Tax Partner | 30 | Integrated Audit | $651.90 | 5.0 | $ 3,259.50 |
| Robert Eydt | Risk Partner | 25+ | Integrated Audit | $864.70 | 5.0 | $ 4,323.50 |
| Lisa Slotznick | Director | 26 | Integrated Audit | $551.00 | 0.3 | $ 165.30 |
| Thomas Kalinosky | Director - SEC Reviewer | 25+ | Integrated Audit | $467.40 | 0.5 | $ 233.70 |
| Douglas Parker | Audit Senior Manager | 11 | Integrated Audit | $376.40 | 55.8 | $ 21,003.12 |
| Josephine Iglesias-Grana | Risk Senior Manager | 7 | Integrated Audit | $655.60 | 2.0 | $ 1,311.20 |
| Marvin de Guzman | Audit Manager | 4 | Integrated Audit | $285.40 | 69.5 | $ 19,835.30 |
| Sandra David | Audit Manager | 10+ | Integrated Audit | $285.40 | 27.6 | $ 7,877.04 |
| Matthew G. Bosseler | Audit Manager | 9 | Integrated Audit | $295.20 | 2.0 | $ 590.40 |
| Josef Van Wyk | Audit Manager | 11 | Integrated Audit | $273.10 | 46.5 | $ 12,699.15 |
| Daniel Spratt | Tax Manager | 5 | Integrated Audit | $313.70 | 5.0 | $ 1,568.50 |
| Pamela Reinhardt | Audit Senior Associate | 3 | Integrated Audit | $207.90 | 65.0 | $ 13,513.50 |
| Maria Afuang | Audit Senior Associate | 4 | Integrated Audit | $207.90 | 135.3 | $ 28,128.87 |
| Cindy Y Chen | Audit Senior Associate | 2 | Integrated Audit | $201.70 | | $ 18,758.10 |

| Name | Title | | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Michael McDonnell | Audit Senior Associate | | | 93.0 | |
| | | 3 | Integrated Audit | | |
| Michael McDonnell | Audit Senior Associate | | $195.60 | 10.3 | $ 2,014.68 |
| Christopher W Park | Audit Senior Associate | 2 | Integrated Audit | | |
| | | | $183.30 | 20.5 | $ 3,757.65 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | $145.00 | 154.2 | $ 22,359.00 |
| Lynda Keorlet | Audit Associate | 1 | Integrated Audit | $132.80 | 132.1 | $ 17,542.88 |
| Nicole Heisler | Audit Associate | 1 | Integrated Audit | $140.20 | 116.0 | $ 16,263.20 |
| Adam Lueck | Audit Associate | <1 | Integrated Audit | $111.90 | 192.6 | $ 21,551.94 |
| Phillip Crosby | Audit Associate | <1 | Integrated Audit | $140.20 | 138.9 | $ 19,473.78 |
| Youhan Lee | Audit Associate | <1 | Integrated Audit | $140.20 | 203.1 | $ 28,474.62 |
| Karen Geung | Audit Associate | 1 | Integrated Audit | $132.80 | 8.0 | $ 1,062.40 |
| Edward Mitchell | Advisory Associate | <1 | Integrated Audit | $190.70 | 9.0 | $ 1,716.30 |
| | TOTAL | | | 1,524.0 | 284,556.0 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals    14.1    $ 1,387.44

## Summary of PwC's Fees By Project Category: October 2006

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |

| Matter Category | Hours | Amount |
|---|---|---|
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 14.1 | $1,387.44 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 1,524.0 | $284,556.00 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 1,538.10 | $285,943.44 |

Expense Summary
October 2006

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $3,490.07 |
| Lodging | N/A | $3,484.52 |
| Sundry | N/A | $115.00 |
| Business Meals | N/A | $1,002.82 |
| TOTAL: | | $8,092.41 |