# EXHIBIT - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended October 31, 2006

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Nicole Heisler | Integrated Audit | 10/2/2006 | $ 32.04 | | | | Travel to and from Home/Grace office (less normal commute) |
| | Integrated Audit | 10/3/2006 | $ 32.04 | | | | Travel to and from Home/Grace office (less normal commute) |
| | Integrated Audit | 10/4/2006 | $ 32.04 | | | | Travel to and from Home/Grace office (less normal commute) |
| | Integrated Audit | 10/5/2006 | $ 32.04 | | | | Travel to and from Home/Grace office (less normal commute) |
| | Integrated Audit | 10/6/2006 | $ 32.04 | | | | Travel to and from Home/Grace office (less normal commute) |
| | Integrated Audit | 10/9/2006 | $ 32.04 | | | | Travel to and from Home/Grace office (less normal commute) |
| | Integrated Audit | 10/10/2006 | $ 32.04 | | | | Travel to and from Home/Grace office (less normal commute) |
| | Integrated Audit | 10/11/2006 | $ 32.04 | | | | Travel to and from Home/Grace office (less normal commute) |
| | Integrated Audit | 10/12/2006 | $ 32.04 | | | | Travel to and from Home/Grace office (less normal commute) |
| | Integrated Audit | 10/13/2006 | $ 32.04 | | | | Travel to and from Home/Grace office (less normal commute) |
| | Integrated Audit | 10/15/2006 | $ 9.79 | | | | Travel to IAD airport for client travel |
| | Integrated Audit | 10/15/2006 | | | | $ 21.54 | Dinner while on client travel out of town to Cambridge |
| | Integrated Audit | 10/5/2006 | $ 325.39 | | | | Airfare to Cambridge for client work |
| | Integrated Audit | 10/5/2006 | $ 38.00 | | | | AMEX travel service fee for making travel arrangements |
| | Integrated Audit | 10/15/2006 | $ 60.00 | | | | Taxi Charges from Boston airport to hotel |
| | Integrated Audit | 10/16/2006 | | | | $ 150.00 | Dinner for N.Heisler, Y. Lee, and P. Crosby while on client travel |
| | Integrated Audit | 10/17/2006 | $ 10.00 | | | | Breakfast for N.Heisler while on client travel |
| | Integrated Audit | 10/17/2006 | | | | $ 27.73 | Lunch for N.Heisler, Y.Lee, and P.Crosby while on client travel |
| | Integrated Audit | 10/17/2006 | $ 65.00 | | | | Taxi charges from client site to Boston Airport |
| | Integrated Audit | 10/17/2006 | | $ 524.35 | | | Hotel stay in Cambridge while on client travel |
| | Integrated Audit | 10/17/2006 | $ 40.00 | | | | Airport parking while at Cambridge for client travel |
| | Integrated Audit | 10/17/2006 | $ 9.79 | | | | Travel from IAD airport |
| Youhan Lee | Integrated Audit | 10/3/2006 | $ 30.26 | | | | Milage for travel to client minus normal commute: Vienna to Columbia |
| | Integrated Audit | 10/4/2006 | $ 30.26 | | | | Milage for travel to client minus normal commute: Vienna to Columbia |
| | Integrated Audit | 10/5/2006 | $ 30.26 | | | | Milage for travel to client minus normal commute: Vienna to Columbia |
| | Integrated Audit | 10/6/2006 | $ 30.26 | | | | Milage for travel to client minus normal commute: Vienna to Columbia |
| | Integrated Audit | 10/9/2006 | $ 30.26 | | | | Milage for travel to client minus normal commute: Vienna to Columbia |
| | Integrated Audit | 10/10/2006 | $ 30.26 | | | | Milage for travel to client minus normal commute: Vienna to Columbia |
| | Integrated Audit | 10/11/2006 | $ 30.26 | | | | Milage for travel to client minus normal commute: Vienna to Columbia |
| | Integrated Audit | 10/12/2006 | $ 30.26 | | | | Milage for travel to client minus normal commute: Vienna to Columbia |
| | Integrated Audit | 10/13/2006 | $ 30.26 | | | | Milage for travel to client minus normal commute: Vienna to Columbia |
| | Integrated Audit | 10/15/2006 | | | | $ 25.13 | Group Meal for - Phil Crosby (PwC) and Youhan Lee (PwC) |
| | Integrated Audit | 10/16/2006 | | | | $ 45.00 | Group Meal for - Phil Crosby (PwC) Nicole Heisler (PwC) and Youhan Lee (PwC) |
| | Integrated Audit | 10/17/2006 | | | | $ 150.00 | Group Meal for - Phil Crosby (PwC) Cindy Chen (PwC) and Youhan Lee (PwC) |
| | Integrated Audit | 10/19/2006 | $ 268.80 | | | | Airfare for trip to Cambridge from 10/15 - 10/19 |
| | Integrated Audit | 10/19/2006 | | $ 917.08 | | | Hotel Lodging during trip to Cambridge from 10/15 - 10/19 |
| | Integrated Audit | 10/20/2006 | $ 30.26 | | | | Milage for travel to client minus normal commute: Vienna to Columbia |
| | Integrated Audit | 10/23/2006 | $ 30.26 | | | | Milage for travel to client minus normal commute: Vienna to Columbia |
| | Integrated Audit | 10/24/2006 | | | | $ 21.00 | Over time meal for Cindy Chen and Youhan Lee |
| | Integrated Audit | 10/24/2006 | $ 30.26 | | | | Milage for travel to client minus normal commute: Vienna to Columbia |
| | Integrated Audit | 10/25/2006 | $ 30.26 | | | | Milage for travel to client minus normal commute: Vienna to Columbia |
| | Integrated Audit | 10/26/2006 | $ 30.26 | | | | Milage for travel to client minus normal commute: Vienna to Columbia |
| | Integrated Audit | 10/27/2006 | $ 30.26 | | | | Milage for travel to client minus normal commute: Vienna to Columbia |
| | Integrated Audit | 10/30/2006 | $ 30.26 | | | | Milage for travel to client minus normal commute: Vienna to Columbia |
| | Integrated Audit | 10/31/2006 | $ 30.26 | | | | Milage for travel to client minus normal commute: Vienna to Columbia |
| Cindy Chen | Integrated Audit | 10/17/2006 | | $ 471.72 | | | HAWTHORNE SUITES ARLINGTON MA |
| | Integrated Audit | 10/17/2006 | 149.77 | | | | HERTZ CAR RENTAL BOSTON MA |
| | Integrated Audit | 10/17/2006 | 24 | | | | UNITED AIRLINES EAST BOSTON MA |
| | Integrated Audit | 10/17/2006 | | | | $ 45.00 | MAIN TERMIANL DULLES VA |
| | Integrated Audit | 10/17/2006 | | | | 3.98 | DUNKIN DONUTS #34042CAMBRIDGE MA |
| | Integrated Audit | 10/19/2006 | | | | 70.7 | HANA SUSHI CAMBRIDGE MA |
| | Integrated Audit | 10/19/2006 | | | | $ 5.12 | HMSHOST-IAD-AIRPT #2WASHINGTON D |
| | Integrated Audit | 10/19/2006 | $ 167.60 | | | | UNITED AIRLINES MIAMI LAKES FL |
| | Integrated Audit | 10/19/2006 | | | $ 5.00 | | AMERICAN EXPRESS TRAVEL SERVICE FEE |
| | Integrated Audit | 10/19/2006 | $ 23.14 | | | | 52 miles round trip from and to the DC airport |
| Michael McDonnell | Integrated Audit | 9/11/2006 | $ 4.90 | | | | 6.5 miles net of normal commute one way and + $1 toll to and from grace |
| | Integrated Audit | 9/11/2006 | $ 7.30 | | | | 16.5 Miles of commute other half of normail commute applied to other client. |
| Erica Margolius | Integrated Audit | 10/3/2006 | $ 13.80 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | Integrated Audit | 10/4/2006 | $ 13.80 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | Integrated Audit | 10/5/2006 | $ 13.80 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | Integrated Audit | 10/6/2006 | $ 13.80 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | Integrated Audit | 10/9/2006 | $ 13.80 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | Integrated Audit | 10/10/2006 | $ 13.80 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | Integrated Audit | 10/11/2006 | $ 13.80 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | Integrated Audit | 10/12/2006 | $ 13.80 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | Integrated Audit | 10/16/2006 | $ 13.80 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | Integrated Audit | 10/17/2006 | $ 13.80 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | Integrated Audit | 10/18/2006 | $ 13.80 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | Integrated Audit | 10/19/2006 | $ 13.80 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | Integrated Audit | 10/20/2006 | $ 13.80 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | Integrated Audit | 10/31/2006 | $ 13.80 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | Integrated Audit | 10/29/2006 | | | $ 110.00 | | Parking at BWI Airport (10/22-10/27) |
| | Integrated Audit | 10/22/2006 | $ 255.10 | | | | Airfare from Baltimore to Chicago (10/22) and Chicago to Boston (10/27) for 404 site visit. |
| | Integrated Audit | 10/22/2006 | $ 5.00 | | | | Amex travel fee for airfare |
| | Integrated Audit | 10/23/2006 | | | | $ 28.00 | Lunch for A. Lueck and E. Margolius at Jedi's Garden in Chicago, IL for site visit / physical inventory. |
| | Integrated Audit | 10/23/2006 | | | | $ 35.80 | Dinner for E. Margolius at TGI Fridays in Chicago, IL for site visit / physical inventory |
| | Integrated Audit | 10/22/2006 | | | | $ 8.04 | Dinner for E. Margolius in BWI Airport in lieu of travel to Chicago IL for site visit/ physical inventory. |
| | Integrated Audit | 10/25/2006 | | | | $ 25.89 | Dinner for E. Margolius and A. Lueck at Applebees in Chicago, IL for site visit / physical inventoyr. |
| | Integrated Audit | 10/27/2006 | | $ 654.28 | | | Lodging at Hilton Oak Lawn hotel in Chicago, IL for site visit (10/22-10/27). |
| Phillip Crosby | Integrated Audit | 10/2/2006 | $ 43.62 | | | | travel to and from Wr Grace from Ashburn, VA |
| | Integrated Audit | 10/3/2006 | $ 43.62 | | | | travel to and from Wr Grace from Ashburn, VA |
| | Integrated Audit | 10/4/2006 | $ 43.62 | | | | travel to and from Wr Grace from Ashburn, VA |
| | Integrated Audit | 10/5/2006 | $ 43.62 | | | | travel to and from Wr Grace from Ashburn, VA |
| | Integrated Audit | 10/6/2006 | $ 43.62 | | | | travel to and from Wr Grace from Ashburn, VA |
| | Integrated Audit | 10/9/2006 | $ 43.62 | | | | travel to and from Wr Grace from Ashburn, VA |
| | Integrated Audit | 10/10/2006 | $ 43.62 | | | | travel to and from Wr Grace from Ashburn, VA |
| | Integrated Audit | 10/11/2006 | $ 43.62 | | | | travel to and from Wr Grace from Ashburn, VA |
| | Integrated Audit | 10/12/2006 | $ 43.62 | | | | travel to and from Wr Grace from Ashburn, VA |
| | Integrated Audit | 10/12/2006 | | | | $ 65.27 | Group Meal for dinner Thursday, October 12th. (Worked late hours) |
| | Integrated Audit | 10/15/2006 | $ 244.80 | | | | air travel from Dulles to Boston for travel to Cambridge GPC |
| | Integrated Audit | 10/15/2006 | $ 7.20 | | | | Mileage and tolls for travel to airport |
| | Integrated Audit | 10/16/2006 | $ 10.00 | | | | Parking |
| | Integrated Audit | 10/17/2006 | | | | $ 81.89 | Group Meal for Lunch on Thursday, October 17th |
| | Integrated Audit | 10/18/2006 | | | | $ 87.14 | Group Meal for Dinner on Wednesday, October 18th |
| | Integrated Audit | 10/19/2006 | | | | $ 105.59 | Group Meal for Dinner on Thursday, October 19th |
| | Integrated Audit | 10/19/2006 | $ 296.34 | | | | Hertz Rental car |
| | Integrated Audit | 10/19/2006 | | $ 917.08 | | | Hotel for week of travel in Cambridge, MA |
| | Integrated Audit | 10/19/2006 | $ 4.00 | | | | Mileage and tolls for travel from airport |
| | Integrated Audit | 10/20/2006 | $ 43.62 | | | | travel to and from Wr Grace from Ashburn, VA |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| | $ 8,092.41 | $ 3,490.07 | $ 3,484.52 | $ 115.00 | $ 1,002.82 |

**CONSOLIDATED AUDIT-EXPENSE DETAIL**
For the Month Ended October 31, 2006

| Name | Date | Title | Expenses | Description |
|---|---|---|---|---|
| Nicole Heisler | 10/2/2006 | Audit Associate | $ 32.04 | Travel to and from Home/Grace office (less normal commute) |
| | 10/3/2006 | Audit Associate | $ 32.04 | Travel to and from Home/Grace office (less normal commute) |
| | 10/4/2006 | Audit Associate | $ 32.04 | Travel to and from Home/Grace office (less normal commute) |
| | 10/5/2006 | Audit Associate | $ 32.04 | Travel to and from Home/Grace office (less normal commute) |
| | 10/6/2006 | Audit Associate | $ 32.04 | Travel to and from Home/Grace office (less normal commute) |
| | 10/9/2006 | Audit Associate | $ 32.04 | Travel to and from Home/Grace office (less normal commute) |
| | 10/10/2006 | Audit Associate | $ 32.04 | Travel to and from Home/Grace office (less normal commute) |
| | 10/11/2006 | Audit Associate | $ 32.04 | Travel to and from Home/Grace office (less normal commute) |
| | 10/12/2006 | Audit Associate | $ 32.04 | Travel to and from Home/Grace office (less normal commute) |
| | 10/13/2006 | Audit Associate | $ 32.04 | Travel to and from Home/Grace office (less normal commute) |
| | 10/15/2006 | Audit Associate | $ 9.79 | Travel to IAD airport for client travel |
| | 10/15/2006 | Audit Associate | $ 21.54 | Dinner while on client travel out of town to Cambridge |
| | 10/5/2006 | Audit Associate | $ 325.39 | Airfare to Cambridge for client work |
| | 10/8/2006 | Audit Associate | $ 38.00 | AMEX travel service fee for making travel arrangements |
| | 10/15/2006 | Audit Associate | $ 60.00 | Taxi Charges from Boston airport to hotel |
| | 10/16/2006 | Audit Associate | $ 150.00 | Dinner for N.Heisler, Y.Lee, and P. Crosby while on client travel |
| | 10/17/2006 | Audit Associate | $ 10.00 | Breakfast for N.Heisler while on client travel |
| | 10/17/2006 | Audit Associate | $ 27.73 | Lunch for N.Heisler, Y.Lee, and P.Crosby while on client travel |
| | 10/17/2006 | Audit Associate | $ 65.00 | Taxi charges from client site to Boston Airport |
| | 10/17/2006 | Audit Associate | $ 524.36 | Hotel stay in Cambridge while on client travel |
| | 10/17/2006 | Audit Associate | $ 40.00 | Airport parking while at Cambridge for client travel |
| | 10/17/2006 | Audit Associate | $ 9.79 | Travel from IAD airport |
| | | | **$ 1,602.00** | |
| Youhan Lee | 10/3/2006 | Audit Associate | $ 30.26 | Milage for travel to client minus normal commute: Vienna to Columbia |
| | 10/4/2006 | Audit Associate | $ 30.26 | Milage for travel to client minus normal commute: Vienna to Columbia |
| | 10/5/2006 | Audit Associate | $ 30.26 | Milage for travel to client minus normal commute: Vienna to Columbia |
| | 10/6/2006 | Audit Associate | $ 30.26 | Milage for travel to client minus normal commute: Vienna to Columbia |
| | 10/9/2006 | Audit Associate | $ 30.26 | Milage for travel to client minus normal commute: Vienna to Columbia |
| | 10/10/2006 | Audit Associate | $ 30.26 | Milage for travel to client minus normal commute: Vienna to Columbia |
| | 10/11/2006 | Audit Associate | $ 30.26 | Milage for travel to client minus normal commute: Vienna to Columbia |
| | 10/12/2006 | Audit Associate | $ 30.26 | Milage for travel to client minus normal commute: Vienna to Columbia |
| | 10/13/2006 | Audit Associate | $ 30.26 | Milage for travel to client minus normal commute: Vienna to Columbia |
| | 10/15/2006 | Audit Associate | $ 25.13 | Group Meal for - Phil Crosby (PwC) and Youhan Lee (PwC) |
| | 10/16/2006 | Audit Associate | $ 45.00 | Group Meal for - Phil Crosby (PwC) Nicole Heisler (PwC) and Youhan Lee (PwC) |
| | 10/17/2006 | Audit Associate | $ 150.00 | Group Meal for - Phil Crosby (PwC) Cindy Chen (PwC) and Youhan Lee (PwC) |
| | 10/19/2006 | Audit Associate | $ 268.80 | Airfare for trip to Cambridge from 10/15 - 10/19 |
| | 10/20/2006 | Audit Associate | $ 917.08 | Hotel Lodging during trip to Cambridge from 10/15 - 10/19 |
| | 10/23/2006 | Audit Associate | $ 30.26 | Milage for travel to client minus normal commute: Vienna to Columbia |
| | 10/24/2006 | Audit Associate | $ 21.00 | Over time meal for Cindy Chen and Youhan Lee |
| | 10/24/2006 | Audit Associate | $ 30.26 | Milage for travel to client minus normal commute: Vienna to Columbia |
| | 10/25/2006 | Audit Associate | $ 30.26 | Milage for travel to client minus normal commute: Vienna to Columbia |
| | 10/26/2006 | Audit Associate | $ 30.26 | Milage for travel to client minus normal commute: Vienna to Columbia |
| | 10/27/2006 | Audit Associate | $ 30.26 | Milage for travel to client minus normal commute: Vienna to Columbia |
| | 10/30/2006 | Audit Associate | $ 30.26 | Milage for travel to client minus normal commute: Vienna to Columbia |
| | 10/31/2006 | Audit Associate | $ 30.26 | Milage for travel to client minus normal commute: Vienna to Columbia |
| | | | **$ 1,941.43** | |
| Cindy Chen | 10/17/2006 | Audit Senior | $ 471.72 | HAWTHORNE SUITES ARLINGTON MA |
| | 10/17/2006 | Audit Senior | 149.77 | HERTZ CAR RENTAL BOSTON MA |
| | 10/17/2006 | Audit Senior | 24 | UNITED AIRLINES EAST BOSTON MA |
| | 10/17/2006 | Audit Senior | $ 45.00 | MAIN TERMIANL DULLES VA |
| | 10/17/2006 | Audit Senior | 3.98 | DUNKIN DONUTS #34042CAMBRIDGE MA |
| | 10/19/2006 | Audit Senior | 70.7 | HANA SUSHI CAMBRIDGE MA |
| | 10/19/2006 | Audit Senior | $ 5.12 | HMSHOST-IAD-AIRPT #2WASHINGTON D |
| | 10/19/2006 | Audit Senior | $ 167.60 | UNITED AIRLINES MIAMI LAKES FL |
| | 10/19/2006 | Audit Senior | $ 5.00 | AMERICAN EXPRESS TRAVEL SERVICE FEE |
| | 10/19/2006 | Audit Senior | $ 23.14 | 52 miles round trip from and to the DC airport |
| | | | **$ 966.03** | |
| Michael McDonnell | 9/11/2006 | Audit Senior | $ 4.90 | 6.5 miles net of normal commute one way and + $1 toll to and from grace |
| | 9/11/2006 | Audit Senior | $ 7.30 | 16.5 Miles of commute other half of normail commute applied to other client. |
| | | | **$ 12.20** | |
| Erica Margolius | 10/3/2006 | Audit Associate | $ 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 10/4/2006 | Audit Associate | $ 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 10/5/2006 | Audit Associate | $ 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 10/6/2006 | Audit Associate | $ 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 10/9/2006 | Audit Associate | $ 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 10/10/2006 | Audit Associate | $ 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 10/11/2006 | Audit Associate | $ 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 10/12/2006 | Audit Associate | $ 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 10/16/2006 | Audit Associate | $ 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 10/17/2006 | Audit Associate | $ 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 10/18/2006 | Audit Associate | $ 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 10/19/2006 | Audit Associate | $ 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 10/20/2006 | Audit Associate | $ 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 10/31/2006 | Audit Associate | $ 13.80 | Mileage in excess of normal commute (60.2-29.2 miles * $.445/mile) |
| | 10/20/2006 | Audit Associate | $ 110.00 | Parking at BWI Airport (10/22-10/27) |
| | 10/22/2006 | Audit Associate | $ 255.10 | Airfare from Baltimore to Chicago (10/22) and Chicago to Boston (10/27) for 404 site visit. |
| | 10/22/2006 | Audit Associate | $ 5.00 | Amex travel fee for airfare |
| | 10/23/2006 | Audit Associate | $ 28.00 | Lunch for A. Lueck and E. Margolius at Jedi's Garden in Chicago, IL for site visit / physical inventory. |
| | 10/23/2006 | Audit Associate | $ 35.60 | Dinner for E. Margolius at TGI Fridays in Chicago, IL for site visit / physical inventory. |
| | 10/22/2006 | Audit Associate | $ 8.04 | Dinner for E. Margolius in BWI Airport in lieu of travel to Chicago IL for site visit / physical inventory. |
| | 10/25/2006 | Audit Associate | $ 25.69 | Dinner for E. Margolius and A. Lueck at Applebees in Chicago, IL for site visit / physical inventoyr. |
| | 10/27/2006 | Audit Associate | $ 654.28 | Lodging at Hilton Oak Lawn hotel in Chicago, IL for site visit (10/22-10/27). |
| | | | **$ 1,315.24** | |
| Phillip Crosby | 10/2/2006 | Audit Associate | $ 43.62 | travel to and from Wr Grace from Ashburn, VA |
| | 10/3/2006 | Audit Associate | $ 43.62 | travel to and from Wr Grace from Ashburn, VA |
| | 10/4/2006 | Audit Associate | $ 43.62 | travel to and from Wr Grace from Ashburn, VA |
| | 10/5/2006 | Audit Associate | $ 43.62 | travel to and from Wr Grace from Ashburn, VA |
| | 10/6/2006 | Audit Associate | $ 43.62 | travel to and from Wr Grace from Ashburn, VA |
| | 10/9/2006 | Audit Associate | $ 43.62 | travel to and from Wr Grace from Ashburn, VA |
| | 10/10/2006 | Audit Associate | $ 43.62 | travel to and from Wr Grace from Ashburn, VA |
| | 10/11/2006 | Audit Associate | $ 43.62 | travel to and from Wr Grace from Ashburn, VA |
| | 10/12/2006 | Audit Associate | $ 43.62 | travel to and from Wr Grace from Ashburn, VA |
| | 10/12/2006 | Audit Associate | $ 65.27 | Group Meal for dinner Thursday, October 12th. (Worked late hours) |
| | 10/15/2006 | Audit Associate | $ 244.60 | air travel from Dulles to Boston for travel to Cambridge GPC |
| | 10/15/2006 | Audit Associate | $ 7.20 | Mileage and tolls for travel to airport |
| | 10/16/2006 | Audit Associate | $ 10.00 | Parking |
| | 10/17/2006 | Audit Associate | $ 81.89 | Group Meal for Lunch on Thursday, October 17th |
| | 10/18/2006 | Audit Associate | $ 87.14 | Group Meal for Dinner on Wednesday, October 18th |
| | 10/19/2006 | Audit Associate | $ 105.59 | Group Meal for Dinner on Thursday, October 19th |
| | 10/19/2006 | Audit Associate | $ 296.34 | Hertz Rental car |
| | 10/19/2006 | Audit Associate | $ 917.08 | Hotel for week of travel in Cambridge, MA |
| | 10/19/2006 | Audit Associate | $ 4.00 | Mileage and tolls for travel from airport |
| | 10/20/2006 | Audit Associate | $ 43.62 | travel to and from Wr Grace from Ashburn, VA |
| | | | **$ 2,255.51** | |
| | | Grand Total | **$ 8,092.41** | |