**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W. R. GRACE & CO.,** *et al.*, | ) | **Case No. 01-1139 (JKF)** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |

## AMENDED NOTICE OF DEPOSITION AND SUBPOENA

To All Parties on the Attached Service List:

**PLEASE TAKE NOTICE** that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, made applicable by Rules 7030 and 9016 of the Federal Rules of Bankruptcy Procedure, the United States District Court for the Southern District of Mississippi issued a subpoena for Ann C. Burke. This subpoena was served on November 20, 2006. The subpoena originally required Ann C. Burke to appear, with certain requested documents, on December 11, 2006 beginning at 9:00 AM CST at the La Font Inn, 2703 Denny Ave. U.S. Highway 90, Pascagoula, MS 39567.

The originally scheduled deposition date was postponed at the request of the witness and with the consent of counsel for W.R. Grace. The deposition has since been rescheduled for Wednesday February 21, 2007 at 10:00 a.m. The deposition will occur at the Holiday Inn Express, 7304 Washington Avenue, Ocean Springs, MS 39564.

**TAKE FURTHER NOTICE** that the deposition shall be conducted before a person duly authorized to administer oaths in the relevant jurisdiction and will continue day-to-day until concluded. Testimony shall be taken by stenographic means and will also be recorded by sound-and-visual means. You are invited to attend and to cross-examine.

Dated: February 13, 2007

                        Respectfully submitted,

                        KIRKLAND & ELLIS LLP
                        David M. Bernick
                        Ellen Therese Ahern
                        Salvatore F. Bianca
                        200 East Randolph Drive
                        Chicago, IL 60601
                        Telephone:  (312) 861-2000
                        Facsimile:   (312) 861-2200

                        KIRKLAND & ELLIS LLP
                        Barbara Harding
                        David E. Mendelson
                        Brian T. Stansbury
                        Amanda C. Basta
                        655 Fifteenth Street, NW
                        Washington, D.C. 20005
                        Telephone:  (202) 879-5000
                        Facsimile:   (202) 879-5200

                        -and-

                        PACHULSKI STANG ZIEHL YOUNG
                        JONES & WEINTRAUB LLP
                        */s/ James E. O'Neill*
                        Laura Davis Jones (Bar No. 2436)
                        James E. O'Neill (Bar No. 4042)
                        919 N. Market Street, 17th Floor
                        Wilmington, Delaware 19801
                        Telephone (302) 778-6407
                        Telefax (302) 652-4400