IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**NOTICE OF SERVICE OF DISCOVERY**

     I, Laurie S. Polleck, hereby certify that on this 14th day of February 2007, that I caused true and correct copies of the ***Claimants Represented by the Law Firm of Motley Rice LLC's Interrogatories and Requests for Production of Documents to W.R. Grace and Company*** (the "Discovery") upon all parties on the service list attached to the Certificate of Service, filed concurrently with the Discovery, by U.S. Postal Service, postage prepaid.

                                        **JASPAN SCHLESINGER HOFFMAN LLP**
                                        By: /s/ Laurie S. Polleck
                                        Laurie S. Polleck (#4300)
                                        913 Market Street, Suite 1200
                                        Wilmington, DE 19801
                                        (302) 351-8005
                                        Delaware Counsel to Motley Rice LLC