IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE

| | |
|---|---|
| W.R. Grace & Co., *et al.* | Bankruptcy No. 01-1139-JKF |
|     Debtors | Chapter 11 |
| | Jointly Administered |

**RE: Dkt. No. 14524, Debtors' Motion for Expedited Consideration of Agreed Motion for Entry of Order Confirming that Deposition Testimony of Dr. Philip H. Lucas is Not Within the Scope of the Health Insurance Portability and Accountability Act**; Related to Dkt. No. 14523, Agreed Motion for Entry of Order Confirming that Deposition Testimony of Dr. Philip H. Lucas is Not Within the Scope of the Health Insurance Portability and Accountability Act

### ORDER SETTING EXPEDITED HEARING ON AGREED MOTION FOR ENTRY OF ORDER CONFIRMING THAT DEPOSITION TESTIMONY OF DR. PHILIP H. LUCAS IS NOT WITHIN THE SCOPE OF THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT

      **AND NOW**, this **15th** day of **February, 2007**, it is **ORDERED** that a hearing on the above Agreed Motion shall be held on **February 20, 2007**, at **10:00 a.m.**, prevailing Eastern time, in Courtroom A, 54th Floor, US Steel Building, 600 Grant Street, Pittsburgh, Pennsylvania.

      It is **FURTHER ORDERED** that parties may appear telephonically if registered with CourtCall on or before 4:00 p.m., prevailing Eastern time, on February 19, 2007.

      It is **FURTHER ORDERED** that any responses/objections shall be filed and served on or before 4:00 p.m., prevailing Eastern time, on February 19, 2007, and, once filed, shall be e-mailed to jkf@pawb.uscourts.gov and Julia_Johnston@deb.uscourts.gov. also by 4:00 p.m. Eastern on February 19, 2007.

*Judith K. Fitzgerald*    rmab
Judith K. Fitzgerald
United States Bankruptcy Judge