THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Objection Deadline: February 9, 2007
Hearing Date: February 26, 2007, at 2:00 p.m.
Wilmington, Delaware

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 14377

The undersigned hereby certifies that, as of the date hereof, he or she has received no answer, objection or other responsive pleading to the Motion of Certain Claimants Represented by Reaud, Morgan & Quinn, L.L.P. to Amend Informal Proofs of Claim, or Alternatively, for Leave to Allow Late Filing of Proofs of Claim (the "Motion") filed on January 22, 2007. The undersigned further certifies that he or she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing On Motion of Certain Claimants Represented by Reaud, Morgan & Quinn, L.L.P. to Amend Informal Proofs of Claim, or Alternatively, for Leave to Allow Late Filing of Proofs of Claim, objections to the Motion were to be filed and served no later than February 9, 2007.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

\\Storage8\F\ee\RE038\RE038-0013\RMQ Late Proof of claim motion\CNO.doc

Dated: February 15, 2007

Sander L. Esserman
Van J. Hooker
David A. Klingler
David J. Parsons
**STUTZMAN, BROMBERG,**
**ESSERMAN & PLIFKA,**
**A Professional Corporation**
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone:  (214) 969-4900
Facsimile:  (214) 969-4999

-AND-

Kathleen M. Miller (ID no. 2898)
SMITH, KATZENSTEIN & FURLOW, LLP
The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington,  Delaware  19899  (Courier 19801)
Telephone:  (302) 652-8400
Facsimile:  (302) 654-8405
E-mail:  KMM@skfdelaware.com

\\Storage8\F:\ee\RE038\RE038-0013\RMQ Late Proof of claim motion\CNO.doc