## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of **February, 2007**, a copy of the foregoing **Certification of No Objection Regarding Docket No. 14377** was served on the attached 2002 List by first class mail.

*Kathleen M. Miller (Id. No. 2898)*

02044|COS|10022549.WPD