Date: 11/28/06          Legal Analysis Systems, Inc.
Time: 10:00am                                                      Page 1


            W. R. Grace, Inc. % Elihu Inselbuch
            Caplin & Drysdale
            399 Park Avenue, 27th Floor
            New York, New York 10022


Date/Slip# Description                                      HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
10/02/06  Peterson  / (07) Committee, Creditors'                0.5     350.00
#6204     Telephone Relles re: forecasts, calculations and   700.00
          memo to Inselbuch

10/02/06  Relles    / (07) Committee, Creditors'                0.5     212.50
#6401     Telephone Peterson re: forecasts, calculations and 425.00
          memo to Inselbuch

10/03/06  Peterson  / (07) Committee, Creditors'                1.5    1050.00
#6206     Draft memo to Inselbuch                            700.00

10/03/06  Peterson  / (07) Committee, Creditors'                0.5     350.00
#6208     Telephone Relles re: forecasts, calculations and   700.00
          memo to Inselbuch

10/03/06  Relles    / (07) Committee, Creditors'                0.5     212.50
#6403     Telephone Peterson re: forecasts, calculations and 425.00
          memo to Inselbuch

10/03/06  Relles    / (07) Committee, Creditors'                0.4     170.00
#6405     Perform calculations of disease in PIQ forms from  425.00
          Rust; email to Finch et al

10/03/06  Relles    / (07) Committee, Creditors'                2.5    1062.50
#6406     Work on calculations and wording of memo to        425.00
          Inselbuch

10/04/06  Peterson  / (07) Committee, Creditors'                1.3     910.00
#6210     Conference call with Finch, Slocombe, Relles re:   700.00
          data collection

10/04/06  Peterson  / (07) Committee, Creditors'                2.4    1680.00
#6211     Review and finish memo to Inselbuch, review related 700.00
          materials to send to Inselbuch

10/04/06  Relles    / (07) Committee, Creditors'                0.5     212.50
#6409     Produce summaries from the history files for       425.00
          Inselbuch meeting

10/04/06  Relles    / (07) Committee, Creditors'                1.3     552.50
#6410     Conference call with Finch, Slocombe, Peterson re: 425.00
          data collection

{D0076990.1 }

Date: 11/28/06          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 2

             W. R. Grace

Date/Slip# Description                                  HOURS/RATE   AMOUNT
---------------------------------------------------------------------------
10/05/06   Relles   / (07) Committee, Creditors'            2.0      850.00
#6412      Summarize law firm responses, email Finch re: firms  425.00
           to contact

10/10/06   Peterson / (07) Committee, Creditors'            3.0     2100.00
#6228      Meet with Finch and Slocombe to review liability  700.00
           forecast materials

10/10/06   Peterson / (07) Committee, Creditors'            3.3     2310.00
#6229      Committee meeting                               700.00

10/11/06   Relles   / (07) Committee, Creditors'            1.8      765.00
#6432      Respond to Finch email re: Harding letter, Rust  425.00

10/12/06   Peterson / (07) Committee, Creditors'            2.3     1610.00
#6238      Emails with Finch re: forecasting issues        700.00

10/12/06   Relles   / (07) Committee, Creditors'            0.3      127.50
#6441      Telephone Finch re: Harding letter, expected    425.00
           shipments from Rust

10/13/06   Relles   / (07) Committee, Creditors'            0.3      127.50
#6444      Correspondence with Finch re: trip to Rust      425.00

10/13/06   Relles   / (07) Committee, Creditors'            0.3      127.50
#6446      Correspondence with Finch re: new Grace/Rust    425.00
           database

10/16/06   Peterson / (07) Committee, Creditors'            2.0     1400.00
#6246      Conference call with Finch, Relles & Biggs re: data  700.00
           issues (1.8); preparation for call (.2)

10/16/06   Relles   / (07) Committee, Creditors'            1.8      765.00
#6451      Conference call with Biggs, Finch, Peterson re: data  425.00
           issues

10/17/06   Peterson / (07) Committee, Creditors'            0.8      560.00
#6252      Telephone Finch re: settlement data            700.00

10/17/06   Relles   / (07) Committee, Creditors'            0.3      127.50
#6455      Email correspondence with Finch re: Rust visit  425.00

10/18/06   Relles   / (07) Committee, Creditors'            1.4      595.00
#6464      Miscellaneous computations for Finch           425.00

```
Date: 11/28/06              Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 3

            W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
----------------------------------------------------------------------
10/19/06  Relles    / (07) Committee, Creditors'         0.7    297.50
#6472     Email Finch re: Rust visit agenda           425.00

10/25/06  Peterson  / (07) Committee, Creditors'         0.6    420.00
#6277     Telephone Finch re: Implausible Grace assertions  700.00

10/26/06  Ebener    / (07) Committee, Creditors'         1.0    300.00
#6731     Plan Grace/Rust site visit; prepare email for N.   300.00
          Finch with topics to cover

10/27/06  Relles    / (07) Committee, Creditors'         1.2    510.00
#6502     Develop Rust agenda, email Finch           425.00
```

{D0076990.1 }

Date: 11/28/06            Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 4

            W. R. Grace

Date/Slip# Description                          HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
10/09/06  Peterson  / (20) Travel - Non-working      2.5     875.00
#6227     Travel to New York                   350.00

10/10/06  Peterson  / (20) Travel - Non-working      2.5     875.00
#6231     Travel to Thousand Oaks               350.00

{D0076990.1 }

```
Date: 11/28/06          Legal Analysis Systems, Inc.
Time: 10:00am                                                      Page 5

            W. R. Grace


Date/Slip# Description                               HOURS/RATE   AMOUNT
------------------------------------------------------------------------
10/01/06  Peterson  / (28) Data Analysis                   1.0    700.00
#6201     Review plans for trip to Rust               700.00

10/02/06  Ebener    / (28) Data Analysis                   1.3    390.00
#6701     Schedule coder training for jury verdict analysis;  300.00
          train to inventory

10/02/06  Peterson  / (28) Data Analysis                   2.5   1750.00
#6202     Review information about submissions of meso claims  700.00

10/02/06  Peterson  / (28) Data Analysis                   3.2   2240.00
#6203     Review Rust PIQ data                        700.00

10/03/06  Peterson  / (28) Data Analysis                   3.9   2730.00
#6205     Review prior analyses of Grace asbestos liability  700.00

10/03/06  Peterson  / (28) Data Analysis                   2.4   1680.00
#6207     Review recent forecasts of asbestos liability  700.00

10/03/06  Peterson  / (28) Data Analysis                   0.5    350.00
#6209     Telephone Relles and discussion of diseases for PIQ  700.00
          claims

10/03/06  Relles    / (28) Data Analysis                   0.5    212.50
#6402     Telephone Peterson and discussion of diseases for  425.00
          PIQ claims

10/03/06  Relles    / (28) Data Analysis                   4.2   1785.00
#6404     Work on law firm responses about Grace      425.00
          questionnaires: match claimants named by attorneys
          to Rust data

10/04/06  Peterson  / (28) Data Analysis                   3.1   2170.00
#6212     Review materials for report                 700.00

10/04/06  Relles    / (28) Data Analysis                   0.3    127.50
#6407     Revise and send estimation memo             425.00

10/04/06  Relles    / (28) Data Analysis                   1.0    425.00
#6408     Check law firm responses that do not link with Grace  425.00
          questionnaires

10/04/06  Relles    / (28) Data Analysis                   1.8    765.00
#6411     Update SEER program and computations in response to  425.00
          email sent by SEER
```

{D0076990.1 }

Date: 11/28/06            Legal Analysis Systems, Inc.
Time: 10:00am                                                      Page 6

                 W. R. Grace

Date/Slip# Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
10/05/06  Peterson  / (28) Data Analysis                      4.4    3080.00
#6213     Review PIQ data and Rust data collection         700.00

10/05/06  Relles    / (28) Data Analysis                      2.6    1105.00
#6413     Prepare materials for Verus to review            425.00

10/06/06  Peterson  / (28) Data Analysis                      2.2    1540.00
#6214     Review pdfs, develop explanations for Rust/law firm  700.00
          discrepancies

10/06/06  Peterson  / (28) Data Analysis                      0.9     630.00
#6215     Telephone Relles (several) re: exposure information  700.00
          in Rust questionnaires

10/06/06  Peterson  / (28) Data Analysis                      3.7    2590.00
#6216     Review available data and plan analyses of exposure  700.00

10/06/06  Relles    / (28) Data Analysis                      0.9     382.50
#6414     Telephone Peterson re: exposure information in Rust  425.00
          questionnaires

10/06/06  Relles    / (28) Data Analysis                      2.7    1147.50
#6415     Review pdfs, develop explanations for Rust/law firm  425.00
          discrepancies

10/06/06  Relles    / (28) Data Analysis                      1.8     765.00
#6416     Analyze claims that have not been received from    425.00
          Rust; examine MS and TX claims expected by law firm
          and other characteristics

10/06/06  Relles    / (28) Data Analysis                      1.2     510.00
#6417     Work on exposure analysis                         425.00

10/07/06  Peterson  / (28) Data Analysis                      0.7     490.00
#6217     Telephone Relles re: defining exposure, additional  700.00
          projections for NY meeting

10/07/06  Peterson  / (28) Data Analysis                      3.1    2170.00
#6218     Review materials for New York meeting             700.00

10/07/06  Relles    / (28) Data Analysis                      0.7     297.50
#6418     Telephone Peterson re: defining exposure, additional  425.00
          projections for NY meeting

{D0076990.1 }

Date: 11/28/06          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 7

          W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 10/07/06 Relles / (28) Data Analysis | | 3.4 | 1445.00 |
| #6419 | Convert Verus files to analytical flat files, clean up problems, review changes from last shipment | 425.00 | |
| 10/08/06 Ebener / (28) Data Analysis | | 2.0 | 600.00 |
| #6702 | Prepare coding materials for jury verdict analysis | 300.00 | |
| 10/08/06 Peterson / (28) Data Analysis | | 3.1 | 2170.00 |
| #6219 | Review PIQ questionnaires and data | 700.00 | |
| 10/08/06 Peterson / (28) Data Analysis | | 2.3 | 1610.00 |
| #6220 | Review additional forecasts | 700.00 | |
| 10/08/06 Peterson / (28) Data Analysis | | 1.4 | 980.00 |
| #6221 | Review background material on forecasts | 700.00 | |
| 10/08/06 Relles / (28) Data Analysis | | 0.5 | 212.50 |
| #6420 | Develop listings of Verus data to share with Peterson | 425.00 | |
| 10/08/06 Relles / (28) Data Analysis | | 1.7 | 722.50 |
| #6421 | Develop exposure indicators for Verus data | 425.00 | |
| 10/08/06 Relles / (28) Data Analysis | | 0.5 | 212.50 |
| #6422 | Compare Rust and Verus exposure indicators | 425.00 | |
| 10/08/06 Relles / (28) Data Analysis | | 0.6 | 255.00 |
| #6423 | Produce additional projections for NY meeting | 425.00 | |
| 10/09/06 Ebener / (28) Data Analysis | | 2.0 | 600.00 |
| #6703 | Train Coders for jury verdict analysis | 300.00 | |
| 10/09/06 Peterson / (28) Data Analysis | | 1.1 | 770.00 |
| #6222 | Review PIQ coding specs and data | 700.00 | |
| 10/09/06 Peterson / (28) Data Analysis | | 0.7 | 490.00 |
| #6223 | Telephone Relles re: results of exposure analysis | 700.00 | |
| 10/09/06 Peterson / (28) Data Analysis | | 0.8 | 560.00 |
| #6224 | Telephone Relles re: final preparations for NY meeting | 700.00 | |
| 10/09/06 Peterson / (28) Data Analysis | | 0.5 | 350.00 |
| #6225 | Telephone Relles re: defining exposure from Rust data | 700.00 | |

```
Date: 11/28/06            Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 8

            W. R. Grace


Date/Slip# Description                                 HOURS/RATE   AMOUNT
------------------------------------------------------------------------
10/09/06  Peterson  / (28) Data Analysis                     3.5  2450.00
#6226     Review materials for New York meeting          700.00

10/09/06  Relles    / (28) Data Analysis                     0.6   255.00
#6424     Compute effect of Manville 2006 data on projections  425.00

10/09/06  Relles    / (28) Data Analysis                     0.7   297.50
#6425     Telephone Peterson re: results of exposure analysis  425.00

10/09/06  Relles    / (28) Data Analysis                     0.8   340.00
#6426     MS and TX non-sent claims                      425.00

10/09/06  Relles    / (28) Data Analysis                     0.8   340.00
#6427     Telephone Peterson re: final preparations for NY  425.00
          meeting

10/09/06  Relles    / (28) Data Analysis                     0.5   212.50
#6428     Telephone Peterson re: defining exposure from Rust  425.00
          data

10/09/06  Relles    / (28) Data Analysis                     1.3   552.50
#6429     Attempt to link WRG history data with Manville by  425.00
          claimant names

10/10/06  Ebener    / (28) Data Analysis                     0.7   210.00
#6704     Supervise coders for jury verdict analysis     300.00

10/10/06  Peterson  / (28) Data Analysis                     4.2  2940.00
#6230     Review forecast analyses                       700.00

10/10/06  Relles    / (28) Data Analysis                     3.8  1615.00
#6430     Link Manville and Grace history files to fill in  425.00
          disease

10/10/06  Relles    / (28) Data Analysis                     0.3   127.50
#6431     Review Harding letter                          425.00

10/11/06  Ebener    / (28) Data Analysis                     0.2    60.00
#6705     Coding problem resolution for jury verdict analysis  300.00

10/11/06  Peterson  / (28) Data Analysis                     0.5   350.00
#6232     Telephone Relles re: NY meeting, status of analyses  700.00

10/11/06  Peterson  / (28) Data Analysis                     0.5   350.00
#6233     Address issues re: jury verdict data           700.00
```

Date: 11/28/06          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 9

          W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 10/11/06 #6234 | Peterson  / (28) Data Analysis<br>Review email correspondence re: PIQ data | 0.5<br>700.00 | 350.00 |
| 10/11/06 #6433 | Relles   / (28) Data Analysis<br>Process additional attorney disease affirmation<br>spreadsheets | 1.4<br>425.00 | 595.00 |
| 10/11/06 #6434 | Relles   / (28) Data Analysis<br>Work on linking Manville and Grace history files | 2.9<br>425.00 | 1232.50 |
| 10/11/06 #6435 | Relles   / (28) Data Analysis<br>Telephone Peterson re: NY meeting, status of<br>analyses | 0.5<br>425.00 | 212.50 |
| 10/12/06 #6706 | Ebener   / (28) Data Analysis<br>Supervise coders for jury verdict analysis | 0.5<br>300.00 | 150.00 |
| 10/12/06 #6235 | Peterson  / (28) Data Analysis<br>Telephone Relles re: latest revisions to forecasts | 0.3<br>700.00 | 210.00 |
| 10/12/06 #6236 | Peterson  / (28) Data Analysis<br>Telephone Relles re: latest results of PIQ data | 0.4<br>700.00 | 280.00 |
| 10/12/06 #6237 | Peterson  / (28) Data Analysis<br>Review emails re: claims database | 0.2<br>700.00 | 140.00 |
| 10/12/06 #6239 | Peterson  / (28) Data Analysis<br>Review Grace trial verdicts | 1.6<br>700.00 | 1120.00 |
| 10/12/06 #6436 | Relles   / (28) Data Analysis<br>Update analytical files based on new Manville links | 2.6<br>425.00 | 1105.00 |
| 10/12/06 #6437 | Relles   / (28) Data Analysis<br>Compute new projection payment parameters and<br>stepdown rates | 1.2<br>425.00 | 510.00 |
| 10/12/06 #6438 | Relles   / (28) Data Analysis<br>Rerun projections | 1.3<br>425.00 | 552.50 |
| 10/12/06 #6439 | Relles   / (28) Data Analysis<br>Summarize projections | 0.5<br>425.00 | 212.50 |
| 10/12/06 #6440 | Relles   / (28) Data Analysis<br>Telephone Peterson re: latest revisions | 0.3<br>425.00 | 127.50 |

Date: 11/28/06            Legal Analysis Systems, Inc.
Time: 10:00am                                                        Page 10

              W. R. Grace


Date/Slip# Description                                     HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
10/12/06  Relles   / (28) Data Analysis                        0.4     170.00
#6442     Telephone Peterson re: latest results              425.00

10/13/06  Ebener   / (28) Data Analysis                        0.1      30.00
#6707     Telephone Peterson about coding issues for jury    300.00
          verdict analysis

10/13/06  Ebener   / (28) Data Analysis                        0.3      90.00
#6708     Supervise coders for jury verdict analysis; email  300.00
          coders

10/13/06  Ebener   / (28) Data Analysis                        0.2      60.00
#6709     Conference call with Peterson and Relles about Rust 300.00
          visit

10/13/06  Peterson / (28) Data Analysis                        0.1      70.00
#6240     Telephone Ebener about coding issues for jury       700.00
          verdict analysis

10/13/06  Peterson / (28) Data Analysis                        0.2     140.00
#6241     Conference call with Ebener and Relles about Rust   700.00
          visit

10/13/06  Peterson / (28) Data Analysis                        2.9    2030.00
#6242     Review American Academy of Actuaries materials on   700.00
          trends in asbestos litigation

10/13/06  Relles   / (28) Data Analysis                        1.8     765.00
#6443     Review Biggs' reports and slide show presentations  425.00
          on trends in asbestos litigation

10/13/06  Relles   / (28) Data Analysis                        0.4     170.00
#6445     Correspond with Totten and Thomas re: translation of 425.00
          new Grace/Rust database

10/13/06  Relles   / (28) Data Analysis                        0.2      85.00
#6447     Conference call with Peterson and Ebener about Rust 425.00
          visit

10/14/06  Peterson / (28) Data Analysis                        3.2    2240.00
#6243     Review Sealed Aire documents                        700.00

10/15/06  Peterson / (28) Data Analysis                        4.6    3220.00
#6244     Review Sealed Aire documents                        700.00

Date: 11/28/06          Legal Analysis Systems, Inc.
Time: 10:00am                                                           Page 11

          W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 10/15/06 | Relles   / (28) Data Analysis | 2.5 | 1062.50 |
| #6448 | Organize additional mailings from law firms on their mesothelioma cases; produce summary files comparing Rust and attorney disease inferences | 425.00 | |
| 10/16/06 | Peterson  / (28) Data Analysis | 2.1 | 1470.00 |
| #6245 | Review PIQ data | 700.00 | |
| 10/16/06 | Peterson  / (28) Data Analysis | 3.7 | 2590.00 |
| #6247 | Review PIQ data | 700.00 | |
| 10/16/06 | Peterson  / (28) Data Analysis | 2.1 | 1470.00 |
| #6248 | Review claims data tables | 700.00 | |
| 10/16/06 | Relles   / (28) Data Analysis | 0.8 | 340.00 |
| #6449 | Work with Thomas to get Rust database translated to usable formats | 425.00 | |
| 10/16/06 | Relles   / (28) Data Analysis | 1.6 | 680.00 |
| #6450 | Review Rust images of several cases from Motley-Rice | 425.00 | |
| 10/16/06 | Relles   / (28) Data Analysis | 2.5 | 1062.50 |
| #6452 | Develop analytical files from Rust database | 425.00 | |
| 10/16/06 | Relles   / (28) Data Analysis | 1.8 | 765.00 |
| #6453 | Compare frequencies and listings to previous versions of the data to understand differences | 425.00 | |
| 10/17/06 | Ebener   / (28) Data Analysis | 0.5 | 150.00 |
| #6710 | Supervise coders for jury verdict analysis | 300.00 | |
| 10/17/06 | Ebener   / (28) Data Analysis | 0.4 | 120.00 |
| #6711 | Email Peterson about coding settlement information | 300.00 | |
| 10/17/06 | Peterson  / (28) Data Analysis | 4.7 | 3290.00 |
| #6249 | Work on liability report | 700.00 | |
| 10/17/06 | Peterson  / (28) Data Analysis | 1.9 | 1330.00 |
| #6250 | Plan analyses of pending claims (1.5); telephone Relles re: same (.4) | 700.00 | |
| 10/17/06 | Peterson  / (28) Data Analysis | 1.1 | 770.00 |
| #6251 | Plan data collection | 700.00 | |
| 10/17/06 | Peterson  / (28) Data Analysis | 1.4 | 980.00 |
| #6253 | Review documents re: settled claims | 700.00 | |

Date: 11/28/06            Legal Analysis Systems, Inc.
Time: 10:00am                                                        Page 12

          W. R. Grace


| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 10/17/06 #6454 | Relles   / (28) Data Analysis<br>telephone Peterson re: analyses of pending claims | 0.4<br>425.00 | 170.00 |
| 10/17/06 #6456 | Relles   / (28) Data Analysis<br>Email correspondence with Lurie (Caplin-Drysdale)<br>re: new CD from Kirkland & Ellis | 0.2<br>425.00 | 85.00 |
| 10/17/06 #6457 | Relles   / (28) Data Analysis<br>Email correspondence with National Cancer Institute<br>re: updating SEER software | 0.3<br>425.00 | 127.50 |
| 10/17/06 #6458 | Relles   / (28) Data Analysis<br>Correspondence with Biggs re: SEER national<br>estimates of mesothelioma | 0.4<br>425.00 | 170.00 |
| 10/17/06 #6459 | Relles   / (28) Data Analysis<br>Link latest Rust to history data to assess reported<br>disease; account for differences between old and new<br>versions of Rust data | 2.8<br>425.00 | 1190.00 |
| 10/17/06 #6460 | Relles   / (28) Data Analysis<br>Generate additional random samples for Verus | 3.5<br>425.00 | 1487.50 |
| 10/18/06 #6712 | Ebener   / (28) Data Analysis<br>Supervise Coders for jury verdict analysis | 0.3<br>300.00 | 90.00 |
| 10/18/06 #6713 | Ebener   / (28) Data Analysis<br>Estimate coding time; email Peterson and Relles<br>about coding settlement information | 0.5<br>300.00 | 150.00 |
| 10/18/06 #6254 | Peterson  / (28) Data Analysis<br>Telephone Relles re: discussion of PIQ process and<br>data | 1.0<br>700.00 | 700.00 |
| 10/18/06 #6255 | Peterson  / (28) Data Analysis<br>Emails with Ebener re: collecting data | 1.1<br>700.00 | 770.00 |
| 10/18/06 #6256 | Peterson  / (28) Data Analysis<br>Review PIQ documents | 3.8<br>700.00 | 2660.00 |
| 10/18/06 #6257 | Peterson  / (28) Data Analysis<br>Work on planning of analyses for report | 2.2<br>700.00 | 1540.00 |
| 10/18/06 #6461 | Relles   / (28) Data Analysis<br>Identify anomalous cases; generate pdfs of anomalous<br>cases for Peterson's review | 1.2<br>425.00 | 510.00 |

```
Date: 11/28/06          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 13

          W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
------------------------------------------------------------------------
10/18/06  Relles   / (28) Data Analysis                  1.7    722.50
#6462     Generate pdfs for additional Verus samples   425.00

10/18/06  Relles   / (28) Data Analysis                  1.0    425.00
#6463     Telephone Peterson re: Rust data, results of  425.00
          analysis, next steps

10/19/06  Ebener   / (28) Data Analysis                  0.1     30.00
#6714     Telephone Peterson about coding questions for jury  300.00
          verdict analysis

10/19/06  Ebener   / (28) Data Analysis                  0.3     90.00
#6715     Supervise Coders for jury verdict analysis    300.00

10/19/06  Ebener   / (28) Data Analysis                  0.2     60.00
#6716     Telephone Relles re: Grace/Rust visit         300.00

10/19/06  Ebener   / (28) Data Analysis                  0.3     90.00
#6717     Review Relles email on Verus coding           300.00

10/19/06  Ebener   / (28) Data Analysis                  0.3     90.00
#6718     Review Relles email on Rust visit             300.00

10/19/06  Peterson  / (28) Data Analysis                 0.1     70.00
#6258     Telephone Ebener about coding questions for jury  700.00
          verdict analysis

10/19/06  Peterson  / (28) Data Analysis                 4.3   3010.00
#6259     Review settled claims forms                   700.00

10/19/06  Peterson  / (28) Data Analysis                 0.6    420.00
#6260     Telephone Relles re: questions about settled claims  700.00
          forms and previous data

10/19/06  Peterson  / (28) Data Analysis                 0.3    210.00
#6261     Review emails re: data collection             700.00

10/19/06  Peterson  / (28) Data Analysis                 0.5    350.00
#6262     Review plans for Rust site visit              700.00

10/19/06  Relles   / (28) Data Analysis                  0.6    255.00
#6465     Telephone Peterson re: questions about settled  425.00
          claims forms and previous data

10/19/06  Relles   / (28) Data Analysis                  0.2     85.00
#6466     Telephone Ebener re: Grace/Rust visit         425.00
```

Date: 11/28/06          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 14

          W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 10/19/06 Relles / (28) Data Analysis | | 1.5 | 637.50 |
| #6467 | Select new sample of claims for Verus | 425.00 | |
| 10/19/06 Relles / (28) Data Analysis | | 3.2 | 1360.00 |
| #6468 | Prepare and send new batch of claims for Verus data coding and entry | 425.00 | |
| 10/19/06 Relles / (28) Data Analysis | | 0.7 | 297.50 |
| #6469 | Analyze contents of new CD from Kirkland and Ellis | 425.00 | |
| 10/19/06 Relles / (28) Data Analysis | | 0.6 | 255.00 |
| #6470 | Email Eveland re: new batch instructions | 425.00 | |
| 10/19/06 Relles / (28) Data Analysis | | 0.3 | 127.50 |
| #6471 | Email Eveland, Peterson, Ebener re: arranging conference call | 425.00 | |
| 10/19/06 Relles / (28) Data Analysis | | 1.8 | 765.00 |
| #6473 | Examine meso cases said by Rust to have unknown disease | 425.00 | |
| 10/20/06 Ebener / (28) Data Analysis | | 0.7 | 210.00 |
| #6719 | Reply to Relles email on Rust visit | 300.00 | |
| 10/20/06 Ebener / (28) Data Analysis | | 0.7 | 210.00 |
| #6720 | Conference call with Relles, Peterson, Eveland, Biggs | 300.00 | |
| 10/20/06 Ebener / (28) Data Analysis | | 0.3 | 90.00 |
| #6721 | Email Biggs; schedule site visit to Verus | 300.00 | |
| 10/20/06 Ebener / (28) Data Analysis | | 1.0 | 300.00 |
| #6722 | Plan Grace/Rust site visit and email Relles about topics to cover | 300.00 | |
| 10/20/06 Peterson / (28) Data Analysis | | 1.0 | 700.00 |
| #6263 | Telephone Biggs, Ebener, Relles, Eveland re: data collection (0.7); prepare for call (0.3) | 700.00 | |
| 10/20/06 Peterson / (28) Data Analysis | | 2.1 | 1470.00 |
| #6264 | Analyses of 2000-01 settlements and filed claims | 700.00 | |
| 10/20/06 Peterson / (28) Data Analysis | | 0.5 | 350.00 |
| #6265 | Telephone Relles re: 2000-01 data | 700.00 | |

```
Date: 11/28/06          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 15

          W. R. Grace


Date/Slip# Description                              HOURS/RATE    AMOUNT
------------------------------------------------------------------------
10/20/06  Peterson  / (28) Data Analysis              1.4        980.00
#6266     Review PIQ claims                         700.00

10/20/06  Peterson  / (28) Data Analysis              0.4        280.00
#6267     Emails re: Grace claims data              700.00

10/20/06  Peterson  / (28) Data Analysis              0.5        350.00
#6268     Review plans for Rust site visit          700.00

10/20/06  Peterson  / (28) Data Analysis              2.0       1400.00
#6269     Review Court's order re: claims data collection and  700.00
          approved forms

10/20/06  Relles    / (28) Data Analysis              0.5        212.50
#6474     Telephone Peterson re: 2000-01 data       425.00

10/20/06  Relles    / (28) Data Analysis              0.7        297.50
#6475     Conference call with Peterson, Eveland, Ebener,  425.00
          Biggs re: Verus claims processing

10/20/06  Relles    / (28) Data Analysis              0.3        127.50
#6476     Email Ebener re: Rust visit agenda        425.00

10/20/06  Relles    / (28) Data Analysis              0.8        340.00
#6477     Review anomalous cases from Waters-Krause and  425.00
          Motley-Rice law firms

10/20/06  Relles    / (28) Data Analysis              1.6        680.00
#6478     Create pdfs from tiff files of selected cases for  425.00
          Peterson and Verus review; review cases

10/21/06  Ebener    / (28) Data Analysis              0.5        150.00
#6723     Supervise Coders for jury verdict analysis  300.00

10/21/06  Peterson  / (28) Data Analysis              2.4       1680.00
#6270     Review Snyder report and attachments      700.00

10/21/06  Relles    / (28) Data Analysis              1.0        425.00
#6479     Read Snyder report                        425.00

10/21/06  Relles    / (28) Data Analysis              1.6        680.00
#6480     Revise questionnaire database to include claims from  425.00
          names matching and Verus results

10/21/06  Relles    / (28) Data Analysis              1.2        510.00
#6481     Archive and back up all programs and datasets  425.00
```

Date: 11/28/06           Legal Analysis Systems, Inc.
Time: 10:00am                                                        Page 16

             W. R. Grace


| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|------------|-------------|------------|--------|
| 10/22/06 #6724 | Ebener   / (28) Data Analysis<br>Review completed coding for jury verdict analysis; email Relles | 0.7<br>300.00 | 210.00 |
| 10/22/06 #6725 | Ebener   / (28) Data Analysis<br>Send background information to Biggs | 0.3<br>300.00 | 90.00 |
| 10/22/06 #6271 | Peterson  / (28) Data Analysis<br>Work on forecasting report | 6.2<br>700.00 | 4340.00 |
| 10/22/06 #6482 | Relles   / (28) Data Analysis<br>Archive and back up Peterson's computer | 2.0<br>425.00 | 850.00 |
| 10/22/06 #6483 | Relles   / (28) Data Analysis<br>Update file of meso cases from law firms | 2.3<br>425.00 | 977.50 |
| 10/23/06 #6726 | Ebener   / (28) Data Analysis<br>Telephone Edwards about data entry for jury verdict analysis; instruct coders; arrange delivery to data entry | 0.4<br>300.00 | 120.00 |
| 10/23/06 #6727 | Ebener   / (28) Data Analysis<br>Review completed coding for jury verdict analysis | 0.9<br>300.00 | 270.00 |
| 10/23/06 #6728 | Ebener   / (28) Data Analysis<br>Coordinate schedules for site visit to Verus | 0.3<br>300.00 | 90.00 |
| 10/23/06 #6272 | Peterson  / (28) Data Analysis<br>Telephone Relles re: analyzing consistency of claims over time | 0.3<br>700.00 | 210.00 |
| 10/23/06 #6273 | Peterson  / (28) Data Analysis<br>Emails re: Grace data | 0.4<br>700.00 | 280.00 |
| 10/23/06 #6274 | Peterson  / (28) Data Analysis<br>Work on forecasting report | 5.7<br>700.00 | 3990.00 |
| 10/23/06 #6484 | Relles   / (28) Data Analysis<br>Update analytical files, produce tables summarizing diseases for open claims | 2.0<br>425.00 | 850.00 |
| 10/23/06 #6485 | Relles   / (28) Data Analysis<br>Prepare and document Rust data for Towers-Perrin | 1.6<br>425.00 | 680.00 |

Date: 11/28/06          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 17

           W. R. Grace


Date/Slip# Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
10/23/06  Relles   / (28) Data Analysis                        1.3    552.50
#6486     Summarize differences between recent vs older       425.00
          claims, settlements and filings (1.0); telephone
          Peterson re: same (.3)

10/23/06  Relles   / (28) Data Analysis                        0.8    340.00
#6487     Email Edwards, Ebener re: jury verdict awards       425.00

10/24/06  Ebener   / (28) Data Analysis                        0.3     90.00
#6729     Email correspondence about site visit scheduling    300.00

10/24/06  Peterson / (28) Data Analysis                        5.1   3570.00
#6275     Review documents for estimation report              700.00

10/24/06  Relles   / (28) Data Analysis                        3.2   1360.00
#6488     Examine Towers-Perrin's list of meso cases from     425.00
          Manville, examine meso cases determined from
          Manville via names match

10/24/06  Relles   / (28) Data Analysis                        1.7    722.50
#6489     Update analytical files using updated list of meso  425.00
          matches to Manville

10/24/06  Relles   / (28) Data Analysis                        1.5    637.50
#6490     Review summary tables to understand Manville matches 425.00

10/24/06  Relles   / (28) Data Analysis                        1.0    425.00
#6491     Regenerate futures projections using updated        425.00
          analytical files

10/24/06  Relles   / (28) Data Analysis                        0.5    212.50
#6492     Telephone Biggs re: MDA vs PIQ records, Rust data,  425.00
          matching logic

10/25/06  Ebener   / (28) Data Analysis                        0.9    270.00
#6730     Supervise coding for jury verdict analysis          300.00

10/25/06  Peterson / (28) Data Analysis                        3.2   2240.00
#6276     Review PIQ forms                                     700.00

10/25/06  Peterson / (28) Data Analysis                        0.3    210.00
#6278     Review data collection issues                       700.00

10/25/06  Peterson / (28) Data Analysis                        1.0    700.00
#6279     Telephone Relles (several calls) re: status of      700.00
          analysis

Date: 11/28/06          Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 18

                    W. R. Grace

Date/Slip# Description                                      HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
10/25/06  Relles    / (28) Data Analysis                         0.5    212.50
#6493     Correspondence with Ebener and Graham re: Rust visit  425.00

10/25/06  Relles    / (28) Data Analysis                         1.0    425.00
#6494     Telephone Peterson (several calls) re: status of      425.00
          analysis

10/25/06  Relles    / (28) Data Analysis                         2.6   1105.00
#6495     Run queries on integrated Rust/history file to        425.00
          summarize current status of data collection

10/26/06  Peterson  / (28) Data Analysis                         2.1   1470.00
#6280     Telephone Relles about frequencies of diagnosing      700.00
          doctors (.6); review data on doctors (1.5)

10/26/06  Peterson  / (28) Data Analysis                         2.3   1610.00
#6281     Work on report                                         700.00

10/26/06  Relles    / (28) Data Analysis                         0.6    255.00
#6496     Telephone Peterson re: frequencies of diagnosing      425.00
          doctors

10/26/06  Relles    / (28) Data Analysis                         1.6    680.00
#6497     Develop list of doctors mentioned in Rust claims      425.00
          database

10/26/06  Relles    / (28) Data Analysis                         2.3    977.50
#6498     Analyze Grace's list of identified doctors:           425.00
          frequency with which they occur alone and in
          conjunction with others

10/26/06  Relles    / (28) Data Analysis                         2.0    850.00
#6499     Examine inconsistencies between history, Rust,        425.00
          Verus, and attorney survey files

10/27/06  Ebener    / (28) Data Analysis                         1.0    300.00
#6732     Telephone Relles, Peterson re: Rust agenda            300.00

10/27/06  Ebener    / (28) Data Analysis                         0.5    150.00
#6733     Telephone Relles about topics for site visit and      300.00
          revise topics for site visit document and email

10/27/06  Peterson  / (28) Data Analysis                         1.0    700.00
#6282     Review plans for site visit to Rust                   700.00

Date: 11/28/06          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 19

          W. R. Grace


Date/Slip# Description                                    HOURS/RATE   AMOUNT
----------------------------------------------------------------------------
10/27/06  Peterson  / (28) Data Analysis                     1.0    700.00
#6283     Telephone Ebener and Relles re: Rust agenda     700.00

10/27/06  Peterson  / (28) Data Analysis                     4.0   2800.00
#6284     Work on report                                  700.00

10/27/06  Peterson  / (28) Data Analysis                     1.9   1330.00
#6285     Draft memo on frequencies of diagnosing doctors 700.00

10/27/06  Relles    / (28) Data Analysis                     0.5    212.50
#6500     Telephone Ebener about topics for site visit and 425.00
          revise topics for site visit document and email

10/27/06  Relles    / (28) Data Analysis                     1.0    425.00
#6501     Telephone Ebener and Peterson re: Rust agenda   425.00

10/27/06  Relles    / (28) Data Analysis                     1.2    510.00
#6503     Load Seer 6.4, latest Seer software             425.00

10/28/06  Relles    / (28) Data Analysis                     1.0    425.00
#6504     Investigate settlement group data               425.00

10/28/06  Relles    / (28) Data Analysis                     1.3    552.50
#6505     Process attorney files to determine the primary 425.00
          attorney for a given case

10/29/06  Ebener    / (28) Data Analysis                     1.5    450.00
#6734     Review completed coding for jury verdict analysis 300.00

10/29/06  Ebener    / (28) Data Analysis                     0.7    210.00
#6735     Reconcile inventory of jury verdict volumes with 300.00
          database

10/29/06  Peterson  / (28) Data Analysis                     3.1   2170.00
#6286     Outline estimation report                       700.00

10/29/06  Peterson  / (28) Data Analysis                     2.6   1820.00
#6287     Review documents                                700.00

10/29/06  Relles    / (28) Data Analysis                     2.1    892.50
#6506     Update programs for processing Verus data       425.00

10/29/06  Relles    / (28) Data Analysis                     1.5    637.50
#6507     Update programs for linking Rust, history, and Verus 425.00
          data files; examine differences between files

```
Date: 11/28/06          Legal Analysis Systems, Inc.
Time: 10:00am                                                      Page 20

          W. R. Grace


Date/Slip# Description                                   HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
10/30/06  Peterson  / (28) Data Analysis                      8.1   5670.00
#6288     Work on draft and outline of report              700.00

10/30/06  Relles    / (28) Data Analysis                      2.8   1190.00
#6508     Examine relationships between Rust and historical  425.00
          data, contrast characteristics of return vs. not
          returned claims

10/30/06  Relles    / (28) Data Analysis                      1.7    722.50
#6509     Estimate trends in payments for trial ready and    425.00
          settlement group claims

10/30/06  Relles    / (28) Data Analysis                      0.2     85.00
#6510     Correspondence with Gillespie re: Rust visit       425.00

10/31/06  Ebener    / (28) Data Analysis                      2.5    750.00
#6736     Review Rust Form Processing Procedures and Data    300.00
          Specifications

10/31/06  Peterson  / (28) Data Analysis                      1.1    770.00
#6289     Telephone Relles re: design of report, additional  700.00
          software requirements for report

10/31/06  Peterson  / (28) Data Analysis                      0.3    210.00
#6290     Telephone Relles re: site visit to Rust            700.00

10/31/06  Peterson  / (28) Data Analysis                      0.4    280.00
#6291     Telephone Relles re: POC data                      700.00

10/31/06  Peterson  / (28) Data Analysis                      1.3    910.00
#6292     Review settled claims POCs                         700.00

10/31/06  Peterson  / (28) Data Analysis                      2.1   1470.00
#6293     Review various Rust documents about coding         700.00

10/31/06  Peterson  / (28) Data Analysis                      5.8   4060.00
#6294     Work on report                                     700.00

10/31/06  Relles    / (28) Data Analysis                      3.5   1487.50
#6511     Update datasets based on latest Verus data shipment, 425.00
          update computations for various related analytical
          data files

10/31/06  Relles    / (28) Data Analysis                      0.8    340.00
#6512     Email correspondence with Eveland re: creating     425.00
          disease and exposure variables
```

```
Date: 11/28/06           Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 21

              W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
10/31/06  Relles   / (28) Data Analysis                1.3     552.50
#6513     Review new POC dataset from Rust           425.00

10/31/06  Relles   / (28) Data Analysis                0.4     170.00
#6514     Telephone Peterson re: POC data            425.00

10/31/06  Relles   / (28) Data Analysis                1.2     510.00
#6515     Link history, Rust, and Verus data files; produce  425.00
          summary tabulations to identify disease differences

10/31/06  Relles   / (28) Data Analysis                0.5     212.50
#6516     Telephone Gillespie (Towers-Perrin) re: site visit  425.00
          to Rust

10/31/06  Relles   / (28) Data Analysis                0.3     127.50
#6517     Telephone Peterson re: site visit to Rust  425.00

10/31/06  Relles   / (28) Data Analysis                0.5     212.50
#6518     Telephone Eveland re: tabulations of Verus data  425.00

10/31/06  Relles   / (28) Data Analysis                1.1     467.50
#6519     Telephone Peterson re: design of report, additional  425.00
          software requirements for report
-----------------------------------------------------------------------
```

Date: 11/28/06          Legal Analysis Systems, Inc.
Time: 10:00am                                              Page 22

             W. R. Grace

          Summary Of Time Charges, By Month and Activity
                 October 2006 - October 2006

MONTH      ACTIVITY                              HOURS    AMOUNT
--------------------------------------------------------------------
October    - (07) Committee, Creditors'          35.0  19755.00
October    - (20) Travel - Non-working            5.0   1750.00
October    - (28) Data Analysis                 323.5 179855.00
October    - (99) Total                         363.5 201360.00

Total      - (07) Committee, Creditors'          35.0  19755.00
Total      - (20) Travel - Non-working            5.0   1750.00
Total      - (28) Data Analysis                 323.5 179855.00
Total      - (99) Total                         363.5 201360.00

--------------------------------------------------------------------------------

{D0076990.1 }

```
Date: 11/28/06          Legal Analysis Systems, Inc.
Time: 10:00am                                             Page 23

            W. R. Grace

        Summary Of Time Charges, By Month and Person
               October 2006 - October 2006

MONTH       PERSON                              HOURS    AMOUNT
----------------------------------------------------------------------
October    - Relles                            151.2  64260.00
October    - Peterson                          187.9 129780.00
October    - Ebener                             24.4   7320.00
October    - Total                             363.5 201360.00

Total      - Relles                            151.2  64260.00
Total      - Peterson                          187.9 129780.00
Total      - Ebener                             24.4   7320.00
Total      - Total                             363.5 201360.00

--------------------------------------------------------------------------------
```

Date: 11/28/06          Legal Analysis Systems, Inc.
Time: 10:00am                                              Page 24

                W. R. Grace

           Summary Of Time Charges, By Activity, Month, and Person
                   October 2006 - October 2006

MONTH      PERSON                          HOURS    RATE     AMOUNT
-----------------------------------------------------------------------
(07) Committee, Creditors'

October    - Relles                         15.8    425.    6715.00
October    - Peterson                       18.2    700.   12740.00
October    - Ebener                          1.0    300.     300.00

(20) Travel - Non-working

October    - Peterson                        5.0    350.    1750.00

(28) Data Analysis

October    - Relles                        135.4    425.   57545.00
October    - Peterson                      164.7    700.  115290.00
October    - Ebener                         23.4    300.    7020.00

-----------------------------------------------------------------------

Date: 11/28/06          Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 25

              W. R. Grace Expenses


                                        Total         Grace
          Item                  Professional   Expenses       Share

          1. Travel Expenses          Peterson    $3,403.07   $1,701.54 (*)
          2. Jury Verdict Coding      Julius        1,938.00     969.00 (*)
          3. Jury Verdict Coding      Silverman     3,128.00   1,564.00 (*)
          4. Fedex (August-October)   Relles          135.00     135.00
          5. Conference calls         Peterson        138.50     138.50
          6. Mealey's jury reports    Peterson      1,685.00     842.50

          Total Expenses                          $10,427.57  $5,350.54


          Notes: Items 1, 2, 3, 6 to be divided evenly between W. R. Grace
                 and G-1 Holdings.  Last column of table above provides Grace's
                 share of expenses.  Asterisked items are documented more fully
below


          1. Travel Thousand Oaks-New York, October 9-10: Peterson

                 50% Grace, 50% G-1 Holdings


                     Airfare                 $1,548.61
                     Hotel                      915.00
                     Hotel taxes               121.88
                     Meals (breakfast, 2 dinners)   201.58
                     Car service to LAX         130.00
                     Car service from JFK to hotel  165.00
                     Car service from meeting to JFK  185.00
                     Car service LAX to Thousand Oaks  136.00

                     Total                     $3,403.07

                     Grace Share:              $1,701.54


                     Hotel:  1 night
                     Meals:  breakfast 1 person, two dinners 1 person

                     Please feel free to limit hotel and meal expenses
                     to your standard rates for New York City.

Date: 11/28/06          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 26

                W. R. Grace Expenses (continued)


  2. Jury Verdict Coding: Marion V. Julius

        50% Grace, 50% G-1 Holdings


                        Marion V. Julius
                       22009 Vincennes St.
                       Chatsworth, CA 91311

        DATE        HOURS      TASK

        10/09/2006 6.0         JV Coding
        10/10/2006 5.5         JV Coding
        10/11/2006 7.5         JV Coding
        10/12/2006 6.4         JV Coding
        10/13/2006 3.5         JV Coding
        10/17/2006 5.0         JV Coding
        10/18/2006 4.0         JV Coding
        10/19/2006 4.4         JV Coding
        10/21/2006 6.0         JV Coding
        10/24/2006 7.4         JV Coding
        10/25/2006 3.3         JV Coding
        10/26/2006 5.5         JV Coding

        Total     64.6

        @  $30.00 per hour  =      $ 1,938.00

        Grace Share:                  $969.00

Date: 11/28/06            Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 27

               W. R. Grace Expenses (continued)


    3. Jury Verdict Coding: Kathleen M. Silverman

          50% Grace, 50% G-1 Holdings


                     Kathleen M. Silverman
                       6146 County Oak Rd.
                    Woodland Hills, CA 9136


         10/02/2006  5.3      JV inventory
         10/06/2006  0.6      JV Coding and validating
         10/09/2006  6.0      JV Coding and validating
         10/10/2006 10.2      JV Coding and validating
         10/11/2006  4.0      JV Coding and validating
         10/12/2006  5.1      JV Coding and validating
         10/13/2006  2.4      JV Coding and validating
         10/17/2006  4.3      JV Coding and validating
         10/18/2006  3.1      JV Coding and validating
         10/19/2006  2.4      JV Coding and validating
         10/21/2006  5.3      JV Coding and validating
         10/22/2006  2.3      JV Coding and validating
         10/23/2006  1.3      JV Coding and validating
         10/24/2006  6.1      JV Coding and validating
         10/25/2006  3.2      JV Coding and validating
         10/26/2006  5.2      JV Coding and validating
         10/27/2006  3.1      JV Coding and validating
         10/28/2006  4.0      JV Coding and validating
         10/30/2006  4.3      JV Coding and validating

         Total      78.2

         @ $40.00 per Hour =  $3,128.00

         Grace Share:              $1,564.00

--------------------------------------------------------------------------------