```
Date: 12/29/06          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip#  Description                             HOURS/RATE   AMOUNT
----------------------------------------------------------------------
11/06/06    Peterson  / (07) Committee, Creditors'        0.6    420.00
#6618       Telephone Finch re: POC claims and analyses 700.00

11/06/06    Relles    / (07) Committee, Creditors'        0.6    255.00
#6823       Telephone Finch re: settled claims POC      425.00

11/09/06    Ebener    / (07) Committee, Creditors'        0.5    150.00
#7117       Prepare list of missing verdict reporter volumes and 300.00
            email to Finch

11/19/06    Peterson  / (07) Committee, Creditors'        0.5    350.00
#6666       Email to Finch re: status of report         700.00

11/20/06    Relles    / (07) Committee, Creditors'        0.3    127.50
#6887       Email Finch re: Kirkland-Ellis noncompliance 425.00

11/26/06    Relles    / (07) Committee, Creditors'        0.8    340.00
#6905       Read Slocombe memo                           425.00

11/27/06    Peterson  / (07) Committee, Creditors'        0.4    280.00
#6680       Telephone Relles re: planning for Finch phone call 700.00

11/27/06    Relles    / (07) Committee, Creditors'        0.4    170.00
#6910       Telephone Peterson re: planning for Finch phone call 425.00

11/29/06    Peterson  / (07) Committee, Creditors'        1.8   1260.00
#6685       Telephone conference, Finch, Slocombe & Relles re: 700.00
            draft of report

11/29/06    Relles    / (07) Committee, Creditors'        0.8    340.00
#6920       Prepare for conference call with Finch, Slocombe, 425.00
            and Peterson

11/29/06    Relles    / (07) Committee, Creditors'        1.8    765.00
#6921       Participate in conference call with Finch, Slocombe, 425.00
            and Peterson
```

{D0078068.1 }

Date: 12/29/06             Legal Analysis Systems, Inc.
Time: 10:00am                                                        Page 2

              W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 11/01/06 #7103 | Ebener    / (20) Travel - Non-working<br>Travel to Rust | 4.5<br>150.00 | 675.00 |
| 11/01/06 #6805 | Relles    / (20) Travel - Non-working<br>Travel to Minneapolis | 4.5<br>212.50 | 956.25 |
| 11/02/06 #7108 | Ebener    / (20) Travel - Non-working<br>Travel from Rust meeting | 6.0<br>150.00 | 900.00 |
| 11/02/06 #6807 | Relles    / (20) Travel - Non-working<br>Travel to Los Angeles | 6.0<br>212.50 | 1275.00 |
| 11/09/06 #7116 | Ebener    / (20) Travel - Non-working<br>Travel to Verus Meeting | 8.0<br>150.00 | 1200.00 |
| 11/10/06 #7118 | Ebener    / (20) Travel - Non-working<br>Travel to Verus Meeting | 0.7<br>150.00 | 105.00 |
| 11/10/06 #7120 | Ebener    / (20) Travel - Non-working<br>Travel from Verus Meeting | 0.5<br>150.00 | 75.00 |
| 11/11/06 #7121 | Ebener    / (20) Travel - Non-working<br>Travel from Verus Meeting | 8.0<br>150.00 | 1200.00 |

```
Date: 12/29/06            Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 3

            W. R. Grace
```

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|------------|-------------|------------|--------|
| 11/01/06 #7101 | Ebener   / (28) Data Analysis<br>Meeting Relles re: agenda for Rust visit | 1.5<br>300.00 | 450.00 |
| 11/01/06 #7102 | Ebener   / (28) Data Analysis<br>Email Relles, Peterson, Graham, Gillespie about trip<br>logistics | 0.3<br>300.00 | 90.00 |
| 11/01/06 #7104 | Ebener   / (28) Data Analysis<br>Review Rust protocols | 1.6<br>300.00 | 480.00 |
| 11/01/06 #6601 | Peterson   / (28) Data Analysis<br>Analyses of settlement variables | 2.7<br>700.00 | 1890.00 |
| 11/01/06 #6602 | Peterson   / (28) Data Analysis<br>Telephone Relles re: analyses of group settlements | 0.2<br>700.00 | 140.00 |
| 11/01/06 #6603 | Peterson   / (28) Data Analysis<br>Work on estimation report | 6.9<br>700.00 | 4830.00 |
| 11/01/06 #6801 | Relles   / (28) Data Analysis<br>Redo projections | 0.8<br>425.00 | 340.00 |
| 11/01/06 #6802 | Relles   / (28) Data Analysis<br>Meeting Ebener re: agenda for Rust visit | 1.5<br>425.00 | 637.50 |
| 11/01/06 #6803 | Relles   / (28) Data Analysis<br>Review Rust protocols | 1.3<br>425.00 | 552.50 |
| 11/01/06 #6804 | Relles   / (28) Data Analysis<br>Review Rust data files | 1.7<br>425.00 | 722.50 |
| 11/01/06 #6806 | Relles   / (28) Data Analysis<br>Determine what is different between 1998 and other<br>years' group settlements (.6); telephone Peterson<br>re: same (.2) | 0.8<br>425.00 | 340.00 |
| 11/02/06 #7105 | Ebener   / (28) Data Analysis<br>Meet with Relles and Graham to prepare for Rust<br>meeting | 1.0<br>300.00 | 300.00 |
| 11/02/06 #7106 | Ebener   / (28) Data Analysis<br>Meeting at Rust | 4.0<br>300.00 | 1200.00 |
| 11/02/06 #7107 | Ebener   / (28) Data Analysis<br>Meet with Graham and Relles re: results of Rust<br>meeting | 1.0<br>300.00 | 300.00 |

```
Date: 12/29/06           Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 4

             W. R. Grace


Date/Slip#  Description                          HOURS/RATE    AMOUNT
--------------------------------------------------------------------------
11/02/06   Peterson  / (28) Data Analysis              0.3    210.00
#6604      Telephone Relles re: results of Rust meeting  700.00

11/02/06   Peterson  / (28) Data Analysis              8.7   6090.00
#6605      Work on estimation report                  700.00

11/02/06   Relles   / (28) Data Analysis              1.0    425.00
#6808      Meet with Graham and Ebener re: Rust agenda  425.00

11/02/06   Relles   / (28) Data Analysis              4.0   1700.00
#6809      Meet with Rust                             425.00

11/02/06   Relles   / (28) Data Analysis              1.0    425.00
#6810      Meet with Graham and Ebener re: results of Rust  425.00
           meeting

11/02/06   Relles   / (28) Data Analysis              0.3    127.50
#6811      Telephone Peterson re: results of Rust meeting  425.00

11/03/06   Peterson  / (28) Data Analysis              1.2    840.00
#6606      Telephone Relles re: site visit to Rust Consulting  700.00

11/03/06   Peterson  / (28) Data Analysis              1.4    980.00
#6607      Review PIQ data                            700.00

11/03/06   Peterson  / (28) Data Analysis              1.6   1120.00
#6608      Review settled claims POC responses        700.00

11/03/06   Peterson  / (28) Data Analysis              1.7   1190.00
#6609      Examine data on POC and PIQ response rates  700.00

11/03/06   Peterson  / (28) Data Analysis              0.4    280.00
#6610      Telephone Relles re: calculation of discount rate  700.00

11/03/06   Peterson  / (28) Data Analysis              0.3    210.00
#6611      Review emails re: discount rate            700.00

11/03/06   Peterson  / (28) Data Analysis              4.8   3360.00
#6612      Work on estimation report                  700.00

11/03/06   Relles   / (28) Data Analysis              0.4    170.00
#6812      Telephone Peterson re: calculation of discount rate  425.00

11/03/06   Relles   / (28) Data Analysis              1.0    425.00
#6813      Summarize results of Rust visit, prepare for  425.00
           Peterson phone conversation
```

Date: 12/29/06           Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 5

          W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 11/03/06<br>#6814 | Relles    / (28) Data Analysis<br>Telephone Peterson re: Rust visit and implications<br>for report | 1.2<br>425.00 | 510.00 |
| 11/03/06<br>#6815 | Relles    / (28) Data Analysis<br>Work on names matching for settled claims POC data | 3.5<br>425.00 | 1487.50 |
| 11/04/06<br>#7109 | Ebener    / (28) Data Analysis<br>Complete notes from Rust meeting | 1.0<br>300.00 | 300.00 |
| 11/04/06<br>#6613 | Peterson  / (28) Data Analysis<br>Review PIQ, POC and claims databases | 4.4<br>700.00 | 3080.00 |
| 11/04/06<br>#6614 | Peterson  / (28) Data Analysis<br>Work on report | 2.7<br>700.00 | 1890.00 |
| 11/04/06<br>#6816 | Relles    / (28) Data Analysis<br>Work on names matching: linking settled claims POC<br>data to history file | 2.3<br>425.00 | 977.50 |
| 11/04/06<br>#6817 | Relles    / (28) Data Analysis<br>Examine overlaps between history file and what has<br>been received in the POC data, by law firm | 2.8<br>425.00 | 1190.00 |
| 11/05/06<br>#6615 | Peterson  / (28) Data Analysis<br>Telephone Relles re: law firm information | 1.1<br>700.00 | 770.00 |
| 11/05/06<br>#6616 | Peterson  / (28) Data Analysis<br>Work on report | 6.7<br>700.00 | 4690.00 |
| 11/05/06<br>#6617 | Peterson  / (28) Data Analysis<br>Read An Air that Kills | 2.5<br>700.00 | 1750.00 |
| 11/05/06<br>#6818 | Relles    / (28) Data Analysis<br>Telephone Peterson re: law firm information | 1.1<br>425.00 | 467.50 |
| 11/05/06<br>#6819 | Relles    / (28) Data Analysis<br>Set up OCR capability for names matching | 1.8<br>425.00 | 765.00 |
| 11/05/06<br>#6820 | Relles    / (28) Data Analysis<br>Match history and POC data by firm, assess problems<br>with the links | 2.3<br>425.00 | 977.50 |
| 11/05/06<br>#6821 | Relles    / (28) Data Analysis<br>Summarize problems with various law firms for<br>Peterson discussion | 2.5<br>425.00 | 1062.50 |

{D0078068.1 }

Date: 12/29/06            Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 6

            W. R. Grace

Date/Slip# Description                                HOURS/RATE    AMOUNT
--------------------------------------------------------------------------
11/06/06  Peterson  / (28) Data Analysis                   0.8     560.00
#6619     Telephone Relles re: settled claims POC        700.00

11/06/06  Peterson  / (28) Data Analysis                   1.3     910.00
#6620     Telephone Relles re: dollar variations         700.00

11/06/06  Peterson  / (28) Data Analysis                   0.4     280.00
#6621     Telephone Relles re: projections               700.00

11/06/06  Peterson  / (28) Data Analysis                   3.8    2660.00
#6622     Analyses of trends in Grace settlements        700.00

11/06/06  Peterson  / (28) Data Analysis                   3.3    2310.00
#6623     Analyses of alternative estimates of values of 700.00
          claims against Grace

11/06/06  Peterson  / (28) Data Analysis                   1.7    1190.00
#6624     Work on report                                 700.00

11/06/06  Relles    / (28) Data Analysis                   0.8     340.00
#6822     Telephone Peterson re: settled claims POC      425.00

11/06/06  Relles    / (28) Data Analysis                   1.3     552.50
#6824     Telephone Peterson re: dollar variations       425.00

11/06/06  Relles    / (28) Data Analysis                   2.6    1105.00
#6825     Run regressions to show increasing rates of payment, 425.00
          by state

11/06/06  Relles    / (28) Data Analysis                   1.4     595.00
#6826     Summarize law firm settled claims POC          425.00

11/06/06  Relles    / (28) Data Analysis                   2.0     850.00
#6827     Run projections, summarize for Peterson discussion 425.00

11/06/06  Relles    / (28) Data Analysis                   0.4     170.00
#6828     Telephone Peterson re: projections             425.00

11/06/06  Relles    / (28) Data Analysis                   1.3     552.50
#6829     Set up projections for continuous variation in 425.00
          payments

11/07/06  Ebener    / (28) Data Analysis                   0.5     150.00
#7110     Email Verus, Gillespie about meeting confirmation 300.00
          and time

{D0078068.1 }

Date: 12/29/06          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 7

        W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 11/07/06 #6625 | Peterson  / (28) Data Analysis<br>Telephone Relles re: additional regressions with<br>Grace data | 0.3<br>700.00 | 210.00 |
| 11/07/06 #6626 | Peterson  / (28) Data Analysis<br>Review emails re: site visit to Verus | 1.1<br>700.00 | 770.00 |
| 11/07/06 #6627 | Peterson  / (28) Data Analysis<br>Work on estimation report | 4.9<br>700.00 | 3430.00 |
| 11/07/06 #6830 | Relles  / (28) Data Analysis<br>Run projections with continuous variation in<br>payments, modify algorithms | 2.3<br>425.00 | 977.50 |
| 11/07/06 #6831 | Relles  / (28) Data Analysis<br>Run additional regressions with Grace data (1.3);<br>telephone Peterson (.3) re: same | 1.6<br>425.00 | 680.00 |
| 11/08/06 #7111 | Ebener  / (28) Data Analysis<br>Prepare agenda for Verus Meeting | 1.0<br>300.00 | 300.00 |
| 11/08/06 #7112 | Ebener  / (28) Data Analysis<br>Distribute draft agenda for Verus meeting(0.4);<br>discuss with Relles, Peterson (0.2); revise and<br>distribute to Verus, Gillespie (0.4) | 1.0<br>300.00 | 300.00 |
| 11/08/06 #7113 | Ebener  / (28) Data Analysis<br>Email Edwards about status of data entry | 0.1<br>300.00 | 30.00 |
| 11/08/06 #7114 | Ebener  / (28) Data Analysis<br>Telephone Peterson about status of coding | 0.1<br>300.00 | 30.00 |
| 11/08/06 #6628 | Peterson  / (28) Data Analysis<br>Telephone Relles re: organization of estimation<br>report | 0.5<br>700.00 | 350.00 |
| 11/08/06 #6629 | Peterson  / (28) Data Analysis<br>Outline estimation report | 4.2<br>700.00 | 2940.00 |
| 11/08/06 #6630 | Peterson  / (28) Data Analysis<br>Work on estimation report | 5.3<br>700.00 | 3710.00 |
| 11/08/06 #6631 | Peterson  / (28) Data Analysis<br>Telephone Ebener about status of coding | 0.1<br>700.00 | 70.00 |

```
Date: 12/29/06            Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 8

           W. R. Grace


Date/Slip# Description                            HOURS/RATE    AMOUNT
--------------------------------------------------------------------------
11/08/06  Peterson  / (28) Data Analysis               0.2      140.00
#6632     Telephone Ebener and Relles re: Verus meeting 700.00

11/08/06  Relles    / (28) Data Analysis               0.5      212.50
#6832     Telephone Peterson re: design of report     425.00

11/08/06  Relles    / (28) Data Analysis               2.6     1105.00
#6833     Work on report                              425.00

11/08/06  Relles    / (28) Data Analysis               0.2       85.00
#6834     Telephone Ebener and Peterson re: Verus meeting 425.00

11/09/06  Ebener    / (28) Data Analysis               0.4      120.00
#7115     Telephone Peterson, telephone Relles re: Verus visit 300.00

11/09/06  Peterson  / (28) Data Analysis               0.4      280.00
#6633     Telephone Ebener & Relles  re: Verus site visit 700.00

11/09/06  Peterson  / (28) Data Analysis               0.4      280.00
#6634     Telephone Relles re: tables for report      700.00

11/09/06  Peterson  / (28) Data Analysis               2.1     1470.00
#6635     Review criticisms of party expert's creation of 700.00
          partisan databases

11/09/06  Peterson  / (28) Data Analysis               6.6     4620.00
#6636     Work on estimation report                   700.00

11/09/06  Relles    / (28) Data Analysis               2.3      977.50
#6835     Update Seer results using latest Seerstat program 425.00

11/09/06  Relles    / (28) Data Analysis               1.7      722.50
#6836     Work on report: document Seer results       425.00

11/09/06  Relles    / (28) Data Analysis               0.4      170.00
#6837     Telephone Peterson, telephone Ebener re: Verus visit 425.00

11/09/06  Relles    / (28) Data Analysis               3.1     1317.50
#6838     Work on report: develop tables              425.00

11/09/06  Relles    / (28) Data Analysis               0.4      170.00
#6839     Telephone Peterson re: tables for report    425.00

11/10/06  Ebener    / (28) Data Analysis               5.0     1500.00
#7119     Meeting at Verus                            300.00
```

{D0078068.1 }

```
Date: 12/29/06            Legal Analysis Systems, Inc.
Time: 10:00am                                                      Page 9

            W. R. Grace


Date/Slip#  Description                          HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
11/10/06  Peterson  / (28) Data Analysis             0.8     560.00
#6637     Telephone Relles re: report              700.00

11/10/06  Peterson  / (28) Data Analysis             7.2    5040.00
#6638     Work on estimation report                700.00

11/10/06  Relles    / (28) Data Analysis             6.3    2677.50
#6840     Work on report; develop tables, run projections  425.00

11/10/06  Relles    / (28) Data Analysis             0.8     340.00
#6841     Telephone Peterson re: report             425.00

11/11/06  Ebener    / (28) Data Analysis             1.0     300.00
#7122     Edit notes from Verus meeting             300.00

11/11/06  Peterson  / (28) Data Analysis             1.0     700.00
#6639     Telephone Relles re: report              700.00

11/11/06  Peterson  / (28) Data Analysis             8.1    5670.00
#6640     Work on estimation report                700.00

11/11/06  Relles    / (28) Data Analysis             5.6    2380.00
#6842     Work on report; develop tables, run projections  425.00

11/11/06  Relles    / (28) Data Analysis             1.0     425.00
#6843     Telephone Peterson re: report             425.00

11/12/06  Peterson  / (28) Data Analysis             0.6     420.00
#6641     Telephone Relles re: examine "stale" claims issue 700.00

11/12/06  Peterson  / (28) Data Analysis             0.8     560.00
#6642     Telephone Relles re: examine annual filings by law 700.00
          firms

11/12/06  Peterson  / (28) Data Analysis             3.2    2240.00
#6643     Review effects of claims moratoria issue  700.00

11/12/06  Peterson  / (28) Data Analysis             2.2    1540.00
#6644     Review resolutions and claims pendency by filing 700.00
          year

11/12/06  Peterson  / (28) Data Analysis             0.7     490.00
#6645     Telephone Relles re: report              700.00

11/12/06  Peterson  / (28) Data Analysis             6.7    4690.00
#6646     Work on estimation report                700.00
```

```
Date: 12/29/06              Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 10

          W. R. Grace
```

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 11/12/06 #6844 | Relles    / (28) Data Analysis<br>Examine stale claims (.6); telephone Peterson (.6) re: same | 1.2<br>425.00 | 510.00 |
| 11/12/06 #6845 | Relles    / (28) Data Analysis<br>Examine gaps in filing (.8); telephone Peterson (.8) re: same | 1.6<br>425.00 | 680.00 |
| 11/12/06 #6846 | Relles    / (28) Data Analysis<br>Work on report; develop tables, run projections | 6.0<br>425.00 | 2550.00 |
| 11/12/06 #6847 | Relles    / (28) Data Analysis<br>Telephone Peterson re: report | 0.7<br>425.00 | 297.50 |
| 11/13/06 #7123 | Ebener    / (28) Data Analysis<br>Telephone Peterson about Verus meeting | 0.5<br>300.00 | 150.00 |
| 11/13/06 #7124 | Ebener    / (28) Data Analysis<br>Follow-up with Gillespie on Verus meeting | 0.5<br>300.00 | 150.00 |
| 11/13/06 #7125 | Ebener    / (28) Data Analysis<br>Follow-up with Eveland on Verus meeting | 0.5<br>300.00 | 150.00 |
| 11/13/06 #6647 | Peterson  / (28) Data Analysis<br>Telephone Relles re: mesothelioma claims in 2001 | 0.2<br>700.00 | 140.00 |
| 11/13/06 #6648 | Peterson  / (28) Data Analysis<br>Telephone Ebener about Verus meeting | 0.5<br>700.00 | 350.00 |
| 11/13/06 #6649 | Peterson  / (28) Data Analysis<br>Work on estimation report | 10.7<br>700.00 | 7490.00 |
| 11/13/06 #6848 | Relles    / (28) Data Analysis<br>Prepare payment distribution for Radecki | 1.0<br>425.00 | 425.00 |
| 11/13/06 #6849 | Relles    / (28) Data Analysis<br>Work on report | 7.5<br>425.00 | 3187.50 |
| 11/13/06 #6850 | Relles    / (28) Data Analysis<br>Telephone Peterson (.2), Biggs (.5) re: large number of mesothelioma claims in 2001 | 0.7<br>425.00 | 297.50 |
| 11/13/06 #6851 | Relles    / (28) Data Analysis<br>Display trends in dollar amounts | 1.3<br>425.00 | 552.50 |

Date: 12/29/06          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 11

          W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|------------|-------------|------------|--------|
| 11/14/06 Ebener  / (28) Data Analysis | | 1.0 | 300.00 |
| #7126 | Finalize and distribute notes from Verus meeting to Relles, Peterson | 300.00 | |
| 11/14/06 Peterson  / (28) Data Analysis | | 0.8 | 560.00 |
| #6650 | Telephone Relles re: duplicates analysis, other aspects of report | 700.00 | |
| 11/14/06 Peterson  / (28) Data Analysis | | 2.2 | 1540.00 |
| #6651 | Analyses of values of claims | 700.00 | |
| 11/14/06 Peterson  / (28) Data Analysis | | 8.3 | 5810.00 |
| #6652 | Work on report | 700.00 | |
| 11/14/06 Relles   / (28) Data Analysis | | 4.0 | 1700.00 |
| #6852 | Work on duplicates analyses for report | 425.00 | |
| 11/14/06 Relles   / (28) Data Analysis | | 6.5 | 2762.50 |
| #6853 | Work on report | 425.00 | |
| 11/14/06 Relles   / (28) Data Analysis | | 0.8 | 340.00 |
| #6854 | Telephone Peterson re: duplicates analysis, other aspects of report | 425.00 | |
| 11/15/06 Peterson  / (28) Data Analysis | | 1.2 | 840.00 |
| #6653 | Telephone Relles (several calls) re: discuss and comment on report | 700.00 | |
| 11/15/06 Peterson  / (28) Data Analysis | | 1.1 | 770.00 |
| #6654 | Review issues of duplicate claims | 700.00 | |
| 11/15/06 Peterson  / (28) Data Analysis | | 1.2 | 840.00 |
| #6655 | Review data on Libby claims and settlements | 700.00 | |
| 11/15/06 Peterson  / (28) Data Analysis | | 13.6 | 9520.00 |
| #6656 | Work on report | 700.00 | |
| 11/15/06 Relles   / (28) Data Analysis | | 3.0 | 1275.00 |
| #6855 | Work on report's tables and graphics | 425.00 | |
| 11/15/06 Relles   / (28) Data Analysis | | 1.2 | 510.00 |
| #6856 | Telephone Peterson (several calls) re: discuss and comment on report | 425.00 | |
| 11/15/06 Relles   / (28) Data Analysis | | 1.5 | 637.50 |
| #6857 | Review Peterson's sections of report | 425.00 | |

```
Date: 12/29/06            Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 12

            W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
11/15/06  Relles    / (28) Data Analysis               6.0      2550.00
#6858     Work on report                             425.00

11/16/06  Peterson  / (28) Data Analysis               1.4       980.00
#6657     Telephone Relles re: progress on report, writing  700.00
          separate sections, statue

11/16/06  Peterson  / (28) Data Analysis              14.4     10080.00
#6658     Work on report                             700.00

11/16/06  Relles    / (28) Data Analysis               1.7       722.50
#6859     Regenerate datasets and related summary output  425.00

11/16/06  Relles    / (28) Data Analysis               1.2       510.00
#6860     Run additional projections                425.00

11/16/06  Relles    / (28) Data Analysis               4.2      1785.00
#6861     Work on tables and graphics of report      425.00

11/16/06  Relles    / (28) Data Analysis               4.5      1912.50
#6862     Work on text of report                     425.00

11/16/06  Relles    / (28) Data Analysis               1.8       765.00
#6863     Read report                                425.00

11/16/06  Relles    / (28) Data Analysis               1.4       595.00
#6864     Telephone Peterson re: progress on report, writing  425.00
          separate sections, statue

11/17/06  Peterson  / (28) Data Analysis               1.2       840.00
#6659     Telephone Relles re: progress on report, writing  700.00
          separate sections, statue

11/17/06  Peterson  / (28) Data Analysis              12.9      9030.00
#6660     Work on report                             700.00

11/17/06  Peterson  / (28) Data Analysis               1.1       770.00
#6661     Address issue of disutility of Rust data shipments  700.00

11/17/06  Relles    / (28) Data Analysis               2.5      1062.50
#6865     Review shipment of 35 dvds from Rust       425.00

11/17/06  Relles    / (28) Data Analysis               2.3       977.50
#6866     Produce new transition matrices, regenerate datasets  425.00
          and related summary output
```

```
Date: 12/29/06              Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 13

            W. R. Grace


Date/Slip# Description                                 HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
11/17/06  Relles    / (28) Data Analysis                    1.2     510.00
#6867     Run additional projections                      425.00

11/17/06  Relles    / (28) Data Analysis                    2.4    1020.00
#6868     Work on tables and graphics of report           425.00

11/17/06  Relles    / (28) Data Analysis                    4.6    1955.00
#6869     Work on text of report                          425.00

11/17/06  Relles    / (28) Data Analysis                    1.5     637.50
#6870     Read report                                     425.00

11/17/06  Relles    / (28) Data Analysis                    1.2     510.00
#6871     Telephone Peterson re: progress on report, writing 425.00
          separate sections, statue

11/18/06  Peterson  / (28) Data Analysis                   14.5   10150.00
#6662     Work on report                                  700.00

11/18/06  Peterson  / (28) Data Analysis                    1.6    1120.00
#6663     Telephone Relles re: progress on report, writing 700.00
          separate sections, statue

11/18/06  Relles    / (28) Data Analysis                    1.2     510.00
#6872     Regenerate datasets and related summary output  425.00

11/18/06  Relles    / (28) Data Analysis                    3.8    1615.00
#6873     Work on tables and graphics of report           425.00

11/18/06  Relles    / (28) Data Analysis                    5.0    2125.00
#6874     Work on text of report                          425.00

11/18/06  Relles    / (28) Data Analysis                    2.0     850.00
#6875     Read report                                     425.00

11/18/06  Relles    / (28) Data Analysis                    1.6     680.00
#6876     Telephone Peterson re: progress on report, writing 425.00
          separate sections, statue

11/19/06  Peterson  / (28) Data Analysis                   12.6    8820.00
#6664     Work on report                                  700.00

11/19/06  Peterson  / (28) Data Analysis                    1.5    1050.00
#6665     Telephone Relles re: progress on report, writing 700.00
          separate sections, statue
```

{D0078068.1 }

Date: 12/29/06            Legal Analysis Systems, Inc.
Time: 10:00am                                                        Page 14

              W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 11/19/06 Relles  / (28) Data Analysis<br>#6877   Run additional projections | | 0.8<br>425.00 | 340.00 |
| 11/19/06 Relles  / (28) Data Analysis<br>#6878   Work on tables and graphics of report | | 2.7<br>425.00 | 1147.50 |
| 11/19/06 Relles  / (28) Data Analysis<br>#6879   Work on text of report | | 6.2<br>425.00 | 2635.00 |
| 11/19/06 Relles  / (28) Data Analysis<br>#6880   Read report | | 1.2<br>425.00 | 510.00 |
| 11/19/06 Relles  / (28) Data Analysis<br>#6881   Telephone Peterson re: progress on report, writing<br>separate sections, statue | | 1.5<br>425.00 | 637.50 |
| 11/20/06 Ebener  / (28) Data Analysis<br>#7127   Email documentation to Gillespie | | 0.3<br>300.00 | 90.00 |
| 11/20/06 Peterson / (28) Data Analysis<br>#6667   Review issues raised by counsel | | 1.5<br>700.00 | 1050.00 |
| 11/20/06 Peterson / (28) Data Analysis<br>#6668   Review emails re: data from Rust | | 1.0<br>700.00 | 700.00 |
| 11/20/06 Peterson / (28) Data Analysis<br>#6669   Review draft of report | | 4.5<br>700.00 | 3150.00 |
| 11/20/06 Relles  / (28) Data Analysis<br>#6882   Read report | | 1.5<br>425.00 | 637.50 |
| 11/20/06 Relles  / (28) Data Analysis<br>#6883   Summarize regression fits | | 0.8<br>425.00 | 340.00 |
| 11/20/06 Relles  / (28) Data Analysis<br>#6884   Generate graphics on regression fits and trends in<br>payments | | 1.0<br>425.00 | 425.00 |
| 11/20/06 Relles  / (28) Data Analysis<br>#6885   Telephone Graham re: Kirkland-Ellis response to our<br>queries | | 0.2<br>425.00 | 85.00 |
| 11/20/06 Relles  / (28) Data Analysis<br>#6886   Email Edwards re: Mealey's data | | 0.6<br>425.00 | 255.00 |

{D0078068.1 }

Date: 12/29/06            Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 15

              W. R. Grace


| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 11/20/06 | Relles   / (28) Data Analysis | 0.3 | 127.50 |
| #6888 | Email Eveland re: status of processing | 425.00 | |
| 11/20/06 | Relles   / (28) Data Analysis | 0.3 | 127.50 |
| #6889 | Email Thomas re: status of questionnaire processing | 425.00 | |
| 11/21/06 | Peterson  / (28) Data Analysis | 4.5 | 3150.00 |
| #6670 | Review draft of report | 700.00 | |
| 11/21/06 | Peterson  / (28) Data Analysis | 4.1 | 2870.00 |
| #6671 | Review An Air that Kills | 700.00 | |
| 11/21/06 | Relles   / (28) Data Analysis | 2.7 | 1147.50 |
| #6890 | Process Rust PIQ files, build analytical databases | 425.00 | |
| 11/21/06 | Relles   / (28) Data Analysis | 2.4 | 1020.00 |
| #6891 | Examine POC database, link to history files on claimant identifier | 425.00 | |
| 11/21/06 | Relles   / (28) Data Analysis | 0.3 | 127.50 |
| #6892 | Telephone Eveland re: schedule | 425.00 | |
| 11/22/06 | Peterson  / (28) Data Analysis | 2.8 | 1960.00 |
| #6672 | Review relationships of Rust and claims databases | 700.00 | |
| 11/22/06 | Peterson  / (28) Data Analysis | 0.6 | 420.00 |
| #6673 | Telephone Relles re: POC and PIQ data | 700.00 | |
| 11/22/06 | Relles   / (28) Data Analysis | 0.6 | 255.00 |
| #6893 | Telephone Peterson re: POC and PIQ data | 425.00 | |
| 11/22/06 | Relles   / (28) Data Analysis | 2.3 | 977.50 |
| #6894 | Process Verus data | 425.00 | |
| 11/22/06 | Relles   / (28) Data Analysis | 0.9 | 382.50 |
| #6895 | Develop disease and exposure information from Verus data | 425.00 | |
| 11/22/06 | Relles   / (28) Data Analysis | 2.6 | 1105.00 |
| #6896 | Generate file with linked history, Rust, and Verus information; run various crosstabs from file | 425.00 | |
| 11/23/06 | Peterson  / (28) Data Analysis | 3.7 | 2590.00 |
| #6674 | Review An Air that Kills | 700.00 | |

Date: 12/29/06          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 16

            W. R. Grace

```
Date/Slip# Description                              HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
11/23/06  Relles    / (28) Data Analysis              1.5      637.50
#6897     Investigate changes in files since last shipments;  425.00
          check for consistency of new files with old

11/23/06  Relles    / (28) Data Analysis              3.1     1317.50
#6898     Work on developing sensitivity analysis variations  425.00

11/24/06  Peterson  / (28) Data Analysis              2.6     1820.00
#6675     Review Verus data                           700.00

11/24/06  Peterson  / (28) Data Analysis              3.3     2310.00
#6676     Review An Air that Kills                    700.00

11/24/06  Relles    / (28) Data Analysis              2.5     1062.50
#6899     Process image files to complete development of  425.00
          materials for Verus

11/24/06  Relles    / (28) Data Analysis              1.7      722.50
#6900     Develop weights to extrapolate Verus data to the  425.00
          open claims population

11/24/06  Relles    / (28) Data Analysis              1.8      765.00
#6901     Build files to support sensitivity analysis  425.00
          variations

11/25/06  Peterson  / (28) Data Analysis              4.7     3290.00
#6677     Review and work on draft of report          700.00

11/25/06  Relles    / (28) Data Analysis              1.9      807.50
#6902     Develop transition matrices based on Verus data  425.00

11/25/06  Relles    / (28) Data Analysis              1.6      680.00
#6903     Run projections based on Verus transition matrix  425.00

11/25/06  Relles    / (28) Data Analysis              2.8     1190.00
#6904     Update analytical files related to Verus or  425.00
          questionnaire data

11/26/06  Peterson  / (28) Data Analysis              5.3     3710.00
#6678     Review and work on draft of report          700.00

11/26/06  Relles    / (28) Data Analysis              0.3      127.50
#6906     Examine Manville 2006 claims                425.00
```

{D0078068.1 }

Date: 12/29/06            Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 17

              W. R. Grace

```
Date/Slip#  Description                                 HOURS/RATE    AMOUNT
----------------------------------------------------------------------------
11/26/06  Relles    / (28) Data Analysis                    3.4     1445.00
#6907     Investigate judgments: develop lists, compute    425.00
          averages values

11/26/06  Relles    / (28) Data Analysis                    0.3      127.50
#6908     Email Edwards re: files                           425.00

11/27/06  Peterson  / (28) Data Analysis                    2.8     1960.00
#6679     Review information about judgments (2.2); discuss 700.00
          with Relles (.6)

11/27/06  Peterson  / (28) Data Analysis                    1.3      910.00
#6681     Address issues of Grace settlement data           700.00

11/27/06  Peterson  / (28) Data Analysis                    1.6     1120.00
#6682     Research issues of doctors                        700.00

11/27/06  Relles    / (28) Data Analysis                    1.6      680.00
#6909     Investigate status of exposure information        425.00

11/27/06  Relles    / (28) Data Analysis                    0.6      255.00
#6911     Telephone Peterson re: judgments                  425.00

11/27/06  Relles    / (28) Data Analysis                    1.0      425.00
#6912     Status of judgments analysis, analysis of Manville 425.00
          data, exposure analysis

11/27/06  Relles    / (28) Data Analysis                    1.3      552.50
#6913     Update judgments analysis                         425.00

11/28/06  Peterson  / (28) Data Analysis                    5.4     3780.00
#6683     Review and work on draft of report               700.00

11/28/06  Peterson  / (28) Data Analysis                    2.8     1960.00
#6684     Review summaries of Grace judgments (2.4); telephone 700.00
          Relles (.4)

11/28/06  Relles    / (28) Data Analysis                    2.0      850.00
#6914     Review all analysis files for consistency         425.00

11/28/06  Relles    / (28) Data Analysis                    0.4      170.00
#6915     Telephone Peterson re: summaries of Grace judgments 425.00

11/28/06  Relles    / (28) Data Analysis                    0.5      212.50
#6916     Nonparametric regression email specification to   425.00
          Ridgeway
```

{D0078068.1 }

Date: 12/29/06          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 18

    W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 11/28/06 Relles   / (28) Data Analysis | | 2.9 | 1232.50 |
| #6917 | Read and revise report | 425.00 | |
| 11/29/06 Peterson  / (28) Data Analysis | | 1.6 | 1120.00 |
| #6686 | Review matters raised in telephone conference | 700.00 | |
| 11/29/06 Peterson  / (28) Data Analysis | | 0.5 | 350.00 |
| #6687 | Telephone Relles re: missing disease information and | 700.00 | |
| | transition matrices | | |
| 11/29/06 Peterson  / (28) Data Analysis | | 3.6 | 2520.00 |
| #6688 | Review and work on draft of report | 700.00 | |
| 11/29/06 Peterson  / (28) Data Analysis | | 2.9 | 2030.00 |
| #6689 | Review and work on draft of report | 700.00 | |
| 11/29/06 Relles   / (28) Data Analysis | | 2.5 | 1062.50 |
| #6918 | Examine POC data, match to history file, assess | 425.00 | |
| | status of POC process | | |
| 11/29/06 Relles   / (28) Data Analysis | | 0.7 | 297.50 |
| #6919 | Examine latest Manville data, determine effects on | 425.00 | |
| | propensity to sue estimates | | |
| 11/29/06 Relles   / (28) Data Analysis | | 1.5 | 637.50 |
| #6922 | Resolve issues about filling in missing disease | 425.00 | |
| | information and transition matrices (1.0); telephone | | |
| | Peterson (0.5) re: same | | |
| 11/30/06 Peterson  / (28) Data Analysis | | 0.3 | 210.00 |
| #6690 | Telephone Relles re: updates based on conference | 700.00 | |
| | call | | |
| 11/30/06 Peterson  / (28) Data Analysis | | 2.1 | 1470.00 |
| #6691 | Review updates from Relles | 700.00 | |
| 11/30/06 Peterson  / (28) Data Analysis | | 0.4 | 280.00 |
| #6692 | Review emails re: data from Grace and Rust | 700.00 | |
| 11/30/06 Relles   / (28) Data Analysis | | 0.3 | 127.50 |
| #6923 | Telephone Peterson re: updates based on conference | 425.00 | |
| | call | | |
| 11/30/06 Relles   / (28) Data Analysis | | 2.1 | 892.50 |
| #6924 | Update transition matrices | 425.00 | |

Date: 12/29/06            Legal Analysis Systems, Inc.
Time: 10:00am                                                      Page 19

              W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|------------|-------------|------------|--------|
| 11/30/06 | Relles    / (28) Data Analysis | 1.7 | 722.50 |
| #6925 | Update and check analysis files | 425.00 | |
| 11/30/06 | Relles    / (28) Data Analysis | 0.8 | 340.00 |
| #6926 | Update projections and summary tables | 425.00 | |
| 11/30/06 | Relles    / (28) Data Analysis | 1.2 | 510.00 |
| #6927 | Read Bates article | 425.00 | |

{D0078068.1 }

```
Date: 12/29/06            Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 20

        W. R. Grace

            Summary Of Time Charges, By Month and Activity
                    November 2006 - November 2006

MONTH        ACTIVITY                               HOURS     AMOUNT
-------------------------------------------------------------------
November  - (07) Committee, Creditors'               8.5    4457.50
November  - (20) Travel - Non-working               38.2    6386.25
November  - (28) Data Analysis                     531.4  300387.50
November  - (99) Total                             578.1  311231.25

Total     - (07) Committee, Creditors'               8.5    4457.50
Total     - (20) Travel - Non-working               38.2    6386.25
Total     - (28) Data Analysis                     531.4  300387.50
Total     - (99) Total                             578.1  311231.25

-------------------------------------------------------------------
```

```
Date: 12/29/06            Legal Analysis Systems, Inc.
Time: 10:00am                                                   Page 21

            W. R. Grace

            Summary Of Time Charges, By Month and Person
                  November 2006 - November 2006

MONTH      PERSON                                    HOURS    AMOUNT
---------------------------------------------------------------------
November   - Relles                                  243.1 101086.25
November   - Peterson                                284.5 199150.00
November   - Ebener                                   50.5  10995.00
November   - Total                                   578.1 311231.25

Total      - Relles                                  243.1 101086.25
Total      - Peterson                                284.5 199150.00
Total      - Ebener                                   50.5  10995.00
Total      - Total                                   578.1 311231.25

---------------------------------------------------------------------
```

{D0078068.1 }

```
Date: 12/29/06          Legal Analysis Systems, Inc.
Time: 10:00am                                              Page 22

        W. R. Grace

        Summary Of Time Charges, By Activity, Month, and Person
                    November 2006 - November 2006

MONTH       PERSON                          HOURS   RATE    AMOUNT
------------------------------------------------------------------
(07) Committee, Creditors'

November  - Relles                            4.7   425.   1997.50
November  - Peterson                          3.3   700.   2310.00
November  - Ebener                            0.5   300.    150.00

(20) Travel - Non-working

November  - Relles                           10.5   213.   2231.25
November  - Ebener                           27.7   150.   4155.00

(28) Data Analysis

November  - Relles                          227.9   425.  96857.50
November  - Peterson                        281.2   700. 196840.00
November  - Ebener                           22.3   300.   6690.00

------------------------------------------------------------------------
```

```
Date: 12/29/06            Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 23
        W. R. Grace Expenses


                                          Total        Grace
Item                      Professional   Expenses      Share

1. Travel expenses        Ebener         $1,076.67    $1,076.67
2. Travel expenses        Ebener          1,356.82     1,356.82
3. Travel expenses        Relles            721.13       721.13
4. Mealey's jury reports  Ebener            633.27       316.63
5. Jury Verdict Coding    Silverman         288.00       144.00

   Total Expenses                        $4,075.89    $3,615.25


   Notes: Items 4 and 5 to be divided evenly between W. R. Grace
          and G-1 Holdings.  Last column of table above provides Grace's
          share of expenses.  All items are documented fully below.

==========================================================================



1. (Ebener) Travel Camarillo-Faribault MN, November 1-2, 2006

       11/01  Taxi to airport                          $31.00
       11/01  air ticket                               595.21
       11/01  lunch                                     11.79
       11/01  hotel                                    203.17
       11/02  ground transportation: Minneaopolis to
                 Faribault (Ebener, Relles & Graham)   175.50
       11/02  change air ticket                         25.00
       11/02  dinner                                    25.00
       11/02  internet access at airport                10.00
              -------
              Total                                  $1,076.67
```

Date: 12/29/06             Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 24

                    W. R. Grace Expenses (Continued)


2. (Ebener) Travel Camarillo-Hopewell, NJ, November 9-10, 2006.

        11/09  air ticket                          $803.60
        11/09  taxi airport-hotel                     55.00
        11/09  hotel                                 328.63
        11/10  taxi  to meeting                       40.00
        11/10  taxi from meeting                      50.00
        11/11  taxi hotel-airport                     53.30
        11/11  parking at airport                     26.29
               -------
               Total                               $1,356.82


3. (Relles) Travel Thousand Oaks-Faribault MN, November 1-2,

        11/01  air ticket                          $387.21
        11/01  lunch                                   8.65
        11/01  dinner                                 42.00
        11/01  taxi (airport to hotel)                30.00
        11/01  hotel                                 191.82
        11/02  change air ticket                      25.00
        11/02  lunch                                   7.50
        11/02  lax parking                            29.65
               -------
               Total                                $721.13


4. (Ebener) Mealey's Publications - Asbestos Jury Verdict Reports

        50% Grace, 50% G-1 Holdings


            3 publications at $211.09 each:        $633.27

            Grace Share:                $316.63

Date: 12/29/06            Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 25

                 W. R. Grace Expenses (Continued)


5. (Silverman) Jury Verdict Coding

        50% Grace, 50% G-1 Holdings


                          Kathleen M. Silverman
                           6146 County Oak Rd.
                         Woodland Hills, CA 91367


        Date              Activity                Hours

        11/04/2006        JV Coding and validating  3.3
        11/05/2006        JV Coding and validating  2.4
        11/18/2006        JV Coding and validating  1.5
        -------
        Total Hours                                  7.2

            @ $40.00 per Hour =  $288.00

            Grace Share:                  $144.00


--------------------------------------------------------------------------------