```
Date: 01/23/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                Page 1


                W. R. Grace, Inc. % Elihu Inselbuch
                Caplin & Drysdale
                399 Park Avenue, 27th Floor
                New York, New York 10022


Date/Slip# Description                           HOURS/RATE   AMOUNT
--------------------------------------------------------------------
 12/20/06  Peterson  / (07) Committee, Creditors'      0.6    420.00
 #6830     Telephone Finch re: report               700.00
```

{D0079004.1 }

Date: 01/23/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 2

          W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 12/01/06 Relles   / (28) Data Analysis<br>#7001      analyze sensitivity of transition matrix to range of settlement dates | 1.2<br>425.00 | 510.00 |
| 12/02/06 Peterson  / (28) Data Analysis<br>#6801      Review PIQ and POC data | 3.4<br>700.00 | 2380.00 |
| 12/03/06 Peterson  / (28) Data Analysis<br>#6802      Develop plan for sensitivity analysis | 3.2<br>700.00 | 2240.00 |
| 12/04/06 Peterson  / (28) Data Analysis<br>#6803      Work on report and analyses | 5.9<br>700.00 | 4130.00 |
| 12/04/06 Relles   / (28) Data Analysis<br>#7002      review assumptions for sensitivity analyses | 1.9<br>425.00 | 807.50 |
| 12/05/06 Peterson  / (28) Data Analysis<br>#6804      Review draft of report | 2.5<br>700.00 | 1750.00 |
| 12/05/06 Peterson  / (28) Data Analysis<br>#6805      Review current asbestos liability forecasts in similar cases | 3.4<br>700.00 | 2380.00 |
| 12/05/06 Relles   / (28) Data Analysis<br>#7003      review assumptions to generate analytical databases, check data and assumptions | 3.7<br>425.00 | 1572.50 |
| 12/06/06 Peterson  / (28) Data Analysis<br>#6806      telephone Relles re: sensitivity analyses | 0.4<br>700.00 | 280.00 |
| 12/06/06 Peterson  / (28) Data Analysis<br>#6807      Review sensitivity analyses | 2.2<br>700.00 | 1540.00 |
| 12/06/06 Relles   / (28) Data Analysis<br>#7004      telephone Peterson re: sensitivity analyses | 0.4<br>425.00 | 170.00 |
| 12/06/06 Relles   / (28) Data Analysis<br>#7005      revise datasets to support sensitivity analyses | 2.3<br>425.00 | 977.50 |
| 12/06/06 Relles   / (28) Data Analysis<br>#7006      run sensitivity analysis projections | 1.2<br>425.00 | 510.00 |
| 12/06/06 Relles   / (28) Data Analysis<br>#7007      summarize sensitivity analysis for Peterson discussion | 1.6<br>425.00 | 680.00 |

{D0079004.1 }

```
Date: 01/23/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                   Page 3

            W. R. Grace


Date/Slip# Description                          HOURS/RATE   AMOUNT
--------------------------------------------------------------------
12/07/06  Peterson  / (28) Data Analysis            1.8   1260.00
#6808     Review new list of settlements after judgments and  700.00
          compare to previous judgment list

12/07/06  Peterson  / (28) Data Analysis            0.5    350.00
#6809     telephone Relles re: sensitivity analyses    700.00

12/07/06  Peterson  / (28) Data Analysis            2.1   1470.00
#6810     Review sensitivity analyses               700.00

12/07/06  Relles    / (28) Data Analysis            1.0    425.00
#7008     run additional sensitivity variations     425.00

12/07/06  Relles    / (28) Data Analysis            3.2   1360.00
#7009     receive and process additional cases from Verus  425.00

12/07/06  Relles    / (28) Data Analysis            0.5    212.50
#7010     telephone Peterson re: sensitivity analyses   425.00

12/08/06  Peterson  / (28) Data Analysis            0.6    420.00
#6811     Telephone Relles: Verus data, to-do list   700.00

12/08/06  Peterson  / (28) Data Analysis            3.6   2520.00
#6812     Review PIQ claims and data                700.00

12/08/06  Relles    / (28) Data Analysis            2.8   1190.00
#7011     update analytical data files dependent on data files  425.00
          from Verus

12/08/06  Relles    / (28) Data Analysis            0.6    255.00
#7012     telephone Peterson re: Verus data, to-do list   425.00

12/09/06  Peterson  / (28) Data Analysis            3.4   2380.00
#6813     Review transcript of 12/05 hearing        700.00

12/09/06  Relles    / (28) Data Analysis            1.7    722.50
#7013     archive and backup all Grace data         425.00

12/10/06  Peterson  / (28) Data Analysis            2.7   1890.00
#6814     Review transcript of 12/05 hearing        700.00

12/11/06  Peterson  / (28) Data Analysis            2.9   2030.00
#6815     Work on report                            700.00

12/11/06  Relles    / (28) Data Analysis            1.2    510.00
#7014     review data files for inconsistencies     425.00
```

```
Date: 01/23/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 4

            W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
12/11/06  Relles    / (28) Data Analysis                 1.6     680.00
#7015     review duplicates analyses                  425.00

12/12/06  Peterson  / (28) Data Analysis                 3.2    2240.00
#6816     Work on report                              700.00

12/12/06  Relles    / (28) Data Analysis                 2.3     977.50
#7016     review Rust/Verus file differences          425.00

12/13/06  Peterson  / (28) Data Analysis                 4.1    2870.00
#6817     Work on report                              700.00

12/13/06  Relles    / (28) Data Analysis                 1.5     637.50
#7017     develop transition matrix using Verus data  425.00

12/13/06  Relles    / (28) Data Analysis                 2.9    1232.50
#7018     work on estimating liability using Verus data 425.00

12/13/06  Relles    / (28) Data Analysis                 0.8     340.00
#7019     back up data and programs                   425.00

12/14/06  Peterson  / (28) Data Analysis                 1.5    1050.00
#6818     Review Cotton decision                      700.00

12/15/06  Relles    / (28) Data Analysis                 0.5     212.50
#7020     read summary judgment on property damage    425.00

12/16/06  Relles    / (28) Data Analysis                 2.9    1232.50
#7021     Regenerate datasets and summary output for updated 425.00
          report

12/16/06  Relles    / (28) Data Analysis                 3.7    1572.50
#7022     Review anomalies and inconsistencies in the data; 425.00
          examine effects of anomalies on summary tables and
          counts

12/16/06  Relles    / (28) Data Analysis                 0.5     212.50
#7023     receive new dvds, create copies for Caplin-Drysdale 425.00

12/16/06  Relles    / (28) Data Analysis                 2.6    1105.00
#7024     update directories of disk images received  425.00

12/16/06  Relles    / (28) Data Analysis                 1.3     552.50
#7025     examine trends in trial outcomes            425.00
```

{D0079004.1 }

Date: 01/23/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 5

            W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 12/16/06 Relles | / (28) Data Analysis | 1.2 | 510.00 |
| #7026 | review Sealed-Aire reports | 425.00 | |
| 12/17/06 Peterson | / (28) Data Analysis | 2.7 | 1890.00 |
| #6819 | Review Zonolite Attic Insulation decision | 700.00 | |
| 12/18/06 Peterson | / (28) Data Analysis | 2.2 | 1540.00 |
| #6820 | Review tables re: new data | 700.00 | |
| 12/18/06 Peterson | / (28) Data Analysis | 2.5 | 1750.00 |
| #6821 | Review trial results | 700.00 | |
| 12/18/06 Peterson | / (28) Data Analysis | 0.4 | 280.00 |
| #6822 | Telephone Relles re data tables | 700.00 | |
| 12/18/06 Peterson | / (28) Data Analysis | 1.2 | 840.00 |
| #6823 | Review Zonolite Attic Insulation decision | 700.00 | |
| 12/18/06 Relles | / (28) Data Analysis | 0.4 | 170.00 |
| #7027 | Telephone Peterson re data tables | 425.00 | |
| 12/19/06 Ebener | / (28) Data Analysis | 0.4 | 120.00 |
| #7301 | telephone Relles re: jury verdict data | 300.00 | |
| 12/19/06 Peterson | / (28) Data Analysis | 0.7 | 490.00 |
| #6824 | Telephone Relles re: jury verdict data (2 calls) | 700.00 | |
| 12/19/06 Peterson | / (28) Data Analysis | 0.5 | 350.00 |
| #6825 | Telephone Relles re: supplemental claims information | 700.00 | |
| 12/19/06 Peterson | / (28) Data Analysis | 1.2 | 840.00 |
| #6826 | Review jury verdict data | 700.00 | |
| 12/19/06 Peterson | / (28) Data Analysis | 1.0 | 700.00 |
| #6827 | Review materials on Verus site visit | 700.00 | |
| 12/19/06 Peterson | / (28) Data Analysis | 0.7 | 490.00 |
| #6828 | Telephone Relles re: analysis issues | 700.00 | |
| 12/19/06 Peterson | / (28) Data Analysis | 4.7 | 3290.00 |
| #6829 | Review analyses | 700.00 | |
| 12/19/06 Relles | / (28) Data Analysis | 0.7 | 297.50 |
| #7028 | telephone Peterson re: jury verdict data | 425.00 | |

{D0079004.1 }

```
Date: 01/23/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                   Page 6

          W. R. Grace


Date/Slip# Description                                HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
12/19/06  Relles   / (28) Data Analysis                    0.4    170.00
#7029     telephone Ebener re: jury verdict data         425.00

12/19/06  Relles   / (28) Data Analysis                    2.3    977.50
#7030     estimate trends in verdicts                    425.00

12/19/06  Relles   / (28) Data Analysis                    0.5    212.50
#7031     Telephone Peterson re: supplemental claims     425.00
          information

12/19/06  Relles   / (28) Data Analysis                    0.7    297.50
#7032     Telephone Peterson re: analysis issues         425.00

12/20/06  Ebener   / (28) Data Analysis                    0.4    120.00
#7302     Telephone Relles re: audit                     300.00

12/20/06  Ebener   / (28) Data Analysis                    0.2     60.00
#7303     review and sort audit file for lookup          300.00

12/20/06  Ebener   / (28) Data Analysis                    0.1     30.00
#7304     send coding documentation to Relles            300.00

12/20/06  Peterson / (28) Data Analysis                    0.6    420.00
#6831     Telephone Relles re: jury verdicts             700.00

12/20/06  Relles   / (28) Data Analysis                    3.3   1402.50
#7033     more work in estimating trends in verdicts     425.00

12/20/06  Relles   / (28) Data Analysis                    1.9    807.50
#7034     display problems in verdict amounts for verification  425.00

12/20/06  Relles   / (28) Data Analysis                    1.5    637.50
#7035     translate Rust data to manageable flat file formats  425.00

12/20/06  Relles   / (28) Data Analysis                    3.2   1360.00
#7036     build analytical files from Rust data shipment,  425.00
          compare new and old files

12/20/06  Relles   / (28) Data Analysis                    1.2    510.00
#7037     prepare high-value claims output for Ebener review  425.00
          (.8); telephone Ebener re: same (.4)

12/20/06  Relles   / (28) Data Analysis                    0.6    255.00
#7038     Telephone Peterson re: jury verdicts           425.00
```

{D0079004.1 }

Date: 01/23/07            Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 7

          W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 12/21/06 #7305 | Ebener   / (28) Data Analysis<br>telephone Relles re: jury verdict damages and punitives | 0.3<br>300.00 | 90.00 |
| 12/21/06 #7306 | Ebener   / (28) Data Analysis<br>Audit large verdict cases | 1.4<br>300.00 | 420.00 |
| 12/21/06 #7307 | Ebener   / (28) Data Analysis<br>review and sort large punitives audit file for lookup | 0.5<br>300.00 | 150.00 |
| 12/21/06 #7308 | Ebener   / (28) Data Analysis<br>contact coders | 0.3<br>300.00 | 90.00 |
| 12/21/06 #6832 | Peterson  / (28) Data Analysis<br>telephone Relles: jury verdict and Rust data | 0.3<br>700.00 | 210.00 |
| 12/21/06 #6833 | Peterson  / (28) Data Analysis<br>Review jury verdict data | 2.1<br>700.00 | 1470.00 |
| 12/21/06 #6834 | Peterson  / (28) Data Analysis<br>Read briefs | 3.1<br>700.00 | 2170.00 |
| 12/21/06 #6835 | Peterson  / (28) Data Analysis<br>Work on report | 2.9<br>700.00 | 2030.00 |
| 12/21/06 #7039 | Relles   / (28) Data Analysis<br>clean up jury verdict data | 4.6<br>425.00 | 1955.00 |
| 12/21/06 #7040 | Relles   / (28) Data Analysis<br>telephone Ebener re: jury verdict damages and punitives | 0.3<br>425.00 | 127.50 |
| 12/21/06 #7041 | Relles   / (28) Data Analysis<br>prepare spreadsheet for Ebener damage edits | 1.9<br>425.00 | 807.50 |
| 12/21/06 #7042 | Relles   / (28) Data Analysis<br>prepare spreadsheet for Ebener punitives edits | 0.8<br>425.00 | 340.00 |
| 12/21/06 #7043 | Relles   / (28) Data Analysis<br>correspondence with David Smith re: Rust data shipment | 0.3<br>425.00 | 127.50 |
| 12/21/06 #7044 | Relles   / (28) Data Analysis<br>correspondence with Thomas on Rust shipment | 0.3<br>425.00 | 127.50 |

```
Date: 01/23/07            Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 8

          W. R. Grace


Date/Slip# Description                               HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
12/21/06  Relles    / (28) Data Analysis                 0.3     127.50
#7045     telephone Peterson: jury verdict and Rust data 425.00

12/22/06  Ebener    / (28) Data Analysis                 0.4     120.00
#7309     Complete audit of large verdicts              300.00

12/22/06  Ebener    / (28) Data Analysis                 0.4     120.00
#7310     update audit files and report in email to Relles 300.00

12/22/06  Ebener    / (28) Data Analysis                 0.5     150.00
#7311     telephone Relles re: duplicates               300.00

12/22/06  Peterson  / (28) Data Analysis                 3.7    2590.00
#6836     Work on report                                700.00

12/22/06  Relles    / (28) Data Analysis                 4.7    1997.50
#7046     work on jury verdict data: design methods for 425.00
          eliminating duplicates, produce spreadsheets for
          duplicates elimination and correction

12/22/06  Relles    / (28) Data Analysis                 0.5     212.50
#7047     telephone Ebener re: duplicates               425.00

12/22/06  Relles    / (28) Data Analysis                 3.5    1487.50
#7048     process data in major data shipment from Rust (500 425.00
          gb hard drive); compare new image data with old

12/23/06  Peterson  / (28) Data Analysis                 2.0    1400.00
#6837     Review jury verdict data                      700.00

12/23/06  Peterson  / (28) Data Analysis                 2.2    1540.00
#6838     Work on report                                700.00

12/23/06  Relles    / (28) Data Analysis                 2.4    1020.00
#7049     compile file lists from Rust major data shipment, 425.00
          reconcile with Rust navigable database

12/23/06  Relles    / (28) Data Analysis                 2.8    1190.00
#7050     account for Verus data not received, prepare data 425.00
          shipment for Verus

12/24/06  Relles    / (28) Data Analysis                 2.5    1062.50
#7051     examine files in Rust major shipment, look at file 425.00
          differences for same person across multiple
          shipments
```

```
Date: 01/23/07            Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 9

              W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
12/26/06  Peterson  / (28) Data Analysis                  4.3   3010.00
#6839     Work on report                              700.00

12/26/06  Relles     / (28) Data Analysis                 2.5   1062.50
#7052     translate Rust files to flat file formats, rebuild  425.00
          analytical databases given multiple copies of a
          claimant's records

12/27/06  Ebener     / (28) Data Analysis                 0.5    150.00
#7312     Review duplicate verdict audit spreadsheet and  300.00
          communicate feedback to Relles

12/27/06  Peterson  / (28) Data Analysis                  2.9   2030.00
#6840     Review documents re claims history         700.00

12/27/06  Peterson  / (28) Data Analysis                  0.5    350.00
#6841     Telephone Relles re: various databases     700.00

12/27/06  Peterson  / (28) Data Analysis                  3.2   2240.00
#6842     Review data                                700.00

12/27/06  Peterson  / (28) Data Analysis                  2.1   1470.00
#6843     Review forecasts                           700.00

12/27/06  Peterson  / (28) Data Analysis                  0.5    350.00
#6844     Manville Trust claim filings               700.00

12/27/06  Peterson  / (28) Data Analysis                  0.5    350.00
#6845     Telephone Relles re: forecast variations   700.00

12/27/06  Relles     / (28) Data Analysis                 3.5   1487.50
#7053     link new Rust data with with all other Grace  425.00
          datasets

12/27/06  Relles     / (28) Data Analysis                 1.5    637.50
#7054     examine files to understand their meaning and  425.00
          structure

12/27/06  Relles     / (28) Data Analysis                 1.7    722.50
#7055     identify inconsistencies between Rust data and other  425.00
          Grace datasets

12/27/06  Relles     / (28) Data Analysis                 2.0    850.00
#7056     link Rust data with other Grace datasets, run  425.00
          tabulations, produce and review summary results
```

Date: 01/23/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 10

               W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|------------|-------------|-----------|--------|
| 12/27/06 Relles   / (28) Data Analysis | | 0.5 | 212.50 |
| #7057    | Telephone Peterson re: various databases | 425.00 | |
| 12/27/06 Relles   / (28) Data Analysis | | 0.5 | 212.50 |
| #7058    | Telephone Peterson re: forecast variations | 425.00 | |
| 12/28/06 Ebener   / (28) Data Analysis | | 0.5 | 150.00 |
| #7313    | Audit duplicate verdicts | 300.00 | |
| 12/30/06 Peterson  / (28) Data Analysis | | 5.1 | 3570.00 |
| #6846    | Work on report | 700.00 | |
| 12/30/06 Peterson  / (28) Data Analysis | | 4.1 | 2870.00 |
| #6847    | Work on report | 700.00 | |
| 12/31/06 Relles   / (28) Data Analysis | | 0.5 | 212.50 |
| #7059    | review contents of latest Kirkland-Ellis cdrom | 425.00 | |
| 12/31/06 Relles   / (28) Data Analysis | | 1.7 | 722.50 |
| #7060    | regenerate analysis files with new eligibility flags | 425.00 | |

```
Date: 01/23/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                   Page 11

            W. R. Grace

            Summary Of Time Charges, By Month and Activity
                    December 2006 - December 2006

MONTH       ACTIVITY                                  HOURS    AMOUNT
---------------------------------------------------------------------
December  - (07) Committee, Creditors'                  0.6    420.00
December  - (28) Data Analysis                        212.3 118447.50
December  - (99) Total                                212.9 118867.50

Total     - (07) Committee, Creditors'                  0.6    420.00
Total     - (28) Data Analysis                        212.3 118447.50
Total     - (99) Total                                212.9 118867.50

-------------------------------------------------------------------------------
```

{D0079004.1 }

```
Date: 01/23/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 12

          W. R. Grace

          Summary Of Time Charges, By Month and Person
                  December 2006 - December 2006

MONTH        PERSON                                     HOURS    AMOUNT
-----------------------------------------------------------------------
December    - Relles                                    101.1  42967.50
December    - Peterson                                  105.9  74130.00
December    - Ebener                                      5.9   1770.00
December    - Total                                     212.9 118867.50

Total       - Relles                                    101.1  42967.50
Total       - Peterson                                  105.9  74130.00
Total       - Ebener                                      5.9   1770.00
Total       - Total                                     212.9 118867.50

-----------------------------------------------------------------------
```

```
Date: 01/23/07           Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 13

          W. R. Grace

        Summary Of Time Charges, By Activity, Month, and Person
                    December 2006 - December 2006

MONTH        PERSON                              HOURS   RATE    AMOUNT
-----------------------------------------------------------------------
(07) Committee, Creditors'

December  - Peterson                              0.6    700.    420.00

(28) Data Analysis

December  - Relles                              101.1    425.  42967.50
December  - Peterson                            105.3    700.  73710.00
December  - Ebener                                5.9    300.   1770.00

-------------------------------------------------------------------------------
```

Date: 01/23/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 14

            W. R. Grace Expenses


                                              Total        Grace
Item                        Professional    Expenses       Share

1. Data entry services      Peterson        $416.00        $208.00


     Notes: Expenses divided evenly between W. R.  Grace and G-1
            Holdings.  Grace's share of expenses is $208.00.
            See documentation below.

=========================================================================

CAMA Computing Services
454 N. Formosa Ave.
Los Angeles, CA  90036

323-934-8274


Invoice #123
Date: 01/02/2007

Work Completed for: Mark Peterson

Project: Asbestos jury awards


Summary of Work
---------------

        Data entry of 369 asbestos jury awards coding forms,
        Data entry of 428 asbestos jury awards additional IP forms

        Data entry / verification time                26.0 hours

        Hourly entry / verification rate: $16.00      $416.00


        Invoice total                                 $416.00

---------------------------------------------------------------------------------