**EXHIBIT B**

**Asset Analysis & Recovery (3.4 Hours; $ 2,720.00)**

  Services rendered in this category pertain to effort to analyze and recover the Debtors' assets for the benefit of the estate.

**Total Task Code .01**     3.4

**Business Operations (.1 Hours; $ 80.00)**

  Services rendered in this category pertain to the analysis and monitoring of the Debtors' business operations.

**Total Task Code .03**     .1

**Case Administration (100.0 Hours; $ 22,234.00)**

  Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**     100.0

**Claim Analysis Objection & Resolution (Asbestos) (57.4 Hours; $ 45,920.00)**

  Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05**     57.4

**Claim Analysis Objection & Resolution (Non-Asbestos) (.1 Hours; $ 80.00)**

  Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .06**     .1

**Committee, Creditors', Noteholders' or Equity Holders' (4.4 Hours; $ 3,850.00)**

Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**         4.4

**Employment Applications, Others (7.2 Hours; $ 4,908.00)**

Services rendered in this category include the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .10**         7.2

**Fee Applications, Applicant (29.6 Hours; $ 7,795.50)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**         29.6

**Fee Applications, Others(.3 Hours; $ 240.00)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13**         .3

**Financing (.9 Hours; $ 787.50)**

Services rendered in this category pertain to the additional review of the Debtors' executory contracts, DIP financing, financial projections, and other financing issues.

**Total Task Code .14**         .9

**Hearings (1.5 Hours; $ 880.00)**

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

- 3 -

**Total Task Code .15          1.5**

**Litigation and Litigation Consulting (1,218.6 Hours; $ 503,438.50)**

    Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16  1,218.6**

**Plan & Disclosure Statement (28.2 Hours; $ 14,740.00)**

    Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17  28.2**

**Travel Non-working (65.3 Hours; $ 14,094.50)**

    Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21  65.3**

**Fee Auditor Matters (15.6 Hours; $ 7,235.00)**

    Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32          15.6**