**EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | $1,442.91 |
| Outside Local Deliveries | $137.17 |
| Research Material | $826.88 |
| Professional Fees & Expert Witness Fees | $116,683.52 |
| Charge of Cell and/or Home Phone Useage | $165.80 |
| Air & Train Transportation | $5,535.98 |
| Meals Related to Travel | $780.66 |
| Conference Meals | $864.64 |
| Court Reporting/Transcript Service | $2,413.16 |
| Outside Photocopying/Duplication Service | $6,256.82 |
| Miscellaneous: Client Advances | $401.25 |
| Travel Expenses - Hotel Charges | $1,939.79 |
| Travel Expenses - Ground Transportation | $1,122.28 |
| Travel Expenses - Miscellaneous | $30.00 |
| Travel Expenses - LD Calls on Hotel Bill | $9.95 |
| Local Transportation - DC | $71.00 |
| Database Research | $11,210.16 |
| Xeroxing | $3,327.20 |
| Telecopier/Equitrac | $44.55 |
| Long Distance-Equitrac In-House | $31.01 |
| NYO Long Distance Telephone | $774.00 |
| **Total for Report** | **$154,068.73** |

{D0080568.1 }