IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., et al, | : | Case No. 01-1139 (JJF) |
| | : | |
| Debtor | : | Jointly Administered |

**NOTICE OF TWENTY-THIRD INTERIM FEE APPLICATION REQUEST OF
CAPLIN & DRYSDALE, CHARTERED FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD OCTOBER 1, 2006 THROUGH DECEMBER 31, 2006**

Name of Applicant:  Caplin & Drysdale, Chartered

Authorized to Provide Professional Services to:  The Official Committee of Asbestos Personal Injury
                                                                                     Claimants

Date of Retention:  April 12, 2001

Period for which Compensation and Reimbursement is sought:  October 1, 2006 through December 31, 2006

Total Amount of Compensation sought as
actual, reasonable and necessary for applicable period: $629,003.00

Total Amount of Expense Reimbursement
sought as actual, reasonable and necessary for applicable period: $154,068.73

Total Amount of Compensation Paid as
actual, reasonable and necessary for applicable period: $503,202.40

Total Amount of Expense Reimbursement Paid
as actual, reasonable and necessary for applicable period: $154,068.73

Total Amount of Holdback Fees Sought for applicable period:  $125,800.60

# EXHIBIT D

## CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF
## CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
## REIMBURSEMENT OF EXPENSES AS COUNSEL TO
## THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
## FOR THE PERIOD OCTOBER 1, 2006 THROUGH DECEMBER 31, 2006

**SUMMARY OF MONTHLY FEE AND EXPENSE STATEMENTS FOR COMPENSATION PERIOD:**

|  |  | **Requested** |  | **Paid** |  |
|---|---|---|---|---|---|
| **Date Filed; Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 11/29/06; 13842 | 10/1/06-10/31/06 | $174,710.80 (80% of $218,388.50) | $62,131.15 | $174,710.80 (80% of $218,388.50) | $62,131.15 |
| 12/28/06; 15185 | 11/1/06-11/30/06 | $180,668.40 (80% of $225,835.50) | $48,923.35 | **Pending** | **Pending** |
| 2/1/06; 14463 | 12/1/06-12/31/06 | $147,823.20 (80% of $184,779.00) | $43,014.23 | **Pending** | **Pending** |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Cumulative October to December, 2006 Hours | Cumulative October to December, 2006 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
|---|---|---|---|---|
| Asset Analysis and Recovery | 3.4 | $ 2,720.00 | 10.2 | $ 7,711.50 |
| Asset Disposition | .0 | .00 | 2.6 | 1,668.00 |
| Business Operations | .1 | 80.00 | 17.4 | 7,615.00 |
| Case Administration | 100.0 | 22,234.00 | 2,694.6 | 657,216.50 |
| Claim Analysis Objection & Resolution (Asbestos) | 57.4 | 45,920.00 | 1,592.2 | 552,846.00 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | .1 | 80.00 | 12.7 | 7,749.50 |
| Committee, Creditors', Noteholders' or Equity Holders' | 4.4 | 3,850.00 | 107.0 | 64,025.00 |
| Employee Benefits/Pension | .0 | .00 | 13.4 | 8,007.00 |

| | | | | |
|---|---|---|---|---|
| Employment Applications, Applicant | .0 | .00 | 45.1 | 11,352.50 |
| Employment Applications, Others | 7.2 | 4,908.00 | 52.7 | 22,969.00 |
| Fee Applications, Applicant | 29.6 | 7,795.50 | 404.5 | 105,626.50 |
| Fee Applications, Others | .3 | 240.00 | 116.5 | 44,401.50 |
| Financing | .9 | 787.50 | 5.0 | 4,174.50 |
| Hearings | 1.5 | 880.00 | 140.5 | 94,078.00 |
| Litigation and Litigation Consulting | 1,218.6 | 503,438.50 | 7,030.9 | 2,565,958.50 |
| Plan & Disclosure Statement | 28.2 | 14,740.00 | 680.4 | 328,113.50 |
| Relief from Stay Proceedings | .0 | .00 | 2.6 | 1,648.00 |
| Tax Issues | .0 | .00 | 71.0 | 23,961.50 |
| Tax Litigation | .0 | .00 | 29.5 | 10,076.00 |
| Travel-Non-Working | 65.3 | 14,094.50 | 634.3 | 139,788.00 |
| Valuation | .0 | .00 | 5.5 | 3,775.00 |
| ZAI Science Trial | .0 | .00 | 5.9 | 1,688.00 |
| ZAI Science Trial – Expenses | .0 | .00 | .0 | .00 |
| Other | .0 | .00 | .0 | .00 |
| Accounting/Auditing (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Business Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Corporate Finance (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Data Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance Adv. Proceeding | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance – Expenses | .0 | .00 | .0 | .00 |
| Fraudulent Auditor Matters | .0 | .00 | .5 | 170.00 |
| Fee Auditor Matters | 15.6 | 7,235.00 | 37.1 | 16,289.50 |
| **Totals** | **1,532.6** | **$629,003.00** | **13,712.1** | **$4,680,908.50** |

**CUMULATIVE EXPENSE SUMMARY**

| Expense Category (Examples) | Total Expenses For The Period 10/1/06 – 12/31/06 | Total Expense From The Petition Date |
|---|---|---|
| Computer Assisted Research | $ 11,210.16 | $ 144,108.74 |
| Research Material | 826.88 | 6,624.86 |
| Air Freight & Express Mail | 1,442.91 | 12,686.64 |
| Outside Local Deliveries | 137.17 | 1,148.04 |
| Filing Fees | .00 | 144.75 |
| Outside Fax Service | .00 | 12.00 |
| Conference Meals | 864.64 | 3,755.45 |
| Outside Photocopy Service | 6,256.82 | 167,770.21 |
| Professional Fees & Expert Witness Fees | 116,683.52 | 244,601.95 |
| Court Reporting/Transcript Service | 2,413.16 | 9,240.08 |
| Miscellaneous Client Advances | 401.25 | 1,811.28 |
| Air & Train Transportation | 5,535.98 | 77,644.11 |
| Meals Related to Travel | 780.66 | 7,949.93 |
| Travel Expenses – Hotel Charges | 1,939.79 | 23,869.26 |
| Travel Expenses – Ground Transportation | 1,122.28 | 13,766.57 |
| Travel Expenses – Miscellaneous | 30.00 | 172.75 |
| Travel Expenses – LD Calls on Hotel Bill | 9.95 | 1,131.86 |
| Local Transportation - DC | 71.00 | 571.45 |
| Local Transportation – NY | .00 | 267.09 |
| Xeroxing | 3,327.20 | 55,913.35 |
| Postage | .00 | 184.63 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | 26.20 |
| Telecopier | 44.55 | 2,244.25 |
| Long Distance –Credit Card | .00 | 1,080.99 |
| Long Distance Telephone - DC | 31.01 | 2,010.89 |
| NYO Long Distance Telephone | 774.00 | 7,074.53 |
| Use of Cell/Home Phone | 165.80 | 882.14 |
| **TOTAL** | **$ 154,068.73** | **$ 786,694.00** |