UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------- x
In re: : Chapter 11
:
W.R. GRACE & CO., ET AL., : Case No. 01-1139 (JKF)
: (Jointly Administered)
Debtors. :
: Objection Deadline: March 7, 2007 at 4:00 p.m.
: Hearing Date: Only if objections are timely filed.
:
------------------------------------- x

SUMMARY OF THIRTIETH MONTHLY APPLICATION OF CONWAY, DEL GENIO, GRIES & CO., LLC ("CDG") FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD FROM OCTOBER 1, 2006 THROUGH OCTOBER 31, 2006.

| | |
|---|---|
| Name of Applicant: | Conway, Del Genio, Gries & Co., LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Property Damage Claimants |
| Date of Retention: | Retention order entered on October 22, 2001, <u>Nunc Pro Tunc</u>, to April 27, 2001 |
| Period for which compensation and reimbursement are sought: | October 1, 2006 through October 30, 2006 |
| Amount of compensation requested: | $ 10,000.00 |
| Amount of expense reimbursement requested: | $ 114.75 |

## PRIOR MONTHLY FEE APPLICATIONS

| Date Filed | Period Covered | Requested Compensation | Requested Expenses | Approved Compensation | Approved Expenses |
|---|---|---|---|---|---|
| November 15, 2006 | September 1, 2006 through September 30, 2006 | $5,000.00 | $680.86 | $5,000.00 | $680.86 |
| November 15, 2006 | August 1, 2006 through August 31, 2006 | $10,000.00 | $33.00 | $10,000.00 | $33.00 |
| November 15, 2006 | July 1, 2006 through July 31, 2006 | $10,000.00 | $337.06 | $10,000.00 | $337.06 |
| August 15, 2006 | June 1, 2006 through June 30, 2006 | $10,000.00 | $11.00 | $10,000.00 | $11.00 |
| August 15, 2006 | May 1, 2006 through May 31, 2006 | $10,000.00 | $249.87 | $10,000.00 | $249.87 |
| August 15, 2006 | April 1, 2006 through April 30, 2006 | $5,000.00 | $0.00 | $5,000.00 | $0.00 |
| May 15, 2006 | March 1, 2006 through March 31, 2006 | $25,000.00 | $1,413.80 | $25,000.00 | $1,413.80 |
| May 15, 2006 | February 1, 2006 through February 28, 2006 | $25,000.00 | $647.13 | $25,000.00 | $647.13 |
| May 15, 2006 | January 1, 2006 through January 31, 2006 | $25,000.00 | $23.92 | $25,000.00 | $23.92 |
| February 14, 2006 | November 1, 2005 through December 31, 2005 | $100,000.00 | $1,540.32 | $100,000.00 | $1,540.32 |
| November 3, 2005 | October 1, 2005 through October 30, 2005 | $50,000.00 | $2,197.14 | $50,000.00 | $2,197.14 |
| November 3, 2005 | July 1, 2005 through September 30, 2005 | $150,000.00 | $2,522.24 | $150,000.00 | $2,522.24 |
| November 2, 2005 | April 1, 2005 through June 30, 2005 | $150,000.00 | $11.59 | $150,000.00 | $11.59 |

| Date Filed | Period Covered | Requested Compensation | Requested Expenses | Approved Compensation | Approved Expenses |
|---|---|---|---|---|---|
| August 5, 2005 | January 1, 2005 through March 31, 2005 | $150,000.00 | $1,703.91 | $150,000.00 | $1,703.91 |
| April 14, 2005 | October 1, 2004 through December 31, 2004 | $150,000.00 | $116.26 | $150,000.00 | $116.26 |
| November 18, 2004 | July 1, 2004 through September 30, 2004 | $150,000.00 | $2721.77 | $150,000.00 | $2,569.11 |
| November 9, 2004 | April 1, 2004 through June 30, 2004 | $150,000.00 | $222.33 | $150,000.00 | $222.33 |
| May 24, 2004 | January 1, 2004 through March 31, 2004 | $300,000.00 | $761.69 | $81,843.47 [2] | $761.69 |
| May 21, 2004 | October 1, 2003 through December 31, 2003 | $300,000.00 | $48.17 | $300,000.00 | $48.17 |
| February 11, 2004 | July 1, 2003 through September 30, 2003 | $300,000.00 | $1,689.24 | $300,000.00 | $1,689.24 |
| September 24, 2003 | April 1, 2003 through June 30, 2003 | $240,847.00 | $3,237.13 | $240,847.00 | $3,237.13 |
| June 11, 2003 | January 1, 2003 through March 31, 2003 | $173,154.00 | $838.02 | $173,154.00 | $838.02 |
| April 17, 2003 | October 1, 2002 through December 31, 2002 | $13,987.12 | $0.00 | $13,987.12 | $0.00 |
| March 31, 2003 | July 1, 2002 through September 30, 2002 | $21,808.75 | $855.33 | $21,808.75 | $855.33 |
| March 21, 2003 | April 1, 2002 through June 30, 2002 | $28,420.00 | $2,919.16 | $28,420.00 | $2,919.16 |
| May 1, 2002 | January 1, 2002 through March 31, 2002 | $450,000.00 | $4,809.71 | $450,000.00 | $4,809.71 |
| February 25, 2002 | November 1, 2001 through December 31, 2001 | $300,000.00 | $2,406.91 | $300,000.00 | $2,406.91 |
| November 29, 2001 | October 1, 2001 through October 31, 2001 | $150,000.00 | $1,657.00 | $150,000.00 | $1,657.00 |

| Date Filed | Period Covered | Requested Compensation | Requested Expenses | Approved Compensation | Approved Expenses |
|---|---|---|---|---|---|
| October 26, 2001 | April 27, 2001 through September 30, 2001 | $620,000.00 | $14,376.21 | $620,000.00 | $14,376.21 |

\*   Subject to section 105(A) and 331 of the Bankruptcy Code establishing procedures for interim compensation and reimbursement of professionals whereby 80% of fees are paid on a monthly basis
(1) As of the filing of this application, no objection to the compensation and expenses has been filed.
(2) As of the filing of this application, there is a dispute regarding the reduction in fees submitted to the court by the fee auditor