Exhibit A

WR Grace & Co., ET AL.,
Time Detail- Conway, Del Genio, Gries & Co., LLC
For the Period of Oct 1, 2006 through Oct 31, 2006

Summary of Services Rendered by Project Category

| Category Code | Category Description | Oct 2006 Hours | Previous Hours | Bankruptcy Case Cumulative Hours | Adversary Preceding Cumulative Hours | Total Case Cumulative Hours |
|---|---|---|---|---|---|---|
| 7 | Committee (All) | 2.5 | 482.4 | 484.9 | 0.0 | 484.9 |
| 11 | Fee Applications, Applicant | 0.0 | 816.0 | 816.0 | 249.0 | 1,065.0 |
| 14 | Hearings | 0.7 | 63.8 | 64.5 | 0.0 | 64.5 |
| 20 | Travel - Non-working | 0.0 | 221.8 | 221.8 | 0.0 | 221.8 |
| 24 | Other | 0.7 | 158.8 | 159.5 | 5,058.2 | 5,217.7 |
| 26 | Business Analysis (for financial advisors) | 0.6 | 1,025.8 | 1,026.4 | 0.0 | 1,026.4 |
| 27 | Corporate Finance (for financial advisors) | 31.5 | 2,209.4 | 2,240.9 | 0.0 | 2,240.9 |
| 28 | Data Analysis (for financial advisors) | 0.0 | 507.2 | 507.2 | 0.0 | 507.2 |
| | TOTAL | 36.0 | 5,485.2 | 5,521.2 | 5,307.2 | 10,828.4 |

<u>Exhibit A</u>

WR Grace & Co., ET AL.,
Time Detail- Conway, Del Genio, Gries & Co., LLC
For the Period of Oct 1, 2006 through Oct 31, 2006

**Summary of Services Rendered by Professional**

| *Name* | *Hours* |
|---|---|
| Gregory Boyer, Managing Director | 9.0 |
| Shwetha Rajashekara, Analyst | 13.0 |
| Rayan Hashmi, Analyst | 14.0 |
| **TOTAL** | 36.0 |

Exhibit A

*Bankruptcy Time Reporting Log (AP)*

Client Name: WR Grace
Professional: All
Date: For the Period of Oct 1, 2006 through Oct 31, 2006

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | G. Boyer | 10/03/06 | 14 | 0.5 | review hearing transcript |
| WR Grace | G. Boyer | 10/13/06 | 26 | 0.5 | review amended PD CMO |
| WR Grace | G. Boyer | 10/16/06 | 26 | 0.1 | review email concerning Grace's quarterly review call |
| WR Grace | G. Boyer | 10/17/06 | 14 | 0.2 | review hearing agenda |
| WR Grace | G. Boyer | 10/19/06 | 24 | 0.5 | correspondence with MK re: criminal defense costs |
| WR Grace | G. Boyer | 10/20/06 | 27 | 1.0 | meeting with R. Hasmi and S. Rajashekara re: preparation of valuation analysis |
| WR Grace | G. Boyer | 10/20/06 | 7 | 0.5 | correspondence with committee member re: requested information |
| WR Grace | R. Hashmi | 10/20/06 | 27 | 5.0 | preparation of valuation analysis |
| WR Grace | R. Hashmi | 10/20/06 | 27 | 1.0 | meeting with G. Boyer and S. Rajashekara re: preparation of valuation analysis |
| WR Grace | S. Rajashekara | 10/20/06 | 27 | 5.0 | preparation of valuation analysis |
| WR Grace | S. Rajashekara | 10/20/06 | 27 | 1.0 | meeting with R. Hasmi and G. Boyer re: preparation of valuation analysis |
| WR Grace | R. Hashmi | 10/21/06 | 27 | 6.0 | preparation of valuation analysis |
| WR Grace | S. Rajashekara | 10/21/06 | 27 | 6.0 | preparation of valuation analysis |
| WR Grace | G. Boyer | 10/23/06 | 27 | 3.5 | review valuation analysis |
| WR Grace | G. Boyer | 10/23/06 | 7 | 1.0 | correspondence with committee member re: requested information |
| WR Grace | G. Boyer | 10/23/06 | 24 | 0.2 | correspondence with JS re: case status |
| WR Grace | R. Hashmi | 10/23/06 | 27 | 2.0 | preparation of valuation analysis |
| WR Grace | S. Rajashekara | 10/23/06 | 27 | 1.0 | preparation of valuation analysis |
| WR Grace | G. Boyer | 10/26/06 | 7 | 1.0 | committee conference call |

36.0 Total Hours

2/13/2007

### WR Grace
### Expense Detail - Conway, Del Genio, Gries & Co., LLC
### For the Period of October 1, 2006 through Oct 31, 2006

| Name | Date | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|---|
| . Hashmi | 10/20/06 | | | 88.23 | | | | 88.23 |
| . Hashmi Total | | 0.00 | 0.00 | 88.23 | 0.00 | 0.00 | 0.00 | 88.23 |
| . Rajashekara | 10/21/06 | | | 26.52 | | | | 26.52 |
| . Rajashekara Total | | 0.00 | 0.00 | 26.52 | 0.00 | 0.00 | 0.00 | 26.52 |
| rand Total | | 0.00 | 0.00 | 114.75 | 0.00 | 0.00 | 0.00 | 114.75 |

| | LEGEND |
|---|---|
| AD | Allyn Danzeisen, Associate -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| Bilzin | Bilzen Sumberg Dunn Baena Price & Axelrod LLP -- Counsel for the PD Committee |
| DH | Dee Hilton |
| DK | Dan Katz, Associate -- CDG |
| FJ | Ferry Joseph & Pearce PA |
| FR | Francine Rabinovitz, PI Asbestos Expert--Hamilton Rabinovitz |
| GB | Gregory Boyer, Managing Director -- CDG |
| JH | James Hass, PD Asbestos Expert |
| JM | James Moon -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| JOC | Jamie O'Connel -- Blackstone |
| JS | Jay Sakalo, Associate -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| KG | Kevin Glodowski, Intern -- CDG |
| MG | Michael Gries, Member -- CDG |
| MH | Michael Healy, Associate -- CDG |
| MK | Matthew Kramer -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| MW | Michael Wolf, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| OH | Omar Haynes, Analyst -- CDG |
| POR | Plan of Reorganization |
| PZ | Pam Zilly, Managing Director--Blackstone |
| RT | Robert Turken, Of Counsel -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SB | Scott Baena, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SJ | Stephanie Jones, Associate -- CDG |
| SW | Steven Weiler, Associate -- Ferry Joseph & Pearce |
| TT | Ted Taconelli, Partner -- Ferry, Joseph & Pearce PA |
| WHS | Warren Smith Associates, fee examiner |