Exhibit A

WR Grace & Co., ET AL.,
Time Detail- Conway, Del Genio, Gries & Co., LLC
For the Period of Nov 1, 2006 through Nov 30, 2006

Summary of Services Rendered by Project Category

| Category Code | Category Description | Nov 2006 Hours | Previous Hours | Bankruptcy Case Cumulative Hours | Adversary Preceding Cumulative Hours | Total Case Cumulative Hours |
|---|---|---|---|---|---|---|
| 7 | Committee (All) | 3.0 | 484.9 | 487.9 | 0.0 | 487.9 |
| 11 | Fee Applications, Applicant | 15.1 | 816.0 | 831.1 | 249.0 | 1,080.1 |
| 14 | Hearings | 0.1 | 64.5 | 64.6 | 0.0 | 64.6 |
| 20 | Travel - Non-working | 0.0 | 221.8 | 221.8 | 0.0 | 221.8 |
| 24 | Other | 0.6 | 159.5 | 160.1 | 5,058.2 | 5,218.3 |
| 26 | Business Analysis (for financial advisors) | 4.6 | 1,026.4 | 1,031.0 | 0.0 | 1,031.0 |
| 27 | Corporate Finance (for financial advisors) | 2.6 | 2,240.9 | 2,243.5 | 0.0 | 2,243.5 |
| 28 | Data Analysis (for financial advisors) | 0.0 | 507.2 | 507.2 | 0.0 | 507.2 |
|  | **TOTAL** | 26.0 | 5,521.2 | 5,547.2 | 5,307.2 | 10,854.4 |

<u>Exhibit A</u>

WR Grace & Co., ET AL.,
Time Detail- Conway, Del Genio, Gries & Co., LLC
For the Period of Nov 1, 2006 through Nov 30, 2006

Summary of Services Rendered by Professional

| *Name* | *Hours* |
|---|---|
| Gregory Boyer, Managing Director | 23.5 |
| Kevin Glodowski, Analyst | 2.5 |
| **TOTAL** | 26.0 |

Exhibit A

*Bankruptcy Time Reporting Log (AP)*

Client Name: WR Grace
Professional: All
Date: For the Period of Nov 1, 2006 through Nov 30, 2006

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | G. Boyer | 11/02/06 | 7 | 1.0 | committee conference call |
| WR Grace | G. Boyer | 11/07/06 | 24 | 0.2 | review correspondence from TT re: witnesses |
| WR Grace | G. Boyer | 11/08/06 | 26 | 0.5 | review correspondence regarding potential asset divestiture |
| WR Grace | G. Boyer | 11/12/06 | 11 | 3.0 | preparation of fee application |
| WR Grace | G. Boyer | 11/13/06 | 11 | 8.0 | preparation of fee application |
| WR Grace | G. Boyer | 11/13/06 | 26 | 3.0 | preparation for quarterly review call |
| WR Grace | G. Boyer | 11/14/06 | 11 | 4.0 | preparation of fee application |
| WR Grace | G. Boyer | 11/14/06 | 26 | 1.0 | Grace quarterly review call |
| WR Grace | G. Boyer | 11/14/06 | 14 | 0.1 | review hearing agenda |
| WR Grace | G. Boyer | 11/16/06 | 7 | 1.0 | committee conference call |
| WR Grace | G. Boyer | 11/16/06 | 11 | 0.1 | correspondence with local counsel re: fee application |
| WR Grace | G. Boyer | 11/27/06 | 27 | 0.1 | correspondence with JS re: Grace's acquisitions |
| WR Grace | G. Boyer | 11/29/06 | 24 | 0.3 | review schedule regarding defense costs |
| WR Grace | G. Boyer | 11/29/06 | 26 | 0.1 | correspondence regarding scheduling Grace's operating plan review meeting |
| WR Grace | G. Boyer | 11/29/06 | 24 | 0.1 | correspondence with JS re: defense costs |
| WR Grace | G. Boyer | 11/30/06 | 7 | 1.0 | committee conference call |
| WR Grace | K. Glodowski | 11/30/06 | 27 | 2.5 | review Grace acquisitions |

26.0  Total Hours

2/15/2007

## WR Grace
### Expense Detail - Conway, Del Genio, Gries & Co., LLC
### For the Period of Nov 1, 2006 through Nov 30, 2006

| Name | Date | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|---|
| Grand Total | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

2/15/2007

| | LEGEND |
|---|---|
| AD | Allyn Danzeisen, Associate -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| Bilzin | Bilzen Sumberg Dunn Baena Price & Axelrod LLP -- Counsel for the PD Committee |
| DH | Dee Hilton |
| DK | Dan Katz, Associate -- CDG |
| FJ | Ferry Joseph & Pearce PA |
| FR | Francine Rabinovitz, PI Asbestos Expert--Hamilton Rabinovitz |
| GB | Gregory Boyer, Managing Director -- CDG |
| JH | James Hass, PD Asbestos Expert |
| JM | James Moon -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| JOC | Jamie O'Connel -- Blackstone |
| JS | Jay Sakalo, Associate -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| KG | Kevin Glodowski, Intern -- CDG |
| MG | Michael Gries, Member -- CDG |
| MH | Michael Healy, Associate -- CDG |
| MK | Matthew Kramer -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| MW | Michael Wolf, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| OH | Omar Haynes, Analyst -- CDG |
| POR | Plan of Reorganization |
| PZ | Pam Zilly, Managing Director--Blackstone |
| RT | Robert Turken, Of Counsel -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SB | Scott Baena, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SJ | Stephanie Jones, Associate -- CDG |
| SW | Steven Weiler, Associate -- Ferry Joseph & Pearce |
| TT | Ted Taconelli, Partner -- Ferry, Joseph & Pearce PA |
| WHS | Warren Smith Associates, fee examiner |