<u>Exhibit A</u>

WR Grace & Co., ET AL.,
Time Detail- Conway, Del Genio, Gries & Co., LLC
For the Period of Dec 1, 2006 through Dec 31, 2006

## Summary of Services Rendered by Professional

| *Name* | *Hours* |
|---|---|
| Gregory Boyer, Managing Director | 2.9 |
| **TOTAL** | 2.9 |

Exhibit A

WR Grace & Co., ET AL.,
Time Detail- Conway, Del Genio, Gries & Co., LLC
For the Period of Dec 1, 2006 through Dec 31, 2006

Summary of Services Rendered by Project Category

| Category Code | Category Description | Dec 2006 Hours | Previous Hours | Bankruptcy Case Cumulative Hours | Adversary Preceding Cumulative Hours | Total Case Cumulative Hours |
|---|---|---|---|---|---|---|
| 7 | Committee (All) | 1.0 | 487.9 | 488.9 | 0.0 | 488.9 |
| 11 | Fee Applications, Applicant | 0.0 | 834.1 | 834.1 | 249.0 | 1,083.1 |
| 14 | Hearings | 0.4 | 64.6 | 65.0 | 0.0 | 65.0 |
| 20 | Travel - Non-working | 0.0 | 221.8 | 221.8 | 0.0 | 221.8 |
| 24 | Other | 0.9 | 160.1 | 161.0 | 5,058.2 | 5,219.2 |
| 26 | Business Analysis (for financial advisors) | 0.0 | 1,028.1 | 1,028.1 | 0.0 | 1,028.1 |
| 27 | Corporate Finance (for financial advisors) | 0.6 | 2,243.4 | 2,244.0 | 0.0 | 2,244.0 |
| 28 | Data Analysis (for financial advisors) | 0.0 | 507.2 | 507.2 | 0.0 | 507.2 |
|  | **TOTAL** | 2.9 | 5,547.2 | 5,550.1 | 5,307.2 | 10,857.3 |

<u>Exhibit A</u>

WR Grace & Co., ET AL.,
Time Detail- Conway, Del Genio, Gries & Co., LLC
For the Period of Dec 1, 2006 through Dec 31, 2006

Summary of Services Rendered by Professional

| *Name* | *Hours* |
|---|---|
| Gregory Boyer, Managing Director | 2.9 |
| **TOTAL** | 2.9 |

Exhibit A

*Bankruptcy Time Reporting Log (AP)*

Client Name: WR Grace
Professional: All
Date: For the Period of Dec 1, 2006 through Dec 31, 2006

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | G. Boyer | 12/01/06 | 24 | 0.3 | review update from MK re: personal injury estimation |
| WR Grace | G. Boyer | 12/04/06 | 24 | 0.1 | review correspondence from JS re: defense costs |
| WR Grace | G. Boyer | 12/12/06 | 14 | 0.2 | review agenda for omnibus hearing |
| WR Grace | G. Boyer | 12/13/06 | 27 | 0.1 | correspondence from JOC re: Grace acquisitions |
| WR Grace | G. Boyer | 12/14/06 | 7 | 1.0 | committee conference call |
| WR Grace | G. Boyer | 12/14/06 | 24 | 0.4 | review correspondence from MK re: personal injury matters |
| WR Grace | G. Boyer | 12/15/06 | 27 | 0.5 | correspondence with JOC re: Grace's acquisitions and review corresponding schedule |
| WR Grace | G. Boyer | 12/20/06 | 14 | 0.2 | review correspondence from JS re: continued PI hearing |
| WR Grace | G. Boyer | 12/29/06 | 24 | 0.1 | review correspondence from JS re: exclusivity |

2.9 Total Hours

2/15/2007

WR Grace
Expense Detail - Conway, Del Genio, Gries & Co., LLC
For the Period of December 1, 2006 through December 31, 2006

| Name | Date | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|---|
| Grand Total | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | LEGEND |
|---|---|
| AD | Allyn Danzeisen, Associate -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| Bilzin | Bilzen Sumberg Dunn Baena Price & Axelrod LLP -- Counsel for the PD Committee |
| DH | Dee Hilton |
| DK | Dan Katz, Associate -- CDG |
| FJ | Ferry Joseph & Pearce PA |
| FR | Francine Rabinovitz, PI Asbestos Expert--Hamilton Rabinovitz |
| GB | Gregory Boyer, Managing Director -- CDG |
| JH | James Hass, PD Asbestos Expert |
| JM | James Moon -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| JOC | Jamie O'Connel -- Blackstone |
| JS | Jay Sakalo, Associate -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| KG | Kevin Glodowski, Intern -- CDG |
| MG | Michael Gries, Member -- CDG |
| MH | Michael Healy, Associate -- CDG |
| MK | Matthew Kramer -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| MW | Michael Wolf, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| OH | Omar Haynes, Analyst -- CDG |
| POR | Plan of Reorganization |
| PZ | Pam Zilly, Managing Director--Blackstone |
| RT | Robert Turken, Of Counsel -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SB | Scott Baena, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SJ | Stephanie Jones, Associate -- CDG |
| SW | Steven Weiler, Associate -- Ferry Joseph & Pearce |
| TT | Ted Taconelli, Partner -- Ferry, Joseph & Pearce PA |
| WHS | Warren Smith Associates, fee examiner |