**Motley Rice LLC**
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
January 30, 2007

Invoice No.
1212316

W.R. Grace Asbestos Claimants Committee
c/o Campbell & Levine
800 N. King Street, Suite 300
Wilmington, DE 19801

Re: W.R. Grace Asbestos Claimants Committee (999604-12)
    ACC

| | | |
|---|---:|---:|
| Professional Services Through 12/31/06 As per Time Exhibit Attached............... | | $0.00 |
| Costs Through 12/31/06 | | |
| Travel Expense | 1,210.21 | |
| Out of Town Travel | 985.60 | |
| Total Costs............... | | $2,195.81 |
| Total Invoice............... | | $2,195.81 |

## Payable Expense Exhibit
Re: W.R. Grace Asbestos Claimants Committee (999604-12)
Invoice for charges rendered through 12/31/06

Invoice No. 1212316

| Date | Description | Check | Amount |
|---|---|---|---|
| **Travel Expense** | | | |
| 10/10/06 | Airfare Citation XL-Travel from Teterboro, NJ to Charleston, SC on 10/10/06 (2) | 121 | 372.66 |
| 10/24/06 | Airfare Citation XL-Travel from Charleston, SC to Dallas, TX (2) on October 24, 2006 | 127 | 418.77 |
| 10/26/06 | Airfare Citation XL-Travel from Dallas, TX to Charleston, SC (2) on October 26, 2006 | 128 | 418.78 |
| **Out of Town Travel** | | | |
| 06/21/06 | Joseph F. Rice-Car transportation to/from meeting w/Elihu Inselbuch in NYC on May 16, 2006. | 13749 | 134.00 |
| 10/19/06 | Joseph F. Rice-Travel to NYC for meeting October 9, 2006 (1/3 of hotel bill). | 18139 | 210.91 |
| 10/24/06 | Joe Rice - Travel to New York on Oct. 9, 2006 (1/3 of car charge from airport to hotel) | 18315 | 44.67 |
| 11/09/06 | Joseph F. Rice- 1/3 of car charge to airport re: trip to NYC for meeting on Oct. 9, 2006 | 18850 | 36.67 |
| 11/09/06 | Joseph F. Rice-Travel to Dallas, TX for meeting with WRG reps re: resolution of bankruptcy on Oct. 25 (1/2 of total hotel bill) | 18856 | 559.35 |
| | **Total** | | **2,195.81** |

| 05/20/06 | MD LIMOUSINE SERVICEKEARNY LIMO SVC | NJ | WR Grace | 134.00 |
|---|---|---|---|---|
| | | | | 73.50 |

# THE PENINSULA
### NEW YORK

Mr Joseph F Rice  
28 Bridgeside Boulevard  
Mount Pleasant, SC 29464  
UNITED STATES

Room         1700  
Arrival      10/09/06  
Departure    10/10/06  
Person(s)    1  
Room Rate    USD 555.00 /NYLAW  
Cashier      27 /OSCAR  
Page         1

MOTLEY RICE  
Copy of Invoice 399651  
The Peninsula New York, 10/10/06 12:00           CIS Reference 450148        Confirmation 550094

| DATE | DESCRIPTION | CHARGES US$ | CREDITS US$ |
|---|---|---|---|
| 10/09 | Occupancy Tax/Unit Fee | 3.50 | |
| 10/09 | Room Charge | 555.00 | |
| 10/09 | Room Sales Tax 8.375% | 46.48 | |
| 10/09 | City Room Tax 5.0% | 27.75 | |
| 10/10 | AX Card XXXXXXXXXX2002   XX/XX | | 632.73 |
| | Total | 632.73 | 632.73 |
| | Balance | | 0.00 USD |

Remarks:

We wish to thank you for choosing The Peninsula New York.  
Let us look after you again soon at a Peninsula hotel in Asia or the USA.  
To make a reservation, just call any Peninsula hotel or e-mail us at  
reservation@peninsula.com or visit www.peninsula.com

I agree that I am personally liable for the payment of this account, and if the person, company or association indicated does not settle within a reasonable period, my liability for payment shall be joint and several with such person, company or association.

SIGNATURE

Peninsula New York Partnership Correspondence address: 700 Fifth Avenue at 55th Street, New York, NY 10019, U.S.A.  
Tel:(1-212)956-2888 Fax:(1-212)903-3949 Toll Free:(1-800)262-9467 (From U.S.A.) E-mail: pny@peninsula.com Website: peninsula.com

**Greve, Daphne**

From: Manny Domingues [mdlimousine@hotmail.com]
Sent: Friday, October 20, 2006 7:58 PM
To: Greve, Daphne
Subject: Trip #104781 Receipt

### THANK YOU FOR CHOOSING MD LIMOUSINE LLC

### TRIP RECEIPT

| | | | |
|---|---|---|---|
| Trip #: | 104781 | Passenger: | JOSEPH F. RICE |
| Reference #: | TAIL#24UD | Num of Passengers: | 1 |
| Pick-Up Time: | 05:00PM | Drop-Off Time: | 06:00PM |
| Trip Date: | Monday Oct 9, 2006 | Reserved By: | BILL BLACKWELL |
| Service Type: | SEDAN | Trip Description: | TETERBORO/NYC |

**Routing & Pick-Up / Drop-Off Details:**

TETERBORO AIRPORT / MERIDEN AVIATION / 485 INDUSTRIAL AVE, TETERBORO, NJ
PENINSULA HOTEL / 2 WEST 55TH STREET, NEW YORK CITY, NY
SEDAN RATE $65.00+20% GRATUITY+ PARKING+TOLLS
WAITING TIME 60 MIN $40.00 + 20%GRATUITY+TOLLS

**Trip Charges:**

| | |
|---|---|
| Basic Rate: | $65.00 |
| Parking: | $0.00 |
| Tolls: | $8.00 |
| Waiting Time: | $40.00 |
| Early/Late Hour: | $0.00 |
| Extra Stops: | $0.00 |
| Holiday/Misc: | $0.00 |
| Gratuity: | $21.00 |
| Discount: | $0.00 |
| Tax/GST: | $0.00 |
| County Tax: | $0.00   0.00% |
| Miscellaneous: | $0.00 |
| TRIP TOTAL: | $134.00 |
| Administration Fee: | $0.00 |
| TOTAL DUE: | $0.00 |
| Payments Received: | 10/20/2006 PMT: AMEX XXXXXXXXXX1004 Check/Auth# 140813 $134.00 |

**PAYMENT: Credit Card**

MD LIMOUSINE LLC
435 KEARNY AVE.
KEARNY, NJ 07032
201.246.8002 Phone

10/23/2006
JAN-30-2007  15:14           843 216 9290            96%            P.07

Greve, Daphne

From: Manny Domingues [mdlimousine@hotmail.com]
Sent: Tuesday, October 31, 2006 11:21 PM
To: Greve, Daphne
Subject: Trip #104798 Receipt

---

**THANK YOU FOR CHOOSING
MD LIMOUSINE LLC**

# TRIP RECEIPT

| | | | |
|---|---|---|---|
| Trip #: | 104798 | Passenger: | JOSEPH F. RICE |
| Reference #: | | Num of Passengers: | 1 |
| Pick-Up Time: | 09:00PM | Drop-Off Time: | 10:00PM |
| Trip Date: | Tuesday Oct 10, 2006 | Reserved By: | SELF |
| Service Type: | SEDAN | Trip Description: | NYC/TETERBORO |

**Routing & Pick-Up / Drop-Off Details:**

MR. CHOW RESTAURANT / 324 EAST 57TH STREET @ 1ST AVE, NEW YORK CITY, NY 212 751 9030
TETERBORO AIRPORT / MERIDEN AVIATION / 485 INDUSTRIAL AVE, TETERBORO, NJ
SEDAN RATE $65.00 +20% GRATUITY+ PARKING+TOLLS+ 7% TAX
WAITING TIME 30 MIN $20.00 + 20%GRATUITY+TOLLS

**Trip Charges:**

| | |
|---|---|
| Basic Rate: | $65.00 |
| Parking: | $0.00 |
| Tolls: | $8.00 |
| Waiting Time: | $20.00 |
| Early/Late Hour: | $0.00 |
| Extra Stops: | $0.00 |
| Holiday/Misc: | $0.00 |
| Gratuity: | $17.00 |
| Discount: | $0.00 |
| Tax/GST: | $0.00 |
| County Tax: | $0.00   0.00% |
| Miscellaneous: | $0.00 |
| TRIP TOTAL: | $110.00 |
| Administration Fee: | $0.00 |
| TOTAL DUE: | $0.00 |
| Payments Received: | 10/31/2006 PMT: AMEX XXXXXXXXXXX1004 Check/Auth# 182536 $110.00 |

**PAYMENT:** Credit Card

MD LIMOUSINE LLC
135 KEARNY AVE.
KEARNY, NJ 07032
201.246.8002 Phone

11/1/2006



# FOUR SEASONS RESORT AND CLUB®
## Dallas at Las Colinas

Mr. Joe Rice

Arrival   :10/24/06
Departure:10/26/06
Room: 0127

USA

Invoice No.  793161
Four Seasons Resort & Club, Las Colinas. 10/26/06   12:02:14  GABRIELE/ P1 / W1

| Date | Reference | Description | Charges/Credits |
|---|---|---|---|
| 10/24 | 316289 | Game Bar #127 : CHECK #316289 | 13.78 |
| 10/24 | 032802 | Beverage Carts #127 : CHECK #032802 | 5.00 |
| 10/24 | | Room Charge | 495.00 |
| 10/24 | | Tax | 64.35 |
| 10/25 | 316709 | Game Bar #127 : CHECK #316709 | 30.42 |
| 10/25 | 316793 | Game Bar #127 : CHECK #316793 | 18.00 |
| 10/25 | | Room Charge | 495.00 |
| 10/25 | | Tax | 64.35 |
| 10/26 | 316892 | Room Service #127 : CHECK #316892 | 45.36 |
| 10/26 | | AMERICAN EXPRESS XXXXXXXXXXX2002   XX/XX | -1231.26 |

Balance Due $   0.00

4150 NORTH MACARTHUR BOULEVARD, IRVING, TEXAS 75038 U.S.A.
TEL: (972) 717-0700  FAX: (972) 717-2550  WORLD WIDE WEB: www.fourseasons.com