UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------- x
In re:                                   :   Chapter 11
                                         :
W.R. GRACE & CO., ET AL.,                :   Case No. 01-1139 (JKF)
                                         :   (Jointly Administered)
                    Debtors.             :
                                         :   Objection Deadline: March 7, 2007 at 4:00 p.m.
                                         :   Hearing Date: June 25, 2007 at 2:00 p.m.
                                         :
---------------------------------------- x

## VERIFICATION OF GREGORY S. BOYER IN CONNECTION WITH THE TWENTY-THIRD QUARTERLY INTERIM APPLICATION OF CONWAY, DEL GENIO, GRIES & CO., LLC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

STATE OF NEW YORK:

COUNTY OF NEW YORK:

Gregory S. Boyer, after being duly sworn according to law, deposes and says:

a)  I am a member of Conway, Del Genio, Gries & Co., LLC ("CDG"). Pursuant to the Order of this Court, dated October 22, 2001, CDG was retained as the Official Committee of Asbestos Property Damage Claimants of W.R Grace & Co. (collectively, the "PD Committee") to perform services set forth in our affidavit dated June 15, 2001.

b)  I have personally performed certain of the professional services rendered by CDG as financial advisors to the PD Committee, and I am generally familiar with the other work performed on behalf of the PD Committee by the professionals at CDG.

c)   I have reviewed the twenty third quarterly interim application (the "Application") of CDG for compensation and reimbursement of expenses and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed General Order 32 and believe that the Application substantially complies with such order.

_____
Gregory S. Boyer
Managing Director

SWORN AND SUBSCRIBED
before me this /3th day of February, 2007

_____
Notary Public

**ROSARIA CUSANELLI**
NOTARY PUBLIC, STATE OF NEW YORK
ID No. 01CU6067846
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES 12/17/2009