# EXHIBIT "A"

Exhibit A

WR Grace & Co., ET AL.,
Time Detail- Conway, Del Genio, Gries & Co., LLC
For the Period of October 1, 2006 through December 31, 2006

Summary of Services Rendered by Project Category

| Category Code | Category Description | Oct-Dec 2006 Hours | Previous Hours | Bankruptcy Case Cumulative Hours | Adversary Preceding Cumulative Hours | Total Case Cumulative Hours |
|---|---|---|---|---|---|---|
| 7 | Committee (All) | 6.5 | 482.4 | 488.9 | 0.0 | 488.9 |
| 11 | Fee Applications, Applicant | 15.1 | 816.0 | 831.1 | 249.0 | 1,080.1 |
| 14 | Hearings | 1.2 | 63.8 | 65.0 | 0.0 | 65.0 |
| 20 | Travel - Non-working | 0.0 | 221.8 | 221.8 | 0.0 | 221.8 |
| 24 | Other | 2.2 | 158.8 | 161.0 | 5,058.2 | 5,219.2 |
| 26 | Business Analysis (for financial advisors) | 5.2 | 1,025.8 | 1,031.0 | 0.0 | 1,031.0 |
| 27 | Corporate Finance (for financial advisors) | 34.7 | 2,209.4 | 2,244.1 | 0.0 | 2,244.1 |
| 28 | Data Analysis (for financial advisors) | 0.0 | 507.2 | 507.2 | 0.0 | 507.2 |
| | **TOTAL** | 64.9 | 5,485.2 | 5,550.1 | 5,307.2 | 10,857.3 |

## Exhibit A

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of October 1, 2006 through December 31, 2006**

### Summary of Services Rendered by Professional

| *Name* | *Hours* |
|--------|---------|
| Gregory Boyer, Managing Director | 35.4 |
| Shwetha Rajashekara, Analyst | 13.0 |
| Rayan Hashmi, Analyst | 14.0 |
| Kevin Glodowski, Analyst | 2.5 |
| **TOTAL** | 64.9 |

Exhibit A

*Bankruptcy Time Reporting Log (AP)*

Client Name:  WR Grace
Professional: All
Date:           **For the Period of October 1, 2006 through December 31, 2006**

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | G. Boyer | 10/03/06 | 14 | 0.5 | review hearing transcript |
| WR Grace | G. Boyer | 10/13/06 | 26 | 0.5 | review amended PD CMO |
| WR Grace | G. Boyer | 10/16/06 | 26 | 0.1 | review email concerning Grace's quarterly review call |
| WR Grace | G. Boyer | 10/17/06 | 14 | 0.2 | review hearing agenda |
| WR Grace | G. Boyer | 10/19/06 | 24 | 0.5 | correspondence with MK re: criminal defense costs |
| WR Grace | G. Boyer | 10/20/06 | 27 | 1.0 | meeting with R. Hasmi and S. Rajashekara re: preparation of valuation analysis |
| WR Grace | G. Boyer | 10/20/06 | 7 | 0.5 | correspondence with committee member re: requested information |
| WR Grace | R. Hashmi | 10/20/06 | 27 | 5.0 | preparation of valuation analysis |
| WR Grace | R. Hashmi | 10/20/06 | 27 | 1.0 | meeting with G. Boyer and S. Rajashekara re: preparation of valuation analysis |
| WR Grace | S. Rajashekara | 10/20/06 | 27 | 5.0 | preparation of valuation analysis |
| WR Grace | S. Rajashekara | 10/20/06 | 27 | 1.0 | meeting with R. Hasmi and G. Boyer re: preparation of valuation analysis |
| WR Grace | R. Hashmi | 10/21/06 | 27 | 6.0 | preparation of valuation analysis |
| WR Grace | S. Rajashekara | 10/21/06 | 27 | 6.0 | preparation of valuation analysis |
| WR Grace | G. Boyer | 10/23/06 | 27 | 3.5 | review valuation analysis |
| WR Grace | G. Boyer | 10/23/06 | 7 | 1.0 | correspondence with committee member re: requested information |
| WR Grace | G. Boyer | 10/23/06 | 24 | 0.2 | correspondence with JS re: case status |
| WR Grace | R. Hashmi | 10/23/06 | 27 | 2.0 | preparation of valuation analysis |
| WR Grace | S. Rajashekara | 10/23/06 | 27 | 1.0 | preparation of valuation analysis |
| WR Grace | G. Boyer | 10/26/06 | 7 | 1.0 | committee conference call |
| WR Grace | G. Boyer | 11/02/06 | 7 | 1.0 | committee conference call |
| WR Grace | G. Boyer | 11/07/06 | 24 | 0.2 | review correspondence from TT re: witnesses |
| WR Grace | G. Boyer | 11/08/06 | 26 | 0.5 | review correspondence regarding potential asset divestiture |
| WR Grace | G. Boyer | 11/12/06 | 11 | 3.0 | preparation of fee application |
| WR Grace | G. Boyer | 11/13/06 | 11 | 8.0 | preparation of fee application |
| WR Grace | G. Boyer | 11/13/06 | 26 | 3.0 | preparation for quarterly review call |
| WR Grace | G. Boyer | 11/14/06 | 11 | 4.0 | preparation of fee application |
| WR Grace | G. Boyer | 11/14/06 | 26 | 1.0 | Grace quarterly review call |
| WR Grace | G. Boyer | 11/14/06 | 14 | 0.1 | review hearing agenda |
| WR Grace | G. Boyer | 11/16/06 | 7 | 1.0 | committee conference call |
| WR Grace | G. Boyer | 11/16/06 | 11 | 0.1 | correspondence with local counsel re: fee application |
| WR Grace | G. Boyer | 11/27/06 | 27 | 0.1 | correspondence with JS re: Grace's acquisitions |
| WR Grace | G. Boyer | 11/29/06 | 24 | 0.3 | review schedule regarding defense costs |
| WR Grace | G. Boyer | 11/29/06 | 26 | 0.1 | correspondence regarding scheduling Grace's operating plan review meeting |
| WR Grace | G. Boyer | 11/29/06 | 24 | 0.1 | correspondence with JS re: defense costs |
| WR Grace | G. Boyer | 11/30/06 | 7 | 1.0 | committee conference call |
| WR Grace | K. Glodowski | 11/30/06 | 27 | 2.5 | review Grace acquisitions |
| WR Grace | G. Boyer | 12/01/06 | 24 | 0.3 | review update from MK re: personal injury estimation |
| WR Grace | G. Boyer | 12/04/06 | 24 | 0.1 | review correspondence from JS re: defense costs |
| WR Grace | G. Boyer | 12/12/06 | 14 | 0.2 | review agenda for omnibus hearing |
| WR Grace | G. Boyer | 12/13/06 | 27 | 0.1 | correspondence from JOC re: Grace acquisitions |
| WR Grace | G. Boyer | 12/14/06 | 7 | 1.0 | committee conference call |
| WR Grace | G. Boyer | 12/14/06 | 24 | 0.4 | review correspondence from MK re: personal injury matters |
| WR Grace | G. Boyer | 12/15/06 | 27 | 0.5 | correspondence with JOC re: Grace's acquisitions and review corresponding schedule |
| WR Grace | G. Boyer | 12/20/06 | 14 | 0.2 | review correspondence from JS re: continued PI hearing |
| WR Grace | G. Boyer | 12/29/06 | 24 | 0.1 | review correspondence from JS re: exclusivity |

**64.9  Total Hours**

## LEGEND

| | |
|---|---|
| AD | Allyn Danzeisen, Associate -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| Bilzin | Bilzen Sumberg Dunn Baena Price & Axelrod LLP -- Counsel for the PD Committee |
| DH | Dee Hilton |
| DK | Dan Katz, Associate -- CDG |
| FJ | Ferry Joseph & Pearce PA |
| FR | Francine Rabinovitz, PI Asbestos Expert--Hamilton Rabinovitz |
| GB | Gregory Boyer, Managing Director -- CDG |
| JH | James Hass, PD Asbestos Expert |
| JM | James Moon -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| JOC | Jamie O'Connel -- Blackstone |
| JS | Jay Sakalo, Associate -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| KG | Kevin Glodowski, Intern -- CDG |
| MG | Michael Gries, Member -- CDG |
| MH | Michael Healy, Associate -- CDG |
| MK | Matthew Kramer -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| MW | Michael Wolf, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| OH | Omar Haynes, Analyst -- CDG |
| POR | Plan of Reorganization |
| PZ | Pam Zilly, Managing Director--Blackstone |
| RT | Robert Turken, Of Counsel -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SB | Scott Baena, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SJ | Stephanie Jones, Associate -- CDG |
| SW | Steven Weiler, Associate -- Ferry Joseph & Pearce |
| TT | Ted Taconelli, Partner -- Ferry, Joseph & Pearce PA |
| WHS | Warren Smith Associates, fee examiner |