EXHIBIT "B"

2/15/2007

WR Grace
Expense Detail - Conway, Del Genio, Gries & Co., LLC
For the Period of October 1, 2006 through December 31, 2006

| Name | Date | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|---|
| R. Hashmi | 10/20/06 | | | 88.23 | | | | 88.23 |
| R. Hashmi Total | | 0.00 | 0.00 | 88.23 | 0.00 | 0.00 | 0.00 | 88.23 |
| S. Rajashekara | 10/21/06 | | | 26.52 | | | | 26.52 |
| S. Rajashekara Total | | 0.00 | 0.00 | 26.52 | 0.00 | 0.00 | 0.00 | 26.52 |
| Grand Total | | 0.00 | 0.00 | 114.75 | 0.00 | 0.00 | 0.00 | 114.75 |