FILED

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

2007 FEB 16 AM 10: 23

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Related Docket No. 14148

## NOTICE OF CHANGE OF ADDRESS

COME NOW, John M. Klamann and Dirk L. Hubbard of Klamann & Hubbard, P.A., counsel for some claimants in the above matter, and hereby notify this Court and the respective Parties of their change of address and request that all future correspondence and pleadings be sent to the address set forth below:

> John M. Klamann
> Dirk L. Hubbard
> **KLAMANN & HUBBARD, P.A.**
> 929 Walnut Street
> Suite 800
> Kansas City, Missouri 64106
> Telephone:   (816) 421-2626
> Telecopier:   (816) 421-8686

> Respectfully Submitted,

> **KLAMANN & HUBBARD, P.A.**

> By:  /s/ John Klamann
> JOHN KLAMANN, Bar. No. 29335
> DIRK L. HUBBARD, Bar. No. 15130
> 929 Walnut Street, Suite 800
> Kansas City, Missouri 64106
> Telephone:   (816) 421-2626
> Telecopier:   (816) 421-8686

> **Counsel for Some Claimants**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically and notice of such filing was made electronically to defendant's counsel pursuant to the Electronic Case Filing Rules of the United States District Court for the District of Kansas on February 13, 2007:

/s/ John Klamann
Attorney for Plaintiff

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
**Pachulski Stang Ziehl Young Jones & Weintraub LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899