# **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| W.R. GRACE & CO., et al., | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |
| | ) | Related Docket No. _____ |

### ORDER GRANTING MACERICH FRESNO LIMITED PARTNERSHIP'S MOTION FOR SUMMARY JUDGMENT WITH RESPECT TO THE DEBTORS' FIFTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO ASBESTOS PROPERTY DAMAGE CLAIMS ON BASES OF STATUTE OF LIMITATIONS, LACHES, AND ASSUMPTION OF RISK

Upon Macerich Fresno Limited Partnership's Motion for Summary Judgment with Respect to the Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims on Bases of Statute of Limitations, Laches, and Assumption of Risk (the "Motion"), and the Court having considered the Motion, together with all papers and arguments submitted in support thereof and in opposition thereto, and finding that due and appropriate notice of the Motion has been given to all interested parties and that good cause appears for the entry of this Order, it is hereby

ORDERED that the Motion is hereby granted, and it is further

ORDERED that the Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims (the "Objection") is hereby overruled on the bases of statute of limitations, laches, and assumption of risk (designated in the Objection as Categories D-2, D-3, D-4, and D-6) with respect to Macerich Fresno Limited Partnership's Claim No. 12758.

Dated: _____, 2007

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

177832.1