IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | **Related Doc. No. 14554** |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on February 16, 2007 I caused a copy of the *Objection to the Debtor's Agreed Motion for Entry of an Order Confirming that Deposition Testimony of Dr. Philip H. Lucas is Not Within the Scope of the Health Insurance Portability and Accountability Act* filed at docket no. 14554 to be served upon the below individuals via first-class mail.

> Kristin M. Bronson, Esq.
> Rothgerber Johnson & Lyons LLP
> 1200 Seventeenth Street, Suite 3000
> Denver, CO 80202

> CAMPBELL & LEVINE, LLC

> */S/ Mark Hurford*
> Mark T. Hurford (DE No. 3299)
> 800 N. King Street
> Suite 300
> Wilmington, DE 19801
> (302) 426-1900
> (302) 426-9947 (fax)

Dated: February 16, 2007

{D0080652.1 }