IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Related Docket Nos. 14584, 14585 & 14586 |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

    Jared F. Schierbaum, being duly sworn according to law, deposes and says that he is employed by the law firm of Ashby & Geddes, P.A., attorneys for the Macerich Fresno Limited Partnership, and that on the 16th day of February, 2007, he caused a copy of the following documents to be served upon the parties on the attached Service List by First Class U.S. Mail, postage prepaid, or in the manner so indicated.

- Macerich Fresno Limited Partnership's Motion for Summary Judgment With Respect to the Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims on Bases of Statute of Limitations, Laches, and Assumption of Risk; Filed February 16, 2007 [Docket No. 14584]; and

- Memorandum of Law In Support of Macerich Fresno Limited Partnership's Motion for Summary Judgment With Respect to the Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims on Bases of Statute of Limitations, Laches, and Assumption of Risk; Filed February 16, 2007 [Docket No. 14585]; and

- Declaration of Aladdin Ghafari in Support of Macerich Fresno Limited Partnership's Motion for Summary Judgment with Respect to Debtor's Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims on Bases of Statute of Limitations, Laches, and Assumption of Risk; Filed February 16, 2007 [Docket No. 14586].

                                                                        Jared F. Schierbaum

SWORN TO AND SUBSCRIBED before me this ___ day of February, 2007.

_____
Notary Public

## Service List

### VIA HAND DELIVERY

| | |
|---|---|
| Laura Davis Jones<br>James E. O'Neill<br>PACHULSKI, STANG, ZIEHL, YOUNG & JONES<br>919 North Market Street, 16th Floor<br>Wilmington, DE 19899 | Frank J. Perch III<br>OFFICE OF THE U.S. TRUSTEE<br>844 King Street, Suite 2207<br>Lock Box 35<br>Wilmington, DE 19801 |

### VIA U.S. MAIL

| | |
|---|---|
| David M. Bernick<br>Janet S. Baer<br>KIRKLAND & ELLIS LLP<br>200 East Randolph Drive<br>Chicago, IL 60601 | Jay Sakalo<br>Scott Baena<br>BILZIN SUMBERG BAENA PRICE & AXELROD<br>200 South Biscayne Blvd.<br>Suite 2500<br>Miami, FL 33131-5340 |
| Mark Hurford<br>CAMPBELL & LEVINE<br>1201 Market Street<br>15th Floor<br>Wilmington, DE 19801 | Kenneth Pascquale<br>STROOCK & STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, NY 10038-4982 |
| Jarrad Wright<br>WEIL GOTSHAL & MANGES, LLP<br>Eye Street, N.W., Suite 900<br>Washington, DC 20005 | Marc Phillips<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>1220 Market Street, 10th Floor<br>Wilmington, DE 19899 |
| Richard Wyron<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>Washington Harbour<br>3050 K Street N.W.<br>Washington, DC 20007 | Peter Lockwood<br>Nathan Finch<br>CAPLAN & DRYSDALE<br>One Thomas Circle, N.W.<br>Washington DC 20005 |
| Joseph Farnan, III<br>PHILLIPS GOLDMAN & SPENCE, PA<br>1200 North Broom Street<br>Wilmington, DE 19806 | |

177834.1