IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | Re:   14150, 14203, 14237 |
| | | 2/26/2007 Agenda No. 11 |

CERTIFICATION OF COUNSEL REGARDING AMENDED
SUPPLEMENTAL ORDER REGARDING MOTIONS TO COMPEL CLAIMANTS TO
RESPOND TO THE W.R. GRACE & CO. ASBESTOS PERSONAL INJURY
<u>QUESTIONNAIRE</u>

The undersigned hereby certifies that:

1.   On December 22, 2006, the Court entered its Supplemental Order Regarding Motions to Compel Claimants to Respond to the W.R. Grace & Co. Asbestos Personal Injury Questionnaire. (Docket No. 14150) (the "Consulting Expert Order").

2.   On January 2, 2007, certain Claimants moved that the Court reconsider the rulings memorialized in the Consulting Expert Order and accordingly amend the Order. *See*

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

- 2 -

Certain Claimants' Firms Motion To Alter Or Amend Supplemental Order Regarding Motions To Compel Claimants To Respond To The W.R. Grace & Co. Asbestos Personal Injury Questionnaire, Or In The Alternative, Motion For An Expedited Briefing Schedule (Docket No. 14203).

3. Grace opposed this request for reconsideration on January 4, 2007. *See* Debtors' Summary Opposition To Certain Claimants' Firms Motion To Alter Or Amend Supplemental Order Regarding Motions To Compel Claimants To Respond To The W.R. Grace & Co. Asbestos Personal Injury Questionnaire, Or In The Alternative, Motion For An Expedited Briefing Schedule (Docket No. 14237).

4. The Court heard this matter at the January 23, 2007 omnibus hearing. The Court denied the Claimants' motion to amend or alter the judgment, but granted the Claimants' request that a protective order be entered restricting the use of the documents provided pursuant to the terms of the Consulting Expert Order for purposes other than the bankruptcy. Tr. of Hr'g at 90-91 (Jan. 23, 2007).

5. Counsel for the Debtors, as well as counsel for the moving Claimants, have agreed that the proposed form of Order attached hereto accurately reflects the Court's rulings made at the January 23, 2007 omnibus hearing.

DOCS_DE:113703.7

6. Accordingly, the Debtors respectfully request that the Court enter the Order attached hereto as <u>Exhibit A</u>.

Dated: February 16, 2007

                                     Respectfully submitted,

                                     KIRKLAND & ELLIS LLP
                                     David M. Bernick, P.C.
                                     Janet S. Baer
                                     Barbara Harding
                                     200 East Randolph Drive
                                     Chicago, Illinois 60601
                                     (312) 861-2000

                                     and

                                     PACHULSKI STANG ZIEHL YOUNG JONES
                                     & WEINTRAUB LLP

                                     /s/ James E. O'Neill
                                     Laura Davis Jones (Bar No. 2436)
                                     James E. O'Neill (Bar No. 4042)
                                     919 North Market Street, 17th Floor
                                     P.O. Box 8705
                                     Wilmington, DE 19899-8705 (Courier 19801)
                                     Telephone: (302) 652-4100
                                     Facsimile: (302) 652-4400

                                     Co-Counsel for the Debtors and Debtors in Possession