IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Re; Docket Nos. 14065, 14531, 14534, 14536, 14537
2/26/2007 Agenda No. 10

## DEBTORS' MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF DEBTORS' OBJECTION TO CLAIM OF ANTON F. VOLOVSEK

The Debtors hereby respectfully request authority from this Court to file a five (5) page reply brief (the "Reply") in support of the *Debtors' Objection to Claim of Anton F. Volovsek* (Docket No. 14065) (Dec. 18, 2006) (the "Objection").

Over the last several months, Volovsek has sent, to the Debtors and Debtors' counsel, several pieces of correspondence, including an unofficial response to the Objection, all of which were filed by the Debtors, on Volovsek's behalf, at Docket Nos. 14531-14534 and 14536-14537 (the "Response").

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

K&E 11628670.2

As part of the Response, Volovsek provided the Debtors with a copy of a UCC-1 financing statement and a document labeled "common lien" both of which were filed in the State of Washington to allegedly secure his asserted Claim. The Debtors seek leave to file the Reply to address the validity of the Liens and to request that this Court void the Liens as part of the requested relief on the disallowance and expungement of the Claim. The Debtors will respond to the remainder of the statements included in the Response at the hearing on February 26, 2007 (the "Hearing"), and did not address those in the Reply.

In their Objection, the Debtors reserved the right to object to the Claim on any ground, and to amend, modify and/or supplement the Objection. The Reply, therefore, not only provides this Court with a better understanding of the issues to be adjudicated at the Hearing but also obviates the need to go through another cycle of objection and response for the supplemental relief sought. Accordingly, the Debtors seek leave to file a Reply.

Dated: February 16, 2007

Respectfully submitted,

KIRKLAND & ELLIS LLP
Janet S. Baer
Lori Sinanyan
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

and

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
(302) 652-4100

Co-Counsel for Debtors and Debtors in Possession

2

K&E 11628670.2