IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 16th day of February, 2007, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**DEBTORS' MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF DEBTORS' OBJECTION TO CLAIM OF ANTON F. VOLOVSEK**

_____
James E. O'Neill (Bar No. 4042)

WR Grace Special Service List
Document No. 125213
01 – Via Overnight Delivery

*VIA FEDERAL EXPRESS – SATURDAY DELIVERY*
*and Facsimile 208-935-2087*
*Telephone: 208-926-4968*
Anton Volovsek
Route 1, Box 48 B2
Kooskie, Idaho 83539