IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON FEBRUARY 26, 2007, AT 2:00 P.M. BEFORE THE
HONORABLE JUDITH K. FITZGERALD AT THE UNITED STATES
BANKRUPTCY COURT, 824 NORTH MARKET STREET, 3rd FLOOR,
<u>ROOM 309, WILMINGTON, DELAWARE 19801</u>**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST COMPLY WITH
THE** *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES AND
HEARING SCHEDULE* **[Docket No. 7709]**

## RESOLVED MATTERS

1. The Law Offices of Peter G. Angelos, P.C.'s Motion for an Extension of Time to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 1/11/07] (Docket No. 14286)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Related Documents:

a.  [Proposed] Order Granting the Law Offices of Peter G. Angelos, P.C.'s Motion for an Extension of Time to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 1/11/07] (Docket No. 14286)

Response Deadline: None.

Responses Received: None.

Status: This matter has been resolved.

## **CONTINUED MATTERS**

2.  Debtors' Fifth Omnibus Objection to Claims (Substantive) [Filed: 05/05/04] (Docket No. 5527)

    Related Documents:

    a.  Notice of Submission of Claim Numbers 602 and 604 to Mediation [Filed: 5/1/06] (Docket No. 12353)

    b.  [Signed] Twenty-Ninth Continuation Order Granting the Related Relief Sought in Debtors' Fifth Omnibus Objection to Claims (Substantive) as to Continued Objection [Filed: 1/24/07] (Docket No. 14384)

    Response Deadline: June 4, 2004, at 4:00 p.m.

    Status: The hearing on the claims of Weatherford International, Inc. is continued to May 2, 2007, at 2:00 p.m.

3.  Debtors' Eighteenth Omnibus Objection to Claims (Substantive) [Filed: 10/16/06] (Docket No. 13415)

    Related Documents:

    a.  Continuation Order Regarding the Debtors' the Debtors' Eighteenth Omnibus Objection to Claims (Substantive) [Filed: 1/24/07] (Docket No. 13486)

    Response Deadline: November 3, 2006 at 4:00 p.m.

    Responses Received:

    a.  Objection of NL Industries, Inc. to Debtors' Eighteenth Omnibus Objection to Claims (Substantive) as to Claims Numbers 2625, 2626, and 2627 [Filed: 11/30/06] (Docket No. 13846)

Status This matter is continued to May 2, 2007, at 2:00 p.m.

4. Debtors' Motion for an Injunction under Sections 105 and 362 of the Bankruptcy Code [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket No. 3)

   Related Documents:

   a. [Proposed] Injunction Order [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket No. 3)

   b. [Signed] Tenth Order Regarding Debtors' Motion for an Injunction Under Sections 105 and 362 of the Bankruptcy Code [Filed: 12/20/06] (Adv. Pro. No. 05-52724, Docket No. 22)

   Response Deadline: October 7, 2005, at 4:00 p.m.

   Responses Received:

   a. Defendants' Motion to Dismiss Debtors' Complaint for Declaratory and Injunctive Relief and in Opposition to Debtors' Motion for an Injunction [Filed: 10/7/05] (Docket No. 6)

   Related Document

   a. Brief in Support of Defendants' Motion to Dismiss Debtors' Complaint for Declaratory and Injunctive Relief and in Opposition to Debtors' Motion for an Injunction [Filed: 10/7/05] (Docket No. 7)

   Replies Received:

   a. Debtor's Opposition to Defendants' Motion to Dismiss [Filed: 10/28/05] (Docket No. 8)

   Status This matter is continued to April 2, 2007, at 2:00 p.m.

5. Pretrial Conference for W. R. Grace & Co., et al., v. Bradley M. Campbell, Commissioner of the New Jersey Department of Environmental Protection [Filed: 9/19/05] (Adv. Pro. No. 05-52724)

   Related Documents:

   a. Complaint for Declaratory and Injunctive Relief [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket No. 1)

   b. Summons and Notice of Scheduling Conference in an Adversary Proceeding [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket No. 2)

3

91100-001\DOCS_DE:124978.4

Response Deadline: October 7, 2005, at 4:00 p.m.

Responses Received:

a.  Defendants' Motion to Dismiss Debtors' Complaint for Declaratory and Injunctive Relief and in Opposition to Debtors' Motion for an Injunction [Filed: 10/7/05] (Adv. Pro. No. 05-52724, Docket No. 6)

Related Document

a.  Brief in Support of Defendants' Motion to Dismiss Debtors' Complaint for Declaratory and Injunctive Relief and in Opposition to Debtors' Motion for an Injunction [Filed: 10/7/05] (Adv. Pro. No. 05-52724, Docket No. 7)

Replies Received:

a.  Debtor's Opposition to Defendants' Motion to Dismiss [Filed: 10/28/05] (Adv. Pro. No. 05-52724, Docket No. 8)

Status This matter is continued to April 2, 2007, at 2:00 p.m.

6.  Status Conference on ZAI Science Issues

    Status: This matter is continued to April 2, 2007, at 2:00 p.m.

**UNCONTESTED MATTERS**

7.  Debtors' Motion for Entry of an Order Authorizing Debtors to Make Legally Required Minimum Contributions to Defined Benefit Pension Plans Covering Debtors' Employees, Due April 2007 [Filed: 1/22/07] (Docket No. 14376)

    Related Documents:

    a.  [Proposed] Order Authorizing the Debtors to Make Legally Required Minimum Contributions to Defined Benefit Pension Plans Covering the Debtors' Employees, Due April 2007 [Filed: 1/22/07] (Docket No. 14376)

    **b.  Certification of Counsel on Order Authorizing the Debtors to Make Legally Required Minimum Contributions to Defined Benefit Pension Plans Covering Debtors' Employees, Due April 2007 [Filed: 2/15/07] (Docket No. 14569)**

        **i.  [Proposed] Order Authorizing the Debtors to Make Legally Required Minimum Contributions to Defined Benefit Pension Plans Covering Debtors' Employees, Due April 2007 [Filed: 2/15/07] (Docket No. 14569)**

Response Deadline: February 9, 2007 at 4:00 p.m.

Responses Received:  None as of the date of this Notice of Agenda.

**Status: A Certification of Counsel has been filed with a modified form of Order which has been agreed to by the Debtors, the Future Claimants' Representative, the Official Committee of Unsecured Creditors, the Official Committee of Personal Injury Claimants and the Official Committee of Property Damage Claimants.  The parties request entry of the Order attached to the Certification.**

8.  Motion of Certain Claimants Represented By Reaud, Morgan & Quinn, L.L.P. to Amend Informal Proof of Claim, or Alternatively, for Leave to Allow Late Filing of Proofs of Claim [Filed: 1/22/07] (Docket No. 14377)

    Related Documents:

    a.  [Proposed] Order on Motion of Certain Claimants Represented By Reaud, Morgan & Quinn, L.L.P. to Amend Informal Proof of Claim, or Alternatively, for Leave to Allow Late Filing of Proofs of Claim [Filed: 1/22/07] (Docket No. 14377)

    **b.  Certification of No Objection Regarding Docket No. 14377 [Filed: 2/15/07 (Docket No. 14570)**

    Response Deadline: February 9, 2007 at 4:00 p.m.

    Responses Received:  None as of the date of this Notice of Agenda.

    **Status: No parties have objected to the relief requested in the Motion.  Accordingly, the Claimants have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.**

## CLAIMS OBJECTIONS GOING FORWARD

9.  Debtors' Twentieth Omnibus Objection to Claims (Substantive) [Filed: 12/18/06] (Docket No. 14063)

    Related Documents:

    a.  [Signed] Order Granting Relief Sought Debtors' Twentieth Omnibus Objection to Claims (Substantive) [Filed: 1/24/07] (Docket No. 14385)

    Response Deadline:  January 5, 2007, at 4:00 p.m.

    Responses Received:

    a.  Response of Cartus Corporation, Formerly Known as Cendant Mobility Services Corporation, to Debtors' Twentieth Objection to Claims (Substantive) [Filed: 1/3/07] (Docket No. 14217)

5

  b.  Response of James Rapisardi, Executor of the Estate of Rosario Rapisardi to Debtors' Twentieth Objection to Claims (Substantive) [Filed: 1/4/07] (Docket No. 14219)

  c.  Response of Claimant Walter D. Pelett to Debtors' Twentieth Omnibus Objection to Claims [Filed: 2/9/07] (Docket No. 14525)

Status: This matter will go forward except for certain continued claim objections listed on the attached chart.

10. Debtors' Objection to Claim of Anton F. Volovsek [Filed: 12/18/06] (Docket No. 14065)

Related Documents:

  a.  [Signed] Order Continuing the Relief Sought in Debtors' Objection to Claim of Anton F. Volovsek [Filed: 1/24/07] (Docket No. 14387)

Response Deadline:  February 9, 2007, at 4:00 p.m.

Responses Received:

  a.  Letter Response of Anton Volovsek Dated November 19, 2006 [Filed: 2/9/07] (Docket No. 14531)

  b.  Letter Response of Anton Volovsek Dated January 4, 2007 [Filed: 2/9/07] (Docket No. 14532)

  c.  Letter Response of Anton Volovsek Dated January 12, 2007 [Filed: 2/9/07] (Docket No. 14533)

  d.  Letter Response of Anton Volovsek Dated January 19, 2007 [Filed: 2/9/07] (Docket No. 14534)

  e.  Letter Response of Anton Volovsek [Filed: 2/9/07] (Docket No. 14536)

  f.  Letter Response of Anton Volovsek [Filed: 2/9/07] (Docket No. 14537)

  g.  Letter Response of Anton Volovsek [Filed: 2/9/07] (Docket No. 14540)

**Replies:**

  **a.  Debtors Motion for Leave to File A Reply In Support of Objection to the Claim of Anton F. Volovsek (with Reply as Exhibit A) [Filed: 2/16/07] (Docket No. 14590)**

Status: This matter will go forward.

## MATTERS RELATING TO ASBESTOS PI CLAIMS

11. Certain Asbestos Claimants' Firms Motion to Alter or Amend Supplemental Order Regarding Motions to Compel Claimants to Respond to the W. R. Grace & Co. Asbestos Personal Injury Questionnaire Pursuant to Fed. R. Bankr.P. 9023, Alternative Request for Entry of a Protective Order, and Memorandum in Support Thereof [Filed: 1/2/07] (Docket No. 14203)

    Related Documents:

    a. [Proposed] Revised Supplemental Order Regarding Motions to Compel Claimants to Respond to the W. R. Grace & Co. Asbestos Personal Injury Questionnaire [Filed: 1/2/07] (Docket No. 14203)

    b. **Certification of Counsel Regarding Amended Supplemental Order Regarding Motions To Compel Claimants To Respond To The W.R. Grace & Co. Asbestos Personal Injury Questionnaire [Filed: 2/16/07] (Docket No. 14589)**

    Response Deadline: February 9, 2007 at 4:00 p.m.

    Responses Received:

    a. Joinder of Motley Rice LLC in Certain Asbestos Claimants' Firms' Motion to Alter or Amend Supplemental Order Regarding Motions to Compel Claimants to Respond to the W. r. Grace & Co. Asbestos Personal Injury Questionnaire Pursuant to Fed. R. Bankr. P. 9023, Alternative Request for Entry of a Protective Order, and Memorandum in Support Thereof [Filed: 1/3/07] (Docket No. 14214)

    b. Debtors' Request for Expedited Consideration and Summary Denial of Certain Asbestos Claimants' Firms Motion to Alter or Amend Supplemental Order Regarding Motions to Compel Claimants to Respond to the W. R. Grace & Co. Asbestos Personal Injury Questionnaire [Filed: 1/5/07] (Docket No. 14237)

        i. [Proposed] Order Denying Certain Asbestos Claimants' Firms' Motion to Alter or Amend Supplemental Order Regarding Motions to Compel Claimants to Respond to the W. R. Grace & Co. Asbestos Personal Injury Questionnaire [Filed: 1/5/07] (Docket No. 14237)

    **Status: A Certification of Counsel has been filed with a modified form of Order which has been agreed to by the Debtors and the moving Claimants. The parties request that the Court enter the Order attached to the Certification.**

12.     Wise & Julian, P.C.'s Motion for Extension of Time to Submit Supplemental Questionnaire Response of Claimant John Bennett [Filed: 1/11/07] (Docket No. 14289)

    Related Documents:

    a.     [Proposed] Order Granting Wise & Julian, P.C.'s Motion for Extension of Time for Claimant John Bennett to Submit Questionnaire Response [Filed: 1/11/07] (Docket No. 14289)

    Response Deadline: February 9, 2007 at 4:00 p.m.

    Responses Received: None as of the date of this Notice of Agenda.

    **Status: This matter has been resolved.**

13.     Early, Ludwig, Sweeney & Strauss, LLC's Motion for Extension of Time for Certain of Its Clients/Claimants to Supplement Reponses to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 1/11/07] (Docket No. 14290)

    Related Documents:

    a.     [Proposed] Order Granting Early, Ludwig, Sweeney & Strauss, LLC's Motion for Extension of Time for Certain of Its Clients/Claimants to Supplement Reponses to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 1/11/07] (Docket No. 14290)

    Response Deadline: February 9, 2007 at 4:00 p.m.

    Responses Received: None as of the date of this Notice of Agenda.

    **Status: This matter has been resolved.**

14.     Motion for an Extension of Time to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 1/26/07] (Docket No. 14407)

    Related Documents:

    a.     [Proposed] Order Granting the Law Firm of Alwyn H. Luckey, P.A.'s Motion for an Extension of Time to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire for filing and service [Filed: 1/26/07] (Docket No. 14407)

    Response Deadline: None.

    Responses Received: None.

    Status: This matter is going forward.

**MATTERS RELATING TO ASBESTOS PD CLAIMS**

15. Motion of Anderson Memorial Hospital for Class Certification [Filed: 10/21/05] (Docket No. 10014)

    Related Documents:

    a. [Proposed] Order Granting the Motion of Anderson Memorial Hospital for Class Certification [Filed: 10/21/05] (Docket No. 10014)

    Response Deadline: December 2, 2005 at 4:00 p.m.

    Responses Received:

    a. Debtors' Brief in Opposition to Motion of Anderson Memorial Hospital for Class Certification [Filed: 12/2/05] (Docket No. 11245)

Supplemental Briefing:

a.  Appendix of Documents in Support of Debtors' Opposition to Motion of Anderson Memorial for Class Certification [Filed: 9/8/06] (Docket No. 13186)

Response Deadline: January 20, 2006

Status: This matter will go forward for a status conference.

## PI ESTIMATION STATUS

**16.  Status Report Regarding the Estimation of Asbestos Personal Injury Liabilities [Filed: 2/16/07] (Docket No. 14582)**

**Status: A status conference will go forward on this matter.**

Dated: February 16, 2007

KIRKLAND & ELLIS LLP
David M. Bernick P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL  60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and-

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

      /s/  James E. O'Neill
Laura Davis Jones (Bar No. 2436)
James E. O'Neill, III (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession