| Omnibus Objection | Creditor Name | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|---|
| 20th | CENDANT MOBILITY SERVICES CORPORATION | 14217 | 9837 | $270,250.62 | U | Reduce and Allow | Reduce and Allow | Continued to April 2, 2007 |
| 20th | ESTATE OF ROSARIO RAPISARDI | 14219 | 15073 | $680,060.44 | U | No Liability | Expunge | Continued to April 2, 2007 |
| 20th | GRAU JAMES AND ANNA | | 9688 | $800,000.00 | U | No Liability | Expunge | Continued to April 2, 2007 |
| 20th | HARY GRAU & SONS INC | | 9687 | $800,000.00 | U | No Liability | Expunge | Continued to April 2, 2007 |
| 20th | TEXAS COMPTROLLER OF PUBLIC ACCTS | | 300 | $4,252.88 | U | No Liability | Expunge | Claim withdrawn by creditor at docket 14355 |
| 20th | XEROX CORPORATION | | 690 | $4,764.15 | SU | Reclassify, Reduce & Allow | Reclassify, Reduce & Allow | Reclassify and allow |
| 20th | WALTER D. PELETT | 14525 | 2519 | $52,516.76 | U | No Liability | Expunge | Continued to April 2, 2007 |