IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| W. R. GRACE & CO., et al. ) | Chapter 11 |
| ) | |
| Debtors. ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |

Hearing Date: April 9, 2007 at 9:00 a.m.
Pittsburgh, Pa
Response Deadline: March 19, 2007
Related Docket No.: 9315

## DEBTORS' MOTION AND MEMORANDUM FOR AN ORDER PURSUANT TO F.R.B.P. 7056 DISALLOWING AND EXPUNGING ELEVEN (11) ASBESTOS PROPERTY DAMAGE CLAIMS INVOLVING PRODUCTS NOT MADE BY THE DEBTORS

It is undisputed that Debtors' asbestos-containing surfacing products consisted of a fireproofing material applied to steel called Monokote-3 and acoustical plaster (also called "acoustical plastic").[1] Based upon the undisputed facts set forth in the following seven (7) claimants' Claims Forms, the allegedly asbestos-containing products involved in their claims are not Debtors' surfacing products:

| Claimant Name | Claim Number | Construction Product |
|---|---|---|
| Virginia Thrasher | 2636 | Asbestos siding |
| Jamie Shartzer | 4382 | Pipe insulation |
| Clifford Spingler | 5986 | Popcorn ceiling |
| Ronald Skarie | 6582 | Basement ducts; asbestos wrapping |
| Fannette Stewart | 12750 | Popcorn ceiling and insulation wrap |
| Fannette Stewart | 12751 | Furnace duct |
| John Belferman | 12752 | Vinyl asbestos tile and textured paint |

---

[1] Expert Report on "Product Identification" of Richard J. Lee, Ph.D., dated January 17, 2007 (Docket No. 14351) at 1, 7.

The foregoing undisputed facts are contained in the respective Claims Forms submitted by each of the claimants and are summarized in the Rule 1006 Summary attached hereto as Exhibit A.

There also is no dispute that the Debtors' asbestos-containing surfacing products did <u>not</u> contain mineral wool, cellulose, wood fibers, or amosite asbestos fibers.[2] For the following four (4) claims, the only surfacing material bulk samples contain one or more components not found in Debtors' asbestos-containing surfacing products:[3]

| Claimant Name | Claim Number | Non-Grace Components |
|---|---|---|
| Woodbury Place Apts. | 2763 | Cellulose (5%) |
| Kenneth Smith | 7092 | Cellulose and carbonate (97%) |
| Toronto School Dist. Roden Junior Public School | 12315 | Cellulose (1-5%), mineral wool (50-75%) |
| Carlton University | 12395 | Mineral wool (25-50%), or amosite (50-75%) |

Accordingly, the alleged asbestos-containing material in the buildings at issue in these four (4) claims are not Grace products.

---

[2] See Note 1 <u>supra</u>.

[3] The claims of Jamie Shartzer (4382) (10% cellulose) and John Belferman (12752) (20% cellulose), discussed above, also fall into this category.

An appropriate Order expunging these claims is attached hereto.

Dated: February 16, 2007

REED SMITH LLP
James J. Restivo, Jr., Esq. (#10113)
Lawrence Flatley, Esq. (#21871)
Douglas E. Cameron, Esq. (#41644)
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone: (412) 288-3131
Facsimile: (412) 288-3063

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Lisa Esayian
Samuel Blatnick
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

And

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession