# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| W. R. GRACE & CO., et al. ) | Chapter 11 |
| ) | |
| Debtors. ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |

Hearing Date: April 9, 2007
Related Docket No.: 9315

## RULE 1006 SUMMARY OF VOLUMINOUS WRITINGS

The claim information for claims 2636, 4382, 5986, 6562, 12750, 12751, 12752 state that the alleged asbestos-containing material which is the subject of their respective property damage claims are, respectively: asbestos siding (2636-004); pipe insulation (4382-005); popcorn ceiling (5986-004); basement ducts (6582-004, 015); popcorn ceiling and insulation wrap (12750-004, 013); ceiling board and furnace duct (12751-004); and paint (12752-005, 012). The claim information for claims 2763 (2763-014) (5% cellulose), 7092 (7092-012) (97% cellulose and carbonate), 12315 (12315-086, 088) (1-5% cellulose and 50-75% mineral wool) and 12395 (12395-050, 051, 064) (25-50% mineral wool or 50-75% amosite) state that the only bulk samples for surfacing materials contains components not found in Grace's products. The foregoing pages of the claims information, along with a copy of this Rule 1006 Summary, is contained in Debtors' Appendix of Rule 1006 Summaries With Information is attached. The claim files submitted by claimants are available for examination or copying at the offices of Reed Smith LLP.

Dated: February 16, 2007

_____
James J. Restivo, Jr., Esq.

**EXHIBIT A**