IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| W. R. GRACE & CO., et al. ) | Chapter 11 |
| ) | |
| Debtors. ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |

**ORDER DISALLOWING AND EXPUNGING TEN (10) ASBESTOS PROPERTY CLAIMS INVOLVING PRODUCTS NOT MADE BY THE DEBTORS**

AND NOW, this ____ day of _____, 2007, it is ORDERED, ADJUDGED, and DECREED that claim numbers 2636, 2763, 4382, 5986, 6562, 7092, 12315, 12395, 12750, 12751, and 12752, are hereby disallowed and expunged as not involving any of Debtors' asbestos-containing surfacing products.

_____
Judith K. Fitzgerald
United States Bankruptcy Judge