# EXHIBIT A

## LIST OF CALIFORNIA CLAIMS

| Claimant Name | Claim Number | Claim Form States that Claim Included in Previous Lawsuit | Claim Included in Prior Lawsuit | Previous Bankruptcy Claim Filed For Alleged Injury |
|---|---|---|---|---|
| County Of Sonoma - 2680 Ventura Ave Santa Rosa, CA 95403 | 5586 | | Yes (*Alabama v. Grace*, 1990) | Yes (1985) |
| The California State University | 9838 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1985) |
| The California State University | 9839 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9840 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9841 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1985) |
| The California State University | 9842 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1985) |
| Regents Of The University Of California | 9843 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9844 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9845 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9846 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9847 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9848 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9849 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9850 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9851 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9852 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9853 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9854 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1985) |

EXHIBIT A

LIST OF CALIFORNIA CLAIMS

| Claimant Name | Claim Number | Claim Form States that Claim is Included in Previous Lawsuit | Claim Included in Prior Lawsuit | Previous Bankruptcy Claim Filed For Identical Asbestos Injury |
|---|---|---|---|---|
| Regents Of The University Of California 101 | 9855 | Yes (Alabama v. Grace, 1990) | Yes (Alabama v. Grace, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9856 | Yes (Alabama v. Grace, 1990) | Yes (Alabama v. Grace, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9857 | Yes (Alabama v. Grace, 1990) | Yes (Alabama v. Grace, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9858 | Yes (Alabama v. Grace, 1990) | Yes (Alabama v. Grace, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9859 | Yes (Alabama v. Grace, 1990) | Yes (Alabama v. Grace, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9860 | Yes (Alabama v. Grace, 1990) | Yes (Alabama v. Grace, 1990) | Yes (1985) |
| Regents Of The University Of California 801 | 9861 | | Yes (Alabama v. Grace, 1990) | Yes (1985) |
| Regents Of The University Of California 801 | 9862 | Yes (Alabama v. Grace, 1990) | Yes (Alabama v. Grace, 1990) | Yes (1985) |
| Regents Of The University Of California 802 | 9863 | Yes (Alabama v. Grace, 1990) | Yes (Alabama v. Grace, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9864 | Yes (Alabama v. Grace, 1990) | Yes (Alabama v. Grace, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9865 | Yes (Alabama v. Grace, 1990) | Yes (Alabama v. Grace, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9866 | Yes (Alabama v. Grace, 1990) | Yes (Alabama v. Grace, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9867 | Yes (Alabama v. Grace, 1990) | Yes (Alabama v. Grace, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9868 | Yes (Alabama v. Grace, 1990) | Yes (Alabama v. Grace, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9869 | Yes (Alabama v. Grace, 1990) | Yes (Alabama v. Grace, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9870 | Yes (Alabama v. Grace, 1990) | Yes (Alabama v. Grace, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9871 | Yes (Alabama v. Grace, 1990) | Yes (Alabama v. Grace, 1990) | Yes (1985) |

EXHIBIT A

## LIST OF CALIFORNIA CLAIMS

| Claimant Name | Claim Number | Claim Form States that Claim Included in Previous Lawsuit | Claim Included in Prior Lawsuit | Previous Bankruptcy Claim Filed For Identical Alleged Injury? |
|---|---|---|---|---|
| Regents Of The University Of California 101 | 9872 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9873 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9874 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9875 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9876 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9877 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9878 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9879 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9880 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1985) |
| Regents Of The University Of California 102 | 9881 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9882 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9883 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9884 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9885 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9886 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9887 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1985) |
| The California State University | 9888 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1985) |

EXHIBIT A

LIST OF CALIFORNIA CLAIMS

| Claimant Name | Claim Number | Claim Form States the Claim Included in Previous Lawsuit | Claim Included in Prior Lawsuit | Previous Bankruptcy Claim Filed for Residence (Alleged Injury) |
|---|---|---|---|---|
| The California State University | 9889 | Yes (Alabama v. Grace, 1990) | Yes (Alabama v. Grace, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9890 | Yes (Alabama v. Grace, 1990) | Yes (Alabama v. Grace, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9891 | Yes (Alabama v. Grace, 1990) | Yes (Alabama v. Grace, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9892 | Yes (Alabama v. Grace, 1990) | Yes (Alabama v. Grace, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9893 | Yes (Alabama v. Grace, 1990) | Yes (Alabama v. Grace, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9895 | Yes (Alabama v. Grace, 1990) | Yes (Alabama v. Grace, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9896 | Yes (Alabama v. Grace, 1990) | Yes (Alabama v. Grace, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9897 | Yes (Alabama v. Grace, 1990) | Yes (Alabama v. Grace, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9909 | Yes (Alabama v. Grace, 1990) | Yes (Alabama v. Grace, 1990) | Yes (1985) |
| Regents Of The University Of California 101 | 9910 | Yes (Alabama v. Grace, 1990) | Yes (Alabama v. Grace, 1990) | Yes (1985) |
| The California State University | 9925 | Yes (Alabama v. Grace, 1990) | Yes (Alabama v. Grace, 1990) | Yes (1984) |
| The California State University | 9928 | Yes (Alabama v. Grace, 1990) | Yes (Alabama v. Grace, 1990) | Yes (1984) |
| The California State University | 9970 | Yes (Alabama v. Grace, 1990) | Yes (Alabama v. Grace, 1990) | Yes (1985) |
| The California State University | 9988 | Yes (Alabama v. Grace, 1990) | Yes (Alabama v. Grace, 1990) | Yes (1985) |
| The California State University | 9993 | Yes (Alabama v. Grace, 1990) | Yes (Alabama v. Grace, 1990) | Yes (1984) |
| The California State University | 10018 | Yes (Alabama v. Grace, 1990) | Yes (Alabama v. Grace, 1990) | Yes (1985) |
| The California State University | 10019 | Yes (Alabama v. Grace, 1990) | Yes (Alabama v. Grace, 1990) | Yes (1985) |
| The California State University | 10020 | Yes (Alabama v. Grace, 1990) | Yes (Alabama v. Grace, 1990) | Yes (1985) |
| The California State University | 10053 | Yes (Alabama v. Grace, 1990) | Yes (Alabama v. Grace, 1990) | Yes (1985) |
| The California State University | 10058 | Yes (Alabama v. Grace, 1990) | Yes (Alabama v. Grace, 1990) | Yes (1985) |

**EXHIBIT A**

## LIST OF CALIFORNIA CLAIMS

| Claimant Name | Claim Number | Claim from State that Claim Included in Previous Lawsuit | Claim Included in Prior Lawsuit | Previous Bankruptcy Claim Filed for Identical Asbestos Injury |
|---|---|---|---|---|
| The California State University | 10078 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1985) |
| The California State University | 10160 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1985) |
| The California State University | 10208 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1984) |
| The California State University | 10230 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1984) |
| The California State University | 10237 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1984) |
| The California State University | 10303 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1984) |
| The California State University | 10319 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1984) |
| The California State University | 10597 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1984) |
| The California State University | 10621 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1984) |
| State Of California Dept Of General Services | 10648 | | Yes (*Alabama v. Grace*, 1990) | |
| State Of California Dept Of General Services | 10649 | | Yes (*Alabama v. Grace*, 1990) | |
| State Of California Dept Of General Services | 10650 | | Yes (*Alabama v. Grace*, 1990) | |
| State Of California Dept Of General Services | 10651 | | Yes (*Alabama v. Grace*, 1990) | |
| State Of California Dept Of General Services | 10652 | | Yes (*Alabama v. Grace*, 1990) | |
| State Of California Dept Of General Services | 10653 | | Yes (*Alabama v. Grace*, 1990) | |
| State Of California Dept Of General Services | 10654 | | Yes (*Alabama v. Grace*, 1990) | |
| State Of California Dept Of General Services | 10655 | | Yes (*Alabama v. Grace*, 1990) | |
| State Of California Dept Of General Services | 10656 | | Yes (*Alabama v. Grace*, 1990) | |
| State Of California Dept Of General Services | 10657 | | Yes (*Alabama v. Grace*, 1990) | |

**EXHIBIT A**

## LIST OF CALIFORNIA CLAIMS

| Claimant Name | Claim Number | Claim from State that Claim Included in Previous Lawsuit | Claim Included in Recent Lawsuit | Previous Bankruptcy Claim Filed For Location Alleged Injury |
|---|---|---|---|---|
| State Of California Dept Of General Services | 10658 | | Yes (*Alabama v. Grace*, 1990) | |
| State Of California Dept Of General Services | 10659 | | Yes (*Alabama v. Grace*, 1990) | |
| State Of California Dept Of General Services | 10660 | | Yes (*Alabama v. Grace*, 1990) | |
| State Of California Dept Of General Services | 10661 | | Yes (*Alabama v. Grace*, 1990) | |
| State Of California Dept Of General Services | 10662 | | Yes (*Alabama v. Grace*, 1990) | |
| The California State University | 11735 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1984) |
| The California State University | 11745 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1984) |
| The California State University | 11800 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1984) |
| The California State University | 11802 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1984) |
| The California State University | 11817 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1984) |
| The California State University | 11819 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1984) |
| The California State University | 11866 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1984) |
| The California State University | 11876 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1984) |
| The California State University | 11918 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1984) |
| The California State University | 11957 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1984) |
| The California State University | 11962 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1984) |
| The California State University | 12616 | Yes (*Alabama v. Grace*, 1990) | Yes (*Alabama v. Grace*, 1990) | Yes (1984) |
| State Of California Dept Of General Services | 14411 | | Yes (*Alabama v. Grace*, 1990) | |

EXHIBIT A