# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) |
| | ) |
| W. R. GRACE & CO., et al. | ) Chapter 11 |
| | ) |
| Debtors. | ) Case No. 01-01139 9JKF) |
| | ) (Jointly Administered) |

Hearing Date: April 9, 2007
Related Docket No.: 9315

## RULE 1006 SUMMARY OF VOLUMINOUS WRITINGS

The content of the following voluminous documents is summarized in the foregoing Motion and Memorandum:

| DOCUMENT | PAGES |
|---|---|
| Motion for Leave to File Complaint, *Alabama, et al. v. W. R. Grace & Co., et al.*, No__ Original, United States Supreme Court (1989) | Pps. 1-2 |
| Brief in Support of Motion for Leave to File Complaint, *Alabama, et al. v. W. R. Grace & Co., et al.*, No__ Original, United States Supreme Court (1989) | Knowledge and Allegation of Identical Injury by California<br><br>Pps. 10, 11, 12, 21, 31, 32 |
| State of California Claims - Admission of Previous Lawsuits for Identical Alleged Injury | 9838-008, 9839-008, 9840-008, 9841-008, 9842-008, 9843-008, 9844-0008, 9845-008, 9846-008, 9847-008, 9848-008, 9849-008, 9850-008, 9851-008, 9852-0008, 9853-008, 9854-008, 9855-008, 9856-008, 9857-008, 9858-008, 9859-008, 9860-008, 9862-008, 9863-008, 9864-008, 9865-008, 9866-008, |

**EXHIBIT B**

|  | 9867-008, 9868-008, 9869-008, 9870-008, 9871-008, 9872-008, 9873-008, 9874-008, 9875-008, 9876-008, 9877-0008, 9878-008, 9879-008, 9880-008, 9881-008, 9882-008, 9883-008, 9884-008, 9885-008, 9886-008, 9887-008, 9888-008, 9889-008, 9890-008, 9891-008, 9892-008, 9893-008, 9895-008, 9896-008, 9897-008, 9909-008, 9910-008, 9925-008, 9928-008, 9970-008, 9988-008, 9993-008, 10018-008, 10019-008, 10020-008, 10053-008, 10058-008, 10078-008, 10160-008, 10208-008, 10230-008, 10237-008, 10303-008, 10319-008, 10597-008, 10621-008, 11735-008, 11745-008, 11800-008, 11802-008, 11817-008, 11819-008, 11866-008, 11876-008, 11918-008, 11957-008, 11962-008, 12616-008. |
|---|---|
| San Diego State Johns-Manville Claim | Knowledge and Allegation of Identical Injury by San Diego State<br>Pps. 1-11 |
| CSU Johns-Manville Claim | Knowledge and Allegation of Identical Injury by California State University<br>Pps. 1-10 |
| County of Sonoma Johns-Manville Claim | Knowledge and Allegation of Identical Injury |

|  | by County of Sonoma<br><br>Pps. 1-4 |
| --- | --- |
| Report on the Facilities Asbestos Inspection and Risk Assessment Services for The California State University System (the "1985 Report") | Executive Summary, Program Objectives and Procedures<br><br>Pps. E1-E2, 6-7 |
| University of California Claim against Johns-Manville, Corp. | Knowledge and Allegation of Identical Injury by the University of California<br><br>Pps. 1-7 |
| Supreme Court Order, *Alabama, et al. v. W. R. Grace & Co., et al.*, (1990) | Order Denying Petition<br><br>P. 1 |

The foregoing pages of the above documents, along with a copy of this Rule 1006 Summary, are contained in Debtors' Appendix of Rule 1006 Statements With Attached Information.

Dated: February 16, 2007

*/s/ Lawrence E. Flatley*
Lawrence E. Flatley