IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| W. R. GRACE & CO., et al. | ) Chapter 11 |
| | ) |
| Debtors. | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |

**ORDER DISALLOWING AND EXPUNGING 109 TIME-BARRED CALIFORNIA ASBESTOS PROPERTY DAMAGE CLAIMS**

AND NOW, this ___ day of _____, 2007, it is ORDERED, ADJUDGED, and DECREED that claim numbers 5586, 9838, 9839, 9840, 9841, 9842, 9843, 9844, 9845, 9846, 9847, 9848, 9849, 9850, 9851, 9852, 9853, 9854, 9855, 9856, 9857, 9858, 9859, 9860, 9861, 9862, 9863, 9864, 9865, 9866, 9867, 9868, 9869, 9870, 9871, 9872, 9873, 9874, 9875, 9876, 9877, 9878, 9879, 9880, 9881, 9882, 9883, 9884, 9885, 9886, 9887, 9888, 9889, 9890, 9891, 9892, 9893, 9895, 9896, 9897, 9909, 9910, 9925, 9928, 9970, 9988, 9993, 10018, 10019, 10020, 10053, 10058, 10078, 10160, 10208, 10230, 10237, 10303, 10319, 10597, 10621, 10648, 10649, 10650, 10651, 10652, 10653, 10654, 10655, 10656, 10657, 10658, 10659, 10660, 10661, 10662, 11735, 11745, 11800, 11802, 11817, 11819, 11866, 11876, 11918, 11957, 11962, 12616, and 14411 are hereby disallowed and expunged.

                                                                Judith K. Fitzgerald
                                                                United States Bankruptcy Judge