# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) |
| | ) |
| W. R. GRACE & CO., et al. | ) Chapter 11 |
| | ) |
| Debtors. | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |

Hearing Date: April 9, 2007
Related Docket No. 9315

## RULE 1006 SUMMARY OF VOLUMINOUS WRITINGS

The content of the following voluminous documents is summarized in the foregoing Motion and Memorandum:

| DOCUMENT | PAGES |
|---|---|
| *Jefferson Parish School Board v. W. R. Grace & Co., (D. La August 31, 1988)* | 11285-018, pages 2-31 and summons |
| EPA, *Asbestos-Containing Materials in School Buildings: A Guidance Document* (1989) | Cover pages and Part 1 - Letter to Schools, Chapter 4; Part 2 – Part I |
| EPA, *School Asbestos Program Questions and Answers* (1979) | Cover page and pages OPSB 356, 357, 359, 362 |
| The Attorney General's Asbestos Liability Report to Congress (1981) | Cover page and page (XII) |
| Caddo Parish Claim Forms | Knowledge & Abatement 1979-1986<br><br>10631-005-007, 062-067<br><br>10632-005 |
| Natchitoches Parish Claim Forms | Knowledge & Abatement 1981-1983<br><br>11326-004, 006 and supplemental material |
| East Baton Rouge Parish Claim Forms | Knowledge & Abatement 1979-1985<br><br>12651-0006, 037-040; 12654-006 and supplemental material |

**EXHIBIT A**

| **DOCUMENT** | **PAGES** |
|---|---|
| Jefferson Davis Parish Claim Forms | Knowledge & Abatement 1982<br>8025-004, 006, 008, 019, 020, 022 |
| Acadia Parish Claim Forms | Knowledge & Abatement 1983-1984<br>8029-0006, 019, 021 |
| Lafourche Parish Claim Forms | Knowledge & Abatement 1983-1985<br>8018-006, 061-065, 066<br>8019-006, 051, 052, 054, 055<br>8022-004, 050; 8023-006, 182 |
| Lafayette Parish Claim Forms | Knowledge & Abatement 1984-1987<br>11285-006, 042, 092, 093 |
| Jefferson Parish Claim Forms | Knowledge & Abatement 1980-1985<br>8164-004; 8165-004, 006;<br>8181-004; 8184-004; 8186-004 |
| St. Martin Parish Claim Forms | Alleged Knowledge 1988<br>8024-004, 006, 008, 020 |
| Calcasieu Parish Claim Forms | Alleged Knowledge 1988<br>8034-004, 006, 008 |
| LaSalle Parish Claim Forms | Alleged Knowledge 1988<br>8027-006 |
| The Archdiocese's Claims Forms and Discovery Information | Knowledge & Abatement 1981-1983<br>Pfellerle Dep at 134, 135-136<br>Rice Dep. at 26, 31, 32<br>April 5, 1982 Rice Letter<br>October 7, 1982 Fine Letter<br>8359-007; 8365-011 |

**EXHIBIT A**

The foregoing pages of the above documents, along with a copy of this Rule 1006 Summary, are contained in Debtors' Appendix of Rule 1006 Statements With Attached Information.

Dated: February 16, 2007

*Traci S. Rea*

Traci S. Rea, Esq.

**EXHIBIT A**