# EXHIBIT B

DEPARTMENT OF HEALTH AND HUMAN RESOURCES
## OFFICE OF HEALTH SERVICES AND ENVIRONMENTAL QUALITY
P. O. BOX 60630
NEW ORLEANS, LOUISIANA 70160

April 7, 1980



**EDWIN EDWARDS**
GOVERNOR

Parish School Superintendent

Dear Sir:

Last year Governor Edwards designated me as the official contact, for the State of Louisiana, with the EPA Program for controlling the exposure of children in schools to asbestos.

On August 6, 1979 I sent to you information relative to this program. At that time compliance was voluntary.

I have just been informed by the EPA that a rule on the subject will be published near the end of May 1980 for which compliance will be <u>mandatory</u>, as follows:

1. A survey of all schools for asbestos hazards will have to be completed within 120 days after publication of the rule (which should be near the end of September 1980).

2. A report that the surveys were made and that samples, if any, were sent for testing will have to be sent to the EPA within 180 days after publication of the rule (which should be in November 1980).

In addition, the EPA expects to issue a rule, in the Spring of 1981, designating when corredtive action must be completed. Compliance with this rule will also be mandatory.

Yours truly,

*Wilfred H. Charbonnet*

Wilfred H. Charbonnet, P.E.
Administrator Occupational Health

WHC/mj

cc: Parish Health Unit
    Mr. Rodney Orr, EPA, Dallas

bcc: *Grace Fanning*

OPSB 00600

**"AN EQUAL EMPLOYMENT OPPORTUNITY AGENCY"**