# EXHIBIT C

which supplies health services to the needy.

The Department of Health and Human Resources received a $313 million appropriation for 1978-79, $17 million less than they requested.

In late December, Dr. William Cherry anounced that HHRA would have a deficit at current spending levels and said services would be cut

Parkway and Park Commission executive director Charles W. Nutter said Wednesday that user fees are being studied for the major parks so that out-of-parish residents will have to foot some of the freight for upkeep of the parks.

He said it may be that Orleans Parish resident fees would be waived or Orleans residents would be entitled to live outside of Orleans Parish, but it will cost you money," said Nutter. "That's okay with us, if a guy wants to pay a little extra money to use our services."

Brechtel and Joe Brown parks are fenced, so such a card could be required on entry to the parks.

Nutter said the review is coming after the city has spent millions of dollars

parks are use residents. Joe from St. Berna Parish resid said.

In fact, Nut having all th cars driving even before Fourth Distri tuned to goi count was so and actual co got suspended cent of that w. "The parks by the citizen we would be f

## Jeff to Probe School Asbestos

### By MOLLY MOORE
(Times-Picayune Education Writer)

The Jefferson Parish School Board Wednesday ordered its staff to begin an investigation of potentially cancer-causing asbestos materials in schools.

Eliminating the material in the 81-school system could pose "massive problems," a school system official told The Times-Picayune.

"It's a reason for concern, but not a reason for alarm," said Sam Timpa of Construction Planning Associates, the agency which handles minor repairs and estimates for the school board.

"I feel sure we must have some of the material in some of the schools," Timpa said adding that the asbestos spray-on material was used most extensively in buildings constructed during the 1950s and 1960s.

Test samples have been analyzed in only one Jefferson Parish school despite a nationwide furor over possible health risks of asbestos coating used for sound-proofing, fire-proofing and decorations on ceilings.

Timpa said tests conducted for S.J. Barbre Middle School in Kenner five months ago show no sign of asbestos. The analysis was run at the request of school teachers and the principal.

Board member Terry Verigan told his colleagues, "The problem involves

Cont. in Sec. 1, Page 8, Col. 5



## N.O. Ferry to Chalmette Struck by Power Failure

### By BRUCE NOLAN

A New Orleans ferry crossing the river to Chalmette with 15 to 20 cars aboard suffered a total power failure Wednesday morning and drifted almost half a mile downriver before it was retrieved.

"In addition, the pilot said he may have lost his marine radio during the failure, and was unable to raise an acknowledgement in trying to warn a passing freighter of his helplessness.

the crossing, said the ferry was placed back into service later Wednesday when it was determined that there was nothing mechanically wrong with the boat.

He said an inquiry disclosed that a marine oiler, or helper, aboard the Westside inadvertently cut off the fuel supply to the boat's two diesel engines during another operation. That killed the boat's propulsion and its electrical systems, he said.

## Picayune

### By James Haddican

Secretary of Labor Ray Marshall says he'll issue new regulations late this month to revise operation of programs under the Comprehensive Employment and Training Act (CETA). In this case, one regulation should suffice — Thou shalt not steal.

\* \* \*

A plan by turkey producers to boost output by more than 11 per-

JPSB 00015



—AP Wirephoto

EWS CONFERENCE
send to Congress

would anticipate our good rela-
with Iran will continue in the fu-
Carter said. "I have confidence
Iranian people to restore a stable
ment and to restore the econom-
umstances for the future."
said the administration had not
unicated directly with Khomaini,
nian Islamic leader who resides
burb of Paris.
er said that the United States
id contracts to supply weapons to
nd that this policy was being con-

s important ... that a strong and
military be maintained" in the
an Gulf country, the president

er also said that "an extended
ption" in shipments of oil from
which supplies the United States
percent of its oil, "would create
singly scarce supplies on the
ational market."

# Asbestos Probe

Continued from Page 1

no immediate health hazard."

A congressional committee is investi-
gating charges that millions of Ameri-
can children are exposed daily to the
risk of cancer from asbestos in their
classrooms. Health experts have de-
tected unusually high rates of cancer
among individuals who work in
asbestos-related industries, the House
panel was told last week.

The material was used extensively in
many buildings prior to a 1973 ban.
Most of Jefferson Parish's 200 school
buildings were constructed prior to
that date.

Timpa said he can make no esti-
mates on how extensively asbestos
coating was used in schools — "it may
be in only one or two, but the danger is
still there."

A spot check of the nation's 17,000
public schools has demonstrated that
as many as 15 percent may be affect-
ed, according to Robert Rauch of the
Environmental Defense Fund, a na-
tional watchdog group which has
stimulated public interest in the
subject.

"I don't know what we're going to do
if the problem is found to be wide-
spread in Jefferson schools," Timpa
said, noting that correcting the prob-
lem will be expensive.

But, ignoring the problem could be
even more costly, he noted.

"We have to take some action be-
cause we could have one lawsuit over
this that could bankrupt the whole sys-
tem," Timpa warned.

He added that CPA is conducting a
survey of every school in the system to
determine the extent of roof damage
and other structural problems.

Each school also will be tested for
asbestos materials, Timpa said, adding
that the process will take at least a
year.

The school board can correct the
problem in two ways: by ripping out
the asbestos-coated ceiling tiles and
panels or spraying those areas with a
rubber-based paint.

An analyst for a Chicago-based
chemical testing service suggested that
tearing out asbestos-coated panels
could create an even greater cancer
risk.

Although the spokesman said his
theory is not based on scientific data,
"When you start to pull out the materi-
al you will send a lot of the asbestos
particles floating through the air caus-
ing an even greater danger than if you
would have left the stuff alone."

Teachers from Barbre requested that
the school board test acoustical ceiling
tile for the asbestos material more
than two years ago, according to
Timpa. However, CPA's controversial
predecessor, Construction Manage-
ment Associates, ignored the request
and refused to conduct the test, Timpa
said.

Timpa said CPA sent samples from
the school ceiling to the Chicago firm
of Walter C. McCrone Associates Inc.
for testing.

A spokesman for McCrone told The
Times-Picayune Wednesday that test
samples have been pouring into their
lab from school districts throughout the
nation for the past two years. He noted
that 200 samples were sent from a New
York school district last week.

Experts disagree over the serious-
ness of the danger from the use of
asbestos-coated material.

Some medical specialists contend
that when proximity to the asbestos is
combined with cigarette smoke, the
potential for risk increases
dramatically.

Other experts have suggested that
the 20- to 30-year incubation period for
asbestos-caused cancer precludes risk
to school children.

## Mazzini Lodge Elects Master

Raymond Buse has been elected wor-
shipful master of the Galileo Mazzini
Lodge 368, F & AM.

Other elected officials for 1979 are
Dave Dyer, senior warden; Skene
Blanchard, junior warden; O.N. Bosch,
treasurer; Felix Basile, secretary; Carl
Hughy, master expert; and Michael J.
Bickford, orator.

Appointed officials are John An-
drews, master of ceremonies; Salva-
dore Marchiafava, senior deacon; Paul
Pimbo, junior deacon; Jesse T. Barker,
inner guard; Dr. Julius J. Bosch, tyler;
Larry Plaisance, economist; and Allen
Robertson, Anthony Ceraboldi, B.J.
Guillot Sr., Allen Jaeger and Andrew
Jaeger, stewards.

## Parents Seminar Set on Drugs, Alcohol

A seminar for parents on how to cope
with teen-agers who are having drug or
alcohol problems will be held at the
Family Institute, 4401 Downman Road,
in eastern New Orleans, starting Jan.
29 at 7 p.m.

It will consist of eight two-hour ses-
sions held each Monday and Wednes-
day. Leading the event will be Miriam
C. Jones, a psychotherapist at the insti-
tute.



JPSB 00016

OPSB 00507

A5—2A  Friday, June 29, 1979  The States-Item

# N.O., Jeff schools tested for asbestos

By RHONDA McKENDALL

Teams of public school maintenance personnel in Orleans and Jefferson parishes are collecting test samples of building materials suspected of containing potentially cancer-causing asbestos.

In Jefferson, 55 samples from various buildings in the 81-school system have been packed for mailing Monday to a California laboratory for testing, a school official said.

In Orleans, 81 of the system's 133 schools have been inspected and 151 samples have been obtained, said John Finney, maintenance director. Plans are being worked out to have the samples tested at the University of New Orleans, he said.

No samples have been gathered from the 98 parochial schools in Orleans and Jefferson but Superintendent Howard Jenkins of the Archdiocese of New Orleans is communicating with the schools' principals on the matter, a spokesman said.

Finney said school systems have not been forced by the government to collect samples but are doing so "to play it safe."

"We are sampling anything that might even look suspicious," Finney said. He said 16 Orleans public schools have been found to be "completely clean."

Finney said Orleans still is working out the cost of having its samples analyzed.

Asbestos, a fibrous mineral used in fireproofing, has been linked to lung cancer. Medical researchers have found that shipyard employees and others who work with asbestos have a high rate of lung cancer.

Asbestos was commonly used in the 1950s and 1960s for fireproofing and improving acoustics in classrooms. In 1973 the Environmental Protection Agency banned the use of any material containing more than 1 percent of the substance.

Schoolteachers and the principal of S.J. Barbre Middle School in Kenner requested an analysis of suspect materials at the school, but tests showed no signs of asbestos, said Sam Timpa of Construction Planning Associates, a company which handles estimates and minor repairs for Jefferson's School Board.

Timpa said results from test samples from Jefferson schools will be available in about a month and will be made public after costs of having any asbestos detected removed are worked out.

He said the minimum cost of testing the samples from Jefferson schools is about $2,000 but could run up to $4,000 if every sample has to be retested.

The samples are being sent to Environmental Analysis Laboratories in Richmond, Calif.

Timpa said the cost of removing asbestos-containing material or spraying affected areas with a rubber-based paint could be high.

Case 01-01139-AMC   Doc 14595-4   Filed 02/16/07   Page 5 of 8

*New Orleans Times-Picayune*
November 29, 1979, §1, p.18, col.1

# Asbestos Found in 23 Jeff Schools

**By MOLLY MOORE**
*(Times-Picayune Education Writer)*

Potentially harmful asbestos material has been discovered in 23 Jefferson Parish public schools and could cost almost $1 million to eliminate.

The asbestos substance, which has been labeled a potential cancer risk, was identified after an investigation of the parish's 81 schools. The material was found primarily in ceiling and wall coverings.

"This should be a top priority with the school board because there is no way to tell how severe the health threat is," said Sam Timpa of Construction Planning Associates, the board's construction consultant. "No one really knows what the risk is."

Most of the ceiling and wall materials tested in Jefferson Parish schools contained 10-15 percent of the potentially harmful asbestos. The Environmental Protection Agency has recommended that surfaces with as little as 1 percent of the substance be covered.

Eliminating the asbestos from the 22 school facilities will cost an estimated $992,000.

The board voted to postpone any attempts to remove the asbestos material until after the Dec. 8 sales tax election.

If the one-half cent sales tax is approved by voters, some of the funds would be used to combat the asbestos problem, board members said.

The cancer-causing threats linked to the asbestos material has set off a nationwide furor in school systems. The EPA has urged all governing bodies to begin identifying and removing the potentially dangerous substance from public buildings immediately.

Health experts have detected unusually high rates of cancer among individuals who work in asbestos-related industries. Asbestos material was used extensively for fireproofing and improving accoustics in buildings prior to a 1973 ban on the substance. It was frequently sprayed on ceilings. The material becomes hazardous when particles loose and begin circulating in the air. It is a particular threat in schools where children can reach asbestos-coated surfaces.

The Jefferson Parish School System is the first public school district in Louisiana to conduct an extensive search for the hazardous substance, Timpa said.

"The other school boards are just burying their heads and acting like the problem doesn't exist," he said.

New Orleans Public School officials claim a spot check of their buildings has revealed no asbestos material.

Most of the exposed asbestos can be eradicated by coating the surface with a latex paint, according to Timpa. In more dangerous situations, the loose material must be covered with sheetrock. The most expensive alternative is complete removal. The most critical asbestos discovery was made at Marie Riviere Elementary School in Metairie. Much of the asbestos surface area is damaged and is falling in the cafeteria, administration buildings and overhangs outside the classrooms.

The tab for sealing the asbestos surfaces at Riviere is an estimated $124,000.

Other schools with damaged, and consequently the most hazardous, asbestos surfaces included Live Oak Elementary, Ames Elementary, Harahan Elementary, Bridgedale Elementary, Stephen Barbre Middle, Alexander Elementary and Bunche Village.

The ceilings in all classrooms, hallways, the cafeteria, office and library were cited at Bunche Village, with repairs expected to tally $138,000.

T. H. Harris Junior High School would require some of the most extensive work. Painting over the asbestos in 56 classrooms, the administration building and cafeteria would cost $131,700.

In other schools, the asbestos surfaces are solid and dry and will require spray painting over the material.

Included are Marrero Middle, McDonogh 26 Elementary, Lincoln Middle, Green Park Elementary, Worley Middle, Fairchild Junior High, Hazel Park Elementary, Deckbar School, Westwego Elementary, Bissonet Plaza Elementary, William Hart Elementary, Westgate Elementary and Vic Pitre Elementary.

During the Wednesday board meeting, members voted a bonded indebtedness of $9.1 million to finance co-education renovations and construction of a Kenner school and a career center.



MEMBERS OF THE TIMES Toy Fund General Committee

# Jeff OK¢

**By MOLLY MOORE**
*(Times-Picayune Education Wri…)*

The Jefferson Parish Schoo… voted Wednesday to finance … million bond sale for constru… two new schools and major c… tional school renovations.

The schools system will sp… million adapting five schools educational classes. A feder… has ordered the school system ually integrate all of its high s… next fall.

Board members have blame crastination in renovating th… on lack of funds. Now the b… barely 10 months to renovate schools with co-education ho… nomics, trades and industries, cafeteria and toilet facilities.

N.O.-London





JPSB 00014

to retain his "flexibility."

But, the official said, there should be no mistaking that Carter reserves the right to use American military force, including ground troops, to protect the flow of oil to the United States, West Europe and Japan from the Gulf.

circumstances that would develop.

"These circumstances could involve not only an external act against one of the countries concerned, but also, in much more complicated circumstances, involving internal difficulties."

Carter is not the first president to declare a region of the globe to be within the "vital interests" of the United States.

President Harry S. Truman, in 1947, drew a line around Greece, Turkey and Italy, warning the Soviets to keep

# Asbestos Discovered in Many City Schools

By MOLLY MOORE
(Times-Picayune Education Writer)

Potentially harmful asbestos has been discovered in two-thirds of the public schools surveyed in New Orleans, according to one city official.

The potential cancer-causing agent was detected in 16 of the 24 Orleans Parish schools investigated, said Tom Winn of the Mayor's Office of Environmental Affairs.

"Only 24 of the 136 schools in the parish have been surveyed because that's all the money the school board has to use for this investigation," Winn added.

The mayor's office is working with both the Orleans and Jefferson parish school boards in asbestos detection and abatement programs.

Jefferson Parish school officials found the material in 23 of its 81 schools and has estimated a $1 million price tag to cover or remove the asbestos.

But removing the asbestos from school houses is only the beginning of the problem, Winn told members of the Jefferson Parish School Board Wednesday night.

Apparently, there is no place to dispose of the hazardous waste in Louisiana.

"It's got to be shipped out of state," Winn said. "The asbestos might pose more of a danger if it's disposed of improperly than it would cause if left on the walls."

Several drums of the harmful material are being stored in Orleans Parish school system facilities "because the board doesn't have the money to get rid of it," Winn noted.

The asbestos was removed from boiler rooms several years ago before the possible harmful effects of the material were publicized, according to Winn.

Orleans Parish officials haven't estimated the total bill for their asbestos abatement program because they had been financially unable to complete a survey of the entire system.

Jefferson officials said their $1 million estimate did not include the cost of shipping the waste outside the state. However, most of the asbestos in Jefferson Parish schools can be covered safely with spray-on materials and will not require complete removal, according to Sam Timpa, archetectural consultant for the board.

Publicity about the potentially hazardous effects of breathing and ingesting asbestos has created panic in some school districts throughout the nation. The material was used in the 1950s and early 60s for fireproofing walls and ceilings and improving acoustics in auditoriums.

The Environmental Protection Agency has urged school systems and other government agencies to begin asbestos abatement programs. Winn predicted Congress will mandate asbestos abatement procedures within the next year.

Legislation is pending in the U.S. Senate which would appropriate $3.3 million for asbestos detection and removal programs.

Many school systems have started surveying their facilities for asbestos, but are wary of beginning control programs. Although the EPA has received about 50 requests from firms manufacturing products that supposedly cover asbestos material safely, the federal agency has not yet approved any of them.

Winn noted that several years ago the Orleans school system covered dangerous lead paint with material now believed to have contained asbestos.

# Ditch-Cleaning Law OK in Charter

By LARRY CIKO
(The Times-Picayune Pearl River Bureau)

SLIDELL, La. — Councilman Sam Caruso announced Wednesday night the attorney general has stated a proposed ditch-cleaning ordinance is not a violation of the city charter.

That conflicts with an opinion given by City Attorney Lloyd Walters.

The ordinance in question was introduced by Councilman-at-large Alvin Singletary last month, but was withdrawn when Mayor Webb Hart argued the measure transgressed into an area over which he had control.

merits of the legislation, but because of the basic right the council has to enact such laws.

The District C councilman said the attorney general's opinion "plainly settles the question."

Caruso said the council has not stood as an independent body, charging that some members acted as though they were department heads.

He said the mayor, city attorney and some members have misunderstood the difference between an unwarranted interference in the specific, clearly and purely internal affairs of the executive branch, and a perfectly legitimate exercise of the concept of checks and balances.

JPSB 00023

A WORKER applies a sealing compound to an asbestos ceiling in the library of the Phyllis Wheatley Elementary School in New Orleans Thursday. Work is under way in [...] pursuant to eliminate [...] way used in many public school buildings as a fire retardant in the 1950s and 1960s.

*N.O. Times Pic July 22, 1983 § 1 P 13 col 2 P*

# Jefferson, Orleans lead race to clean up school asbestos

By RHONDA McKENDALL

A $2 million project to protect New Orleans' public school children and teachers from cancer-causing asbestos is expected to be completed by next summer, school officials said Thursday.

In Jefferson Parish, removing the asbestos will cost almost $1 million, and school officials expect to be finished by late December.

But other school districts in the area say they aren't nearly as far along as Orleans and Jefferson in their efforts to get rid of the hazardous material.

Asbestos is a fibrous material used in the 1950s and 1960s as insulation in boiler rooms or sprayed onto school ceilings and walls for noise reduction and fireproofing.

The Environmental Protection Agency banned asbestos in construction in 1973. Years later, the agency ordered its removal from schools but didn't provide money to do it.

In New Orleans, the asbestos removal program began two years ago with inspectors pinpointing schools where it was present.

About six months ago, maintenance workers and others wearing masks and protective clothing began removing the asbestos or sealing it off with a special rubber-based paint in about 100 of the city's schools.

As of Thursday, only four schools and parts of five others were finished, Assistant Superintendent William Smith said.

Abrams, Bell, Green and Gayarre schools are done. Classrooms at Bradley, McMain, Allen, Chester and Lafon schools are done, but boiler rooms at those schools are not, Smith said.

Classrooms at Phyllis Wheatley Elementary School were being treated Thursday.

Asbestos is being removed from boiler rooms and is being covered with the special paint in classrooms. The EPA banned asbestos after health experts found high rates of lung cancer among people working in shipyards and other industries that heavily used the material.

Asbestos poses the biggest threat when fibers flake off ceilings, walls or pipes and are breathed into the lungs.

However, a New Orleans doctor said children are unlikely to be harmed if asbestos is confined to boiler rooms and basement furnaces.

"The risks are not high" in these cases, said Dr. Robert N. Jones, associate professor of medicine at Tulane University.

In Jefferson, the asbestos removal began two years ago. It has been sealed off in 22 of the 23 schools where it was found, said Sam Timpa of Construction Planning Associates, a school system consultant.

The only school left is Bunche Village, a career education center.

At some of the 23 contaminated schools in Jefferson, ceilings in every

Turn to next page

ership issue.

DiRosa said he does not believe the ownership question is important. But, he said he thinks the park belongs to the city.

Earlier Thursday, Audubon Park Director Ronald Foreman testified

volunteer, non-profit basis, he said.

Seven park commissioners, the Friends of the Zoo and others petitioned the court Monday to enter the lawsuit on the side of the state. Seven other park commissioners are among those backing the city's lawsuit.

## Asbestos work slow

Continued from Page 13

classroom were affected, Timpa said. In other cases, asbestos was found only in the cafeterias.

The program should be completed by Christmas, making Jefferson the first school district in the state to finish, Timpa said.

In St. Tammany Parish, public schools were inspected this year but removal of asbestos from the boiler rooms of 15 schools has not started yet, Assistant Superintendent Richard Clanton said. School officials aren't sure how much the job will cost.

In St. John-the-Baptist Parish, asbestos was removed from the ceiling of the Edgard Elementary School auditorium about three years ago but has not been removed from boiler rooms at two other schools, Superintendent Albert T. Becnel said.

Asbestos has been found in the boiler rooms at two St. Charles Parish public schools and will be removed this year, Superintendent Robert C. Rice said.

Public school officials in St. Bernard and Plaquemines parishes were unavailable for comment.

The EPA had given the nation's 110,000 public and private elementary and secondary schools until June 27 to report the presence of asbestos to parents and school employees.

Officials in most New Orleans area school systems say they have posted warning signs in schools where asbestos was found, and have notified principals and the heads of parent-teacher groups.

Warning signs also are being posted in New Orleans area Catholic schools where asbestos has been found, according to Thomas Finney, public relations director for the Archdiocese of New Orleans, but no asbestos removal or covering has begun.

Catholic school officials are studying the costs and methods of correcting the problem, Finney said. Each school is reponsbile for its own study, he said.

Finney was unable to name the parochial schools where asbestos was found. The archdiocese covers seven civil parishes in the New Orleans area.

JPSB 00038

## Two state shrimping areas will be closed at midnight

BATON ROUGE (UPI) — A large portion of Zone 1 in southeast Louisiana and Zone 3 in southwest Louisiana extends from the western shore of Vermilion Bay and Southwest Pass to the Texas state line, officials said.