IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| W. R. GRACE & CO., et al.    ) | Chapter 11 |
| ) | |
| Debtors.    ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |

**ORDER DISALLOWING AND EXPUNGING 120 LOUISIANA PROPERTY DAMAGE CLAIMS AS BARRED BY LOUISIANA'S ONE-YEAR PRESCRIPTION PERIOD**

AND NOW, this ____ day of _____, 2007, it is ORDERED, ADJUDGED, and DECREED that claim numbers 8018, 8019, 8020, 8021, 8022, 8023, 8024, 8025, 8026, 8027, 8028, 8029, 8030, 8031, 8032, 8033, 8034, 8035, 8036, 8037, 8038, 8039, 8164, 8165, 8166, 8167, 8168, 8169, 8170, 8171, 8172, 8173, 8174, 8175, 8176, 8177, 8178, 8179, 8180, 8181, 8182, 8183, 8184, 8185, 8186; 8357, 8358, 8359, 8360, 8361, 8362, 8363, 8364, 8365, 8366, 8367, 8368, 8369, 8370, 8371, 8372, 8373, 8374, 8375, 8376, 8377, 10631, 10632, 10633, 10634, 10635, 10636, 10637, 01638, 10639, 10640, 10641, 10642, 10643, 10644, 10645, 10646, 10647, 11326, 11327, 11328, 11329, 11330, 11285, 11286, 11287, 11288, 11289, 11290, 11291, 11292, 11293, 11294, 11295, 11296, 11297; 12651, 12652, 12653, 12654, 12655, 12656, 12657, 12658, 126589, 12660, 12661, 12662, 12663, 12664, 12665, 12666, 12667, 12668, and 12669 are hereby disallowed and expunged as barred by Louisiana's one-year prescription period.

_____
Judith K. Fitzgerald
United States Bankruptcy Judge