# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| IN RE: | ) | |
|---|---|---|
| | ) | |
| W. R. GRACE & CO., et al. | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |

Hearing Date: April 9, 2007
Related Docket No. 9315

### RULE 1006 SUMMARY OF VOLUMINOUS WRITINGS

The Claim Forms that are subject to this motion are voluminous documents under Fed. R. Evid. 1006. Their summarized content is located on the following pages of the Claim Forms:

| Claimant | Date Property Built | Page Number | Date Product Installed | Page Number |
|---|---|---|---|---|
| Church of St. Helena | Pre-1969 | 3512-003 | 1954 | 3512-012, 018, 019 |
| Church of Holy Redeemer | Pre-1969 | 6933-003 | 1954 | 6933-004 |
| City of Barnesville | Pre-1969 | 6936-003 | 1950 | 6936-004 |
| Bethesda Hospital | Pre-1969 | 10523-003 | 1966 | 10523-004 |
| First Presbyterian Church | Pre-1969 | 12780-003 | 1960 | 12780-004 |
| New Hanover Med. Center | Pre-1969 | 10672-003 | 1954 | 10672-004 |
| Montgomery Med. Hosp. | 1969-1973 | 10673-003 | 1970 | 10673-004 |
| YMCA | 1969-1973 | 11153-003 | 1971 | 11153-004 |
| St. Anthony's Hospital | 1969-1973 | 11151-003 | 1970 | 11151-004 |
| National Bank Building | 1969-1973 | 11722-003 | 1970 | 11722-004 |
| First National Building | 1969-1973 | 10533-003 | 1970 | 10533-004 |

The foregoing pages of the Claim Forms, along with a copy of this Rule 1006 Summary, is contained in Debtors' Appendix of Rule 1006 Statements With Information Attached. The claim files are also available for examination and/or copying at the offices of Reed Smith LLP.

Dated: February 16, 2007

_____
Traci S. Rea, Esq.

**EXHIBIT A**