IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) |
| | ) |
| W. R. GRACE & CO., et al. | ) Chapter 11 |
| | ) |
| Debtors. | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| | ) |

**ORDER DISALLOWING AND EXPUNGING ELEVEN
PROPERTY DAMAGE CLAIMS BARRED BY STATUTES OF REPOSE**

AND NOW, this ____ day of _____, 2007, it is ORDERED, ADJUDGED, and DECREED that claim numbers 3512, 6933, 6936, 10523, 10533, 12780, 10672, 10673, 11151, 11153 and 11722 are hereby disallowed and expunged as barred by applicable statutes of repose.

_____
Judith K. Fitzgerald
United States Bankruptcy Judge