# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| W. R. GRACE & CO., et al. | ) Chapter 11 |
| | ) |
| Debtors. | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |

Hearing Date: April 9, 2007
Related Docket No: 9315

## RULE 1006 SUMMARY OF VOLUMINOUS WRITINGS

## 44 CLAIMS BARRED BY CANADIAN ULTIMATE LIMITATIONS PERIODS

Below is a list of the 44 Canadian PD claims barred by ultimate limitations periods. For each claim, Column 4 of the list indicates the date of installation of a Grace asbestos-containing product in the building at issue and Column 5 indicates the source of this date. Sources include: (1) the James Cintani affidavit (Exhibit D to the Motion), (2) the claimants' responses to certain questions on the Claim Form, or (3) backup documentation that the claimants submitted in support of their claims. Instead of attaching the Claim Forms and claim backup documentation to the Motion, Debtors summarize the relevant content of those voluminous documents in Columns 4 and 5 of this list.

| Claim Number | Province | Claimant | Date of Installation | Source of Date of Installation |
|---|---|---|---|---|
| 011620 | MB | 354401 Alberta LTD. c/o Redcliff Realty Management Inc. | 1956 | Proof of Claim, question 15<br><br>11620-001-002, 004 |

**EXHIBIT C**

PGHLIB-1993155.2-DECAMERO 2/16/07 10:43 AM

| Claim Number | Province | Claimant | Date of Installation | Source of Date of Installation |
|---|---|---|---|---|
| 011632 | BC | School District 68 Nanaimo-Ladysmith | 1960's at the latest | Report of Monenco Consultants Limited<br><br>11632-001-002, 029, 059-060 |
| 012293 | AB | Calgary Board of Education | 1962 | Proof of Claim, question 14<br><br>11293-001-002, 004 |
| 012331 | AB | Calgary Board of Education | Before 1991 | Cintani affidavit |
| 012348 | AB | Calgary Board of Education | Before 1991 | Cintani affidavit |
| 012377 | AB | Edmonton Public Schools | Before 1991 | Cintani affidavit |
| 012388 | AB | Edmonton Public Schools | 1973 at the latest | Proof of Claim, question 14<br><br>12388-001-002, 004 |
| 012394 | AB | Edmonton Public Schools | Before 1991 | Cintani affidavit |
| 012400 | AB | City of Edmonton | 1967 | Proof of Claim, question 15<br><br>12400-001-002, 004 |
| 012401 | AB | City of Edmonton | 1965 | Proof of Claim, question 14<br><br>12401-001-002, 004 |
| 012410 | AB | Calgary Board of Education | Before 1991 | Cintani affidavit |
| 012412 | AB | Calgary Board of Education | Before 1991 | Cintani affidavit |

- 2 -

**EXHIBIT C**

| Claim Number | Province | Claimant | Date of Installation | Source of Date of Installation |
|---|---|---|---|---|
| 012421 | AB | Oxford Properties Group | 1973 | Proof of Claim, question 14<br><br>12421-001-002, 004 |
| 012422 | AB | Oxford Properties Group | 1973 | Proof of Claim, question 14<br><br>12422-001-002, 004 |
| 012423 | AB | Oxford Properties Group | 1975 | Proof of Claim, question 14<br><br>12423-001-002, 004 |
| 012438 | AB | Calgary Board of Education | Before 1991 | Cintani affidavit |
| 012439 | AB | Calgary Board of Education | Before 1991 | Cintani affidavit |
| 012440 | AB | Calgary Board of Education | Before 1991 | Cintani affidavit |
| 012442 | AB | Calgary Board of Education | Before 1991 | Cintani affidavit |
| 012443 | AB | Calgary Board of Education | Before 1991 | Cintani affidavit |
| 012454 | AB | Calgary Board of Education | 1962 | Proof of Claim, question 14<br><br>12454-000, 002, 004 |
| 012457 | AB | Calgary Board of Education | Before 1991 | Cintani affidavit |
| 012489 | AB | City of Edmonton | 1974 | Proof of Claim, question 15<br><br>12489-001-002, 004 |

- 3 -

**EXHIBIT C**

| Claim Number | Province | Claimant | Date of Installation | Source of Date of Installation |
|---|---|---|---|---|
| 012496 | AB | Edmonton Public Schools | 1966 | Proof of Claim, question 14 <br><br> 12496-001-002, 004 |
| 012498 | AB | Edmonton Public Schools | Before 1991 | Cintani affidavit |
| 012500 | AB | Edmonton Public Schools | Before 1991 | Cintani affidavit |
| 012501 | AB | Edmonton Public Schools | Before 1991 | Cintani affidavit |
| 012503 | AB | Edmonton Public Schools | Before 1991 | Cintani affidavit |
| 012526 | AB | Hudson's Bay Company | Before 1991 | Cintani affidavit |
| 012528 | AB | Hudson's Bay Company | Before 1991 | Cintani affidavit |
| 012532 | AB | Hudson's Bay Company | Before 1991 | Cintani affidavit |
| 012537 | AB | Edmonton Public Schools | Before 1991 | Cintani affidavit |
| 012541 | AB | Edmonton Public Schools | Before 1991 | Cintani affidavit |
| 012542 | AB | Edmonton Public Schools | Before 1991 | Cintani affidavit |
| 012546 | AB | Edmonton Public Schools | Before 1991 | Cintani affidavit |
| 012548 | AB | Edmonton Public Schools | Before 1991 | Cintani affidavit |
| 012549 | AB | Edmonton Public Schools | Before 1991 | Cintani affidavit |
| 012554 | AB | Edmonton Public Schools | Before 1991 | Cintani affidavit |
| 012557 | AB | Edmonton Public Schools | Before 1991 | Cintani affidavit |
| 012570 | AB | Calgary Board of Education | Before 1991 | Cintani affidavit |
| 012576 | AB | Edmonton Public Schools | 1968 | Proof of Claim, question 14 <br><br> 12576-001-002, 004 |

**EXHIBIT C**

| Claim Number | Province | Claimant | Date of Installation | Source of Date of Installation |
|---|---|---|---|---|
| 012590 | AB | Calgary Board of Education | Before 1991 | Cintani affidavit |
| 012591 | AB | Calgary Board of Education | Before 1991 | Cintani affidavit |
| 014885 | AB | Calgary Board of Education | Before 1991 | Cintani affidavit |

The foregoing pages of the above documents, along with a copy of this Rule 1006 Summary, are contained in Debtors' Appendix of Rule 1006 Summaries With Attached Information.

Dated: February 16, 2007

Douglas E. Cameron, Esq.

- 5 -

**EXHIBIT C**