# EXHIBIT D

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No.: 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors, | ) | |
| | ) | |

### AFFIDAVIT OF JAMES CINTANI

1. My name is James Cintani. I live at 30 Highland Drive in Yardley, PA 19067. I was born in Ellwood City, Pennsylvania on December 14, 1927.

2. I worked for the Zonolite Company ("Zonolite") beginning in 1953 and later for W.R. Grace & Co. ("Grace"), where I was employed until 1990. For most of my thirty-seven years at Zonolite and Grace, I sold those companies' construction products, including Mono Kote 3 ("MK-3") and Zonolite Acoustical Plastic ("ZAP"). My sales positions included salesman, district sales manager and regional sales manager. Throughout my career at Zonolite and Grace, I was familiar with the construction products those companies sold in North America. I was aware, at the time, that Grace discontinued selling MK-3 and ZAP in the United States no later than July, 1973.

3. As part of my duties at Zonolite and Grace, I frequently worked with companies and individuals who were selling MK-3 and ZAP in Canada. For example, I attended district and regional sales meetings with them. In addition, I regularly provided information on MK-3 and ZAP to them. They were aware of the USEPA's requirement effective July 4, 1973 banning the spray application of asbestos containing materials. We knew in turn that the USEPA regulation was not applicable in Canada.

# EXHIBIT D

4.  Based on the foregoing, I am aware that MK-3 and ZAP were not sold in Canada after 1975 at the latest.

*James Cintani*
JAMES CINTANI

Sworn to and subscribed before me this 10th day of February, 2007.

Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Seth C. Rosen, Notary Public
Lower Makefield Twp., Bucks County
My Commission Expires July 15, 2008
Member, Pennsylvania Association Of Notaries