# EXHIBIT E

# EXHIBIT E

## 88 CLAIMS BARRED BY CANADIAN NORMAL LIMITATIONS PERIODS

| Claim Number | Province | Claimant |
|---|---|---|
| 011322 | ON | Hamilton District School Board |
| 011323 | ON | Hamilton District School Board |
| 011618 | ON | Hudson's Bay Company Zellers |
| 011620 | MB | 354401 Alberta LTD. c/o Redcliff Realty Management Inc. |
| 011627 | BC | School District 68 Nanaimo-Ladysmith |
| 011632 | BC | School District 68 Nanaimo-Ladysmith |
| 011678 | ON | Hamilton District School Board |
| 011680 | ON | Hamilton District School Board |
| 011681 | ON | Hamilton District School Board |
| 011682 | ON | Hamilton District School Board |
| 011683 | ON | Hamilton District School Board |
| 011684 | ON | Hamilton District School Board |
| 012293 | AB | Calgary Board of Education |
| 012303 | ON | Toronto District School Board |
| 012304 | ON | Toronto District School Board |
| 012305 | ON | Toronto District School Board |
| 012306 | ON | Toronto District School Board |
| 012307 | ON | Toronto District School Board |
| 012308 | ON | Toronto District School Board |
| 012309 | ON | Toronto District School Board |

| Claim Number | Province | Claimant |
|---|---|---|
| 012310 | ON | Toronto District School Board |
| 012311 | ON | Toronto District School Board |
| 012312 | ON | Toronto District School Board |
| 012313 | ON | Toronto District School Board |
| 012314 | ON | Toronto District School Board |
| 012315 | ON | Toronto District School Board |
| 012316 | ON | Toronto District School Board |
| 012317 | ON | Toronto District School Board |
| 012322 | ON | William Osler Health Centre |
| 012329 | ON | University of Guelph |
| 012331 | AB | Calgary Board of Education |
| 012346 | BC | City of Vancouver |
| 012348 | AB | Calgary Board of Education |
| 012368 | ON | Mc Master University |
| 012377 | AB | Edmonton Public Schools |
| 012388 | AB | Edmonton Public Schools |
| 012394 | AB | Edmonton Public Schools |
| 012395 | ON | Carleton University |
| 012396 | ON | Fairmall Leasehold Inc. |
| 012400 | AB | City of Edmonton |
| 012401 | AB | City of Edmonton |
| 012410 | AB | Calgary Board of Eduction |
| 012412 | AB | Calgary Board of Education |

| Claim Number | Province | Claimant |
|---|---|---|
| 012421 | AB | Oxford Properties Group |
| 012422 | AB | Oxford Properties Group |
| 012423 | AB | Oxford Properties Group |
| 012427 | ON | Morguard Investments Limited |
| 012430 | BC | Morguard Investments Limited |
| 012438 | AB | Calgary Board of Education |
| 012439 | AB | Calgary Board of Education |
| 012440 | AB | Calgary Board of Education |
| 012442 | AB | Calgary Board of Education |
| 012443 | AB | Calgary Board of Education |
| 012454 | AB | Calgary Board of Education |
| 012457 | AB | Calgary Board of Education |
| 012476 | BC | City of Vancouver |
| 012489 | AB | City of Edmonton |
| 012490 | NS | Atlantic Shopping Centres LTD |
| 012491 | NL | Avalon East School Board |
| 012493 | NL | Health Care Corporation of St. John's |
| 012496 | AB | Edmonton Public Schools |
| 012498 | AB | Edmonton Public Schools |
| 012500 | AB | Edmonton Public Schools |
| 012501 | AB | Edmonton Public Schools |
| 012503 | AB | Edmonton Public Schools |
| 012525 | MB | Hudson Bay Company |

| Claim Number | Province | Claimant |
|---|---|---|
| 012526 | AB | Hudson's Bay Company |
| 012527 | BC | Hudson's Bay Company |
| 012528 | AB | Hudson's Bay Company |
| 012530 | ON | Hudson's Bay Company |
| 012531 | ON | Hudson's Bay Company |
| 012532 | AB | Hudson's Bay Company |
| 012534 | ON | Great West Life |
| 012536 | NL | Canadian Imperial Bank of Commerce |
| 012537 | AB | Edmonton Public Schools |
| 012541 | AB | Edmonton Public Schools |
| 012542 | AB | Edmonton Public Schools |
| 012546 | AB | Edmonton Public Schools |
| 012548 | AB | Edmonton Public Schools |
| 012549 | AB | Edmonton Public Schools |
| 012554 | AB | Edmonton Public Schools |
| 012557 | AB | Edmonton Public Schools |
| 012570 | AB | Calgary Board of Education |
| 012576 | AB | Edmonton Public Schools |
| 012590 | AB | Calgary Board of Education |
| 012591 | AB | Calgary Board of Education |
| 013950 | ON | Hamilton District School Board |
| 014885 | AB | Calgary Board of Education |