IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| W. R. GRACE & CO., et al. ) | Chapter 11 |
| ) | |
| Debtors. ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |

## ORDER DISALLOWING AND EXPUNGING
## 88 TIME-BARRED CANADIAN ASBESTOS PD CLAIMS

AND NOW, this _____ day of _____, 2007, it is ORDERED, ADJUDGED, and DECREED that claim numbers 011322, 011323, 011618, 011620, 011627, 011632, 011678, 011680, 011681, 011682, 011683, 011684, 012293, 012303, 012304, 012305, 012306, 012307, 012308, 012309, 012310, 012311, 012312, 012313, 012314, 012315, 012316, 012317, 012322, 012329, 012331, 012346, 012348, 012368, 012377, 012388, 012394, 012395, 012396, 012400, 012401, 012410, 012412, 012421, 012422, 012423, 012427, 012430, 012438, 012439, 012440, 012442, 012443, 012454, 012457, 012476, 012489, 012490, 012491, 012493, 012496, 012498, 012500, 012501, 012503, 012525, 012526, 012527, 012528, 012530, 012531, 012532, 012534, 012536, 012537, 012541, 012542, 012546, 012548, 012549, 012554, 012557, 012570, 012576, 012590, 012591, 013950, 014885 are hereby disallowed and expunged as barred by the applicable Canadian ultimate and normal limitations periods.

_____
Judith K. Fitzgerald
United. States Bankruptcy Judge