# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| W. R. GRACE & CO., et al. | ) | **Chapter 11** |
| | ) | |
| Debtors. | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |

**Hearing Date:  April 9, 2007**
**Related Docket No. 9315**

## RULE 1006 SUMMARY OF VOLUMINOUS WRITINGS

The Claim Forms and supporting documentation submitted by the claimants that are subject to this motion are voluminous documents under Fed. R. Evid. 1006.  The following three charts summarize the claim information in this Motion:

| Claimant | Knowledge | Testing | Abatement |
|---|---|---|---|
| Woodbury Apartments | 1989 (2763-005) | 9/23/88 (2763-014) | |
| EPEC Realty | 1996 (5672-1562) | 1987, 1988, 1989 (5672-1565) | 1998 (5672-1565, 1571-72) |
| 600 Building | 1985 (5690-007) | 1985 (5690-007, 018, 179) | 1988, 1991, 1992, 1997 (5690-011, 012, 018, 019) |
| BNC Forum Lp | 1998 (5688-007) | 7/17/91 (5688-035, 085, 088) | |
| KARK TV | 1988 (9912-014) (9913-014, 154-157, 404, 756-781, 794-815, 2404) | 2/23/88 (9913-765, 779) 4/7/88 (9912-350, 351) (9913-534, 535) | April- June 1988 (9912-181, 182, 210, 220) (9913-365, 366, 394, 625) |
| R. Skarie | 1992 (6582-005) | | |

**EXHIBIT A**

| Claimant | Built | Purchased/Installed | Other |
|---|---|---|---|
| Dodge County Hospital | 1968-1973 (11550-003) | 1970 /did not install (11550-003-04) | 12/9/70 Purchase Order (11550-011) |
| V. L. Thrasher | Pre-1969 (2636-003) | Inherited 1973/ did not install (2636-003-04) | |

| Claimant | Abatement/Removal |
|---|---|
| Manor Oak | 1997 (10798-059-060, 083-084, 121-122, 197-200, 209-212, 215-216) |
| Allegheny Center Associates | 1980s (9778-004) |
| Children's Hospital | 1991/1992 (10962-630) |
| St. Luke's Hospital | 1992-1995 (10998-101-126) |
| Titusville Hospital | 1991/1992 (11106-179, 186, 191, 195, 210, 214, 218, 226) |
| Ferrell Hospital | 1991/1992 (11144-182, 189, 194, 198, 213, 217, 225, 229) |
| Investment Towers | 1987, 1989-1991 (11179-212-213, 314, 374-376, 802-804 |

The claim files are available for examination and/or copying at the offices of Reed Smith LLP.

Dated: February 16, 2007

*Traci S. Rea*

Traci S. Rea, Esq.

**EXHIBIT A**