IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| W. R. GRACE & CO., et al. ) | **Chapter 11** |
| ) | |
| Debtors. ) | **Case No. 01-01139 (JKF)** |
| ) | **(Jointly Administered)** |

**ORDER DISALLOWING AND EXPUNGING SIXTEEN (16) PROPERTY DAMAGE CLAIMS BARRED BY STATUTES OF LIMITATIONS**

AND NOW, this ____ day of _____, 2007, it is ORDERED, ADJUDGED, and DECREED that claim numbers 2636, 2763, 5672, 5690, 5688, 6582, 9778, 9912, 9913, 10798, 10962, 10998, 11106, 11144, 11179, and 11550 are hereby disallowed and expunged as barred by applicable statutes of limitations.

_____
Judith K. Fitzgerald
United States Bankruptcy Judge