# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| W. R. GRACE & CO., et al. ) | Chapter 11 |
| ) | |
| Debtors. ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |

Hearing Date: April 9, 2007
Related Docket No. 9315

### RULE 1006 SUMMARY OF VOLUMINOUS WRITINGS

Below is a list of the 52 Libby Claims that should be disallowed because the EPA has assumed exclusive responsibility for any alleged damage to the properties. For each claim, Column 4 of the list indicates the action that has been taken by the EPA at the property and Column 5 indicates the source of information relating to that action. Sources include: (1) Laboratory reports indicating the samples taken at the property contained no asbestos ("EPA Test Results"); (2) documents indicating properties have been inspected by EPA ("Claim Form" or "Consent Letter"); and (3) documents indicating the property has been remediated ("Completion Letter," "Closeout Checklist" or "EPA Letter"). Instead of attaching these materials to the Motion, Debtors summarize the relevant content of these voluminous documents in Columns 4 and 5 of this list.

| Claim No. | Claimant | Address of Property | EPA Action | Source of Information |
|---|---|---|---|---|
| 4396 | Kelly, Lawrence Douglas | 1304 Washington Ave Libby, MT 59923 | Remediated | Completion Letter EPALIB000713 - EPALIB000714 |
| 4710 | Clemons, John D. | 2268 Farm to Market Road Libby, MT 59923 | No Asbestos | EPA Test Results EPALIB001743 - EPALIB001747 |
| 4711 | Braley, Eugene | 651 Quartz Road Libby, MT 59923 | No Asbestos | EPA Test Results EPALIB001685 - EPALIB001689 |

EXHIBIT A

| Claim No. | Claimant | Address of Property | EPA Action | Source of Information |
|---|---|---|---|---|
| 4712 | Bauer, George James | 203 East Spruce Libby, MT 59923 | Remediated | Completion Letter EPALIB003053 - EPALIB003054 |
| 4713 | Brown, Timothy Lee | 346 Granite Avenue Libby, MT 59923 | Remediated | Completion Letter EPALIB000256 - EPALIB000257 |
| 4714 | Brown, Timothy Lee | 300 Granite Avenue Libby, MT 59923 | Remediated | Completion Letter EPALIB000072 - EPALIB000073 |
| 5554 | Freebury, Danny | 1302 Airth Avenue Libby, MT 59923 | Remediated | Completion Letter EPALIB000468 - EPALIB000469 |
| 5555 | Geer, Mary K. | 141 Conifer Road Libby, MT 59923 | Remediated | Completion Letter EPALIB000600 - EPALIB000601 |
| 5556 | Hansen, Sally A. | 416 W 4th Street Libby, MT 59923 | Remediated | Completion Letter EPALIB002699 - EPALIB002700 |
| 5557 | Erickson, Rodney A. | 280 Dolphin Lane Libby, MT 59923 | No Asbestos | EPA Test Results EPALIB001824 - EPALIB001828 |
| 5558 | Hedahl, Keith | 94 Rainbow Lane Libby, MT 59923 | No Asbestos | EPA Test Results EPALIB001937 - EPALIB001941 |
| 5559 | Cole, Eddy J. | 902 East Lincoln Blvd Libby, MT 59923 | Remediated | Completion Letter EPALIB002504 - EPALIB002505 |
| 5560 | Davidson, James | 1004 Mineral Avenue Libby, MT 59923 | Remediated | Completion Letter EPALIB001490 - EPALIB001491 |
| 5561 | Elleston, Rodney | 500 Taylor Road Libby, MT 59923 | Not Yet Inspected | N/A |
| 5562 | Fletcher, Geraldine M. | 377 Thomas Street Libby, MT 59923 | No Asbestos | EPA Test Results EPALIB001850 - EPALIB001854 |
| 5563 | Carr, Evelyn Marie | 1681 Highway 2 South Libby, MT 59923 | No Asbestos | EPA Test Results EPALIB001706 - EPALIB001709 |
| 5564 | Garrison, Charlene M. | 12 1/2 Garrison Rd. P.O. Box 424 Troy, MT 59935 | Not Yet Inspected | N/A |
| 6083 | Nelson, Gerladine Louise | 1221 Dakota Avenue Libby, MT 59923 | No Asbestos | EPA Test Results EPALIB001118 - EPALIB001122 |

EXHIBIT A

| Claim No. | Claimant | Address of Property | EPA Action | Source of Information |
|---|---|---|---|---|
| 6084 | Nelson, Gerladine Louise | 1115 Dakota Avenue Libby, MT 59923 | Remediated | Completion Letter EPALIB001076 - EPALIB001077 |
| 6085 | Nelson, Gerladine Louise | 3441 Farm To Market Road Libby, MT 59923 | No Asbestos | EPA Test Results EPALIB002170 - EPALIB002174 |
| 6086 | Nelson, Barbara Sue | 1021 Main Libby, MT 59923 | No Asbestos | EPA Test Results EPALIB002136 - EPALIB002140 |
| 6087 | Judkins, Jack Dean | 1770 Highway 2 West Libby, MT 59923 | No Asbestos | EPA Test Results EPALIB001958 - EPALIB001962 |
| 6089 | Wagner, Michael | 3696 Second Street Extension Libby, MT 59923 | No Asbestos | EPA Test Results EPALIB002412 - EPALIB002416 |
| 6090 | Welch, Dennis Albert | 172 St. Regis Road P.O. Box 396 | Not Yet Inspected | N/A |
| 6091 | Welch, Robert James | 155 St. Regis Haul, Rd. Troy, MT 59935 | Not Yet Inspected | N/A |
| 6092 | Kelley, Douglas | 3819 US Highway 2 South Libby, MT 59923 | No Asbestos | EPA Test Results EPALIB001985 - EPALIB001989 |
| 6093 | Kvapil, Celia Jane | 182 Farm To Market Road Libby, MT 59923 | No Asbestos | EPA Test Results EPALIB002031 - EPALIB002035 |
| 6094 | Lindsay, Duane Edward | 412 Parmenter Libby, MT 59923 | Remediated | Completion Letter EPALIB000881 - EPALIB000882 |
| 6095 | McAllister, Sandra Carol | 3518 Highway 2 South Libby, MT 59923 | Inspected | Consent Letter EPALIB002046 |
| 6096 | McCully, Vernon Dean | 450 Farm To Market Road Libby, MT 59923 | Remediated | Completion Letter EPALIB000963 - EPALIB000964 |
| 9657 | Parker, Melvin | 609 Ninth Street Libby, MT 59923 | Remediated | Completion Letter EPALIB000369 - EPALIB000370 |
| 9658 | Parker, Melvin George | 5000 Highway 37 North Libby, MT 59923 | Remediated | EPA Letter EPALIB002417 |

EXHIBIT A

- 3 -

| Claim No. | Claimant | Address of Property | EPA Action | Source of Information |
|---|---|---|---|---|
| 9659 | Spencer, Barbara A. | Sixth Street & Utah Avenue [2 lots] Libby, MT 59923 | Remediated | Completion Letter EPALIB001557 - EPALIB001558 |
| 9660 | Spencer, Barbara A. | 500 Jay Affar Road Libby, MT 59923 | Remediated | Completion Letter EPALIB001633 |
| 9661 | Spencer, Barbara A. | 2498 Highway 2 South Libby, MT 59923 | Inspected | Consent Letter EPALIB002349 - 2353 |
| 9662 | Lehnert, Arnold | 420 Indianhead Road Libby, MT 59923 | Remediated | Closeout Checklist EPALIB000825 - EPALIB000828 |
| 9663 | Roy McMillan Property of Estate of Robert McMillan | 1580 East Fifth Street Libby, MT 59923 | Inspected | Claim Form Admission 9663-0006 |
| 9664 | Serna, Dice Victoria | 265 Wards Road Libby, MT 59923 | No Asbestos | EPA Test Results EPALIB002311 - EPALIB002314 |
| 9665 | Riewoldt, John Howard | 10553 Highway 37 Libby, MT 59923 | No Asbestos | EPA Test Results EPALIB002284 - EPALIB002288 |
| 9666 | Orr, Howard King | 320 Shalom Drive Libby, MT 59923 | No Asbestos | EPA Test Results EPALIB002256 - EPALIB002260 |
| 9667 | Munsel, Donald | 390 Autumn Road Libby, MT 59923 | No Asbestos | EPA Test Results EPALIB002088 - EPALIB002092 |
| 9668 | Kelly, Joseph | 418 Indianhead Road Libby, MT 59923 | No Asbestos | EPA Test Results EPALIB002010 - EPALIB002014 |
| 9669 | Nelson, Pete O. | 506 Indianhead Road Libby, MT 59923 | Remediated | Completion Letter EPALIB001212 - EPALIB001213 |
| 9670 | Wagner, John | 188 Highwood Drive Libby, MT 59923 | No Asbestos | EPA Test Results EPALIB002345 - EPALIB002348 |
| 9671 | Montana Silver & Gold Inc. | 102 East Ninth Street Libby, MT 59923 | Inspected | Consent Letter EPALIB002371 - EPALIB002378 |

EXHIBIT A

- 4 -

| Claim No. | Claimant | Address of Property | EPA Action | Source of Information |
|---|---|---|---|---|
| 9672 | Noble, Michael Calvin | 6797 Farm To Market Road Libby, MT 59923 | Inspected | Consent Letter EPALIB002219 |
| 9673 | Noble, Michael Calvin | 208 West Spruce Libby, MT 59923 | Inspected | Consent Letter EPALIB002175 |
| 9674 | Bundrock, Daniel | 1421 Utah Avenue Libby, MT 59923 | Remediated | Completion Letter EPALIB000138 - EPALIB000139 |
| 13909 | Leckrone, Dean | 1108 Louisiana Avenue Libby, MT 59923 | Remediated | Completion Letter EPALIB000777 - EPALIB000778 |
| 13910 | Christiansen, David | 519 East Fourth Street Libby, MT 59923 | No Asbestos | EPA Test Results EPALIB001725 - EPALIB001729 |
| 13911 | Drake, Heidi Maria | 158 Forest Avenue Libby, MT 59923 | No Asbestos | EPA Test Results EPALIB001801 - EPALIB001805 |
| 13912 | Anderson, Alice Diane | 311 Idaho Libby, MT 59923 | No Asbestos | EPA Test Results EPALIB001651 - EPALIB001655 |

The foregoing documents, along with a copy of this Rule 1006 Summary, are contained in Debtors' Appendix to Rule 1006 Summaries with Attached Information.

Dated: February 16, 2007

Douglas E. Cameron, Esq.

EXHIBIT A

- 5 -