# EXHIBIT E

# Libby Community Advisory Group
# Meeting Summary
## January 13, 2005

### Introductions
Gerald Mueller and members of the Libby Community Advisory Group (CAG) introduced themselves. Connie Welter stated that she would be representing St. John's Lutheran Hospital until the new Hospital CEO settles in and assumes this function. Mr. Mueller serves as the CAG facilitator. A list of the members in attendance is attached below as Appendix 1.

### Agenda
The CAG agreed to the following agenda for this meeting:
- Activities of the O&M group
- Troy cleanup activities
- Agency reports
  - EPA
  - State
  - TAG
  - CARD Clinic
  - ARD Net
- CAG business
  - Purpose statement
  - Work plan
  - Membership
- Public comment
- Next meeting agenda

### Activities of the Operations and Maintenance Group
Jim Christiansen discussed the purpose and activities of the Operations and Maintenance Work Group (OMWG). EPA convened this group to address long-term asbestos contamination issues that will exist after EPA has finished the cleanup as well as some issues that exist during the cleanup period. OMWG provides advice to EPA and is not a decision making body. This group is small so that it can focus on detailed discussions. Its members include representatives of the agencies and others such as the state, county, city, and W.R. Grace that will continue to pay for and/or perform cleanup activities after the EPA cleanup is completed. OMWG meetings are open to the public and are held on the Wednesday of the week of the CAG meetings. The meetings begin at 7:00 a.m. at the Venture Inn Restaurant Fireside Room. Several of the activities of the OMWG have responded to issues raised by the CAG. The activities have included:
- Cleanup Completion Letter - After cleanup of their property is finished, EPA sends a letter notifying the property owner that the cleanup has been completed. This letter was developed with advice from the OMWG in response to a CAG concern and was discussed at the September 9, 2004 CAG meeting. A copy of the letter was attached to summary of that meeting.
- Renter Notification - Another issue raised by the CAG is notification about potential asbestos contamination concerns of rental property. The OMWG developed a tiered approach to the notification of potential renters. Ads discussing this issue are placed on the rental section of the

January 13, 2004 CAG Meeting Summary

Page 1

# EXHIBIT E

classified ads of local newspapers. Fliers on this topic are placed where rental units are advertised. Finally, a joint resolution addressing renter notification is under discussion with the city and county.
- Vermiculite Fact Sheets - With the advice of the OMWG, EPA is developing fact sheets for homeowners, building contractors, and tradespeople who work inside homes who face dealing with vermiculite insulation.
- Community Resource Specialist - The TAG identified the need for a community resource specialist to help Libby residents interpret EPA fact sheets and to provide guidance for dealing with vermiculite once the EPA cleanup is completed. The OMWG is pursing this idea.
- Johnson Acres Water and Sewer - The OMWG addressed cleanup of the Johnson property.

*CAG Member Question - Do the notices placed in the newspaper invite a prospective renter to contact the EPA concerning possible asbestos contamination?*
Answer - We ask that a renter contact the landlord first with questions. EPA will provide a backstop if the questions are not answered.

*CAG Member Question - You mentioned creating a community resource specialist to advise people about dealing with vermiculite insulation and raw material remaining after the current cleanup is finished. I have an EPA brochure circulated nationally entitled, "Vermiculite Attic Insulation." According to the brochure, people should never attempt to remove vermiculite insulation, but should hire a professional contractor to do so instead. How does this guidance relate to advice for people in Libby faced with vermiculite after the cleanup is finished?*
Answer - There is no inconsistency. The Libby fact sheet makes the same recommendation about vermiculite attic insulation as the national brochure does. EPA is removing vermiculite attic insulation from Libby residences and businesses. We don't want residents removing it. Contaminated attic insulation will not be left behind. EPA is not able to remove all vermiculite insulation from areas such as walls because it is so costly and it isn't practical. Our fact sheets and the resource specialist will help Libby people deal with wall outlets and small remodeling jobs involving vermiculite insulation. In some circumstances, such as big remodels, the homeowner may need to hire professionals. That is EPA's recommendation in Libby. It's the same guidance as the national brochure.

*CAG Member Question - Who will have to pay for the professional to remove the attic insulation, the homeowner?*
Answer - Yes. There may be some financial assistance in the future, but for now the homeowners in other areas will have to pay. When EPA is done in Libby, homeowners will most likely have to pick up some of the costs, but we are exploring ways to offset that in the future.

*CAG Member Question - After EPA leaves Libby, and we are forced to hire professional removal contractors, won't they be able to jack up their prices?*
Answer - We hope not. EPA wants to develop better ties with the contractor community and provide them with free training and equipment so they can address contamination correctly. If, however, you are experiencing unreasonable prices, let EPA know.

## Troy Cleanup Activities
Catherine LeCours, representing the Montana Department of Environmental Quality (DEQ), reported on cleanup activities in Troy. Under an agreement between EPA and DEQ, DEQ will have the lead role in the Troy cleanup. DEQ is developing a community involvement plan which

should be completed this summer that will address communication with the public and especially residents of Troy concerning a contaminant screening study which will then lead to asbestos cleanup of Troy. If funding is available, the screening study will be conducted summer of 2006 and will develop a work plan for the cleanup which would begin summer of 2007. Some specific cleanup activities, such as work at the schools, may begin sooner. DEQ expects to be able to benefit from EPA's experience in Libby so that the Troy work should go more quickly and at a lower cost. I have a separate sign-up sheet circulating for residents of Troy who are here tonight so that I can begin to meet you.

*Audience Member Question - How is work proceeding at the school?*
Answer - After meeting with the superintendent, we had a person looking over the school last week.

*Audience Member Comment - It was stupid to begin work while the students were in school. My son was present. Was the school principal informed?*
Answer - I am not sure if the principal was involved, but I will find out. I know that the superintendent was aware. The activities so far have not involved significant action that would cause exposure to asbestos contamination. I will discuss the situation at the school in more detail with you after the meeting.

*Audience Member Question - Also, why isn't the cleanup happening twenty-four hours a day, seven days a week until it is finished?*
Answer - The asbestos originating in the Libby mine is not the usual type of asbestos found in commercial products. We need to understand what we face in terms of cleanup and hear from the people of Troy before we begin.

*CAG Member Comment - It is correct that the asbestos is not typical. The asbestos mineral we are dealing with, tremolite, is 500 to 770 times more carcinogenic than typical, chrysotile asbestos.*
Response by Jim Christiansen - We know that tremolite is more toxic than chrysotile, but we don't know for sure how much more. We need to be careful about quoting numbers that may frighten people. Studies to date are not conclusive about the relative level of toxicity. EPA knows that tremolite is more toxic and has acted accordingly in the cleanups in and around Libby.

*CAG Member Question - Have you started identifying the number of houses in Troy in need of cleanup?*
Answer - Not yet. We have not yet established the boundary for the examination and cleanup at Troy. Answer by Jim Christiansen - The area defined to enclose the Libby cleanup does not include Troy. We do need to establish a boundary for the Troy cleanup which may include some areas outside of Troy such as the Yaak River Road area.

## EPA Report
Jim Christiansen reported on behalf of EPA on the following topics.

<u>New Administrator</u> - Administrator Leavitt is still running EPA, but is up for confirmation for a different federal agency. We do not yet know who the new EPA Administrator will be.

<u>Residential Cleanups</u> - As we told the CAG in November, the field cleanup teams demobilized

January 13, 2004 CAG Meeting Summary					Page 3

after Thanksgiving. Cleanup work will begin again in February. The cleanup budget for this year is $17 million, compared with total funding for last year of $19 million. For this amount, we expect to target about the same number of residential cleanups as last year, 170, plus some additional cleanup work such as the former Stimson central maintenance building. I am seeking additional funds and am optimistic that we may be able to obtain them.

<u>Additional Sampling and Record of Decision</u> - As we begin to draft the record of decision for the Libby remedial action cleanup, i.e. the work now underway, we will be conducting additional sampling to make sure that the cleanup work is producing satisfactory results. This sampling is not the clearance sampling conducted immediately after a cleanup, but sampling conducted 3 or more months later to ensure that buildings cleaned are staying clean. This sampling will be conducted by EPA personnel not involved with the Libby cleanup and will not be funded from the Libby cleanup budget. The plan for this sampling will be reviewed with the TAG. The record of decision which will detail the plans for the Libby cleanup including the cleanup levels should be released by the end of 2005. We will publish a proposed plan for the record of decision and will present it to the CAG and hold public meetings on the proposal here in Libby and take public comments before release of the final document.

<u>Cleanup Contract</u> - As previously reported to you, we did sign a new cleanup contract last year and began the cleanup work under it last October. The contract provides for three firms to bid competitively on cleanup of groups of 20 - 30 houses. The lowest bidder gets the work. The firms bid for the work based on a work plan developed by CDM that includes cleanup specifications for the houses in question and cleanup standards.

*CAG Member Question -Will this approach affect work? What happens if the contractor runs out of money before the cleanups are finished?*
Answer - Unless they run into conditions not specified in the work plan, the contractors must complete the work to the standards at their bid price. If they complete the work at a lower cost, they will make money. If the cost is higher, then they may lose money, but they cannot refuse to finish just because the costs are higher than they anticipated. If different conditions than anticipated n the work plan are discovered, then we will issue a change order and increase the payment to the contractor.

*CAG Member Question - Will the contractors cut corners to assure that they make money?*
Answer - CDM is overseeing contractors work. The contractors include local people who are motivated to a good job for this community.
*CAG Member Question - Will CDM be able to develop the work plans fast enough to avoid delaying the cleanup work?*
Answer - Yes, a lot of planning has gone into preparing for the development of the work plan. We are better prepared for this year than for last year.

*CAG Member Question - If the bids come in a lower levels than expected, will you be able to clean more houses?*
Answer - Yes.

*CAG Member Question - Will you have all three contractors cleaning houses simultaneously?*
Answer - We will most likely have two working at all times and possibly three. At some point one contractor may establish themselves as doing the work at the best price and conduct all of

the work over the long term.

*CAG Member Question - Could one contractor receive all of the bids?*
Answer - One could win multiple task orders, but to do so it would have to demonstrate the ability to get the work done in the time specified. Also, last year some contractors had enough work so they opted out of bidding for some task orders. This helped spread the work around.

*CAG Member Question - Will CDM be increasing its staff to oversee the cleanup work?*
Answer - No. CDM will have the same number as last year. They are moving into larger office space so they can do their work more efficiently.

*Audience Member Question - Has the industrial park land been released to the City?*
Answer - The cleanup work has been finished on this land. Some administrative paper work remains to be completed, including the record of decision and agreements about the cleanup. However, no issues remain that would prevent release of the industrial park land to the City. We will have to work out some long-term management issues, and will have to do a ROD for this operable unit in the future. This will probably happen after the ROD for Libby proper.

*Audience Member Question - Will the City still be required to run its activities on this property by EPA?*
Answer - There is no requirement to do so, but consulting with EPA would be prudent.

*Audience Member Question - Are there any cleanup related restrictions on the sale of a house?*
Answer - No.

*CAG Member Question - What happens when you run across chrysotile asbestos during a cleanup? Do you remove it?*
Answer - Unless we need to do so for the tremolite related cleanups, we do not address chrysotile asbestos. Chrysotile occurs in commercial products like ceiling tile. Under the Superfund Law, we are not allowed to address commercial asbestos products. We will notify the property owner if we find it.

*CAG Member Question - I understand that asbestos contamination was found in the US Senate chambers last year. Could you please answer the following questions about this contamination?*
- *How did the chambers become contaminated?*
- *What type of asbestos was present?*
- *Was access to contaminated area prohibited to the Senators?*
- *What clearance criteria were applied to this cleanup?*

Answer - I will do my best to find the answers or a contact who can supply them.

*CAG Member Comment - We need an asbestos conference in Libby so that we can get the scientists here to address questions such as tremolite's relative toxicity.*
Response - Your request is noted. We plan to present here a "Denver-Lite" version of the material discussed with the TAG members at the October meeting in Denver. The conference you are discussing with the asbestos researchers would be difficult to put together and would take longer than a few months to do so.

*Audience Member Comment - You said that Superfund does not apply to commercial asbestos*

*products. W.R. Grace sold the contaminated vermiculite.*
Response - Superfund does not typically apply to commercial asbestos products.

*Audience Member Comment - The University of Montana will be holding an asbestos research conference on the campus in Missoula this coming July.*

## County Report
Commissioner Rita Windom passed out a copy of a press release from Senator Burns regarding asbestos legislation introduced in the Congress by Senate Judiciary Committee Chairman Arlen Spector. Commissioner Windom shared the press release because Senator Burns staff person was unable to attend this meeting. A copy of the press release is attached below as Appendix 2.

*CAG Member Comment - If people do choose to contact Senator Burns or Baucus regarding the asbestos legislation, they should consider referring our Senators to a recent letter that Dr. Whitehouse wrote to Senator Spector in which he said that the legislation would exclude 90% of Libby patients from compensation.*

## TAG Report
The TAG will report on its October Denver trip at the February CAG meeting.

## CARD Clinic Report
Pat Cohan reported on behalf of the CARD Clinic on the following topics:

Dr. Whitehouse - Dr. Whitehouse has recently closed his Spokane practice and joined the staff of the CARD Clinic. He is at the Clinic four days a week for two weeks a month.

Research Grant - The CARD Clinic has been notified that it has been awarded a grant from the Mesothelioma Research Association. This grant will allow the Clinic to begin tissue banking and research in search of a blood marker for mesothelioma before this cancer shows on an x-ray.

Auto-Immune Research - Additional blood samples are needed from volunteers for research underway by University of Montana researchers Dr. Putnam and Dr. Pfau.

Building Purchase - The Clinic recently signed a buy-sell agreement for a building in the medical corridor. The building is the former eye clinic operated by Dr. Patrick.

*Audience Member Question - Who will be the investigators in the mesothelioma marker research?*
Answer - Dr. Black will be the principle investigator and will be assisted by Dr. Harvey Pass of MARF and Dr. Michael Harbot of the Karmanos Institute.

*CAG Member Question - Will you ask Dr. Whitehouse if he will present to the CAG the paper he recently published in the National Journal of Occupational Medicine?*
Answer - I will ask him.

*CAG Member Comment - I am aware of Australian research that indicates that taking vitamin A and retinal cuts in half the incidence of mesothelioma.*
Response - I am aware of the article but cannot comment on the results of the research. I cannot give medical advice here.

**January 13, 2004 CAG Meeting Summary**                                            **Page 6**

## ARD Net
Helen Clark announced that ARD Net will sponsor the 2nd annual asbestos-related disease health fair on March 5 here in this room.

## CAG Business
Purpose Statement and Work Plan Topics - Gerald Mueller reviewed his memorandum dated January 10, 2005 which he had previously circulated to CAG members via email. The memorandum included the purpose statement and work plan topics as the CAG had developed them at its November 10, 2004 meeting.

*CAG Action - The CAG agreed to the following changes to the purpose statement and work plan topics stated in the January 10 memorandum:*
1) *In the purpose statement, reference to the Libby community was changed to Lincoln County;*
2) *Under the heading, "Health Topics", the second bullet was split into two so that they now read:*
   - *Declaration of a public health emergency - CAG Subcommittee; and*
   - *Funding for long-term health care.*
3) *A new bullet was added under the heading "Public Outreach" that reads:*
   - *Annual asbestos health fair – ARDNet.*

*The revised purpose statement and list of work plan topics is attached below as Appendix 3.*

CAG Membership - Gayla Benefield shared copies of letters that she drafted on behalf of the CAG soliciting CAG membership. One version was mailed to the Lincoln County Commissioners, the Libby and Troy City Councils and Mayors, St. John's Lutheran Hospital, the Chamber of Commerce, the Libby Realtor's Association, and the Libby Ministerial Association, and a second was mailed to the Libby Port Authority. Copies of the two letters are attached below as Appendices 4 and 5.

## Public Comment
*Audience Member Question - Has anyone heard of indictments?*
Answer by Gayla Benefield - I have heard that they have been delayed until sometime during the first quarter of this year, perhaps after Congressional approval of the asbestos legislation.

*Audience Member Question - Will you share the results of the school contaminant screening in Troy?*
Answer by Catherine LeCours - Yes.

*CAG Member Question - The EPA national brochure, "Vermiculite Attic Insulation" includes no mention of the non-typical asbestos mineral that contaminates it. Can the brochure be changed to do so?*
Answer by Jim Christiansen - I agree that the differentiation in type of asbestos should have been made. We commented extensively on the brochure. I don't know if it will be changed.

*CAG Member Question - What documentation do we have for the cause of death for each of the crosses of asbestos victims displayed on Memorial Day?*
Answer by Gayla Benefield - Our information is supplied by the families of the deceased. The cause of death listed on death certificates is often heart failure rather than asbestos-related disease

**January 13, 2004 CAG Meeting Summary**                                                                 Page 7

(ARD) even when ARD caused or contributed to the heart failure or other cause of death. There have also been suicides when ARD was a contributing factor.

*CAG Member Comment - We should document ARD deaths as well as we can.*

### Next Meeting Topics
Jim Christiansen agreed to invite a representative of the Port Authority to attend the next CAG meeting and present its site plan for the former Stimson property. The TAG will make a presentation about the material covered at the October 2004 EPA workshop in Denver meeting. LeRoy Thom will make a presentation about the year end summary for LAMP.

### Next Meeting
The next CAG meeting was scheduled for 7:00 to 9:00 p.m. on Thursday, February 10, 2005 in the Ponderosa Room of Libby City Hall.

## Appendix 1

### CAG Member & Guest Attendance List
### January 13, 2005

| Members | Group/Organization Represented |
|---|---|
| K.W. Maki | Libby Schools |
| Connie Welter | St. John's Lutheran Hospital |
| Clinton Maynard | Area Asbestos Research Group |
| Ken Hays | Senior Citizens |
| David Latham | *The Montanian Newspaper* |
| Wendy Thomi | EPA Community Involvement Coordinator |
| Jim Christiansen | EPA |
| Catherine LeCours | DEQ |
| LeRoy Thom | Former Grace Employee |
| Gayla Benefield | LCAVRO |
| Eileen Carney | Post State Representative |
| Norita Skramstad | Asbestos Victim |

# Appendix 2

## MONTANA SENATOR

# CONRAD BURNS

DEPUTY WHIP • CHAIRMAN INTERIOR APPROPRIATIONS • CHAIRMAN COMMUNICATIONS SUBCOMMITTEE • BUDGET • ENERGY

**FOR IMMEDIATE RELEASE**

January 13 2005

As you know, last year the Senate debated a bill negotiated by Senator Hitch and Majority Leader Frist to create an asbestos trust Fund that would permit compensation for those suffering from asbestos exposure. The 109th Congress has just begun this month, and the new Senate Judiciary Committee Chairman Arlen Specter has circulated a draft bill and held a hearing earlier this week about the topic. It is important to note that this legislation is still in draft form, and has not yet been induced.

To assure that the needs of LibbyEs residents are met, I would like to hear your comments about this proposal. I encourage you to contact me so that I might bring your experience to the attention of the Senate Judiciary Committee amid Chairman Specter as the legislation is updated. **Please feel free to contact me at (800) 344-1513 or Denise Smith on my staff at denise_smith@burns.senate.gov.**

While the legislation is still being drafted, I remain concerned with several key areas in the bill:

- No agreement has been reached on the size of the Asbestos Injury Claims Resolution Fund.
- The duration of the Fund has not been determined—since there are no assurances that the Fund would be available for those who may develop asbestos-related diseases decades in the future, I have doubts about the effectiveness of the Fund for Libby's residents.
- The highly-technical medical diagnosis may exclude some of Libby's residents in the lower diagnosis tiers. For example, it is not certain whether those who only are affected in one lung would be able to seek compensation because the diagnosis standard defines the problem as a bilateral lung condition.
- The treatment of pending legal claims and their future, should the Fund become insolvent within its early stages, is also still being worked out. This creates an uncertain future for claimants who have tried to seek a remedy through the court system.

However, I am happy to see that, similar to last year, this bill does exempt residents of Libby from strict exposure requirements that other claimants must demonstrate. This exemption exists for those who worked at the vermiculite mine or its facility, or those who live within a 20mile radius of Libby for at least 12 consecutive months prior to December 31, 2003. Also, should the residents of Libby decide to pursue their own settlement, their ability to participate in the fund

would not be compromised.

The highlights illustrated here can in no way capture the entire 273-page bill, and this information will continue to change as the bill progresses through the legislative process. Some of the highlights include:

- The bill would create an Office of Asbestos Disease Compensation within the U.S. Department of Labor, whose Administrator would be in charge of the Asbestos Injury Claims Resolution Fund. As of today, no total dollar amount for the Fund has been agreed to, but the defendant companies, insurers and existing trusts would all contribute to the Fund.
- Compensation for victims varies among the ten tiers, beginning with medical monitoring for those diagnosed as Level I, up to level X compensation of $1.075 million.
- For those of you that have pending legal claims, if this bill is enacted, a stay will be ordered and the court will not proceed with your claim, which would then be filed with the trust fund.
- To submit a claim to the Fund, people may choose to do so with or without the assistance of an attorney. A list of attorneys who will provide free services to claimants will be kept by the Administrator, and any claimant may choose one of these attorneys. For those who choose to pay an attorney to file their claim, the amount an attorney may receive from an award is capped. There s a general 10% cap on attorneys fees, which may go as high as 20% of the final award if the determination, is appealed.
- Once a claim has been filed, it will be reviewed by a panel of three physicians. These doctors must have experience with asbestos-related diseases. Among the qualifications of the physicians to serve on the panel, they must not have received more than 15% of their income acting on behalf of any party in asbestos litigation for each of the past five years. For those claimants suffering from very serious affects of asbestos exposure, the processing of their claims will be expedited and deemed an, "exigent health claim." Consideration will also be given for those who claim extreme financial hardship.
- Claim awards are divided among ten different tiers, and a decision must be rendered within 90 days of filling the claim. These decisions may be appealed. The most serious claim, Level X, includes those who are diagnosed with mesothelioma. It is expected that most claims will fall under Level VII, which includes a diagnosis of lung cancer with asbestos exposure as a contributing factor.
-

Again, I want to hear from the residents of Libby regarding this legislation so I can work hard to make sure your needs are met. If you would like to receive future updates on this issue as they occur, please contact Denise Smith in my Kalispell office at (406) 257-3360 and provide your name and email and/or phone number. She will be coordinating the local impact with Jodi Peters in my Washington, DC office. I would be happy to provide anyone interested with copies of the full bill text, and will answer any additional questions that you may have.

##

# Appendix 3

# MEMORANDUM

**Date:** January 15, 2005
**To:** CAG Members
**From:** Gerald Mueller
**RE:** Revised CAG Purpose Statement and Work Plan

## CAG Purpose Statement
The purpose of the CAG includes:
- Providing a conduit for formal and regular communication between the people of the Lincoln County and EPA;
- Providing advice and/or recommendations to EPA and others such as Montana's Congressional delegation;
- Facilitating the creation of new organizations as needed;
- Causing the release of information; and
- Serving as a point of contact with Lincoln County for Montana's Governor and others.

## Work Plan Topics
Unresolved/ongoing topics which the CAG intends to address at future meetings, together with the agencies or organizations which are addressing them, include:

### Cleanup Issues
- Status of the Cleanups - EPA
    1. Residential/commercial buildings
    2. Flyway property
    3. Railroad yard/tracks
- Cleanup budget & funding (letters & resolution to Administrator) - EPA & community groups
- Long-term cleanup issues - Long-term Operation & Maintenance Group
- The investigations and cleanup of asbestos contamination in Troy - DEQ
- Analytical methods (soil sampling) - EPA & TAG
- Risk assessment - EPA & TAG
- Former Stimson property site utilization plan - Port Authority
- Long-term mine site cleanup options - EPA, DEQ & TAG

### Health Issues
- Funding for the asbestos disease-related clinical research facility in Libby - CARD & UM
- Declaration of a public health emergency as stated in the Comprehensive Environmental Response, Compensation and Liability Act of 1980 (CERCLA 9604 (i)(1)(D)) as a vehicle to address the long-term health issue - CAG subcommittee
- Funding for long-term health care

### Public Outreach
- The Superfund Redevelopment Program - EPA
- A periodic asbestos conference - EPA & CARD
- Outreach to other impacted communities - CAG & TAG
- EPA Administrator's visit - EPA & CAG

- Annual asbestos health fair - ARD Net and CAG

## Appendix 4

## Community Advisory Group of Libby
## CAG

December 20, 2004

City of Troy
301 East Kootenai Avenue
Troy, MT 59935

Greetings to Mayor Brown and the City Council:

As we, the CAG of Libby ready to begin our fifth year of existence within the community, we began looking back at the community leaders, organizations and people who, at some time, participated as a Board member of the CAG and also to areas that have been drawn into our cleanup project.

Your presence at these meetings would be greatly appreciated in providing insight to the other community members who attend and also the agencies that still participate in the monthly CAG meetings.

Until the completion of the cleanup in Libby, we feel that our organization is and will continue to be the conduit for information between the residents and the agencies involved but without your representation, we feel that we are not speaking with one voice.

As current Board members, we each represent a specific segment of our community. Your participation as an elected official and representative of the people of the community is an essential key to the completion of the cleanup in Libby.

The CAG meets at the Ponderosa Room of City Hall on the second Thursday of every month at 7 PM.

We encourage your participation.

Sincerely,

Libby Area Citizen's Advisory Group

# Appendix 5
## Community Advisory Group of Libby
## CAG

January 9, 2005.

James Mayo, Chairman
Lincoln County Port Authority
P.O. Box 1071
Libby, Montana 59923

Greetings:

As we, the CAG of Libby ready to begin our fifth year of existence within the community, we began looking back at the community leaders, organizations and people who, at some time, participated as a Board member of the CAG and also to areas that have been drawn into our cleanup project.

Your presence at these meetings would be greatly appreciated in providing insight to the other community members who attend and also the agencies that still participate in the monthly CAG meetings.

Until the completion of the cleanup in Libby, we feel that our organization is and will continue to be the conduit for information between the residents and the agencies involved.

During the last four-plus years, it has been the CAG that was called together for the release of medical study information, the Governor's frequent visits to Libby and ultimately, the awarding of the Silver Bullet to expedite the cleanup of the area.

As the completion of the cleanup comes closer, it is imperative that we speak as one voice in Libby to insure our future as a community.

The CAG is still active and until the cleanup is completed, we will continue to be the primary conduit between the agencies involved and the public.

Our monthly meetings include topics brought to us by the people that we represent. Those topics have included:
- Residential cleanup problems
- Issues on the flyway and railroad cleanup
- Analytical methods used
- Future funding for cleanup
- Future medical relief for community members now diagnosed with ARD
- Property sales
- Medical needs

Other topics, equally as important are too many to mention, but the object of the C AG was to be a fully rounded organization where all issues related to the cleanup could be discussed and problems solved.

In the past few years, many organizations have formed in relation to the presence of the EPA in Libby. These organizations generally have a specific area relating to the cleanup on their agenda. If these organizations were to come together to share information and seek solutions, it would ultimately save time and expense to the agencies that are diligently working in Libby to solve our problem.

As result of the CAG, we have addressed the needs of those that we as Board Members represent. The imminent need at the onset of the arrival of the EPA seemed to be medical care as a result of the ATSDR Screening held in Libby. From that, emerged the CARD Center, the ARD network and the psychosocial assistance that each provide. This was accomplished by input from the Board members and the obvious need of the community.

As members of the CAG Board, we are equally as concerned about the economic future of our community, the property values, tourism to name a few, but without your presence our information is limited.

In order to resolve the ongoing issues, the community needs to speak with one voice.

The CAG meets on the second Thursday of every month at 7:00 PM in the Ponderosa Room of City Hall.

We would appreciate your consideration to become part of the CAG Board.

Sincerely,


Libby Area Citizen's Advisory Group