# EXHIBIT F



Source: http://www.epa.gov/region8/sf/libby/libbymap5.jpg



Source: http://www.mapquest.com

**EXHIBIT F**