IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| W. R. GRACE & CO., et al. ) | Chapter 11 |
| ) | |
| Debtors. ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |

### ORDER DISALLOWING AND EXPUNGING
### FIFTY-TWO (52) LIBBY ASBESTOS PD CLAIMS

AND NOW, this _____ day of _____, 2007, it is ORDERED, ADJUDGED and DECREED that the following Libby Asbestos PD Claims are hereby disallowed and expunged: 4396, 4710, 4711, 4712, 4713, 4714, 5554, 5555, 5556, 5557, 5558, 5559, 5560, 5561, 5562, 5563, 5564, 6083, 6084, 6085, 6086, 6087, 6089, 6090, 6091, 6092, 6093, 6094, 6095, 6096, 9657, 9658, 9659, 9660, 9661, 9662, 9663, 9664, 9665, 9666, 9667, 9668, 9669, 9670, 9671, 9672, 9673, 9674, 13909, 13910, 13911, 13912.

_____
Judith K. Fitzgerald
United States Bankruptcy Judge