**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| W. R. GRACE & CO., et al. | )    Chapter 11 |
| | ) |
| Debtors. | )    Case No. 01-01139 (JKF) |
| | )    (Jointly Administered) |

Hearing Date:  April 9, 2007
Related Docket No. 9315

**APPENDIX TO RULE 1006 SUMMARIES**
**WITH INFORMATION ATTACHED**

This Appendix Of Rule 1006 Summaries With Information Attached duplicates the Rule 1006 Summaries attached to Debtors' various Motions for Summary Judgment and attaches the actual pages of the documents summarized therein. This Appendix is organized as follows:

| TAB | Debtors' Motions for Summary Judgment |
|---|---|
| A | Debtors' Motion And Memorandum For An Order Pursuant To F.R.B.P. 7056 Disallowing And Expunging Eleven (11) Asbestos Property Damage Claims Involving Products Not Made By The Debtors |
| B | Debtors' Motion And Memorandum For An Order Pursuant To F.R.B.P. 7056 Disallowing And Expunging One Hundred Nine (109) Time-Barred California Asbestos Property Damage Claims |
| C | Debtors' Motion And Memorandum For An Order Pursuant To F.R.B.P. 7056 Disallowing And Expunging One Hundred Twenty (120) Time-Barred Louisiana Asbestos Property Damage Claims |
| D | Debtors' Motion And Memorandum For An Order Pursuant To F.R.B.P. 7056 Disallowing And Expunging Eleven (11) Claims Barred By The Statutes Of Repose In Minnesota, North Carolina, Iowa And Tennessee |
| E | Debtors' Motion And Memorandum For An Order Pursuant To F.R.B.P. 7056 Disallowing And Expunging Eighty-Eight (88) Time-Barred Canadian Asbestos Property Damage Claims |

| F | Debtors' Motion And Memorandum For An Order Pursuant To F.R.B.P. 7056 Disallowing And Expunging Sixteen (16) Time-Barred Asbestos Property Damage Claims |
|---|---|
| G | Debtors' Motion And Memorandum For An Order Pursuant To F.R.B.P. 7056 Disallowing And Expunging Fifty-Two (52) Libby Claims Presenting No Damages |

Dated: February 16, 2007

REED SMITH LLP
James J. Restivo, Jr., Esq. (#10113)
Lawrence Flatley, Esq. (#21871)
Douglas E. Cameron, Esq. (#41644)
435 Sixth Avenue
Pittsburgh, PA  15219
Telephone:  (412) 288-3131
Facsimile:  (412) 288-3063

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Lisa Esayian
Samuel Blatnick
200 East Randolph Drive
Chicago, Illinois 60601
Telephone:  (312) 861-2000
Facsimile:  (312) 861-2200

And

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400

By:_____
Co-Counsel for the Debtors and Debtors in
Possession

-2-