# TAB A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| W. R. GRACE & CO., et al. ) | Chapter 11 |
| ) | |
| Debtors. ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |

Hearing Date: April 9, 2007
Related Docket No.: 9315

## RULE 1006 SUMMARY OF VOLUMINOUS WRITINGS

The claim information for claims 2636, 4382, 5986, 6562, 12750, 12751, 12752 state that the alleged asbestos-containing material which is the subject of their respective property damage claims are, respectively: asbestos siding (2636-004); pipe insulation (4382-005); popcorn ceiling (5986-004); basement ducts (6582-004, 015); popcorn ceiling and insulation wrap (12750-004, 013); ceiling board and furnace duct (12751-004); and paint (12752-005, 012). The claim information for claims 2763 (2763-014) (5% cellulose), 7092 (7092-012) (97% cellulose and carbonate), 12315 (12315-086, 088) (1-5% cellulose and 50-75% mineral wool) and 12395 (12395-050, 051, 064) (25-50% mineral wool or 50-75% amosite) state that the only bulk samples for surfacing materials contains components not found in Grace's products. The foregoing pages of the claims information, along with a copy of this Rule 1006 Summary, is contained in Debtors' Appendix of Rule 1006 Summaries With Information is attached. The claim files submitted by claimants are available for examination or copying at the offices of Reed Smith LLP.

Dated: February 16, 2007

_James J. Restivo, Jr., Esq._

**EXHIBIT A**

## A. Real Property For Which A Claim Is Being Asserted (continued)

If yes, please specify the dates and description of such renovations.

| Year | Description |
|---|---|
| [    ] | |
| [    ] | |
| [    ] | |

11. To the best of your knowledge, have any other interior renovations been completed on the property during any other period of time which affected any asbestos on the property?

    ☐ Yes    ☒ No

    If yes, please specify the dates and descriptions of such renovations.

| Year | Description |
|---|---|
| [    ] | |
| [    ] | |
| [    ] | |

## B. Claim Category

12. For which category are you making a claim on the property?

    ☒ Category 1: Allegation with respect to asbestos from a Grace product in the property
    ☐ Category 2: Allegation with respect to one of Grace's vermiculite mining, milling or processing operations

    • If you checked Category 1 in question 12, complete section C.
    • If you checked Category 2 in question 12, complete section D.

## C. Category 1 Claim: Allegation With Respect To Asbestos From A Grace Product In The Property

13. For what alleged asbestos-containing product(s) are you making a claim?

    ☐ Monokote-3 fireproofing insulation
    ☐ Other    Specify: ASBESTOS SIDING

    (For a list of the brand names under which Grace manufactured products that may have contained commercially added asbestos, see Exhibit 2 to the Claims Bar Date Notice provided with this Proof of Claim Form.)

14. When did you or someone on your behalf install the asbestos containing product(s) in the property?

    [    ] Year    ☒ I did not install the product(s)

15. If you or someone on your behalf did not install the asbestos containing product(s), to the best of your knowledge, when was/were the product(s) installed?

    [    ] Year    ☒ Don't know.

9276103

1016169

002636-000004

16. Do you have documentation relating to the purchase and/or installation of the product in the property?
    ☐ Yes   ☒ No

    If Yes, attach all such documents. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

    If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

17. If you do not have any such documents, explain why not and indicate who may have possession or control of such documents with respect to the property.

    > First owner of home must have them THERE IS NOT EVEN RECORD OF NAME OR ADDRESS OF FIRST THREE HOUSE OWNERS.

18. When did you first know of the presence of asbestos in the property of the Grace product for which you are making this claim?

    2 0 0 2
    Year

    Please attach all documents relating or referring to the presence of asbestos in the property for which you are making this claim. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

    If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

19. How did you first learn of the presence of asbestos in the property of the Grace product for which you are making this claim?

    > I PERSONALLY TOOK A SAMPLE FROM THE FIREPROOFING PIPING./WALL & SENT IT TO A LAB FOR TESTING, NOT OFFICIAL RESULTS

20. When did you first learn that the Grace product for which you are making this claim contained asbestos?

    2 0 0 2
    Year

21. How did you first learn that the Grace product for which you are making the claim contained asbestos?

    > LAB RESULTS INFORMED ME, I AM SENDING A SECOND SAMPLE TO A CERTIFIED LAB TO OBTAIN RESULTS TO THIS CLAIM 3/17/03

22. Have you or someone on your behalf made an effort to remove, contain and/or abate the Grace product for which you are making this claim?
    ☐ Yes   ☒ No

    If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

    If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

23. If you do not have any such documents, explain why not and indicate who may have possession and control of such documents with respect to the property.

    > NOT AVAILABLE, WHEN I PURCHASED THE HOME I WAS NOT GIVEN ANY DOCUMENTATION, IF INDEED EXISTS

24. If you or someone on your behalf did not make an effort to remove, contain and/or abate the Grace product(s) for which you are making a claim, to the best of your knowledge, did anyone else make such an effort?
    ☐ Yes   ☒ No

9276104

1011666

### A. Real Property For Which A Claim Is Being Asserted (continued)

If yes, please specify the dates and description of such renovations.

| Year | Description |
|---|---|
| | |
| | |
| | |

11. To the best of your knowledge, have any other interior renovations been completed on the property during any other period of time which affected any asbestos on the property?

☐ Yes  ☒ No

If yes, please specify the dates and descriptions of such renovations.

| Year | Description |
|---|---|
| | |
| | |
| | |

### B. Claim Category

12. For which category are you making a claim on the property?

☒ Category 1: Allegation with respect to asbestos from a Grace product in the property
☐ Category 2: Allegation with respect to one of Grace's vermiculite mining, milling or processing operations

- If you checked Category 1 in question 12, complete section C.
- If you checked Category 2 in question 12, complete section D.

### C. Category 1 Claim: Allegation With Respect To Asbestos From A Grace Product In The Property

13. For what alleged asbestos-containing product(s) are you making a claim?

☐ Monokote-3 fireproofing insulation
☒ Other    Specify: SPRAY ON "POPCORN" CEILING MATERIAL

(For a list of the brand names under which Grace manufactured products that may have contained commercially added asbestos, see Exhibit 2 to the Claims Bar Date Notice provided with this Proof of Claim Form.)

14. When did you or someone on your behalf install the asbestos containing product(s) in the property?

Year [    ]    ☒ I did not install the product(s)

15. If you or someone on your behalf did not install the asbestos containing product(s), to the best of your knowledge, when was/were the product(s) installed?

Year [1972]    ☐ Don't know.

9276103

1011387

005986-000004

## A. Real Property For Which A Claim Is Being Asserted (continued)

If yes, please specify the dates and description of such renovations.

| 1 9 9 7 | Description | A certified asbestos abatement contractor Removed Asbestos from exposed ducts in basement. |
|---|---|---|
| *Year* | | |

| | Description | |
|---|---|---|
| *Year* | | |

| | Description | |
|---|---|---|
| *Year* | | |

11. To the best of your knowledge, have any other interior renovations been completed on the property during any other period of time which affected any asbestos on the property?

☐ Yes    ☒ No

If yes, please specify the dates and descriptions of such renovations.

| | Description | |
|---|---|---|
| *Year* | | |

| | Description | |
|---|---|---|
| *Year* | | |

| | Description | |
|---|---|---|
| *Year* | | |

## B. Claim Category

12. For which category are you making a claim on the property?
    ☒ Category 1: Allegation with respect to asbestos from a Grace product in the property
    ☐ Category 2: Allegation with respect to one of Grace's vermiculite mining, milling or processing operations

- If you checked Category 1 in question 12, complete section C.
- If you checked Category 2 in question 12, complete section D.

## C. Category 1 Claim: Allegation With Respect To Asbestos From A Grace Product In The Property

13. For what alleged asbestos-containing product(s) are you making a claim?
    ☐ Monokote-3 fireproofing insulation
    ☐ Other    Specify: [                                                        ]

    (For a list of the brand names under which Grace manufactured products that may have contained commercially added asbestos, see Exhibit 2 to the Claims Bar Date Notice provided with this Proof of Claim Form.)

14. When did you or someone on your behalf install the asbestos containing product(s) in the property?

    | | ☒ I did not install the product(s) |
    |---|---|
    | *Year* | |

15. If you or someone on your behalf did not install the asbestos containing product(s), to the best of your knowledge, when was/were the product(s) installed?

    | | ☒ Don't know. |
    |---|---|
    | *Year* | |

9276103

1016310

January 31, 2005

Rust Consulting, Inc.
Claims Processing Agent
Re: W.R. Grace and Co. (Supplemental Information)
P.O. Box 162
Faribault, MN 55021-1620

Re:  Debtor:    W.R. Grace & Co., et al
     Case #:    01-01139 (JKF)
     Claimant:  Skarie, Ronald Alan
     Claim #:   6582

To Whom It May Concern:

This is my response to the Notice Of Intent To Object that I received on December 8, 2004. It appears the objection is because of insufficient supporting information on the proof of claim that I filed. I am unsure what other information you may need. Exposed asbestos wrapping was removed by a qualified asbestos abatement professional years before this bankruptcy proceeding began. The asbestos was initially installed before I was born. There is asbestos wrap behind the walls that I am hesitant to disturb at this time. However, I will provide a sample if necessary.

Sincerely,

Ron Skarie
7623 W. Ryan Rd.
Franklin, WI 53132

REC'D FEB 0 7 2005

WR Grace    PD.22.85.4220
            00015728
SR=929

006582-000015

## A. Real Property For Which A Claim Is Being Asserted (continued)

If yes, please specify the dates and description of such renovations.

| Year | Description |
|---|---|
| 1994 | Sheetrocked over popcorn ceilings & open beams that were wrapped in asbestos. |
| | Put new linoleum in kitchen after we tore the old w/ asbestos out. |
| | |

11. To the best of your knowledge, have any other interior renovations been completed on the property during any other period of time which affected any asbestos on the property?

☒ Yes    ☐ No

If yes, please specify the dates and descriptions of such renovations.

| Year | Description |
|---|---|
| 1993 | We pulled up old kitchen linoleum & did not know it contained asbestos until we were finished. 1993 (Tested in 1994) |
| | |
| | |

## B. Claim Category

12. For which category are you making a claim on the property?

☒ Category 1: Allegation with respect to asbestos from a Grace product in the property

☐ Category 2: Allegation with respect to one of Grace's vermiculite mining, milling or processing operations

- If you checked Category 1 in question 12, complete section C.
- If you checked Category 2 in question 12, complete section D.

## C. Category 1 Claim: Allegation With Respect To Asbestos From A Grace Product In The Property

13. For what alleged asbestos-containing product(s) are you making a claim?

☒ Monokote-3 fireproofing insulation
☒ Other    Specify: Popcorn ceiling & insulating wrap

(For a list of the brand names under which Grace manufactured products that may have contained commercially added asbestos, see Exhibit 2 to the Claims Bar Date Notice provided with this Proof of Claim Form.)

14. When did you or someone on your behalf install the asbestos containing product(s) in the property?

| Year | ☒ I did not install the product(s) |

15. If you or someone on your behalf did not install the asbestos containing product(s), to the best of your knowledge, when was/were the product(s) installed?

| Year | ☒ Don't know. |

9276103

1012542

012750-000004

Name of Debtor(s):   WR Grace & Co., et. al.

Claimant:   Fanette Lloys Stewart
621 East 40th Avenue
Spokane, WA 99203-2901
[509] 747-3395 or [509] 280-5323 (cell)

Authority to reconcile: same as above

Case numbers: 02111594524778 and 0211159452779   Claim numbers: 12750 and 12751

Grace Case No. 01-01139 JFK

Hearing date: NA   Responses due: February 7, 2005

**Property at 901 East Bates Street SE   Tumwater, WA   98501   Claim # 12750 :: 02111594524778**

For the above property I cannot get the test results, but have included the bill for covering the popcorn ceiling and the open beams with sheetrock [$1200.00]. That does not include the cost of sealing and painting the sheetrock which was an additional $200.00. I have added to this packet copies of emails from one of the persons who remembers the testing and the positive results, but does not have access to the records. And also - now included - are copies of the two property disclosure statements that were made and signed by me when I listed the property for sale on two different occasions (2000 and 2002). You can be damn well sure that I would never have divulged the existence of asbestos had it not been a true fact! (I did not file a claim for the asbestos backed linoleum that we removed on our own prior to knowing it was backed with asbestos.)

**Property at 621 East 40th Avenue   Spokane, WA 99203-2901   Claim #12751 :: 0211159452779**

For the Spokane property, I have added a piece of the asbestos covering or wrap that exists on the furnace ducts. It will cost over $2800.00 to remove and replace the ducts and I cannot get a new furnace until the asbestos-covered ducts are removed and replaced. To this packet, I have added a clipping of the asbesos wrap. I do not know what further proof you need or want.

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::;

I am 69 years old and retired and cannot afford an attorney to help me understand your legalese, and so I am complying with your requests to the best of my ability. I certainly should be entitled to compensation for damages to both pieces of property.

I was not the only person who had owned either property, but am obligated by being the present owner to take care of the asbestos. I was the the 5th person to own the property at 901 Bates, but was solely responsible for covering and disclosing it. I could not sell the home without taking care of the ceiling and beam wrap.

I also am the 5th owner of the property at 621 East 40th, and as the present owner, I am also solely responsible for correcting the situation. I need a new furnace and cannot have one installed until the asbestos is taken care of. Not only are the ducts wrapped, but the furnace also has several places with asbestos wrap. Thank you for your consideration of both of these claims.

Respectfully,
*Fanette L. Stewart*
Fanette Lloys Stewart

WR Grace   PD.21 84.4194
**00015516**
SR=915

RECEIVED   JAN 27 2005

012750-000013

### A. Real Property For Which A Claim Is Being Asserted (continued)

If yes, please specify the dates and description of such renovations.

| Year | Description |
|---|---|
| | at some point in time, a previous owner painted the asbestos duct wrap). I have no idea of who or when — |
| | The seams have been taped with duct tape, but the seams are fraying & the tape is coming loose. |

11. To the best of your knowledge, have any other interior renovations been completed on the property during any other period of time which affected any asbestos on the property?

☐ Yes   ☒ No

If yes, please specify the dates and descriptions of such renovations.

| Year | Description |
|---|---|
| | I cannot change any furnace ducting because of the asbestos and do not know how to mend the frayed seams & the loose duct tape. I cannot change the furnace w/o adjudication |

### B. Claim Category

12. For which category are you making a claim on the property?
   - ☒ Category 1: Allegation with respect to asbestos from a Grace product in the property
   - ☐ Category 2: Allegation with respect to one of Grace's vermiculite mining, milling or processing operations

• If you checked Category 1 in question 12, complete section C.
• If you checked Category 2 in question 12, complete section D.

### C. Category 1 Claim: Allegation With Respect To Asbestos From A Grace Product In The Property

13. For what alleged asbestos-containing product(s) are you making a claim?
   - ☒ Monokote-3 fireproofing insulation - on furnace ducts
   - ☒ Other   Specify: asbestos ceiling board in ceiling of oil tank room
   
   (For a list of the brand names under which Grace manufactured products that may have contained commercially added asbestos, see Exhibit 2 to the Claims Bar Date Notice provided with this Proof of Claim Form.)

14. When did you or someone on your behalf install the asbestos containing product(s) in the property?
   
   Year: ☒ I did not install the product(s)

15. If you or someone on your behalf did not install the asbestos containing product(s), to the best of your knowledge, when was/were the product(s) installed?
   
   Year: ☒ Don't know.

9 2 7 6 1 0 3                               1012543

012751-000004

16. Do you have documentation relating to the purchase and/or installation of the product in the property?
    ☐ Yes   ☒ No

    If Yes, attach all such documents. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

    If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

17. If you do not have any such documents, explain why not and indicate who may have possession or control of such documents with respect to the property.

    > TEXTURED PAINT APPLIED TO SHEETROCK BEFORE I BOUGHT; BELIEVE APPLIED BY STEWART COLLINS, 22460 OLD HUNDRED ROAD, POOLESVILLE, MD 20837

18. When did you first know of the presence of asbestos in the property of the Grace product for which you are making this claim?

    `2000`
    Year

    Please attach all documents relating or referring to the presence of asbestos in the property for which you are making this claim. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

    If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

19. How did you first learn of the presence of asbestos in the property of the Grace product for which you are making this claim?

    > BEFORE REMOVING PAINTED WALLBOARD, TOOK PAINT SAMPLE FOR TESTING TO ACM SERVICES, INC., ROCKVILLE, MD.

20. When did you first learn that the Grace product for which you are making this claim contained asbestos?

    `2000`
    Year

21. How did you first learn that the Grace product for which you are making the claim contained asbestos?

    > TESTING COMPANY REPORTED POSITIVE RESULT

22. Have you or someone on your behalf made an effort to remove, contain and/or abate the Grace product for which you are making this claim?
    ☒ Yes   ☐ No

    If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

    If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

23. If you do not have any such documents, explain why not and indicate who may have possession and control of such documents with respect to the property.

24. If you or someone on your behalf did not make an effort to remove, contain and/or abate the Grace product(s) for which you are making a claim, to the best of your knowledge, did anyone else make such an effort?
    ☐ Yes   ☐ No

9276104                                                   SERIAL #:

012752-000005



Asbestos and lead removal
and management

ACM Services, Inc.
1101 Tall Street
Rockville, MD 20850-1311
301-279-0072 or 800-242-7760
Fax 301-279-0272
http www.ACMServices.com

February 28, 2000

Mr. John Belferman
21600 Beallsville Road
Barnesville, MD 20838

RE:   Asbestos Floor Tile Sample
      Lead-Based Paint Window Trim Sample

Dear Mr. Belferman:

Enclosed, please find the analytical results for the samples collected and analyzed for asbestos and lead content. The floor tile sample submitted **does** contain asbestos. In addition, the lead-based paint sample submitted **does** contain lead.

Attached please find analytical results for these samples.

Thank you for choosing ACM Services, Inc. for your environmental needs. Should you require any further assistance, do not hesitate to contact me.

Sincerely,
ACM Services, Inc.

Dale R. McGuire
Director of Operations

S:\SHARED\WORD\SAM498LTR.DOC

Woodbury 167

0 1-3359116

# ENVIRONMENTAL MONITORING SERVICE, INC.
## ANALYTICAL SERVICES LABORATORY
### ASBESTOS IDENTIFICATION REPORT OF ANALYSIS

DATE 9/23/88

CUSTOMER Walnut Grove Apt. - potential purchase

ANALYST Don Dyphechten

| SAMPLE I.D. # | ANALYTICAL METHOD | GROSS SAMPLE APPEARANCE | SAMPLE TREATMENT | ASBESTOS PRESENT | TOTAL % ASBESTOS | FIBROUS MATERIAL | NONFIBROUS MATERIAL |
|---|---|---|---|---|---|---|---|
| WDBY #1164 | 2 | 3-white | 1 | 3-5%<br>5% chrysotile asbestos | 5% | 3-5%<br>5% cellulose | 1-90%<br>filler-binder 90% |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

ANALYTICAL METHOD
(ENTER NUMBER)
1. PLM = POLARIZED LIGHT MICROSCOPY
2. PLM + DISPERSION STAINING
3. X-RAY DIFFRACTION

GROSS SAMPLE APPEARANCE
(ENTER NUMBER, NOTE COLOR)
1. HOMOGENOUS, NON-FIBROUS
2. HOMOGENOUS, FIBROUS
3. HETEROGENOUS, NON-FIBROUS
4. HETEROGENOUS, FIBROUS
5. HETEROGENOUS, MIXED

SAMPLE TREATMENT
(ENTER NUMBER)
1. HOMOGENIZED
2. UNTREATED
3. OTHER, SPECIFY

ASBESTOS PRESENT
ENTER NUMBER & %
1. AMOSITE
2. CHRYSOTILE
3. CROCIDOLITE
4. OTHER, SPECIFY

OTHER FIBROUS MATERIALS
ENTER NUMBER & %
1. MINERAL WOOL
2. MINERAL WOOL
3. CELLULOSE
4. SYNTHETIC FIBERS
5. OTHER, SPECIFY

NONFIBROUS MATERIALS
ENTER NUMBER & %
1. FILLER/BINDER
2. PERLITE
3. PLASTER
4. VERMICULITE
5. PAINT
6. QUARTZ, CaCO3
7. TAR
8. OTHER



**PATRIOT**
ENVIRONMENTAL
LABORATORY SERVICES, INC.

Page 1

REPORT NUMBER: SD-1089
CLIENT: Kenneth D. Smith
Architect & Associates
435 W. Bradley Ave. Ste. C
El Cajon, CA 92020

## POLARIZED LIGHT MICROSCOPY ANALYSIS

NUMBER OF SAMPLES: 01
DATE RECEIVED: 12/13/02
DATE ANALYZED: 12/13/02

REPORT DATE: 12/13/02
PROJECT: 1711 Milton Manor Dr.
El Cajon, CA 92020

| CLIENT/LAB IDENTIFICATION | AREA SAMPLED | TYPE OF SAMPLE | ASBESTOS RESULTS | COMPOSITION |
|---|---|---|---|---|
| 01 010678 | Ceiling | Acoustic Material (White) | Chrysotile 3% | Cellulose/Carbonate |

_(signature)_
John Lopez
Analyst

Disclaimer: Bulk samples analyzed per 40 CFR 763, Subpart F, Appendix A; EPA-600/R-93/116 and for friable materials, EPA-600/M4-82-020. Samples are analyzed by calibrated visual estimation; therefore, results may not be reliable for samples of low concentration levels. This report applies only to the items tested. The results are representative of the samples submitted and may not represent the entire material from which samples were collected. This report was issued by a NIST/NVLAP accredited laboratory and may not be reproduced without the expressed written consent of Patriot Environmental.

7271 Garden Grove Blvd., Suite A, Garden Grove, CA 92841
Tel: 888/743-0998 • Tel: 714/899-8900 • Fax: 714/899-7098

**007092-000012**

# PINCHIN & ASSOCIATES LTD.

COOPERS BUSINESS CENTRE
5749 COOPERS AVENUE
MISSISSAUGA, ONTARIO
L4Z 1R9

## BULK SAMPLE ANALYSIS

**PROJECT NAME:** Toronto Board of Education
Roden P.S. - 2543
**PREPARED FOR:** B. Dziadul
Pinchin & Associates Ltd.

**LAB REFERENCE NO:** b3272 - 1991
**DATE:** August 19, 1991
**PAGE:** 1 of 2

| SAMPLE IDENTIFICATION | SAMPLE DESCRIPTION | % COMPOSITION (VISUAL ESTIMATE) | | COMMENTS |
|---|---|---|---|---|
| | | ASBESTOS | OTHER | |
| 2543.269.001<br>2'x5' AT (006), Corridor by Library, South Wing | Homogeneous, beige, layered, compressed, fibrous material. | None Detected | Cellulose 25-50%<br>Mineral Wool 50-75% | |
| 2543.269.002<br>Sprayed F.P., Library | Homogeneous, off-white, fibrous material. | None Detected | Mineral Wool >75%<br>Cellulose <1%<br>Non-fibrous Material 5-10% | |
| 2543.269.003<br>2'x4' AT (006), 3rd Floor Duct Space | Homogeneous, grey, layered, compressed, fibrous material. | None Detected | Perlite 10-25%<br>Mineral Wool 10-25%<br>Cellulose 50-75% | |
| 2543.269.004<br>Sprayed F.P., 3rd Floor, Classroom Area, in Track by Col. | Homogeneous, off-white, fibrous material. | Chrysotile 5-10% | Mineral Wool >75%<br>Cellulose 1-5% | |
| 2543.269.005<br>Sprayed F.P., Column Near West Wall, 2nd Floor | Homogeneous, beige, soft cementitious material. | None Detected | Synthetic Fibres 10-25%<br>Vermiculite 25-50%<br>Cellulose 10-25%<br>Other Non-fibrous Material 25-50% | |
| 2543.269.006<br>Parging Cement, DCW Elbow, Mech. Room, Unit 2 | Homogeneous, grey, soft cementitious material. | Chrysotile 50-75% | Magnetite 1-5%<br>Non-fibrous Material 25-50% | |

ANALYST: _____

012315-000086



## PINCHIN & ASSOCIATES LTD.

COOPERS BUSINESS CENTRE
5749 COOPERS AVENUE
MISSISSAUGA, ONTARIO
L4Z 1R9

### BULK SAMPLE ANALYSIS

**PROJECT NAME:** Roden Public School
R2548.269

**PREPARED FOR:** Mr. C. Broadbent
Toronto Board of Education
155 College Street
Toronto, Ontario M5T 1P6

**LAB REFERENCE NO:** b3900 - 1992

**DATE:** April 14, 1992

**PAGE:** 1 of 1

| SAMPLE IDENTIFICATION | SAMPLE DESCRIPTION | % COMPOSITION (VISUAL ESTIMATE) | | COMMENTS |
|---|---|---|---|---|
| | | ASBESTOS | OTHER | |
| .01 Sprayed Fireproofing, S.W. Mechanical Room | Homogeneous, off-white, fibrous material. | None Detected | Mineral Wool  50-75%<br>Non-fibrous Material  25-50% | |

**ANALYST:** _____

**PINCHIN & ASSOCIATES LTD.**
TWO ROBERT SPECK PARKWAY
SUITE 294
MISSISSAUGA, ONTARIO
L4Z 1H3

PROJECT: Carleton University, MacODrum Library - 1448
LAB REFERENCE NO.: b0548 - 1989
PREPARED FOR: T. Boothman
Pinchin & Associates Ltd.

PAGE: 2 of 2
DATE: October 6, 1989
ANALYST: R. Unitts

| SAMPLE IDENTIFICATION | SAMPLE DESCRIPTION | % COMPOSITION (VISUAL ESTIMATE) | | COMMENTS |
|---|---|---|---|---|
| | | ASBESTOS | OTHER | |
| 2-10 2nd Floor, Texture Coat at West Hoarding | Homogeneous, beige, soft, cementitious material. | Chrysotile 10-25%<br>Anthophyllite <1% | Perlite 50-75%<br>Cellulose 10-25% | |
| 2-11 2nd Floor, Sprayed Ceiling Material | Homogeneous, grey, fibrous material. | Chrysotile 10-25% | Mineral Wool 25-50%<br>Non-fibrous Material 25-50% | |
| 2-12 Light Fixture Paper, Janitor's Room | Homogeneous, off-white, layered, corrugated paper. | Chrysotile >75% | Cellulose 10-25% | |
| 2-13 1st Floor, Sprayed Ceiling | Homogeneous, grey, fibrous material. | Chrysotile 25-50% | Mineral Wool 25-50%<br>Non-fibrous Material 10-25% | |
| 2-14 Lay-in Tile, Room 114 | Homogeneous, Off-White, Layered, Compressed, Fibrous Material. | None Detected | Cellulose 25-50%<br>Mineral Wool 50-75% | |
| 2-15 Hot Water Piping, "Aircell" | Homogeneous, off-white, layered, corrugated paper. | Chrysotile >75% | Cellulose 10-25% | |

**PINCHIN & ASSOCIATES LTD.**
TWO ROBERT SPECK PARKWAY
SUITE 2H
MISSISSAUGA, ONTARIO
L4Z 1H8

PROJECT: Carleton University, MacOdrum Library
LAB REFERENCE NO.: b0772 - 1989
PREPARED FOR: T. Boothman
Pinchin & Associates Ltd.

PAGE: 1 of 1
DATE: December 15, 1989
ANALYST: P. Hinnetts

| SAMPLE IDENTIFICATION | SAMPLE DESCRIPTION | % COMPOSITION (VISUAL ESTIMATE) ASBESTOS | % COMPOSITION (VISUAL ESTIMATE) OTHER | COMMENTS |
|---|---|---|---|---|
| 2-16 Quad Tunnel, Sprayed Fireproofing | Homogeneous, brown, fibrous material. | Amosite 50-75% | Non-fibrous Material 25-50% | |

# PINCHIN & ASSOCIATES LTD.

COOPERS BUSINESS CENTRE
5749 COOPERS AVENUE
MISSISSAUGA, ONTARIO
L4Z 1R9

## BULK SAMPLE ANALYSIS

**PROJECT NAME:** MacOdrum Library - Z4702

**PREPARED FOR:** M. Graveline
Pinchin & Associates Ltd.

**LAB REFERENCE NO:** b5415 - 1993

**DATE:** June 30, 1993

**PAGE:** 1 of 1

| SAMPLE IDENTIFICATION | SAMPLE DESCRIPTION | % COMPOSITION (VISUAL ESTIMATE) | | COMMENTS |
|---|---|---|---|---|
| | | ASBESTOS | OTHER | |
| 4702-001 Wall Plaster, Level 1 Entrance | 2 Phases:<br>a) Homogeneous, beige, hard, cementitious material.<br><br>b) Homogeneous, white, soft, cementitious material. | None Detected<br><br><br>None Detected | Non-fibrous Material >75%<br><br>Cellulose <1%<br>Non-fibrous Material >75% | |
| 4702-002 Sprayed Insulation, Level 2 Entrance | Homogeneous, grey, fibrous material. | Chrysotile 25-50% | Mineral Wool 50-75%<br>Non-fibrous Material 5-10% | |
| 4702-003 Texture Ceiling, Level 2 Entrance | Homogeneous, white, granular, cementitious material. | None Detected | Cellulose 5-10%<br>Perlite 10-25%<br>Non-fibrous Material 50-75% | |

**ANALYST:** _____

012395-000064