## PART 4:  ASBESTOS LITIGATION AND CLAIMS

### A.  INTRODUCTION

1.  Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

☐ No
☒ Yes – lawsuit
☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2.  Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

☐ No
☒ Yes – lawsuit
☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

*If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

*If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

### B.  LAWSUITS

1.  Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

a.  Caption  `Alabama, et al. v. W.R. Grace, et al.`

b.  Court where suit originally filed: `US SUPREME CT`    Docket No.: `116`
    *County/State*

c.  Date filed: `01` - `29` - `1990`
    *Month  Day   Year*

---

a.  Caption

b.  Court where suit originally filed:                      Docket No.:
    *County/State*

c.  Date filed:        -        -
    *Month   Day    Year*

---

a.  Caption

b.  Court where suit originally filed:                      Docket No.:
    *County/State*

c.  Date filed:        -        -
    *Month   Day    Year*

(Attach additional pages if necessary.)

9276109                                          **SERIAL #**

# PART 4: ASBESTOS LITIGATION AND CLAIMS

## A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

☐ No
☒ Yes – lawsuit
☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

☐ No
☒ Yes – lawsuit
☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

*If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

*If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

## B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

a. Caption  `Alabama, et al. v. W.R. Grace, et al.`

b. Court where suit originally filed: `US SUPREME CT`   Docket No.: `116`
*County/State*

c. Date filed: `01` - `29` - `1990`
*Month   Day   Year*

a. Caption

b. Court where suit originally filed:              Docket No.:
*County/State*

c. Date filed:    -    -
*Month   Day   Year*

a. Caption

b. Court where suit originally filed:              Docket No.:
*County/State*

c. Date filed:    -    -
*Month   Day   Year*

(Attach additional pages if necessary.)

9276109                                    SERIAL #

## PART 4:  ASBESTOS LITIGATION AND CLAIMS

### A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B, below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C, on the following page.*

### B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption   `Alabama, et al. v. W.R. Grace, et al.`

   b. Court where suit originally filed: `US SUPREME CT`   Docket No.: `116`
   *County/State*

   c. Date filed: `01` - `29` - `1990`
   *Month   Day   Year*

   ---

   a. Caption

   b. Court where suit originally filed:            Docket No.:
   *County/State*

   c. Date filed:    -    -
   *Month   Day   Year*

   ---

   a. Caption

   b. Court where suit originally filed:            Docket No.:
   *County/State*

   c. Date filed:    -    -
   *Month   Day   Year*

   (Attach additional pages if necessary.)

9276109                                    SERIAL #

# PART 4:  ASBESTOS LITIGATION AND CLAIMS

## A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

## B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption  `Alabama, et al. v. W.R. Grace, et al.`

   b. Court where suit originally filed: `US SUPREME CT`  Docket No.: `116`
   *County/State*

   c. Date filed: `01` - `29` - `1990`
   *Month   Day   Year*

   a. Caption  [                    ]

   b. Court where suit originally filed: [          ]  Docket No.: [        ]
   *County/State*

   c. Date filed: [  ] - [  ] - [    ]
   *Month   Day   Year*

   a. Caption  [                    ]

   b. Court where suit originally filed: [          ]  Docket No.: [        ]
   *County/State*

   c. Date filed: [  ] - [  ] - [    ]
   *Month   Day   Year*

   (Attach additional pages if necessary.)

9276109                              SERIAL #⌐

## PART 4: ASBESTOS LITIGATION AND CLAIMS

### A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B, below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C, on the following page.*

### B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption: `Alabama, et al. v. W.R. Grace, et al.`

   b. Court where suit originally filed: `US SUPREME CT`
      *County/State*     Docket No.: `116`

   c. Date filed: `01` - `29` - `1990`
      *Month*   *Day*   *Year*

   a. Caption: 

   b. Court where suit originally filed: 
      *County/State*     Docket No.: 

   c. Date filed:  -  - 
      *Month*   *Day*   *Year*

   a. Caption: 

   b. Court where suit originally filed: 
      *County/State*     Docket No.: 

   c. Date filed:  -  - 
      *Month*   *Day*   *Year*

   (Attach additional pages if necessary.)

9276109                                    SERIAL #

# PART 4: ASBESTOS LITIGATION AND CLAIMS

## A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

☐ No
☒ Yes – lawsuit
☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

☐ No
☒ Yes – lawsuit
☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

*If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

*If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

## B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

a. Caption  `Alabama, et al. v. W.R. Grace, et al.`

b. Court where suit originally filed: `US SUPREME CT`    Docket No.: `116`
*County/State*

c. Date filed: `01` - `29` - `1990`
*Month    Day    Year*

a. Caption  

b. Court where suit originally filed:     Docket No.:
*County/State*

c. Date filed:     -     -
*Month    Day    Year*

a. Caption  

b. Court where suit originally filed:     Docket No.:
*County/State*

c. Date filed:     -     -
*Month    Day    Year*

(Attach additional pages if necessary.)

9 2 7 6 1 0 9                 **SERIAL #**

009880-000008

## PART 4: ASBESTOS LITIGATION AND CLAIMS

### A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes -- lawsuit
   ☐ Yes -- non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes -- lawsuit
   ☐ Yes -- non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B, below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C, on the following page.*

### B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption  `Alabama, et al. v. W.R. Grace, et al.`

   b. Court where suit originally filed: `US SUPREME CT`   Docket No.: `116`
      *County/State*

   c. Date filed: `01` - `29` - `1990`
      *Month   Day    Year*

   a. Caption

   b. Court where suit originally filed:                Docket No.:
      *County/State*

   c. Date filed:      -      -
      *Month   Day    Year*

   a. Caption

   b. Court where suit originally filed:                Docket No.:
      *County/State*

   c. Date filed:      -      -
      *Month   Day    Year*

   (Attach additional pages if necessary.)

9276109

SERIAL #

# PART 4: ASBESTOS LITIGATION AND CLAIMS

## A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

## B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption  `Alabama, et al. v. W.R. Grace, et al.`

   b. Court where suit originally filed: `US SUPREME CT`   Docket No.: `116`
   *County/State*

   c. Date filed: `01` - `29` - `1990`
   *Month   Day   Year*

   a. Caption

   b. Court where suit originally filed:                   Docket No.:
   *County/State*

   c. Date filed: ☐☐ - ☐☐ - ☐☐☐☐
   *Month   Day   Year*

   a. Caption

   b. Court where suit originally filed:                   Docket No.:
   *County/State*

   c. Date filed: ☐☐ - ☐☐ - ☐☐☐☐
   *Month   Day   Year*

   (Attach additional pages if necessary.)

9276109                              SERIAL #⌐

009882-000008

# PART 4:  ASBESTOS LITIGATION AND CLAIMS

## A.  INTRODUCTION

1.  Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

    ☐ No
    ☒ Yes – lawsuit
    ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2.  Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

    ☐ No
    ☒ Yes – lawsuit
    ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

    *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

    *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

## B.  LAWSUITS

1.  Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

    a.  Caption   `Alabama, et al. v. W.R. Grace, et al.`

    b.  Court where suit originally filed: `US SUPREME CT`   Docket No.: `116`
        *County/State*

    c.  Date filed: `01` - `29` - `1990`
        *Month  Day  Year*

    a.  Caption

    b.  Court where suit originally filed:   Docket No.:
        *County/State*

    c.  Date filed: ☐☐ - ☐☐ - ☐☐☐☐
        *Month  Day  Year*

    a.  Caption

    b.  Court where suit originally filed:   Docket No.:
        *County/State*

    c.  Date filed: ☐☐ - ☐☐ - ☐☐☐☐
        *Month  Day  Year*

    (Attach additional pages if necessary.)

9276109                              SERIAL #⌋

009883-000008

# PART 4: ASBESTOS LITIGATION AND CLAIMS

## A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

☐ No
☒ Yes – lawsuit
☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

☐ No
☒ Yes – lawsuit
☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

*If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

*If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

## B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

a. Caption    Alabama, et al. v. W.R. Grace, et al.

b. Court where suit originally filed: US SUPREME CT    Docket No.: 116
   *County/State*

c. Date filed: 01 - 29 - 1990
   *Month   Day   Year*

a. Caption

b. Court where suit originally filed:    Docket No.:
   *County/State*

c. Date filed: ☐☐ - ☐☐ - ☐☐☐☐
   *Month   Day   Year*

a. Caption

b. Court where suit originally filed:    Docket No.:
   *County/State*

c. Date filed: ☐☐ - ☐☐ - ☐☐☐☐
   *Month   Day   Year*

(Attach additional pages if necessary.)

9276109                    SERIAL #

009884-000008

## PART 4:  ASBESTOS LITIGATION AND CLAIMS

### A.  INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes · lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

### B.  LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption

   | Alabama, et al. v. W.R. Grace, et al. |
   |---|

   b. Court where suit originally filed: `US SUPREME CT`  *County/State*    Docket No.: `116`

   c. Date filed: `01` - `29` - `1990`
   *Month   Day   Year*

   a. Caption

   b. Court where suit originally filed:                *County/State*    Docket No.:

   c. Date filed: ☐☐ - ☐☐ - ☐☐☐☐
   *Month   Day   Year*

   a. Caption

   b. Court where suit originally filed:                *County/State*    Docket No.:

   c. Date filed: ☐☐ - ☐☐ - ☐☐☐☐
   *Month   Day   Year*

   (Attach additional pages if necessary.)

9276109                                SERIAL #⌐

009885-000008

# PART 4:  ASBESTOS LITIGATION AND CLAIMS

## A.  INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No

   ☒ Yes – lawsuit

   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No

   ☒ Yes – lawsuit

   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B, below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

## B.  LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption   `Alabama, et al. v. W.R. Grace, et al.`

   b. Court where suit originally filed: `US SUPREME CT`    Docket No.: `116`
   *County/State*

   c. Date filed: `01`-`29`-`1990`
   *Month   Day   Year*

   ---

   a. Caption

   b. Court where suit originally filed:              Docket No.:
   *County/State*

   c. Date filed: ☐☐-☐☐-☐☐☐☐
   *Month   Day   Year*

   ---

   a. Caption

   b. Court where suit originally filed:              Docket No.:
   *County/State*

   c. Date filed: ☐☐-☐☐-☐☐☐☐
   *Month   Day   Year*

   (Attach additional pages if necessary.)

9276109                                     SERIAL #

009886-000008

## PART 4: ASBESTOS LITIGATION AND CLAIMS

### A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes · lawsuit
   ☐ Yes -- non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes -- lawsuit
   ☐ Yes -- non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

### B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption  Alabama, et al. v. W.R. Grace, et al.

   b. Court where suit originally filed: US SUPREME CT    Docket No.: 116
      *County/State*

   c. Date filed: 01 - 29 - 1990
      *Month   Day   Year*

   a. Caption

   b. Court where suit originally filed:    Docket No.:
      *County/State*

   c. Date filed:    -    -
      *Month   Day   Year*

   a. Caption

   b. Court where suit originally filed:    Docket No.:
      *County/State*

   c. Date filed:    -    -
      *Month   Day   Year*

   (Attach additional pages if necessary.)

9276109                              SERIAL #⌐

# PART 4: ASBESTOS LITIGATION AND CLAIMS

## A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

## B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption: ALABAMA v. W.R. GRACE, ET AL.

   b. Court where suit originally filed: US SUPREME CT    Docket No.: 116
      *County/State*

   c. Date filed: 01 - 29 - 1990
      *Month   Day   Year*

   a. Caption: 

   b. Court where suit originally filed: 
      *County/State*     Docket No.: 

   c. Date filed: ☐☐ - ☐☐ - ☐☐☐☐
      *Month   Day   Year*

   a. Caption: 

   b. Court where suit originally filed: 
      *County/State*     Docket No.: 

   c. Date filed: ☐☐ - ☐☐ - ☐☐☐☐
      *Month   Day   Year*

   (Attach additional pages if necessary.)

9276109                                    SERIAL #

009888-000008

## PART 4: ASBESTOS LITIGATION AND CLAIMS

### A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B, below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C, on the following page.*

### B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption `ALABAMA v. W.R. GRACE, ET AL`

   b. Court where suit originally filed: `US SUPREME CT`  Docket No.: `116`
      *County/State*

   c. Date filed: `01` - `29` - `1990`
      *Month   Day   Year*

   a. Caption

   b. Court where suit originally filed: Docket No.:
      *County/State*

   c. Date filed: ☐☐ - ☐☐ - ☐☐☐☐
      *Month   Day   Year*

   a. Caption

   b. Court where suit originally filed: Docket No.:
      *County/State*

   c. Date filed: ☐☐ - ☐☐ - ☐☐☐☐
      *Month   Day   Year*

   (Attach additional pages if necessary.)

9276109                         SERIAL #

009889-000008

## PART 4: ASBESTOS LITIGATION AND CLAIMS

### A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

☐ No
☒ Yes – lawsuit
☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

☐ No
☒ Yes – lawsuit
☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

*If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

*If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

### B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

a. Caption    `Alabama, et al. v. W.R. Grace, et al.`

b. Court where suit originally filed: `US SUPREME CT`    Docket No.: `116`
   *County/State*

c. Date filed: `01` - `29` - `1990`
   *Month  Day  Year*

a. Caption

b. Court where suit originally filed:              Docket No.:
   *County/State*

c. Date filed:     -     -
   *Month  Day  Year*

a. Caption

b. Court where suit originally filed:              Docket No.:
   *County/State*

c. Date filed:     -     -
   *Month  Day  Year*

(Attach additional pages if necessary.)

9276109                                      SERIAL #

009890-000008

# PART 4:  ASBESTOS LITIGATION AND CLAIMS

## A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

☐ No

☒ Yes – lawsuit

☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

☐ No

☒ Yes – lawsuit

☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

*If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B, below.*

*If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C, on the following page.*

## B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

a. Caption     `Alabama, et al. v. W.R. Grace, et al.`

b. Court where suit **originally filed:** `US SUPREME CT`     Docket No.: `116`
    *County/State*

c. Date filed: `01` - `29` - `1990`
    *Month   Day      Year*

a. Caption

b. Court where suit **originally filed:**     Docket No.:
    *County/State*

c. Date filed:        -        -
    *Month    Day      Year*

a. Caption

b. Court where suit **originally filed:**     Docket No.:
    *County/State*

c. Date filed:        -        -
    *Month    Day      Year*

(Attach additional pages if necessary.)

9276109                                            SERIAL #

## PART 4:  ASBESTOS LITIGATION AND CLAIMS

### A.  INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

### B.  LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption  `Alabama, et al. v. W.R. Grace, et al.`

   b. Court where suit **originally filed**: `US SUPREME CT`   Docket No.: `116`
      *County/State*

   c. Date filed: `01` - `29` - `1990`
      *Month   Day   Year*

   a. Caption

   b. Court where suit **originally filed**:                       Docket No.:
      *County/State*

   c. Date filed:      -      -
      *Month   Day   Year*

   a. Caption

   b. Court where suit **originally filed**:                       Docket No.:
      *County/State*

   c. Date filed:      -      -
      *Month   Day   Year*

   (Attach additional pages if necessary.)

9276109                                    **SERIAL #**

009892-000008

## PART 4: ASBESTOS LITIGATION AND CLAIMS

### A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

### B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption    Alabama, et al. v. W.R. Grace, et al.

   b. Court where suit originally filed: US SUPREME CT ; Docket No.: 116
   *County/State*

   c. Date filed: 01 - 29 - 1990
   *Month   Day   Year*

   ---

   a. Caption

   b. Court where suit originally filed:                         Docket No.:
   *County/State*

   c. Date filed:   -   -
   *Month   Day   Year*

   ---

   a. Caption

   b. Court where suit originally filed:                         Docket No.:
   *County/State*

   c. Date filed:   -   -
   *Month   Day   Year*

   (Attach additional pages if necessary.)

9276109                                                    SERIAL #

009893-000008

# PART 4: ASBESTOS LITIGATION AND CLAIMS

## A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B, below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C, on the following page.*

## B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption  `Alabama, et al. v. W.R. Grace, et al.`

   b. Court where suit originally filed: `US SUPREME CT`   Docket No.: `116`
      *County/State*

   c. Date filed: `01`-`29`-`1990`
      *Month  Day   Year*

   a. Caption

   b. Court where suit originally filed:                Docket No.:
      *County/State*

   c. Date filed:    -    -
      *Month  Day   Year*

   a. Caption

   b. Court where suit originally filed:                Docket No.:
      *County/State*

   c. Date filed:    -    -
      *Month  Day   Year*

   (Attach additional pages if necessary.)

9276109                                              SERIAL #

009895-000008

# PART 4: ASBESTOS LITIGATION AND CLAIMS

## A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

## B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption  `Alabama, et al. v. W.R. Grace, et al.`

   b. Court where suit originally filed: `US SUPREME CT`    Docket No.: `116`
      *County/State*

   c. Date filed: `01` - `29` - `1990`
      *Month    Day    Year*

   ---

   a. Caption

   b. Court where suit originally filed:                         Docket No.:
      *County/State*

   c. Date filed:     -     -
      *Month    Day    Year*

   ---

   a. Caption

   b. Court where suit originally filed:                         Docket No.:
      *County/State*

   c. Date filed:     -     -
      *Month    Day    Year*

   (Attach additional pages if necessary.)

9 2 7 6 1 0 9                                    SERIAL #

009896-000008

## PART 4:  ASBESTOS LITIGATION AND CLAIMS

### A.  INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B, below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C, on the following page.*

### B.  LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption  `Alabama, et al. v. W.R. Grace, et al.`

   b. Court where suit originally filed: `US SUPREME CT`   Docket No.: `116`
      *County/State*

   c. Date filed: `01` - `29` - `1990`
      *Month   Day   Year*

   ---

   a. Caption

   b. Court where suit originally filed:   Docket No.:
      *County/State*

   c. Date filed: ☐☐ - ☐☐ - ☐☐☐☐
      *Month   Day   Year*

   ---

   a. Caption

   b. Court where suit originally filed:   Docket No.:
      *County/State*

   c. Date filed: ☐☐ - ☐☐ - ☐☐☐☐
      *Month   Day   Year*

   (Attach additional pages if necessary.)

9276109                    SERIAL #

009897-000008

## PART 4: ASBESTOS LITIGATION AND CLAIMS

### A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

### B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption  `Alabama, et al. v. W.R. Grace, et al.`

   b. Court where suit originally filed: `US SUPREME CT`  Docket No.: `116`
   *County/State*

   c. Date filed: `01` - `29` - `1990`
   *Month  Day  Year*

   ---

   a. Caption

   b. Court where suit originally filed:  Docket No.:
   *County/State*

   c. Date filed:  -  -
   *Month  Day  Year*

   ---

   a. Caption

   b. Court where suit originally filed:  Docket No.:
   *County/State*

   c. Date filed:  -  -
   *Month  Day  Year*

   (Attach additional pages if necessary.)

9276109

SERIAL #

009909-000008

# PART 4: ASBESTOS LITIGATION AND CLAIMS

## A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B, below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C, on the following page.*

## B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption    `Alabama, et al. v. W.R. Grace, et al.`

   b. Court where suit originally filed: `US SUPREME CT`   Docket No.: `116`
      *County/State*

   c. Date filed: `01`-`29`-`1990`
      *Month  Day  Year*

   ---

   a. Caption

   b. Court where suit originally filed:                 Docket No.:
      *County/State*

   c. Date filed: ☐☐-☐☐-☐☐☐☐
      *Month  Day  Year*

   ---

   a. Caption

   b. Court where suit originally filed:                 Docket No.:
      *County/State*

   c. Date filed: ☐☐-☐☐-☐☐☐☐
      *Month  Day  Year*

   (Attach additional pages if necessary.)

9276109                              SERIAL #

## PART 4: ASBESTOS LITIGATION AND CLAIMS

### A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

☐ No
☒ Yes – lawsuit
☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

☐ No
☒ Yes – lawsuit
☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

*If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B, below.*

*If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C, on the following page.*

### B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

a. Caption   `ALABAMA v. W.R. GRACE, ET AL.`

b. Court where suit originally filed: `US SUPREME CT`   Docket No.: `116`
*County/State*

c. Date filed: `01` - `29` - `1990`
*Month    Day    Year*

a. Caption   [                    ]

b. Court where suit originally filed: [                    ]   Docket No.: [          ]
*County/State*

c. Date filed: [  ] - [  ] - [    ]
*Month    Day    Year*

a. Caption   [                    ]

b. Court where suit originally filed: [                    ]   Docket No.: [          ]
*County/State*

c. Date filed: [  ] - [  ] - [    ]
*Month    Day    Year*

(Attach additional pages if necessary.)

9276109                         SERIAL #

009925-000008

## PART 4:  ASBESTOS LITIGATION AND CLAIMS

### A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

☐ No

☒ Yes – lawsuit

☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

☐ No

☒ Yes – lawsuit

☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

*If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B, below.*

*If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C, on the following page.*

### B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

a. Caption    ALABAMA v. W.R. GRACE, ET AL.

b. Court where suit originally filed:  US SUPREME CT    Docket No.:  116
   *County/State*

c. Date filed:  01 - 29 - 1990
   *Month   Day   Year*

a. Caption

b. Court where suit originally filed:    Docket No.:
   *County/State*

c. Date filed:  ☐☐ - ☐☐ - ☐☐
   *Month   Day   Year*

a. Caption

b. Court where suit originally filed:    Docket No.:
   *County/State*

c. Date filed:  ☐☐ - ☐☐ - ☐☐
   *Month   Day   Year*

(Attach additional pages if necessary.)

9276109                                    SERIAL #

## PART 4: ASBESTOS LITIGATION AND CLAIMS

### A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

☐ No
☒ Yes – lawsuit
☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

☐ No
☒ Yes – lawsuit
☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

*If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

*If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

### B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

a. Caption  ALABAMA v. W.R. GRACE, ET AL

b. Court where suit originally filed: US SUPREME CT    Docket No.: 116
   *County/State*

c. Date filed: 01 - 29 - 1990
   *Month   Day   Year*

a. Caption

b. Court where suit originally filed:          Docket No.:
   *County/State*

c. Date filed: ☐☐ - ☐☐ - ☐☐☐☐
   *Month   Day   Year*

a. Caption

b. Court where suit originally filed:          Docket No.:
   *County/State*

c. Date filed: ☐☐ - ☐☐ - ☐☐☐☐
   *Month   Day   Year*

(Attach additional pages if necessary.)

9276109                                SERIAL #

009970-000008

## PART 4: ASBESTOS LITIGATION AND CLAIMS

### A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

☐ No
☒ Yes – lawsuit
☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

☐ No
☒ Yes – lawsuit
☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

*If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

*If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

### B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption    ALABAMA v. W.R. GRACE, ET AL

   b. Court where suit **originally filed:** US SUPREME CT    Docket No.: 116
   *County/State*

   c. Date filed: 01 – 29 – 1990
   *Month   Day   Year*

   a. Caption

   b. Court where suit **originally filed:**    Docket No.:
   *County/State*

   c. Date filed: ☐☐ – ☐☐ – ☐☐☐☐
   *Month   Day   Year*

   a. Caption

   b. Court where suit **originally filed:**    Docket No.:
   *County/State*

   c. Date filed: ☐☐ – ☐☐ – ☐☐☐☐
   *Month   Day   Year*

   (Attach additional pages if necessary.)

9276109                                        SERIAL #

# PART 4:  ASBESTOS LITIGATION AND CLAIMS

## A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B, below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C, on the following page.*

## B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption: ALABAMA v. W.R. GRACE, ET AL.

   b. Court where suit originally filed: US SUPREME CT     Docket No.: 116
      *County/State*

   c. Date filed: 01 - 29 - 1990
      *Month  Day   Year*

   a. Caption:

   b. Court where suit originally filed:
      *County/State*                         Docket No.:

   c. Date filed:  ☐☐ - ☐☐ - ☐☐☐☐
      *Month  Day   Year*

   a. Caption:

   b. Court where suit originally filed:
      *County/State*                         Docket No.:

   c. Date filed:  ☐☐ - ☐☐ - ☐☐☐☐
      *Month  Day   Year*

   (Attach additional pages if necessary.)

9276109                                   **SERIAL #**

009993-000008

## PART 4: ASBESTOS LITIGATION AND CLAIMS

### A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes -- non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

### B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption  ALABAMA v. W.R. GRACE, ET AL

   b. Court where suit originally filed: US SUPREME CT    Docket No.: 116
      *County/State*

   c. Date filed: 01 - 29 - 1990
      *Month  Day  Year*

   a. Caption

   b. Court where suit originally filed:    Docket No.:
      *County/State*

   c. Date filed: ☐☐ - ☐☐ - ☐☐☐☐
      *Month  Day  Year*

   a. Caption

   b. Court where suit originally filed:    Docket No.:
      *County/State*

   c. Date filed: ☐☐ - ☐☐ - ☐☐☐☐
      *Month  Day  Year*

   (Attach additional pages if necessary.)

9276109

SERIAL #⌐

010018-000008

## PART 4: ASBESTOS LITIGATION AND CLAIMS

### A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

☐ No
☒ Yes – lawsuit
☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

☐ No
☒ Yes – lawsuit
☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

*If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

*If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

### B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

a. Caption  `ALABAMA v. W.R. GRACE, ET AL.`

b. Court where suit originally filed: `US SUPREME CT`     Docket No.: `116`
   *County/State*

c. Date filed: `01` - `29` - `1990`
   *Month   Day   Year*

---

a. Caption

b. Court where suit originally filed:     Docket No.:
   *County/State*

c. Date filed:    -    -
   *Month   Day   Year*

---

a. Caption

b. Court where suit originally filed:     Docket No.:
   *County/State*

c. Date filed:    -    -
   *Month   Day   Year*

(Attach additional pages if necessary.)

9276109                                    **SERIAL #**

## PART 4:  ASBESTOS LITIGATION AND CLAIMS

### A.  INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

### B.  LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption  `ALABAMA v. W.R. GRACE, ET AL.`

   b. Court where suit originally filed: `US SUPREME CT`   Docket No.: `116`
   *County/State*

   c. Date filed: `01` - `29` - `1990`
   *Month   Day   Year*

   ---

   a. Caption  

   b. Court where suit originally filed:                    Docket No.:
   *County/State*

   c. Date filed:       -       -
   *Month   Day   Year*

   ---

   a. Caption  

   b. Court where suit originally filed:                    Docket No.:
   *County/State*

   c. Date filed:       -       -
   *Month   Day   Year*

   (Attach additional pages if necessary.)

9276109                                                SERIAL #⌋

## PART 4: ASBESTOS LITIGATION AND CLAIMS

### A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

### B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption  `ALABAMA v. W.R. GRACE, ET AL.`

   b. Court where suit **originally filed:** `US SUPREME CT`  Docket No.: `116`
      *County/State*

   c. Date filed: `01` - `29` - `1990`
      *Month  Day  Year*

   a. Caption  

   b. Court where suit **originally filed:** |  |  |  |  |  |  |  |  |  |  |  |  |  |  Docket No.: |  |  |  |  |  |  |
      *County/State*

   c. Date filed: |  |  | - |  |  | - |  |  |  |  |
      *Month  Day  Year*

   a. Caption  

   b. Court where suit **originally filed:** |  |  |  |  |  |  |  |  |  |  |  |  |  |  Docket No.: |  |  |  |  |  |  |
      *County/State*

   c. Date filed: |  |  | - |  |  | - |  |  |  |  |
      *Month  Day  Year*

   (Attach additional pages if necessary.)

## PART 4: ASBESTOS LITIGATION AND CLAIMS

### A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B, below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C, on the following page.*

### B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption | ALABAMA v. W.R. GRACE, ET AL.

   b. Court where suit originally filed: `US SUPREME CT`   Docket No.: `116`
   *County/State*

   c. Date filed: `01` - `29` - `1990`
   *Month   Day   Year*

   a. Caption |

   b. Court where suit originally filed: [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]   Docket No.: [ ][ ][ ][ ][ ][ ][ ][ ]
   *County/State*

   c. Date filed: [ ][ ] - [ ][ ] - [ ][ ][ ][ ]
   *Month   Day   Year*

   a. Caption |

   b. Court where suit originally filed: [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]   Docket No.: [ ][ ][ ][ ][ ][ ][ ][ ]
   *County/State*

   c. Date filed: [ ][ ] - [ ][ ] - [ ][ ][ ][ ]
   *Month   Day   Year*

   (Attach additional pages if necessary.)

9276109                                        SERIAL #⌐

010058-000008

## PART 4:  ASBESTOS LITIGATION AND CLAIMS

### A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

### B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption  ALABAMA v. W.R. GRACE, ET AL

   b. Court where suit originally filed:  US SUPREME CT      Docket No.:  116
      *County/State*

   c. Date filed:  01 - 29 - 1990
      *Month    Day    Year*

   a. Caption

   b. Court where suit originally filed:      Docket No.:
      *County/State*

   c. Date filed:  ☐☐ - ☐☐ - ☐☐☐☐
      *Month    Day    Year*

   a. Caption

   b. Court where suit originally filed:      Docket No.:
      *County/State*

   c. Date filed:  ☐☐ - ☐☐ - ☐☐☐☐
      *Month    Day    Year*

   (Attach additional pages if necessary.)

9276109                               **SERIAL #**

010078-000008

## PART 4: ASBESTOS LITIGATION AND CLAIMS

### A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B, below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C, on the following page.*

### B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption  `ALABAMA v. W.R. GRACE, ET AL.`

   b. Court where suit originally filed: `US SUPREME CT`   Docket No.: `116`
   *County/State*

   c. Date filed: `01` - `29` - `1990`
   *Month    Day    Year*

   ---

   a. Caption  [                    ]

   b. Court where suit originally filed: [              ]   Docket No.: [          ]
   *County/State*

   c. Date filed: [  ] - [  ] - [    ]
   *Month    Day    Year*

   ---

   a. Caption  [                    ]

   b. Court where suit originally filed: [              ]   Docket No.: [          ]
   *County/State*

   c. Date filed: [  ] - [  ] - [    ]
   *Month    Day    Year*

   (Attach additional pages if necessary.)

**SERIAL #**

010160-000008

## PART 4:  ASBESTOS LITIGATION AND CLAIMS

### A.  INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No

   ☒ Yes – lawsuit

   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No

   ☒ Yes – lawsuit

   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B, below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C, on the following page.*

### B.  LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption   `ALABAMA v. W.R. GRACE, ET AL.`

   b. Court where suit originally filed: `US SUPREME CT`   Docket No.: `116`
   *County/State*

   c. Date filed: `01` - `29` - `1990`
   *Month   Day   Year*

   a. Caption

   b. Court where suit originally filed:                          Docket No.:
   *County/State*

   c. Date filed:      -      -
   *Month   Day   Year*

   a. Caption

   b. Court where suit originally filed:                          Docket No.:
   *County/State*

   c. Date filed:      -      -
   *Month   Day   Year*

   (Attach additional pages if necessary.)

9276109                                    **SERIAL #**

010208-000008

## PART 4: ASBESTOS LITIGATION AND CLAIMS

### A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B, below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C, on the following page.*

### B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption  `ALABAMA v. W.R. GRACE, ET AL.`

   b. Court where suit originally filed: `US SUPREME CT`   Docket No.: `116`
      *County/State*

   c. Date filed: `01` - `29` - `1990`
      *Month   Day   Year*

   a. Caption

   b. Court where suit originally filed:    Docket No.:
      *County/State*

   c. Date filed:   -   -
      *Month   Day   Year*

   a. Caption

   b. Court where suit originally filed:    Docket No.:
      *County/State*

   c. Date filed:   -   -
      *Month   Day   Year*

   (Attach additional pages if necessary.)

9276109                                    SERIAL #

010230-000008

## PART 4:  ASBESTOS LITIGATION AND CLAIMS

### A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes -- lawsuit
   ☐ Yes -- non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes -- lawsuit
   ☐ Yes -- non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

### B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption   ALABAMA v. W.R. GRACE, ET AL.

   b. Court where suit originally filed: US SUPREME CT   Docket No.: 116
      *County/State*

   c. Date filed: 01 - 29 - 1990
      *Month   Day   Year*

   a. Caption

   b. Court where suit originally filed:   Docket No.:
      *County/State*

   c. Date filed:   -   -
      *Month   Day   Year*

   a. Caption

   b. Court where suit originally filed:   Docket No.:
      *County/State*

   c. Date filed:   -   -
      *Month   Day   Year*

   (Attach additional pages if necessary.)

9276109                                          SERIAL #

010237-000008

## PART 4: ASBESTOS LITIGATION AND CLAIMS

### A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B, below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

### B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption  `ALABAMA v. W.R. GRACE, ET AL`

   b. Court where suit originally filed: `US SUPREME CT`    Docket No.: `116`
      *County/State*

   c. Date filed: `01` - `29` - `1990`
      *Month   Day   Year*

   ---

   a. Caption

   b. Court where suit originally filed:    Docket No.:
      *County/State*

   c. Date filed:    -    -
      *Month   Day   Year*

   ---

   a. Caption

   b. Court where suit originally filed:    Docket No.:
      *County/State*

   c. Date filed:    -    -
      *Month   Day   Year*

   (Attach additional pages if necessary.)

9276109    **SERIAL #**

# PART 4:  ASBESTOS LITIGATION AND CLAIMS

## A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

## B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption  | ALABAMA v. W.R. GRACE, ET AL |

   b. Court where suit originally filed: | US SUPREME CT |   *County/State*    Docket No.: | 116 |

   c. Date filed: | 01 | - | 29 | - | 1990 |
       *Month   Day   Year*

   a. Caption  | |

   b. Court where suit originally filed: | |   *County/State*    Docket No.: | |

   c. Date filed: | | - | | - | |
       *Month   Day   Year*

   a. Caption  | |

   b. Court where suit originally filed: | |   *County/State*    Docket No.: | |

   c. Date filed: | | - | | - | |
       *Month   Day   Year*

   (Attach additional pages if necessary.)

9 2 7 6 1 0 9                                      **SERIAL #**

010319-000008

## PART 4:  ASBESTOS LITIGATION AND CLAIMS

### A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B, below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C, on the following page.*

### B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption  `Alabama, et al. v. W.R. Grace, et al.`

   b. Court where suit originally filed: `US SUPREME CT`  *County/State*   Docket No.: `116`

   c. Date filed: `01` - `29` - `1990`
      *Month*   *Day*   *Year*

   a. Caption

   b. Court where suit originally filed:  *County/State*   Docket No.:

   c. Date filed:  -  -
      *Month*   *Day*   *Year*

   a. Caption

   b. Court where suit originally filed:  *County/State*   Docket No.:

   c. Date filed:  -  -
      *Month*   *Day*   *Year*

   (Attach additional pages if necessary.)

9276109                                          SERIAL #

010597-000008

## PART 4: ASBESTOS LITIGATION AND CLAIMS

### A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B, below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C, on the following page.*

### B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption
   `Alabama, et al. v. W.R. Grace, et al.`

   b. Court where suit originally filed: `US SUPREME CT`   Docket No.: `116`
      *County/State*

   c. Date filed: `01` - `29` - `1990`
      *Month   Day   Year*

   ---

   a. Caption

   b. Court where suit originally filed:                 Docket No.:
      *County/State*

   c. Date filed:     -     -
      *Month   Day   Year*

   ---

   a. Caption

   b. Court where suit originally filed:                 Docket No.:
      *County/State*

   c. Date filed:     -     -
      *Month   Day   Year*

   (Attach additional pages if necessary.)

9276109                          SERIAL #

## PART 4: ASBESTOS LITIGATION AND CLAIMS

### A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

### B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption  `ALABAMA v. W.R. GRACE, ET AL.`

   b. Court where suit originally filed: `US SUPREME CT`   Docket No.: `116`
   *County/State*

   c. Date filed: `01` - `29` - `1990`
   *Month   Day   Year*

   ---

   a. Caption

   b. Court where suit originally filed:              Docket No.:
   *County/State*

   c. Date filed:      -    -
   *Month   Day   Year*

   ---

   a. Caption

   b. Court where suit originally filed:              Docket No.:
   *County/State*

   c. Date filed:      -    -
   *Month   Day   Year*

   (Attach additional pages if necessary.)

9276109                                SERIAL #

011735-000008

## PART 4:  ASBESTOS LITIGATION AND CLAIMS

### A.  INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

### B.  LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption  ALABAMA v. W.R. GRACE, ET AL.

   b. Court where suit originally filed: US SUPREME CT    Docket No.: 116
      *County/State*

   c. Date filed: 01 - 29 - 1990
      *Month   Day   Year*

   a. Caption

   b. Court where suit originally filed:    Docket No.:
      *County/State*

   c. Date filed: ☐☐ - ☐☐ - ☐☐☐☐
      *Month   Day   Year*

   a. Caption

   b. Court where suit originally filed:    Docket No.:
      *County/State*

   c. Date filed: ☐☐ - ☐☐ - ☐☐☐☐
      *Month   Day   Year*

   (Attach additional pages if necessary.)

9276109                                    SERIAL #⌐

011745-000008

## PART 4:  ASBESTOS LITIGATION AND CLAIMS

### A.  INTRODUCTION

1.  Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

☐ No
☒ Yes – lawsuit
☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2.  Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

☐ No
☒ Yes – lawsuit
☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

*If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

*If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

### B.  LAWSUITS

1.  Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

a. Caption  `ALABAMA v. W.R. GRACE, ET AL.`

b. Court where suit originally filed: `US SUPREME CT`   Docket No.: `116`
   *County/State*

c. Date filed: `01` - `29` - `1990`
   *Month  Day  Year*

a. Caption

b. Court where suit originally filed: [ ]   Docket No.: [ ]
   *County/State*

c. Date filed: [ ] - [ ] - [ ]
   *Month  Day  Year*

a. Caption

b. Court where suit originally filed: [ ]   Docket No.: [ ]
   *County/State*

c. Date filed: [ ] - [ ] - [ ]
   *Month  Day  Year*

(Attach additional pages if necessary.)

9276109                                          SERIAL #

# PART 4: ASBESTOS LITIGATION AND CLAIMS

## A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No

   ☒ Yes – lawsuit

   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No

   ☒ Yes – lawsuit

   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B, below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C, on the following page.*

## B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption   ALABAMA v. W.R. GRACE, ET AL.

   b. Court where suit originally filed: US SUPREME CT   Docket No.: 116
      *County/State*

   c. Date filed: 01 - 29 - 1990
      *Month  Day   Year*

   a. Caption

   b. Court where suit originally filed:                Docket No.:
      *County/State*

   c. Date filed:    -    -
      *Month  Day   Year*

   a. Caption

   b. Court where suit originally filed:                Docket No.:
      *County/State*

   c. Date filed:    -    -
      *Month  Day   Year*

   (Attach additional pages if necessary.)

9276109                                        SERIAL #

## PART 4: ASBESTOS LITIGATION AND CLAIMS

### A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

### B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption  `ALABAMA v. W.R. GRACE, ET AL.`

   b. Court where suit originally filed: `US SUPREME CT`   Docket No.: `116`
      *County/State*

   c. Date filed: `01` - `29` - `1990`
      *Month   Day   Year*

   a. Caption  _____

   b. Court where suit originally filed: _____   Docket No.: _____
      *County/State*

   c. Date filed: ☐☐ - ☐☐ - ☐☐☐☐
      *Month   Day   Year*

   a. Caption  _____

   b. Court where suit originally filed: _____   Docket No.: _____
      *County/State*

   c. Date filed: ☐☐ - ☐☐ - ☐☐☐☐
      *Month   Day   Year*

   (Attach additional pages if necessary.)

9276109

SERIAL #

011817-000008

## PART 4: ASBESTOS LITIGATION AND CLAIMS

### A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No

   ☒ Yes – lawsuit

   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No

   ☒ Yes – lawsuit

   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

### B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption   ALABAMA v. W.R. GRACE, ET AL.

   b. Court where suit originally filed: US SUPREME CT   Docket No.: 116
      *County/State*

   c. Date filed: 01 - 29 - 1990
      *Month   Day   Year*

   a. Caption

   b. Court where suit originally filed:   Docket No.:
      *County/State*

   c. Date filed: ☐☐ - ☐☐ - ☐☐☐☐
      *Month   Day   Year*

   a. Caption

   b. Court where suit originally filed:   Docket No.:
      *County/State*

   c. Date filed: ☐☐ - ☐☐ - ☐☐☐☐
      *Month   Day   Year*

   (Attach additional pages if necessary.)

9276109                                    SERIAL #⌟

011819-000008

## PART 4:  ASBESTOS LITIGATION AND CLAIMS

### A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes -- lawsuit
   ☐ Yes -- non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes -- lawsuit
   ☐ Yes -- non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B, below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

### B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption  `ALABAMA v. W.R. GRACE, ET AL.`

   b. Court where suit originally filed: `US SUPREME CT`  Docket No.: `116`
   *County/State*

   c. Date filed: `01` - `29` - `1990`
   *Month   Day   Year*

   ---

   a. Caption

   b. Court where suit originally filed:  Docket No.:
   *County/State*

   c. Date filed:  -  -
   *Month   Day   Year*

   ---

   a. Caption

   b. Court where suit originally filed:  Docket No.:
   *County/State*

   c. Date filed:  -  -
   *Month   Day   Year*

   (Attach additional pages if necessary.)

9276109    **SERIAL #**

011866-000008