## ACADIANA RESEARCH LABORATORY

Physics Department
University of Southwestern Louisiana
P.O. Box 44210
Lafayette, Louisiana 70504

------------------------------------------------

### RECORD OF BULK SAMPLE ANALYSIS FOR ASBESTOS

PARISH: Jefferson Davis

SCHOOL: Jennings High

Sample I.D. No.:    249

Date received: 29 July 1982
Date analyzed: 2 August 1982

School Official
in Charge:    Mr. Ernest P. Guidry
Box 640
Jennings, LA    70546

FINDINGS: 5% asbestos (chrysotile); 25% wood fiber, 70%
non-fibrous, non-asbestos material

------------------------------------------------

Analyst:  R.M.C./D.L.B.

Analytical Method:  Polarized
Light Microscopy and Becke
Line Dispersive Staining

------------------------------------------------

Director:  Dr. D. L. Bernard

Quality Control Method:
Participation in RTI Bulk
Sample Quality Assurance
Program

008025-000020

**?FFERSON DAVIS PARISH SCHOOL BOARD**
JENNINGS, LOUISIANA

Date _10/5/82_

$ 2,593.60   No. _122_

#2 Maint.

TO    K-13 Spray-On-Systems of Baton Rouge, Inc.

| | | | 2 | 593 | 60 |
|---|---|---|---|---|---|

Project:  Encapsulation of Asbestos on the Auditorium Walls
of Jennings High School

oved:

Approved
by Finance
Committee

## PART 1: CLAIMING PARTY INFORMATION

NAME:

ACADIA PARISH SCHOOL BOARD

*Name of individual claimant (first, middle and last name) or business claimant*

SOCIAL SECURITY NUMBER (Individual Claimants):

*(last four digits of SSN)*

F.E.I.N. (Business Claimants)

72-6000009

Other names by which claiming party has been known (such as maiden name or married name):

*First* — *MI* — *Last*

*First* — *MI* — *Last*

GENDER:  ☐ MALE   ☐ FEMALE

Mailing Address:

2402 NORTH PARKERSON AVENUE
*Street Address*

CROWLEY
*City*

LA
*State (Province)*

70526
*Zip Code (Postal Code)*

USA
*Country*

## PART 2: ATTORNEY INFORMATION

The claiming party's attorney, if any (You do not need an attorney to file this form):

Law Firm Name:

BAGGETT MCCALL BURGESS WATSON & GAUGHAN

Name of Attorney:

ROBERT
*First*

C
*MI*

MCCALL
*Last*

Mailing Address:

3006 COUNTRY CLUB ROAD
*Street Address*

LAKE CHARLES
*City*

LA
*State (Province)*

70605
*Zip Code (Postal Code)*

Telephone:

(337) 478-8888
*Area Code*

WR Grace      PD.5.19.942
00008029
SR=550

REC'D MAR 2 8 2003

9276101

SERIAL #⌋

16. Do you have documentation relating to the purchase and/or installation of the product in the property?

☐ Yes ☒ No

If Yes, attach all such documents. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

17. If you do not have any such documents, explain why not and indicate who may have possession or control of such documents with respect to the property.

> A REASONABLE EFFORT HAS BEEN UNDERTAKEN TO LOCATE HISTORICAL/CONSTRUCTION DOCUMENTS RELATED TO THE PURCHASE/INSTALLATION OF THE PRODUCT, AS WELL AS OTHER SUPPORTING DOCUMENTS.  IF AVAILABLE, THEY HAVE BEEN ATTACHED. CLAIMANT RETAINED AN ARCHITECT TO DESGIN THE BUILDING, AND TO ADMINISTER THE CONTRACT FOR CONSTRUCTION.  THE GENERAL CONTRACTOR SELECTED SUBCONTRACTORS FOR MANY PHASES OF CONSTRUCTION, INCLUDING INSTALLATION OF THE FIREPROOFING MATERIALS. (SEE ATTACHED CONTINUED RESPONSE)

18. When did you first know of the presence of asbestos in the property of the Grace product for which you are making this claim?

**1983**
Year

Please attach all documents relating or referring to the presence of asbestos in the property for which you are making this claim. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

19. How did you first learn of the presence of asbestos in the property of the Grace product for which you are making this claim?

> AN ASBESTOS INSPECTION SURVEY WAS CONDUCTED, BULK SAMPLES WERE TAKEN, AND LABORATORY ANALYSIS DETERMINED ACM.  DOCUMENTATION OF TESTING FOR ACM REQUIRED BY EPA PRIOR TO AHERA CANNOT BE LOCATED ALTHOUGH A SEARCH IS CONTINUING AND DOCUMENTS DISCOVERED WILL BE PROVIDED.  ASBESTOS ENVIRONMENTAL CONTROL, INC. CONDUCTED AHERA INSPECTION SURVEYS OF ALL SCHOOLS IN APPROXIMATELY 1988.

20. When did you first learn that the Grace product for which you are making this claim contained asbestos?

**1983**
Year

21. How did you first learn that the Grace product for which you are making the claim contained asbestos?

> SEE ANSWER TO NO. 19.  HOWEVER, CLAIMANT DID NOT KNOW THE MATERIAL WAS A GRACE PRODUCT UNTIL THE MATERIAL WAS ANALYZED TO DETERMINE THE IDENTITY OF THE MANUFACTURER OF THE ACM.  A COPY OF THE ANALYSIS IS ATTACHED.

22. Have you or someone on your behalf made an effort to remove, contain and/or abate the Grace product for which you are making this claim?

☒ Yes ☐ No

If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

23. If you do not have any such documents, explain why not and indicate who may have possession and control of such documents with respect to the property.

> GENERALLY, ABATEMENT DOCUMENTS CORRESPONDING TO THE FOLLOWING CATEGORIES ARE ATTACHED TO THE EXTENT AVAILABLE 1) SUMMARY; 2) SURVEY REPORT; 3) REMOVAL SPECIFICATIONS; 4) CONTRACTOR SUBMITTALS (CONTRACTOR'S LICENSE, EPA NOTIFICATION, LIABILITY INSURANCE, WASTE DISPOSAL MANIFEST, (SEE ATTACHED CONTINUED RESPONSE)

24. If you or someone on your behalf did not make an effort to remove, contain and/or abate the Grace product(s) for which you are making a claim, to the best of your knowledge, did anyone else make such an effort?

☐ Yes ☐ No

9 2 7 6 1 0 4

SERIAL #⌐

ACADIANA RESEARCH LABORATORY

Physics Department
University of Southwestern Louisiana
P.O. Box 44210
Lafayette, Louisiana  70504

--------------------------------------------------------------------

RECORD OF BULK SAMPLE ANALYSIS FOR ASBESTOS

PARISH:  Acadia

SCHOOL:  South Crowley Elementary

Sample I.D. No.:    897 *(01)*

Date received:  1 March 1983
Date analyzed:  11 March 1983

School Official
    in Charge:  Dr. John A. Bertrand
                P. O. Drawer 309
                Crowley, LA   70526

FINDINGS:35% asbestos (chrysotile); 65% non-fibrous,
         non-asbestos material

--------------------------------------------------------------------

Analyst:  RMC/ DLB                    | Analytical Method:  Polarized
                                      | Light Microscopy and Becke
                                      | Line Dispersive Staining
                                      |
                                      |----------------------------------
                                      |
Director:  Dr. D. L. Bernard          | Quality Control Method:
                                      | Participation in RTI Bulk
                                      | Sample Quality Assurance
                                      | Program

# BACKGROUND AND SUMMARY

## 1.1  BACKGROUND

The South Crowley Elementary School, Crowley, Louisiana, operated under the authority of the Acadia Parish School Board, has complied with 40CFR763 (Asbestos-Containing Materials in Schools), promulgated by the USEPA and effective December 14, 1987.  The Inspection and Management Planning functions required by this rule were carried out by Poche' and Associates, Ltd./The Environmental Management Group, Inc. in the period of June 15, 1988, to May 1, 1989.  The documentation contained herein complies with the requirements for Management Plans as detailed in 40CFR763.93.

## 1.2  SUMMARY

The South Crowley Elementary School complex consists of eight major construction phases:

1.   Main Building (A):  Steel frame and masonry construction; constructed in 1963; single story; approximately 18,124 S.F.

2.   Cafeteria/Auditorium Building (B):  Steel frame and masonry construction; constructed in 1963; single story; approximately 7,395 S.F.

3.   Classroom Building (C):  Steel frame and masonry construction; constructed in 1971; single story; approximately 7,092 S.F.

4.   Classroom Building (D):  Steel frame and masonry construction; constructed in 1955; single story; approximately 7,072 S.F.

5.   Library Building (E):  Steel frame and steel construction; constructed in 1967; single story; approximately 6,265 S.F.

6.   Classroom Building (F):  Wood frame and wood construction; constructed in 1950; single story; approximately 1,950 S.F.

7.   Gymnasium Building (G):  Wood frame and masonry construction; constructed in 1936; single story; approximately 8,127 S.F.

8.   Storage Building (H):  Wood frame and wood construction; constructed in 1953; single story; approximately 289 S.F.

The major sources of friable asbestos containing building materials (ACBM) in the facility consists of 35% chrysotile asbestos acoustic coating applied directly to the underside of the concrete roof deck.  This material has been encapsulated with a spray applied cellulose and binder that serves as an encapsulating agent.  The encapsulating process occurred in 1984.  This material is in generally good to xcellent condition

008029-000021

## PART 1:  CLAIMING PARTY INFORMATION

**NAME:**

LAFOURCHE PARISH SCHOOL BOARD

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**

*(last four digits of SSN)*

**F.E.I.N. (Business Claimants)**

72-6000636

Other names by which claiming party has been known (such as maiden name or married name):

POLITICAL

*First*   *MI*   *Last*   SUBDIVISION

LAFOURCHE PARISH

*First*   *MI*   *Last*   PUBLIC SCHOOL SYSTEM

**GENDER:**  ☐ MALE   ☐ FEMALE   ■

**Mailing Address:**

805 EAST 7TH STREET

*Street Address*

THIBODAUX

*City*

LA   70301

*State*   *Zip Code*
*(Province)*   *(Postal Code)*

USA

*Country*

## PART 2:  ATTORNEY INFORMATION

The claiming party's attorney, if any (You do not need an attorney to file this form):

**Law Firm Name:**

GRANT & BARROW

**Name of Attorney:**

JACK

*First*   A   *MI*   GRANT   *Last*

**Mailing Address:**

238 HUEY P. LONG AVENUE

*Street Address*

GRETNA

*City*

LA   70053

*State*   *Zip Code*
*(Province)*   *(Postal Code)*

**Telephone:**

(504) 368-7888   ■

*Area Code*

REC'D MAR 2 8 2003

WR Grace   PD.5.19.931
00008018
SR=549

9276101

SERIAL #

008018-000002

16. Do you have documentation relating to the purchase and/or installation of the product in the property?

☐ Yes    ☒ No

If Yes, attach all such documents. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

17. If you do not have any such documents, explain why not and indicate who may have possession or control of such documents with respect to the property.

> SOME PLANS AND SPECIFICATIONS EXIST BUT THE PLANS ARE VERY DIFFICULT TO READ BECAUSE THEY HAVE FADED OVER THE YEARS. HISTORICALLY, CLAIMANT HIRED AN ARCHITECT TO DESIGN THE BUILDING, BID THE CONTRACT PURSUANT TO THE PUBLIC BID LAWS, AND TO ADMINISTER THE CONSTRUCTION OF THE SCHOOL. THE GENERAL CONTRACTOR SELECTED ITS OWN SUBCONTRACTORS FOR ALL PHASES OF CONSTRUCTION. (SEE ATTACHED CONTINUED RESPONSE)

18. When did you first know of the presence of asbestos in the property of the Grace product for which you are making this claim?

| 1 | 9 | 8 | 3 |

*Year*

Please attach all documents relating or referring to the presence of asbestos in the property for which you are making this claim. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

19. How did you first learn of the presence of asbestos in the property of the Grace product for which you are making this claim?

> DOCUMENTATION OF TESTING FOR ACM REQUIRED BY EPA PRIOR TO AHERA CANNOT BE LOCATED ALTHOUGH A SEARCH IS CONTINUING. ON JULY 14, 1982, CLAIMANT RETAINED REYNOLDS CONTRACTING TO CONDUCT A SURVEY FOR ACM AND ON OR ABOUT MARCH 1, 1983, BULK SAMPLE LABORATORY ANALYSIS BY ACADIANA RESEARCH LAB IDENTIFIED ACM AT THIS SCHOOL.

20. When did you first learn that the Grace product for which you are making this claim contained asbestos?

| 1 | 9 | 8 | 3 |

*Year*

21. How did you first learn that the Grace product for which you are making the claim contained asbestos?

> SEE RESPONSE TO 19; HOWEVER, CLAIMANT DID NOT KNOW THE MATERIAL WAS A GRACE PRODUCT UNTIL 1989 WHEN THE MATERIAL WAS ANALYZED BY DR. ROHL TO DETERMINE THE IDENTITY OF THE MANUFACTURER OF THE ACM. DR. ROHL'S REPORTS WERE PRODUCED TO GRACE IN THE IDENTIFIED LITIGATION.

22. Have you or someone on your behalf made an effort to remove, contain and/or abate the Grace product for which you are making this claim?

☒ Yes    ☐ No

If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

23. If you do not have any such documents, explain why not and indicate who may have possession and control of such documents with respect to the property.

> SEE RESPONSES TO NOS. 10 AND 11. THE ACM IN THIS SCHOOL WAS REMOVED IN 1997. DOCUMENTATION FOR THIS PROJECT HAS NOT BEEN A LOCATED; HOWEVER, THE SEARCH FOR SUCH DOCUMENTS IS CONTINUING AND SAID DOCUMENTATION WILL BE PRODUCED OR MADE AVAILABLE FOR INSPECTION WHEN IT IS LOCATED. SAID DOCUMENTATION WOULD NORMALLY CONSIST OF ARCHITECTURAL PLANS AND SPECIFICATIONS, A BUILDING CONTRACT AND A CONSTRUCTION FILE CONTAINING VARIOUS CONTEMPORANEOUS DOCUMENTS (SEE ATTACHED CONTINUED RESPONSE)

24. If you or someone on your behalf did not make an effort to remove, contain and/or abate the Grace product(s) for which you are making a claim, to the best of your knowledge, did anyone else make such an effort?

☐ Yes    ☐ No

9276104                                     SERIAL #␛

## INSPECTIONS FOR FRIABLE ASBESTOS-CONTAINING MATERIALS

1. Please provide the following information about the local school:

| NAME OF SCHOOL | ADDRESS |
|---|---|
| Central Lafourche High | P. O. Box 89 |
| CITY | STATE |
| Mathews | Louisiana |
| ZIP CODE | PHONE NUMBER |
| 70375 | (504) 532-3319 |

2. Buildings that have been inspected:

   All buildings

3. Buildings that contain friable asbestos materials:

   One

4. Diagram showing areas and locations where samples were taken:

   Plat included

5. Identification number of each sample:

   #839      #840      #841

6. Places where asbestos-containing friable materials are present:

   Hallway, Classrooms

7. Asbestos content in the above area(s):

   25%

8. Laboratory reports for buildings containing friable materials:

   Reports included

9. Guidance Document:

   Document included

10. "A Guide for Reducing Asbestos Exposure:"

    Guide included

11. Date the requirements were satisfied:

    May 4, 1983

12. Statement by person responsible for compliance with EPA regulations:

    I hereby certify that the information included in this folder is factual and true to the best of my knowledge.

| SIGNATURE | TYPED OR PRINTED NAME |
|---|---|
| *Henry Barrios* | Henry Barrios |
| TYPED OR PRINTED TITLE | DATE |
| Director | May 6, 1983 |

008018-000081

# NOTICE TO SCHOOL EMPLOYEES

In accordance with EPA regulations, this school has been inspected for friable (easily crumbled) materials which contain asbestos. Friable asbestos-containing material may cause health problems.

**Friable asbestos-containing material is present in**

CENTRAL LAFOURCHE HIGH
*(Name of School)*

A record of the inspection, a diagram of the location(s) of friable asbestos-containing materials, and a copy of relevant EPA regulations are available in

| Building | Room |
|---|---|
| Main Building | Hallway Classrooms |

For further information, interested persons should call 800-424-9065 (554-1404 in the Washington, DC area).

Signed:

*(Name)*

Director of Maintenance
*(Title)*

May 20, 1983
*Date*

EPA Form 7730-3 (6-82)

008018-000062

ACADIANA RESEARCH LABORATORY

Physics Department
University of Southwestern Louisiana
P.O. Box 44210
Lafayette, Louisiana  70504

------------------------------------------------------------

RECORD OF BULK SAMPLE ANALYSIS FOR ASBESTOS

·PARISH: Lafourche

SCHOOL: Central Lafource High

Sample I.D. No.:    839   (117)

Date received:  10 February 1983
Date analyzed:  1 March 1983

School Official
    in Charge:  Mr. Mark Reynolds
                P.O. Box 2754
                Houma, LA  70361

FINDINGS:25% asbestos (chrysotile); 10% wood fibers, 65%
          non-fibrous, non-asbestos material

------------------------------------------------------------

Analyst: RMC/DLB   *RMC*        |   Analytical Method:  Polarized
                                |   Light Microscopy and Becke
                                |   Line Dispersive Staining
                                |------------------------------

Director:  Dr. D. L. Bernard    |   Quality Control Method:
                                |   Participation in RTI Bulk
                                |   Sample Quality Assurance
                                |   Program

008018-000063

ACADIANA RESEARCH LABORATORY

Physics Department
University of Southwestern Louisiana
P.O. Box 44310
Lafayette, Louisiana  70504

--------------------------------------------------------------------

RECORD OF BULK SAMPLE ANALYSIS FOR ASBESTOS

PARISH: Lafourche

SCHOOL: Central Lafourche High

Sample I.D. No.:    340  (118)

Date received: 10 February 1983
Date analyzed: 1 March 1983

School Official
     in Charge:  Mr. Mark Reynolds
                 P. O. Box 2054
                 Houma, LA  77361

FINDINGS: 25% asbestos (chrysotile); 10% wood fibers, 65%
          non-fibrous, non-asbestos material

--------------------------------------------------------------------

Analyst:  RMC/DL2   *RMC*         | Analytical Method:  Polarized
                                  | Light Microscopy and Becke
                                  | Line Dispersive Staining
                                  |
                                  |------------------------------------
                                  |
Director:  Dr. D. L. Bernard      | Quality Control Method:
                                  | Participation in RTI Bulk
  ----  ----  --  - -             | Sample Quality Assurance
                                  | Program

008018-000064

ACADIANA RESEARCH LABORATORY

Physics Department
University of Southwestern Louisiana
P.O. Box 44210
Lafayette, Louisiana 70504

-------------------------------------------------------------------

RECORD OF BULK SAMPLE ANALYSIS FOR ASBESTOS

PARISH: Lafourche

SCHOOL: Central Lafourche High

Sample I.D. No.:    841    (119)

Date received: 10 February 1983
Date analyzed: 1 March 1983

School Official
   in Charge:  Mr. Mark Reynolds
               P. O. Box 2154
               Houma, LA  70361

FINDINGS: 25% asbestos (chrysotile); 10% wood fibers, 65%
          non-fibrous, non-asbestos material

-------------------------------------------------------------------

Analyst:  RMC/DLB   RMC          | Analytical Method:  Polarized
                                 | Light Microscopy and Becke
                                 | Line Dispersive Staining
                                 |
                               --|-------------------------------------
                                 |
Director:  Dr. D. L. Bernard     | Quality Control Method:
                                 | Participation in RTI Bulk
                                 | Sample Quality Assurance
                                 | Program

008018-000065

Form No. 2

Health Risk Factors

Date Submitted 1/7/85

School System _____ Lafourche Parish Schools _____

(Public) - Parochial - Private (circle one)

Responsible Contact _ Emmett J. Trosclair _____

Address _____ P. O. Box 879 _____ Thibodaux, LA  70302 ___

Telephone _____ (504)  446-5631 _____

Identification of Project (Each school project identified should have a
separate form)

School Name _ Central Lafourche High _____
Address (No. and Street) _ P. O. Box 89 _____
          (City, State, Zip) Mathews, LA  70375 _____
Age of school _ 18 years _____

(A)  Nature and extent of asbestos problems

   1 - Location (ceiling) walls, piping (circle)
       No. of square feet _ 88,000 _ No. of linear feet _____
   2 - General Condition
       a - Ceilings-walls: (good) fair, poor, needs immediate attention
           (circle)
       b - Piping: good, poor (circle)
   3 - Indicate asbestos contact of the material to be abated
       ceilings - walls _ 25 _ %.

(B)  Describe in detail the abatement method(s) to be used for this
     project.    Removal

(C)  Indicate the total cost of this job including sampling, engineering,
     replacement abatement and analytical $ _ 528,000.00 _____

(D)  1 - Is there money appropriated by the School Board or appropriate
         entity to abate this job. Yes or (No) (circle)

     2 - If yes how much money $ _ 0 _____.
     3 - What was the original abatement plan for this school (removal) or
         encapsulation (circle)

(E)  Title V money may be available in one of two forms - (1) no interest -
     20 year repayment loan or (2) 50% grant with 50% loan.  Indicate
     which form is in your interest and the amount needed. Type _ 2 ___
                                         Total Dollars $528,000.00

(F)  Justify in words the type and amount of financial assistance being
     requested.    See "G" of form no. 1

## PART 1: CLAIMING PARTY INFORMATION

NAME:

LAFOURCHE PARISH SCHOOL BOARD

*Name of individual claimant (first, middle and last name) or business claimant*

SOCIAL SECURITY NUMBER (Individual Claimants):

*(last four digits of SSN)*

F.E.I.N. (Business Claimants)

72 - 6000636

Other names by which claiming party has been known (such as maiden name or married name):

POLITICAL
*First*

SUBDIVISION
*MI*    *Last*

LAFOURCHE PARISH
*First*

PUBLIC SCHOOL SYSTEM
*MI*    *Last*

GENDER: ☐ MALE    ☐ FEMALE    ■

Mailing Address:

805 EAST 7TH STREET
*Street Address*

THIBODAUX
*City*

LA
*State (Province)*

70301
*Zip Code (Postal Code)*

USA
*Country*

## PART 2: ATTORNEY INFORMATION

The claiming party's attorney, if any (You do not need an attorney to file this form):

Law Firm Name:

GRANT & BARROW

Name of Attorney:

JACK
*First*

A
*MI*

GRANT
*Last*

Mailing Address:

238 HUEY P. LONG AVENUE
*Street Address*

GRETNA
*City*

LA
*State (Province)*

70053
*Zip Code (Postal Code)*

Telephone:

(504) 368-7888    ■
*Area Code*

REC'D MAR 2 8 2003

WR Grace          PD.5.19.932
          00008019
SR=549

9276101

SERIAL #

008019-000002

16. Do you have documentation relating to the purchase and/or installation of the product in the property?

☐ Yes    ☒ No

If Yes, attach all such documents. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

17. If you do not have any such documents, explain why not and indicate who may have possession or control of such documents with respect to the property.

> SOME PLANS AND SPECIFICATIONS EXIST BUT THE PLANS ARE VERY DIFFICULT TO READ BECAUSE THEY HAVE FADED OVER THE YEARS. HISTORICALLY, CLAIMANT HIRED AN ARCHITECT TO DESIGN THE BUILDING, BID THE CONTRACT PURSUANT TO THE PUBLIC BID LAWS, AND TO ADMINISTER THE CONSTRUCTION OF THE SCHOOL. THE GENERAL CONTRACTOR SELECTED ITS OWN SUBCONTRACTORS FOR ALL PHASES OF CONSTRUCTION. (SEE ATTACHED CONTINUED RESPONSE)

18. When did you first know of the presence of asbestos in the property of the Grace product for which you are making this claim?

**1983**
*Year*

Please attach all documents relating or referring to the presence of asbestos in the property for which you are making this claim. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

19. How did you first learn of the presence of asbestos in the property of the Grace product for which you are making this claim?

> DOCUMENTATION OF TESTING FOR ACM REQUIRED BY EPA PRIOR TO AHERA CANNOT BE LOCATED ALTHOUGH A SEARCH IS CONTINUING. ON JULY 14, 1982, CLAIMANT RETAINED REYNOLDS CONTRACTING TO CONDUCT A SURVEY FOR ACM AND ON OR ABOUT MARCH 1, 1983, BULK SAMPLE LABORATORY ANALYSIS BY ACADIANA RESEARCH LAB IDENTIFIED ACM AT THIS SCHOOL.

20. When did you first learn that the Grace product for which you are making this claim contained asbestos?

**1983**
*Year*

21. How did you first learn that the Grace product for which you are making the claim contained asbestos?

> SEE RESPONSE TO 19; HOWEVER, CLAIMANT DID NOT KNOW THE MATERIAL WAS A GRACE PRODUCT UNTIL 1988 WHEN THE MATERIAL WAS ANALYZED BY DR. ROHL TO DETERMINE THE IDENTITY OF THE MANUFACTURER OF THE ACM. DR. ROHL'S REPORTS WERE PRODUCED TO GRACE IN THE IDENTIFIED LITIGATION.

22. Have you or someone on your behalf made an effort to remove, contain and/or abate the Grace product for which you are making this claim?

☒ Yes    ☐ No

If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

23. If you do not have any such documents, explain why not and indicate who may have possession and control of such documents with respect to the property.

> SEE RESPONSES TO NOS. 10 AND 11. THE ACM IN THIS SCHOOL WAS REMOVED IN 1993. DOCUMENTATION FOR THIS PROJECT HAS NOT BEEN A LOCATED; HOWEVER, THE SEARCH FOR SUCH DOCUMENTS IS CONTINUING AND SAID DOCUMENTATION WILL BE PRODUCED OR MADE AVAILABLE FOR INSPECTION WHEN IT IS LOCATED. SAID DOCUMENTATION WOULD NORMALLY CONSIST OF ARCHITECTURAL PLANS AND SPECIFICATIONS, A BUILDING CONTRACT AND A CONSTRUCTION FILE CONTAINING VARIOUS CONTEMPORANEOUS DOCUMENTS (SEE ATTACHED CONTINUED RESPONSE)

24. If you or someone on your behalf did not make an effort to remove, contain and/or abate the Grace product(s) for which you are making a claim, to the best of your knowledge, did anyone else make such an effort?

☐ Yes    ☐ No

9276104                                    SERIAL #⌡

## INSPECTIONS FOR FRIABLE ASBESTOS-CONTAINING MATERIALS

1. Please provide the following information about the local school:

| NAME OF SCHOOL | ADDRESS |
|---|---|
| Cut Off Elementary | Box 398 |

| CITY | STATE |
|---|---|
| Cut Off | Louisiana |

| ZIP CODE | PHONE NUMBER |
|---|---|
| 70345 | (504) 632-3116 |

2. Buildings that have been inspected:

   All buildings

3. Buildings that contain friable asbestos materials:

   One

4. Diagram showing areas and locations where samples were taken:

   Plat included

5. Identification number of each sample:

   #842

6. Places where asbestos-containing friable materials are present:

   Boiler Room

7. Asbestos content in the above area(s):

   15%

8. Laboratory reports for buildings containing friable materials:

   Reports included

9. Guidance Document:

   Document included

10. "A Guide for Reducing Asbestos Exposure:"

    Guide included

11. Date the requirements were satisfied:

    May 4, 1983

12. Statement by person responsible for compliance with EPA regulations:

    I hereby certify that the information included in this folder is factual and true to the best of my knowledge.

| SIGNATURE | TYPED OR PRINTED NAME |
|---|---|
| *Henry Barrios* | Henry Barrios |

| TYPED OR PRINTED TITLE | DATE |
|---|---|
| Director | May 6, 1983 |

008019-000051

# NOTICE TO SCHOOL EMPLOYEES

In accordance with EPA regulations, this school has been inspected for friable (easily crumbled) materials which contain asbestos. Friable asbestos-containing material may cause health problems.

**Friable asbestos-containing material is present in**

CUT OFF ELEMENTARY
*(Name of School)*

A record of the inspection, a diagram of the location(s) of friable asbestos-containing materials, and a copy of relevant EPA regulations are available in

| Building | Room |
|---|---|
| Main Building | Boiler Room |

For further information, interested persons should call 800-424-9065 (554-1404 in the Washington, DC area).

Signed:

_(Name)_

Director of Maintenance
*(Title)*

May 20, 1983
*Date*

EPA Form 7730-3 (6-82)

008019-000052

ROY L. SOBERT, SR., PRESIDENT

JEFFREY J. LEBLANC, SUPERINTENDENT

## Lafourche Parish School Board

### OFFICE OF SUPERINTENDENT
P O BOX 879
THIBODAUX, LOUISIANA 70302

May 20, 1983

Dear Parent(s):

In accordance with Environmental Protection Agency (EPA) regulations, the school which your child attends has been inspected for friable (easily crumbled) materials which contain asbestos. Friable asbestos-containing material may cause health problems. A record of the inspection, a diagram of the location(s) of friable asbestos-containing materials, and a copy of relevant EPA regulations are available in the principal's office of the school. Also included is a Guide for Reducing Asbestos Exposure. EPA regulations state that it is important to note that friable asbestos-containing material need not be removed from schools once such material has been identified. Unless this material becomes loose and airborne, there is no danger.

At Cut Off Elementary, asbestos was found in the boiler room, and the content is 15%. All proper precautions, repairs where this substance becomes loose, and constant inspections are now being done by the Lafourche Parish School Board. Rest assured that all necessary work will be done to prevent any friable materials from becoming airborne. Please do not become alarmed over this letter. We are simply supplying information about a possible health hazard.

If you wish further information about this, I recommend you contact the principal of the school which your child attends, visit his office, and view the file on asbestos, which he has in his office. I'm sure any anxiety that may occur because of this correspondence can be eased or completely removed after your visit to the school.

In the event you wish further information about asbestos, please have the principal contact me, and I will be happy to meet with you.

Cordially yours,

Hank Barrios
Director of Maintenance

HB: hn

Form No. 2

Health Risk Factors

Date Submitted 1/7/85

School System_____Lafourche Parish Schools_____

(Public) - Parochial - Private (circle one)

Responsible Contact_Emmett J. Trosclair_____

Address_____P. O. Box 879_____Thibodaux, LA  70302____

Telephone_____(504) 446-5631_____

Identification of Project (Each school project identified should have a
separate form)

School Name____Cut Off Elementary_____
Address (No. and Street)___Box 398_____
    (City, State, Zip)_Cut Off, LA  70345_____
Age of school__26 years_____

(A)  Nature and extent of asbestos problems

1 - Location ceiling, walls,(piping) (circle)
    No. of square feet_____No. of linear feet_____
2 - General Condition
    a - Ceilings-walls: good, fair, poor, needs immediate attention
        (circle)
    b - Piping: good, poor (circle)
3 - Indicate asbestos contact of the material to be abated
    ceilings - walls___15___%.

(B)  Describe in detail the abatement method(s) to be used for this
project.  Boiler and pipes have been removed.
         No more asbestos is present.

(C)  Indicate the total cost of this job including sampling, engineering,
replacement abatement and analytical $_____

(D)  1 - Is there money appropriated by the School Board or appropriate
         entity to abate this job.  Yes or No (circle)

     2 - If yes how much money $_____.
     3 - What was the original abatement plan for this school (removal) or
         encapsulation (circle)

(E)  Title V money may be available in one of two forms - (1) no interest
20 year repayment loan or (2) 50% grant with 50% loan.  Indicate
which form is in your interest and the amount needed.  Type_____
                                              Total Dollars_____

(F)  Justify in words the type and amount of financial assistance being
requested.  See "G" of form no. 1

## PART 1: CLAIMING PARTY INFORMATION

**NAME:**

LAFOURCHE PARISH SCHOOL BOARD

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**

*(last four digits of SSN)*

**F.E.I.N. (Business Claimants)**

72-6000636

Other names by which claiming party has been known (such as maiden name or married name):

POLITICAL
*First*

SUBDIVISION
*MI    Last*

LAFOURCHE PARISH
*First*

PUBLIC SCHOOL SYSTEM
*MI    Last*

**GENDER:** ☐ MALE    ☐ FEMALE    ■

**Mailing Address:**

805 EAST 7TH STREET
*Street Address*

THIBODAUX
*City*

LA
*State*
*(Province)*

70301
*Zip Code*
*(Postal Code)*

USA
*Country*

## PART 2: ATTORNEY INFORMATION

The claiming party's attorney, if any (You do not need an attorney to file this form):

**Law Firm Name:**

GRANT & BARROW

**Name of Attorney:**

JACK
*First*

A GRANT
*MI    Last*

**Mailing Address:**

238 HUEY P. LONG AVENUE
*Street Address*

GRETNA
*City*

LA
*State*
*(Province)*

70053
*Zip Code*
*(Postal Code)*

**Telephone:**

(504) 368-7888    ■
*Area Code*

REC'D MAR 2 8 2003

WR Grace        PD.5.19.935
**00008022**
SR=549

9276101

**SERIAL #**

**A.** **Real Property For Which A Claim Is Being Asserted (continued)**

If yes, please specify the dates and description of such renovations.

| 1983 Year | Description | ENCAPSULATION |
| 1994 Year | Description | REMOVAL |
| Year | Description | |

11. To the best of your knowledge, have any other interior renovations been completed on the property during any other period of time which affected any asbestos on the property?

☒ Yes    ☐ No

If yes, please specify the dates and descriptions of such renovations.

| 1969 Year | Description | IT IS POSSIBLE THAT SOME SMALL (SEE ATTACHED CONTINUED RESPONSE) |
| Year | Description | |
| Year | Description | |

**B.** **Claim Category**

12. For which category are you making a claim on the property?

☒ Category 1:  Allegation with respect to asbestos from a Grace product in the property
☐ Category 2:  Allegation with respect to one of Grace's vermiculite mining, milling or processing operations

• If you checked Category 1 in question 12, complete section C.
• If you checked Category 2 in question 12, complete section D.

**C.** **Category 1 Claim:  Allegation With Respect To Asbestos From A Grace Product In The Property**

13. For what alleged asbestos-containing product(s) are you making a claim?

☐ Monokote-3 fireproofing insulation
☒ Other        Specify:  ZONOLITE FINISH COAT
(For a list of the brand names under which Grace manufactured products that may have contained commercially added asbestos, see Exhibit 2 to the Claims Bar Date Notice provided with this Proof of Claim Form.)

14. When did you or someone on your behalf install the asbestos containing product(s) in the property?

| 1969 Year |    ☐ I did not install the product(s) |

15. If you or someone on your behalf did not install the asbestos containing product(s), to the best of your knowledge, when was/were the product(s) installed?

| Year |    ☐ Don't know. |

9276103

SERIAL #

008022-000004

Form No. 2

Health Risk Factors

Date Submitted 1/7/85

School System _____ Lafourche Parish Schools _____

(Public) - Parochial - Private (circle one)

Responsible Contact ___ Emmett J. Trosclair _____

Address _____ P. O. Box 879 _____ Thibodaux, LA  70302 ____

Telephone _____ (504) 446-5631 _____

Identification of Project (Each school project identified should have a
separate form)

School Name ____ Lafourche Parish School Board Office _____
Address (No. and Street) ____ 805 East Seventh Street _____
(City, State, Zip) Thibodaux, LA  70301 _____
Age of school __ 16 years _____

(A) Nature and extent of asbestos problems

    1 - Location (ceiling,) walls, piping (circle)
        No. of square feet 3,290 ____ No. of linear feet _____
    2 - General Condition
        a - Ceilings-walls: (good,) fair, poor, needs immediate attention
            (circle)
        b - Piping: good, poor (circle)
    3 - Indicate asbestos contact of the material to be abated
        ceilings - walls ____ 25 ____ %.

(B) Describe in detail the abatement method(s) to be used for this
    project.  Removal

(C) Indicate the total cost of this job including sampling, engineering,
    replacement abatement and analytical $ 19,740.00 _____

(D) 1 - Is there money appropriated by the School Board or appropriate
        entity to abate this job.  Yes or (No) (circle)

    2 - If yes how much money $ ___ 0 ____
    3 - What was the original abatement plan for this school (removal) or
        encapsulation (circle)

(E) Title V money may be available in one of two forms - (1) no interest
    20 year repayment loan or (2) 50% grant with 50% loan.  Indicate
    which form is in your interest and the amount needed.  Type __ 2 __
                                            Total Dollars $19,740.00

(F) Justify in words the type and amount of financial assistance being
    requested.  See "G" of form no. 1

## PART 1: CLAIMING PARTY INFORMATION

NAME:
LAFOURCHE PARISH SCHOOL BOARD
*Name of individual claimant (first, middle and last name) or business claimant*

F.E.I.N. (Business Claimants):
72-6000636

SOCIAL SECURITY NUMBER (Individual Claimants):
*(last four digits of SSN)*

Other names by which claiming party has been known (such as maiden name or married name):
POLITICAL                    ☐ SUBDIVISION
*First*                      MI *Last*

LAFOURCHE PARISH             ☐ PUBLIC SCHOOL SYSTEM
*First*                      MI *Last*

GENDER: ☐ MALE  ☐ FEMALE

Mailing Address:
805 EAST 7TH STREET              LA   70301
*Street Address*              *State*  *Zip Code*
                             *(Province)* *(Postal Code)*

THIBODAUX
*City*

USA
*Country*

## PART 2: ATTORNEY INFORMATION

The claiming party's attorney, if any (You do not need an attorney to file this form):

Law Firm Name:
GRANT & BARROW

Name of Attorney:
JACK                    A GRANT
*First*                MI *Last*

Mailing Address:
238 HUEY P. LONG AVENUE          LA   70053
*Street Address*              *State*  *Zip Code*
                             *(Province)* *(Postal Code)*

GRETNA
*City*

Telephone:
(504) 368-7888
*Area Code*

WR Grace        PD.5.19.936
                00008023
SR=549

RECD MAR 2 8 2003

SERIAL #

9276101

008023-0000

16. Do you have documentation relating to the purchase and/or installation of the product in the property?

☐ Yes   ☒ No

If Yes, attach all such documents. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

17. If you do not have any such documents, explain why not and indicate who may have possession or control of such documents with respect to the property.

> SOME PLANS AND SPECIFICATIONS EXIST BUT THE PLANS ARE VERY DIFFICULT TO READ BECAUSE THEY HAVE FADED OVER THE YEARS. HISTORICALLY, CLAIMANT HIRED AN ARCHITECT TO DESIGN THE BUILDING, BID THE CONTRACT PURSUANT TO THE PUBLIC BID LAWS, AND TO ADMINISTER THE CONSTRUCTION OF THE SCHOOL. THE GENERAL CONTRACTOR SELECTED ITS OWN SUBCONTRACTORS FOR ALL PHASES OF CONSTRUCTION. (SEE ATTACHED CONTINUED RESPONSE)

18. When did you first know of the presence of asbestos in the property of the Grace product for which you are making this claim?

**1983**
*Year*

Please attach all documents relating or referring to the presence of asbestos in the property for which you are making this claim. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

19. How did you first learn of the presence of asbestos in the property of the Grace product for which you are making this claim?

> DOCUMENTATION OF TESTING FOR ACM REQUIRED BY EPA PRIOR TO AHERA CANNOT BE LOCATED ALTHOUGH A SEARCH IS CONTINUING. ON JULY 14, 1982, CLAIMANT RETAINED REYNOLDS CONTRACTING TO CONDUCT A SURVEY FOR ACM AND ON OR ABOUT MARCH 1, 1983, BULK SAMPLE LABORATORY ANALYSIS BY ACADIANA RESEARCH LAB IDENTIFIED ACM AT THIS SCHOOL.

20. When did you first learn that the Grace product for which you are making this claim contained asbestos?

**1983**
*Year*

21. How did you first learn that the Grace product for which you are making the claim contained asbestos?

> SEE RESPONSE TO 19; HOWEVER, CLAIMANT DID NOT KNOW THE MATERIAL WAS A GRACE PRODUCT UNTIL 1988 WHEN THE MATERIAL WAS ANALYZED BY DR. ROHL TO DETERMINE THE IDENTITY OF THE MANUFACTURER OF THE ACM. DR. ROHL'S REPORTS WERE PRODUCED TO GRACE IN THE IDENTIFIED LITIGATION.

22. Have you or someone on your behalf made an effort to remove, contain and/or abate the Grace product for which you are making this claim?

☒ Yes   ☐ No

If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

23. If you do not have any such documents, explain why not and indicate who may have possession and control of such documents with respect to the property.

> SEE RESPONSES TO NOS. 10 AND 11.  THE ACM IN THIS SCHOOL WAS REMOVED IN 2002. DOCUMENTATION FOR THIS PROJECT IS ATTACHED.

24. If you or someone on your behalf did not make an effort to remove, contain and/or abate the Grace product(s) for which you are making a claim, to the best of your knowledge, did anyone else make such an effort?

☐ Yes   ☐ No

9276104

SERIAL #

Form No. 2

Health Risk Factors

Date Submitted  1/7/85

School System_____Lafourche Parish Schools_____

(Public) - Parochial - Private (circle one)

Responsible Contact___Emmett J. Trosclair_____

Address_____P. O. Box 879_____Thibodaux, LA 70302_____

Telephone_____(504) 446-5631_____

Identification of Project (Each school project identified should have a
separate form)

School Name____Larose-Cut Off Junior High_____
Address (No. and Street)____P. O. Box 186_____
(City, State, Zip)__Larose, LA 70373_____
Age of school___33 years_____

(A)  Nature and extent of asbestos problems

1 - Location (ceiling,) walls, piping (circle)
   No. of square feet  3,250   No. of linear feet_____
2 - General Condition
   a - Ceilings-walls: (good,) fair, poor, needs immediate attention
       (circle)
   b - Piping: good, poor (circle)
3 - Indicate asbestos contact of the material to be abated
   ceilings - walls___25___%.

(B)  Describe in detail the abatement method(s) to be used for this
project.   Removal

(C)  Indicate the total cost of this job including sampling, engineering,
replacement abatement and analytical $__19,500.00_____

(D)  1 - Is there money appropriated by the School Board or appropriate
entity to abate this job. Yes or (No) (circle)

2 - If yes how much money $____0_____.
3 - What was the original abatement plan for this school (removal) or
encapsulation (circle)

(E)  Title V money may be available in one of two forms - (1) no interest -
20 year repayment loan or (2) 50% grant with 50% loan. Indicate
which form is in your interest and the amount needed. Type___2____
                                         Total Dollars $19,500.00

(F)  Justify in words the type and amount of financial assistance being
requested.   See "G" of form no. 1

008023-000182

## PART 1: CLAIMING PARTY INFORMATION

**NAME:**

LAFAYETTE PARISH SCHOOL BOARD

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**

*(last four digits of SSN)*

**F.E.I.N. (Business Claimants)**

72-6000625

**Other names by which claiming party has been known (such as maiden name or married name):**

*First*    *MI*    *Last*

*First*    *MI*    *Last*

**GENDER:** ☐ MALE   ☐ FEMALE

**Mailing Address:**

113 CHAPLIN DRIVE

*Street Address*

LAFAYETTE

*City*

LA   70508

*State (Province)*   *Zip Code (Postal Code)*

USA

*Country*

## PART 2: ATTORNEY INFORMATION

**The claiming party's attorney, if any (You do not need an attorney to file this form):**

**Law Firm Name:**

BAGGETT MCCALL BURGESS WATSON & GAUGHAN

**Name of Attorney:**

ROBERT

*First*

C MCCALL

*MI*   *Last*

**Mailing Address:**

3006 COUNTRY CLUB ROAD

*Street Address*

LAKE CHARLES

*City*

LA   70605

*State (Province)*   *Zip Code (Postal Code)*

**Telephone:**

(337) 478-8888

*Area Code*

REC'D MAR 0 1 2003

9276101

SERIAL #

WR Grace   PD.14.53.2601
00011285
SR=620

011285-000002

16. Do you have documentation relating to the purchase and/or installation of the product in the property?

☐ Yes    ☒ No

If Yes, attach all such documents. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

17. If you do not have any such documents, explain why not and indicate who may have possession or control of such documents with respect to the property.

A REASONABLE EFFORT HAS BEEN UNDERTAKEN TO LOCATE HISTORICAL/CONSTRUCTION DOCUMENTS RELATED TO THE PURCHASE/INSTALLATION OF THE PRODUCT, AS WELL AS OTHER SUPPORTING DOCUMENTS. IF AVAILABLE, THEY HAVE BEEN ATTACHED. CLAIMANT RETAINED AN ARCHITECT TO DESGIN THE BUILDING, AND TO ADMINISTER THE CONTRACT FOR CONSTRUCTION. THE GENERAL CONTRACTOR SELECTED SUBCONTRACTORS FOR MANY PHASES OF CONSTRUCTION, INCLUDING INSTALLATION OF THE FIREPROOFING MATERIALS. (SEE ATTACHED CONTINUED RESPONSE)

18. When did you first know of the presence of asbestos in the property of the Grace product for which you are making this claim?

**1984**
Year

Please attach all documents relating or referring to the presence of asbestos in the property for which you are making this claim. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

19. How did you first learn of the presence of asbestos in the property of the Grace product for which you are making this claim?

AN ASBESTOS INSPECTION SURVEY WAS CONDUCTED, BULK SAMPLES WERE TAKEN, AND LABORATORY ANALYSIS DETERMINED ACM. DOCUMENTATION OF TESTING FOR ACM REQUIRED BY EPA PRIOR TO AHERA CANNOT BE LOCATED ALTHOUGH A SEARCH IS CONTINUING AND DOCUMENTS DISCOVERED WILL BE PROVIDED. ASBESTOS ENVIRONMENTAL CONTROL, INC. CONDUCTED AHERA INSPECTION SURVEYS OF ALL SCHOOLS IN APPROXIMATELY 1988.

20. When did you first learn that the Grace product for which you are making this claim contained asbestos?

**1984**
Year

21. How did you first learn that the Grace product for which you are making the claim contained asbestos?

SEE ANSWER TO NO. 19. HOWEVER, CLAIMANT DID NOT KNOW THE MATERIAL WAS A GRACE PRODUCT UNTIL THE MATERIAL WAS ANALYZED TO DETERMINE THE IDENTITY OF THE MANUFACTURER OF THE ACM. A COPY OF THE ANALYSIS IS ATTACHED.

22. Have you or someone on your behalf made an effort to remove, contain and/or abate the Grace product for which you are making this claim?

☒ Yes    ☐ No

If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

23. If you do not have any such documents, explain why not and indicate who may have possession and control of such documents with respect to the property.

GENERALLY, ABATEMENT DOCUMENTS CORRESPONDING TO THE FOLLOWING CATEGORIES ARE ATTACHED TO THE EXTENT AVAILABLE (1) SUMMARY; (2) SURVEY REPORT; (3) REMOVAL SPECIFICATIONS; (4) CONTRACTOR SUBMITTALS (CONTRACTOR'S LICENSE, EPA NOTIFICATION, LIABILITY INSURANCE, WASTER DISPOSAL MANIFEST, (SEE ATTACHED CONTINUED RESPONSE)

24. If you or someone on your behalf did not make an effort to remove, contain and/or abate the Grace product(s) for which you are making a claim, to the best of your knowledge, did anyone else make such an effort?

☐ Yes    ☐ No

9276104                                SERIAL #⌐



**Lafayette Parish School Board**

P.O. Drawer 2158   Lafayette, Louisiana 70502          318/236-6800

March 30, 1987

TO:    Mr. Allen W. Meyers, Acting Superintendent

FROM:  Mr. John Fuselier, Supervisor of Maintenance

RE:    Asbestos in Schools

. . . . . . . . . . . . . . *. . . . . . . . . .

As per your request for a report on the asbestos in the schools, please
see below:

(1)    Status------------- Good

(2)    Monitoring Schedules --- Every 3 months

(3)    Twelve (12) Schools:

| SCHOOLS: | SQ.FT. | COST FOR REMOVAL |
|---|---|---|
| Lafayette High | 36,000 | $144,000 |
| Acadian | 16,700 | 66,800 |
| Truman | 19,816 | 79,264 |
| Edgar Martin | 33,024 | 132,096 |
| L.Leo Judice | 4,600 | 18,400 |
| J.W.Faulk | 41,319 | 85,000 |
| J.W.James | 22,392 | 63,000 |
| L.J. Alleman | 27,540 | 85,000 |
| S.J.Montgomery | 26,240 | 104,960 |
| Paul Breaux | 2,000 | 8,000 |
| Northside High | 5,980 | 23,920 |
| Central Office | 5,000 | 35,000 |

Reading Labs-were Encapsulated but if the decision
is made to remove asbestos the cost would be                    50,000
                                    TOTAL COST:       $ 895,440

(4)    The Maintenance Department would not be able to remove the asbestos
       because the liability is too great.

(5)    The plan of action I would recommend is to remove when monies are available,
       at the cost above.

Thank you.

lb

WAYNE VASHER, Superintendent • DANIEL AUCOIN, District E, Division I, President • JESSE BOUDREAUX, JR., District G, Division I, Vice-President

011285-000042



**P.O. Drawer 2158    Lafayette, Louisiana 70502**                    318/232-2620

December 11, 1984

## ASBESTOS ANALYSIS LABORATORY REPORT:

| Name of Sample | Analysis | REsults |
|---|---|---|
| Acadian | Asbestos | 11 to 15% |
| Alleman | Asbestos | 11 to 15% |
| FAulk | Asbestos | 11 to 15% |
| Comeaux | Asbestos | 11 to 15% |
| Central Office | Asbestos | 20 to 30% |
| J.W. James | Asbestos | 11 to 15% |
| E Martin | Asbestos | 11 to 15% |
| S. J. Montgomery | Asbestos | 11 to 15% |
| Lafayette High | Asbestos | 11 to 15% |
| Truman Elem. | Asbestos | 11 to 15% |
| Carencro Elem.(Reading Lab) | Asbestos | 50 to 65% |
| Carencro Heights(Reading Lab) | Asbestos | 50 to 65% |
| J.W. Faulk (Reading Lab) | Asbestos | 50 to 65% |
| Green T. Lindon(Reading Lab) | Asbestos | 50 to 65% |
| N.P. Moss (Reading Lab) | ASbestos | 50 to 65% |
| Northside High (Reading Lab) | Asbestos | 50 to 65% |
| Scott Elem. (Reading Lab) | Asbestos | 50 to 65% |
| Truman Elem. (Reading Lab) | Asbestos | 50 to 65% |
| Westside Elem.(Reading Lab) | Asbestos | 50 to 65% |

Asbestos Analysis Laboratory Report -cont'd                     Page -2-

| Name of Sample | Analysis | Results |
| --- | --- | --- |
| Youngsville Elem.(Reading Lab) | Asbestos | 50 to 65% |
| S. J. Montgomary (Reading Lab) | Asbestos | 50 to 65% |
| W. A. LeRosen (Reading Lab) | Asbestos | 50 to 65% |
| Paul Breaux Elem. (Reading Lab) | Asbestos | 50 to 65% |

All of the reading labs have been encapsulated.

Thank you.

## PART 1:  CLAIMING PARTY INFORMATION

NAME:

JEFFERSON PARISH SCHOOL BOARD

*Name of individual claimant (first, middle and last name) or business claimant*

SOCIAL SECURITY NUMBER (Individual Claimants):

*(last four digits of SSN)*

F.E.I.N. (Business Claimants)

72-6300059

Other names by which claiming party has been known (such as maiden name or married name):

POLITICAL
*First*

SUBDIVISION
*MI     Last*

JEFFERSON PARISH
*First*

PUBLIC SCHOOL SYSTEM
*MI     Last*

GENDER: ☐ MALE   ☐ FEMALE   ■

Mailing Address:

501 MANHATTAN BOULEVARD
*Street Address*

HARVEY
*City*

LA
*State (Province)*

70058
*Zip Code (Postal Code)*

USA
*Country*

## PART 2:  ATTORNEY INFORMATION

The claiming party's attorney, if any (You do not need an attorney to file this form):

Law Firm Name:

GRANT & BARROW

Name of Attorney:

JACK
*First*

A
*MI*

GRANT
*Last*

Mailing Address:

238 HUEY P. LONG AVENUE
*Street Address*

GRETNA
*City*

LA
*State (Province)*

70053
*Zip Code (Postal Code)*

Telephone:

(504) 368-7888   ■
*Area Code*

WR Grace       PD.5.20.953
00008164
SR=554

REC'D MAR 2 8 2003

9276101

**SERIAL #**

**A.  Real Property For Which A Claim Is Being Asserted (continued)**

If yes, please specify the dates and description of such renovations.

| 1 9 8 1 | Description | ENCAPSULATION |
| Year | | |

| | Description | |
| Year | | |

| | Description | |
| Year | | |

11.  To the best of your knowledge, have any other interior renovations been completed on the property during any other period of time which affected any asbestos on the property?

☒ Yes      ☐ No

If yes, please specify the dates and descriptions of such renovations.

| 1 9 5 9 | Description | IT IS POSSIBLE THAT SOME SMALL (SEE ATTACHED CONTINUED RESPONSE) |
| Year | | |

| | Description | |
| Year | | |

| | Description | |
| Year | | |

**B.  Claim Category**

12.  For which category are you making a claim on the property?

☒ Category 1:  Allegation with respect to asbestos from a Grace product in the property
☐ Category 2:  Allegation with respect to one of Grace's vermiculite mining, milling or processing operations

> • If you checked Category 1 in question 12, complete section C.
> • If you checked Category 2 in question 12, complete section D.

**C.  Category 1 Claim: Allegation With Respect To Asbestos From A Grace Product In The Property**

13.  For what alleged asbestos-containing product(s) are you making a claim?

☐ Monokote-3 fireproofing insulation
☒ Other      Specify:  ZONO-COUSTIC 1

(For a list of the brand names under which Grace manufactured products that may have contained commercially added asbestos, see Exhibit 2 to the Claims Bar Date Notice provided with this Proof of Claim Form.)

14.  When did you or someone on your behalf install the asbestos containing product(s) in the property?

| 1 9 5 9 |      ☐ I did not install the product(s)
| Year |

15.  If you or someone on your behalf did not install the asbestos containing product(s), to the best of your knowledge, when was/were the product(s) installed?

| | |      ☐ Don't know.
| Year |

9 2 7 6 1 0 3                    **SERIAL #**⌋

## PART 1: CLAIMING PARTY INFORMATION

**NAME:**

JEFFERSON PARISH SCHOOL BOARD

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**

*(last four digits of SSN)*

**F.E.I.N. (Business Claimants)**

72 - 6300059

**Other names by which claiming party has been known (such as maiden name or married name):**

| POLITICAL | | SUBDIVISION |
|---|---|---|
| *First* | *MI* | *Last* |

| JEFFERSON PARISH | | PUBLIC SCHOOL SYSTEM |
|---|---|---|
| *First* | *MI* | *Last* |

**GENDER:** ☐ MALE   ☐ FEMALE

**Mailing Address:**

501 MANHATTAN BOULEVARD

*Street Address*

HARVEY

*City*

LA   70058

*State*   *Zip Code*

*(Province)*   *(Postal Code)*

USA

*Country*

## PART 2: ATTORNEY INFORMATION

**The claiming party's attorney, if any (You do not need an attorney to file this form):**

**Law Firm Name:**

GRANT & BARROW

**Name of Attorney:**

| JACK | A | GRANT |
|---|---|---|
| *First* | *MI* | *Last* |

**Mailing Address:**

238 HUEY P. LONG AVENUE

*Street Address*

GRETNA

*City*

LA   70053

*State*   *Zip Code*

*(Province)*   *(Postal Code)*

**Telephone:**

(504) 368-7888

*Area Code*

WR Grace       PD.5.20.954
**00008165**
SR=554

REC'D MAR 2 8 2003

9276101

**SERIAL #**

008165-000002

## A. Real Property For Which A Claim Is Being Asserted (continued)

If yes, please specify the dates and description of such renovations.

| 1 9 8 1 | Description | ENCAPSULATION |
| Year | | |

| 1 9 8 5 | Description | REMOVAL |
| Year | | |

| 1 9 9 4 | Description | REMOVAL |
| Year | | |

11. To the best of your knowledge, have any other interior renovations been completed on the property during any other period of time which affected any asbestos on the property?

☒ Yes    ☐ No

If yes, please specify the dates and descriptions of such renovations.

| 1 9 2 4 | Description | IT IS POSSIBLE THAT SOME SMALL (SEE ATTACHED CONTINUED RESPONSE) |
| Year | | |

| | Description | |
| Year | | |

| | Description | |
| Year | | |

## B. Claim Category

12. For which category are you making a claim on the property?

☒ Category 1:  Allegation with respect to asbestos from a Grace product in the property

☐ Category 2:  Allegation with respect to one of Grace's vermiculite mining, milling or processing operations

- If you checked Category 1 in question 12, complete section C.
- If you checked Category 2 in question 12, complete section D.

## C. Category 1 Claim: Allegation With Respect To Asbestos From A Grace Product In The Property

13. For what alleged asbestos-containing product(s) are you making a claim?

☐ Monokote-3 fireproofing insulation

☒ Other    Specify: ZONO-COUSTIC 2

(For a list of the brand names under which Grace manufactured products that may have contained commercially added asbestos, see Exhibit 2 to the Claims Bar Date Notice provided with this Proof of Claim Form.)

14. When did you or someone on your behalf install the asbestos containing product(s) in the property?

| 1 9 2 4 | ☐ I did not install the product(s) |
| Year | |

15. If you or someone on your behalf did not install the asbestos containing product(s), to the best of your knowledge, when was/were the product(s) installed?

| | | | | ☐ Don't know. |
| Year | | | | |

9276103                                    SERIAL #

16. Do you have documentation relating to the purchase and/or installation of the product in the property?

☐ Yes  ☒ No

If Yes, attach all such documents. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

17. If you do not have any such documents, explain why not and indicate who may have possession or control of such documents with respect to the property.

ORIGINAL CONSTRUCTION DOCUMENTS FOR ALL SCHOOLS BUILT PRIOR TO 1979 WERE DESTROYED. SOME PLANS EXIST BUT THEY ARE VERY DIFFICULT TO READ BECAUSE THEY HAVE FADED OVER THE YEARS.  HISTORICALLY, CLAIMANT HIRED AN ARCHITECT TO DESIGN THE BUILDING, TO BID THE CONTRACT PURSUANT TO THE PUBLIC BID LAWS, AND TO ADMINISTER THE CONSTRUCTION OF THE SCHOOL. (SEE ATTACHED CONTINUED RESPONSE)

18. When did you first know of the presence of asbestos in the property of the Grace product for which you are making this claim?

$\boxed{1}\boxed{9}\boxed{8}\boxed{0}$
*Year*

Please attach all documents relating or referring to the presence of asbestos in the property for which you are making this claim. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

19. How did you first learn of the presence of asbestos in the property of the Grace product for which you are making this claim?

DOCUMENTATION OF TESTING FOR ACM REQUIRED BY EPA PRIOR TO AHERA CANNOT BE LOCATED ALTHOUGH A SEARCH IS CONTINUING AND DOCUMENTS DISCOVERED WILL BE PROVIDED.  ASBESTOS ENVIRONMENTAL CONTROLS, INC. CONDUCTED AHERA INSPECTION SURVEYS OF ALL SCHOOLS IN 1988/89.  BULK SAMPLE LABORATORY ANALYSIS IDENTIFIED ACM AT THIS SCHOOL.

20. When did you first learn that the Grace product for which you are making this claim contained asbestos?

$\boxed{1}\boxed{9}\boxed{8}\boxed{0}$
*Year*

21. How did you first learn that the Grace product for which you are making the claim contained asbestos?

SEE RESPONSE TO NO. 19; HOWEVER, CLAIMANT DID NOT KNOW THE MATERIAL WAS A GRACE PRODUCT UNTIL 1988 WHEN THE MATERIAL WAS ANALYZED BY DR. ROHL TO DETERMINE THE IDENTITY OF THE MANUFACTURER OF THE ACM. DR. ROHL'S REPORTS WERE PRODUCED TO GRACE IN THE IDENTIFIED LITIGATION.

22. Have you or someone on your behalf made an effort to remove, contain and/or abate the Grace product for which you are making this claim?

☒ Yes  ☐ No

If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

23. If you do not have any such documents, explain why not and indicate who may have possession and control of such documents with respect to the property.

SEE RESPONSES TO NOS. 10 AND 11.  THE ACM IN THIS SCHOOL WAS ENCAPSULATED IN 1981 AND REMOVED IN 1985 AND 1994.  DOCUMENTATION FOR THIS PROJECT HAS NOT BEEN A LOCATED; HOWEVER, THE SEARCH FOR SUCH DOCUMENTS IS CONTINUING AND SAID DOCUMENTATION WILL BE PRODUCED OR MADE AVAILABLE FOR INSPECTION WHEN IT IS LOCATED. SAID DOCUMENTATION WOULD NORMALLY CONSIST OF ARCHITECTURAL PLANS AND SPECIFICATIONS, A BUILDING CONTRACT AND A CONSTRUCTION FILE CONTAINING VARIOUS CONTEMPORANEOUS DOCUMENTS (SEE CONTINUED RESPONSE)

24. If you or someone on your behalf did not make an effort to remove, contain and/or abate the Grace product(s) for which you are making a claim, to the best of your knowledge, did anyone else make such an effort?

☐ Yes  ☐ No

9276104                          SERIAL #

## PART 1:  CLAIMING PARTY INFORMATION

NAME:

JEFFERSON PARISH SCHOOL BOARD

*Name of individual claimant (first, middle and last name) or business claimant*

SOCIAL SECURITY NUMBER (Individual Claimants):      F.E.I.N. (Business Claimants)

*(last four digits of SSN)*      72 - 6300059

Other names by which claiming party has been known (such as maiden name or married name):

POLITICAL      □  SUBDIVISION
*First*      *MI*  *Last*

JEFFERSON PARISH      □  PUBLIC SCHOOL SYSTEM
*First*      *MI*  *Last*

GENDER:  □ MALE   □ FEMALE      ■

Mailing Address:

501 MANHATTAN BOULEVARD
*Street Address*

HARVEY      LA  70058
*City*      *State*  *Zip Code*
      *(Province)*  *(Postal Code)*

USA
*Country*

## PART 2:  ATTORNEY INFORMATION

The claiming party's attorney, if any (You do not need an attorney to file this form):

Law Firm Name:

GRANT & BARROW

Name of Attorney:

JACK      A  GRANT
*First*      *MI*  *Last*

Mailing Address:

238 HUEY P. LONG AVENUE
*Street Address*

GRETNA      LA  70053
*City*      *State*  *Zip Code*
      *(Province)*  *(Postal Code)*

Telephone:

(504) 368-7888   ■
*Area Code*

REC'D MAR 2 8 2003

WR Grace      PD.5.20.970
00008181
SR=554

9276101

SERIAL #

008181-000002

**A.** **Real Property For Which A Claim Is Being Asserted (continued)**

If yes, please specify the dates and description of such renovations.

| | | |
|---|---|---|
| **1981** Year | Description | ENCAPSULATION |
| **1991** Year | Description | REMOVAL |
| Year | Description | |

11. To the best of your knowledge, have any other interior renovations been completed on the property during any other period of time which affected any asbestos on the property?

☒ Yes    ☐ No

If yes, please specify the dates and descriptions of such renovations.

| | | |
|---|---|---|
| **1959** Year | Description | IT IS POSSIBLE THAT SOME SMALL (SEE ATTACHED CONTINUED RESPONSE) |
| Year | Description | |
| Year | Description | |

**B.** **Claim Category**

12. For which category are you making a claim on the property?

☒ Category 1:  Allegation with respect to asbestos from a Grace product in the property

☐ Category 2:  Allegation with respect to one of Grace's vermiculite mining, milling or processing operations

- If you checked Category 1 in question 12, complete section C.
- If you checked Category 2 in question 12, complete section D.

**C.** **Category 1 Claim: Allegation With Respect To Asbestos From A Grace Product In The Property**

13. For what alleged asbestos-containing product(s) are you making a claim?

☐ Monokote-3 fireproofing insulation

☒ Other    Specify:  ZONOLITE ACOUSTICAL PLASTIC

(For a list of the brand names under which Grace manufactured products that may have contained commercially added asbestos, see Exhibit 2 to the Claims Bar Date Notice provided with this Proof of Claim Form.)

14. When did you or someone on your behalf install the asbestos containing product(s) in the property?

**1959** Year    ☐ I did not install the product(s)

15. If you or someone on your behalf did not install the asbestos containing product(s), to the best of your knowledge, when was/were the product(s) installed?

Year    ☐ Don't know.

9276103                    SERIAL #⌐

## PART 1: CLAIMING PARTY INFORMATION

NAME:

JEFFERSON PARISH SCHOOL BOARD

*Name of individual claimant (first, middle and last name) or business claimant*

SOCIAL SECURITY NUMBER (Individual Claimants):

*(last four digits of SSN)*

F.E.I.N. (Business Claimants)

72 - 6300059

Other names by which claiming party has been known (such as maiden name or married name):

POLITICAL
*First*              MI    SUBDIVISION
*Last*

JEFFERSON PARISH
*First*              MI    PUBLIC SCHOOL SYSTEM
*Last*

GENDER: ☐ MALE   ☐ FEMALE

Mailing Address:

501 MANHATTAN BOULEVARD
*Street Address*

HARVEY
*City*

LA
*State*
*(Province)*

70058
*Zip Code*
*(Postal Code)*

USA
*Country*

## PART 2: ATTORNEY INFORMATION

The claiming party's attorney, if any (You do not need an attorney to file this form):

Law Firm Name:

GRANT & BARROW

Name of Attorney:

JACK
*First*              A
*MI*    GRANT
*Last*

Mailing Address:

238 HUEY P. LONG AVENUE
*Street Address*

GRETNA
*City*

LA
*State*
*(Province)*

70053
*Zip Code*
*(Postal Code)*

Telephone:

(504) 368 - 7888
*Area Code*

WR Grace          PD.5.20.973
00008184
SR=554

REC'D MAR 2 8 2003

9276101

SERIAL #

## A. Real Property For Which A Claim Is Being Asserted (continued)

If yes, please specify the dates and description of such renovations.

| 1 9 8 1 | Description | ENCAPSULATION |

Year

| | | | | | Description | |

Year

| | | | | | Description | |

Year

11. To the best of your knowledge, have any other interior renovations been completed on the property during any other period of time which affected any asbestos on the property?

☒ Yes    ☐ No

If yes, please specify the dates and descriptions of such renovations.

| 1 9 6 1 | Description | IT IS POSSIBLE THAT SOME SMALL (SEE ATTACHED CONTINUED RESPONSE) |

Year

| | | | | | Description | |

Year

| | | | | | Description | |

Year

## B. Claim Category

12. For which category are you making a claim on the property?

☒ Category 1:  Allegation with respect to asbestos from a Grace product in the property

☐ Category 2:  Allegation with respect to one of Grace's vermiculite mining, milling or processing operations

- If you checked Category 1 in question 12, complete section C.
- If you checked Category 2 in question 12, complete section D.

## C. Category 1 Claim: Allegation With Respect To Asbestos From A Grace Product In The Property

13. For what alleged asbestos-containing product(s) are you making a claim?

☒ Monokote-3 fireproofing insulation

☐ Other    Specify:  ZONOLITE ACOUSTICAL PLASTIC

(For a list of the brand names under which Grace manufactured products that may have contained commercially added asbestos, see Exhibit 2 to the Claims Bar Date Notice provided with this Proof of Claim Form.)

14. When did you or someone on your behalf install the asbestos containing product(s) in the property?

| 1 9 6 1 |    ☐ I did not install the product(s)

Year

15. If you or someone on your behalf did not install the asbestos containing product(s), to the best of your knowledge, when was/were the product(s) installed?

| | | | | | |    ☐ Don't know.

Year

9 2 7 6 1 0 3                                        **SERIAL #**

008184-000004