# TAB D

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) |
| | ) |
| W. R. GRACE & CO., et al. | )    Chapter 11 |
| | ) |
| Debtors. | )    Case No. 01-01139 (JKF) |
| | )    (Jointly Administered) |

Hearing Date:  April 9, 2007
Related Docket No.  9315

### RULE 1006 SUMMARY OF VOLUMINOUS WRITINGS

The Claim Forms that are subject to this motion are voluminous documents under Fed. R.

Evid. 1006.  Their summarized content is located on the following pages of the Claim Forms:

| Claimant | Date Property Built | Page Number | Date Product Installed | Page Number |
|---|---|---|---|---|
| Church of St. Helena | Pre-1969 | 3512-003 | 1954 | 3512-012, 018, 019 |
| Church of Holy Redeemer | Pre-1969 | 6933-003 | 1954 | 6933-004 |
| City of Barnesville | Pre-1969 | 6936-003 | 1950 | 6936-004 |
| Bethesda Hospital | Pre-1969 | 10523-003 | 1966 | 10523-004 |
| First Presbyterian Church | Pre-1969 | 12780-003 | 1960 | 12780-004 |
| New Hanover Med. Center | Pre-1969 | 10672-003 | 1954 | 10672-004 |
| Montgomery Med. Hosp. | 1969-1973 | 10673-003 | 1970 | 10673-004 |
| YMCA | 1969-1973 | 11153-003 | 1971 | 11153-004 |
| St. Anthony's Hospital | 1969-1973 | 11151-003 | 1970 | 11151-004 |
| National Bank Building | 1969-1973 | 11722-003 | 1970 | 11722-004 |
| First National Building | 1969-1973 | 10533-003 | 1970 | 10533-004 |

The foregoing pages of the Claim Forms, along with a copy of this Rule 1006 Summary,

is contained in Debtors' Appendix of Rule 1006 Statements With Information Attached.  The

claim files are also available for examination and/or copying at the offices of Reed Smith LLP.

Dated: February 16, 2007

_Traci S. Rea_

Traci S. Rea, Esq.

### EXHIBIT A

## PART 3: PROPERTY INFORMATION

### A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

**3204 E. 43RD STREET**
Street Address

**MINNEAPOLIS**　　　　**MN**　**55406**
City　　　　　　　　　　　State　　Zip Code
　　　　　　　　　　　　　(Province)　(Postal Code)

**USA**
Country

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?

☐ Yes　☒ No

3. Do you currently own the property listed in Question 1, above?

☒ Yes　☐ No

4. When did you purchase the property?　**00** - **00** - **1950**
　　　　　　　　　　　　　　　　　　Month　Day　Year

5. What is the property used for (check all that apply)
　☐ Owner occupied residence
　☐ Residential rental
　☐ Commercial
　☐ Industrial　Specify: _____
　☒ Other　　Specify: **CHURCH OFFICES/MEETING ROOMS/STORAGE**

6. How many floors does the property have?　**003**

7. What is the approximate square footage of the property?　**000005375**

8. When was the property built?
　☒ Before 1969
　☐ 1969 - 1973
　☐ After 1973

9. What is the structural support of the property?
　☐ Wood frame
　☐ Structural concrete
　☒ Brick
　☐ Steel beam/girder
　☐ Other　　Specify: _____

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?

☒ Yes　☐ No

9276102　　　　　　　　　　　　　　**SERIAL #**

238276-1 - 2/3

003512-000003

Claims Processing Agent
Re: W.R. Grace Bankruptcy
P.O. Box 1620
Faribault, MN  55021-1620

RE:   St. Helena Catholic Church Claim


## EXPLANATION


## PART 3:  PROPERTY INFORMATION

10.     **Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?**

Answer:        To the best of our knowledge, no asbestos has been affected by any interior renovations.  However, it is impossible to say with certainty that interior renovations have never "affected" the asbestos in some manner.

30.     **Has the Grace product or products for which you are making this claim ever been modified and/or disturbed?**

Answer:        To the best of our knowledge, the Grace product has not been modified or intentionally disturbed.  Maintenance work or office renovations have taken place from time to time that may have inadvertently disturbed the Grace product.


## DOCUMENTS ATTACHED


1.      Excerpt from "Partial List of Zonolite Acoustical Plastic Installations" dated October 19, 1954.

Mr. pratt

Partial List of
ZONOLITE ACOUSTICAL PLASTIC
Installations

October 19, 1954

## COLORADO

| | | | Sq. Ft. |
|---|---|---|---|
| Boulder | Church | | 10,800 |
| Boulder | University Hills Junior High | | 36,000 |
| Boulder | Fashion Bar | | 2,800 |
| Colorado Springs | Preferred Risk Insurance Co. | | 12,150 |
| Colorado Springs | United Brethren Church | | 2,400 |
| Colorado Springs | South Baptist Church | | 8,044 |
| Colorado Springs | Bates Drug Store | | |
| Colorado Springs | Eddie's Candlelight Inn | | |
| Colorado Springs | Buena Vista School Addition | | 2,480 |
| Colorado Springs | Steele School Addition | | 2,625 |
| Colorado Springs | Fountain Valley School for Boys | | 3,600 |
| Craig | Craig Public Library | | 11,700 |
| Denver | Clayton Presbyterian Church | | 1,350 |
| Denver | Hebrew Educational Alliance | | 27,000 |
| Denver | Cosmopolitan Hotel | Silver Glade Room | 4,500 |
| Denver | Moore Mortuary | | 900 |
| Denver | I.B.M. Building | | 288 |
| Denver | Tower of Memories | | 1,080 |
| Denver | Kieth Office Building | | 22,500 |
| Denver | Henderson Home | Plaster Contr. | 108 |
| Denver | Francis Fisher Company | Office | 180 |
| Denver | Rocky Mountain Arsenal | Cafeteria | 4,500 |
| Denver | Rocky Mountain Arsenal | Offices | 6,046 |
| Denver | Grant Junior High School | | 5,440 |
| Denver | Merrill Junior High School | | 10,800 |
| Denver | Cosmopolitan Hotel | Gun Room | 3,312 |
| Denver | Bill Phebus' Home | | 500 |
| Denver | Bob Mackay's Home | Den | 300 |
| Denver | Denver Plant Office | | 690 |
| Denver | All Saints Church | Parish House | 684 |
| Denver | First Evangelical Free Church | | 7,200 |
| Denver | St. John's Seminary | | 4,500 |
| Denver | St. John's Dormitory | | 14,400 |
| Denver | Golden Court House | | 43,200 |
| Denver | Denver Lock & Key | | 1,440 |
| Denver | Denver Auditorium | | 7,200 |
| Denver | St. Vincent de Paul Church | | 10,800 |
| Denver | St. John's Catholic Church | | 14,400 |
| Denver | Fruehauf Trailer Office | | 540 |
| Denver | Bonfils Memorial Theater | | 18,000 |
| Denver | Union Bus Terminal | | 2,700 |
| Denver | Jack Hickey Home | | 252 |
| Denver | Harry Hickey Home | | 585 |

NMLRP 0001768

003512-000018

-9-

| | | | |
|---|---|---|---:|
| Minneapolis | Brins Glass Company | | 1,000 |
| Minneapolis | Norwas Cafe & Bar | | 2,700 |
| Minneapolis | Minnehaha Masonic Lodge | | 6,000 |
| Minneapolis | Richfield High School | | 30,000 |
| Minneapolis | General Mills | | 2,500 |
| Minneapolis | Art Gruber & Associates | | 7,500 |
| Minneapolis | Our Lady of Victory Church | | 2,000 |
| Minneapolis | Calvary Lutheran Church | | 6,780 |
| Minneapolis | Brede, Inc. | | 7,200 |
| Minneapolis | Diamond Lake Lutheran Church | | 900 |
| Minneapolis | St. Lawrence School | | |
| Minneapolis | Trinity First Lutheran Church | | 4,800 |
| Minneapolis | Electric Machinery Manufacuring Co. | | 14,000 |
| Minneapolis | City of Lakes Church | | 1,200 |
| Minneapolis | Wallace Orfield Residence | | 1,100 |
| Minneapolis | A. C. Palmer Residence | | 216 |
| Minneapolis | American Legion Post #310 | | 2,880 |
| Minneapolis | American Iron & Supply | | 3,600 |
| Minneapolis | Western Mineral Products Company | Office | |
| Minneapolis | Our Lady of Grace Catholic Church | | |
| Minneapolis | Woodlake School | Class Rooms | |
| Minneapolis | Lyceum Theater | | |
| Minneapolis | St. Peters Church | | |
| Minneapolis | N. W. Bible School | | |
| Minneapolis | Elim Baptist Church | Ceiling | 600 |
| Minneapolis | Grace Lutheran Church | | 4,580 |
| Minneapolis | Ascension Church | | 2,880 |
| Minneapolis | KTIS | Studios | |
| Minneapolis | Residence | | 1,200 |
| Minneapolis | George Halpin, Residence | | 600 |
| Minneapolis | Dr. Kaplan | Clinic | 3,600 |
| Minneapolis | Vincent Brass & Copper | | 4,000 |
| Minneapolis | St. Helena's Church | | 2,700 |
| Minneapolis | City Hall Mayors Office | | 1,800 |
| Minneapolis | City Hall County Commissioners Offices | | 2,200 |
| Minneapolis | General Acceptance Corporation | | 5,000 |
| Minneapolis | Kaufman Furniture | | 21,000 |
| Minneapolis | Edwin Johnson & Sons Plastering Contr. | | 1,100 |
| Minneapolis | Charles Berry Residence | | 2,000 |
| Minneapolis | Ray Kirkman Residence | | 2,300 |
| Minneapolis | Fontaine Residence | | 1,500 |
| Minneapolis | R. E. Johnson Residence | | 1,200 |
| Minneapolis | Residence, Living Room | | 400 |
| Minneapolis | Dean Residence | | 1,500 |
| Minneapolis | Robert Norsen, Residence | | 5,000 |
| Minnetonka Mills | Minnetonka Union Church | | 2,900 |
| Mohnomen | Catholic Church, St. Michaels | Ceilings | |
| Monterey | Church | All ceilings | 4,500 |

003512-000019

# PART 3: PROPERTY INFORMATION

## A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

`206 VINE AVENUE WEST`
*Street Address*

`MONTGOMERY`  `MN`  `56069`
*City*  *State* *(Province)*  *Zip Code* *(Postal Code)*

`USA`
*Country*

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?

☐ Yes   ☒ No   ■

3. Do you currently own the property listed in Question 1, above?

☒ Yes   ☐ No

4. When did you purchase the property?   `00` - `00` - `1924`
*Month   Day   Year*

5. What is the property used for (check all that apply)?
   ☐ Owner occupied residence
   ☐ Residential rental
   ☐ Commercial
   ☐ Industrial   Specify: `_____`
   ☒ Other   Specify: `CHURCH/RECTORY`

6. How many floors does the property have?   `002`

7. What is the approximate square footage of the property?   `000014400`

8. When was the property built?
   ☒ Before 1969
   ☐ 1969 - 1973
   ☐ After 1973

9. What is the structural support of the property?
   ☐ Wood frame
   ☐ Structural concrete   ■
   ☐ Brick
   ☒ Steel beam/girder
   ☐ Other   Specify: `_____`

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?

☐ Yes   ☒ No

9276102   **SERIAL #**⌐

**A.  Real Property For Which A Claim Is Being Asserted (continued)**

If yes, please specify the dates and description of such renovations.

| Year | | | | Description | SEE ATTACHED EXPLANATION |
| --- | --- | --- | --- | --- | --- |

| Year | | | | Description | |
| --- | --- | --- | --- | --- | --- |

| Year | | | | Description | |
| --- | --- | --- | --- | --- | --- |

11.  To the best of your knowledge, have any other interior renovations been completed on the property during any other period of time which affected any asbestos on the property?

☐ Yes   ☒ No

If yes, please specify the dates and descriptions of such renovations.

| Year | | | | Description | N/A |
| --- | --- | --- | --- | --- | --- |

| Year | | | | Description | |
| --- | --- | --- | --- | --- | --- |

| Year | | | | Description | |
| --- | --- | --- | --- | --- | --- |

**B.  Claim Category**

12.  For which category are you making a claim on the property?

☒ Category 1:  Allegation with respect to asbestos from a Grace product in the property

☐ Category 2:  Allegation with respect to one of Grace's vermiculite mining, milling or processing operations

- If you checked Category 1 in question 12, complete section C.
- If you checked Category 2 in question 12, complete section D.

**C.  Category 1 Claim:  Allegation With Respect To Asbestos From A Grace Product In The Property**

13.  For what alleged asbestos-containing product(s) are you making a claim?

☐ Monokote-3 fireproofing insulation

☒ Other   Specify:  ZONOLITE ACOUSTICAL PLASTIC

(For a list of the brand names under which Grace manufactured products that may have contained commercially added asbestos, see Exhibit 2 to the Claims Bar Date Notice provided with this Proof of Claim Form.)

14.  When did you or someone on your behalf install the asbestos containing product(s) in the property?

| Year | | | | ☒ I did not install the product(s) |
| --- | --- | --- | --- | --- |

15.  If you or someone on your behalf did not install the asbestos containing product(s), to the best of your knowledge, when was/were the product(s) installed?

| 1 9 5 4 | ☐ Don't know. |
| --- | --- |
| Year | |

9276103                                    SERIAL #⌐

# PART 3: PROPERTY INFORMATION

## A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

   **101 FRONT STREET SOUTH**
   *Street Address*

   **BARNESVILLE**     **MN**   **56514**
   *City*     *State*   *Zip Code*
   *(Province)*   *(Postal Code)*

   **USA**
   *Country*

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?

   ☐ Yes   ☒ No

3. Do you currently own the property listed in Question 1, above?

   ☒ Yes   ☐ No

4. When did you purchase the property?   **09** - **01** - **1899**
   *Month*   *Day*   *Year*

5. What is the property used for (check all that apply)
   ☐ Owner occupied residence
   ☐ Residential rental
   ☐ Commercial
   ☐ Industrial   Specify: 
   ☒ Other   Specify: **POLICE DEPT/LIQUOR STORE/YOUTH CNTR**

6. How many floors does the property have?   **003**

7. What is the approximate square footage of the property?   **000015000**

8. When was the property built?
   ☒ Before 1969
   ☐ 1969 - 1973
   ☐ After 1973

9. What is the structural support of the property?
   ☐ Wood frame
   ☐ Structural concrete
   ☒ Brick
   ☐ Steel beam/girder
   ☐ Other   Specify: 

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?

    ☐ Yes   ☒ No

9276102                    SERIAL #⌋

006936-000003

### A. Real Property For Which A Claim Is Being Asserted (continued)

If yes, please specify the dates and description of such renovations.

| Year |  | Description | SEE ATTACHED EXPLANATION |
|------|--|-------------|--------------------------|

| Year |  | Description | |
|------|--|-------------|--|

| Year |  | Description | |
|------|--|-------------|--|

11. To the best of your knowledge, have any other interior renovations been completed on the property during any other period of time which affected any asbestos on the property?

☐ Yes    ☒ No

If yes, please specify the dates and descriptions of such renovations.

| Year |  | Description | N/A |
|------|--|-------------|-----|

| Year |  | Description | |
|------|--|-------------|--|

| Year |  | Description | |
|------|--|-------------|--|

### B. Claim Category

12. For which category are you making a claim on the property?

☒ Category 1:    Allegation with respect to asbestos from a Grace product in the property

☐ Category 2:    Allegation with respect to one of Grace's vermiculite mining, milling or processing operations

- **If you checked Category 1 in question 12, complete section C.**
- **If you checked Category 2 in question 12, complete section D.**

### C. Category 1 Claim: Allegation With Respect To Asbestos From A Grace Product In The Property

13. For what alleged asbestos-containing product(s) are you making a claim?

☐ Monokote-3 fireproofing insulation

☒ Other    Specify: ZONOLITE ACOUSTICAL PLASTIC

(For a list of the brand names under which Grace manufactured products that may have contained commercially added asbestos, see Exhibit 2 to the Claims Bar Date Notice provided with this Proof of Claim Form.)

14. When did you or someone on your behalf install the asbestos containing product(s) in the property?

1950

Year    ☐ I did not install the product(s)

15. If you or someone on your behalf did not install the asbestos containing product(s), to the best of your knowledge, when was/were the product(s) installed?

| Year |  | ☐ Don't know. |
|------|--|---------------|

9276103

SERIAL #⌐

006936-000004

# PART 3: PROPERTY INFORMATION

## A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

Street Address

City: ST. PAUL

State (Province): MN   Zip Code (Postal Code):

Country: UNITED STATES

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?

☐ Yes   ☒ No

3. Do you currently own the property listed in Question 1, above?

☒ Yes   ☐ No

4. When did you purchase the property?

[  ] - [  ] - 1966
Month   Day   Year

5. What is the property used for (check all that apply)?

☐ Owner occupied residence
☐ Residential rental
☒ Commercial
☐ Industrial    Specify:
☐ Other    Specify:

6. How many floors does the property have?   [   ]   UNKNOWN

7. What is the approximate square footage of the property?   UNKNOWN

8. When was the property built?

☒ Before 1969
☐ 1969 - 1973
☐ After 1973

9. What is the structural support of the property?

☐ Wood frame
☐ Structural concrete
☐ Brick
☒ Steel beam/girder
☐ Other    Specify:

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?

☒ Yes   ☐ No

9276102

SERIAL #⌋

232276-1 · 2/3

**A. Real Property For Which A Claim Is Being Asserted (continued)**

If yes, please specify the dates and description of such renovations.

| Year | Description | MULTIPLE RENOVATIONS OVER VARIOUS YEARS |
|------|-------------|------------------------------------------|
| Year | Description | |
| Year | Description | |

11. To the best of your knowledge, have any other interior renovations been completed on the property during any other period of time which affected any asbestos on the property?

☒ Yes    ☐ No

If yes, please specify the dates and descriptions of such renovations.

| Year | Description | MULTIPLE RENOVATIONS OVER VARIOUS YEARS |
|------|-------------|------------------------------------------|
| Year | Description | |
| Year | Description | |

**B. Claim Category**

12. For which category are you making a claim on the property?

☒ Category 1:   Allegation with respect to asbestos from a Grace product in the property

☐ Category 2:   Allegation with respect to one of Grace's vermiculite mining, milling or processing operations

> • If you checked Category 1 in question 12, complete section C.
> • If you checked Category 2 in question 12, complete section D.

**C. Category 1 Claim: Allegation With Respect To Asbestos From A Grace Product In The Property**

13. For what alleged asbestos-containing product(s) are you making a claim?

☒ Monokote-3 fireproofing insulation

☐ Other     Specify:

(For a list of the brand names under which Grace manufactured products that may have contained commercially added asbestos, see Exhibit 2 to the Claims Bar Date Notice provided with this Proof of Claim Form.)

14. When did you or someone on your behalf install the asbestos containing product(s) in the property?

| Year | ☒ I did not install the product(s) |
|------|-------------------------------------|

15. If you or someone on your behalf did not install the asbestos containing product(s), to the best of your knowledge, when was/were the product(s) installed?

| 1966 | ☐ Don't know. |
|------|----------------|
| Year | |

010523-000004

# PART 3: PROPERTY INFORMATION

## A.  Real Property For Which A Claim Is Being Asserted

1.  What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

**Street Address:** 516 12TH STREET

**City:** DAWSON

**State (Province):** MN

**Zip Code (Postal Code):** 56232

**Country:** USA

2.  Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?

☐ Yes    ☒ No

3.  Do you currently own the property listed in Question 1, above?

☒ Yes    ☐ No

4.  When did you purchase the property?

☐☐ - ☐☐ - 1959
Month   Day   Year

5.  What is the property used for (check all that apply)

☐ Owner occupied residence
☐ Residential rental
☐ Commercial
☐ Industrial    Specify:
☒ Other    Specify: CHURCH

6.  How many floors does the property have?    2

7.  What is the approximate square footage of the property?    7856

8.  When was the property built?

☒ Before 1969
☐ 1969 - 1973
☐ After 1973

9.  What is the structural support of the property?

☒ Wood frame
☒ Structural concrete
☐ Brick
☒ Steel beam/girder
☐ Other    Specify:

10.  Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?

☒ Yes    ☐ No

9276102                    1019923

### A.  Real Property For Which A Claim Is Being Asserted (continued)

If yes, please specify the dates and description of such renovations.

| Year | | | | | Description | |
|---|---|---|---|---|---|---|

Year: `2 0 0 1`   Description: ASBESTOS ABATEMENT

Year: (blank)   Description: CONSTRUCTION W. INT. WALL LOWER LEVEL

Year: (blank)   Description: REPLACEMENT OF PIPES HOTWATER HEAT

11. To the best of your knowledge, have any other interior renovations been completed on the property during any other period of time which affected any asbestos on the property?

☐ Yes    ☒ No

If yes, please specify the dates and descriptions of such renovations.

Year: (blank)   Description: (blank)

Year: (blank)   Description: (blank)

Year: (blank)   Description: (blank)

### B.  Claim Category

12. For which category are you making a claim on the property?
   ☒ Category 1:  Allegation with respect to asbestos from a Grace product in the property
   ☐ Category 2:  Allegation with respect to one of Grace's vermiculite mining, milling or processing operations

> • If you checked Category 1 in question 12, complete section C.
> • If you checked Category 2 in question 12, complete section D.

### C.  Category 1 Claim:  Allegation With Respect To Asbestos From A Grace Product In The Property

13. For what alleged asbestos-containing product(s) are you making a claim?
   ☐ Monokote-3 fireproofing insulation
   ☒ Other    Specify: ZONOLITE ACOUSTICAL PLASTER & SPRA-WYT FINISH

   (For a list of the brand names under which Grace manufactured products that may have contained commercially added asbestos, see Exhibit 2 to the Claims Bar Date Notice provided with this Proof of Claim Form.)

14. When did you or someone on your behalf install the asbestos containing product(s) in the property?

   Year: `1 9 6 0`    ☐ I did not install the product(s)

15. If you or someone on your behalf did not install the asbestos containing product(s), to the best of your knowledge, when was/were the product(s) installed?

   Year: (blank)    ☐ Don't know.

9 2 7 6 1 0 3

1019923

012780-000004

# PART 3: PROPERTY INFORMATION

## A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

Street Address

City: WILMINGTON

State (Province): NC   Zip Code (Postal Code):

Country: UNITED STATES

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?

☐ Yes     ☒ No

3. Do you currently own the property listed in Question 1, above?

☒ Yes     ☐ No

4. When did you purchase the property?

☐☐ - ☐☐ - 1954
Month   Day   Year

5. What is the property used for (check all that apply)
   ☐ Owner occupied residence
   ☐ Residential rental
   ☒ Commercial
   ☐ Industrial   Specify:
   ☐ Other   Specify:

6. How many floors does the property have?   ☐☐☐   UNKNOWN

7. What is the approximate square footage of the property?   ☐☐☐☐☐☐☐☐   UNKNOWN

8. When was the property built?
   ☒ Before 1969
   ☐ 1969 - 1973
   ☐ After 1973

9. What is the structural support of the property?
   ☐ Wood frame
   ☐ Structural concrete
   ☐ Brick
   ☒ Steel beam/girder
   ☐ Other   Specify:

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?

☒ Yes     ☐ No

9276102

SERIAL #

## A. Real Property For Which A Claim Is Being Asserted (continued)

If yes, please specify the dates and description of such renovations.

| Year | Description | MULTIPLE RENOVATIONS OVER VARIOUS YEARS |
| Year | Description | |
| Year | Description | |

11. To the best of your knowledge, have any other interior renovations been completed on the property during any other period of time which affected any asbestos on the property?

☒ Yes    ☐ No

If yes, please specify the dates and descriptions of such renovations.

| Year | Description | MULTIPLE RENOVATIONS OVER VARIOUS YEARS |
| Year | Description | |
| Year | Description | |

## B. Claim Category

12. For which category are you making a claim on the property?

☒ Category 1:  Allegation with respect to asbestos from a Grace product in the property

☐ Category 2:  Allegation with respect to one of Grace's vermiculite mining, milling or processing operations

• If you checked Category 1 in question 12, complete section C.
• If you checked Category 2 in question 12, complete section D.

## C. Category 1 Claim:  Allegation With Respect To Asbestos From A Grace Product In The Property

13. For what alleged asbestos-containing product(s) are you making a claim?

☒ Monokote-3 fireproofing insulation

☐ Other    Specify:

(For a list of the brand names under which Grace manufactured products that may have contained commercially added asbestos, see Exhibit 2 to the Claims Bar Date Notice provided with this Proof of Claim Form.)

14. When did you or someone on your behalf install the asbestos containing product(s) in the property?

| Year | ☒ I did not install the product(s) |

15. If you or someone on your behalf did not install the asbestos containing product(s), to the best of your knowledge, when was/were the product(s) installed?

1954 Year    ☐ Don't know.

9276103                                    SERIAL #

010672-000004

## PART 3: PROPERTY INFORMATION

### A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

*Street Address*

TROY

*City*

NC

*State*
*(Province)*

*Zip Code*
*(Postal Code)*

UNITED STATES

*Country*

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?

☐ Yes    ☒ No

3. Do you currently own the property listed in Question 1, above?

☒ Yes    ☐ No

4. When did you purchase the property?  ☐☐ - ☐☐ - 1970
   *Month*   *Day*   *Year*

5. What is the property used for (check all that apply)?
   ☐ Owner occupied residence
   ☐ Residential rental
   ☒ Commercial
   ☐ Industrial    Specify: _____
   ☐ Other    Specify: _____

6. How many floors does the property have?  ☐☐☐  UNKNOWN

7. What is the approximate square footage of the property?  ☐☐☐☐☐☐☐  UNKNOWN

8. When was the property built?
   ☐ Before 1969
   ☒ 1969 - 1973
   ☐ After 1973

9. What is the structural support of the property?
   ☐ Wood frame
   ☐ Structural concrete
   ☐ Brick
   ☒ Steel beam/girder
   ☐ Other    Specify: _____

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?

    ☒ Yes    ☐ No

9276102                        SERIAL #⌋

010673-000003

**A.** **Real Property For Which A Claim Is Being Asserted (continued)**

If yes, please specify the dates and description of such renovations.

| | | | | Description | MULTIPLE RENOVATIONS OVER VARIOUS YEARS |
Year

| | | | | Description | |
Year

| | | | | Description | |
Year

11. To the best of your knowledge, have any other interior renovations been completed on the property during any other period of time which affected any asbestos on the property?

☒ Yes   ☐ No

If yes, please specify the dates and descriptions of such renovations.

| | | | | Description | MULTIPLE RENOVATIONS OVER VARIOUS YEARS |
Year

| | | | | Description | |
Year

| | | | | Description | |
Year

**B.** **Claim Category**

12. For which category are you making a claim on the property?

☒ Category 1:  Allegation with respect to asbestos from a Grace product in the property

☐ Category 2:  Allegation with respect to one of Grace's vermiculite mining, milling or processing operations

> • If you checked **Category 1** in question 12, complete section C.
> • If you checked **Category 2** in question 12, complete section D.

**C.** **Category 1 Claim:  Allegation With Respect To Asbestos From A Grace Product In The Property**

13. For what alleged asbestos-containing product(s) are you making a claim?

☒ Monokote-3 fireproofing insulation

☐ Other       Specify: |

(For a list of the brand names under which Grace manufactured products that may have contained commercially added asbestos, see Exhibit 2 to the Claims Bar Date Notice provided with this Proof of Claim Form.)

14. When did you or someone on your behalf install the asbestos containing product(s) in the property?

| | | | | ☒ I did not install the product(s)
Year

15. If you or someone on your behalf did not install the asbestos containing product(s), to the best of your knowledge, when was/were the product(s) installed?

| 1 | 9 | 7 | 0 |   ☐ Don't know.
Year

9 2 7 6 1 0 3                              SERIAL #⌐

## PART 3:  PROPERTY INFORMATION

### A.  Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

8TH & GRAND
*Street Address*

DES MOINES
*City*

IA
*State (Province)*

*Zip Code (Postal Code)*

UNITED STATES
*Country*

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?
☐ Yes   ☒ No

3. Do you currently own the property listed in Question 1, above?
☒ Yes   ☐ No

4. When did you purchase the property?   ☐☐ - ☐☐ - 1971
*Month   Day   Year*

5. What is the property used for (check all that apply)?
☐ Owner occupied residence
☐ Residential rental
☒ Commercial
☐ Industrial   Specify: _____
☐ Other   Specify: _____

6. How many floors does the property have?   ☐☐   UNKNOWN

7. What is the approximate square footage of the property?   ☐☐☐☐☐☐   UNKNOWN

8. When was the property built?
☐ Before 1969
☒ 1969 - 1973
☐ After 1973

9. What is the structural support of the property?
☐ Wood frame
☐ Structural concrete
☐ Brick
☒ Steel beam/girder
☐ Other   Specify: _____

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?
☒ Yes   ☐ No

9 2 7 6 1 0 2                    SERIAL #

## A. Real Property For Which A Claim Is Being Asserted (continued)

If yes, please specify the dates and description of such renovations.

| Year | Description | MULTIPLE RENOVATIONS OVER VARIOUS YEARS |
|---|---|---|
| Year | Description | |
| Year | Description | |

11. To the best of your knowledge, have any other interior renovations been completed on the property during any other period of time which affected any asbestos on the property?

☒ Yes    ☐ No

If yes, please specify the dates and descriptions of such renovations.

| Year | Description | MULTIPLE RENOVATIONS OVER VARIOUS YEARS |
|---|---|---|
| Year | Description | |
| Year | Description | |

## B. Claim Category

12. For which category are you making a claim on the property?

☒ Category 1:  Allegation with respect to asbestos from a Grace product in the property
☐ Category 2:  Allegation with respect to one of Grace's vermiculite mining, milling or processing operations

> • If you checked Category 1 in question 12, complete section C.
> • If you checked Category 2 in question 12, complete section D.

## C. Category 1 Claim:  Allegation With Respect To Asbestos From A Grace Product In The Property

13. For what alleged asbestos-containing product(s) are you making a claim?

☒ Monokote-3 fireproofing insulation
☐ Other    Specify:

(For a list of the brand names under which Grace manufactured products that may have contained commercially added asbestos, see Exhibit 2 to the Claims Bar Date Notice provided with this Proof of Claim Form.)

14. When did you or someone on your behalf install the asbestos containing product(s) in the property?

| Year | ☒ I did not install the product(s) |
|---|---|

15. If you or someone on your behalf did not install the asbestos containing product(s), to the best of your knowledge, when was/were the product(s) installed?

| 1971 | ☐ Don't know. |
|---|---|
| Year | |

9276103                                   SERIAL #⌐

011153-000004

## PART 3: PROPERTY INFORMATION

### A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

Street Address

CARROLL
City

IA
State
(Province)

Zip Code
(Postal Code)

UNITED STATES
Country

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?

☐ Yes    ☒ No

3. Do you currently own the property listed in Question 1, above?

☒ Yes    ☐ No

4. When did you purchase the property?    ☐☐ - ☐☐ - 1970
Month   Day   Year

5. What is the property used for (check all that apply)
☐ Owner occupied residence
☐ Residential rental
☒ Commercial
☐ Industrial    Specify:
☐ Other    Specify:

6. How many floors does the property have?    ☐☐    UNKNOWN

7. What is the approximate square footage of the property?    ☐☐☐☐☐☐    UNKNOWN

8. When was the property built?
☐ Before 1969
☒ 1969 - 1973
☐ After 1973

9. What is the structural support of the property?
☐ Wood frame
☐ Structural concrete
☐ Brick
☒ Steel beam/girder
☐ Other    Specify:

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?

☒ Yes    ☐ No

9276102    SERIAL #⌐

**A.** **Real Property For Which A Claim Is Being Asserted (continued)**

If yes, please specify the dates and description of such renovations.

| Year | Description | MULTIPLE RENOVATIONS OVER VARIOUS YEARS |
| --- | --- | --- |
| Year | Description | |
| Year | Description | |

11. To the best of your knowledge, have any other interior renovations been completed on the property during any other period of time which affected any asbestos on the property?

☒ Yes     ☐ No

If yes, please specify the dates and descriptions of such renovations.

| Year | Description | MULTIPLE RENOVATIONS OVER VARIOUS YEARS |
| --- | --- | --- |
| Year | Description | |
| Year | Description | |

**B.** **Claim Category**

12. For which category are you making a claim on the property?

☒ Category 1: Allegation with respect to asbestos from a Grace product in the property

☐ Category 2: Allegation with respect to one of Grace's vermiculite mining, milling or processing operations

- If you checked Category 1 in question 12, complete section C.
- If you checked Category 2 in question 12, complete section D.

**C.** **Category 1 Claim: Allegation With Respect To Asbestos From A Grace Product In The Property**

13. For what alleged asbestos-containing product(s) are you making a claim?

☒ Monokote-3 fireproofing insulation

☐ Other     Specify: 

(For a list of the brand names under which Grace manufactured products that may have contained commercially added asbestos, see Exhibit 2 to the Claims Bar Date Notice provided with this Proof of Claim Form.)

14. When did you or someone on your behalf install the asbestos containing product(s) in the property?

| Year | ☒ I did not install the product(s) |
| --- | --- |

15. If you or someone on your behalf did not install the asbestos containing product(s), to the best of your knowledge, when was/were the product(s) installed?

| 1970 | ☐ Don't know. |
| --- | --- |
| Year | |

9276103

SERIAL #

011151-000004

## PART 3: PROPERTY INFORMATION

**A.** **Real Property For Which A Claim Is Being Asserted**

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

*Street Address*

MEMPHIS
*City*

TN
*State (Province)*

*Zip Code (Postal Code)*

UNITED STATES
*Country*

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?

☐ Yes   ☒ No

3. Do you currently own the property listed in Question 1, above?

☒ Yes   ☐ No

4. When did you purchase the property?  ☐☐ - ☐☐ - 1970
   *Month*  *Day*  *Year*

5. What is the property used for (check all that apply)?
   ☐ Owner occupied residence
   ☐ Residential rental
   ☒ Commercial
   ☐ Industrial   Specify: _____
   ☐ Other   Specify: _____

6. How many floors does the property have?  ☐☐☐  UNKNOWN

7. What is the approximate square footage of the property?  UNKNOWN

8. When was the property built?
   ☐ Before 1969
   ☒ 1969 - 1973
   ☐ After 1973

9. What is the structural support of the property?
   ☐ Wood frame
   ☐ Structural concrete
   ☐ Brick
   ☒ Steel beam/girder
   ☐ Other   Specify: _____

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?

☒ Yes   ☐ No

9 2 7 6 1 0 2                    **SERIAL #**

**A.** **Real Property For Which A Claim Is Being Asserted (continued)**

If yes, please specify the dates and description of such renovations.

| Year | | | | Description | MULTIPLE RENOVATIONS OVER VARIOUS YEARS |

| Year | | | | Description | |

| Year | | | | Description | |

11. To the best of your knowledge, have any other interior renovations been completed on the property during any other period of time which affected any asbestos on the property?

☒ Yes    ☐ No

If yes, please specify the dates and descriptions of such renovations.

| Year | | | | Description | MULTIPLE RENOVATIONS OVER VARIOUS YEARS |

| Year | | | | Description | |

| Year | | | | Description | |

**B.** **Claim Category**

12. For which category are you making a claim on the property?

☒ Category 1:  Allegation with respect to asbestos from a Grace product in the property

☐ Category 2:  Allegation with respect to one of Grace's vermiculite mining, milling or processing operations

- **If you checked Category 1 in question 12, complete section C.**
- **If you checked Category 2 in question 12, complete section D.**

**C.** **Category 1 Claim: Allegation With Respect To Asbestos From A Grace Product In The Property**

13. For what alleged asbestos-containing product(s) are you making a claim?

☒ Monokote-3 fireproofing insulation

☐ Other     Specify: 

(For a list of the brand names under which Grace manufactured products that may have contained commercially added asbestos, see Exhibit 2 to the Claims Bar Date Notice provided with this Proof of Claim Form.)

14. When did you or someone on your behalf install the asbestos containing product(s) in the property?

| Year | | | | ☒ I did not install the product(s) |

15. If you or someone on your behalf did not install the asbestos containing product(s), to the best of your knowledge, when was/were the product(s) installed?

| 1 9 7 0 |
| Year |

☐ Don't know.

9 2 7 6 1 0 3                    **SERIAL #**

## PART 3: PROPERTY INFORMATION

**A.** **Real Property For Which A Claim Is Being Asserted**

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

Street Address

MEMPHIS
City

UNITED STATES
Country

State (Province)    Zip Code (Postal Code)

TN

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?

☐ Yes   ☒ No

3. Do you currently own the property listed in Question 1, above?

☒ Yes   ☐ No

4. When did you purchase the property?   ☐☐ - ☐☐ - 1970
   Month   Day   Year

5. What is the property used for (check all that apply)
   ☐ Owner occupied residence
   ☐ Residential rental
   ☒ Commercial
   ☐ Industrial    Specify:
   ☐ Other    Specify:

6. How many floors does the property have?   ☐☐☐   UNKNOWN

7. What is the approximate square footage of the property?   UNKNOWN

8. When was the property built?
   ☐ Before 1969
   ☒ 1969 - 1973
   ☐ After 1973

9. What is the structural support of the property?
   ☐ Wood frame
   ☐ Structural concrete
   ☐ Brick
   ☒ Steel beam/girder
   ☐ Other    Specify:

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?

☒ Yes   ☐ No

9 2 7 6 1 0 2                                  SERIAL #⌐

010533-000003

## A. Real Property For Which A Claim Is Being Asserted (continued)

If yes, please specify the dates and description of such renovations.

| | Year | Description | MULTIPLE RENOVATIONS OVER VARIOUS YEARS |

Year    Description MULTIPLE RENOVATIONS OVER VARIOUS YEARS

Year    Description

Year    Description

11. To the best of your knowledge, have any other interior renovations been completed on the property during any other period of time which affected any asbestos on the property?

☒ Yes    ☐ No

If yes, please specify the dates and descriptions of such renovations.

Year    Description MULTIPLE RENOVATIONS OVER VARIOUS YEARS

Year    Description

Year    Description

## B. Claim Category

12. For which category are you making a claim on the property?

☒ Category 1:  Allegation with respect to asbestos from a Grace product in the property

☐ Category 2:  Allegation with respect to one of Grace's vermiculite mining, milling or processing operations

> • If you checked Category 1 in question 12, complete section C.
> • If you checked Category 2 in question 12, complete section D.

## C. Category 1 Claim: Allegation With Respect To Asbestos From A Grace Product In The Property

13. For what alleged asbestos-containing product(s) are you making a claim?

☒ Monokote-3 fireproofing insulation

☐ Other    Specify:

(For a list of the brand names under which Grace manufactured products that may have contained commercially added asbestos, see Exhibit 2 to the Claims Bar Date Notice provided with this Proof of Claim Form.)

14. When did you or someone on your behalf install the asbestos containing product(s) in the property?

Year    ☒ I did not install the product(s)

15. If you or someone on your behalf did not install the asbestos containing product(s), to the best of your knowledge, when was/were the product(s) installed?

1970    ☐ Don't know.
Year

9 2 7 6 1 0 3                                    **SERIAL #**

010533-000004