# PHOENIX ENVIRONMENTAL LABORATORIES
2000 Lindell Avenue                                    Nashville, TN  37203

## BULK ASBESTOS ANALYSIS REPORT
### EPA Polarized Light Microscopy Method

---------- ----------------- SAMPLE INFORMATION -------------------

Client:                                    Lab ID: 80698
Mr. Orval Reed
J. Graves Insulation                       Date Sampled: 02/11/88
P.O. Box 336                               Date Received: 02/15/88
Mabelvale, AR  72103                       Analyst: M. Jordan
                                           Sampled by: CLIENT W/DATA
Sample Description:
KARK                                       Sample Treatment:
Lounge 2nd Floor                           Teased apart with forceps
Ceiling tile perforated
2 X 4 layin
Sample 531


-------------------- GROSS SAMPLE APPEARANCE ----------------------

Is sample friable?    YES Are layers obvious?    NO
Are fibers visible by stereoscopic examination?    YES
Comments: No asbestos detected


-------------------- MICROSCOPIC ANALYSIS --------------------------

ASBESTOS CONSTITUENTS:    (Central Stop Dispersion Staining Colors)

| Mineral | Percent | Perpendicular | Parallel | RI Oil |
|---|---|---|---|---|
| Chrysotile | 0 % | blue | blue-magenta | 1.550 |
| Anthophyllite | 0 % | blue | gold-magenta | 1.605 |
| Tremolite | 0 % | pale blue | yellow | 1.605 |
| Actinolite | 0 % | magenta | golden yellow | 1.630 |
| Amosite | 0 % | blue-magenta | golden yellow | 1.680 |
| Crocidolite | 0 % | red-magenta | blue-magenta | 1.700 |
| Total Asbestos | 0 % | | | |

OTHER MATERIALS:
  Fibrous
  Fiber Glass       0 %        NOTES:
  Mineral Wool     52 %        Method Published  in EPA 600/M4-82-020.
  Cellulose        26 %        Quantity by visual inspection.
  Nonfibrous
  Silicates         8 %
  Starch Binder    14 %


Date Analyzed:  02/22/88          Signed: _Mark A. Jordan_____

# PHOENIX ENVIRONMENTAL LABORATORIES

2000 Lindell Avenue                    Nashville, TN  37203

## BULK ASBESTOS ANALYSIS REPORT
### EPA Polarized Light Microscopy Method

------------------------------ SAMPLE INFORMATION ------------------------------

Client:                                    Lab ID: 80699
Mr. Orval Reed
J. Graves Insulation                       Date Sampled: 02/11/88
P.O. Box 336                               Date Received:02/15/88
Mabelvale, AR  72103                       Analyst: M. Jordan
                                           Sampled by: CLIENT W/DATA
Sample Description:
KARK                                       Sample Treatment:
Freight elevator lobby                     Teased apart with forceps
2nd floor
Accoustical ceiling
exposed, no paint
Sample 532


------------------------- GROSS SAMPLE APPEARANCE -------------------------

Is sample friable?    YES Are layers obvious?        NO
Are fibers visible by stereoscopic examination?     YES
Comments: White and curly fibers detected


---------------------------- MICROSCOPIC ANALYSIS ----------------------------

ASBESTOS CONSTITUENTS:     (Central Stop Dispersion Staining Colors)

| Mineral | Percent | Perpendicular | Parallel | RI Oil |
|---|---|---|---|---|
| Chrysotile | 9 % | blue | blue-magenta | 1.550 |
| Anthophyllite | 0 % | blue | gold-magenta | 1.605 |
| Tremolite | 0 % | pale blue | yellow | 1.605 |
| Actinolite | 0 % | magenta | golden yellow | 1.630 |
| Amosite | 0 % | blue-magenta | golden yellow | 1.680 |
| Crocidolite | 0 % | red-magenta | blue-magenta | 1.700 |
| Total Asbestos | 9 % | | | |

OTHER MATERIALS:
Fibrous

| | | |
|---|---|---|
| Fiber Glass | 0 % | |
| Mineral Wool | 0 % | NOTES: |
| Cellulose | 7 % | Method Published in EPA 600/M4-82-020, |
| Nonfibrous | | Quantity by visual inspection. |
| Mica | 5 % | |
| Lizardite | 39 % | |
| Vermiculite | 40 % | |

Date Analyzed: 02/22/88                    Signed: _Mark A. Jordan_____

009913-000774

# PHOENIX ENVIRONMENTAL LABORATORIES

2000 Lindell Avenue                                    Nashville, TN  37203

### BULK ASBESTOS ANALYSIS REPORT
### EPA Polarized Light Microscopy Method

---------------------- SAMPLE INFORMATION ----------------------

Client:                                    Lab ID: 80700
Mr. Orval Reed
J. Braves Insulation                       Date Sampled: 02/11/88
P.O. Box 336                               Date Received:02/15/88
Mabelvale, AR  72103                       Analyst: M. Jordan
                                           Sampled by: CLIENT W/DATA
Sample Description:
KARK                                       Sample Treatment:
Room 14 2nd Floor                          Teased apart with forceps
2 X 2 Ceiling tile
Sample 546


---------------------- GROSS SAMPLE APPEARANCE ----------------------

Is sample friable?    YES  Are layers obvious?        NO
Are fibers visible by stereoscopic examination?       YES
Comments: No asbestos detected


---------------------- MICROSCOPIC ANALYSIS ----------------------

ASBESTOS CONSTITUENTS:    (Central Stop Dispersion Staining Colors)

| Mineral | Percent | Perpendicular | Parallel | RI Oil |
|---------|---------|---------------|----------|--------|
| Chrysotile | 0 % | blue | blue-magenta | 1.550 |
| Anthophyllite | 0 % | blue | gold-magenta | 1.605 |
| Tremolite | 0 % | pale blue | yellow | 1.605 |
| Actinolite | 0 % | magenta | golden yellow | 1.630 |
| Amosite | 0 % | blue-magenta | golden yellow | 1.680 |
| Crocidolite | 0 % | red-magenta | blue-magenta | 1.700 |
| Total Asbestos | 0 % | | | |

OTHER MATERIALS:
 Fibrous
  Fiber Glass      0 %        NOTE:
  Mineral Wool    43 %        Method Published in EPA 600/M4-82-020.
  Cellulose       24 %        Quantity by visual inspection.
 Nonfibrous
  Calcite          8 %
  Perlite         12 %
  Starch Binder   13 %

Date Analyzed: 02/22/88          Signed: _Mark A. Jordan_

# PHOENIX ENVIRONMENTAL LABORATORIES

2000 Lindell Avenue                     Nashville, TN  37203

## BULK ASBESTOS ANALYSIS REPORT
### EPA Polarized Light Microscopy Method

---------------------------- SAMPLE INFORMATION ----------------------------

Client:                              Lab ID: 807Q1
Mr. Orval Reed
J. Graves Insulation                 Date Sampled: 02/11/88
P.O. Box 336                         Date Received: 02/15/88
Mabelvale, AR  72103                 Analyst: M. Jordan
                                     Sampled by: CLIENT W/DATA
Sample Description:
KARK                                 Sample Treatment:
Bar Room                             Teased apart with forceps
Hard plaster sprayed on flat
surface
color - gray
Sample 547

---------------------------- GROSS SAMPLE APPEARANCE ----------------------------

Is sample friable?    YES  Are layers obvious?          NO
Are fibers visible by stereoscopic examination?    YES
Comments: No asbestos fibers were detected.

---------------------------- MICROSCOPIC ANALYSIS ----------------------------

ASBESTOS CONSTITUENTS:     (Central Stop Dispersion Staining Colors)

| Mineral | Percent | Perpendicular | Parallel | RI Oil |
|---|---|---|---|---|
| Chrysotile | 0 % | blue | blue-magenta | 1.550 |
| Anthophyllite | 0 % | blue | gold-magenta | 1.605 |
| Tremolite | 0 % | pale blue | yellow | 1.605 |
| Actinolite | 0 % | magenta | golden yellow | 1.630 |
| Amosite | 0 % | blue-magenta | golden yellow | 1.680 |
| Crocidolite | 0 % | red-magenta | blue-magenta | 1.700 |
| Total Asbestos | 0 % | | | |

OTHER MATERIALS:
Fibrous
| | | |
|---|---|---|
| Fiber Glass | 3 | % |
| Mineral Wool | 0 | % |
| Cellulose | 0 | % |

NOTES:
Method published in EPA 600/M4-82-020.
Quantity by visual inspection.

Non-fibrous
| | | |
|---|---|---|
| Silicates | 56 | % |
| Carbonate | 41 | % |

Date analyzed: 02/23/88                  Signed: _Mark A. Jordan_

# PHOENIX ENVIRONMENTAL LABORATORIES

2000 Lindell Avenue                    Nashville, TN  37203

## BULK ASBESTOS ANALYSIS REPORT
EPA Polarized Light Microscopy Method

---------------------- SAMPLE INFORMATION ----------------------

Client:                              Lab ID: 80702
Mr. Orval Reed
J. Graves Insulation                 Date Sampled: 02/11/88
P.O. Box 336                         Date Received: 02/15/88
Mabelvale, AR  72103                 Analyst: M. Jordan
                                     Sampled by: CLIENT W/DATA
Sample Description:
KARK                                 Sample Treatment:
Bar Room                             Teased apart with forceps
Hard Plasted sprayed on beams
Color - brown
Sample 548

---------------------- GROSS SAMPLE APPEARANCE ----------------------

Is sample friable?    YES  Are layers obvious?    NO
Are fibers visible by stereoscopic examination?    YES
Comments: No asbestos fibers were detected.

---------------------- MICROSCOPIC ANALYSIS ----------------------

ASBESTOS CONSTITUENTS:    (Central Stop Dispersion Staining Colors)
    Mineral       Percent  Perpendicular    Parallel      RI Oil
  Chrysotile        0  %      blue        blue-magenta     1.550
  Anthophyllite     0  %      blue        gold-magenta     1.605
  Tremolite         0  %    pale blue       yellow         1.605
  Actinolite        0  %     magenta     golden yellow     1.650
  Amosite           0  %   blue-magenta  golden yellow     1.680
  Crocidolite       0  %   red-magenta   blue-magenta      1.700
  Total Asbestos    0  %

OTHER MATERIALS:
  Fibrous
    Fiber Glass       4  %        NOTES.
    Mineral Wool      0  %    Method Published in EPA 600/M4-82-020.
    Cellulose         0  %    Quality by visual inspection.
  Non-fibrous
    Silicates        52  %
    Disorder         44  %

Date Analyzed: 02/23/88          Signed:  Mark A. Jordan

# PHOENIX ENVIRONMENTAL LABORATORIES
2000 Lindell Avenue                              Nashville, TN  37203

## BULK ASBESTOS ANALYSIS REPORT
### EPA Polarized Light Microscopy Method

---------------------------- SAMPLE INFORMATION ----------------------------

Client:                                    Lab ID: 80703
 Mr. Orval Reed
 J. Graves Insulation              Date Sampled: 02/11/88
 P.O. Box 336                      Date Received: 02/15/88
 Mabelvale, AR  72103              Analyst: M. Jordan
                                   Sampled by: CLIENT W/DATA
Sample Description:
 KARK                              Sample Treatment:
 Conference room 2nd floor         Teased apart with forceps
 Accoustical ceiling
 exposed and painted
 Sample 549


---------------------------- GROSS SAMPLE APPEARANCE ----------------------------

Is sample friable?     YES Are layers obvious?      NO
Are fibers visible by stereoscopic examination?     YES
Comments: White and curly asbestos fibers were detected.


---------------------------- MICROSCOPIC ANALYSIS ----------------------------

ASBESTOS CONSTITUENTS:    (Central Stop Dispersion Staining Colors)

| Mineral | Percent | Perpendicular | Parallel | RI Oil |
|---------|---------|---------------|----------|--------|
| Chrysotile | 21 % | blue | blue-magenta | 1.550 |
| Anthophyllite | 0 % | blue | gold-magenta | 1.605 |
| Tremolite | 0 % | pale blue | yellow | 1.605 |
| Actinolite | 0 % | magenta | golden yellow | 1.630 |
| Amosite | 0 % | blue-magenta | golden yellow | 1.680 |
| Crocidolite | 0 % | red-magenta | blue-magenta | 1.700 |
| Total Asbestos | 21 % | | | |

OTHER MATERIALS:
 Fibrous
  Fiber Glass      0 %           NOTES:
  Mineral Wool     0 %           Method Published  in EPA 600/M4-82-020.
  Cellulose       11 %           Quantity by visual inspection.
 Nonfibrous
  Binders         31 %
  Silicates       37 %

Date Analyzed: 02/23/88          Signed: *Mark A. Jordan*

# PHOENIX ENVIRONMENTAL LABORATORIES
2000 Lindell Avenue                                    Nashville, TN  37203

## BULK ASBESTOS ANALYSIS REPORT
### EPA Polarized Light Microscopy Method

------------------------ SAMPLE INFORMATION ------------------------

Client:                                        Lab ID: 80704
 Mr. Orval Reed
 J. Graves Insulation                     Date Sampled: 02/11/88
 P.O. Box 336                             Date Received: 02/15/88
 Mabelvale, AR  72103                     Analyst: M. Jordan
                                          Sampled by: CLIENT W/DATA
Sample Description:
 KARK                                      Sample Treatment:
 Main Secretary's office                  Teased apart with forceps
 second floor
 Accoustical ceiling
 exposed and painted
 Sample 550

------------------------ GROSS SAMPLE APPEARANCE ------------------------

Is sample friable?    YES  Are layers obvious?    NO
Are fibers visible by stereoscopic examination?    YES
Comments: White and curly asbestos fibers were detected.


------------------------ MICROSCOPIC ANALYSIS ------------------------

ASBESTOS CONSTITUENTS:    (Central Stop Dispersion Staining Colors)

| Mineral | Percent | | Perpendicular | Parallel | RI Oil |
|---|---|---|---|---|---|
| Chrysotile | 11 | % | blue | blue-magenta | 1.550 |
| Anthophyllite | 0 | % | blue | gold-magenta | 1.605 |
| Tremolite | 0 | % | pale blue | yellow | 1.605 |
| Actinolite | 0 | % | magenta | golden yellow | 1.630 |
| Amosite | 0 | % | blue-magenta | golden yellow | 1.680 |
| Crocidolite | 0 | % | red-magenta | blue-magenta | 1.700 |
| Total Asbestos | 11 | % | | | |

OTHER MATERIALS:
 Fibrous
| Fiber Glass | 0 | % |
|---|---|---|
| Mineral Wool | 0 | % |
| Cellulose | 9 | % |

 Nonfibrous
| Silicates | 54 | % |
|---|---|---|
| Perlite | 26 | % |

NOTES:
Method Published in EPA 600/M4-82-020.
Quantity by visual inspection.

Date Analyzed: 02/23/88          Signed: _Mark A. Jordan_____

# ASBESTOS SURVEY

BUILDING : KARK TV CH4
ADDRESS : 3rd e Lournay
OWNER : KARK
DATE : 2-11-98                                    2nd Floor Mech Rm

| SAMPLE NO. | ROOM NO.: | DESCRIPTION & COMMENTS |
|---|---|---|
| 0533 23% | Mech Rm 2nd Fl | Boiler Breeching Mud & Block Insulation |
| 0534 22% | Mech Rm 2nd Fl | Steam Header 10" Pipe insulation with mud |
| 0535 6% | Mech Rm 2nd Fl | 90° Elbow 1½" |
| 0536 24% | Mech Rm 2nd Fl | 6" 90° Elbow steam |
| 0537 6% | Mech Rm 2nd Fl | Round Duct Joints Mud |
| 0538 89% | Mech Rm 2nd Fl | Flex connection Unit #2 |
| 0539 78% | Mech Rm 2nd Fl | Rectangular Duct Unit #2 |
| 0540 6% | Mech Rm 2nd Fl | Chill water piping Unit #2 |
| 0541 87% | Mech Rm 2nd Fl | Flex connection Unit #1 |

009913-000780

# ASBESTOS SURVEY

**BUILDING :** KARK TV CH4
**ADDRESS :** 3rd & Louisiana
**OWNER :** KARK
**DATE :** 2-11-88

2nd Floor Mech Room & Chiller Ro

| SAMPLE NO. | ROOM NO.: | DESCRIPTION & COMMENTS |
|---|---|---|
| 0542 <br> 82% | MECH RM <br> 2nd FL | Rectangular duct unit #1 |
| 0543 <br> 6% | CHILLER Room | CHILLER INSULATION |
| 0544 <br> 4% | CHILLER Room | Pipe insulation by chiller |
| 0545 <br> 7% | CHILLER Room | Fireproofing off of structal deck |
| | | |
| | | |
| | | |
| | | |
| | | |

009913-000781

# PHOENIX ENVIRONMENTAL LABORATORIES

2000 Lindell Avenue                           Nashville, TN  37203

## BULK ASBESTOS ANALYSIS REPORT
### EPA Polarized Light Microscopy Method

------------------------- SAMPLE INFORMATION -------------------------

Client:                                    Lab ID: 80717
Mr. Orval Reed
J. Graves Insulation                       Date Sampled: 02/11/88
P.O. Box 336                               Date Received: 02/15/88
Mabelvale, AR  72103                       Analyst: M. Jordan
                                           Sampled by: CLIENT W/DATA
Sample Description:
KARK                                       Sample Treatment:
Chiller Room                               Teased apart with forceps
Fireproofing off of structural
deck
Sample 545


------------------------- GROSS SAMPLE APPEARANCE -------------------------

Is sample friable?    NO  Are layers obvious?    YES
Are fibers visible by stereoscopic examination?    NO
Comments: White and curly asbestos fibers were detected.


------------------------- MICROSCOPIC ANALYSIS -------------------------

ASBESTOS CONSTITUENTS:    (Central Stop Dispersion Staining Colors)

| Mineral | Percent | Perpendicular | Parallel | RI Oil |
|---|---|---|---|---|
| Chrysotile | 7 % | blue | blue-magenta | 1.550 |
| Anthophyllite | 0 % | blue | gold-magenta | 1.605 |
| Tremolite | 0 % | pale blue | yellow | 1.605 |
| Actinolite | 0 % | magenta | golden yellow | 1.630 |
| Amosite | 0 % | blue-magenta | golden yellow | 1.680 |
| Crocidolite | 0 % | red-magenta | blue-magenta | 1.700 |
| Total Asbestos | 7 % | | | |

OTHER MATERIALS:
Fibrous
| Fiber Glass | 0 % |
| Mineral Wool | 0 % |
| Cellulose | 4 % |

NOTES:
Method Published in EPA 600/M4-82-020.
Quantity by visual inspection.

Nonfibrous
| Vermiculite | 53 % |
| Lizardite | 31 % |
| Mica | 5 % |

Date Analyzed: 02/23/88          Signed: _Mike A. Jordan_

# PHOENIX ENVIRONMENTAL LABORATORIES
2000 Lindell Avenue                                    Nashville, TN 37203

## BULK ASBESTOS ANALYSIS REPORT
### EPA Polarized Light Microscopy Method

---------------------- SAMPLE INFORMATION ----------------------

Client:                                    Lab ID: B0B04
Mr. Orval Reed
J. Graves Insulation                       Date Sampled: 02/14/88
P.O. Box 336                               Date Received: 02/17/88
Mabelvale, AR  72103                       Analyst: M. Jordan
                                           Sampled by: CLIENT W/DATA

Sample Description:
KARK                                       Sample Treatment:
US Marines Office                          Teased apart with forceps
Sample 573
fireproofing
first floor

---------------------- GROSS SAMPLE APPEARANCE ----------------------

Is sample friable?    YES Are layers obvious?        NO
Are fibers visible by stereoscopic examination?    YES
Comments: White and curly asbestos fibers were detected.

---------------------- MICROSCOPIC ANALYSIS ----------------------

ASBESTOS CONSTITUENTS:    (Central Stop Dispersion Staining Colors)

| Mineral | Percent | Perpendicular | Parallel | RI Oil |
|---------|---------|---------------|----------|--------|
| Chrysotile | 11 % | blue | blue-magenta | 1.550 |
| Anthophyllite | 0 % | blue | gold-magenta | 1.605 |
| Tremolite | 0 % | pale blue | yellow | 1.605 |
| Actinolite | 0 % | magenta | golden yellow | 1.630 |
| Amosite | 0 % | blue-magenta | golden yellow | 1.680 |
| Crocidolite | 0 % | red-magenta | blue-magenta | 1.700 |
| Total Asbestos | 11 % | | | |

OTHER MATERIALS:
Fibrous
| Fiber Glass | 0 % |
|-------------|-----|
| Mineral Wool | 0 % |
| Cellulose | 5 % |

NOTES:
Method Published in EPA 600/M4-82-020.
Quantity by visual inspection.

Nonfibrous
| Vermiculite | 51 % |
|-------------|------|
| Mica | 5 % |
| Lizardite | 28 % |

Date Analyzed: 02/24/88              Signed: *Mark A. Jordan*

# PHOENIX  ENVIRONMENTAL  LABORATORIES

2000 Lindell Avenue                          Nashville, TN  37203

## BULK ASBESTOS ANALYSIS REPORT
### EPA Polarized Light Microscopy Method

----------------------- SAMPLE INFORMATION -----------------------

Client:                                Lab ID: 80805
Mr. Orval Reed
J. Graves Insulation                   Date Sampled: 02/14/88
P.O. Box 336                           Date Received:02/17/88
Mabelvale, AR  72103                   Analyst: M. Jordan
                                       Sampled by: CLIENT W/DATA

Sample Description:
KARK                                   Sample Treatment:
107 Supply Room 1st floor              Teased apart with forceps
Sampel 574
Fireproofing


----------------------- GROSS SAMPLE APPEARANCE -----------------------

Is sample friable?    YES Are layers obvious?    NO
Are fibers visible by stereoscopic examination?    YES
Comments: White and curly asbestos fibers were detected.


----------------------- MICROSCOPIC ANALYSIS -----------------------

ASBESTOS CONSTITUENTS:    (Central Stop Dispersion Staining Colors)

| Mineral | Percent | Perpendicular | Parallel | RI Oil |
|---------|---------|---------------|----------|--------|
| Chrysotile | 9 % | blue | blue-magenta | 1.550 |
| Anthophyllite | 0 % | blue | gold-magenta | 1.605 |
| Tremolite | 0 % | pale blue | yellow | 1.605 |
| Actinolite | 0 % | magenta | golden yellow | 1.630 |
| Amosite | 0 % | blue-magenta | golden yellow | 1.680 |
| Crocidolite | 0 % | red-magenta | blue-magenta | 1.700 |
| Total Asbestos | 9 % | | | |

OTHER MATERIALS:
  Fibrous
    Fiber Glass      0 %          NOTES:
    Mineral Wool     0 %          Method Published  in EPA 600/M4-82-020.
    Cellulose        6 %          Quantity by visual inspection.
  Nonfibrous
    Vermiculite     53 %
    Lizardite       26 %
    Mica             6 %


Date Analyzed: 02/24/88          Signed: *Mark A. Jordan*

009913-000796

# PHOENIX ENVIRONMENTAL LABORATORIES
## 2000 Lindell Avenue                               Nashville, TN 37203

### BULK ASBESTOS ANALYSIS REPORT
### EPA Polarized Light Microscopy Method

-------------------------- SAMPLE INFORMATION --------------------------

Client:                                  Lab ID: 80806
Mr. Orval Reed
J. Graves Insulation                     Date Sampled: 02/14/88
P.O. Box 336                             Date Received: 02/17/88
Mabelvale, AR  72103                     Analyst: M. Jordan
                                         Sampled by: CLIENT W/DATA
Sample Description:
KARK                                     Sample Treatment:
Conference Room                          Teased apart with forceps
First floor
Sample 575
Ceiling Tile 2 X 4


-------------------- GROSS SAMPLE APPEARANCE --------------------

Is sample friable?      YES Are layers obvious?         NO
Are fibers visible by stereoscopic examination?    YES
Comments: No asbestos fibers were detected.


-------------------- MICROSCOPIC ANALYSIS --------------------

ASBESTOS CONSTITUENTS:   (Central Stop Dispersion Staining Colors)

| Mineral | Percent | Perpendicular | Parallel | RI Oil |
|---------|---------|---------------|----------|--------|
| Chrysotile | 0 % | blue | blue-magenta | 1.550 |
| Anthophyllite | 0 % | blue | gold-magenta | 1.605 |
| Tremolite | 0 % | pale blue | yellow | 1.605 |
| Actinolite | 0 % | magenta | golden yellow | 1.630 |
| Amosite | 0 % | blue-magenta | golden yellow | 1.680 |
| Crocidolite | 0 % | red-magenta | blue-magenta | 1.700 |
| Total Asbestos | 0 % | | | |

OTHER MATERIALS:
  Fibrous
    Fiber Glass      0 %        NOTES:
    Mineral Wool    49 %        Method Published in EPA 600/M4-82-020.
    Cellulose       28 %        Quantity by visual inspection.
  Nonfibrous
    Silicates        7 %
    Starch Binder   16 %


Date Analyzed: 02/24/88            Signed: *Mark A. Jordan*

# PHOENIX  ENVIRONMENTAL  LABORATORIES
## 2000 Lindell Avenue                    Nashville, TN  37203

### BULK ASBESTOS ANALYSIS REPORT
### EPA Polarized Light Microscopy Method

------------------------- SAMPLE INFORMATION -------------------------

Client:                                    Lab ID:  80807
Mr. Orval Reed
J. Graves Insulation                       Date Sampled: 02/14/88
P.O. Box 336                               Date Received: 02/17/88
Mabelvale, AR  72103                       Analyst: M. Jordan
                                           Sampled by: CLIENT W/DATA

Sample Description:
KARK                                       Sample Treatment:
First floor conference room                Teased apart with forceps
Sample 576
Fireproofing


------------------ GROSS SAMPLE APPEARANCE ------------------

Is sample friable?    YES Are layers obvious?     NO
Are fibers visible by stereoscopic examination?    YES
Comments: White and curly asbestos fibers were detected.


------------------- MICROSCOPIC ANALYSIS -------------------

ASBESTOS CONSTITUENTS:   (Central Stop Dispersion Staining Colors)

| Mineral | Percent | Perpendicular | Parallel | RI Oil |
|---|---|---|---|---|
| Chrysotile | 7 % | blue | blue-magenta | 1.550 |
| Anthophyllite | 0 % | blue | gold-magenta | 1.605 |
| Tremolite | 0 % | pale blue | yellow | 1.605 |
| Actinolite | 0 % | magenta | golden yellow | 1.630 |
| Amosite | 0 % | blue-magenta | golden yellow | 1.680 |
| Crocidolite | 0 % | red-magenta | blue-magenta | 1.700 |
| Total Asbestos | 7 % | | | |

OTHER MATERIALS:
Fibrous
| | | |
|---|---|---|
| Fiber Glass | 0 % | |
| Mineral Wool | 0 % | |
| Cellulose | 4 % | |

Nonfibrous
| | |
|---|---|
| Lizardite | 29 % |
| Mica | 4 % |
| Vermiculite | 56 % |

NOTES:
Method Published  in EPA 600/M4-82-020.
Quantity by visual inspection.

Date Analyzed: 02/24/88            Signed: *Mich M. Gorden*

# PHOENIX ENVIRONMENTAL LABORATORIES
2000 Lindell Avenue                           Nashville, TN  37203

### BULK ASBESTOS ANALYSIS REPORT
### EPA Polarized Light Microscopy Method

---------------------- SAMPLE INFORMATION ----------------------

Client:                                    Lab ID: 80808
Mr. Orval Reed
J. Graves Insulation               Date Sampled: 02/14/88
P.O. Box 336                       Date Received:02/17/88
Mabelvale, AR  72103               Analyst: M. Jordan
                                   Sampled by: CLIENT W/DATA
Sample Description:
KARK                               Sample Treatment:
Old Bank Area                      Teased apart with forceps
first floor
Sample 577
Accoustical ceiling above lay
in and below fireproofing

---------------------- GROSS SAMPLE APPEARANCE ----------------------

Is sample friable?    YES Are layers obvious?    NO
Are fibers visible by stereoscopic examination?    YES
Comments: White and curly asbestos fibers were detected.

---------------------- MICROSCOPIC ANALYSIS ----------------------

ASBESTOS CONSTITUENTS:    (Central Stop Dispersion Staining Colors)

| Mineral | Percent | Perpendicular | Parallel | RI Oil |
|---|---|---|---|---|
| Chrysotile | 8 % | blue | blue-magenta | 1.550 |
| Anthophyllite | 0 % | blue | gold-magenta | 1.605 |
| Tremolite | 0 % | pale blue | yellow | 1.605 |
| Actinolite | 0 % | magenta | golden yellow | 1.630 |
| Amosite | 0 % | blue-magenta | golden yellow | 1.680 |
| Crocidolite | 0 % | red-magenta | blue-magenta | 1.700 |
| Total Asbestos | 8 % | | | |

OTHER MATERIALS:
Fibrous
| | | |
|---|---|---|
| Fiber Glass | 0 % | |
| Mineral Wool | 0 % | |
| Cellulose | 5 % | |

NOTES:
Method Published in EPA 600/M4-82-020.
Quantity by visual inspection.

Nonfibrous
| | | |
|---|---|---|
| Lizardite | 28 % | |
| Mica | 4 % | |
| Vermiculite | 55 % | |

Date Analyzed: 02/24/88          Signed: _Mark A. Jordan_____

# PHOENIX ENVIRONMENTAL LABORATORIES
2000 Lindell Avenue                    Nashville, TN 37203

### BULK ASBESTOS ANALYSIS REPORT
### EPA Polarized Light Microscopy Method

---------------------- SAMPLE INFORMATION ----------------------

Client:                               Lab ID: 80809
Mr. Orval Reed
J. Graves Insulation                  Date Sampled: 02/14/88
P.O. Box 336                          Date Received: 02/17/88
Mabelvale, AR  72103                  Analyst: M. Jordan
                                      Sampled by: CLIENT W/DATA

Sample Description:
KARK                                  Sample Treatment:
first floor stairway                  Teased apart with forceps
Sample 572
accoustical ceiling exposed
and painted


---------------------- GROSS SAMPLE APPEARANCE ----------------------

Is sample friable?     YES Are layers obvious?     NO
Are fibers visible by stereoscopic examination?    YES
Comments: White and curly asbestos fibers were detected.


---------------------- MICROSCOPIC ANALYSIS ----------------------

ASBESTOS CONSTITUENTS:    (Central Stop Dispersion Staining Colors)

| Mineral | Percent | Perpendicular | Parallel | RI Oil |
|---|---|---|---|---|
| Chrysotile | 12 % | blue | blue-magenta | 1.550 |
| Anthophyllite | 0 % | blue | gold-magenta | 1.605 |
| Tremolite | 0 % | pale blue | yellow | 1.605 |
| Actinolite | 0 % | magenta | golden yellow | 1.630 |
| Amosite | 0 % | blue-magenta | golden yellow | 1.680 |
| Crocidolite | 0 % | red-magenta | blue-magenta | 1.700 |
| Total Asbestos | 12 % | | | |

OTHER MATERIALS:
Fibrous
| Fiber Glass | 0 % |
|---|---|
| Mineral Wool | 0 % |
| Cellulose | 5 % |

NOTES:
Method Published  in EPA 600/M4-82-020.
Quantity by visual inspection.

Nonfibrous
| Lizardite | 27 % |
|---|---|
| Mica | 7 % |
| Vermiculite | 49 % |

Date Analyzed: 02/24/88        Signed: _Mark A. Jordan_

# ASBESTOS SURVEY

BUILDING : KARK - GSA
DDRESS : 3rd e Center
OWNER : KARK
DATE : 2-14-88                    2nd Floor

| SAMPLE NO. | ROOM NO.: | DESCRIPTION & COMMENTS |
|---|---|---|
| 1566 7% | Hallway Testing | Fireproofing |
| 0567 9% | Processing 216 | Fireproofing |
| 0568 7% | Medical Hearing | Fireproofing |
| 1569 6% | Applicant Waiting | Fireproofing |
| 571 8% | 2nd Floor Stairway | Acoustical Ceiling Exposed and Painted |

009913-000801

# PHOENIX ENVIRONMENTAL LABORATORIES
2000 Lindell Avenue                              Nashville, TN  37203

## BULK ASBESTOS ANALYSIS REPORT
### EPA Polarized Light Microscopy Method

----------------------- SAMPLE INFORMATION -----------------------

Client:                              Lab ID: 80810
 Mr. Orval Reed
 J. Graves Insulation                Date Sampled: 02/14/88
 P.O. Box 336                        Date Received:02/17/88
 Mabelvale, AR  72103                Analyst: M. Jordan
                                     Sampled by: CLIENT W/DATA
Sample Description:
 KARK                                Sample Treatment:
 second floor                        Teased apart with forceps
 hallway testing
 Sample 566
 Fireproofing

----------------------- GROSS SAMPLE APPEARANCE -----------------------

Is sample friable?     YES Are layers obvious?     NO
Are fibers visible by stereoscopic examination?     YES
Comments: White and curly asbestos fibers were detected.

----------------------- MICROSCOPIC ANALYSIS -----------------------

ASBESTOS CONSTITUENTS:    (Central Stop Dispersion Staining Colors)

| Mineral | Percent | Perpendicular | Parallel | RI Oil |
|---|---|---|---|---|
| Chrysotile | 7 % | blue | blue-magenta | 1.550 |
| Anthophyllite | 0 % | blue | gold-magenta | 1.605 |
| Tremolite | 0 % | pale blue | yellow | 1.605 |
| Actinolite | 0 % | magenta | golden yellow | 1.630 |
| Amosite | 0 % | blue-magenta | golden yellow | 1.680 |
| Crocidolite | 0 % | red-magenta | blue-magenta | 1.700 |
| Total Asbestos | 7 % | | | |

OTHER MATERIALS:
 Fibrous
| Fiber Glass | 0 % |
|---|---|
| Mineral Wool | 0 % |
| Cellulose | 3 % |

 Nonfibrous
| Lizardite | 29 % |
|---|---|
| Vermiculite | 57 % |
| Mica | 4 % |

NOTES:
Method Published  in EPA 600/M4-82-020.
Quantity by visual inspection.

Date Analyzed: 02/24/88              Signed: _Mark A. Jordan_

# PHOENIX ENVIRONMENTAL LABORATORIES
2000 Lindell Avenue                        Nashville, TN 37203

## BULK ASBESTOS ANALYSIS REPORT
### EPA Polarized Light Microscopy Method

------------------------- SAMPLE INFORMATION -------------------------

Client:                                    Lab ID: 80811
Mr. Orval Reed
J. Graves Insulation                       Date Sampled: 02/14/88
P.O. Box 336                               Date Received: 02/17/88
Mabelvale, AR  72103                       Analyst: M. Jordan
                                           Sampled by: CLIENT W/DATA

Sample Description:
KARK                                       Sample Treatment:
second floor processing 216                Teased apart with forceps
Sample 567
Fireproofing


------------------- GROSS SAMPLE APPEARANCE -------------------

Is sample friable?     YES  Are layers obvious?      NO
Are fibers visible by stereoscopic examination?     YES
Comments: White and curly asbestos fibers were detected.


--------------------- MICROSCOPIC ANALYSIS ---------------------

ASBESTOS CONSTITUENTS:   (Central Stop Dispersion Staining Colors)

| Mineral | Percent | Perpendicular | Parallel | RI Oil |
|---|---|---|---|---|
| Chrysotile | 9 % | blue | blue-magenta | 1.550 |
| Anthophyllite | 0 % | blue | gold-magenta | 1.605 |
| Tremolite | 0 % | pale blue | yellow | 1.605 |
| Actinolite | 0 % | magenta | golden yellow | 1.630 |
| Amosite | 0 % | blue-magenta | golden yellow | 1.680 |
| Crocidolite | 0 % | red-magenta | blue-magenta | 1.700 |
| Total Asbestos | 9 % | | | |

OTHER MATERIALS:
  Fibrous
    Fiber Glass      0 %        NOTES:
    Mineral Wool     0 %        Method Published  in EPA 600/M4-82-020.
    Cellulose        0 %        Quantity by visual inspection.
  Nonfibrous
    Lizardite       31 %
    Vermiculite     57 %
    Mica             3 %

Date Analyzed: 02/24/88          Signed: *Mark A. Jordan*

# PHOENIX ENVIRONMENTAL LABORATORIES

2000 Lindell Avenue                          Nashville, TN  37203

## BULK ASBESTOS ANALYSIS REPORT
### EPA Polarized Light Microscopy Method

------------------------ SAMPLE INFORMATION ------------------------

Client:                                Lab ID: 80812
Mr. Orval Reed
J. Graves Insulation                   Date Sampled: 02/14/88
P.O. Box 336                           Date Received:02/17/88
Mabelvale, AR  72103                   Analyst: M. Jordan
                                       Sampled by: CLIENT W/DATA
Sample Description:
KARK                                   Sample Treatment:
second floor                           Teased apart with forceps
Medical Hearing
Sample 568
Fireproofing

------------------- GROSS SAMPLE APPEARANCE -------------------

Is sample friable?      YES Are layers obvious?      NO
Are fibers visible by stereoscopic examination?      YES
Comments: White and curly asbestos fibers were detected.

------------------- MICROSCOPIC ANALYSIS -------------------

ASBESTOS CONSTITUENTS:     (Central Stop Dispersion Staining Colors)

| Mineral | Percent | Perpendicular | Parallel | RI Oil |
|---|---|---|---|---|
| Chrysotile | 7 % | blue | blue-magenta | 1.550 |
| Anthophyllite | 0 % | blue | gold-magenta | 1.605 |
| Tremolite | 0 % | pale blue | yellow | 1.605 |
| Actinolite | 0 % | magenta | golden yellow | 1.630 |
| Amosite | 0 % | blue-magenta | golden yellow | 1.680 |
| Crocidolite | 0 % | red-magenta | blue-magenta | 1.700 |
| Total Asbestos | 7 % | | | |

OTHER MATERIALS:
Fibrous

| | | |
|---|---|---|
| Fiber Glass | 0 % | |
| Mineral Wool | 0 % | |
| Cellulose | 2 % | |

NOTES:
Method Published  in EPA 600/M4-82-020.
Quantity by visual inspection.

Nonfibrous

| | |
|---|---|
| Lizardite | 29 % |
| Vermiculite | 57 % |
| Mica | 5 % |

Date Analyzed: 02/24/88                Signed: *M. A. Jordan*

# PHOENIX ENVIRONMENTAL LABORATORIES

2000 Lindell Avenue                          Nashville, TN  37203

## BULK ASBESTOS ANALYSIS REPORT
### EPA Polarized Light Microscopy Method

------------------------ SAMPLE INFORMATION ------------------------

Client:                                      Lab ID: 80813
Mr. Orval Reed
J. Graves Insulation                         Date Sampled: 02/14/88
P.O. Box 336                                 Date Received:02/17/88
Mabelvale, AR  72103                         Analyst: M. Jordan
                                             Sampled by: CLIENT W/DATA

Sample Description:
KARK                                         Sample Treatment:
second floor                                 Teased apart with forceps
Applicant waiting
Sample 569
Fireproofing


------------------- GROSS SAMPLE APPEARANCE -------------------

Is sample friable?      YES Are layers obvious?      NO
Are fibers visible by stereoscopic examination?      YES
Comments: White and curly asbestos fibers were detected.


------------------- MICROSCOPIC ANALYSIS -------------------

ASBESTOS CONSTITUENTS:    (Central Stop Dispersion Staining Colors)

| Mineral | Percent | Perpendicular | Parallel | RI Oil |
|---|---|---|---|---|
| Chrysotile | 6 % | blue | blue-magenta | 1.550 |
| Anthophyllite | 0 % | blue | gold-magenta | 1.605 |
| Tremolite | 0 % | pale blue | yellow | 1.605 |
| Actinolite | 0 % | magenta | golden yellow | 1.630 |
| Amosite | 0 % | blue-magenta | golden yellow | 1.680 |
| Crocidolite | 0 % | red-magenta | blue-magenta | 1.700 |
| Total Asbestos | 6 % | | | |

OTHER MATERIALS:
Fibrous
| | | |
|---|---|---|
| Fiber Glass | 0 % | |
| Mineral Wool | 0 % | |
| Cellulose | 1 % | |

NOTES:
Method Published  in EPA 600/M4-82-020.
Quantity by visual inspection.

Nonfibrous
| | |
|---|---|
| Lizardite | 29 % |
| Vermiculite | 58 % |
| Mica | 6 % |

Date Analyzed: 02/24/88                    Signed: _Mark A. Jordan_____

# PHOENIX ENVIRONMENTAL LABORATORIES
2000 Lindell Avenue                    Nashville, TN 37203

## BULK ASBESTOS ANALYSIS REPORT
### EPA Polarized Light Microscopy Method

—————————————— SAMPLE INFORMATION ——————————————

Client:                          Lab ID: 80814
Mr. Orval Reed
J. Graves Insulation             Date Sampled: 02/14/88
P.O. Box 336                     Date Received: 02/17/88
Mabelvale, AR  72103             Analyst: M. Jordan
                                 Sampled by: CLIENT W/DATA
Sample Description:
KARK                             Sample Treatment:
second floor stairway            Teased apart with forceps
sample 571
Accoustical ceiling
exposed and painted


—————————————— GROSS SAMPLE APPEARANCE ——————————————

Is sample friable?     YES  Are layers obvious?      NO
Are fibers visible by stereoscopic examination?     YES
Comments: White and curly asbestos fibers were detected.


—————————————— MICROSCOPIC ANALYSIS ——————————————

ASBESTOS CONSTITUENTS:    (Central Stop Dispersion Staining Colors)

| Mineral | Percent | Perpendicular | Parallel | RI Oil |
|---------|---------|---------------|----------|--------|
| Chrysotile | 8 % | blue | blue-magenta | 1.550 |
| Anthophyllite | 0 % | blue | gold-magenta | 1.605 |
| Tremolite | 0 % | pale blue | yellow | 1.605 |
| Actinolite | 0 % | magenta | golden yellow | 1.630 |
| Amosite | 0 % | blue-magenta | golden yellow | 1.680 |
| Crocidolite | 0 % | red-magenta | blue-magenta | 1.700 |
| Total Asbestos | 8 % | | | |

OTHER MATERIALS:
  Fibrous
    Fiber Glass    0 %        NOTES:
    Mineral Wool   0 %        Method Published in EPA 600/M4-82-020.
    Cellulose      0 %        Quantity by visual inspection.
  Nonfibrous
    Lizardite     32 %
    Vermiculite   55 %
    Mica           5 %

Date Analyzed: 02/24/88        Signed: *Mark W. Jordan*

## ASBESTOS SURVEY

BUILDING : KARK — GSA
ADDRESS : 3rd & Center
OWNER : KARK
DATE : 12-14-88                    3rd Floor   GSA

| SAMPLE NO. | ROOM NO.: | DESCRIPTION & COMMENTS |
|---|---|---|
| C 560 | 050 | Hard Plaster type material sprayed on decking |
| -0- | | |
| C 561 | 050 | Fireproofing sprayed on beams |
| 9% | | |
| O 562 | OFFICE PROCESSING | Fireproofing |
| 17% | | |
| U 563 | COMMANDER OFFICE | Fireproofing |
| 15% | | Trowelled on Material |
| 564 | CREWS LOUNGE | Fireproofing |
| 13% | | |
| 565 | CREWS LOUNGE | 1' x 1' Ceiling Tile |
| -0- | | |
| 570 | 3rd Floor Stairway | Acoustical Ceiling |
| 10% | | No paint but Exposed |

009913-000807

# PHOENIX ENVIRONMENTAL LABORATORIES
2000 Lindell Avenue                                    Nashville, TN 37203

## BULK ASBESTOS ANALYSIS REPORT
### EPA Polarized Light Microscopy Method

------------------------------- SAMPLE INFORMATION -------------------------------

Client:                                    Lab ID: 80797
Mr. Orval Reed
J. Graves Insulation                       Date Sampled: 02/14/88
P.O. Box 336                               Date Received:02/17/88
Mabelvale, AR  72103                       Analyst: M. Jordan
                                           Sampled by: CLIENT W/DATA
Sample Description:
KARK                                       Sample Treatment:
Third Floor GSA                            Teased apart with forceps
Room No. 50 Sample 560
Hard Plaster Type Material
sprayed on decking


------------------------------- GROSS SAMPLE APPEARANCE -------------------------------

Is sample friable?        NO   Are layers obvious?        NO
Are fibers visible by stereoscopic examination?        NO
Comments: No asbestos detected


------------------------------- MICROSCOPIC ANALYSIS -------------------------------

ASBESTOS CONSTITUENTS:      (Central Stop Dispersion Staining Colors)

| Mineral | Percent | Perpendicular | Parallel | RI Oil |
|---|---|---|---|---|
| Chrysotile | 0 % | blue | blue-magenta | 1.550 |
| Anthophyllite | 0 % | blue | gold-magenta | 1.605 |
| Tremolite | 0 % | pale blue | yellow | 1.605 |
| Actinolite | 0 % | magenta | golden yellow | 1.630 |
| Amosite | 0 % | blue-magenta | golden yellow | 1.680 |
| Crocidolite | 0 % | red-magenta | blue-magenta | 1.700 |
| Total Asbestos | 0 % | | | |

OTHER MATERIALS:
Fibrous
  Fiber Glass      0 %          NOTES:
  Mineral Wool     0 %          Method Published in EPA 600/M4-82-020.
  Cellulose        0 %          Quantity by visual inspection.
Nonfibrous
  Cementitous Mix 100 %

Date Analyzed: 02/23/88          Signed: _Mark A. Jordan_____

# PHOENIX ENVIRONMENTAL LABORATORIES
2000 Lindell Avenue                                    Nashville, TN  37203

### BULK ASBESTOS ANALYSIS REPORT
### EPA Polarized Light Microscopy Method

------------------------ SAMPLE INFORMATION ------------------------

Client:                                       Lab ID: 80798
Mr. Orval Reed
J. Graves Insulation                 Date Sampled: 02/14/88
P.O. Box 336                          Date Received: 02/17/88
Mabelvale, AR  72103                  Analyst: M. Jordan
                                      Sampled by: CLIENT W/DATA
Sample Description:
KARK                                  Sample Treatment:
Room No. 50                           Teased apart with forceps
Sample 561
Fireproofing sprayed on beams


----------- --- -------- GROSS SAMPLE APPEARANCE -- --------- -----------

Is sample friable?    YES Are layers obvious?      NO
Are fibers visible by stereoscopic examination?   YES
Comments: White and curly fibers detected


------------------- MICROSCOPIC ANALYSIS -------------------

ASBESTOS CONSTITUENTS:   (Central Stop Dispersion Staining Colors)
  Mineral        Percent  Perpendicular   Parallel        RI Oil
  Chrysotile       9  %       blue        blue-magenta    1.550
  Anthophyllite    0  %       blue        gold-magenta    1.605
  Tremolite        0  %     pale blue       yellow        1.605
  Actinolite       0  %      magenta     golden yellow    1.630
  Amosite          0  %    blue magenta  golden yellow    1.680
  Crocidolite      0  %    red-magenta   blue-magenta     1.700
  Total Asbestos   9  %

OTHER MATERIALS:
  Fibrous
    Fiber Glass     0  %       NOTES:
    Mineral Wool    0  %       Method Published  in EPA 600/M4-82-020.
    Cellulose       5  %       Quantity by visual inspection.
  Nonfibrous
    Mica            6  %
    Lizerdite      26  %
    Vermiculite    54  %

Date Analyzed: 02/23/88             Signed: *Mark A. Jordan*

# PHOENIX ENVIRONMENTAL LABORATORIES
2000 Lindell Avenue                                        Nashville, TN  37203

### BULK ASBESTOS ANALYSIS REPORT
### EPA Polarized Light Microscopy Method

---------------------------- SAMPLE INFORMATION ----------------------------

Client:                                       Lab ID: 80799
Mr. Orval Reed
J. Graves Insulation                          Date Sampled: 02/14/88
P.O. Box 336                                  Date Received:02/17/88
Mabelvale, AR  72103                          Analyst: M. Jordan
                                              Sampled by: CLIENT W/DATA
Sample Description:
KARK                                          Sample Treatment:
Office Processing                             Teased apart with forceps
Sample 562
Fireproofing


---------------------- GROSS SAMPLE APPEARANCE ----------------------

Is sample friable?     YES Are layers obvious?     NO
Are fibers visible by stereoscopic examination?     YES
Comments: White and curly fibers detected


---------------------- MICROSCOPIC ANALYSIS ----------------------

ASBESTOS CONSTITUENTS:    (Central Stop Dispersion Staining Colors)

| Mineral | Percent | Perpendicular | Parallel | RI Oil |
|---------|---------|---------------|----------|--------|
| Chrysotile | 17 % | blue | blue-magenta | 1.550 |
| Anthophyllite | 0 % | blue | gold-magenta | 1.605 |
| Tremolite | 0 % | pale blue | yellow | 1.605 |
| Actinolite | 0 % | magenta | golden yellow | 1.630 |
| Amosite | 0 % | blue-magenta | golden yellow | 1.680 |
| Crocidolite | 0 % | red-magenta | blue-magenta | 1.700 |
| Total Asbestos | 17 % | | | |

OTHER MATERIALS:
  Fibrous
    Fiber Glass       0 %       NOTES:
    Mineral Wool      0 %       Method Published in EPA 600/M4-82-020.
    Cellulose         4 %       Quantity by visual inspection.
  Nonfibrous
    Binder/Mtx       32 %
    Vermiculite      47 %

Date Analyzed: 02/23/88               Signed: *Mark A. Jordan*

# PHOENIX ENVIRONMENTAL LABORATORIES
2000 Lindell Avenue                                Nashville, TN  37203

### BULK ASBESTOS ANALYSIS REPORT
### EPA Polarized Light Microscopy Method

------------------------- SAMPLE INFORMATION -------------------------

Client:                                    Lab ID: 80800
Mr. Orval Reed
J. Graves Insulation                       Date Sampled: 02/14/88
P.O. Box 336                               Date Received: 02/17/88
Mabelvale, AR  72103                       Analyst: M. Jordan
                                           Sampled by: CLIENT W/DATA
Sample Description:
KARK                                       Sample Treatment:
Commander Office                           Teased apart with forceps
Sample 563
Fireproofing troweled on
material


------------------------- GROSS SAMPLE APPEARANCE -------------------------

Is sample friable?     YES  Are layers obvious?     NO
Are fibers visible by stereoscopic examination?     YES
Comments: White and curly fibers detected


------------------------- MICROSCOPIC ANALYSIS -------------------------

ASBESTOS CONSTITUENTS:    (Central Stop Dispersion Staining Colors)

| Mineral | Percent | Perpendicular | Parallel | RI Oil |
|---|---|---|---|---|
| Chrysotile | 15 % | blue | blue-magenta | 1.700 |
| Anthophyllite | 0 % | blue | gold-magenta | 1.600 |
| Tremolite | 0 % | pale blue | yellow | 1.605 |
| Actinolite | 0 % | magenta | golden yellow | 1.630 |
| Amosite | 0 % | blue-magenta | golden yellow | 1.680 |
| Crocidolite | 0 % | red-magenta | blue-magenta | 1.700 |
| Total Asbestos | 15 % | | | |

OTHER MATERIALS:
  Fibrous
    Fiber Glass      0 %         NOTES:
    Mineral Wool     0 %         Method Published  in EPA 600/M4-82-020.
    Cellulose        0 %         Quantity by visual inspection.
  Non-fibrous
    Mica             5 %
    Gypsum          31 %
    Vermiculite     49 %

Date Analyzed: 02/23/88                    Signed: _Mark M. Jordan_

# PHOENIX ENVIRONMENTAL LABORATORIES
2000 Lindell Avenue                    Nashville, TN  37203

## BULK ASBESTOS ANALYSIS REPORT
### EPA Polarized Light Microscopy Method

-------------------------- SAMPLE INFORMATION --------------------------

Client:                              Lab ID: 80801
 Mr. Orval Reed
 J. Graves Insulation                Date Sampled: 02/14/88
 P.O. Box 336                        Date Received: 02/17/88
 Mabelvale, AR  72103                Analyst: M. Jordan
                                     Sampled by: CLIENT W/DATA
Sample Description:
 KARK                                Sample Treatment:
 Crew's Lounge                       Teased apart with forceps
 Fireproofing
 Sample 564


-------------------------- GROSS SAMPLE APPEARANCE --------------------------

Is sample friable?     YES  Are layers obvious?     NO
Are fibers visible by stereoscopic examination?     YES
Comments: White and curly fibers detected


-------------------------- MICROSCOPIC ANALYSIS --------------------------

ASBESTOS CONSTITUENTS:   (Central Stop Dispersion Staining Colors)

| Mineral | Percent | | Perpendicular | Parallel | RI Oil |
|---|---|---|---|---|---|
| Chrysotile | 13 | % | blue | blue-magenta | 1.550 |
| Anthophyllite | 0 | % | blue | gold-magenta | 1.605 |
| Tremolite | 0 | % | pale blue | yellow | 1.605 |
| Actinolite | 0 | % | magenta | yellow yellow | 1.630 |
| Amosite | 0 | % | blue-magenta | gold yellow | 1.680 |
| Crocidolite | 0 | % | red-magenta | blue-magenta | 1.700 |
| Total Asbestos | 13 | % | | | |

OTHER MATERIALS:
 Fibrous

| | | |
|---|---|---|
| Fiber Glass | 0 | % |
| Mineral Wool | 0 | % |
| Cellulose | 0 | % |

 Nonfibrous

| | | |
|---|---|---|
| Mica | 7 | % |
| Lizardite | 27 | % |
| Vermiculite | 53 | % |

NOTES:
Method Published in EPA 600/M4-82-020.
Quantify by visual inspection.

Date Analyzed: 02/23/88                    *Mark A. Jordan*

009913-000812

# PHOENIX ENVIRONMENTAL LABORATORIES

2000 Lindell Avenue                    Nashville, TN  37203

### BULK ASBESTOS ANALYSIS REPORT
### EPA Polarized Light Microscopy Method

------------------------- SAMPLE INFORMATION -------------------------

Client:                                 Lab ID: 80802
 Mr. Orval Reed
 J. Graves Insulation            Date Sampled: 02/14/88
 P.O. Box 336                    Date Received:02/17/88
 Mabelvale, AR  72103            Analyst: M. Jordan
                                 Sampled by: CLIENT W/DATA
Sample Description:
 KARK                            Sample Treatment:
 Crew's Lounge                   Teased apart with forceps
 Sample 565
 1 X 1 Ceiling Tile


------------------------ GROSS SAMPLE APPEARANCE ------------------------

Is sample friable?     YES Are layers obvious?      NO
Are fibers visible by stereoscopic examination?     YES
Comments: No asbestos detected


------------------------ MICROSCOPIC ANALYSIS ------------------------

ASBESTOS CONSTITUENTS:   (Central Stop Dispersion Staining Colors)
 Mineral        Percent  Perpendicular    Parallel        RI Oil
 Chrysotile       0  %      blue        blue-magenta      1.550
 Anthophyllite    0  %      blue        gold-magenta      1.605
 Tremolite        0  %    pale blue       yellow          1.605
 Actinolite       0  %     magenta     golden yellow      1.630
 Amosite          0  %   blue-magenta  golden yellow      1.680
 Crocidolite      0  %   red-magenta   blue-magenta       1.700
 Total Asbestos   0  %

OTHER MATERIALS:
 Fibrous
  Fiber Glass     0  %      NOTES:
  Mineral Wool   72  %      Method Published in EPA 600/M4-82-020.
  Cellulose       4  %      Quantity by visual inspection.
 Nonfibrous
  Silicates       4  %
  Starch Binder  20  %

Date Analyzed: 02/23/88          Signed: Mark A. Jordan

# PHOENIX ENVIRONMENTAL LABORATORIES

2000 Lindell Avenue                                    Nashville, TN 37203

## BULK ASBESTOS ANALYSIS REPORT
### EPA Polarized Light Microscopy Method

---------------------------- SAMPLE INFORMATION ----------------------------

Client:                                       Lab ID: 80803
 Mr. Orval Reed
 J. Graves Insulation              Date Sampled: 02/14/88
 P.O. Box 336                      Date Received: 02/17/88
 Mabelvale, AR  72103             Analyst: M. Jordan
                                   Sampled by: CLIENT W/DATA

Sample Description:
 KARK                              Sample Treatment:
 third floor stairway             Teased apart with forceps
 Sample 570
 Accoustical ceiling
 no paint but exposed


---------------------- GROSS SAMPLE APPEARANCE --------------------------

Is sample friable?    YES  Are layers obvious?    NO
Are fibers visible by stereoscopic examination?    YES
Comments: White and curly fibers detected


------------------------- MICROSCOPIC ANALYSIS -------------------------

ASBESTOS CONSTITUENTS:    (Central Stop Dispersion Staining Colors)

| Mineral | Percent | Perpendicular | Parallel | RI Oil |
|---|---|---|---|---|
| Chrysotile | 10 % | blue | blue-magenta | 1.550 |
| Anthophyllite | 0 % | blue | gold-magenta | 1.605 |
| Tremolite | 0 % | pale blue | yellow | 1.605 |
| Actinolite | 0 % | magenta | golden yellow | 1.630 |
| Amosite | 0 % | blue-magenta | golden yellow | 1.680 |
| Crocidolite | 0 % | red-magenta | blue-magenta | 1.700 |
| Total Asbestos | 10 % | | | |

OTHER MATERIALS:
 Fibrous
| Fiber Glass | 0 % |
|---|---|
| Mineral Wool | 0 % |
| Cellulose | 5 % |

Nonfibrous
| Mica | 7 % |
|---|---|
| Lizardite | 26 % |
| Vermiculite | 52 % |

Note: Method Published in EPA 600/M4-82-020.
Quantity by visual inspection.

Date Analyzed: 02/23/88                Signed: *Mark A. Jordan*

## ASBESTOS SURVEY

BUILDING : KALK-GSA
ADDRESS : 3rd e Conter
OWNER  : KALK
DATE   : 2-14-88            MECHANICAL  ROOM  GSA Bldg.

| SAMPLE NO. | ROOM NO.: | DESCRIPTION & COMMENTS |
|---|---|---|
| 1578 | MECH | 3" 90° Elbow — Steam |
| 31% | | |
| 1579 | MECH | 3" pipe insulation — steam |
| 29% | | |
| 0580 | MECH | Rectangular Duct insulation |
| | | joints mud |
| 8% | | |
| 1581 | MECH | Flex connection |
| 90% | | |
| 582 | MECH | 2" 90° Elbow off of AHU |
| 60% | | |

009913-000815

## ASBESTOS IN THE BUILDING

The subject building is approximately 98,000 square feet consisting of three levels. The structure is divided into two separate sections - the KARK side and the Unleased Vacant Side (Formerly the GSA Side). The building is constructed of steel beams and concrete decking between floors and has been renovated several times. The original asbestos survey was performed in February of 1988, by Engineering Management Corporation and no revisions or re-surveys have been conducted by this Corporation. It is our (EMTEC) recommendation that this facility be resurveyed, so the multiple renovations can be incorporated into the original survey. The following is a list of the ACM and PACM, based of the original survey. Please keep in mind that many renovations and asbestos removal projects, which were not conducted by this firm, have been performed over the years.

### KARK-TV SIDE

1.    Sprayed-on Fireproofing on the concrete decking and steel beams located in various areas throughout all three floors on the KARK side.

2.    Sprayed-on Acoustical Ceiling Insulation located in various areas on the first and second floors.

3.    Pipe Insulation and Elbows located in the <u>second and third floor</u> mechanical rooms.

4.    Duct Insulation located in the <u>second and third floor</u> mechanical rooms.

5.    All Flex Connectors located in the <u>second and third floor</u> mechanical rooms.

6.    All Vinyl Floor Coverings and Associated Mastics located in various areas throughout all three floors have been categorized as Presumed Asbestos Containing Materials (PACM), due to the indication of these materials being asbestos containing based on the original building specifications and notes on the drawings.

7.    <u>ROOF</u> - The sides of the Cooling Tower and the Drift Eliminators inside the tower are Presumed to be asbestos containing.

### WEST SIDE (VACANT)

8.    Sprayed-on Fireproofing on the concrete decking and all beams located throughout all three floors.

9.    Sprayed-on Acoustical ceiling insulation which has been applied in all stairwells.

10.    All piping, ductwork, and flex connectors in the mechanical rooms.

11.    All Vinyl Floor Covering and Associated Mastics located throughout all three floors have been categorized as Presumed Asbestos Containing Materials (PACM), due to the indication of these materials being asbestos containing based on the original building specification and notes on the drawings.

009913-002404

## PART 1: CLAIMING PARTY INFORMATION

NAME:

| D | O | D | G | E |   | C | O | U | N | T | Y |   | H | O | S | P | I | T | A | L |   | J | O | B |   |   |   |   |   |   |   |   |   |

*Name of individual claimant (first, middle and last name) or business claimant*

SOCIAL SECURITY NUMBER (Individual Claimants):          F.E.I.N. (Business Claimants)

*(last four digits of SSN)*

Other names by which claiming party has been known (such as maiden name or married name):

*First*                                                                 *MI*   *Last*

*First*                                                                 *MI*   *Last*

GENDER:  ☐ MALE   ☐ FEMALE

Mailing Address:

*Street Address*

*City*                                                                          *State* *(Province)*   *Zip Code* *(Postal Code)*

*Country*

## PART 2: ATTORNEY INFORMATION

The claiming party's attorney, if any (You do not need an attorney to file this form):

Law Firm Name:

| S | P | E | I | G | H | T | S |   | & |   | R | U | N | Y | A | N |   |   |   |   |   |   |   |   |

Name of Attorney:

| A | M | A | N | D | A |   |   |   |   |   |   |   | G |   | S | T | E | I | N | M | E | Y | E | R |   |   |   |   |   |

*First*                                                 *MI*   *Last*

Mailing Address:

| P | O |   | B | O | X |   | 6 | 8 | 5 |   | - |   | 2 | 0 | 0 |   | J | A | C | K | S | O | N |   | A | V | E | N | U | E |   | E | A | S | T |   |   |   |

*Street Address*

| H | A | M | P | T | O | N |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   | S C |   | 2 9 9 2 4 |

*City*                                                                                    *State* *(Province)*   *Zip Code* *(Postal Code)*

Telephone:

( 8 0 3 )  9 4 3 - 4 4 4 4

*Area Code*

REC'D MAR 3 1 2003

9 2 7 6 I O I                              SERIAL #

WR Grace      PD.15.58.2866
00011550
SR=611

011550-000002

# PART 3: PROPERTY INFORMATION

## A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

Street Address

City: EASTMAN

State (Province): GA

Zip Code (Postal Code):

Country: UNITED STATES

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?
   ☐ Yes    ☒ No

3. Do you currently own the property listed in Question 1, above?
   ☒ Yes    ☐ No

4. When did you purchase the property?
   Month [ ] - Day [ ] - Year 1970

5. What is the property used for? (check all that apply)
   ☐ Owner occupied residence
   ☐ Residential rental
   ☒ Commercial
   ☐ Industrial    Specify:
   ☐ Other    Specify:

6. How many floors does the property have? [ ]  UNKNOWN

7. What is the approximate square footage of the property? UNKNOWN

8. When was the property built?
   ☐ Before 1969
   ☒ 1969 - 1973
   ☐ After 1973

9. What is the structural support of the property?
   ☐ Wood frame
   ☐ Structural concrete
   ☐ Brick
   ☒ Steel beam/girder
   ☐ Other    Specify:

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?
    ☒ Yes    ☐ No

9276102

SERIAL #

2392761 - 2/3

011550-000003

### A. Real Property For Which A Claim Is Being Asserted (continued)

If yes, please specify the dates and description of such renovations.

| | |
|---|---|
| _Year_ | Description `MULTIPLE RENOVATIONS OVER VARIOUS YEARS` |
| _Year_ | Description |
| _Year_ | Description |

11. To the best of your knowledge, have any other interior renovations been completed on the property during any other period of time which affected any asbestos on the property?

☒ Yes    ☐ No

If yes, please specify the dates and descriptions of such renovations.

| | |
|---|---|
| _Year_ | Description `MULTIPLE RENOVATIONS OVER VARIOUS YEARS` |
| _Year_ | Description |
| _Year_ | Description |

### B. Claim Category

12. For which category are you making a claim on the property?

☒ Category 1:  Allegation with respect to asbestos from a Grace product in the property

☐ Category 2:  Allegation with respect to one of Grace's vermiculite mining, milling or processing operations

• If you checked Category 1 in question 12, complete section C.
• If you checked Category 2 in question 12, complete section D.

### C. Category 1 Claim: Allegation With Respect To Asbestos From A Grace Product In The Property

13. For what alleged asbestos-containing product(s) are you making a claim?

☒ Monokote-3 fireproofing insulation

☐ Other    Specify:

(For a list of the brand names under which Grace manufactured products that may have contained commercially added asbestos, see Exhibit 2 to the Claims Bar Date Notice provided with this Proof of Claim Form.)

14. When did you or someone on your behalf install the asbestos containing product(s) in the property?

_Year_    ☒ I did not install the product(s)

15. If you or someone on your behalf did not install the asbestos containing product(s), to the best of your knowledge, when was/were the product(s) installed?

_Year_    ☒ Don't know.

9276103                                    **SERIAL #**



GA S

**W. R. GRACE & CO.**

**GRACE**

**ZONOLITE**

INVOICE

CONSTRUCTION PRODUCTS DIVISION
P.O. BOX 7093   CHICAGO, ILLINOIS 60680

| INVOICE DATE | INVOICE NO | LOCATION |
|---|---|---|
| 12/9/70 | 10-199 | 2-010-021 |

SHIPPED VIA
ZONOLITE TRUCK

| PLANT | DIST | TERRITORY | YOUR ORDER NO | CAR NO |
|---|---|---|---|---|
| 611 | 611 | 113 | | |

SHIPPED FROM -09000 ATLANTA
CUST NO. CR0030M

CUST. ORDER NO AND DATE   114933
VERBAL
BILL OF LADING NO   CHECKED
12-60

SOLD TO
AAA PLASTERING CO.
113 OAK FOREST DR.
HAPEVILLE, GA. 30354

SHIP TO
BEERS CONST. CO.
FIRST NATL. BK. JOB
MACON, GA.

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 700 | 700 | 50# KBAGS ZONOLITE MK (41-06-01-1-19) | 2.40 | $ 1680.00 |
| | | PLUS 3% SALE TAX | | 50.40 |
| | | | | $ 1730.40 |

31.54 AFT.FRT.

[X] $ CASH DISCOUNT ALLOWED IF PAID BY 12/24/70
[ ] NO CASH DISCOUNT - NET 30 DAYS

PLEASE MAKE ALL REMITTANCES PAYABLE TO CONSTRUCTION PRODUCTS DIVISION, W. R. GRACE & CO.

SALES ANALYSIS

## PART 1: CLAIMING PARTY INFORMATION

**NAME:**

V I R G I N I A   L   T H R A S H E R

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**

4 6 2 4

*(last four digits of SSN)*

**F.E.I.N. (Business Claimants)**

Other names by which claiming party has been known (such as maiden name or married name):

V I R G I N I A   L          J O H N S O N

*First*                    MI   *Last*

*First*                    MI   *Last*

**GENDER:** ☐ MALE    ☒ FEMALE

**Mailing Address:**

3 4 6 0   P H E A S A N T   C T.

*Street Address*

D E C A T U R                          G A    3 0 0 3 4

*City*                                  *State*      *Zip Code*
                                        *(Province)*  *(Postal Code)*

U S A

*Country*

## PART 2: ATTORNEY INFORMATION

The claiming party's attorney, if any (You do not need an attorney to file this form):

**Law Firm Name:**

**Name of Attorney:**

*First*                    MI   *Last*

**Mailing Address:**

*Street Address*

*City*                                  *State*      *Zip Code*
                                        *(Province)*  *(Postal Code)*

**Telephone:**

( )      -

*Area Code*

REC'D JAN 2 4 2003

WR Grace          PD.2.5.228
00002636
SR=281

1016169

002636-000002

## PART 3:  PROPERTY INFORMATION

**A.**  **Real Property For Which A Claim Is Being Asserted**

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

| 5 | 9 | 9 | | S | T | A | R | L | I | N | G | | R | D | . | | | | | | | | | | | | | | |

*Street Address*

| A | L | M | A | | | G | A | . | | | | | | | | | | | | | | | |

*City*

| G | A |

*State (Province)*

| 3 | 5 | 1 | 0 |

*Zip Code (Postal Code)*

| U | S | A | | | | | | | . | | | | | | | | | | | | |

*Country*

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?

☐ Yes   ☒ No   ■

3. Do you currently own the property listed in Question 1, above?

☒ Yes   ☐ No

4. When did you purchase the property?   | 3 | - | | | - | 1 | 9 | 7 | 3 |

*Month   Day   Year*

5. What is the property used for (check all that apply)

☒ Owner occupied residence
☐ Residential rental
☐ Commercial
☐ Industrial   Specify:  VACATION   HOME
☐ Other   Specify:  HOUSE WAS INHERITED FROM PARENTS

6. How many floors does the property have?   | O | N | E |

7. What is the approximate square footage of the property?   | 1 | 5 | 0 | 0 | | | |

8. When was the property built?

☒ Before 1969
☐ 1969 - 1973
☐ After 1973

9. What is the structural support of the property?

☒ Wood frame
☐ Structural concrete   ■
☐ Brick
☐ Steel beam/girder
☐ Other   Specify:

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?

☐ Yes   ☒ No

9276102

1016169

238276-2-2/3

002636-000003

## A. Real Property For Which A Claim Is Being Asserted (continued)

If yes, please specify the dates and description of such renovations.

| | | |
|---|---|---|
| Year | Description | |
| Year | Description | |
| Year | Description | |

11. To the best of your knowledge, have any other interior renovations been completed on the property during any other period of time which affected any asbestos on the property?

☐ Yes    ☒ No

If yes, please specify the dates and descriptions of such renovations.

| | | |
|---|---|---|
| Year | Description | |
| Year | Description | |
| Year | Description | |

## B. Claim Category

12. For which category are you making a claim on the property?

☒ Category 1:  Allegation with respect to asbestos from a Grace product in the property

☐ Category 2:  Allegation with respect to one of Grace's vermiculite mining, milling or processing operations

- If you checked Category 1 in question 12, complete section C.
- If you checked Category 2 in question 12, complete section D.

## C. Category 1 Claim:  Allegation With Respect To Asbestos From A Grace Product In The Property

13. For what alleged asbestos-containing product(s) are you making a claim?

☐ Monokote-3 fireproofing insulation

☐ Other    Specify:  A S B E S T O S          S I D I N G

(For a list of the brand names under which Grace manufactured products that may have contained commercially added asbestos, see Exhibit 2 to the Claims Bar Date Notice provided with this Proof of Claim Form.)

14. When did you or someone on your behalf install the asbestos containing product(s) in the property?

| | | | |
|---|---|---|---|
| Year | | | |

☒ I did not install the product(s)

15. If you or someone on your behalf did not install the asbestos containing product(s), to the best of your knowledge, when was/were the product(s) installed?

| | | | |
|---|---|---|---|
| Year | | | |

☒ Don't know.

9 2 7 6 1 0 3

1016169

## PART 1: CLAIMING PARTY INFORMATION

**NAME:**

R O N A L D   A L A N   S K A R I E

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**       **F.E.I.N. (Business Claimants)**

8 8 8 8

*(last four digits of SSN)*

**Other names by which claiming party has been known (such as maiden name or married name):**

*First*                    *MI*  *Last*

*First*                    *MI*  *Last*

**GENDER:**  ☒ MALE    ☐ FEMALE

**Mailing Address:**

7 6 2 3   W   R Y A N   R D

*Street Address*

F R A N K L I N

*City*                    *State*  W I    *Zip Code* 5 3 1 3 2

                         *(Province)*  *(Postal Code)*

U S A

*Country*

## PART 2: ATTORNEY INFORMATION

**The claiming party's attorney, if any (You do not need an attorney to file this form):**

**Law Firm Name:**

**Name of Attorney:**

*First*                    *MI*  *Last*

**Mailing Address:**

*Street Address*

*City*                    *State*    *Zip Code*

                         *(Province)*  *(Postal Code)*

**Telephone:**        REC'D MAR 2 6 2003

( )    -

*Area Code*

WR Grace      PD.3.10.492
**00006582**
SR=499

9276101                              1016310

006582-000002

16. Do you have documentation relating to the purchase and/or installation of the product in the property?

☐ Yes    ☒ No

If Yes, attach all such documents. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

17. If you do not have any such documents, explain why not and indicate who may have possession or control of such documents with respect to the property.

Inherited the property in 1992. Was grandparents house. Asbestos on ductwork and within walls. Don't know when it was put there. But I'm 42 years old (DOB 10/9/60) and it was there before my birth. Receipts were probably thrown away since at that time, asbestos wasn't considered a problem by my grandparents

18. When did you first know of the presence of asbestos in the property of the Grace product for which you are making this claim?

1892
*Year*

Please attach all documents relating or referring to the presence of asbestos in the property for which you are making this claim. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

19. How did you first learn of the presence of asbestos in the property of the Grace product for which you are making this claim?

I can see it on the ductwork.

20. When did you first learn that the Grace product for which you are making this claim contained asbestos?

☐☐☐☐
*Year*

21. How did you first learn that the Grace product for which you are making the claim contained asbestos?

It looks like asbestos. The same stuff was removed from exposed ductwork in 1998. That looked the same and it was asbestos.

22. Have you or someone on your behalf made an effort to remove, contain and/or abate the Grace product for which you are making this claim?

☒ Yes    ☐ No

If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

23. If you do not have any such documents, explain why not and indicate who may have possession and control of such documents with respect to the property.

24. If you or someone on your behalf did not make an effort to remove, contain and/or abate the Grace product(s) for which you are making a claim, to the best of your knowledge, did anyone else make such an effort?

☐ Yes    ☒ No

9276104

1016310

## CONJUTA, INC.

201 North Avenue
Post Office Box 58173
Pittsburgh, PA 15209-0000

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 1/5/98 | 970231 |

BILL TO

HFT HOLDINGS

250 MT. LEBENNON BLVD.
PITTSBURGH, PA 15220

| P.O. NO. | TERMS | PROJECT |
|----------|-------|---------|
| VERBAL | Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 24 | Metal Stud Removal from Beams and Deck (8th Floor - Phase 1) | 31.00 | 744.00 |
| 232 | Asbestos Abatement - Pillars/Bulkheads (8th Floor - Phase 1) | 31.00 | 7,192.00 |
| 124 | Decontamination of Ceiling Tile (8th Floor - Complete) | 31.00 | 3,844.00 |
| 24 | Removal and Diposal of Lightbulbs and Balasts (8th Floor - Phase 1) | 31.00 | 744.00 |

| Total | $12,524.00 |
|-------|-----------|

CONJUTA, INC.

# Invoice

201 North Avenue
Post Office Box 58173
Pittsburgh, PA 15209-0000

| DATE | INVOICE # |
|------|-----------|
| 1/5/98 | 970230 |

BILL TO

HFT HOLDINGS

250 MT. LEBENNON BLVD.
PITTSBURGH, PA 15220

| P.O. NO. | TERMS | PROJECT |
|----------|-------|---------|
| VERBAL | Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 16 | Removal of Spray-on Fireproofing from beam that was inaccessible during initial abatement | 23.85 | 381.60 |
| 1 | 20x100, 6mil, Polyethylene | 48.00 | 48.00 |
| 3 | Double Sided Tape | 3.90 | 11.70 |
| 4 | Asbestos Protective Clothing | 1.65 | 6.60 |
| 6 | Landfill Charges | 2.85 | 17.10 |
| 12 | Asbestos Bags | 0.80 | 9.60 |

**Total** $474.60

CONJUTA, INC.
201 North Avenue
Post Office Box 58173
Pittsburgh, PA 15209-0000

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/13/97 | 970200 |

**BILL TO:**

HFT HOLDINGS

250 MT. LEBENNON BLVD.
PITTSBURGH, PA 15220

| P.O. NUMBER | TERMS | PROJECT |
|-------------|-------|---------|
| VERBAL | Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 32 | MO2 - Electrical Closet (1) - Asbestos Abatement | 23.85 | 763.20 |
| 24 | MO2 - Electrical Closet (2) - Asbestos Abatement | 23.85 | 572.40 |
| 9.5 | MO2 - Mini-Containment (Pillar) | 23.85 | 226.58 |
| 9.5 | MO2 - Mini-Containment (Pillar) | 23.85 | 226.58 |

H-COM
O.K. TO PAY
CHARGE TO
MO II

O.K. TO PAY
DLR
MANOR OAK

**TOTAL**    $1,788.76

010789-000083

CONJUTA, INC.
201 North Avenue
Post Office Box 58173
Pittsburgh, PA 15209-0000

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/13/97 | 970201 |

BILL TO:

HFT HOLDINGS

250 MT. LEBENNON BLVD.
PITTSBURGH, PA 15220

| P.O. NUMBER | TERMS | PROJECT |
|-------------|-------|---------|
| VERBAL | Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | MO2 - 8th Floor - 1/4 Interior Demolition | 1,700.00 | 1,700.00 |

H-COM
O.K. TO PAY
CHARGE TO

MO II

O.K. TO PAY
DLR
MANOR OAK

| | TOTAL | $1,700.00 |
|---|-------|-----------|

010789-000084

## CONJUTA, INC.

201 North Avenue
Post Office Box 58173
Pittsburgh, PA 15209
United States

Phone 412-821-5337
Fax 412-821-9152

Date of Invoice: July 30, 1997                Invoice Number: 001108

# INVOICE

Billed To:                HFT Holdings - H-Squared II, Inc.
                          250 Mt. Lebanon Blvd.
                          Castle Shannon, Pennsylvania

Project Location:         Manor Oak II Building
                          1910 Cochran Road
                          Pittsburgh, PA 15220

Scope of Work:            9th Floor Phase II -  Removal Completed
                              7,200 Sq. Ft. @ $1.21/Sq. Ft. ($8,712.00)

Total Amount of Invoice:  Eight thousand  seven hundred twelve and  00/100 dollars
                          ($ 8,712.00)

Terms of Payment:         Due upon receipt of invoice.

*NOTE:  Extra time and materials for verbal change order will be be billed seperately.
**NOTE:  No extras have been added to this invoice.

CONJUTA, INC.
201 North Avenue
Post Office Box 58173
Pittsburgh, PA 15209-0000

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/30/97 | 970171 |

BILL TO:

HFT HOLDINGS

250 MT. LEBENNON BLVD.
PITTSBURGH, PA 15220

9th Floor - Phase I

| P.O. NUMBER | TERMS | PROJECT |
|-------------|-------|---------|
| VERBAL | Due on receipt | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 24 | 7-11-97 | 31.00 | 744.00 |
| 1 | Duct Tape | 3.40 | 3.40 |
| 2 | Asbestos Bags | 0.80 | 1.60 |
| 32 | 7-14-97 | 31.00 | 992.00 |
| 1 | Duct Tape | 3.40 | 3.40 |
| 2 | Rags per Dozen | 3.25 | 6.50 |
| 22 | Asbestos Bags | 0.80 | 17.60 |
| 18 | 7-15-97 | 31.00 | 558.00 |
| 32 | 7-16-97 | 31.00 | 992.00 |
| 2 | Duct Tape | 3.40 | 6.80 |
| 50 | Asbestos Bags | 0.80 | 40.00 |
| 24 | 7-17-97 | 31.00 | 744.00 |
| 1 | Duct Tape | 3.40 | 3.40 |
| 10 | Asbestos Bags | 0.80 | 8.00 |
| 32 | 7-18-97 | 31.00 | 992.00 |
| 1 | Duct Tape | 3.40 | 3.40 |
| 9 | Asbestos Bags | 0.80 | 7.20 |
| 16 | 7-22-97 | 31.00 | 496.00 |
| 36 | 7-30-97 | 31.00 | 1,116.00 |
| 8 | Rags per Dozen | 3.25 | 26.00 |

**TOTAL**            $6,761.30

010789-000122

# CONJUTA, INC.

201 North Avenue
Post Office Box 58173
Pittsburgh, PA 15209
United States

Phone 412-821-5337
Fax 412-821-9152

Date of Invoice: May 05, 1997                    Invoice Number: 001099

# INVOICE

| | |
|---|---|
| Billed To: | HFT Holdings - H-Squared II, Inc.<br>250 Mt. Lebanon Blvd.<br>Castle Shannon, Pennsylvania |
| Project Location: | Manor Oak II Building<br>1910 Cochran Road<br>Pittsburgh, PA 15220 |
| Scope of Work: | 4th Floor - Set-up Completed - Removal Completed<br>14,400 Sq. Ft. @ $3.55/Sq. Ft. ($51,120.00) |
| Total Amount of Invoice: | Fifty-four thousand  nine hundred forty-nine and  00/100 dollars<br>($ 51,120.00) |
| Terms of Payment: | Due upon receipt of invoice. |

*NOTE:  Extra time and materials for verbal change order will be be billed seperately.
**NOTE: No extras have been added to this invoice.

010789-000197

# APPLICATION AND CERTIFICATE FOR PAYMENT    AIA DOCUMENT G702

TO (OWNER): HFT HOLDINGS
250 MT. LEBANON BLVD.
SUITE 403
PGH, PA. 15234

PROJECT: MANOR OAK

APPLICATION NO.: THREE

PERIOD TO: 2-17-97

Distribution to:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR
☐

PAGE ONE OF    PAGES

(Instructions on reverse side)

FROM (CONTRACTOR):

VIA (ARCHITECT):
LARSEN & LUDWIG, INC.
806 PENN AVE
PGH., PA. 15222

ARCHITECT'S
PROJECT NO.:

CONTRACT FOR: MANOR OAK RENOVATIONS

CONTRACT DATE:

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| 1. ORIGINAL CONTRACT SUM | $ 2,900,000.00 |
|---|---|
| 2. Net change by Change Orders | $ 0 |
| 3. CONTRACT SUM TO DATE (Line 1 ±2) | $ 2,900,00.00 |
| 4. TOTAL COMPLETED & STORED TO DATE | $ 909,895.19 |
| (Column G on G703) | |
| 5. RETAINAGE: ABATEMENT; $928,000 less 5% = $25,206.60 | |
| a. 10 % of Completed Work | $ 25,206.60 |
| (Column D + E on G703) | |
| b. ____ % of Stored Material | $ |
| (Column F on G703) | |
| Total Retainage (Line 5a + 5b or Total in Column I of G703) | $ 25,206.60 |
| 6. TOTAL EARNED LESS RETAINAGE | $ 275,688.59 |
| (Line 4 less Line 5 Total) | |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | $ 169,323.30 |
| 8. CURRENT PAYMENT DUE | $ 106,365.29 |
| 9. BALANCE TO FINISH, PLUS RETAINAGE (Line 3 less Line 6) | $ 2,024,311.41 |

### CHANGE ORDER SUMMARY

| | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Change Orders approved in previous months by Owner TOTAL | | |
| Approved this Month | | |
| Number  Date Approved | | |
| | | |
| | | |
| TOTALS | | |
| Net change by Change Orders | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: HFT HOLDINGS
By: N. SQUILLE II General partner    Date: 2-27-97

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ........................ $ ____
(Attach explanation if amount certified differs from the amount applied for.)
ARCHITECT:
By: ____    Date: ____
This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

State of:
County of:
Subscribed and sworn to before me this    day of    ,19
Notary Public:
My Commission expires:

AIA DOCUMENT G702 • APPLICATION AND CERTIFICATE FOR PAYMENT • MAY 1983 EDITION • AIA° • © 1983
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006

WARNING: Unlicensed photocopying violates U.S. copyright laws and is subject to legal prosecution.

G702-1983

# CONTINUATION SHEET

*AIA DOCUMENT G703* (Instructions on reverse side)    PAGE    OF    PAGES

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NUMBER:
APPLICATION DATE:
PERIOD TO:
ARCHITECT'S PROJECT NO:

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D+E) | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | H BALANCE TO FINISH (C−G) | I RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| 1) | Contura, Inc Asbestos Removal | 600,000 | 188,137 | 50,949 | 0 | 239,086 | 39.85 | 360,917 | 23,908.60 |
| 2) | Grinnell 5 Sprinklers | 195,500 | 0 | 12,975 | 0 | 12,975 | 6.65 | 182,525 | 1,298 |
| 3) | Enpec Environmental Asbestos Removal Inspections | 60,000 | 0 | 1,390 | 0 | 1,390 | 2.12 | 58,670 | 0 |
| 4) | Decorating Dew Wallpaper Lobby in M.O. II and Halls in M.O. I | ⟩ 12,500 | 0 | 14,251.39 | 0 | 28,924.19 | 27.2 | 96,075.81 | 0 |
| 5) | Carpets By J. Clark Carpet in Lobby of M.O. II and Halls of M.O. I | ⟩ | 0 | 12,672.80 | 0 | | | | |
| 6) | Tenant Improvements "Expansions − See Schedule A." | 75,000 | 0 | 18,600 | 0 | 18,600 | 24.8 | 56,400 | 0 |
| | | | 112,758.19 | | | 300,842.19 | | | 25,206.60 |

AIA DOCUMENT G703 • APPLICATION AND CERTIFICATE FOR PAYMENT • MAY 1983 EDITION • AIA® • © 1983
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006    G703-1983

Unlicensed photocopying violates U.S. copyright laws and is subject to legal prosecution.

**AIA** CAUTION: You should use an original AIA document which has this caution printed in red.
An original assures that changes will not be obscured as may occur when documents are reproduced.

# CONJUTA, INC.

201 North Avenue
Post Office Box 58173
Pittsburgh, PA 15209
United States

Phone 412-821-5337
Fax 412-821-9152

Date of Invoice: February 24, 1997          Invoice Number: 001096

# INVOICE

**Billed To:**

HFT Holdings - H-Squared II, Inc.
250 Mt. Lebanon Blvd.
Castle Shannon, Pennsylvania

**Project Location:**

Manor Oak II Building
1910 Cochran Road
Pittsburgh, PA 15220

**Scope of Work:**

9th Floor - Set-up Completed
　　All areas except hallway and conference room
　　　　13,900 Sq. Ft. @ $1.17/Sq.Ft. ($16,263.00)

7th Floor - Set-up Completed - Removal Completed
　　All areas except hallway and occupied suites
　　　　7,200 Sq. Ft. @ $2.38/Sq. Ft. ($17,136.00)
　　　　3,000 Sq. Ft. @ $1.17/Sq. Ft. ($3,510.00)
2nd Floor - Set-up Completed
　　Vacant Suites
　　　　6,000 Sq.Ft. @ $2.34/Sq. Ft. ($14,040.00)

Disposal of Ceiling Tile - Trailer Rental Advance ($4,000.00)

**Total Amount of Invoice:**

Fifty-four thousand nine hundred forty-nine and 00/100 dollars
($ 54,949.00)

**Terms of Payment:**

Due upon receipt of invoice.

*This is an additional charge not covered under the construction loan. HFT/Manor Oak To pay independantly.*

010789-000200

**Schedule A**

Expanded Suites

      Troy by 195 s.f.
      Brabender by 705 s.f.
      Dr. Puleo by 960 s.f.

      Total Expansion - 1860 s.f.

      Draw Request at 10.00/ s.f. = $18,600

010789-000209

FEB 08 '96  02:54PM                                                                P.2

# APPLICATION AND CERTIFICATE FOR PAYMENT   AIA DOCUMENT G702   (Instructions on reverse side)

| TO (OWNER): | HFT HOLDINGS<br>9650 250 MT. LEBANON BLVD<br>Suite 403<br>Pgh., Pa. 15234 | PROJECT: Manor Oak | APPLICATION NO: Two<br>PERIOD TO: 1-20-97 | Distribution to:<br>☐ OWNER<br>☐ ARCHITECT<br>☐ CONTRACTOR<br>☐ |
|---|---|---|---|---|

FROM (CONTRACTOR):

CONTRACT FOR: *Asbestos Removal*

VIA (ARCHITECT): LARSEN & LADRIES, INC.<br>Bob Penn Avenue<br>Pgh., Pa. 15222

ARCHITECT'S PROJECT NO:

CONTRACT DATE:

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| 1. ORIGINAL CONTRACT SUM .......................... | $ | 2,500,000 |
| 2. Net change by Change Orders ....................... | $ | |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) ............... | $ | 2,300,000 |
| 4. TOTAL COMPLETED & STORED TO DATE ............... | $ | 188,817 |
|   (Column G on G703) | | |
| 5. RETAINAGE: | | |
|   a. 10 % of Completed Work $18,813.70 | | |
|   (Column D + E on G703) | | |
|   b. ___ % of Stored Material $_____ | | |
|   (Column F on G703) | | |
|   Total Retainage (Line 5a + 5b or | | |
|   Total in Column I of G703) .................... | $ | 18,813.70 |
| 6. TOTAL EARNED LESS RETAINAGE ................... | $ | 169,323.30 |
|   (Line 4 less Line 5 Total) | | |
| 7. LESS PREVIOUS CERTIFICATES FOR | | |
|   PAYMENT (Line 6 from prior Certificate) ......... | $ | 135,000 |
| 8. CURRENT PAYMENT DUE ......................... | $ | 34,323.30 |
| 9. BALANCE TO FINISH, PLUS RETAINAGE ............. | $ | 2,130,676.70 |
|   (Line 3 less Line 6) | | |

### CHANGE ORDER SUMMARY

| Change Orders approved in<br>previous months by Owner | ADDITIONS | DEDUCTIONS |
|---|---|---|
| TOTAL | | |

| Approved this Month | | |
|---|---|---|
| Number | Date Approved | |
| | | |
| | | |

| TOTALS | | |
|---|---|---|

Net change by Change Orders

The undersigned Contractor certifies that to the best of the Contractor's knowledge,
information and belief the Work covered by this Application for Payment has been
completed in accordance with the Contract Documents, that all amounts have been
paid by the Contractor for Work for which previous Certificates for Payment were
issued and payments received from the Owner, and that current payment shown
herein is now due.

CONTRACTOR: HFT Holdings

By: H. Saubeses II Inc.    Date: 1-21-97

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the
data comprising the above application, the Architect certifies to the Owner that to the
best of the Architect's knowledge, information and belief the Work has progressed as
indicated, the quality of the Work is in accordance with the Contract Documents, and
the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED .......................................... $ ....................
(Attach explanation if amount certified differs from the amount applied for.)
ARCHITECT:

By: _____    Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the
Contractor named herein. Issuance, payment and acceptance of payment are without
prejudice to any rights of the Owner or Contractor under this Contract.

State of:
County of:
Subscribed and sworn to before me this ____ day of ____, 19__
Notary Public:
My Commission expires:

AIA DOCUMENT G702 • APPLICATION AND CERTIFICATE FOR PAYMENT • MAY 1983 EDITION • AIA® • © 1983
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006

WARNING: Unlicensed photocopying violates                     rights laws and is subject to legal prosecution.

G702-1983

PAGE ONE OF    PAGES

010789-000210

FEB 08 '96  02:54PM    P.3

# CONTINUATION SHEET

AIA DOCUMENT G703   (Instructions on reverse side)   PAGE   OF   PAGES

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.

APPLICATION NUMBER:
APPLICATION DATE:
PERIOD TO:
ARCHITECT'S PROJECT NO:

In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D+E) | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | H BALANCE TO FINISH (C−G) | I RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Asbestos Removal Conjmora, Inc | 600,000 | 150000 | 38,137 | 0 | 188,137 | 31% | 411,863.00 | 18813.70 |

AIA DOCUMENT G703 • APPLICATION AND CERTIFICATE FOR PAYMENT • MAY 1983 EDITION • AIA® • © 1983
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006
WARNING: Unlicensed photocopying violates U.S. c        Users and is subject to legal prosecution.

G703-1983

AIA   CAUTION: You should use an original AIA document which has this caution printed in red.
An original assures that changes will not be obscured as may occur when documents are reproduced.

010789-000211

# CONJUTA, INC.

201 North Avenue
Post Office Box 58173
Pittsburgh, PA 15209
United States

Phone 412-821-5337
Fax 412-821-9152

Date of Invoice: January 20, 1997　　　　　　Invoice Number: 001094

# INVOICE

| | |
|---|---|
| Billed To: | HFT Holdings - H-Squared II, Inc.<br>250 Mt. Lebanon Blvd.<br>Castle Shannon, Pennsylvania |
| Project Location: | Manor Oak II Building<br>1910 Cochran Road<br>Pittsburgh, PA 15220 |
| Scope of Work: | 1st Floor - Completed Areas<br>　　Post Office (001)<br>　　Vending Area (002)<br>　　Smoking Lounge (003)<br>　　Hallway (004)<br>　　Training Center (005)<br>　　　2,800 Sq. Ft. @ $3.55/Sq. Ft.<br><br>9th Floor - Set-up Completed<br>　　All areas except hallway and conference room<br>　　　13,900 Sq. Ft. @ $1.17/Sq. Ft.<br><br>7th Floor - Set-up Completed<br>　　All areas except hallway and occupied suites<br>　　　10,200 Sq. Ft. @ $1.17/Sq. Ft. |
| Total Amount of Invoice: | Thirty-eight thousand one hundred thirty-seven and 00/100 dollars<br>($ 38,137.00) |
| Terms of Payment: | Due upon receipt of invoice. |

010789-000212

FEB 08 '96  02:54PM

P.2

# APPLICATION AND CERTIFICATE FOR PAYMENT    AIA DOCUMENT G702

| | |
|---|---|
| TO (OWNER): HFT Holdings | PROJECT: Marine Oak Complex |
| % 250 MT. Lebanon Blvd | |
| Suite 403 | |
| Pittsburgh, Pa. 15234 | |

FROM (CONTRACTOR):

VIA (ARCHITECT): Larsen Flaumia, Inc.
Bob Penn Avenue
Pittsburgh, Pa. 15222

| | |
|---|---|
| APPLICATION NO.: One | Distribution to: |
| PERIOD TO: 12-20-96 | ☒ OWNER |
| ARCHITECTS | ☐ ARCHITECT |
| PROJECT NO.: | ☐ CONTRACTOR |
| | ☐ |

PAGE ONE OF    PAGES

CONTRACT FOR: Asbestos Removal

CONTRACT DATE:

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM ............................ $ 2,500,000
2. Net change by Change Orders ..........................
3. CONTRACT SUM TO DATE (line 1 ± 2) ............... $ 2,500,000
4. TOTAL COMPLETED & STORED TO DATE ............. $ 150,000
   (Column G on G703)
5. RETAINAGE:
   a. 10 % of Completed Work       $ 15,000
      (Column D + E on G703)
   b. ____ % of Stored Material     $
      (Column F on G703)
   Total Retainage (Line 5a + 5b or
   Total in Column 1 of G703) ................................ $ 15,000
6. TOTAL EARNED LESS RETAINAGE .................... $ 135,000
   (Line 4 less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR
   PAYMENT (Line 6 from prior Certificate) ............... $ 0
8. CURRENT PAYMENT DUE ............................... $ 135,000
9. BALANCE TO FINISH, PLUS RETAINAGE ............. $ 2,365,000
   (Line 3 less Line 6)

### CHANGE ORDER SUMMARY

| Change Orders approved in previous months by Owner | ADDITIONS | DEDUCTIONS |
|---|---|---|
| | | |
| TOTAL | | |
| Approved this Month | | |
| Number | Date Approved | |
| | | |
| | | |
| TOTALS | | |
| Net change by Change Orders | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: HFT Holdings

By: [signature]    Date: 12-20-96
H. Schwartz II, Inc.

Via Pres. Date: 12-20-96

State of:
County of:
Subscribed and sworn to before me this            day of        , 19
Notary Public:
My Commission expires:

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ........................................ $
(Attach explanation if amount certified differs from the amount applied for.)
ARCHITECT:

By:                                        Date:
This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 • APPLICATION AND CERTIFICATE FOR PAYMENT • MAY 1983 EDITION • AIA® • © 1983
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006

WARNING: Unlicensed photocopying violates U.S. copyright laws and is subject to legal prosecution.

G702-1983

1983

010789-000215

FEB 08 '96 02:54PM    P.3

# CONTINUATION SHEET

AIA DOCUMENT G703

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NUMBER: *ONE*
APPLICATION DATE: *12-20-96*
PERIOD TO: *12-20-96*
ARCHITECTS PROJECT NO:

(instructions on reverse side)    PAGE    OF    PAGES

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D+E) | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | H BALANCE TO FINISH (C−G) | I RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Asbestos Removal Conj/4170, Inc. | 600,000 | 0 | 150,000 | 0 | 150,000 | 25% | 450,000 | 15,000 |

AIA DOCUMENT G703 • APPLICATION AND CERTIFICATE FOR PAYMENT • MAY 1983 EDITION • AIA® • © 1983
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006    G703-1983
WARNING: Unlicensed photocopying violates U.S. copyright laws and is subject to legal prosecution.

**AIA** CAUTION: You should use an original AIA document which has this caution printed in red.
An original assures that changes will not be obscured as may occur when documents are reproduced.

**A. Real Property For Which A Claim Is Being Asserted (continued)**

If yes, please specify the dates and description of such renovations.

| `2001` Year | Description | *ASBESTOS REMOVAL* |
| `1990`'s Year | Description | *ASBESTOS REMOVAL* |
| `1980`'s Year | Description | *ASBESTOS REMOVAL* |

11. To the best of your knowledge, have any other interior renovations been completed on the property during any other period of time which affected any asbestos on the property?

☐ Yes   ☒ No

If yes, please specify the dates and descriptions of such renovations.

| Year | Description | |
| Year | Description | |
| Year | Description | |

**B. Claim Category**

12. For which category are you making a claim on the property?

☒ Category 1:   Allegation with respect to asbestos from a Grace product in the property
☐ Category 2:   Allegation with respect to one of Grace's vermiculite mining, milling or processing operations

> • If you checked Category 1 in question 12, complete section C.
> • If you checked Category 2 in question 12, complete section D.

**C. Category 1 Claim:  Allegation With Respect To Asbestos From A Grace Product In The Property**

13. For what alleged asbestos-containing product(s) are you making a claim?

☒ Monokote-3 fireproofing insulation
☒ Other   Specify: *ZONOLITE*

(For a list of the brand names under which Grace manufactured products that may have contained commercially added asbestos, see Exhibit 2 to the Claims Bar Date Notice provided with this Proof of Claim Form.)

14. When did you or someone on your behalf install the asbestos containing product(s) in the property?

| Year | | ☒ I did not install the product(s) |

15. If you or someone on your behalf did not install the asbestos containing product(s), to the best of your knowledge, when was/were the product(s) installed?

| Year | | ☒ Don't know. |

9276103

1024035

009778-000004

## II.    SCOPE OF WORK

SE Technologies, Inc. (SET) was retained by the Children's Hospital Construction Management Department to conduct air monitoring and project surveillance of contractor activities during asbestos abatement at the Hospital. The removal area for this project included Phase I of the ACC Clinics area, 3rd floor, DeSoto Wing-1970's. A location map included as part of the ACHD permit application can be found in Appendix A of this report. SET's on site involvement began on December 3, 1991 during area pre-cleaning and continued until February 4, 1992 when the Allegheny County Health Department conducted a formal inspection of the area. All phases of work were inspected by SET and Samtek and recorded in SET's Clearance Certifications (Appendix B).

The project Scope of Work included the removal of approximately:

- ▲    3,100 square feet of sprayed-on fireproofing and associated overspray
- ▲    125 steam and water pipe fittings
- ▲    200 square feet of floor tile and associated mastic
- ▲    900 square feet of transite wall board

Due to current architectural design and needs, the 900 square feet of transite wall board were not removed. All other materials identified in the project Technical Specifications were removed by Samtek.

All asbestos removal was conducted by Samtek, Inc. of Pittsburgh, Pennsylvania. Samtek is an ACHD Bureau of Air Pollution Control licensed asbestos abatement contractor (license #ACAL 91-6032) as required by ACHD article XX asbestos abatement regulations. All Samtek workers were required to have ACHD asbestos abatement worker certifications. NIOSH approved respirators and disposable clothing were worn by workers inside containment areas during abatement activities. All asbestos removal was performed under ACHD permit #PAA91-1548. Asbestos containing waste materials were loaded in double polyethylene bags and containerized in 55 gallon drums for transportation and disposal. All waste was taken to the Meadowfill Landfill located in Bridgeport, West Virginia. A copy of the waste disposal manifest can be found in Appendix C of this report.

SET's on-site surveillance was conducted by Timothy J. Kirsch, Norman Brahler, Christopher Griffith and Fred Kropf, Environmental Field Technicians. All work was conducted under the general direction of Frank J. Pokrywka, CIH, Principle Industrial Hygienist and Technical Director of Commercial Services for SET. Samtek's work activities were observed each day to assess work practices and compliance with project specifications during asbestos removal, clean-up and load-out of the cleared containment. Air samples were collected on a daily basis to determine the effectiveness of contractor controls. All air samples were analyzed by members of SE Technologies Laboratory.

Personal air samples of Samtek's workers, required for compliance with OSHA regulations, were not collected by SET. These samples, the responsibility of the contractor, were collected by Samtek.

010962-000630

**St. Luke's**
HOSPITAL
& Health Network

| | | | PURCHASE ORDER |
|---|---|---|---|

PURCHASING DEPARTMENT
610-954-4797
FAX 4610-954-4759
PA SALES TAX EXEMPT I.D. NO. 75-543391
FEDERAL TAX I.D. NO. 29-1382213

NO. 329787

SUBJECT TO TERM:
AND CONDITIONS
ON REVERSE SIDE

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, PACKAGING AND CORRESPONDENCE

SEND SHIPPING NOTICES AND ACKNOWLEDGEMENT TO PURCHASING DEPT.
ADDRESS ALL SHIPMENTS TO THE HOSPITAL RECEIVING DEPT. HOURS 8 A.M. TO 1 P.M.

THE HOSPITAL WILL NOT BE RESPONSIBLE FOR DELIVERIES MADE AT ANY OTHER TIME OR TO ANY OTHER DESTINATION.

SEND INVOICES TO: ST. LUKE'S HOSPITAL, P.O. BOX 5345, BETHLEHEM, PA 18015

| DATE REQUIRE |
|---|
| 12/20/97 |

| P.O. DATE |
|---|
| 11/20/97 |

VENDOR

SARGENT ENTERPRISES, INC.
PO BOX 193

JIM THORPE          PA   18229

ATTN: RECEIVING POW
801 OSTRUM STREET
BETHLEHEM PA 18015

RICK SEARFOSS(570)325-8000

| VENDOR NO. | TERMS |
|---|---|
| 676 | 0.000% / 30 |

SHIP VIA: Best Way

FOB: Hospital

PG 1

| LINE ITEM | QUANTITY | UNIT OF ORDER | VENDOR'S ITEM NUMBER | DESCRIPTION | HOSPITAL ITEM NUMBER | DEPARTMENT CODE | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| | | | | *****CONFIRM ONLY-DO NOT DUPLICATE***** RECEIVING INFORMATION: ENG/33-98 * TICKET MATT | | | | |
| 1 | 1 | EA | INV 10009 | *DINING HALL/OASIS-REMOVAL OF 2'X4' CEILING FIREPROOFING FROM I BEAMS AND OVERSPRAY | | 1474-73600 | 8560.0000 | 8560.00 |
| 2 | 1 | EA | INV 10018 | *OASIS KITCHEN AREA-ASBESTOS REMOVAL AND FIREPROOFING FROM I-BEAMS AND ASBESTOS COVERED DUCTWORK | | 1474-73600 | 5262.0000 | 5262.00 |
| 3 | 1 | EA | INV 10018 | *GROUND FLOOR STAIRWELL-REMOVAL OF ASBESTOS CONTAINING SYSTEM | | 1474-73600 | 3298.0000 | 3298.00 |
| | | | | REFERENCE QUOTE OF 11/7/97 | | | | |
| | | | | FAX-717-325-8010 ATTN - RICK SEARFOSS | | | | |
| | | | | TOTAL COST PROJECTS $17120.00 TO BE PAID AS PIECES ARE COMPLETED AND APPROVED | | | | |

| | TOTAL | 17,120.00 |
|---|---|---|

BY _____

AUTHORIZED SIGNATURE

8. Material Safety Data Sheets (MSDS) must be provided where applicable.

9. Items on this order may be subject to PA Sales and Use Tax where applicable.

10. It is the policy of St. Luke's Hospital not to pay handling fees, minimum order charges, or late payment charges.

4641 Rev. 12/99