**St.Luke's**
HOSPITAL
& Health Network

**PURCHASING DEPARTMENT**
FAX #610-954-4797
801 OSTRUM STREET
BETHLEHEM PA 18015
PA SALES TAX EXEMPT I.D. NO. 75-00439-1
FEDERAL TAX I.D. NO. 23-1352213

PURCHASE ORDER NO. 304383

SUBJECT TO TERMS AND CONDITIONS ON REVERSE SIDE

ATTN RECEIVING POINT
801 OSTRUM STREET
BETHLEHEM PA 18015

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, PACKAGING AND CORRESPONDENCE.
SEND SHIPPING NOTICES AND ACKNOWLEDGEMENT TO PURCHASING DEPT.
ADDRESS ALL SHIPMENTS TO THE HOSPITAL RECEIVING DEPT. HOURS 8 A.M. TO 1 P.M.
THE HOSPITAL WILL NOT BE RESPONSIBLE FOR DELIVERIES MADE AT ANY OTHER TIME OR TO ANY OTHER DESTINATION
SEND INVOICES TO: ST. LUKES HOSPITAL, P.O. BOX 5345, BETHLEHEM, PA 18015

| VENDOR | | | |
|---|---|---|---|
| SARGENT ENTERPRISES, INC. | | PG  1 | |
| PO BOX 193 | | | |
| JIM THORPE,    PA   18229 | | | |

RICK SEARFOSS(570)325-8000

| VENDOR NO. 616 | TERMS 0.000% / 30 | FOB Hospital | P.O. DATE 03/04/97 | DATE REQUIRED 03/04/97 |
|---|---|---|---|---|

Ship Via  Best Way

| LINE ITEM | QUANTITY | UNIT OF MEAS | VENDOR'S ITEM NUMBER | DESCRIPTION | HOSPITAL ITEM NUMBER | DEPARTMENT COPIES | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | EA | INV#9823 | RECEIVING INFORMATION: ENGINEERING CEILING SAMPLE | 8125-46000 | | 45.0000 | 45.00 |

TOTAL  45.00

BY _____
AUTHORIZED SIGNATURE

8.   Material Safety Data Sheets (MSDS) must be provided where applicable.

9.   Items on this order may be subject to PA Sales and Use Tax where applicable.

10.  It is the policy of St. Luke's Hospital not to pay handling fees, minimum order charges, or late payment charges.

13541 Rev. 12/99

010998-000102

# St.Luke's HOSPITAL
### a Health Network

801 OSTRUM STREET
BETHLEHEM PA 18015

**PURCHASING DEPARTMENT**
610-954-4797
FAX #610-954-4798
PA SALES TAX EXEMPT I.D. NO. 75-04339-1
FEDERAL TAX I.D. NO. 23-1352113

**PURCHASE ORDER**

NO. 295880

SUBJECT TO TERMS
AND CONDITIONS
ON REVERSE SIDE

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS,
PACKAGING AND CORRESPONDENCE.
SEND SHIPPING NOTICES AND ACKNOWLEDGEMENT TO PURCHASING DEPT.
ADDRESS ALL SHIPMENTS TO THE HOSPITAL RECEIVING DEPT. HOURS 8 A.M.
TO 3 P.M.
THE HOSPITAL WILL NOT BE RESPONSIBLE FOR DELIVERIES MADE AT ANY
OTHER TIME OR TO ANY OTHER DESTINATION.
SEND INVOICES TO ST. LUKE'S HOSPITAL, P.O. BOX 5345, BETHLEHEM, PA 18015.

**VENDOR**
SARGENT ENTERPRISES, INC.
PO BOX 193
ATTN: RECEIVING PO#
JIM THORPE          PA    18229

| P.O. DATE | DATE REQUIRED |
|---|---|
| 11/26/96 | 11/28/9 |

**FOB** Hospital

**SHIP VIA** Best Way

| LINE ITEM | QUANTITY | UNIT OF ISSUE | VENDOR'S ITEM NUMBER | DESCRIPTION | HOSPITAL ITEM NUMBER | DEPARTMENT CODE | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | EA | INV9782 | RECEIVING INFORMATION: BB 25-96 BNG *ASBESTOS REMOVAL CW5 FLOOR | | 1474-73600 | 650.0000 | 650.00 |
| | | | | INVOICE #9782 ATTACHED | | | | |

RICK SEARFOSS(570)325-8000
**VENDOR NO.** 676
**TERMS** 0.000% / 30

8. Material Safety Data Sheets (MSDS) must be provided where applicable.
9. Items on this order may be subject to PA Sales and Use Tax where applicable.
10. It is the policy of St. Luke's Hospital not to pay handling fees, minimum order charges, or late payment charges.

**TOTAL** 650.00

BY _____
AUTHORIZED SIGNATURE

15431 Rev. 7/26/9

010998-000103

## St Lukes
### HOSPITAL
& Health Network

| | PURCHASING DEPARTMENT |
|---|---|
| | (610) 954-4797 |
| | FAX (610) 954-4798 |
| | PA SALES TAX EXEMPT I.D. NO. 75-04939-1 |
| | FEDERAL TAX I.D. NO. 23-1352213 |

**PURCHASE ORDER**

NO. 291295

SUBJECT TO TERMS
AND CONDITIONS
ON REVERSE SIDE

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, PACKAGING AND CORRESPONDENCE.

SEND SHIPPING NOTICES AND ACKNOWLEDGEMENTS TO PURCHASING DEPT.

ADDRESS ALL SHIPMENTS TO THE HOSPITAL, RECEIVING DEPT. HOURS 8 A.M. TO 4 P.M.

THE HOSPITAL WILL NOT BE RESPONSIBLE FOR DELIVERIES MADE AT ANY OTHER TIME OR TO ANY OTHER DESTINATION.

SEND INVOICES TO: ST. LUKES HOSPITAL, P.O. BOX 5045, BETHLEHEM, PA 18015

| DATE RECEIVED | 10/15/96 |
|---|---|
| P.O. DATE | 10/14/96 |

VENDOR
SARGENT ENTERPRISES, INC.
PO BOX 193
JIM THORPE          PA    18229

ATTN RECEIVING PO#
801 OSTRUM STREET
BETHLEHEM PA 18015

VENDOR NO. SRARFOSS15701325-8000

RICK SRARFOSS

| VENDOR NO. | TERMS | | SHIP VIA |
|---|---|---|---|
| 676 | 0.000% / 30 | | Best Way |

| LINE ITEM | QUANTITY | UNIT OF DOOR | VENDOR'S ITEM NUMBER | FOB | DESCRIPTION | HOSPITAL ITEM NUMBER | DEPARTMENT CODE | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | EA | INV 9746 | Hospital | *WIPE SAMPLES FOR ASBESTOS | BB17-97*TICKET MATT | 1477-73600 | 300.0000 | 300.00 |
| | | | | PG   1 | RECEIVING INFORMATION: ENGINEERING | | | | |
| | | | | | REFERENCE #96077/SCI | | | | |
| | | | | | APPROVED BY ANITA KINGSBAUER, 9/18/96 | | | | |
| | | | | | INVOICE ATTACHED # 9746 | | | | |

| | | TOTAL | 300.00 |
|---|---|---|---|

BY _____    AUTHORIZED SIGNATURE

8. Material Safety Data Sheets (MSDS) must be provided where applicable.

9. Items on this order may be subject to PA Sales and Use Tax where applicable.

10. It is the policy of St. Luke's Hospital not to pay handling fees, minimum order charges, or late payment charges.

1041 Rev. 12/95

PURCHASING DEPARTMENT
610-954-4797
FAX #610-954-4798
PA SALES TAX EXEMPT I.D. NO. 75-04339-1
FEDERAL TAX I.D. NO. 23-1352210

PURCHASE ORDER

NO. 291088

SUBJECT TO TERMS AND CONDITIONS ON REVERSE SIDE

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, PACKAGES AND CORRESPONDENCE.
SEND SHIPPING NOTICES AND ACKNOWLEDGEMENT TO PURCHASING DEPT.
ADDRESS ALL SHIPMENTS TO THE HOSPITAL RECEIVING DEPT. HOURS 8 A.M. TO 1 P.M.
THE HOSPITAL WILL NOT BE RESPONSIBLE FOR DELIVERIES MADE AT ANY OTHER TIME OR TO ANY OTHER DESTINATION.
SEND INVOICES TO: ST. LUKE'S HOSPITAL, P.O. BOX 8345, BETHLEHEM, PA 18015

**St. Luke's HOSPITAL** & Health Network
ATTN: RECEIVING PO#
801 OSTRUM STREET
BETHLEHEM PA 18015

| | |
|---|---|
| P.O. DATE | 10/06/96 |
| DATE REQUIRED | 12/05/96 |

VENDOR
SARGENT ENTERPRISES, INC.
PO BOX 193
JIM THORPE          PA 18229

RICK SEARFOSS(570)325-8900

| VENDOR NO | TERMS |
|---|---|
| 676 | 0.000% / 30 |

SHIP VIA: Best Way

FOB: Hospital

| LINE ITEM | QUANTITY | UNIT OF ORDER | VENDOR'S ITEM NUMBER | DESCRIPTION | HOSPITAL ITEM NUMBER | DEPARTMENT CODE | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | EA | | ****CONFIRM ONLY-DO NOT DUPLICATE*****<br>*RECEIVING INFORMATION: ENG  EB 26-97 *<br>*REMOVE ASBESTOS IN AREA OF PUMP ROOM<br>APPROXIMATELY 100 FT OF INSULATION.<br>REFERENCE QUOTE OF 9/5/96<br>PLEASE SCHEDULE THIS WORK WITH JIM HALL, ENGINEERING<br>954-4255.<br><br>REFER TO THIS PO NUMBER ON INVOICES.<br><br>ORDR ATTENTION: RICK SEARFOSS   FAX 717-325-8010 | TICKET MATT<br>1474-73600 | | 950.0000 | 950.00 |

| | |
|---|---|
| TOTAL | 950.00 |

BY                          AUTHORIZED SIGNATURE

PG   1

8.  Material Safety Data Sheets (MSDS) must be provided where applicable.
9.  Items on this order may be subject to PA Sales and Use Tax where applicable.
10. It is the policy of St. Luke's Hospital not to pay handling fees, minimum order charges, or late payment charges.

1541 Rev. 12/99

010998-000105

## PURCHASE ORDER

**NO.** 291089

SUBJECT TO TERMS AND CONDITIONS ON REVERSE SIDE

**PURCHASING DEPARTMENT**
610-954-4709
FAX #610-954-4798
PA SALES TAX EXEMPT I.D. NO. 75-04335-1
FEDERAL TAX I.D. NO. 23-1352213

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, PACKAGING AND CORRESPONDENCE.
SEND SHIPPING NOTICES AND ACKNOWLEDGEMENT TO PURCHASING DEPT.
ADDRESS ALL SHIPMENTS TO THE HOSPITAL RECEIVING DEPT. HOURS 8 A.M. TO 1 P.M.
THE HOSPITAL WILL NOT BE RESPONSIBLE FOR DELIVERIES MADE AT ANY OTHER TIME OR TO ANY OTHER DESTINATION.
SEND INVOICES TO: ST. LUKES HOSPITAL, P.O. BOX 5345, BETHLEHEM, PA 18015

**St. Luke's HOSPITAL** & Health Network
ATTN: RECEIVING PO#
801 OSTRUM STREET
BETHLEHEM PA 18015

| | |
|---|---|
| P.O. DATE | DATE REQUIRED |
| 10/06/96 | 12/05/96 |

**VENDOR**
SARGENT ENTERPRISES, INC.
PO BOX 193

JIM THORPE        PA  18229

RICK SEARFOSS(570)325-8000

VENDOR NO. | TERMS
676 | 0.000% / 30

**SHIP VIA**
Best Way

**FOB**
Hospital          PG    1

| LINE ITEM | QUANTITY | UNIT OF ISSUE | VENDOR'S ITEM NUMBER | DESCRIPTION | HOSPITAL ITEM NUMBER | DEPARTMENT CODE | UNIT PRICE | |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | EA | | RECEIVING INFORMATION: ENG EB 26-97 * TICKET MATT<br>*REMOVE ASBESTOS CMS AC #2<br>REFERENCE QUOTE OF 9/18/96.<br>SCHEDULE ALL WORK WITH JIM HALL ENGINEERNG 954-4255<br><br>REFER TO THIS PO NUMBER ON ALL INVOICES.<br><br>ORDER ATTENTION: RICK SEARFOSS  717-325-8010 | 1474-73600 | | 1250.0000 | 1250.00 |

| | |
|---|---|
| TOTAL | 1,250.00 |

BY _____
AUTHORIZED SIGNATURE

8.   Material Safety Data Sheets (MSDS) must be provided where applicable.
9.   Items on this order may be subject to PA Sales and Use Tax where applicable.
10.  It is the policy of St. Luke's Hospital not to pay handling fees, minimum order charges, or late payment charges.

14341 Rev. 12/89

010998-000106

**PURCHASE ORDER**

NO. 282830

SUBJECT TO TERMS AND CONDITIONS ON REVERSE SIDE

**PURCHASING DEPARTMENT**
610-954-4797
FAX #610-954-4798
PA SALES TAX EXEMPT I.D. NO. 75-0439-1
FEDERAL TAX I.D. NO. 23-1352213

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, PACKAGING AND CORRESPONDENCE.
SEND SHIPPING NOTICES AND ACKNOWLEDGEMENT TO PURCHASING DEPT.
ADDRESS ALL SHIPMENTS TO THE HOSPITAL RECEIVING DEPT. HOURS 8 A.M. TO 4 P.M.
THE HOSPITAL WILL NOT BE RESPONSIBLE FOR DELIVERIES MADE AT ANY OTHER TIME OR TO ANY OTHER DESTINATION.
SEND INVOICES TO: ST. LUKES HOSPITAL, P.O. BOX 5345, BETHLEHEM, PA 18015

**St Lukes HOSPITAL & Health Network**
ATTN: RECEIVING PO#
801 OSTRUM STREET
BETHLEHEM PA 18015

**VENDOR**
SARGENT ENTERPRISES, INC.
PO BOX 193
JIM THORPE        PA   18229

RICK SEARFOSS (570)325-8000

| VENDOR NO. 676 | TERMS 0.000% / 30 | VENDOR'S ITEM NUMBER | FOB | P.O. DATE 06/27/96 | DATE REQUIRED 08/26/96 |

FOB Hospital    PG 1    SHIP VIA Best Way

| LINE ITEM | QUANTITY | UNIT OF MEAS. | HOSPITAL ITEM NUMBER | DESCRIPTION | DEPARTMENT CODE | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 1 | 1 | EA | INV 9767 | RECEIVING INFORMATION: ENGINEERING EB 25-96 * TICKET MATT *REMOVAL OF ASBESTOS CONTAMINATION OF CENTENNIAL WING SUB-BASEMENT AS PER PROPOSAL #P-0360-SCI DATED 4/15/96. $39640.00 FOR ASBESTOS REMOVAL; $12450 FOR FILE DECONTAMINATION. THESE AMOUNTS ARE FOR "NOT TO EXCEED" ESTIMATES. IT IS UNDERSTOOD THAT THE AMOUNTS MAY BE LESS. PLEASE SCHEDULE PROJECT WITH JIM HALL, ENGINEERING AT PHONE 610-954-4255. | 1474-73600 | 9984.0000 | 9984.00 |
| 2 | 1 | EA | INV 9768 | ORDER ATTENTION: RICK SEARFOSS *REMOVAL OF ASBESTOS CONTAMINATION | 1474-73600 | 6419.0000 | 6419.00 |
| 3 | 1 | EA | INV 9780 | *REMOVAL OF ASBESTOS CONTAMINATION | 1474-73600 | 42135.0000 | 42135.00 |
| 4 | 1 | EA | INV 9781 | *REMOVAL ASBESTOS CONTAMINATION XRAY ADD | 1474-73600 | 3871.0000 | 3871.00 |

8. Material Safety Data Sheets (MSDS) must be provided where applicable.
9. Items on this order may be subject to PA Sales and Use Tax where applicable.
10. It is the policy of St. Luke's Hospital not to pay handling fees, minimum order charges, or late payment charges.

TOTAL 62,410.00

BY _____ AUTHORIZED SIGNATURE

14541 (Rev. 10/95)

**PURCHASING DEPARTMENT**
619-954-4797
FAX (610)-954-4798
PA SALES TAX EXEMPT I.D. NO. 75-04339-1
FEDERAL TAX I.D. NO. 23-1352213

**PURCHASE ORDER**

NO. 274086

SUBJECT TO TERMS AND CONDITIONS ON REVERSE SIDE

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, PACKAGING AND CORRESPONDENCE

SEND SHIPPING NOTICES AND ACKNOWLEDGEMENT TO PURCHASING DEPT.
ADDRESS ALL SHIPMENTS TO THE HOSPITAL, RECEIVING DEPT. HOURS 8 A.M. TO 11 P.M.

THE HOSPITAL WILL NOT BE RESPONSIBLE FOR DELIVERIES MADE AT ANY OTHER TIME OR TO ANY OTHER DESTINATION.
SEND INVOICES TO: ST. LUKE'S HOSPITAL, P.O. BOX 5346, BETHLEHEM, PA 18015

**St Luke's** HOSPITAL & Health Network
ATTN: RECEIVING
801 OSTRUM STREET
BETHLEHEM PA 18015

VENDOR
SARGENT ENTERPRISES, INC.
PO BOX 193
JIM THORPE        PA   18229

RICK SEARFOSS (570)325-8000

| VENDOR NO | TERMS | | SHIP VIA | P.O. DATE | DATE REQUIRED |
|---|---|---|---|---|---|
| 676 | 0.000% / 30 | | OWN VEHICLE | 03/14/96 | 03/19/96 |

| LINE ITEM | QUANTITY | UNIT OF ORDER | VENDOR'S ITEM NUMBER | HOSPITAL ITEM NUMBER | DEPARTMENT CODE | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | HOSPITAL        PG    1 | | |
| 1 | 1 | EA | | 1474-73600 | | *****CONFIRM ONLY-DO NOT DUPLICATE***** RECEIVING INFORMATION: ENG 25-96 * TICKET TO MATT *REMOVAL OF ASBESTOS IN NORTHWING LOBBY NW5 WARMING CLOSET, AND BOILER HOUSE PUMP ROOM. COORDINATE WITH ENGINEERING JIM HALL 610/954-4250. WORK TO BE COMPLETED SECOND WEEK OF MARCH 1996. ATTENTIN: RICK SEARFOSS | 950.0000 | 950.00 |

TOTAL    950.00

BY _____  AUTHORIZED SIGNATURE

8. Material Safety Data Sheets (MSDS) must be provided where applicable.
9. Items on this order may be subject to PA Sales and Use Tax where applicable.
10. It is the policy of St. Luke's Hospital not to pay handling fees, minimum order charges, or late payment charges.

1641 Rev 12/95

**St.Luke's HOSPITAL & Health Network**

**VENDOR**

SARGENT ENTERPRISES, INC.
PO BOX 193

JIM THORPE            PA  18229

RICK SEARFOSS(570)325-8000

| VENDOR NO. | TERMS |
|---|---|
| 676 | 0.0003% / 30 |

**PURCHASING DEPARTMENT**
610-954-4737
FAX (610) 954-4798
PA SALES TAX EXEMPT I.D. NO. 75-043391
FEDERAL TAX I.D. NO. 23-1552213

ATTN: RECEIVING POM
801 OSTRUM STREET
BETHLEHEM PA 180'5

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, PACKAGING AND CORRESPONDENCE

SEND SHIPPING NOTICES AND ACKNOWLEDGEMENT TO PURCHASING DEPT.
ADDRESS ALL SHIPMENTS TO THE HOSPITAL RECEIVING DEPT. HOURS 8 A.M. TO 1 P.M.

THE HOSPITAL WILL NOT BE RESPONSIBLE FOR DELIVERIES MADE AT ANY OTHER TIME OR TO ANY OTHER DESTINATION.

SEND INVOICES TO: ST. LUKE'S HOSPITAL, P.O. BOX 3345, BETHLEHEM, PA 18015

**PURCHASE ORDER**

NO. 266112

SUBJECT TO TERMS AND CONDITIONS ON REVERSE SIDE

| FOB | SHIP VIA | P.O. DATE | DATE REQUIRED |
|---|---|---|---|
| Hospital          PG   1 | Best Way | 11/27/95 | 11/27/95 |

| LINE ITEM | QUANTITY | UNIT OF ORDER | VENDOR'S ITEM NUMBER | DESCRIPTION | HOSPITAL ITEM NUMBER | DEPARTMENT CODE | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | EA | 5410 | ****CONFIRM ONLY-DO NOT DUPLICATE**** RECEIVING INFORMATION: ENG ADMIN/BB 9-95 *ASBESTO REMOVAL OB CLINIC/EW2 - 8/22/95 INVOICE ATTACHED #410 OF 9/15/95 | | 1477-73600 | 440.0000 | 440.00 |

| | | TOTAL | 440.00 |
|---|---|---|---|

BY _____

AUTHORIZED SIGNATURE

8.  Material Safety Data Sheets (MSDS) must be provided where applicable.
9.  Items on this order may be subject to PA Sales and Use Tax where applicable.
10. It is the policy of St. Luke's Hospital not to pay handling fees, minimum order charges, or late payment charges.

11541 Rev. 10/89

010998-000109

# St Luke's HOSPITAL & Health Network

ATTN: RECEIVING PO#
801 OSTRUM STREET
BETHLEHEM, PA 18015

**PURCHASING DEPARTMENT**
610-954-4797
FAX (610)-954-4788
PA SALES TAX EXEMPT I.D. NO. 75-24339-1
FEDERAL TAX I.D. NO. 23-1352213

**PURCHASE ORDER**

NO. 265272

SUBJECT TO TERMS
AND CONDITIONS
ON REVERSE SIDE

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS,
PACKAGING AND CORRESPONDENCE
SEND SHIPPING NOTICES AND ACKNOWLEDGEMENT TO PURCHASING DEPT.
ADDRESS ALL SHIPMENTS TO THE HOSPITAL RECEIVING DEPT. HOURS 8 A.M.
TO 1 P.M.
THE HOSPITAL WILL NOT BE RESPONSIBLE FOR DELIVERIES MADE AT ANY
OTHER TIME OR TO ANY OTHER DESTINATION.
SEND INVOICES TO: ST. LUKE'S HOSPITAL, P.O. BOX 5245, BETHLEHEM, PA 18015

| VENDOR | SARGENT ENTERPRISES, INC.<br>PO BOX 193<br>JIM THORPE    PA  18229 | SHIP VIA | Best Way | P.O. DATE | 11/14/95 |
|---|---|---|---|---|---|

VENDOR NO. RICK SEARFOSS(570)325-8000

| LINE/ITEM | VENDOR NO. 676 | TERMS 0.0003 / 30 | FOB Hospital PG 1 | | | | | |
|---|---|---|---|---|---|---|---|---|

| LINE/ITEM | QUANTITY | UNIT OF ORDER | VENDOR'S ITEM NUMBER | DESCRIPTION | HOSPITAL ITEM NUMBER | DEPARTMENT/CODE | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | EA | INV 9629 | RECEIVING INFORMATION: RAD/ANGIO ROOM/2E<br>*REMOVE ASBESTOS FIREPROOFING ABOVE<br>CEILING<br><br>PER PROPOSAL #P-0332 OF 10/20/95<br><br>PLEASE SCHEDULE W/ANITA KINGSBAUER, ENG<br>AT 610-954-4275<br><br>FAX - 717-325-8010<br>ATTN - RICK SEARFOSS | 184-9 | * TICKET MATT<br>1474-73600 | 5795.0000 | 5795.00 |
| 2 | 1 | EA | INV 9629 | *ADDITIONAL WORK ANGIO SUITE | | 1474-73600 | 450.0000 | 450.00 |

| | TOTAL | 6,245.00 |
|---|---|---|

BY _____

AUTHORIZED SIGNATURE

8.  Material Safety Data Sheets (MSDS) must be provided where applicable.
9.  Items on this order may be subject to PA Sales and Use Tax where applicable.
10. It is the policy of St. Luke's Hospital not to pay handling fees, minimum order charges, or late payment charges.

14541 (Rev. 12/89)

St Luke's HOSPITAL & Health Network

**PURCHASE ORDER**

NO. 263923

SUBJECT TO TERMS AND CONDITIONS ON REVERSE SIDE

PURCHASING DEPARTMENT
610-954-4797
FAX #610-951-4796
PA SALES TAX EXEMPT I.D. NO. 75-44339-1
FEDERAL TAX I.D. NO. 23-1482213

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, PACKAGES AND CORRESPONDENCE.

SEND SHIPPING NOTICES AND ACKNOWLEDGEMENT TO PURCHASING DEPT. ADDRESS ALL SHIPMENTS TO THE HOSPITAL RECEIVING DEPT. HOURS 8 A.M. TO 1 P.M.

THE HOSPITAL WILL NOT BE RESPONSIBLE FOR DELIVERIES MADE AT ANY OTHER TIME OR TO ANY OTHER DESTINATION.
SEND INVOICES TO ST. LUKE'S HOSPITAL, P.O. BOX 3385, BETHLEHEM, PA 18015

| VENDOR | ATTN: RECEIVING PO# 801 OSTRUM STREET BETHLEHEM PA 18015 |
|---|---|

SARGENT ENTERPRISES, INC.
PO BOX 193

JIM THORPE                    PA   18229

RICK SEARFOSS(570)325-8000

| VENDOR/JOR NO. | TERMS |
|---|---|
| 676 | 0.000% / 30 |

| P.O. DATE | DATE REQUIR |
|---|---|
| 10/26/05 | 11/25/0 |

SHIP VIA: Best Way

FOB: Hospital          PG   1

| LINE ITEM | QUANTITY | UNIT OF MEAS | VENDOR'S ITEM NUMBER | HOSPITAL ITEM NUMBER | DESCRIPTION | DEPARTMENT CODE | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | EA | | 1474-73600 | *****CONFIRM ONLY-DO NOT DUPLICATE***** RECEIVING INFORMATION: ENG\J.HALL.EB. 25-96 ASBESTOS REMOVAL REMOVE ASBESTOS INSULATION IN BOILER HOUSE PUMP ROOM AS PER PROPOSAL #P-0331 DATED 10\17\95. NOT TO EXCEED 1385.00 PLEASE CONTACT JIM HALL, ST.LUKES ENGINEERING DEPT. 954-4250 | | 1385.0000 | 1,385.00 |

TOTAL    1,385.00

BY _____    AUTHORIZED SIGNATURE

8. Material Safety Data Sheets (MSDS) must be provided where applicable.

9. Items on this order may be subject to PA Sales and Use Tax where applicable.

10. It is the policy of St. Luke's Hospital not to pay handling fees, minimum order charges, or late payment charges.

4467 Rev. 1299

010998-000111

# St. Luke's HOSPITAL & Health Network

| PURCHASE ORDER |
|---|
| NO. 263202 |
| SUBJECT TO TERMS AND CONDITIONS ON REVERSE SIDE |

## PURCHASING DEPARTMENT
610-954-4797
FAX #610-954-4798
PA SALES TAX EXEMPT I.D. NO. 75-04339-1
FEDERAL TAX I.D. NO. 23-1632213

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, PACKAGING AND CORRESPONDENCE.

SEND SHIPPING NOTICES AND ACKNOWLEDGEMENT TO PURCHASING DEPT.
ADDRESS ALL SHIPMENTS TO THE HOSPITAL, RECEIVING DEPT. HOURS 8 A.M. TO 1 P.M.

THE HOSPITAL WILL NOT BE RESPONSIBLE FOR DELIVERIES MADE AT ANY OTHER TIME OR TO ANY OTHER DESTINATION.

SEND INVOICES TO: ST. LUKE'S HOSPITAL, P.O. BOX 3345, BETHLEHEM, PA 18015

**VENDOR**
SARGENT ENTERPRISES, INC.
PO BOX 193

JIM THORPE     PA   18229

ATTN: RECEIVING FOR
801 OSTRUM STREET
BETHLEHEM PA 18015

| VENDOR NO. RICK SEARFOSS(570)325-8000 | TERMS 0.0000% / 30 | | SHIP VIA Best Way | FOB Hospital | P.O. DATE 10/17/95 | DATE REQUIRED 12/01/95 |
|---|---|---|---|---|---|---|

| LINE ITEM | QUANTITY | UNIT OF ORDER | VENDOR'S ITEM NUMBER | HOSPITAL ITEM NUMBER | DESCRIPTION | DEPARTMENT CODE | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| | | | | | RECEIVING INFORMATION: SNF - NW9 (BB-13-96) | | | |
| 1 | 1 | EA | | | *REMOVE ASBESTOS SPRAY FIREPROOFING ON DECK ON 9TH FLOOR PER PROPOSAL #P-0316-SCI DATED 9/13/95. | 1477-73600 | 1100.0000 | 1100.00 |
| 2 | 1 | EA | | | *ADDITIONAL SPRAY FIREPROOFING REMOVAL IN TWO ADDITIONAL LOCATIONS - EMERGENCY REMOVAL - NOT TO EXCEED $2,500. | 1477-73600 | 1950.0000 | 1950.00 |
| | | | | | TOTAL NOT TO EXCEED $3,600.00 | | | |

| | TOTAL | 3,050.00 |
|---|---|---|

BY _____     AUTHORIZED SIGNATURE

8.  Material Safety Data Sheets (MSDS) must be provided where applicable.
9.  Items on this order may be subject to PA Sales and Use Tax where applicable.
10. It is the policy of St. Luke's Hospital not to pay handling fees, minimum order charges, or late payment charges.

4571 Rev. 12/93

010998-000112

# St. Luke's HOSPITAL & Health Network

ATTN: RECEIVING POB
801 OSTRUM STREET
BETHLEHEM PA 18015

**PURCHASING DEPARTMENT**
610-954-4797
FAX #610-954-4798
PA SALES TAX EXEMPT I.D. NO. 75-04339-1
FEDERAL TAX I.D. NO. 23-1352213

**PURCHASE ORDER**

NO. 259567

SUBJECT TO TERMS
AND CONDITIONS
ON REVERSE SIDE

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, PACKAGES, AND CORRESPONDENCE.

SEND SHIPPING NOTICES AND ACKNOWLEDGEMENT TO PURCHASING DEPT.

ADDRESS ALL SHIPMENTS TO THE HOSPITAL, RECEIVING DEPT, HOURS 9 A.M. TO 1 P.M.

THE HOSPITAL WILL NOT BE RESPONSIBLE FOR DELIVERIES MADE AT ANY OTHER TIME OF TO ANY OTHER DESTINATION.

SEND INVOICES TO: ST. LUKE'S HOSPITAL, P.O. BOX 5045, BETHLEHEM, PA 18015

| | | |
|---|---|---|
| DATE ORDERED | 08/23/95 | |
| P.O. DATE | 08/23/95 | |

**VENDOR**

SARGENT ENTERPRISES, INC.
PO BOX 193

JIM THORPE        PA  18229

FOR Hospital        PG  1

SHIP VIA  Best Way

| VENDOR NO. | TERMS |
|---|---|
| RICK SEARROSS(570)325-8000 | 0.000% / 30 |
| 676 | |

| LINE ITEM | QUANTITY | UNIT OF ORDER | VENDORS ITEM NUMBER | DESCRIPTION | HOSPITAL ITEM NUMBER | DEPARTMENT CODE | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| | | | | ****CONFIRM ONLY-DO NOT DUPLICATE***** | | | | |
| | | | | RECEIVING INFORMATION: ENG/EW3  BB 9-96 * TICKET TO MATT | 1477-73600 | | | |
| | | | | *SERVICES FOR ASBESTOS REMOVAL FOR EW3 | | | | |
| 1 | 1 | EA | 381 | | | | 3375.0000 | 3375.00 |
| | | | | INVOICE ATTACHED | | | | |
| | | | | *REMOVAL FLOOR TILE EW3 | 1477-73600 | | | |
| 2 | 1 | EA | INV 362 | | | | 2673.0000 | 2673.00 |

| | |
|---|---|
| TOTAL | 6,048.00 |

BY _____
AUTHORIZED SIGNATURE

8.  Material Safety Data Sheets (MSDS) must be provided where applicable.

9.  Items on this order may be subject to PA Sales and Use Tax, where applicable.

10. It is the policy of St. Luke's Hospital not to pay handling fees, minimum order charges, or late payment charges.

441 Rev. 7/290

010998-000113

# St.Luke's
HOSPITAL & Health Network

ATTN: RECEIVING FOR
801 OSTRUM STREET
BETHLEHEM PA 18015

**PURCHASING DEPARTMENT**
610-954-4707
FAX #610-954-4798
PA SALES TAX EXEMPT I.D. NO. 75-04539-1
FEDERAL TAX I.D. NO. 23-1352213

| PURCHASE ORDER |
|---|
| NO. 257928 |
| SUBJECT TO TERMS AND CONDITIONS ON REVERSE SIDE |

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, PACKAGING AND CORRESPONDENCE.
ISSUE SHIPPING NOTICES AND ACKNOWLEDGEMENT TO PURCHASING DEPT.
ADDRESS ALL SHIPMENTS TO THE HOSPITAL, RECEIVING DEPT. HOURS 8 A.M. TO 1 P.M.
THE HOSPITAL WILL NOT BE RESPONSIBLE FOR DELIVERIES MADE AT ANY OTHER TIME OR TO ANY OTHER DESTINATION.
SEND INVOICES TO: ST. LUKE'S HOSPITAL, P.O. BOX 8340, BETHLEHEM, PA 18015

**VENDOR**

SARGENT ENTERPRISES, INC.
PO BOX 193
JIM THORPE          PA   18229

| VENDOR NO. | TERMS | FOB | SHIP VIA | P.O. DATE | DATE REQUIRED |
|---|---|---|---|---|---|
| | 0.000% / 30 | Hospital | Best Way | 07/28/95 | 07/28/95 |

RICK SEARFOSS/ (570) 325-8000

| LINE ITEM | QUANTITY | UNIT OF ORDER | VENDOR'S ITEM NUMBER | DESCRIPTION | HOSPITAL ITEM NUMBER | DEPARTMENT CODE | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 676 | | | | | | | | |
| 1 | 1 | EA | | ****CONFIRM ONLY-DO NOT DUPLICATE***** RECEIVING INFORMATION: OB/GYN CLINIC EW3 *REMOVAL OF ASBESTOS - FLOOR TILE EW3 | (BB-9-96) 1477-73600 | | 2673.0000 | 2673.00 |

| | TOTAL | 2,673.00 |
|---|---|---|

BY _____

AUTHORIZED SIGNATURE

8.  Material Safety Data Sheets (MSDS) must be provided where applicable.
9.  Items on this order may be subject to PA Sales and Use Tax where applicable.
10. It is the policy of St. Luke's Hospital not to pay handling fees, minimum order charges, or late payment charges.

7454 Rev. 12/95

010998-000114

# PURCHASE ORDER

## St. Luke's HOSPITAL
801 OSTRUM STREET
BETHLEHEM, PA 18015-1065

**PURCHASING DEPARTMENT**
215 - 954 - 4797
FAX # 215 - 954 - 4798
PA SALES TAX EXEMPT I.D. NO. 75-04339-1
FEDERAL TAX I.D. NO. 23-1352213

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, PACKAGING AND CORRESPONDENCE

SEND SHIPPING NOTICES AND ACKNOWLEDGEMENT TO PURCHASING DEPT.
ADDRESS ALL SHIPMENTS TO THE HOSPITAL. RECEIVING DEPT. HOURS 8 A.M. TO 1 PM.
THE HOSPITAL WILL NOT BE RESPONSIBLE FOR DELIVERIES MADE AT ANY OTHER TIME OR TO ANY OTHER DESTINATION.
SEND INVOICES TO: ST. LUKES HOSPITAL, P.O. BOX 5345, BETHLEHEM, PA 18015

**PURCHASE ORDER**

NO. 500,007

SUBJECT TO TERM
AND CONDITION
ON REVERSE SID

| | | |
|---|---|---|
| DATE REQUIRE | | |
| PO DATE | 1/17/92 | |

**VENDOR**

Asbestos Control, Inc.
P.O. Box 194
Jim Thorpe, PA 18229

SHIP VIA

F.O.B.

| VENDOR NO. | TERMS |
|---|---|
| | Net 30 Days |

| LINE ITEM | QUANTITY | UNIT OF ORDER | VENDOR'S ITEM NUMBER | DESCRIPTION | HOSPITAL ITEM NUMBER | DEPARTMENT CODE | LOC | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | Furnish all labor and material to remove asbestos as per your proposal dated 7/7/92 attached. | | Engineering S.W. Addition 1477.01100 | | $9,961.00 | $9,961.00 |

| | |
|---|---|
| TOTAL | |

BY _[signature]_
AUTHORIZED SIGNATURE

Material Safety Data Sheets (MSDS) must be provided where applicable.

Items on this order may be subject to PA Sales and Use Tax where applicable.

Form No. 14541  Rev. 1/91

RECEIVING COPY

010998-000115

# St. Luke's PURCHASE ORDER

HOSPITAL
BETHLEHEM, PA 18015

PURCHASE
ORDER

NO. A000703

SUBJECT TO TERMS
AND CONDITIONS
ON REVERSE SIDE

PURCHASING DEPARTMENT
TAX EXEMPT NO. 75-1238
PA HOSPITAL EXEMPT NO. 75-1238-3
FEDERAL TAX I.D. NO. 24-0795313

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES/PACKING LISTS.
SEND SHIPPING NOTICES AND ACKNOWLEDGEMENT TO PURCHASING DEPT.
ADDRESS ALL SHIPMENTS TO THE HOSPITAL RECEIVING DEPT. HOURS 8 A.M. TO
1 P.M. THE HOSPITAL WILL NOT BE RESPONSIBLE FOR DELIVERIES MADE AT ANY OTHER
TIME OR TO ANY OTHER DESTINATION.
SEND INVOICES TO: St. LUKE'S HOSPITAL, P.O. BOX 846, BETHLEHEM, PA 18016

| PO DATE | 7/28/92 |
|---|---|

| VENDOR | Abatco (Control, Inc.) |
|---|---|
| | 101 New St. |
| | Bethlehem, PA 18829 |

VENDOR NO. __ TERMS: Net 30 Days

| LINE ITEM | QUANTITY | UNIT OF ORDER | VENDOR'S ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 1 | | | Furnish material and labor to removal of asbestos in the South Wing B.W. Addition as per your proposal #P-1595-JY dated 7/27/92 (signed) | | 1477.01 |

SHIP VIA __ | SERIAL NO. __ | DEPARTMENT CODE __ | LOC __

TOTAL

BY: _____ 
AUTHORIZED SIGNATURE

RECEIVING COPY

Material Safety Data Sheets (MSDS) must be provided where applicable.
Items on this order may be subject to PA Sales and Use Tax where applicable.

Item No. 14541 (RMG) /01

010998-000116

# PURCHASE ORDER

St. Luke's Hospital
Purchasing Department
801 Ostrum Street
Bethlehem, PA 18015-1065

**PURCHASE ORDER**

**NO. 800,051**

SUBJECT TO TERM
AND CONDITION
ON REVERSE SID

**PURCHASING DEPARTMENT**
215 - 954 - 4797
FAX # 215 - 954 - 4788
PA SALES TAX EXEMPT I.D. NO. 75-04339-1
FEDERAL TAX I.D. NO. 23-1352213

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS,
PACKAGING AND CORRESPONDENCE

SEND SHIPPING NOTICES AND ACKNOWLEDGEMENT TO PURCHASING DEPT.

ADDRESS ALL SHIPMENTS TO THE HOSPITAL. RECEIVING DEPT. HOURS 8 A.M. TO
1 P.M.

THE HOSPITAL WILL NOT BE RESPONSIBLE FOR DELIVERIES MADE AT ANY OTHER
TIME OR TO ANY OTHER DESTINATION.

SEND INVOICES TO: ST. LUKE'S HOSPITAL, P.O. BOX 8346, BETHLEHEM, PA 18015

**VENDOR**
Tnelco Corporation, Inc.
P.O. Box 191
Jim Thorpe, PA 18229

**P.O. DATE** 6/27/94

| LINE/ITEM | QUANTITY | UNIT OF ORDER | VENDOR'S ITEM NUMBER | DESCRIPTION | HOSPITAL ITEM NUMBER | DEPARTMENT CODE | LOC | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Removal and disposal of asbestos on North Wing floors 3-9 for South Wing Tower. | | Spec. Fund # 1477.01 S.W. Addition | | $17,000.00 | |
| | | | | Asbest Material - NOT TO EXCEED | | | | | |

**TOTAL**

BY _(signature)_ **AUTHORIZED SIGNATURE**

Material Safety Data Sheets (MSDS) must be provided where applicable.

Items on this order may be subject to PA Sales and Use Tax where applicable.

Form No. 14541  Rev. 1/91

RECEIVING COPY

010998-000117

PURCHASE REQU... ON
—PLEASE TYPE OR PRINT LEGIBLY—

PURCHASE ORDER NO. _Sa____

St...e's
HOSPITAL
801 Ostrum Street
Bethlehem, Pa 18015

PRESENT OR SUGGESTED VENDOR

| NAME | ADDRESS | CITY, STATE |
|------|---------|-------------|

Sargent Contracting, Inc.

VENDOR #

P.O. Box 193.

Bou Thugy, Pa. 18229

| SPECIAL INSTRUCTIONS TO PURCHASING |
|------|

(CHECK ONE)
☐ SERVICES OR    ☐ CAPITAL    ☐ REPAIR    ☐ EVALUATION    ☐ RETURN
☐ SUPPLIES/PARTS

SERIAL NUMBER:

VALUE OF SHIPMENT:

WARRANTY:

| SHIPPING DATE | | CONFIRMED TO | | MAIL COPY OF P.O. TO VENDOR | ☐ CHECK FOR YES ONLY |
|---|---|---|---|---|---|

DEPARTMENT NAME

Eng. Dept.

DEPARTMENT NO. AND SUB ACCOUNT

15-01-10

1477.01

| QUANTITY | UNIT | VENDOR'S ITEM NUMBER | PRODUCT SPECIFICATIONS MANUFACTURER, DESCRIPTION, SIZE, TYPE, ETC. | | UNIT PRICE |
|----------|------|---------------------|---|---|---|
| 4 | EA | | TEST ROCK SAMPLES FOR | | 4615.00 |
| | | | ASBESTOS | | |
| | | | | | |
| | | | | TOTAL | 4180.00 |
| | | | South Wing | | |
| | | | Asbestos | | |
| | | | removal | | |
| | | | allowance | | |

| | | | | APPROVED-INFO. SERVICES | | DATE |
|---|---|---|---|---|---|---|

REQUESTED BY    Anita Castanie    9/25/94    DATE

APPROVED-ADMINISTRATION    DATE

APPROVED-CORPORATE    HEAD    DATE

APPROVED-ENGINEERING

# St. L_e's PURCHASE ORDER

HOSPITAL
801 OSTRUM STREET
BETHLEHEM, PA 18015

**PURCHASE ORDER**

**NO. 800,064**

SUBJECT TO TERMS
AND CONDITIONS
ON REVERSE SIDE

**PURCHASING DEPARTMENT**
215 - 954 - 4797
FAX # 215 - 954 - 4798
PA SALES TAX EXEMPT I.D. NO. 75-04339-1
FEDERAL TAX I.D. NO. 23-1352213

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, PACKAGING AND CORRESPONDENCE

SEND SHIPPING NOTICES AND ACKNOWLEDGEMENT TO PURCHASING DEPT.
ADDRESS ALL SHIPMENTS TO THE HOSPITAL. RECEIVING DEPT. HOURS 8 A.M. TO 1 P.M.

THE HOSPITAL WILL NOT BE RESPONSIBLE FOR DELIVERIES MADE AT ANY OTHER TIME OR TO ANY OTHER DESTINATION.

SEND INVOICES TO: ST. LUKE'S HOSPITAL, P.O. BOX 5346, BETHLEHEM, PA 18015

**P.O. DATE** 12/15/94

**VENDOR**
Sargent Contracting Inc.
P.O. Box 193
Jim Thorpe, PA  18229

| LINE ITEM | QUANTITY | UNIT OF ORDER | VENDOR'S ITEM NUMBER | DESCRIPTION | HOSPITAL ITEM NUMBER | DEPARTMENT CODE | LOC | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | ea | 94064/SCI | Removal of asbestos in North Wing Bldg. 1st & 2nd Floors | | Eng. Admin. 1477.01 S.W. Add. | | $788.00 | $788.00 |
| | | | | Invoice #243 | | | | | |

**TOTAL**

BY _(signature)_

AUTHORIZED SIGNATURE

Material Safety Data Sheets (MSDS) must be provided where applicable.

Items on this order may be subject to PA Sales and Use Tax where applicable.

It is the policy of St. Luke's Hospital not to pay handling fees, minimum order charges, or late payment charges.

Form No. 14541  Rev. 12/91

010998-000119

# St. Luke's HOSPITAL

801 Ostrum Street
Bethlehem, PA 18015

## PURCHASE REQUISITION

— PLEASE TYPE OR PRINT LEGIBLY —

PURCHASE ORDER NO.

PURCHASED FROM: Sarcom Contractor Inc.

P.O. Box

Northampton PA 18067

ADDRESS
CITY, STATE

VENDOR #

SPECIAL INSTRUCTIONS TO PURCHASING

(CHECK ONE)
☐ SERVICES OR ☐ CAPITAL ☐ REPAIR ☐ EVALUATION
☐ SUPPLIES/PARTS

VALUE OF SHIPMENT:

SERIAL NUMBER:

☐ RETURN

WARRANTY:

SHIPPING DATE:    CONFIRMED TO:

MAIL COPY OF P.O. TO VENDOR

☐ CHECK FOR YES ONLY

DEPARTMENT NAME

DEPARTMENT NO. AND SUB ACCOUNT

GW NORTH
1422.01
SW ADD.

| QUANTITY | UNIT | VENDOR'S ITEM NUMBER | PRODUCT SPECIFICATIONS MANUFACTURER, DESCRIPTION, SIZE, TYPE, ETC. | UNIT PRICE |
|---|---|---|---|---|
| | | | Remove & dispose of asbestos floor tile | $1,250.00 |
| | | | North Wing 1st floor | |

APPROVED-ADMINISTRATION                                 DATE
APPROVED-INFO. SERVICES                                 DATE

APPROVED-ENGINEERING                                 DATE
APPROVED-PURCHASING                                 DATE

DATE REQUIRED          TERMS          F.O.B.

PROCESSED BY

# PURCHASE ORDER

**St. Luke's HOSPITAL**
801 OSTRUM STREET
BETHLEHEM, PA 18015

**PURCHASE ORDER NO. 800,096**

SUBJECT TO TERMS AND CONDITIONS ON REVERSE SIDE

**PURCHASING DEPARTMENT**
215 - 954 - 4797
FAX # 215 - 954 - 4798
PA SALES TAX EXEMPT I.D. NO. 75-04339-1
FEDERAL TAX I.D. NO. 23-1352213

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, PACKAGING AND CORRESPONDENCE

SEND SHIPPING NOTICES AND ACKNOWLEDGEMENT TO PURCHASING DEPT.

ADDRESS ALL SHIPMENTS TO THE HOSPITAL RECEIVING DEPT. HOURS 8 A.M. TO 1 P.M.

THE HOSPITAL WILL NOT BE RESPONSIBLE FOR DELIVERIES MADE AT ANY OTHER TIME OR TO ANY OTHER DESTINATION.

SEND INVOICES TO: ST. LUKE'S HOSPITAL, P.O. BOX 5345, BETHLEHEM, PA 18015

**VENDOR:** Sargent Contracting, Inc.
P.O. Box 193
Jim Thorpe, PA 18229

P.O. DATE 4/13/95

| QUANTITY | UNIT OF ORDER | DESCRIPTION | DEPARTMENT CODE | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 12 | ea | Analyze 12 samples for asbestos (Invoice Being Processed) | Egg Admin SW Add. 1477.01 | $45.00 | $540.00 |

**TOTAL**

Material Safety Data Sheets (MSDS) must be provided where applicable.
Items on this order may be subject to PA Sales and Use Tax where applicable.
It is the policy of St. Luke's Hospital not to pay handling fees, minimum order charges, or late payment charges.

BY (AUTHORIZED SIGNATURE)

Form No. 14541 Rev. 12/91

RECEIVING COPY

010998-000121

# PURCHASE ORDER

**St Luke's HOSPITAL**
801 OSTRUM STREET
BETHLEHEM, PA 18015

PURCHASING DEPARTMENT
215 - 954 - 4797
FAX # 215 - 954 - 4798
PA SALES TAX EXEMPT I.D. NO. 75-04339-1
FEDERAL TAX I.D. NO. 23-1352213

PURCHASE ORDER
NO. 800,103

P.O. DATE **5/19/95**

SUBJECT TO TERMS AND CONDITIONS ON REVERSE SIDE

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, PACKAGING AND CORRESPONDENCE
SEND SHIPPING NOTICES AND ACKNOWLEDGEMENT TO PURCHASING DEPT.
ADDRESS ALL SHIPMENTS TO THE HOSPITAL, RECEIVING DEPT. HOURS 8 A.M. TO 1 P.M.
THE HOSPITAL WILL NOT BE RESPONSIBLE FOR DELIVERIES MADE AT ANY OTHER TIME OR TO ANY OTHER DESTINATION.
SEND INVOICES TO: ST. LUKE'S HOSPITAL, P.O. BOX 5345, BETHLEHEM, PA 18015

VENDOR
Sargent Contracting Inc.
P.O. Box 193
Jim Thorpe, PA 18229

| DESCRIPTION | DEPARTMENT CODE | UNIT PRICE | EXTENSION |
|---|---|---|---|
| Time add Material - removal of asbestos on the 7th Floor of North Wing. | Eng. Admin. S.W. Add. 1477.0100 | $2,400.00 | $2,400.00 |

TOTAL

BY _____ AUTHORIZED SIGNATURE

Material Safety Data Sheets (MSDS) must be provided where applicable.
Items on this order may be subject to PA Sales and Use Tax where applicable.
It is the policy of St. Luke's Hospital not to pay handling fees, minimum order charges, or late payment charges.

Form No. 14541 Rev. 12/91

010998-000122

# PURCHASE ORDER

PURCHASING DEPARTMENT
215 - 954 - 4797
FAX # 215 - 954 - 4798
PA SALES TAX EXEMPT I.D. NO. 75-04335-1
FEDERAL TAX I.D. NO. 23-1382213

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, PACKAGING AND CORRESPONDENCE

SEND SHIPPING NOTICES AND ACKNOWLEDGEMENT TO PURCHASING DEPT.
ADDRESS ALL SHIPMENTS TO THE HOSPITAL, RECEIVING DEPT. HOURS 8 A.M. TO 1 P.M.

THE HOSPITAL WILL NOT BE RESPONSIBLE FOR DELIVERIES MADE AT ANY OTHER TIME OR TO ANY OTHER DESTINATION.

SEND INVOICES TO: ST. LUKE'S HOSPITAL, P.O. BOX 5345, BETHLEHEM, PA 18015

PURCHASE ORDER NO. 800,10

SUBJECT TO TE AND CONDITI ON REVERSE

| LINE ITEM | QUANTITY | UNIT OF ORDER | VENDOR'S ITEM NUMBER | DESCRIPTION | HOSPITAL ITEM NUMBER | DEPARTMENT CODE | LOC | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | ea | | Removal of asbestos from 2nd floor CW2 and NW2 and NW6 | | Eng. Admin. 1477.01 | | $4,850.00 | $4,850.00 |
| | | | | 80% completion of 3rd floor Centennial Asbestos Removal SW | | | | $14,950.00 | $14,950.00 |
| | | | | | | | | | $19,800.00 |

VENDOR:
Sargent Contracting, Inc.
P.O. Box 193
Jim Thorpe, PA 18229

BETHLEHEM, PA 18015

P.O. DATE 6/7/95

TOTAL

BY _____
AUTHORIZED SIGNATURE

RECEIVING COPY

Material Safety Data Sheets (MSDS) must be provided where applicable.
on this order may be subject to PA Sales and Use Tax where applicable.
is policy of St. Luke's Hospital not to pay handling fees, minimum order charges, or late payment charges.

14541 Rev. 12/91

010998-000123

# PURCHASE ORDER

**St. Luke's HOSPITAL**
801 OSTRUM STREET
BETHLEHEM, PA 18015

**VENDOR**

Sargent Contracting Inc.
P.O. Box 193
Jim Thorpe, PA 18229

**PURCHASE ORDER**

**NO. 800,113**

SUBJECT TO TERMS
AND CONDITIONS
ON REVERSE SIDE

**PURCHASING DEPARTMENT**
215 - 954 - 4797
FAX # 215 - 954 - 4796
PA SALES TAX EXEMPT I.D. NO. 75-04339-1
FEDERAL TAX I.D. NO. 23-1352213

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS,
PACKAGING AND CORRESPONDENCE

SEND SHIPPING NOTICES AND ACKNOWLEDGEMENT TO PURCHASING DEPT.

ADDRESS ALL SHIPMENTS TO THE HOSPITAL, RECEIVING DEPT. HOURS 8 A.M.
TO 1 P.M.

THE HOSPITAL WILL NOT BE RESPONSIBLE FOR DELIVERIES MADE AT ANY
OTHER TIME OR TO ANY OTHER DESTINATION.

SEND INVOICES TO: ST. LUKE'S HOSPITAL, P.O. BOX 8345, BETHLEHEM, PA 18015

**P.O. DATE** 6/27/95

| LINE ITEM | QUANTITY | UNIT OF ORDER | VENDOR'S ITEM NUMBER | DESCRIPTION | HOSPITAL ITEM NUMBER | DEPARTMENT CODE | LOC | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Invoice #344 - Removal of spray fireproofing 7th Floor/Centennial | | Eng. Admin. 1477.01 S.W. Add. | | $13,250.00 | $13,250.00 |
| | | | | - Removal of Piping throughout 7th Floor | | | | **$1,425.00 | $1,425.00 $14,675.00 |
| | | | | Invoice #344-A - Removal of spray fireproofing 3rd Floor/Centennial- (Complete) | | | | $31,730.00 | $31,730.00 |

**TOTAL**

BY _(signature)_
AUTHORIZED SIGNATURE

Material Safety Data Sheets (MSDS) must be provided where applicable.

...nts on this order may be subject to PA Sales and Use Tax where applicable.

...is the policy of St. Luke's Hospital not to pay handling fees, minimum order charges, or late payment charges.

Form No. 14541 Rev. 12/91

RECEIVING COPY

# PURCHASE ORDER

**St. L***e*s
HOSPITAL
801 OSTRUM STREET
BETHLEHEM, PA 18015

PURCHASE
ORDER

**NO.  800,121**

SUBJECT TO TERMS
AND CONDITIONS
ON REVERSE SIDE

VENDOR

Sargent Contracting
P.O. Box 193
Jim Thorpe, PA   18229

PURCHASING DEPARTMENT
215 - 954 - 4797
FAX # 215 - 954 - 4798
PA SALES TAX EXEMPT I.D. NO. 75-04339-1
FEDERAL TAX I.D. NO. 23-1352213

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, PACKAGING AND CORRESPONDENCE

SEND SHIPPING NOTICES AND ACKNOWLEDGEMENT TO PURCHASING DEPT.

ADDRESS ALL SHIPMENTS TO THE HOSPITAL. RECEIVING DEPT. HOURS 8 A.M. TO 1 P.M.

THE HOSPITAL WILL NOT BE RESPONSIBLE FOR DELIVERIES MADE AT ANY OTHER TIME OR TO ANY OTHER DESTINATION.

SEND INVOICES TO: ST. LUKE'S HOSPITAL, P.O. BOX 5345, BETHLEHEM, PA 18015

P.O. DATE   7/28/95

| LINE ITEM | QUANTITY | UNIT OF ORDER | VENDOR'S ITEM NUMBER | DESCRIPTION | F.O.B. | HOSPITAL ITEM NUMBER | DEPARTMENT CODE | LOC | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Removal of asbestos fireproofing/piping in 3rd floor, Centennial Wing. | | | Eng. Admin. 1477.01 S.W. Add. | | $12,858.00 442.00 | $12,858.00 442.00 $13,300.00 |

TOTAL

_(signature)_
AUTHORIZED SIGNATURE

aterial Safety Data Sheets (MSDS) must be provided where applicable.

ems on this order may be subject to PA Sales and Use Tax where applicable.

Is the policy of St. Luke's Hospital not to pay handling fees, minimum order charges, or late payment charges.

orm No. 14541  Rev. 12/91

# PURCHASE ORDER

**St. Luke's HOSPITAL**
801 OSTRUM STREET
BETHLEHEM, PA 18015

**PURCHASE ORDER**

**NO. 800,123**

SUBJECT TO TERM
AND CONDITION
ON REVERSE SID

**PURCHASING DEPARTMENT**
215 - 954 - 4797
FAX # 215 - 954 - 4798
PA SALES TAX EXEMPT I.D. NO. 75-04339-1
FEDERAL TAX I.D. NO. 23-1352213

PURCHASE ORDER NUMBER MUST APPEAR ON ALL INVOICES, PACKING LISTS, PACKAGING AND CORRESPONDENCE

SEND SHIPPING NOTICES AND ACKNOWLEDGEMENT TO PURCHASING DEPT.
ADDRESS ALL SHIPMENTS TO THE HOSPITAL. RECEIVING DEPT. HOURS 8 A.M. TO 1 P.M.

THE HOSPITAL WILL NOT BE RESPONSIBLE FOR DELIVERIES MADE AT ANY OTHER TIME OR TO ANY OTHER DESTINATION.

SEND INVOICES TO: ST. LUKE'S HOSPITAL, P.O. BOX 6345, BETHLEHEM, PA 18015

**P.O. DATE** 8/17/95

**VENDOR**

Sargent Contracting
P.O. Box 193
Jim Thorpe, PA   18229

| LINE ITEM | QUANTITY | UNIT OF ORDER | VENDOR'S ITEM NUMBER | DESCRIPTION | HOSPITAL ITEM NUMBER | DEPARTMENT CODE | LOC | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | Time & Material Asbestos Removal , 3rd Floor Centennial Wing 5/12 - 5/15/95 6th, 7th Floor pipe removal 5/13/95 | | Eng. Admin. 1477.01 S.W. Add. | | $5,025.00 $750.00 | $5,775.00 |

**TOTAL**

BY _[signature]_ **AUTHORIZED SIGNATURE**

Material Safety Data Sheets (MSDS) must be provided where applicable.

Items on this order may be subject to PA Sales and Use Tax where applicable.

It is the policy of St. Luke's Hospital not to pay handling fees, minimum order charges, or late payment charges.

Form No. 14541  Rev. 12/91

010998-000126