# COMMONWEALTH OF PENNSYLVANIA
# DEPARTMENT OF LABOR AND INDUSTRY

118800

## ASBESTOS OCCUPATIONS ACCREDITATION AND CERTIFICATION
## CONTRACTOR NOTIFICATION OF ASBESTOS ABATEMENT

1. Name of Contractor: Gateway Environmental Contractors, Inc.

   Mailing or Business Address: 300 Penn Center Blvd., Suite 306

   City: Pittsburgh    County: Allegheny    State: PA   Zip Code: 15235

   Telephone Number: (412) 825-0403    Tax ID Number: 25-1630976

   Pennsylvania Contractor Certification Number: 025362

2. Location of Asbestos Abatement Project:

   Building Name: Titusville Hospital    Address: 406 West Oak Street

   City: Titusville    County: Crawford    State: PA   Zip Code: 16354

   Maintenance Shop, Offices and Corridor
   (Exact Location Within The Building)

3. Owner: Titusville Hospital

   406 West Oak Street

   Titusville    County: Crawford    State: PA   Zip Code: 16354

   Telephone Number: (814) 827-1851

4. Asbestos Involved: 1,700 Square feet of fireproofing

5. (Renovation) Encapsulation:  Start Date: 12/18/91    End Date: 12/31/91
                                            mm/dd/yy                      mm/dd/yy

6. Name: (Landfill) Valley Landfill

   Pleasant Valley Road

   County: Westmoreland    State: PA   Zip Code: 15642

   John Miller    Telephone Number: (412) 744-7446

   Form to:  Asbestos Occupations Accreditation and Certification
             Department of Labor and Industry
             Bureau of Occupational and Industrial Safety
             Seventh and Forster Streets, Room 1529
             Harrisburg, Pennsylvania 17120

| Title | Signature | Date |
|---|---|---|
| Vice President | _Edward Springl_ | 12/12/91 |

011106-000179

120900

# COMMONWEALTH OF PENNSYLVANIA
## DEPARTMENT OF LABOR AND INDUSTRY

### ASBESTOS OCCUPATIONS ACCREDITATION AND CERTIFICATION
### CONTRACTOR NOTIFICATION OF ASBESTOS ABATEMENT

1. Name of Contractor:  Gateway Environmental Contractors, Inc.

   Mailing or Business Address:  300 Penn Center Blvd., Suite 306

   City:  Pittsburgh      County:  Allegheny      State:  PA   Zip Code:  15235

   Telephone Number: (412)  825-0403      Tax ID Number:  25-1630976

   Pennsylvania Contractor Certification Number: 025362

2. Location of Asbestos Abatement Project:

   Building Name:  Titusville Hospital      Address:  406 West Oak Street

   City:  Titusville      County:  Crawford      State:  PA   Zip Code:  16354

   Site Location:  Basement Locker Room
   (Exact Location Within The Building)

3. Name of Facility Owner:  Titusville Hospital

   Mailing Address:  406 West Oak Street

   City:  Titusville      County:  Crawford      State:  PA   Zip Code:  16354

   Contact:  Gary Otto      Telephone Number: (814) 827-1851

4. Estimated Amount of Asbestos Involved:  approximately 40 square feet fireproofing.

5. Scheduled Dates:

   Asbestos Removal (Renovation) Encapsulation:   Start Date:  2/20/92      End Date :  2/20/92
   mm/dd/yy      mm/dd/yy

6. Waste Disposal Site Name: (Landfill)  Kelly Run Sanitation

   Address:  Route 51

   City:  Elizabeth      County:  Allegheny      State:  PA   Zip Code:  15037

   Contact Person:  Gary Fiore      Telephone Number: (412) 384-7382


Send Completed Form to:   Asbestos Occupations Accreditation and Certification
Department of Labor and Industry
Bureau of Occupational and Industrial Safety
Seventh and Forster Streets, Room 1529
Harrisburg, Pennsylvania 17120

| Completed By: (Print or Type) | Title | Signature | Date |
|---|---|---|---|
| Edward R. Wheeler | Vice President | *Edward R. Wheeler* | 2-18-92 |

011106-000186

# COMMONWEALTH OF PENNSYLVANIA
# DEPARTMENT OF LABOR AND INDUSTRY

121500

### ASBESTOS OCCUPATIONS ACCREDITATION AND CERTIFICATION
### CONTRACTOR NOTIFICATION OF ASBESTOS ABATEMENT

1. Name of Contractor: __Gateway Environmental Contractors, Inc.__

   Mailing or Business Address: __300 Penn Center Blvd.,Suite 306__

   City: __Pittsburgh__   County: __Allegheny__   State: __PA__ Zip Code: __15235__

   Telephone Number: (__412__) __825-0403__   Tax ID Number: __25-1630976__

   Pennsylvania Contractor Certification Number: __025362__

2. Location of Asbestos Abatement Project:

   Building Name: __Titusville Hospital__   Address: __406 West Oak Street__

   City: __Titusville__   County: __Crawford__   State: __PA__ Zip Code: __16354__

   Site Location: __Lobby and Dining room__
   (Exact Location Within The Building)

3. Name of Facility Owner: __Titusville Hospital__

   Mailing Address: __406 West Oak Street__

   City: __Titusville__   County: __Crawford__   State: __PA__ Zip Code: __16354__

   Contact: __Gary Otto__   Telephone Number: (__814__) __827-1851__

4. Estimated Amount of Asbestos Involved: __approximately 150 square feet of fireproofing.__

5. Scheduled Dates:

   Asbestos Removal (Renovation) Encapsulation:  Start Date: __3/4/92__   End Date: __3/5/92__
   mm/dd/yy                          mm/dd/yy

6. Waste Disposal Site Name: (Landfill) __Kelly Run Sanitation__

   Address: __Route 51__

   City: __Elizabeth__   County: __Allegheny__   State: __PA__ Zip Code: __15037__

   Contact Person: __Gary Fiore__   Telephone Number: (__412__) __384-7382__

Send Completed Form to:   Asbestos Occupations Accreditation and Certification
Department of Labor and Industry
Bureau of Occupational and Industrial Safety
Seventh and Forster Streets, Room 1529
Harrisburg, Pennsylvania 17120

| Completed by (Print or Type) | Title | Signature | Date |
|---|---|---|---|
| Edward R. Grabigel | Vice President | _[signature]_ | March 2, 1992 |

121500

## COMMONWEALTH OF PENNSYLVANIA
## DEPARTMENT OF LABOR AND INDUSTRY

### ASBESTOS OCCUPATIONS ACCREDITATION AND CERTIFICATION
### CONTRACTOR NOTIFICATION OF ASBESTOS ABATEMENT

1. Name of Contractor: Gateway Environmental Contractors, Inc.

   Mailing or Business Address: 300 Penn Center Blvd., Suite 306

   City: Pittsburgh     County: Allegheny     State: PA   Zip Code: 15235

   Telephone Number: (412) 825-0403        Tax ID Number: 25-1630976

   Pennsylvania Contractor Certification Number: 025362

2. Location of Asbestos Abatement Project:

   Building Name: Titusville Hospital     Address: 406 West Oak Street

   City: Titusville     County: Crawford     State: PA   Zip Code: 16354

   Site Location: 1st and 2nd Floors
   (Exact Location Within The Building)

3. Name of Facility Owner: Titusville Hospital

   Mailing Address: 406 West Oak Street

   City: Titusville     County: Crawford     State: PA   Zip Code: 16354

   Contact: Gary Otto     Telephone Number: (814) 827-1851

4. Estimated Amount of Asbestos Involved: approximately 425 square feet of fireproofing

5. Scheduled Dates:

   Removal (Renovation) Encapsulation:  Start Date: 3/16/92     End Date : 3/27/92
                                         mm/dd/yy                  mm/dd/yy

6. Waste Disposal Site Name: (Landfill)   Kelly Run Sanitation

   Route 51

   Elizabeth     County: Allegheny     State: PA   Zip Code: 15037

   Contact: Gary Fiore     Telephone Number: (412) 384-7382

   Submit Form to:   Asbestos Occupations Accreditation and Certification
                     Department of Labor and Industry
                     Bureau of Occupational and Industrial Safety
                     Seventh and Forster Streets, Room 1529
                     Harrisburg, Pennsylvania 17120

| Name (Type) | Title | Signature | Date |
|---|---|---|---|
|  | Vice President |  | March 3, 1992 |

# COMMONWEALTH OF PENNSYLVANIA
## DEPARTMENT OF LABOR AND INDUSTRY            123100

### ASBESTOS OCCUPATIONS ACCREDITATION AND CERTIFICATION
### CONTRACTOR NOTIFICATION OF ASBESTOS ABATEMENT

1. Name of Contractor:  Gateway Environmental Contractors, Inc.

    Mailing or Business Address:  300 Penn Center Blvd.,Suite 306

    City:  Pittsburgh          County:  Allegheny      State:  PA   Zip Code:  15235

    Telephone Number: (412)  825-0403        Tax ID Number:  25-1630976

    Pennsylvania Contractor Certification Number: 025362

2. Location of Asbestos Abatement Project:

    Building Name:  Titusville Hospital          Address:  406 West Oak Street

    City:  Titusville          County:  Crawford      State:  PA   Zip Code:  16354

    Site Location:  Mechanical Room
    (Exact Location Within The Building)

3. Name of Facility Owner:  Titusville Hospital

    Mailing Address:  406 West Oak Street

    City:  Titusville          County:  Crawford      State:  PA   Zip Code:  16354

    Contact:  Gary Otto                Telephone Number: (814 827-1851

4. Estimated Amount of Asbestos Involved:  approximately 30 square feet of fireproofing

5. Scheduled Dates:

    Asbestos Removal (Renovation) Encapsulation:   Start Date:  4/11/92      End Date :  4/20/92
    mm/dd/yy                               mm/dd/yy

6. Waste Disposal Site Name: (Landfill)  Kelly Run Sanitation

    Address:  Route 51

    City:  Elizabeth          County:  Allegheny      State: PA    Zip Code:  15037

    Contact Person:  Gary Fiore                Telephone Number: (412 )384-7382

    Send Completed Form to:    Asbestos Occupations Accreditation and Certification
    Department of Labor and Industry
    Bureau of Occupational and Industrial Safety
    Seventh and Forster Streets, Room 1529
    Harrisburg, Pennsylvania 17120

| Completed By (Print or Type) | Title | Signature | Date |
|---|---|---|---|
| Edward R. Grabigel | Vice President | | 4-01-92 |

COMMONWEALTH OF PENNSYLVANIA          123200
DEPARTMENT OF LABOR AND INDUSTRY

ASBESTOS OCCUPATIONS ACCREDITATION AND CERTIFICATION
CONTRACTOR NOTIFICATION OF ASBESTOS ABATEMENT

1. Name of Contractor:  Gateway Environmental Contractors, Inc.

Mailing or Business Address:  300 Penn Center Blvd.,Suite 306

City:  Pittsburgh                County:  Allegheny        State:  PA  Zip Code:  15235

Telephone Number:  (412)  825-0403        Tax ID Number:  25-1630976

Pennsylvania Contractor Certification Number: 025362

2. Location of Asbestos Abatement Project:

Building Name:  Titusville Hospital            Address:  406 West Oak Street

City:  Titusville                County:  Crawford        State:  PA  Zip Code:  16354

Site Location:  2nd Floor Laboratory
(Exact Location Within The Building)

3. Name of Facility Owner:  Titusville Hospital

Mailing Address:  406 West Oak Street

City:  Titusville                County:  Crawford        State:  PA  Zip Code:  16354

Contact:  Gary Otto                Telephone Number:  814 827-1851

4. Estimated Amount of Asbestos Involved:  approximately 200 square feet of fireproofing.

5. Scheduled Dates:

Asbestos Removal (Renovation) Encapsulation:  Start Date:  4/11/92  End Date :  4/20 /92
mm/dd/yy                              mm/dd/yy

6. Waste Disposal Site Name: (Landfill)  Kelly Run Sanitation

Address:  Route 51

City:  Elizabeth                County:  Allegheny        State:  PA  Zip Code:  15037

Contact Person:  Gary Fiore                Telephone Number: (412) 384-7382

Send Completed Form to:    Asbestos Occupations Accreditation and Certification
Department of Labor and Industry
Bureau of Occupational and Industrial Safety
Seventh and Forster Streets, Room 1529
Harrisburg, Pennsylvania 17120

| Completed By (Print or Type) | Title | Signature | Date |
|---|---|---|---|
| Edward R. Grabigel | Vice President | | 4-01-92 |

Revised

123200

## COMMONWEALTH OF PENNSYLVANIA
## DEPARTMENT OF LABOR AND INDUSTRY

### ASBESTOS OCCUPATIONS ACCREDITATION AND CERTIFICATION
### CONTRACTOR NOTIFICATION OF ASBESTOS ABATEMENT

1.  Name of Contractor: Gateway Environmental Contractors, Inc.

Mailing or Business Address: 300 Penn Center Blvd., Suite 306

City: Pittsburgh    County: Allegheny    State: PA    Zip Code: 15235

Telephone Number: (412) 825-0403    Tax ID Number: 25-1630976

Pennsylvania Contractor Certification Number: 025362

2.  Location of Asbestos Abatement Project:

Building Name: Titusville Hospital    Address: 406 West Oak Street

City: Titusville    County: Crawford    State: PA    Zip Code: 16354

Site Location: 2nd Floor Laboratory
    (Exact Location Within The Building)

3.  Name of Facility Owner: Titusville Hospital

Mailing Address: 406 West Oak Street

City: Titusville    County: Crawford    State: PA    Zip Code: 16354

Contact: Gary Otto    Telephone Number: 814 827-1851

4.  Estimated Amount of Asbestos Involved: approximately 1000 square feet of fireproofing.
    and approximately 2500 non-friable linoleum.

5.  Scheduled Dates:

Asbestos Removal (Renovation) Encapsulation:    Start Date: 4/11/92    End Date: 5/20/92
                                                            mm/dd/yy                    mm/dd/yy

6.  Waste Disposal Site Name: (Landfill)    Valley Landfill

Address: R.D.#2, Pleasant Valley Road

City: Irwin    County: Westmoreland    State: PA    Zip Code: 15642

Contact Person: Sharon Clayton    Telephone Number: (412) 744-7446

Send Completed Form to:    Asbestos Occupations Accreditation and Certification
                            Department of Labor and Industry
                            Bureau of Occupational and Industrial Safety
                            Seventh and Forster Streets, Room 1529
                            Harrisburg, Pennsylvania 17120

| Completed By (Print or Type) Edward R. Grabigel | Title Vice President | Signature | Date 4-01-92 |
|---|---|---|---|

## ASBESTOS OCCUPATIONS ACCREDITATION AND CERTIFICATION
## CONTRACTOR NOTIFICATION OF ASBESTOS ABATEMENT

Name of Contractor: Gateway Environmental Contractors, Inc.

Mailing or Business Address: 300 Penn Center Blvd.,Suite 306

City: Pittsburgh          County: Allegheny          State: PA   Zip Code: 15235

Telephone Number: (412) 825-0403          Tax ID Number: 25-1630976

Pennsylvania Contractor Certification Number: 025362

Location of Asbestos Abatement Project:

Building Name: Titusville Hospital          Address: 406 West Oak Street

City: Titusville          County: Crawford          State: PA   Zip Code: 16354

Site Location: 2nd Floor Laboratory and Lobby Area
(Exact Location Within The Building)

Name of Facility Owner: Titusville Hospital

Mailing Address: 406 West Oak Street

City: Titusville          County: Crawford          State: PA   Zip Code: 16354

Contact: Gary Otto          Telephone Number: 814 827-1851

Estimated Amount of Asbestos Involved: approximately 1050 square feet of fireproofing.
approximately 2500 non-friable linoleum.
and approximately 240 square feet of floor tile.

Scheduled Dates:

Asbestos Removal (Renovation) Encapsulation:   Start Date: 4/11/92   End Date: 5/20/92
mm/dd/yy                    mm/dd/yy

Waste Disposal Site Name: (Landfill)  Valley Landfill

Address: R.D.#2, Pleasant Valley Road

City: Irwin          County: Westmoreland          State: PA   Zip Code: 15642

Contact Person: Sharon Clayton          Telephone Number: (412) 744-7446

Send Completed Form to:    Asbestos Occupations Accreditation and Certification
Department of Labor and Industry
Bureau of Occupational and Industrial Safety
Seventh and Forster Streets, Room 1529
Harrisburg, Pennsylvania 17120

| Completed By (Print or Type) Edward R. Grabigel | Title Vice President | Signature | Date 4-01-92 |

# COMMONWEALTH OF PENNSYLVANIA
# DEPARTMENT OF LABOR AND INDUSTRY

118800

## ASBESTOS OCCUPATIONS ACCREDITATION AND CERTIFICATION
## CONTRACTOR NOTIFICATION OF ASBESTOS ABATEMENT

1.  Name of Contractor:  Gateway Environmental Contractors, Inc.

Mailing or Business Address:  300 Penn Center Blvd.,Suite 306

City:  Pittsburgh          County:  Allegheny        State:  PA   Zip Code:  15235

Telephone Number:  (412)  825-0403        Tax ID Number:  25-1630976

Pennsylvania Contractor Certification Number: 025362

2.  Location of Asbestos Abatement Project:

Building Name:  Titusville Hospital          Address:  406 West Oak Street

City:  Titusville          County:  Crawford      State:  PA   Zip Code:  16354

Maintenance Shop, Offices and Corridor
(Exact Location Within The Building)

3.  Building Owner:  Titusville Hospital

406 West Oak Street

County:  Crawford      State:  PA   Zip Code:  16354

Telephone Number:  (814) 827-1851

Asbestos Involved:  1,700 Square feet of fireproofing

5. (Renovation) Encapsulation:  Start Date: 12/18/91      End Date : 12/31/91
                                         mm/dd/yy                    mm/dd/yy

6.  Name (Landfill):  Valley Landfill

Pleasant Valley Road

County:  Westmoreland      State:  PA   Zip Code:  15642

John Miller          Telephone Number: ( 412 744-7446

Form to:
Asbestos Occupations Accreditation and Certification
Department of Labor and Industry
Bureau of Occupational and Industrial Safety
Seventh and Forster Streets, Room 1529
Harrisburg, Pennsylvania 17120

| Company Rep. | Title | Signature | Date |
|---|---|---|---|
| | Vice President | Edward Grahek | 12/12/91 |

011144-000182

120900

# COMMONWEALTH OF PENNSYLVANIA
# DEPARTMENT OF LABOR AND INDUSTRY

## ASBESTOS OCCUPATIONS ACCREDITATION AND CERTIFICATION
## CONTRACTOR NOTIFICATION OF ASBESTOS ABATEMENT

1. Name of Contractor: __Gateway Environmental Contractors, Inc.__

   Mailing or Business Address: __300 Penn Center Blvd.,Suite 306__

   City: __Pittsburgh__   County: __Allegheny__   State: __PA__   Zip Code: __15235__

   Telephone Number: (412) __825-0403__   Tax ID Number: __25-1630976__

   Pennsylvania Contractor Certification Number: __025362__

2. Location of Asbestos Abatement Project:

   Building Name: __Titusville Hospital__   Address: __406 West Oak Street__

   City: __Titusville__   County: __Crawford__   State: __PA__   Zip Code: __16354__

   Site Location: __Basement Locker Room__
   (Exact Location Within The Building)

3. Name of Facility Owner: __Titusville Hospital__

   Mailing Address: __406 West Oak Street__

   City: __Titusville__   County: __Crawford__   State: __PA__   Zip Code: __16354__

   Contact: __Gary Otto__   Telephone Number: (814) __827-1851__

4. Estimated Amount of Asbestos Involved: __approximately 40 square feet fireproofing.__

5. Scheduled Dates:

   Asbestos Removal (Renovation) Encapsulation:   Start Date: __2/20/92__   End Date: __2/20/92__
   mm/dd/yy   mm/dd/yy

6. Waste Disposal Site Name: (Landfill) __Kelly Run Sanitation__

   Address: __Route 51__

   City: __Elizabeth__   County: __Allegheny__   State: __PA__   Zip Code: __15037__

   Contact Person: __Gary Fiore__   Telephone Number: (412) __384-7382__

   Send Completed Form to:   Asbestos Occupations Accreditation and Certification
   Department of Labor and Industry
   Bureau of Occupational and Industrial Safety
   Seventh and Forster Streets, Room 1529
   Harrisburg, Pennsylvania 17120

| Completed (Print or Type) Edward | Title Vice President | Signature | Date 2-18-92 |
|---|---|---|---|

011144-000189

# COMMONWEALTH OF PENNSYLVANIA
## DEPARTMENT OF LABOR AND INDUSTRY

121500

### ASBESTOS OCCUPATIONS ACCREDITATION AND CERTIFICATION
### CONTRACTOR NOTIFICATION OF ASBESTOS ABATEMENT

1. Name of Contractor: Gateway Environmental Contractors, Inc.

   Mailing or Business Address: 300 Penn Center Blvd., Suite 306

   City: Pittsburgh          County: Allegheny      State: PA  Zip Code: 15235

   Telephone Number: (412) 825-0403          Tax ID Number: 25-1630976

   Pennsylvania Contractor Certification Number: 025362

2. Location of Asbestos Abatement Project:

   Building Name: Titusville Hospital          Address: 406 West Oak Street

   City: Titusville          County: Crawford      State: PA  Zip Code: 16354

   Site Location: Lobby and Dining room
                  (Exact Location Within The Building)

3. Name of Facility Owner: Titusville Hospital

   Mailing Address: 406 West Oak Street

   City: Titusville          County: Crawford      State: PA  Zip Code: 16354

   Contact: Gary Otto          Telephone Number: (814) 827-1851

4. Estimated Amount of Asbestos Involved: approximately 150 square feet of fireproofing.

5. Scheduled Dates:

   Asbestos Removal (Renovation) Encapsulation:  Start Date: 3/4/92      End Date: 3/5/92
                                                            mm/dd/yy                mm/dd/yy

6. Waste Disposal Site Name: (Landfill)  Kelly Run Sanitation

   Address: Route 51

   City: Elizabeth          County: Allegheny      State: PA  Zip Code: 15037

   Contact Person: Gary Fiore          Telephone Number: (412) 384-7382

   Send Completed Form to:     Asbestos Occupations Accreditation and Certification
                               Department of Labor and Industry
                               Bureau of Occupational and Industrial Safety
                               Seventh and Forster Streets, Room 1529
                               Harrisburg, Pennsylvania 17120

| Completed by: (Print or Type) Edward R. Sebigel | Title Vice President | Signature | Date March 2, 1992 |
|---|---|---|---|

011144-000194

121500

# COMMONWEALTH OF PENNSYLVANIA
## DEPARTMENT OF LABOR AND INDUSTRY

### ASBESTOS OCCUPATIONS ACCREDITATION AND CERTIFICATION
### CONTRACTOR NOTIFICATION OF ASBESTOS ABATEMENT

1. Name of Contractor: Gateway Environmental Contractors, Inc.

   Mailing or Business Address: 300 Penn Center Blvd., Suite 306

   City: Pittsburgh          County: Allegheny     State: PA  Zip Code: 15235

   Telephone Number: (412) 825-0403          Tax ID Number: 25-1630976

   Pennsylvania Contractor Certification Number: 025362

2. Location of Asbestos Abatement Project:

   Building Name: Titusville Hospital          Address: 406 West Oak Street

   City: Titusville          County: Crawford     State: PA  Zip Code: 16354

   Site Location: 1st and 2nd Floors

   (Exact Location Within The Building)

3. Name of Facility Owner: Titusville Hospital

   Mailing Address: 406 West Oak Street

   City: Titusville          County: Crawford     State: PA  Zip Code: 16354

   Contact: Gary Otto          Telephone Number: (814) 827-1851

4. Amount of Asbestos Involved: approximately 425 square feet of fireproofing

5. Scheduled Dates:

   Removal (Renovation) Encapsulation:  Start Date: 3/16/92          End Date: 3/27/92
                                                     mm/dd/yy                          mm/dd/yy

6. Disposal Site Name: (Landfill)  Kelly Run Sanitation

   Route 51

   Elizabeth          County: Allegheny     State: PA  Zip Code: 15037

   Contact: Gary Fiore          Telephone Number: (412) 384-7382

   Send Form to:   Asbestos Occupations Accreditation and Certification
                   Department of Labor and Industry
                   Bureau of Occupational and Industrial Safety
                   Seventh and Forster Streets, Room 1529
                   Harrisburg, Pennsylvania 17120

| (Type)  Title | Signature | Date |
|---|---|---|
| Vice President | *[signature]* | March 3, 1992 |

011144-000198

## COMMONWEALTH OF PENNSYLVANIA
## DEPARTMENT OF LABOR AND INDUSTRY

123100

### ASBESTOS OCCUPATIONS ACCREDITATION AND CERTIFICATION
### CONTRACTOR NOTIFICATION OF ASBESTOS ABATEMENT

1. Name of Contractor: Gateway Environmental Contractors, Inc.

   Mailing or Business Address: 300 Penn Center Blvd.,Suite 306

   City: Pittsburgh     County: Allegheny     State: PA  Zip Code: 15235

   Telephone Number: (412) 825-0403     Tax ID Number: 25-1630976

   Pennsylvania Contractor Certification Number: 025362

2. Location of Asbestos Abatement Project:

   Building Name: Titusville Hospital     Address: 406 West Oak Street

   City: Titusville     County: Crawford     State: PA  Zip Code: 16354

   Site Location: Mechanical Room

   (Exact Location Within The Building)

3. Name of Facility Owner: Titusville Hospital

   Mailing Address: 406 West Oak Street

   City: Titusville     County: Crawford     State: PA  Zip Code: 16354

   Contact: Gary Otto     Telephone Number: (814) 827-1851

4. Estimated Amount of Asbestos Involved: approximately 30 square feet of fireproofing

5. Scheduled Dates:

   Asbestos Removal (Renovation) Encapsulation: Start Date: 4/11/92     End Date: 4/20/92
   mm/dd/yy                mm/dd/yy

6. Waste Disposal Site Name: (Landfill) Kelly Run Sanitation

   Address: Route 51

   City: Elizabeth     County: Allegheny     State: PA  Zip Code: 15037

   Contact Person: Gary Fiore     Telephone Number: (412) 384-7382

Send Completed Form to:     Asbestos Occupations Accreditation and Certification
Department of Labor and Industry
Bureau of Occupational and Industrial Safety
Seventh and Forster Streets, Room 1529
Harrisburg, Pennsylvania 17120

| Completed By (Print or Type) | Title | Signature | Date |
|---|---|---|---|
| Edward R. Grabigel | Vice President |  | 4-01-92 |

011144-000213

## COMMONWEALTH OF PENNSYLVANIA
### DEPARTMENT OF LABOR AND INDUSTRY

123200

### ASBESTOS OCCUPATIONS ACCREDITATION AND CERTIFICATION
### CONTRACTOR NOTIFICATION OF ASBESTOS ABATEMENT

1. Name of Contractor: Gateway Environmental Contractors, Inc.

   Mailing or Business Address: 300 Penn Center Blvd., Suite 306

   City: Pittsburgh    County: Allegheny    State: PA    Zip Code: 15235

   Telephone Number: (412) 825-0403    Tax ID Number: 25-1630976

   Pennsylvania Contractor Certification Number: 025362

2. Location of Asbestos Abatement Project:

   Building Name: Titusville Hospital    Address: 406 West Oak Street

   City: Titusville    County: Crawford    State: PA    Zip Code: 16354

   Site Location: 2nd Floor Laboratory
   (Exact Location Within The Building)

3. Name of Facility Owner: Titusville Hospital

   Mailing Address: 406 West Oak Street

   City: Titusville    County: Crawford    State: PA    Zip Code: 16354

   Contact: Gary Otto    Telephone Number: 814 827-1851

4. Estimated Amount of Asbestos Involved: approximately 200 square feet of fireproofing.

5. Scheduled Dates:

   Asbestos Removal (Renovation) Encapsulation:    Start Date: 4/11/92    End Date: 4/20/92
   mm/dd/yy    mm/dd/yy

6. Waste Disposal Site Name: (Landfill) Kelly Run Sanitation

   Address: Route 51

   City: Elizabeth    County: Allegheny    State: PA    Zip Code: 15037

   Contact Person: Gary Fiore    Telephone Number: (412) 384-7382

   Send Completed Form to:    Asbestos Occupations Accreditation and Certification
   Department of Labor and Industry
   Bureau of Occupational and Industrial Safety
   Seventh and Forster Streets, Room 1529
   Harrisburg, Pennsylvania 17120

| Completed By (Print or Type) Edward R. Grabigel | Title Vice President | Signature | Date 4-01-92 |
| --- | --- | --- | --- |

011144-000217

Revised

123200

# COMMONWEALTH OF PENNSYLVANIA
# DEPARTMENT OF LABOR AND INDUSTRY

### ASBESTOS OCCUPATIONS ACCREDITATION AND CERTIFICATION
### CONTRACTOR NOTIFICATION OF ASBESTOS ABATEMENT

1.  Name of Contractor: Gateway Environmental Contractors, Inc.

    Mailing or Business Address: 300 Penn Center Blvd., Suite 306

    City: Pittsburgh          County: Allegheny          State: PA   Zip Code: 15235

    Telephone Number: (412) 825-0403          Tax ID Number: 25-1630976

    Pennsylvania Contractor Certification Number: 025362

2.  Location of Asbestos Abatement Project:

    Building Name: Titusville Hospital          Address: 406 West Oak Street

    City: Titusville          County: Crawford          State: PA   Zip Code: 16354

    Site Location: 2nd Floor Laboratory
    (Exact Location Within The Building)

3.  Name of Facility Owner: Titusville Hospital

    Mailing Address: 406 West Oak Street

    City: Titusville          County: Crawford          State: PA   Zip Code: 16354

    Contact: Gary Otto          Telephone Number: 814 827-1851

4.  Estimated Amount of Asbestos Involved: approximately 1000 square feet of fireproofing.
    and approximately 2500 non-friable linoleum.

5.  Scheduled Dates:

    Asbestos Removal (Renovation) Encapsulation:    Start Date: 4/11/92          End Date: 5/20/92
    mm/dd/yy          mm/dd/yy

6.  Waste Disposal Site Name: (Landfill)   Valley Landfill

    Address: R.D.#2, Pleasant Valley Road

    City: Irwin          County: Westmoreland          State: PA   Zip Code: 15642

    Contact Person: Sharon Clayton          Telephone Number: (412) 744-7446

    Send Completed Form to:    Asbestos Occupations Accreditation and Certification
    Department of Labor and Industry
    Bureau of Occupational and Industrial Safety
    Seventh and Forster Streets, Room 1529
    Harrisburg, Pennsylvania 17120

| Completed By (Print or Type) | Title | Signature | Date |
|---|---|---|---|
| Edward R. Grabigel | Vice President | | 4-01-92 |

011144-000221

Revised #2

# COMMONWEALTH OF PENNSYLVANIA
# DEPARTMENT OF LABOR AND INDUSTRY

123200

## ASBESTOS OCCUPATIONS ACCREDITATION AND CERTIFICATION
## CONTRACTOR NOTIFICATION OF ASBESTOS ABATEMENT

1. Name of Contractor: Gateway Environmental Contractors, Inc.

   Mailing or Business Address: 300 Penn Center Blvd., Suite 306

   City: Pittsburgh    County: Allegheny    State: PA    Zip Code: 15235

   Telephone Number: (412) 825-0403    Tax ID Number: 25-1630976

   Pennsylvania Contractor Certification Number: 025362

2. Location of Asbestos Abatement Project:

   Building Name: Titusville Hospital    Address: 406 West Oak Street

   City: Titusville    County: Crawford    State: PA    Zip Code: 16354

   Site Location: 2nd Floor Laboratory and Lobby Area
   (Exact Location Within The Building)

3. Name of Facility Owner: Titusville Hospital

   Mailing Address: 406 West Oak Street

   City: Titusville    County: Crawford    State: PA    Zip Code: 16354

   Contact: Gary Otto    Telephone Number: 814 827-1851

4. Estimated Amount of Asbestos Involved: approximately 1050 square feet of fireproofing, and approximately 2500 non-friable linoleum.

5. Scheduled Dates:

   Asbestos Removal (Renovation) Encapsulation:   Start Date: 4/11/92    End Date: 5/20/92
                                                              mm/dd/yy                      mm/dd/yy

6. Waste Disposal Site Name: (Landfill) Valley Landfill

   Address: R.D.#2, Pleasant Valley Road

   City: Irwin    County: Westmoreland    State: PA    Zip Code: 15642

   Contact Person: Sharon Clayton    Telephone Number: (412) 744-7446

Send Completed Form to:   Asbestos Occupations Accreditation and Certification
                          Department of Labor and Industry
                          Bureau of Occupational and Industrial Safety
                          Seventh and Forster Streets, Room 1529
                          Harrisburg, Pennsylvania 17120

| Completed By (Print or Type) | Title | Signature | Date |
|---|---|---|---|
| Edward R. Grabigel | Vice President | | 4-01-92 |

011144-000225

## ASBESTOS OCCUPATIONS ACCREDITATION AND CERTIFICATION
## CONTRACTOR NOTIFICATION OF ASBESTOS ABATEMENT

Name of Contractor: Gateway Environmental Contractors, Inc.

Mailing or Business Address: 300 Penn Center Blvd., Suite 306

City: Pittsburgh            County: Allegheny       State: PA   Zip Code: 15235

Telephone Number: (412)  825-0403              Tax ID Number: 25-1630976

Pennsylvania Contractor Certification Number: 025362

1. Location of Asbestos Abatement Project:

Building Name: Titusville Hospital          Address: 406 West Oak Street

City: Titusville            County: Crawford        State: PA   Zip Code: 16354

Site Location: 2nd Floor Laboratory and Lobby Area
                    (Exact Location Within The Building)

2. Name of Facility Owner: Titusville Hospital

Mailing Address: 406 West Oak Street

City: Titusville            County: Crawford        State: PA   Zip Code: 16354

Contact: Gary Otto                         Telephone Number: 814 827-1851

4. Estimated Amount of Asbestos Involved: approximately 1050 square feet of fireproofing,
                        approximately 2500 non-friable linoleum,
5. Scheduled Dates:     and approximately 240 square feet of floor tile.

Asbestos Removal (Renovation) Encapsulation:  Start Date: 4/11/92    End Date: 5/20/92
                                                           mm/dd/yy              mm/dd/yy

6. Waste Disposal Site Name: (Landfill)  Valley Landfill

Address: R.D.#2, Pleasant Valley Road

City: Irwin            County: Westmoreland        State: PA   Zip Code: 15642

Contact Person: Sharon Clayton              Telephone Number: (412) 744-7446


Send Completed Form to:    Asbestos Occupations Accreditation and Certification
                           Department of Labor and Industry
                           Bureau of Occupational and Industrial Safety
                           Seventh and Forster Streets, Room 1529
                           Harrisburg, Pennsylvania 17120

| Completed By (Print or Type)<br>Edward R. Grabigel | Title<br>Vice President | Signature | Date<br>4-01-92 |
|---|---|---|---|



# City of Cleveland

### GEORGE V. VOINOVICH, MAYOR


ALL-AMERICA CITY

DIVISION OF AIR POLLUTION CONTROL
2735 BROADWAY AVENUE
CLEVELAND, OHIO 44115
(216) 664-3500

DEPARTMENT OF PUBLIC HEALTH
JEFFREY D. COMFORT
DIRECTOR
GARY J. HIED
COMMISSIONER

June 29, 1989

Authorization No. ARP-362-89

Mr. Gregory L. Drenik
Asbestos Technology Ltd., Inc.
4950 Harvard Avenue
Cleveland, Ohio   44114

Telephone Number:   441-4242

Subject:   Friable Asbestos Removal and Disposal from the Clevetrust XXXXXXXXXXXXXX
            Building

Dear Mr. Drenik:

This is to advise you that your asbestos removal notification hand delivered on
June 28, 1989 regarding the removal and disposal of friable asbestos from the
Cleveland Trust Building located at 1801 East 9th Street, Cleveland, has
received a detailed review and evaluation by this Agency as required by the
provisions of the Air Pollution Code for the City of Cleveland and the
requirements of the National Emission Standards for Hazardous Air Pollutants 40
CFR 61.140-156 "Subpart M". Accordingly, authorization for the removal and
disposal of asbestos containing material from the above listed facility is
hereby granted subject to the following conditions:

1.  Asbestos Removal Starting Date: July 3, 1989

2.  Type of Structure: Pipe, Ductwork and/or Ceiling Insulation/Fireproofing

3.  Disposal Site: Meadowfill Corporation
                   Clarksburg, West Virginia

    This disposal site must be operated pursuant to 40 CFR 61.156 "Active Waste
    Disposal Sites" in addition to all State and Local regulations. A copy of
    the disposal receipt must be submitted to this office within 30 days of
    completion of this job.

4.  All friable asbestos during cutting or disjoining of pipes, ductwork or
    other structural members shall be adequately wetted. Such units shall not be
    dropped or thrown to the ground, but shall be carefully lowered to ground
    level.

                        (Continued)

011179-000212



Mr. Gregory L. Drenik
June 29, 1989
Page Two

5.  All friable asbestos must be adequately wetted during stripping. All
    asbestos containing waste material shall be sealed while wet into
    plastic bags with a combined thickness of at least 6 mils. These plastic
    bags shall be sealed into leaktight drums and deposited at the above
    mentioned disposal site. Drums must display the following warning lable
    (or OSHA equivalent):

                          Caution
                     Contains Asbestos
             Avoid Opening or Breaking Container
             Breathing Asbestos is Hazardous
                     To Your Health

6.  A person shall be assigned supervisory authority for all aspects of the
    asbestos removal operation and shall be available at the removal site at
    all times during the asbestos removal operation.

7.  This authorization is not renewable or transferrable and may be revoked
    for failure to implement any of the applicable provisions of 40 CFR
    61.140-156 or the provisions listed herein. In addition, this
    authorization will expire on August 3, 1989; if the asbestos removal
    operation will continue beyond this date, the applicant must apply for
    and obtain an additional authorization within 5 days prior to the
    expiration of this authorization.

This letter also serves as notification of receipt of your check in the
amount of $25. for your permit fee.

If you have any questions concerning this matter, please call me at (216)
441-7400 or the Acting Chief, Bureau of Engineering Services at (216)
441-7414.

                                      Sincerely,

                                      Thomas J. Walsh,

                                      Thomas J. Walsh, Commissioner
                                      Division of Air Polution Control


TJW/dds


CC: F. Cash, Building Commissioner
    W. Thomas, OSHA
    Acting Chief, BES
    E. J. Fasko, Chief, BES
    File

# LAKELAND CONTRACTORS, INC.

## Certified Asbestos Removal • Member of National Asbestos Council

PROPOSAL

*Awarded Contract*
*on 10/27/87*

August 4, 1987

Ohio Savings Plaza
1801 E. 9th Street
Cleveland, Ohio  44114

Attention:  Jerome Rizzo
            Building Maintenance

     Re:  Asbestos Fireproofing Removal and Spray back of Non-Asbestos Fire-
          proofing an the first floor (Meryll Lynch) of the Ohio Savings
          Plaza - 1801 E. 9th Street, Cleveland, Ohio.

Lakeland Contractor's Inc. propose to furnish all labor, materials, tools,
equipment and tests for removal, disposal, clean up and replacement of
friable sprayed on fireproofing from the first floor (Meryll Lynch) of the
Ohio Savings Plaza - 1801 E.9th Street, Cleveland, Ohio.

Lakeland Contractor's Inc. shall strictly adhere to all precautions necessary
to the safety, health and welfare of the workers and building occupants, in
accordance with provisions of the EPA and OSHA standards 29 CFR part 1926,
Constructions standards and sections 1910.1001 Occupational standards and
1910.134 Respirator Protection.

## WORK TO INCLUDE:

Set up of isolation barriers on the first floor establishing negative air,
removal of the sprayed on fireproofing, clean up of work area, final testing
and spray back of non-asbestos fireproofing.

Total cost is:  $73,600.00 (Seventy three thousand six hundred dollars).

Price could vary by your request.

Sincerely,

Livio Stipcic - President

LS:ml

7615-B St. Clair Street Mentor. Ohio 44060 • 216-942-4521 216-942-0096

011179-000314

DISPOSAL FORM.

PINNACLE ROAD LANDFILL, INC.
4220 Pinnacle Road
P.O. Box 208 W.C. Branch
West Carrollton, Ohio  45449
(513)263-3501

RE:  Asbestos Bearing Waste

Name of Generator:   OHIO SAVINGS PLAZA—1ST. FLOOR

Address:   1801 E. 9TH. ST. CLEVELAND, OHIO  44114

Contact:   ADLER, GALVIN & ROGERS—MARK LARKMAN

Telephone:   216/861-3040
                          57    BAGS
Is disposing of  304 BARRELS    (quanity) asbestos bearing waste at
Pinnacle Road Landfill.

This waste will be containerized as follows  DOUBLE BAGGED AND/OR

DOUBLE BAGGED AND BARRELED IN A FIBER DRUM.

I understand the Ohio Environmental Protection Agency regulates
asbestos bearing waste according to the following guidelines:

   1.  Asbestos containing waste material will not be accepted
       unless:
       A.  The asbestos waste must be double bagged, containerized,
           and wetted if required, to prevent asbestos emission to the
           outside air during handling and disposal.
       B.  The containing vessel must be identified with a warning
           label such as:

                          CAUTION
                    Contains Asbestos
              Avoid Opening or Breaking Container
         Breathing Asbestos is Hazardous to your Health

         or labels specified by the Occupational Safety and Health
         Administration (OSHA)  may be used.

   2.  Notification must be given to the landfill at least 24 hours
       prior to any delivery of the asbestos containing wastes.

   3.  Drums or barrels must be approved by Pinnacle Road Landfill
       prior to disposal.

Material must be delivered before 12:00 p.m. Monday thru Friday.

          COMPANY NAME:   LAKELAND CONTRACTORS, INC.

          NAME (print):   EDWARD A. KREVAS — VICE PRESIDENT

          SIGNATURE:   _Edward A. Krevas V.Pres._

          DATE:   12-14-87

                                PINNACLE ROAD LANDFILL, INC.
                                P. O. BOX 208 W. C. BR.
          LANDFILL OWNER/OPERATOR:   DAYTON, OH 45449
          DATE:   12-14-87   _Cathy Mullin_

011179-000374

1ST FLOOR   OHIO SAVINGS
(MERRILL LYNCH)



# City of Cleveland
### GEORGE V. VOINOVICH, MAYOR


ALL-AMERICA CITY

DIVISION OF AIR POLLUTION CONTROL
2735 BROADWAY AVENUE
CLEVELAND, OHIO 44115
(216) 664-3500

DEPARTMENT OF PUBLIC HEALTH & WELFARE
JEFFREY D. COMFORT
DIRECTOR
GARY J. NIED
COMMISSIONER

October 27, 1987

Mr. Alan Stipcic                           Authorization No. ARP-383-87
Lakeland Contractors, Inc.
7615-B St. Clair Avenue
Mentor, Ohio  44060

Telephone Number:  942-0006

Subject:   Friable Asbestos Removal and Disposal from the Ohio Savings
           Plaza located at 1801 East 9th Street

Dear Mr. Stipcic:

This is to advise you that your asbestos removal notification dated
October 24, 1987 and received on October 26, 1987 regarding the removal
and disposal of friable asbestos from the Ohio Savings Plaza located at
1801 East 9th Street, Cleveland, has received a detailed review and
evaluation by this Agency as required by the provisions of the Air
Pollution Code for the City of Cleveland and the requirements of the
National Emission Standards for Hazardous Air Pollutants 40 CFR 61.140-156
"Subpart M". Accordingly, authorization for the removal and disposal of
friable asbestos from the above listed facility is hereby granted subject
to the following conditions:

1.  Asbestos Removal Starting Date: November 9, 1987

2.  Type of Structure: Pipe, Ductwork, Ceiling/Fireproofing Insulation

3.  Disposal Site: North Sanitary Landfill (AKA Pinnacle Road Landfill)
                   Montgomery County

    This disposal site must be operated pursuant to 40 CFR 61.156 "Active
    Waste Disposal Sites". A copy of the disposal receipt must be
    submitted to this office within 30 days of completion of this job.

4.  All friable asbestos during cutting or disjoining of pipes, ductwork
    or other structural members shall be adequately wetted. Such units
    shall not be dropped or thrown to the ground, but shall be carefully
    lowered to ground level. All remaining exposed surfaces of friable
    asbestos are to be encapsulated with an OSHA approved encapsulant.

(Continued)

011179-000375

Mr. Alan Stipcic
October 27, 1987
Page Two

5. All friable asbestos must be adequately wetted during stripping. All
   asbestos containing waste material shall be sealed while wet into
   plastic bags with a combined thickness of at least 6 mils. These plastic
   bags shall be sealed into leaktight drums and deposited at the above
   mentioned disposal site. Drums must display the following warning lable
   (or OSHA equivalent):

Caution
Contains Asbestos
Avoid Opening or Breaking Container
Breathing Asbestos is Hazardous
To Your Health

6. A person shall be assigned supervisory authority for all aspects of the
   asbestos removal operation and shall be available at the removal site at
   all times during the asbestos removal operation.

7. This authorization is not renewable or transferrable and may be revoked
   for failure to implement any of the applicable provisions of 40 CFR
   61.140-156 or the provisions listed herein. In addition, this
   authorization will expire on December 9, 1987; if the asbestos removal
   operation will continue beyond this date, the applicant must apply for
   and obtain an additional authorization within 5 days prior to the
   expiration of this authorization.

This letter also serves as notification of receipt of your check for $25.
for your permit fee.

If you have any questions concerning this matter, please call me at (216)
664-3500 or the Acting Chief, Bureau of Engineering Services at (216)
664-3512.

Sincerely,

Gary J. Nied, Commissioner
Division of Air Polution Control

GJN/dds

CC: F. Cash, Building Commissioner
    W. Thomas, OSHA
    Acting Chief, BES
    E. J. Fasko, Chief, BES
    File

011179-000376



**Asbestos Technology Limited, Inc.**
The Antares Group

4950 Harvard Avenue
Cleveland, Ohio 44105-3254
(216) 441-4242
FAX: 216 441 1627

March 20, 1991

Mr. Mark Larkman
Property Manager
Grubb & Ellis
1801 E. Ninth Street
Cleveland, Ohio 44114

Re: Asbestos abatement and re-insulation schedule, Ohio Savings
Plaza, 2nd floor.

Dear Mark:

The asbestos abatement phase of our work on the 2nd floor was
completed on March 11, 1991. Re-spray of fireproofing is in
progress and on schedule. Final cleanup is scheduled for completion
during the first week in April. We anticipate turning the space
over to you on April 11, 1991.

Sincerely,

Robert T. Baskette
Vice President

## OhioEPA

State of Ohio Environmental Protection Agency
Asbestos Demolition or Renovation Notice

RECEIVED

OFFICE USE ONLY:

| check | This submittal is: | FIRST NOTICE | AMENDED NOTICE | (*1) | 2 | 3 |

**DEMOLITION:** OF A FACILITY WITH MORE THAN 160 SQUARE FEET OR 250 LINEAR FEET OF ASBESTOS.
Postmark or deliver notice at least 10 days before demolition or any related handling.

**DEMOLITION:** OF A FACILITY WITH LESS THAN 160 SQUARE FEET OR 250 LINEAR FEET OF ASBESTOS
Postmark or deliver notice at least 20 days before demolition or any related handling.

**EMERGENCY DEMOLITION:** Attach order or sheet with: name, title, of government authority, date of order. Applies only if facility is in danger of imminent collapse. No waiting period applies. Postmark or deliver notice before operation begins.

(X)   **RENOVATION:** Postmark or deliver notice at least FIVE DAYS before operation begins.

**EMERGENCY RENOVATION:** Supply attachment with: date and hour of emergency, description of sudden unexpected event, nature of unsafe condition or equipment failure, need to restore vital equipment or abate immediate health threat.

**Dates of Operation:** Revise if change in project schedule occurs.

Asbestos Will be Removed Starting on (Date) 12 / 24 /90 And Completed 03 / 31 /91
Demolition Date (if applicable): ___ / ___ /___   Removal Scrap dates: 12 / 26 / 90 to 03 / 31 /91
Scheduled Days and Hours of operation: (circle) Monday Tuesday Wednesday Thursday Friday Saturday Sunday
Day work ( 6 AM - 6 PM), Night work ( 6 P M - 6 AM), Shift Work (24 hours)

| Name and Address of Facility Owner: | Contractor License NO. 1 , 1 3 2 |
| Investment Plaza Company<br>1801 E. 9th Street<br>Cleveland, Ohio   44114 | Name and Address of Operator:<br>ASBESTOS TECHNOLOGY LIMITED, INC.<br>4950 Harvard Avenue<br>Cleveland, Ohio   44105-3254 |
| Phone: (216) 861-3040 | Phone: (216) 441-4242 |
| Facility Name and Address:<br>Ohio Savings Plaza<br>1801 E. 9th Street<br>Cleveland, Ohio   44114 | Specific Location(s) of Project at facility (attach site plan or map if necessary):<br>2nd and 3rd floors |

Facility Description:
SIZE: 600,000   Square feet. AGE:   23   years old. PRIOR USE: Office building

Estimate of Asbestos:   (X)   Friable: 66,000   Square Feet and ____ 0 ____ Linear Feet.

Must be revised if change of project quantity occurs

( )   Potentially Friable _____

( )   Nonfriable _____

Procedure Used to Detect and Quantify Asbestos:
hand measured.

Name of Asbestos Hazard Evaluation Specialist: Mike Aller

Form Ohio EPA 3742-20 Revised May 15, 1990. Page 1 of 2

Asbestos Demolition and Renovation Notification Form Page 2

| X. | DESCRIPTION OF PLANNED DEMOLITION OR RENOVATION WORK, AND METHOD(S) TO BE USED: |
|---|---|

Remove fireproofing from deck of office floor. Floor will be contained with negative air pressure and a shower decontamination unit.

| XI. | DESCRIPTION OF WORK PRACTICES AND ENGINEERING CONTROLS TO BE USED TO PREVENT EMISSIONS OF ASBESTOS AT THE DEMOLITION AND RENOVATION SITE: |
|---|---|

Negative air pressure in work area. Material will be sufficiently wetted.

**XII.   WASTE TRANSPORTER #1**

Name: 7-7, Inc.
Address: 607 Freedlander Rd
City: Wooster     State: OH     Zip-code: 44691
Contact Person: Steve Kreiner     Telephone: 216-262-8877

**WASTE TRANSPORTER #2**

Name: _____
Address: _____
City: _____ State: _____ Zip-code: _____
Contact Person: _____ Telephone: _____

**XIII.   WASTE DISPOSAL**

Name: Meadowfill and Assxs.
Address: Route 2 - Box 68
City: Bridgeport     State: WV     Zip-code: 26330
Contact Person: John McGervey     Telephone: 304-842-2784

| XIV. | EMERGENCY DEMOLITION : (complete item XIV and all other sections, only if this project is an Emergency Demolition) |
|---|---|

1. Attach a copy of the Order to this notice.
2. Name of Authority Issuing Order: _____ Title: _____
3. Authority of Order (Citation of Code): _____
4. Date of Order (MM/DD/YY): _____ Date Ordered to Begin: _____

| XV. | EMERGENCY RENOVATION (Attach separate sheet with the following information if project is Emergency Renovation) |
|---|---|

1. Date and Hour of the Emergency
2. Description of the Sudden, Unexpected Event.
3. Explaination of how the event caused unsafe conditions or would cause equipment damage or an unreasonable finacial burden.

| XVI. | DESCRIPTION OF PROCEDURES TO BE FOLLOWED IN THE EVENT THAT UNEXPECTED ASBESTOS IS FOUND OR PREVIOUSLY NONFRIABLE ASBESTOS MATERIAL BECOMES CRUMBLED, PULVERIZED OR REDUCED TO POWDER |
|---|---|

Entire floor will be in full containment under negative air pressure. Material will be wetted and containerized.

| XVII. | I CERTIFY THAT AN INDIVIDUAL TRAINED IN THE PROVISIONS OF NESHAPS (40 CFR PART 61, SUBPART M) WILL BE ON-SITE DURING THE DEMOLITION OR RENOVATION AND EVIDENCE THAT THE REQUIRED TRAINING HAS BEEN ACCOMPLISHED BY THIS PERSON WILL BE AVAILABLE DURING NORMAL BUSINESS HOURS (Required after November 20, 1991). |
|---|---|

| R.L. Bittner | 12-31-90 | Richard L. Bittner-Estimator |
|---|---|---|
| (Signature of Owner/Operator) | Date | Type or print Name and Title |

| XVIII. | I CERTIFY THAT THE ABOVE INFORMATION IS TRUE, ACCURATE AND COMPLETE: |
|---|---|

| R.L. Bittner | 12-31-90 | Richard L. Bittner-Estimator |
|---|---|---|
| (Signature of Owner/Operator) | Date | Type or print Name and Title |

All notices must be submitted at least ten days before demolition or renovation begins, except emergency demolitions and emergency renovations (see regulation) which must be submitted as soon as possible before operations begin.

Revised 12/1/90

# OHIO ENVIRONMENTAL PROTECTION AGENCY
## NOTIFICATION OF DEMOLITION AND RENOVATION

| Operator Project # | Postmark | Date Received | Notification # |
|---|---|---|---|
|  |  |  |  |

**I.  TYPE OF NOTIFICATION:**   Original  X    Revised ☐    Cancelled ☐

**II.  FACILITY INFORMATION:**
Owner Name: _A G R Grubb + Ellis_
Address: _1801 East 9th street - suite 500_
City: _Cleveland_   State: _Ohio_   Zip-code: _44114_
Contact: _Mr. Jerome Rizzo_   Telephone: _216-241-4866_
Removal Contractor: _7-7 Inc._   License # _1209_
Address: _607 Freedlander Road_
City: _Wooster_   State: _Ohio_   Zip-code: _44641_
Contact: _Richard Bisthie_   Telephone: _216-262-2877_
Other Operator: (demolition/general) _____
Address: _____
City: _____   State: _____   Zip-code: _____
Contact: _____   Telephone: _____

**III.  TYPE OF OPERATION:** (D = Demo  O = Ordered Demo  R = Renovation  E = Emergency renovation):   | R |

**IV.  IS ASBESTOS PRESENT?** (check one)   YES | ✓ |   NO | |

**V.  FACILITY DESCRIPTION** (include building name, number and floor or room number)
Building Name: _Ohio Savings Plaza_
Address: _1801 East 9th street_
City: _Cleveland_   State: OHIO   County: _Cuyahoga_
Site Location (specific): _6th Floor_
Building Size (square feet) _325000_   # of Floors: _18_   Age in Years: _21_
Present Use: _Office Occupancy_   Prior Use _Same_

**VI.  PROCEDURE AND ANALYTICAL METHOD, IF APPROPRIATE, USED DETECT THE PRESENCE OF ASBESTOS**
MATERIAL: _Square footage was taken off floor plans. Material was sampled by owner._

Ohio Asbestos Hazard Evaluation Specialist: _____
Name                          Certification #

**VII.  APPROXIMATE AMOUNT OF ASBESTOS MATERIALS**

|  | RACM To Be Removed | Nonfriable Asbestos Material Not To Be Removed | | Indicate Unit of Measurement Below (Check Box) UNIT | |  |
|---|---|---|---|---|---|---|
|  |  | Category I | Category II | Linear Feet | Linear Meters |  |
| Pipes |  |  |  | Square Feet | ✓ Square Meters |  |
| Surface Area | 15500 SF |  |  | Cubic Feet | Cubic Meters |  |
| Volume RACM off Facility Components |  |  |  |  |  |  |

**VIII.  DATES FOR ASBESTOS REMOVAL (MM/DD/YY)**   Start: _1-10-91_   Complete _2-8-91_
Hours of Operation: _8am - 430pm_
Days of the Week: | Monday X | Tuesday X | Wednesday X | Thursday X | Friday X | Saturday | Sunday |

**IX.  SCHEDULED DATES DEMOLITION OR RENOVATION:** Start: _____   Complete _____

Complete all unshaded spaces, except, demolitions which involve less than 160 square feet, 260 linear feet or 1 cubic meter of RACM, need not complete spaces VII, XI, XII, XIII, XIV, and XV. Notifications for Emergency Demolitions or Emergency Renovations must supply attachments.

011179-000804