

EPALIB001686

9/12/2006, 2:37 PM

Bulk

Page 3 of 5

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.



Criteria:

EPALIB001687

9/17/2006, 2:27 PM

Water

Page 4 of 5

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Sums, Re-count Different, Verified Analysis, etc.

EPALIB001688

9/12/2006, 2:37 PM

Page 5 of 5

Soil-Like & Sediment

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

| Sample Number | Quarter | Location/Address | Sample Location | Location Description | Material | | Field Sample | Sample Date | Method | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CS-11624-FG | N/A | 651 Quartz Rd | Yard | Front and side yard | Soil-Like | Surface soil | Field Sample | 9/7/2002 | PLMAVE | A | ND | ND |
| CS-11625-FG | N/A | 651 Quartz Rd | Yard | Back yard | Soil-Like | Surface soil | Field Sample | 9/7/2002 | PLMAVE | A | ND | ND |
| CS-11626-FG | N/A | 651 Quartz Rd | Flowerbed | Back yard | Soil-Like | Surface soil | Field Sample | 9/7/2002 | PLMAVE | A | ND | ND |
| CS-11627-C | N/A | 651 Quartz Rd | Driveway | Front yard | Soil-Like | Surface soil | Field Sample | 9/7/2002 | PLM-Grav | A | ND | ND |
| CS-11627-FG | N/A | 651 Quartz Rd | Driveway | Front yard | Soil-Like | Surface soil | Field Sample | 9/7/2002 | PLMAVE | A | ND | ND |

LocationReportByGroupDesc values: LIKE "651 Quartz"

EPALIB001689



EPALIB001706

9/11/2006, 4:24 PM

Bulk

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

Criteria:

EPALIB001707

EPALIB001708

Air, Dust (PCM & AHERA-ASTM)

Page 4 of 5

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

EPALIB001709

Air, Dust (PCM & AHERA-ASTM)

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.



EPALIB001726

9/11/2006, 3:56 PM

Bulk

Page 3 of 5

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

Criteria:

EPALIB001727

Water

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

Page 4 of 6

EPALIB001728

Page 5 of 5

Soil–Lies & Sediment

9/11/2006, 3:56 PM

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

| Sample | | Street Address/Location | Sample Area | Sample Description/Sub-location | Status | Medium | Type | Date | Method | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1D-02014-C | N/A | 519 E. 4th St | Garden | SW corner of yard | Soil–Like | Surface soil | Field Sample | 8/30/2004 | PLM-Grav | A | ND | ND |
| 1D-02014-FG1 | N/A | 519 E. 4th St | Garden | SW corner of yard | Soil–Like | Surface soil | Field Sample | 8/30/2004 | PLM-AVE | A | ND | ND |
| CS-01555-C | N/A | 519 E. 4th St | Flowerbed | Back, front, side yard | Soil–Like | Surface soil | Field Sample | 7/2/2002 | PLM-Grav | A | ND | ND |
| CS-01555-FG | N/A | 519 E. 4th St | Flowerbed | Back, front, side yard | Soil–Like | Surface soil | Field Sample | 7/2/2002 | PLM-AVE | A | ND | ND |
| CS-01556-FG | N/A | 519 E. 4th St | Yard | Back, front, side yard | Soil–Like | Surface soil | Field Sample | 7/2/2002 | PLM-AVE | A | ND | ND |
| CS-01557-C | N/A | 519 E. 4th St | Driveway | Front yard | Soil–Like | Surface soil | Field Sample | 7/2/2002 | PLM-Grav | A | ND | ND |
| CS-01557-FG | N/A | 519 E. 4th St | Driveway | Front yard | Soil–Like | Surface soil | Field Sample | 7/2/2002 | PLM-AVE | A | ND | ND |

LocationPropertyGroupDesc Values: LIKE "519 E. 4th"

EPALIB001729

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

EPALIB001743

9/11/2006, 3:56 PM

Page 3 of 5

Bulk

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.



Criteria:

EPALIB001745

Page 4 of 6

Water

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

EPALIB001746

Page 5 of 5

Soil-Like & Sediment

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

| Field ID | | Property Owner | Location | Sub-Location | Sample Media | Type | | Date | Method | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CS-00283-FG | N/A | 2268 Farm to Market Rd | Yard | Front, side yard | Soil-Like | Surface soil | Field Sample | 10/12/2002 | PLM/AVE | A | ND | ND |
| CS-00283-C | N/A | 2268 Farm to Market Rd | Yard | Back yard | Soil-Like | Surface soil | Field Sample | 10/12/2002 | PLM-Grav | A | ND | ND |
| CS-00283-FG | N/A | 2268 Farm to Market Rd | Yard | Back yard | Soil-Like | Surface soil | Field Sample | 10/12/2002 | PLM-VE | A | ND | ND |
| CS-00284-C | N/A | 2268 Farm to Market Rd | Flowerbed | Side yard | Soil-Like | Surface soil | Field Sample | 10/12/2002 | PLM-Grav | A | ND | ND |
| CS-00284-FG | N/A | 2268 Farm to Market Rd | Flowerbed | Side yard | Soil-Like | Surface soil | Field Sample | 10/12/2002 | PLM-VE | A | ND | ND |
| CS-00285-C | N/A | 2268 Farm to Market Rd | Garden | Back yard | Soil-Like | Surface soil | Field Sample | 10/12/2002 | PLM-Grav | A | ND | ND |
| CS-00285-FG | N/A | 2268 Farm to Market Rd | Garden | Back yard | Soil-Like | Surface soil | Field Sample | 10/12/2002 | PLM-VE | A | ND | ND |
| CS-00286-C | N/A | 2268 Farm to Market Rd | Driveway | Front yard | Soil-Like | Surface soil | Field Sample | 10/12/2002 | PLM-Grav | A | ND | ND |
| CS-00286-FG | N/A | 2268 Farm to Market Rd | Driveway | Front yard | Soil-Like | Surface soil | Field Sample | 10/12/2002 | PLM-VE | A | ND | ND |

LocationPropertyOwnerQInonQDetc Values: LINE "2268 Farm to Market"

EPALIB001747

Note: This report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

Alt, Dust (PCM & AHERA/ASTM)



9/11/2006, 3:56 PM

Page 3 of 5

Bulk

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.



Criteria:

EPALIB001803

EPALIB001804

Soil-Like & Sediment

Page 5 of 5

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

| Sample # | Parcel No | Street Address | Sub-Area | Sub-Area Description | Media | Matrix | Sample Type | Sample Date | Method | B1 | TR | ND |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CS-04688-FG1 | N/A | 158 Forest Ave | Yard | Front, side yard | Soil-Like | Surface soil | Field Sample | 8/20/2002 | PLM-VE | | | ND |
| CS-04689-FG1 | N/A | 158 Forest Ave | Yard | Back yard | Soil-Like | Surface soil | Field Sample | 8/20/2002 | PLM-VE | A | ND | ND |
| CS-04690-FG1 | N/A | 158 Forest Ave | Flowerbed | Back, front, side yard | Soil-Like | Surface soil | Field Sample | 8/20/2002 | PLM-VE | A | ND | ND |
| CS-04691-C | N/A | 158 Forest Ave | Driveway | Front yard | Soil-Like | Surface soil | Field Sample | 8/20/2002 | PLM-Grav | A | ND | ND |
| CS-04691-FG1 | N/A | 158 Forest Ave | Driveway | Front yard | Soil-Like | Surface soil | Field Sample | 8/20/2002 | PLM-VE | A | ND | ND |

LocationPropertyGroupDesc Values: LIKE "158 Forest"

EPALIB001805





EPALIB001825

9/11/2006, 4:01 PM

Bulk

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

Criteria:

EPALIB001826

Page 4 of 5

Water

9/10/2006, 4:51 PM

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

EPALIB001827

Page 5 of 5

Soil-like & Sediment

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

| Sample ID | | Address | Sample Location | Description | Matrix | Sample Type | Date | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CS-07742-FG | N/A | 250 Dolphin Way | Yard | Back, front, side yard, W side primary house | Surface soil | Field Sample | 9/20/2002 | PLM-VE | A | ND | ND | ND |
| CS-07743-C | N/A | 250 Dolphin Way | Yard | Back, front, side yard, E yard guest house | Surface soil | Field Sample | 9/20/2002 | PLM-Grav | A | ND | ND | ND |
| CS-07743-FG | N/A | 250 Dolphin Way | Yard | Back, front, side yard, E yard guest house | Surface soil | Field Sample | 9/20/2002 | PLM-VE | A | ND | ND | ND |
| CS-07744-FG | N/A | 250 Dolphin Way | Flowerbed | Back, front, side yard | Surface soil | Field Sample | 9/20/2002 | PLM-VE | A | ND | ND | ND |
| CS-07745-FG  CS-07744 | N/A | 250 Dolphin Way | Flowerbed | Back, front, side yard | Surface soil | Field Duplicate | 9/20/2002 | PLM-VE | A | ND | ND | ND |
| CS-07746-C | N/A | 250 Dolphin Way | Driveway | Front yard | Surface soil | Field Sample | 9/20/2002 | PLM-Grav | A | ND | ND | ND |
| CS-07746-FG | N/A | 250 Dolphin Way | Driveway | Front yard | Surface soil | Field Sample | 9/20/2002 | PLM-VE | A | ND | ND | ND |

LocationPropertyGroupDesc value: LIKE "250 Dolphin"

EPALIB001828



EPALIB001850

9/11/2006, 4:02 PM

Bulk

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.



Criteria:

EPALIB0001851

Page 3 of 6

Water

9/14/2006, 4:52 PM

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

Air, Dust (PCM & AHERA-ATTM)

97/10/04, 4:52 PM

Page 4 of 5

Note: This report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

EPALIB001853

Page 5 of 5

Soil-Like & Sediment

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

| Sample ID | Reference | Source | Property/Company Name | Subsection | Sampling Description | Media Type | Sampled Type | Date | Method | B1 | TR | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1D-02568-FG1 | N/A | 377 Thomas St | Yard | Side yard | Soil-Like | Surface soil | Field Sample | 4/19/2005 | PLM-VE | A | ND | ND |
| 1D-02569-FG1 | N/A | 377 Thomas St | Yard | Back yard | Soil-Like | Surface soil | Field Sample | 4/19/2005 | PLM-VE | A | ND | ND |
| 1D-02591-FG1 | N/A | 377 Thomas St | Flowerbed | front yard, side yard | Soil-Like | Surface soil | Field Sample | 4/19/2005 | PLM-VE | A | ND | ND |
| CS-02568-FG | N/A | 377 Thomas St | Flowerbed | Back, front, side yard | Soil-Like | Surface soil | Field Sample | 7/24/2002 | PLM-VE | A | ND | ND |
| CS-02569-FG | N/A | 377 Thomas St | Yard | Back, front, side yard | Soil-Like | Surface soil | Field Sample | 7/24/2002 | PLM-VE | A | ND | ND |
| CS-02570-C | N/A | 377 Thomas St | Driveway | Front yard | Soil-Like | Surface soil | Field Sample | 7/24/2002 | PLM-Grav | A | ND | ND |
| CS-02570-FG | N/A | 377 Thomas St | Driveway | Front yard | Soil-Like | Surface soil | Field Sample | 7/24/2002 | PLM-VE | A | ND | ND |

Location/Property/Company Name: LIBB "377 Thomas"

EPALIB001854



EPALIB001937

9/11/2006, 4:05 PM

Bulk

Page 2 of 5

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.



Criteria:

EPALIB001938

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

Page 4 of 5

Air, Dust (PCM & AHERA-ASTM)

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

| Sample ID | Client | Street | Sample Area | Location | Room | Media | Condition | Sample Type | Weight | Area |
|-----------|--------|--------|-------------|----------|------|-------|-----------|-------------|--------|------|
| CS-15341 | N/A | 94 Rainbow Ln | | Ground floor | Shed | Dust | Horizontal surface | Field Sample | N/A | 800,000 |
| CS-15378 | N/A | 94 Rainbow Ln | | Ground floor | House | Dust | Horizontal surface | Field Sample | N/A | 650,000 |
| CS-15379 | N/A | 94 Rainbow Ln | | Ground floor | House | Dust | High traffic area | Field Sample | N/A | 800,000 |
| CS-15380 | N/A | 94 Rainbow Ln | | Ground floor | Garage | Dust | Horizontal surface & high traffic area | Field Sample | N/A | 650,000 |

Less=LessThanProperty/Compliance values; LDR "PA Rainbow"

EPALIB001940

9/11/2006, 4:05 PM

Page 5 of 5

Soil-Like & Sediment

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

| Sample ID | | Street | Surface Code | Technical Location | Soil/Sed | Surface | Sample Type | Date | Method | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1D-02065-FG1 | N/A | 94 Rainbow Ln | Flowerbed | See sketch | Soil-Like | Surface soil | Field Sample | 9/21/2004 | PLM-VE | A | ND | ND |
| 1D-02065-C | N/A | 94 Rainbow Ln | Yard | See sketch | Soil-Like | Surface soil | Field Sample | 9/21/2004 | PLM-Grav | A | ND | ND |
| 1D-02065-FG1 | N/A | 94 Rainbow Ln | Yard | See sketch | Soil-Like | Surface soil | Field Sample | 9/21/2004 | PLM-VE | B1 | TR | ND |
| 1D-05759-FG1 | N/A | 94 Rainbow Ln | Yard | Front/side yard-SE yard | Soil-Like | Surface soil | Field Sample | 4/26/2006 | PLM-VE | A | ND | ND |
| 1D-05760-FG1 | N/A | 94 Rainbow Ln | Yard | Front/side yard-NE | Soil-Like | Surface soil | Field Sample | 4/26/2006 | PLM-VE | A | ND | ND |
| 1D-05761-C | N/A | 94 Rainbow Ln | Yard | Back yard; S.W. yard | Soil-Like | Surface soil | Field Sample | 4/26/2006 | PLM-Grav | A | ND | ND |
| 1D-05761-FG1 | N/A | 94 Rainbow Ln | Yard | Back yard; S.W. yard | Soil-Like | Surface soil | Field Sample | 4/26/2006 | PLM-VE | A | ND | ND |
| 1D-05762-FG1 | N/A | 94 Rainbow Ln | Yard | Back yard; N.W yard | Soil-Like | Surface soil | Field Sample | 4/26/2006 | PLM-VE | A | ND | ND |
| 1D-05763-FG1 | N/A | 94 Rainbow Ln | Flowerbed | Back/front yard | Soil-Like | Surface soil | Field Sample | 4/26/2006 | PLM-VE | A | ND | ND |
| 1D-05764-FG1 | N/A | 94 Rainbow Ln | Flowerbed | Back yard; West hedges | Soil-Like | Surface soil | Field Sample | 4/26/2006 | PLM-VE | A | ND | ND |
| CS-04329-FG1 | N/A | 94 Rainbow Ln | Yard | Front yard | Soil-Like | Surface soil | Field Sample | 8/14/2002 | PLM-VE | A | ND | ND |
| CS-04330-FG1 | N/A | 94 Rainbow Ln | Yard | Back yard | Soil-Like | Surface soil | Field Sample | 8/14/2002 | PLM-Grav | A | ND | ND |
| CS-04331-C | N/A | 94 Rainbow Ln | Flowerbed | Front yard | Soil-Like | Surface soil | Field Sample | 8/14/2002 | PLM-VE | A | ND | ND |
| CS-04331-FG1 | N/A | 94 Rainbow Ln | Flowerbed | Front yard | Soil-Like | Surface soil | Field Sample | 8/14/2002 | PLM-Grav | B1 | TR | ND |
| CS-04332-C | N/A | 94 Rainbow Ln | Driveway | Front yard | Soil-Like | Surface soil | Field Sample | 8/14/2002 | PLM-Grav | A | ND | ND |
| CS-04332-FG1 | N/A | 94 Rainbow Ln | Driveway | Front yard | Soil-Like | Surface soil | Field Sample | 8/14/2002 | PLM-VE | A | ND | ND |
| CS-12662-FG1  CS-04330 | N/A | 94 Rainbow Ln | Yard | Back yard | Soil-Like | Surface soil | Prep Duplicate | 8/14/2002 | PLM-VE | A | ND | ND |

LocationPropertyGroupDesc Value: LIKE "94 Rainbow"

EPALIB001941



EPALIB001958



EPALIB001959

9/8/2006, 10:00 AM

Page 3 of 5

Bulk

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

Criteria:

EPALIB001960

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

Water

Page 4 of 5

EPALIB001961

9/6/2006, 10:00 AM

Soil-Like & Sediment

Page 5 of 5

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

| Sample ID | | Address | | | | | | Date | Method | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CS-00550-C | N/A | 1770 Highway 2 W | Driveway | Driveway | Soil-Like | Surface soil | Field Sample | 6/18/2002 | PLM-Grav | A | ND | ND |
| CS-00550-FG | N/A | 1770 Highway 2 W | Driveway | Driveway | Soil-Like | Surface soil | Field Sample | 6/18/2002 | PLM-VE | A | ND | ND |
| CS-00551-C | N/A | 1770 Highway 2 W | Flowerbed | Front yard | Soil-Like | Surface soil | Field Sample | 6/18/2002 | PLM-Grav | A | ND | ND |
| CS-00551-FG | N/A | 1770 Highway 2 W | Flowerbed | Front yard | Soil-Like | Surface soil | Field Sample | 6/18/2002 | PLM-VE | A | ND | ND |
| CS-00552-C | N/A | 1770 Highway 2 W | Yard | Back, front, side yard | Soil-Like | Surface soil | Field Sample | 6/18/2002 | PLM-Grav | A | ND | ND |
| CS-00552-FG | N/A | 1770 Highway 2 W | Yard | Back, front, side yard | Soil-Like | Surface soil | Field Sample | 6/18/2002 | PLM-VE | A | ND | ND |
| CS-00553-C | N/A | 1770 Highway 2 W | Yard | Side yard | Soil-Like | Surface soil | Field Sample | 6/18/2002 | PLM-Grav | A | ND | ND |
| CS-00553-FG | N/A | 1770 Highway 2 W | Yard | Side yard | Soil-Like | Surface soil | Field Sample | 6/18/2002 | PLM-VE | A | ND | ND |

LocationInspectsyBsomghsec values: LIKE "1770 Highway 2 W"

EPALIB001962



5/11/2006, 4:06 PM

Bulk

Page 2 of 5

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Sums, Re-count Different, Verified Analysis, etc.



Criteria:

EPALIB001986

Page 3 of 6

Water

9/11/2006, 4:06 PM

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

EPALIB001987

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

| Sample ID | Address | Room / Structure | Sample Type | Material Sampled | Sample Type | Date | | |
|---|---|---|---|---|---|---|---|---|
| CS-15506 | 18191 Highway 2 S | | | | N/A | | | |
| CS-15507 | 18191 Highway 2 S | House | Ground floor | Dust | High traffic area | Field Sample | N/A | |
| CS-15508 | 18191 Highway 2 S | Hot Tub Shed | Ground floor | Dust | Horizontal surface & high traffic area | Field Sample | N/A | 6/9/2003 |
| CS-15509 | 18191 Highway 2 S | Shed | Ground floor | Dust | High traffic area | Field Sample | N/A | 6/9/2003 |
| CS-15510 | 18191 Highway 2 S | Garage | Ground floor | Dust | Horizontal surface & high traffic area | Field Sample | N/A | 6/9/2003 |
| CS-15511 | 18191 Highway 2 S | Pumphouse | Ground floor | Dust | Horizontal surface | Field Sample | N/A | 6/9/2003 |
| CS-15512 | 18191 Highway 2 S | Wood Shed | Ground floor | Dust | Horizontal surface | Field Sample | N/A | 6/9/2003 |

EPALIB001988

9/11/2006, 4:06 PM

Page 5 of 5

Soil-Like & Sediment

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

| Sample ID | | Property | Location | Location Description | | Detail | | Date | Method | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CS-13513-C | N/A | 3819 Highway 2 S | Yard | Front, side yard north | Soil-Like | Surface soil | Field Sample | 6/30/2003 | PLM-Grav | A | ND | ND |
| CS-13513-FG1 | N/A | 3819 Highway 2 S | Yard | Front, side yard north | Soil-Like | Surface soil | Field Sample | 6/30/2003 | PLM-VE | A | ND | ND |
| CS-13514-C | N/A | 3819 Highway 2 S | Yard | Back yard | Soil-Like | Surface soil | Field Sample | 6/30/2003 | PLM-Grav | A | ND | ND |
| CS-13514-FG1 | N/A | 3819 Highway 2 S | Yard | Back yard | Soil-Like | Surface soil | Field Sample | 6/30/2003 | PLM-VE | A | ND | ND |
| CS-13515-C | N/A | 3819 Highway 2 S | Flowerbed | Front yard | Soil-Like | Surface soil | Field Sample | 6/30/2003 | PLM-Grav | A | ND | ND |
| CS-13515-FG1 | N/A | 3819 Highway 2 S | Flowerbed | Front yard | Soil-Like | Surface soil | Field Sample | 6/30/2003 | PLM-VE | A | ND | ND |
| CS-13516-C | N/A | 3819 Highway 2 S | Driveway | Driveway North/South | Soil-Like | Surface soil | Field Sample | 6/30/2003 | PLM-Grav | A | ND | ND |
| CS-13516-FG1 | N/A | 3819 Highway 2 S | Driveway | Driveway North/South | Soil-Like | Surface soil | Field Sample | 6/30/2003 | PLM-VE | A | ND | ND |

Location/Property/Group Desc values: LINE "3819 Highway 2 S"

EPALIB001989

EPALIB002010



EPALIB002011