9/11/2006, 4:07 PM

Bulk

Page 3 of 5

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

Criteria:

EPALIB002012

Page 4 of 5

Water

9/11/2006, 4:07 PM

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

Criteria:

EPALIB002013

Page 5 of 5

Soil-Like & Sediment

9/11/2006, 4:07 PM

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

| Sample ID | Parent ID | Station Identification | Sample Used | Location Attribute (Free-Response) | Matrix | Surface soil | Category | Sample Date | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CS-06325-C | N/A | 418 Indian Head Rd | Yard | Front, side yard | Soil-Like | Surface soil | Field Sample | 9/10/2002 | PLM-Grav | A | ND | ND |
| CS-06325-FG | N/A | 418 Indian Head Rd | Yard | Front, side yard | Soil-Like | Surface soil | Field Sample | 9/10/2002 | PLM-VE | A | ND | ND |
| CS-06326-C | N/A | 418 Indian Head Rd | Yard | Back yard | Soil-Like | Surface soil | Field Sample | 9/10/2002 | PLM-Grav | A | ND | ND |
| CS-06326-FG | N/A | 418 Indian Head Rd | Yard | Back yard | Soil-Like | Surface soil | Field Sample | 9/10/2002 | PLM-VE | A | ND | ND |

LocationPropertyGroupDesc values: LIKE '418 Indian Head%'

EPALIB002014



EPALIB002031

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

Page 2 of 5

EPALIB002032

9/11/2006, 4:09 PM

Page 3 of 5

Bulk

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.



Criteria:

Water

9/15/2006, 4:09 PM

Page 4 of 5

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Sums, Re-count Different, Verified Analysis, etc.

Criteria:

EPALIB002034

9/11/2006, 4:09 PM

Soil-Like & Sediment

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

| Sample ID | | Property Address | Location | Location Description | Sub-Material | Material Class | Sample Type | Date | Method | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CS-14580-C | N/A | 162 Farm to Market Rd | Yard | Front, side yard | Soil-Like | Surface soil | Field Sample | 7/25/2003 | PLM-Grav | A | ND | ND |
| CS-14580-FG | N/A | 162 Farm to Market Rd | Yard | Front, side yard | Soil-Like | Surface soil | Field Sample | 7/25/2003 | PLM-VE | A | ND | ND |
| CS-14701-C | N/A | 162 Farm to Market Rd | Yard | Back yard | Soil-Like | Surface soil | Field Sample | 7/25/2003 | PLM-Grav | A | ND | ND |
| CS-14701-FG | N/A | 162 Farm to Market Rd | Yard | Back yard | Soil-Like | Surface soil | Field Sample | 7/25/2003 | PLM-VE | A | ND | ND |
| CS-14702-C | N/A | 162 Farm to Market Rd | Flowerbed | Back, front yard | Soil-Like | Surface soil | Field Sample | 7/25/2003 | PLM-Grav | A | ND | ND |
| CS-14702-FG | N/A | 162 Farm to Market Rd | Flowerbed | Back, front yard | Soil-Like | Surface soil | Field Sample | 7/25/2003 | PLM-VE | A | ND | ND |
| CS-14703-C | N/A | 162 Farm to Market Rd | Garden | Back yard | Soil-Like | Surface soil | Field Sample | 7/25/2003 | PLM-Grav | A | ND | ND |
| CS-14703-FG | N/A | 162 Farm to Market Rd | Garden | Back yard | Soil-Like | Surface soil | Field Sample | 7/25/2003 | PLM-VE | A | ND | ND |
| CS-14704-FG | cs-14703 | 162 Farm to Market Rd | Garden | Back yard | Soil-Like | Surface soil | Field Duplicate | 7/25/2003 | PLM-VE | A | ND | ND |

Location/Project/Compliance Values: LTGX "162 Farm to Market"

EPALIB002035

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION 8
999 18TH STREET, SUITE 300
DENVER, CO 80202

CONSENT FOR ENTRY AND ACCESS TO PROPERTY

Name: *Carol Mc allister*

BD- 003224
/so 11/9/02

Address: _____

Phone: *293-3435*

Address of Property for which consent for entry and access is being granted:
*3518 Hwy 2 South*

Relationship to property: *Owner*
(i.e., owner, tenant, etc.)

I, the undersigned, am the owner, their representative, or otherwise control the real property at the location described above. The Environmental Protection Agency (EPA) has requested entry and access to my property pursuant to its response and enforcement responsibilities under the Comprehensive Environmental Response, Compensation and Liability Act as amended (Superfund), 42 U.S.C. 9601 et seq.

I consent to officers, employees, and authorized representatives of the EPA, including their authorized contractors, entering and having continued access to my property for the following purposes:

1. Visually inspecting the property, including the interior and exterior of any home or any other structures on the property;

2. the taking of such soil, bulk, or dust samples as may be determined to be necessary;

3. the taking of actions to mark or temporarily cover exposed vermiculite.

This written permission is given by me voluntarily with knowledge of my right to refuse and without threats or promises of any kind. I certify that this Consent for Entry and Access is entered into voluntarily and constitutes an unconditional consent and grant of permission for access to the property by officers, employees, and authorized representatives of EPA at reasonable times.

*11-9-02*
Date

*Carol McAllister*
Signature

EPALIB002046



EPALIB002088



EPALIB002089

9/15/2006, 4:14 PM

Bulk

Page 3 of 5

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

Criteria:

EPALIB002090

Water

9/11/2006, 4:14 PM

Page 4 of 5

Notes: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Different, Verified Analysis, etc.

Soil-Like & Sediment

9/11/2006, 4:14 PM

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

| Sample ID | Part ID | Serial ID | Property Group (Location) | Sample Group | Location Description (Sub Location) | Media Type | Matrix | Category | Sample Date | Method | PLM A (%) | A Grain | Lab (A) (%) | Lab (CH) (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CS-14585-FG | | N/A | 390 Autumn Rd | House | Back, front, side yard, small fenced in area | Soil-Like | Surface soil | Field Sample | 7/23/2003 | PLM-VE | A | ND | ND | ND |
| CS-14586-C | | N/A | 390 Autumn Rd | Driveway | Driveway, common driveway | Soil-Like | Surface soil | Field Sample | 7/23/2003 | PLM-Grav | A | ND | ND | ND |
| CS-14586-FG | | N/A | 390 Autumn Rd | Driveway | Driveway, common driveway | Soil-Like | Surface soil | Field Sample | 7/23/2003 | PLM-VE | A | ND | ND | ND |

*LocationPropertyGroupDesc values: LIKE "390 Autumn%"*

EPALIB002092

9/11/2006, 4:14 PM

Bulk

Page 1 of 5

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

Criteria:

EPALIB002136

Page 2 of 5

Water

9/11/2006, 4:14 PM

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

Note: This report contains all Lab QC results, such as those associated with Lab Blank, Lab Duplicate, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

EPALIB002138



EPALIB002139

Page 5 of 5

Soil-Like & Sediment

9/11/2006, 4:14 PM

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

| Sample ID | Owner | Project Address | Sample Area | Sample Location Description | Soil-Like | Sample Type | Date | Method | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1D-03915-FG1 | N/A | 1021 Main Ave | Yard | South side yard | Surface soil | Soil-Like | Field Sample | 10/25/2005 | PLM-VE | B1 | TR | ND |
| 1D-03916-FG1 | N/A | 1021 Main Ave | Yard | North side yard | Surface soil | Soil-Like | Field Sample | 10/25/2005 | PLM-VE | A | ND | ND |
| 1D-03917-FG1 | N/A | 1021 Main Ave | Yard | North half back yard | Surface soil | Soil-Like | Field Sample | 10/25/2005 | PLM-VE | B1 | TR | ND |
| 1D-03918-FG1 | N/A | 1021 Main Ave | Yard | South half back yard | Surface soil | Soil-Like | Field Sample | 10/25/2005 | PLM-VE | B1 | TR | ND |
| 1D-03919-FG1 | N/A | 1021 Main Ave | Flowerbed | Front yard | Surface soil | Soil-Like | Field Sample | 10/25/2005 | PLM-VE | A | ND | ND |
| 1D-03920-FG1 | N/A | 1021 Main Ave | Flowerbed | South side yard | Surface soil | Soil-Like | Field Sample | 10/25/2005 | PLM-VE | A | ND | ND |
| 1D-03721-FG1 | N/A | 1021 Main Ave | Flowerbed | Back yard | Surface soil | Soil-Like | Field Sample | 10/25/2005 | PLM-VE | B1 | TR | ND |
| 1D-04620-FG1 | N/A | 1021 Main Ave | Flowerbed | Front yard, whiskey barrels (planters) | Surface soil | Soil-Like | Field Sample | 3/15/2006 | PLM-VE | A | ND | ND |
| CS-13222-C | N/A | 1021 Main Ave | Yard | Front, side yard | Surface soil | Soil-Like | Field Sample | 6/27/2003 | PLM-Grav | A | ND | ND |
| CS-13222-FG1 | N/A | 1021 Main Ave | Yard | Front, side yard | Surface soil | Soil-Like | Field Sample | 6/27/2003 | PLM-VE | A | ND | ND |
| CS-13223-FG1 | N/A | 1021 Main Ave | Flowerbed | Back yard | Surface soil | Soil-Like | Field Sample | 6/27/2003 | PLM-Grav | B1 | TR | ND |
| CS-13224-C | N/A | 1021 Main Ave | Flowerbed | Back yard | Surface soil | Soil-Like | Field Sample | 6/27/2003 | PLM-Grav | A | ND | ND |
| CS-13224-FG1 | N/A | 1021 Main Ave | Flowerbed | Back, side, front yard | Surface soil | Soil-Like | Field Sample | 6/27/2003 | PLM-VE | B1 | TR | ND |
| CS-13225-C | N/A | 1021 Main Ave | Flowerbed | Back, side, front yard | Surface soil | Soil-Like | Field Sample | 6/27/2003 | PLM-Grav | A | ND | ND |
| CS-13225-FG1 | N/A | 1021 Main Ave | Flowerbed | Back, side, front yard | Surface soil | Soil-Like | Field Sample | 6/27/2003 | PLM-VE | B1 | TR | ND |

Location/Property/Group/Desc Values: LIKE "1021 Main*"

EPALIB002140



EPALIB002170

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Sizes, Re-count Different, Verified Analysis, etc.

EPALIB002171

9/11/2006, 4:17 PM

Bulk

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

Criteria:

EPALIB002172

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

EPALIB002173

Page 5 of 5

Soil-Like & Sediment

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

| Sample ID | Sample | Location/Address | Sample Area | Location Description | Matrix | Section | Category | Date | Method | A | ND |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CS-00295-FG | N/A | 3441 Farm to Market Rd | Yard | Back, front, side yard | Soil-Like | Surface soil | Field Sample | 10/10/2002 | PLM-VE | A | ND |
| CS-00296-C | N/A | 3441 Farm to Market Rd | Yard | Back, front, side yard | Soil-Like | Surface soil | Field Sample | 10/10/2002 | PLM-Grav | A | ND |
| CS-00296-FG | N/A | 3441 Farm to Market Rd | Yard | Back, front, side yard | Soil-Like | Surface soil | Field Sample | 10/10/2002 | PLM-VE | A | ND |
| CS-00297-C | N/A | 3441 Farm to Market Rd | Flowerbed | Front yard | Soil-Like | Surface soil | Field Sample | 10/10/2002 | PLM-Grav | A | ND |
| CS-00297-FG | N/A | 3441 Farm to Market Rd | Flowerbed | Front yard | Soil-Like | Surface soil | Field Sample | 10/10/2002 | PLM-VE | A | ND |
| CS-00298-FG | N/A | 3441 Farm to Market Rd | Garden | Side yard | Soil-Like | Surface soil | Field Sample | 10/10/2002 | PLM-VE | A | ND |
| CS-00299-C | N/A | 3441 Farm to Market Rd | Driveway | Front yard | Soil-Like | Surface soil | Field Sample | 10/10/2002 | PLM-Grav | A | ND |
| CS-00299-FG | N/A | 3441 Farm to Market Rd | Driveway | Front yard | Soil-Like | Surface soil | Field Sample | 10/10/2002 | PLM-VE | A | ND |

LocationInspectyGroupDesc Values: LIKE "3441 Farm to Market"

EPALIB002174

9/11/2006, 4:17 PM



BD· 003832

# UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
## REGION 8
### 999 18TH STREET, SUITE 300
### DENVER, CO·80202

## CONSENT FOR ENTRY AND ACCESS TO PROPERTY

Name: _Mike Noble_

Address: _6797 Farm to Market Rd._    cell 293-0611

Phone: _293-7376_

Address of Property for which consent for entry and access is being granted:

_208 W. Spruce St._

Relationship to property: _owner_
(i.e., Owner, tenant, etc.)

I, the undersigned, am the owner, their representative, or otherwise control the real property at the location described above. The Environmental Protection Agency (EPA) has requested entry and access to my property pursuant to its response and enforcement responsibilities under the Comprehensive Environmental Response, Compensation and Liability Act as amended (Superfund), 42 U.S.C. 9601 et seq.

I consent to officers, employees, and authorized representatives of the EPA, including their authorized contractors, entering and having continued access to my property for the following purposes:

1. Visually inspecting the property, including the interior and exterior of any home or any other structures on the property;

2. the taking of such soil, bulk, or dust samples as may be determined to be.necessary;

3. the taking of actions to mark or temporarily cover exposed vermiculite.

This written permission is given by me voluntarily with knowledge of my right to refuse and without threats or promises of any kind. I certify that this Consent for Entry and Access is entered into voluntarily and constitutes an unconditional consent and grant of permission for access to the property by officers, employees, and authorized representatives of EPA at reasonable times.

_7/31/03_

Date

_Michael Noble_

Signature

Libby Asbestos Initial Emergency Response
Residential (RES)
December 1999

| House Number | Owner | Address | COM Federal Sample ID | Sample Bag Number | Sample Date | Sample Time | Sample Location | Sample Depth (in.) | Sample Type | Number of Subsamples |
|---|---|---|---|---|---|---|---|---|---|---|
| 014 | Michael & Patty Noble | 6797 Farm to Market Road | LIB-RES-014-SO-Y1 | A0058 | 12/14/99 | 1000 | front yard (east end and south sides of house) | 0-2 | composite | 3 |
| 014 | Michael & Patty Noble | 6797 Farm to Market Road | LIB-RES-014-SO-Y2 | A0059 | 12/14/99 | 1005 | back yard (west side of house) | 0-2 | composite | 3 |
| 014 | Michael & Patty Noble | 6797 Farm to Market Road | LIB-RES-014-SO-D1 | A0060 | 12/14/99 | 1010 | gravel driveway from road to parking area | 0-2 | composite | 3 |
| 014 | Michael & Patty Noble | 6797 Farm to Market Road | LIB-RES-014-SO-D2 | A0061 | 12/14/99 | 1015 | gravel parking area near garage | 0-2 | composite | 3 |
| 014 | Michael & Patty Noble | 6797 Farm to Market Road | LIB-RES-014-SO-G1 | A0062 | 12/14/99 | 1020 | vegetable garden | 0-12 | composite | 3 |
| 014 | Michael & Patty Noble | 6797 Farm to Market Road | LIB-RES-014-SO-G2 | A0063 | 12/14/99 | 1025 | flower gardens | 0-12 | composite | 3 |
| 014 | Michael & Patty Noble | 6797 Farm to Market Road | LIB-RES-014-SO-P | A0064 | 12/14/99 | 1030 | play areas | 0-2 | composite | 3 |

LIB = Libby
RES = residential
SO = soil

EPALIB002219



EPALIB002256

9/11/2006, 4:19 PM

Page 2 of 5

Bulk

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

Criteria:

EPALIB002257

5/10/2006, 4:19 PM

Water

Page 3 of 5

Note: This report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

Page 4 of 5

Air, Dust (PCM & AHERA-ASTM)

Note: The report (excludes all Lab QC results, such as those associated with Lab Blank, Lab Duplicate, Re-Preparation, Re-count Stats, Re-count Different, Verified Analysis, etc.

EPALIB002259