Soil-Like & Sediment

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

| Sample ID | Parent ID | Scenario | Property Group (Location) | Sample Location | Location Description (Sublocation) | Media Type | Media Sub Type | Category | Sample Date | Lab Method | PLM | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Layers1 | LA | OVA |
| CS-04141-C | | N/A | 320 Shalom Dr | Yard | Front yard | Soil-Like | Surface soil | Field Sample | 8/12/2002 | PLM-Grav | A | ND | ND |
| CS-04141-FG | | N/A | 320 Shalom Dr | Yard | Front yard | Soil-Like | Surface soil | Field Sample | 8/12/2002 | PLM-VE | A | ND | ND |
| CS-04142-FG | | N/A | 320 Shalom Dr | Yard | Back, side yard | Soil-Like | Surface soil | Field Sample | 8/12/2002 | PLM-VE | A | ND | ND |
| CS-04143-C | | N/A | 320 Shalom Dr | Flowerbed | Front yard | Soil-Like | Surface soil | Field Sample | 8/12/2002 | PLM-Grav | A | ND | ND |
| CS-04143-FG | | N/A | 320 Shalom Dr | Flowerbed | Front yard | Soil-Like | Surface soil | Field Sample | 8/12/2002 | PLM-VE | A | ND | ND |
| CS-04144-C | | N/A | 320 Shalom Dr | Flowerbed | Back, front, side yard | Soil-Like | Surface soil | Field Sample | 8/12/2002 | PLM-Grav | A | ND | ND |
| CS-04144-FG | | N/A | 320 Shalom Dr | Flowerbed | Back, front, side yard | Soil-Like | Surface soil | Field Sample | 8/12/2002 | PLM-VE | A | ND | ND |
| CS-04145-C | | N/A | 320 Shalom Dr | Garden | Backyard | Soil-Like | Surface soil | Field Sample | 8/12/2002 | PLM-Grav | A | ND | ND |
| CS-04145-FG | | N/A | 320 Shalom Dr | Garden | Backyard | Soil-Like | Surface soil | Field Sample | 8/12/2002 | PLM-VE | A | ND | ND |
| CS-12315-C | | N/A | 320 Shalom Dr | Driveway 1 | Driveway | Soil-Like | Surface soil | Field Sample | 6/7/2003 | PLM-Grav | A | ND | ND |
| CS-12315-FG1 | | N/A | 320 Shalom Dr | Driveway 1 | Driveway | Soil-Like | Surface soil | Field Sample | 6/7/2003 | PLM-VE | B1 | TR | ND |

*LocationPropertyGroupDesc values: LIKE "320 Shalom"*

EPALIB002260



Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Sizes, Re-count Different, Verified Analysis, etc.

EPALIB002284



EPALIB002285

9/11/2006, 4:20 PM

Bulk

Page 2 of 5

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.



Criteria:

EPALIB002286

Page 4 of 8

9/14/2006, 4:25 PM

Water

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Sums, Re-count Different, Verified Analysis, etc.

Page 5 of 5

Soil-Like & Sediment

9/11/2006, 4:20 PM

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

| Sample Number | Sample Prep | Property Location | Sample Area | Sample Location (Description) | Sample Matrix | Surface soil | Category | Date | Method | Result | ND |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CS-07190-C | N/A | 10553 Highway 37 N | Yard | Side yard | Soil-Like | Surface soil | Field Sample | 9/16/2002 | PLM-Grav | < | ND |
| CS-07190-FG | N/A | 10553 Highway 37 N | Yard | Side yard | Soil-Like | Surface soil | Field Sample | 9/16/2002 | PLM-AE | < | ND |
| CS-07193-FG | N/A | 10553 Highway 37 N | Yard | Side yard | Soil-Like | Surface soil | Field Sample | 9/16/2002 | PLM-Grav | < | ND |
| CS-07191-C | N/A | 10553 Highway 37 N | Garden | Side yard | Soil-Like | Surface soil | Field Sample | 9/16/2002 | PLM-Grav | < | ND |
| CS-07191-FG | N/A | 10553 Highway 37 N | Garden | Side yard | Soil-Like | Surface soil | Field Sample | 9/16/2002 | PLM-AE | < | ND |
| CS-07191-FG | N/A | 10553 Highway 37 N | Garden | Side yard | Soil-Like | Surface soil | Field Sample | 9/16/2002 | PLM-AE | < | ND |
| CS-07193-FG CS-07191 | N/A | 10553 Highway 37 N | Garden | Side yard | Soil-Like | Surface soil | Field Duplicate | 9/16/2002 | PLM-AE | < | ND |
| CS-07193-FG CS-07191 | N/A | 10553 Highway 37 N | Garden | Side yard | Soil-Like | Surface soil | Field Duplicate | 9/16/2002 | PLM-AE | < | ND |
| CS-07192-C | N/A | 10553 Highway 37 N | Driveway | Back, front, side yard | Soil-Like | Surface soil | Field Sample | 9/16/2002 | PLM-Grav | < | ND |
| CS-07193-FG | N/A | 10553 Highway 37 N | Driveway | Back, front, side yard | Soil-Like | Surface soil | Field Sample | 9/16/2002 | PLM-AE | < | ND |
| CS-07193-FG | N/A | 10553 Highway 37 N | Driveway | Back, front, side yard | Soil-Like | Surface soil | Field Sample | 9/16/2002 | PLM-AE | < | ND |

LocationProperty#10553 Desc values:  LIDS "10553 Highway 37N"

EPALIB002288



EPALIB002311

9/11/2006, 4:22 PM

Bulk

Page 2 of 5

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

Criteria:

EPALIB002312



EPALIB002313

Note: The report excludes all Lab QC results, such as those associated with Lab Blank, Lab Duplicate, Re-Preparation, Re-count Slide, Re-count Different, Verified Analysis, etc.

9/12/2006, 2:35 PM

Page 2 of 5

Bulk

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

Criteria:

EPALIB002345

5/12/2006, 2:38 PM

Water

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

EPALIB002346

Page 4 of 5

Air, Dust (PCM & AHERA-ASTM)

Note: The report contains all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Sites, Re-count Different, Verified Analysis, etc.

| Sample | Address | Structure | Location | Surface | Sample Type | | Date | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-39101 | 1881 Highwood Dr | | | | NA | | | | | | | | | | | | | | | | |
| 10-39102 | 1881 Highwood Dr | Shed | floor (detached), ground floor concrete floor | Horizontal surface & high traffic area | Field Sample | NA | 300 | 6/6/2006 | | 332 | <332 | 332 | <332 | 332 | <332 | 332 | <332 | 332 | <332 | 0 | 0 |
| CS-19566 | 1881 Highwood Dr | House | Ground floor | Horizontal surface | Field Sample | NA | 300 | 8/25/2006 | | 332 | <332 | 332 | <332 | 332 | <332 | 332 | <332 | 332 | <332 | 0 | 0 |
| CS-19567 | 1881 Highwood Dr | House | Ground floor | High traffic area | Field Sample | NA | 300 | 8/25/2006 | | 332 | <332 | 332 | <332 | 332 | <332 | 332 | <332 | 332 | <332 | 0 | 0 |
| CS-19568 | 1881 Highwood Dr | Shed | Ground floor | Horizontal surface & high traffic area | Field Sample | NA | 300 | 8/25/2006 | | 946 | <946 | 946 | <946 | 946 | <946 | 946 | <946 | 946 | <946 | 0 | 0 |
| CS-15510 | 1881 Highwood Dr | Shed | Ground floor | Horizontal surface & high traffic area | Field Sample | NA | 300 | 8/25/2006 | | 946 | <946 | 946 | <946 | 946 | <946 | 946 | <946 | 946 | <946 | 0 | 0 |

EPALIB002347

9/12/2006, 2:35 PM

Page 5 of 5

Soil-Like & Sediment

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

| SampleID | Operation | PropertyAddress | LocationDesc | SecondaryLocationDesc | MaterialDesc | Material | SampleType | Date | Analysis | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ID-06193-FG1 | N/A | 188 Highwood Dr | Yard | Back yard between back fence & alley | Soil-Like | Surface soil | Field Sample | 6/6/2006 | PLM/VE | A | ND | | ND |
| CS-04243-FG | N/A | 188 Highwood Dr | Yard | Front yard | Soil-Like | Surface soil | Field Sample | 8/12/2002 | PLM/VE | A | ND | | TR |
| CS-04244-FG | N/A | 188 Highwood Dr | Yard | Back yard | Soil-Like | Surface soil | Field Sample | 8/12/2002 | PLM/VE | A | ND | | ND |
| CS-04245-FG | N/A | 188 Highwood Dr | Flowerbed | Front yard | Soil-Like | Surface soil | Field Sample | 8/12/2002 | PLM/VE | A | ND | | ND |
| CS-04246-FG | N/A | 188 Highwood Dr | Garden | Back yard | Soil-Like | Surface soil | Field Sample | 8/12/2002 | PLM/VE | A | ND | | ND |

LocationPropertyGroupDesc values: LIKE "188 Richwood"

EPALIB002348

Form No. _000063_

# LIBBY MONTANA SITE INVESTIGATION
## PHASE 1 BACKGROUND INFORMATION FIELD FORM

Field Logbook No.: _100022_    Page No.: _70_    Site Visit Date: _1/16/02_
Address: _2498 Highway 2 South_
Occupant: _Libby Floors and Decors_    Phone Number: _293-7215_
Owner (if different than Occupant): _—_    Phone Number: _—_
Sampling Team: _Tommy Cook (com) and Greg Papana_
_Dan Brossman_

| Data Item | Value | Notes |
|---|---|---|
| **HOUSE ATTRIBUTES** | | |
| Property Description | Residential   Industrial   (Commercial) | |
| Surrounding Land Use | Residential   Industrial   (Commercial)   School   Mining   Other:____ | |
| Year of Construction | _1968_   Unknown | |
| Square Footage | _7,200 total - 1,700 usable in B_ | |
| Construction Material | (Wood frame)   (Masonry/Stone)   Other:____ | |
| Number of Floors Above Ground | 1 (2) 3  Other:____ | |
| Number of Rooms Per Floor Above Ground | 1:___ 2:(3) 3:___  Other:____ | ①Main Room ②Show Room ③Furniture Room |
| Basement | (Yes)   No | Furniture Room |
| Heating Source | Wood/Coal   Electric (Propane/Gas)  Other:____ | |
| Heat Distribution | (Forced air)   Radiant   Other:____ | |
| **OCCUPANT INFORMATION** | | |
| Number of Adults/Employees | 1  2  3  (4)   5-15  16-20  21-30  >30 | |
| Number of Children | (0)  1  2  3  4   Other: DEC-1/6/02 | |
| Years at Location | <1  1-5  5-10 (10-15)(>15) | |

Page 1 of _5_

EPALIB002349

# PHASE 1 BACKGROUND INFORMATION FIELD FORM (continued)

Address: _____ 2498 Highway 25 _____

| Data Item | Value | Notes |
|---|---|---|
| Was the residence/building remodeled? | (Yes)    No<br><br>If yes,<br><br>When (years):    <2  2-5  >5<br><br>Where:  Attic    Living Areas<br><br>    Garage    Basement<br><br>Other: Add on Showroom | -1982 - Original Building Roof was replaced.<br>- 5,500 ft² of Showroom was Added |
| Has resident/business purchased any Libby vermiculite materials from W.R. Grace in the past? | Yes    (No) | |
| Has the property at this location been used for a for-profit enterprise of distributing, treating, storing, or disposing of Libby vermiculite? | Yes    (No) | |
| Has any occupant worked at the W.R. Grace mine and/or any former processing plant? | Yes    (No) | |
| Are there any know areas of exposed vermiculite? | Yes    (No)  NOTE  →<br><br>If yes,    Present:<br>Actual<br>Where:  Ceiling  (Walls)<br><br>    Floors    Attic<br><br>Other: _____ | Vermiculite is known to be in N, S, E walls of old (original) building. |
| **INDOOR ASSESSMENT** | | |
| Vermiculite Insulation and Estimated Volume (ft³) | Attic: _____    Yes (No) NA<br><br>Walls: _____    (Yes) No NA<br><br>Basement: _____    Yes (No) NA<br><br>Crawl Space: _____    Yes (No) NA<br><br>Other: _____ | - Verified that no vermiculite is present in ceiling but owner - vermiculite is present in walls. |
| Evidence of Physical Damage? | Yes    (No) | |
| Evidence of Water Damage? | Yes    (No) | |

Page 2 of 5

EPALIB002350

# PHASE 1 BACKGROUND INFORMATION FIELD FORM (continued)

Address: _____ 7498 Hwy 2 S

| Data Item | Value | Notes |
|---|---|---|
| Degree of Accessibility of ACM? | (Difficult)  Moderate   Easy<br><br>— ENCAPSULATED IN WALLS, No VISIBLE LEAKAGE UPON INSPECTION. | Description of access required<br><br>Number of attic accesses _____ |

## OUTDOOR ASSESSMENT

| | | |
|---|---|---|
| Vermiculite Material and Estimated Volume (ft³)<br><br>NA | Garden: _____   Yes  No  NA<br>Yard: _____   Yes  No  NA<br>Stockpiles: _____   Yes  No  NA<br>Other: _____ | KNOWN OUTSIDE. |
| Degree of Accessibility of ACM? | Difficult   Moderate   Easy<br><br>NO SOIL TEST VERMICULITE | Description of access required |

## EXPOSURE ASSESSMENT

| | | |
|---|---|---|
| Type and Frequency of Activity Near Vermiculite Material - Indoor | Frequency:   (Once a day)<br>Once a week<br>Once a month<br>Once a year | |
| | Duration of Contact:   <1 hour<br>1-2 hours<br>2-4 hours<br>(>4 hours) | |
| | Extent of Contact:   Heavy<br>Moderate<br>(Light) | → ENCAP. IN WALLS |

Page 3 of 5

EPALIB002351

# PHASE 1 BACKGROUND INFORMATION FIELD FORM (continued)

Address: _____ 2498 Hwy 2 S

| Data Item | Value | | Notes |
|---|---|---|---|
| Type and Frequency of Activity Near Vermiculite Material - Outdoor | Frequency: | Once a day<br>Once a week<br>Once a month<br>Once a year | |
| | Duration of Contact: | <1 hour<br>1-2 hours<br>2-4 hours<br>>4 hours | |
| | Extent of Contact: | Heavy<br>Moderate<br>Light | |

## RECOMMENDED REMOVAL ACTION

| Indoor | | | |
|---|---|---|---|
| | Attic: | Yes  No  NA | |
| | Wall: | Yes  No  NA | |
| | Basement: | Yes  No  NA | |
| | Other:_____ | Yes  No  NA | |
| Outside | | | |
| | Garden: | Yes  No  NA | |
| | Flower Bed: | Yes  No  NA | |
| | Yard: | Yes  No  NA | |
| | Stockpiles: | Yes  No  NA | |
| | Shed/Water Pump House: | Yes  No  NA | |
| | Other:_____ | Yes  No  NA | |

## ADDITIONAL INFORMATION

_____
_____
_____
_____
_____
_____
_____

Page 4 of ___5___

# FIELD DIAGRAM OF HOUSE

Floor of House (circle):  (First)    Second    Third    (Basement)

Include approximate dimensions of rooms and floor covering type. Use more than one diagram if needed.

Scale: 1/16" = 1 foot



N

FURNITURE ROOM

STORAGE/OFFICE

BASEMENT

SHOW ROOM

ORIGINAL BUILDING

MAIN ROOM

1 = 2 FT²

MAIN ENTRANCE

5 of 5

EPALIB002353

BD 000518

So
6/13/02

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION 8
999 18TH STREET, SUITE 300
DENVER, CO 80202

CONSENT FOR ENTRY AND ACCESS TO PROPERTY

Name:       *Marie Parker*

Address:    *Check Exchange*
            *102 E. 9th St.*                    Phone: *293 6768*

Address of Property for which consent for entry and access is being granted:

Relationship to property: *Owner*
(i.e., owner, tenant, etc.)

I, the undersigned, am the owner, their representative, or otherwise control the real property at the location described above. The Environmental Protection Agency (EPA) has requested entry and access to my property pursuant to its response and enforcement responsibilities under the Comprehensive Environmental Response, Compensation and Liability Act as amended (Superfund), 42 U.S.C. 9601 et seq.

I consent to officers, employees, and authorized representatives of the EPA, including their authorized contractors, entering and having continued access to my property for the following purposes:

1.    Visually inspecting the property, including the interior and exterior of any home or any other structures on the property;

2.    the taking of such soil, bulk, or dust samples as may be determined to be necessary;

3.    the taking of actions to mark or temporarily cover exposed vermiculite.

This written permission is given by me voluntarily with knowledge of my right to refuse and without threats or promises of any kind. I certify that this Consent for Entry and Access is entered into voluntarily and constitutes an unconditional consent and grant of permission for access to the property by officers, employees, and authorized representatives of EPA at reasonable times.

_6/13/02_                   *Marie Parker*
Date                        Signature

EPALIB002371

BD- 000518

S06/13/02    TL 2/10/04

## LIBBY ASBESTOS PROJECT
### Contaminant Screening Study
Primary Structure and Property Assessment Information Field Form

Field Logbook No.: _100063_     Page No.: _110_     Site Visit Date: _6/13/02_
Address: _102 East Ninth St._     Structure Description: _Loan Office_
Occupant: _Check Exchange_     Phone Number: _293-6768_
Owner (if different than occupant): _Marie Parker_     Phone Number: _293-4949_
Sampling Team: _Shawn Oliveira COM, Bob Purtee_
Field Form Check Completed by (100% of forms): _Bob Purtee COM_
Screening Field Check Completed by (2% of forms): _____

| Data Item | Value | Notes |
|---|---|---|
| **HOUSE ATTRIBUTES** | | |
| Property Description | Residential   Industrial   (Commercial) | |
| Surrounding Land Use | Residential   Industrial   (Commercial)<br>School      Mining<br>Other:_____ | — |
| Year of Construction | _____   (Unknown) | |
| Square Footage | 1500 ft² | |
| Construction Material | Wood frame   (Masonry/Stone)<br>Other:_____ | |
| Number of Floors Above Ground | (1)  2  3  Other:_____ | — |
| Number of Rooms Per Floor Above Ground | 1:_3_  2:____  3:____<br>Other:_____ | |
| Basement | (Yes)        No | — |
| Heating Source | Wood/Coal   Electric   Propane/Gas<br>Other: _O.l_ | |
| Heat Distribution | (Forced air)   Radiant<br>Other:_____ | — |

Page 1 of _7_

EPALIB002372

CSS INFORMATION FIELD FORM (continued)

Address: _102 East Ninth St._

BD# _000878_
515
_TL 2/10/01_

| Data Item | Value | Notes |
|---|---|---|
| OCCUPANT INFORMATION | | |
| Number of Adults/Employees | 1   (2)   3   ,   4<br><br>5-15   16-20   21-30   >30 | |
| Number of Children | 0   (1)   2   3   4<br><br>Other:_____ | 6 weeks old |
| Years at Location | <1   (1-5)   5-10   10-15   >15 | 2-3 years |
| Was the residence/building remodeled? | Yes   (No)<br><br>If yes,<br><br>When (years):   <2   2-5   >5<br><br>Where:  Attic   Living Areas<br><br>Garage   Basement<br><br>Other:_____ | |
| Has resident/business purchased any Libby vermiculite materials from W.R. Grace in the past? | Yes   (No) | |
| Has the property at this location been used for a for-profit enterprise of distributing, treating, storing, or disposing of Libby vermiculite? | Yes   (No) | |
| Are there any known areas of exposed vermiculite? | (Yes)   No<br><br>If yes,<br><br>Where:  Ceiling   Walls<br><br>Floors   (Attic)<br><br>Other:_____ | |

Page 2 of _7_

EPALIB002373

CSS INFORMATION FIELD FORM (continued)

Address: _102 East Ninth St._

BD# 002578    515
(illegible) 2/10/04

| Data Item | Value | Notes |
|---|---|---|
| **INDOOR ASSESSMENT** | | |
| Vermiculite Insulation Past or Present | Attic:  (Yes)  No  NA <br> Walls:  Yes  (No)  NA <br> Basement:  Yes  (No)  NA <br> Crawl Space:   Yes  No  (NA) <br> Other:_____ | Visual confirmation of current presence or absence required for attic. <br> _Vermiculite present above ceiling - Refer to Additional Information Pg 5._ |
| Evidence of Physical Damage? | Yes          (No) | |
| Evidence of Water Damage? | Yes          (No) | |
| Evidence of vermiculite used in building materials? | Yes          (No) | |
| **OUTDOOR ASSESSMENT** | | |
| Libby Amphibole Sources Present | Garden:     Yes   No  (NA) <br> Yard:       Yes  (No)  NA <br> Stockpiles:   Yes   No  (NA) <br> Other:_____ | |
| Proximity to Other Properties with Potential Sources of Libby Amphiboles | Next door <br><br> Within same block <br><br> Other:_____ _NA_ | |

EPALIB002374

CSS INFORMATION FIELD FORM (continued)

Address: 102 East Ninth St.

BD# 000573

515
12/10/04

| Data Item | Value | | Notes |
|-----------|-------|---|-------|
| **EXPOSURE ASSESSMENT** | | | |
| Type and Frequency of Activity Near Vermiculite Material - Indoor | Frequency: | (Once a day) / Once a week / Once a month / Once a year | Vermiculite leaking from several areas in hallways, exposure is based on contact with leaking material. Attic is not used or accessed. |
| | Duration of Contact: | (<1 hour) / 1-2 hours / 2-4 hours / >4 hours | |
| | Extent of Contact: | Heavy / Moderate / (Light) | — |
| Type and Frequency of Activity Near Vermiculite Material - Outdoor | Frequency: | (NA) Once a day / Once a week / Once a month / Once a year | No observable vermiculite |
| | Duration of Contact: | (NA) <1 hour / 1-2 hours / 2-4 hours / >4 hours | |
| | Extent of Contact: | (NA) Heavy / Moderate / Light | — |

EPALIB002375

**CSS INFORMATION FIELD FORM (continued)**

Address: _102 East Ninth St_                    BD# _000578_    51S
                                                         7L-2/10/04

| Data Item | Value | Notes |
|---|---|---|
| CONTAMINANT SCREENING STUDY ASSESSMENT | | |
| *Occupant Information* | | |
| Is there any knowledge of former miners, close relative of miners, or any highly exposed persons living or visiting the property? | Yes    (No)    Unknown | |
| Is the resident, past or present, diagnosed with an asbestos related disease? | Yes    (No)    Unknown | |
| *Indoor Information* | | |
| Does the interior have Zonolite attic insulation? | (Yes)    No    Unknown | |
| Did the interior ever have Zonolite attic insulation? | (Yes)    No    Unknown | |
| Are there vermiculite additives in any of the building materials? | Yes    (No)    Unknown | |
| *Outdoor Information* | | |
| Is there any evidence of primary source materials near the property? | Yes    (No)    Unknown | |
| Could this have been tracked indoors or otherwise spread outdoors on the property? | Yes    (No)    Unknown | |
| *Overall Assessment* | | |
| Are primary source materials present at the property? | Yes    (No)  MS 06.20.04 | |
| Where are primary source materials located? | (Inside)    Outside    Both    (NA) MS 06.20.04 | |

ADDITIONAL INFORMATION _1 of 4 businesses in building, vermiculite present_
_above ceiling_ 5061BP2 _in the western 1/2 of the building, and appears_
_to be leaking in several areas. Attic is open over the entire building_
_and has strong air circulation due to several attic fans, rest of attic_
_is extremely dusty._

EPALIB002376

CSS INFORMATION ~~~~ . ~~~~ (~~~~)

Address: _102 East Ninth St._                    BD# _00258_ 515
                                                 TZ 2/10/01

### FIELD DIAGRAM OF PROPERTY

Identify important features (i.e. drainage, trees, gardens, suspected Libby amphibole source areas, sample locations, etc).

NOT TO SCALE



Page 3 of 7

EPALIB002377

CSS INFORMATION FIELD FORM (continued)

Address: _102 East Ninth St._

BD# _000518_
515
TL 2/10/04

### FIELD DIAGRAM OF PRIMARY STRUCTURE

Floor of house (circle):    First    Second    Third    Basement

Include approximate dimensions of rooms and floor covering type. Use more than one diagram if needed.

Scale: 1/10" = 1 foot



EPALIB002378





9/12/2006, 4:45 PM

Bulk

Page 3 of 5

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.



Criteria:

EPALIB002414

Water

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation Re-count Same, Re-count Different, Verified Analysis, etc.

Page 4 of 5

EPALIB002415

9/12/2006, 4:45 PM

Soil-Like & Sediment

Note: The report excludes all Lab QC results, such as those associated with Lab Blanks, Lab Duplicates, Re-Preparation, Re-count Same, Re-count Different, Verified Analysis, etc.

| | | | | | | Surface soil | Field Sample | 8/20/2002 | PLM-Grav | A | ND | ND | ND |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CS-04794-C | N/A | 3606 W. 2nd St Ext | Patio | Back yard | Soil-Like | | | | | | | | |

Location:Property:Group:Desc values: LIST "3606 W. 2nd St"

EPALIB002416

# TABLE 1

·CDM Response to EPA Request for Information related to Subpoena in a Chapter 11 Case, Issued by the US District Court of Colorado
February 5, 2007
CDM Project Manager: Jeff Montera (720-264-1116)
CDM Preparer: Terry Crowell (405-293-6595 x36)

| Provided Owner Name | Owner Name per EPA records, if other than provided | Provided Address | Address per EPA records, if other than provided | City | Status |
|---|---|---|---|---|---|
| Bauer, George James | Sprague, Robert | 203 E. Spruce St | | Libby | remediation performed |
| Cole, Eddy J. | | 902 E. Lincoln Blvd | | Libby | remediation performed |
| Garrison, Charlene M. | | 392 Garrison Rd | | Troy | some investigation performed |
| Hansen, Sally A. | | 416 W. 4th St | | Libby | remediation performed |
| Hedahl, Keith | | 94 Rainbow Ln | | Libby | additional investigation |
| Lehnert, Arnold | | 420 Indianhead Rd | 420 Indian Head Rd | Libby | additional investigation |
| Nelson, Barbara Sue | | 1021 Main Ave | | Libby | additional investigation |
| Noble, Michael Calvin | | 208 W. Spruce St | | Libby | additional investigation |
| H & R Block | Comeau, Tracy | 609 E. 9th St | | Libby | remediation performed |
| Parker, Melvin George | | 5000 Highway 37 N | | Libby | remediation performed |
| Wagner, John | Spencer, Barbara A. | 188 Highwood Dr | | Libby | additional investigation |
| Wagner, Michael | Wagner, Michael | 3696 2nd St Ext | 3696 W. 2nd St Ext | Libby | additional investigation |

EPALIB002417



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
REGION 8
999 18TH STREET - SUITE 300
DENVER, CO  80202-2466
Phone 800-227-8917
http://www.epa.gov/region08

Ref:    8EPR

November 9, 2006

Myra Cole
902 East Lincoln Boulevard
Libby, MT 59923

RE: EPA Cleanup at 902 East Lincoln Boulevard, Libby, Montana 59923

      The U.S. Environmental Protection Agency (EPA) has completed a cleanup under emergency response authority at the property referenced above.  The cleanup was conducted pursuant to the Action Memorandum Amendment dated May 9, 2002 for the Libby Asbestos Site. A copy of the Removal and Restoration Completion Form for this property is enclosed for reference and details the specific actions that were taken.  EPA has issued a No Action Assurance which addresses any liability for the costs of the cleanups performed at homes in Libby.  That document is available at the EPA Information Center.

      Visual inspections were conducted and confirmation samples were collected after the cleanup to ensure that cleanup standards were achieved.  Sampling typically includes interior air samples of the buildings and/or samples of outdoor soils in areas of concern.  Analysis of samples for this property shows that the property meets EPA's current cleanup goals for Libby amphibole asbestos contamination set forth in EPA's Action Level and Clearance Criteria Technical Memorandum (December 15, 2003) for the Libby Asbestos Site.  EPA's work at your property has significantly reduced any potential sources of exposure that you or others at that property may have had.

      In many circumstances vermiculite insulation or Libby asbestos-containing soil or materials was removed.  EPA may have chosen to leave these materials in place if they were located in inaccessible areas and not likely to be disturbed.  These areas typically include spaces within walls, below carpets, outdoor soils below hard, improved surfaces such as driveways or foundations, or outdoor soils deeper than twelve to eighteen inches.  In most cases, with the exception of walls, EPA did not inspect or sample in such areas.  If you plan to disturb, or accidentally encounter, vermiculite or Libby asbestos containing materials, you should read and follow EPA guidance.  This guidance can be obtained at the EPA Information Center at 501 Mineral Ave. in Libby.  A database documenting areas where contamination was left in place is maintained by EPA.

      Very low, often immeasurable, levels of Libby asbestos may remain in soil, indoor dust, fabrics, upholstery, and carpets.  Residents can further protect themselves by taking simple precautions found in EPA guidance, including the use of HEPA-filter equipped vacuum cleaners.  EPA will provide each property owner a HEPA vacuum upon completion of cleanup.

EPALIB002504

EPA's investigations and cleanup addressed amphibole asbestos that is related to the former Libby vermiculite mine and did not address other types of asbestos. There are several potential asbestos-containing materials commonly found in older homes across the country. This letter makes no statement or inferences regarding these materials.

At this time, EPA considers the specific response actions taken at this property complete and does not anticipate that additional cleanup measures will be necessary for those areas that have been addressed. However, EPA continues to work on a Baseline Risk Assessment (BRA) that will provide information concerning the health risks posed to residents in Libby, both before and after cleanup actions have been taken. EPA has not yet set final cleanup levels for the Libby Asbestos Site. This will occur when EPA completes a final Record of Decision. The Record of Decision may present a different approach to cleanup at the Libby Asbestos Site. If this results in a need for additional sampling or cleanup at this property, the property owner will be contacted.

EPA appreciates your assistance with our work. Please keep this letter with your important papers for future reference. A copy should be passed to the new property owner if the property is sold. If you have any questions, please contact the EPA Information Center at (406) 293-6194 or the Lincoln County Department of Environmental Health at (406) 293-7781.

Sincerely,

Paul Peronard
EPA Team Leader



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
REGION 8
999 18TH STREET - SUITE 300
DENVER, CO  80202-2466
Phone 800-227-8917
http://www.epa.gov/region08

Ref:    8EPR

November 10, 2006

Joe Hansen
416 West 4th Street
Libby, MT 59923

RE: EPA Cleanup at 416 West 4th Street, Libby, Montana 59923

The U.S. Environmental Protection Agency (EPA) has completed a cleanup under emergency response authority at the property referenced above.  The cleanup was conducted pursuant to the Action Memorandum Amendment dated May 9, 2002 for the Libby Asbestos Site.  A copy of the Removal and Restoration Completion Form for this property is enclosed for reference and details the specific actions that were taken.  EPA has issued a No Action Assurance which addresses any liability for the costs of the cleanups performed at homes in Libby.  That document is available at the EPA Information Center.

Visual inspections were conducted and confirmation samples were collected after the cleanup to ensure that cleanup standards were achieved.  Sampling typically includes interior air samples of the buildings and/or samples of outdoor soils in areas of concern.  Analysis of samples for this property shows that the property meets EPA's current cleanup goals for Libby amphibole asbestos contamination set forth in EPA's Action Level and Clearance Criteria Technical Memorandum (December 15, 2003) for the Libby Asbestos Site.  EPA's work at your property has significantly reduced any potential sources of exposure that you or others at that property may have had.

In many circumstances vermiculite insulation or Libby asbestos-containing soil or materials was removed.  EPA may have chosen to leave these materials in place if they were located in inaccessible areas and not likely to be disturbed.  These areas typically include spaces within walls, below carpets, outdoor soils below hard, improved surfaces such as driveways or foundations, or outdoor soils deeper than twelve to eighteen inches.  In most cases, with the exception of walls, EPA did not inspect or sample in such areas.  If you plan to disturb, or accidentally encounter, vermiculite or Libby asbestos containing materials, you should read and follow EPA guidance.  This guidance can be obtained at the EPA Information Center at 501 Mineral Ave. in Libby.  A database documenting areas where contamination was left in place is maintained by EPA.

Very low, often immeasurable, levels of Libby asbestos may remain in soil, indoor dust, fabrics, upholstery, and carpets.  Residents can further protect themselves by taking simple precautions found in EPA guidance, including the use of HEPA-filter equipped vacuum cleaners.  EPA will provide each property owner a HEPA vacuum upon completion of cleanup.

EPA's investigations and cleanup addressed amphibole asbestos that is related to the former Libby vermiculite mine and did not address other types of asbestos. There are several potential asbestos-containing materials commonly found in older homes across the country. This letter makes no statement or inferences regarding these materials.

At this time, EPA considers the specific response actions taken at this property complete and does not anticipate that additional cleanup measures will be necessary for those areas that have been addressed. However, EPA continues to work on a Baseline Risk Assessment (BRA) that will provide information concerning the health risks posed to residents in Libby, both before and after cleanup actions have been taken. EPA has not yet set final cleanup levels for the Libby Asbestos Site. This will occur when EPA completes a final Record of Decision. The Record of Decision may present a different approach to cleanup at the Libby Asbestos Site. If this results in a need for additional sampling or cleanup at this property, the property owner will be contacted.

EPA appreciates your assistance with our work. Please keep this letter with your important papers for future reference. A copy should be passed to the new property owner if the property is sold. If you have any questions, please contact the EPA Information Center at (406) 293-6194 or the Lincoln County Department of Environmental Health at (406) 293-7781.

Sincerely,

Paul Peronard
EPA Team Leader

EPALIB002700



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
REGION 8
999 18TH STREET - SUITE 500
DENVER, CO  80202-2466
Phone 800-227-8917
http://www.epa.gov/region08

April 25, 2005

Ref:    8EPR-SR

George Bauer
203 E. Spruce St
Libby, MT 59923

RE: EPA Cleanup at 203 E. Spruce St, Libby, Montana 59923

The U.S. Environmental Protection Agency (EPA) has completed a cleanup under emergency response authority at the property referenced above. The cleanup was conducted pursuant to the Action Memorandum Amendment dated May 9, 2002 for the Libby Asbestos Site. A signed copy of the Removal and Restoration Completion Form for this property is enclosed for reference and details the specific actions that were taken. There is no financial liability to the property owner or renter of this property, either current or future.

Visual inspections were conducted and confirmation samples were collected after the cleanup to ensure that cleanup standards were achieved. Sampling typically includes interior air samples of the buildings and/or samples of outdoor soils in areas of concern. Analysis of samples for this property showed that Libby amphibole asbestos was not detected, or was detected at levels below EPA's current level of concern. The property meets EPA's current standards for protectiveness of human health for Libby amphibole asbestos contamination set forth in EPA's Action Level and Clearance Criteria Technical Memorandum (December 15, 2003) for the Libby Asbestos Site.

In most circumstances vermiculite or Libby asbestos-containing soil or materials were removed. EPA may have chosen to leave these materials in place if they were located in inaccessible areas and not likely to be disturbed. These areas typically include spaces within walls, below carpets, outdoor soils below hard, improved surfaces such as driveways or foundations, or outdoor soils deeper than twelve to eighteen inches. In most cases, EPA did not inspect or sample in such areas. If you plan to disturb, or accidentally encounter, vermiculite or Libby asbestos containing materials, you should read and follow EPA guidance. This guidance can be obtained at the EPA Information Center at 501 Mineral Ave. in Libby. A database documenting areas where contamination was left in place will be maintained by EPA.

Very low, often immeasurable, levels of Libby asbestos may remain in soil, indoor dust, fabrics, upholstery, and carpets. Current EPA risk assessments suggest that these circumstances do not pose a significant health risk. However, residents can further protect themselves by


Printed on Recycled Paper

taking simple precautions found in EPA guidance, including the use of HEPA-filter equipped vacuum cleaners. EPA will provide each property owner a HEPA vacuum upon completion of cleanup.

EPA's investigations and cleanup addressed amphibole asbestos that is related to the former Libby vermiculite mine and did not address other types of asbestos. There are several potential asbestos-containing materials commonly found in older homes across the country. This letter makes no statement or inferences regarding these materials.

At this time, EPA considers cleanup of this property complete and does not anticipate that additional cleanup measures will be required. However, EPA and others continue to investigate the health effects of Libby asbestos. Cleanup levels and approaches may be adjusted in the future as new information and data becomes available. EPA has not yet set final cleanup levels for the Libby Asbestos Site. This will occur when EPA publishes a final Record of Decision. If this results in a need for additional sampling or cleanup at this property, the property owner will be contacted. Again, the likelihood of this occurring is low.

EPA appreciates your assistance with our work. Please keep this letter with your important papers for future reference. A copy should be passed to the new property owner if the property is sold. If you have any questions, please contact the EPA Information Center at (406) 293-6194 or the Lincoln County Department of Environmental Health at (406) 293-7781.

Sincerely,

Jim Christiansen
Remedial Project Manager

EPALIB003054