IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 16th day of February, 2007, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**APPENDIX TO RULE 1006 SUMMARIES WITH INFORMATION ATTACHED**

_(signature)_
James E. O'Neill (Bar No. 4042)

91100-001\DOCS_DE:125027.15

**PD Claimants First Class Service List**
Case No. 01-01139 (JKF)
Document No. 125217
33 – First Class Mail

**First Class Mail**
P. Brosnahan, Esquire
Pillsbury Winthrop LLP
P.O. Box 7880
San Francisco, CA 94120-7880

**First Class Mail**
Avrum J Rosen, Esquire
38 New St.
Huntington, NY 11743

**First Class Mail**
Robert C McCall, Esquire
Baggett McCall & Burgess
3006 Country Club Rd
Lake Charles, LA 70605

**First Class Mail**
Fred H Sutherland, Esquire
Beard & Sutherland
400 Travis St. Ste. 1610
Shreveport, LA 71101-5564

**First Class Mail**
William L Adams, Esquire
County Of Sonoma Office Of County Counsel
575 Administration Dr Rm 105a
Santa Rosa, CA 95403

**First Class Mail**
Martin Dies, Esquire
Dies & Hile LLP
1601 Rio Grande Suite 330
Austin, TX 78701

**First Class Mail**
Jack A Grant, Esquire
Grant & Barrow
238 Huey P Long Ave.
Gretna, LA 70054

**First Class Mail**
Steven Mandelsberg, Esquire
Hahn & Hessen, LLP
488 Madison Avenue
New York, New York 10022

**First Class Mail**
Kenneth F Sills, Esquire
Hammonds & Sills Quad
1111 S. Foster Dr. Ste. C
Baton Rouge, LA 70806

**First Class Mail**
Steven E Crick, Esquire
Humphrey Farrington & Mcclain
221 W. Lexington Suite 400
Independence, MO 64051

**First Class Mail**
Joseph Digiuseppe, Esquire
Law Department City Of Philadelphia One Parkway
1515 Arch St. 15th Flr.
Philadelphia, PA 19102

**First Class Mail**
Tom Lewis, Esquire
Lewis & Slovak PC
725 3rd Ave North
Great Falls, MT 59403

**First Class Mail**
Anne McGinness Kearse, Esquire
James M. Hughes, Esquire
Motley Rice LLC
28 Bridgeside Blvd
Mount Pleasant, SC 29464

**First Class Mail**
William R Wittenberg
6110 Panorama Dr NE
Tacoma, WA 98422

**First Class Mail**
John Michael Belferman
21600 Beallsville Road
Barnesville, MD 20838

**First Class Mail**
Jamie Guevara Shartzer
24172 Zorro Ct
Hayward, CA 94541

**First Class Mail**
Woodbury Place Apartments LTD
3942 Pleasure Hill
San Antonio, TX 78229

**First Class Mail**
Ronald Alan Skarie
7623 W Ryan Rd
Franklin, WI 53132

**First Class Mail**
Kenneth D Smith
1711 Milton Manor Dr
El Cajon, CA 92021

**First Class Mail**
First Presbyterian Church
516 12th Street
Dawson, MN 56232

**First Class Mail**
Clifford M Spingler
1233 Nw 199th Pl
Shoreline, WA 98177

**First Class Mail**
Virginia L Thrasher
3460 Pheasant Ct
Decatur, GA 30034

**First Class Mail**
Fanette L Stewart
621 East 40th Ave
Spokane, WA 99203

**First Class Mail**
Allegheny Center Associates
One And Two Allegheny Center
Pittsburgh, PA 15212

**First Class Mail**
Dale M Johnson
4974 N. Fresno St., Suite 526
Fresno, CA 93726

**First Class Mail**
Steven Davis, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
3 Mill Road, Suite 306A
Wilmington, DE 19806

**First Class Mail**
D. Alexander Barnes, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
1617 John F. Kennedy Blvd.
One Penn Center, 19th Floor
Philadelphia, PA 19103-1895

**First Class Mail**
Edward J Westbrook, Esquire
Richardson Patrick Westbrook & Brickman LLC
1037 Chuck Dawley Blvd. Bldg. A
Mount Pleasant, SC 29464

**First Class Mail**
Joseph Schwartz, Esquire
Riker Danzig Scherer Hyland & PC
Headquarters Plaza
One Speedwell Ave
Morristown, NJ 07962

**First Class Mail**
Richard L Stoper Jr. , Esquire
Rotatori Bender Gragel Stoper & Alexander
Co LPA
800 Leader Bldg
526 Superior Ave E
Cleveland, OH 44114-1498

**First Class Mail**
Daniel A Speights, Esquire
Speights & Runyan
200 Jackson Ave East
Hampton, SC 29924

**First Class Mail**
Scott L. Baena, Esquire
Jay Sakalo, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131