IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| W. R. GRACE & CO., *et al.*, ) | Case No. 01-1139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |

## AMENDED NOTICE OF DEPOSITION AND SUBPOENA

To:   All Parties on the Attached Service List

**PLEASE TAKE NOTICE** that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, made applicable by Rules 7030 and 9016 of the Federal Rules of Bankruptcy Procedure, the United States District Court for the Southern District of Mississippi issued a subpoena for the corporate representative of N&M, Inc. as described in the original subpoena (which is attached hereto). This subpoena was served on December 9, 2005. The subpoena originally required the corporate representative of N&M, Inc. to appear, with certain requested documents, and testify for deposition on December 19, 2005.

The originally scheduled deposition did not go forward as noticed. The deposition has since been rescheduled for Tuesday, February 27, 2007 at 9:00 a.m. The deposition will occur at the law offices of Carr, Allison, Pugh, Howard, Oilver & Sisson, P.C., 6251 Monroe Street, Suite 200, Daphne, AL 36526. This location was selected with the consent of counsel for the witness in order to accommodate the place of residence of the witness.

**TAKE FURTHER NOTICE** that the deposition shall be conducted before a person duly authorized to administer oaths in the relevant jurisdiction and will continue day-to-day until concluded. Testimony shall be taken by stenographic means and will also be recorded by sound-and-visual means. Counsel for parties to the above-captioned matter and the underlying Bankruptcy case pending in the United States Bankruptcy Court for the District of Delaware are invited to attend and to cross-examine.

Dated: February 19, 2007

                Respectfully submitted,

                KIRKLAND & ELLIS LLP
                David M. Bernick
                Ellen Therese Ahern
                Salvatore F. Bianca
                200 East Randolph Drive
                Chicago, IL 60601
                Telephone:  (312) 861-2000
                Facsimile:  (312) 861-2200

                KIRKLAND & ELLIS LLP
                Barbara Harding
                David E. Mendelson
                Brian T. Stansbury
                Amanda C. Basta
                655 Fifteenth Street, NW
                Washington, D.C. 20005
                Telephone:  (202) 879-5000
                Facsimile:  (202) 879-5200

                and

                PACHULSKI STANG ZIEHL YOUNG
                JONES & WEINTRAUB LLP

                */s/ Laura Davis Jones*
                Laura Davis Jones (Bar No. 2436)
                James E. O'Neill (Bar No. 4042)
                919 N. Market Street, 17th Floor
                Wilmington, Delaware 19801
                Telephone (302) 778-6407
                Telefax (302) 652-4400