# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 13406 |

## NOTICE OF INTENTION TO TAKE THE DEPOSITION OF
## TIM VANDER WOOD (MVA SCIENTIFIC CONSULTANTS)

To: Asbestos Property Damage Claimants and Their Attorneys:

PLEASE TAKE NOTICE that the Debtors will take the deposition upon oral examination of Tim Vander Wood of MVA Scientific Consultants, before a person authorized to administer oaths, at the offices of Ogletree Deakins, 600 Peachtree Street, NE, Suite 2100, Atlanta, Georgia 30308, on Thursday, February 22, 2007 commencing at 10:00 AM and continuing from day to day until complete. Mr. Vander Wood will answer such questions as are propounded to him concerning his product identification work for Claimant, State of California, Department of General Services. Said deposition is to be reported by a member of Brown Reporting, and may be used at trials and/or hearings in this case.

Counsel is hereby invited to appear and take such part in the examination as may be proper.

Dated: February 19, 2007

KIRKLAND & ELLIS LLP

David M. Bernick, P.C.
Janet S. Baer
Lisa G. Esayian
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

and

PGHLIB-1995080.1

PACHULSKI STANG ZIEHL YOUNG,
JONES & WEINTRAUB LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100

Co-Counsel for the Debtors and
Debtors in Possession

-2-

PGHLIB-1895080.1