FILED

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

2007 FEB 20 AM 10:08

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., et al. | : | Case No.: 01-1139 (JFK) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

## MOTION FOR LEAVE OF COUNSEL FOR CREDITOR TRUMBULL MEMORIAL HOSPITAL (CLAIM # 7028) TO APPEAR BY TELEPHONE

COMES NOW Asbestos Property Damage Claimant Trumbull Memorial Hospital, Claim Number 7028 (hereafter "Trumbull"), by and through its undersigned counsel, Kenneth B. McClain and Steven E. Crick, Humphrey, and moves this Court for leave to appear by telephone for the Hearings Regarding Objections to Asbestos Property Damage Claims in the above-captioned matter, scheduled for February 21, 2007 at 9:00 a.m. (EST). In support of its Motion, Trumbull shows the Court the following:

(1)    Both Kenneth B. McClain and Steven E. Crick, counsel for Trumbull, are in trial in the case of *Commonwealth of Pennsylvania et al. v. United States Mineral Products Company, Certainteed Corporation, Courtaulds Aerospace, Inc., Chemrex, Inc., Philips Electronics North America Corporation, Advance Transformer Company, and Monsanto Company*, No. 284M.D.1990, currently pending in Easton, Pennsylvania, and that trial is reasonably expected to continue past February 21, 2007.

(2)    Mr. Crick, counsel for Trumbull, has spoken with counsel for Debtor W. R. Grace & Co., at Kirkland & Ellis, LLP, and has been assured that they have no objection to counsel for Creditor Trumbull appearing by telephone.

WHEREFORE, Creditor, Trumbull Memorial Hospital, prays this Court enter an Order granting its counsel leave to appear via telephone for the Hearings Regarding Objections to Asbestos Property Damage Claims scheduled on February 21, 2007 at 9:00 a.m. (EST).

Respectfully submitted,

HUMPHREY, FARRINGTON & McCLAIN, P.C.

/s/ Steven Crick
Kenneth B. McClain
Steve Crick
J'Nan Kimak Judy
221 West Lexington, Suite 400
Independence, Missouri 64050
Telephone: (816) 836-5050
Facsimile: (816) 836-8966

ATTORNEYS FOR TRUMBULL MEMORIAL HOSPITAL

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via the ECF system on all counsel of record this 16th day of February, 2007, and with email copies to:

Lisa G. Esayian
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois 60601
E-Mail: lesayian@kirkland.com


/s/ Steve Crick
ATTORNEYS FOR CLAIMANT TRUMBULL
MEMORIAL HOSPITAL