## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| W. R. GRACE & CO., et al. | : | Case No.: 01-1139 (JFK) |
| Debtors. | : | Jointly Administered |

### ORDER

This Court, being advised of the premises, hereby grants Asbestos Property Damage Claimant Trumbull Memorial Hospital's (Claim Number 7028) Motion for Leave to Appear by Telephone for the Hearings Regarding Objections to Asbestos Property Damage Claims in the above-captioned matter, scheduled for February 21, 2007 at 9:00 a.m. (EST).

Dated: _____    _____

JUDGE