IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | Re: Docket Nos. 13406, 13744 and 14122 |
|  | ) |  |

## CLAIMANTS REPRESENTED BY THE LAW FIRM OF DIES & HILE L.L.P.'S SUPPLEMENTAL SUBMISSION OF EXPERT REPORTS REGARDING THE SCHEDULE FOR THE ADJUDICATION OF PRODUCT IDENTIFICATION ISSUES, AS DESCRIBED IN THE 15TH OMNIBUS OBJECTIONS

In accordance with the Court's Amended Order Setting Various Deadlines Regarding Objections to Asbestos Property Damage Claims, dated October 13, 2006 (D.I. 13406), Claimants represented by the Law Firm of Dies & Hile, L.L.P. (the "D&H PD Claimants") [1] hereby submit their Supplemental Submission of Expert Reports Regarding the Schedule for the Adjudication of Product Identification Issues, as Described in the 15th Omnibus Objections, and state as follows:

I.

On December 21, 2006, the D&H PD Claimants filed their Submission of Expert Reports, and Identification of Any Additional Fact Witnesses and General Subject Matter of Testimony Regarding the Schedule for the Adjudication of Product Identification Issues, as Described in the 15th Omnibus Objections (the "D&H PD Claimants' Original Submission of

---

[1] The Asbestos Property Damage Claimants represented by the law firm of Dies & Hile, L.L.P., on whose behalf this Supplemental Submission of Expert Reports Regarding the Schedule for the Adjudication of Product Identification Issues, as Described in the 15th Omnibus Objections is served, include the following: State of Arizona; State of Arkansas; State of Connecticut; State of Oklahoma; State of Oregon; City of Amarillo, Texas; City of Houston, Texas; Coleman Housing Authority; El Paso County, Texas; Harlingen Housing Authority; Sabine River Authority of Texas; City of Phoenix, Arizona; City of Tucson, Arizona; Maricopa County, Arizona; Cook County, Illinois; City of Eugene, Oregon; Eastern Oregon University; Oregon Health & Science University; Oregon State University; Portland State University; Southern Oregon University; University of Oregon; Western Oregon University; Six Hundred Building Ltd.; BNC Forum LP Texas Limited Partnership; and EPEC Realty, Inc.

PID Expert Reports"; D.I. 14122), which is incorporated herein as if fully set forth herein. In said Submission, the D&H PD Claimants reference each specific MAS product identification report that has been filed in the claim files of the D&H PD Claimants. Counsel for the D&H PD Claimants have recently discovered that due to clerical errors, nine (9) MAS product identification reports that were filed with the Claims Agent were inadvertently not specifically referenced in the D&H PD Claimants' Original Submission of PID Expert Reports. Each of these nine MAS reports (relating to Claim Nos. 12722, 5657, 5654, 6073, 5674, 5676, 5665, and 5689/5690) were filed with Debtors' Claims Agent in 2003, along with the related Proofs of Claim. Moreover, all MAS reports pertaining to the D&H PD Claimants' buildings at issue that have been filed with the Claims Agent, including the nine referenced MAS reports, have previously been provided to counsel for Debtors. Accordingly, this supplemental submission does include the nine referenced MAS reports that were inadvertently not referenced in the D&H PD Claimants' Original Submission of PID Expert Reports, and the Debtors are not prejudiced by the filing of this supplemental submission. The nine MAS product identification reports hereby submitted as product identification reports by reference are as follows:

A.   STATE OF ARKANSAS:

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 12722 | Conway Develop. Ctr. – Classroom No.6 & No.8 | 3/7/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

B. **EL PASO COUNTY, TEXAS:**

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 5657 | EL PASO COUNTY TEXAS - Landmark Building | 6/18/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

C. **CITY OF PHOENIX, ARIZONA:**

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 5654 | CITY OF PHOENIX, ARIZONA - Civic Center North Plaza & parking Garage | 1/6/003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

D. **MARICOPA COUNTY, ARIZONA:**

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 6073 | MARICOPA COUNTY, ARIZONA - - West Courts Building | 3/21/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

E.  **STATE OF OREGON - OREGON STATE UNIVERSITY:**

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 5674 | OREGON - OREGON STATE UNIVERSITY - Kerr Administration Building | 12/19/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

F.  **STATE OF OREGON - PORTLAND STATE UNIVERSITY:**

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 5676 | OREGON - PORTLAND STATE UNIVERSITY - Neuberger Hall | 1/12/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS.<br><br>3/7/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

G.  **STATE OF OREGON - UNIVERSITY OF OREGON:**

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 5665 | OREGON - UNIVERSITY OF OREGON - Oregon Hall | 12/19/2002 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Monokote-3, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

H.  SIX HIUNDRED BUILDING, LTD:

| CLAIM # | ENTITY NAME / BUILDING NAME | DESCRIPTION OF REPORT |
|---|---|---|
| 5689 5690 | 600 BUILDING LTD. - 600 Building | 3/21/2003 MAS Report and backup data, prepared by Dr. William E. Longo, Ph.D., which identifies W.R. Grace Zonolite Acoustical Plastic, together with all bulk sample, chain of custody, and other associated documentation regarding the samples analyzed by MAS. |

II.

The D&H PD Claimants reserve the right to supplement this submission with any pending product identification reports or other documentation that is pending at this time, and further to call any expert or fact witnesses designated by any other party in this matter. Further, in the event that the D&H PD Claimants have inadvertently failed to include reference to a product identification report and/or such other product identification documentation that has been, or will be filed with the Claims Agent, the D&H PD Claimants reserve the right to supplement this submission and designation.

DATED: February 20, 2007

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:    (302) 654-0248
Facsimile:     (302) 654-0728
Email:          loizides@loizides.com

- and -

Martin W. Dies, Esquire
DIES & HILE, L.L.P.
1009 Green Avenue
Orange, TX  77630
Telephone:   (409) 883-4394
Facsimile:   (409) 883-4814
Email:       mwdies@aol.com

*Counsel for the Dies & Hile Asbestos Property Damage Claimants*