IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related to Docket No. 14603** |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 19th day of February, 2007, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**Amended Notice of Deposition and Subpoena**

Dated: February 20, 2007

/s/ James E. O'Neill
James E. O'Neill (Bar No. 4042)

91100-001\DOCS_DE:125027.15

Grace Core Group Fax Service List
Case No. 01-1139 (JKF)
February 20, 2007
Document # 111590

*Facsimile 302-426-9947*
Mark T. Hurford, Esquire
Marla Rosoff Eskin, Esquire
Matthew G. Zaleski, III, Esquire
(Counsel for Asbestos Personal Injury Claimants)

*Facsimile 302-658-6548*
Mark D. Collins, Esquire
(Counsel for The Chase Manhattan Bank)

*Facsimile 312-861-2200*
Janet S. Bear, Esquire
(Counsel to Debtor)

*Facsimile 302-658-6395*
Steven M. Yoder, Esquire
(Local Counsel to DIP Lender)

*Facsimile 302-573-6497*
David Klauder, Esquire
(United States Trustee)

*Facsimile 410-531-4545*
Mark Shelnitz
(W. R. Grace & Co.)

*Facsimile 212-644-6755*
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
(Official Committee of Personal Injury Claimants)

*Facsimile 212-806-6006*
Lewis Kruger, Esquire
(Official Committee of Unsecured Creditors)

*Facsimile 305-374-7593*
Scott L. Baena, Esquire
(Official Committee of Property Damage Claimants)

*Facsimile 212-715-8000*
Philip Bentley, Esquire
(Counsel for Equity Committee)

*Facsimile 312-993-9767*
J. Douglas Bacon, Esquire
(Counsel to DIP Lender)

*Facsimile 302-657-4901*
Michael R. Lastowski, Esquire
(Counsel to Official Committee of Unsecured Creditors)

*Facsimile 973-424-2001*
William S. Katchen, Esquire
(Counsel to the Official Committee of Unsecured Creditors)

*Facsimile 302-552-4295*
Teresa K.D. Currier, Esquire
(Counsel to the Equity Committee)

*Facsimile 202-429-3301*
Peter Van N. Lockwood, Esquire
Albert G. Lauber, Esquire
Nathan D. Finch, Esquire
Max C. Heerman, Esquire
(Counsel for Asbestos Personal Injury Claimants)

*Facsimile 302-655-4210*
John C. Phillips, Jr., Esquire
(Counsel to David T. Austern as Future Claimants' Representative)

*Facsimile 202-339-8500*
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Matthew W. Cheney, Esquire
(Counsel to David T. Austern as Future Claimants' Representative)

*Facsimile 302-575-1714*
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
(Counsel for Property Damage Claimants)

*Facsimile 312-861-2200*
David M. Bernick, Esquire
Ellen Therese Ahern, Esquire
Kirkland & Ellis LLP

*Facsimile 202-879-5200*
Barbara Harding, Esquire
David E. Mendelson, Esquire
Brian T. Stansbury, Esquire
Amanda C. Basta, Esquire
Kirkland & Ellis LLP