THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

Pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby withdraws with prejudice its proof of claim against W.R. Grace & Company filed in Case No. 01-01140, on June 6, 2001, proof of claim numbered 140 in the amount of $587,762.25. No adversary proceeding has been filed against this claimant; and the claimant has not voted on a plan or otherwise participated significantly in this case.

February 14, 2007
Date

_____ / Day Pitney LLP
Authorized Signature/ Title   Attorneys for Creditor

General Electric Capital Corp.
Creditor Name

7 Times Square
Address

New York, NY 10036-7311
City, State, Zip Code

(212) 297-5800
Telephone Number