IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related to Docket No. 14605** |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 19th day of February, 2007, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**Reply in Support of Debtors' Agreed Motion for Entry of an Order Confirming that Deposition Testimony of Dr. Philip H. Lucas is Not Within the Scope of the Health Insurance Portability and Accountability Act**

Dated: February 20, 2007

_____
James E. O'Neill (Bar No. 4042)

91100-001\DOCS_DE:125027.15

Grace Core Group Fax Service List
Case No. 01-1139 (JKF)
February 20, 2007
Document # 111590

*Facsimile 302-426-9947*
Mark T. Hurford, Esquire
Marla Rosoff Eskin, Esquire
Matthew G. Zaleski, III, Esquire
(Counsel for Asbestos Personal Injury Claimants)

*Facsimile 302-658-6548*
Mark D. Collins, Esquire
(Counsel for The Chase Manhattan Bank)

*Facsimile 312-861-2200*
Janet S. Bear, Esquire
(Counsel to Debtor)

*Facsimile 302-658-6395*
Steven M. Yoder, Esquire
(Local Counsel to DIP Lender)

*Facsimile 302-573-6497*
David Klauder, Esquire
(United States Trustee)

*Facsimile 410-531-4545*
Mark Shelnitz
(W. R. Grace & Co.)

*Facsimile 212-644-6755*
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
(Official Committee of Personal Injury Claimants)

*Facsimile 212-806-6006*
Lewis Kruger, Esquire
(Official Committee of Unsecured Creditors)

*Facsimile 305-374-7593*
Scott L. Baena, Esquire
(Official Committee of Property Damage Claimants)

*Facsimile 212-715-8000*
Philip Bentley, Esquire
(Counsel for Equity Committee)

*Facsimile 312-993-9767*
J. Douglas Bacon, Esquire
(Counsel to DIP Lender)

*Facsimile 302-657-4901*
Michael R. Lastowski, Esquire
(Counsel to Official Committee of Unsecured Creditors)

*Facsimile 973-424-2001*
William S. Katchen, Esquire
(Counsel to the Official Committee of Unsecured Creditors)

*Facsimile 302-552-4295*
Teresa K.D. Currier, Esquire
(Counsel to the Equity Committee)

*Facsimile 202-429-3301*
Peter Van N. Lockwood, Esquire
Albert G. Lauber, Esquire
Nathan D. Finch, Esquire
Max C. Heerman, Esquire
(Counsel for Asbestos Personal Injury Claimants)

*Facsimile 302-655-4210*
John C. Phillips, Jr., Esquire
(Counsel to David T. Austern as Future Claimants' Representative)

*Facsimile 202-339-8500*
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Matthew W. Cheney, Esquire
(Counsel to David T. Austern as Future Claimants' Representative)

*Facsimile 302-575-1714*
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
(Counsel for Property Damage Claimants)

*Facsimile 312-861-2200*
David M. Bernick, Esquire
Ellen Therese Ahern, Esquire
Kirkland & Ellis LLP

*Facsimile 202-879-5200*
Barbara Harding, Esquire
David E. Mendelson, Esquire
Brian T. Stansbury, Esquire
Amanda C. Basta, Esquire
Kirkland & Ellis LLP

W.R. Grace et al.
Case No. 01-1139 (JKF)
Document No. 125247
06 -Electronic Delivery


*Electronic Delivery - Julia_Johnston@deb.uscourts.gov*
Julia Johnston
Courtroom Deputy

*Electronic Delivery – pvnl@capdale.com; ndf@capdale.com*
Peter Van N. Lockwood, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005


*Electronic Delivery - mhurford@camlev.com*
(Counsel to Asbestos PI Committee)
Mark Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, #300
Wilmington, DE 19801

*Electronic Delivery - jbaer@kirkland.com; sbianca@kirkland.com*
(Counsel to Debtor)
Janet S. Baer, Esquire
Salvatore Bianca
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601