# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | Related # 14559 |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

I, Amanda M. Winfree, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, move for the admission *pro hac vice* of Gerald F. George, Esquire, of Pillsbury Winthrop Shaw Pittman, 50 Fremont Street, San Francisco, CA 94105-2228 (the "Admittee"), to represent claimant, Macerich Fresno Limited Partnership, in the above-captioned chapter 11 cases. The Admittee is admitted, practicing, and in good standing in the courts and jurisdictions set forth below.

| **COURT TO WHICH ADMITTED** | **DATE OF ADMISSION** |
|---|---|
| State of California | 1989 |
| State of Indiana | 1969 |
| District of Columbia | 1985 |

Dated: February 13, 2007

ASHBY & GEDDES, P.A.

/s/ AM Winfree
William P. Bowden (I.D. #2553)
Amanda M. Winfree (I.D. #4615)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

*Counsel for Macerich Fresno Limited Partnership*

## CERTIFICATION OF GERALD F. GEORGE TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of California, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund (effective 1/1/05). I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Gerald G. George*
PILLSBURY WINTHROP SHAW PITTMAN
Gerald F. George, Esq.
50 Fremont Street
San Francisco, CA 94105-2228
Telephone: (415) 983-1056
E-mail: gerald.george@pillsburylaw.com

Motion granted.

BY THE COURT:

Date: Feb. 21, 2007

*/s/ Judith K. Fitzgerald*
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

177713.1