## EXHIBIT A

## DAVID T. AUSTERN/W.R. GRACE & CO.

## DECEMBER 2006

## FEE SUMMARY

| Date | Services | Hours | Rate | Total |
|---|---|---|---|---|
| *Litigation* | | | | |
| December 8 | Review of the appeal affidavit (.2); telephone conference with J. Guy re same (.1) | 0.30 | $500 | $ 150.00 |
| December 14 | Meeting with R. Frankel (.7); meeting with M. Shelnitz and D. Bernick (1.7); meeting with R. Frankel, J. Rice, S. Baron, R. Wyron (.7) | 3.10 | $500 | $1,500.00 |
| December 15 | Review of J. Biggs future forecast (1.4); telephone conference R. Frankel and others re same (1.5) | 2.90 | $500 | $1,450.00 |
| **TOTAL** | | **6.10** | | **$3,050.00** |