## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | Objection Date: June 8, 2007 at 4:00 pm |
| | ) | Hearing Date: June 25, 2007 at 2:00 pm |

### FOURTH QUARTERLY INTERIM FEE APPLICATION OF PIPER JAFFRAY & CO., AS FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF OCTOBER 1, 2006 THROUGH DECEMBER 31, 2006

### SUMMARY SHEET

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | October 1, 2006 – December 31, 2006 |
| Amount of Compensation sought as actual, reasonable and necessary: | $300,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,180.15 |

This is a ___ monthly     _x_ interim     ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

October 1, 2006 – December 31, 2006

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 192.6 | NA |
| Financial Analysis / Financial Review | 307.6 | NA |
| Hearing Attendance / Meeting | 7.3 | NA |
| TOTAL | 507.5 | NA |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

October 1, 2006 – December 31, 2006

| Expense Category | Total |
|---|---|
| Research | $308.34 |
| Travel Meals | 42.96 |
| Transportation (taxi, car rental, toll charges) | 185.05 |
| Hotel | 226.86 |
| Telephone | 414.81 |
| Miscellaneous | 2.13 |
| TOTAL | $1,180.15 |

---

[1] Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

2