# EXHIBIT A

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Joseph Radecki | 10/2/2006 | 2.3 | Business operations | Review research of specialty chemicals companies |
| Geoffrey Zbikowski | 10/2/2006 | 4.3 | Business operations | Compile research of specialty chemicals industry regarding pricing, forward outlook, financial estimates, etc. |
| Joseph Radecki | 10/3/2006 | 2.8 | Financial analysis/review | Review monthly financial packet of WR Grace |
| Jonathan Brownstein | 10/3/2006 | 3.0 | Financial analysis/review | Review Company's August 2006 financial operating report/related analysis |
| Ritwik Chatterjee | 10/3/2006 | 4.0 | Financial analysis/review | Review Debtor's monthly financial report / perform analysis related to same |
| Geoffrey Zbikowski | 10/3/2006 | 5.5 | Financial analysis/review | Review Grace monthly financials. Various financial analysis. |
| Joseph Radecki | 10/4/2006 | 2.0 | Financial analysis/review | Review earnings results of RPM and review associated analysis |
| Jonathan Brownstein | 10/4/2006 | 2.0 | Financial analysis/review | Review earnings results of comparable company (RPM Int. Inc.); related analysis |
| Geoffrey Zbikowski | 10/4/2006 | 4.0 | Financial analysis/review | Review monthly financials release of RPM Int. Various financial analysis. |
| Joseph Radecki | 10/5/2006 | 1.3 | Business operations | PJC internal discussions regarding various case issues |
| Jonathan Brownstein | 10/5/2006 | 1.5 | Business operations | Internal discussions regarding various team issues |
| Ritwik Chatterjee | 10/5/2006 | 4.3 | Financial analysis/review | Review financial release of comparable company (RPM International) / perform financial analysis related to same / discussions meetings on case |
| Geoffrey Zbikowski | 10/5/2006 | 1.3 | Business operations | PJC internal discussions with various team members |
| Ritwik Chatterjee | 10/9/2006 | 3.3 | Financial analysis/review | Various research related to specialty chemicals companies' pension strategy |
| Geoffrey Zbikowski | 10/9/2006 | 5.5 | Financial analysis/review | Research and analysis on post-retirement and pension benefits |
| Joseph Radecki | 10/10/2006 | 1.8 | Business operations | Review research on pension/post-retirement strategies of other specialty chemicals companies |
| Jonathan Brownstein | 10/11/2006 | 2.8 | Business operations | Review research on specialty chemicals space |
| Joseph Radecki | 10/12/2006 | 2.3 | Business operations | Preparation for pension/post-retirement issues call with Company |
| Jonathan Brownstein | 10/12/2006 | 4.0 | Business operations | Research/analysis on pension issues in preparation for conference call with Company |
| Ritwik Chatterjee | 10/12/2006 | 3.3 | Business operations | Preparation for call with Debtor re: pension issues |
| Joseph Radecki | 10/13/2006 | 3.0 | Business operations | Preparation for call; call with WR Grace and advisors re: pension/post-retirement; follow up internal PJC discussions |
| Jonathan Brownstein | 10/13/2006 | 3.0 | Business operations | Call with Company/Blackstone regarding pension issues; follow up reading and discussions |
| Ritwik Chatterjee | 10/13/2006 | 3.8 | Business operations | Call with Debtor regarding pension issues / follow-up |
| Geoffrey Zbikowski | 10/13/2006 | 4.3 | Business operations | Conf. call with Grace on post-retirement and pension benefits. Financial analysis re: post-retirement and pension benefits. |
| Joseph Radecki | 10/16/2006 | 1.8 | Business operations | Review analysis on pension/post-retirement of competitors; follow-up discussions re same |
| Jonathan Brownstein | 10/16/2006 | 2.8 | Business operations | Research/analysis on pension issues post call with Company |
| Ritwik Chatterjee | 10/16/2006 | 2.3 | Business operations | Financial analysis on pension issues |
| Geoffrey Zbikowski | 10/16/2006 | 3.5 | Business operations | Various financial analysis |
| Joseph Radecki | 10/17/2006 | 2.0 | Business operations | Review research and articles on chemicals industry |
| Ritwik Chatterjee | 10/17/2006 | 3.3 | Business operations | Research on pension issues |
| Joseph Radecki | 10/18/2006 | 1.3 | Financial analysis/review | Review earnings results of Albemarle Corporation and review associated analysis |
| Jonathan Brownstein | 10/18/2006 | 1.8 | Financial analysis/review | Review earnings results of comparable company (Albemarle Corp) |
| Ritwik Chatterjee | 10/18/2006 | 1.5 | Financial analysis/review | Review financial release of comparable company (Albemarle) |
| Geoffrey Zbikowski | 10/18/2006 | 2.5 | Financial analysis/review | Review updated financial information comparable company (Albemarle Corp) and perform related analysis |
| Joseph Radecki | 10/19/2006 | 2.8 | Financial analysis/review | Review earnings results of Rohm & Haas as well as related financial analysis; Review HB Fuller/Valspar transaction |
| Jonathan Brownstein | 10/19/2006 | 4.8 | Financial analysis/review | Review earnings results of comparable company (Rohm & Haas); related financial analysis; review Valspar-HB Fuller M&A transaction |
| Ritwik Chatterjee | 10/19/2006 | 4.0 | Business operations | Review filings of comparable companies for pension data |
| Joseph Radecki | 10/20/2006 | 1.5 | Financial analysis/review | Internal discussions regarding chemicals industry transactions |
| Jonathan Brownstein | 10/20/2006 | 1.5 | Financial analysis/review | Discussions regarding M&A activity in industry |
| Ritwik Chatterjee | 10/20/2006 | 6.0 | Financial analysis/review | Review/discussions regarding HB Fuller & Valspar Corp deal / discussions re: market transaction in specialty chemicals space / review financial release of comparable company (Rohm Haas) and perform financial analysis |
| Joseph Radecki | 10/23/2006 | 1.0 | Business operations | Internal PJC discussions regarding court hearing |
| Jonathan Brownstein | 10/23/2006 | 2.0 | Business operations | Follow-up discussions re: court hearing and financial analysis |
| Ritwik Chatterjee | 10/23/2006 | 3.3 | Hearing attendance | Attend court hearing via telephone / internal discussions |
| Geoffrey Zbikowski | 10/23/2006 | 5.3 | Financial analysis/review | Review press releases, SEC filings, and transaction reports on comparable firms (Albemarle Corporation, Rohm & Haas Company, H.B. Fuller Company, and Valspar Corporation). Related Financial analysis. |
| Joseph Radecki | 10/25/2006 | 3.0 | Financial analysis/review | Review Debtor's financial release |
| Jonathan Brownstein | 10/25/2006 | 2.8 | Financial analysis/review | Review Company's financial press release and related analysis |
| Ritwik Chatterjee | 10/25/2006 | 5.0 | Financial analysis/review | Debtor's financial release review and perform analysis of same / conduct general industry research |
| Geoffrey Zbikowski | 10/25/2006 | 5.0 | Financial analysis/review | Review of Grace financial reports and analysis of same |
| Joseph Radecki | 10/26/2006 | 2.3 | Business operations | Review research and articles on specialty chemicals industry |
| Jonathan Brownstein | 10/26/2006 | 2.3 | Business operations | Review research on specialty chemicals space |
| Geoffrey Zbikowski | 10/26/2006 | 2.8 | Business operations | Compile research on chemicals industry |
| Jonathan Brownstein | 10/30/2006 | 1.5 | Financial analysis/review | Assist counsel with financial analysis for upcoming filing |
| Ritwik Chatterjee | 10/30/2006 | 2.5 | Financial analysis/review | Work with FCR counsel by providing analysis for court docs; call with Company re: Ch 11 case issue |
| Joseph Radecki | 10/31/2006 | 2.0 | Business operations | Internal meetings (PJC) re case issues |
| Jonathan Brownstein | 10/31/2006 | 2.0 | Business operations | Internal discussions regarding various case issues |
| Ritwik Chatterjee | 10/31/2006 | 2.3 | Business operations | Work with FCR counsel by providing analysis for court docs / internal discussions regarding various case issues |
| Geoffrey Zbikowski | 10/31/2006 | 1.0 | Business operations | PJC internal discussions on case issues |

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jonathan Brownstein | 11/1/2006 | 2.0 | Business operations | Work with FCR counsel to gather information for upcoming brief |
| Ritwik Chatterjee | 11/1/2006 | 3.3 | Business operations | Research re: Debtor's case expenses; communication with Debtor re: same; assist counsel with financial data for upcoming brief |
| Geoffrey Zbikowski | 11/1/2006 | 4.8 | Business operations | Assist counsel with financial data for upcoming brief; various financial analysis |
| Joseph Radecki | 11/2/2006 | 2.0 | Business operations | Review financial analysis regarding comparable companies |
| Jonathan Brownstein | 11/2/2006 | 3.0 | Business operations | Review financial performance release of Grace's comparable company IFF; review related financial analysis |
| Ritwik Chatterjee | 11/2/2006 | 2.3 | Business operations | Review financial results of competitor company (IFF) |
| Geoffrey Zbikowski | 11/2/2006 | 1.3 | Financial analysis/review | Financial and valuation analysis |
| Geoffrey Zbikowski | 11/3/2006 | 4.5 | Business operations | Review quarterly operating results of International Flavors and Fragrances (Grace comparable company); update various financial and valuation analysis |
| Joseph Radecki | 11/6/2006 | 2.8 | Business operations | Review settlement analysis as well as updated valuation analysis; PJC discussions regarding the above |
| Jonathan Brownstein | 11/6/2006 | 3.0 | Business operations | Conduct settlement analysis and related analysis; PJC discussions |
| Ritwik Chatterjee | 11/6/2006 | 4.0 | Business operations | Research in specialty chemicals space; Settlement analysis; internal discussions re: same |
| Joseph Radecki | 11/7/2006 | 2.0 | Financial analysis/review | Review WR Grace's most recent quarterly financial results (packet of which was received from WR Grace) |
| Jonathan Brownstein | 11/7/2006 | 4.0 | Financial analysis/review | Review Company's Q3 financial results |
| Ritwik Chatterjee | 11/7/2006 | 6.0 | Financial analysis/review | Settlement analysis; receive and review Debtor's Q3 financial results |
| Geoffrey Zbikowski | 11/7/2006 | 6.3 | Financial analysis/review | Review Company's third quarter financial results; related financial analysis |
| Joseph Radecki | 11/8/2006 | 1.8 | Financial analysis/review | Review settlement analysis |
| Jonathan Brownstein | 11/8/2006 | 2.0 | Business operations | Review info from Grace's financial advisor about potential divestiture |
| Ritwik Chatterjee | 11/8/2006 | 2.0 | Business operations | Review information from Blackstone re: potential divestiture |
| Geoffrey Zbikowski | 11/8/2006 | 5.0 | Business operations | Analyze information about potential divestiture; perform analysis on settlement scenarios |
| Joseph Radecki | 11/9/2006 | 3.3 | Business operations | Review potential divestiture by WR Grace; settlement analysis |
| Jonathan Brownstein | 11/9/2006 | 0.8 | Business operations | Review info from Grace's financial advisor about potential divestiture |
| Geoffrey Zbikowski | 11/9/2006 | 3.8 | Financial analysis/review | Various financial analysis re: competitor companies |
| Joseph Radecki | 11/10/2006 | 2.8 | Financial analysis/review | Review Grace's financial report for the most recent month available; conference call with other FCR professionals |
| Jonathan Brownstein | 11/10/2006 | 3.0 | Financial analysis/review | Review Debtor's monthly financial packet; conference call with other FCR professionals |
| Ritwik Chatterjee | 11/10/2006 | 5.0 | Financial analysis/review | Receive and review Debtor's monthly financial packet; conference call with other FCR professionals |
| Geoffrey Zbikowski | 11/10/2006 | 4.8 | Financial analysis/review | Review monthly financial information from the Company; attend call with professionals |
| Joseph Radecki | 11/13/2006 | 1.0 | Business operations | Internal call re: potential expert reports |
| Jonathan Brownstein | 11/13/2006 | 3.0 | Business operations | Internal call re: potential expert reports; assist FCR counsel for court filing |
| Ritwik Chatterjee | 11/13/2006 | 5.0 | Business operations | Conference call re: potential expert reports; assist FCR counsel re: upcoming brief; financial analysis for upcoming brief |
| Geoffrey Zbikowski | 11/13/2006 | 4.8 | Business operations | Conference call with professionals; financial analysis for upcoming brief |
| Joseph Radecki | 11/14/2006 | 3.0 | Financial analysis/review | Conf. call regarding WR Grace's financial results; internal team meeting regarding settlement issues and other matters; settlement analysis and discussions |
| Jonathan Brownstein | 11/14/2006 | 4.3 | Financial analysis/review | Call with Company and others regarding Company's Q3 financial results; settlement analysis; PJC discussions re: same |
| Ritwik Chatterjee | 11/14/2006 | 5.3 | Financial analysis/review | Settlement analysis; Q3 financial results call with Debtor and others; internal discussions re: various |
| Geoffrey Zbikowski | 11/14/2006 | 1.0 | Financial analysis/review | Third quarter financial results conference call |
| Jonathan Brownstein | 11/15/2006 | 2.3 | Financial analysis/review | Review analysis on Company's most recent financial results |
| Geoffrey Zbikowski | 11/15/2006 | 4.3 | Financial analysis/review | Financial analysis related to third quarter results |
| Jonathan Brownstein | 11/16/2006 | 3.5 | Financial analysis/review | Various financial analysis re: competitor companies |
| Ritwik Chatterjee | 11/16/2006 | 3.5 | Financial analysis/review | Various financial analysis re: competitor companies |
| Joseph Radecki | 11/17/2006 | 3.0 | Financial analysis/review | Review settlement analysis; internal discussions re: same and various topics |
| Jonathan Brownstein | 11/17/2006 | 4.0 | Financial analysis/review | Review financial analysis; conduct settlement analysis and related analysis; internal discussions re: various topics |
| Ritwik Chatterjee | 11/17/2006 | 4.8 | Financial analysis/review | Settlement analysis; internal discussions re: same |
| Geoffrey Zbikowski | 11/17/2006 | 5.0 | Financial analysis/review | Perform various analysis re: settlement scenarios; PJC team discussions re: various |
| Ritwik Chatterjee | 11/20/2006 | 2.0 | Business operations | Review financial results of competitor company (Valspar Corp) |
| Geoffrey Zbikowski | 11/20/2006 | 2.3 | Business operations | Results of Valspar Corp review; related analysis |
| Joseph Radecki | 11/22/2006 | 2.5 | Financial analysis/review | Review settlement analysis; internal discussions re: same |
| Jonathan Brownstein | 11/22/2006 | 3.0 | Financial analysis/review | Settlement analysis |
| Geoffrey Zbikowski | 11/22/2006 | 3.0 | Financial analysis/review | Settlement analysis |
| Jonathan Brownstein | 11/27/2006 | 2.8 | Business operations | Review research reports on competitor chemicals market |
| Ritwik Chatterjee | 11/27/2006 | 1.8 | Business operations | Review financial results of competitor company (Johnson Matthey) |
| Geoffrey Zbikowski | 11/27/2006 | 1.0 | Business operations | Research on competitor chemical companies / markets |
| Jonathan Brownstein | 11/28/2006 | 1.0 | Financial analysis/review | Work with FCR counsel to gather information for upcoming brief |
| Ritwik Chatterjee | 11/28/2006 | 1.0 | Financial analysis/review | Assist FCR counsel with financial information for upcoming brief |
| Geoffrey Zbikowski | 11/28/2006 | 4.5 | Business operations | Research on competitor chemical companies / markets |
| Joseph Radecki | 11/30/2006 | 1.8 | Business operations | Review acquisition activity in specialty chemicals space and industry reports |
| Jonathan Brownstein | 11/30/2006 | 2.0 | Business operations | Review acquisition activity in specialty chemicals space |
| Ritwik Chatterjee | 11/30/2006 | 1.3 | Business operations | Review M&A activity of competitor company (Valspar Corp of HB Fuller Business) |
| Geoffrey Zbikowski | 11/30/2006 | 1.8 | Business operations | Review transaction between Valspar and HB Fuller |

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Joseph Radecki | 12/1/2006 | 2.5 | Financial analysis/review | Review operating report of Grace / discussion with Piper team regarding the same |
| Jonathan Brownstein | 12/1/2006 | 3.5 | Financial analysis/review | Review Company's financial operating report; internal Piper meeting re: same |
| Ritwik Chatterjee | 12/1/2006 | 4.3 | Financial analysis/review | Receive and analyze Grace's monthly operating report; related internals discussions |
| Jonathan Brownstein | 12/4/2006 | 4.0 | Financial analysis/review | Analysis re: settlement issues |
| Geoffrey Zbikowski | 12/4/2006 | 5.8 | Financial analysis/review | Review WR Grace's monthly financial operating report; related valuation analysis on sector |
| Joseph Radecki | 12/5/2006 | 2.0 | Financial analysis/review | Conduct and review settlement analysis created for FCR counsel |
| Jonathan Brownstein | 12/5/2006 | 4.3 | Financial analysis/review | Analysis re: settlement issues |
| Ritwik Chatterjee | 12/5/2006 | 3.5 | Financial analysis/review | Conduct settlement analysis for counsel |
| Geoffrey Zbikowski | 12/5/2006 | 5.0 | Financial analysis/review | Settlement analysis for counsel |
| Joseph Radecki | 12/6/2006 | 0.5 | Financial analysis/review | Internal discussions with Piper team |
| Jonathan Brownstein | 12/6/2006 | 0.8 | Financial analysis/review | Internal PJC meetings re: case issues and other |
| Ritwik Chatterjee | 12/6/2006 | 0.8 | Financial analysis/review | Internal discussions re: case issues and analysis |
| Jonathan Brownstein | 12/7/2006 | 2.3 | Business Operations | Research on specialty chemicals industry |
| Joseph Radecki | 12/8/2006 | 2.8 | Financial analysis/review | Conduct and review settlement analysis for FCR counsel / internal discussions with Piper team regarding same |
| Jonathan Brownstein | 12/8/2006 | 3.0 | Financial analysis/review | Analysis re: settlement issues; internal PJC meetings re: same |
| Ritwik Chatterjee | 12/8/2006 | 4.0 | Financial analysis/review | Conduct settlement analysis for counsel; internal discussions re: same |
| Geoffrey Zbikowski | 12/8/2006 | 4.8 | Financial analysis/review | Settlement analysis for counsel; internal PJC discussions |
| Joseph Radecki | 12/11/2006 | 3.0 | Financial analysis/review | Conduct and review settlement analysis created for FCR counsel |
| Jonathan Brownstein | 12/11/2006 | 5.0 | Financial analysis/review | Analysis re: settlement issues; internal PJC meetings re: same |
| Ritwik Chatterjee | 12/11/2006 | 6.3 | Financial analysis/review | Conduct settlement analysis for counsel; internal discussions re: same; Review financials results of comparable company (Ferro Corporation); related financial analysis |
| Geoffrey Zbikowski | 12/11/2006 | 6.0 | Financial analysis/review | Conduct settlement analysis for counsel and perform financial analysis |
| Jonathan Brownstein | 12/12/2006 | 2.8 | Financial analysis/review | Review financials results of specialty chemicals company - Ferro Corp. |
| Ritwik Chatterjee | 12/12/2006 | 6.0 | Financial analysis/review | Conduct settlement analysis for counsel |
| Geoffrey Zbikowski | 12/12/2006 | 5.3 | Financial analysis/review | Settlement analysis for counsel |
| Joseph Radecki | 12/13/2006 | 0.8 | Financial analysis/review | Internal discussions with piper team regarding settlement issues |
| Ritwik Chatterjee | 12/13/2006 | 3.8 | Financial analysis/review | Conduct settlement analysis for counsel; internal discussions re: same |
| Jonathan Brownstein | 12/14/2006 | 3.3 | Business Operations | Analysis re: M&A activity of specialty chemicals companies - Degussa/Johnson Matthey |
| Ritwik Chatterjee | 12/14/2006 | 4.8 | Business Operations | Review M&A activity of comparable companies (Degussa AG and Johnson Matthey) |
| Geoffrey Zbikowski | 12/14/2006 | 5.8 | Business Operations | Analysis of M&A activity: Johnson Matthey & Degussa; other financial analysis |
| Joseph Radecki | 12/15/2006 | 1.8 | Financial analysis/review | Conduct and review settlement analysis created for FCR counsel |
| Ritwik Chatterjee | 12/15/2006 | 1.8 | Financial analysis/review | Conduct settlement analysis for counsel |
| Geoffrey Zbikowski | 12/15/2006 | 4.0 | Financial analysis/review | Settlement analysis for counsel |
| Joseph Radecki | 12/18/2006 | 3.3 | Financial analysis/review | Conduct and review settlement analysis for FCR counsel / internal discussions with Piper team regarding same |
| Jonathan Brownstein | 12/18/2006 | 2.0 | Hearing attendance | Telephonic attendance at court hearing |
| Jonathan Brownstein | 12/18/2006 | 4.3 | Financial analysis/review | Analysis re: settlement issues; internal PJC meetings re: same |
| Ritwik Chatterjee | 12/18/2006 | 2.0 | Hearing attendance | Attend court hearing telephonically |
| Ritwik Chatterjee | 12/18/2006 | 5.5 | Financial analysis/review | Conduct settlement analysis for counsel; internal discussions re: same |
| Geoffrey Zbikowski | 12/18/2006 | 5.0 | Financial analysis/review | Settlement analysis for counsel; internal PJC discussions |
| Joseph Radecki | 12/19/2006 | 1.3 | Financial analysis/review | Review financial analysis regarding comparable companies |
| Jonathan Brownstein | 12/19/2006 | 3.0 | Financial analysis/review | Review financials results of specialty chemicals company - Rohm and Haas Co |
| Ritwik Chatterjee | 12/19/2006 | 3.0 | Financial analysis/review | Review financials results of comparable company (Rohm & Haas); related financial analysis |
| Geoffrey Zbikowski | 12/19/2006 | 5.3 | Financial analysis/review | Review operating financial results of Rohm & Haas and update valuation analysis |
| Joseph Radecki | 12/20/2006 | 2.0 | Business operations | Review valuation metrics of comparable companies and industry research |
| Jonathan Brownstein | 12/20/2006 | 5.0 | Business operations | Review valuations of specialty chemicals companies; review research on same; analysis re: settlement issues |
| Ritwik Chatterjee | 12/20/2006 | 2.8 | Business operations | Valuation research on comparable companies; related analysis |
| Joseph Radecki | 12/21/2006 | 0.5 | Business Operations | Internal discussions with Piper team regarding case issues |
| Jonathan Brownstein | 12/21/2006 | 0.5 | Business Operations | Internal discussions re: case issues |
| Ritwik Chatterjee | 12/21/2006 | 0.5 | Business Operations | Internal team meetings re: case issues |
| Geoffrey Zbikowski | 12/21/2006 | 0.5 | Business Operations | Internal PJC discussions re: case issues |
| Joseph Radecki | 12/29/2006 | 2.8 | Business Operations | Settlement analysis created for FCR counsel |
| Ritwik Chatterjee | 12/29/2006 | 3.5 | Business Operations | Review M&A activity of comparable company (BASF) |
| Geoffrey Zbikowski | 12/29/2006 | 3.8 | Business Operations | Analysis of M&A activity: BASF and others |