# EXHIBIT B

## W.R. Grace & Co.
## PJC Expense Detail Report (October 1, 2006 – December 31, 2006)

(Dates Represent Posting Date of Expense)

October

Telephone
| | | |
|---|---|---|
| Geoffrey Zbikowski | 10/16/06 | $ 60.50 |
| Joseph Radecki | 10/17/06 | 97.81 |
| Ritwik Chatterjee | 10/18/06 | 44.48 |

November

Research
| | | |
|---|---|---|
| Geoffrey Zbikowski | 11/07/06 | 308.34 |

Telephone
| | | |
|---|---|---|
| Jonathan Brownstein | 11/07/06 | 59.00 |
| Ritwik Chatterjee | 11/07/06 | 42.40 |

December

Telephone
| | | |
|---|---|---|
| Jonathan Brownstein | 12/07/06 | 48.82 |
| Joseph Radecki | 12/19/06 | 61.80 |

Hotel
| | | |
|---|---|---|
| Joseph Radecki | 12/13/06 | 226.86 |

Travel Meals
| | | |
|---|---|---|
| Joseph Radecki | 12/13/06 | 29.96 |
| Joseph Radecki | 12/13/06 | 13.00 |

Transportation
| | | |
|---|---|---|
| Joseph Radecki | 12/13/06 | 26.00 |
| Joseph Radecki | 12/13/06 | 34.00 |
| Joseph Radecki | 12/13/06 | 125.05 |

Misc.
| | | |
|---|---|---|
| Joseph Radecki | 12/13/06 | 2.13 |

**TOTAL EXPENSES:**                                           **$1,180.15**