# EXHIBIT C

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** **Jointly Administered** |
| **Debtor.** | ) | **Objection Date: December 20, 2006 @ 4:00 pm** **Hearing: Scheduled if Necessary (Negative Notice)** |

**NINTH MONTHLY INTERIM APPLICATION OF PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
**OCTOBER 1, 2006 THROUGH OCTOBER 31, 2006**

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | October 1, 2006 – October 31, 2006 |
| 80% of Compensation sought as actual, reasonable and necessary: | $80,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $202.79 |

This is a _x_ monthly ___ interim ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### OCTOBER 1-30, 2006

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 75.5 | NA |
| Financial Analysis/Review Related | 84.8 | NA |
| Hearing Attendance Related | 3.3 | NA |
| **TOTAL** | **163.6** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

| | |
|---|---|
| Telephone | $202.79 |
| **TOTAL** | **$202.79** |

Respectfully submitted,

PIPER JAFFRAY & CO.

By: ______________________

Jonathan L. Brownstein
405 Lexington Avenue
New York, New York 10174
(212) 284-9575
Financial Advisor to David T. Austern
Future Claimants' Representative

Dated: 27, 2006

1 Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |

**AFFIDAVIT**

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

Jonathan L. Brownstein being duly sworn, deposes and says:

1. I am a principal of Piper Jaffray & Co. ("PJC"), Financial Advisor to David T. Austern, the Future Claimants' Representative in the above captioned case.

2. No agreement or understanding in any form or guise exists between PJC and any other person for a division of compensation for services rendered in or in connection with this proceeding, and that no such division of compensation prohibited by §504 of the Bankruptcy Code will be made by PJC, except with employees of PJC.

3. I hereby state, in accordance with §504 of the Bankruptcy Code, that PJC has not entered into any agreement, express or implied, with any other party in interest, including the Debtors herein, any creditor or the representative of any of them, or with any attorney for such party in interest in the proceeding, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the estate to any party in interest in the within proceeding for services rendered in connection herewith.

4. I have reviewed the Ninth Monthly Interim Application of Piper Jaffray & Co. for the time period October1, 2006 through October 31, 2006 and state that the information set forth therein is true and correct to the best of my knowledge, information and belief.

Jonathan L. Brownstein

Sworn to and subscribed before me
this 27th day of November 2006

Cori A. LaRuffa

My commission expires:

Cori A. LaRuffa
Notary Public, State of New York
No. 01LA6149999
Commission Expires 07/24/2010

# EXHIBIT A

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Joseph Radecki | 10/2/2006 | 2.3 | Business operations | Review research of specialty chemicals companies |
| Geoffrey Zbikowski | 10/2/2006 | 4.3 | Business operations | Compile research of specialty chemicals industry regarding pricing, forward outlook, financial estimates, etc. |
| Joseph Radecki | 10/3/2006 | 2.8 | Financial analysis/review | Review monthly financial packet of WR Grace |
| Jonathan Brownstein | 10/3/2006 | 3.0 | Financial analysis/review | Review Company's August 2006 financial operating report/related analysis |
| Ritwik Chatterjee | 10/3/2006 | 4.0 | Financial analysis/review | Review Debtor's monthly financial report / perform analysis related to same |
| Geoffrey Zbikowski | 10/3/2006 | 5.5 | Financial analysis/review | Review Grace monthly financials. Various financial analysis. |
| Joseph Radecki | 10/4/2006 | 2.0 | Financial analysis/review | Review earnings results of RPM and review associated analysis |
| Jonathan Brownstein | 10/4/2006 | 2.0 | Financial analysis/review | Review earnings results of comparable company (RPM Int. Inc.); related analysis |
| Geoffrey Zbikowski | 10/4/2006 | 4.0 | Financial analysis/review | Review monthly financials release of RPM Int. Various financial analysis. |
| Joseph Radecki | 10/5/2006 | 1.3 | Business operations | PJC internal discussions regarding various case issues |
| Jonathan Brownstein | 10/5/2006 | 1.5 | Business operations | Internal discussions regarding various case issues |
| Ritwik Chatterjee | 10/5/2006 | 4.3 | Financial analysis/review | Review financial release of comparable company (RPM International) / perform financial analysis related to same / discussions meetings on case |
| Geoffrey Zbikowski | 10/5/2006 | 1.3 | Business operations | PJC internal discussions with various team members |
| Ritwik Chatterjee | 10/9/2006 | 3.3 | Financial analysis/review | Various research related to specialty chemicals companies' pension strategy |
| Geoffrey Zbikowski | 10/9/2006 | 5.5 | Financial analysis/review | Research and analysis on post-retirement and pension benefits |
| Joseph Radecki | 10/10/2006 | 1.8 | Business operations | Review research on pension/post-retirement strategies of other specialty chemicals companies |
| Jonathan Brownstein | 10/11/2006 | 2.8 | Business operations | Review research on specialty chemicals space |
| Joseph Radecki | 10/12/2006 | 2.3 | Business operations | Preparation for pension/post-retirement issues call with Company |
| Jonathan Brownstein | 10/12/2006 | 4.0 | Business operations | Research/analysis on pension issues in preparation for conference call with Company |
| Ritwik Chatterjee | 10/12/2006 | 3.3 | Business operations | Preparation for call with Debtor re: pension issues |
| Joseph Radecki | 10/13/2006 | 3.0 | Business operations | Preparation for call; call with WR Grace and advisors re: pension/post-retirement; follow up internal PJC discussions |
| Jonathan Brownstein | 10/13/2006 | 3.0 | Business operations | Call with Company/Blackstone regarding pension issues; follow up reading and discussions |
| Ritwik Chatterjee | 10/13/2006 | 3.8 | Business operations | Call with Debtor regarding pension issues / follow-up |
| Geoffrey Zbikowski | 10/13/2006 | 4.3 | Business operations | Conf. call with Grace on post-retirement and pension benefits. Financial analysis re: post-retirement and pension benefits. |
| Joseph Radecki | 10/16/2006 | 1.8 | Business operations | Review analysis on pension/post-retirement of competitors; follow-up discussions re same |
| Jonathan Brownstein | 10/16/2006 | 2.8 | Business operations | Research/analysis on pension issues post call with Company |
| Ritwik Chatterjee | 10/16/2006 | 2.3 | Business operations | Financial analysis on pension issues |
| Geoffrey Zbikowski | 10/16/2006 | 3.5 | Business operations | Various financial analysis |
| Joseph Radecki | 10/17/2006 | 2.0 | Business operations | Review research and articles on chemicals industry |
| Ritwik Chatterjee | 10/17/2006 | 3.3 | Business operations | Research on pension issues |
| Joseph Radecki | 10/18/2006 | 1.3 | Financial analysis/review | Review earnings results of Albemarle Corporation and review associated analysis |
| Jonathan Brownstein | 10/18/2006 | 1.8 | Financial analysis/review | Review earnings results of comparable company (Albemarle Corp) |
| Ritwik Chatterjee | 10/18/2006 | 1.5 | Financial analysis/review | Review financial release of comparable company (Albemarle) |
| Geoffrey Zbikowski | 10/18/2006 | 2.5 | Financial analysis/review | Review updated financial information comparable company (Albemarle Corp) and perform related analysis |
| Joseph Radecki | 10/19/2006 | 2.8 | Financial analysis/review | Review earnings results of Rohm & Haas as well as related financial analysis; Review HB Fuller/Valspar transaction |
| Jonathan Brownstein | 10/19/2006 | 4.8 | Financial analysis/review | Review earnings results of comparable company (Rohm & Haas); related financial analysis; review Valspar-HB Fuller M&A transaction |
| Ritwik Chatterjee | 10/19/2006 | 4.0 | Business operations | Review filings of comparable companies for pension data |
| Joseph Radecki | 10/20/2006 | 1.5 | Financial analysis/review | Internal discussions regarding chemicals industry transactions |
| Jonathan Brownstein | 10/20/2006 | 1.5 | Financial analysis/review | Discussions regarding M&A activity in industry |
| Ritwik Chatterjee | 10/20/2006 | 6.0 | Financial analysis/review | Review/discussions regarding HB Fuller & Valspar Corp deal / discussions re: market transaction in specialty chemicals space / review financial release of comparable company (Rohm Haas) and perform financial analysis |
| Joseph Radecki | 10/23/2006 | 1.0 | Business operations | Internal PJC discussions regarding court hearing |
| Jonathan Brownstein | 10/23/2006 | 2.0 | Business operations | Follow-up discussions re: court hearing and financial analysis |
| Ritwik Chatterjee | 10/23/2006 | 3.3 | Hearing attendance | Attend court hearing via telephone / internal discussions |
| Geoffrey Zbikowski | 10/23/2006 | 5.3 | Financial analysis/review | Review press releases, SEC filings, and transaction reports on comparable firms (Albemarle Corporation, Rohm & Haas Company, H.B. Fuller Company, and Valspar Corporation). Related Financial analysis. |
| Joseph Radecki | 10/25/2006 | 3.0 | Financial analysis/review | Review Debtor's financial release |
| Jonathan Brownstein | 10/25/2006 | 2.8 | Financial analysis/review | Review Company's financial press release and related analysis |
| Ritwik Chatterjee | 10/25/2006 | 5.0 | Financial analysis/review | Debtor's financial release review and perform analysis of same / conduct general industry research |
| Geoffrey Zbikowski | 10/25/2006 | 5.0 | Financial analysis/review | Review of Grace financial reports and analysis of same |
| Joseph Radecki | 10/26/2006 | 2.3 | Business operations | Review research and articles on specialty chemicals industry |
| Jonathan Brownstein | 10/26/2006 | 2.3 | Business operations | Review research on specialty chemicals space |
| Geoffrey Zbikowski | 10/26/2006 | 2.8 | Business operations | Compile research on chemicals industry |
| Jonathan Brownstein | 10/30/2006 | 1.5 | Financial analysis/review | Assist counsel with financial analysis for upcoming filing |
| Ritwik Chatterjee | 10/30/2006 | 2.5 | Financial analysis/review | Work with FCR counsel by providing analysis for court docs, call with Company re: Ch 11 case issue |
| Joseph Radecki | 10/31/2006 | 2.0 | Business operations | Internal meetings (PJC) re case issues |
| Jonathan Brownstein | 10/31/2006 | 2.0 | Business operations | Internal discussions regarding various case issues |
| Ritwik Chatterjee | 10/31/2006 | 2.3 | Business operations | Work with FCR counsel by providing analysis for court docs / Internal discussions regarding various case issues |
| Geoffrey Zbikowski | 10/31/2006 | 1.0 | Business operations | PJC internal discussions on case issues |

# EXHIBIT B

**W.R. Grace & Co.**
**Expense Detail Report**
**(Date Represents Posting Date)**

| Telephone | | |
|---|---|---|
| Geoffrey Zbikowski | 10/16/06 | $ 60.50 |
| Joseph Radecki | 10/17/06 | $ 97.81 |
| Ritwik Chatterjee | 10/18/06 | $ 44.48 |
| Total Telephone: | | $ 202.79 |
| **TOTAL EXPENSES:** | | **$ 202.79** |