# EXHIBIT D

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Objection Date: January 24, 2007 at 4:00 pm |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

## TENTH MONTHLY INTERIM APPLICATION OF PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 1, 2006 THROUGH NOVEMBER 30, 2006

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | November 1, 2006 – November 30, 2006 |
| 80% of Compensation sought as actual, reasonable and necessary: | $80,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $409.74 |

This is a   __x__ monthly        ___ interim        ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### NOVEMBER 1-30, 2006

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 79.3 | NA |
| Financial Analysis/Review Related | 94.8 | NA |
| **TOTAL** | **174.0** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

Research                                          $308.34
Telephone                                         $101.40

**TOTAL**                                         **$409.74**


Respectfully submitted,

PIPER JAFFRAY & CO.

By: _____
Jonathan L. Brownstein
405 Lexington Avenue
New York, New York 10174
(212) 284-9575
Financial Advisor to David T. Austern
Future Claimants' Representative

Dated: Jan 2, 2007

---

1 Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

2

## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### AFFIDAVIT

STATE OF NEW YORK        )
                                            ) ss.:
COUNTY OF NEW YORK     )

Jonathan L. Brownstein being duly sworn, deposes and says:

1.        I am a principal of Piper Jaffray & Co. ("PJC"), Financial Advisor to David T. Austern, the Future Claimants' Representative in the above captioned case.

2.        No agreement or understanding in any form or guise exists between PJC and any other person for a division of compensation for services rendered in or in connection with this proceeding, and that no such division of compensation prohibited by §504 of the Bankruptcy Code will be made by PJC, except with employees of PJC.

3.        I hereby state, in accordance with §504 of the Bankruptcy Code, that PJC has not entered into any agreement, express or implied, with any other party in interest, including the Debtors herein, any creditor or the representative of any of them, or with any attorney for such party in interest in the proceeding, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the estate to any party in interest in the within proceeding for services rendered in connection herewith.

4.    I have reviewed the Tenth Monthly Interim Application of Piper Jaffray & Co. for the time period November 1, 2006 through November 30, 2006 and state that the information set forth therein is true and correct to the best of my knowledge, information and belief.

_____
Jonathan L. Brownstein

Sworn to and subscribed before me
this 2ⁿᵈ day of January, 2007

_____

My commission expires:

Cori A. LaRuffa
Notary Public, State of New York
No. 01LA6149999
Commission Expires 07/24/2010

2

# EXHIBIT A

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jonathan Brownstein | 11/1/2006 | 2.0 | Business operations | Work with FCR counsel to gather information for upcoming brief |
| Ritwik Chatterjee | 11/1/2006 | 3.3 | Business operations | Research re: Debtor's core expenses; communication with Debtor re: same; settle created with financial data for upcoming brief |
| Geoffrey Zbikowski | 11/1/2006 | 4.8 | Business operations | Assist counsel with financial data for upcoming brief; various financial analysis |
| Joseph Radecki | 11/2/2006 | 2.0 | Business operations | Review financial analysis regarding comparable companies |
| Jonathan Brownstein | 11/2/2006 | 3.0 | Business operations | Review financial performance release of Grace's comparable company IFF; review related financial analysis |
| Ritwik Chatterjee | 11/2/2006 | 2.3 | Business operations | Review financial results of competitor company (IFF) |
| Geoffrey Zbikowski | 11/2/2006 | 1.3 | Financial analysis/review | Financial and valuation analysis |
| Geoffrey Zbikowski | 11/2/2006 | 4.5 | Business operations | Review quarterly operating results of International Flavors and Fragrances (Grace comparable company); update various financial and valuation analysis |
| Joseph Radecki | 11/6/2006 | 2.8 | Business operations | Review settlement analysis as well as updated valuation analysis; PJC discussions regarding the above |
| Jonathan Brownstein | 11/6/2006 | 3.0 | Business operations | Conduct settlement analysis and related analysis; PJC discussions |
| Ritwik Chatterjee | 11/6/2006 | 4.0 | Business operations | Research in specialty chemicals space; Settlement analysis: internal discussions re: same |
| Joseph Radecki | 11/7/2006 | 2.0 | Financial analysis/review | Review WR Grace's most recent quarterly financial results (packet of which was received from WR Grace) |
| Jonathan Brownstein | 11/7/2006 | 4.0 | Financial analysis/review | Review Company's Q3 financial results |
| Ritwik Chatterjee | 11/7/2006 | 6.0 | Financial analysis/review | Settlement analysis; receive and review Debtor's Q3 financial results |
| Geoffrey Zbikowski | 11/7/2006 | 6.3 | Financial analysis/review | Review Company's third quarter financial results; related financial analysis |
| Joseph Radecki | 11/8/2006 | 1.8 | Financial analysis/review | Review settlement analysis |
| Jonathan Brownstein | 11/8/2006 | 2.0 | Business operations | Review info from Grace's financial adviser about potential divestiture |
| Ritwik Chatterjee | 11/8/2006 | 3.0 | Business operations | Review information from Blackstone re: potential divestiture |
| Geoffrey Zbikowski | 11/8/2006 | 5.0 | Business operations | Analyze information about potential divestiture; perform analysis on settlement scenarios |
| Joseph Radecki | 11/9/2006 | 3.3 | Business operations | Review potential divestiture by WR Grace; settlement analysis |
| Jonathan Brownstein | 11/9/2006 | 0.8 | Business operations | Review info from Grace's financial adviser about potential divestiture |
| Geoffrey Zbikowski | 11/9/2006 | 3.8 | Financial analysis/review | Various financial analysis re: competitor companies |
| Joseph Radecki | 11/10/2006 | 2.8 | Financial analysis/review | Review Grace's financial report for the most recent month available; conference call with other FCR professionals |
| Jonathan Brownstein | 11/10/2006 | 3.0 | Financial analysis/review | Review Debtor's monthly financial packet; conference call with other FCR professionals |
| Ritwik Chatterjee | 11/10/2006 | 5.0 | Financial analysis/review | Receive and review Debtor's monthly financial packet; conference call with other FCR professionals |
| Geoffrey Zbikowski | 11/10/2006 | 4.8 | Financial analysis/review | Review monthly financial information from the Company; stand call with professionals |
| Joseph Radecki | 11/13/2006 | 1.0 | Business operations | Internal call re: potential expert reports |
| Jonathan Brownstein | 11/13/2006 | 3.0 | Business operations | Internal call re: potential expert reports; assist FCR counsel for court filing |
| Ritwik Chatterjee | 11/13/2006 | 5.0 | Business operations | Conference call re: potential expert reports; assist FCR counsel re: upcoming brief; financial analysis for upcoming brief |
| Geoffrey Zbikowski | 11/13/2006 | 4.8 | Business operations | Conference call with professionals; financial analysis for upcoming brief |
| Joseph Radecki | 11/14/2006 | 3.0 | Financial analysis/review | Conf. call regarding WR Grace's financial results; internal team meeting regarding settlement issues and other matters; settlement analysis and discussions |
| Jonathan Brownstein | 11/14/2006 | 4.3 | Financial analysis/review | Call with Company and others regarding Company's Q3 financial results; settlement analysis; PJC discussions re: same |
| Ritwik Chatterjee | 11/14/2006 | 5.3 | Financial analysis/review | Settlement analysis; Q3 financial results call with Debtor and others; internal discussions re: various |
| Geoffrey Zbikowski | 11/14/2006 | 1.0 | Financial analysis/review | Third quarter financial results conference call |
| Jonathan Brownstein | 11/15/2006 | 2.3 | Financial analysis/review | Review analysis on Company's most recent financial results |
| Geoffrey Zbikowski | 11/15/2006 | 4.3 | Financial analysis/review | Financial analysis related to third quarter results |
| Jonathan Brownstein | 11/16/2006 | 3.3 | Financial analysis/review | Various financial analysis re: competitive companies |
| Ritwik Chatterjee | 11/16/2006 | 5.5 | Financial analysis/review | Various financial analysis re: competitive companies |
| Joseph Radecki | 11/17/2006 | 3.0 | Financial analysis/review | Review settlement analysis; internal discussions re: same and various topics |
| Jonathan Brownstein | 11/17/2006 | 4.0 | Financial analysis/review | Review financial analysis; conduct settlement analysis and related analysis; internal discussions re: various topics |
| Ritwik Chatterjee | 11/17/2006 | 4.8 | Financial analysis/review | Settlement analysis; internal discussions re: same |
| Geoffrey Zbikowski | 11/17/2006 | 5.0 | Financial analysis/review | Perform various analysis re: settlement scenarios; PJC team discussions re: various |
| Ritwik Chatterjee | 11/20/2006 | 2.0 | Business operations | Review financial results of competitor company (Valspar Corp) |
| Geoffrey Zbikowski | 11/20/2006 | 2.3 | Business operations | Results of Valspar Corp review; related analysis |
| Joseph Radecki | 11/22/2006 | 2.5 | Financial analysis/review | Review settlement analysis; internal discussions re: same |
| Jonathan Brownstein | 11/22/2006 | 3.0 | Financial analysis/review | Settlement analysis |
| Geoffrey Zbikowski | 11/22/2006 | 3.0 | Financial analysis/review | Settlement analysis |
| Jonathan Brownstein | 11/27/2006 | 2.8 | Business operations | Review research reports on competitor chemicals market |
| Ritwik Chatterjee | 11/27/2006 | 1.8 | Business operations | Review financial results of competitor company (Johnson Matthey) |
| Geoffrey Zbikowski | 11/27/2006 | 1.0 | Business operations | Research on competitor chemical companies / markets |
| Jonathan Brownstein | 11/28/2006 | 1.0 | Financial analysis/review | Work with FCR counsel to gather information for upcoming brief |
| Ritwik Chatterjee | 11/28/2006 | 1.0 | Financial analysis/review | Assist FCR counsel with financial information for upcoming brief |
| Geoffrey Zbikowski | 11/28/2006 | 4.5 | Business operations | Research on competitor chemical companies / market |
| Joseph Radecki | 11/30/2006 | 1.8 | Business operations | Review acquisition activity in specialty chemicals space and industry reports |
| Jonathan Brownstein | 11/30/2006 | 2.0 | Business operations | Review acquisition activity in specialty chemicals space |
| Ritwik Chatterjee | 11/30/2006 | 1.3 | Business operations | Review M&A activity of competitor company (Valspar Corp of HB Fuller Business) |
| Geoffrey Zbikowski | 11/30/2006 | 1.8 | Business operations | Review transaction between Valspar and HB Fuller |

# EXHIBIT B

### W.R. Grace & Co.
### Expense Detail Report
### (Date Represents Posting Date)

Research
Geoffrey Zbikowski          11/07/06                    $ 308.34
Total Research:                                         $ 308.34


Telephone
Jonathan Brownstein         11/07/06                    $   59.00
Ritwik Chatterjee           11/07/06                    $   42.40
Total Telephone:                                        $ 209.46


TOTAL EXPENSES:                                         $ 409.74