# EXHIBIT E

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtor. | ) | Objection Date: February 20, 2007 at 4:00 p.m. |
| | ) | Hearing: Scheduled If Necessary (Negative Notice) |

## ELEVENTH MONTHLY INTERIM APPLICATION OF PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD DECEMBER 1, 2006 THROUGH DECEMBER 31, 2006

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | December 1, 2006 – December 31, 2006 |
| 80% of Compensation sought as actual, reasonable and necessary: | $80,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $567.62 |

This is a  _x_ monthly     __ interim     ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### DECEMBER 1-31, 2006

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 37.8 | NA |
| Financial Analysis/Review Related | 128.0 | NA |
| Hearing Attendance | 4.0 | NA |
| TOTAL | 169.8 | NA |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

| | |
|---|---|
| Hotel | $226.86 |
| Travel Meals | 42.96 |
| Transportation | 185.05 |
| Telephone | 110.62 |
| Miscellaneous | 2.13 |
| **TOTAL** | **$567.62** |

Respectfully submitted,

PIPER JAFFRAY & CO.

By: /s/ Joseph J. Radecki
Joseph J. Radecki
405 Lexington Avenue
New York, New York 10174
(212) 284-9588
Financial Advisor to David T. Austern
Future Claimants' Representative

Dated: Jan 26, 2007

---

[1] Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

2

# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |

## AFFIDAVIT

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

Joseph J. Radecki being duly sworn, deposes and says:

1.  I am a managing director of Piper Jaffray & Co. ("PJC"), Financial Advisor to David T. Austern, the Future Claimants' Representative in the above captioned case.

2.  No agreement or understanding in any form or guise exists between PJC and any other person for a division of compensation for services rendered in or in connection with this proceeding, and that no such division of compensation prohibited by §504 of the Bankruptcy Code will be made by PJC, except with employees of PJC.

3.  I hereby state, in accordance with §504 of the Bankruptcy Code, that PJC has not entered into any agreement, express or implied, with any other party in interest, including the Debtors herein, any creditor or the representative of any of them, or with any attorney for such party in interest in the proceeding, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the estate to any party in interest in the within proceeding for services rendered in connection herewith.

4.  I have reviewed the Eleventh Monthly Interim Application of Piper Jaffray & Co. for the time period December 1, 2006 through December 31, 2006 and state that the information set forth therein is true and correct to the best of my knowledge, information and belief.

Joseph J. Radecki

Sworn to and subscribed before me
this 26th day of January 2007

Cori A. LaRuffa

My commission expires:

Cori A. LaRuffa
Notary Public, State of New York
No. 01LA6149999
Commission Expires 07/24/2010

2

# EXHIBIT A

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Joseph Radecki | 12/1/2006 | 2.5 | Financial analysis/review | Review operating report of Grace / discussion with Piper team regarding the same |
| Jonathan Brownstein | 12/1/2006 | 3.5 | Financial analysis/review | Review Company's financial operating report; internal Piper meeting re: same |
| Ritwik Chatterjee | 12/1/2006 | 4.3 | Financial analysis/review | Receive and analyze Grace's monthly operating report; related internal discussions |
| Jonathan Brownstein | 12/4/2006 | 4.0 | Financial analysis/review | Analysis re: settlement issues |
| Geoffrey Zbikowski | 12/4/2006 | 5.8 | Financial analysis/review | Review WR Grace's monthly financial operating report; related valuation analysis on sector |
| Joseph Radecki | 12/5/2006 | 2.0 | Financial analysis/review | Conduct and review settlement analysis created for FCR counsel |
| Jonathan Brownstein | 12/5/2006 | 4.3 | Financial analysis/review | Analysis re: settlement issues |
| Ritwik Chatterjee | 12/5/2006 | 3.5 | Financial analysis/review | Conduct settlement analysis for counsel |
| Geoffrey Zbikowski | 12/5/2006 | 5.0 | Financial analysis/review | Settlement analysis for counsel |
| Joseph Radecki | 12/6/2006 | 0.5 | Financial analysis/review | Internal discussions with Piper team |
| Jonathan Brownstein | 12/6/2006 | 0.8 | Financial analysis/review | Internal PJC meetings re: case issues and other |
| Ritwik Chatterjee | 12/6/2006 | 0.8 | Financial analysis/review | Internal discussions re: case issues and analysis |
| Jonathan Brownstein | 12/7/2006 | 2.3 | Business Operations | Research on specialty chemicals industry |
| Joseph Radecki | 12/8/2006 | 2.8 | Financial analysis/review | Conduct and review settlement analysis for FCR counsel / internal discussions with Piper team regarding same |
| Jonathan Brownstein | 12/8/2006 | 3.0 | Financial analysis/review | Analysis re: settlement issues; internal PJC meetings re: same |
| Ritwik Chatterjee | 12/8/2006 | 4.0 | Financial analysis/review | Conduct settlement analysis for counsel; internal discussions re: same |
| Geoffrey Zbikowski | 12/8/2006 | 4.8 | Financial analysis/review | Settlement analysis for counsel; internal PJC discussions |
| Joseph Radecki | 12/11/2006 | 3.0 | Financial analysis/review | Conduct and review settlement analysis created for FCR counsel |
| Jonathan Brownstein | 12/11/2006 | 5.0 | Financial analysis/review | Analysis re: settlement issues; internal PJC meetings re: same |
| Ritwik Chatterjee | 12/11/2006 | 6.3 | Financial analysis/review | Conduct settlement analysis for counsel; internal discussions re: same; Review financials results of comparable company (Ferro Corporation); related financial analysis |
| Geoffrey Zbikowski | 12/11/2006 | 6.0 | Financial analysis/review | Conduct settlement analysis for counsel and perform financial analysis |
| Jonathan Brownstein | 12/12/2006 | 2.8 | Financial analysis/review | Review financials results of specialty chemicals company - Ferro Corp. |
| Ritwik Chatterjee | 12/12/2006 | 6.0 | Financial analysis/review | Conduct settlement analysis for counsel |
| Geoffrey Zbikowski | 12/12/2006 | 5.3 | Financial analysis/review | Settlement analysis for counsel |
| Joseph Radecki | 12/13/2006 | 0.8 | Financial analysis/review | Internal discussions with Piper team regarding settlement issues |
| Ritwik Chatterjee | 12/13/2006 | 3.8 | Financial analysis/review | Conduct settlement analysis for counsel; internal discussions re: same |
| Jonathan Brownstein | 12/14/2006 | 3.3 | Business Operations | Analysis re: M&A activity of specialty chemicals companies - Degussa/Johnson Matthey |
| Ritwik Chatterjee | 12/14/2006 | 4.8 | Business Operations | Review M&A activity of comparable companies (Degussa AG and Johnson Matthey) |
| Geoffrey Zbikowski | 12/14/2006 | 5.8 | Business Operations | Analysis of M&A activity: Johnson Matthey & Degussa; other financial analysis |
| Joseph Radecki | 12/15/2006 | 1.8 | Financial analysis/review | Conduct and review settlement analysis created for FCR counsel |
| Ritwik Chatterjee | 12/15/2006 | 1.8 | Financial analysis/review | Conduct settlement analysis for counsel |
| Geoffrey Zbikowski | 12/15/2006 | 4.0 | Financial analysis/review | Settlement analysis for counsel |
| Joseph Radecki | 12/18/2006 | 3.3 | Financial analysis/review | Conduct and review settlement analysis for FCR counsel / internal discussions with Piper team regarding same |
| Jonathan Brownstein | 12/18/2006 | 2.0 | Hearing attendance | Telephonic attendance at court hearing |
| Jonathan Brownstein | 12/18/2006 | 4.3 | Financial analysis/review | Analysis re: settlement issues; internal PJC meetings re: same |
| Ritwik Chatterjee | 12/18/2006 | 2.0 | Hearing attendance | Attend court hearing telephonically |
| Ritwik Chatterjee | 12/18/2006 | 5.5 | Financial analysis/review | Conduct settlement analysis for counsel; internal discussions re: same |
| Geoffrey Zbikowski | 12/18/2006 | 5.0 | Financial analysis/review | Settlement analysis for counsel; internal PJC discussions |
| Joseph Radecki | 12/19/2006 | 1.3 | Financial analysis/review | Review financial analysis regarding comparable companies |
| Jonathan Brownstein | 12/19/2006 | 3.0 | Financial analysis/review | Review financials results of specialty chemicals company - Rohm and Haas Co |
| Ritwik Chatterjee | 12/19/2006 | 3.0 | Financial analysis/review | Review financials results of comparable company (Rohm & Haas); related financial analysis |
| Geoffrey Zbikowski | 12/19/2006 | 5.3 | Financial analysis/review | Review operating financial results of Rohm & Haas and update valuation analysis |
| Joseph Radecki | 12/20/2006 | 2.0 | Business operations | Review valuation metrics of comparable companies and industry research |
| Jonathan Brownstein | 12/20/2006 | 5.0 | Business operations | Review valuations of specialty chemicals companies; review research on same; analysis re: settlement issues |
| Ritwik Chatterjee | 12/20/2006 | 2.8 | Business operations | Valuation research on comparable companies; related analysis |
| Joseph Radecki | 12/21/2006 | 0.5 | Business Operations | Internal discussions with Piper team regarding case issues |
| Jonathan Brownstein | 12/21/2006 | 0.5 | Business Operations | Internal discussions re: case issues |
| Ritwik Chatterjee | 12/21/2006 | 0.5 | Business Operations | Internal team meetings re: case issues |
| Geoffrey Zbikowski | 12/21/2006 | 0.5 | Business Operations | Internal PJC discussions re: case issues |
| Joseph Radecki | 12/29/2006 | 2.8 | Business Operations | Settlement analysis created for FCR counsel |
| Ritwik Chatterjee | 12/29/2006 | 3.5 | Business Operations | Review M&A activity of comparable company (BASF) |
| Geoffrey Zbikowski | 12/29/2006 | 3.8 | Business Operations | Analysis of M&A activity: BASF and others |

# EXHIBIT B

**W.R. Grace & Co.**
**Expense Detail Report**
**(Date Represents Posting Date)**

| | | |
|---|---|---|
| **Telephone** | | |
| Jonathan Brownstein | 12/07/06 | $ 48.82 |
| Joseph Radecki | 12/19/06 | 61.80 |
| Total Telephone | | $ 110.62 |
| | | |
| **Hotel** | | |
| Joseph Radecki | 12/13/06 | $ 226.86 |
| Total Hotel | | $ 226.86 |
| | | |
| **Travel Meals** | | |
| Joseph Radecki | 12/13/06 | $ 29.96 |
| Joseph Radecki | 12/13/06 | 13.00 |
| Total Meals | | $ 42.96 |
| | | |
| **Transportation** | | |
| Joseph Radecki | 12/13/06 | $ 26.00 |
| Joseph Radecki | 12/13/06 | 34.00 |
| Joseph Radecki | 12/13/06 | 125.05 |
| Total Transportation | | $ 185.05 |
| | | |
| **Misc.** | | |
| Joseph Radecki | 12/13/06 | $ 2.13 |
| Total Misc. | | $ 2.13 |
| | | |
| **TOTAL EXPENSES:** | | **$ 567.62** |