IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. GRACE & CO., et al. ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |

ORDER GRANTING ELEVENTH QUARTERLY INTERIM APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR THE TIME PERIOD OCTOBER 1, 2006 THROUGH DECEMBER 31, 2006

David T. Austern, the Future Claimants Representative (the "FCR"), in the above captioned debtors and debtors-in-possession (the "Debtors"), filed his Eleventh Quarterly Interim Application for allowance of compensation and reimbursement of expenses for the time period October 1, 2006 through December 31, 2006 (the "Eleventh Quarterly Application"). The Court has reviewed the Eleventh Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334; and (b) notice of the Eleventh Quarterly Application, and any hearing on the Eleventh Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Eleventh Quarterly Application. Accordingly, it is hereby

ORDERED that the Eleventh Quarterly Application of the FCR is GRANTED on an interim basis. The Debtors shall pay to the FCR the sum of $13,750.00 as compensation and no expenses for a total of $13,750.00 for services rendered and disbursements incurred by the FCR for the period October 1, 2006 through December 31,

2006, less any amounts which may have been previously paid in connection with the FCR's monthly fee applications for this period.

Dated: _____, 2007

_____
United States Bankruptcy Judge