**Attachment B**
**To Fee Application**

Summary of PwC's Fees By Professional
November 2006

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended November 30, 2006

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $655.60 | 12.9 | $ 8,457.24 |
| John E Newstead | Audit Partner | 10+ | Integrated Audit | $585.50 | 14.1 | $ 8,255.55 |
| George B. Baccash | Tax Partner | 30 | Integrated Audit | $651.90 | 2.0 | $ 1,303.80 |
| Thomas Kalinosky | Director - SEC Reviewer | 25+ | Integrated Audit | $467.40 | 3.5 | $ 1,635.90 |
| Douglas Parker | Audit Senior Manager | 11 | Integrated Audit | $376.40 | 38.0 | $ 14,303.20 |
| Marvin de Guzman | Audit Manager | 4 | Integrated Audit | $285.40 | 69.5 | $ 19,835.30 |
| Sandra David | Audit Manager | 10+ | Integrated Audit | $285.40 | 8.0 | $ 2,283.20 |
| Josef Van Wyk | Audit Manager | 11 | Integrated Audit | $273.10 | 90.5 | $ 24,715.55 |
| Daniel Spratt | Tax Manager | 5 | Integrated Audit | $313.70 | 20.5 | $ 6,430.85 |
| Pamela Reinhardt | Audit Senior Associate | 3 | Integrated Audit | $207.90 | 126.5 | $ 26,299.35 |
| Maria Afuang | Audit Senior Associate | 4 | Integrated Audit | $207.90 | 145.1 | $ 30,166.29 |
| Cindy Y Chen | Audit Senior Associate | 2 | Integrated Audit | $201.70 | 57.7 | $ 11,638.09 |
| Michael McDonnell | Audit Senior Associate | 3 | Integrated Audit | $195.60 | 27.8 | $ 5,437.68 |
| Christopher W Park | Audit Senior Associate | 2 | Integrated Audit | $183.30 | 69.8 | $ 12,794.34 |
| Martin Burkard | Audit Senior Associate | 4 | Integrated Audit | $201.70 | 35.5 | $ 7,160.35 |
| Nicolas Stromann | Audit Senior Associate | 4 | Integrated Audit | $183.30 | 9.3 | $ 1,704.69 |
| Lyndsay B Signori | Audit Senior Associate | 2 | Integrated Audit | $183.30 | 51.0 | $ 9,348.30 |

| Name | Position | Hours | Rate | Fees | Category |
|---|---|---|---|---|---|
| Jonathan Fish | Advisory Senior Associate | 5 | $350.60 | 20.0 | $ 7,012.00 | Integrated Audit |
| Erica Margolius | Audit Associate | 1 | $145.10 | 127.8 | $ 18,543.78 | Integrated Audit |
| Lynda Keorlet | Audit Associate | 1 | $132.80 | 132.0 | $ 17,529.60 | Integrated Audit |
| Nicole Heisler | Audit Associate | 1 | $140.20 | 41.0 | $ 5,748.20 | Integrated Audit |
| Adam Lueck | Audit Associate | <1 | $111.90 | 156.0 | $ 17,456.40 | Integrated Audit |
| Karen Geung | Audit Associate | 1 | $132.80 | 47.0 | $ 6,241.60 | Integrated Audit |
| Geordie Stutzman | Audit Associate | 1 | $132.80 | 8.0 | $ 1,062.40 | Integrated Audit |
| Youhan Lee | Audit Associate | <1 | $140.20 | 24.3 | $ 3,406.86 | Integrated Audit |
| Stephen Tapis | Audit Associate | <1 | $111.90 | 55.5 | $ 6,210.45 | Integrated Audit |
| Mary Adenle | Audit Associate | <1 | $118.10 | 12.0 | $ 1,417.20 | Integrated Audit |
| Edward Mitchell | Advisory Associate | <1 | $190.70 | 10.0 | $ 1,907.00 | Integrated Audit |
| TOTAL | | | | 1,415.3 | $ 278,305.17 | |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals    26.2    $ 3,152.70

Summary of PwC's Fees By Project Category:
November 2006

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |

| | | |
|---|---|---|
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 26.2 | $3,152.70 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial- Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 1,415.3 | $278,305.17 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 1,441.5 | $281,457.87 |

Expense Summary
November 2006

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $4,120.10 |
| Lodging | N/A | $2,735.33 |
| Sundry | N/A | $248.42 |
| Business Meals | N/A | $808.45 |
| TOTAL: | | $7,912.30 |