# EXHIBIT - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended November 30, 2006

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| William Bishop | Integrated Audit | 11/2/06 | $ 16.00 | | | | Parking for audit committee meeting |
| | Integrated Audit | 11/14/06 | $ 25.00 | | | | Taxi - from site of another meeting to Dallas Country Club for lunch with J Murphy (Grace) |
| | Integrated Audit | 11/14/06 | $ 50.00 | | | | Taxi - from Dallas Country Club for lunch with J Murphy (Grace) to DFW airport |
| | Integrated Audit | 11/14/06 | $ 200.00 | | | | Allocated amount of airfare from IAD to DFW (total ticket cost of $952.60) |
| Nicholas Stromann | Integrated Audit | 11/30/06 | $ 48.96 | | | | Roundtrip mileage from Falls Church, VA to Curtis Bay, MD (128 miles - 18 miles normal commute to office) * $0.445/mile |
| Maria J Afuang | Integrated Audit | 11/6/06 | | $ 733.96 | | | Lodging from 11/6/06 to 11/10/06 |
| | Integrated Audit | 11/6/06 | $ 366.10 | | | | Airfare from Maryland to Chicago Midway |
| | Integrated Audit | 11/6/06 | | | | $ 6.46 | Breakfast - Jo Afuang |
| | Integrated Audit | 11/7/06 | | | | $ 40.00 | Lunch - Jo Afuang, Adam Lueck, Erica Margolius |
| | Integrated Audit | 11/7/06 | | | | $ 142.36 | Dinner - Jo Afuang, Adam Lueck, Erica Margolius |
| | Integrated Audit | 11/8/06 | | | | $ 32.00 | Lunch - Jo Afuang, Adam Lueck, Erica Margolius |
| | Integrated Audit | 11/9/06 | | | | $ 13.20 | Breakfast - Jo Afuang, Adam Lueck, Erica Margolius |
| | Integrated Audit | 11/14/06 | $ 95.00 | | | | Transportation from BWI to Rockville |
| Nicole Heisler | Integrated Audit | 11/7/2006 | $ 32.04 | | | | Travel to and from Home/Grace office (less normal commute) |
| | Integrated Audit | 11/8/2006 | $ 32.04 | | | | Travel to and from Home/Grace office (less normal commute) |
| | Integrated Audit | 11/9/2006 | $ 32.04 | | | | Travel to and from Home/Grace office (less normal commute) |
| | Integrated Audit | 11/10/2006 | $ 32.04 | | | | Travel to and from Home/Grace office (less normal commute) |
| Mary Adente | Integrated Audit | 11/18/06 | | | $ 81.74 | | Purchased Steel Toe boot required for inventory count. |
| Youhan Lee | Integrated Audit | 11/1/06 | $ 30.26 | | | | Mileage for travel to client minus normal commute: Vienna to Columbia |
| Adam Lueck | Integrated Audit | 10/30/06 | $ 220.10 | | | | Round trip airfare from Baltimore to Chicago |
| | Integrated Audit | 10/31/06 | $ 5.00 | | | | Miscellaneous Amex travel fee |
| | Integrated Audit | 11/6/06 | | | | $ 22.00 | PwC group meal for myself and co-worker, Erica Margolius |
| | Integrated Audit | 11/8/06 | | | | $ 13.65 | PwC group meal for myself and co-workers, Jo Afuang and Erica Margolius |
| | Integrated Audit | 11/8/06 | | | | $ 35.85 | PwC group meal for myself and co-workers, Jo Afuang and Erica Margolius |
| | Integrated Audit | 11/8/06 | | | | $ 14.00 | PwC group meal for myself and co-workers, Jo Afuang and Erica Margolius |
| | Integrated Audit | 11/9/06 | | | | $ 77.94 | PwC group meal for myself and co-worker, Jo Afuang. |
| | Integrated Audit | 11/9/06 | | | | $ 7.21 | PwC group meal for myself and co-workers, Jo Afuang and Erica Margolius |
| | Integrated Audit | 11/9/06 | $ 29.00 | | | | Miscellaneous airline transportation fee |
| | Integrated Audit | 11/10/06 | $ 346.68 | | | | 5 day car rental fee |
| | Integrated Audit | 11/10/06 | $ 70.00 | | | | Airport parking fee |
| | Integrated Audit | 11/10/06 | | | | $ 14.06 | PwC group meal for myself and co-workers, Jo Afuang and Erica Margolius |
| | Integrated Audit | 11/11/06 | | $ 803.96 | | | 5 day hotel fee |
| Stephen Tapis | Integrated Audit | 11/20/06 | $ 23.14 | | | | Mileage reimbursment for commute distance greater than normal commute. |
| | Integrated Audit | 11/21/06 | $ 23.14 | | | | Mileage reimbursment for commute distance greater than normal commute. |
| | Integrated Audit | 11/27/06 | $ 23.14 | | | | Mileage reimbursment for commute distance greater than normal commute. |
| | Integrated Audit | 11/28/06 | $ 23.14 | | | | Mileage reimbursment for commute distance greater than normal commute. |
| | Integrated Audit | 11/29/06 | $ 23.14 | | | | Mileage reimbursment for commute distance greater than normal commute. |
| | Integrated Audit | 11/30/06 | $ 23.14 | | | | Mileage reimbursment for commute distance greater than normal commute. |
| | Integrated Audit | 12/1/06 | $ 23.14 | | | | Mileage reimbursment for commute distance greater than normal commute. |
| | Integrated Audit | 12/4/06 | $ 23.14 | | | | Mileage reimbursment for commute distance greater than normal commute. |
| Martin Burkard | Integrated Audit | 11/27/06 | $33.91 | | | | Mileage for round-trip from PwC office to client in Columbia: 38.1m * 2 = 76.2 miles / 76.2m * $0.445 = $33.91 |
| Lynda Keorlet | Integrated Audit | 11/9/2006 | $ 615.86 | | | | travel to Houston for inventory |
| | Integrated Audit | 11/10/2006 | | | $ 5.00 | | AMEX travel service fee - planning Houston trip |
| | Integrated Audit | 11/15/2006 | | | | $ 3.93 | breakfast - inventory day in Houston |
| | Integrated Audit | 11/15/2006 | | $ 169.65 | | | hotel stay during Houston inventory trip |
| | Integrated Audit | 11/15/2006 | | | | $ 22.92 | lunch - L.Keorlet & C.Park - Houston inventory day |
| | Integrated Audit | 11/15/2006 | | | $ 40.00 | | parking - Houston Inventory |
| Michael McDonnell | Integrated Audit | 11/20/06 | $ 7.80 | | | | 13 miles net of normal commute and $1 toll to and from grace=$2 |
| | Integrated Audit | 11/21/06 | $ 7.80 | | | | 13 miles net of normal commute and $1 toll to and from grace=$2 |
| | Integrated Audit | 11/27/06 | $ 7.80 | | | | 13 miles net of normal commute and $1 toll to and from grace=$2 |
| | Integrated Audit | 11/28/06 | $ 7.80 | | | | 13 miles net of normal commute and $1 toll to and from grace=$2 |
| | Integrated Audit | 11/30/2006 | $ 10.00 | | | | Parking picking up files from the office |
| Erica Margolius | Integrated Audit | 11/6/2007 | | | | $ 40.75 | Dinner for J. Afuang and E. Margolius on site visit in Chicago at United Center. |
| | Integrated Audit | 11/6/2007 | | | | $ 7.19 | Breakfast for E. Margolius in lieu of travel from Baltimore to Chicago. |
| | Integrated Audit | 11/6/2007 | $ 332.10 | | | | Roundtrip ticket from BWI to Chicago for site visit (11/6-11/10). |
| | Integrated Audit | 11/6/2007 | $ 5.00 | | | | Amex travel fee for airfare |
| | Integrated Audit | 11/7/2007 | | | | $ 16.24 | Breakfast for J. Afuang, E. Margolius and A. Lueck on site visit in Chicago (Dominick's). |
| | Integrated Audit | 11/8/2007 | | | | $ 10.56 | Breakfast for J. Afuang, E. Margolius and A. Lueck on site visit in Chicago (Dominick's). |
| | Integrated Audit | 11/8/2007 | | | | $ 79.80 | Dinner for J. Afuang, E. Margolius and A. Lueck on site visit in Chicago (Giordanos). |
| | Integrated Audit | 11/9/2007 | | | | $ 50.00 | Dinner in Chicago 51st St. for site visit (Luxbar Chicago) |
| | Integrated Audit | 11/10/2007 | $ 29.00 | | | | Change of flight fee for flight back from Chicago on 11/10. |
| | Integrated Audit | 11/10/2007 | $ 50.00 | | | | Parking at the BWI airport during site visit (11/6-11/10). |
| | Integrated Audit | 11/10/2007 | | | | $ 20.71 | Lunch for E. Margolius, J. Afuang, and A. Lueck at Potbellys. |
| | Integrated Audit | 11/11/2007 | | $ 733.96 | | | Lodging at the Crowne Plaza Chicago, IL for 404 site visit to Chicago 51st St. Plant (11/6-11/10). |
| | Integrated Audit | 11/27/2007 | | | | $ 7.21 | Breakfast in lieu of travel to Chicago for site visit at the airport. |
| | Integrated Audit | 11/27/2007 | | | | $ 5.78 | Lunch for E. Margolius at Subway during site visit in Chicago. |
| | Integrated Audit | 11/27/2007 | | | | $ 9.75 | Dinner at TGI Fridays in Chicago for site visit. |
| | Integrated Audit | 11/27/2007 | $ 38.00 | | | | Amex travel fee for airfare, rental car, and lodging. |
| | Integrated Audit | 11/27/2007 | $ 342.10 | | | | Roundtrip ticket from BWI to Chicago for site visit. |
| | Integrated Audit | 11/28/2007 | | | | $ 7.88 | Dinner at Boston Market on 11/28 for site visit. |
| | Integrated Audit | 11/29/2007 | $ 244.90 | | | | Hertz rental car from 11/27-11/29 |
| | Integrated Audit | 11/30/2007 | | $ 293.80 | | | Lodging at Hilton Oak Lawn hotel in Chicago, IL for site visit (11/27 - 11/29) |
| Geordie Stutzman | Integrated Audit | 11/8/06 | $ - | $ - | $ 42.98 | $ - | Steel-Toed Boots for Physical Inventory |
| Daniel Spratt | Integrated Audit | 11/9/06 | $ 84.56 | | | | Mileage to client site (95 miles roundtrip) |
| | Integrated Audit | 11/10/06 | $ 84.56 | | | | Mileage to client site (95 miles roundtrip) |
| | Integrated Audit | 11/14/06 | $ 84.56 | | | | Mileage to client site (95 miles roundtrip) |
| | Integrated Audit | 11/15/06 | $ 84.56 | | | | Mileage to client site (95 miles roundtrip) |
| | Integrated Audit | 11/16/06 | $ 69.76 | | | | Mileage to client site (95 miles roundtrip) |
| Marvin de Guzman | Integrated Audit | 11/1/06 | $ 32.93 | | | | Mileage in excess of normal commute (80 miles- 6 miles*.445) |
| | Integrated Audit | 11/6/06 | $ 32.93 | | | | Mileage in excess of normal commute (80 miles- 6 miles*.445) |
| | Integrated Audit | 11/16/06 | $ 32.93 | | | | Mileage in excess of normal commute (80 miles- 6 miles*.445) |
| | Integrated Audit | 11/28/06 | $ 32.93 | | | | Mileage in excess of normal commute (80 miles- 6 miles*.445) |
| | Integrated Audit | 11/28/06 | | | $ 78.70 | | Safety shoes for plant visits |
| | Integrated Audit | 11/28/06 | | | | $ 107.00 | Lunch with staff for planning meeting |
| | Integrated Audit | 11/29/06 | $ 32.93 | | | | Mileage in excess of normal commute (80 miles- 6 miles*.445) |
| Summary | | | Total | Transportation | Lodging | Sundry | Business Meals |
| | | | $ 7,912.30 | $ 4,120.10 | $ 2,735.33 | $ 248.42 | $ 808.45 |

CONSOLIDATED AUDIT-EXPENSE DETAIL
For the Month Ended November 30, 2006

| Name | Date | Title | Expenses | Description |
|---|---|---|---|---|
| William Bishop | 11/2/06 | Audit Partner | $ 16.00 | Parking for audit committee meeting |
| | 11/14/06 | Audit Partner | $ 25.00 | Taxi - from site of another meeting to Dallas Country Club for lunch with J Murphy (Grace) |
| | 11/14/06 | Audit Partner | $ 50.00 | Taxi - from Dallas Country Club for lunch with J Murphy (Grace) to DFW airport |
| | 11/14/06 | Audit Partner | $ 200.00 | Allocated amount of airfare from IAD to DFW (total ticket cost of $952.60) |
| | | | **$ 291.00** | |
| Nicholas Stromann | 11/30/06 | Audit Senior Associate | $ 48.96 | Roundtrip mileage from Falls Church, VA to Curtis Bay, MD (128 miles - 18 miles normal commute to office) * $0.445/mile |
| | | | **$ 48.96** | |
| Maria J Afuang | 11/6/06 | Audit Senior Associate | $ 733.96 | Lodging from 11/6/06 to 11/10/06 |
| | 11/6/06 | Audit Senior Associate | $ 366.10 | Airfare from Maryland to Chicago Midway |
| | 11/6/06 | Audit Senior Associate | $ 6.46 | Breakfast - Jo Afuang |
| | 11/7/06 | Audit Senior Associate | $ 40.00 | Lunch - Jo Afuang, Adam Lueck, Erica Margolius |
| | 11/7/06 | Audit Senior Associate | $ 142.36 | Dinner - Jo Afuang, Adam Lueck, Erica Margolius |
| | 11/8/06 | Audit Senior Associate | $ 32.00 | Lunch - Jo Afuang, Adam Lueck, Erica Margolius |
| | 11/9/06 | Audit Senior Associate | $ 13.20 | Breakfast - Jo Afuang, Adam Lueck, Erica Margolius |
| | 11/14/06 | Audit Senior Associate | 95.00 | Transportation from BWI to Rockville |
| | | | **$ 1,429.08** | |
| Nicole Heisler | 11/7/2006 | Audit Associate | $ 32.04 | Travel to and from Home/Grace office (less normal commute) |
| | 11/8/2006 | Audit Associate | $ 32.04 | Travel to and from Home/Grace office (less normal commute) |
| | 11/9/2006 | Audit Associate | $ 32.04 | Travel to and from Home/Grace office (less normal commute) |
| | 11/10/2006 | Audit Associate | $ 32.04 | Travel to and from Home/Grace office (less normal commute) |
| | | | **$ 128.16** | |
| Mary Adenle | 11/18/06 | Audit Associate | $ 81.74 | Purchased Steel Toe boot required for inventory count. |
| | | | **$ 81.74** | |
| Youhan Lee | 11/1/06 | Audit Associate | $ 30.26 | Milage for travel to client minus normal commute: Vienna to Columbia |
| | | | **$ 30.26** | |
| Adam Lueck | 10/30/06 | Audit Associate | $ 220.10 | Round trip airfare from Baltimore to Chicago |
| | 10/31/06 | Audit Associate | $ 5.00 | Miscellaneous Amex travel fee |
| | 11/6/06 | Audit Associate | $ 22.00 | PwC group meal for myself and co-worker, Erica Margolius |
| | 11/8/06 | Audit Associate | $ 13.65 | PwC group meal for myself and co-workers, Jo Afuang and Erica Margolius |
| | 11/8/06 | Audit Associate | $ 35.85 | PwC group meal for myself and co-workers, Jo Afuang and Erica Margolius |
| | 11/8/06 | Audit Associate | $ 14.00 | PwC group meal for myself and co-workers, Jo Afuang and Erica Margolius |
| | 11/9/06 | Audit Associate | $ 77.94 | PwC group meal for myself and co-worker, Jo Afuang. |
| | 11/9/06 | Audit Associate | $ 7.21 | PwC group meal for myself and co-workers, Jo Afuang and Erica Margolius |
| | 11/9/06 | Audit Associate | $ 29.00 | Miscellaneous airline transportation fee |
| | 11/10/06 | Audit Associate | $ 346.68 | 5 day car rental fee |
| | 11/10/06 | Audit Associate | $ 70.00 | Airport parking fee |
| | 11/10/06 | Audit Associate | $ 14.06 | PwC group meal for myself and co-workers, Jo Afuang and Erica Margolius |
| | 11/11/06 | Audit Associate | $ 803.96 | 5 day hotel fee |
| | | | **$ 1,659.45** | |
| Stephen Tapis | 11/20/06 | Audit Associate | $ 23.14 | Mileage reimbursment for commute distance greater than normal commute. |
| | 11/21/06 | Audit Associate | $ 23.14 | Mileage reimbursment for commute distance greater than normal commute. |
| | 11/27/06 | Audit Associate | $ 23.14 | Mileage reimbursment for commute distance greater than normal commute. |
| | 11/28/06 | Audit Associate | $ 23.14 | Mileage reimbursment for commute distance greater than normal commute. |
| | 11/29/06 | Audit Associate | $ 23.14 | Mileage reimbursment for commute distance greater than normal commute. |
| | 11/30/06 | Audit Associate | $ 23.14 | Mileage reimbursment for commute distance greater than normal commute. |
| | 12/1/06 | Audit Associate | $ 23.14 | Mileage reimbursment for commute distance greater than normal commute. |
| | 12/4/06 | Audit Associate | $ 23.14 | Mileage reimbursment for commute distance greater than normal commute. |
| | | | **$ 185.12** | |
| Martin Burkard | 11/27/06 | Audit Senior Associate | $33.91 | Milage for round-trip from PwC office to client in Columbia: 38.1m * 2 = 76.2 miles / 76.2m * $0.445 = $33.91 |
| | | | **$ 33.91** | |
| Lynda Keorlet | 11/9/2006 | Audit Associate | $ 615.86 | Lodging from 11/6/06 to 11/10/06 |
| | 11/10/2006 | Audit Associate | $ 5.00 | Airfare from Maryland to Chicago Midway |
| | 11/15/2006 | Audit Associate | $ 3.93 | Breakfast - Jo Afuang |
| | 11/15/2006 | Audit Associate | $ 169.65 | Lunch - Jo Afuang, Adam Lueck, Erica Margolius |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | 11/15/2006 | Audit Associate | $ | 22.92 | Dinner - Jo Afuang, Adam Lueck, Erica Margolius |
|  | 11/15/2006 | Audit Associate | $ | 40.00 | Lunch - Jo Afuang, Adam Lueck, Erica Margolius |
|  |  |  | $ | 857.36 |  |
| Michael McDonell | 11/20/06 | Audit Senior Associate | $ | 7.80 | 13 milles net of normal commute and $1 toll to and from grace=$2 |
|  | 11/21/06 | Audit Senior Associate | $ | 7.80 | 13 milles net of normal commute and $1 toll to and from grace=$2 |
|  | 11/27/06 | Audit Senior Associate | $ | 7.80 | 13 milles net of normal commute and $1 toll to and from grace=$2 |
|  | 11/28/06 | Audit Senior Associate | $ | 7.80 | 13 milles net of normal commute and $1 toll to and from grace=$2 |
|  | 11/30/2006 | Audit Senior Associate | $ | 10.00 | Parking picking up files from the office |
|  |  |  | $ | 41.20 |  |
| Erica Margolius | 11/6/2006 | Audit Associate | $ | 40.75 | Dinner for J. Afuang and E. Margolius on site visit in Chicago at United Center. |
|  | 11/6/2006 | Audit Associate | $ | 7.19 | Breakfast for E. Margolius in lieu of travel from Baltimore to Chicago. |
|  | 11/6/2006 | Audit Associate | $ | 332.10 | Roundtrip ticket from BWI to Chicago for site visit (11/6-11/10). |
|  | 11/6/2007 | Audit Associate | $ | 5.00 | Amex travel fee for airfare |
|  | 11/7/2007 | Audit Associate | $ | 16.24 | Breakfast for J. Afuang, E. Margolius and A. Lueck on site visit in Chicago (Dominick's). |
|  | 11/8/2007 | Audit Associate | $ | 10.56 | Breakfast for J. Afuang, E. Margolius and A. Lueck on site visit in Chicago (Dominick's). |
|  | 11/8/2007 | Audit Associate | $ | 79.80 | Dinner for J. Afuang, E. Margolius and A. Lueck on site visit in Chicago (Giordanos). |
|  | 11/9/2007 | Audit Associate | $ | 50.00 | Dinner in Chicago 51st St. for site visit (Luxbar Chicago) |
|  | 11/10/2007 | Audit Associate | $ | 29.00 | Change of flight fee for flight back from Chicago on 11/10. |
|  | 11/10/2007 | Audit Associate | $ | 50.00 | Parking at the BWI airport during site visit (11/6-11/10). |
|  | 11/10/2007 | Audit Associate | $ | 20.71 | Lunch for E. Margolius, J. Afuang, and A. Lueck at Potbellys. |
|  | 11/11/2007 | Audit Associate | $ | 733.96 | Lodging at the Crowne Plaza Chicago, IL for 404 site visit to Chicago 51st St. Plant (11/6-11/10). |
|  | 11/27/2007 | Audit Associate | $ | 7.21 | Breakfast in lieu of travel to Chicago for site visit at the airport. |
|  | 11/27/2007 | Audit Associate | $ | 5.78 | Lunch for E. Margolius at Subway during site visit in Chicago. |
|  | 11/27/2007 | Audit Associate | $ | 9.75 | Dinner at TGI Fridays in Chicago for site visit. |
|  | 11/27/2007 | Audit Associate | $ | 38.00 | Amex travel fee for airfare, rental car, and lodging. |
|  | 11/27/2007 | Audit Associate | $ | 342.10 | Roundtrip ticket from BWI to Chicago for site visit. |
|  | 11/28/2007 | Audit Associate | $ | 7.88 | Dinner at Boston Market on 11/28 for site visit. |
|  | 11/29/2007 | Audit Associate | $ | 244.90 | Hertz rental car from 11/27-11/29 |
|  | 11/30/2007 | Audit Associate | $ | 293.80 | Lodging at Hilton Oak Lawn hotel in Chicago, IL for site visit (11/27 - 11/29) |
|  |  |  | $ | 2,324.73 |  |
| Geordie Stutzman | 11/8/06 | Audit Associate | $ | 42.98 | Steel-Toed Boots for Physical Inventory |
|  |  |  | $ | 42.98 |  |
| Daniel Spratt | 11/9/06 | Audit Senior Associate | $ | 84.56 | Mileage to client site (95 miles roundtrip) |
|  | 11/10/06 | Audit Senior Associate | $ | 84.56 | Mileage to client site (95 miles roundtrip) |
|  | 11/14/06 | Audit Senior Associate | $ | 84.56 | Mileage to client site (95 miles roundtrip) |
|  | 11/15/06 | Audit Senior Associate | $ | 84.56 | Mileage to client site (95 miles roundtrip) |
|  | 11/16/06 | Audit Senior Associate | $ | 69.76 | Mileage to client site (95 miles roundtrip) |
|  |  |  | $ | 408.00 |  |
| Marvin de Guzman | 11/1/06 | Audit Manager | $ | 32.93 | Milleage in excess of normal commute (80 miles- 6 miles*.445) |
|  | 11/6/06 | Audit Manager | $ | 32.93 | Milleage in excess of normal commute (80 miles- 6 miles*.445) |
|  | 11/16/06 | Audit Manager | $ | 32.93 | Milleage in excess of normal commute (80 miles- 6 miles*.445) |
|  | 11/28/06 | Audit Manager | $ | 32.93 | Milleage in excess of normal commute (80 miles- 6 miles*.445) |
|  | 11/28/06 | Audit Manager | $ | 78.70 | Safety shoes for plant visits |
|  | 11/28/06 | Audit Manager | $ | 107.00 | Lunch with staff for planning meeting |
|  | 11/29/06 | Audit Manager | $ | 32.93 | Milleage in excess of normal commute (80 miles- 6 miles*.445) |
|  |  |  | $ | 350.35 |  |
|  |  | Grand Total | $ | 7,912.30 |  |