**NO ORDER REQUIRED**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: February 20, 2007 at 4:00 p.m.** |

**CERTIFICATE OF NO OBJECTION**
**REGARDING DOCKET NO. 14445**

The undersigned hereby certifies that, as of the date hereof, he has received no answer,

objection or other responsive pleading to the Fifty-Third Interim Application of Hamilton,

Rabinovitz & Alschuler, Inc. (the "Applicant") for Compensation for Services Rendered and

Reimbursement of Expenses as Consultants to the Official Committee of Asbestos Property

Damage Claimants for the Period of December 1, 2006 through December 31, 2006 (the

"Application").  The undersigned further certifies that he caused the review of the Court's docket

in this case and no answer, objection or other responsive pleading to the Application appears

thereon.  Pursuant to the Notice of Application, objections to the Application were to be filed

and served no later than February 20, 2007.

Pursuant to the Amended Administrative Order Under 11 USC §§105(a) and 331

Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors

are authorized to pay Hamilton, Rabinovitz & Alschuler, Inc. $4,800.00 which represents 80% of

the fees ($6,000.00) and $0.00 which represents 100% of the expenses requested in the

Application for the period December 1, 2006 through December 31, 2006, upon the filing of this

certification and without the need for entry of a Court order approving the Application.


Dated: February 21, 2007                  Scott L. Baena, Esquire

Jay M. Sakalo, Esquire

BILZIN, SUMBERG, BAENA, PRICE

& AXELROD, LLP

2500 Wachovia Financial Center

200 South Biscayne Boulevard

Miami, FL 33131-2336

Tel:    (305) 374-7580

Fax:    (305) 374-7593


-and-


FERRY, JOSEPH & PEARCE, P.A.


 /s/ Theodore J. Tacconelli

Michael B. Joseph (No. 392)

Theodore J. Tacconelli (No. 2678)

Lisa L. Coggins (No. 4234)

824 Market Street, Suite 904

P.O. Box 1351

Wilmington, DE. 19899

Tel:    (302) 575-1555

Fax:    (302) 575-1714


*Co-Counsel to the Official Committee of Asbestos
Property Damage Claimants*

2