THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | related # 14377 |

### ORDER ON MOTION OF CERTAIN CLAIMANTS REPRESENTED BY REAUD, MORGAN & QUINN, L.L.P. TO AMEND INFORMAL PROOFS OF CLAIM, OR ALTERNATIVELY, FOR LEAVE TO ALLOW LATE FILING OF PROOFS OF CLAIM

This Court has considered the Motion of Certain Claimants Represented by Reaud, Morgan & Quinn, L.L.P. ("Certain RMQ Claimants") to Amend Informal Proofs of Claim, or Alternatively, for Leave to Allow Late Filing of Proofs of Claim (the "Motion"). The Court finds that the Motion should be granted.

**ORDERED**, Certain RMQ Claimants' Motion is in all things hereby granted; and it is further

**ORDERED**, that the Court finds that the Questionnaire Responses are informal proofs of claim. The Certain RMQ Claimants shall be allowed to amend their informal proofs of claim by filing the Official Proofs of Claim forms attached as Exhibit B to the Motion.

**ORDERED**, in the alternative, that the filing of the Certain RMQ Claimants' Proofs of Claim attached as Exhibit B to the Motion will be allowed and in all respects

{02044}

will be treated as timely filed.

Dated the 21st day of Feb, 2007.

*Judith K. Fitzgerald*
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

{02044}