IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | **Related Docket Nos. 14375 & 14476** |

## CERTIFICATION OF COUNSEL REGARDING FOSTER & SEAR'S MOTION FOR EXTENSION OF TIME TO RESPOND TO THE W.R GRACE ASBESTOS PERSONAL INJURY QUESTIONNAIRE

The undersigned hereby certifies that:

1. On January 22, 2007, Foster & Sear filed its Motion for Extension of Time to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire, seeking an extension of 4 months to submit 997 additional W.R. Grace Asbestos Personal Injury Questionnaire Responses ("Responses"). *See* Motion for Extension of Time to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire (Docket No. 14375) (the "Motion")

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2. On February 1, 2007, W.R. Grace & Co. ("Grace") filed its Opposition to Foster & Sear's Motion for Extension of Time to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire. *See* Docket No. 14476.

3. Counsel for the Debtors, as well as counsel for the moving Claimants, have agreed to the proposed form of Order attached hereto.

4. Accordingly, the Debtors respectfully request that the Court enter the Order attached hereto as <u>Exhibit A</u>.

Dated: February 21, 2007

>Respectfully submitted,
>
>KIRKLAND & ELLIS LLP
>David M. Bernick, P.C.
>Janet S. Baer
>Barbara Harding
>200 East Randolph Drive
>Chicago, Illinois 60601
>(312) 861-2000
>
>and
>
>PACHULSKI STANG ZIEHL YOUNG JONES
>& WEINTRAUB, LLP
>
>*/s/ James E. O'Neill*
>Laura Davis Jones (Bar No. 2436)
>James E. O'Neill (Bar No. 4042)
>919 North Market Street, 17th Floor
>P.O. Box 8705
>Wilmington, DE 19899-8705 (Courier 19801)
>Telephone: (302) 652-4100
>Facsimile: (302) 652-4400
>
>Co-Counsel for the Debtors and Debtors in Possession