## Exhibit A

DOCS_DE:113703.7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 14375** |

## ORDER REGARDING FOSTER & SEAR'S MOTION FOR EXTENSION OF TIME TO RESPOND TO THE W.R GRACE ASBESTOS PERSONAL INJURY QUESTIONNAIRE

Whereas, on January 22, 2007, Foster & Sear filed its Motion for Extension of Time to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire, seeking an extension of 4 months to submit 997 additional W.R. Grace Asbestos Personal Injury Questionnaire Responses ("Responses"). *See* Motion for Extension of Time to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire (Docket No. 14375) (the "Motion"); and

Whereas, on February 7, 2007, Foster & Sear submitted 303 Responses to Rust Consulting ("Rust"). Foster & Sear has informed Debtors that it does not intend to submit further Responses. Debtors have informed Foster & Sear that the Responses have been accepted for processing. The parties agree that, to the extent that the Motion seeks additional time to file the Responses beyond February 7, 2007, it is moot. Accordingly, the parties request entry of this order.

It is hereby **ORDERED**:

1. At the parties' request the Court makes no ruling on the Motion; and

2. The parties reserve all rights to with regard to the Motion, including, but not limited to, Debtors' right to raise further issues with regard to the timeliness of the Responses and Foster & Sear's right to pursue the relief sought under the Motion with regard to the extension of time for the submission of the Responses.

**SO ORDERED**

Dated: February ____, 2007

> _____
> Honorable Judith K. Fitzgerald
> United States Bankruptcy Judge

2