IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al., | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Re: Docket No. 13406** |

**NOTICE OF INTENTION TO TAKE THE
DEPOSITION OF JACK L. HALLIWELL, P.E.**

To: ASBESTOS PROPERTY DAMAGE CLAIMANTS AND THEIR ATTORNEYS:

PLEASE TAKE NOTICE that the Debtors will take the deposition upon oral examination of Jack L. Halliwell, P.E., before a person authorized to administer oaths, at the offices of Reed Smith, LLP, 599 Lexington Avenue, New York, NY, on Friday, March 2, 2007 commencing at 9:00 AM and continuing from day to day until complete. Mr. Halliwell will answer such questions as are propounded to him concerning his January 17, 2007 expert report that was filed on behalf of all Speights & Runyan claimants. Said deposition is to be reported by a member of Veritext Court Reporting, and may be used at trials and/or hearings in this case.

Counsel is hereby invited to appear and take such part in the examination as may be proper.

PACHULSKI STANG ZIEHL YOUNG
JONES & WEINTRAUB LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and
Debtors in Possession