In The United States Bankruptcy Court
For The District of Delaware

FILED
2007 FEB 22 AM 8:59
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Debtors: W. R. Grace + Co. ET. AL. | 2/20/07 |
| Gloucester New Communities Co. (GNCC) | Chapter 11 |
| | Case # 01-01139 (JKF) |
| Unsecured Creditor: Estate of Rosario Rapisardi c/o James P. Rapisardi - Executor | Claim Case # 01-01160 |
| Claim # WR050503-2107 | Documentation Exhibits For the Court And For Debters Attorneys In response to Debters Counsel Request |

    For the Court's consideration, Debters Counsel contacted Creditor - James Rapisardi by phone on 2/1/07 and made a settlement offer on Creditor's claim. Also at that time, Debter's Counsel made a request for additional Documents to help them familiarize themselves with the terms (Prior Converted Croplands) Exemptions, and Federal Jurisdiction over Creditor's properties, so that a proper settlement amount could be made.

    I have included for the Court Exhibit 1, 5 page U.S. Army Corps of Engineer's Guidance Letter 90-7, Exhibit 2, 1 page USDA Prior Converted Croplands Determination from their files, Exhibit 3, 1 page Cost analysis of one vegetable production loss per acre in 1988.

The Estate of Rosario Rapisardi
c/o James P. Rapisardi - Executor
2251 Township Line Rd.
Logan Twp. N.J. 08085
856-467-2904 - work #

FILED
2007 FEB 22 AM 8:59
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

The U.S. Bankruptcy Court                          2/20/07
For The District Of Delaware
824 Market Str.                     Claim Case # 01-01160
Wilmington Delaware 19801           Case # 01-01139 (JKF)
ATTEN: Clerk of The Court
RE: W.R. Grace + Co, ET AL. — Chapter 11

Dear Clerk,

Enclosed please find supplemental copies of Exhibits that The Debters Counsel has requested from Creditors. The Debters Counsel made a settlement offer, and needed more information to increase the amount of said offer to a more fair and proper amount. Please file these Documents with the Court papers before 2/26/07.

I have sent copies of these Exhibits to Debters Counsel.

C.C. Robert Emmett                              Sincerely,
Ph. 410-531-4751                                James P. Rapisardi