| | |
|---|---|
| U.S.D.A.<br>Soil Conservation Service | SCS-CPA-026<br>(June 90) |

## HIGHLY ERODIBLE LAND AND WETLAND CONSERVATION DETERMINATION

1. Name and Address of Person: James R. Rapisardi c/o Rosario J. Rapisardi, 107 Township Line Road, Swedesboro, NJ 08085

2. Date of Request: 11-02-93

3. County: Gloucester

4. Name of USDA Agency or Person Requesting Determination

5. Farm No. and Tract No.: 1418  653)

### SECTION I - HIGHLY ERODIBLE LAND

| | FIELD NO.(s) | TOTAL ACRES |
|---|---|---|
| 6. Is soil survey now available for making a highly erodible land determination? Yes ☒ No ☐ | | |
| 7. Are there highly erodible soil map units on this farm? Yes ☒ No ☐ | | |
| 8. List highly erodible fields that, according to ASCS records, were used to produce an agricultural commodity in any crop year during 1981-1985. | 1 | 14.2 |
| 9. List highly erodible fields that have been or will be converted for the production of agricultural commodities and, according to ASCS records, were not used for this purpose in any crop year during 1981-1985; and were not enrolled in a USDA set-aside or diversion program. | | |
| 10. This Highly Erodible Land determination was completed in the: Office ☐ Field ☒ | | |

### SECTION II - WETLAND

| | FIELD NO.(s) | TOTAL ACRES |
|---|---|---|
| 11. Are there hydric soils on this farm? Yes ☒ No ☐ | | |
| 12. Wetlands (W), including abandoned wetlands, or Farmed Wetlands (FW) or Farmed Wetlands Pasture (FWP). Wetlands may be farmed under natural conditions. Farmed Wetlands and Farmed Wetlands Pasture may be farmed and maintained in the same manner as they were prior to December 23, 1985, as long as they are not abandoned. | | |
| 13. Prior Converted Cropland (PC). Wetlands that were converted prior to December 23, 1985. The use, management, drainage, and alteration of prior converted cropland (PC) are not subject to the wetland conservation provisions unless the area reverts to wetland as a result of abandonment. | 1 | 5.2 |
| 14. Artificial Wetlands (AW). Artificial wetlands includes irrigation-induced wetlands. These wetlands are not subject to the wetland conservation provisions. | | |
| 15. Minimal Effect Wetlands (MW). These wetlands are to be farmed according to the minimal-effect agreement signed at the time the minimal-effect determination was made. | | |
| 16. Mitigation Wetlands (MIW). Wetlands on which a person is actively mitigating a frequently cropped area or a wetland converted between December 23, 1985 and November 28, 1990. | | |
| 17. Restoration with Violation (RVW-year). A restored wetland that was in violation as a result of conversion after November 28, 1990, or the planting of an agricultural commodity or forage crop. | | |
| 18. Restoration without Violation (RSW). A restored wetland converted between December 23, 1985 and November 28, 1990 on which an agricultural commodity has not been planted. | | |
| 19. Replacement Wetlands (RPW). Wetlands which are converted for purposes other than to increase production, where the wetland values are being replaced at a second site. | | |
| 20. Good Faith Wetlands (GFW-year). Wetlands on which ASCS has determined a violation to be in good faith and the wetland has been restored. | | |
| 21. Converted Wetlands (CW). Wetlands converted after December 23, 1985 and prior to November 28, 1990. In any year that an agricultural commodity is planted on these Converted Wetlands, you will be ineligible for USDA benefits. | | |
| 22. Converted Wetland (CW+year). Wetlands converted after November 28, 1990. You will be ineligible for USDA program benefits until the wetland is restored. | | |
| 23. Converted Wetland Non-Agricultural use (CWNA). Wetlands that are converted for trees, fish production, shrubs, cranberries, vineyards or building and road construction. | | |
| 24. Converted Wetland Technical Error (CWTE). Wetlands that were converted as a result of incorrect determination by SCS. | | |
| 25. The planned alteration measures on wetlands in fields _____ are considered maintenance and are in compliance with FSA. | | |
| 26. The planned alteration measures on wetlands in fields _____ are not considered to be maintenance and if installed will cause the area to become a Converted Wetland (CW). See item 22 for information on CW+year. | | |
| 27. The wetland determination was completed in the office ☐ field ☒ and was delivered ☐ mailed ☒ to the person on 11-5-93 | | |
| 28. Remarks: | | |

29. I certify that the above determination is correct and adequate for use in determining eligibility for USDA program benefits, and that wetland hydrology, hydric soils, and hydrophytic vegetation under normal circumstances exist on all areas outlined as Wetlands, Farmed Wetlands, and Farmed Wetlands Pasture.

Assistance and programs of the Soil Conservation Service available without regard to race, religion, color, sex, age, or handicap.

30. Signature of SCS District Conservationist: [signature]

31. Date: 11-5-93

Exhibit-2      Person Copy