Exhb. A-3

# 1999 EGGPLANT - COST ANALYSIS - REPORT IN DOLLARS PER ACRE:

## I. OPERATING COSTS:

**COST OF TRANSPLANT PRODUCTION:**

| | |
|---|---|
| GREENHOUSE COSTS: | |
| Greenhouse Fumigation | $56.00/acre |
| Labor[1] (Planting, Thinning, Watering) | $678.00/acre |
| Fuel/heating | $579.37/acre |
| Planting Trays | $135.52/acre |
| $55.99 per 100 trays, 18 plants/tray, 4350 plants/acre =242 trays/acre) | |
| Planting Media | $52.50/acre |
| Fertilizer in greenhouse | $7.20/acre |
| (2 applications of liquid 20-20-20 @ 3 lb/application, 20-20-20 costs $29.95/25lb bag) | |

**PLANTING COSTS:**

| | |
|---|---|
| FIELD PREPARATION | |
| Tractor hours (plowing, level, bedding, laying plastic) | $328.00/acre |
| $32.00/acre for each field treatment (labor and tractor maintenance) | |
| Plastic Mulch (just material) | $60.81/acre |
| Drip Irrigation (Tape/connectors) | $128.78/acre |
| Drip Irrigation (set up – labor: main lines and tape hook up) | $142.88/acre |
| Fertilizer (750 lbs/acre of 13-13-13 w/micros @ $289/ton) | $108.37/acre |
| Fumigation (Vapam @ 75 gal/ac @ $7.38/gal) | $553.50/acre |
| Herbicide (Devrinol @ 2 lb/ac $8.05/lb) | $16.10/acre |
| Soil Fungicide (Ridomil Gold @ 1pt/ac @ $640/gal) | $80.00/acre |

| | |
|---|---|
| FIELD PLANT MAINTENANCE: | |
| Irrigation (Fuel) | $382.69/acre |
| Irrigation (Labor: to move pipe, only if no drip) | $128.80/acre |
| Staking & Tying | |
| Stakes ($0.28/stake, 2175 stakes/acre) | $609.00/acre |
| String | $67.49/acre |
| Labor[1] | $315.10/acre |
| Fertilizer (source: Milford Fertilizer) | $99.00/acre |
| (liquid through drip 8-7-8 w/minors $150/ton, 191 gal/ton) | |
| Insecticide Application | |
| (Admire @ 24 oz/ac (or 0.19 gal/ac) @ $540/gal) | $102.60/acre |
| Initially Controls: Colorado Potato Beetle, Flea Beetle, Aphids | |
| (Guthion @ 0.75lb/ac @ $8.15/lb) | $6.11/acre |
| Controls: Leafminer, Lacebug | |
| (Vydate L @ 2qt/ac @ $54.25/gal) | $27.12/acre |
| Controls: Mites | |
| (Thiodan @ lb/ac @ $6.25/lb) | $6.25/acre |
| Ladder Control for: Colorado Potato Beetle, Aphids | |
| Spray Application (Skilled Labor) | $286.78/acre |
| Cultivation (Tractor Hours & Labor) | $52.00/acre |

---

[1] Labor cost for migrant farm workers at $6.15 per hour

→ In 2007 this cost is $7.15/hr