# EXHIBIT "C"

# HR&A

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

# INVOICE

November 15, 2006
Invoice No. HRA20061511

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al. For the month of October, 2006.

### FEES

| | |
|---|---:|
| Francine F. Rabinovitz<br>6.8 hours @ $ 600 per hour | $ 4,080.00 |
| Paul K. Honig<br>1.0 hours @ $ 300 per hour | 300.00 |
| Joshua S. Katz<br>1.8 hours @ $ 250 per hour | 450.00 |
| **TOTAL DUE:** | **$ 4,830.00** |

*Please remit to corporate address below:*

P.O. Box 222681 Carmel, California 93922   Tel: (831) 626-1350   Fax: (831) 626-1351
Northern California        Los Angeles        New York

OCTOBER, 2006 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
|---|---|---|
| 10/03/06 | 2.0 | Read transcript from Omnibus of September 25, 2006, sent by Jay Sakalo re property damage issues. |
| 10/04/06 | 0.8 | Talk with Jay Sakalo re status of property damage estimation. |
| 10/06/06 | 1.0 | Continue to read transcript from Omnibus re PI questionnaire. |
| 10/23/06 | 3.0 | Review results of binomial analysis to-date. |
| TOTAL: | 6.8 | |

OCTOBER, 2006 TIME LOG OF PAUL K. HONIG (PKH)

<u>DATE</u>     <u>TIME</u>   <u>TASK</u>

10/20/06   1.0    Receive newest set of disks, sort through older set & destroy ones these replace.
TOTAL:     1.0

OCTOBER, 2006 TIME LOG OF JOSHUA S. KATZ (JSK)

<u>DATE</u>     <u>TIME</u>  <u>TASK</u>

10/21/06   0.5   Review of recent asbestos law changes in states.

10/26/06   0.8   Weekly Grace conference call (0.6); Organization of notes on call for reporting to Francine F. Rabinovitz (0.2).

10/28/06   0.5   Review of most recent Grace 8-K SEC filing.

TOTAL:     1.8

# HR&A                                                                    INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

December 14, 2006
Invoice No. HRA20061412

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

---

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of November, 2006.

### FEES

| | |
|---|---|
| Francine F. Rabinovitz<br>1.5 hours @ $ 600 per hour | $    900.00 |
| Robert H. Sims<br>0.5 hours @ $ 500 per hour | 250.00 |
| Paul K. Honig<br>4.0 hours @ $ 300 per hour | 1,200.00 |
| Joshua S. Katz<br>2.8 hours @ $ 250 per hour | 575.00 |
| **TOTAL DUE:** | **$ 3,050.00** |

*Please remit to corporate address below:*

P.O. Box 222681 CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351
NORTHERN CALIFORNIA        LOS ANGELES                    NEW YORK

NOVEMBER, 2006 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

DATE     TIME  TASK

11/01/06  0.5  Update on Grace Committee phone call from Joshua S. Katz.

11/07/06  0.5  Review PD witness descriptions from Grace.

11/30/06  0.5  Review M. Kramer update on status of PI estimation. Query staff via e-mail re whether we are up to date in receipt of Rust Consulting data files.

TOTAL:    1.5

NOVEMBER, 2006 TIME LOG OF ROBERT H. SIMS (RHS)

| DATE | TIME | TASK |
|---|---|---|
| 11/06/06 | 0.5 | Review Paul K. Honig e-mail re: PIQ. |
| TOTAL: | 0.5 | |

NOVEMBER, 2006 TIME LOG OF PAUL K. HONIG (PKH)

DATE      TIME   TASK

11/06/06   3.5   Extract & examine 12 tables from Access to Stata, e-mail to Robert H. Sims.

11/30/06   0.5   Review work performed & question whether to proceed or wait for the 30K pending PIQs.

TOTAL:     4.0

NOVEMBER, 2006 TIME LOG OF JOSHUA S. KATZ (JSK)

<u>DATE</u>    <u>TIME</u>  <u>TASK</u>

11/01/06  0.5  Teleconference with Francine F. Rabinovitz re Grace Committee phone call.

11/10/06  1.0  Review of most recent Grace 10-Q quarterly SEC filing.

11/16/06  0.5  Weekly Grace conference call.

11/30/06  0.8  E-mails to Francine F. Rabinovitz and Matt Kramer regarding December 5 hearing. (0.3); Grace call (0.4); e-mails to Robert H. Sims and Paul K. Honig re: Grace estimation (0.1).

TOTAL:   2.8

# HR&A                                                    INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

January 15, 2007
Invoice No. HRA20071501

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of December, 2006.

**FEES**

| | |
|---|---:|
| Francine F. Rabinovitz<br>4.0 hours @ $ 600 per hour | $ 2,400.00 |
| Robert H. Sims<br>0.7 hours @ $ 500 per hour | 350.00 |
| Paul K. Honig<br>1.0 hours @ $ 300 per hour | 300.00 |
| Joshua S. Katz<br>11.8 hours @ $ 250 per hour<br>  2,950.00 | |
| **TOTAL DUE:** | **$ 6,000.00** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351
NORTHERN CALIFORNIA          LOS ANGELES          NEW YORK

DECEMBER, 2006 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
| --- | --- | --- |
| 12/05/06 | 2.0 | Brief review of Appellants Exclusivity Brief. |
| 12/29/06 | 2.0 | Review Brief of Appellees on Exclusivity. |
| TOTAL: | 4.0 | |

DECEMBER, 2006 TIME LOG OF ROBERT H. SIMS (RHS)

| DATE | TIME | TASK |
|---|---|---|
| 12/13/06 | 0.2 | Teleconference call prep. |
| 12/14/06 | 0.3 | Teleconference call prep. |
| 12/15/06 | 0.2 | Call into and wait for teleconference, call cancelled. |
| TOTAL: | 0.7 | |

DECEMBER, 2006 TIME LOG OF PAUL K. HONIG (PKH)

| DATE | TIME | TASK |
|---|---|---|
| 12/13/06 | 0.5 | E-mail chat on expected data. |
| 12/14/06 | 0.5 | Receive & review latest set of database CD's. |
| TOTAL: | 1.0 | |

DECEMBER, 2006 TIME LOG OF JOSHUA S. KATZ (JSK)

| DATE | TIME | TASK |
|---|---|---|
| 12/04/06 | 2.0 | Review of recent filings re: Exclusivity Appeal. |
| 12/05/06 | 8.5 | Telephonic participation in special PI hearing before Judge Fitzgerald (8.0); review and clarification of notes on the hearing (0.5). |
| 12/13/06 | 0.5 | E-mails with Francine F. Rabinovitz, Robert H. Sims, Wanda Roman regarding recent batch of Grace CDs/DVDs database. |
| 12/14/06 | 0.6 | Weekly committee conference call. |
| 12/26/06 | 0.2 | Quick review of FedEx materials from Wanda Roman. |
| TOTAL: | 11.8 | |