IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-01139 (JKF) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that, effective December 18, 2006, the law firm of Ashby & Geddes has changed its delivery address to:

>Ashby & Geddes
>500 Delaware Avenue, 8th Floor
>Wilmington, DE 19801

The firm's telephone number, facsimile number, e-mail address, and P.O. Box address will remain the same.

Dated: February 22, 2007

ASHBY & GEDDES, P.A.

/s/ 
William P. Bowden (I.D. #2553)
Ricardo Palacio (I.D. #3765)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19801
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

178000v1