IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**ENTRY OF APPEARANCE, REQUEST FOR SERVICE
OF PAPERS, AND RESERVATION OF RIGHTS**

**PLEASE TAKE NOTICE THAT** the undersigned, Anne McGinness Kearse, of the law firm of Motley Rice LLC, hereby appears as counsel for various asbestos personal injury claimants, under, inter alia, Bankruptcy Rules 2002, 9007, 9010 and Section 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon:

> Anne McGinness Kearse, Esquire
> MOTLEY RICE LLC
> 28 Bridgeside Blvd.
> P.O. Box 1792
> Mount Pleasant, SC 29465
> Telephone: (843) 216-9140
> Facsimile: (843) 216-9440
> E-mail: akearse@motleyrice.com

**PLEASE TAKE FUTHER NOTICE,** that under section 1109(b) of the Bankruptcy Code, the this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, proposed orders, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail,

#18175.1

delivery, telephone, telegraphic, telex or otherwise filed, which may affect or seek to affect any rights or interests of any party in interest herein.

Dated: February 22, 2007

                Respectfully Submitted by:

                JASPAN SCHLESINGER HOFFMAN LLP

                /s/ Laurie Schenker Polleck
                Laurie Schenker. Polleck, Esquire (No. 4300)
                913 N. Market Street, 12th Floor
                Wilmington, Delaware 19801
                Telephone: (302) 351-8000
                Facsimile: (302) 351-8010
                E-mail: lpolleck@jshllp-de.com
                Delaware Counsel to Motley Rice LLC Claimants

#18175.1