# EXHIBIT "C"



November 15, 2006

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  114653

FOR PROFESSIONAL SERVICES RENDERED
THROUGH October 31, 2006

**Atty – SLB**
**Client No.: 74817/15537**

RE: **01- Case Administration**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 10/02/06 | NT | 0.50 | 152.50 | Review recent filings to determine potential impact on PD Committee. |
| 10/03/06 | SLB | 1.30 | 812.50 | Telephone conference with Dies and Runyan (1.3). |
| 10/03/06 | NT | 0.30 | 91.50 | Review recent filings to determine potential impact on PD Committee. |
| 10/04/06 | SLB | 1.00 | 625.00 | Telephone conference with M. Brodsky (1.0). |
| 10/04/06 | NT | 0.20 | 61.00 | Review recent filings to determine potential impact on PD Committee. |
| 10/05/06 | SLB | 0.50 | 312.50 | Conference with J. Sakalo and M. Kramer (.5). |
| 10/05/06 | MIK | 0.10 | 32.00 | Review PD related docket entries. |
| 10/05/06 | NT | 0.20 | 61.00 | Review recent filings to determine potential impact on PD Committee. |
| 10/06/06 | NT | 0.30 | 91.50 | Review recent filings to determine potential impact on PD Committee. |
| 10/09/06 | NT | 0.10 | 30.50 | Review recent filings to determine potential impact on PD Committee. |
| 10/10/06 | MIK | 0.40 | 128.00 | Review  PD related docket entries |
| 10/10/06 | NT | 0.50 | 152.50 | Review recent filings to determine potential impact on PD Committee. |
| 10/11/06 | SLB | 1.50 | 937.50 | Telephone conference with M. Brodsky et al (creditor) regarding status of case and particular issues (1.5). |
| 10/11/06 | JMS | 1.50 | 600.00 | Telephone conference with S. Baena, M. Brodsky regarding status of case, objections (1.5). |
| 10/11/06 | MIK | 0.20 | 64.00 | Review PD related docket entries |
| 10/11/06 | NT | 0.30 | 91.50 | Review recent filings to determine potential impact on PD Committee. |
| 10/12/06 | SLB | 0.40 | 250.00 | Interoffice conference with J. Sakalo regarding LECG, fee apps, procedural motion (.4). |
| 10/12/06 | NT | 0.20 | 61.00 | Review recent filings to determine potential impact on PD Committee. |
| 10/13/06 | JMS | 2.80 | 1,120.00 | Research regarding motion to amend procedural case management order (2.8). |
| 10/13/06 | NT | 0.10 | 30.50 | Review recent filings to determine potential impact on PD Committee. |
| 10/16/06 | JMS | 0.50 | 200.00 | Review 10/23 Agenda (.2); e-mail to Committee regarding same (.2); follow up e-mail with S. Baena (.1). |
| 10/16/06 | MIK | 0.50 | 160.00 | Review PD related docket entries. |
| 10/16/06 | NT | 0.60 | 183.00 | Review recent filings to determine potential impact on PD Committee. |
| 10/17/06 | JMS | 0.40 | 160.00 | E-mails with M. Dies regarding omnibus hearing (.2); e-mails with E. Westbrook regarding same (.2). |
| 10/17/06 | MIK | 0.30 | 96.00 | Review PD related docket entries. |
| 10/18/06 | MIK | 0.30 | 96.00 | Review PD related docket entries. |
| 10/18/06 | NT | 0.30 | 91.50 | Review recent filings to determine potential impact on PD Committee. |
| 10/20/06 | JMS | 0.50 | 200.00 | E-mails with W. Roman regarding telephonic attendance (.2); e-mail exchange with M. Hurford regarding PI status conference (.3). |
| 10/20/06 | MIK | 0.20 | 64.00 | Review PD related docket entries. |
| 10/21/06 | MIK | 0.10 | 32.00 | Attend to file. |
| 10/23/06 | JMS | 1.50 | 600.00 | Continue draft of motion to amend procedural case management order (1.5). |

| 10/24/06 | MIK | 0.10 | 32.00 | Review PD related docket entries |
|---|---|---|---|---|
| 10/24/06 | NT | 0.30 | 91.50 | Review recent filings to determine potential impact on PD Committee. |
| 10/25/06 | NT | 0.20 | 61.00 | Review recent filings to determine potential impact on PD Committee. |
| 10/26/06 | MIK | 0.10 | 32.00 | Review PD related docket entries |
| 10/26/06 | NT | 0.40 | 122.00 | Review recent filings to determine potential impact on PD Committee. |
| 10/26/06 | JEV | 0.20 | 27.00 | Review pleading. |
| 10/27/06 | MIK | 0.10 | 32.00 | Review PD related docket entries |
| 10/27/06 | NT | 0.30 | 91.50 | Review recent filings to determine potential impact on PD Committee. |
| 10/30/06 | SLB | 0.20 | 125.00 | Email to and from M. Dies (.2). |
| 10/30/06 | MIK | 0.10 | 32.00 | Review PD related docket entries |
| 10/30/06 | NT | 0.30 | 91.50 | Review recent filings to determine potential impact on PD Committee. |

**PROFESSIONAL SERVICES**                                                                                    **$8,325.00**

### COSTS ADVANCED

| 08/29/06 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 08/29/06-09/26/06; DATE: 9/26/2006  -  Acct.#5306220025395504 | 80.00 |
|---|---|---|
| 09/01/06 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 812211565; DATE: 9/30/2006 | 34.70 |
| 09/04/06 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 812211565; DATE: 9/30/2006 | 18.42 |
| 09/05/06 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 812211565; DATE: 9/30/2006 | 197.66 |
| 09/05/06 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 812211565; DATE: 9/30/2006 | 64.86 |
| 09/06/06 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 812211565; DATE: 9/30/2006 | 22.61 |
| 09/13/06 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 08/29/06-09/26/06; DATE: 9/26/2006  -  Acct.#5306220025395504 | 200.00 |
| 09/13/06 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 08/29/06-09/26/06; DATE: 9/26/2006  -  Acct.#5306220025395504 | 240.00 |
| 09/13/06 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 08/29/06-09/26/06; DATE: 9/26/2006  -  Acct.#5306220025395504 | 240.00 |
| 09/14/06 | Long Distance Telephone-Outside Services VENDOR: Premiere Conferencing; INVOICE#: 00564272; DATE: 9/30/2006  - Account# 306300 | 36.96 |
| 09/19/06 | Long Distance Telephone-Outside Services VENDOR: Premiere Conferencing; INVOICE#: 00564272; DATE: 9/30/2006  - Account# 306300 | 6.48 |



| | | |
|---|---|---|
| 09/20/06 | Long Distance Telephone-Outside Services VENDOR: Premiere Conferencing; INVOICE#: 00564272; DATE: 9/30/2006 - Account# 306300 | 0.51 |
| 09/21/06 | Long Distance Telephone-Outside Services VENDOR: Premiere Conferencing; INVOICE#: 00564272; DATE: 9/30/2006 - Account# 306300 | 2.81 |
| 09/21/06 | Long Distance Telephone-Outside Services VENDOR: Premiere Conferencing; INVOICE#: 00564272; DATE: 9/30/2006 - Account# 306300 | 15.93 |
| 09/22/06 | Messenger Services VENDOR: X - Press Delivery Inc.; INVOICE#: 00039; DATE: 9/25/2006 - Clients | 55.00 |
| 09/22/06 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 812211565; DATE: 9/30/2006 | 13.48 |
| 09/25/06 | Fares, Mileage, Parking VENDOR: KING LIMOUSINE AND TRANSPORTATION SERVIC; INVOICE#: 94847; DATE: 9/30/2006 - Clients | 232.50 |
| 09/28/06 | Long Distance Telephone-Outside Services VENDOR: Premiere Conferencing; INVOICE#: 00564272; DATE: 9/30/2006 - Account# 306300 | 24.32 |
| 10/03/06 | Long Distance Telephone 1(302)426-9910; 2 Mins. | 2.38 |
| 10/04/06 | Long Distance Telephone 1(831)626-8152; 6 Mins. | 8.33 |
| 10/05/06 | Long Distance Telephone 1(302)573-6491; 1 Mins. | 1.19 |
| 10/05/06 | Long Distance Telephone 1(215)597-4411; 1 Mins. | 1.19 |
| 10/05/06 | Long Distance Telephone 1(510)985-6748; 2 Mins. | 2.38 |
| 10/06/06 | CD/DVD Duplication | 200.00 |
| 10/09/06 | Long Distance Telephone 1(202)973-9381; 3 Mins. | 3.57 |
| 10/09/06 | Long Distance Telephone 1(941)809-3249; 3 Mins. | 1.17 |
| 10/10/06 | CD/DVD Duplication | 120.00 |
| 10/10/06 | Long Distance Telephone 1(302)575-1555; 2 Mins. | 3.57 |
| 10/10/06 | Long Distance Telephone 1(302)575-1555; 4 Mins. | 4.76 |
| 10/10/06 | Long Distance Telephone 1(302)426-1900; 1 Mins. | 1.19 |
| 10/10/06 | Long Distance Telephone 1(202)862-7801; 2 Mins. | 2.38 |
| 10/11/06 | Long Distance Telephone 1(843)216-9133; 1 Mins. | 1.19 |
| 10/12/06 | Long Distance Telephone 1(302)573-6539; 12 Mins. | 14.28 |
| 10/12/06 | Long Distance Telephone 1(803)943-4444; 6 Mins. | 8.33 |
| 10/12/06 | Long Distance Telephone 1(803)943-4444; 12 Mins. | 14.28 |
| 10/12/06 | Postage | 1.17 |
| 10/13/06 | Long Distance Telephone 1(843)987-3805; 7 Mins. | 8.33 |
| 10/13/06 | Long Distance Telephone 1(202)339-8567; 2 Mins. | 3.57 |
| 10/17/06 | Long Distance Telephone 1(843)441-0030; 15 Mins. | 17.85 |
| 10/17/06 | Long Distance Telephone 1(386)679-6544; 2 Mins. | 0.60 |
| 10/17/06 | Long Distance Telephone 1(803)943-4444; 17 Mins. | 20.23 |
| 10/17/06 | Long Distance Telephone 1(304)343-4440; 1 Mins. | 1.19 |
| 10/17/06 | Long Distance Telephone 1(202)339-8567; 1 Mins. | 1.19 |

| Date | Description | Amount |
|---|---|---|
| 10/18/06 | CD/DVD Duplication | 240.00 |
| 10/19/06 | Long Distance Telephone 1(212)813-1703; 2 Mins. | 2.38 |
| 10/19/06 | Long Distance Telephone 1(803)943-4444; 4 Mins. | 4.76 |
| 10/19/06 | Long Distance Telephone 1(202)973-9381; 14 Mins. | 17.85 |
| 10/19/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 848224865;  DATE: 10/23/2006 | 11.58 |
| 10/19/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 848224865;  DATE: 10/23/2006 | 11.91 |
| 10/19/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 848224865;  DATE: 10/23/2006 | 11.72 |
| 10/20/06 | Long Distance Telephone 1(803)943-8094; 8 Mins. | 9.52 |
| 10/20/06 | Long Distance Telephone 1(302)575-1555; 1 Mins. | 1.19 |
| 10/23/06 | Long Distance Telephone 1(202)973-9878; 1 Mins. | 1.19 |
| 10/25/06 | CD/DVD Duplication | 80.00 |
| 10/25/06 | Postage | 0.39 |
| 10/26/06 | Long Distance Telephone 1(202)973-9381; 2 Mins. | 2.38 |
| 10/26/06 | Long Distance Telephone 1(352)266-6474; 2 Mins. | 0.81 |
| 10/26/06 | Long Distance Telephone 1(202)879-5000; 3 Mins. | 3.57 |
| 10/26/06 | Long Distance Telephone 1(251)432-4070; 7 Mins. | 8.33 |
| 10/27/06 | Publication VENDOR: Bankruptcy Creditors' Service, Inc.; INVOICE#: WRGRACE114-118; DATE: 10/27/2006  -  W.R. Grace Bankruptcy News Issue # 114-118 | 225.00 |
| 10/27/06 | Long Distance Telephone 1(803)943-4444; 3 Mins. | 3.57 |
| 10/30/06 | Long Distance Telephone 1(352)266-6474; 1 Mins. | 0.43 |
| 10/30/06 | Long Distance Telephone 1(352)266-6474; 2 Mins. | 1.18 |
| 10/31/06 | Long Distance Telephone 1(386)736-5963; 6 Mins. | 2.30 |
| 10/31/06 | Long Distance Telephone 1(302)575-1555; 1 Mins. | 1.19 |
| 10/31/06 | Miscellaneous Costs    Professional/Expert fees related to PD Estimation for August - September 2006    $615.00 | 615.00 |
| 11/01/06 | Miscellaneous Costs    Professional/Expert fees related to PD Estimation for October 2006    $2,158.99 | 2,158.99 |
| 11/15/06 | Miscellaneous Costs    Professional/Expert fees related to PD Estimation for October 2006    $35,497.23 | 35,497.23 |
| 10/04/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 10/09/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/09/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 10/09/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/09/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/09/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 10/09/06 | Copies 79 pgs @ 0.10/pg | 7.90 |
| 10/10/06 | Copies 18 pgs @ 0.10/pg | 1.80 |

| Date | Description | Amount |
|------|-------------|--------|
| 10/10/06 | Copies 39 pgs @ 0.10/pg | 3.90 |
| 10/11/06 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 10/11/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 10/11/06 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 10/11/06 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 10/11/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/11/06 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 10/11/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 10/13/06 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 10/06/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 10/06/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/12/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 10/12/06 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 10/16/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/19/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/23/06 | Copies 356 pgs @ 0.10/pg | 35.60 |
| 10/23/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/25/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/25/06 | Copies 217 pgs @ 0.10/pg | 21.70 |
| 10/27/06 | Copies 84 pgs @ 0.10/pg | 8.40 |
| 10/27/06 | Copies 78 pgs @ 0.10/pg | 7.80 |
| 10/27/06 | Copies 53 pgs @ 0.10/pg | 5.30 |
| 10/27/06 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 10/27/06 | Copies 79 pgs @ 0.10/pg | 7.90 |
| 10/27/06 | Copies 28 pgs @ 0.10/pg | 2.80 |
| 10/27/06 | Copies 84 pgs @ 0.10/pg | 8.40 |
| 10/28/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/28/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/30/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 10/30/06 | Copies 223 pgs @ 0.10/pg | 22.30 |
| 10/30/06 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 10/01/06 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 10/17/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/08/06 | Copies 90 pgs @ 0.10/pg | 9.00 |
| 10/08/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/17/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 10/17/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 10/17/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/17/06 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 10/17/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/18/06 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 10/01/06 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |

| | | |
|---|---|---|
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/31/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 10/31/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 10/31/06 | Copies 30 pgs @ 0.10/pg | 3.00 |
| 10/31/06 | Copies 46 pgs @ 0.10/pg | 4.60 |
| 10/31/06 | Copies 46 pgs @ 0.10/pg | 4.60 |
| 10/31/06 | Copies 46 pgs @ 0.10/pg | 4.60 |
| 10/31/06 | Copies 40 pgs @ 0.10/pg | 4.00 |
| 10/31/06 | Copies 41 pgs @ 0.10/pg | 4.10 |
| 10/30/06 | Copies 29 pgs @ 0.10/pg | 2.90 |
| 10/30/06 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 10/30/06 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 10/25/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/25/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/25/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/25/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/25/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/25/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/19/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/19/06 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 10/19/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/19/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/19/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/19/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/19/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/19/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/19/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/16/06 | Copies 39 pgs @ 0.10/pg | 3.90 |
| 10/16/06 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 10/16/06 | Copies 57 pgs @ 0.10/pg | 5.70 |
| 10/16/06 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 10/16/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 10/16/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 10/16/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/16/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/16/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 10/12/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 10/12/06 | Copies 77 pgs @ 0.10/pg | 7.70 |
| 10/06/06 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 10/06/06 | Copies 67 pgs @ 0.10/pg | 6.70 |
| 10/13/06 | Copies 4 pgs @ 0.10/pg | 0.40 |

| 10/13/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 10/13/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 10/13/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 10/13/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 10/13/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 10/13/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/13/06 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 10/13/06 | Copies 61 pgs @ 0.10/pg | 6.10 |
| 10/13/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/15/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/15/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/15/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/15/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/15/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/11/06 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 10/11/06 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 10/11/06 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 10/11/06 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 10/11/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 10/11/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 10/11/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/11/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/11/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/10/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/10/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/10/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/10/06 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 10/10/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/10/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/10/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/10/06 | Copies 55 pgs @ 0.10/pg | 5.50 |
| 10/10/06 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 10/10/06 | Copies 35 pgs @ 0.10/pg | 3.50 |
| 10/10/06 | Copies 102 pgs @ 0.10/pg | 10.20 |
| 10/10/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 10/10/06 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 10/09/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/09/06 | Copies 23 pgs @ 0.10/pg | 2.30 |
| 10/04/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/04/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/04/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/04/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/04/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/04/06 | Copies 1 pgs @ 0.10/pg | 0.10 |

| | | |
|---|---|---|
| 10/04/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/04/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/04/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/04/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/04/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/04/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/04/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/04/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/04/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/04/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/04/06 | Copies 212 pgs @ 0.10/pg | 21.20 |
| 10/04/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 10/04/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/05/06 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 10/05/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 10/05/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 10/05/06 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 10/05/06 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 10/05/06 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 10/05/06 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 10/05/06 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 10/05/06 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 10/05/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 10/05/06 | Copies 35 pgs @ 0.10/pg | 3.50 |
| 10/05/06 | Copies 35 pgs @ 0.10/pg | 3.50 |
| 10/05/06 | Copies 55 pgs @ 0.10/pg | 5.50 |
| 10/05/06 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 10/05/06 | Copies 102 pgs @ 0.10/pg | 10.20 |
| 10/05/06 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 10/05/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/05/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/05/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/05/06 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 10/05/06 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 10/05/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/05/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/05/06 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 10/05/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 10/05/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 10/05/06 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 10/05/06 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 10/05/06 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 10/05/06 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 10/05/06 | Copies 22 pgs @ 0.10/pg | 2.20 |

| Date | Description | Amount |
|---|---|---|
| 10/05/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 10/05/06 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 10/05/06 | Copies 35 pgs @ 0.10/pg | 3.50 |
| 10/05/06 | Copies 102 pgs @ 0.10/pg | 10.20 |
| 10/05/06 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 10/05/06 | Copies 55 pgs @ 0.10/pg | 5.50 |
| 10/05/06 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 10/05/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 10/05/06 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 10/05/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 10/05/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 10/05/06 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 10/05/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 10/05/06 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 10/05/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 10/05/06 | Copies 27 pgs @ 0.10/pg | 2.70 |
| 10/05/06 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 10/05/06 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 10/05/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/05/06 | Copies 39 pgs @ 0.10/pg | 3.90 |
| 10/05/06 | Copies 31 pgs @ 0.10/pg | 3.10 |
| 10/05/06 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 10/05/06 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 10/05/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 10/01/06 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 10/01/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 10/01/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |

| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/01/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 10/01/06 | Copies 219 pgs @ 0.10/pg | 21.90 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/01/06 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |

| | | |
|---|---|---|
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 10/01/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 10/01/06 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 10/01/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 10/01/06 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 10/01/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 10/01/06 | Copies 36 pgs @ 0.10/pg | 3.60 |
| 10/01/06 | Copies 36 pgs @ 0.10/pg | 3.60 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 41 pgs @ 0.10/pg | 4.10 |
| 10/01/06 | Copies 33 pgs @ 0.10/pg | 3.30 |
| 10/01/06 | Copies 45 pgs @ 0.10/pg | 4.50 |
| 10/01/06 | Copies 53 pgs @ 0.10/pg | 5.30 |
| 10/01/06 | Copies 40 pgs @ 0.10/pg | 4.00 |
| 10/01/06 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 10/01/06 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 10/01/06 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 10/01/06 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 10/01/06 | Copies 32 pgs @ 0.10/pg | 3.20 |
| 10/01/06 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 10/01/06 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 10/01/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/01/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 10/01/06 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 10/01/06 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 10/01/06 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 10/01/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |

| | | |
|---|---|---|
| 10/01/06 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 10/01/06 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 10/01/06 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 10/01/06 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 10/01/06 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 10/01/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 10/01/06 | Copies 30 pgs @ 0.10/pg | 3.00 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 10/01/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/01/06 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 10/01/06 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 10/01/06 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 10/01/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 10/01/06 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 10/01/06 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 10/01/06 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 10/01/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/01/06 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 10/01/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 10/01/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 10/01/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/01/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 10/01/06 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 10/01/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/01/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/01/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 10/01/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/01/06 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 10/01/06 | Copies 28 pgs @ 0.10/pg | 2.80 |
| 10/01/06 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 10/01/06 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 10/01/06 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 10/01/06 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 10/01/06 | Copies 18 pgs @ 0.10/pg | 1.80 |

| 10/01/06 | Copies 102 pgs @ 0.10/pg | 10.20 |
|----------|--------------------------|-------|
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 23 pgs @ 0.10/pg | 2.30 |
| 10/01/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 10/01/06 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 10/01/06 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 10/01/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 10/01/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 10/01/06 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 10/01/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/01/06 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 10/01/06 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 10/01/06 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 10/01/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/01/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/01/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/01/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 10/01/06 | Copies 191 pgs @ 0.10/pg | 19.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 10/01/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 10/01/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/01/06 | Copies 60 pgs @ 0.10/pg | 6.00 |

| 10/01/06 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 10/01/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/01/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/01/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 10/01/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/01/06 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 10/01/06 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 10/01/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 10/01/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 10/02/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 10/02/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 10/02/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/02/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/02/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/02/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/02/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/02/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/02/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/02/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/02/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/02/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/02/06 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 10/02/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 10/02/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/02/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/02/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/02/06 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 10/02/06 | Copies 193 pgs @ 0.10/pg | 19.30 |
| 10/02/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/02/06 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 10/02/06 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 10/02/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 10/02/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/02/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/02/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/02/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/02/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/02/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/02/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/02/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/02/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/02/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/02/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/02/06 | Copies 1 pgs @ 0.10/pg | 0.10 |

| | | |
|---|---|---|
| 10/02/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/02/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/02/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/02/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/02/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/02/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/02/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/02/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/02/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 10/02/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 10/02/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/02/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/02/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/02/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/02/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/02/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/02/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/02/06 | Copies 45 pgs @ 0.10/pg | 4.50 |
| 10/02/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/02/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/02/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 10/02/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/02/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/02/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/02/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/02/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 10/02/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 10/02/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 10/02/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/02/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/02/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/02/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/02/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/02/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/02/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/02/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/02/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/02/06 | Copies 64 pgs @ 0.10/pg | 6.40 |
| 10/02/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 10/03/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 10/03/06 | Copies 2 pgs @ 0.10/pg | 0.20 |