| 10/03/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
|---|---|---|
| 10/03/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/03/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/03/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/03/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/03/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/03/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 10/03/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 10/03/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/03/06 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 10/03/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 10/03/06 | Copies 90 pgs @ 0.10/pg | 9.00 |
| 10/03/06 | Copies 65 pgs @ 0.10/pg | 6.50 |
| 10/03/06 | Copies 35 pgs @ 0.10/pg | 3.50 |
| 10/03/06 | Copies 67 pgs @ 0.10/pg | 6.70 |
| 10/03/06 | Copies 41 pgs @ 0.10/pg | 4.10 |
| 10/03/06 | Copies 30 pgs @ 0.10/pg | 3.00 |
| 10/03/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |

| | | |
|---|---|---|
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/03/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 10/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |

TOTAL COSTS ADVANCED    $41,576.03

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 4.90 | $625.00 | $3,062.50 |
| Sakalo, Jay M | 7.20 | $400.00 | $2,880.00 |
| Kramer, Matthew I | 2.50 | $320.00 | $800.00 |
| Testa, Nicole | 5.10 | $305.00 | $1,555.50 |
| Valdes, Janette | 0.20 | $135.00 | $27.00 |
| *TOTAL* | *19.90* | | *$8,325.00* |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

## MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| CD/DVD Duplication | $640.00 |
| Fares, Mileage, Parking | $232.50 |
| Federal Express | $35.21 |
| Long Distance Telephone | $183.80 |
| Long Distance Telephone-Outside Services | $847.01 |
| Messenger Services | $55.00 |
| Miscellaneous Costs | $38,271.22 |
| Postage | $1.56 |
| Publication | $225.00 |
| Westlaw-Online Legal Research | $351.73 |
| Copies | $733.00 |
| *TOTAL* | *$41,576.03* |

CURRENT BALANCE DUE THIS MATTER                    $49,901.03

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15538**

RE: 02 - Debtors' Business Operations

| | | | | |
|---|---|---|---|---|
| 10/13/06 | JMS | 0.60 | 240.00 | Telephone conference to R. Wyron regarding Equitas settlement (.2); e-mail to M. Hurford regarding same (.2); e-mail from J. Baer regarding same (.2). |
| 10/16/06 | JMS | 0.90 | 360.00 | Review newest revised draft of Equitas settlement agreement and e-mail to R. Wyron thereon (.6); e-mail exchange to R. Wyron thereon (.3). |
| 10/17/06 | JMS | 1.60 | 640.00 | E-mail exchanges with R. Wyron regarding Equitas settlement agreement (.5); draft memorandum to Committee regarding same (.5); e-mail exchange with M. Hurford regarding same (.4); review draft of same (.2). |
| 10/18/06 | JMS | 1.20 | 480.00 | Review two new drafts of Equitas agreement and comments thereon (.7); all hands telephone conference regarding same (.5). |
| 10/19/06 | JMS | 1.30 | 520.00 | Review August MOR (.8); e-mail to G. Boyer regarding questions thereon (.2); telephone conference with G. Boyer regarding same (.3). |
| 10/23/06 | JMS | 1.20 | 480.00 | E-mail from M. Hurford regarding Equitas settlement (.2); review latest draft agreement (.7); e-mail exchange with J. Sotile regarding same (.3). |

PROFESSIONAL SERVICES                                                $2,720.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 6.80 | $400.00 | $2,720.00 |
| *TOTAL* | *6.80* | | *$2,720.00* |

CURRENT BALANCE DUE THIS MATTER                                      $2,720.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15539

RE: 03 - Creditors Committee

| 10/12/06 | SLB | 1.00 | 625.00 | Email from and to D. Speights regarding committee meeting agenda (.3); email from and to, telephone call from M. Dies regarding same (.7). |
| 10/12/06 | JMS | 0.90 | 360.00 | E-mails with D. Speights and D. Scott regarding Committee call (.6); conference with S. Baena regarding same (.3). |
| 10/26/06 | JMS | 0.80 | 320.00 | Prepare for and hold committee call (.8). |
| 10/26/06 | MIK | 0.30 | 96.00 | Partially attend committee call. |

PROFESSIONAL SERVICES                                                                                  $1,401.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 1.00 | $625.00 | $625.00 |
| Sakalo, Jay M | 1.70 | $400.00 | $680.00 |
| Kramer, Matthew I | 0.30 | $320.00 | $96.00 |
| *TOTAL* | *3.00* | | *$1,401.00* |

CURRENT BALANCE DUE THIS MATTER                                                                 $1,401.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15543**

RE: 07 - Applicant's Fee Application

| 10/05/06 | LMF | 2.00 | 360.00 | Research and obtain copies of various LECG statements for response to fee auditor (.9); begin review of September prebills (1.1). |
|---|---|---|---|---|
| 10/11/06 | LMF | 1.30 | 234.00 | Attend to preliminary review of prebills for month of September (1.3). |
| 10/12/06 | JMS | 0.10 | 40.00 | E-mail from S. Williams regarding 21st quarterly application (.1). |
| 10/18/06 | MIK | 0.70 | 224.00 | Edit monthly invoice. |
| 10/19/06 | LMF | 0.40 | 72.00 | Meet with accounting regarding revisions to September bills (.4). |
| 10/24/06 | JMS | 0.30 | 120.00 | Review fee auditor initial report regarding 21st quarterly (.3). |
| 10/25/06 | LMF | 0.70 | 126.00 | Attention to fee auditors' preliminary report on 21st quarterly application period and meet with accounting to obtain backup to questions on costs (.7). |
| 10/30/06 | LMF | 0.90 | 162.00 | Review backup provided by accounting to questionable costs on fee auditor's report (.9). |
| 10/31/06 | LMF | 1.20 | 216.00 | Review edits to September bills and attend to preparing summary notice and filing of same (1.2). |
| 10/31/06 | AM | 2.00 | 270.00 | Begin calculating fee applications from 7/1/2006-9/30/2006. |

PROFESSIONAL SERVICES                                                          **$1,824.00**

### COSTS ADVANCED

| 10/25/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
|---|---|---|
| 10/25/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/25/06 | Copies 1 pgs @ 0.10/pg | 0.10 |

TOTAL COSTS ADVANCED                                                          **$0.30**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.40 | $400.00 | $160.00 |
| Kramer, Matthew I | 0.70 | $320.00 | $224.00 |
| Flores, Luisa M | 6.50 | $180.00 | $1,170.00 |
| Morera, Arianna | 2.00 | $135.00 | $270.00 |
| *TOTAL* | *9.60* | | *$1,824.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| Copies | $0.30 |
|---|---|
| *TOTAL* | *$0.30* |

CURRENT BALANCE DUE THIS MATTER                                              **$1,824.30**

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15544**

RE: 08 - Hearings

| | | | | |
|---|---|---|---|---|
| 10/20/06 | JMS | 0.40 | 160.00 | Review agenda and hearing notebook (.4). |
| 10/23/06 | JMS | 4.20 | 1,680.00 | Prepare for and attend omnibus hearing (4.2). |

PROFESSIONAL SERVICES                                                                        $1,840.00

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 4.60 | $400.00 | $1,840.00 |
| *TOTAL* | *4.60* | | *$1,840.00* |

CURRENT BALANCE DUE THIS MATTER                                                              $1,840.00

Atty – SLB
Client No.: 74817/15545

## RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 10/01/06 | WR | 7.00 | 1,260.00 | Prepare designation of record. |
| 10/02/06 | AM | 8.70 | 1,174.50 | Prepare designation of records (8.7). |
| 10/02/06 | WR | 9.70 | 1,746.00 | Prepare designation of record. |
| 10/03/06 | JMS | 2.00 | 800.00 | E-mails from M. Hurford regarding PI committee expert reports (.7); telephone conference with A. Runyan, M. Dies regarding PD claims regarding estimation issues (1.3). |
| 10/03/06 | AM | 10.50 | 1,417.50 | Prepare designation of records (10.5). |
| 10/03/06 | MIK | 1.60 | 512.00 | Telephone conference M. Dies and A. Runyan regarding estimation. |
| 10/03/06 | WR | 15.50 | 2,790.00 | Prepare designation of record. |
| 10/03/06 | KAM | 5.50 | 1,677.50 | Review hearing and transcript; commence review of expert reports. |
| 10/04/06 | JMS | 1.00 | 400.00 | E-mail from J. Baer regarding Amended PD CMO (.2); review same (.2); review letter from B. Harding regarding PI estimation (.3); e-mail exchange with M. Hurford regarding PI committee expert reports (.3). |
| 10/04/06 | AM | 4.00 | 540.00 | Prepare designation of records (4.0). |
| 10/04/06 | WR | 1.50 | 270.00 | Prepare designation of record. |
| 10/04/06 | KAM | 2.50 | 762.50 | Continue to research case law regarding estimation. |
| 10/05/06 | ASD | 4.40 | 1,650.00 | Complete review of Boston Repository Index |
| 10/05/06 | JMS | 0.20 | 80.00 | E-mail from J. Baer regarding PD CMO (.2). |
| 10/05/06 | AM | 4.00 | 540.00 | Prepare designation of records (4.0). |
| 10/05/06 | WR | 5.00 | 900.00 | Analyze Notices of Transfer of Claims and Transfer Agreements (5.0). |
| 10/05/06 | KAM | 4.10 | 1,250.50 | Attend conference call regarding estimation issues and research regarding same. |
| 10/06/06 | WR | 5.00 | 900.00 | Analyze PI expert reports and CD production (4.0); analyze Notices of Transfer of Claims, Transfer Agreements (1.0). |
| 10/09/06 | JMS | 1.40 | 560.00 | Telephone conferences with S. Walsh regarding data available from claim review (.4); analysis of same (.7); e-mail to D. Speights regarding claim data (.3). |
| 10/09/06 | WR | 5.20 | 936.00 | Edit Designation of records (3.0); analyze CD-ROM and DVD-ROM productions (2.2) |
| 10/10/06 | SLB | 0.90 | 562.50 | Review Longo report in connection with PI estimation and email to committee members regarding same (.9). |
| 10/10/06 | AM | 0.40 | 54.00 | Analyze CD and DVD (.4). |
| 10/11/06 | MIK | 1.40 | 448.00 | Telephone conference with creditor regarding status of case |
| 10/12/06 | JMS | 2.60 | 1,040.00 | Telephone conference with C. King regarding claimant specific discovery (1.2); telephone conference with D. Speights regarding same (.2); second telephone conference with D. Speights regarding discovery claims (.3); research regarding same (.9). |
| 10/12/06 | WR | 1.20 | 216.00 | Meeting with J. Sakalo regarding designation of records (.3); analyze documents in connection with designation of record (.9). |
| 10/13/06 | MIK | 0.60 | 192.00 | Review estimation correspondence; review revised CMO |
| 10/13/06 | WR | 3.00 | 540.00 | Analyze documents to be forwarded to DE Bankruptcy Court in connection with Designation of Records (3.0). |
| 10/16/06 | JMS | 0.40 | 160.00 | Review Debtors' reply regarding Anderson discovery/motion for protective order (.4). |
| 10/16/06 | MIK | 1.70 | 544.00 | Review notice of deposition (.1); review expert report (1.6). |
| 10/17/06 | SLB | 0.30 | 187.50 | Telephone call from A. Runyan regarding bankruptcy issues/methodology (.3). |
| 10/17/06 | JMS | 1.60 | 640.00 | E-mail exchange with J. Hughes regarding Canadian claim issues (.3); review |

| Date | Init. | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | letter from B. Harding regarding production of discovery documents (.3); review supplemental discovery (1.0). |
| 10/17/06 | JIS | 0.10 | 22.50 | Review email correspondence regarding deposition and possible telephone attendance at same. |
| 10/17/06 | MIK | 0.20 | 64.00 | Correspondence regarding estimating deposition. |
| 10/18/06 | SLB | 0.30 | 187.50 | Review PI discovery requests and email to J. Sakalo et al regarding items of interest, etc. (.3). |
| 10/18/06 | JIS | 6.10 | 1,372.50 | Attend deposition of Dr. Gaziano telephonically, prepare for and summarize notes of same. |
| 10/18/06 | MIK | 0.80 | 256.00 | Review PI correspondence (.5); office conference with J. Snyder regarding deposition (.1); review deposition schedule (.2). |
| 10/19/06 | SLB | 0.50 | 312.50 | Telephone conference with LECG regarding matters to analyze, etc. (.5). |
| 10/19/06 | JMS | 0.50 | 200.00 | Telephone conference with S. Walsh regarding PD estimation status (.2); telephone conference with S. Walsh, A. Madian, S. Baena regarding steps going forward (.3). |
| 10/20/06 | JMS | 0.60 | 240.00 | Review of PI discovery disputes (.6). |
| 10/21/06 | JIS | 0.30 | 67.50 | Email correspondence with M. Kramer concerning 10/24 deposition and cancellation of same. |
| 10/23/06 | JMS | 0.60 | 240.00 | E-mail exchange with J. Proffitt regarding expert disclosures and PD Committee's witness list (.3); e-mail exchange with A. Runyan and T. Tacconelli regarding same (.3). |
| 10/24/06 | JMS | 0.90 | 360.00 | Lengthy e-mail exchange with J. Proffitt regarding PD Committee designations (.6); review designations filed by Motley Rice claimants (.3). |
| 10/25/06 | JMS | 1.50 | 600.00 | Review Brandi law firm designations regarding Daubert (.4); brief conference with S. Baena regarding same (.1); e-mail exchange with W. Roman regarding corrupt CDs (.2); review updated remaining claims report (.4); e-mail from/to A. Runyan regarding ZAI science briefing and exhibits (.4). |
| 10/25/06 | WR | 2.00 | 360.00 | Review expert reports and DVD-ROM production (2.0). |
| 10/26/06 | JMS | 1.50 | 600.00 | E-mail exchange with J. Hughes regarding Canadian claims issues and history of briefing (.5); analysis of dust sample data comparisons (.5); telephone conference with S. Walsh regarding same (.5). |
| 10/26/06 | MIK | 0.20 | 64.00 | Review PI deposition scheduling |
| 10/27/06 | JMS | 1.30 | 520.00 | Review additional e-mail and attachments from S. Walsh regarding dust sampling data (1.3). |
| 10/27/06 | KAM | 2.60 | 793.00 | Attend telephonic deposition of Dr. Charles Foster, corporate representative of Respiratory Testing Services, Inc. |
| 10/30/06 | JMS | 1.30 | 520.00 | E-mail exchange with S. Walsh regarding dust samples (.4); e-mail from S. Baena forwarding Reed Smith request (.2); conference with S. Baena regarding status (.3); preliminary review of Longo supplemental report (.4). |
| 10/31/06 | JMS | 0.50 | 200.00 | E-mail from/to C. Kang regarding claims (.5). |

**PROFESSIONAL SERVICES**                                                    **$31,730.00**

### COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 09/01/06 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 812211565; DATE: 9/30/2006 | 13.20 |
| 09/19/06 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 812211565; DATE: 9/30/2006 | 10.23 |
| 10/16/06 | Long Distance Telephone 1(304)343-4440; 1 Mins. | 1.19 |
| 10/18/06 | Long Distance Telephone 1(304)343-4440; 2 Mins. | 2.38 |
| 10/18/06 | Long Distance Telephone 1(304)343-4440; 132 Mins. | 157.08 |
| 10/18/06 | Long Distance Telephone 1(304)343-4440; 226 Mins. | 268.94 |



| 10/04/06 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 10/04/06 | Copies 33 pgs @ 0.10/pg | 3.30 |
| 10/04/06 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 10/04/06 | Copies 28 pgs @ 0.10/pg | 2.80 |
| 10/04/06 | Copies 49 pgs @ 0.10/pg | 4.90 |
| 10/12/06 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 10/12/06 | Copies 14 pgs @ 0.10/pg | 1.40 |

TOTAL COSTS ADVANCED                                                $469.62

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- |
| Baena, Scott L | 2.00 | $625.00 | $1,250.00 |
| Sakalo, Jay M | 17.90 | $400.00 | $7,160.00 |
| Snyder, Jeffrey I | 6.50 | $225.00 | $1,462.50 |
| Kramer, Matthew I | 6.50 | $320.00 | $2,080.00 |
| Marlin, Kathy-Ann | 14.70 | $305.00 | $4,483.50 |
| Danzeisen, Allyn S | 4.40 | $375.00 | $1,650.00 |
| Roman, Wanda | 55.10 | $180.00 | $9,918.00 |
| Morera, Arianna | 27.60 | $135.00 | $3,726.00 |
| *TOTAL* | *134.70* | | *$31,730.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
| --- | --- |
| Long Distance Telephone | $429.59 |
| Westlaw-Online Legal Research | $23.43 |
| Copies | $16.60 |
| *TOTAL* | *$469.62* |

CURRENT BALANCE DUE THIS MATTER                                    $32,199.62

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15554

RE: 18 - Plan & Disclosure Statement

| 10/02/06 | LMF | 2.90 | 522.00 | Attention to designation of records on appeal (2.9). |
|----------|-----|------|--------|------------------------------------------------------|
| 10/02/06 | JEV | 3.50 | 472.50 | Analyze and research case docket re Appeals (Index) for J. Sakalo. |
| 10/03/06 | LMF | 7.20 | 1,296.00 | Attention to designation of records on appeal (7.2). |
| 10/03/06 | JMS | 1.20 | 480.00 | Focus on designation of record on appeal, including conferences with L. Flores, W. Roman thereon (.9)); telephone conference with D. Felder regarding same, motion to expedite briefing (.3). |
| 10/03/06 | JEV | 5.60 | 756.00 | Analyze and research case docket re Grace Appeal (Index) for J. Sakalo. |
| 10/04/06 | LMF | 2.30 | 414.00 | Attend to designation of records on appeal (2.3). |
| 10/04/06 | JMS | 1.20 | 480.00 | Review draft designation of record (.8); e-mail exchange with FCR counsel regarding same and next steps and additions (.4). |
| 10/05/06 | JMS | 0.30 | 120.00 | E-mail from D. Felder regarding draft statement of issues on appeal (.3). |
| 10/05/06 | JEV | 5.20 | 702.00 | Research and analyze notice of transfers (Index) re Grace Appeal for J. Sakalo. |
| 10/06/06 | LMF | 1.60 | 288.00 | Attend to designation of records on appeal (1.6). |
| 10/06/06 | JMS | 0.80 | 320.00 | Multiple e-mails with T. Tacconelli regarding exclusivity appeal (.8). |
| 10/09/06 | LMF | 2.70 | 486.00 | Attend to designation of records on appeal (2.7). |
| 10/09/06 | JMS | 3.10 | 1,240.00 | Continue revisions and additions to designation of record on appeal (2.1); telephone conference and conferences with W. Roman and L. Flores regarding additional docket entries review (.5); e-mail exchanges with M. Hurford and D. Felder regarding same (.5). |
| 10/09/06 | JEV | 4.20 | 567.00 | Analyze pleadings for designation of record (appeal). |
| 10/10/06 | SLB | 0.30 | 187.50 | [Exclusivity Appeal] Email to and from co-appellants' counsel regarding briefing issues, etc. (.3). |
| 10/10/06 | LMF | 1.30 | 234.00 | Analyze and submit documents to local counsel (1.3). |
| 10/10/06 | JMS | 5.10 | 2,040.00 | Continue revisions and additions to designation of record and statement of issues on appeal (2.4); two telephone conferences with T. Tacconelli regarding same (.3); e-mail exchange with D. Felder thereon (.2); research regarding statement of facts for appeal (1.5); analysis of appellate issues (.7). |
| 10/11/06 | SLB | 2.00 | 1,250.00 | [Exclusivity Appeal] Interoffice conference with M. Kramer and J. Sakalo regarding designations and "facts" section of brief (2.0). |
| 10/11/06 | JMS | 0.70 | 280.00 | Telephone conference with J. Hughes regarding PD objection issues (.3); brief conference with S. Baena thereon (.1); e-mail to J. Hughes regarding expert reports (.3). |
| 10/11/06 | JMS | 2.00 | 800.00 | Meeting with S. Baena regarding appellant's brief regarding exclusivity and determination of relevant facts (2.0). |
| 10/11/06 | MIK | 2.00 | 640.00 | Office conference with Scott Baena regarding appellate pleading |
| 10/12/06 | SLB | 2.60 | 1,625.00 | [Exclusivity Appeal] Work on brief (2.6). |
| 10/12/06 | LMF | 2.10 | 378.00 | Meeting to discuss designation of records on appeal (.3); meet separately with MIS regarding project to copy documents (.5); prepare spreadsheets and meet with project assistants to discuss project (1.3). |
| 10/12/06 | JMS | 2.00 | 800.00 | Conference with L. Flores regarding appeal record and production to clerk (.4); telephone conference with T. Tacconelli regarding same (.2); work on outline of statement of facts (1.8). |
| 10/12/06 | JEV | 0.30 | 40.50 | Meet with J. Sakalo to discuss Grace Appeals Project execution/procedures. |
| 10/13/06 | SLB | 1.90 | 1,187.50 | [Exclusivity Appeal] Continued work on brief (1.9). |
| 10/13/06 | LMF | 4.20 | 756.00 | Analyze documents for designation of records on appeal (4.2). |
| 10/13/06 | JMS | 0.40 | 160.00 | E-mail to L. Flores regarding appeal record inclusions (.2); telephone conference to/from D. Felder regarding same (.2). |
| 10/13/06 | AM | 2.00 | 270.00 | Analyze documents designated as records on appeal (2.0). |

| 10/13/06 | JEV | 0.20 | 27.00 | Meet with Luisa to discuss Grace Appeal Project procedures. |
|----------|-----|------|-------|---------------------------------------------------------------|
| 10/16/06 | LMF | 5.50 | 990.00 | Analyze records designated for appeal (5.5). |
| 10/16/06 | AM | 6.80 | 918.00 | Analyze documents designated as records on appeal (6.8). |
| 10/16/06 | WR | 7.50 | 1,350.00 | Analyze documents for designation of record. |
| 10/16/06 | JEV | 3.20 | 432.00 | Analyze documents designated as records on appeal. |
| 10/17/06 | LMF | 1.10 | 198.00 | Analyze records designated for appeal (1.1). |
| 10/17/06 | AM | 8.00 | 1,080.00 | Analyze documents designated as records on appeal (8.0). |
| 10/17/06 | WR | 7.50 | 1,350.00 | Analyze document for designation of record (7.5). |
| 10/17/06 | MS | 2.00 | 270.00 | Analyze documents designated as Records on Appeal. |
| 10/17/06 | JEV | 3.10 | 418.50 | Analyze documents designated as records on appeal. |
| 10/18/06 | LMF | 1.30 | 234.00 | Analyze records designated for appeal (1.3). |
| 10/18/06 | AM | 7.00 | 945.00 | Analyze documents designated as records on appeal (7.0). |
| 10/18/06 | WR | 7.50 | 1,350.00 | Analyze document for designation of record (7.5). |
| 10/18/06 | MS | 7.00 | 945.00 | Analyze documents designated as Records on Appeal. |
| 10/18/06 | JEV | 5.60 | 756.00 | Analyze documents designated as records on appeal. |
| 10/19/06 | LMF | 5.00 | 900.00 | Analyze records designated for appeal (5.0). |
| 10/19/06 | AM | 8.00 | 1,080.00 | Analyze documents designated as records on appeal (8.0). |
| 10/19/06 | WR | 7.50 | 1,350.00 | Analyze documents for designation of record (7.5). |
| 10/19/06 | MS | 2.00 | 270.00 | Analyze documents designated as Records on Appeal. |
| 10/19/06 | JEV | 2.90 | 391.50 | Analyze documents designated as records on appeal. |
| 10/20/06 | LMF | 4.50 | 810.00 | Analyze records designated for appeal (4.5). |
| 10/20/06 | JMS | 1.50 | 600.00 | Work on statement of facts chronology (1.5). |
| 10/20/06 | AM | 6.50 | 877.50 | Analyze documents designated as records on appeal (6.5). |
| 10/20/06 | WR | 7.50 | 1,350.00 | Analyze documents for designation of records (7.5). |
| 10/20/06 | JEV | 1.70 | 229.50 | Analyze documents designated as records on appeal. |
| 10/23/06 | LMF | 4.50 | 810.00 | Analyze documents for designations of records on appeal (4.5). |
| 10/23/06 | AM | 7.00 | 945.00 | Analyze documents designated as records on appeal (7.0). |
| 10/23/06 | WR | 7.50 | 1,350.00 | Analyze documents for designation of record (7.5). |
| 10/23/06 | JEV | 5.70 | 769.50 | Analyze documents designated as records on appeal. |
| 10/24/06 | LMF | 4.60 | 828.00 | Analyze documents for designations of records on appeal (4.6). |
| 10/24/06 | AM | 8.50 | 1,147.50 | Analyze documents designated as records on appeal (8.5). |
| 10/24/06 | WR | 7.50 | 1,350.00 | Analyze documents for designation of record (7.5). |
| 10/24/06 | JEV | 7.10 | 958.50 | Analyze documents designated as record on appeal. |
| 10/25/06 | SLB | 5.60 | 3,500.00 | [Exclusivity Appeal] Preparation of brief (5.6). |
| 10/25/06 | LMF | 2.70 | 486.00 | Analyze documents for designations of records on appeal (2.7). |
| 10/25/06 | WR | 5.50 | 990.00 | Analyze documents for designation of record (5.5). |
| 10/25/06 | JEV | 7.30 | 985.50 | Analyze documents as designated record on appeal. |
| 10/26/06 | SLB | 6.50 | 4,062.50 | Preparation of brief (6.5). |
| 10/26/06 | LMF | 4.90 | 882.00 | Analyze documents for designations of records on appeal (4.9). |
| 10/26/06 | JMS | 1.10 | 440.00 | E-mail exchange with R. Frankel and S. Baena regarding exclusivity appeal and research regarding same (.8); conference with S. Baena regarding statement of facts (.3). |
| 10/26/06 | WR | 7.50 | 1,350.00 | Analyze documents for designation of records (7.5). |
| 10/26/06 | MS | 5.00 | 675.00 | Analyze documents designated as Record on Appeal. |
| 10/26/06 | JEV | 5.00 | 675.00 | Analyze documents as designated record on appeal. |
| 10/27/06 | LMF | 4.90 | 882.00 | Analyze documents for designations of records on appeal (4.9). |
| 10/27/06 | JMS | 1.10 | 440.00 | Analyze exclusivity appeal issues (1.1). |
| 10/27/06 | AM | 3.25 | 438.75 | Analyze documents designated as records on appeal (3.5). |
| 10/27/06 | WR | 7.50 | 1,350.00 | Analyze documents for designation of record (7.5). |

| 10/27/06 | MS | 3.00 | 405.00 | Analyze documents designated as Record on Appeal. |
| 10/27/06 | JEV | 3.80 | 513.00 | Analyze documents as designated records on appeal. |
| 10/30/06 | SLB | 8.00 | 5,000.00 | Work on brief, meeting with M. Kramer and J. Sakalo (8.0). |
| 10/30/06 | LMF | 3.60 | 648.00 | Analyze designations of records on appeal and work with local counsel regarding same (3.6). |
| 10/30/06 | JMS | 3.20 | 1,280.00 | Work on exclusivity appeal brief (3.2). |
| 10/30/06 | MIK | 2.40 | 768.00 | Office conference with S. Baena, J. Sakalo regarding exclusivity appeal |
| 10/31/06 | SLB | 7.60 | 4,750.00 | [Exclusivity Appeal] Preparation of brief (7.6). |
| 10/31/06 | LMF | 2.90 | 522.00 | Complete designations of records (2.9). |
| 10/31/06 | JMS | 4.80 | 1,920.00 | Continue work on exclusivity brief (4.8). |
| 10/31/06 | MIK | 3.60 | 1,152.00 | Partial attendance at office conference with S. Baena, J. Sakalo regarding exclusivity appeal (2.9); office conference with K. Marlin regarding brief (.1); review appellate record (.6) |

**PROFESSIONAL SERVICES**                                                          **$80,187.25**

### COSTS ADVANCED

| 09/01/06 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 812211565; DATE: 9/30/2006 | 10.83 |
| 09/04/06 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 812211565; DATE: 9/30/2006 | 54.28 |
| 09/18/06 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 812211565; DATE: 9/30/2006 | 135.08 |
| 09/19/06 | Searches-Title/Name/Corporate VENDOR: LexisNexis; INVOICE#: 0609039665; DATE: 9/30/2006  -  Account# 104G8X | 171.00 |
| 09/19/06 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 812211565; DATE: 9/30/2006 | 43.72 |
| 10/16/06 | Copies 78 pgs @ 0.10/pg | 7.80 |

**TOTAL COSTS ADVANCED**                                                          **$422.71**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- |
| Baena, Scott L | 34.50 | $625.00 | $21,562.50 |
| Sakalo, Jay M | 28.50 | $400.00 | $11,400.00 |
| Kramer, Matthew I | 8.00 | $320.00 | $2,560.00 |
| Flores, Luisa M | 69.80 | $180.00 | $12,564.00 |
| Roman, Wanda | 73.00 | $180.00 | $13,140.00 |
| Morera, Arianna | 57.05 | $135.00 | $7,701.75 |
| Valdes, Janette | 64.40 | $135.00 | $8,694.00 |
| Santorufo, Michael | 19.00 | $135.00 | $2,565.00 |
| *TOTAL* | *354.25* | | *$80,187.25* |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Searches-Title/Name/Corporate | $171.00 |
| Westlaw-Online Legal Research | $243.91 |
| Copies | $7.80 |
| *TOTAL* | *$422.71* |

**CURRENT BALANCE DUE THIS MATTER**                                    **$80,609.96**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15563

RE: 27 - Litigation Consulting

| | | | | |
|---|---|---|---|---|
| 10/19/06 | JMS | 0.90 | 360.00 | Review PI Committee 1st request for admission (.9). |

PROFESSIONAL SERVICES $360.00

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.90 | $400.00 | $360.00 |
| TOTAL | 0.90 | | $360.00 |

CURRENT BALANCE DUE THIS MATTER $360.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/17781**

RE: **30 - Fee Application of Others**

| | | | | |
|---|---|---|---|---|
| 10/04/06 | JMS | 0.50 | 200.00 | E-mail from S. Williams regarding expert fees (.2); conference with L. Flores regarding same (.3). |
| 10/05/06 | JMS | 0.70 | 280.00 | Conference with L. Flores regarding LECG fees and expenses (.3); telephone conference with D. Klauder regarding same (.1); attend to same (.3). |
| 10/11/06 | LMF | 2.80 | 504.00 | Review September bill from Hamilton Rabinovitz and PD committee costs submitted by the Scott Law Group for filing (2.4); follow up with Debtor regarding payment to professional (.4). |
| 10/12/06 | JMS | 0.30 | 120.00 | Telephone conference with D. Klauder regarding expert fees (.2); conference with S. Baena thereon (.1). |
| 10/18/06 | LMF | 0.40 | 72.00 | Arrange for payment to professionals (.4). |
| 10/24/06 | LMF | 0.30 | 54.00 | Attend to reimbursing LECG for fees and costs (.3). |
| 10/27/06 | JMS | 0.50 | 200.00 | Review fee auditor e-mail regarding S&R (.5). |
| 10/31/06 | LMF | 1.60 | 288.00 | Prepare notice and summary for September bills from HR&A (.6);  prepare application for reimbursement of expenses to the Scott Law Group (1.0). |

PROFESSIONAL SERVICES                                                      $1,718.00

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 2.00 | $400.00 | $800.00 |
| Flores, Luisa M | 5.10 | $180.00 | $918.00 |
| *TOTAL* | *7.10* | | *$1,718.00* |

CURRENT BALANCE DUE THIS MATTER                                          $1,718.00


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|
| Danzeisen, Allyn S | 4.40 | $1,650.00 |
| Baena, Scott L | 42.40 | $26,500.00 |
| Flores, Luisa M | 81.40 | $14,652.00 |
| Sakalo, Jay M | 70.00 | $28,000.00 |
| Snyder, Jeffrey I | 6.50 | $1,462.50 |
| Morera, Arianna | 86.65 | $11,697.75 |
| Kramer, Matthew I | 18.00 | $5,760.00 |
| Roman, Wanda | 128.10 | $23,058.00 |
| Santorufo, Michael | 19.00 | $2,565.00 |
| Testa, Nicole | 5.10 | $1,555.50 |
| Valdes, Janette | 64.80 | $8,721.00 |
| Marlin, Kathy-Ann | 18.20 | $4,483.50 |

**TOTAL PROFESSIONAL FEES THIS PERIOD**          **$130,105.25**

CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| CD/DVD Duplication | $640.00 |
| Fares, Mileage, Parking | $232.50 |
| Federal Express | $35.21 |
| Long Distance Telephone | $613.39 |
| Long Distance Telephone-Outside Services | $847.01 |
| Messenger Services | $55.00 |
| Miscellaneous Costs | $38,271.22 |
| Postage | $1.56 |
| Publication | $225.00 |
| Searches-Title/Name/Corporate | $171.00 |
| Westlaw-Online Legal Research | $619.07 |
| Copies | $757.70 |

**TOTAL COSTS ADVANCED THIS PERIOD**          **$42,468.66**

**TOTAL BALANCE DUE THIS PERIOD**          **$172,573.91**

CLIENT SUMMARY

| BALANCE AS OF- 10/31/06<br>WR Grace-Official Committee of Prope | TIME | COSTS ADVANCED | CREDIT/TRUST APPLIED | TOTAL |
|---|---|---|---|---|
| 01- Case Administration/15537 | $8,325.00 | $41,576.03 | $0.00 | $49,901.03 |
| 02 - Debtors' Business Operations/15538 | $2,720.00 | $0.00 | $0.00 | $2,720.00 |
| 03 - Creditors Committee/15539 | $1,401.00 | $0.00 | $0.00 | $1,401.00 |
| 07 - Applicant's Fee Application/15543 | $1,824.00 | $0.30 | $0.00 | $1,824.30 |
| 08 - Hearings/15544 | $1,840.00 | $0.00 | $0.00 | $1,840.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)/15545 | $31,730.00 | $469.62 | $0.00 | $32,199.62 |
| 18 - Plan & Disclosure Statement/15554 | $80,187.25 | $422.71 | $0.00 | $80,609.96 |
| 27 - Litigation Consulting/15563 | $360.00 | $0.00 | $0.00 | $360.00 |
| 30 - Fee Application of Others/17781 | $1,718.00 | $0.00 | $0.00 | $1,718.00 |
| *Client Total* | *$130,105.25* | *$42,468.66* | *$0.00* | *$172,573.91* |

DUE UPON RECEIPT
TAX ID:  65-801626


BILZIN SUMBERG BAENA PRICE & AXELROD LLP