
**Bilzin Sumberg**
ATTORNEYS AT LAW

December 29, 2006

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  116932

FOR PROFESSIONAL SERVICES RENDERED
THROUGH November 30, 2006

**Atty – SLB**
**Client No.: 74817/15537**

RE: 01- Case Administration

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 11/01/06 | SLB | 0.30 | 187.50 | Interoffice conference with J. Sakalo and email exchange with P. Lockwood regarding Sealed Air litigation requests (.3). |
| 11/01/06 | NT | 0.50 | 152.50 | Review recent filings to determine potential impact on PD Committee. |
| 11/02/06 | JIS | 0.40 | 90.00 | Attention to emails from W. Roman regarding dates for omnibus hearings and various deadlines in 2007. |
| 11/02/06 | NT | 0.50 | 152.50 | Attention to e-mails from W. Roman regarding deadlines (.2); review recent filings to determine potential impact on PD Committee (.3). |
| 11/03/06 | NT | 0.40 | 122.00 | Review recent filings to determine potential impact on PD Committee. |
| 11/06/06 | MIK | 0.20 | 64.00 | Review PD-related docket entries. |
| 11/06/06 | JEV | 0.60 | 81.00 | Analyze case docket and pleadings for M. Kramer. |
| 11/08/06 | MIK | 0.50 | 160.00 | Review PD related docket entries. |
| 11/08/06 | NT | 0.20 | 61.00 | Review recent filings to determine potential impact on PD Committee. |
| 11/09/06 | MIK | 0.10 | 32.00 | Review PD related docket entries. |
| 11/10/06 | MIK | 0.30 | 96.00 | Review PD related docket entries. |
| 11/10/06 | NT | 0.20 | 61.00 | Review recent filings to determine potential impact on PD Committee. |
| 11/14/06 | MIK | 0.80 | 256.00 | Review PD related docket entries (.3); prepare for all hands meeting (.5). |
| 11/20/06 | SLB | 3.00 | 1,875.00 | W.R. Grace hearing in Delaware (3.0). |
| 11/20/06 | LMF | 1.10 | 198.00 | Assist with various documents from New Jersey (1.1). |
| 11/20/06 | MIK | 0.10 | 32.00 | Review docket. |
| 11/28/06 | MIK | 0.10 | 32.00 | Review PD related docket entries. |
| 11/29/06 | MIK | 0.10 | 32.00 | Review PD related docket entries. |
| 11/30/06 | MIK | 0.10 | 32.00 | Review PD related docket entries. |

**PROFESSIONAL SERVICES**                                                        **$3,716.50**

**COSTS ADVANCED**

| Date | Description | Amount |
|---|---|---|
| 09/27/06 | Long Distance Telephone-Outside Services Court Call - VENDOR: DINERS CLUB; INVOICE#: 09/27/06-10/27/06; DATE: 10/27/2006  -  Acct.#5306220025395504 | 50.00 |
| 09/27/06 | Long Distance Telephone-Outside Services Court Call - VENDOR: DINERS CLUB; INVOICE#: 09/27/06-10/27/06; DATE: 10/27/2006  -  Acct.#5306220025395504 | 160.00 |
| 09/27/06 | Long Distance Telephone-Outside Services Court Call - VENDOR: DINERS CLUB; INVOICE#: 09/27/06-10/27/06; DATE: 10/27/2006  -  Acct.#5306220025395504 | 160.00 |

| 09/30/06 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 07/01/06-09/30/06; DATE: 10/5/2006 - Account# RB0120 / Period: 07/01/2006 - 09/30/2006 | 240.00 |
| 09/30/06 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 07/01/06-09/30/06; DATE: 10/5/2006 - Account# RB0120 / Period: 07/01/2006 - 09/30/2006 | 1,004.88 |
| 09/30/06 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 07/01/06-09/30/06; DATE: 10/5/2006 - Account# RB0120 / Period: 07/01/2006 - 09/30/2006 | 10.16 |
| 10/03/06 | Long Distance Telephone-Outside Services VENDOR: Premiere Conferencing; INVOICE#: 00599089; DATE: 10/31/2006 - Account# 306300 | 15.76 |
| 10/05/06 | Long Distance Telephone-Outside Services VENDOR: Premiere Conferencing; INVOICE#: 00599089; DATE: 10/31/2006 - Account# 306300 | 8.21 |
| 10/13/06 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 812399495; DATE: 10/31/2006 - Account# 5306220025395504 | 3.70 |
| 10/20/06 | Airfare Travel to Delaware - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-10/20/06; DATE: 10/20/2006 - Client - 15537 | 733.40 |
| 10/20/06 | Fares, Mileage, Parking Travel to Delaware - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-10/20/06; DATE: 10/20/2006 - Client - 15537 | 115.00 |
| 10/20/06 | Meals Travel to Delaware - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-10/20/06; DATE: 10/20/2006 - Client - 15537 | 19.07 |
| 10/25/06 | Long Distance Telephone-Outside Services Court Call - VENDOR: DINERS CLUB; INVOICE#: 09/27/06-10/27/06; DATE: 10/27/2006 - Acct.#5306220025395504 | 120.00 |
| 10/25/06 | Long Distance Telephone-Outside Services Court Call - VENDOR: DINERS CLUB; INVOICE#: 09/27/06-10/27/06; DATE: 10/27/2006 - Acct.#5306220025395504 | 120.00 |
| 10/25/06 | Long Distance Telephone-Outside Services Court Call - VENDOR: DINERS CLUB; INVOICE#: 09/27/06-10/27/06; DATE: 10/27/2006 - Acct.#5306220025395504 | 120.00 |
| 10/26/06 | Long Distance Telephone-Outside Services VENDOR: Premiere Conferencing; INVOICE#: 00599089; DATE: 10/31/2006 - Account# 306300 | 12.58 |
| 10/31/06 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 812399495; DATE: 10/31/2006 - Account# 5306220025395504 | 34.57 |
| 11/01/06 | Long Distance Telephone 1(386)736-5963; 2 Mins. | 0.81 |
| 11/01/06 | Long Distance Telephone 1(302)575-1555; 8 Mins. | 9.52 |
| 11/01/06 | Long Distance Telephone 1(202)468-9265; 2 Mins. | 2.38 |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 11/01/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 850762673;  DATE: 11/6/2006 | 11.58 |
| 11/01/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 850762673;  DATE: 11/6/2006 | 9.48 |
| 11/01/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 850762673;  DATE: 11/6/2006 | 8.31 |
| 11/02/06 | Long Distance Telephone 1(302)575-1555; 11 Mins. | 13.09 |
| 11/02/06 | Long Distance Telephone 1(386)679-6544; 6 Mins. | 2.30 |
| 11/02/06 | Long Distance Telephone 1(202)339-8567; 6 Mins. | 7.14 |
| 11/02/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 850762673;  DATE: 11/6/2006 | 10.81 |
| 11/02/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 850762673;  DATE: 11/6/2006 | 10.81 |
| 11/02/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 850762673;  DATE: 11/6/2006 | 10.81 |
| 11/02/06 | Long Distance Telephone 1(202)339-8567; 1 Mins. | 1.19 |
| 11/03/06 | Long Distance Telephone 1(386)679-6544; 9 Mins. | 3.80 |
| 11/03/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 851282509;  DATE: 11/8/2006 | 8.52 |
| 11/06/06 | Long Distance Telephone 1(843)524-5708; 13 Mins. | 15.47 |
| 11/06/06 | Long Distance Telephone 1(386)736-5963; 3 Mins. | 1.18 |
| 11/06/06 | Long Distance Telephone 1(512)476-4394; 13 Mins. | 15.47 |
| 11/06/06 | Long Distance Telephone 1(512)476-4394; 7 Mins. | 8.33 |
| 11/07/06 | CD/DVD Duplication | 140.00 |
| 11/08/06 | Postage | 3.48 |
| 11/10/06 | Long Distance Telephone 1(803)943-4444; 1 Mins. | 1.19 |
| 11/10/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 852560533;  DATE: 11/15/2006 | 9.13 |
| 11/13/06 | Long Distance Telephone 1(302)654-1888; 1 Mins. | 1.19 |
| 11/13/06 | Long Distance Telephone 1(415)983-1056; 2 Mins. | 3.57 |
| 11/14/06 | Postage | 3.48 |
| 11/15/06 | Meals SLB - Meeting - VENDOR: Roasters' N Toasters; INVOICE#: 31159; DATE: 11/15/2006  -  Clients | 153.81 |
| 11/16/06 | Long Distance Telephone 1(803)943-4444; 5 Mins. | 5.95 |
| 11/16/06 | Long Distance Telephone 1(512)417-3961; 11 Mins. | 13.09 |
| 11/17/06 | Long Distance Telephone 1(864)877-6666; 2 Mins. | 3.57 |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 11/17/06 | Long Distance Telephone 1(847)577-4519; 15 Mins. | 17.85 |
| 11/20/06 | Long Distance Telephone 1(973)645-4764; 3 Mins. | 3.57 |
| 11/20/06 | Long Distance Telephone 1(212)481-1411; 3 Mins. | 3.57 |
| 11/22/06 | Long Distance Telephone 1(302)575-1555; 1 Mins. | 1.19 |
| 11/22/06 | Long Distance Telephone 1(302)575-1555; 1 Mins. | 1.19 |
| 11/22/06 | Long Distance Telephone 1(512)476-4394; 1 Mins. | 1.19 |
| 11/22/06 | Long Distance Telephone 1(509)455-3978; 13 Mins. | 15.47 |
| 11/27/06 | Long Distance Telephone 1(512)476-4394; 14 Mins. | 16.66 |
| 11/29/06 | Long Distance Telephone 1(610)832-5719; 5 Mins. | 5.95 |
| 11/30/06 | Miscellaneous Costs    Professional/ Expert fees related to PD Estimation for November 2006    $2,636.90 | 2,636.90 |
| 11/30/06 | Miscellaneous Costs    Professional/ Expert fees related to PD Estimation for November 2006    $25,927.50 | 25,927.50 |
| 11/03/06 | Copies 38 pgs @ 0.10/pg | 3.80 |
| 11/03/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/01/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/08/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/08/06 | Copies 150 pgs @ 0.10/pg | 15.00 |
| 11/14/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/15/06 | Copies 51 pgs @ 0.10/pg | 5.10 |
| 11/15/06 | Copies 613 pgs @ 0.10/pg | 61.30 |
| 11/28/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/22/06 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 11/29/06 | Copies 69 pgs @ 0.10/pg | 6.90 |
| 11/20/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 11/20/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 11/21/06 | Copies 108 pgs @ 0.10/pg | 10.80 |
| 11/21/06 | Copies 48 pgs @ 0.10/pg | 4.80 |
| 11/21/06 | Copies 36 pgs @ 0.10/pg | 3.60 |
| 11/30/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/30/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/30/06 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 11/30/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 11/30/06 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 11/30/06 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 11/30/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/30/06 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 11/30/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/30/06 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 11/30/06 | Copies 86 pgs @ 0.10/pg | 8.60 |
| 11/30/06 | Copies 27 pgs @ 0.10/pg | 2.70 |
| 11/30/06 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 11/30/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/30/06 | Copies 30 pgs @ 0.10/pg | 3.00 |

| | | |
|---|---|---:|
| 11/30/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/30/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/30/06 | Copies 40 pgs @ 0.10/pg | 4.00 |
| 11/30/06 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 11/30/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 11/30/06 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 11/30/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/30/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/30/06 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 11/30/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 11/30/06 | Copies 37 pgs @ 0.10/pg | 3.70 |
| 11/30/06 | Copies 55 pgs @ 0.10/pg | 5.50 |
| 11/30/06 | Copies 41 pgs @ 0.10/pg | 4.10 |
| 11/21/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/21/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/21/06 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 11/21/06 | Copies 43 pgs @ 0.10/pg | 4.30 |
| 11/21/06 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 11/21/06 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 11/21/06 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 11/21/06 | Copies 56 pgs @ 0.10/pg | 5.60 |
| 11/21/06 | Copies 27 pgs @ 0.10/pg | 2.70 |
| 11/21/06 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 11/21/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 11/21/06 | Copies 40 pgs @ 0.10/pg | 4.00 |
| 11/20/06 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 11/20/06 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 11/20/06 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 11/20/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/20/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/20/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 11/20/06 | Copies 217 pgs @ 0.10/pg | 21.70 |
| 11/20/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/20/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/20/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/20/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/20/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/20/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/29/06 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 11/29/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 11/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/29/06 | Copies 6 pgs @ 0.10/pg | 0.60 |

| | | |
|---|---|---|
| 11/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/29/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 11/29/06 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 11/29/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/29/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/29/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/29/06 | Copies 32 pgs @ 0.10/pg | 3.20 |
| 11/29/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/29/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 11/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/29/06 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 11/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/29/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/29/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/29/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/29/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 11/29/06 | Copies 33 pgs @ 0.10/pg | 3.30 |
| 11/29/06 | Copies 60 pgs @ 0.10/pg | 6.00 |
| 11/29/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/29/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 11/29/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/29/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/29/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 11/29/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/29/06 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 11/29/06 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 11/22/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/22/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/22/06 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 11/22/06 | Copies 59 pgs @ 0.10/pg | 5.90 |
| 11/22/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/22/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/22/06 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 11/22/06 | Copies 36 pgs @ 0.10/pg | 3.60 |
| 11/22/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 11/22/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/22/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 11/22/06 | Copies 39 pgs @ 0.10/pg | 3.90 |
| 11/27/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/27/06 | Copies 1 pgs @ 0.10/pg | 0.10 |

| | | |
|---|---|---|
| 11/27/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/27/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/27/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/27/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/27/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/27/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/27/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/27/06 | Copies 23 pgs @ 0.10/pg | 2.30 |
| 11/27/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/27/06 | Copies 29 pgs @ 0.10/pg | 2.90 |
| 11/27/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/27/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/27/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/27/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/27/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 11/27/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 11/27/06 | Copies 87 pgs @ 0.10/pg | 8.70 |
| 11/27/06 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 11/27/06 | Copies 27 pgs @ 0.10/pg | 2.70 |
| 11/27/06 | Copies 39 pgs @ 0.10/pg | 3.90 |
| 11/28/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/28/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/28/06 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 11/28/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/28/06 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 11/28/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/28/06 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 11/28/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/28/06 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 11/28/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/28/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 11/28/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/28/06 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 11/28/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/28/06 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 11/28/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/28/06 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 11/28/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/28/06 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 11/28/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/28/06 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 11/28/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/28/06 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 11/28/06 | Copies 2 pgs @ 0.10/pg | 0.20 |

| | | |
|---|---|---|
| 11/28/06 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 11/28/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/28/06 | Copies 28 pgs @ 0.10/pg | 2.80 |
| 11/28/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/28/06 | Copies 28 pgs @ 0.10/pg | 2.80 |
| 11/28/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/28/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/28/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/28/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/28/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/28/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/28/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/28/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 11/28/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 11/28/06 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 11/28/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/28/06 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 11/28/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 11/28/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/28/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/28/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 11/28/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 11/28/06 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 11/28/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 11/28/06 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 11/28/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/28/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/28/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/28/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/28/06 | Copies 32 pgs @ 0.10/pg | 3.20 |
| 11/28/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/28/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/28/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/28/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/28/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 11/28/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/28/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 11/28/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 11/28/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/28/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/28/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/28/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/15/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/15/06 | Copies 5 pgs @ 0.10/pg | 0.50 |

| 11/15/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 11/15/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 11/15/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/15/06 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 11/15/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/15/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/15/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 11/15/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 11/15/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/15/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/15/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/15/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 11/15/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/15/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 11/15/06 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 11/15/06 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 11/15/06 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 11/15/06 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 11/15/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 11/15/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 11/15/06 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 11/15/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 11/15/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/15/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/15/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/15/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 11/15/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/15/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/15/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/15/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/15/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/15/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/15/06 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 11/15/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/15/06 | Copies 75 pgs @ 0.10/pg | 7.50 |
| 11/15/06 | Copies 75 pgs @ 0.10/pg | 7.50 |
| 11/15/06 | Copies 75 pgs @ 0.10/pg | 7.50 |
| 11/15/06 | Copies 75 pgs @ 0.10/pg | 7.50 |
| 11/15/06 | Copies 75 pgs @ 0.10/pg | 7.50 |
| 11/15/06 | Copies 56 pgs @ 0.10/pg | 5.60 |
| 11/15/06 | Copies 91 pgs @ 0.10/pg | 9.10 |
| 11/15/06 | Copies 33 pgs @ 0.10/pg | 3.30 |
| 11/15/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/15/06 | Copies 90 pgs @ 0.10/pg | 9.00 |

| | | |
|---|---|---|
| 11/15/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/15/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/15/06 | Copies 65 pgs @ 0.10/pg | 6.50 |
| 11/15/06 | Copies 58 pgs @ 0.10/pg | 5.80 |
| 11/15/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/15/06 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 11/15/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/15/06 | Copies 29 pgs @ 0.10/pg | 2.90 |
| 11/15/06 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 11/15/06 | Copies 116 pgs @ 0.10/pg | 11.60 |
| 11/15/06 | Copies 33 pgs @ 0.10/pg | 3.30 |
| 11/15/06 | Copies 56 pgs @ 0.10/pg | 5.60 |
| 11/15/06 | Copies 65 pgs @ 0.10/pg | 6.50 |
| 11/15/06 | Copies 71 pgs @ 0.10/pg | 7.10 |
| 11/15/06 | Copies 42 pgs @ 0.10/pg | 4.20 |
| 11/15/06 | Copies 42 pgs @ 0.10/pg | 4.20 |
| 11/15/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/15/06 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 11/15/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/15/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 11/15/06 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 11/15/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 11/15/06 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 11/15/06 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 11/15/06 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 11/15/06 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 11/15/06 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 11/15/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/15/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/15/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/15/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/15/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/15/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/15/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/15/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/15/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/15/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/15/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/15/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/15/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/15/06 | Copies 144 pgs @ 0.10/pg | 14.40 |
| 11/15/06 | Copies 192 pgs @ 0.10/pg | 19.20 |
| 11/16/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/17/06 | Copies 6 pgs @ 0.10/pg | 0.60 |

| | | |
|---|---|---|
| 11/17/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 11/14/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 11/14/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 11/14/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/14/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 11/14/06 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 11/14/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/14/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 11/14/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/14/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 11/14/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/14/06 | Copies 83 pgs @ 0.10/pg | 8.30 |
| 11/14/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 11/14/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 11/14/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/14/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/14/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/14/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/14/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 11/14/06 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 11/14/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/14/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/14/06 | Copies 148 pgs @ 0.10/pg | 14.80 |
| 11/14/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/14/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/14/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 11/14/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/14/06 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 11/14/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/14/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/14/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 11/14/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 11/14/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/14/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 11/14/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/14/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/14/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/14/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/14/06 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 11/14/06 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 11/14/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 11/14/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/14/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 11/14/06 | Copies 4 pgs @ 0.10/pg | 0.40 |

| Date | Description | Amount |
|------|-------------|--------|
| 11/14/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/14/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/14/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/14/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 11/14/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/14/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/14/06 | Copies 61 pgs @ 0.10/pg | 6.10 |
| 11/14/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 11/14/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 11/14/06 | Copies 30 pgs @ 0.10/pg | 3.00 |
| 11/14/06 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 11/14/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 11/08/06 | Copies 75 pgs @ 0.10/pg | 7.50 |
| 11/08/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 11/08/06 | Copies 93 pgs @ 0.10/pg | 9.30 |
| 11/08/06 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 11/08/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 11/10/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/10/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/10/06 | Copies 78 pgs @ 0.10/pg | 7.80 |
| 11/13/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 11/13/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/01/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 11/02/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/02/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/02/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/02/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/02/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 11/02/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/02/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/03/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/03/06 | Copies 45 pgs @ 0.10/pg | 4.50 |
| 11/03/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/03/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 11/03/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 11/03/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/03/06 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 11/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/03/06 | Copies 1 pgs @ 0.10/pg | 0.10 |

| 11/06/06 | Copies 50 pgs @ 0.10/pg | 5.00 |
|----------|-------------------------|------|
| 11/07/06 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 11/07/06 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 11/07/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/07/06 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 11/07/06 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 11/07/06 | Copies 26 pgs @ 0.10/pg | 2.60 |

**TOTAL COSTS ADVANCED**      **$32,702.83**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| Baena, Scott L | 3.30 | $625.00 | $2,062.50 |
| Snyder, Jeffrey I | 0.40 | $225.00 | $90.00 |
| Kramer, Matthew I | 2.30 | $320.00 | $736.00 |
| Testa, Nicole | 1.80 | $305.00 | $549.00 |
| Flores, Luisa M | 1.10 | $180.00 | $198.00 |
| Valdes, Janette | 0.60 | $135.00 | $81.00 |
| *TOTAL* | *9.50* | | *$3,716.50* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $733.40 |
| CD/DVD Duplication | $140.00 |
| Fares, Mileage, Parking | $115.00 |
| Federal Express | $79.45 |
| Long Distance Telephone | $175.88 |
| Long Distance Telephone-Outside Services | $766.55 |
| Meals | $172.88 |
| Miscellaneous Costs | $28,564.40 |
| Pacer - Online Services | $1,255.04 |
| Postage | $6.96 |
| Westlaw-Online Legal Research | $38.27 |
| Copies | $655.00 |
| *TOTAL* | *$32,702.83* |

**CURRENT BALANCE DUE THIS MATTER**      **$36,419.33**

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15538**

RE: 02 - Debtors' Business Operations

| 11/06/06 | JMS | 1.00 | 400.00 | E-mail from J. Sotile regarding revised draft of Equitas agreement (.2); review same (.8). |
| 11/10/06 | JMS | 0.50 | 200.00 | E-mails regarding final Equitas agreement (.5). |
| 11/13/06 | JMS | 1.50 | 600.00 | Review and analysis of final drafts of Equitas settlement agreement (1.5). |

PROFESSIONAL SERVICES                                               $1,200.00

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 3.00 | $400.00 | $1,200.00 |
| *TOTAL* | *3.00* | | *$1,200.00* |

CURRENT BALANCE DUE THIS MATTER                                     $1,200.00

Atty – SLB
Client No.: 74817/15539

RE: 03 - Creditors Committee

| 11/02/06 | JMS | 0.60 | 240.00 | Prepare for and hold Committee call (.6). |
|---|---|---|---|---|
| 11/02/06 | MIK | 0.30 | 96.00 | Partial attendance on conference call. |
| 11/07/06 | SLB | 0.50 | 312.50 | Communication with Dies and Runyan et al regarding meeting of 11/15 and meeting preparation (.5). |
| 11/13/06 | MIK | 0.10 | 32.00 | Office conference with J. Sakalo regarding PD meeting. |
| 11/15/06 | JIS | 0.20 | 45.00 | Legal research relating to meeting with committee members (.2). |
| 11/16/06 | JMS | 2.10 | 840.00 | E-mails with R. Ramphal regarding committee call (.2); telephone conference with D. Speights regarding same (.3); prepare for and hold Committee call (.8); telephone conference with S. Baena regarding follow up (.5); telephone conference with M. Dies regarding same (.3). |
| 11/19/06 | MIK | 0.70 | 224.00 | Edit email to committee. |
| 11/30/06 | RMF | 1.50 | 547.50 | Attend Committee conference call. |
| 11/30/06 | JMS | 2.50 | 1,000.00 | Conference with S. Baena, M. Kramer, R. Turken regarding planning for Committee call (1.0); committee call (1.5). |
| 11/30/06 | RWT | 2.50 | 1,312.50 | Conference with S. Baena, M. Kramer and J. Sakalo regarding planning for Committee call (1.0); committee call (1.5). |
| 11/30/06 | MIK | 3.90 | 1,248.00 | Preparation for committee call (1.0); committee call (1.5); post-committee call discussion (1.4) |

PROFESSIONAL SERVICES                                               $5,897.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.50 | $625.00 | $312.50 |
| Turken, Robert W | 2.50 | $525.00 | $1,312.50 |
| Fernandez, Raquel M | 1.50 | $365.00 | $547.50 |
| Sakalo, Jay M | 5.20 | $400.00 | $2,080.00 |
| Snyder, Jeffrey I | 0.20 | $225.00 | $45.00 |
| Kramer, Matthew I | 5.00 | $320.00 | $1,600.00 |
| TOTAL | 14.90 | | $5,897.50 |

CURRENT BALANCE DUE THIS MATTER                                     $5,897.50

Atty – SLB
Client No.: 74817/15543

**RE: 07 - Applicant's Fee Application**

| Date | Atty | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 11/01/06 | AM | 5.20 | 702.00 | Assist L. Flores in preparing 22nd Interim Quarterly Fee Application (5.2). |
| 11/02/06 | AM | 2.00 | 270.00 | Assist L. Flores in preparing 22nd Interim Quarterly Fee Application (2.0). |
| 11/06/06 | AM | 5.50 | 742.50 | Assist L. Flores with preparing 22nd Interim Quarterly Fee Application (5.5). |
| 11/07/06 | AM | 5.50 | 742.50 | Assist L. Flores with preparing 22nd Interim Quarterly Fee Application (5.5). |
| 11/09/06 | LMF | 1.40 | 252.00 | Attend to Bilzin's quarterly application (1.4). |
| 11/09/06 | JIS | 1.20 | 270.00 | Conference with M. Kramer regarding review of prebill (.1); review prebill and revise same (1.1). |
| 11/09/06 | MIK | 0.10 | 32.00 | Office conference with J. Snyder regarding fee application. |
| 11/14/06 | LMF | 0.90 | 162.00 | Finalize prebill for October for Bilzin and meet with accounting regarding same (.9). |
| 11/14/06 | JIS | 0.50 | 112.50 | Final revisions to October prebill and discuss same with L. Flores; follow up with L. Flores regarding status of quarterly fee application. |
| 11/14/06 | MIK | 0.30 | 96.00 | Edit monthly invoices. |
| 11/17/06 | LMF | 2.80 | 504.00 | Meeting with J. Sakalo, R. Ramphal and accounting regarding various questions raised in fee auditor report regarding flights (1.3); attend to responding to questions on costs (1.5). |
| 11/17/06 | JMS | 5.60 | 2,240.00 | Analysis of methodology rebuttal reports (1.8); prepare response to fee auditor's report regarding 21st interim (3.3); conference with L. Flores regarding same (.5). |
| 11/20/06 | LMF | 1.20 | 216.00 | Finalize response to fee auditor and submit (1.2). |
| 11/27/06 | JIS | 0.70 | 157.50 | Review of quarterly fee application and revisions to same (.7). |
| 11/27/06 | MIK | 0.40 | 128.00 | Review and edit quarterly fee application (.4). |
| 11/29/06 | LMF | 1.80 | 324.00 | Complete all revisions to Bilzin's quarterly application (1.8). |

**PROFESSIONAL SERVICES**                                                                 **$6,951.00**

**COSTS ADVANCED**

| Date | Description | Amount |
|------|-------------|--------|
| 09/30/06 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 07/01/06-09/30/06; DATE: 10/5/2006  -  Account# RB0120 / Period: 07/01/2006 - 09/30/2006 | 14.56 |
| 11/02/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/02/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/06/06 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 11/07/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/07/06 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 11/07/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/07/06 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 11/07/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/07/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/07/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/07/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/07/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/22/06 | Copies 18 pgs @ 0.10/pg | 1.80 |



BILZIN SUMBERG BAENA PRICE & AXELROD LLP

TOTAL COSTS ADVANCED                                                                    $22.86

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 5.60 | $400.00 | $2,240.00 |
| Snyder, Jeffrey I | 2.40 | $225.00 | $540.00 |
| Kramer, Matthew I | 0.80 | $320.00 | $256.00 |
| Flores, Luisa M | 8.10 | $180.00 | $1,458.00 |
| Morera, Arianna | 18.20 | $135.00 | $2,457.00 |
| *TOTAL* | *35.10* | | *$6,951.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Pacer - Online Services | $14.56 |
| Copies | $8.30 |
| *TOTAL* | *$22.86* |

CURRENT BALANCE DUE THIS MATTER                                           $6,973.86