**Atty – SLB**
**Client No.: 74817/15544**

RE: 08 - Hearings

| | | | | |
|---|---|---|---|---|
| 11/14/06 | JMS | 0.20 | 80.00 | Review hearing notebook (.2); conference with W. Roman regarding memorandum to committee regarding hearing (.2). |
| 11/14/06 | MIK | 0.10 | 32.00 | Office conference with W. Roman regarding hearing. |
| 11/14/06 | WR | 2.00 | 360.00 | Prepare Hearing notebook (1.5); schedule telephonic appearances (.5). |
| 11/20/06 | JIS | 3.80 | 855.00 | Telephonic attendance at omnibus hearing. |
| 11/27/06 | WR | 2.50 | 450.00 | Prepare hearing notebook (2.5). |
| 11/28/06 | WR | 5.00 | 900.00 | Prepare hearing notebook (5.0). |
| 11/29/06 | WR | 3.00 | 540.00 | Prepare hearing notebook (3.0). |

PROFESSIONAL SERVICES                                                   $3,217.00

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.20 | $400.00 | $80.00 |
| Snyder, Jeffrey I | 3.80 | $225.00 | $855.00 |
| Kramer, Matthew I | 0.10 | $320.00 | $32.00 |
| Roman, Wanda | 12.50 | $180.00 | $2,250.00 |
| *TOTAL* | *16.60* | | *$3,217.00* |

CURRENT BALANCE DUE THIS MATTER                                         $3,217.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15545

**RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| | | | | |
|---|---|---|---|---|
| 11/01/06 | SLB | 0.20 | 125.00 | Email to M. Dies regarding production of expert materials (.2). |
| 11/01/06 | JMS | 0.80 | 320.00 | Telephone conference with J. Katz regarding database issues (.5); telephone conference with S. Walsh regarding sampling results (.3). |
| 11/01/06 | WR | 4.50 | 810.00 | Analyze expert reports and CD productions produced in connection with discovery (3.5); prepare same for attorney review (1.0). |
| 11/02/06 | JCM | 0.50 | 137.50 | Attend Grace Committee conference call. |
| 11/02/06 | MIK | 0.10 | 32.00 | Review PD CMO schedule. |
| 11/02/06 | WR | 7.50 | 1,350.00 | Review and analyze designation of expert witnesses and expert reports regarding methodology issue (4.0); review recent orders regarding omnibus hearing dates and update attorneys regarding same (3.5). |
| 11/03/06 | JMS | 0.60 | 240.00 | E-mail to C. Kang regarding witness designations (.6). |
| 11/03/06 | WR | 7.50 | 1,350.00 | Review and analyze PI and PD expert reports (7.5). |
| 11/06/06 | SLB | 0.50 | 312.50 | Telephone conference with M. Dies and A. Runyan regarding methodology issue (.5). |
| 11/06/06 | JMS | 2.50 | 1,000.00 | Telephone conference with D. Speights regarding discovery status (.3); review initial designations of Dies and Hile, S&R claimants (1.2); telephone conference with S. Baena, M. Dies and A. Runyan regarding Phase I issues (.5); follow up e-mail exchange with A. Runyan regarding same (.5). |
| 11/07/06 | SLB | 1.70 | 1,062.50 | Review preliminary witness lists and extensive email exchanges with Runyan & Dies regarding same and related issues (1.7). |
| 11/07/06 | JMS | 0.60 | 240.00 | E-mails from A. Runyan and M. Dies regarding constructive notice issues (.6). |
| 11/08/06 | SLB | 1.50 | 937.50 | Telephone call from A. Runyan regarding court's prior rulings on constructive notice and emails from and to Runyan and Dies regarding same (.6); telephone conference with M. Dies regarding constructive notice issues (.9). |
| 11/08/06 | JMS | 1.60 | 640.00 | E-mail from C. Kang regarding meeting (.3); work on agenda for same and review of record (1.3). |
| 11/08/06 | AM | 5.20 | 702.00 | Review ZAI/Zonolite documents (5.2). |
| 11/09/06 | JMS | 0.90 | 360.00 | Conference with S. Baena regarding methodology issues (.3); e-mail exchange with M. Dies thereon (.3); e-mails with S. Baena regarding ZAI exhibits (.3). |
| 11/09/06 | WR | 3.50 | 630.00 | Review PD expert reports and DVD production (3.5). |
| 11/10/06 | WR | 3.50 | 630.00 | Review orders regarding Case Management, Omnibus Hearing Dates for 2007, and Deadlines regarding PD Claim objections (1.5); analyze PI and PD expert reports (2.0). |
| 11/13/06 | SLB | 0.90 | 562.50 | Email exchange with Runyan, Dies and PD claimants' counsel regarding 11/15 meeting (.9). |
| 11/13/06 | JMS | 1.20 | 480.00 | E-mail exchange with A. Runyan and M. Dies regarding meeting on Phase I (.4); telephone conference with G. George regarding same (.6); follow up e-mail to A. Runyan and M. Dies (.2). |
| 11/14/06 | JMS | 0.70 | 280.00 | Telephone conference with A. Winfree regarding methodology meeting (.3); e-mail to A. Winfree and G. George regarding same (.2); conference with J. Snyder regarding PI motion to compel and analysis of same (.2). |
| 11/14/06 | JIS | 0.50 | 112.50 | Review notice of rescheduled deposition; telephone call to A. Basta regarding telephonic attendance; telephone conference with J. Baer and D. Mendelson regarding same; telephone conference with M. Mestayer's office (deponent's counsel). |
| 11/14/06 | AM | 0.20 | 27.00 | Review docket (.2). |
| 11/15/06 | SLB | 4.50 | 2,812.50 | Meeting with claimants counsel and committee members (4.5). |
| 11/15/06 | JMS | 6.80 | 2,720.00 | Prepare for meeting with A. Runyan, M. Dies (1.5); meeting with M. Dies and A. Runyan (5.3). |
| 11/15/06 | JIS | 2.50 | 562.50 | Voice mail and telephone conference with P. Farber (Kramer Levin) regarding telephonic attendance at deposition of Dr. Segarra (.2); email to and meeting |

| | | | | |
|---|---|---|---|---|
| | | | | with A. Morera regarding debtors motions to compel relating to PI questionnaires (.3); review debtor's memorandum of law and motions to compel relating to PI questionnaires (2.0). |
| 11/15/06 | AM | 4.00 | 540.00 | Download and print voluminous documents from Pacer requested by J. Snyder; prepare indexes and binders for documents, and deliver to J. Snyder (4.0). |
| 11/15/06 | MIK | 4.60 | 1,472.00 | All hands meeting regarding PD litigation (4.5); review correspondence (.1). |
| 11/15/06 | KAM | 5.50 | 1,677.50 | Attend meeting regarding PD litigation (4.5); review expert reports and prepare for meeting (1.0). |
| 11/16/06 | JMS | 0.30 | 120.00 | E-mail from/to A. Runyan regarding CMO scheduling (.3). |
| 11/16/06 | JIS | 1.00 | 225.00 | Focused review of motions to compel and draft email to J. Sakalo regarding same (.8); attention to conference call regarding CMO (.1); attention to telephonic attendance at Segarra deposition (.1). |
| 11/17/06 | JMS | 0.60 | 240.00 | E-mail exchange with M. Dies regarding claims issues (.3); e-mail from D. Speights regarding same (.3). |
| 11/17/06 | JIS | 0.80 | 180.00 | Attend conference call regarding PI case management order and changes to deadlines concerning expert reports; prepare and circulate email summary of same. |
| 11/19/06 | JIS | 0.30 | 67.50 | Review email from M. Kramer regarding review of motions on PD claims; review docket and email to A. Morera regarding same (.3). |
| 11/20/06 | JCM | 11.00 | 3,025.00 | Research and analyze Debtor's motions to expunge certain claims and procedural posture regarding the basis for the motions; research application of Delaware's borrowing statute. |
| 11/20/06 | JIS | 0.50 | 112.50 | Review pleadings and conference with J. Moon regarding borrowing statute / statute of limitations issue. |
| 11/20/06 | AM | 0.30 | 40.50 | Review several pleadings (.3). |
| 11/20/06 | MIK | 0.20 | 64.00 | Telephone conference with A. Danziesan regarding objection process. |
| 11/20/06 | WR | 3.50 | 630.00 | Analyze Omnibus Objections Orders regarding same (.5); review DVD production and update index regarding same (3.0). |
| 11/21/06 | SLB | 1.00 | 625.00 | Telephone call from M. Dies regarding discovery and interoffice conference with K. Marlin regarding same (.5); interoffice conference with K. Marlin regarding Morse designation and conference (.5). |
| 11/21/06 | JCM | 7.00 | 1,925.00 | Research application of Delaware's borrowing statute (6.7); meet with M. Kramer regarding research (.3). |
| 11/21/06 | JIS | 0.30 | 67.50 | Office conference with J. Moon and M. Kramer regarding statute of limitations issues (.3). |
| 11/21/06 | WR | 3.50 | 630.00 | Analyze expert witness designations of Debtors, PI claimants, and PD claimants (3.5). |
| 11/21/06 | KAM | 1.00 | 305.00 | Conference with S. Baena and M. Dies regarding discovery. |
| 11/22/06 | SLB | 0.70 | 437.50 | Email from and to D. Speights et al regarding objection issues (.5); telephone call to M. Dies regarding same (.2); emails from and to M. Dies regarding service and filing of pleadings (.2). |
| 11/22/06 | JMS | 1.20 | 480.00 | E-mail from D. Speights regarding common issues (.3); telephone conference with S. Baena regarding common issues and response to e-mails regarding same (.5); review draft e-mail to Committee regarding same and provide comments thereon (.4). |
| 11/22/06 | JCM | 7.50 | 2,062.50 | Research related to motions to expunge claims. |
| 11/22/06 | JIS | 0.50 | 112.50 | Conferences with J. Moon and with M. Kramer regarding statutes of limitations issues. |
| 11/22/06 | MIK | 0.30 | 96.00 | Office conference with J. Moon, J. Snyder regarding claims objections. |
| 11/22/06 | WR | 6.00 | 1,080.00 | Analyze designation of expert witnesses and PD expert reports (6.0). |
| 11/22/06 | KAM | 4.90 | 1,494.50 | Review expert reports on methodology issue (3.5); revise notices of taking deposition of debtor's experts (.6); draft notice of taking deposition of debtor's expert Graeme Mew (.4); coordinate filing of notices of taking deposition with local counsel (.4). |
| 11/23/06 | MIK | 0.30 | 96.00 | Review PD related docket entries. |
| 11/25/06 | JMS | 0.30 | 120.00 | E-mail exchange with R. Turken and S. Baena regarding claims at issue (.3). |

| 11/25/06 | MIK | 4.00 | 1,280.00 | Review expert reports regarding estimation. |
| 11/27/06 | RMF | 0.40 | 146.00 | Discuss with B. Turken possible involvement on common issues. |
| 11/27/06 | SLB | 0.80 | 500.00 | Email to M. Dies regarding common issues (.2); telephone call from M. Dies regarding same (.6). |
| 11/27/06 | JCM | 5.00 | 1,375.00 | Research related to claiming objections. |
| 11/27/06 | MIK | 5.40 | 1,728.00 | Prepare for PI hearing (.4); review PI papers (5.0). |
| 11/27/06 | MIK | 3.30 | 1,056.00 | Attend National Union adversary hearing (1.2); email S. Baena regarding appeal (.1); review National Union adversary case and summarize hearing (2.0). |
| 11/27/06 | WR | 1.00 | 180.00 | Analyze disclosures of PD expert witnesses (1.0). |
| 11/27/06 | KAM | 1.00 | 305.00 | Review certificates of service (.3); communicate with local counsel regarding same (.2); review correspondence from court reporters office regarding expert depositions (.2); email S. Baena and M. Dies regarding expert depositions (.3). |
| 11/28/06 | LMF | 1.30 | 234.00 | Research service lists (1.3). |
| 11/28/06 | JMS | 2.90 | 1,160.00 | Review multiple responses regarding motion to compel in respect of the PI questionnaire process (2.5); e-mails with S. Baena regarding  common issues (.2); telephone conference with counsel to BSNF regarding status, deadlines (.2). |
| 11/28/06 | JCM | 5.70 | 1,567.50 | Conference with J. Snyder regarding borrowing statute issues (.3); research related to claims objections (5.4). |
| 11/28/06 | JIS | 0.90 | 202.50 | Conference with J. Moon regarding statute of limitations and borrowing statute issue (.3); review file and email correspondence with P. Farber (Kramer Levin) regarding Segarra deposition (.6). |
| 11/28/06 | MIK | 0.20 | 64.00 | Attend to PI hearing issues. |
| 11/28/06 | WR | 0.50 | 90.00 | Analyze recent orders regarding omnibus objections to claims (.5). |
| 11/28/06 | KAM | 4.50 | 1,372.50 | Revise motion to strike debtors' expert witness and research case law regarding methodology. |
| 11/29/06 | JMS | 3.00 | 1,200.00 | Interoffice conference with R. Turken regarding common issue determinations and prior rulings by the court (1.2); conference with S. Baena regarding response to e-mails from Speights and Dies (.3); 2 telephone conferences with A. Allen (counsel to BNSF) regarding status of matters, discovery deadlines (1.3); e-mail to A. Allen regarding same (.2). |
| 11/29/06 | JCM | 0.70 | 192.50 | Research related to claims objections. |
| 11/29/06 | JCM | 3.00 | 825.00 | Research related to claims objections. |
| 11/29/06 | JIS | 0.20 | 45.00 | Email from M. Kramer regarding PI deposition, review notes and reply to same. |
| 11/29/06 | MIK | 4.50 | 1,440.00 | Attend all-hands call regarding 12/5 hearing (.9); email S. Baena regarding same (.3); review PI issues and prepare committee memo regarding same (3.2); email F. Rabinovitz regarding PI hearing (.1). |
| 11/29/06 | WR | 3.00 | 540.00 | Analyze expert reports (3.0). |
| 11/29/06 | KAM | 6.60 | 2,013.00 | Continue to revise motion to strike Debtors' expert witness on Daubert grounds. |
| 11/30/06 | RMF | 1.50 | 547.50 | Participate in post-conference call follow-up and discussion regarding methodology. |
| 11/30/06 | JMS | 1.50 | 600.00 | Conference with S. Baena, M. Kramer, R. Turken and R. Fernandez regarding post Committee call strategy session and analysis of issues raised on call (1.5). |
| 11/30/06 | RWT | 1.50 | 787.50 | Conference with S. Baena, M. Kramer, J. Sakalo and R. Fernandez regarding post Committee call strategy session and analysis of issues raised on call. |
| 11/30/06 | JCM | 6.50 | 1,787.50 | Research related to claims objections (6.5). |
| 11/30/06 | MIK | 3.50 | 1,120.00 | Review email regarding PI estimation status (.1); office conferences with J. Moon regarding SOL issues (.7); review PD/PI estimation/claims documents (2.3); research S.O.L. matters (.4). |
| 11/30/06 | WR | 4.50 | 810.00 | Analyze omnibus objections and responses (2.0); analyze documents regarding PD bar dates and constructive notice (2.5). |
| 11/30/06 | KAM | 1.30 | 396.50 | Make additional changes to Motion to Strike Debtors' expert. |



**PROFESSIONAL SERVICES**                                                                                                    **$59,926.50**

### COSTS ADVANCED

| | | |
|---|---|---:|
| 09/30/06 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 07/01/06-09/30/06; DATE: 10/5/2006 - Account# RB0120 / Period: 07/01/2006 - 09/30/2006 | 8.24 |
| 09/30/06 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 07/01/06-09/30/06; DATE: 10/5/2006 - Account# RB0120 / Period: 07/01/2006 - 09/30/2006 | 47.92 |
| 09/30/06 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 07/01/06-09/30/06; DATE: 10/5/2006 - Account# RB0120 / Period: 07/01/2006 - 09/30/2006 | 12.72 |
| 09/30/06 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 07/01/06-09/30/06; DATE: 10/5/2006 - Account# RB0120 / Period: 07/01/2006 - 09/30/2006 | 25.36 |
| 11/14/06 | Long Distance Telephone 1(202)879-5933; 1 Mins. | 1.19 |
| 11/14/06 | Long Distance Telephone 1(312)861-2162; 5 Mins. | 5.95 |
| 11/14/06 | Long Distance Telephone 1(228)432-8123; 3 Mins. | 3.57 |
| 11/15/06 | Long Distance Telephone 1(212)715-9184; 2 Mins. | 2.38 |
| 11/22/06 | Long Distance Telephone 1(302)575-1555; 3 Mins. | 3.57 |
| 11/16/06 | Copies 32 pgs @ 0.10/pg | 3.20 |
| 11/20/06 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 11/20/06 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 11/20/06 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 11/20/06 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 11/20/06 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 11/20/06 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 11/20/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/20/06 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 11/20/06 | Copies 36 pgs @ 0.10/pg | 3.60 |
| 11/20/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/20/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 11/20/06 | Copies 37 pgs @ 0.10/pg | 3.70 |
| 11/20/06 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 11/20/06 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 11/20/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 11/20/06 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 11/21/06 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 11/21/06 | Copies 58 pgs @ 0.10/pg | 5.80 |
| 11/21/06 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 11/21/06 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 11/21/06 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 11/21/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/21/06 | Copies 1 pgs @ 0.10/pg | 0.10 |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| 11/22/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 11/22/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/22/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/22/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/22/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/22/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/22/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/22/06 | Copies 59 pgs @ 0.10/pg | 5.90 |
| 11/22/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/22/06 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 11/22/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 11/22/06 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 11/22/06 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 11/22/06 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 11/22/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/22/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/22/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/22/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/22/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/22/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/22/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/22/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/22/06 | Copies 54 pgs @ 0.10/pg | 5.40 |
| 11/22/06 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 11/22/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/28/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/28/06 | Copies 57 pgs @ 0.10/pg | 5.70 |
| 11/28/06 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 11/29/06 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 11/30/06 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 11/30/06 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 11/30/06 | Copies 81 pgs @ 0.10/pg | 8.10 |
| 11/30/06 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 11/30/06 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 11/15/06 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 11/15/06 | Copies 48 pgs @ 0.10/pg | 4.80 |

**TOTAL COSTS ADVANCED**                                    **$205.90**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 11.80 | $625.00 | $7,375.00 |
| Turken, Robert W | 1.50 | $525.00 | $787.50 |
| Fernandez, Raquel M | 1.90 | $365.00 | $693.50 |
| Sakalo, Jay M | 25.50 | $400.00 | $10,200.00 |
| Moon, James C | 46.90 | $275.00 | $12,897.50 |
| Snyder, Jeffrey I | 7.50 | $225.00 | $1,687.50 |
| Kramer, Matthew I | 26.40 | $320.00 | $8,448.00 |
| Marlin, Kathy-Ann | 24.80 | $305.00 | $7,564.00 |
| Flores, Luisa M | 1.30 | $180.00 | $234.00 |
| Roman, Wanda | 48.50 | $180.00 | $8,730.00 |
| Morera, Arianna | 9.70 | $135.00 | $1,309.50 |
| *TOTAL* | *205.80* | | *$59,926.50* |

## MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone | $16.66 |
| Pacer - Online Services | $94.24 |
| Copies | $95.00 |
| *TOTAL* | *$205.90* |

**CURRENT BALANCE DUE THIS MATTER**                                    $60,132.40

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15546

RE: 10 - Travel

11/20/06   SLB    2.50    1,562.50    Travel Time (5.0).

PROFESSIONAL SERVICES                                                            $1,562.50

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 2.50 | $625.00 | $1,562.50 |
| TOTAL | 2.50 | | $1,562.50 |

CURRENT BALANCE DUE THIS MATTER                                                  $1,562.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15548**

**RE: 12 - Claims Analysis, Objection, Resolution & Estimation (non-asbestos)**

11/14/06   JMS   0.50   200.00   Review motion to expunge or reduce post-petition claims (.5).

**PROFESSIONAL SERVICES**                                                      $200.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.50 | $400.00 | $200.00 |
| **TOTAL** | **0.50** | | **$200.00** |

**CURRENT BALANCE DUE THIS MATTER**                                           $200.00

Atty – SLB
Client No.: 74817/15554

RE: 18 - Plan & Disclosure Statement

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 11/01/06 | SLB | 4.50 | 2,812.50 | [Exclusivity Appeal] Continued work on document (4.5). |
| 11/01/06 | AM | 1.00 | 135.00 | Review documents designated as records on appeal (1.0). |
| 11/01/06 | MIK | 0.10 | 32.00 | Telephone conference with T. Taconnelli regarding appeal brief. |
| 11/01/06 | WR | 3.00 | 540.00 | Review documents for designation of records (3.0). |
| 11/02/06 | LMF | 0.60 | 108.00 | Meet with J. Sakalo and W. Roman regarding finalizing designations of records on appeal (.6). |
| 11/07/06 | MIK | 3.70 | 1,184.00 | Edit exclusivity appeal paper. |
| 11/08/06 | MIK | 5.00 | 1,600.00 | Revise appeal. |
| 11/09/06 | SLB | 0.50 | 312.50 | [Exclusivity Appeal] Email from and to T. Taconnelli, to and from D. Felder, from and to M. Hurford regarding briefing schedule (.5). |
| 11/09/06 | MIK | 1.70 | 544.00 | Edit appeal. |
| 11/10/06 | MIK | 2.40 | 768.00 | Edit appeal paper. |
| 11/13/06 | SLB | 0.40 | 250.00 | [Exclusivity Appeal] Email from T. Taconnelli and to D. Felder regarding transmittal of records (.2); telephone call from R. Frankel regarding brief, etc. (.2). |
| 11/13/06 | SLB | 0.30 | 187.50 | Voice mail from R. Frankel and memo to committee members regarding same (.3). |
| 11/13/06 | MIK | 0.10 | 32.00 | Review appellate brief. |
| 11/14/06 | SLB | 1.00 | 625.00 | [Exclusivity Appeal] Voicemail from R. Frankel regarding fact section of brief (.1); revise and prepare comments to initial draft of brief (.9). |
| 11/14/06 | MIK | 2.50 | 800.00 | Edit appeal paper. |
| 11/15/06 | LMF | 1.30 | 234.00 | Compile all designations of witnesses and prepare copies for meeting (1.3). |
| 11/15/06 | MIK | 2.00 | 640.00 | Edit appellate brief. |
| 11/17/06 | MIK | 6.50 | 2,080.00 | Edit appeal brief. |
| 11/19/06 | MIK | 0.40 | 128.00 | Edit appeal brief. |
| 11/20/06 | JIS | 2.80 | 630.00 | Review/Research in pleadings, designation of record, and other documents in support of exclusivity appeal. |
| 11/20/06 | MIK | 0.90 | 288.00 | Office conference with J. Snyder regarding appeal brief (.2); review draft appeal brief (.7). |
| 11/20/06 | WR | 0.50 | 90.00 | Analyze documents designated for Record on Appeal by Prudential Insurance Company (.5). |
| 11/21/06 | SLB | 7.90 | 4,937.50 | [Exclusivity Appeal] Emails from J. Liesner and R. Frankel regarding brief (.4); telephone call from J. Guy regarding brief comments (.3); review brief (7.2). |
| 11/21/06 | JIS | 0.10 | 22.50 | Conference with M. Kramer regarding status of brief. |
| 11/21/06 | MIK | 1.60 | 512.00 | Edit appeal paper (.3); office conferences with J. Moon regarding pending motions (.6); office conference with S. Baena regarding appeal (.7). |
| 11/21/06 | WR | 3.00 | 540.00 | Review documents designated for inclusion in Record on Appeal by the Prudential Insurance Company of America (3.0). |
| 11/22/06 | SLB | 5.80 | 3,625.00 | [Exclusivity Appeal] Complete revisions to brief and circulate to all counsel (5.8). |
| 11/22/06 | LMF | 0.90 | 162.00 | Assist attorney with notices of depositions and research of local rules (.9). |
| 11/22/06 | JIS | 1.30 | 292.50 | Read draft of exclusivity brief and briefly meet with M. Kramer regarding open issues relating to same. |
| 11/22/06 | MIK | 3.20 | 1,024.00 | Review and edit appeal brief (1.8); office conference with S. Baena regarding same (1.4). |
| 11/22/06 | KAM | 1.30 | 396.50 | Revise appellate brief (.7); participate in part of conference with S. Baena and M. Kramer to discuss revisions to brief (.6). |
| 11/23/06 | MIK | 6.60 | 2,112.00 | Edit appeal paper. |
| 11/24/06 | MIK | 6.80 | 2,176.00 | Edit appeal paper. |

| 11/27/06 | JIS | 0.50 | 112.50 | Attention to email regarding exclusivity appeal brief from M. Kramer, research and analysis relating to same and reply to email. |
| 11/27/06 | MIK | 4.00 | 1,280.00 | Edit appeal paper. |
| 11/28/06 | JIS | 0.10 | 22.50 | Brief conference with M. Kramer regarding research in support of exclusivity brief. |
| 11/28/06 | MIK | 8.00 | 2,560.00 | Edit appeal brief. |
| 11/28/06 | KAM | 0.70 | 213.50 | Conduct research for exclusivity appeal. |
| 11/29/06 | JIS | 0.80 | 180.00 | Attention to email from M. Kramer regarding research related to exclusivity appeal; research and response to same. |
| 11/29/06 | MIK | 2.40 | 768.00 | Review and edit appeal brief, including multiple office conferences with S. Baena regarding same (2.4). |
| 11/30/06 | JIS | 0.40 | 90.00 | Attention to exclusivity issues. |
| 11/30/06 | MIK | 1.20 | 384.00 | Review exclusivity transcript. |

**PROFESSIONAL SERVICES**                                               **$35,431.00**

### COSTS ADVANCED

| 11/22/06 | Long Distance Telephone 1(302)575-1555; 6 Mins. | 7.14 |
| 11/20/06 | Copies 9 pgs @ 0.10/pg | 0.90 |

**TOTAL COSTS ADVANCED**                                                **$8.04**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 20.40 | $625.00 | $12,750.00 |
| Snyder, Jeffrey I | 6.00 | $225.00 | $1,350.00 |
| Kramer, Matthew I | 59.10 | $320.00 | $18,912.00 |
| Marlin, Kathy-Ann | 2.00 | $305.00 | $610.00 |
| Flores, Luisa M | 2.80 | $180.00 | $504.00 |
| Roman, Wanda | 6.50 | $180.00 | $1,170.00 |
| Morera, Arianna | 1.00 | $135.00 | $135.00 |
| *TOTAL* | *97.80* | | *$35,431.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| Long Distance Telephone | $7.14 |
|---|---|
| Copies | $0.90 |
| *TOTAL* | *$8.04* |

**CURRENT BALANCE DUE THIS MATTER**                                     **$35,439.04**

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15563**

RE: 27 - Litigation Consulting

| | | | | |
|---|---|---|---|---|
| 11/01/06 | JMS | 1.80 | 720.00 | Review notice of transmittal of record and e-mail to T. Taconnelli thereon (.4); telephone conference from R. Zabb regarding Sealed Air securities action (.4); brief conference with S. Baena thereon (.2); e-mail exchange with H. Wasserstein thereon (.4); e-mail exchange with P. Lockwood and N. Finch regarding same (.4). |
| 11/02/06 | JMS | 2.40 | 960.00 | Multiple e-mails and telephone conferences with T. Taconnelli regarding transmittal of record (1.2); e-mails and telephone conferences with D. Felder regarding same (.5); attend to finalizing record and letter to D. Felder regarding same (.4); e-mail from B. Wolff regarding Sealed Air discovery (.3). |
| 11/03/06 | JMS | 0.20 | 80.00 | Letter to T. Taconnelli regarding Grace appellate record (.2). |
| 11/09/06 | JMS | 0.50 | 200.00 | E-mails regarding briefing schedule for exclusivity appeal (.5). |
| 11/13/06 | JMS | 0.80 | 320.00 | Telephone conference with R. Wyron regarding exclusivity appeal (.2); e-mail exchange with T. Taconnelli regarding docketing of appeal (.2); e-mail exchange with D. Felder and M. Hurford regarding same (.4). |
| 11/14/06 | JMS | 1.00 | 400.00 | Begin of draft appellant's brief on exclusivity appeal (1.0). |
| 11/15/06 | JMS | 0.30 | 120.00 | E-mail exchange with M. Kramer regarding record cites for appeal brief (.3). |
| 11/21/06 | JMS | 0.90 | 360.00 | E-mail exchange with counsel to FCR, PI Committee regarding appeal issues (.5); telephone conference with S. Baena regarding same (.4). |
| 11/22/06 | JMS | 1.30 | 520.00 | Review draft of exclusivity brief and e-mail to S. Baena regarding same (1.3). |
| 11/22/06 | RWT | 2.00 | 1,050.00 | Review with S. Baena litigation issues (.4); review materials forwarded by S. Baena (1.6). |
| 11/24/06 | RWT | 2.50 | 1,312.50 | Review materials forwarded by S. Baena. |
| 11/27/06 | JMS | 2.00 | 800.00 | Review revised draft of exclusivity brief (1.5); e-mail exchange with A. Runyan regarding R. Morse expert reports (.5). |
| 11/27/06 | RWT | 2.40 | 1,260.00 | Continue review of litigation materials. |
| 11/28/06 | JMS | 0.80 | 320.00 | Review revised draft of appellate brief (.5); e-mail to S. Baena, M. Kramer regarding same (.3). |
| 11/28/06 | RWT | 1.10 | 577.50 | Continue review of expert reports. |
| 11/29/06 | JMS | 2.10 | 840.00 | Review newest draft of appeal brief and S. Baena comments thereon (1.2); review E. Inselbuch comments (.3); review J. Liesemer comments regarding same (.6). |
| 11/29/06 | RWT | 2.50 | 1,312.50 | Continue review of transcripts, particularly 7-06 transcript and review with J. Sakalo regarding same. |
| 11/30/06 | RWT | 2.00 | 1,050.00 | Continue review of transcripts (.8); begin review of 11/05 transcript and research regarding same (1.2). |

PROFESSIONAL SERVICES                                                                                          $12,202.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Turken, Robert W | 12.50 | $525.00 | $6,562.50 |
| Sakalo, Jay M | 14.10 | $400.00 | $5,640.00 |
| *TOTAL* | *26.60* | | *$12,202.50* |

CURRENT BALANCE DUE THIS MATTER                                                                          $12,202.50

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/17781**

RE: 30 - Fee Application of Others

| | | | | |
|---|---|---|---|---|
| 11/03/06 | JMS | 1.60 | 640.00 | Review special counsel time records and e-mail to M. Dies thereon (1.2); conference with J. Snyder regarding fee application for special counsel (.4). |
| 11/03/06 | JIS | 0.90 | 202.50 | Meeting with J. Sakalo regarding preparation of fee application for special counsel and review of email correspondence and time entries relating to same (.6); conference with L. Flores regarding preparation of fee application (.3). |
| 11/06/06 | LMF | 0.40 | 72.00 | Meet with J. Snyder regarding statement from Dies and Hile LLP (.4). |
| 11/07/06 | LMF | 1.30 | 234.00 | Prepare monthly notice and statement for Dies and Hile LLP statement (.9); review statement from LECG for month of October (.4). |
| 11/07/06 | JIS | 2.20 | 495.00 | Attention to monthly fee application of Dies & Hile LLP and review status with L. Flores (.5); review documentation and draft quarterly fee application of Dies and Hile (1.7). |
| 11/08/06 | LMF | 2.10 | 378.00 | Complete application for M. Dies and exhibits to application (2.1). |
| 11/08/06 | JIS | 1.90 | 427.50 | Review transcript of omnibus hearing relating to retention of M. Dies as special counsel and revise quarterly fee application (.9); follow up and discussion with L. Flores regarding same (.4); review drafts of monthly fee application from L. Flores and revise same (.5); prepare and send email to J. Sakalo regarding same (.1). |
| 11/09/06 | LMF | 0.60 | 108.00 | Obtain filing, objection and hearing dates and deadlines for J. Snyder regarding fee applications (.6). |
| 11/09/06 | JIS | 0.10 | 22.50 | Follow up with L. Flores regarding Dies and Hile fee application. |
| 11/10/06 | LMF | 2.70 | 486.00 | Attend to supplemental quarterly applications for Hilsoft and Hamilton Rabinovitz for prior periods (2.7). |
| 11/14/06 | JIS | 0.20 | 45.00 | Conference with J. Sakalo regarding Dies & Hile fee application (.1); discuss same with L. Flores (.1). |
| 11/15/06 | LMF | 0.40 | 72.00 | Attend to bills from professionals for month of October (.4). |
| 11/16/06 | LMF | 3.40 | 612.00 | Attend to quarterly applications for Hamilton and Rabinovitz (3.4). |
| 11/29/06 | JMS | 1.70 | 680.00 | E-mail from G. Boyer regarding amounts paid in respect of Libby indictment defense (.3); e-mail to S. Baena regarding same (.2); review Court's order in respect of advancement of funds on behalf of directors and officers and hearing transcript (.8); e-mail exchange with J. Snyder regarding reconciliation of amounts paid with fee applications filed in case (.4). |
| 11/30/06 | JMS | 0.50 | 200.00 | E-mail exchange with G. Boyer regarding follow up questions on criminal fees (.3); e-mail from E. Inselbuch regarding same (.2). |

PROFESSIONAL SERVICES                                                              $4,674.50

COSTS ADVANCED

| | | |
|---|---|---|
| 11/08/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/08/06 | Copies 9 pgs @ 0.10/pg | 0.90 |

TOTAL COSTS ADVANCED                                                              $1.00



BILZIN SUMBERG BAENA PRICE & AXELROD LLP

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 3.80 | $400.00 | $1,520.00 |
| Snyder, Jeffrey I | 5.30 | $225.00 | $1,192.50 |
| Flores, Luisa M | 10.90 | $180.00 | $1,962.00 |
| *TOTAL* | *20.00* | | *$4,674.50* |

## MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Copies | $1.00 |
| *TOTAL* | *$1.00* |

CURRENT BALANCE DUE THIS MATTER                                    $4,675.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

RE: 31 - Retention of Others

11/14/06   JMS    0.40     160.00    Review Debtors' application to retain Canadian counsel (.4).

**PROFESSIONAL SERVICES**                                                                              $160.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.40 | $400.00 | $160.00 |
| **TOTAL** | **0.40** | | **$160.00** |

**CURRENT BALANCE DUE THIS MATTER**                                                         $160.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|
| Fernandez, Raquel M | 3.40 | $1,241.00 |
| Baena, Scott L | 38.50 | $24,062.50 |
| Flores, Luisa M | 24.20 | $4,356.00 |
| Sakalo, Jay M | 58.30 | $23,320.00 |
| Turken, Robert W | 16.50 | $8,662.50 |
| Moon, James C | 46.90 | $12,897.50 |
| Snyder, Jeffrey I | 25.60 | $5,760.00 |
| Morera, Arianna | 28.90 | $3,901.50 |
| Kramer, Matthew I | 93.70 | $29,984.00 |
| Roman, Wanda | 67.50 | $12,150.00 |
| Testa, Nicole | 1.80 | $549.00 |
| Valdes, Janette | 0.60 | $81.00 |
| Marlin, Kathy-Ann | 26.80 | $8,174.00 |
| ***TOTAL PROFESSIONAL FEES THIS PERIOD*** | | ***$135,139.00*** |

### CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $733.40 |
| CD/DVD Duplication | $140.00 |
| Fares, Mileage, Parking | $115.00 |
| Federal Express | $79.45 |
| Long Distance Telephone | $199.68 |
| Long Distance Telephone-Outside Services | $766.55 |
| Meals | $172.88 |
| Miscellaneous Costs | $28,564.40 |
| Pacer - Online Services | $1,363.84 |
| Postage | $6.96 |
| Westlaw-Online Legal Research | $38.27 |
| Copies | $760.20 |
| ***TOTAL COSTS ADVANCED THIS PERIOD*** | ***$32,940.63*** |

***TOTAL BALANCE DUE THIS PERIOD***          ***$168,079.63***

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

CLIENT SUMMARY

**BALANCE AS OF- 11/30/06**

| WR Grace-Official Committee of Prope | TIME | COSTS ADVANCED | CREDIT/TRUST APPLIED | TOTAL |
|---|---|---|---|---|
| 01- Case Administration/15537 | $3,716.50 | $32,702.83 | $0.00 | $36,419.33 |
| 02 - Debtors' Business Operations/15538 | $1,200.00 | $0.00 | $0.00 | $1,200.00 |
| 03 - Creditors Committee/15539 | $5,897.50 | $0.00 | $0.00 | $5,897.50 |
| 07 - Applicant's Fee Application/15543 | $6,951.00 | $22.86 | $0.00 | $6,973.86 |
| 08 - Hearings/15544 | $3,217.00 | $0.00 | $0.00 | $3,217.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)/15545 | $59,926.50 | $205.90 | $0.00 | $60,132.40 |
| 10 - Travel/15546 | $1,562.50 | $0.00 | $0.00 | $1,562.50 |
| 12 - Claims Analysis, Objection, Resolution & Estimation (non-asbestos)/15548 | $200.00 | $0.00 | $0.00 | $200.00 |
| 18 - Plan & Disclosure Statement/15554 | $35,431.00 | $8.04 | $0.00 | $35,439.04 |
| 27 - Litigation Consulting/15563 | $12,202.50 | $0.00 | $0.00 | $12,202.50 |
| 30 - Fee Application of Others/17781 | $4,674.50 | $1.00 | $0.00 | $4,675.50 |
| 31 - Retention of Others/17782 | $160.00 | $0.00 | $0.00 | $160.00 |
| *Client Total* | *$135,139.00* | *$32,940.63* | *$0.00* | *$168,079.63* |

DUE UPON RECEIPT
TAX ID: 65-0801626

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP