
Bilzin Sumberg
ATTORNEYS AT LAW

January 26, 2007

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   117805

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH December 31, 2006

**Atty – SLB**
**Client No.: 74817/15537**

## RE: 01- Case Administration

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 11/30/06 | SLB | 0.30 | 187.50 | Email from and to N. Finch regarding Libby defense costs (.2); email from E. Inselbuch regarding same (.1). |
| 12/05/06 | SLB | 0.90 | 562.50 | Review and finalize and transmit to T. Taconnelli request for production (.9). |
| 12/06/06 | MIK | 0.70 | 224.00 | Review PD related docket entries. |
| 12/06/06 | JEV | 0.40 | 54.00 | Analyze pleadings for M. Kramer. |
| 12/07/06 | MIK | 0.50 | 160.00 | Review PD related docket entries. |
| 12/12/06 | FMM | 0.70 | 126.00 | Update notice of taking deposition of Mr. Hughson and various telephone calls to court reporter regarding same. |
| 12/12/06 | MIK | 0.10 | 32.00 | Review PD related docket entries. |
| 12/13/06 | SLB | 0.40 | 250.00 | Telephone call from Wei Wang regarding status of the case (.4). |
| 12/14/06 | MIK | 0.70 | 224.00 | Review PD related docket entries (.4); attend to file (.3). |
| 12/15/06 | JMS | 0.90 | 360.00 | Review agenda, hearing notebook and conference with W. Roman thereon (.9). |
| 12/15/06 | JEV | 1.60 | 216.00 | Analyze case docket and provide requested pleadings to M. Kramer. |
| 12/19/06 | JMS | 0.50 | 200.00 | Telephone conference with W. Kinnelly regarding scheduling for motion to designate expert (.2); e-mail exchange with J. Baer regarding same (.3). |
| 12/20/06 | JMS | 1.10 | 440.00 | Telephone conference with W. Kinnelly regarding scheduling for motion to designate expert (.2); second telephone conference with W. Kinnelly regarding same (.2); e-mail to Committee regarding hearing date (.2); telephone conference with S. Baena regarding same (.2); e-mail exchange with T. Tacconelli regarding notice of hearing (.3). |
| 12/21/06 | MIK | 0.10 | 32.00 | Review emails. |

**PROFESSIONAL SERVICES**                                                            **$3,068.00**

### COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 11/02/06 | Long Distance Telephone-Outside Services VENDOR: Premiere Conferencing; INVOICE#: 00638713; DATE: 12/30/2006 - Account# 306300 | 9.35 |
| 11/10/06 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 812593679; DATE: 11/30/2006 - Account# 5306220025395504 | 14.04 |
| 11/15/06 | Long Distance Telephone-Outside Services VENDOR: Premiere Conferencing; INVOICE#: 00638713; DATE: 12/30/2006 - Account# 306300 | 80.97 |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
200 S. Biscayne Boulevard, Suite 2500, Miami, FL 33131-5340  Tel 305.374.7580  Fax 305.374.7593                www.bilzin.com

| Date | Description | Amount |
|---|---|---|
| 11/16/06 | Long Distance Telephone-Outside Services VENDOR: Premiere Conferencing; INVOICE#: 00638713; DATE: 12/30/2006 - Account# 306300 | 19.80 |
| 11/20/06 | Fares, Mileage, Parking VENDOR: KING LIMOUSINE AND TRANSPORTATION SERVIC; INVOICE#: 97527; DATE: 11/26/2006 - Clients | 99.00 |
| 11/20/06 | Fares, Mileage, Parking VENDOR: KING LIMOUSINE AND TRANSPORTATION SERVIC; INVOICE#: 97527; DATE: 11/26/2006 - Clients | 247.50 |
| 11/20/06 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 812593679; DATE: 11/30/2006 - Account# 5306220025395504 | 3.79 |
| 11/21/06 | Long Distance Telephone-Outside Services Court Call - VENDOR: DINERS CLUB; INVOICE#: 10/27/06-11/28/06; DATE: 11/28/2006 - Acct.#5306220025395504 | 120.00 |
| 11/21/06 | Long Distance Telephone-Outside Services Court Call - VENDOR: DINERS CLUB; INVOICE#: 10/27/06-11/28/06; DATE: 11/28/2006 - Acct.#5306220025395504 | 120.00 |
| 11/21/06 | Long Distance Telephone-Outside Services Court Call - VENDOR: DINERS CLUB; INVOICE#: 10/27/06-11/28/06; DATE: 11/28/2006 - Acct.#5306220025395504 | 120.00 |
| 11/21/06 | Long Distance Telephone-Outside Services Court Call - VENDOR: DINERS CLUB; INVOICE#: 10/27/06-11/28/06; DATE: 11/28/2006 - Acct.#5306220025395504 | 120.00 |
| 11/21/06 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 812593679; DATE: 11/30/2006 - Account# 5306220025395504 | 37.69 |
| 11/26/06 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 812593679; DATE: 11/30/2006 - Account# 5306220025395504 | 43.40 |
| 11/27/06 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 812593679; DATE: 11/30/2006 - Account# 5306220025395504 | 103.08 |
| 11/30/06 | Long Distance Telephone-Outside Services VENDOR: Premiere Conferencing; INVOICE#: 00638713; DATE: 12/30/2006 - Account# 306300 | 42.41 |
| 12/01/06 | Photocopies - Outside Service VENDOR: Copytech Inc.; INVOICE#: 531; DATE: 12/1/2006 - Clients | 191.49 |
| 12/04/06 | CD/DVD Duplication | 40.00 |
| 12/04/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 856464727; DATE: 12/7/2006 | 9.06 |

| | | |
|---|---|---|
| 12/04/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 856464727; DATE: 12/7/2006 | 8.22 |
| 12/04/06 | Airfare Travel to Pittsburgh, PA - VENDOR: Matthew Kramer; INVOICE#: MK-12/04/06; DATE: 12/4/2006 - Clients | 559.60 |
| 12/04/06 | Fares, Mileage, Parking Taxi fares - Travel to Pittsburgh, PA - VENDOR: Matthew Kramer; INVOICE#: MK-12/04/06; DATE: 12/4/2006 - Clients | 78.00 |
| 12/04/06 | Lodging Travel to Pittsburgh, PA - VENDOR: Matthew Kramer; INVOICE#: MK-12/04/06; DATE: 12/4/2006 - Clients | 273.89 |
| 12/04/06 | Meals Travel to Pittsburgh, PA - VENDOR: Matthew Kramer; INVOICE#: MK-12/04/06; DATE: 12/4/2006 - Clients | 31.91 |
| 12/04/06 | Parking Airport Parking - Travel to Pittsburgh, PA - VENDOR: Matthew Kramer; INVOICE#: MK-12/04/06; DATE: 12/4/2006 - Clients | 22.00 |
| 12/05/06 | Long Distance Telephone 1(803)943-4444; 511 Mins. | 608.09 |
| 12/05/06 | Long Distance Telephone 1(302)575-1555; 2 Mins. | 3.57 |
| 12/06/06 | Long Distance Telephone 1(803)943-4444; 26 Mins. | 30.94 |
| 12/07/06 | Long Distance Telephone 1(803)943-4444; 2 Mins. | 3.57 |
| 12/07/06 | Long Distance Telephone 1(512)476-4394; 35 Mins. | 41.65 |
| 12/07/06 | Long Distance Telephone 1(215)665-3184; 1 Mins. | 1.19 |
| 12/08/06 | Long Distance Telephone 1(202)973-9381; 1 Mins. | 2.38 |
| 12/08/06 | Long Distance Telephone 1(302)575-1555; 1 Mins. | 1.19 |
| 12/12/06 | Long Distance Telephone 1(843)987-0794; 1 Mins. | 1.19 |
| 12/12/06 | Long Distance Telephone 1(323)651-3508; 34 Mins. | 40.46 |
| 12/12/06 | Long Distance Telephone 1(516)608-2438; 1 Mins. | 1.19 |
| 12/12/06 | Long Distance Telephone 1(212)872-7434; 6 Mins. | 7.14 |
| 12/12/06 | Long Distance Telephone 1(843)987-3805; 18 Mins. | 21.42 |
| 12/13/06 | CD/DVD Duplication | 240.00 |
| 12/13/06 | CD/DVD Duplication 20 Copies of CD and 8 Copies of DVD | 560.00 |
| 12/13/06 | Long Distance Telephone 1(215)665-3184; 22 Mins. | 26.18 |
| 12/13/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 858362405; DATE: 12/18/2006 | 13.07 |
| 12/13/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 858362405; DATE: 12/18/2006 | 12.20 |
| 12/13/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 858362405; DATE: 12/18/2006 | 15.17 |
| 12/14/06 | Long Distance Telephone 1(803)943-4444; 5 Mins. | 5.95 |
| 12/14/06 | Long Distance Telephone 1(205)822-2006; 11 Mins. | 13.09 |
| 12/14/06 | Long Distance Telephone 1(216)621-8484; 2 Mins. | 2.38 |
| 12/15/06 | Long Distance Telephone 1(512)476-4394; 1 Mins. | 2.38 |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 12/15/06 | Long Distance Telephone 1(202)879-5167; 1 Mins. | 1.19 |
| 12/18/06 | Long Distance Telephone 1(302)575-1555; 5 Mins. | 5.95 |
| 12/18/06 | Long Distance Telephone 1(412)288-4104; 1 Mins. | 1.19 |
| 12/18/06 | Long Distance Telephone 1(302)575-1555; 2 Mins. | 2.38 |
| 12/18/06 | Long Distance Telephone 1(202)347-3700; 1 Mins. | 1.19 |
| 12/18/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 859200218; DATE: 12/21/2006 | 7.76 |
| 12/18/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 859200218; DATE: 12/21/2006 | 9.08 |
| 12/18/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 859200218; DATE: 12/21/2006 | 9.08 |
| 12/18/06 | Airfare Travel to Pittsburgh - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-12/18/06; DATE: 12/18/2006 - Client - 15537 | 1,133.60 |
| 12/18/06 | Fares, Mileage, Parking Taxi fares - Travel to Pittsburgh - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-12/18/06; DATE: 12/18/2006 - Client - 15537 | 134.14 |
| 12/18/06 | Meals Travel to Pittsburgh - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-12/18/06; DATE: 12/18/2006 - Client - 15537 | 62.86 |
| 12/18/06 | Staff Overtime | 9.52 |
| 12/19/06 | CD/DVD Duplication | 660.00 |
| 12/19/06 | CD/DVD Duplication | 400.00 |
| 12/19/06 | Long Distance Telephone 1(302)575-1555; 3 Mins. | 4.76 |
| 12/19/06 | Long Distance Telephone 1(302)575-1555; 1 Mins. | 2.38 |
| 12/19/06 | Long Distance Telephone 1(412)644-3541; 2 Mins. | 2.38 |
| 12/19/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 859457058; DATE: 12/22/2006 | 20.07 |
| 12/19/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 859457058; DATE: 12/22/2006 | 17.71 |
| 12/19/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 859457058; DATE: 12/22/2006 | 10.65 |
| 12/20/06 | Long Distance Telephone 1(843)727-6672; 35 Mins. | 41.65 |
| 12/20/06 | Long Distance Telephone 1(412)644-3541; 8 Mins. | 9.52 |
| 12/20/06 | Long Distance Telephone 1(843)216-9140; 8 Mins. | 10.71 |
| 12/20/06 | Long Distance Telephone 1(843)727-6513; 6 Mins. | 7.14 |
| 12/20/06 | Long Distance Telephone 1(352)266-6474; 1 Mins. | 0.60 |
| 12/20/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 859789254; DATE: 12/25/2006 | 7.76 |

| Date | Description | Amount |
|---|---|---:|
| 12/20/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 859789254; DATE: 12/25/2006 | 9.08 |
| 12/20/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 859789254; DATE: 12/25/2006 | 9.08 |
| 12/21/06 | Long Distance Telephone 1(803)943-4444; 2 Mins. | 2.38 |
| 12/21/06 | Long Distance Telephone 1(509)455-3978; 2 Mins. | 2.38 |
| 12/21/06 | Long Distance Telephone 1(843)727-6672; 3 Mins. | 4.76 |
| 12/21/06 | Postage | 4.68 |
| 12/22/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 860164656; DATE: 12/26/2006 | 10.65 |
| 12/31/06 | Miscellaneous Costs   Professional/Expert fees related PD Estimation for December 2006   $21,450.00 | 21,450.00 |
| 12/31/06 | Miscellaneous Costs   Professional/Expert fees related PD Estimation for December 2006 - $2,724.29 | 2,724.29 |
| 12/04/06 | Copies 254 pgs @ 0.10/pg | 25.40 |
| 12/04/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/04/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/05/06 | Copies 76 pgs @ 0.10/pg | 7.60 |
| 12/07/06 | Copies 1,237 pgs @ 0.10/pg | 123.70 |
| 12/01/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 12/01/06 | Copies 48 pgs @ 0.10/pg | 4.80 |
| 12/01/06 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 12/11/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/11/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/13/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/13/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 12/13/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/15/06 | Copies 690 pgs @ 0.10/pg | 69.00 |
| 12/15/06 | Copies 217 pgs @ 0.10/pg | 21.70 |
| 12/15/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/18/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 12/18/06 | Copies 244 pgs @ 0.10/pg | 24.40 |
| 12/18/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/18/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 12/18/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 12/19/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/19/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/19/06 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 12/20/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/20/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 12/21/06 | Copies 1 pgs @ 0.10/pg | 0.10 |

| Date | Description | Amount |
|---|---|---|
| 12/21/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/21/06 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 12/21/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 12/21/06 | Copies 30 pgs @ 0.10/pg | 3.00 |
| 12/21/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/21/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/21/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/21/06 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 12/21/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/21/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/21/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/21/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/22/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/22/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/20/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/20/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/20/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/20/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/20/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/20/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/20/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/20/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/19/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 01/03/06 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 01/03/06 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 01/03/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 01/03/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 01/03/06 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 01/03/06 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 12/18/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/18/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/18/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/18/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/18/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/18/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/18/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/18/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/18/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/18/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/18/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/18/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/18/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/15/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/15/06 | Copies 1 pgs @ 0.10/pg | 0.10 |

| Date | Description | Amount |
|---|---|---|
| 12/15/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/15/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/15/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/15/06 | Copies 61 pgs @ 0.10/pg | 6.10 |
| 12/15/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/15/06 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 12/15/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/15/06 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 12/15/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/15/06 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 12/15/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/15/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/15/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/15/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/15/06 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 12/15/06 | Copies 23 pgs @ 0.10/pg | 2.30 |
| 12/15/06 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 12/15/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 12/15/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/15/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 12/15/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/15/06 | Copies 217 pgs @ 0.10/pg | 21.70 |
| 12/15/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/15/06 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 12/15/06 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 12/15/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/15/06 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 12/15/06 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 12/15/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/15/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/15/06 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 12/15/06 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 12/15/06 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 12/15/06 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 12/15/06 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 12/15/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/15/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/15/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/15/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/15/06 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 12/15/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/15/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/15/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/15/06 | Copies 2 pgs @ 0.10/pg | 0.20 |

| Date | Description | Amount |
|---|---|---|
| 12/15/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/15/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/15/06 | Copies 217 pgs @ 0.10/pg | 21.70 |
| 12/15/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/15/06 | Copies 38 pgs @ 0.10/pg | 3.80 |
| 12/15/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 12/15/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 12/15/06 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 12/15/06 | Copies 36 pgs @ 0.10/pg | 3.60 |
| 12/15/06 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 12/17/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/17/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/17/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/17/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/17/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/17/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/17/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 12/17/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/17/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 12/17/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/17/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/17/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/17/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/17/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/17/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/17/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 12/17/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/17/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/17/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/17/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/17/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 12/17/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/17/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/17/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 12/17/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/17/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/17/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 12/17/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/13/06 | Copies 28 pgs @ 0.10/pg | 2.80 |
| 12/13/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 12/13/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/13/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/13/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/13/06 | Copies 6 pgs @ 0.10/pg | 0.60 |

Case 01-01139-AMC    Doc 14651-8    Filed 02/22/07    Page 9 of 15

Page 9

| Date | Description | Amount |
|---|---|---|
| 12/13/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/13/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/13/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/13/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/13/06 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 12/13/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/14/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/14/06 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 12/14/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/14/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 12/14/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 12/14/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/14/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/14/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 12/14/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 12/14/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 12/14/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/14/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 12/14/06 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 12/14/06 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 12/14/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/14/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/14/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/14/06 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 12/14/06 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 12/14/06 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 12/14/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 12/14/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 12/14/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/14/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/14/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/14/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/14/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/14/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 12/14/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/14/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/14/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 12/14/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 12/14/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/14/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 12/14/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 12/14/06 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 12/14/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 12/14/06 | Copies 15 pgs @ 0.10/pg | 1.50 |

| Date | Description | Amount |
|---|---|---|
| 12/14/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/14/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 12/14/06 | Copies 33 pgs @ 0.10/pg | 3.30 |
| 12/14/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/14/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/14/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/14/06 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 12/14/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/14/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/14/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 12/14/06 | Copies 117 pgs @ 0.10/pg | 11.70 |
| 12/14/06 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 12/14/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/14/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 12/14/06 | Copies 54 pgs @ 0.10/pg | 5.40 |
| 12/14/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/14/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/14/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/14/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/14/06 | Copies 54 pgs @ 0.10/pg | 5.40 |
| 12/14/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/14/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/14/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/14/06 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 12/14/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/14/06 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 12/14/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/14/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/11/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/12/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 12/12/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/12/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/12/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/12/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/12/06 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 12/12/06 | Copies 28 pgs @ 0.10/pg | 2.80 |
| 12/12/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/12/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/01/06 | Copies 76 pgs @ 0.10/pg | 7.60 |
| 12/01/06 | Copies 91 pgs @ 0.10/pg | 9.10 |
| 12/01/06 | Copies 91 pgs @ 0.10/pg | 9.10 |
| 12/01/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/01/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |

Page 11

| Date | Description | Amount |
|---|---|---|
| 12/01/06 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 12/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/01/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/01/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/02/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/08/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/08/06 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 12/08/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/08/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/08/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/08/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/08/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/08/06 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 12/08/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 12/08/06 | Copies 27 pgs @ 0.10/pg | 2.70 |
| 12/08/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/08/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/08/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/08/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/10/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/04/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/04/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/04/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/04/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/04/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/04/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/04/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 12/04/06 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 12/04/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/04/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/04/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/04/06 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 12/04/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 12/04/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 12/04/06 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 12/04/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 12/04/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/04/06 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 12/04/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/04/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/04/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/04/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/04/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/04/06 | Copies 1 pgs @ 0.10/pg | 0.10 |

| | | |
|---|---|---|
| 12/04/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/04/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/04/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 12/04/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/04/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/04/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/04/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/04/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/04/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/04/06 | Copies 1 pgs @ 0.10/pg | 0.10 |

**TOTAL COSTS ADVANCED**   $31,374.97

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 1.60 | $625.00 | $1,000.00 |
| Sakalo, Jay M | 2.50 | $400.00 | $1,000.00 |
| Kramer, Matthew I | 2.10 | $320.00 | $672.00 |
| Matas, Fanny M | 0.70 | $180.00 | $126.00 |
| Valdes, Janette | 2.00 | $135.00 | $270.00 |
| **TOTAL** | **8.90** | | **$3,068.00** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $1,693.20 |
| CD/DVD Duplication | $1,900.00 |
| Photocopies - Outside Service | $191.49 |
| Fares, Mileage, Parking | $558.64 |
| Federal Express | $168.64 |
| Long Distance Telephone | $914.52 |
| Long Distance Telephone-Outside Services | $632.53 |
| Lodging | $273.89 |
| Meals | $94.77 |
| Miscellaneous Costs | $24,174.29 |
| Staff Overtime | $9.52 |
| Parking | $22.00 |
| Postage | $4.68 |
| Westlaw-Online Legal Research | $202.00 |
| Copies | $534.80 |
| **TOTAL** | **$31,374.97** |

**CURRENT BALANCE DUE THIS MATTER**   $34,442.97


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15539

**RE: 03 - Creditors Committee**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 11/29/06 | SLB | 0.30 | 187.50 | Emails from and to D. Speights, M. Dies and committee regarding agenda for 11/30 committee meeting (.3). |
| 11/30/06 | ASD | 3.00 | 1,125.00 | Prepare for and attend Committee meeting (1.5); discuss with SLB and team Committee issues (1.5). |
| 11/30/06 | SLB | 2.80 | 1,750.00 | Email from M. Dies regarding order (.1); email to J. Sakalo et al regarding agenda for 11/30 committee meeting (.2); prepare for committee meeting (1.0); committee meeting (1.5). |
| 12/06/06 | MIK | 2.50 | 800.00 | Attend to committee minutes. |
| 12/07/06 | JMS | 0.20 | 80.00 | E-mail to Committee regarding meeting (.2). |
| 12/07/06 | MIK | 0.10 | 32.00 | Draft committee minutes. |
| 12/08/06 | MIK | 1.50 | 480.00 | Draft committee minutes. |
| 12/11/06 | MIK | 0.40 | 128.00 | Edit minutes. |
| 12/12/06 | MIK | 1.90 | 608.00 | Edit committee minutes (.4) prepare email to committee regarding estimation (1.5). |
| 12/14/06 | SLB | 1.20 | 750.00 | Prepare agenda for and hold committee meeting (1.2). |
| 12/14/06 | JMS | 0.90 | 360.00 | Conference with S. Baena regarding committee call agenda (.2); attend Committee call (.7). |
| 12/14/06 | MIK | 0.20 | 64.00 | Partial attendance on committee call. |
| 12/15/06 | SLB | 1.50 | 937.50 | Email from and telephone call to M. Dies regarding special meeting of committee (.3); special committee meeting (1.2). |
| 12/15/06 | JMS | 1.40 | 560.00 | Prepare for and attend Committee call (1.4). |
| 12/15/06 | RWT | 1.30 | 682.50 | Participate in telephone conference with Committee to discuss ZAI Opinion and how to proceed and review same with S. Baena and J. Sakalo. |
| 12/15/06 | MIK | 1.30 | 416.00 | Attend committee call (1.1); office conference with S. Baena regarding same (.2). |
| 12/21/06 | JMS | 0.80 | 320.00 | Telephone conference with D. Speights regarding committee meeting (.2); telephone conference with D. Scott regarding same (.2); e-mail to Committee thereon (.1); review notice of hearing regarding motion for leave to designate Hilsee as expert, comment on same and e-mail to S. Weiler (.3). |
| 12/28/06 | JMS | 0.20 | 80.00 | Telephone conference with D. Speights regarding committee call (.2). |

**PROFESSIONAL SERVICES**                                      $9,360.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 5.80 | $625.00 | $3,625.00 |
| Turken, Robert W | 1.30 | $525.00 | $682.50 |
| Sakalo, Jay M | 3.50 | $400.00 | $1,400.00 |
| Kramer, Matthew I | 7.90 | $320.00 | $2,528.00 |
| Danzeisen, Allyn S | 3.00 | $375.00 | $1,125.00 |
| **TOTAL** | **21.50** | | **$9,360.50** |

**CURRENT BALANCE DUE THIS MATTER**                            $9,360.50


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15543

**RE: 07 - Applicant's Fee Application**

| Date | TK | Hours | Amount | Description |
|---|---|---|---|---|
| 12/01/06 | JIS | 0.10 | 22.50 | Conference with L. Flores regarding status of fee application. |
| 12/03/06 | LMF | 0.80 | 144.00 | Prepare monthly notice and statement for Bilzin's October fees and submit to local counsel for filing (.8). |
| 12/03/06 | LMF | 0.80 | 144.00 | Finalize Bilzin's quarterly application and submit to local counsel for filing (.8). |
| 12/03/06 | JIS | 0.10 | 22.50 | Review email from L. Flores regarding filing of quarterly and monthly fee applications and status of November prebill. |
| 12/05/06 | LMF | 0.60 | 108.00 | Telephone conference with L. Coggins regarding discrepancy on 22nd Quarterly application for Bilzin (.6). |
| 12/05/06 | AM | 1.00 | 135.00 | Review 22nd quarterly interim report, calculate summary of hours, and correct errors. |
| 12/07/06 | JIS | 0.30 | 67.50 | Initial review of November time entries. |
| 12/13/06 | JIS | 1.30 | 292.50 | Review and revise November time entries/prebill. |
| 12/21/06 | LMF | 1.80 | 324.00 | Attend to edits and review of prebills (1.8). |
| 12/22/06 | JMS | 0.30 | 120.00 | E-mail exchange with W. Sparks regarding payment of fees (.3). |

**PROFESSIONAL SERVICES** $1,380.00

**COSTS ADVANCED**

| Date | Description | Amount |
|---|---|---|
| 12/05/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/05/06 | Copies 41 pgs @ 0.10/pg | 4.10 |
| 12/05/06 | Copies 40 pgs @ 0.10/pg | 4.00 |
| 12/05/06 | Copies 46 pgs @ 0.10/pg | 4.60 |
| 12/05/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/05/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/05/06 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 12/05/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/05/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/05/06 | Copies 4 pgs @ 0.10/pg | 0.40 |

**TOTAL COSTS ADVANCED** $14.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.30 | $400.00 | $120.00 |
| Snyder, Jeffrey I | 1.80 | $225.00 | $405.00 |
| Flores, Luisa M | 4.00 | $180.00 | $720.00 |
| Morera, Arianna | 1.00 | $135.00 | $135.00 |
| TOTAL | 7.10 | | $1,380.00 |

**MATTER SUMMARY OF COSTS ADVANCED**

| | |
|---|---|
| Copies | $14.50 |
| TOTAL | $14.50 |


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**CURRENT BALANCE DUE THIS MATTER** $1,394.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP