Atty – SLB
Client No.: 74817/15544

## RE: 08 - Hearings

| Date | TK | Hours | Amount | Description |
|---|---|---|---|---|
| 12/01/06 | JMS | 0.40 | 160.00 | Begin review of 11/20 hearing transcript (.4). |
| 12/04/06 | WR | 1.50 | 270.00 | Prepare hearing notebook (1.5). |
| 12/05/06 | JMS | 5.50 | 2,200.00 | Attend PI hearing by telephone (5.5). |
| 12/05/06 | MIK | 8.50 | 2,720.00 | Attend hearing. |
| 12/06/06 | MIK | 0.20 | 64.00 | Office conference with J. Sakalo regarding hearing. |
| 12/12/06 | MIK | 1.80 | 576.00 | Attend hearing telephonically regarding National Union Fire Insurance adversary proceeding (1.3); email to S. Baena regarding same (.5). |
| 12/13/06 | WR | 5.00 | 900.00 | Prepare hearing notebooks (4.5); schedule telephonic appearances (.5). |
| 12/15/06 | MIK | 0.10 | 32.00 | Office conference with J. Sakalo regarding hearing. |
| 12/17/06 | MIK | 3.30 | 1,056.00 | Prepare for hearing. |
| 12/18/06 | SLB | 7.50 | 4,687.50 | Prepare for (5.2) and attend omnibus hearing (2.3). |
| 12/18/06 | JMS | 2.30 | 920.00 | Attend omnibus hearing (2.3). |
| 12/18/06 | MIK | 4.80 | 1,536.00 | Prepare for hearing (2.5); attend hearing (2.3). |

**PROFESSIONAL SERVICES** $15,121.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 7.50 | $625.00 | $4,687.50 |
| Sakalo, Jay M | 8.20 | $400.00 | $3,280.00 |
| Kramer, Matthew I | 18.70 | $320.00 | $5,984.00 |
| Roman, Wanda | 6.50 | $180.00 | $1,170.00 |
| **TOTAL** | **40.90** | | **$15,121.50** |

**CURRENT BALANCE DUE THIS MATTER** $15,121.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15545

RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 11/30/06 | SLB | 1.50 | 937.50 | Conference with J. Sakalo et al regarding strategies, etc. per committee meeting (1.5). |
| 12/01/06 | SLB | 1.10 | 687.50 | Telephone conference with M. Dies regarding Methodology Issue discovery issues (1.1). |
| 12/01/06 | JMS | 2.20 | 880.00 | Review supplemental designations of witnesses filed by Dies & Hile and Speights & Runyan law firms (.8); telephone conference with S. Baena, M. Dies regarding methodology issues, common issues and strategy (.9); e-mail exchanges with M. Dies regarding deposition scheduling for experts on methodology issue (.5). |
| 12/01/06 | RWT | 3.10 | 1,627.50 | Review transcripts and briefs regarding Daubert and standards for confirmation issues (1.8); research regarding same (1.3). |
| 12/01/06 | JCM | 4.00 | 1,100.00 | Research related to claims objections. |
| 12/01/06 | JCM | 0.50 | 137.50 | Research related to claims objections. |
| 12/01/06 | JCM | 2.50 | 687.50 | Research related to claims objections. |
| 12/01/06 | WR | 4.50 | 810.00 | Analyze omnibus objections and responses (2.5); analyze documents regarding PD bar dates (1.0); analyze designation of expert witnesses and expert reports (1.0). |
| 12/04/06 | SLB | 1.70 | 1,062.50 | Revise request for production and transmittal to M. Dies (1.2); telephone call from M. Dies regarding discovery issues (.5). |
| 12/04/06 | JMS | 2.20 | 880.00 | E-mail to M. Dies regarding expert depositions (.3); work on dust sampling/methodology precedent (1.9). |
| 12/04/06 | RWT | 1.90 | 997.50 | Research methodology standards issue (1.9). |
| 12/04/06 | MIK | 0.70 | 224.00 | Prepare for PI hearing (.2); review PI materials (.5). |
| 12/04/06 | WR | 6.00 | 1,080.00 | Analyze CD/DVD production (3.5); analyze deposition transcripts (2.5). |
| 12/05/06 | SLB | 1.10 | 687.50 | Emails to and from Runyan and Dies regarding Hilsee (.2); email to J. Sakalo regarding same (.1); memo to T. Hilsee regarding expert testimony (.8). |
| 12/05/06 | JMS | 2.20 | 880.00 | E-mail exchange with M. Dies regarding methodology issues (.5); e-mail exchange with A. Runyan regarding same (.4); e-mails with A. Kearse regarding common issues (.4); e-mails with N. Brown regarding PD issues (.9). |
| 12/05/06 | WR | 7.50 | 1,350.00 | Analyze CD/DVD production (4.5); analyze designation of expert witnesses and reports (3.0). |
| 12/06/06 | RMF | 2.50 | 912.50 | Review material relevant to common issues forwarded by J. Sakalo. |
| 12/06/06 | SLB | 6.60 | 4,125.00 | Telephone conference with T. Hilsee regarding constructive notice issues (.5); research and preparation of motion to strike, etc. (6.1). |
| 12/06/06 | JMS | 4.50 | 1,800.00 | E-mail to C. Kang regarding witness disclosures and discovery demands (.3); work on constructive notice/Morse issues (.8); research regarding dust sampling, historical results and strategy session with R. Turken regarding results and next steps (2.5); telephone conference with A. Runyan regarding dust sample cases (.6); e-mail from D. Cameron regarding deposition scheduling and conference with S. Baena regarding same (.3). |
| 12/06/06 | RWT | 2.30 | 1,207.50 | Continue research regarding methodology standard issue (2.3). |
| 12/06/06 | JCM | 2.10 | 577.50 | Conference with J. Sakalo regarding research related to claims objections. |
| 12/06/06 | MIK | 1.20 | 384.00 | Draft email regarding PI hearing. |
| 12/07/06 | RMF | 1.00 | 365.00 | Conference call with M. Dies, regarding discovery issues. |
| 12/07/06 | RMF | 1.00 | 365.00 | Review materials relevant to common issues forwarded by J. Sakalo. |
| 12/07/06 | SLB | 3.70 | 2,312.50 | Finalize revisions to motion to strike and transmittal to R. Fernandez for completion (3.7). |
| 12/07/06 | SLB | 1.50 | 937.50 | Telephone conference with M. Dies regarding discovery (1.0); emails to and from Dies and Runyan regarding discovery schedule, coverage, etc. (.5). |
| 12/07/06 | JMS | 3.00 | 1,200.00 | Review State of California discovery and e-mail to Committee regarding same |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | (.8); telephone conference with A. Barnes regarding PD status (.2); telephone conference with M. Dies regarding methodology (1.0); research regarding in limine orders in criminal proceeding related to expert testimony (1.0). |
| 12/07/06 | RWT | 3.10 | 1,627.50 | Telephone conference with Martin Dies regarding departing and case issues (1.0); continue research on methodology standards (2.1). |
| 12/07/06 | JIS | 1.00 | 225.00 | Telephone conference with M. Dies regarding methodology. |
| 12/07/06 | MIK | 1.00 | 320.00 | Telephone conference with M. Dies regarding methodology. |
| 12/08/06 | RMF | 3.80 | 1,387.00 | Review S. Baena draft of motion to exclude Morse (.6); discuss same with J. Sakalo (.4); begin drafting additional section (1.0); review transcript of November 14 hearing (1.0); discuss draft of motion to exclude with B. Turken (.4); coordinate re-notices of deposition for expert depositions in connection with methodology trial (.4). |
| 12/08/06 | JMS | 4.00 | 1,600.00 | Multiple e-mail exchanges and telephone conferences with M. Dies regarding depositions of Grace's experts (1.2); conferences with F. Matas, R. Fernandez regarding same (.4); conferences with R. Fernandez regarding motion to strike regarding Morse (.7); conference with R. Turken regarding methodology/dust research (.8); telephone conferences with and review e-mails from S. Walsh regarding data sets on remaining claims (.6); conferences with W. Roman regarding same (.3). |
| 12/08/06 | JMS | 0.40 | 160.00 | E-mails from/to D. Cameron regarding deposition scheduling (.4). |
| 12/08/06 | RWT | 3.50 | 1,837.50 | Review motion to exclude and; review same with R. Fernandez (.7); continue research and analysis of methodology/standard issue (2.8). |
| 12/08/06 | FMM | 1.20 | 216.00 | Assist with preparation for depositions of Roger Morse and Richard Lee. |
| 12/08/06 | JCM | 4.00 | 1,100.00 | Research related to claims objections. |
| 12/08/06 | MIK | 0.60 | 192.00 | Office conference with R. Turken regarding methodology issues. |
| 12/08/06 | WR | 9.70 | 1,746.00 | Review claims register and prepare database reports (7.0); analyze designation of expert witnesses and expert reports (2.7). |
| 12/11/06 | RMF | 0.40 | 146.00 | Exchange emails with S. Baena regarding proposed additional section for motion to exclude Morse (.4). |
| 12/11/06 | JMS | 0.50 | 200.00 | E-mails with M. Dies regarding Hughson & Corn depositions (.3); e-mail from D. Cameron regarding same (.2). |
| 12/11/06 | RWT | 2.10 | 1,102.50 | Work on methodology outline (1.2); continue research regarding state standout issues (.9). |
| 12/11/06 | WR | 7.50 | 1,350.00 | Analyze productions and prepare same for expert witness review (4.0); analyze Disclosures and Designations of Expert Witnesses (3.5). |
| 12/12/06 | RMF | 1.00 | 365.00 | Continue drafting additional section for motion to exclude Morse. |
| 12/12/06 | SLB | 0.50 | 312.50 | Telephone conference with T. Hilsee regarding designation as expert and preparation of report (.5). |
| 12/12/06 | JMS | 1.10 | 440.00 | Telephone conference with D. Speights regarding summary judgments (.4); e-mail exchange with A. Runyan regarding Hughson testimony (.3); e-mail exchange with M. Dies regarding Hughson deposition (.3); e-mail to F. Matas regarding scheduling of same (.1). |
| 12/12/06 | RWT | 0.60 | 315.00 | Continue work on methodology outline. |
| 12/12/06 | JCM | 2.50 | 687.50 | Research related to claims objections. |
| 12/12/06 | JIS | 0.40 | 90.00 | Email correspondence with P. Farber regarding Segarra deposition transcript and briefly review same. |
| 12/12/06 | WR | 5.50 | 990.00 | Analyze recent CD/DVD productions and prepare same for attorney review (3.5); schedule telephonic appearances for monthly omnibus hearing (.5); analyze documents in connection with Motion to Exclude Expert Witness (1.5). |
| 12/13/06 | RMF | 10.20 | 3,723.00 | Finish draft of additional section for motion to exclude Morse (10.0); e-mail with S. Baena regarding same (.2). |
| 12/13/06 | SLB | 4.80 | 3,000.00 | Draft and circulate motion to designate (4.8). |
| 12/13/06 | JMS | 1.80 | 720.00 | Conferences with S. Baena regarding motion to designate expert (.3); research regarding same (.4); review and comment on same (.4); conferences with R. Turken regarding motion to strike Morse (.4); e-mails with D. Speights regarding hearing transcript reference (.3). |



| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 12/13/06 | RWT | 2.10 | 1,102.50 | Work on motion to exclude Morse issues and review same with R. Fernandez (.8); continue work on methodology phase (1.3). |
| 12/13/06 | JCM | 2.00 | 550.00 | Research related to claims objections. |
| 12/13/06 | MIK | 0.80 | 256.00 | Office conference with W. Roman regarding estimation production (.2); review and comment on motion to designate T. Hilsee (.6). |
| 12/13/06 | WR | 3.00 | 540.00 | Prepare CD/DVD production for expert witness review (3.0). |
| 12/14/06 | RMF | 1.40 | 511.00 | Review various e-mails received from S. Baena and R. Turken regarding draft of motion to exclude Morse (.4); discuss certain case law with B. Turken for possible inclusion in motion (.6); review and revise citations in draft motion to exclude Morse (.4). |
| 12/14/06 | SLB | 2.30 | 1,437.50 | Revise and recirculate motion to strike/exclude (2.3). |
| 12/14/06 | JMS | 1.80 | 720.00 | Review/revise motion to strike Morse (.7); conference with M. Kramer regarding motion to specially set hearing (.3); conference with J. Snyder regarding research on same (.2); e-mails with D. Cameron regarding expert discovery (.2); conference with R. Turken and M. Kramer regarding attendance at deposition (.4). |
| 12/14/06 | RWT | 3.10 | 1,627.50 | Review and work on revisions to motion to exclude Morse (1.2); review ZAI Order (.8); research regarding same (1.1). |
| 12/14/06 | JIS | 6.30 | 1,417.50 | Research relating to discovery issues in preparation for Monday hearing. |
| 12/14/06 | MIK | 5.80 | 1,856.00 | Review Morse motion (.6); review scheduling papers regarding motion to specially set hearing and draft motion regarding same (3.9); attend to PI deposition issues (1.3). |
| 12/15/06 | JMS | 2.30 | 920.00 | E-mail exchange with M. Dies regarding stipulation (.3); e-mails with M. Dies regarding regarding methodology issues (.4); work on discovery issues (.9); e-mail from Frankel regarding negotiations (.5); conference with S. Baena regarding same (.2). |
| 12/15/06 | JIS | 2.00 | 450.00 | Attention to R. Mason deposition; email correspondence with P. Farber regarding same (1.0); research related to experts on constructive notice (.7); research regarding expert Dr. Lee (.3). |
| 12/15/06 | MIK | 0.20 | 64.00 | Review correspondence regarding Mason deposition and schedule call regarding deposition. |
| 12/16/06 | RWT | 1.30 | 682.50 | Continue review of ZAI opinion and work on outline for hearing presentation. |
| 12/17/06 | JMS | 4.60 | 1,840.00 | E-mail exchange with S. Baena regarding issues to be addressed at omnibus hearing (.4); telephone conference with S. Baena, R. Turken regarding same, issues raised by ZAI opinion (1.3); telephone telephone conference with R. Turken, S. Baena regarding stipulation/strategy (1.3); telephone conference with S. Baena, M. Dies regarding same (.4); multiple e-mails to Committee regarding methodology discovery, work on charts regarding same (1.2). |
| 12/17/06 | RWT | 4.10 | 2,152.50 | Continue review of opinion and work on presentation outline (1.2); multiple telephone conference's with M. Dies regarding same, possible stipulation and how to proceed at hearing (2.9). |
| 12/18/06 | RMF | 0.40 | 146.00 | Coordinate expert notice of depositions in connection with methodology trial. |
| 12/18/06 | JMS | 2.90 | 1,160.00 | E-mail from M. Dies regarding methodology issues (.4); telephone conference with S. Baena regarding same (.3); telephone conference with court reporter regarding Welch deposition (.4); e-mail exchange with M. Dies regarding same (.3); e-mails with and telephone conference with M. Kramer regarding Morse deposition (.3); e-mail from/to A. Kearse regarding same (.3); e-mail exchange with D. Felder regarding Dr. Lee depositions and expert reports (.4); review and revise re-notice of deposition (.5). |
| 12/18/06 | RWT | 2.10 | 1,102.50 | Continue analysis of arguments for methodology hearing (.8); continue review of ZAI briefs regarding same (1.3). |
| 12/18/06 | FMM | 1.30 | 234.00 | Update notice of deposition of Mr. Lee and Mr. Corn and various phone calls to court reporter regarding same. |
| 12/18/06 | JIS | 7.20 | 1,620.00 | Telephonic attendance at deposition of Dr. Schonfeld. |
| 12/18/06 | MIK | 0.20 | 64.00 | Email J. Snyder regarding specially set hearing. |
| 12/19/06 | RMF | 2.20 | 803.00 | Discuss with R.Turken issues relating to methodology and statute of limitations |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | (1.2); review case law related to same (1.0) |
| 12/19/06 | SLB | 0.60 | 375.00 | Interoffice conference with R. Turken regarding dust sample motion to vacate (.6). |
| 12/19/06 | JMS | 2.60 | 1,040.00 | Conference with R. Turken regarding methodology briefing and development of strategy regarding same (1.5); e-mail exchange with M. Kramer regarding Morse deposition and follow-up (.4); e-mail exchange with M. Dies, S. Baena regarding discussions with Restivo regarding methodology (.4); e-mail to N. Brown regarding discovery schedule and calendar (.3). |
| 12/19/06 | RWT | 3.70 | 1,942.50 | Work on strategy for methodology/hazard presentation (1.4); research regarding same (1.1); analysis of ZAI arguments regarding same (1.2). |
| 12/19/06 | JCM | 2.00 | 550.00 | Research related to claims objections. |
| 12/19/06 | JIS | 2.00 | 450.00 | Conference call arranged by B. Harding regarding order on x-rays (.7); telephonic attendance at hearing regarding x-rays and consultant privilege (.6); review email from D. Speights regarding hearing and email summary to D. Speights regarding Anderson document issue raised at PI hearing (.3); draft email summary of hearing and call (.4). |
| 12/19/06 | MIK | 9.00 | 2,880.00 | Attend Morse deposition. |
| 12/20/06 | RMF | 0.60 | 219.00 | Discuss issues regarding methodology and statute of limitations with B. Turken. |
| 12/20/06 | JMS | 4.20 | 1,680.00 | Conference with R. Turken regarding methodology strategy issues (1.5); e-mail Committee regarding update on PI hearing (.4); telephone conference with A. Kearse regarding product ID and constructive notice issues (.4); e-mail exchange with A. Runyan regarding B. Ewing deposition (.3); review discovery served by Burlington Northern Santa Fe Railroad (.7); e-mail exchange with M. Dies and A. Runyan regarding call on methodology and telephone conference with S. Baena regarding same (.5); telephone conference with S. Walsh regarding analysis of remaining claims (.4). |
| 12/20/06 | RWT | 2.80 | 1,470.00 | Review issues regarding possible argument/stipulation concerning methodology (1.3); continue research needed for experts in hazard (.8); research same regarding SOL (.7). |
| 12/20/06 | JIS | 0.40 | 90.00 | Research and conference regarding methodology issue. |
| 12/20/06 | AM | 0.60 | 81.00 | Analyze recent orders regarding case management of property damage claims (.6). |
| 12/21/06 | JMS | 7.60 | 3,040.00 | Telephone conference with S. Baena, R. Turken regarding methodology issues, implications of ZAI opinion (.7); conference with R. Turken regarding same and research precedential case law (2.3); telephone conference with S. Baena, M. Dies, A. Runyan regarding status of discovery on methodology (.8); review notices of designation filed by Dies & Hile, Speights & Runyan, Brandi law firm, San Diego Energy, Motley Rice (2.3); research regarding summary judgment options (1.2); e-mails from M. Dies regarding proposal from J. Restivo regarding methodology (.3). |
| 12/21/06 | RWT | 3.00 | 1,575.00 | Telephone conference with S. Baena, regarding how to proceed with respect to methodology issue (.7); conference telephone call with M. Dies and A. Runyan regarding same (.8); research and review transcripts regarding and review same with J. Sakalo (1.5). |
| 12/21/06 | JIS | 0.20 | 45.00 | Attention to Schonfeld transcript. |
| 12/21/06 | MIK | 1.00 | 320.00 | Attend call regarding methodology (.2); telephone conference with M. Dies regarding same (.8). |
| 12/22/06 | JMS | 1.70 | 680.00 | E-mail exchange with M. Dies, A. Runyan regarding methodology proposal (.3); e-mail from M. Dies regarding Ewing deposition and request from D. Cameron (.3); e-mail from R. Turken regarding statute of limitations issues (.3); review supplemental PID designations (.8). |
| 12/26/06 | JMS | 2.30 | 920.00 | Review Court order regarding PI motions to compel related to Questionnaire (.4); e-mail to M. Dies regarding Ewing deposition (.2); telephone conference with M. Dies regarding same (.2); review Morse deposition (1.5). |
| 12/26/06 | JIS | 0.20 | 45.00 | Brief discussion with J. Sakalo regarding research on methodology. |
| 12/26/06 | WR | 7.00 | 1,260.00 | Review recent orders regarding case management of PD claims (1.0); analyze |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | designation of expert witnesses (3.5); update claims register database and prepare database reports (2.5). |
| 12/27/06 | JMS | 4.10 | 1,640.00 | E-mail with A. Ortiz regarding methodology discovery (.9); e-mail exchange with M. Dies regarding Graeme Mew (.4); review Mew expert report (2.0); telephone conference with S. Baena regarding same (.2); e-mail exchange with L. Esayian regarding motion to designate Hilsee (.3); telephone conference with S. Baena regarding same (.1); e-mail from M. Dies regarding deposition of B. Ewing (.2). |
| 12/27/06 | JIS | 0.70 | 157.50 | Summary review of Schonfeld transcript and email to M. Kramer regarding same; attention to email regarding Welch transcript. |
| 12/27/06 | WR | 6.00 | 1,080.00 | Analyze Designation of Expert Witnesses (3.0); analyze recent orders regarding establishment of case management procedures and hearing schedule for both PI and PD claims (3.0). |
| 12/28/06 | JMS | 4.70 | 1,880.00 | Revise deposition schedule and e-mail to M. Dies regarding same (.3); e-mail from M. Dies regarding communications with Restivo (.2); conference with R. Turken regarding same (.4); review/revise Certificate of Counsel regarding Hilsee (.4); e-mail to Committee regarding Debtors' position on Hilsee (.3); research regarding methodology (1.3); analysis of PID claims results (1.8). |
| 12/28/06 | RWT | 1.50 | 787.50 | Work on trial brief outline. |
| 12/29/06 | JMS | 3.30 | 1,320.00 | E-mail exchange with M. Dies regarding dust sample cases (.3); telephone conference with M. Dies regarding PID results (.3); analysis of same (.9); work on methodology issues (1.8). |
| 12/29/06 | WR | 5.00 | 900.00 | Analyze CD/DVD production and update production index (2.5); analyze claims register database and prepare database reports (2.5). |

**PROFESSIONAL SERVICES** $99,752.00

### COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 11/21/06 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 812593679; DATE: 11/30/2006 - Account# 5306220025395504 | 12.69 |
| 11/22/06 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 812593679; DATE: 11/30/2006 - Account# 5306220025395504 | 55.36 |
| 11/28/06 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 812593679; DATE: 11/30/2006 - Account# 5306220025395504 | 29.22 |
| 11/29/06 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 812593679; DATE: 11/30/2006 - Account# 5306220025395504 | 69.84 |
| 11/30/06 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 812593679; DATE: 11/30/2006 - Account# 5306220025395504 | 46.96 |
| 11/30/06 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 812593679; DATE: 11/30/2006 - Account# 5306220025395504 | 32.97 |
| 12/13/06 | Long Distance Telephone 1(619)239-4117; 1 Mins. | 1.19 |
| 12/13/06 | Long Distance Telephone 1(619)239-4111; 2 Mins. | 3.57 |
| 12/15/06 | Long Distance Telephone 1(212)826-5674; 9 Mins. | 10.71 |


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 12/15/06 | Federal Express VENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 858712111; DATE: 12/19/2006 | 20.97 |
| 12/15/06 | Copies 54 pgs @ 0.10/pg | 5.40 |
| 12/15/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/15/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/15/06 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 12/18/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/18/06 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 12/01/06 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 12/01/06 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 12/01/06 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 12/01/06 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 12/01/06 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 12/01/06 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 12/01/06 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 12/01/06 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 12/01/06 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 12/08/06 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 12/08/06 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 12/08/06 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 12/14/06 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 12/14/06 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 12/14/06 | Copies 189 pgs @ 0.10/pg | 18.90 |

**TOTAL COSTS ADVANCED** **$324.68**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 25.40 | $625.00 | $15,875.00 |
| Turken, Robert W | 40.30 | $525.00 | $21,157.50 |
| Fernandez, Raquel M | 24.50 | $365.00 | $8,942.50 |
| Sakalo, Jay M | 64.00 | $400.00 | $25,600.00 |
| Moon, James C | 19.60 | $275.00 | $5,390.00 |
| Snyder, Jeffrey I | 20.40 | $225.00 | $4,590.00 |
| Kramer, Matthew I | 20.50 | $320.00 | $6,560.00 |
| Matas, Fanny M | 2.50 | $180.00 | $450.00 |
| Roman, Wanda | 61.70 | $180.00 | $11,106.00 |
| Morera, Arianna | 0.60 | $135.00 | $81.00 |
| **TOTAL** | **279.50** | | **$99,752.00** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Federal Express | $20.97 |
| Long Distance Telephone | $15.47 |


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | |
|---|---:|
| Westlaw-Online Legal Research | $247.04 |
| Copies | $41.20 |
| **TOTAL** | ***$324.68*** |

**CURRENT BALANCE DUE THIS MATTER** $100,076.68

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15546

**RE: 10 - Travel**

| Date | Tkpr | Hours | Amount | Description |
|---|---|---|---|---|
| 12/04/06 | MIK | 5.20 | 832.00 | Travel to hearing. |
| 12/05/06 | MIK | 5.20 | 832.00 | Travel from hearing. |
| 12/18/06 | SLB | 7.00 | 2,187.50 | Non-working component of trip to Pittsburgh (1.6); return to Miami (5.4). |
| 12/18/06 | MIK | 5.10 | 816.00 | Travel to hearing. |
| 12/19/06 | MIK | 4.50 | 720.00 | Travel from deposition. |

**PROFESSIONAL SERVICES**                                                                 $5,387.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 7.00 | $312.50 | $2,187.50 |
| Kramer, Matthew I | 20.00 | $160.00 | $3,200.00 |
| **TOTAL** | **27.00** | | **$5,387.50** |

**CURRENT BALANCE DUE THIS MATTER**                                                       $5,387.50

Case 01-01139-AMC    Doc 14651-9    Filed 02/22/07    Page 10 of 15

Page 25

Atty – SLB
Client No.: 74817/15554

RE: 18 - Plan & Disclosure Statement

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 12/01/06 | SLB | 3.10 | 1,937.50 | [11/29/06] (Exclusivity Appeal) Revise brief and prepare memo of changes to J. Guy et al and email exchanges regarding same (3.1). |
| 12/01/06 | SLB | 1.90 | 1,187.50 | [Exclusivity Appeal] Review and provide comments on final version of brief (1.9). |
| 12/01/06 | JMS | 1.50 | 600.00 | Finalize review of exclusivity appeal and e-mail to J. Guy regarding same (.8); e-mail exchange with T. Tacconelli regarding same (.2); e-mail from D. Felder regarding same (.2); review N. Finch comments to brief (.3). |
| 12/01/06 | JIS | 1.20 | 270.00 | Telephone conference with M. Dies, S. Baena, J. Sakalo regarding exclusivity appeal and other issues and conference with J. Sakalo regarding exclusivity issues. |
| 12/01/06 | MIK | 2.40 | 768.00 | Review and comment on exclusivity paper (2.2); Office conference with S. Baena regarding methodology (.2) |
| 12/04/06 | SLB | 0.20 | 125.00 | [Exclusivity Appeal] Email from and to D. Speights regarding brief (.2). |
| 12/07/06 | SLB | 1.20 | 750.00 | [Exclusivity Appeal] Review Grace responses to motion to expedite and email exchange with counsel regarding reply, etc. (1.2). |
| 12/07/06 | JMS | 0.70 | 280.00 | Review Grace's reply to motion to expedite ruling on appeal (.3); e-mail exchange with FCR and PI regarding same (.4). |
| 12/07/06 | MIK | 0.20 | 64.00 | Review affidavit regarding exclusivity appeal. |
| 12/12/06 | MIK | 0.30 | 96.00 | Review exclusivity research. |
| 12/14/06 | SLB | 0.60 | 375.00 | Email and termsheet from and to R. Frankel (.3); emails to and from committee (.3). |
| 12/14/06 | JMS | 0.40 | 160.00 | E-mail traffic regarding scheduling for oral argument (.4). |
| 12/29/06 | JMS | 2.60 | 1,040.00 | Begin review and analysis of Debtors' response brief on exclusivity (1.4); e-mail to Committee regarding same (.3); begin outline of issues regarding reply (.9). |
| 12/29/06 | MIK | 1.10 | 352.00 | Review exclusivity brief. |

**PROFESSIONAL SERVICES** $8,005.00

### COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 11/15/06 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 812593679; DATE: 11/30/2006 - Account# 5306220025395504 | 6.03 |
| 11/28/06 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 812593679; DATE: 11/30/2006 - Account# 5306220025395504 | 51.70 |

**TOTAL COSTS ADVANCED** $57.73

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### Matter Summary of Professional Services

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Baena, Scott L | 7.00 | $625.00 | $4,375.00 |
| Sakalo, Jay M | 5.20 | $400.00 | $2,080.00 |
| Snyder, Jeffrey I | 1.20 | $225.00 | $270.00 |
| Kramer, Matthew I | 4.00 | $320.00 | $1,280.00 |
| **TOTAL** | **17.40** | | **$8,005.00** |

### Matter Summary of Costs Advanced

| | |
|---|---|
| Westlaw-Online Legal Research | $57.73 |
| **TOTAL** | **$57.73** |

**CURRENT BALANCE DUE THIS MATTER**     **$8,062.73**

Atty – SLB
Client No.: 74817/17781

**RE: 30 - Fee Application of Others**

| | | | | |
|---|---|---|---|---|
| 12/01/06 | JIS | 0.10 | 22.50 | Conference with L. Flores regarding status of Dies fee application. |
| 12/03/06 | LMF | 0.70 | 126.00 | Attend to preparing and submitting notice and monthly summary for Hamilton Rabinovitz' fees for October (.7). |
| 12/03/06 | LMF | 2.20 | 396.00 | Finalize Hamilton's quarterly application and submit to local counsel for filing (.9); also prepare supplemental quarterly applications for 12th, 13th and 15th interim periods (1.3). |
| 12/20/06 | LMF | 0.90 | 162.00 | Follow up for all professional statements or review and filing with Bilzin's fees (.9). |

**PROFESSIONAL SERVICES** $706.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.10 | $225.00 | $22.50 |
| Flores, Luisa M | 3.80 | $180.00 | $684.00 |
| **TOTAL** | **3.90** | | **$706.50** |

**CURRENT BALANCE DUE THIS MATTER** $706.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/17905

## RE: 38 - ZAI Science Trial

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 12/14/06 | SLB | 0.90 | 562.50 | Begin review of ZAI opinion and email regarding same (.9). |
| 12/14/06 | JMS | 0.50 | 200.00 | Begin review of ZAI opinion (.5). |
| 12/15/06 | JMS | 1.30 | 520.00 | Continue review of ZAI opinion (1.0); review memorandum regarding same (.3). |
| 12/17/06 | JMS | 0.80 | 320.00 | E-mails to E. Westbrook regarding appellate procedure (.4); e-mail to E. Westbrook regarding analysis of opinion (.4). |
| 12/18/06 | SLB | 1.10 | 687.50 | Continued analysis of ZAI opinion (1.1). |
| 12/18/06 | JMS | 2.80 | 1,120.00 | Lengthy e-mail exchanges and telephone conferences with E. Westbrook regarding appeal issues (2.5); letter to Westbrook regarding transcripts (.3). |
| 12/19/06 | RMF | 0.80 | 292.00 | Review ZAI order (.8). |
| 12/19/06 | JMS | 0.60 | 240.00 | E-mail exchange with E. Westbrook regarding notice of appeal (.6). |
| 12/20/06 | JMS | 2.10 | 840.00 | Telephone conference with R. Turkewitz regarding docket entries regarding science trial proceeding (.2); second telephone conference with R. Turkewitz regarding same (.9); e-mail exchange with E. Westbrook regarding motion for leave to appeal and precedents in this case (1.0). |
| 12/21/06 | JMS | 1.60 | 640.00 | Multiple telephone conferences with and e-mails with R. Turkewitz and E. Westbrook regarding procedural issues regarding appeal, record cites, transcript references (1.6). |
| 12/22/06 | JMS | 0.50 | 200.00 | Review motion for leave to appeal (.5). |
| 12/28/06 | JMS | 0.60 | 240.00 | Telephone conference with R. Turkewitz regarding requests from J. Baer regarding additional time to respond to motion for leave to appeal (.3); telephone conference with J. Baer regarding same (.3). |

**PROFESSIONAL SERVICES** $5,862.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 2.00 | $625.00 | $1,250.00 |
| Fernandez, Raquel M | 0.80 | $365.00 | $292.00 |
| Sakalo, Jay M | 10.80 | $400.00 | $4,320.00 |
| *TOTAL* | *13.60* | | *$5,862.00* |

**CURRENT BALANCE DUE THIS MATTER** $5,862.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| TIMEKEEPER | HOURS | AMOUNT |
| --- | --- | --- |
| Fernandez, Raquel M | 25.30 | $9,234.50 |
| Danzeisen, Allyn S | 3.00 | $1,125.00 |
| Baena, Scott L | 56.30 | $33,000.00 |
| Flores, Luisa M | 7.80 | $1,404.00 |
| Sakalo, Jay M | 94.50 | $37,800.00 |
| Turken, Robert W | 41.60 | $21,840.00 |
| Ortiz, Alicia C | 0.00 | $0.00 |
| Matas, Fanny M | 3.20 | $576.00 |
| Moon, James C | 19.60 | $5,390.00 |
| Snyder, Jeffrey I | 23.50 | $5,287.50 |
| Morera, Arianna | 1.60 | $216.00 |
| Kramer, Matthew I | 73.20 | $20,224.00 |
| Roman, Wanda | 68.20 | $12,276.00 |
| Valdes, Janette | 2.00 | $270.00 |

**TOTAL PROFESSIONAL FEES THIS PERIOD**           **$148,643.00**

### CLIENT SUMMARY OF COSTS ADVANCED

| | |
| --- | --- |
| Airfare | $1,693.20 |
| CD/DVD Duplication | $1,900.00 |
| Photocopies - Outside Service | $191.49 |
| Fares, Mileage, Parking | $558.64 |
| Federal Express | $189.61 |
| Long Distance Telephone | $929.99 |
| Long Distance Telephone-Outside Services | $632.53 |
| Lodging | $273.89 |
| Meals | $94.77 |
| Miscellaneous Costs | $24,174.29 |
| Staff Overtime | $9.52 |
| Parking | $22.00 |
| Postage | $4.68 |
| Westlaw-Online Legal Research | $506.77 |
| Copies | $590.50 |

**TOTAL COSTS ADVANCED THIS PERIOD**           **$31,771.88**

**TOTAL BALANCE DUE THIS PERIOD**           **$180,414.88**

## CLIENT SUMMARY

| BALANCE AS OF- 12/31/06<br>WR Grace-Official Committee of Prope | TIME | COSTS ADVANCED | CREDIT/TRUST APPLIED | TOTAL |
|---|---:|---:|---:|---:|
| 01- Case Administration/15537 | $3,068.00 | $31,374.97 | $0.00 | $34,442.97 |
| 03 - Creditors Committee/15539 | $9,360.50 | $0.00 | $0.00 | $9,360.50 |
| 07 - Applicant's Fee Application/15543 | $1,380.00 | $14.50 | $0.00 | $1,394.50 |
| 08 - Hearings/15544 | $15,121.50 | $0.00 | $0.00 | $15,121.50 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)/15545 | $99,752.00 | $324.68 | $0.00 | $100,076.68 |
| 10 - Travel/15546 | $5,387.50 | $0.00 | $0.00 | $5,387.50 |
| 18 - Plan & Disclosure Statement/15554 | $8,005.00 | $57.73 | $0.00 | $8,062.73 |
| 30 - Fee Application of Others/17781 | $706.50 | $0.00 | $0.00 | $706.50 |
| 38 - ZAI Science Trial/17905 | $5,862.00 | $0.00 | $0.00 | $5,862.00 |
| *Client Total* | *$148,643.00* | *$31,771.88* | *$0.00* | *$180,414.88* |

DUE UPON RECEIPT
TAX ID: 65-0801626


BILZIN SUMBERG BAENA PRICE & AXELROD LLP