IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## AMENDED ENTRY OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS, AND RESERVATION OF RIGHTS

**PLEASE TAKE NOTICE THAT** the undersigned, Anne McGinness Kearse, of the law firm of Motley Rice LLC, hereby appears as counsel for various asbestos **property damage** claimants, under, inter alia, Bankruptcy Rules 2002, 9007, 9010 and Section 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon:

> Anne McGinness Kearse, Esquire
> MOTLEY RICE LLC
> 28 Bridgeside Blvd.
> P.O. Box 1792
> Mount Pleasant, SC 29465
> Telephone: (843) 216-9140
> Facsimile: (843) 216-9440
> E-mail: akearse@motleyrice.com

**PLEASE TAKE FUTHER NOTICE,** that under section 1109(b) of the Bankruptcy Code, the this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, proposed orders, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail,

#18177.1

delivery, telephone, telegraphic, telex or otherwise filed, which may affect or seek to affect any rights or interests of any party in interest herein.

Dated: February 23, 2007

Respectfully Submitted by:

JASPAN SCHLESINGER HOFFMAN LLP

/s/ Laurie Schenker Polleck
Laurie Schenker. Polleck, Esquire (No. 4300)
913 N. Market Street, 12th Floor
Wilmington, Delaware 19801
Telephone: (302) 351-8000
Facsimile: (302) 351-8010
E-mail: lpolleck@jshllp-de.com
Delaware Counsel to Motley Rice LLC Claimants

#18177.1