# EXHIBIT A

| Creditor Name / Address | Case Number | Case Name | Claim Number | Total Claim Dollars | Claim Class | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| HAMPSHIRE CHEMICAL CORP C/O DILWORTH PAXSON LLP ANNE MARIE P KELLEY ESQ LIBERTYVIEW- STE 700 457 HADDONFIELD RD PO BOX 2570 CHERRY HILL NJ 08034 | 01-01140 | W.R. GRACE & CO.-CONN. | 13934 | $6,500,000.00 (U) | | NO LIABILITY, EXPUNGE | CONTINUED TO 5/2/2007 2:00PM |
| NL INDUSTRIES INC C/O JOHN N FIORELLA ESQUIRE ARCHER & GREINER PC PO BOX 3000 HADDONFIELD NJ 08033-0968 | 01-01185 | HOMCO INTERNATIONAL, INC. | 2625 | UNKNOWN (U) | | NO LIABILITY, EXPUNGE | CONTINUED TO 5/2/2007 2:00PM |
| NL INDUSTRIES INC C/O JOHN V FIORELLA ESQUIRE ARCHER & GREINER PC PO BOX 3000 HADDONFIELD NJ 08033-0968 | 01-01194 | REMEDIUM GROUP, INC. | 2626 | UNKNOWN (U) | | NO LIABILITY, EXPUNGE | CONTINUED TO 5/2/2007 2:00PM |

| Creditor | Case No. | Debtor | Claim No. | Amount | Status | Disposition |
|---|---|---|---|---|---|---|
| NL INDUSTRIES INC C/O JOHN V FIORELLA ESQUIRE ARCHER & GREINER PC PO BOX 3000 HADDONFIELD NJ 08033-0968 | 01-01139 | W.R. GRACE & CO. | 2627 | UNKNOWN (U) | NO LIABILITY, EXPUNGE | CONTINUED TO 5/2/2007 2:00PM |
| NL INDUSTRIES INC C/O JOHN N FIORELLA ESQUIRE ARCHER & GREINER PC PO BOX 3000 HADDONFIELD NJ 08033-0968 | 01-01185 | HOMCO INTERNATIONAL, INC. | 2625 | UNKNOWN (U) | UNLIQUIDATED, EXPUNGE | CONTINUED TO 5/2/2007 2:00PM |
| NL INDUSTRIES INC C/O JOHN V FIORELLA ESQUIRE ARCHER & GREINER PC PO BOX 3000 HADDONFIELD NJ 08033-0968 | 01-01194 | REMEDIUM GROUP, INC. | 2626 | UNKNOWN (U) | UNLIQUIDATED, EXPUNGE | CONTINUED TO 5/2/2007 2:00PM |
| NL INDUSTRIES INC C/O JOHN V FIORELLA ESQUIRE ARCHER & GREINER PC PO BOX 3000 HADDONFIELD NJ 08033-0968 | 01-01139 | W.R. GRACE & CO. | 2627 | UNKNOWN (U) | UNLIQUIDATED, EXPUNGE | CONTINUED TO 5/2/2007 2:00PM |