IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED

2007 FEB 23  AM 10: 51

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: W.R. GRACE & CO., et al., ) Chapter 11
) Case No. 01-01139 (JKF)
) (Jointly Administered)
)
Debtors. )
)
)

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 16, 2007, counsel for Claimant State of California, Department of General Services caused copies of *Claimant State of California, Department of General Services' Preliminary Designation of Fact and Expert Witnesses Relating to the Debtors' Objections to Claims Based on Lack of Production Identification, Expiration of Statute of Limitations and Hazard Pursuant to the Amended Order Setting Various Deadlines Regarding Objections to Asbestos Property Damage Claims* to be served on the following in the manner indicated:

[INTENTIONALLY LEFT BLANK]

| | | |
|---|---|---|
| Janet S. Baer, Esq. | Douglas E. Cameron, Esq. | Jay M. Sakalo, Esq. |
| Kirkland & Ellis LLP | Reed Smith LLP | Bilzin Sumberg Baena Price & |
| 200 East Randolph Drive | 435 Sixth Avenue | Axelrod LLP |
| Chicago, Illinois 60601 | Pittsburgh, PA 15219 | 200 S. Biscayne Blvd., Ste. 2500 |
| Co-Counsel for the Debtors | Co-Counsel for Debtors | Miami, Florida 33131-5340 |
| *Via Overnight Mail* | *Via Overnight Mail* | Counsel for PD Committee |
| | | *Via Overnight Mail* |

Dated: February 16, 2007

                                                HAHN & HESSEN LLP
                                                Counsel for Claimant
                                                State of California, Dep't of General Services

                                                By: _____
                                                     Steven J. Mandelsberg
                                                     Christina J. Kang

                                                488 Madison Avenue
                                                New York, New York 10022
                                                (212) 478-7200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED

2007 FEB 23  AM 10:51

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: W.R. GRACE & CO., et al.,

Debtors.

) Chapter 11
) Case No. 01-01139 (JKF)
) (Jointly Administered)
)
)
)
)
)

## CERTIFICATE OF SERVICE

I, Christina J. Kang, certify that on the 16th day of February, 2007, I caused a copy of the *Claimant State of California, Department of General Services' Preliminary Designation of Fact and Expert Witnesses Relating to the Debtors' Objections to Claims Based on Lack of Production Identification, Expiration of Statute of Limitations and Hazard Pursuant to the Amended Order Setting Various Deadlines Regarding Objections to Asbestos Property Damage Claims* to be served on the following in the manner indicated:

| | | |
|---|---|---|
| Janet S. Baer, Esq. | Douglas E. Cameron, Esq. | Jay M. Sakalo, Esq. |
| Kirkland & Ellis LLP | Reed Smith LLP | Bilzin Sumberg Baena Price & |
| 200 East Randolph Drive | 435 Sixth Avenue | Axelrod LLP |
| Chicago, Illinois 60601 | Pittsburgh, PA 15219 | 200 S. Biscayne Blvd., Ste. 2500 |
| Co-Counsel for the Debtors | Co-Counsel for Debtors | Miami, Florida 33131-5340 |
| *Via Overnight Mail* | *Via Overnight Mail* | Counsel for PD Committee |
| | | *Via Overnight Mail* |

_____
Christina J. Kang

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: W.R. GRACE & CO., et al.,

Debtors.

Chapter 11
Case No. 01-01139 (JKF)

## CLAIMANT STATE OF CALIFORNIA, DEPARTMENT OF GENERAL SERVICES' PRELIMINARY DESIGNATION OF FACT AND EXPERT WITNESSES RELATING TO THE DEBTORS' OBJECTIONS TO CLAIMS BASED ON LACK OF PRODUCT IDENTIFICATION, EXPIRATION OF STATUTE OF LIMITATIONS AND HAZARD PURSUANT TO THE AMENDED ORDER SETTING VARIOUS DEADLINES REGARDING OBJECTIONS TO ASBESTOS PROPERTY DAMAGE CLAIMS

Pursuant to this Court's Amended Order Setting Various Deadlines Regarding Objections to Asbestos Property Damage Claims dated October 13, 2006, Claimant State of California, Department of General Services (the "Claimant"), by and through its counsel, Hahn & Hessen LLP, hereby amends its November 6, 2006 preliminary designation of fact and expert witnesses to reflect that that list was inadvertently mislabeled and was intended also as a designation of Claimant's witness on the lack of hazard trial, as communicated to W.R. Grace's counsel on December 15, 2006. Claimant reserves the right to supplement or correct at any time before trial.

[INTENTIONALLY LEFT BLANK]

1. **Individuals Likely To Be Called By Claimant As Fact Witnesses**

    a.  Claimant presently intends to call the following individuals as fact witnesses:

| Name | Contact Information | Subject |
| --- | --- | --- |
| Bob Yoachum | Department of General Services Professional Services Branch 707 3rd Street 4-062 West Sacramento, California | (a) Presence of asbestos-containing materials manufactured by the Debtors in the buildings subject of all Proofs of Claim filed by Claimant; and (b) issues relating to the Debtors' statute of limitations objection to Claimants' Proofs of Claim |
| Dan Hood | Department of General Services Professional Services Branch 707 3rd Street 4-062 West Sacramento, California | (a) Presence of asbestos-containing materials manufactured by the Debtors in the buildings subject of all Proofs of Claim filed by Claimant; and (b) issues relating to the Debtors' statute of limitations objection to Claimants' Proofs of Claim |
| Vince Paul | Environmental Safety Health Operations Program Manager DGS Real Estate Services Division, Building and Property Management Branch 707 3rd Street, 5th Floor West Sacramento, California | (a) Presence of asbestos-containing materials manufactured by the Debtors in the buildings subject of all Proofs of Claim filed by Claimant; and (b) issues relating to the Debtors' statute of limitations objection to Claimants' Proofs of Claim |
| Glenn Connor | Department of General Services Professional Services Branch 707 3rd Street 4-062 West Sacramento, California (916) 375-4900 | (a) Presence of asbestos-containing materials manufactured by the Debtors in the buildings subject of all Proofs of Claim filed by Claimant; and (b) issues relating to the Debtors' statute of limitations objection to Claimants' Proofs of Claim |

| | | |
|---|---|---|
| M.S. Ramage | 10333 El Camino Real<br>Atascadero, California<br>(805) 468-2204 | Presence of asbestos-containing materials manufactured by the Debtors in the buildings subject of Claimant's Proof of Claim No. 10650 |
| Art Blankenship | 10333 El Camino Real<br>Atascadero, California<br>(805) 461-2203 | Presence of asbestos-containing materials manufactured by the Debtors in the buildings subject of Claimant's Proofs of Claim No. 10650 |
| Jenny Hullihen | Department of Mental Health<br>1600 9th Street, Room 120<br>Sacramento, California<br>(916) 654-2655 | Presence of asbestos-containing materials manufactured by the Debtors in the buildings subject of Claimant's Proof of Claim No. 10650 |
| Fred Lambert | Department of Forestry<br>1021 O Street Room A 301<br>Sacramento, California<br>(916) 324-1183 | Presence of asbestos-containing materials manufactured by the Debtors in the buildings subject of Claimant's Proofs of Claim Nos. 10651 and 10659 |
| Lee Delap | 1234 E. Shaw Avenue<br>Fresno, California<br>(559) 222-3714 ext. 4123 | Presence of asbestos-containing materials manufactured by the Debtors in the buildings subject of Claimant's Proofs of Claim Nos. 10651 and 10659 |
| Terry Counts | 714 P Street<br>Sacramento, California<br>(916) 654-6271 | Presence of asbestos-containing materials manufactured by the Debtors in the buildings subject of Claimant's Proofs of Claim Nos. 10652 and 10662 |
| Bob Masters | 7650 South Newcastle Road<br>Stockton, California<br>(209) 944-6351 | Presence of asbestos-containing materials manufactured by the Debtors in the buildings subject of Claimant's Proofs of Claim Nos. 10653 and 14411 |

| Bill Franz | 7650 South Newcastle Road<br>Stockton, California<br>(209) 944-6351 | Presence of asbestos-containing materials manufactured by the Debtors in the buildings subject of Claimant's Proofs of Claim No. 10653 and 14411 |
| Corey Yep | California Youth Authority<br>4241 Williamsbourgh Drive, Suite 17<br>Sacramento, California<br>(916) 262-2946 | Presence of asbestos-containing materials manufactured by the Debtors in the buildings subject of Claimant's Proofs of Claim Nos. 10653, 10658 and 14411 |
| Doug Yee | Developmental Services<br>Facilities Planning Branch<br>1600 9th Street<br>Sacramento, California<br>(916) 654-1734 | Presence of asbestos-containing materials manufactured by the Debtors in the buildings subject of Claimant's Proofs of Claim Nos. 10654 and 10655 |
| Mike Cevola | Department of Corrections<br>1515 S Street, Room 139-S<br>Sacramento, California<br>(916) 323-5483 | Presence of asbestos-containing materials manufactured by the Debtors in the buildings subject of Claimant's Proofs of Claim Nos. 10656, 10657, 10660 |
| Gary Alexander | 31 East Channel Street<br>Stockton, California<br>(209) 948-7730 | Presence of asbestos-containing materials manufactured by the Debtors in the buildings subject of Claimant's Proofs of Claim No. 10661 |
| Harold Jackson | 2501 Harbor Blvd.<br>Costa Mesa, California<br>(714) 957-5217 | Presence of asbestos-containing materials manufactured by the Debtors in the buildings subject of Claimant's Proofs of Claim Nos. 10654 and 10655 |
| Bill Yates | 5100 O'Bynes Ferry Rd.<br>Jamestown, California<br>(209) 984-5291 | Presence of asbestos-containing materials manufactured by the Debtors in the buildings subject of Claimant's Proofs of Claim No. 10656 |

4

| | | |
|---|---|---|
| | | Debtors' Fifteenth Omnibus Objection and as Exhibit B to Claimant's November 30, 2005 supplemental response to the Debtors' Fifteenth Omnibus Objection, including the presence of the Debtors' asbestos-containing materials in the buildings subject of Claimant's Proofs of Claim. |
| Franco Seif | Clark Seif Clark<br>21732 Devonshire Street, Suite B<br>Chatsworth, California 91311<br>(818) 727-2553 | Presence and condition of asbestos-containing materials manufactured by the Debtors in the buildings subject of Claimant's Proofs of Claim |

Dated: New York, New York
February 16, 2007

HAHN & HESSEN LLP
Counsel for Claimant
State of California, Dep't of General Services

By: _____
Steven J. Mandelsberg
Christina J. Kang

488 Madison Avenue
New York, New York 10022
(212) 478-7200

TO:

Douglas Cameron, Esq.
Traci S. Rea, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
(via Overnight Mail)

Janet S. Baer, Esq.
David Bernick, P.C.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601
(via Overnight Mail)