# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

FILED
2007 FEB 23  AM 10: 51
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: W.R. GRACE & CO., et al., <br><br> Debtors. | ) Chapter 11 <br> ) Case No. 01-01139 (JKF) <br> ) (Jointly Administered) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 16, 2007, counsel for Claimant State of California, Department of General Services caused copies of *Claimant State of California, Department of General Services' Expert Reports By MVA, Inc. (Now Known As MVA Scientific Consultants) on Product Identification* to be served on the following in the manner indicated:

Janet S. Baer, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601
Co-Counsel for the Debtors
*Via Overnight Mail*

Douglas E. Cameron, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
Co-Counsel for Debtors
*Via Overnight Mail*

Jay M. Sakalo, Esq.
Bilzin Sumberg Baena Price &
Axelrod LLP
200 S. Biscayne Blvd., Ste. 2500
Miami, Florida 33131-5340
Counsel for PD Committee
*Via Overnight Mail*

Dated: February 16, 2007

HAHN & HESSEN LLP
Counsel for Claimant
State of California, Dep't of General Services

By: _____
Steven J. Mandelsberg
Christina J. Kang

488 Madison Avenue
New York, New York 10022
(212) 478-7200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED

2007 FEB 23  AM 10: 51

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: W.R. GRACE & CO., et al., )  Chapter 11
)  Case No. 01-01139 (JKF)
)  (Jointly Administered)
)
Debtors. )
)
)

## CERTIFICATE OF SERVICE

I, Christina J. Kang, certify that on the 16th day of February, 2007, I caused a copy of the *Claimant State of California, Department of General Services' Expert Reports By MVA, Inc. (Now Known As MVA Scientific Consultants) on Product Identification* to be served on the following in the manner indicated:

| | | |
|---|---|---|
| Janet S. Baer, Esq. | Douglas E. Cameron, Esq. | Jay M. Sakalo, Esq. |
| Kirkland & Ellis LLP | Reed Smith LLP | Bilzin Sumberg Baena Price & |
| 200 East Randolph Drive | 435 Sixth Avenue | Axelrod LLP |
| Chicago, Illinois 60601 | Pittsburgh, PA 15219 | 200 S. Biscayne Blvd., Ste. 2500 |
| Co-Counsel for the Debtors | Co-Counsel for Debtors | Miami, Florida 33131-5340 |
| *Via Overnight Mail* | *Via Overnight Mail* | Counsel for PD Committee |
| | | *Via Overnight Mail* |

Christina J. Kang