alp_132rc: Client Analysis Sheet                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   1
Run Date & Time: 02/22/07 16:30:19                   *PRIVILEGED AND CONFIDENTIAL*
Client: 056772-W.R. GRACE & CO. EQUITY COMMITTEE     Worked : 12/01/06 thru 12/31/06

| Matter Number | Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | CASE ADMINISTRATION | 0.00 | 0.00 | 1,218.30 | 1,218.30 | BENTLEY PHILIP - 02495 | M | B |
| 00005 | BANKR. MOTIONS | 0.00 | 0.00 | 27.42 | 27.42 | BENTLEY PHILIP - 02495 | M | B |
| 00012 | CLAIM ANALYSIS OBJECTION | 0.00 | 0.00 | 3,756.22 | 3,756.22 | BENTLEY PHILIP - 02495 | M | B |
| | Client Total | 0.00 | 0.00 | 5,001.94 | 5,001.94 | | | | |

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

alp_132c: Billed Charges Analysis                                KRAMER LEVIN NAFTALIS & FRANKEL LLP
Run Date & Time: 02/22/2007 16:30:16                             *PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

**BILLED COSTS SUMMARY**

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0815 | TELECOPIER | 12/13/06 | 12/14/06 | 21.00 |
| 0816 | VELOBINDINGS | 12/07/06 | 12/07/06 | 30.00 |
| 0817 | TABS | 12/07/06 | 12/07/06 | 128.00 |
| 0820 | PHOTOCOPYING | 12/04/06 | 12/22/06 | 518.55 |
| 0841 | RESEARCH SERVICES | 12/04/06 | 12/28/06 | 42.00 |
| 0885 | LONG-DISTANCE TEL. | 12/18/06 | 12/18/06 | 108.75 |
| 0917 | WESTLAW ON-LINE RESEARCH | 12/04/06 | 12/28/06 | 484.93 |
| 0921 | LEXIS/NEXIS ON-LINE RESEARCH | 12/27/06 | 12/27/06 | 44.46 |
| 0940 | CAB FARES | 12/04/06 | 12/19/06 | 310.50 |
| 0942 | MEALS/IN-HOUSE | 12/05/06 | 12/21/06 | 198.69 |
| 0950 | OUT-OF-TOWN TRAVEL | 12/04/06 | 12/29/06 | 2,990.98 |
| 0951 | MEALS/T & E | 12/05/06 | 12/19/06 | 124.08 |
|      | Total        |              |              | 5,001.94 |
|      | Grand Total  |              |              | 5,001.94 |

alp_132c: Billed Charges Analysis                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    1
Run Date & Time: 02/22/2007 16:29:50                                            *PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

                                                     PRE-BILLING SUMMARY REPORT

              UNBILLED TIME FROM:    09/12/9227         TO:   -7/-5/-918
              UNBILLED DISB FROM:    12/04/2006         TO:   12/29/2006

                                        FEES                              COSTS

    GROSS BILLABLE AMOUNT:              0.00                            5,001.94
    AMOUNT WRITTEN DOWN:
              PREMIUM:
    ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
    AMOUNT BILLED:
              THRU DATE:            -7/-5/-918                         12/29/2006
    CLOSE MATTER/FINAL BILLING?     YES   OR   NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:                     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:

                   ACCOUNTS RECEIVABLE TOTALS                                        UNAPPLIED CASH

              FEES:                   0.00         UNIDENTIFIED RECEIPTS:     0.00
              DISBURSEMENTS:          0.00         PAID FEE RETAINER:         0.00
              FEE RETAINER:           0.00         PAID DISB RETAINER:        0.00
              DISB RETAINER:          0.00         TOTAL AVAILABLE FUNDS:     0.00
              TOTAL OUTSTANDING:      0.00                  TRUST BALANCE:

                                                   BILLING HISTORY

    DATE OF LAST BILL:         02/12/07            LAST PAYMENT DATE:       02/12/07
    LAST BILL NUMBER:          454121     ACTUAL FEES BILLED TO DATE:   2,146,033.50
                                          ON ACCOUNT FEES BILLED TO DATE:         0.00
                                              TOTAL FEES BILLED TO DATE:   2,146,033.50
    LAST BILL THRU DATE:        12/31/06           FEES WRITTEN OFF TO DATE:   167,508.18
                                                   COSTS WRITTEN OFF TO DATE:    34,680.46
FOR ACCTG USE ONLY:                   Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee         (4) Excessive Legal Time      (7) Fixed Fee          (10) Client Arrangement
    (2) Late Time & Costs Posted   (5) Business Development      (8) Premium
    (3) Pre-arranged Discount      (6) Summer Associate          (9) Rounding

BILL NUMBER: _____ DATE OF BILL: _____ Processed by: _____ FRC: _____ CRC: _____

alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                         PAGE    1
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/22/2007 16:29:45

Matter No: 056772-00001                              Orig Prtnr : CRED. RGTS - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status       : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

                                              PRE-BILLING SUMMARY REPORT

         UNBILLED TIME FROM:                                  TO:
         UNBILLED DISB FROM:  12/13/2006                      TO:  12/29/2006

                                FEES                                         COSTS

   GROSS BILLABLE AMOUNT:       0.00                                     1,218.30
   AMOUNT WRITTEN DOWN:
              PREMIUM:
      ON ACCOUNT BILLED:
 DEDUCTED FROM PAID RETAINER:
        AMOUNT BILLED:
           THRU DATE:                                                   12/29/2006
 CLOSE MATTER/FINAL BILLING?   YES  OR  NO
 EXPECTED DATE OF COLLECTION:

 BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

 BILLING COMMENTS:

                                ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

         FEES:                        0.00        UNIDENTIFIED RECEIPTS:        0.00
   DISBURSEMENTS:                     0.00        PAID FEE RETAINER:            0.00
   FEE RETAINER:                      0.00        PAID DISB RETAINER:           0.00
   DISB RETAINER:                     0.00        TOTAL AVAILABLE FUNDS:        0.00
 TOTAL OUTSTANDING:                   0.00        TRUST BALANCE:

                                                  BILLING HISTORY

 DATE OF LAST BILL:     02/12/07    LAST PAYMENT DATE:           02/12/07
 LAST BILL NUMBER:     454121    ACTUAL FEES BILLED TO DATE:   265,080.50
                               ON ACCOUNT FEES BILLED TO DATE:       0.00
                                     TOTAL FEES BILLED TO DATE:  265,080.50
 LAST BILL THRU DATE:   12/31/06     FEES WRITTEN OFF TO DATE:  79,999.50
                                     COSTS WRITTEN OFF TO DATE: 19,393.26

                              Write Down/Up Reason Codes:

                              (1) Exceeded Fixed Fee          (4) Excessive Legal Time    (7) Fixed Fee
                              (2) Late Time & Costs Posted    (5) Business Development    (8) Premium
                              (3) Pre-arranged Discount       (6) Summer Associate        (9) Rounding     (10) Client Arrangement

 FOR ACCTS USE ONLY:                DATE OF BILL:              Processed by:              FRC:              CRC:

 BILL NUMBER:

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                              PAGE    2
                                                               *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/22/2007 16:29:46

Matter No: 056772-00001                                                                          Orig Prtnr : CRED. RGTS    - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                                  Bill Prtnr : BENTLEY PHILIP - 02495             Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                                       Status      : ACTIVE

      B I L L E D   C O S T S   S U M M A R Y  ----------- Total Billed -----------
                                                 Oldest     Latest       Total
Code   Description                                Entry     Entry       Amount
-----  --------------------                      --------  --------    ----------
0820   PHOTOCOPYING                              12/13/06  12/22/06        60.60
0950   OUT-OF-TOWN TRAVEL                        12/29/06  12/29/06     1,157.70

                                    Total                               1,218.30


      B I L L E D   C O S T S   D E T A I L
Description/Code                                                      Employee              Date           Amount      Index#    Batch No  Batch Date
-------------------                                                   --------              ------         -------     -------   --------  ----------
PHOTOCOPYING              0820
  PHOTOCOPYING                                                        GAVIGAN, J C          12/13/06         36.30     7705459    389869   12/18/06
    GAVIGAN JAMES C
  PHOTOCOPYING                                                        TRIVENTO, N           12/13/06          7.20     7705460    389869   12/18/06
    TRIVENTO NICK
  PHOTOCOPYING                                                        TRIVENTO, N           12/13/06          1.80     7705461    389869   12/18/06
    TRIVENTO NICK
  PHOTOCOPYING                                                        TRIVENTO, N           12/13/06          1.65     7705462    389869   12/18/06
    TRIVENTO NICK
  PHOTOCOPYING                                                        TRIVENTO, N           12/21/06         12.60     7715520    390301   12/28/06
    TRIVENTO NICK
  PHOTOCOPYING                                                        TRIVENTO, N           12/22/06          1.05     7715521    390301   12/28/06
    TRIVENTO NICK
                                                                      0820 PHOTOCOPYING Total :              60.60

OUT-OF-TOWN TRAVEL        0950
  DINERS CLUB CITICORP DIN                                            BECKER, G M           12/29/06        418.85     7718945    390409   12/29/06
  OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB
  CITICORP DINERS CLUB BECKER/GARY DEPART:
  12/18/06 BDL TO PIT
  DINERS CLUB CITICORP DIN                                            FARBER, P F           12/29/06        738.85     7718946    390409   12/29/06
  OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB
  CITICORP DINERS CLUB FARBER/PEGGY DEPART:
  12/18/06 LGA TO CLE
                                                                      0950 OUT-OF-TOWN TRAVEL Total :     1,157.70

                                                                      Costs Total :                       1,218.30
```

```
alp_132r: Billed Charges Analysis                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    3
Run Date & Time: 02/22/2007 16:29:46                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                         Orig Prtnr : CRED. RGTS. - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status     : ACTIVE

  BILLED   COSTS   SUMMARY
Code Description              Amount          Bill       W/o / W/u    Transfer To   Clnt/Mtr   Carry Forward
---------------------------- --------         ----       ---------    -----------   --------   -------------

0820 PHOTOCOPYING               60.60
0950 OUT OF-TOWN TRAVEL      1,157.70

        Costs Total :        1,218.30
```

```
alp_132r: Billed Charges Analysis                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE   4
Run Date & Time: 02/22/2007 16:29:46                    "PRIVILEGED AND CONFIDENTIAL"


Matter No: 056772-00005                                 Orig Prtnr : CRED. RGTS    - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : BANKR. MOTIONS                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status       : ACTIVE

Special Billing Instructions:

                                         PRE-BILLING SUMMARY REPORT

            UNBILLED TIME FROM:                            TO:
            UNBILLED DISB FROM: 12/28/2006                 TO: 12/28/2006

                                  FEES                      COSTS

    GROSS BILLABLE AMOUNT:        0.00                       27.42
    AMOUNT WRITTEN DOWN:
               PREMIUM:
    ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
    AMOUNT BILLED:
               THRU DATE:                                  12/28/2006
    CLOSE MATTER/FINAL BILLING?   YES  OR  NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:     BENTLEY PHILIP   02495

    BILLING COMMENTS:                                        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)


                        ACCOUNTS RECEIVABLE TOTALS                           UNAPPLIED CASH

            FEES:                   0.00
    DISBURSEMENTS:                  0.00     UNIDENTIFIED RECEIPTS:             0.00
    FEE RETAINER:                   0.00     PAID FEE RETAINER:                 0.00
    DISB RETAINER:                  0.00     PAID DISB RETAINER:                0.00
    TOTAL OUTSTANDING:              0.00     TOTAL AVAILABLE FUNDS:             0.00
                                             TRUST BALANCE:
                                        BILLING HISTORY

    DATE OF LAST BILL:      02/12/07   LAST PAYMENT DATE:             02/12/07
    LAST BILL NUMBER:             454121 ACTUAL FEES BILLED TO DATE: 141,040.00
                                        ON ACCOUNT FEES BILLED TO DATE:    0.00
                                          TOTAL FEES BILLED TO DATE: 141,040.00
    LAST BILL THRU DATE:    12/31/06    FEES WRITTEN OFF TO DATE:       444.00
                                        COSTS WRITTEN OFF TO DATE:      590.14
                                Write Down/Up Reason Codes:
FOR ACCTG USE ONLY:
        (1) Exceeded Fixed Fee       (4) Excessive Legal Time     (7) Fixed Fee
        (2) Late Time & Costs Posted (5) Business Development     (8) Premium
        (3) Pre-arranged Discount    (6) Summer Associate         (9) Rounding       (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE   5
Run Date & Time: 02/22/2007 16:29:46                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                 Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : BAKER. MOTIONS                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status        : ACTIVE

  B I L L E D   C O S T S   S U M M A R Y --------------- Total Billed ----------------
                                          Oldest      Latest       Total
Code Description                          Entry       Entry        Amount
---- -----------                          ------      ------       ------
0841 RESEARCH SERVICES                    12/28/06    12/28/06       7.00
0917 WESTLAW ON-LINE RESEARCH             12/28/06    12/28/06      20.42

                Total                                               27.42


  B I L L E D   C O S T S   D E T A I L
Description/Code                          Employee            Date        Amount     Index#    Batch No   Batch Date
----------------                          --------            ----        ------     ------    --------   ----------

RESEARCH SERVICES             0841
 RESEARCH SERVICES                        ROUSE, E R          12/28/06      7.00     7222564   390683     01/04/07
 12/28/2006
                              0841 RESEARCH SERVICES Total :               7.00

WESTLAW ON-LINE RESE          0917
 WESTLAW ON-LINE RESE                     ROUSE, E R          12/28/06     20.42     7720799   390545     01/02/07
                              0917 WESTLAW ON-LINE RESE Total :           20.42


                Costs Total :                                              27.42
```

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   6

Run Date & Time: 02/22/2007 16:29:46

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

**BILLED COSTS SUMMARY**

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0841 | RESEARCH SERVICES | 7.00 | | | | | |
| 0917 | WESTLAW ON-LINE RESEARCH | 20.42 | | | | | |
| | Costs Total : | 27.42 | | | | | |

```
alp_132r: Billed Charges Analysis                       KRAMER LEVIN NAFTALIS & FRANKEL LLP                                           PAGE    7
                                                         *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/22/2007 16:29:46

Matter No: 056772-00012                                                      Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                              Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                Status       : ACTIVE

Special Billing Instructions:

                                    PRE-BILLING SUMMARY REPORT

            UNBILLED TIME FROM:                                 TO:
            UNBILLED DISB FROM:  12/04/2006                     TO:  12/29/2006

                         FEES                                              COSTS

    GROSS BILLABLE AMOUNT:           0.00                                          3,756.22
    AMOUNT WRITTEN DOWN:
               PREMIUM:
         ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
           AMOUNT BILLED:
              THRU DATE:                                                          12/29/2006
    CLOSE MATTER/FINAL BILLING?  YES  OR  NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:


    ACCOUNTS RECEIVABLE TOTALS                                   UNAPPLIED CASH

         FEES:                                 0.00
    DISBURSEMENTS:                             0.00       UNIDENTIFIED RECEIPTS:         0.00
    FEE RETAINER:                              0.00         PAID FEE RETAINER:           0.00
    DISB RETAINER:                             0.00         PAID DISB RETAINER:          0.00
    TOTAL OUTSTANDING:                         0.00       TOTAL AVAILABLE FUNDS:         0.00
                                                                 TRUST BALANCE:
                                       BILLING HISTORY

    DATE OF LAST BILL:         02/12/07       LAST PAYMENT DATE:        02/12/07
    LAST BILL NUMBER:   454121  ACTUAL FEES BILLED TO DATE:          789,641.50
                                ON ACCOUNT FEES BILLED TO DATE:            0.00
                                  TOTAL FEES BILLED TO DATE:        789,641.50
    LAST BILL THRU DATE:       12/31/06   FEES WRITTEN OFF TO DATE:     4,417.50
                                          COSTS WRITTEN OFF TO DATE:    2,082.00

                           Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee           (4) Excessive Legal Time     (7) Fixed Fee
    (2) Late Time & Costs Posted     (5) Business Development     (8) Premium
    (3) Pre-arranged Discount        (6) Summer Associate         (9) Rounding     (10) Client Arrangement

FOR ACCTG USE ONLY:                      DATE OF BILL:                    Processed by:                    FRC:                 CRC:

BILL NUMBER:
```

```
alp_132r: Billed Charges Analysis                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    8
                                                            *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/22/2007 16:29:46

Matter No: 056772-00012                                  Orig Prtnr : CRED. RGTS  - 06975                    Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495                 Bill Frequency: N
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status     : ACTIVE

B I L L E D   C O S T S   S U M M A R Y  ----------- Total Billed -----------
Code  Description                          Oldest      Latest       Total
                                           Entry       Entry        Amount
----  -----------                          ------      ------       ------
0815  TELECOPIER                           12/13/06    12/14/06         21.00
0816  VELOBINDINGS                         12/07/06    12/07/06         30.00
0817  TABS                                 12/07/06    12/07/06        128.00
0820  PHOTOCOPYING                         12/04/06    12/19/06        457.95
0841  RESEARCH SERVICES                    12/04/06    12/04/06         35.00
0885  LONG-DISTANCE TEL.                   12/18/06    12/18/06        108.75
0917  WESTLAW ON-LINE RESEARCH             12/27/06    12/12/06        464.51
0921  LEXIS/NEXIS ON-LINE RESEARCH         12/27/06    12/27/06         44.46
0940  CAB FARES                            12/04/06    12/13/06        310.50
0942  MEALS/IN-HOUSE                       12/05/06    12/21/06        198.69
0950  OUT-OF-TOWN TRAVEL                   12/04/06    12/29/06      1,833.28
0951  MEALS/T & E                          12/05/06    12/19/06        124.08

                    Total                                            3,756.22


B I L L E D   C O S T S   D E T A I L
Description/Code                                         Employee           Date        Amount       Index#    Batch No   Batch Date
----------------                                         --------           ----        ------       ------    --------   ----------

TELECOPIER                   0815
  TELECOPIER
    17045421423                                          HOROWITZ, G A      12/13/06       6.00      7706957    389871     12/18/06
  TELECOPIER
    17045421423                                          HOROWITZ, G A      12/14/06      15.00      7706958    389871     12/18/06
                                                         0815 TELECOPIER Total :          21.00

VELOBINDINGS                 0816
  VELOBINDINGS       06876   BINDING
    FARBER     PEGGY                                     FARBER, P P        12/07/06      30.00      7699603    389619     12/11/06
                                                         0816 VELOBINDINGS Total :        30.00

TABS                         0817
  TABS               06876   TABS
    FARBER     PEGGY                                     FARBER, P P        12/07/06     128.00      7699596    389618     12/11/06
                                                         0817 TABS Total :               128.00

PHOTOCOPYING                 0820
  PHOTOCOPYING
    BENTLEY PHILIP                                       BENTLEY, P         12/04/06      28.20      7693201    389349     12/06/06
  PHOTOCOPYING
    BENTLEY PHILIP                                       BENTLEY, P         12/04/06      35.00      7653202    389349     12/06/06
  PHOTOCOPYING
    BENTLEY PHILIP                                       BENTLEY, P         12/06/06       5.40      7696161    389493     12/07/06
```

```
alp_132r: Billed Charges Analysis                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    9
                                                         *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/22/2007 16:29:47

Matter No: 056772-00012                                  Orig Prtnr : CRED. RGTS    - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495             Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status      : ACTIVE

B I L L E D   C O S T S   D E T A I L
Description/Code                              Employee              Date          Amount        Index#     Batch No   Batch Date
-------------------                           --------              ----          ------        ------     --------   ----------

PHOTOCOPYING                        0820
  PHOTOCOPYING                               FARBER, P F           12/07/06       121.20        7698996    389623     12/11/06
  FARBER PEGGY
  PHOTOCOPYING                               FARBER, P F           12/07/06       187.50        7698997    389613     12/11/06
  FARBER PEGGY
  PHOTOCOPYING                               GLASS, J J            12/08/06         0.15        7700938    389684     12/12/06
  GLASS JESSICA J
  PHOTOCOPYING                               GLASS, J J            12/11/06         7.65        7700939    389684     12/12/06
  GLASS JESSICA J
  PHOTOCOPYING                               BENTLEY, P            12/12/06         7.80        7702175    389765     12/14/06
  BENTLEY PHILIP
  PHOTOCOPYING                               BENTLEY, P            12/12/06        11.40        7702176    389765     12/14/06
  BENTLEY PHILIP
  PHOTOCOPYING                               CATO, B               12/12/06        43.50        7705463    389869     12/18/06
  CATO BRANDON
  PHOTOCOPYING                               CATO, B               12/13/06         0.90        7705464    389869     12/18/06
  CATO BRANDON
  PHOTOCOPYING                               BENTLEY, P            12/15/06         4.80        7705465    389869     12/18/06
  BENTLEY PHILIP
  PHOTOCOPYING                               CATO, B               12/19/06         0.15        7710002    390054     12/20/06
  CATO BRANDON
  PHOTOCOPYING                               CATO, B               12/19/06         0.30        7710003    390054     12/20/06
  CATO BRANDON
                                                   0820 PHOTOCOPYING Total :      457.95

RESEARCH SERVICES                   0841
  RESEARCH SERVICES                          BOYLE, B B            12/04/06        35.00        7698282    389577     12/11/06
  12/04/2006
                                                   0841 RESEARCH SERVICES Total :  35.00

LONG-DISTANCE TEL.                  0885
  GARY M. BECKER                             BECKER, G M           12/18/06       108.75        7714528    390270     12/27/06
  LONG DIST. TELE.
                                                   0885 LONG-DISTANCE TEL. Total : 108.75

WESTLAW ON LINE RESE                0917
  WESTLAW ON-LINE RESE                       BOYLE, B B            12/04/06       105.01        7720800    390545     01/02/07
  WESTLAW ON-LINE RESE                       GLASS, J J            12/08/06       171.92        7720801    390545     01/02/07
  WESTLAW ON-LINE RESE                       FARBER, P F           12/12/06       187.58        7720802    390545     01/02/07
                                                   0917 WESTLAW ON-LINE RESE Total : 464.51

LEXIS/NEXIS ON-LINE                 0921
  LEXIS/NEXIS ON-LINE                        BECKER, G M           12/27/06        44.46        7719962    390509     01/02/07
                                                   0921 LEXIS/NEXIS ON-LINE Total :  44.46
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE   10
                                                        *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 02/22/2007 16:29:47

Matter No: 056772-00012                                  Orig Prtnr : CRED. RGTS   - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status     : ACTIVE

B I L L E D   C O S T S   D E T A I L
Description/Code                                Employee           Date       Amount       Index#    Batch No   Batch Date

CAB FARES                     0940
 GREGORY A. HOROWITZ                            HOROWITZ, G A      12/04/06     50.00      7714307   390243     12/26/06
 GREGORY A. HOROWITZ                            HOROWITZ, G A      12/04/06     45.00      7714308   390243     12/26/06
 JESSICA J GLASS                                GLASS, J J         12/13/06     28.00      7714702   390270     12/27/06
 JESSICA J GLASS                                GLASS, J J         12/14/06     24.30      7714703   390270     12/27/06
 GARY M. BECKER                                 BECKER, G M        12/18/06     26.98      7714523   390270     12/27/06
 GARY M. BECKER                                 BECKER, G M        12/18/06     40.00      7714525   390270     12/27/06
 GARY M. BECKER                                 BECKER, G M        12/19/06     56.52      7714524   390270     12/27/06
 GARY M. BECKER                                 BECKER, G M        12/19/06     40.00      7714526   390270     12/27/06
                                    0940 CAB FARES Total :        310.50

MEALS/IN-HOUSE                0942
 JULIET RAMDIN, CASHIER                         HOROWITZ, G A      12/05/06      6.90      7712457   390151     12/21/06
  MEALS/IN-HOUSE - VENDOR- JULIET RAMDIN, CASHIER
  MEALS/IN-HOUSE                                FARBER, P P        12/27/06     20.44      7712904   390177     12/22/06
  IN-HOUSE/MEALS
 JULIET RAMDIN, CASHIER                         HOROWITZ, G A      12/20/06     19.00      7712458   390151     12/21/06
  MEALS/IN-HOUSE - VENDOR- JULIET RAMDIN, CASHIER
  12/4-5
 EUROPA                                         BENTLEY, P         12/21/06    152.35      7712298   390110     12/22/06
  MEALS/IN-HOUSE - VENDOR- EUROPA 11/28/06
                                    0942 MEALS/IN-HOUSE Total :    198.69

OUT-OF-TOWN TRAVEL            0950
 GREGORY A. HOROWITZ                            HOROWITZ, G A      12/04/06    152.76      7714305   390243     12/26/06
  Name: Omni William Penn; City: Pittsburgh, PA; D
  ate(s): 12/4/06 - 12/5/06
 JESSICA J GLASS                                GLASS, J J         12/13/06    216.41      7714700   390270     12/27/06
  Name: The Madison; City: Washington, DC; Date(s)
  : 12/13/06
 GARY M. BECKER                                 BECKER, G M        12/18/06    187.56      7714527   390270     12/27/06
  Name: OmniWm Penn; City: Pittsburgh; Date(s): 12
  /18-12/19/06
 DINERS CLUB CITICORP DIN                       HOROWITZ, G A      12/29/06    240.50      7718927   390409     12/29/06
  OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB
  CITICORP DINERS CLUB HOROWITZ/GREGORY
  DEPART:12/05/06 LGA TO PIT
 DINERS CLUB CITICORP DIN                       FARBER, P F        12/29/06     70.25      7718929   390409     12/29/06
  OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB
  CITICORP DINERS CLUB FARBER/PEGGY DEPART:
  12/05/06
 DINERS CLUB CITICORP DIN                       GLASS, J J         12/29/06    359.55      7718925   390409     12/29/06
  OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB
  CITICORP DINERS CLUB GLASS/JESSICA DEPART:
  12/05/06 JFK TO PIT
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE  11
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/22/2007 16:29:47

Matter No: 056772-00012                                                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                          Status     : ACTIVE

BILLED COSTS DETAIL
Description/Code                                     Employee           Date          Amount       Index#    Batch No   Batch Date
-----------------------------------------            -----------        --------      --------    -------    --------   ----------

DINERS CLUB CITICORP DIN                             GLASS, J J         12/29/06       406.25     7718940    390409     12/29/06
OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB
CITICORP DINERS CLUB GLASS/JESSICA DEPART:
12/13/06 NYP TO WAS
DINERS CLUB CITICORP DIN                             HOROWITZ, G A      12/29/06       100.00     7718941    390409     12/29/06
OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB
CITICORP DINERS CLUB HOROWITZ/GREG DEPART:
12/05/06 PIT TO LGA
DINERS CLUB CITICORP DIN                             FARBER, P P        12/29/06       100.00     7718942    390409     12/29/06
OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB
CITICORP DINERS CLUB FARMER/PEGGY DEPART:
12/05/06 PIT TO LGA
                                                0950 OUT-OF-TOWN TRAVEL Total :       1,833.28


MEALS/T & E                 0951
GREGORY A. HOROWITZ                                  HOROWITZ, G A      12/05/06        90.24     7714306    390243     12/26/06
Establishment: Dinner; Guests: Greg Horowitz; Af
filiation: KLNF; Business Discussed: self
JESSICA J GLASS                                      GLASS, J J         12/13/06        44.60     7714701    390270     12/27/06
Establishment: The Madison; Guests: Jessica Glas
s; Affiliation: business; Business Discussed: me
al in hotel
JESSICA J GLASS                                      GLASS, J J         12/14/06        19.66     7714709    390270     12/27/06
Establishment: Cosi and McDonalds; Guests: Jessi
ca Glass; Affiliation: business; Business Discus
sed; deposition
GARY M. BECKER                                       BECKER, G M        12/18/06        10.50     7714520    390270     12/27/06
Establishment: gbecker; Guests: gbecker; Affilia
tion: kramerlevin; Business Discussed: business
GARY M. BECKER                                       BECKER, G M        12/19/06         5.30     7714521    390270     12/27/06
Establishment: lunch 12/19; Guests: g becker; Af
filiation: kramer levin; Business Discussed: bus
iness
GARY M. BECKER                                       BECKER, G M        12/19/06         3.78     7714522    390270     12/27/06
Establishment: dinner; Guests: g becker; Affilia
tion: kramer levin; Business Discussed: business
                                                  0951 MEALS/T & E Total :             124.08


                                                        Costs Total :               3,756.22
```

```
Alp 132r: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE   12
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/22/2007 16:29:47

Matter No: 056772-00012                                              Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status        : ACTIVE

   B I L L E D   C O S T S   S U M M A R Y
Code Description            Amount          Bill         W/O / W/u       Transfer To     Clnt/Mtr      Carry Forward

0815 TELECOPIER              21.00
0816 VELOBINDINGS            30.00
0817 TABS                   128.00
0820 PHOTOCOPYING           457.95
0841 RESEARCH SERVICES       35.00
0885 LONG-DISTANCE TEL.     108.75
0917 WESTLAW ON LINE RESEARCH  464.52
0921 LEXIS/NEXIS ON-LINE RESEA  44.46
0940 CAB FARES              310.50
0942 MEALS/IN-HOUSE         198.69
0950 OUT-OF-TOWN TRAVEL   1,833.28
0951 MEALS/T & E            124.09

           Costs Total :  3,756.22
```