Summary of PwC's Fees By Individual:
Twenty Second Interim Quarterly Reporting Period
July 1, 2006 through September 30, 2006

Professional Profiles
W. R. Grace - Time Tracking Summary
For the Quarter Ended June 30, 2006

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Adam Gale Total | Audit Associate | 2 | Integrated Audit | $148.00 | 16.0 | $ 2,368.00 |
| Adam Lueck Total | Audit Associate | <1 | Integrated Audit | $112.00 | 79.0 | $ 8,848.00 |
| Bret Cohen Total | Risk Partner | 25+ | Integrated Audit | $899.00 | 1.4 | $ 1,258.60 |
| Christopher W Park Total | Audit Senior Associate | 2 | Integrated Audit | $183.00 | 64.5 | $ 9,504.50 |
| Cindy Y Chen Total | Audit Senior Associate | 2 | Integrated Audit | $202.00 | 22.0 | $ 4,444.00 |
| Cody L. Smith Total | Risk Partner | 25+ | Integrated Audit | $899.00 | 3.0 | $ 2,697.00 |
| Daniel Spratt Total | Tax Manager | 5 | Integrated Audit | $314.00 | 30.6 | $ 9,608.40 |
| David C Lloyd Total | Audit Senior Manager | 14 | Integrated Audit | $376.00 | 27.8 | $ 10,452.80 |
| Diana Ravitz Total | Tax Senior Associate | 3 | Integrated Audit | $221.00 | 3.0 | $ 663.00 |
| Douglas Parker Total | Audit Senior Manager | 11 | Integrated Audit | $376.00 | 12.0 | $ 4,512.00 |
| Edom Aweke Total | Advisory Associate | 1 | Integrated Audit | $191.00 | 2.0 | $ 382.00 |
| Erica Margolius Total | Audit Associate | 1 | Integrated Audit | $145.00 | 363.1 | $ 49,896.70 |
| Elsa P Velasco Total | Audit Manager | 10+ | Integrated Audit | $273.00 | 2.0 | $ 546.00 |

| Name | Title | Years | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| George B. Baccash Total | Tax Partner | 30 | Integrated Audit | $652.00 | 3.5 | $ 2,282.00 |
| Heather Mitchell Total | Audit Associate | <1 | Integrated Audit | $112.00 | 51.0 | $ 5,712.00 |
| James Geary Total | Risk Partner | 25+ | Integrated Audit | $830.00 | 3.0 | $ 2,490.00 |
| Johnathan Fish Total | Advisory Associate | 5 | Integrated Audit | $283.00 | 30.0 | $ 8,490.00 |
| John E Newstead Total | Audit Partner | 10+ | Integrated Audit | $586.00 | 10.5 | $ 6,153.00 |
| Josef Van Wyk Total | Audit Manager | 11 | Integrated Audit | $273.00 | 11.0 | $ 3,003.00 |
| Kelly deMayo Total | Advisory Associate | 1 | Integrated Audit | $191.00 | 15.0 | $ 2,865.00 |
| Lisa Slotznick Total | Director | 26 | Integrated Audit | $551.00 | 0.5 | $ 275.50 |
| Lynda Keorlet Total | Audit Associate | 1 | Integrated Audit | $112.00 | 159.9 | $ 17,908.80 |
| Lindesy Waldron Total | Audit Associate | 1 | Integrated Audit | $133.00 | 50.9 | $ 6,769.70 |
| Maria Afuang Total | Audit Senior Associate | 4 | Integrated Audit | $207.90 | 328.6 | $ 65,875.25 |
| Marvin de Guzman Total | Audit Manager | 4 | Integrated Audit | $285.00 | 190.5 | $ 54,292.50 |
| Matthew G. Bosseler Total | Audit Senior Associate | 9 | Integrated Audit | $295.00 | 9.5 | $ 2,668.30 |
| Michael McDonnell Total | Audit Senior Associate | 3 | Integrated Audit | $196.00 | 58.1 | $ 10,919.60 |
| Michelle Parad Total | Audit Associate | 1 | Integrated Audit | $112.00 | 3.0 | $ 336.00 |
| Nicole Heisler Total | Audit Associate | 1 | Integrated Audit | $140.00 | 67.0 | $ 9,380.00 |
| Pamela Reinhardt Total | Audit Senior Associate | 3 | Integrated Audit | $208.00 | 158.0 | $ 31,016.00 |
| Phillip Crosby Total | Audit Associate | <1 | Integrated Audit | $140.00 | 37.0 | $ 5,180.00 |
| Raul Quiroz Total | Advisory Manager | 6 | Integrated Audit | $295.00 | 1.0 | $ 295.00 |
| Robert Eydt Total | Risk Partner | 25+ | Integrated Audit | $865.00 | 7.0 | $ 6,055.00 |
| Robert R. Keehan Total | Audit Partner | 18 | Integrated | $656.00 | 1.0 | $ 656.00 |

| | | | | | |
|---|---|---|---|---|---|
| Roosevelt Barros Total | Audit Intern | 1 | Audit | $84.00 | 143.6 | $ 12,062.40 |
| Samara Linsky Total | Risk Senior Manager | 20+ | Integrated Audit | $656.00 | 5.1 | $ 3,345.60 |
| Sandra David Total | Audit Manager | 10+ | Integrated Audit | $285.00 | 26.5 | $ 7,552.50 |
| Tom Kalinosky Total | Risk Director | 30 | Integrated Audit | $467.00 | 27.5 | $ 12,842.50 |
| Vadim Riber Total | Risk Senior Manager | 20+ | Integrated Audit | $656.00 | 10.6 | $ 6,953.60 |
| William Bishop Total | Audit Partner | 27 | Integrated Audit | $656.00 | 58.2 | $ 38,179.20 |
| Youhan Lee Total | Audit Associate | <1 | Integrated Audit | $140.00 | 37.1 | $ 5,194.00 |
| Zachary Creighton Total | Audit Associate | <1 | Integrated Audit | $112.00 | 10.5 | $ 1,176.00 |
| Grand Total | | | | | 2,141.50 | $ 435,109.45 |

Summary of PwC's Fees By Project:
Twenty Second Interim Quarterly Reporting Period
July 1, 2006 through September 30, 2006

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 47.5 | $4,735.20 |

| | | |
|---|---|---|
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial- Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 2,141.50 | $435,109.45 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 2,189.00 | $439,844.65 |

PricewaterhouseCoopers LLP
Summary of Expenses
Twenty Second Interim Quarterly Reporting Period
July 1, 2006 through September 30, 2006

| Type of Expense | |
|---|---|
| Transportation | $7,087.77 |
| Lodging | 2,451.59 |
| Sundry | 62.72 |
| Business Meals | 1,311.79 |
| Grand Total for the Fee Period July 1, 2006 through September 30, 2006 | $10,913.87 |