# EXHIBIT - A

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et. al.* | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors | : | (Jointly Administered) |
| | : | Hearing Date: April 2, 2007 at 2:00 p.m. |
| | : | Objections Due: March 16, 2007 at 4:00 p.m. |
| | : | |

**ORDER APPROVING TWENTY-SECOND QUARTERLY**
**FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP,**
**AUDITORS AND TAX CONSULTANTS FOR DEBTORS, FOR**
**ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the Twenty-second Quarterly Fee Application of PricewaterhouseCoopers LLP ("PwC"), Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses, incurred during the interim period July 1, 2006 through September 30, 2006, dated February 23, 2007 (the "Application"); and upon the Certification of William Bishop in support of the Application; and upon a hearing having been held before this Court to consider the Twenty-second Quarterly Fee Application on April 2, 2007 at 2:00 p.m.; and upon notice having been given pursuant to Bankruptcy Rule 2002(a)(7) and (c)(2); and due consideration having been given to any responses thereto, and sufficient cause having been shown therefore, it is hereby:

ORDERED that the Twenty-second Quarterly Fee Application is approved, and it is further

{02411}

ORDERED that the compensation for services rendered in the amount of $435,109.45 (plus $4,735.20 for preparing the related fee applications) and expenses in the aggregate amount of $10,913.87 is hereby granted to PwC.

Dated: _____, 2007

                                                      Judith K. Fitzgerald
                                                      United States Bankruptcy Judge

{02411}