# EXHIBIT 1



Exhibit 1

July 12 v. December 19 CMO