IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Re: Docket No. 14289** |

### CERTIFICATION OF COUNSEL REGARDING ORDER REGARDING WISE & JULIAN'S MOTION FOR EXTENSION OF TIME TO RESPOND TO THE W. R. GRACE ASBESTOS PERSONAL INJURY QUESTIONNAIRE

1.       On January 12, 2007, Wise & Julian P.C. ("Movant") filed their *Motion for Extension of Time to Submit Supplemental Questionnaire Response of Claimant John Bennett* (the "Motion") seeking an extension of two weeks to submit a W. R. Grace Asbestos Personal Injury Questionnaire Response of Claimant John Bennett (Docket No. 14007).

2.       The Debtors and the Movant have agreed on the proposed form of Order which resolves the Motion.

3.    Accordingly, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience.

Dated: February _23_, 2007

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Lisa G. Esayian
200 East Randolph Drive
Chicago, Illinois 60601
Telephone:  (312) 861-2000
Facsimile:  (312) 861-2200

And

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

_James E. O'Neill_

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042 )
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for Debtors and Debtors in
Possession