IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Docket No. 14289 |
| | ) | Feb. 26, 2007 Agenda No. 12 |

**ORDER REGARDING WISE & JULIAN'S MOTION FOR EXTENSION OF TIME TO RESPOND TO THE W.R GRACE ASBESTOS PERSONAL INJURY QUESTIONNAIRE**

Whereas, on January 12, 2007, Wise & Julian sought an extension of two weeks to submit a W.R. Grace Asbestos Personal Injury Questionnaire Response for Claimant John Bennett. *See* Motion for Extension of Time to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire Response of Claimant John Bennett (Docket No. 14289) (the "Motion"); and

Whereas, on January 15, 2007, Wise & Julian submitted Mr. Bennett's Response to Rust Consulting. Debtors have informed Wise & Julian that the Response has been accepted for processing. The parties agree that, to the extent that the Motion seeks additional time to file Mr. Bennett's Response beyond January 15, 2007, it is moot. Accordingly, the parties request entry of this order.

It is hereby **ORDERED**:

1. At the parties' request the Court makes no ruling on the Motion.

**SO ORDERED**

Dated: February ___, 2007

_____<br>
Honorable Judith K. Fitzgerald<br>
United States Bankruptcy Judge

DOCS_DE:125353.1