IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 14063 |
| | ) | 1/23/07 Agenda Item No. 6 |

## SECOND ORDER GRANTING RELIEF SOUGHT IN DEBTORS' TWENTIETH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) (DOCKET NO. 14063)

Upon the Twentieth Omnibus Objection to Claims (Substantive) (the "Twentieth Omnibus Objection") filed by the above captioned debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order expunging and disallowing, reclassifying or reducing, as appropriate, certain claims (collectively, the "Claims" and, each a "Claim"); and no previous application having been made, and upon consideration of the matters set forth herein; and due and proper notice of the Twentieth Omnibus Objection having been given, it is hereby

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company. Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings. Inc.), Grace Offshore Company. Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intemedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

ORDERED that, the Objection to the Claim listed on <u>Exhibit A</u> to this Order is sustained, and the Claim listed on <u>Exhibit A</u> under the heading "Reclassify and Allow" is reclassified and allowed as a general unsecured claim; and it is further

ORDERED that, the Objection to each of the Claims listed on <u>Exhibit B</u> to this Order under the heading "Continued" is continued to the April 2, 2007 omnibus hearing; and it is further

ORDERED that the rights of the Debtors to object to any Claim listed on <u>Exhibit B</u> for any reason are expressly preserved, except as provided for herein; and it is further

ORDERED that, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, made applicable in the contested matter by Rule 7054 and 9014 of the Federal Rules of Bankruptcy Procedure, the Court hereby directs entry of a final judgment with respect to the Claims objected to in the Twentieth Omnibus Objection as to which relief is entered by this Court, having determined that there is no just reason for delay in the entry of judgment on these matters; and it is further

ORDERED that, this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: February 25, 2007

*Judith K. Fitzgerald*
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

Hearing Date: Monday, February 26, 2007

## In re: W.R. GRACE & CO., et al
## OMNIBUS 20 - EXHIBIT A - SUSTAINED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Claim Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 1 | SIERRA LIQUIDITY FUND<br><br>RE: XEROX CORPORATION<br>2699 WHITE RD<br>STE 255<br>IRVINE CA 92614 | 01-01140<br><br>W.R. GRACE & CO.-CONN. | 690 | $553.52<br>$4,210.63 | (S)<br>(U) | RECLASSIFY, REDUCE & ALLOW | $4,764.15 | (U) | Reclassify & Allow |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative      (S) - Secured
(P) - Priority              (U) - Unsecured

Page 1 of 1

2/22/2007 2:01:39 PM

Hearing Date: Monday, April 2, 2007

In re: W.R. GRACE & CO., et al
OMNIBUS 20 - EXHIBIT B - CONTINUED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | CENDANT MOBILITY SERVICES CORPORATION<br>ATTN WAYNE RIGIE<br>40 APPLE RIDGE RD<br>DANBURY CT 06810 | 01-01139<br>W.R. GRACE & CO. | 9837 | $270,250.62 | (U) | REDUCE AND ALLOW | CONTINUED TO 4/2/2007 2:00PM |
| 2 | ESTATE OF ROSARIO RAPISARDI<br>C/O JAMES RAPISARDI<br>2251 TOWNSHIP LINE RD<br>LOGAN TWP NJ 08085 | 01-01160<br>GLOUCESTER NEW COMMUNITIES COMPANY, INC. | 15073 | $680,060.44 | (U) | NO LIABILITY EXPUNGE | CONTINUED TO 4/2/2007 2:00PM |
| 3 | GRAU, JAMES AND ANNA<br>C/O RICHARD L FERRELL ESQ<br>425 WALNUT ST STE 1800<br>CINCINNATI OH 45202 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9688 | $800,000.00 | (U) | NO LIABILITY EXPUNGE | CONTINUED TO 4/2/2007 2:00PM |
| 4 | HARY GRAU & SONS INC<br>C/O RICHARD L FERRELL ESQ<br>TAFT STETTINIUS & HOLLISTER LLP<br>425 WALNUT ST STE 1800<br>CINCINNATI OH 45202 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9687 | $800,000.00 | (U) | NO LIABILITY EXPUNGE | CONTINUED TO 4/2/2007 2:00PM |
| 5 | PELETT, WALTER D<br>823 SE 3RD AVE<br>PORTLAND OR 97214 | 01-01139<br>W.R. GRACE & CO. | 2519 | $52,516.76 | (U) | NO LIABILITY EXPUNGE | CONTINUED TO 4/2/2007 2:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
  (P) - Priority        (U) - Unsecured

Page 1 of 1

2/22/2007 2:03:02 PM