IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 14290** |
| | ) | **Feb. 26, 2007 Agenda No. 13** |

### ORDER REGARDING EARLY, LUDWICK, SWEENEY & STRAUSS, LLC'S MOTION FOR EXTENSION OF TIME FOR CERTAIN CLAIMANTS TO SUPPLEMENT RESPONSES TO THE W.R. GRACE ASBESTOS PERSONAL INJURY QUESTIONNAIRE

Whereas, on January 11, 2007 Early, Ludwick, Sweeney & Strauss LLC ("Early Ludwick") sought an extension of three weeks to submit approximately 230 supplements to its W.R. Grace Asbestos Personal Injury Questionnaire Responses ("Responses"). *See* Early Ludwick, Sweeney & Strauss LLC's Motion for Extension of Time for Certain Claimants to Supplement Responses to the W.R. Grace Asbestos Personal Injury Questionnaire (Docket No. 14290) (the "Motion"); and

Whereas, on or about January 25, 2007 Early Ludwick submitted 108 supplemental Questionnaires to Rust Consulting ("Rust"). Debtors have informed Early Ludwick that the Responses have been accepted for processing. The parties agree that, to the extent that the Motion seeks additional time to file the Responses beyond the date the Responses were submitted, it is now moot. Accordingly, the parties request entry of this order.

It is hereby **ORDERED**:

1. At the parties' request the Court makes no ruling on the Motion.

**SO ORDERED**

Dated: February __25__, 2007

*Judith K. Fitzgerald*
Honorable Judith K. Fitzgerald   **rmab**
United States Bankruptcy Judge