IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 14407** |

## ORDER REGARDING THE LAW OFFICES OF ALWYN H. LUCKEY'S MOTION FOR EXTENSION OF TIME TO RESPOND TO THE W.R GRACE ASBESTOS PERSONAL INJURY QUESTIONNAIRE

Whereas, on January 26, 2007, the Law Offices of Alwyn H. Luckey (the "Luckey Firm") sought an extension until February 9, 2007 to submit 300 W.R. Grace Asbestos Personal Injury Questionnaire Responses ("Responses"). *See* Motion for Extension of Time to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire (Docket No. 14007) (the "Motion"); and

Whereas, on February 6, 2007, the Luckey Firm submitted 203 new Questionnaires and 88 supplemental Questionnaires to Rust Consulting ("Rust"). Debtors have informed the Luckey Firm that the Responses have been accepted for processing. The parties agree that, to the extent that the Motion seeks additional time to file the Responses beyond February 6, 2007, it is moot. Accordingly, the parties request entry of this order.

It is hereby **ORDERED**:

1.  At the parties' request the Court makes no ruling on the Motion; and

2.	The parties reserve all rights with regard to the Motion, including, but not limited to, Debtors' right to raise further issues with regard to the timeliness of the new Responses and the Luckey Firm's right to pursue the relief sought under the Motion with regard to the extension of time for the submission of the new Responses.

**SO ORDERED**

Dated: February **25**, 2007

*Judith K. Fitzgerald*
Honorable Judith K. Fitzgerald    rmab
United States Bankruptcy Judge