IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:
W.R. Grace & Co., *et al*.

     Debtor(s)

Bankruptcy No. 01-1139-JKF

Chapter 11

**Related to Doc. Nos. 14510, 14480, 12406, 13120**

**ORDER RESCHEDULING HEARING ON ALL PROPERTY DAMAGE CLAIMS
TO SET PROCESS FOR TRIAL FROM FEBRUARY 21, 2007, TO MARCH 8, 2007**

     **AND NOW,** this **26th** day of **February, 2007**, it is **ORDERED** that the above matter is rescheduled to **March 8, 2007**, at **9:00 a.m.,** prevailing Eastern time, by telephone. **All parties must appear telephonically**. Personal appearance is not required.

     It is **FURTHER ORDERED** that counsel for Debtors shall immediately serve a copy of this Order on all parties in interest and shall file a certificate of service forthwith.

*Judith K. Fitzgerald*
Judith K. Fitzgerald   rmab
United States Bankruptcy Judge