# EXHIBIT A

Exhibit A
Other Cross-Debtor Duplicate Claims

| Creditor | Other Cross-Debtor Duplicate Claims to be Expunged | | | | Other Cross-Debtor Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim # | Case # Claim Filed In | Individual Claim Amount | Type of Claim (S/P/U) | | Claim # | Case # Claim Filed In | Individual Claim Amount | Type of Claim (S/P/U) |
| Central Puget Sound Regional Transit Authority | 9223 | 01-01139 | $87,960.60 | U | 9123 | 01-01140 | $87,960.60 | U |
| Century Indemnity Company et al | 9572 | 01-01139 | Unknown | U | 9573 | 01-01140 | Unknown | U |
| | 9574 | 01-01141 | Unknown | U | | | | |
| | 9575 | 01-01142 | Unknown | U | | | | |
| | 9576 | 01-01143 | Unknown | U | | | | |
| | 9577 | 01-01144 | Unknown | U | | | | |
| | 9578 | 01-01145 | Unknown | U | | | | |
| | 9579 | 01-01146 | Unknown | U | | | | |
| | 9580 | 01-01147 | Unknown | U | | | | |
| | 9581 | 01-01148 | Unknown | U | | | | |
| | 9582 | 01-01149 | Unknown | U | | | | |
| | 9583 | 01-01150 | Unknown | U | | | | |
| | 9584 | 01-01151 | Unknown | U | | | | |
| | 9585 | 01-01152 | Unknown | U | | | | |
| | 9586 | 01-01153 | Unknown | U | | | | |
| | 9587 | 01-01154 | Unknown | U | | | | |
| | 9588 | 01-01155 | Unknown | U | | | | |
| | 9589 | 01-01156 | Unknown | U | | | | |
| | 9590 | 01-01157 | Unknown | U | | | | |
| | 9591 | 01-01158 | Unknown | U | | | | |
| | 9592 | 01-01159 | Unknown | U | | | | |
| | 9593 | 01-01160 | Unknown | U | | | | |
| | 9594 | 01-01161 | Unknown | U | | | | |
| | 9595 | 01-01162 | Unknown | U | | | | |
| | 9596 | 01-01163 | Unknown | U | | | | |
| | 9597 | 01-01164 | Unknown | U | | | | |
| | 9598 | 01-01165 | Unknown | U | | | | |
| | 9599 | 01-01166 | Unknown | U | | | | |
| | 9600 | 01-01167 | Unknown | U | | | | |
| | 9601 | 01-01168 | Unknown | U | | | | |
| | 9602 | 01-01169 | Unknown | U | | | | |
| | 9603 | 01-01170 | Unknown | U | | | | |
| | 9604 | 01-01171 | Unknown | U | | | | |
| | 9605 | 01-01172 | Unknown | U | | | | |
| | 9606 | 01-01173 | Unknown | U | | | | |
| | 9607 | 01-01174 | Unknown | U | | | | |
| | 9608 | 01-01175 | Unknown | U | | | | |
| | 9609 | 01-01176 | Unknown | U | | | | |
| | 9610 | 01-01177 | Unknown | U | | | | |
| | 9611 | 01-01178 | Unknown | U | | | | |
| | 9612 | 01-01179 | Unknown | U | | | | |
| | 9613 | 01-01180 | Unknown | U | | | | |
| | 9614 | 01-01181 | Unknown | U | | | | |

Exhibit A
Other Cross-Debtor Duplicate Claims

| Creditor | Other Cross-Debtor Duplicate Claims to be Expunged | | | | Other Cross-Debtor Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim # | Case # Claim Filed In | Individual Claim Amount | Type of Claim (S/P/U) | Claim # | Case # Claim Filed In | Individual Claim Amount | Type of Claim (S/P/U) |
| | 9615 | 01-01182 | Unknown | U | | | | |
| | 9616 | 01-01183 | Unknown | U | | | | |
| | 9617 | 01-01184 | Unknown | U | | | | |
| | 9618 | 01-01185 | Unknown | U | | | | |
| | 9619 | 01-01186 | Unknown | U | | | | |
| | 9620 | 01-01187 | Unknown | U | | | | |
| | 9621 | 01-01188 | Unknown | U | | | | |
| | 9622 | 01-01189 | Unknown | U | | | | |
| | 9623 | 01-01190 | Unknown | U | | | | |
| | 9624 | 01-01191 | Unknown | U | | | | |
| | 9625 | 01-01192 | Unknown | U | | | | |
| | 9626 | 01-01193 | Unknown | U | | | | |
| | 9627 | 01-01194 | Unknown | U | | | | |
| | 9628 | 01-01195 | Unknown | U | | | | |
| | 9629 | 01-01196 | Unknown | U | | | | |
| | 9630 | 01-01197 | Unknown | U | | | | |
| | 9631 | 01-01198 | Unknown | U | | | | |
| | 9632 | 01-01199 | Unknown | U | | | | |
| | 9633 | 01-01200 | Unknown | U | | | | |
| Estate of Jeffrey Chwala | 4388 | 01-01188 | $8,000,000.00 | U | 4389 | 01-01140 | $8,000,000.00 | U |
| | 4391 | 01-01139 | $8,000,000.00 | U | | | | |
| GAF Corp G-I Holdings | 7886 | 01-01200 | Unknown | U | 7946 | 01-01140 | Unknown | U |
| | 7887 | 01-01199 | Unknown | U | | | | |
| | 7888 | 01-01198 | Unknown | U | | | | |
| | 7889 | 01-01197 | Unknown | U | | | | |
| | 7890 | 01-01196 | Unknown | U | | | | |
| | 7891 | 01-01195 | Unknown | U | | | | |
| | 7892 | 01-01194 | Unknown | U | | | | |
| | 7893 | 01-01193 | Unknown | U | | | | |
| | 7894 | 01-01192 | Unknown | U | | | | |
| | 7895 | 01-01191 | Unknown | U | | | | |
| | 7896 | 01-01190 | Unknown | U | | | | |
| | 7897 | 01-01189 | Unknown | U | | | | |
| | 7898 | 01-01188 | Unknown | U | | | | |
| | 7899 | 01-01187 | Unknown | U | | | | |
| | 7900 | 01-01186 | Unknown | U | | | | |
| | 7901 | 01-01185 | Unknown | U | | | | |
| | 7902 | 01-01184 | Unknown | U | | | | |
| | 7903 | 01-01183 | Unknown | U | | | | |
| | 7904 | 01-01182 | Unknown | U | | | | |
| | 7905 | 01-01181 | Unknown | U | | | | |
| | 7906 | 01-01180 | Unknown | U | | | | |
| | 7907 | 01-01179 | Unknown | U | | | | |

Exhibit A
Other Cross-Debtor Duplicate Claims

| Creditor | Other Cross-Debtor Duplicate Claims to be Expunged | | | | Other Cross-Debtor Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim # | Case # Claim Filed In | Individual Claim Amount | Type of Claim (S/P/U) | Claim # | Case # Claim Filed In | Individual Claim Amount | Type of Claim (S/P/U) |
| | 7908 | 01-01178 | Unknown | U | | | | |
| | 7909 | 01-01177 | Unknown | U | | | | |
| | 7910 | 01-01176 | Unknown | U | | | | |
| | 7911 | 01-01175 | Unknown | U | | | | |
| | 7912 | 01-01174 | Unknown | U | | | | |
| | 7913 | 01-01173 | Unknown | U | | | | |
| | 7914 | 01-01172 | Unknown | U | | | | |
| | 7915 | 01-01171 | Unknown | U | | | | |
| | 7916 | 01-01170 | Unknown | U | | | | |
| | 7917 | 01-01169 | Unknown | U | | | | |
| | 7918 | 01-01168 | Unknown | U | | | | |
| | 7919 | 01-01167 | Unknown | U | | | | |
| | 7920 | 01-01166 | Unknown | U | | | | |
| | 7921 | 01-01165 | Unknown | U | | | | |
| | 7922 | 01-01164 | Unknown | U | | | | |
| | 7923 | 01-01163 | Unknown | U | | | | |
| | 7924 | 01-01162 | Unknown | U | | | | |
| | 7925 | 01-01161 | Unknown | U | | | | |
| | 7926 | 01-01160 | Unknown | U | | | | |
| | 7927 | 01-01159 | Unknown | U | | | | |
| | 7928 | 01-01158 | Unknown | U | | | | |
| | 7929 | 01-01157 | Unknown | U | | | | |
| | 7930 | 01-01156 | Unknown | U | | | | |
| | 7931 | 01-01155 | Unknown | U | | | | |
| | 7932 | 01-01154 | Unknown | U | | | | |
| | 7933 | 01-01153 | Unknown | U | | | | |
| | 7934 | 01-01152 | Unknown | U | | | | |
| | 7935 | 01-01151 | Unknown | U | | | | |
| | 7936 | 01-01150 | Unknown | U | | | | |
| | 7937 | 01-01149 | Unknown | U | | | | |
| | 7938 | 01-01148 | Unknown | U | | | | |
| | 7939 | 01-01147 | Unknown | U | | | | |
| | 7940 | 01-01146 | Unknown | U | | | | |
| | 7941 | 01-01145 | Unknown | U | | | | |
| | 7942 | 01-01144 | Unknown | U | | | | |
| | 7943 | 01-01143 | Unknown | U | | | | |
| | 7944 | 01-01142 | Unknown | U | | | | |
| | 7945 | 01-01141 | Unknown | U | | | | |
| | 7947 | 01-01139 | Unknown | U | | | | |
| ICI Americas Inc | 13960 | 01-01139 | $10,577,000.00 | U | 13961 | 01-01140 | $10,577,000.00 | U |
| | 13962 | 01-01194 | $10,577,000.00 | U | | | | |
| Irving Shaffer as Trustee Shaffer Realty Nominee Trust | 6593 | 01-01139 | $75,000.00 | U | 6078 | 01-01140 | $75,000.00 | U |

Exhibit A
Other Cross-Debtor Duplicate Claims

| Creditor | Other Cross-Debtor Duplicate Claims to be Expunged | | | | Other Cross-Debtor Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim # | Case # Claim Filed In | Individual Claim Amount | Type of Claim (S/P/U) | Claim # | Case # Claim Filed In | Individual Claim Amount | Type of Claim (S/P/U) |
| Kitti, Samantha | 4386 | 01-01139 | $8,000,000.00 | U | 4390 | 01-01140 | $8,000,000.00 | U |
| | 4387 | 01-01188 | $8,000,000.00 | U | | | | |
| Maryland Casualty Company | 15376 | 01-01139 | Unknown | U | 15415 | 01-01140 | Unknown | U |
| | 15377 | 01-01141 | Unknown | U | | | | |
| | 15380 | 01-01144 | Unknown | U | | | | |
| | 15381 | 01-01145 | Unknown | U | | | | |
| | 15382 | 01-01146 | Unknown | U | | | | |
| | 15383 | 01-01147 | Unknown | U | | | | |
| | 15384 | 01-01148 | Unknown | U | | | | |
| | 15385 | 01-01149 | Unknown | U | | | | |
| | 15386 | 01-01150 | Unknown | U | | | | |
| | 15387 | 01-01151 | Unknown | U | | | | |
| | 15388 | 01-01152 | Unknown | U | | | | |
| | 15389 | 01-01153 | Unknown | U | | | | |
| | 15390 | 01-01154 | Unknown | U | | | | |
| | 15391 | 01-01155 | Unknown | U | | | | |
| | 15392 | 01-01156 | Unknown | U | | | | |
| | 15393 | 01-01157 | Unknown | U | | | | |
| | 15394 | 01-01158 | Unknown | U | | | | |
| | 15395 | 01-01159 | Unknown | U | | | | |
| | 15396 | 01-01160 | Unknown | U | | | | |
| | 15397 | 01-01161 | Unknown | U | | | | |
| | 15398 | 01-01162 | Unknown | U | | | | |
| | 15399 | 01-01163 | Unknown | U | | | | |
| | 15400 | 01-01164 | Unknown | U | | | | |
| | 15401 | 01-01165 | Unknown | U | | | | |
| | 15402 | 01-01166 | Unknown | U | | | | |
| | 15403 | 01-01167 | Unknown | U | | | | |
| | 15404 | 01-01168 | Unknown | U | | | | |
| | 15405 | 01-01169 | Unknown | U | | | | |
| | 15406 | 01-01170 | Unknown | U | | | | |
| | 15407 | 01-01171 | Unknown | U | | | | |
| | 15408 | 01-01172 | Unknown | U | | | | |
| | 15409 | 01-01173 | Unknown | U | | | | |
| | 15410 | 01-01174 | Unknown | U | | | | |
| | 15411 | 01-01175 | Unknown | U | | | | |
| | 15412 | 01-01176 | Unknown | U | | | | |
| | 15412 | 01-01176 | Unknown | U | | | | |
| | 15413 | 01-01177 | Unknown | U | | | | |
| | 15414 | 01-01179 | Unknown | U | | | | |
| | 15416 | 01-01180 | Unknown | U | | | | |
| | 15417 | 01-01181 | Unknown | U | | | | |

Exhibit A
Other Cross-Debtor Duplicate Claims

| Creditor | Other Cross-Debtor Duplicate Claims to be Expunged | | | | Other Cross-Debtor Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim # | Case # Claim Filed In | Individual Claim Amount | Type of Claim (S/P/U) | | Claim # | Case # Claim Filed In | Individual Claim Amount | Type of Claim (S/P/U) |
| | 15418 | 01-01182 | Unknown | U | | | | |
| | 15419 | 01-01183 | Unknown | U | | | | |
| | 15420 | 01-01184 | Unknown | U | | | | |
| | 15421 | 01-01185 | Unknown | U | | | | |
| | 15422 | 01-01186 | Unknown | U | | | | |
| | 15423 | 01-01187 | Unknown | U | | | | |
| | 15424 | 01-01188 | Unknown | U | | | | |
| | 15425 | 01-01189 | Unknown | U | | | | |
| | 15426 | 01-01190 | Unknown | U | | | | |
| | 15427 | 01-01191 | Unknown | U | | | | |
| | 15428 | 01-01192 | Unknown | U | | | | |
| | 15429 | 01-01193 | Unknown | U | | | | |
| | 15430 | 01-01194 | Unknown | U | | | | |
| | 15431 | 01-01195 | Unknown | U | | | | |
| | 15432 | 01-01196 | Unknown | U | | | | |
| | 15433 | 01-01197 | Unknown | U | | | | |
| | 15434 | 01-01198 | Unknown | U | | | | |
| | 15435 | 01-01199 | Unknown | U | | | | |
| | 15436 | 01-01200 | Unknown | U | | | | |
| | 15439 | 01-01178 | Unknown | U | | | | |
| One Beacon America Insurance Company | 15592 | 01-01139 | Unknown | S/U | 15593 | 01-01140 | Unknown | S/U |
| | 15594 | 01-01142 | Unknown | S/U | | | | |
| | 15595 | 01-01141 | Unknown | S/U | | | | |
| | 15596 | 01-01143 | Unknown | S/U | | | | |
| | 15597 | 01-01144 | Unknown | S/U | | | | |
| | 15598 | 01-01145 | Unknown | S/U | | | | |
| | 15599 | 01-01146 | Unknown | S/U | | | | |
| | 15600 | 01-01147 | Unknown | S/U | | | | |
| | 15601 | 01-01148 | Unknown | S/U | | | | |
| | 15602 | 01-01149 | Unknown | S/U | | | | |
| | 15603 | 01-01150 | Unknown | S/U | | | | |
| | 15604 | 01-01151 | Unknown | S/U | | | | |
| | 15605 | 01-01152 | Unknown | S/U | | | | |
| | 15606 | 01-01153 | Unknown | S/U | | | | |
| | 15607 | 01-01154 | Unknown | S/U | | | | |
| | 15608 | 01-01155 | Unknown | S/U | | | | |
| | 15609 | 01-01156 | Unknown | S/U | | | | |
| | 15610 | 01-01157 | Unknown | S/U | | | | |
| | 15611 | 01-01158 | Unknown | S/U | | | | |
| | 15612 | 01-01159 | Unknown | S/U | | | | |
| | 15613 | 01-01160 | Unknown | S/U | | | | |
| | 15614 | 01-01161 | Unknown | S/U | | | | |
| | 15615 | 01-01162 | Unknown | S/U | | | | |

2/26/2007

Exhibit A
Other Cross-Debtor Duplicate Claims

| Creditor | Other Cross-Debtor Duplicate Claims to be Expunged | | | | Other Cross-Debtor Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim # | Case # Claim Filed In | Individual Claim Amount | Type of Claim (S/P/U) | Claim # | Case # Claim Filed In | Individual Claim Amount | Type of Claim (S/P/U) |
| | 15616 | 01-01163 | Unknown | S/U | | | | |
| | 15617 | 01-01164 | Unknown | S/U | | | | |
| | 15618 | 01-01165 | Unknown | S/U | | | | |
| | 15619 | 01-01166 | Unknown | S/U | | | | |
| | 15620 | 01-01167 | Unknown | S/U | | | | |
| | 15621 | 01-01168 | Unknown | S/U | | | | |
| | 15622 | 01-01169 | Unknown | S/U | | | | |
| | 15623 | 01-01170 | Unknown | S/U | | | | |
| | 15624 | 01-01171 | Unknown | S/U | | | | |
| | 15625 | 01-01172 | Unknown | S/U | | | | |
| | 15626 | 01-01173 | Unknown | S/U | | | | |
| | 15627 | 01-01174 | Unknown | S/U | | | | |
| | 15628 | 01-01175 | Unknown | S/U | | | | |
| | 15629 | 01-01176 | Unknown | S/U | | | | |
| | 15630 | 01-01177 | Unknown | S/U | | | | |
| | 15631 | 01-01178 | Unknown | S/U | | | | |
| | 15632 | 01-01179 | Unknown | S/U | | | | |
| | 15633 | 01-01180 | Unknown | S/U | | | | |
| | 15634 | 01-01181 | Unknown | S/U | | | | |
| | 15635 | 01-01182 | Unknown | S/U | | | | |
| | 15636 | 01-01183 | Unknown | S/U | | | | |
| | 15637 | 01-01184 | Unknown | S/U | | | | |
| | 15638 | 01-01185 | Unknown | S/U | | | | |
| | 15639 | 01-01186 | Unknown | S/U | | | | |
| | 15640 | 01-01187 | Unknown | S/U | | | | |
| | 15641 | 01-01188 | Unknown | S/U | | | | |
| | 15642 | 01-01189 | Unknown | S/U | | | | |
| | 15643 | 01-01190 | Unknown | S/U | | | | |
| | 15644 | 01-01191 | Unknown | S/U | | | | |
| | 15645 | 01-01192 | Unknown | S/U | | | | |
| | 15646 | 01-01193 | Unknown | S/U | | | | |
| | 15647 | 01-01194 | Unknown | S/U | | | | |
| | 15648 | 01-01195 | Unknown | S/U | | | | |
| | 15649 | 01-01196 | Unknown | S/U | | | | |
| | 15650 | 01-01197 | Unknown | S/U | | | | |
| | 15651 | 01-01198 | Unknown | S/U | | | | |
| | 15652 | 01-01199 | Unknown | S/U | | | | |
| | 15653 | 01-01200 | Unknown | S/U | | | | |
| Robertson-Ceco Corporation | 9559 | 01-01139 | Unknown | U | 9558 | 01-01140 | Unknown | U |
| Seaton Insurance Company | 15532 | 01-01141 | Unknown | S/U | 15531 | 01-01140 | Unknown | S/U |
| | 15533 | 01-01142 | Unknown | S/U | | | | |
| | 15534 | 01-01143 | Unknown | S/U | | | | |
| | 15535 | 01-01144 | Unknown | S/U | | | | |

2/26/2007

Exhibit A
Other Cross-Debtor Duplicate Claims

| Creditor | Other Cross-Debtor Duplicate Claims to be Expunged | | | | Other Cross-Debtor Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim # | Case # Claim Filed In | Individual Claim Amount | Type of Claim (S/P/U) | Claim # | Case # Claim Filed In | Individual Claim Amount | Type of Claim (S/P/U) |
| | 15536 | 01-01145 | Unknown | S/U | | | | |
| | 15537 | 01-01146 | Unknown | S/U | | | | |
| | 15538 | 01-01147 | Unknown | S/U | | | | |
| | 15539 | 01-01148 | Unknown | S/U | | | | |
| | 15540 | 01-01149 | Unknown | S/U | | | | |
| | 15541 | 01-01150 | Unknown | S/U | | | | |
| | 15542 | 01-01151 | Unknown | S/U | | | | |
| | 15543 | 01-01152 | Unknown | S/U | | | | |
| | 15544 | 01-01153 | Unknown | S/U | | | | |
| | 15545 | 01-01154 | Unknown | S/U | | | | |
| | 15546 | 01-01155 | Unknown | S/U | | | | |
| | 15547 | 01-01156 | Unknown | S/U | | | | |
| | 15548 | 01-01157 | Unknown | S/U | | | | |
| | 15549 | 01-01158 | Unknown | S/U | | | | |
| | 15550 | 01-01159 | Unknown | S/U | | | | |
| | 15551 | 01-01160 | Unknown | S/U | | | | |
| | 15552 | 01-01161 | Unknown | S/U | | | | |
| | 15553 | 01-01162 | Unknown | S/U | | | | |
| | 15554 | 01-01163 | Unknown | S/U | | | | |
| | 15555 | 01-01164 | Unknown | S/U | | | | |
| | 15556 | 01-01165 | Unknown | S/U | | | | |
| | 15557 | 01-01166 | Unknown | S/U | | | | |
| | 15558 | 01-01167 | Unknown | S/U | | | | |
| | 15559 | 01-01168 | Unknown | S/U | | | | |
| | 15560 | 01-01169 | Unknown | S/U | | | | |
| | 15561 | 01-01170 | Unknown | S/U | | | | |
| | 15562 | 01-01171 | Unknown | S/U | | | | |
| | 15563 | 01-01172 | Unknown | S/U | | | | |
| | 15564 | 01-01173 | Unknown | S/U | | | | |
| | 15565 | 01-01174 | Unknown | S/U | | | | |
| | 15566 | 01-01175 | Unknown | S/U | | | | |
| | 15567 | 01-01176 | Unknown | S/U | | | | |
| | 15568 | 01-01177 | Unknown | S/U | | | | |
| | 15569 | 01-01178 | Unknown | S/U | | | | |
| | 15570 | 01-01179 | Unknown | S/U | | | | |
| | 15571 | 01-01180 | Unknown | S/U | | | | |
| | 15572 | 01-01181 | Unknown | S/U | | | | |
| | 15573 | 01-01182 | Unknown | S/U | | | | |
| | 15574 | 01-01183 | Unknown | S/U | | | | |
| | 15575 | 01-01184 | Unknown | S/U | | | | |
| | 15576 | 01-01185 | Unknown | S/U | | | | |
| | 15577 | 01-01186 | Unknown | S/U | | | | |
| | 15578 | 01-01187 | Unknown | S/U | | | | |

Exhibit A
Other Cross-Debtor Duplicate Claims

| Creditor | Other Cross-Debtor Duplicate Claims to be Expunged | | | | Other Cross-Debtor Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim # | Case # Claim Filed In | Individual Claim Amount | Type of Claim (S/P/U) | Claim # | Case # Claim Filed In | Individual Claim Amount | Type of Claim (S/P/U) |
| | 15579 | 01-01188 | Unknown | S/U | | | | |
| | 15580 | 01-01189 | Unknown | S/U | | | | |
| | 15581 | 01-01190 | Unknown | S/U | | | | |
| | 15582 | 01-01191 | Unknown | S/U | | | | |
| | 15583 | 01-01192 | Unknown | S/U | | | | |
| | 15584 | 01-01193 | Unknown | S/U | | | | |
| | 15585 | 01-01194 | Unknown | S/U | | | | |
| | 15586 | 01-01195 | Unknown | S/U | | | | |
| | 15587 | 01-01196 | Unknown | S/U | | | | |
| | 15588 | 01-01197 | Unknown | S/U | | | | |
| | 15589 | 01-01198 | Unknown | S/U | | | | |
| | 15590 | 01-01199 | Unknown | S/U | | | | |
| | 15591 | 01-01200 | Unknown | S/U | | | | |
| | 15530 | 01-01139 | Unknown | S/U | | | | |
| State of Montana Dept of Environmental Quality | 15297 | 01-01139 | $8,510,022.16 | S/U | 15296 | 01-01140 | $8,510,022.16 | S/U |
| | 15298 | 01-01186 | $8,510,022.16 | S/U | | | | |
| Travelers Casualty and Surety Company | 13936 | 01-01139 | Unknown | U | 13937 | 01-01140 | Unknown | U |
| Tyco Healthcare Group LP | 12787 | 01-01139 | $2,833,655.18 | P | 12789 | 01-01140 | $2,833,655.18 | P |
| | Total # of Other Cross-Debtor Duplicate Claims to be Expunged | | | 318 | Total # of Other Cross-Debtor Surviving Claims | | | 12 |

2/26/2007