# EXHIBIT B

Exhibit B
Sealed Air Cross-Debtor Duplicate Claims

| Creditor | Sealed Air Cross-Debtor Duplicate Claims to be Expunged | | | | Sealed Air Cross-Debtor Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim # | Case # Claim Filed In | Individual Claim Amount | Type of Claim (S/P/U) | Claim # | Case # Claim Filed In | Individual Claim Amount | Type of Claim (S/P/U) |
| CPI Packaging (Sealed Air) | | | | | 14353 | 01-01140 | $4,811,962,836.55 | U |
| Cryovac Chile Holdings LLC (Sealed Air) | 14357 | 01-01139 | $4,811,962,836.55 | U | | | | |
| Cryovac Chile Holdings LLC (Sealed Air) | 14344 | 01-01140 | $4,811,962,836.55 | U | | | | |
| Cryovac Far East Holdings LLC (Sealed Air) | 14352 | 01-01139 | $4,811,962,836.55 | U | | | | |
| Cryovac Far East Holdings LLC (Sealed Air) | 14330 | 01-01140 | $4,811,962,836.55 | U | | | | |
| Cryovac International Holdings Inc (Sealed Air) | 14332 | 01-01139 | $4,811,962,836.55 | U | | | | |
| Cryovac International Holdings Inc (Sealed Air) | 14334 | 01-01140 | $4,811,962,836.55 | U | | | | |
| Cryovac Leasing Corporation (Sealed Air) | 14336 | 01-01139 | $4,811,962,836.55 | U | | | | |
| Cryovac Leasing Corporation (Sealed Air) | 14331 | 01-01140 | $4,811,962,836.55 | U | | | | |
| Cryovac Poland Holdings Inc (Sealed Air) | 14354 | 01-01139 | $4,811,962,836.55 | U | | | | |
| Cryovac Poland Holdings Inc (Sealed Air) | 14333 | 01-01140 | $4,811,962,836.55 | U | | | | |
| Omni Supply Inc (Sealed Air) | 14346 | 01-01139 | $4,811,962,836.55 | U | | | | |
| Omni Supply Inc (Sealed Air) | 14349 | 01-01140 | $4,811,962,836.55 | U | | | | |
| Poly Packaging Systems Inc (Sealed Air) | 14355 | 01-01139 | $4,811,962,836.55 | U | | | | |
| Poly Packaging Systems Inc (Sealed Air) | 14335 | 01-01140 | $4,811,962,836.55 | U | | | | |
| PolyPride Inc (Sealed Air) | 14343 | 01-01139 | $4,811,962,836.55 | U | | | | |
| PolyPride Inc (Sealed Air) | 14345 | 01-01140 | $4,811,962,836.55 | U | | | | |
| Reflectix (Sealed Air) | 14350 | 01-01139 | $4,811,962,836.55 | U | | | | |
| Reflectix (Sealed Air) | 14337 | 01-01140 | $4,811,962,836.55 | U | | | | |
| Sealed Air LLC | 14342 | 01-01139 | $4,811,962,836.55 | U | | | | |
| Sealed Air LLC | 14340 | 01-01140 | $4,811,962,836.55 | U | | | | |
| Sealed Air Nevada Holdings Limited | 14348 | 01-01139 | $4,811,962,836.55 | U | | | | |
| Sealed Air Nevada Holdings Limited | 14338 | 01-01140 | $4,811,962,836.55 | U | | | | |
| Sealed Air Trucking Inc | 14358 | 01-01139 | $4,811,962,836.55 | U | | | | |
| Sealed Air Trucking Inc | 14347 | 01-01140 | $4,811,962,836.55 | U | | | | |
| Shanklin Corp (Sealed Air) | 14351 | 01-01139 | $4,811,962,836.55 | U | | | | |
| Shanklin Corp (Sealed Air) | 14341 | 01-01140 | $4,811,962,836.55 | U | | | | |
| Cryovac Inc & Certain Affiliates (Sealed Air) | 14356 | 01-01140 | $4,811,962,836.55 | U | | | | |
| Cryovac Inc & Certain Affiliates (Sealed Air) | 14363 | 01-01139 | $4,815,241,240.11 | U | 14361 | 01-01140 | $4,815,241,240.11 | U |
| Sealed Air Corporation | 14360 | 01-01139 | $4,848,937,508.53 | S | 14359 | 01-01140 | $4,848,937,508.53 | S |
| Sealed Air Corporation US | 14362 | 01-01139 | $4,830,009,950.54 | U | 14339 | 01-01140 | $4,830,009,950.54 | U |
| Total # of Sealed Air Cross-Debtor Duplicate Claims to be Expunged | | | | 30 | Total # of Sealed Air Cross-Debtor Surviving Claims | | | 4 |