# EXHIBIT C

Exhibit C
Fresenius Cross-Debtor Duplicate Claims

| | Fresenius Cross-Debtor Duplicate Claims to be Expunged | | | | Fresenius Cross-Debtor Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| Creditor | Claim # | Case # Claim Filed In | Individual Claim Amount | Type of Claim (S/P/U) | Claim # | Case # Claim Filed In | Individual Claim Amount | Type of Claim (S/P/U) |
| Bio-medical Applications of Indiana (Fresenius) | 13916 | 01-01139 | Unknown | A/S/P/U | | | | |
| Bio-medical Applications of Mississippi (Fresenius) | 13915 | 01-01139 | Unknown | A/S/P/U | | | | |
| Bio-medical Applications of Oklahoma (Fresenius) | 13917 | 01-01139 | Unknown | A/S/P/U | | | | |
| Bio-medical Applications of Rhode Island (Fresenius) | 13918 | 01-01139 | Unknown | A/S/P/U | | | | |
| Bio-medical Applications of South Carolina (Fresenius) | 13919 | 01-01139 | Unknown | A/S/P/U | | | | |
| Bio-medical Applications of Indiana (Fresenius) | 13921 | 01-01140 | Unknown | A/S/P/U | | | | |
| Bio-medical Applications of Mississippi (Fresenius) | 13920 | 01-01140 | Unknown | A/S/P/U | | | | |
| Bio-medical Applications of Oklahoma (Fresenius) | 13923 | 01-01140 | Unknown | A/S/P/U | | | | |
| Bio-medical Applications of Rhode Island (Fresenius) | 13924 | 01-01140 | Unknown | A/S/P/U | | | | |
| Bio-medical Applications of South Carolina (Fresenius) | 13913 | 01-01140 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8102 | 01-01150 | Unknown | A/S/P/U | 8112 | 01-01140 | Unknown | A/S/P/U |
| Fresenius Medical Care Holdings | 8103 | 01-01149 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8104 | 01-01148 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8105 | 01-01147 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8106 | 01-01146 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8107 | 01-01145 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8108 | 01-01144 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8109 | 01-01143 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8110 | 01-01142 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8111 | 01-01141 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8113 | 01-01139 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8114 | 01-01163 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8115 | 01-01162 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8116 | 01-01161 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8117 | 01-01160 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8118 | 01-01159 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8119 | 01-01158 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8120 | 01-01156 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8121 | 01-01157 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8122 | 01-01155 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8123 | 01-01154 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8124 | 01-01153 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8125 | 01-01152 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8126 | 01-01151 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8127 | 01-01179 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8128 | 01-01178 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8129 | 01-01177 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8130 | 01-01176 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8131 | 01-01175 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8132 | 01-01174 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8133 | 01-01173 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8134 | 01-01172 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8135 | 01-01171 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8136 | 01-01170 | Unknown | A/S/P/U | | | | |

Exhibit C
Fresenius Cross-Debtor Duplicate Claims

| Creditor | Fresenius Cross-Debtor Duplicate Claims to be Expunged | | | | Fresenius Cross-Debtor Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim # | Case # Claim Filed In | Individual Claim Amount | Type of Claim (S/P/U) | Claim # | Case # Claim Filed In | Individual Claim Amount | Type of Claim (S/P/U) |
| Fresenius Medical Care Holdings | 8137 | 01-01169 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8138 | 01-01168 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8139 | 01-01167 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8140 | 01-01166 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8141 | 01-01165 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8142 | 01-01164 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8143 | 01-01200 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8144 | 01-01199 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8145 | 01-01198 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8146 | 01-01197 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8147 | 01-01196 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8148 | 01-01195 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8149 | 01-01194 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8150 | 01-01193 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8151 | 01-01192 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8152 | 01-01191 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8153 | 01-01190 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8154 | 01-01189 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8155 | 01-01188 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8156 | 01-01187 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8157 | 01-01186 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8158 | 01-01185 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8159 | 01-01184 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8160 | 01-01183 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8161 | 01-01182 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8162 | 01-01181 | Unknown | A/S/P/U | | | | |
| Fresenius Medical Care Holdings | 8163 | 01-01180 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8187 | 01-01171 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8188 | 01-01170 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8189 | 01-01169 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8190 | 01-01168 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8191 | 01-01167 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8192 | 01-01166 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8193 | 01-01165 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8194 | 01-01164 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8195 | 01-01163 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8196 | 01-01162 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8197 | 01-01200 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8198 | 01-01199 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8199 | 01-01198 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8200 | 01-01197 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8201 | 01-01196 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8202 | 01-01195 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8203 | 01-01194 | Unknown | A/S/P/U | | | | |

Exhibit C
Fresenius Cross-Debtor Duplicate Claims

| Creditor | Fresenius Cross-Debtor Duplicate Claims to be Expunged | | | | Fresenius Cross-Debtor Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim # | Case # Claim Filed In | Individual Claim Amount | Type of Claim (S/P/U) | Claim # | Case # Claim Filed In | Individual Claim Amount | Type of Claim (S/P/U) |
| Fresenius USA Inc. | 8204 | 01-01192 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8205 | 01-01191 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8206 | 01-01190 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8207 | 01-01189 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8208 | 01-01188 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8209 | 01-01187 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8210 | 01-01186 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8211 | 01-01140 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8212 | 01-01139 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8213 | 01-01185 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8214 | 01-01184 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8215 | 01-01183 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8216 | 01-01182 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8217 | 01-01181 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8218 | 01-01180 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8219 | 01-01179 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8220 | 01-01178 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8221 | 01-01177 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8222 | 01-01176 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8223 | 01-01175 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8224 | 01-01155 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8225 | 01-01193 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8226 | 01-01174 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8227 | 01-01173 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8228 | 01-01172 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8229 | 01-01161 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8230 | 01-01160 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8231 | 01-01159 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8232 | 01-01158 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8233 | 01-01157 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8234 | 01-01156 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8235 | 01-01154 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8236 | 01-01153 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8237 | 01-01152 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8238 | 01-01151 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8239 | 01-01150 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8240 | 01-01149 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8241 | 01-01148 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8242 | 01-01147 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8243 | 01-01146 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8244 | 01-01145 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8245 | 01-01144 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8246 | 01-01143 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 8247 | 01-01142 | Unknown | A/S/P/U | | | | |

Exhibit C
Fresenius Cross-Debtor Duplicate Claims

| Creditor | Fresenius Cross-Debtor Duplicate Claims to be Expunged | | | | Fresenius Cross-Debtor Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim # | Case # Claim Filed In | Individual Claim Amount | Type of Claim (S/P/U) | Claim # | Case # Claim Filed In | Individual Claim Amount | Type of Claim (S/P/U) |
| Fresenius USA Inc. | 8248 | 01-01141 | Unknown | A/S/P/U | | | | |
| Fresenius USA Inc. | 10551 | 01-01155 | Unknown | S/P/U | | | | |
| National Medical Care (Fresenius) | 8040 | 01-01200 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8041 | 01-01199 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8042 | 01-01198 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8043 | 01-01197 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8044 | 01-01196 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8045 | 01-01195 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8046 | 01-01194 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8047 | 01-01193 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8048 | 01-01192 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8049 | 01-01191 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8050 | 01-01190 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8051 | 01-01189 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8052 | 01-01188 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8053 | 01-01166 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8054 | 01-01165 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8055 | 01-01164 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8056 | 01-01163 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8057 | 01-01162 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8058 | 01-01161 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8059 | 01-01160 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8060 | 01-01159 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8061 | 01-01158 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8062 | 01-01157 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8063 | 01-01187 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8064 | 01-01186 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8065 | 01-01185 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8066 | 01-01184 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8067 | 01-01183 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8068 | 01-01182 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8069 | 01-01181 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8070 | 01-01180 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8071 | 01-01179 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8072 | 01-01178 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8073 | 01-01177 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8074 | 01-01176 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8075 | 01-01175 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8076 | 01-01174 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8077 | 01-01173 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8078 | 01-01172 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8079 | 01-01171 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8080 | 01-01170 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8081 | 01-01169 | Unknown | A/S/P/U | | | | |

Exhibit C
Fresenius Cross-Debtor Duplicate Claims

| Creditor | Fresenius Cross-Debtor Duplicate Claims to be Expunged | | | | Fresenius Cross-Debtor Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim # | Case # Claim Filed In | Individual Claim Amount | Type of Claim (S/P/U) | Claim # | Case # Claim Filed In | Individual Claim Amount | Type of Claim (S/P/U) |
| National Medical Care (Fresenius) | 8082 | 01-01168 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8083 | 01-01167 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8084 | 01-01156 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8085 | 01-01155 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8086 | 01-01154 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8087 | 01-01153 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8088 | 01-01152 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8089 | 01-01151 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8090 | 01-01150 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8091 | 01-01149 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8092 | 01-01148 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8093 | 01-01147 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8094 | 01-01146 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8095 | 01-01145 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8096 | 01-01144 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8097 | 01-01143 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8098 | 01-01142 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8099 | 01-01141 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8100 | 01-01139 | Unknown | A/S/P/U | | | | |
| National Medical Care (Fresenius) | 8101 | 01-01140 | Unknown | A/S/P/U | | | | |
| NMC Homecare Inc (Fresenius) | 13914 | 01-01139 | Unknown | A/S/P/U | | | | |
| NMC Homecare Inc (Fresenius) | 13922 | 01-01140 | Unknown | A/S/P/U | | | | |
| | Total # of Fresenius Cross-Debtor Duplicate Claims to be Expunged | | | 198 | Total # of Fresenius Cross-Debtor Surviving Claims | | | 1 |

2/26/2007