# EXHIBIT D

Exhibit D
Multiple Case Claims

| Creditor | Multiple Case Claims to be Expunged ||||  Multiple Case Surviving Claims ||||
| | Claim # | Case # Claim Filed In | Individual Claim Amount | Type of Claim (S/P/U) | Claim # | Case # Claim Filed In | Individual Claim Amount | Type of Claim (S/P/U) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| H.H. Holmes Testing Labs, Inc. | 739 | 01-1139; 01-1141 - 01-1200 | $860.00 | U | 739 | 01-01140 | $860.00 | U |
| Master Pumps & Equipment Corp | 192 | 01-1139; 01-1141 - 01-1200 | $1,146.70 | U | 192 | 01-01140 | $1,146.70 | U |
| Underwood Air Systems, Inc. | 58 | 01-1139; 01-1141 - 01-1200 | $11,916.93 | U | 58 | 01-01140 | $11,916.93 | U |
| United Rentals (North America), Inc. | 677 | 01-1139; 01-1141 - 01-1200 | $1,008.00 | U | 677 | 01-01140 | $1,008.00 | U |