# EXHIBIT 2

# PART I: CLAIMANT IDENTIFICATION

**NAME:**

| RAPHEAL | JAKIE | PALAZZO | III |
|---|---|---|---|
| First | Middle | Last | Jr/Sr/III |

**GENDER:** ☐ MALE  ☐ FEMALE  ■

**SOCIAL SECURITY NUMBER:** 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

**BIRTH DATE:** 06-28-1950
Month Day Year

**Residential Address:**

325 SOUTH MELROSE DRIVE SUITE 200
*Street Address*

VISTA                           CA   92083
*City*                          *State*  *Zip Code*
                                /Province /Postal Code

*Country (if not U.S.)*

**Day Time Telephone**

(760) 439-6592
*Area Code*

# PART II: ATTORNEY INFORMATION

*If an attorney is representing this claimant or the representative of this claimant, complete this section. (You do not need to be represented by an attorney to submit a claim.)*

**Law Firm Name**

KAZAN McCLAIN EDISES ABRAMS FERNANDEZ LYONS & FARRISE

**Attorney Name**

| | | |
|---|---|---|
| First | MI | Last |

**Mailing Address for Claim-Related Correspondence**

*Street Address*

SAN FRANCISCO                   CA   94109
*City*                          *State*  *Zip Code*
                                /Province /Postal Code

*Country (if not U.S.)*

**Telephone Number**  **Fax Number**

(   )    -          (   )    -             ■
*Area Code*           *Area Code*

**E-Mail Address**

REC'D JAN 27 2003

3847101       WR Grace    MM.1.4.158        2007567
              00002662
              SR=283

## PART III: Questions Applicable To Persons Claiming Exposure To Asbestos In The Libby, Montana Area (Lincoln County, Montana)

### A. RESIDENCE/EMPLOYMENT INFORMATION

1. Were you ever a resident of Lincoln County, Montana?
   ☐ Yes    ☒ No

During what period of time? What was/were your residential address(es) during each such period of time?

**Start Date** [ ]-[ ] Month Year    **End Date** [ ]-[ ] Month Year

Residential Address:
[ ] Street Address
[ ] City    [ ] Zip Code /Postal Code

**Start Date** [ ]-[ ] Month Year    **End Date** [ ]-[ ] Month Year

Residential Address:
[ ] Street Address
[ ] City    [ ] Zip Code /Postal Code

**Start Date** [ ]-[ ] Month Year    **End Date** [ ]-[ ] Month Year

Residential Address:
[ ] Street Address
[ ] City    [ ] Zip Code /Postal Code

# W.R. Grace & Co.

# Asbestos Medical Monitoring

# (3847)

# Proof of Claim Form

# Missing Page

1    2    ③    ④    ⑤

⑥    ⑦    ⑧    ⑨    ⑩

11    12    13    14

# PART V: Questions Applicable To Persons Who Were Employed As Commercial Installers or Removers of Zonolite Attic Insulation

*This section should be completed by claimants who allege significant exposure to Zonolite Attic Insulation as a result of installing or removing that product in residences while employed by insulation contractors or construction businesses.*

Have you ever personally installed or removed Zonolite Attic Insulation as an employee of a commercial insulation business or other construction business?

☑ Yes   ☐ No

If yes, answer the questions in this Part:

| During what time period(s) did you install or remove Zonolite Attic Insulation? | From [illegible] Month [illegible] Year | To [illegible] Month [illegible] Year |
|---|---|---|
| | From [illegible] Month 1978 Year | To [illegible] Month [illegible] Year |
| | From 10 Month 1980 Year | To [illegible] Month 1987 Year |

List your employer(s) and job(s) and employment location(s) during each time period in which you installed or removed Zonolite Attic Insulation.

1. **Employment dates:**
   From [illegible]-1973 Month Year   To 04-1976 Month Year

2. **Occupation:**
   description: [illegible]

3. **Employer's Name:** [illegible]

4. **Employer's Address:**
   Street Address: [illegible]
   City: [illegible]   State/Province: [illegible]   Zip Code/Postal Code: [illegible]
   Country (if not U.S.): [blank]

List the percentage of time during that period that you personally installed or removed Zonolite Attic Insulation.

For each employer for whom you installed or removed Zonolite Attic Insulation, describe the protective equipment you used while working in proximity to the Zonolite Attic Insulation.

**Percentage of time:** [illegible] %

**Protective equipment used:**
☐ respirator   ☑ face mask   ☐ special clothing   ☑ other protective equipment   ☐ none

*Continue on next page > > >*

V. continued...

1. Employment dates:
   From: 01-1978
   To: 00-1979

2. Occupation:
   description: PLUMBER STEAMFITTER HVAC TECHNICIAN

   | Install | Service Repair | Gas fired appliances | Residential Ind-comm. | Steam heating Units-insulation install-remove | Install-remove attic insulation-attics |

3. Employer's Name: ADEE PLUMBING HEATING AIR CONDITION
4. Employer's Address:
   Street Address: 1051 SOUTH VERMONT AVENUE
   City: LOS ANGELES
   State/Province: CA
   Zip Code/Postal Code: 9____
   Country (if not U.S.):

List the percentage of time during that period that you personally installed or removed Zonolite Attic Insulation.
For each employer for whom you installed or removed Zonolite Attic Insulation, describe the protective equipment you used while working in proximity to the Zonolite Attic Insulation.

Percentage of time: 38%
Protective equipment used: ☑ respirator  ☑ face mask  ☑ special clothing  ☑ other protective equipment  ☐ none

1. Employment dates:
   From: 10-1980
   To: 00-1987

2. Occupation:
   description: PLUMBER STEAMFITTER HVAC SALESPERSON

   | Install | Service Repair | Gas fired appliances | Residential Ind-comm. | Steam heating Units-insulation install-remove | Install remove insulation-attics |

3. Employer's Name: DON MARTIN PLUMBING HVAC
4. Employer's Address:
   Street Address: 916 PICO BLVD
   City: SANTA MONICA
   State/Province: CA
   Zip Code/Postal Code: 9____
   Country (if not U.S.):

List the percentage of time during that period that you personally installed or removed Zonolite Attic Insulation.
For each employer for whom you installed or removed Zonolite Attic Insulation, describe the protective equipment you used while working in proximity to the Zonolite Attic Insulation.

Percentage of time: 79%
Protective equipment used: ☑ respirator  ☑ face mask  ☑ special clothing  ☑ other protective equipment  ☐ none

3847112                                             2007567

# PART VI: Other Exposures To Asbestos Materials or Products

*This section should be completed by all claimants. It asks for information about any additional exposure to asbestos or asbestos-containing products you have had in your lifetime. DO NOT repeat any of the information requested in the previous sections of this form.*

List all of the asbestos product(s) or material(s) you have been exposed to, describe how you were exposed to that product or material, and identify the time period of each exposure. A supplemental form is provided if you have been exposed to more than one additional asbestos product or material:

**Asbestos product or material:**

**Manufacturer or Source of the product or material:**

**Describe how exposure occurred:**

If the exposure occurred while you were working, list your occupation, employer, and job location:

Occupation

Employer

Job location

If exposure occurred from work-related application of asbestos products, how close were you to the application or removal of the product?

Time period(s) of the exposure:

From [Month]-[Year]   To [Month]-[Year]   From [Month]-[Year]   To [Month]-[Year]

Have you ever made a claim relating to this exposure?

☐ Yes     ☐ No

If yes, answer this section:

a. Please describe the claim or lawsuit.

b. When was the claim or lawsuit filed?   Date [Month]-[Year]

c. Where was the claim or lawsuit filed (court or other claims authority)?
   Court or Claims Authority:

   Name

   City                                                                  State/Province

d. What was the result of the lawsuit or claim?
   ☐ Judgement or Verdict Entered   ☐ Settled Not Paid   ☐ Other (please describe)
   ☐ Settled and Paid               ☐ Pending

*Continue on next page >>>*

Did your additional exposure occur because you shared a household with an occupationally exposed person (such as a spouse or a parent who worked in proximity to asbestos)?
▽☐ Yes    ☑ No

If yes, list the time period of that household exposure:    From [  ]-[    ] Month Year    To [  ]-[    ] Month Year

List the name of the occupationally exposed household member:

[First Name] [Middle Name] [Last Name]

List his or her occupation, employer and employment location, and describe how that person brought asbestos from the workplace into your household:

Occupation [                    ]
Employer [                    ]
Employment location [                    ]

How it was brought home

[                                        ]

## PART VII: SIGNATURE

All claims must be signed by the claimant or the person filing on his/her behalf
(such as the personal representative or attorney).

I have reviewed the information submitted on this proof of claim form and all documents submitted in support of my claim. To the best of my knowledge, the information is accurate and complete.

_Randall V. [illegible]_    [ ]-[ ]-[    ] Month Day Year

SIGNATURE OF CLAIMANT, REPRESENTATIVE, OR ATTORNEY

Name of Signatory, if not the claimant
[                    ]

Relationship of Signatory to Claimant
[                    ]

IF THE SIGNATURE IS NOT THAT OF THE CLAIMANT,
PLEASE PRINT THE NAME OF THE SIGNATORY ABOVE AND INDICATE THE
RELATIONSHIP TO THE CLAIMANT

**THE PENALTY FOR SUBMITTING A FRAUDULENT CLAIM
IS A FINE OF UP TO $500,000 OR
IMPRISONMENT FOR UP TO 5 YEARS, OR BOTH. 18 U.S.C. §§ 152, 3571**

3847114    2007567