# EXHIBIT 3

May 28, 2005

Clerk of the United States Bankruptcy Court
for the District of Delaware
824 Market Street
Wilmington, Delaware 19801

Re: W.R. Grace/CO., et al.,
Case # 01-01139 (JFK)

Honorable Clerk

At this time writing I am informing the court of my inability to access the law library to be able to make copies of documents to use resource books, directorys, type writers to complete certain requirements in responding to civil as well as criminial matters that I face.

The reason is the restrictive polices that the C.D.C. has implemented last October, 2004 to keep the Prisoner-Patient (I am a Patient of the D.M.H. at the E.O.P.) from utilizing the facilities of law library, the reasons are at cache, thank you.

Sincerly

Raphael V. Palazzo

Dated May 28, 2005

FILED
2005 JUN 10 PM 1:54
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In The United States Bankruptcy Court
For the District of Delaware

In re: ) Chapter 11
)
W.R. Grace & Co., et al., ) Case No. 01-1139 (JFK)
)
Debtor ) (Jointly Administered)

Objection to the Debtors' Eleventh
Omnibus Objection to Claims
(Non-Asbestos Gateway)

Palazzo, Rapheal J.
% Donovan Correctional Fac
Fac 1-5-225-U
PO Box 799001
San Diego CA 92179-9001

FILED 2005 JUN 10 PM 1:55 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

Basis for the amount of the claim is on going, past, present, future monitoring for Mesothiloma.

Claim Number: 2661

The claimant Rapheal J. Palazzo has been exposed to Asbestos in the form of W.R. Grace & Co. products while working in various construction applications such as:

Shipyard, Removal and re installation asbestos based attic insulation from 1972 to 1992. This prolonged exsposure to asbestos, and related products by W.R. Grace and Co and its' 61 entities makes the claimants health and safety and heart risk and this it makes cause for future monitoring at the claimants expense.

Dated May 29, 2005              Rafeal y. Poego



Technical Services Provided by:

R. J. DONOVAN CORRECTIONAL FACILITY
480 Alta Road
San Diego, CA 92179

PATIENT NAME: PALAZZO, RALPH
DOB: 1-28-50
ID#: T-99035
REFERRED BY: HUNT
EXAM DATE: 5-13-05

71020  PA AND LATERAL CHEST

HISTORY: Asbestos exposure in shipyard. Need mesothelioma check.

COMPARISON: 7-21-05.

FINDINGS: Heart size is normal. No evidence of acute heart failure or pleural effusions. Mild degenerative spurs involves the lower thoracic spine anteriorly. No calcified pleural plaques are identified.

The lungs remain clear.

IMPRESSION: No evidence of acute cardiopulmonary disease.

William Snyder, M.D./jh
D&T: 5-16-2005

6385 Alvarado Court, Suite 121   San Diego, CA 92120
Tel 619.229.6555   Fax 619.229.6560

DATE: November 24, 2003

NAME: PALAZZO, RALPH JAMES

CDC NUMBER: T-99035

APPEAL NUMBER: 03-1113          **SECOND LEVEL REVIEW**

APPEAL DECISION: PARTIALLY GRANTED

**APPEAL ISSUE:** You state that you are in need of special medical care for a condition that may develop into lung cancer due to years of working with asbestos in the shipyard. You also express concern regarding your Enhanced Outpatient Program (EOP) status. Specifically, you are requesting a transfer to the California Men's Colony (CMC) to ensure medical care.

**APPEAL RESPONSE:** In reaching a decision on this issue, a thorough review of your appeal has been conducted. The attached supporting documents, applicable sections of the California Code of Regulations (CCR) Title 15, and your Central File have been reviewed. In addition, on November 19, 2003, you were interviewed by R. Velo, Correctional Counselor II (CCII), and he discussed with you your concerns.

During the course of your interview with CCII Velo, you informed him of your work history, having direct contact with asbestos while employed in the shipyard industry. You stated that a medical doctor at the Richard J. Donovan Correctional Facility (RJDCF) recommended that you monitor your health conditions because asbestos is known to cause lung cancer. You informed CCII Velo of your desire to participate in a mental health program due to your EOP status. You also told him that you would like to transfer to CMC-East. CCII Velo informed you that during the week of November 24, 2003, ▓▓▓▓▓ would be interviewing you to complete your Reception Center processing, endorsement, and subsequent transfer. You stated you are doing fine at the RJDCF and ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

Based on the above information, your appeal is Partially Granted at the Second Level Review.

D. M. BARNES
Chief Deputy Warden (A)

# LABORATORY REPORT

**FOUNDATION LABORATORY**
620 S. Glendora Ave.
Glendora, CA 91740
(626) 914-3838 • Fax (626) 963-4470
M.Y. NASIR, M.D., LAB DIRECTOR
ALLEN JAY M.D., LAB DIRECTOR

8:30                                                                 FINAL

| TEST | ABNORMAL | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| COPY TO DR. LYLE | | | | |
| MOLECULAR TYPING | | | | |
| HCV RNA QT(bDNA) | | 314,962 H | IU/mL | <615 |

THE LINEARITY OF THIS ASSAY IS BETWEEN 615 IU/ML (3200 HCV RNA
COPIES/ML) AND 7,690,000 IU/ML (40,000,000 HCV RNA COPIES/ML)
RESULTS OF LESS THAN 615 IU/ML INDICATE HCV VIRAL ASSAY IS BELOW
THE LEVEL OF DETECTION FOR THIS ASSAY. THIS ASSAY IS INTENDED FOR
RESEARCH ONLY AND NOT TO BE USED FOR DIAGNOSTIC PURPOSES.
METHOD: BAYER HCV RNA 3.0 ASSAY (bDNA)

HCV RNA GENO, LI        GENOTYPE 1b
INNO-LiPA (TM) CANNOT DISCRIMINATE BETWEEN SUBTYPE 2a AND 2c OR
BETWEEN 4c AND 4d.

THIS TEST WAS DEVELOPED AND ITS PERFORMANCE CHARACTERISTICS
DETERMINED BY QUEST DIAGNOSTICS NICHOLS INSTITUTE. IT HAS NOT BEEN
CLEARED OR APPROVED BY THE US FDA. THE FDA HAS DETERMINED THAT SUCH
CLEARANCE OR APPROVAL IS NOT NECESSARY. PERFORMANCE CHARACTERISTICS
REFER TO THE ANALYTICAL PERFORMANCE OF THE TEST.

(NI) TEST PERFORMED NICHOLS INSTITUTE 33608 ORTEGA HWY, SANJUANCAPISTRANO

Signature: _____

# LABORATORY REPORT

**FOUNDATION LABORATORY**
620 S. Glendora Ave.
Glendora, CA 91740
(626) 914-3838 • Fax (626) 963-4470
M.Y. NASIR, M.D., LAB DIRECTOR
ALLEN JAY M.D., LAB DIRECTOR

PAGE 1   8:30                                   FINAL

| TEST | ABNORMAL | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| F1 5 2250 | | | | |
| PLEASE NOTE: COPY TO DR. LYLE | | | | |
| HEMATOLOGY | | | | |
| WBC | | 5.0 | 103/uL | 4.5-11.0 |
| RBC | | 5.39 | 106/uL | 4.6-6.2 |
| HgB | | 15.9 | g/dL | 14-18 |
| HCT | | 47.0 | % | 42-52 |
| MCV | | 87.2 | um3 | 80-94 |
| MCH | | 29.6 | pg | 27-34 |
| MCHC | | 33.9 | % | 31.5-36.0 |
| RDW | 17.1 H | | % | 11-14.8 |
| PLATELETS | | 240 | 103/uL | 150-400 |
| MPV | | 9.7 | cu/mm | 6.8-10.6 |
| | | | | |
| MANUAL DIFF | | SeeBelow | | |
| GRANULOCYTES | | 57 | % | 54-62 |
| LYMPHOCYTE | | 33 | % | 25-33 |
| MONOCYTES | | .5 | % | 3-7 |
| EOSINOPHIL | 5 H | | % | 1-3 |
| | | | | |
| CHEMISTRY | | | | |
| SODIUM, SERUM | 148.1 H | | mEq/L | 136-145 |
| POTASSIUM, SERUM | | 4.5 | mEq/L | 3.5-5.1 |
| CHLORIDE, SERUM | | 106.1 | mEq/L | 101-111 |
| CO2 | 31.30 H | | mEq/L | 22-30 |
| ANION GAP | | 15.2 | | 0.0-25.0 |
| CALCIUM, SERUM | 10.4 H | | mg/dL | 8.4-10.3 |
| GLUCOSE | | 98.0 | mg/dL | 70-105 |
| BUN, SERUM | | 13.0 | mg/dL | 8-20 |
| CREATININE, SERU | | 0.9 | mg/dL | 0.6-1.3 |
| BUN CREA RATIO | | 14.44 | Ratio | 6.0-42.0 |
| OSMOLALITY CALC | | 294.55 | | |
| PHOSPHORUS | | 3.20 | mg/dL | 2.4-4.7 |
| CHOLESTEROL, SR | | 140.0 | mg/dL | 100-200 |
| TRIG | | 72.0 | mg/dL | 35-160 |
| TOTAL PROTEIN | | 7.3 | g/dL | 6.6-8.2 |
| ALBUMIN, SERUM | | 4.40 | g/dL | 3.2-5.5 |

## LABORATORY REPORT



**FOUNDATION LABORATORY**
620 S. Glendora Ave.
Glendora, CA 91740
(626) 914-3838 • Fax (626) 963-4470
M.Y. NASIR, M.D., LAB DIRECTOR
ALLEN JAY M.D., LAB DIRECTOR






PAGE 2   8:30                                                         FINAL

| TEST | ABNORMAL | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| GLOBULIN | | 2.9 | | 1.8-5.0 |
| A/G RATIO | | 1.5 | Ratio | 0.9-1.9 |
| SGOT (AST) | 51.0 H | | U/L | 10-42 |
| SGPT (ALT) | | 46.00 | U/L | 10-60 |
| LD, SERUM | | 154.00 | | 91-180 |
| URIC ACID, SERUM | | 6.30 | mg/dL | 2.6-7.2 |
| ALK. PHOSPHATASE | | 85.00 | U/L | 42-128 |
| TOTAL BILIRUBIN | | 0.70 | mg/dL | 0.1-1.5 ADULT |
| GGT, SERUM | | 42.00 | U/L | 7-64 |
| ANEMIA PANEL | | | | |
| FERRITIN | | 56.6 | ng/mL | 22-322 |
| THYROID STUDIES | | | | |
| TSH-3 | | 4.05 | uIU/mL | 0.35-5.50 |
| COAGULATION | | | | |
| PT PATIENT | | 13.9 | sec | 10.0-14.0 |
| PT CONTROL | | 12.4 | sec | 10.0-14.0 |
| PT RATIO | | 1.12 | Ratio | 1.0-1.4 |
| ISI VALUE | | 1.9 | | |
| PATIENT INR | | 1.2 | Ratio | |

ACCP (AMERICAN COLLEGE OF CHEST PHYSICIANS) THERAPEUTIC RANGE FOR ORAL ANTICOAGULANT THERAPY

| INDICATION | INR |
|---|---|
| PROPHYLAXIS OF VENOUS THROMBOSIS (HIGH-RISK SURGERY) | 2.0-3.0 |
| TREATMENT OF VENOUS THROMBOSIS | 2.0-3.0 |
| TREATMENT OF PULMONARY EMBOLISM | 2.0-3.0 |
| PREVENTION OF SYSTEMIC EMBOLISM: | |
| TISSUE HEART VALVES | 2.0-3.0 |
| MYOCARDIAL INFARCTION | 2.0-3.0 |
| ATRIAL FIBRILLATION | 2.0-3.0 |
| MECHANICAL PROSTATIC VALVES | 2.5-3.5 |

| TEST | ABNORMAL | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| PTT PATIENT | 41.8 H | | sec | 25-36.3 |
| PTT CONTROL | | 30.7 | sec | 27.8-32.0 |

Signature: _____

# LABORATORY REPORT



**FOUNDATION LABORATORY**
1716 West Holt Ave.
Pomona, CA 91768
(909) 623-9301 • Fax (909) 623-9306
M.Y. NASIR, M.D., LAB DIRECTOR
ALLEN JAY M.D., LAB DIRECTOR

PAGE 13:12

FINAL

| TEST | ABNORMAL | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| F1 5 225 | | | | |
| **HEMATOLOGY** | | | | |
| WBC | | 6.2 | 103/uL | 4.5-11.0 |
| RBC | | 5.50 | 106/uL | 4.6-6.2 |
| HgB | | 16.6 | g/dL | 14-18 |
| HCT | | 48.7 | % | 42-52 |
| MCV | | 88.5 | um3 | 80-94 |
| MCH | | 30.1 | pg | 27-34 |
| MCHC | | 34.0 | % | 31.5-36.0 |
| RDW | 16.2 H | | % | 11-14.8 |
| PLATELETS | | 235 | 103/uL | 150-400 |
| MPV | | 9.7 | cu/mm | 6.8-10.6 |
| GRANULOCYTES % | | 60.1 | % | 48.9-69.9 |
| GRANULOCYTES# | | 3.74 | 103/uL | 1.5-6.7 |
| LYMPHOCYTES % | | 28.8 | % | 22.4-43.6 |
| LYMPHOCYTES# | | 1.79 | 103/uL | 1.5-4.0 |
| MONOCYTES % | | 7.2 | % | 6.2-9.8 |
| MONOCYTES# | | 0.45 | 103/uL | 0.2-0.8 |
| EOSINOPHIL % | | 3.2 | % | 0-5.0 |
| EOSINOPHIL# | | 0.20 | 103/uL | 0-0.40 |
| BASOPHIL % | | 0.7 | % | 0-2.0 |
| BASOPHIL# | | 0.04 | 103/uL | 0-0.20 |
| RBC MORPHOLOGY | | Normal | | |
| | | | | |
| **IMMUNOLOGY** | | | | |
| HAV A AB TOTAL | | NEGATIVE | | NEGATIVE |
| | | | | |
| **COAGULATION** | | | | |
| PT PATIENT | | 12.2 | sec | 10.0-14.0 |
| PT CONTROL | | 12.0 | sec | 10.0-14.0 |
| ISI VALUE | | 1.99 | | |
| PATIENT INR | | 1.0 | Ratio | |

ACCP (AMERICAN COLLEGE OF CHEST PHYSICIANS) THERAPEUTIC RANGE FOR ORAL
ANTICOAGULANT THERAPY.
INDICATION                                              INR
PROPHYLAXIS OF VENOUS THROMBOSIS                        2.0-3.0
(HIGH-RISK SURGERY)
TREATMENT OF VENOUS THROMBOSIS                          2.0-3.0

# LABORATORY REPORT

**FOUNDATION LABORATORY**
1716 West Holt Ave.
Pomona, CA 91768
(909) 623-9301 • Fax (909) 623-9306
M.Y. NASIR, M.D., LAB DIRECTOR
ALLEN JAY M.D., LAB DIRECTOR

13:12

FINAL

| TEST | ABNORMAL | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| TREATMENT OF PULMONARY EMBOLISM | | | 2.0-3.0 | |
| PREVENTION OF SYSTEMIC EMBOLISM: | | | | |
| TISSUE HEART VALVES | | | 2.0-3.0 | |
| MYOCARDIAL INFARCTION | | | 2.0-3.0 | |
| ATRIAL FIBRILLATION | | | 2.0-3.0 | |
| MECHANICAL PROSTATIC VALVES | | | 2.5-3.5 | |
| PTT PATIENT | 35.5 H | | sec | 25.0-34.0 |
| PTT CONTROL | | 27.49 | sec | 24.8-28.4 |

Signature: _____

STATE OF CALIFORNIA-HEALTH AND WELFARE AGENCY      DEPARTMENT OF MENTAL HEALTH

DATE OF REPORT: 8/24/04
DATE DICTATED:
DATE TYPED:

**GUIDELINES**

1. **IDENTIFICATION DATA**
2. **PRIOR HISTORY:** (Include previous psychiatric hospitalizations, treatment and significant past psychiatric and medical history)
3. **CHIEF COMPLAINT/REASON FOR ADMISSION:** (Include reasons identified by patient and/or other sources.)
4. **PHYSICAL AND MENTAL STATUS AT ADMISSION:**
5. **HOSPITAL COURSE:** Danger to self/others; other psychiatric.
6. **HOSPITAL COURSE:** Physical problems
7. **MENTAL STATUS AT RELEASE**
8. **CURRENT LEGAL STATUS AND REASON FOR RELEASE:**
9. **DSM DIAGNOSIS:** (All five axis)
10. **RECOMMENDATIONS FOR PHYSICAL & PSYCHIATRIC FOLLOW-UP:**
    a. Medications/diet/activity limitations
    b. Other, e.g., Hepatitis follow-up, locked or unlocked setting.

53 y.o. cauc. ♂ from RJD CTF to A3 on 4/28/04 for further programming/stabilization. Target symptoms/problems: - Depression (mood swings), suicidal thought & attempt. (+) Dyslexia (+) paranoid thoughts - Anxiety, paranoia, pressured speech, [redacted]

Physical problem: Hep. C(+), Sleep apnea, Kidney failure, DJD, Eczema (Psoriasis)
History: Depakote, Remeron, neurontin (ineffective)
Hospital course = Patient adjusted slowly to the unit - at first he didn't want to stay. He was not placed on any medication (patient refused) and he functioned well without it. He was noted with some sarcastic behavior. Above symptoms are now fairly under control. Medication/medical problems ie. Sleep apnea is being worked up by Dr. Bourne, M.D. So far he is not too incapacitated by it. He is generally polite. He has reached maximum benefit from the program.
Diagnosis = I Bipolar disorder mixed, no psychosis

☐ CONTINUED ON BACK

NAME (PRINT) C. DAGCUTA, M.D.    SIGNATURE C. Dagcuta, M.D.    DATE 8/24/04

II ASPD  III Sleep apnea, DJD, Hep C(+) Eczema  IV Incarceration
V = 55  PLAN = Discharge to RJD, current medication: (1) Naprosyn 500mg po BID  (2) May need "CPAP" machine; Pending Diagnosis confirmation of continued breathing problem (per Dr. Bourne, M.D.) from the community hospital - ie sleep apnea documentation.

Patient is Pelazzo, Ralph  T99035

CONFIDENTIAL PATIENT INFORMATION
SEE W & I CODE SECTION 5328

MH 5741A (Revised 1/96) DMH-VACAVILLE

**MEDICAL DISCHARGE SUMMARY**    CORE RECORD

ME and NUMBER

PALAZZO, RALPH

CDC NUMBER: T99035

CDC-128-C

CDC 128-C

R.J. Donovan Correctional Facility
F10500000000225U

## ANNUAL TB CHRONO
### TB SKIN TESTING

**DISTRIBUTION**
CENTRAL FILE: ☐
MEDICAL FILE: ☐
INMATE: ☒

INMATE TB ALERT CODE: 33

_Larry Lyle DO_

L.N. LYLE, D.O., M.S., DIRECTOR, PUBLIC HEALTH @ RJDCF
MEDICAL—PSYCHIATRIC—DENTAL

TE 05-04-2005

# Exhibit A

Test results of latest X-Ray from Physicians Medical Group (radiology)

# Exhibit B

Medical Appeal No. 03-1113
State of California granting monitoring for Mesothiomia.

# Exhibit C

Laboratory Report / Foundation Laboratory
Accession Nos. 695731, 69593, 732567

# Exhibit D

Medical Discharge Summary / Dept. Mental Health
#5340

# Exhibit E

Annual TB Chrono / TB Skin Test
State of California