# SIGN-IN-SHEET

CASE NAME: W.R. Grace
CASE NO.: 01-1139(JKF)
COURTROOM LOCATION: Courtroom #6
DATE: February 26, 2007 @ 2:00 p.m.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| L. Kruger | Stroock + Stroock + Lavan | Unsec. Creditors Cmttee |
| Gary M. Becker | Kramer Levin Naftalis & Frankel | Equity Committee |
| R. Frankel | Orrick | Austen, FCR |
| R. Wyron | " | " |
| Jarrad Wright | Vail Gotshot & Manges LLP | Ad Hoc Committee Equity Security Holders |
| Theodore Freedman | Ferry Joseph & Pearce PA | Official Committee of Asbestos Property Damage Claimants |
| Mark T. Hurford | Campbell + Levine | ACC |
| Nathan D. Finch | Caplin + Drysdale | ACC |
| Noel C. Burnham | Montgomery McCracken Walker Rhoads | ACC / MMWR Firms |
| John Dull | BGSW | Debtor |
| Brian Ferran | PGS | Future Claimants |
| Raymond Mullady | Orrick | " |
| David Primack | Drinker Biddle & Reath LLP | Dr. Braun Ins. |
| Marc Phillips | Connolly Bove Lodge & Hutz | MCC |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN-SHEET

| CASE NAME | W.R. Grace | COURTROOM LOCATION: Courtroom #6 |
| --- | --- | --- |
| CASE NO.: | 01-1139(JKF) | DATE: February 26, 2007 @2:00 p.m. |

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
| --- | --- | --- |
| SBax | Kirkland + Ellis | WR Grace |
| L Swanson | " | " |
| DM Benick | " | " |
| Wm Sparks | WR Grace | " |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

**Calendar Date:** 02/26/2007
**Calendar Time:** 02:00 PM

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Judith Fitzgerald (Visiting)
## Courtroom

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1636089 | John O'Connell | 212-583-5677 | The Blackstone Group | Debtor, Financial Advisor to the Debtor/ LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1637586 | Stephanie Kwong | 212-808-7465 | Kom Capital, LLC | Interested Party, Kom Capital, LLC / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1641772 | Theodore Freeman | 212-446-4800 | Kirkland & Ellis (CC-913) | Debtor, W. R. Grace & Co. / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1641774 | Sal Bianca | 312-861-2248 | Kirkland & Ellis (CC-913) | Debtor, W. R. Grace & Co. / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1641780 | Barbara Harding | 202-879-5081 | Kirkland & Ellis (CC-913) | Debtor, W. R. Grace & Co. / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1641804 | David M. Bernick | 312-861-2248 | Kirkland & Ellis (CC-913) | Debtor, W. R. Grace & Co. / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1642264 | Sara Gooch | 212-933-3180 | Bank of America Securities | Interested Party, Bank of America/LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1642282 | Daniel C. Cohn | 617-951-2505 | Cohn Whitesell & Goldberg, LLP | Interested Party, Libby / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1642534 | Joseph Schwartz | 973-538-0800 ext. 8506 | Riker, Danzig, Scherer, Hyland & | Claimant, Asbestos Property Damage Claimants/ LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1642579 | Daniel Speights | 803-943-4444 | Speights & Runyan | Plaintiff(s), Property Damage Claimants / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1642976 | Terence D. Edwards | 415-989-1800 | The Brandi Law Firm | Claimant, Asbestos Property Damage Claimants/ LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1642978 | Martin Dies | 512-476-4394 | Dies & Hile LLP | Claimant, Asbestos Property Damage Claimants/ LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1642982 | Stephen Blauner | 212-754-1618 | Latigo Partners | Interested Party, Latigo Partners/ LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1642988 | Mark Shelnitz | 410-531-4212 | W. R. Grace & Co. | Debtor, W.R. Grace |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1642989 | Paul J. Norris | 410-531-4404 | W. R. Grace & Co. | Debtor, W.R. Grace |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1643009 | Lisa Esayian | 312-861-2226 | Kirkland & Ellis (CC-913) | Debtor, W. R. Grace & Co. / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 1643018 | James J. Restivo | 412-288-3122 | Reed, Smith, Shaw & McClay | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1643024 | Douglas E. Cameron | 412-288-4104 | Reed, Smith, Shaw & McClay | Debtor, W. R. Grace & Co. /LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1643035 | Oscar Mockridge | 212-303-9499 | Halcyon Asset Management, LLC | Creditor, Halcyon Asset Management, LLC/ LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1643052 | Edward J. Westbrook | 843-727-6513 | Richardson Patrick Westbrook | Creditor, Asbestos Property Damage Claimants/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1573593 | Michael Davis | 212-826-5311 | Zeichner Ellman & Krause, LLP | AIG / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1573766 | Robert Guttmann | 212-223-0400 ext. 637 | Zeichner Ellman & Krause, LLP | Interested Party, National Union Fire Insurance/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1643188 | Stephen B. Vogel | 212-728-8961 | Willkie Farr & Gallagher LLP | Interested Party, DK Acquisition Partners / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1640664 | Tiffany Cobb | 614-464-8322 | Vorys, Sater, Seymour & Pease, LLP | Creditor, Scotts Company/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1640623 | Arlene Krieger | 212-806-5544 | Stroock & Stroock & Lavan, LLP | Creditor, Oficial Committee of Unsecured Creditors/LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1615318 | Kenneth Thomas | 707-553-9817 | Kenneth Thomas | Interested Party, Kenneth Thomas/ LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1637752 | Stefano Calogero | 973-734-3200 | Cuyler Burk, LLP | Defendant(s), Allstate Insurance Company/LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1637839 | Daniel Glosband | 617-570-1930 | Goodwin Procter LLP | Creditor, CNA/LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1639045 | Walter Slocombe | 202-862-5000 | Caplin & Drysdale | Interested Party, Official Committee of Asbestos Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1639091 | Brian L. Kasprzak | 302-658-6538 | Marks, O'Neill, O'Brien & Courtney, | Interested Party, Everest Reinsurance Company & McKinley Insurance Company/LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1639092 | Michael J. Joyce | 302-658-6538 | Marks, O'Neill, O'Brien & Courtney, | Interested Party, Everest Reinsurance Company & McKinley Insurance Company/LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1639093 | Leslie A. Epley | 202-624-2500 | Crowell & Moring, LLP | Interested Party, Everest Reinsurance Company & McKinley Insurance Company/LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1639094 | Mark Plevin | 202-624-2689 | Crowell & Moring, LLP | Interested Party, Everest Reinsurance Company & McKinley Insurance Company/LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 1640803 | Sander Esserman | 214-969-4910 | Stutzman, Bromberg, Esserman & Plifka | Interested Party, Various Claimant Firms/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1640807 | Van J. Hooker | 214-969-4900 | Stutzman, Bromberg, Esserman & | Interested Party, Various Claimant Firms/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1640809 | David A. Klingler | 214-969-4900 ext. 1335 | Stutzman, Bromberg, Esserman & | Interested Party, Various Claimant Firms/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1640815 | David J. Parsons | 214-969-4900 | Stutzman, Bromberg, Esserman & | Interested Party, Various Claimant Firms/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1641318 | Darrell Scott | 509-455-3966 | Scott Law Group | Creditor, Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1641334 | Elizabeth DeCristofaro | 212-269-4900 | Ford Marrin Esposito Witmeyer & | Creditor, Continental Casualty Company/ LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1641361 | David J. Liebman | 215-665-2147 | Cozen O'Connor | Interested Party, Federal Insurance Company/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1641389 | Marti Murray | 212-582-5505 | Murray Capital Management, Inc. | Interested Party, Murray Capital Management, Inc./ LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1641726 | Janet Baer | 312-861-2162 | Kirkland & Ellis (CC-913) | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1641762 | Sam Blatnick | 312-861-2359 | Kirkland & Ellis, LLP | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1640276 | Matthew Kramer | 305-350-7246 | Bilzin, Sumberg, Baena, Price & | Claimant, Asbestos Property Damage Claimants /Listen Only |
| W. R. Grace & Co. | 01-01139 | Hearing | 1640288 | Andrew Chan | 212-526-4503 | Lehman Brothers | Creditor, Lehman Brothers/ LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1640251 | Sean Walsh | 202-973-9381 | LECG | Claimant, Asbestos Property Damage Claimants/ LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1640186 | David R. Beane | 610-478-2210 | Stevens & Lee, P.C. | Interested Party, Fireman's Fund Insurance Company/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1639723 | Peter Shawn | 212-698-0822 | Tocqueville Asset Management | Interested Party, Share Holder for W. R. Grace & Co./ LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1639730 | Nathan Finch | 202-862-5000 | Caplin & Drysdale | Interested Party, Official Committee of Asbestos Personal Injury Claimants/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1639762 | Guy Baron | 212-301-8312 | Dune Capital Management | Interested Party, Dune Capital Management/ LISTEN ONLY |