## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline March 19, 2007@ 4:00p.m.** |

## NINETEENTH QUARTERLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM OCTOBER 1, 2006 THROUGH DECEMBER 31, 2006

| | |
|---|---|
| Name of Applicant: | *Kramer Levin Naftalis & Frankel LLP* |
| Authorized to Provide Professional Services to: | *Official Committee of Equity Holders* |
| Date of Retention: | *As of July 18, 2001* |
| Period for which compensation and reimbursement is sought: | *October 1, 2006 through and including December 31, 2006* |
| Amount of Compensation sought as actual, reasonable and necessary: | *$238,312.00* |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | *$14,195.38* |
| This is a(n):  ___ monthly    **X** interim application | |

KL2 2491330.5

## SUMMARY OF MONTHLY FEE STATEMENTS FOR KRAMER LEVIN NAFTALIS & FRANKEL – OCTOBER 1, 2006 THROUGH DECEMBER 31, 2006

| Fee Application Filing Date Docket No. Period Covered | Total Fees Requested | Total Expenses Requested | Total Amount of Fees and Expenses Requested | Amount of Fees Paid (80%) | Amount of Expenses Paid (100%) | Certification of No Objection Filing Date Docket No. |
|---|---|---|---|---|---|---|
| 12/06/2006 13934 October 1, 2006 – October 31, 2006 | $72,128.75 | $3,999.84 | $76,128.59 | $57,703.00 | $3977.84 | 1/03/2007 14207 |
| 1/05/2007 14233 November 1, 2006 – November 30, 2006 | $64,525.00 | $5,215.60 | $69,740.60 | $51,620.00 | $5,215.60 | 01/29/2006 14412 |
| 2/05/2007 14487 December 1, 2006 – December 31, 2006 | $101,658.25 | $5,195.38 | $106,660.19 | $81,326.60 | $5,001.94 | N/A |
| **Total** | **$238,312.38** | **$14,195.38** | **$252,507.76** | **$190,649.90** | **$14,195.38** | |

Current Period Unpaid:    Fees         $ 47,662.48
                          Expenses     $      0.00
                          Total        $ 47,662.48

Previous Period Unpaid    Fees         $ 77,116.28

                          **TOTAL**    **$124,778.76**

KL2 2491330.5

**SUMMARY OF OUTSTANDING FEES OWED TO KRAMER LEVIN NAFTALIS &
FRANKEL THROUGH DECEMBER 31, 2006**

| Time Period | Fees and Expenses Requested | Fees and Expenses Approved[1] | Fees and Expenses Paid | Fees and Expenses Owed |
|---|---|---|---|---|
| April 1, 2002 - June 30, 2002 | $ 73,418.50 $ 5,356.96 | $ 73,418.50 $ 5,356.96 | $ 73,418.50 $ 5,356.96 | $-0- |
| July 1, 2002 – September 30, 2002 | $ 87,266.50 $ 10,070.69 | $ 86,576.50 $ 9,737.19 | $ 86,576.50 $ 9,737.19 | $-0- |
| October 1, 2002 – December 31, 2002 | $ 70,445.00 $ 3,575.61 | $ 70,445.00 $ 3,575.61 | $ 70,445.00 $ 3,575.61 | $-0- |
| January 1, 2003 – March 31, 2003 | $ 51,487.00 $ 1,619.93 | $ 51,487.00 $ 1,619.93 | $ 51,487.00 $ 1,619.93 | $-0- |
| April 1, 2003 - June 30, 2003 | $ 27,447.00 $ 1,839.08 | $ 27,447.00 $ 1,839.08 | $ 27,447.00 $ 1,839.08 | $-0- |
| July 1, 2003 – September 31, 2003 | $ 34,092.00 $ 497.86 | $ 34,092.00 $ 497.86 | $ 34,092.00 $ 497.86 | $-0- |
| October 1, 2003 – December 31, 2003 | $ 45,266.00 $ 2,046.18 | $ 45,266.00 $ 2,046.18 | $ 45,266.00 $ 2,046.18 | $-0- |
| January 1, 2004 – March 31, 2004 | $ 31,674.50 $ 1,451.43 | $ 31,674.50 $ 1,451.43 | $ 31,674.50 $ 1,451.43 | $-0- |
| April 1, 2004 – June 30, 2004 | $ 48,415.50 $ 1,840.66 | $ 48,415.50 $ 1,840.66 | $ 48,415.50 $ 1,840.66 | $-0- |
| July 1, 2004 – September 30, 2004 | $ 47,550.00 $ 995.20 | $ 47,550.00 $ 995.20 | $ 47,550.00 $ 995.20 | $-0- |
| October 1, 2004 – December 31, 2004 | $406,517.00 $ 14,406.04 | $ 400,556.50 $ 14,265.04 | $ 400,556.50 $ 14,265.04 | $-0- |
| January 1, 2005 March 31, 2005 | $183,897.00 $12,593.68 | $ 183,897.00 $ 12,593.68 | $ 183,897.00 $ 12,593.68 | $-0- |
| April 1, 2005 June 30, 2005 | $74,471.50 $3,641.49 | $ 74,471.50 $ 3,641.49 | $ 74,471.50 $ 3,641.49 | $-0- |
| July 1, 2005 September 30, 2005 | $79,556.00 $5,348.72 | $ 79,556.00 $ 5,348.72 | $ 79,556.00 $ 5,348.72 | $-0- |
| October 1, 2005 December 31, 2005 | $75,544.50 $2,953.30 | $ 75,544.50 $ 2,953.30 | $ 75,544.50 $ 2,953.30 | $-0- |

---

[1] July 1-September 30, 2002 Order Granted on March 12, 2003 (Docket No. 3511); October 1-December 31, 2002 Order Granted on July 28, 2003 (Docket No. 4157); January 1-March 31, 2003 Order Granted on September 22, 2003 (Docket No. 4480); April 1-June 30, 2003 Order Granted on December 15, 2003 (Docket No. 4827); July 1-September 30, 2003 Order granted on April 26, 2004 (Docket No. 5482); October 1-December 31, 2003 Order Granted on June 16, 2004 (Docket 5822); January 1-March 31, 2004 Order Granted on September 27, 2004 (Docket 6465); April 1-June 30, 2004 Order granted on January 26, 2005 (Docket 7622); July 1- September 30, 2004 Order granted on March 22, 2005 (Docket 8081); October 1- December 31, 2004 Granted on June 29, 2005 (Docket 8728); January 1 – March 31, 2005 Order Granted on September 27, 2005 (Docket 9513); April 1 – June 30, 2005 Order Granted on December 21, 2005 (Docket 11402); July 1 – September 30, 2005 still pending.

| January 1, 2006<br>March 31, 2006 | $74,750.00<br>$5,452.00 | $ 74,750.00<br>$ 5,452.00 | $ 74,750.00<br>$ 5,452.00 | $-0- |
|---|---|---|---|---|
| April 1, 2006<br>June 30, 2006 | $74,596.00<br>$2,815.18 | $ 74,596.00<br>$ 2,815.18 | $ 74,596.00<br>$ 2,815.18 | $-0- |
| July 1, 2006<br>September 30, 2006 | $147,269.00<br>$4,500.72 | $ 0.00<br>$ 0.00 | $ 117,815.20<br>$ 4,500.72 | $ 29,453.80<br>$ 0.00 |
| October 1, 2006<br>December 31, 2006 | $238,312.00<br>$14,195.38 | $ 0.00<br>$ 0.00 | $ 190,649.90<br>$ 14,195.38 | $ 47,662.48<br>$ 0.00 |
| **TOTAL** | **$1,872,100.00**<br>**$ 95,200.11** | **$1,330,397.50**<br>**$ 67,762.33** | **$1,684,845.60**<br>**$ 92,275.12** | **$ 77,116.28**<br>**$ 0.00** |

## SUMMARY OF TIME FOR BILLING PERIOD

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Eckstein, Kenneth H. | 780.00 | 0.60 | $ 468.00 |
| Bentley, Philip | 630.00 | 38.30 | $ 24,129.00 |
| Horowitz, Gregory A. | 595.00 | 78.20 | $ 46,529.00 |
| Becker, Gary | 545.00 | 110.00 | $ 59,950.00 |
| Becker, Gary | 270.00 | 13.70 | $ 3,699.00 |
| Koevary, Jonathan T. | 395.00 | 0.70 | $ 276.50 |
| Glass, Jessica J. | 116.10 | 395.00 | $ 45,859.50 |
| Farber, Peggy | 197.50 | 26.60 | $ 5,253.50 |
| Farber, Peggy | 395.00 | 115.70 | $ 45,701.50 |
| Gavigan, James C. | 220.00 | 29.30 | $ 6,446.00 |
| **Total** | | **529.20** | **$ 238,312.00** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period<br>10/1/06 through 12/31/06 | Total Fees for the Period<br>10/1/06 through 12/31/06 |
|---|---|---|
| Case Administration | 13.00 | $ 2,860.00 |
| Creditor Committee | 31.70 | $ 17,533.50 |
| Bankr. Motions | 12.40 | $ 7,412.50 |
| Fee Applications, Applicant | 17.80 | $ 4,663.50 |
| Claims Analysis Objection | 379.80 | $179,156.00 |
| Hearings | 34.20 | $ 17,734.00 |
| Other | 0.00 | $ 0.00.00 |
| Travel/Non-Working | 40.30 | $ 8,952.50 |
| **Total** | **529.20** | **$238,312.00** |

KL2 2491330.5

## EXPENSE SUMMARY (Schedule of Disbursments)

| Expense Category | Total Expenses For the Period 10/1/06 through 12/31/06 |
|---|---|
| Telecopier | $ 29.00 |
| Velobindings | $ 135.00 |
| Tabs | $ 278.00 |
| Photocopying | $ 1,596.30 |
| Color Copies | $ 195.00 |
| Research Services | $ 42.00 |
| Long-Distance Tel. | $ 108.75 |
| Westlaw On-Line Research | $ 488.96 |
| Print. & Binding | $ 1,009.62 |
| Lexis/Nexis On-Line Research | $ 85.56 |
| Messenger/Courier | $ 60.86 |
| Cab Fares | $ 960.85 |
| Meals/In-House | $ 345.02 |
| Out of Town Travel | $ 5,102.61 |
| Meals/T&E | $ 158.11 |
| Court Reporter/Video Deposition | $ 1,102.30 |
| Document Retrieval Fees | $ 442.72 |
| Transcript Fees | $ 2,054.72 |
| **Total** | **$ 14,195.38** |

## VOLUNTARY DISBURSEMENT REDUCTIONS

| Dispursements | Amount |
|---|---|
| Photocopying | $ 851.36 |
| Manuscript Service | $ 14.50 |
| **Total** | **$ 865.86** |

The foregoing summaries are submitted to the Court pursuant to the Amended Administrative Order under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Amended Administrative Order"). Pursuant to the Amended Administrative Order, Kramer Levin respectfully requests that, for the period October 1, 2006 through December 31, 2006, it be allowed the total amount of fees of $238,312.00 and disbursements $14,195.38, and that the Debtor be directed to pay all outstanding unpaid amounts.

KL2 2491330.5

Dated: February 23, 2007

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By:_____

1177 Avenue of the Americas
New York, New York 10022
(212) 715-9100

Counsel to the Official Committee of
Equity Holders

- 6 -

KL2 2491330.4