IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| W.R. GRACE & CO., et al., | Case No. 01-01139-JJF (Jointly Administered) |
| Debtors. | |

### SUBSTITUTION OF ATTORNEYS

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that creditor ORACLE USA, INC. (formerly known as Siebel Systems, Inc.) hereby substitutes, John Wadsworth, Esq., Oracle USA, Inc., 500 Oracle Parkway MS 5op772, Redwood Shores, California 94065, telephone number (650) 506-7000, as its attorney of record in lieu and in place of the law firm of Cooley Godward Kronish LLP, 101 California Street, 5th Floor, San Francisco, CA 94111, telephone number (415) 693-2000.

Please direct all future documents, pleadings, and correspondence with respect to any proof of claim or other matters in this case to John Wadsworth, Esq. at the following address:

John Wadsworth, Esq.
Oracle USA, Inc.
500 Oracle Parkway, MS 5op772
Redwood Shores, CA 94065
Telephone: (650) 506-7000
Facsimile: (650) 506-7114

THE UNDERSIGNED CONSENTS TO THE ABOVE SUBSTITUTION:

Dated: February 27, 2007              COOLEY GODWARD KRONISH LLP

                                          /s/ Robert L. Eisenbach III
                                      Robert L. Eisenbach III (CA State Bar #124896)
                                      Cooley Godward Kronish LLP
                                      101 California Street, 5th Floor
                                      San Francisco, CA 94111-5800
                                      Telephone: (415) 693-2000
                                      Facsimile: (415) 693-2222

SUBSTITUTION ACCEPTED:

Dated: February 23, 2007          ORACLE USA, INC.

                                          /s/ John Wadsworth
                                       John Wadsworth (CA State Bar #166838)
                                       Oracle USA, Inc.
                                       500 Oracle Parkway, MS 5op7
                                       Redwood Shores, CA  94065
                                       Telephone: (650) 506-7000
                                       Facsimile: (650) 506-7114

1029046 v1/SF

**CERTIFICATE OF SERVICE**

I, Kris Tsao Cachia, hereby declare:

I am employed in the City of San Francisco, County of San Francisco, California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Cooley Godward Kronish LLP, 101 California Street, 5th Floor, San Francisco, California 94111-5800.

On February 27, 2007, I served the foregoing document(s) described as:

**Substitution of Attorney**

on the interested parties in this action by placing a true copy(ies) thereof, on the above date, enclosed in sealed envelopes for service and prepared for processing as described below, and addressed and served in the manner indicated on the attached service list.

__XX__ (BY FIRST CLASS MAIL)  I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

* * * * * * *

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on February 27, 2007 at San Francisco, California.

                                                                                   /s/  Kris Tsao Cachia
                                                                                      Kris Tsao Cachia

## SERVICE LIST

*Debtor*
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

*Debtor's Counsel*
Laura Davis Jones
James E. O'Neill
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*Debtor's Co-Counsel*
Janet S. Baer
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

*U.S. Trustee*
David Klauder
Office of the U.S. Trustee
844 King Street, Suite 2311
Wilmington, DE  19801

*Creditors Committee Counsel*
Lewis Kruger
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

*Creditors Committee Local Counsel*
Michael R. Lastowski
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

*Claims Agent*
Rust Consulting, Inc.
Claims Processing Agent
Re: W. R. Grace & Co. Bankruptcy
PO Box 1620
Faribault, MN 55021-1620

1029046 v1/SF