IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Re: Docket No. 14523 |

**CERTIFICATE OF COUNSEL REGARDING DEBTORS' AGREED MOTION FOR
ENTRY OF AN ORDER CONFIRMING THAT DEPOSITION TESTIMONY
OF DR. PHILIP H. LUCAS IS NOT WITHIN THE SCOPE OF THE
HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT**

1.      On February 8, 2007, the Debtors filed their Agreed Motion for Entry of an Order

Confirming that Deposition Testimony of Dr. Philip H. Lucas is Not Within the Scope of the

Health Insurance Portability and Accountability Act (the "Motion"). The Motion requested that

the Court enter an order holding that the Dr. Philip H. Lucas could not invoke the Health

Insurance Portability and Accountability Act to avoid providing documents and testimony

requested in a subpoena served on February 13, 2006.

2.      Objections to the Motion were filed by the Asbestos Personal Injury Claimants

Committee (Dkt. No. 14554) and Baron & Budd, Silber Pearlman, and LeBlanc Waddell (Dkt.

No. 14604).

3.      On February 20, 2007, the Court heard arguments on the Motion. The Debtors,

the Asbestos Personal Injury Claimants Committee, the Future Claimants' Representative, and

Baron & Budd, Silber Pearlman, and LeBlanc Waddell are in agreement that the attached form

of order accurately represents the Court's rulings on the Motion.    Accordingly, the Debtors

respectfully request the Court enter the attached order.

Dated:  February 27, 2007

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Salvatore F. Bianca
200 East Randolph Drive
Chicago, Illinois 60601
Telephone:  (312) 861-2000
Facsimile:  (312) 861-2200

And

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042 )
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession