# EXHIBIT A

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

February 6, 2007

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1235132                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 01/31/2007 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 41.70 | hrs. at | $595.00 | /hr. = | $24,811.50 |
| RW RILEY | PARTNER | 4.90 | hrs. at | $480.00 | /hr. = | $2,352.00 |
| WS KATCHEN | PARTNER | 14.70 | hrs. at | $650.00 | /hr. = | $9,555.00 |
| MF HAHN | ASSOCIATE | 5.30 | hrs. at | $360.00 | /hr. = | $1,908.00 |
| BA GRUPPO | PARALEGAL | 1.70 | hrs. at | $235.00 | /hr. = | $399.50 |
| C CLARK | PARALEGAL | 1.50 | hrs. at | $185.00 | /hr. = | $277.50 |
| EM O'BYRNE | PARALEGAL | 0.40 | hrs. at | $180.00 | /hr. = | $72.00 |
| AT ASH | LEGAL ASSISTANT | 3.40 | hrs. at | $175.00 | /hr. = | $595.00 |

$39,970.50

DISBURSEMENTS
DINNER - LOCAL                                                8.04
MESSENGER SERVICE                                          734.89
OVERNIGHT MAIL                                              16.31
PRINTING & DUPLICATING                                      11.25
TOTAL DISBURSEMENTS                                                $770.49

BALANCE DUE THIS INVOICE                                           $40,740.99

PREVIOUS BALANCE                                                  $122,422.89

TOTAL BALANCE DUE                                                 $163,163.88

File # K0248-00001
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 1/8/2007 | 003 | MR LASTOWSKI | REVIEW NOVEMBER 2006 MONTHLY OPERATING REPORT | 0.10 | $59.50 |
| 1/23/2007 | 003 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR AUTHORITY TO MAKE PENSION PLAN PAYMENTS | 0.60 | $357.00 |
| | | | Code Total | 0.70 | $416.50 |

File # K0248-00001
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 1/2/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 1/3/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 1/4/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 1/4/2007 | 004 | MF HAHN | REVIEW DOCKET AND PULL NEW PLEADINGS FOR WSK | 0.40 | $144.00 |
| 1/5/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 1/5/2007 | 004 | MF HAHN | REVIEW DOCKET AND NEW PLEADINGS FOR WSK | 0.20 | $72.00 |
| 1/8/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 1/8/2007 | 004 | EM O'BYRNE | SCAN AND E-FILE FIFTY-NINTH FEE APPLICATION OF DUANE MORRIS (.2); COPY AND EFFECTUATE SERVICE OF SAME (.2) | 0.40 | $72.00 |

File # K0248-00001                                    INVOICE #  1235132
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/9/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 1/9/2007 | 004 | RW RILEY | REVIEWING RECENT FILING IN CASE | 2.30 | $1,104.00 |
| 1/10/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 1/11/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 1/12/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 1/16/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 1/17/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |

Duane Morris
February 6, 2007
Page 5

File # K0248-00001                                          INVOICE # 1235132
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 1/22/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 1/22/2007 | 004 | MF HAHN | REVIEW DOCKET AND NEW FILINGS | 0.20 | $72.00 |
| 1/23/2007 | 004 | MF HAHN | CORRESPONDENCE WITH A. ASH REGARDING NEW FILINGS; REVIEW DOCKET AND PROVIDE DOCUMENTS TO WSK | 0.20 | $72.00 |
| 1/25/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 1/26/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 1/29/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 1/29/2007 | 004 | MF HAHN | REVIEW DOCKET AND NEW PLEADINGS FILED | 0.10 | $36.00 |
| 1/30/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |

File # K0248-00001                                      INVOICE #  1235132
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/31/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| | | | Code Total | 5.50 | $1,971.50 |

File # K0248-00001                                                      INVOICE #  1235132
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 1/3/2007 | 005 | MR LASTOWSKI | REVIEW MOTION TO RECONSIDER SUPPLEMENTAL ORDER REGARDING MOTION TO COMPEL CLAIMANTS TO RESPOND TO ASBESTOS PI QUESTIONNAIRE | 0.50 | $297.50 |
| 1/8/2007 | 005 | MF HAHN | REVIEW DOCKET AND OBJECTION TO COMPEL ACTUARIAL STUDIES | 0.80 | $288.00 |
| 1/8/2007 | 005 | MR LASTOWSKI | REVIEW ZAI PLAINTIFFS' APPELLATE DESIGNATION | 0.20 | $119.00 |
| 1/8/2007 | 005 | MR LASTOWSKI | REVIEW RESPONSES TO 20TH OBJECTION TO CLAIMS | 0.50 | $297.50 |
| 1/8/2007 | 005 | MR LASTOWSKI | REVIEW EXPERT REPORTS SERVED BY DIES & HILE CLAIMANTS | 3.40 | $2,023.00 |
| 1/8/2007 | 005 | MR LASTOWSKI | REVIEW MOTLEY RICE JOINDER IN MOTION TO RECONSIDER ORDER RE: ASBESTOS PERSONAL INJURY QUESTIONNAIRE | 0.20 | $119.00 |
| 1/8/2007 | 005 | MR LASTOWSKI | REVIEW ORDER GRANTING PROPERTY DAMAGE CLAIMANTS LEAVE TO DESIGNATE CONSTRUCTIVE NOTICE EXPERT | 0.10 | $59.50 |
| 1/9/2007 | 005 | MF HAHN | REVIEW DOCKET AND DESIGNATION REGARDING CONSTRUCTIVE NOTICE FOR PROPERTY DAMAGE CLAIMS | 0.30 | $108.00 |
| 1/9/2007 | 005 | MR LASTOWSKI | REVIEW RESPONSE TO ANDERSONE MEMORIAL HOSPITAL'S MOTION TO COMPEL | 0.40 | $238.00 |
| 1/9/2007 | 005 | MR LASTOWSKI | REVIEW DEBTORS' RESPONSE TO MOTIONS TO RECONSIDER ORDER RE: ASBESTOS PI QUESTIONNAIRE | 1.10 | $654.50 |
| 1/9/2007 | 005 | MR LASTOWSKI | REVIEW DEBTORS' OPPOSITION TO MOTION TO COMPEL DISCLOSURE OF ACTUARIAL STUDIES RELATING TO SECURITIES FILINGS | 1.10 | $654.50 |
| 1/10/2007 | 005 | MF HAHN | REVIEW DOCKET AND DEBTOR'S RESPONSE TO ZONOLITE CLAIMANT'S MOTION FOR LEAVE TO APPEAL | 0.40 | $144.00 |
| 1/10/2007 | 005 | MR LASTOWSKI | REVIEW EPEC REALTY, INC. 'S EXPERT REPORT (ERC) | 1.20 | $714.00 |
| 1/10/2007 | 005 | MR LASTOWSKI | REVIEW BRIEFING RE: DEBTORS' OPPOSITION TO RULE 30(B)(6) DEPOSITION | 0.90 | $535.50 |
| 1/12/2007 | 005 | MF HAHN | REVIEW DOCKET AND SETTLEMENT REGARDING ZAI OPINION AND PROPERTY DAMAGE CLAIMANTS | 0.30 | $108.00 |
| 1/12/2007 | 005 | MR LASTOWSKI | REVIEW SUPPLEMENTAL REPORT OF JAMES R. MILLETTE, EXPERT RETAINED BY DIES & HILE CLAIMANTS | 0.60 | $357.00 |

Duane Morris
February 6, 2007
Page 8

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1235132

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 1/16/2007 | 005 | MF HAHN | REVIEW DOCKET AND NEW OPINION REGARDING VERMICULATE ATTIC INSULATION | 0.80 | $288.00 |
| 1/16/2007 | 005 | RW RILEY | REVIEWING COMMUNICATION RELATED TO NOTICES OF DEPOSITION DUCES TECUM FOR ROBERT BEBER, JAY W. HUGHES AND DAVID B. SIEGEL AND REVIEWING NOTICES OF DEPOSITION | 0.30 | $144.00 |
| 1/17/2007 | 005 | MF HAHN | REVIEW DOCKET AND DESIGNATIONS OF EXPERT REPORTS; PROVIDE COPIES OF SAME TO W. KATCHEN | 0.30 | $108.00 |
| 1/19/2007 | 005 | MF HAHN | REVIEW DOCKET AND EXPERT REPORTS FILED | 0.40 | $144.00 |
| 1/20/2007 | 005 | MR LASTOWSKI | REVIEW MEMORANDUM OF LAW IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF ACTUARIAL REPORTS | 1.20 | $714.00 |
| 1/21/2007 | 005 | MR LASTOWSKI | REVIEW EXPERT REPORTS SUBMITTED BY DEBTORS' ON 1/16/07 | 2.80 | $1,666.00 |
| 1/22/2007 | 005 | MR LASTOWSKI | REVIEW COUNTER DESIGNATION ON ZAI APPEAL | 2.80 | $1,666.00 |
| 1/22/2007 | 005 | MR LASTOWSKI | REVIEW REPORT OF DEBTORS' EXPERT CHARLES BLAKE | 0.80 | $476.00 |
| 1/22/2007 | 005 | MR LASTOWSKI | REVIEW REBUTTAL REPORTS OF ERC | 1.20 | $714.00 |
| 1/22/2007 | 005 | MR LASTOWSKI | REVIEW HALLIWELL EXPERT REPORT SUBMITTED BY SPEIGHTS & RUNYAN | 0.70 | $416.50 |
| 1/22/2007 | 005 | MR LASTOWSKI | REVIEW RICHARD LEE EXPERT REPORT SUBMITTED BY DEBTORS' AND RELATED INFORMATION PROVIDED BY THE DEBTORS | 1.20 | $714.00 |
| 1/23/2007 | 005 | MR LASTOWSKI | REVIEW REAUD, MORGAN & QUINN'S MOTION TO AMEND INFORMAL PROOFS OF CLAIM | 0.20 | $119.00 |
| 1/31/2007 | 005 | MF HAHN | REVIEW DOCKET AND NEW PLEADINGS; REVIEW MOTION TO ALLOW LATE PROOFS OF CLAIM BY CERTAIN ASBESTOS CLAIMANTS | 0.30 | $108.00 |
| 1/31/2007 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S EMERGENCY MOTION TO MODIFY ORDER RE: X-RAY EXAMINATION | 0.60 | $357.00 |
| 1/31/2007 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S EMERGENCY MOTION TO MODIFY ORDER RE: X-RAY EXAMINATION | 0.60 | $357.00 |
| | | | Code Total | 26.20 | $14,708.50 |

File # K0248-00001 INVOICE # 1235132
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/9/2007 | 006 | RW RILEY | REVIEWING 20TH OMNIBUS CLAIMS OBJECTION | 1.30 | $624.00 |
| 1/24/2007 | 006 | MR LASTOWSKI | REVIEW PRUDENTIAL APPELLATE BRIEF | 0.40 | $238.00 |
| | | | Code Total | 1.70 | $862.00 |

Duane Morris
February 6, 2007
Page 10

File # K0248-00001                                            INVOICE # 1235132
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|------|-------|-------|
| 1/8/2007 | 009 | AT ASH | DRAFT 59TH MONTHLY FEE APPLICATION OF DUANE MORRIS. CONVERT TO PDF FORMAT AND E-FILE SAME. PREPARE FOR SERVICE. | 0.90 | $157.50 |
| 1/31/2007 | 009 | MR LASTOWSKI | REVIEW DUANE MORRIS 60 MONTHLY FEE APPLICATION | 0.50 | $297.50 |
| | | | Code Total | 1.40 | $455.00 |

DUANE MORRIS LLP

Duane Morris
February 6, 2007
Page 11

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1235132

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 1/8/2007 | 012 | RW RILEY | REVIEWING 59TH MONTHLY FEE APPLICATION FOR DUANE MORRIS AND TIME ENTRIES RELATED THERETO | 0.50 | $240.00 |
| 1/31/2007 | 012 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF NO OBJECTION RE 59TH MONTHLY APPLICATION OF DUANE MORRIS. | 0.10 | $17.50 |
| 1/31/2007 | 012 | AT ASH | DRAFT CERTIFICATION OF NO OBJECTION TO DUANE MORRIS 59TH MONTHLY APPLICATION. | 0.10 | $17.50 |
| 1/31/2007 | 012 | AT ASH | DRAFT 60TH MONTHLY APPLICATION OF DUANE MORRIS. | 0.50 | $87.50 |
| | | | Code Total | 1.20 | $362.50 |

File # K0248-00001                                              INVOICE # 1235132
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 1/9/2007 | 013 | AT ASH | REVIEW 33RD MONTHLY APPLICATION OF CASPTONE. CONVERT TO PDF FORMAT AND E-FILE SAME. | 0.40 | $70.00 |
| 1/9/2007 | 013 | MR LASTOWSKI | SIGN NOTICE OF CAPSTONE 33RD INTERIM APPLICATION | 0.10 | $59.50 |
| 1/9/2007 | 013 | MR LASTOWSKI | REVIEW EXTRANET ISSUES AND E-MAIL TO P. CAVENAUGH | 0.10 | $59.50 |
| 1/12/2007 | 013 | AT ASH | REVIEW 68TH MONTHLY APPLICATION OF STROOCK, CONVERT TO PDF FORMAT AND E-FILE SAME. | 0.50 | $87.50 |
| 1/29/2007 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE 69TH MONTHLY APPLICATION OF STROOCK. | 0.40 | $70.00 |
| 1/29/2007 | 013 | RW RILEY | REVIEWING MONTHLY FEE APPLICATION OF STROOCK AND COORDINATING FILING AND SERVICE OF SAME | 0.50 | $240.00 |
| 1/31/2007 | 013 | AT ASH | DRAFT CERTIFICATION OF NO OBJECTION FOR 32ND AND 33RD FEE APPLICATIONS OF CAPSTONE. | 0.30 | $52.50 |
| 1/31/2007 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATIONS OF NO OBJECTION RE 32ND AND 33RD MONTHLY APPLICATIONS OF CAPSTONE. | 0.20 | $35.00 |
| | | | Code Total | 2.50 | $674.00 |

File # K0248-00001                                                    INVOICE # 1235132
        W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 1/4/2007 | 015 | MR LASTOWSKI | REVIEW TRANSCRIPTS OF HEARINGS OF 12/18 AND 12/29 | 0.50 | $297.50 |
| 1/19/2007 | 015 | MR LASTOWSKI | REVIEW REPLY IN SUPPORT OF DEBTOR'S MOTION TO QUASH RULE 30(B)(6) SUBPOENA | 0.30 | $178.50 |
| 1/20/2007 | 015 | MR LASTOWSKI | REVIEW NOTICE OF 1/23/07 AGENDA AND ITEMS IDENTIFIED THEREON | 2.70 | $1,606.50 |
| 1/20/2007 | 015 | MR LASTOWSKI | REVIEW DIES AND HILE REPORTS AND SUPPLEMENTAL REPORTS (SERVED ON 1/15/07) | 4.10 | $2,439.50 |
| 1/23/2007 | 015 | MR LASTOWSKI | E-MAILS TO AND FROM A. KRIEGER RE: PROGRESS OF HEARING | 0.20 | $119.00 |
| 1/23/2007 | 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND OMNIBUS HEARING | 5.30 | $3,153.50 |
| 1/25/2007 | 015 | MR LASTOWSKI | REVIEW ORDERS ENTERED ON 1/24/07 | 0.60 | $357.00 |
| | | | Code Total | 13.70 | $8,151.50 |

File # K0248-00001
   W.R. GRACE & CO.

INVOICE # 1235132

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 1/22/2007 | 017 | MR LASTOWSKI | REVIEW EXCLUSIVITY BRIEFING | 3.50 | $2,082.50 |
| 1/26/2007 | 017 | MR LASTOWSKI | REVIEW JUDGE BUCKWALTER OPINION | 0.40 | $238.00 |
| | | | Code Total | 3.90 | $2,320.50 |

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1235132

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 1/2/2007 | 025 | WS KATCHEN | ADDITIONAL WORK ON PLAN ISSUES. | 1.80 | $1,170.00 |
| 1/5/2007 | 025 | WS KATCHEN | REVIEW FUTURE CLAIMANT'S OPPOSITION TO DEBTOR'S MOTION. | 0.30 | $195.00 |
| 1/5/2007 | 025 | WS KATCHEN | REVIEW DEBTOR'S REQUEST FOR EXPEDITED CONSIDERATION AND SUMMARY DENIAL OF MOTION TO AMEND ORDER ON QUESTIONNAIRE. | 0.10 | $65.00 |
| 1/5/2007 | 025 | WS KATCHEN | REVIEW NOTICE BY DEBTOR OF DEPOSITION AND SUBPOENA. | 0.10 | $65.00 |
| 1/5/2007 | 025 | WS KATCHEN | REVIEW SKADDEN MEMO TO COMMITTEE - REGARDING STRATEGY; EMAILS TO M. CECHI; REVIEW ZAI DESIGNATION OF RECORD AND ISSUES ON APPEAL; REVIEW STROOCK EMAIL; TELEPHONE CONVERSATION WITH T. MAHER REGARDING EMAIL; REVIEW ASBESTOS CLAIMANTS MOTION TO AMEND ORDER. | 1.20 | $780.00 |
| 1/8/2007 | 025 | WS KATCHEN | REVIEW FCR OPPOSITION TO DEBTOR'S MOTION; REVIEW MOTION BY FCR TO FILE UNDER SEAL; EMAIL TO STROOCK REGARDING SAME; PREP COMMITTEE CONFERENCE CALL JAN. 11. | 1.70 | $1,105.00 |
| 1/8/2007 | 025 | WS KATCHEN | REVIEW DEL TACO'S RESPONSE ON CLAIMS OBJECTION. | 0.40 | $260.00 |
| 1/10/2007 | 025 | C CLARK | RESEARCH NEW NJ APP. DIV OPINION | 0.60 | $111.00 |
| 1/10/2007 | 025 | WS KATCHEN | ADDITIONAL RESEARCH FOR COMMITTEE MEETING 1/11/07. | 1.90 | $1,235.00 |
| 1/10/2007 | 025 | WS KATCHEN | REVIEW ORRICK LETTER TO DISTRICT COURT. | 0.10 | $65.00 |
| 1/11/2007 | 025 | C CLARK | REVIEW DOCKET AND RETRIEVE FOR W. KATCHEN SECOND AMEND PLAN AND ORDER CONFIRMING PLAN | 0.60 | $111.00 |
| 1/11/2007 | 025 | WS KATCHEN | CONFERENCE CALL WITH COMMITTEE. | 0.50 | $325.00 |
| 1/12/2007 | 025 | WS KATCHEN | REVIEW LATEST COURT DOCKET ITEMS. | 0.40 | $260.00 |
| 1/15/2007 | 025 | WS KATCHEN | REVIEW NOTICE OF AGENDA OF JAN. 23, 2007. | 0.10 | $65.00 |
| 1/16/2007 | 025 | WS KATCHEN | REVIEW ANGELO'S AFFIDAVIT; REVIEW STIPULATION FOR PD CLAIMS METHODOLOGY. | 0.20 | $130.00 |
| 1/22/2007 | 025 | WS KATCHEN | REVIEW R.J. LEE EXPERT REPORT (ASBESTOS PROPERTY DAMAGE CLAIMS); REVIEW W.R. GRACE REPLY ON MOTION TO QUASH SUBPOENA; REVIEW M. SHELRITZ DECLARATION. | 0.50 | $325.00 |

File # K0248-00001                                                    INVOICE # 1235132
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 1/22/2007 | 025 | WS KATCHEN | REVIEW NOTICE OF DEPOSITION - BEBER, HUGHES, SIEGEL AND STIPULATION AND ORDER FOR PRODUCTION OF DOCUMENTS; REVIEW COUNTER - DESIGNATION RECORD ON APPEAL (ZAI). | 0.30 | $195.00 |
| 1/22/2007 | 025 | WS KATCHEN | ESTIMATION ISSUES; PREP 1/24/07 COMMITTEE CALL. | 1.50 | $975.00 |
| 1/23/2007 | 025 | WS KATCHEN | REVIEW DEBTOR'S BRIEF ON ZAI; REVIEW DEBTOR'S STIPULATION ON METHODOLOGY ISSUE; EMAIL STROOCK REGARDING SAME. | 0.70 | $455.00 |
| 1/23/2007 | 025 | WS KATCHEN | EMAILS. | 0.20 | $130.00 |
| 1/24/2007 | 025 | C CLARK | RESEARCH RELEVANT CASES CITE IN NJ LAW JOURNAL | 0.30 | $55.50 |
| 1/24/2007 | 025 | WS KATCHEN | COMMITTEE CONFERENCE CALL. | 0.40 | $260.00 |
| 1/25/2007 | 025 | WS KATCHEN | REVIEW USDC OPINION/ORDER §1121(D); TELEPHONE CONVERSATION WITH M. LASTOWSKI REGARDING CASE ADMINISTRATION. | 0.20 | $130.00 |
| 1/25/2007 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION TO AUTHORIZE PENSION PLAN CONTRIBUTIONS. | 0.10 | $65.00 |
| 1/26/2007 | 025 | WS KATCHEN | EMAIL L. KRUGER REGARDING PLAN ISSUE. | 0.20 | $130.00 |
| 1/31/2007 | 025 | WS KATCHEN | UPDATE STATUS. | 0.20 | $130.00 |
| 1/31/2007 | 025 | WS KATCHEN | REVIEW MOTION TO AMEND MOTION; REAUD MORGAN TO AMEND PROOF OF CLAIM. | 0.20 | $130.00 |
| 1/31/2007 | 025 | WS KATCHEN | WORK ON ESTIMATION ISSUE. | 1.40 | $910.00 |
| | | | Code Total | 16.20 | $9,832.50 |

File # K0248-00001                                              INVOICE # 1235132
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 1/3/2007 | 027 | MF HAHN | REVIEW NEW NJ DISTRICT COURT OPINION REGARDING CLASS ACTIONS AND COMMONALITY | 0.60 | $216.00 |
| | | | Code Total | 0.60 | $216.00 |

File # K0248-00001                                    INVOICE #  1235132
    W.R. GRACE & CO.

| | | |
|---|---|---|
| TOTAL SERVICES | 73.60 | $39,970.50 |

Duane Morris
February 6, 2007
Page 19

File # K0248-00001                                    INVOICE #  1235132
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|------|--------|
| 1/31/2007 | DINNER - LOCAL | | 8.04 |
| | | Total: | $8.04 |
| | | | |
| 1/8/2007 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAYESQUIRE AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790153813348) | | 9.56 |
| 1/8/2007 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B. SIEGEL AT SENIOR VICE PRESIDENT - COLUMBIA, MD FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790153806092) | | 6.75 |
| | | Total: | $16.31 |
| | | | |
| 1/31/2007 | MESSENGER SERVICE | | 734.89 |
| | | Total: | $734.89 |
| | | | |
| 1/31/2007 | PRINTING & DUPLICATING | | 11.25 |
| | | Total: | $11.25 |
| | | | |
| | TOTAL DISBURSEMENTS | | $770.49 |