THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Obj. Deadline: March 20, 2007

**FORTY-SEVENTH APPLICATION OF THE BLACKSTONE GROUP L.P.
AS FINANCIAL ADVISOR TO W.R. GRACE & CO. AND AFFILIATES
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD OF OCTOBER 1, 2006 THROUGH OCTOBER 31, 2006**

Name of Applicant:                                    The Blackstone Group L.P.

Authorized to Provide
Professional Services to:                             Debtors

Date of Retention Order:                              June 22, 2001, effective April 2, 2001

Period for which compensation and
reimbursement is sought:                              October 1, 2006 through October 31, 2006

Amount of Compensation                    Total              (Holdback (@ 20%)
sought as actual, reasonable and necessary: $100,000.00       ($20,000.00)

Amount of Expense Reimbursement
sought as actual, reasonable and necessary:  $704.00

This is a  x  monthly __ interim ___ final application

2569507

Summary of Monthly Applications:

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| July 31, 2001 | April 2, 2001 – June 30, 2001 | $519,166.66 | $7,663.95 | $519,166.66 | $7,261.45 |
| August 24, 2001 | July 2001 | $175,000.00 | $3,504.53 | $175,000.00 | $3,504.53 |
| October 15, 2001 | August 2001 | $175,000.00 | $16,124.84 | $175,000.00 | $5,795.17 |
| November 20, 2001 | September 2001 | $175,000.00 | $11,846.09 | $175,000.00 | $9,226.93 |
| November 29, 2001 | October 2001 | $175,000.00 | $5,042.39 | $175,000.00 | $4,084.55 |
| January 30, 2002 | November 2001 | $175,000.00 | $7,477.10 | $175,000.00 | $6,691.93 |
| January 30, 2002 | December 2001 | $175,000.00 | $2,133.92 | $175,000.00 | $2,112.92 |
| March 15, 2002 | January 2002 | $175,000.00 | $5,140.26 | $175,000.00 | $3,940.26 |
| April 5, 2002 | February 2002 | $175,000.00 | $1,719.69 | $175,000.00 | $1,414.02 |
| May 2, 2002 | March 2002 | $175,000.00 | $631.92 | $175,000.00 | $389.25 |
| July 24, 2002 | April 2002 | $175,000.00 | $2,736.03 | $175,000.00 | $2,703.36 |
| August 15, 2002 | May 2002 | $175,000.00 | $516.61 | $175,000.00 | $516.61 |
| August 15, 2002 | June 2002 | $175,000.00 | $733.20 | $175,000.00 | $733.20 |
| November 13, 2002 | July 2002 | $175,000.00 | $2,603.74 | $175,000.00 | $2,603.74 |
| November 13, 2002 | August 2002 | $175,000.00 | $3,547.21 | $175,000.00 | $3,547.21 |
| November 13, 2002 | September 2002 | $175,000.00 | $1,611.87 | $175,000.00 | $1,467.54 |
| February 14, 2003 | October 2002 | $175,000.00 | $1,848.24 | $175,000.00 | $1,848.24 |
| February 14, 2003 | November 2002 | $175,000.00 | $2,109.76 | $175,000.00 | $2,109.76 |
| February 14, 2003 | December 2002 | $175,000.00 | $1,570.49 | $175,000.00 | $1,579.49 |
| March 17, 2004 | January 1, 2003 – December 31, 2003 | $525,000.00 | $10,063.83 | $525,000.00 | $10,026.06 |
| August 17, 2004 | January 1, 2004 – June 30, 2004 | $525,000.00 | $2,833.02 | $525,000.00 | $2,833.02 |
| November 15, 2004 | July 1, 2004 – September 30, 2004 | $525,000.00 | $22,158.70 | $525,000.00 | $22,009.84 |

2569507

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| November 24, 2004 | October 2004 | $175,000.00 | $3,635.27 | $175,000.00 | $3,635.27 |
| January 24, 2005 | November 2004 | $175,000.00 | $4,369.47 | $175,000.00 | $4,369.47 |
| January 24, 2005 | December 2004 | $175,000.00 | $1,129.94 | $175,000.00 | $1,129.94 |
| March 4, 2005 | January 2005 | $175,000.00 | $2,347.64 | $175,000.00 | $2,347.64 |
| May 19, 2005 | February 2005 | $175,000.00 | $742.42 | $175,000.00 | $742.42 |
| May 19, 2005 | March 2005 | $175,000.00 | $1,106.33 | $175,000.00 | $1,106.33 |
| August 19, 2005 | April 2005 | $100,000.00 | $3,082.08 | $100,000.00 | $3,082.08 |
| August 19, 2005 | May 2005 | $50,000.00 | $1,709.38 | $50,000.00 | $1,709.38 |
| August 19, 2005 | June 2005 | $50,000.00 | $2,917.10 | $50,000.00 | $2,917.10 |
| May 8, 2006 | July 2005 | $75,000.00 | $2,289.24 | $75,000.00 | $2,289.24 |
| May 8, 2006 | August 2005 | $50,000.00 | $2,304.36 | $50,000.00 | $2,304.36 |
| May 8, 2006 | September 2005 | $25,000.00 | $679.00 | $25,000.00 | $679.00 |
| June 21, 2006 | October 2005 | $100,000.00 | $786.97 | $80,000.00 | 786.97 |
| June 21, 2006 | November 2005 | $100,000.00 | $1,854.08 | $80,000.00 | 1,854.08 |
| June 21, 2006 | December 2005 | $100,000.00 | $488.35 | $80,000.00 | $488.35 |
| July 25, 2006 | January 2006 | $50,000.00 | $1,369.41 | $40,000.00 | $1,369.41 |
| July 25, 2006 | February 2006 | $100,000.00 | $560.94 | $80,000.00 | $560.94 |
| July 25, 2006 | March 2006 | $100,000.00 | $1,273.41 | $80,000.00 | 1,273.41 |
| September 21, 2006 | April 2006 | $75,000.00 | $208.81 | $60,000.00 | $208.81 |
| September 21, 2006 | May 2006 | $100,000.00 | $1,660.26 | $80,000.00 | $1,660.26 |
| September 21, 2006 | June 2006 | $125,000.00 | $2,155.45 | $100,000.00 | $2,155.45 |
| September 22, 2006 | July 2006 | $125,000.00 | $4,794.17 | $100,000.00 | $4,794.17 |
| November 30, 2006 | August 2006 | $75,000.00 | $1,665.99 | $60,000.00 | $1,665.99 |
| November 30, 2006 | September 2006 | $75,000.00 | $995.60 | $60,000.00 | $995.60 |

|  |  | Requested ||  Approved ||
| --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| February 28, 2007 | October 2006 | $100,000.00 | $704.00 | -- | -- |

2569507

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: March 20, 2007 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR THE BLACKSTONE GROUP L.P.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM OCTOBER 1, 2006 THROUGH OCTOBER 31, 2006

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## The Blackstone Group®

February 28, 2007

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---:|---:|
| Monthly advisory fee for the period of October 1, 2006 through October 31, 2006: | $ | 100,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | (20,000.00) |

Out-of-pocket expenses processed for the period through October 31, 2006:[1]

| | | | |
|---|---|---:|---:|
| Ground Transportation | $ | 121.00 | |
| Communications | | 510.35 | |
| Meals | | 59.21 | |
| Research | | 13.44 | 704.00 |
| **Total Amount Due** | | | **$ 80,704.00** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 13737

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**The Blackstone Group® L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

W.R. Grace & Co.
Summary of Expenses
Invoice No. 13737

|  | GL Detail Oct-06 | Total Expenses |
|---|---|---|
| Ground Transportation - Local Travel | $ 16.00 | $ 16.00 |
| Ground Transportation - Out of Town Travel | 105.00 | 105.00 |
| Communications - Teleconferencing | 510.35 | 510.35 |
| Employee Meals | 59.21 | 59.21 |
| External Research - Online Database | 13.44 | 13.44 |
| **Total Expenses** | $ 704.00 | $ 704.00 |
| | | |
| Ground Transportation | | $ 121.00 |
| Communications | | 510.35 |
| Meals | | 59.21 |
| Research | | 13.44 |
| | | |
| Total Expenses | | $ 704.00 |

**W.R. Grace & Co.**
**Detail of Expenses Processed**
**Through October 31, 2006**
**Invoice No. 13737**

### Ground Transportation - Local Travel

| | | | |
|---|---|---:|---:|
| O'Connell (taxi to Blackstone from client meeting held in New York, NY) | 09/12/06 | 16.00 | |
| Subtotal - Ground Transportation - Local Travel | | | $ 16.00 |

### Ground Transportation - Out of Town Travel

| | | | |
|---|---|---:|---:|
| O'Connell (taxi to hotel from BWI train station in Columbia, MD) | 10/05/06 | 40.00 | |
| O'Connell (taxi to client's offices from hotel in Columbia, MD) | 10/06/06 | 20.00 | |
| O'Connell (taxi to BWI train station from client's offices in Columbia, MD) | 10/06/06 | 45.00 | |
| Subtotal - Ground Transportation - Out of Town Travel | | | 105.00 |

### Communications - Teleconferencing

| | | | |
|---|---|---:|---:|
| O'Connell (fee for attending Court hearing telephonically) | 09/13/06 | 240.00 | |
| O'Connell (fee for attending Court hearing telephonically) | 09/27/06 | 120.00 | |
| Zilly | 07/26/06 | 16.76 | |
| Zilly | 08/15/06 | 41.16 | |
| Zilly | 08/18/06 | 13.49 | |
| Zilly | 09/12/06 | 78.94 | |
| Subtotal - Communications - Teleconferencing | | | 510.35 |

### Employee Meals

| | | | |
|---|---|---:|---:|
| Gellman (weeknight working dinner meal @ Blackstone while working late) | 07/19/06 | 25.00 | |
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 07/31/06 | 25.00 | |
| O'Connell (weeknight working dinner meal @ Blackstone while working late) | 09/27/06 | 9.21 | |
| Subtotal - Employee Meals | | | 59.21 |

### External Research - Online Database

| | | | |
|---|---|---:|---:|
| de Almeida (retrieved Court filing via P.A.C.E.R.) | 07/28/06 | 2.40 | |
| de Almeida (retrieved Court filing via P.A.C.E.R.) | 08/24/06 | 4.88 | |
| de Almeida (retrieved Court filing via P.A.C.E.R.) | 09/25/06 | 1.20 | |
| de Almeida (retrieved Court filing via P.A.C.E.R.) | 09/27/06 | 4.96 | |
| Subtotal - External Research - Online Database | | | 13.44 |
| **Total Expenses** | | | **$ 704.00** |

# THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS FOR THE PERIOD
## OCTOBER 1, 2006 THROUGH OCTOBER 31, 2006

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 44.6 |
| Jamie O'Connell | Associate | 67.7 |
| Benjamin Istvan | Analyst | 12.3 |
| | Total | 124.6 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD
OCTOBER 1, 2006 THROUGH OCTOBER 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 10/04/06 | 0.5 | Business Analysis | Review business analysis presentation |
| Jamie O'Connell | 10/05/06 | 0.8 | Business Analysis | Correspondence regarding business update |
| Pamela Zilly | 10/08/06 | 0.5 | Business Analysis | Read materials re: SEC filings |
| Pamela Zilly | 10/09/06 | 1.0 | Business Analysis | Read materials, correspondence re: ART joint venture |
| Jamie O'Connell | 10/10/06 | 0.3 | Business Analysis | Correspondence regarding business update |
| Pamela Zilly | 10/10/06 | 0.5 | Business Analysis | Correspondence re: ART joint venture |
| Benjamin Istvan | 10/12/06 | 4.0 | Business Analysis | Prepare business process materials |
| Benjamin Istvan | 10/13/06 | 0.5 | Business Analysis | Review business process materials |
| Jamie O'Connell | 10/13/06 | 0.5 | Business Analysis | Review business analyses |
| Jamie O'Connell | 10/13/06 | 0.5 | Business Analysis | Review management correspondence regarding business update |
| Pamela Zilly | 10/13/06 | 0.3 | Business Analysis | Review correspondence re: business analysis and acquisition |
| Jamie O'Connell | 10/16/06 | 0.3 | Business Analysis | Review management correspondence regarding business update |
| Jamie O'Connell | 10/16/06 | 0.3 | Business Analysis | Internal correspondence |
| Jamie O'Connell | 10/16/06 | 0.3 | Business Analysis | Review business analysis |
| Jamie O'Connell | 10/16/06 | 0.5 | Business Analysis | Call with C. Schult of Grace regarding business update |
| Pamela Zilly | 10/16/06 | 1.2 | Business Analysis | Review and provide comments on Project Gemini materials |
| Pamela Zilly | 10/16/06 | 0.5 | Business Analysis | Review correspondence and other materials re: two acquisition opportunities |
| Jamie O'Connell | 10/17/06 | 0.5 | Business Analysis | Meeting with P. Zilly re: Project Gemini materials |
| Jamie O'Connell | 10/17/06 | 0.3 | Business Analysis | Correspondence with C. Schult of Grace |
| Pamela Zilly | 10/17/06 | 0.5 | Business Analysis | Meeting with J. O'Connell re: Project Gemini |
| Jamie O'Connell | 10/18/06 | 0.3 | Business Analysis | Call with C. Schult of Grace regarding business update |
| Jamie O'Connell | 10/19/06 | 0.3 | Business Analysis | Call with C. Schult of Grace regarding business update |
| Jamie O'Connell | 10/23/06 | 0.3 | Business Analysis | Review correspondence from C. Schult of Grace |
| Jamie O'Connell | 10/23/06 | 0.3 | Business Analysis | Review business analysis |
| Jamie O'Connell | 10/25/06 | 3.3 | Business Analysis | Business analysis |
| Jamie O'Connell | 10/25/06 | 0.5 | Business Analysis | Call with C. Schult of Grace regarding business analysis |
| Jamie O'Connell | 10/26/06 | 1.3 | Business Analysis | Business analysis |
| Jamie O'Connell | 10/27/06 | 0.3 | Business Analysis | Correspondence with C. Schult of Grace |
| Jamie O'Connell | 10/29/06 | 0.3 | Business Analysis | Correspondence with C. Schult of Grace |
| Jamie O'Connell | 10/29/06 | 0.3 | Business Analysis | Correspondence to B. Istvan regarding business analysis |
| Jamie O'Connell | 10/29/06 | 0.5 | Business Analysis | Review business analysis materials |
| Jamie O'Connell | 10/30/06 | 0.3 | Business Analysis | Subsequent correspondence to B. Istvan regarding business process |
| Jamie O'Connell | 10/30/06 | 0.5 | Business Analysis | Review business process materials |
| Jamie O'Connell | 10/30/06 | 0.3 | Business Analysis | Call with C. Schult of Grace regarding business process |
| Jamie O'Connell | 10/30/06 | 2.5 | Business Analysis | Calls and correspondence regarding business process |
| Pamela Zilly | 10/30/06 | 1.0 | Business Analysis | Review and provide comments on Project Gemini presentation |
| Pamela Zilly | 10/30/06 | 0.8 | Business Analysis | Review materials re: Project Gemini |
| Benjamin Istvan | 10/31/06 | 2.0 | Business Analysis | Review business process materials |
| Jamie O'Connell | 10/31/06 | 2.8 | Business Analysis | Calls and correspondence regarding business process |
| Jamie O'Connell | 10/31/06 | 0.3 | Business Analysis | Call with C. Schult of Grace regarding business process |
| | | **32.0** | | |

## THE BLACKSTONE GROUP L.P.
## HOURLY DETAIL FOR THE PERIOD
## OCTOBER 1, 2006 THROUGH OCTOBER 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 10/06/06 | 0.3 | Committee | Call with D. Neuberger of Grace and J. Dolan of Capstone regarding committee request |
| Jamie O'Connell | 10/09/06 | 0.3 | Committee | Manage committee request |
| Pamela Zilly | 10/10/06 | 0.4 | Committee | Call with J. Radecki re: pension analysis |
| Pamela Zilly | 10/10/06 | 0.4 | Committee | Call with S. Cunningham re: pension analysis |
| Jamie O'Connell | 10/11/06 | 0.3 | Committee | Manage committee request |
| Jamie O'Connell | 10/11/06 | 0.3 | Committee | Call with C. Schult of Grace regarding committee request |
| Pamela Zilly | 10/11/06 | 0.5 | Committee | Correspondence with J. Dolan, R. McGowan re: financial advisor call |
| Pamela Zilly | 10/13/06 | 0.8 | Committee | Call with B. McGowan, Piper Jaffray re: pension analysis |
| Pamela Zilly | 10/13/06 | 0.3 | Committee | Follow-up call with B. McGowan |
| Jamie O'Connell | 10/16/06 | 0.5 | Committee | Call with Capstone and C. Schult of Grace regarding business update |
| Jamie O'Connell | 10/17/06 | 0.3 | Committee | Review correspondence regarding committee request |
| Jamie O'Connell | 10/17/06 | 0.8 | Committee | Call with B. McGowan of Grace, Stroock and Capstone regarding pension analysis |
| Pamela Zilly | 10/17/06 | 0.8 | Committee | Call with R. McGowan, Capstone, Stroock representatives re: pension alternative analysis |
| Pamela Zilly | 10/17/06 | 0.3 | Committee | Follow-up call with B. McGowan |
| Pamela Zilly | 10/17/06 | 0.3 | Committee | Review correspondence re: Committee request |
| Jamie O'Connell | 10/18/06 | 0.3 | Committee | Call with J. Dolan of Capstone regarding external inquiry |
| Jamie O'Connell | 10/19/06 | 0.3 | Committee | Call with G. Boyer of CDG regarding committee request |
| Jamie O'Connell | 10/23/06 | 0.3 | Committee | Call with B. Sarikas of Grace regarding committee request |
| Jamie O'Connell | 10/25/06 | 0.3 | Committee | Call with G. Boyer of CDG regarding committee request |
| Jamie O'Connell | 10/25/06 | 0.3 | Committee | Call with B. Sarikas of Grace regarding committee request |
| Jamie O'Connell | 10/30/06 | 0.3 | Committee | Call with M. Shelnitz of Grace regarding committee request |
| Jamie O'Connell | 10/30/06 | 0.3 | Committee | Call with B. Sarikas of Grace regarding committee request |
| Jamie O'Connell | 10/31/06 | 0.3 | Committee | Correspondence to J. Dolan and B. Frezza of Capstone regarding committee requests |
| | | 9.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD
OCTOBER 1, 2006 THROUGH OCTOBER 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 10/08/06 | 1.0 | Financing | Review exit financing analysis |
| Pamela Zilly | 10/10/06 | 0.5 | Financing | Call with E. Filon, J. O'Connell re: interest rate assumptions |
| Pamela Zilly | 10/10/06 | 0.5 | Financing | Status meeting with J. O'Connell |
| | | 2.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD
OCTOBER 1, 2006 THROUGH OCTOBER 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 10/23/06 | 1.5 | Hearings | Participate telephonically in the October 23, 2006 court hearing |
| Pamela Zilly | 10/23/06 | 1.5 | Hearings | Participate telephonically in Court hearing |
| | | 3.0 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD**
**OCTOBER 1, 2006 THROUGH OCTOBER 31, 2006**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 10/05/06 | 4.0 | Non-Working Travel Time | Travel from New York to Grace offices in Columbia, MD |
| Jamie O'Connell | 10/06/06 | 4.0 | Non-Working Travel Time | Travel from Grace offices in Columbia, MD to New York |
| | | **8.0** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD
OCTOBER 1, 2006 THROUGH OCTOBER 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 10/03/06 | 0.3 | Plan and Disclosure Statement | Correspondence with B. Corcoran of Grace |
| Benjamin Istvan | 10/04/06 | 0.5 | Plan and Disclosure Statement | Review financial analysis with J. O'Connell |
| Jamie O'Connell | 10/04/06 | 0.3 | Plan and Disclosure Statement | Call with J. Davis of Grace |
| Jamie O'Connell | 10/04/06 | 0.3 | Plan and Disclosure Statement | Financial analysis |
| Jamie O'Connell | 10/04/06 | 0.3 | Plan and Disclosure Statement | Call with K. Russell of Grace regarding financial analysis |
| Jamie O'Connell | 10/04/06 | 0.5 | Plan and Disclosure Statement | Review financial analysis with B. Istvan |
| Jamie O'Connell | 10/04/06 | 0.5 | Plan and Disclosure Statement | Claims analysis |
| Jamie O'Connell | 10/05/06 | 0.3 | Plan and Disclosure Statement | Correspondence with D. Neuberger of Grace |
| Jamie O'Connell | 10/06/06 | 1.0 | Plan and Disclosure Statement | Meeting with Grace management regarding claims |
| Jamie O'Connell | 10/06/06 | 0.3 | Plan and Disclosure Statement | Meeting with D. Neuberger of Grace |
| Jamie O'Connell | 10/08/06 | 1.0 | Plan and Disclosure Statement | Review claims materials |
| Jamie O'Connell | 10/08/06 | 1.0 | Plan and Disclosure Statement | Draft memorandum regarding claims |
| Jamie O'Connell | 10/09/06 | 0.5 | Plan and Disclosure Statement | Status meeting with P. Zilly |
| Jamie O'Connell | 10/09/06 | 0.3 | Plan and Disclosure Statement | Call with L. Duff of Grace regarding claims |
| Jamie O'Connell | 10/09/06 | 1.0 | Plan and Disclosure Statement | Draft memorandum regarding claims |
| Pamela Zilly | 10/09/06 | 1.0 | Plan and Disclosure Statement | Review claims analysis and backup detail |
| Pamela Zilly | 10/09/06 | 0.6 | Plan and Disclosure Statement | Review motions inc. PD objection Deadlines, PI Estimation - Witness Reports |
| Pamela Zilly | 10/09/06 | 0.5 | Plan and Disclosure Statement | Status meeting with J. O'Connell |
| Benjamin Istvan | 10/10/06 | 0.8 | Plan and Disclosure Statement | Financial analysis with J. O'Connell |
| Jamie O'Connell | 10/10/06 | 0.5 | Plan and Disclosure Statement | Call with P. Zilly, E. Filon and D. Nakashige of Grace |
| Jamie O'Connell | 10/10/06 | 0.3 | Plan and Disclosure Statement | Status meeting with P. Zilly |
| Jamie O'Connell | 10/10/06 | 0.8 | Plan and Disclosure Statement | Financial analysis with B. Istvan |
| Pamela Zilly | 10/10/06 | 0.5 | Plan and Disclosure Statement | Call with J. O'Connell, E. Filon and D. Nakashige of Grace re: financial analysis |
| Benjamin Istvan | 10/12/06 | 2.5 | Plan and Disclosure Statement | Claims analysis |
| Pamela Zilly | 10/12/06 | 0.3 | Plan and Disclosure Statement | Status meeting with J. O'Connell |
| Pamela Zilly | 10/16/06 | 3.0 | Plan and Disclosure Statement | Review and analysis of environmental claims information |
| Pamela Zilly | 10/16/06 | 0.8 | Plan and Disclosure Statement | Read motions re: exclusivity appeal, PI Questionnaires, Objections of PD Claims |
| Jamie O'Connell | 10/17/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 10/17/06 | 0.8 | Plan and Disclosure Statement | Financial analysis |
| Jamie O'Connell | 10/17/06 | 3.0 | Plan and Disclosure Statement | Claims analysis |
| Pamela Zilly | 10/17/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: hearings and pending motions |
| Pamela Zilly | 10/17/06 | 0.4 | Plan and Disclosure Statement | Call with T. Freedman re: financial analysis |
| Pamela Zilly | 10/17/06 | 1.2 | Plan and Disclosure Statement | Review of environmental claims information |
| Jamie O'Connell | 10/18/06 | 0.3 | Plan and Disclosure Statement | Call with L. Duff of Grace regarding claims |
| Jamie O'Connell | 10/18/06 | 0.3 | Plan and Disclosure Statement | Call with S. Anderson of Grace regarding claims |
| Jamie O'Connell | 10/18/06 | 1.5 | Plan and Disclosure Statement | Claims analysis |
| Pamela Zilly | 10/18/06 | 0.5 | Plan and Disclosure Statement | Further review of revised environmental claim listings |
| Pamela Zilly | 10/19/06 | 1.2 | Plan and Disclosure Statement | Review of updated claims information |
| Jamie O'Connell | 10/24/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 10/24/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: court hearings and pending motions |
| Jamie O'Connell | 10/25/06 | 1.5 | Plan and Disclosure Statement | Call with management and counsel |
| Jamie O'Connell | 10/25/06 | 2.0 | Plan and Disclosure Statement | Financial analysis |
| Jamie O'Connell | 10/25/06 | 0.3 | Plan and Disclosure Statement | Correspondence to P. Zilly regarding financial analysis |
| Pamela Zilly | 10/25/06 | 2.0 | Plan and Disclosure Statement | Review financial analysis |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD
OCTOBER 1, 2006 THROUGH OCTOBER 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 10/25/06 | 1.5 | Plan and Disclosure Statement | Call with management and counsel |
| Pamela Zilly | 10/25/06 | 2.0 | Plan and Disclosure Statement | Financial analysis |
| Pamela Zilly | 10/25/06 | 0.3 | Plan and Disclosure Statement | Review correspondence from J. O'Connell |
| Benjamin Istvan | 10/26/06 | 1.0 | Plan and Disclosure Statement | Review financial analysis |
| Jamie O'Connell | 10/26/06 | 0.3 | Plan and Disclosure Statement | Correspondence with L. Heaps of Grace regarding financial analysis |
| Jamie O'Connell | 10/26/06 | 2.0 | Plan and Disclosure Statement | Financial analysis |
| Jamie O'Connell | 10/26/06 | 0.3 | Plan and Disclosure Statement | Correspondence with B. Tarola of Grace |
| Jamie O'Connell | 10/26/06 | 0.5 | Plan and Disclosure Statement | Call with B. Tarola of Grace regarding financial analysis |
| Jamie O'Connell | 10/26/06 | 0.3 | Plan and Disclosure Statement | Correspondence with T. Freedman of Kirkland & Ellis |
| Pamela Zilly | 10/26/06 | 1.5 | Plan and Disclosure Statement | Review financial analysis |
| Pamela Zilly | 10/26/06 | 0.3 | Plan and Disclosure Statement | Call with T. Freedman re: financial analysis |
| Pamela Zilly | 10/26/06 | 1.0 | Plan and Disclosure Statement | Review financial analysis |
| Pamela Zilly | 10/26/06 | 0.5 | Plan and Disclosure Statement | Call with R. Tarola re: financial analysis |
| Benjamin Istvan | 10/27/06 | 1.0 | Plan and Disclosure Statement | Review financial analysis |
| Jamie O'Connell | 10/27/06 | 0.3 | Plan and Disclosure Statement | Correspondence with M. Shelnitz of Grace regarding financial analysis |
| Jamie O'Connell | 10/27/06 | 0.3 | Plan and Disclosure Statement | Correspondence with P. Zilly regarding financial analysis |
| Jamie O'Connell | 10/27/06 | 0.3 | Plan and Disclosure Statement | Call with M. Shelnitz of Grace regarding financial analysis |
| Jamie O'Connell | 10/27/06 | 0.5 | Plan and Disclosure Statement | Correspondence with B. Tarola of Grace regarding financial analysis |
| Pamela Zilly | 10/27/06 | 1.2 | Plan and Disclosure Statement | Review financial analysis |
| Pamela Zilly | 10/27/06 | 1.0 | Plan and Disclosure Statement | Review revised financial analysis |
| Pamela Zilly | 10/27/06 | 0.8 | Plan and Disclosure Statement | Review revised financial analysis |
| Pamela Zilly | 10/27/06 | 1.0 | Plan and Disclosure Statement | Review revised financial analysis |
| Jamie O'Connell | 10/29/06 | 0.3 | Plan and Disclosure Statement | Correspondence to P. Zilly regarding financial analysis |
| Jamie O'Connell | 10/29/06 | 0.8 | Plan and Disclosure Statement | Review of 9/30/06 claims balances |
| Pamela Zilly | 10/29/06 | 0.3 | Plan and Disclosure Statement | Correspondence with J. O'Connell re: financial analysis |
| Jamie O'Connell | 10/30/06 | 0.3 | Plan and Disclosure Statement | Call with B. McGowan regarding financial analysis |
| Jamie O'Connell | 10/30/06 | 0.5 | Plan and Disclosure Statement | Financial analysis |
| Jamie O'Connell | 10/30/06 | 0.3 | Plan and Disclosure Statement | Correspondence with M. Shelnitz of Grace |
| Jamie O'Connell | 10/30/06 | 0.3 | Plan and Disclosure Statement | Call with F. Festa and B. McGowan of Grace regarding financial analysis |
| Jamie O'Connell | 10/30/06 | 0.3 | Plan and Disclosure Statement | Call with B. Tarola of Grace regarding financial analysis |
| Jamie O'Connell | 10/31/06 | 0.3 | Plan and Disclosure Statement | Call with B. Tarola of Grace regarding financial analysis |
| Jamie O'Connell | 10/31/06 | 1.0 | Plan and Disclosure Statement | Review of financial analysis |
| Jamie O'Connell | 10/31/06 | 1.0 | Plan and Disclosure Statement | Call with B. Tarola, E. Filon and P. Zilly regarding financial analysis |
| Jamie O'Connell | 10/31/06 | 0.5 | Plan and Disclosure Statement | Status meeting with P. Zilly |
| Pamela Zilly | 10/31/06 | 3.5 | Plan and Disclosure Statement | Financial analysis |
| Pamela Zilly | 10/31/06 | 0.5 | Plan and Disclosure Statement | Call with F. Festa and B. McGowan of Grace regarding financial analysis |
| Pamela Zilly | 10/31/06 | 1.0 | Plan and Disclosure Statement | Call with management and counsel re: pending court motions |
| Pamela Zilly | 10/31/06 | 2.0 | Plan and Disclosure Statement | Review financial model |
| Pamela Zilly | 10/31/06 | 1.6 | Plan and Disclosure Statement | Review financial model (RT) |
| Pamela Zilly | 10/31/06 | 1.0 | Plan and Disclosure Statement | Call with R. Tarola, E. Filon to review financial analysis |
| Pamela Zilly | 10/31/06 | 0.5 | Plan and Disclosure Statement | Status meeting with J. O'Connell |
| | | **70.6** | | |