## THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |

*Obj. Deadline: March 20, 2007*

### FORTY-SEVENTH APPLICATION OF THE BLACKSTONE GROUP L.P. AS FINANCIAL ADVISOR TO W.R. GRACE & CO. AND AFFILIATES FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF NOVEMBER 1, 2006 THROUGH NOVEMBER 30, 3006

| | |
|---|---|
| Name of Applicant: | The Blackstone Group L.P. |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 |
| Period for which compensation and reimbursement is sought: | November 1, 2006 through November 30, 2006 |

| | Total | (Holdback (@ 20%) |
|---|---|---|
| Amount of Compensation sought as actual, reasonable and necessary: | $175,000.00 | ($35,000.00) |

| | |
|---|---|
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,104.42 |

This is a _x_ monthly __ interim ___ final application

2569508

Summary of Monthly Applications:

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| July 31, 2001 | April 2, 2001 - June 30, 2001 | $519,166.66 | $7,663.95 | $519,166.66 | $7,261.45 |
| August 24, 2001 | July 2001 | $175,000.00 | $3,504.53 | $175,000.00 | $3,504.53 |
| October 15, 2001 | August 2001 | $175,000.00 | $16,124.84 | $175,000.00 | $5,795.17 |
| November 20, 2001 | September 2001 | $175,000.00 | $11,846.09 | $175,000.00 | $9,226.93 |
| November 29, 2001 | October 2001 | $175,000.00 | $5,042.39 | $175,000.00 | $4,084.55 |
| January 30, 2002 | November 2001 | $175,000.00 | $7,477.10 | $175,000.00 | $6,691.93 |
| January 30, 2002 | December 2001 | $175,000.00 | $2,133.92 | $175,000.00 | $2,112.92 |
| March 15, 2002 | January 2002 | $175,000.00 | $5,140.26 | $175,000.00 | $3,940.26 |
| April 5, 2002 | February 2002 | $175,000.00 | $1,719.69 | $175,000.00 | $1,414.02 |
| May 2, 2002 | March 2002 | $175,000.00 | $631.92 | $175,000.00 | $389.25 |
| July 24, 2002 | April 2002 | $175,000.00 | $2,736.03 | $175,000.00 | $2,703.36 |
| August 15, 2002 | May 2002 | $175,000.00 | $516.61 | $175,000.00 | $516.61 |
| August 15, 2002 | June 2002 | $175,000.00 | $733.20 | $175,000.00 | $733.20 |
| November 13, 2002 | July 2002 | $175,000.00 | $2,603.74 | $175,000.00 | $2,603.74 |
| November 13, 2002 | August 2002 | $175,000.00 | $3,547.21 | $175,000.00 | $3,547.21 |
| November 13, 2002 | September 2002 | $175,000.00 | $1,611.87 | $175,000.00 | $1,467.54 |
| February 14, 2003 | October 2002 | $175,000.00 | $1,848.24 | $175,000.00 | $1,848.24 |
| February 14, 2003 | November 2002 | $175,000.00 | $2,109.76 | $175,000.00 | $2,109.76 |
| February 14, 2003 | December 2002 | $175,000.00 | $1,570.49 | $175,000.00 | $1,579.49 |
| March 17, 2004 | January 1, 2003 – December 31, 2003 | $525,000.00 | $10,063.83 | $525,000.00 | $10,026.06 |
| August 17, 2004 | January 1, 2004 – June 30, 2004 | $525,000.00 | $2,833.02 | $525,000.00 | $2,833.02 |
| November 15, 2004 | July 1, 2004 – September 30, 2004 | $525,000.00 | $22,158.70 | $525,000.00 | $22,009.84 |

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| November 24, 2004 | October 2004 | $175,000.00 | $3,635.27 | $175,000.00 | $3,635.27 |
| January 24, 2005 | November 2004 | $175,000.00 | $4,369.47 | $175,000.00 | $4,369.47 |
| January 24, 2005 | December 2004 | $175,000.00 | $1,129.94 | $175,000.00 | $1,129.94 |
| March 4, 2005 | January 2005 | $175,000.00 | $2,347.64 | $175,000.00 | $2,347.64 |
| May 19, 2005 | February 2005 | $175,000.00 | $742.42 | $175,000.00 | $742.42 |
| May 19, 2005 | March 2005 | $175,000.00 | $1,106.33 | $175,000.00 | $1,106.33 |
| August 19, 2005 | April 2005 | $100,000.00 | $3,082.08 | $100,000.00 | $3,082.08 |
| August 19, 2005 | May 2005 | $50,000.00 | $1,709.38 | $50,000.00 | $1,709.38 |
| August 19, 2005 | June 2005 | $50,000.00 | $2,917.10 | $50,000.00 | $2,917.10 |
| May 8, 2006 | July 2005 | $75,000.00 | $2,289.24 | $75,000.00 | $2,289.24 |
| May 8, 2006 | August 2005 | $50,000.00 | $2,304.36 | $50,000.00 | $2,304.36 |
| May 8, 2006 | September 2005 | $25,000.00 | $679.00 | $25,000.00 | $679.00 |
| June 21, 2006 | October 2005 | $100,000.00 | $786.97 | $80,000.00 | 786.97 |
| June 21, 2006 | November 2005 | $100,000.00 | $1,854.08 | $80,000.00 | 1,854.08 |
| June 21, 2006 | December 2005 | $100,000.00 | $488.35 | $80,000.00 | $488.35 |
| July 25, 2006 | January 2006 | $50,000.00 | $1,369.41 | $40,000.00 | $1,369.41 |
| July 25, 2006 | February 2006 | $100,000.00 | $560.94 | $80,000.00 | $560.94 |
| July 25, 2006 | March 2006 | $100,000.00 | $1,273.41 | $80,000.00 | 1,273.41 |
| September 21, 2006 | April 2006 | $75,000.00 | $208.81 | $60,000.00 | $208.81 |
| September 21, 2006 | May 2006 | $100,000.00 | $1,660.26 | $80,000.00 | $1,660.26 |
| September 21, 2006 | June 2006 | $125,000.00 | $2,155.45 | $100,000.00 | $2,155.45 |
| September 22, 2006 | July 2006 | $125,000.00 | $4,794.17 | $100,00.00 | $4,794.17 |
| November 30, 2006 | August 2006 | $75,000.00 | $1,665.99 | $60,000.00 | $1,665.99 |
| November 30, 2006 | September 2006 | $75,000.00 | $995.60 | $60,000.00 | $995.60 |

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| February 28, 2007 | October 2006 | $100,000.00 | $704.00 | -- | -- |
| February 28, 2007 | November 2006 | $175,000.00 | $1,104.42 | -- | -- |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline:  March 20, 2007 at 4:00 p.m.
Hearing Date:  TBD only if necessary

## FEE DETAIL FOR THE BLACKSTONE
## GROUP L.P.'S MONTHLY FEE APPLICATION FOR THE
## PERIOD FROM NOVEMBER 1, 2006 THROUGH NOVEMBER 30, 2006

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation. Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# The Blackstone Group®

February 28, 2007

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---:|
| Monthly advisory fee for the period of November 1, 2006 through November 30, 2006: | $ | 175,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | (35,000.00) |

Out-of-pocket expenses processed for the period through November 30, 2006: [1]

| | | | |
|---|---|---:|---:|
| Ground Transportation | $ | 591.98 | |
| Communications | | 72.18 | |
| Meals | | 137.03 | |
| Lodging | | 273.90 | |
| Research | | 29.33 | 1,104.42 |
| **Total Amount Due** | | $ | **141,104.42** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 13900

---
[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

The Blackstone Group® L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 13900**

| | GL Detail Nov-06 | | Total Expenses |
|---|---|---|---|
| Ground Transportation - Car Service - Elite | $ | 253.98 | $ 253.98 |
| Ground Transportation - Railroad | | 338.00 | 338.00 |
| Communications - Teleconferencing | | 72.18 | 72.18 |
| Employee Meals | | 137.03 | 137.03 |
| Lodging | | 273.90 | 273.90 |
| Publishing Services | | 29.33 | 29.33 |
| **Total Expenses** | **$** | **1,104.42** | **$ 1,104.42** |

| | | |
|---|---|---|
| **Ground Transportation** | $ | 591.98 |
| **Communications** | | 72.18 |
| **Meals** | | 137.03 |
| **Lodging** | | 273.90 |
| **Publishing Services** | | 29.33 |
| **Total Expenses** | **$** | **1,104.42** |

W.R. Grace & Co.
Detail of Expenses Processed
Through November 30, 2006
Invoice No. 13900

**Ground Transportation - Car Service - Elite**

| | | | |
|---|---|---|---|
| O'Connell (car home from Blackstone after working late) | 09/27/06 | 80.58 | |
| O'Connell (car home from Blackstone after working late) | 10/25/06 | 86.70 | |
| O'Connell (car home from Blackstone after working late) | 10/26/06 | 86.70 | |
| | Subtotal - Ground Transportation - Car Service - Elite | $ | 253.98 |

**Ground Transportation - Railroad**

| | | | |
|---|---|---|---|
| O'Connell (travel agency fee for booking of roundtrip ticket dated 10/05/06) | 10/05/06 | 40.00 | |
| O'Connell (roundtrip to/from Baltimore, MD from/to New York, NY) | 10/05/06 & 10/06/06 | 298.00 | |
| | Subtotal - Ground Transportation - Railroad | | 338.00 |

**Communications - Teleconferencing**

| | | | |
|---|---|---|---|
| Zilly | 09/25/06 | 33.06 | |
| Zilly | 09/29/06 | 8.21 | |
| Zilly | 10/13/06 | 9.10 | |
| Zilly | 10/13/06 | 2.36 | |
| Zilly | 10/17/06 | 19.45 | |
| | Subtotal - Communications - Teleconferencing | | 72.18 |

**Employee Meals**

| | | | |
|---|---|---|---|
| Gellman (weeknight working dinner meal @ Blackstone while working late) | 07/18/06 | 25.00 | |
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 08/02/06 | 25.00 | |
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 10/12/06 | 25.00 | |
| O'Connell (working meal @ Blackstone) | 10/05/06 | 15.24 | |
| O'Connell (meal @ hotel during stay in Columbia, MD) | 10/06/06 | 15.59 | |
| O'Connell (working meal during stay in Columbia, MD) | 10/06/06 | 31.20 | |
| | Subtotal - Employee Meals | | 137.03 |

**Lodging**

| | | | |
|---|---|---|---|
| O'Connell (1 day hotel stay in Columbia, MD) | 10/05/06 & 10/06/06 | 273.90 | |
| | Subtotal - Lodging | | 273.90 |

**Publishing Services**

| | | | |
|---|---|---|---|
| O'Connell | 10/09/06 - 11/05/06 | 29.33 | |
| | Subtotal - Publishing Services | | 29.33 |

| | | | |
|---|---|---|---|
| | Total Expenses | $ | 1,104.42 |

## THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS FOR PERIOD
## NOVEMBER 1, 2006 THROUGH NOVEMBER 30, 2006

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 72.7 |
| Jamie O'Connell | Associate | 127.4 |
| Benjamin Istvan | Analyst | 75.6 |
| Total | | 275.7 |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD**
**NOVEMBER 1, 2006 THROUGH NOVEMBER 30, 2006**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 11/01/06 | 0.5 | Business Analysis | Call with C. Schult of Grace regarding Project Gemini |
| Jamie O'Connell | 11/01/06 | 0.8 | Business Analysis | Calls and correspondence to potential buyers regarding Project Gemini |
| Jamie O'Connell | 11/01/06 | 0.3 | Business Analysis | Call with C. Schult of Grace regarding Project Gemini |
| Pamela Zilly | 11/01/06 | 1.0 | Business Analysis | Review materials and correspondence on Project Xena |
| Jamie O'Connell | 11/02/06 | 1.0 | Business Analysis | Calls and correspondence to potential buyers regarding Project Gemini |
| Jamie O'Connell | 11/02/06 | 0.3 | Business Analysis | Call with C. Schult of Grace regarding Project Gemini |
| Jamie O'Connell | 11/02/06 | 0.5 | Business Analysis | Correspondence with C. Schult of Grace regarding Project Gemini |
| Jamie O'Connell | 11/03/06 | 0.5 | Business Analysis | Calls and correspondence to potential buyers regarding Project Gemini |
| Jamie O'Connell | 11/06/06 | 0.3 | Business Analysis | Correspondence with C. Schult of Grace regarding Project Gemini |
| Jamie O'Connell | 11/06/06 | 0.8 | Business Analysis | Calls and correspondence to potential buyers regarding Project Gemini |
| Jamie O'Connell | 11/07/06 | 1.0 | Business Analysis | Calls and correspondence to potential buyers regarding Project Gemini |
| Jamie O'Connell | 11/09/06 | 0.3 | Business Analysis | Calls and correspondence to potential buyers regarding Project Gemini |
| Jamie O'Connell | 11/10/06 | 0.5 | Business Analysis | Call with C. Schult of Grace regarding Project Gemini |
| Jamie O'Connell | 11/13/06 | 0.3 | Business Analysis | Review correspondence regarding business update |
| Benjamin Istvan | 11/14/06 | 0.3 | Business Analysis | Calls and correspondence to potential buyers regarding Project Gemini |
| Benjamin Istvan | 11/14/06 | 0.3 | Business Analysis | Call with C. Schult of Grace and J. O'Connell regarding Project Gemini |
| Jamie O'Connell | 11/14/06 | 0.5 | Business Analysis | Calls and correspondence to potential buyers regarding Project Gemini |
| Jamie O'Connell | 11/14/06 | 0.3 | Business Analysis | Call with C. Schult of Grace and B. Istvan regarding Project Gemini |
| Jamie O'Connell | 11/16/06 | 8.0 | Business Analysis | Attend corporate operating plan review session in Columbia, MD |
| Pamela Zilly | 11/16/06 | 6.5 | Business Analysis | Attend Grace Operating Plan meetings |
| Jamie O'Connell | 11/22/06 | 0.5 | Business Analysis | Meeting with P. Zilly re: presentation materials |
| Jamie O'Connell | 11/22/06 | 0.3 | Business Analysis | Correspondence to C. Schult regarding information request |
| Benjamin Istvan | 11/30/06 | 0.3 | Business Analysis | Review correspondence from C. Schult regarding Project Gemini update |
| Jamie O'Connell | 11/30/06 | 0.3 | Business Analysis | Review correspondence relating to Project Gemini |
| Jamie O'Connell | 11/30/06 | 0.5 | Business Analysis | Review update of Project Gemini bidding |
| Jamie O'Connell | 11/30/06 | 0.3 | Business Analysis | Review correspondence from C. Schult regarding Project Gemini update |
| | | 26.2 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD**
**NOVEMBER 1, 2006 THROUGH NOVEMBER 30, 2006**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 11/01/06 | 0.3 | Committee | Correspondence with B. Sarkas regarding committee request |
| Jamie O'Connell | 11/03/06 | 0.3 | Committee | Call with M. Narducci of Grace regarding committee request |
| Jamie O'Connell | 11/07/06 | 0.3 | Committee | Manage committee request |
| Jamie O'Connell | 11/08/06 | 0.5 | Committee | Correspondence to financial advisors regarding Project Gemini |
| Jamie O'Connell | 11/08/06 | 0.3 | Committee | Correspondence with J. Sinclair of Tersigni regarding information request |
| Jamie O'Connell | 11/09/06 | 0.3 | Committee | Correspondence with Capstone regarding committee request |
| Jamie O'Connell | 11/10/06 | 0.3 | Committee | Correspondence to Capstone regarding committee request |
| Jamie O'Connell | 11/13/06 | 0.3 | Committee | Correspondence with B. Sarkas of Grace |
| Jamie O'Connell | 11/13/06 | 0.3 | Committee | Correspondence with Capstone regarding committee request |
| Jamie O'Connell | 11/13/06 | 0.3 | Committee | Correspondence with financial advisors regarding third quarter review call |
| Benjamin Istvan | 11/14/06 | 0.8 | Committee | Third quarter review call with management and financial advisors |
| Jamie O'Connell | 11/14/06 | 0.8 | Committee | Third quarter review call with management and financial advisors |
| Jamie O'Connell | 11/14/06 | 0.3 | Committee | Respond to Capstone information request |
| Jamie O'Connell | 11/14/06 | 0.3 | Committee | Correspondence with D. Neuberger of Grace regarding information request |
| Pamela Zilly | 11/14/06 | 0.8 | Committee | Earnings call with management and financial advisors to Committees |
| Jamie O'Connell | 11/15/06 | 0.5 | Committee | Call with R. Lapidario of Grace and B. Frezza of Capstone regarding committee request |
| Jamie O'Connell | 11/15/06 | 0.3 | Committee | Call with R. Lapidario of Grace regarding committee request |
| Jamie O'Connell | 11/17/06 | 0.3 | Committee | Manage committee request |
| Benjamin Istvan | 11/28/06 | 0.3 | Committee | Manage committee request |
| Jamie O'Connell | 11/29/06 | 0.5 | Committee | Manage committee request |
| Jamie O'Connell | 11/29/06 | 0.3 | Committee | Correspondence with D. Neuberger of Grace regarding information request |
| Benjamin Istvan | 11/30/06 | 0.3 | Committee | Schedule operating plan review with financial advisors |
| | | **8.7** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD**
**NOVEMBER 1, 2006 THROUGH NOVEMBER 30, 2006**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 11/09/06 | 0.4 | Employee Benefits/Pension | Review pension plan alternative materials |
| Pamela Zilly | 11/09/06 | 0.4 | Employee Benefits/Pension | Call with B. McGowan re: pension plan alternative schedules |
| | | 0.8 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD
NOVEMBER 1, 2006 THROUGH NOVEMBER 30, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Istvan | 11/14/06 | 2.0 | Financing | Comparable debt financing analysis |
| | | 2.0 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD**
**NOVEMBER 1, 2006 THROUGH NOVEMBER 30, 2006**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 11/20/06 | 1.5 | Hearings | Participate telephonically in the November 20, 2006 court hearing |
| | | 1.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD
NOVEMBER 1, 2006 THROUGH NOVEMBER 30, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 11/15/06 | 3.5 | Non-Working Travel Time | Travel from New York to Columbia, MD |
| Jamie O'Connell | 11/16/06 | 6.5 | Non-Working Travel Time | Travel from Columbia, MD to New York |
| Pamela Zilly | 11/16/06 | 6.5 | Non-Working Travel Time | Travel to New York |
| | | 16.5 | | |

Page 7 of 12

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD
NOVEMBER 1, 2006 THROUGH NOVEMBER 30, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Istvan | 11/01/06 | 0.5 | Plan and Disclosure Statement | Status meeting with J. O'Connell |
| Jamie O'Connell | 11/01/06 | 0.5 | Plan and Disclosure Statement | Status meeting with B. Istvan |
| Jamie O'Connell | 11/01/06 | 0.6 | Plan and Disclosure Statement | Status meeting with P. Zilly |
| Jamie O'Connell | 11/01/06 | 0.5 | Plan and Disclosure Statement | Review of financial analysis |
| Jamie O'Connell | 11/01/06 | 9.0 | Plan and Disclosure Statement | Develop financial model to evaluate emergence scenarios |
| Pamela Zilly | 11/01/06 | 0.6 | Plan and Disclosure Statement | Review financial analysis |
| Pamela Zilly | 11/01/06 | 0.6 | Plan and Disclosure Statement | Status meeting with J. O'Connell |
| Jamie O'Connell | 11/02/06 | 0.5 | Plan and Disclosure Statement | Review of financial analysis |
| Jamie O'Connell | 11/02/06 | 0.3 | Plan and Disclosure Statement | Correspondence with L. Heaps of Grace regarding claims analysis |
| Jamie O'Connell | 11/02/06 | 6.8 | Plan and Disclosure Statement | Develop model to evaluate financial scenarios |
| Pamela Zilly | 11/02/06 | 1.5 | Plan and Disclosure Statement | Review and analysis of CH 11 emergence scenarios |
| Jamie O'Connell | 11/03/06 | 6.4 | Plan and Disclosure Statement | Develop model to evaluate financial scenarios |
| Benjamin Istvan | 11/04/06 | 0.3 | Plan and Disclosure Statement | Update with J. O'Connell regarding financial analysis |
| Jamie O'Connell | 11/04/06 | 0.3 | Plan and Disclosure Statement | Update with B. Istvan regarding financial analysis |
| Jamie O'Connell | 11/05/06 | 5.0 | Plan and Disclosure Statement | Revise/update financial model |
| Jamie O'Connell | 11/05/06 | 0.3 | Plan and Disclosure Statement | Correspondence to P. Zilly regarding financial analysis |
| Pamela Zilly | 11/05/06 | 0.3 | Plan and Disclosure Statement | Review correspondence re: emergence scenarios |
| Jamie O'Connell | 11/06/06 | 0.8 | Plan and Disclosure Statement | Review financial analysis with P. Zilly |
| Jamie O'Connell | 11/06/06 | 1.5 | Plan and Disclosure Statement | Call with E. Filon, D. Nakashige and P. Zilly regarding financial analyses |
| Jamie O'Connell | 11/06/06 | 0.3 | Plan and Disclosure Statement | Review financial analysis with P. Zilly |
| Jamie O'Connell | 11/06/06 | 3.5 | Plan and Disclosure Statement | Revise/update financial model |
| Pamela Zilly | 11/06/06 | 2.2 | Plan and Disclosure Statement | Review financial model and scenarios |
| Pamela Zilly | 11/06/06 | 1.5 | Plan and Disclosure Statement | Call with E. Filon, D. Nakashige and J. O'Connell regarding financial analyses |
| Pamela Zilly | 11/06/06 | 0.8 | Plan and Disclosure Statement | Review financial analysis with J. O'Connell |
| Pamela Zilly | 11/06/06 | 0.3 | Plan and Disclosure Statement | Meeting with J. O'Connell re: financial analysis |
| Benjamin Istvan | 11/07/06 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 11/07/06 | 0.5 | Plan and Disclosure Statement | Review financial analyses |
| Jamie O'Connell | 11/07/06 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 11/07/06 | 0.3 | Plan and Disclosure Statement | Correspondence with J. Baer of Kirkland & Ellis |
| Jamie O'Connell | 11/07/06 | 0.8 | Plan and Disclosure Statement | Meeting with P. Zilly |
| Jamie O'Connell | 11/07/06 | 0.3 | Plan and Disclosure Statement | Correspondence to B. Tarola of Grace |
| Jamie O'Connell | 11/07/06 | 0.3 | Plan and Disclosure Statement | Correspondence to E. Filon and D. Nakashige of Grace |
| Jamie O'Connell | 11/07/06 | 3.3 | Plan and Disclosure Statement | Revise financial model |
| Jamie O'Connell | 11/07/06 | 0.5 | Plan and Disclosure Statement | Call with E. Filon and D. Nakashige of Grace regarding financial scenarios |
| Pamela Zilly | 11/07/06 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: pending motions |
| Pamela Zilly | 11/07/06 | 2.0 | Plan and Disclosure Statement | Reconciliation of distributable value analysis |
| Pamela Zilly | 11/07/06 | 0.8 | Plan and Disclosure Statement | Meeting with J. O'Connell to review emergence scenarios |
| Pamela Zilly | 11/07/06 | 1.0 | Plan and Disclosure Statement | Review updated financial model |
| Jamie O'Connell | 11/08/06 | 1.0 | Plan and Disclosure Statement | Call with management and Kirkland & Ellis regarding insurance matters |
| Jamie O'Connell | 11/08/06 | 0.3 | Plan and Disclosure Statement | Call with D. Nakashige of Grace financial analyses |
| Jamie O'Connell | 11/08/06 | 0.8 | Plan and Disclosure Statement | Revise/update financial model |
| Pamela Zilly | 11/08/06 | 0.5 | Plan and Disclosure Statement | Read motions re: Anderson Memorial Protective Order, PI Questionnaires Motion to Compel |
| Pamela Zilly | 11/08/06 | 1.1 | Plan and Disclosure Statement | Review revised financial analysis |
| Pamela Zilly | 11/08/06 | 1.0 | Plan and Disclosure Statement | Call with R. Tarola, E. Filon, T. Freedman, L. Esayian re: insurance issues |
| Benjamin Istvan | 11/09/06 | 1.0 | Plan and Disclosure Statement | Review of financial analysis with J. O'Connell |
| Benjamin Istvan | 11/09/06 | 4.0 | Plan and Disclosure Statement | Peer comparison and review of financial analyses |
| Jamie O'Connell | 11/09/06 | 0.3 | Plan and Disclosure Statement | Call with R. Lapidario of Grace regarding financial analysis |

Page 8 of 12

# THE BLACKSTONE GROUP L.P.
## HOURLY DETAIL FOR THE PERIOD
## NOVEMBER 1, 2006 THROUGH NOVEMBER 30, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 11/09/06 | 0.3 | Plan and Disclosure Statement | Correspondence with R. Lapidario of Grace regarding financial analysis |
| Jamie O'Connell | 11/09/06 | 0.3 | Plan and Disclosure Statement | Additional correspondence with R. Lapidario of Grace regarding financial analysis |
| Jamie O'Connell | 11/09/06 | 1.0 | Plan and Disclosure Statement | Review of financial analysis with B. Istvan |
| Jamie O'Connell | 11/09/06 | 0.3 | Plan and Disclosure Statement | Correspondence to P. Zilly regarding analysis |
| Pamela Zilly | 11/09/06 | 0.8 | Plan and Disclosure Statement | Review summaries of comparable asbestos plans of reorganization |
| Pamela Zilly | 11/09/06 | 1.0 | Plan and Disclosure Statement | Review analysis of current environmental claims |
| Benjamin Istvan | 11/10/06 | 1.0 | Plan and Disclosure Statement | Call with P. Zilly, J. O'Connell and Grace management regarding financial analyses |
| Benjamin Istvan | 11/10/06 | 0.5 | Plan and Disclosure Statement | Financial analysis meeting with J. O'Connell |
| Jamie O'Connell | 11/10/06 | 0.5 | Plan and Disclosure Statement | Review scenarios |
| Jamie O'Connell | 11/10/06 | 1.0 | Plan and Disclosure Statement | Call with P. Zilly, B. Istvan and Grace management regarding financial analyses |
| Jamie O'Connell | 11/10/06 | 0.5 | Plan and Disclosure Statement | Financial analysis meeting with B. Istvan |
| Jamie O'Connell | 11/10/06 | 0.3 | Plan and Disclosure Statement | Call with E. Filon of Grace regarding scenarios |
| Jamie O'Connell | 11/10/06 | 0.5 | Plan and Disclosure Statement | Discussion with P. Zilly re: financial analysis |
| Pamela Zilly | 11/10/06 | 1.0 | Plan and Disclosure Statement | Review of various financial analysis scenarios |
| Pamela Zilly | 11/10/06 | 1.0 | Plan and Disclosure Statement | Call with J. O'Connell, B. Istvan and management re: financial analyses |
| Pamela Zilly | 11/10/06 | 0.5 | Plan and Disclosure Statement | Discussion with J. O'Connell re: financial analysis |
| Jamie O'Connell | 11/12/06 | 2.0 | Plan and Disclosure Statement | Revise/update financial model to evaluate scenarios |
| Jamie O'Connell | 11/12/06 | 0.3 | Plan and Disclosure Statement | Correspondence to P. Zilly and B. Istvan regarding scenarios |
| Jamie O'Connell | 11/12/06 | 0.5 | Plan and Disclosure Statement | Correspondence to B. Tarola, E. Filon and D. Nakashige of Grace regarding scenarios |
| Pamela Zilly | 11/12/06 | 1.3 | Plan and Disclosure Statement | Review of various financial analysis scenarios |
| Benjamin Istvan | 11/13/06 | 0.3 | Plan and Disclosure Statement | Review financial analysis with J. O'Connell |
| Benjamin Istvan | 11/13/06 | 0.3 | Plan and Disclosure Statement | Call with E. Filon and D. Nakashige of Grace regarding financial analysis |
| Benjamin Istvan | 11/13/06 | 0.8 | Plan and Disclosure Statement | Call regarding financial analysis |
| Jamie O'Connell | 11/13/06 | 0.3 | Plan and Disclosure Statement | Review financial analysis with B. Istvan |
| Jamie O'Connell | 11/13/06 | 0.3 | Plan and Disclosure Statement | Call with E. Filon and D. Nakashige of Grace regarding financial scenarios |
| Jamie O'Connell | 11/13/06 | 0.8 | Plan and Disclosure Statement | Call regarding financial scenarios |
| Jamie O'Connell | 11/13/06 | 0.3 | Plan and Disclosure Statement | Additional call with E. Filon and D. Nakashige of Grace regarding financial analysis |
| Jamie O'Connell | 11/13/06 | 0.3 | Plan and Disclosure Statement | Meeting with P. Zilly to discuss financial analysis |
| Pamela Zilly | 11/13/06 | 0.8 | Plan and Disclosure Statement | Call with E. Filon, financial institution re: financing scenarios |
| Pamela Zilly | 11/13/06 | 0.7 | Plan and Disclosure Statement | Read Debtors' Memorandum re: Questionnaire Approval Process |
| Pamela Zilly | 11/13/06 | 0.6 | Plan and Disclosure Statement | Review financial institution analysis |
| Pamela Zilly | 11/13/06 | 0.3 | Plan and Disclosure Statement | Additional call with E. Filon and D. Nakashige re: financial analysis |
| Pamela Zilly | 11/13/06 | 0.3 | Plan and Disclosure Statement | Meeting with J. O'Connell re: financial analysis |
| Benjamin Istvan | 11/14/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 11/14/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 11/14/06 | 0.8 | Plan and Disclosure Statement | Review revised financial institution analysis |
| Pamela Zilly | 11/14/06 | 0.5 | Plan and Disclosure Statement | Call with management and counsel re: Court hearings and motions |
| Pamela Zilly | 11/14/06 | 0.5 | Plan and Disclosure Statement | Call with F. Festa |
| Jamie O'Connell | 11/15/06 | 1.0 | Plan and Disclosure Statement | Review Debtors' Motions to Compel re: PI Questionnaires, ACC Motion to Compel Document Production |
| Jamie O'Connell | 11/15/06 | 0.3 | Plan and Disclosure Statement | Call with E. Filon of Grace regarding scenarios |
| Pamela Zilly | 11/16/06 | 3.5 | Plan and Disclosure Statement | Travel to Columbia; review final Lloyds Settlement Agreement |
| Pamela Zilly | 11/16/06 | 1.0 | Plan and Disclosure Statement | Meetings with E. Filon, M. Shelnitz, R. Tarola re: financial analysis |
| Benjamin Istvan | 11/17/06 | 1.3 | Plan and Disclosure Statement | Call with E. Filon, D. Nakashige, P. Zilly and J. O'Connell regarding financial analysis |
| Jamie O'Connell | 11/17/06 | 1.3 | Plan and Disclosure Statement | Call with E. Filon, D. Nakashige, P. Zilly and B. Istvan regarding scenarios |
| Pamela Zilly | 11/17/06 | 0.7 | Plan and Disclosure Statement | Review motions re: Prudential Insurance Claims |
| Pamela Zilly | 11/17/06 | 1.3 | Plan and Disclosure Statement | Call with E. Filon, D. Nakashige to discuss financial analysis scenarios |
| Benjamin Istvan | 11/19/06 | 0.3 | Plan and Disclosure Statement | Correspondence to J. O'Connell regarding financial analysis |

Page 9 of 12

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD
NOVEMBER 1, 2006 THROUGH NOVEMBER 30, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 11/19/06 | 0.3 | Plan and Disclosure Statement | Correspondence re B. Istvan regarding scenarios |
| Jamie O'Connell | 11/19/06 | 1.8 | Plan and Disclosure Statement | Revise/update financial model |
| Pamela Zilly | 11/19/06 | 1.2 | Plan and Disclosure Statement | Review revised financial analysis |
| Jamie O'Connell | 11/20/06 | 0.3 | Plan and Disclosure Statement | Call with D. Nakashige of Grace regarding scenarios |
| Jamie O'Connell | 11/20/06 | 1.5 | Plan and Disclosure Statement | Revise/update financial model |
| Benjamin Istvan | 11/21/06 | 2.3 | Plan and Disclosure Statement | Meeting with J. O'Connell regarding scenario analysis presentation |
| Benjamin Istvan | 11/21/06 | 0.5 | Plan and Disclosure Statement | Multiple calls with D. Nakashige regarding scenario analysis presentation |
| Benjamin Istvan | 11/21/06 | 3.3 | Plan and Disclosure Statement | Preparing materials for scenario analysis presentation |
| Jamie O'Connell | 11/21/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 11/21/06 | 2.3 | Plan and Disclosure Statement | Meeting with B. Istvan regarding scenario analysis presentation |
| Pamela Zilly | 11/21/06 | 0.5 | Plan and Disclosure Statement | Call with management and counsel re: Court hearings and motions |
| Jamie O'Connell | 11/22/06 | 0.5 | Plan and Disclosure Statement | Correspondence to E. Filon and D. Nakashige of Grace |
| Jamie O'Connell | 11/22/06 | 0.8 | Plan and Disclosure Statement | Call with E. Filon and D. Nakashige of Grace regarding scenarios |
| Jamie O'Connell | 11/22/06 | 0.3 | Plan and Disclosure Statement | Call with D. Nakashige of Grace regarding scenarios |
| Jamie O'Connell | 11/22/06 | 2.0 | Plan and Disclosure Statement | Revise/update financial model |
| Pamela Zilly | 11/22/06 | 0.9 | Plan and Disclosure Statement | Review Motions and Rebuttal Report re: PD Claims; X-Ray Production Protocol |
| Pamela Zilly | 11/22/06 | 2.0 | Plan and Disclosure Statement | Review presentation materials |
| Pamela Zilly | 11/22/06 | 1.0 | Plan and Disclosure Statement | Review financial analysis |
| Pamela Zilly | 11/22/06 | 0.5 | Plan and Disclosure Statement | Meeting with J. O'Connell re: financial analyses and presentation materials |
| Pamela Zilly | 11/22/06 | 0.8 | Plan and Disclosure Statement | Call with E. Filon and D. Nakashige re: financial analysis |
| Benjamin Istvan | 11/26/06 | 0.3 | Plan and Disclosure Statement | Review correspondence from J. O'Connell regarding analyses |
| Jamie O'Connell | 11/26/06 | 4.8 | Plan and Disclosure Statement | Revise/update financial model |
| Jamie O'Connell | 11/26/06 | 0.3 | Plan and Disclosure Statement | Correspondence to D. Nakashige of Grace regarding scenarios |
| Jamie O'Connell | 11/26/06 | 0.3 | Plan and Disclosure Statement | Correspondence to P. Zilly and B. Istvan regarding scenarios |
| Pamela Zilly | 11/26/06 | 2.3 | Plan and Disclosure Statement | Review presentation materials |
| Benjamin Istvan | 11/27/06 | 6.5 | Plan and Disclosure Statement | Financial analysis |
| Benjamin Istvan | 11/27/06 | 2.0 | Plan and Disclosure Statement | Drafting presentation of financial analysis |
| Jamie O'Connell | 11/27/06 | 0.8 | Plan and Disclosure Statement | Multiple calls with D. Nakashige of Grace regarding financial analysis |
| Jamie O'Connell | 11/27/06 | 7.5 | Plan and Disclosure Statement | Financial modeling |
| Jamie O'Connell | 11/27/06 | 3.3 | Plan and Disclosure Statement | Drafting presentation of financial scenarios |
| Jamie O'Connell | 11/27/06 | 0.3 | Plan and Disclosure Statement | Call with C. Schult of Grace regarding business update |
| Jamie O'Connell | 11/27/06 | 0.8 | Plan and Disclosure Statement | Call with E. Filon and D. Nakashige regarding financial analysis |
| Pamela Zilly | 11/27/06 | 1.0 | Plan and Disclosure Statement | Review motions re: settled Claims Objection; PI Questionnaires |
| Pamela Zilly | 11/27/06 | 0.8 | Plan and Disclosure Statement | Call with E. Filon and D. Nakashige |
| Pamela Zilly | 11/27/06 | 3.2 | Plan and Disclosure Statement | Review financial analysis |
| Benjamin Istvan | 11/28/06 | 0.5 | Plan and Disclosure Statement | Call with E. Filon, D. Nakashige, P. Zilly and J. O'Connell regarding financial analyses |
| Benjamin Istvan | 11/28/06 | 0.3 | Plan and Disclosure Statement | Meeting with J. O'Connell regarding financial analyses |
| Benjamin Istvan | 11/28/06 | 4.5 | Plan and Disclosure Statement | Update to scenario analysis |
| Jamie O'Connell | 11/28/06 | 0.5 | Plan and Disclosure Statement | Call with E. Filon of Grace regarding financial analysis |
| Jamie O'Connell | 11/28/06 | 1.0 | Plan and Disclosure Statement | Call with senior management regarding financial analysis |
| Jamie O'Connell | 11/28/06 | 0.5 | Plan and Disclosure Statement | Call with E. Filon, D. Nakashige, P. Zilly and B. Istvan regarding analyses |
| Jamie O'Connell | 11/28/06 | 0.5 | Plan and Disclosure Statement | Additional call with E. Filon of Grace regarding analysis |
| Jamie O'Connell | 11/28/06 | 0.3 | Plan and Disclosure Statement | Meeting with B. Istvan regarding financial analysis |
| Pamela Zilly | 11/28/06 | 1.2 | Plan and Disclosure Statement | Review financial analysis |
| Pamela Zilly | 11/28/06 | 1.0 | Plan and Disclosure Statement | Call with E. Filon, R. Tarola, M. Shelnitz, F. Festa |
| Pamela Zilly | 11/28/06 | 0.5 | Plan and Disclosure Statement | Follow-up call with E. Filon |
| Benjamin Istvan | 11/29/06 | 0.5 | Plan and Disclosure Statement | Review analysis with J. O'Connell |

Page 10 of 12

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD
NOVEMBER 1, 2006 THROUGH NOVEMBER 30, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Istvan | 11/29/06 | 3.5 | Plan and Disclosure Statement | Revise scenario analysis |
| Jamie O'Connell | 11/29/06 | 0.5 | Plan and Disclosure Statement | Review financial analysis with B. Istvan |
| Pamela Zilly | 11/29/06 | 0.5 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 11/29/06 | 2.3 | Plan and Disclosure Statement | Review revised financial analysis and presentation |
| Benjamin Istvan | 11/30/06 | 0.5 | Plan and Disclosure Statement | Call with E. Filon, D. Nakashige, P. Zilly and J. O'Connell regarding financial analyses |
| Benjamin Istvan | 11/30/06 | 1.0 | Plan and Disclosure Statement | Call with B. Tarola, E. Filon, D. Nakashige, P. Zilly and J. O'Connell regarding financial analyses |
| Benjamin Istvan | 11/30/06 | 0.3 | Plan and Disclosure Statement | Status meeting with J. O'Connell |
| Jamie O'Connell | 11/30/06 | 0.3 | Plan and Disclosure Statement | Status meeting with P. Zilly |
| Jamie O'Connell | 11/30/06 | 0.5 | Plan and Disclosure Statement | Call with E. Filon, D. Nakashige, P. Zilly and B. Istvan regarding financial analyses |
| Jamie O'Connell | 11/30/06 | 1.0 | Plan and Disclosure Statement | Call with B. Tarola, E. Filon, D. Nakashige, P. Zilly and B. Istvan regarding financial analyses |
| Jamie O'Connell | 11/30/06 | 0.3 | Plan and Disclosure Statement | Status meeting with B. Istvan |
| Pamela Zilly | 11/30/06 | 1.0 | Plan and Disclosure Statement | Prepare for management call |
| Pamela Zilly | 11/30/06 | 0.5 | Plan and Disclosure Statement | Pre- call with E. Filon and D. Nakashige |
| Pamela Zilly | 11/30/06 | 1.0 | Plan and Disclosure Statement | Call with R. Tarola, E. Filon, D. Nakashige |
| Pamela Zilly | 11/30/06 | 0.3 | Plan and Disclosure Statement | Status meeting with J. O'Connell |
| | | 184.2 | | |

Page 11 of 12

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD**
**NOVEMBER 1, 2006 THROUGH NOVEMBER 30, 2006**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Istvan | 11/01/06 | 4.5 | Valuation | Comparable company financial analysis |
| Benjamin Istvan | 11/02/06 | 2.5 | Valuation | Comparable company financial analysis |
| Benjamin Istvan | 11/03/06 | 1.5 | Valuation | Comparable company financial analysis |
| Benjamin Istvan | 11/04/06 | 6.0 | Valuation | Comparable company financial analysis |
| Benjamin Istvan | 11/05/06 | 10.0 | Valuation | Comparable company financial analysis |
| Benjamin Istvan | 11/06/06 | 1.0 | Valuation | Conference call to review financial model |
| Benjamin Istvan | 11/06/06 | 2.0 | Valuation | Review of comparable company financial analysis |
| Benjamin Istvan | 11/09/06 | 0.5 | Valuation | Review of comparable company analysis with J. O'Connell |
| Jamie O'Connell | 11/09/06 | 0.5 | Valuation | Review of comparable company analysis with B. Istvan |
| Benjamin Istvan | 11/10/06 | 1.0 | Valuation | Update to peer financial summary |
| Pamela Zilly | 11/10/06 | 1.2 | Valuation | Review valuation analysis |
| Pamela Zilly | 11/14/06 | 0.6 | Valuation | Review analysis of comparable companies |
| Benjamin Istvan | 11/20/06 | 4.5 | Valuation | WACC and NOL valuation analysis |
| | | 35.8 | | |

Page 12 of 12