THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Obj. Deadline: March 20, 2007

**FORTY-SEVENTH APPLICATION OF THE BLACKSTONE GROUP L.P.
AS FINANCIAL ADVISOR TO W.R. GRACE & CO. AND AFFILIATES
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD OF DECEMBER 1, 2006 THROUGH DECEMBER 31, 2006**

Name of Applicant:                                       The Blackstone Group L.P.

Authorized to Provide
Professional Services to:                                Debtors

Date of Retention Order:                                 June 22, 2001, effective April 2, 2001

Period for which compensation and
reimbursement is sought:                                 December 1, 2006 through December 31, 2006

Amount of Compensation                        Total              (Holdback (@ 20%)
sought as actual, reasonable and necessary:   $150,000.00         ($30,000.00)

Amount of Expense Reimbursement
sought as actual, reasonable and necessary:   $1,509.61

This is a  _x_  monthly  __ interim    ___ final application

2569509

Summary of Monthly Applications:

|  |  | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| July 31, 2001 | April 2, 2001 - June 30, 2001 | $519,166.66 | $7,663.95 | $519,166.66 | $7,261.45 |
| August 24, 2001 | July 2001 | $175,000.00 | $3,504.53 | $175,000.00 | $3,504.53 |
| October 15, 2001 | August 2001 | $175,000.00 | $16,124.84 | $175,000.00 | $5,795.17 |
| November 20, 2001 | September 2001 | $175,000.00 | $11,846.09 | $175,000.00 | $9,226.93 |
| November 29, 2001 | October 2001 | $175,000.00 | $5,042.39 | $175,000.00 | $4,084.55 |
| January 30, 2002 | November 2001 | $175,000.00 | $7,477.10 | $175,000.00 | $6,691.93 |
| January 30, 2002 | December 2001 | $175,000.00 | $2,133.92 | $175,000.00 | $2,112.92 |
| March 15, 2002 | January 2002 | $175,000.00 | $5,140.26 | $175,000.00 | $3,940.26 |
| April 5, 2002 | February 2002 | $175,000.00 | $1,719.69 | $175,000.00 | $1,414.02 |
| May 2, 2002 | March 2002 | $175,000.00 | $631.92 | $175,000.00 | $389.25 |
| July 24, 2002 | April 2002 | $175,000.00 | $2,736.03 | $175,000.00 | $2,703.36 |
| August 15, 2002 | May 2002 | $175,000.00 | $516.61 | $175,000.00 | $516.61 |
| August 15, 2002 | June 2002 | $175,000.00 | $733.20 | $175,000.00 | $733.20 |
| November 13, 2002 | July 2002 | $175,000.00 | $2,603.74 | $175,000.00 | $2,603.74 |
| November 13, 2002 | August 2002 | $175,000.00 | $3,547.21 | $175,000.00 | $3,547.21 |
| November 13, 2002 | September 2002 | $175,000.00 | $1,611.87 | $175,000.00 | $1,467.54 |
| February 14, 2003 | October 2002 | $175,000.00 | $1,848.24 | $175,000.00 | $1,848.24 |
| February 14, 2003 | November 2002 | $175,000.00 | $2,109.76 | $175,000.00 | $2,109.76 |
| February 14, 2003 | December 2002 | $175,000.00 | $1,570.49 | $175,000.00 | $1,579.49 |
| March 17, 2004 | January 1, 2003 – December 31, 2003 | $525,000.00 | $10,063.83 | $525,000.00 | $10,026.06 |
| August 17, 2004 | January 1, 2004 – June 30, 2004 | $525,000.00 | $2,833.02 | $525,000.00 | $2,833.02 |
| November 15, 2004 | July 1, 2004 – September 30, 2004 | $525,000.00 | $22,158.70 | $525,000.00 | $22,009.84 |

2569509

Case 01-01139-AMC    Doc 14711    Filed 02/28/07    Page 3 of 18

| Date Filed | Period Covered | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| November 24, 2004 | October 2004 | $175,000.00 | $3,635.27 | $175,000.00 | $3,635.27 |
| January 24, 2005 | November 2004 | $175,000.00 | $4,369.47 | $175,000.00 | $4,369.47 |
| January 24, 2005 | December 2004 | $175,000.00 | $1,129.94 | $175,000.00 | $1,129.94 |
| March 4, 2005 | January 2005 | $175,000.00 | $2,347.64 | $175,000.00 | $2,347.64 |
| May 19, 2005 | February 2005 | $175,000.00 | $742.42 | $175,000.00 | $742.42 |
| May 19, 2005 | March 2005 | $175,000.00 | $1,106.33 | $175,000.00 | $1,106.33 |
| August 19, 2005 | April 2005 | $100,000.00 | $3,082.08 | $100,000.00 | $3,082.08 |
| August 19, 2005 | May 2005 | $50,000.00 | $1,709.38 | $50,000.00 | $1,709.38 |
| August 19, 2005 | June 2005 | $50,000.00 | $2,917.10 | $50,000.00 | $2,917.10 |
| May 8, 2006 | July 2005 | $75,000.00 | $2,289.24 | $75,000.00 | $2,289.24 |
| May 8, 2006 | August 2005 | $50,000.00 | $2,304.36 | $50,000.00 | $2,304.36 |
| May 8, 2006 | September 2005 | $25,000.00 | $679.00 | $25,000.00 | $679.00 |
| June 21, 2006 | October 2005 | $100,000.00 | $786.97 | $80,000.00 | 786.97 |
| June 21, 2006 | November 2005 | $100,000.00 | $1,854.08 | $80,000.00 | 1,854.08 |
| June 21, 2006 | December 2005 | $100,000.00 | $488.35 | $80,000.00 | $488.35 |
| July 25, 2006 | January 2006 | $50,000.00 | $1,369.41 | $40,000.00 | $1,369.41 |
| July 25, 2006 | February 2006 | $100,000.00 | $560.94 | $80,000.00 | $560.94 |
| July 25, 2006 | March 2006 | $100,000.00 | $1,273.41 | $80,000.00 | 1,273.41 |
| September 21, 2006 | April 2006 | $75,000.00 | $208.81 | $60,000.00 | $208.81 |
| September 21, 2006 | May 2006 | $100,000.00 | $1,660.26 | $80,000.00 | $1,660.26 |
| September 21, 2006 | June 2006 | $125,000.00 | $2,155.45 | $100,000.00 | $2,155.45 |
| September 22, 2006 | July 2006 | $125,000.00 | $4,794.17 | $100,000.00 | -- |
| November 30, 2006 | August 2006 | $75,000.00 | $1,665.99 | $60,000.00 | -- |
| November 30, 2006 | September 2006 | $75,000.00 | $995.60 | $60,000.00 | -- |

2589509

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| February 28, 2007 | October 2006 | $100,000.00 | $704.00 | -- | -- |
| February 28, 2007 | November 2006 | $175,000.00 | $1,104.42 | -- | -- |
| February 28, 2007 | December 2006 | $150,000.00 | $1,509.61 | -- | -- |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: March 20, 2007 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR THE BLACKSTONE GROUP L.P.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM DECEMBER 1, 2006 THROUGH DECEMBER 31, 2006

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45977.1
02/28/07 2:35 PM

-1-



# The Blackstone Group®

February 28, 2007

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Monthly advisory fee for the period of December 1, 2006 through December 31, 2006:  $ 150,000.00

Less: 20% holdback pursuant to the Court's Administrative Order    (30,000.00)

Out-of-pocket expenses processed for the period through December 31, 2006:[1]

| | | |
|---|---:|---:|
| Airfare | $ 227.90 | |
| Ground Transportation | 570.10 | |
| Communications | 280.16 | |
| Meals | 220.15 | |
| Lodging | 202.76 | |
| Research | 8.54 | 1,509.61 |

**Total Amount Due**    $ **121,509.61**

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 14229

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

The Blackstone Group® L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 14229**

|  | GL Detail Dec-06 | Total Expenses |
|---|---:|---:|
| Airfare | $ 227.90 | $ 227.90 |
| Ground Transportation - Car Service - Elite | 173.40 | 173.40 |
| Ground Transportation - Local Travel | 67.00 | 67.00 |
| Ground Transportation - Out of Town Travel | 221.00 | 221.00 |
| Ground Transportation - Railroad | 108.70 | 108.70 |
| Communications - Teleconferencing | 280.16 | 280.16 |
| Employee Meals | 220.15 | 220.15 |
| Lodging | 202.76 | 202.76 |
| External Research - Thomson Analytics | 8.54 | 8.54 |
| **Total Expenses** | **$ 1,509.61** | **$ 1,509.61** |
| **Airfare** | | $ 227.90 |
| **Ground Transportation** | | 570.10 |
| **Communications** | | 280.16 |
| **Meals** | | 220.15 |
| **Lodging** | | 202.76 |
| **Research** | | 8.54 |
| **Total Expenses** | | **$ 1,509.61** |

W.R. Grace & Co.
Detail of Expenses Processed
Through December 31, 2006
Invoice No. 14229

### Airfare

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| O'Connell (travel agency fee for booking of flight to Washington, DC dated 11/15/06) | 11/15/06 | 20.00 | |
| O'Connell (one-way coach class flight to Washington, DC from Queens, NY) | 11/15/06 | 207.90 | |
| Subtotal - Airfare | | | $ 227.90 |

### Ground Transportation - Car Service - Elite

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| O'Connell (car home from Blackstone after working late) | 11/01/06 | 86.70 | |
| O'Connell (car home from Blackstone after working late) | 11/06/06 | 86.70 | |
| Subtotal - Ground Transportation - Car Service - Elite | | | 173.40 |

### Ground Transportation - Local Travel

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Istvan (weekend taxi home from Blackstone after working late) | 12/02/06 | 7.00 | |
| O'Connell (taxi home from Penn Station in New York, NY) | 11/16/06 | 60.00 | |
| Subtotal - Ground Transportation - Local Travel | | | 67.00 |

### Ground Transportation - Out of Town Travel

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| O'Connell (taxi to hotel from BWI airport in Baltimore, MD) | 11/15/06 | 110.00 | |
| Zilly (taxi to client's offices in Columbia, MD from BWI Airport in Baltimore, MD) | 11/16/06 | 46.00 | |
| O'Connell (taxi to client's offices from hotel in Columbia, MD) | 11/16/06 | 25.00 | |
| O'Connell (taxi to BWI Airport in Baltimore, MD from client's offices from Columbia, MD) | 11/16/06 | 40.00 | |
| Subtotal - Ground Transportation - Out of Town Travel | | | 221.00 |

### Ground Transportation - Railroad

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| O'Connell (credit for return portion of train ticket dated 10/05/06 billed on previous invoice) | 11/30/06 | (96.30) | |
| O'Connell (travel agency fee for booking of ticket dated 10/05/06) | 10/05/06 | 20.00 | |
| O'Connell (one-way trip to New York, NY from Baltimore, MD) | 10/06/06 | 185.00 | |
| Subtotal - Ground Transportation - Railroad | | | 108.70 |

### Communications - Teleconferencing

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| O'Connell (fee for attending Court hearing telephonically) | 10/23/06 | 120.00 | |
| O'Connell (fee for attending Court hearing telephonically) | 11/21/06 | 120.00 | |
| Zilly (fee for attending client meeting telephonically) | 11/14/06 | 40.16 | |
| Subtotal - Communications - Teleconferencing | | | 280.16 |

### Employee Meals

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 11/01/06 | 25.00 | |
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 11/09/06 | 25.00 | |
| O'Connell (weeknight working dinner meal @ Blackstone while working late) | 10/17/06 | 25.00 | |
| O'Connell (weeknight working dinner meal @ Blackstone while working late) | 10/30/06 | 24.72 | |
| O'Connell (weeknight working dinner meal @ Blackstone while working late) | 11/01/06 | 25.00 | |
| O'Connell (weeknight working dinner meal @ Blackstone while working late) | 11/06/06 | 25.00 | |
| O'Connell (weeknight working dinner meal @ Blackstone while working late) | 11/07/06 | 9.21 | |
| O'Connell (weeknight working dinner meal @ Blackstone while working late) | 11/08/06 | 25.00 | |
| O'Connell (in-room breakfast meal @ hotel during stay in Baltimore, MD) | 12/13/06 | 27.14 | |
| O'Connell (meal while traveling) | 12/13/06 | 9.08 | |
| Subtotal - Employee Meals | | | 220.15 |

### Lodging

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| O'Connell (1 day hotel stay in Baltimore, MD) | 12/12/06 - 12/13/06 | 202.76 | |
| Subtotal - Lodging | | | 202.76 |

### External Research - Thomson Analytics

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| Istvan (online data research) | 12/03/06 - 12/09/06 | 8.54 | |
| Subtotal - External Research - Thomson Analytics | | | 8.54 |

| | | | |
|---|---|---|---|
| **Total Expenses** | | | **$ 1,509.61** |

# THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS FOR THE PERIOD
### DECEMBER 1, 2006 THROUGH DECEMBER 31, 2006

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 46.4 |
| Jamie O'Connell | Associate | 48.3 |
| Benjamin Istvan | Analyst | 79.4 |
| | Total | 174.1 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD
DECEMBER 1, 2006 THROUGH DECEMBER 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 12/06/06 | 0.3 | Business Analysis | Review correspondence from C. Schult of Grace regarding Project Gemini |
| Pamela Zilly | 12/06/06 | 0.3 | Business Analysis | Read correspondence re: Project Gemini status |
| Benjamin Istvan | 12/11/06 | 0.3 | Business Analysis | Call with C. Schult of Grace regarding Project Gemini |
| Jamie O'Connell | 12/11/06 | 0.3 | Business Analysis | Call with C. Schult regarding Project Gemini |
| Pamela Zilly | 12/11/06 | 0.3 | Business Analysis | Review correspondence re: Project Gemini status |
| Benjamin Istvan | 12/13/06 | 8.0 | Business Analysis | Attend GPC operating review session in Cambridge, MA |
| Jamie O'Connell | 12/13/06 | 8.0 | Business Analysis | Attend GPC operating review session in Cambridge, MA |
| Pamela Zilly | 12/13/06 | 7.0 | Business Analysis | Attend GPC Operating Plan meetings |
| Pamela Zilly | 12/14/06 | 6.5 | Business Analysis | Attend Davison Operating Plan meetings |
| Pamela Zilly | 12/14/06 | 0.8 | Business Analysis | Meeting with K. Myers re: Project Gemini |
| Benjamin Istvan | 12/18/06 | 0.8 | Business Analysis | Call with P. Zilly, J. O'Connell and management regarding Project Gemini status |
| Jamie O'Connell | 12/18/06 | 0.8 | Business Analysis | Call with P. Zilly, B. Istvan and management regarding Project Gemini status |
| Pamela Zilly | 12/18/06 | 0.8 | Business Analysis | Call with G. Young, K. Myers, C. Schult, J. McFarland re: Project Gemini process |
| Jamie O'Connell | 12/20/06 | 0.3 | Business Analysis | Call with financial buyer interested in Project Gemini |
| Jamie O'Connell | 12/20/06 | 0.3 | Business Analysis | Correspondence to financial buyer interested in Project Gemini |
| Jamie O'Connell | 12/21/06 | 0.3 | Business Analysis | Call with C. Schult regarding Project Gemini |
| | | 35.1 | | |

## THE BLACKSTONE GROUP L.P.
## HOURLY DETAIL FOR THE PERIOD
## DECEMBER 1, 2006 THROUGH DECEMBER 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Istvan | 12/01/06 | 0.5 | Committee | Call with B. Tarola, B. Sarikas, J. O'Connell, Capstone regarding 3rd quarter financial results |
| Jamie O'Connell | 12/01/06 | 0.3 | Committee | Call with R. Senftleben of Grace regarding committee information request |
| Jamie O'Connell | 12/01/06 | 0.5 | Committee | Call with B. Tarola, B. Sarikas, B. Istvan and Capstone regarding 3rd quarter financial results |
| Jamie O'Connell | 12/04/06 | 0.3 | Committee | Manage committee request |
| Benjamin Istvan | 12/05/06 | 0.5 | Committee | Manage Capstone information requests |
| Benjamin Istvan | 12/07/06 | 0.5 | Committee | Call with B. Sarikas and follow-up with B. Frezza of Capstone |
| Jamie O'Connell | 12/13/06 | 0.3 | Committee | Correspondence to G. Boyer regarding committee request |
| Jamie O'Connell | 12/14/06 | 0.3 | Committee | Correspondence to G. Boyer regarding committee request |
|  |  | **3.2** |  |  |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD**
**DECEMBER 1, 2006 THROUGH DECEMBER 31, 2006**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Istvan | 12/05/06 | 3.5 | Employee Benefits/Pension | Executive compensation analysis |
| Benjamin Istvan | 12/06/06 | 2.0 | Employee Benefits/Pension | Executive compensation analysis |
| Benjamin Istvan | 12/07/06 | 0.5 | Employee Benefits/Pension | Review of executive compensation analysis with J. O'Connell |
| Benjamin Istvan | 12/07/06 | 1.0 | Employee Benefits/Pension | Executive compensation analysis |
| Jamie O'Connell | 12/07/06 | 0.5 | Employee Benefits/Pension | Review compensation analysis with B. Istvan |
| | | 7.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD
DECEMBER 1, 2006 THROUGH DECEMBER 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 12/18/06 | 2.3 | Hearings | Participate telephonically in the December 18, 2006 court hearing |
| Pamela Zilly | 12/18/06 | 2.3 | Hearings | Attend Court Hearing telephonically |
| | | 4.6 | | |

## THE BLACKSTONE GROUP L.P.
## HOURLY DETAIL FOR THE PERIOD
## DECEMBER 1, 2006 THROUGH DECEMBER 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 12/12/06 | 3.3 | Non-Working Travel Time | Travel from New York to Grace offices in Cambridge, MA |
| Benjamin Istvan | 12/13/06 | 4.0 | Non-Working Travel Time | Travel from New York to Grace offices in Cambridge, MA |
| Benjamin Istvan | 12/13/06 | 3.5 | Non-Working Travel Time | Travel from Cambridge, MA to New York |
| Jamie O'Connell | 12/13/06 | 3.0 | Non-Working Travel Time | Travel from Cambridge, MA to Columbia, MD |
| Pamela Zilly | 12/13/06 | 3.3 | Non-Working Travel Time | Travel from NYC to Cambridge, MA |
| Pamela Zilly | 12/13/06 | 3.0 | Non-Working Travel Time | Travel from Cambridge, MA to Baltimore, MD |
| Jamie O'Connell | 12/14/06 | 4.5 | Non-Working Travel Time | Travel from Columbia, MD to New York |
| | | **24.6** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD
DECEMBER 1, 2006 THROUGH DECEMBER 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Istvan | 12/01/06 | 0.3 | Plan and Disclosure Statement | Discussion of financial analysis assumptions with J. O'Connell |
| Benjamin Istvan | 12/01/06 | 2.0 | Plan and Disclosure Statement | Financial scenario analysis |
| Jamie O'Connell | 12/01/06 | 0.3 | Plan and Disclosure Statement | Discussion of financial analysis assumptions with B. Istvan |
| Pamela Zilly | 12/01/06 | 1.0 | Plan and Disclosure Statement | Read various motions re: to Compel to Respond to Questionnaires, Discovery, Questionnaire Approval Process |
| Benjamin Istvan | 12/02/06 | 5.0 | Plan and Disclosure Statement | Financial scenario analysis |
| Benjamin Istvan | 12/03/06 | 4.0 | Plan and Disclosure Statement | Financial scenario analysis |
| Benjamin Istvan | 12/04/06 | 0.5 | Plan and Disclosure Statement | Call with D. Nakashige regarding financial analysis |
| Benjamin Istvan | 12/04/06 | 0.5 | Plan and Disclosure Statement | Meeting with J. O'Connell to discuss various financial analyses |
| Jamie O'Connell | 12/04/06 | 0.5 | Plan and Disclosure Statement | Meeting with B. Istvan to discuss various financial analyses |
| Pamela Zilly | 12/04/06 | 0.8 | Plan and Disclosure Statement | Read various motions re: X-Ray Protocol, Production of Documents |
| Benjamin Istvan | 12/05/06 | 0.3 | Plan and Disclosure Statement | Call with D. Nakashige and J. O'Connell regarding financial analyses |
| Benjamin Istvan | 12/05/06 | 0.5 | Plan and Disclosure Statement | Call with R. Lapidario of Grace regarding interest on claims |
| Jamie O'Connell | 12/05/06 | 0.3 | Plan and Disclosure Statement | Call with D. Nakashige and B. Istvan regarding analyses |
| Jamie O'Connell | 12/05/06 | 0.3 | Plan and Disclosure Statement | Correspondence to B. Istvan |
| Benjamin Istvan | 12/06/06 | 0.3 | Plan and Disclosure Statement | Call with L. Heaps regarding interest on claims |
| Benjamin Istvan | 12/06/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Benjamin Istvan | 12/06/06 | 0.8 | Plan and Disclosure Statement | Review of various financial analyses with J. O'Connell |
| Benjamin Istvan | 12/06/06 | 1.5 | Plan and Disclosure Statement | Financial scenario analysis |
| Benjamin Istvan | 12/06/06 | 0.2 | Plan and Disclosure Statement | Analysis of pre-petition bank debt interest |
| Jamie O'Connell | 12/06/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 12/06/06 | 0.5 | Plan and Disclosure Statement | Call with T. Freedman regarding December 5, 2006 court hearing |
| Jamie O'Connell | 12/06/06 | 0.8 | Plan and Disclosure Statement | Review of various financial analyses with B. Istvan |
| Jamie O'Connell | 12/06/06 | 0.3 | Plan and Disclosure Statement | Correspondence to P. Zilly regarding various analyses |
| Pamela Zilly | 12/06/06 | 0.3 | Plan and Disclosure Statement | Read correspondence re: various financial analysis |
| Pamela Zilly | 12/06/06 | 0.5 | Plan and Disclosure Statement | Call with management and counsel re: pending motions and Court hearings |
| Pamela Zilly | 12/06/06 | 0.5 | Plan and Disclosure Statement | Call with T. Freedman re: 12/5 hearing |
| Benjamin Istvan | 12/07/06 | 0.8 | Plan and Disclosure Statement | Review pre-petition bank debt interest analysis with J. O'Connell |
| Benjamin Istvan | 12/07/06 | 2.0 | Plan and Disclosure Statement | Financial scenario analysis |
| Jamie O'Connell | 12/07/06 | 0.8 | Plan and Disclosure Statement | Review pre-petition bank debt interest analysis with B. Istvan |
| Benjamin Istvan | 12/08/06 | 4.0 | Plan and Disclosure Statement | Federal Mogul case study analysis |
| Benjamin Istvan | 12/08/06 | 0.5 | Plan and Disclosure Statement | Status meeting with J. O'Connell |
| Benjamin Istvan | 12/08/06 | 2.5 | Plan and Disclosure Statement | Financial scenario analysis |
| Jamie O'Connell | 12/08/06 | 0.5 | Plan and Disclosure Statement | Status meeting with B. Istvan |
| Pamela Zilly | 12/08/06 | 1.0 | Plan and Disclosure Statement | Review compensation and interest rate analyses |
| Pamela Zilly | 12/08/06 | 1.0 | Plan and Disclosure Statement | Read Debtors' Brief re: Settled Pre-Petition Claims, Document Production, Debtors' Status Report |
| Benjamin Istvan | 12/10/06 | 3.5 | Plan and Disclosure Statement | Financial scenario analysis |
| Benjamin Istvan | 12/11/06 | 0.5 | Plan and Disclosure Statement | Meeting with J. O'Connell to review financial analyses |
| Benjamin Istvan | 12/11/06 | 5.5 | Plan and Disclosure Statement | Financial scenario analysis |
| Benjamin Istvan | 12/11/06 | 2.0 | Plan and Disclosure Statement | Federal Mogul case study analysis |
| Jamie O'Connell | 12/11/06 | 3.3 | Plan and Disclosure Statement | Review financial model |
| Jamie O'Connell | 12/11/06 | 0.5 | Plan and Disclosure Statement | Meeting with B. Istvan to review analyses |
| Benjamin Istvan | 12/12/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Benjamin Istvan | 12/12/06 | 1.3 | Plan and Disclosure Statement | Call with management, counsel and T. Weschler |
| Benjamin Istvan | 12/12/06 | 2.5 | Plan and Disclosure Statement | Financial scenario analysis |
| Benjamin Istvan | 12/12/06 | 2.5 | Plan and Disclosure Statement | Federal Mogul case study analysis |
| Jamie O'Connell | 12/12/06 | 1.5 | Plan and Disclosure Statement | Review financial model |
| Jamie O'Connell | 12/12/06 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD
DECEMBER 1, 2006 THROUGH DECEMBER 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 12/12/06 | 1.3 | Plan and Disclosure Statement | Call with management, counsel and T. Weschler |
| Pamela Zilly | 12/12/06 | 0.5 | Plan and Disclosure Statement | Call with management and counsel re: pending motions and Court hearings |
| Pamela Zilly | 12/12/06 | 0.4 | Plan and Disclosure Statement | Call with T. Freedman |
| Pamela Zilly | 12/12/06 | 2.0 | Plan and Disclosure Statement | Review financial analysis |
| Pamela Zilly | 12/12/06 | 1.3 | Plan and Disclosure Statement | Call with management, counsel, T. Weschler |
| Pamela Zilly | 12/13/06 | 1.0 | Plan and Disclosure Statement | Meeting with M. Shelnitz, E. Filon, R. Tarola |
| Pamela Zilly | 12/14/06 | 4.5 | Plan and Disclosure Statement | Travel from Baltimore, MD to New York; review financial analysis |
| Pamela Zilly | 12/15/06 | 0.3 | Plan and Disclosure Statement | Read Debtors' Brief re: Compel Response to PI Questionnaires |
| Jamie O'Connell | 12/17/06 | 1.0 | Plan and Disclosure Statement | Analysis of Federal Mogul bankruptcy |
| Benjamin Istvan | 12/18/06 | 1.5 | Plan and Disclosure Statement | Federal Mogul case study analysis |
| Benjamin Istvan | 12/18/06 | 0.5 | Plan and Disclosure Statement | Financial scenario analysis |
| Pamela Zilly | 12/18/06 | 1.0 | Plan and Disclosure Statement | Read various motions re: Protective Order, Production of Documents |
| Benjamin Istvan | 12/19/06 | 0.5 | Plan and Disclosure Statement | Call with J. O'Connell regarding Federal Mogul bankruptcy analysis |
| Benjamin Istvan | 12/19/06 | 0.8 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 12/19/06 | 0.5 | Plan and Disclosure Statement | Call with B. Istvan regarding Federal Mogul bankruptcy analysis |
| Pamela Zilly | 12/19/06 | 0.8 | Plan and Disclosure Statement | Call with management and counsel re: pending motions and court hearings |
| Benjamin Istvan | 12/20/06 | 6.5 | Plan and Disclosure Statement | Federal Mogul case study analysis |
| Jamie O'Connell | 12/20/06 | 6.5 | Plan and Disclosure Statement | Analysis of Federal Mogul bankruptcy |
| Jamie O'Connell | 12/20/06 | 0.3 | Plan and Disclosure Statement | Correspondence to B. Dockman regarding financial analysis |
| Jamie O'Connell | 12/20/06 | 0.3 | Plan and Disclosure Statement | Correspondence to P. Zilly regarding various analyses |
| Pamela Zilly | 12/20/06 | 1.0 | Plan and Disclosure Statement | Review of and correspondence with J. O'Connell re: various analysis |
| Pamela Zilly | 12/20/06 | 1.2 | Plan and Disclosure Statement | Read various motions re: CMO re Estimation of PI Liabilities, claim objections, PI Questionnaires |
| Jamie O'Connell | 12/21/06 | 0.3 | Plan and Disclosure Statement | Status update with P. Zilly |
| Pamela Zilly | 12/21/06 | 0.3 | Plan and Disclosure Statement | Status update with J. O'Connell |
| Pamela Zilly | 12/22/06 | 0.5 | Plan and Disclosure Statement | Review Debtors' Objection to Del Taco Claims, various entered orders |
| Pamela Zilly | 12/22/06 | 2.2 | Plan and Disclosure Statement | Review financial model and analyses |
| | | 97.2 | | |

Page 8 of 10

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD**
**DECEMBER 1, 2006 THROUGH DECEMBER 31, 2006**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 12/01/06 | 0.3 | Tax Issues | Correspondence with E. Filon and D. Nakashige regarding tax issue |
| | | 0.3 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD
DECEMBER 1, 2006 THROUGH DECEMBER 31, 2006

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 12/21/06 | 0.5 | Valuation | Financial analysis and correspondence to B. Dockman |
| Jamie O'Connell | 12/26/06 | 0.8 | Valuation | Analysis of Discovery Sciences comps |
| Jamie O'Connell | 12/26/06 | 0.3 | Valuation | Correspondence to B. Dockman regarding analysis of Discovery Sciences comps |
| | | 1.6 | | |