**Buchanan Ingersoll ⚭ Rooney** PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    FEBRUARY 22, 2007
MATTER :  0066609-000002
INVOICE : 9984618

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/07   6548

RE:  ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 01/23/07 | TC | Reviewed Debtors' Twenty-Second Quarterly Report of Asset Sales from October 1, 2006 through December 31, 2006 in Accordance with that Certain Order Establlishing Procedures for the Sale or Abandonment of De Minimis Assets Filed by W.R. GRACE & CO | .50 |
| 01/25/07 | TC | Reviewed Debtors' Twenty-Second Quarterly Report of Settlements from October 1, 2006 through December 31, 2006 in Accordance with that Certain Amended Order Authorizing and Approving an Omnibus Procedure for Settling Certain Claims and Causes of Action Brought by or Against the Debtors in a Judicial, Administrative, Arbitral or Other Action or Proceeding Filed by W.R. Grace & Co., et al.. | .50 |

## T I M E   S U M M A R Y

|            |        | RATE   | HOURS | TOTALS |
|------------|--------|--------|-------|--------|
| T. Currier |        | 500.00 | 1.00  | 500.00 |
|            | TOTALS |        | 1.00  | 500.00 |

TOTAL FEES :                        500.00

TOTAL DUE  :                        500.00

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

# Buchanan Ingersoll & Rooney PC

**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    FEBRUARY 22, 2007
MATTER :  0066609-000003
INVOICE : 9984619

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/07   6548

RE:  BUSINESS OPERATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 01/03/07 | TC | Reviewed Debtor-In-Possession Monthly Operating Report for Filing Period November 1, 2006 through November 30, 2006 Filed by W.R. Grace & Co., et al | .90 |
| 01/11/07 | TC | Reviewed statement of amounts paid in ordinary course | .70 |
| 01/30/07 | TC | Reviewed Debtor-In-Possession Monthly Operating Report for Filing Period December 2006 Filed by W.R. GRACE & CO | 1.40 |

### T I M E   S U M M A R Y

| | | RATE | HOURS | TOTALS |
| --- | --- | --- | --- | --- |
| T. Currier | | 500.00 | 3.00 | 1500.00 |
| | TOTALS | | 3.00 | 1500.00 |

TOTAL FEES :                1,500.00

TOTAL DUE  :                1,500.00

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

# Buchanan Ingersoll &amp; Rooney PC

Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    FEBRUARY 22, 2007
MATTER :  0066609-000004
INVOICE : 9984620

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/07    6548

RE:  CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 01/02/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket and arranging the pleadings and correspondence in chronological order | 1.00 |
| 01/03/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket and arranging the pleadings and correspondence in chronological order | 1.00 |
| 01/04/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket and arranging the pleadings and correspondence in chronological order | 1.00 |
| 01/05/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket and arranging the pleadings and correspondence in chronological order | 1.00 |
| 01/08/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket and arranging the pleadings and correspondence in chronological order | 1.00 |

# Buchanan Ingersoll ∆ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     FEBRUARY 22, 2007
MATTER :   0066609-000004
INVOICE :  9984620

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/07     6548

RE:  CASE ADMINISTRATION

| | | |
|---|---|---:|
| 01/09/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket and arranging the pleadings and correspondence in chronological order | 1.00 |
| 01/10/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 01/11/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 01/12/07 TC | Reviewed updated docket | .70 |
| 01/12/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 01/15/07 TC | Reviewed updated docket | .50 |
| 01/16/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |

# Buchanan Ingersoll & Rooney PC

Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    FEBRUARY 22, 2007
                                             MATTER :  0066609-000004
                                             INVOICE : 9984620

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/07   6548

RE:   CASE ADMINISTRATION

| | | |
|---|---|---|
| 01/17/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 01/18/07 MNF | Mainatained and organized case files by reviewing each incoming pleading, matching the pleading to the docket and arranging the pleadings and correspondence in chronological order | 1.00 |
| 01/19/07 TC | Reviewed updated docket | .50 |
| 01/19/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket and arranging the pleadings and correspondence in chronological order | 1.00 |
| 01/22/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket and arranging the pleadings and correspondence in chronological order | 1.00 |
| 01/23/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket and arranging the pleadings and correspondence in chronological order | 1.00 |
| 01/25/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     FEBRUARY 22, 2007
MATTER :   0066609-000004
INVOICE :  9984620

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/07    6548

RE:  CASE ADMINISTRATION

01/26/07 TC    Reviewed updated docket                                    .50

### T I M E   S U M M A R Y
-----------------------

|              |        | RATE   | HOURS | TOTALS  |
|--------------|--------|--------|-------|---------|
| T. Currier   |        | 500.00 | 2.20  | 1100.00 |
| M. Flores    |        | 165.00 | 16.00 | 2640.00 |
|              | TOTALS |        | 18.20 | 3740.00 |

TOTAL FEES :                          3,740.00

TOTAL DUE  :                          3,740.00

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚜ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    FEBRUARY 22, 2007
MATTER :  0066609-000005
INVOICE : 9984621

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/07    6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 01/03/07 | TC | Reviewed 28th continuation order re fifth omnibus objection to claims | .40 |
| 01/03/07 | TC | Reviewed Response of Cartus Corporation, Formerly Known As Cendant Mobility Services Corporation, to Debtors' Twentieth Objection to Claims | .90 |
| 01/04/07 | TC | Reviewed Response to Debtors' Objection to Claim of Robert H. Locke and Agreement for Referral to Mediation Filed by Robert H. Locke | .60 |
| 01/04/07 | TC | Reviewed Response to Debtor's Twentieth Omnibus Objection to Claims Filed by James Rapisardi Estate of Rosario Rapisardi | .90 |
| 01/04/07 | TC | Reviewed Submission of Certain Expert Reports of (1) William E. Longo, Ph.D., (2) William M. Ewing, CIH, and (3) James R. Millette, Ph.D. Regarding the Schedule for the Adjudication of Lack of Hazard Issues as Desribed in Debtors' 15th Omnibus Objections Filed by Dies & Hile Claimants. | .90 |
| 01/04/07 | TC | Reviewed Response to and Request of the Debtors' or Expedited Consideration and Summary Denial of Certain Asbestos Claimants' Firms Motion to Alter or Amend Supplemental Order Regarding Motions to Compel Claimants to Respond to the W.R. Grace & Co. Asbestos Personal Injury Questionnaire Filed by W.R. Grace & Co., et al. | 1.10 |

# Buchanan Ingersoll & Rooney PC

Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : FEBRUARY 22, 2007
MATTER : 0066609-000005
INVOICE : 9984621

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/07   6548

RE: CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| | | |
|---|---|---|
| 01/08/07 TC | Reviewed Response to Debtors' Objections To Certain Claims Filed by Del Taco, Inc. And William C. Baker, et al. Filed by Del Taco, Inc. | .90 |
| 01/10/07 TC | Reviewed claimants submission of expert reports | .50 |
| 01/10/07 TC | Reviewed continuation order on debtors' 18th omnibus objection | .40 |
| 01/11/07 TC | Reviewed order granting relief sought in debtors' 19th omnibus objection to claims | .50 |
| 01/11/07 TC | Reviewed Motion to Extend Time To Respond to The WRGrace Asbestos Personal Injury Questionnaire Filed by Law Offices of Peter G. Angelos, P.C. | .50 |
| 01/12/07 TC | Reviewed Submission of Supplemental Expert Reports of (1) Laura S. Welch, MD, FACP, FACOEM, (2) Henry A. Anderson, MD, and (3) Construction Inspectors, Inc. and the Expert Reports of (1) Eugene Jerome Mark, MD, (2) William M. Ewing, CIH, (3) James R. Millette, PhD, and (4) Martin Bennett, Materials Analytical Services (?MAS?), and Further Identification and Explanation Regarding the Reports of William Longo, PhD Previously Submitted, Regarding the Schedule for the Adjudication of Lack of Hazard Issues as Described in Debtors? 15th Omnibus Objections Filed by Asbestos Property Damage Claimants represented by Dies & Hile, LLP | 2.70 |
| 01/12/07 TC | Reviewed Motion to Approve Stipulation Regarding January 2007 Methodology Hearing for Asbestos Property Damage Claims Filed by W.R. Grace & Co., et al.. | .70 |

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

# Buchanan Ingersoll ⩘ Rooney PC

### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    FEBRUARY 22, 2007
MATTER :  0066609-000005
INVOICE : 9984621

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/07    6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| | | |
|---|---|---|
| 01/12/07 TC | Reviewed WISE & JULIAN, P.C.'S MOTION FOR EXTENSION OF TIME TO SUBMIT SUPPLEMENTAL QUESTIONNAIRE RESPONSE OF CLAIMANT JOHN BENNETT | .60 |
| 01/12/07 TC | Reviewed EARLY, LUDWIG, SWEENEY & STRAUSS, LLC'S MOTION FOR EXTENSION OF TIME FOR CERTAIN OF ITS CLIENTS/CLAIMANTS TO SUPPLEMENT RESPONSES TO THE W.R. GRACE ASBESTOS PERSONAL INJURY QUESTIONNAIRE | .40 |
| 01/19/07 TC | Reviewed Response to WR Grace Asbestos Personal Injury Questionnaire Filed by Morris, Sakalarios & Blackwell, PLLC | .50 |
| 01/23/07 TC | Reviewed Motion of Certain Claimants Represented by Reaud, Morgan & Quinn, L.L.P. to Amend Informal Proofs of Claim, or Alternatively, for Leave to Allow Late Filing of Proofs of Claim Filed by Reaud, Morgan & Quinn, Inc | 1.30 |
| 01/24/07 TC | Reviewed Order (TWENTY-NINTH CONTINUATION) Regarding the Relief Sought in Debtors' Fifth Omnibus Objection to Claims (Substantive) | .40 |
| 01/24/07 TC | Reviewed Order Granting Relief Sought in Debtors' Twentieth Omnibus Objection to Claims (Substantive). | .60 |
| 01/24/07 TC | Reviewed Order (CONTINUATION) Regarding the Debtors' Eighteenth Omnibus Objection to Claims (Substantive). | .50 |
| 01/24/07 TC | Reviewed Order Continuing the Relief Sought in Debtors' Objection to Claim of Anton F. Volovsek. | .40 |

---

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :  FEBRUARY 22, 2007
MATTER :  0066609-000005
INVOICE :  9984621

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/07    6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

01/25/07 TC    Reviewed Motion to Extend Time to Respond to          .30
               Questionnaire Filed by Luckey & Mullins, LLC's
               Personal Injury Claimants

### T I M E   S U M M A R Y
-----------------------

|            |        | RATE   | HOURS | TOTALS  |
|------------|--------|--------|-------|---------|
| T. Currier |        | 500.00 | 16.00 | 8000.00 |
|            | TOTALS |        | 16.00 | 8000.00 |

TOTAL FEES :                   8,000.00

TOTAL DUE  :                   8,000.00

# Buchanan Ingersoll ⚖ Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     FEBRUARY 22, 2007
MATTER :   0066609-000006
INVOICE :  9984622

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/07   6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 01/02/07 | TC | Reviewed Notice of Service re Designation by San Diego Gas & Electric Company, Sempra Energy and Enova Corporation of Fact and Expert Witnesses Regarding the Lack of Hazard Issue as Described in Debtors? Fifteenth Omnibus Objection (Re: Claim No. 11308) Filed by Sempra Energy, Inc.. | .60 |
| 01/03/07 | TC | Reviewed Order Granting Motion of Official Committee of Asbestos Property Damage Claimants for Leave to Designate Expert Regarding Constructive Notice for Property Damage Claims | .40 |
| 01/03/07 | TC | Reviewed order expunging or reducing claims paid post petition | .50 |
| 01/09/07 | TC | Reviewed response of cartus corporation re claims objection | .90 |
| 01/09/07 | TC | Reviewed del taco response to debtors' objections to certain claims | 1.20 |

## T I M E   S U M M A R Y

| | | RATE | HOURS | TOTALS |
|------|------|------|-------|--------|
| T. Currier | | 500.00 | 3.60 | 1800.00 |
| | TOTALS | | 3.60 | 1800.00 |

TOTAL FEES :                          1,800.00

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚶ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    :    FEBRUARY 22, 2007
MATTER  :    0066609-000006
INVOICE :    9984622

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/07    6548

RE:    CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

TOTAL DUE    :                        1,800.00

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    FEBRUARY 22, 2007
MATTER :  0066609-000008
INVOICE : 9984623

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/07    6548

RE:  EMPLOYEE BENEFITS / PENSION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 01/23/07 | TC | Reviewed Motion for Entry of an Order Authorizing Debtors to Make Legally Required Minimum Contributions to Defined Benefit Pension Plans Covering Debtors' Employees, Due April 2007 Filed by W.R. Grace & Co., et al. | .80 |

## TIME SUMMARY

|  | RATE | HOURS | TOTALS |
| --- | --- | --- | --- |
| T. Currier | 500.00 | .80 | 400.00 |
| TOTALS |  | .80 | 400.00 |

TOTAL FEES :                    400.00

TOTAL DUE  :                    400.00

# Buchanan Ingersoll &. Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : FEBRUARY 22, 2007
MATTER : 0066609-000009
INVOICE : 9984631

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/07    6548

RE:  EMPLOYMENT APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 01/11/07 | TC | Reviewed order authorizing debtors to retain ogilvy renault | .40 |
| 01/29/07 | TC | Reviewed application to retain immigration counsel for debtors, and supporting materials | .80 |

### T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|---|------|-------|--------|
| T. Currier | 500.00 | 1.20 | 600.00 |
| TOTALS |  | 1.20 | 600.00 |

TOTAL FEES :                          600.00

TOTAL DUE  :                          600.00

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

# Buchanan Ingersoll ∧ Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    FEBRUARY 22, 2007
MATTER :  0066609-000011
INVOICE : 9984624

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/07    6548

RE:  FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 01/03/07 | TC | Reviewed fee application for buchanan (0.4) ; reviewed and executed cno for fees (0.3) | .70 |
| 01/05/07 | MNF | E-file and serve 61st monthly fee app of BIR (1.0); Scan and send email to fee auditor (.5) | 1.50 |
| 01/11/07 | MNF | Review/make edits to pre-bills for December 2006 | .60 |
| 01/12/07 | MNF | Review final bills re: December 2006 time | .60 |
| 01/17/07 | MNF | Draft/Prepare 62nd monthly fee app of BIR for December 2006 | 2.00 |
| 01/24/07 | TC | Reviewed current cno for bipc | .40 |
| 01/24/07 | TC | Reviewed our current fee application | .70 |
| 01/24/07 | MNF | Review docket re: objections to 61st monthly fee app of BIR (.1); Draft CNO re: same (.4) | .50 |
| 01/26/07 | TC | Reviewed and finalized bir fee application | .80 |
| 01/26/07 | MNF | Review docket re: objections to 64th monthly fee app of Kramer Levin (.1); Draft CNO re: same (.5) | .60 |
| 01/26/07 | MNF | E-file and serve CNO re: 61st monthly fee app of BIR for November 2006 | 1.00 |
| 01/29/07 | TC | Reviewed our fee application as filed | .50 |

# Buchanan Ingersoll &. Rooney PC

Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    FEBRUARY 22, 2007
MATTER :  0066609-000011
INVOICE : 9984624

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/07    6548

RE:  FEE APPLICATIONS, APPLICANT

01/29/07 MNF    E-file and serve 62nd monthly fee app of BIR        1.40
                for December 2006 (1.0); Convert and email same
                to fee auditor (.4)

## T I M E   S U M M A R Y
-------------------------

|              |        | RATE   | HOURS | TOTALS  |
|--------------|--------|--------|-------|---------|
| T. Currier   |        | 500.00 | 3.10  | 1550.00 |
| M. Flores    |        | 165.00 | 8.20  | 1353.00 |
|              | TOTALS |        | 11.30 | 2903.00 |

TOTAL FEES :            2,903.00

TOTAL DUE  :            2,903.00

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    FEBRUARY 22, 2007
                                            MATTER :  0066609-000012
                                            INVOICE : 9984626


   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/07    6548

   RE:  FEE APPLICATIONS, OTHERS


 DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                     HOURS
 ----  ----   -------------------------------                      -----

01/02/07 MNF   Review docket re: objections to 63rd monthly         .50
               fee app of Kramer Levin (.1); Draft CNO re:
               63rd monthly fee app of Kramer Levin (.4)

01/03/07 MNF   E-file and serve CNO re 63rd monthly fee app of      1.00
               Kramer Levin

01/29/07 MNF   E-file and serve CNO re: 64th monthly fee app        1.00
               of Kramer Levin


                     T I M E   S U M M A R Y
                     ----------------------

                          RATE    HOURS          TOTALS
                          ----    -----          ------

M. Flores                165.00    2.50          412.50
                 TOTALS            2.50          412.50


                 TOTAL FEES :                              412.50

                 TOTAL DUE  :                              412.50
```

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    FEBRUARY 22, 2007
                                            MATTER :  0066609-000014
                                            INVOICE : 9984627


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/07   6548

    RE:  HEARINGS



 DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                    HOURS
 ----  ----   --------------------------------                    -----

01/03/07 TC   Reviewed Notice of Hearing /Notice Of                .20
              Cancellation Of Telephonic Hearing Set For
              January 4, 2007 at 9:00 a.m.

01/15/07 TC   Reviewed Notice of Agenda of Matters Scheduled       .60
              for Hearing Before the Honorable Judith K.
              Fitzgerald Filed by W.R. Grace & Co., et al..



                    T I M E   S U M M A R Y
                    -----------------------

                          RATE    HOURS        TOTALS
                          ----    -----        ------

 T. Currier             500.00     .80         400.00
                TOTALS             .80         400.00


                   TOTAL FEES :                     400.00


                   TOTAL DUE  :                     400.00
```

# Buchanan Ingersoll & Rooney PC

Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : FEBRUARY 22, 2007
MATTER : 0066609-000015
INVOICE : 9984628

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/07    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 01/02/07 | TC | Reviewed Notice of Service Debtors' Supplemental Witness Disclosure for Adjudication of Lack of Hazard Issues Filed by W.R. Grace & Co., et al. | .50 |
| 01/02/07 | TC | Reviewed Notice of Service of Supplement to the Expert Reports Filed by State of California Department of General Service | .30 |
| 01/02/07 | TC | Reviewed Notice of Service of Expert Reports. Filed by State of California Department of General Service | .30 |
| 01/02/07 | TC | Reviewed Unopposed Motion of Debtors, W.R. Grace & Co., et al., for Extension of Time to Answer the Motion of Zonolite Attic Insulation Property Damage Claimants for Leave to Appeal Filed by W.R. Grace & Co., et al.. | .50 |
| 01/02/07 | TC | Reviewed Notice of Deposition and Subpoena (Mark S. Collela) Filed by W.R. Grace & Co., et al | .50 |
| 01/02/07 | TC | Reviewed Motion to Reconsider Supplemental Order Regarding Motions to Compel Claimants to Respond to the WRGrace & Co. Asbestos PI Questionnaire Pursuant to Fed. R. Bankr. P. 9023, Alternative Request for Entry of A Protective Order, and Memorandum in Support Thereof Filed by Certain Law Firms Represented By Stutzman, Bromberg, Esserman & Plifka | .70 |

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

# Buchanan Ingersoll ♠ Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS      DATE :    FEBRUARY 22, 2007
                                                       MATTER :   0066609-000015
                                                       INVOICE : 9984628

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/07    6548

RE:   LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 01/02/07 TC | Reviewed Notice of Service of Discovery of W.R. Grace & Co.'s Response to Motley Rice LLC's Request for Production of Documents and Things as to W.R. Grace | .30 |
| 01/03/07 TC | Reviewed Appellant Designation of Items For Inclusion in Record On Appeal and Statement of the Issues to be Presented of Appellants ZAI Claimants and the Official Committee of Asbestos Property Damage Claimants Regarding the Bankruptcy Court's Order Resolving Motion for Partial Summary Judgment, Cross Motions for Summary Judgment, and Scheduling a Status Conference Filed by Zonolite Attic Insulation Class Plaintiffs. | .80 |
| 01/04/07 TC | Reviewed Response to to Anderson Memorial Hospital's Motion to Compel Deposition of Debtors' Records Custodian Filed by W.R. Grace & Co | .60 |
| 01/08/07 TC | Reviewed Opposition to Motion of the Official Committee of Asbestos Personal Injury Claimants to Compel Debtors' Production of Certain Acturial Studies Referenced in Their Securities Filings Filed by W.R. Grace & Co., et al. | .80 |
| 01/08/07 TC | Reviewed Motion for an Order Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Rule 9018-1(b) Authorizing the Official Committee of Asbestos Personal Injury Claimants, and Directing the Clerk of the Court, to File Under Seal Three Exhibits of the Opposition and Joinder of the Official Committee of Asbestos Personal Injury | .70 |

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :     FEBRUARY 22, 2007
                                             MATTER :   0066609-000015
                                             INVOICE :  9984628


   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/07   6548

   RE:  LITIGATION AND LITIGATION CONSULTING

|  |  |  |
|---|---|---|
| | Claimants to W.R. Grace & Co.'s Motion to Quash 30(b)(6) Deposition Notice and for a Protective Order Filed by Official Committee of Asbestos Personal Injury Claimants. | |
| 01/08/07 TC | Reviewed Motion to Shorten Notice with Respect to the Motion for an Order Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Rule 9018-1(b) Authorizing the Official Committee of Asbestos Personal Injury Claimants, and Directing the Clerk of the Court, to File Under Seal Three Exhibits of the Opposition and Joinder of the Official Committee of Asbestos Personal Injury Claimants to W.R. Grace & Co.'s Motion to Quash 30(b)(6) Deposition Notice and for a Protective Order Filed by Official Committee of Asbestos Personal Injury Claimants. | .50 |
| 01/08/07 TC | Reviewed Opposition And Joinder Of The Official Committee Of Asbestos Personal Injury Claimants To W.R. Grace & Co.'s Motion To Quash 30(b)(6) Deposition Notice And For A Protective Order) Filed by Official Committee of Asbestos Personal Injury Claimants | .50 |
| 01/08/07 TC | Reviewed Notice of Service of Debtors' Responses and Objections to First Request for Admission, First Request for the Production of Documents, and Notice of Deposition. Filed by State of California, Department of General Services | .60 |

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC

Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    FEBRUARY 22, 2007
MATTER :  0066609-000015
INVOICE : 9984628

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/07    6548

RE:   LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 01/08/07 TC | Reviewed Objection to Opposition of the Future Claimants' Representative to W.R. Grace & Co.'s Motion to Quash 30(b)(6) Deposition Notice and for a Protective Order Filed by David Austern | .70 |
| 01/09/07 TC | Reviewed Motion to File Under Seal Exhibit A of the Opposition of the Future Claimants' Representative to W.R. Grace & Co.'s Motion to Quash 30(b)(6) Deposition Notice and for a Protective Order Filed by David Austern | .50 |
| 01/09/07 TC | Reviewed ACC's Objection and Joinder to the Debtors' Motion to Quash and for a Protective Order | .80 |
| 01/09/07 TC | Reviewed Motion for Leave to Designate Experts Regarding the Lack of Hazard Issue Filed by Certain Asbestos Property Damage Claimants represented by Speights & Runyan and Motley Rice LLC | .70 |
| 01/09/07 TC | Reviewed Notice of Service of Discovery, Debtors' Responses and Objections to Claimant State of California, Department of General Services' First Set of Interrogatories Filed by W.R. Grace & Co., et al | .30 |
| 01/09/07 TC | Reviewed Notice of Service / Submission of the Expert Report of Environmental Resource Consultants (ERC) Regarding the Schedule for the Adjudication of Lack of Hazard Issues, as Described in Debtors' 15th Omnibus Objections Filed by EPEC Realty, Inc. | .50 |

# Buchanan Ingersoll & Rooney PC

Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    FEBRUARY 22, 2007
MATTER :  0066609-000015
INVOICE : 9984628

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/07    6548

RE:    LITIGATION AND LITIGATION CONSULTING

| Date | | Description | Hours |
|---|---|---|---|
| 01/09/07 | TC | Reviewed Order Granting Motion to Shorten Notice With Respect to a Motion for an Order Authorizing the Official Committee of Asbestos Personal Injury Claimants, and Directing the Clerk of the Court, to File Under Seal Three Exhibits of the Opposition and Joinder of the Official Committee of Asbestos Personal Injury Claimants to W.R. Grace & Co.'s Motion to Quash 30(b)(6) Deposition Notice and for a Protective Order | .40 |
| 01/09/07 | TC | Reviewed Order Authorizing the Official Committee of Asbestos Personal Injury Claimants, and Directing the Clerk of the Court, to File Under Seal Three Exhibits of the Opposition and Joinder of the Official Committee of Asbestos Personal Injury Claimants to W.R. Grace & Co.'s Motion to Quash 30(b)(6) Deposition Notice and for a Protective Order. | .40 |
| 01/09/07 | TC | Reviewed Order Authorizing The Future Claimants' Representative, And Directing The Clerk of Court To File Under Seal Exhibit A of the Opposition of the Future Claimants' Representative to W.R. Grace & Co.'s Motion to Quash 30(b)(6) Deposition Notice and for a Protective Order | .40 |
| 01/10/07 | TC | Reviewed Motion for Leave to Shorten Notice Period of Motion to Approve Stipulation Regarding January 2007 Methodology Hearing for Asbestos Property Damage Claims Filed by W.R. Grace & Co., et al | .60 |
| 01/10/07 | TC | Reviewed Response to the Motion of Zonolite Attic Insulation Property Damage Claimants for Leave to Appeal Filed by W.R. Grace & Co | .80 |

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

# Buchanan Ingersoll ⚙ Rooney PC

Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    FEBRUARY 22, 2007
MATTER :  0066609-000015
INVOICE : 9984628

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/07    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| Date | | Description | Hours |
|---|---|---|---|
| 01/10/07 | TC | Reviewed letter to judge buckwalter filed by official committee of personal injury claimants | .30 |
| 01/10/07 | TC | Reviewed transmittal of motion for leave to appeal to the district court | .30 |
| 01/10/07 | TC | Reviewed Order Granting Motion to Shorten Time and Requiring Filing of Underlying Motion to Approve Stipulation | .30 |
| 01/10/07 | TC | Debtors request for expedited consideration and summary denial of asbestos' firms' motions to amend questionaire | .70 |
| 01/10/07 | TC | Reviewed tenth order regarding debtors' request for an injunction | .70 |
| 01/10/07 | TC | Reviewed designation of fact witness and expert witness reports | .80 |
| 01/11/07 | TC | Reviewed Submission of Supplemental Expert Report of James R. Millette, Ph.D. Regarding the Schedule for the Adjudication of Lack of Hazard Issues, as Described in Debtors' 15th Omnibus Objections Filed by Asbestos Property Damage Claimants represented by Dies & Hile, LLP | .70 |
| 01/11/07 | TC | Reviewed Supplemental Expert Report Regarding Adjudication of Lack of Hazard Issues | .60 |
| 01/11/07 | TC | Reviewed designation of expert reports on property damage issues | .90 |
| 01/12/07 | TC | Reviewed Adoption and Submission of Expert Reports Regarding Adjudication of Lack of Hazard Issue as Described in Debtors' 15th Omnibus Objections | .60 |

# Buchanan Ingersoll ⫣ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    FEBRUARY 22, 2007
MATTER :  0066609-000015
INVOICE : 9984628

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/07    6548

RE:    LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 01/12/07 TC | Reviewed The Official Committee Of Asbestos Personal Injury Claimants' Reply Memorandum In Support Of Its Motion To Compel Debtors' Production Of Certain Documents Referenced In Their Securities Filings | 1.70 |
| 01/15/07 TC | Reviewed Reply in Support of Its Motion to Quash 30(b)(6) Deposition Notice and for a Protective Order filed by wr grace | .70 |
| 01/15/07 TC | Reviewed Notice of Deposition of Mark A. Shelnitz Pursuant to Fed. R. Bankr. P. 7030 and 9014 and Fed. R. Civ. P. 30 Filed by Cartus Corporation | .40 |
| 01/15/07 TC | Reviewed SUBMISSION OF EXPERT REPORTS FROM CONSTRUCTION INSPECTORS, INC., GOBBELL HAYS PARTNERS, INC., MARTIN BENNETT OF MATERIALS ANALYTICAL SERVICES,INC., ANDREW GRAY OF OREGON STATE UNIVERSITY, STEVE PELKEY OF THE UNIVERISTY OF OREGON, GREGG TAYLOR OF SOUTHERN OREGON UNIVERSITY, AND RUBEN TORRES OF PORTLAND STATE UNIVERSITY, REGARDING ADJUDICATION OF THE LACK OF HAZARD ISSUE AS DESCRIBED IN THE 15TH OMNIBUS OBJECTIONS Filed by Dies & Hile Claimants. | 1.40 |
| 01/15/07 TC | Reviewed Notice of Service Regarding Supplemental Statement of The Prudential Insurance Company of America as to Expert Witnesses | .40 |
| 01/16/07 TC | Reviewed Additional Submission of Expert Reports from Tom Manning of Construction Inspectors, Inc. Regarding Adjudication of the Lack of Hazard Issue as Described in Debtors' 15th Omnibus Objections filed by southern oregon | .60 |

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    FEBRUARY 22, 2007
                                              MATTER :  0066609-000015
                                              INVOICE : 9984628
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/07    6548

RE:   LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---:|
| 01/16/07 TC | Reviewed Expert Witness Disclosure of William G. Hughson, M.D., D. Phil.Filed by W.R. Grace & Co., et al.. | .70 |
| 01/16/07 TC | Reviewed Expert Report of Gordon Spratt, M. Eng., P. Eng.  Filed by W.R. Grace & Co., et al.. | .70 |
| 01/17/07 TC | Reviewed Expert Report of Richard J. Lee, Ph.D. Filed by W.R. Grace & Co., et al. | 1.10 |
| 01/17/07 TC | Reviewed Expert Report of Morton Corn, Ph.D., CSP Filed by W.R. Grace & Co., et al.. | 1.60 |
| 01/17/07 TC | Reviewed expert report of Professor Lewis N. Klar, Q.C.  Filed by W.R. Grace & Co., et al | .80 |
| 01/17/07 TC | Reviewed Notice of Service of the Expert Report of William M. Ewing, CIH (for 100 Pine Street, San Francisco, CA dated January 12, 2007) Filed by Speights & Runyan Claimants. | 1.20 |
| 01/17/07 TC | Reviewed Notice of Service of Claimants Represented by the Law Firm of Motley Rice LLC's Submission and Adoption of Expert Reports Regarding the Adjudication of Lack of Hazard Issues, as Described in the 15th Omnibus Objections Filed by Motley Rice LLC, and attached reports | 1.90 |
| 01/17/07 TC | Reviewed Notice of Service of the Expert Report of Arthur L. Frank, MD, PhD Filed by Speights & Runyan Claimants | .90 |

# Buchanan Ingersoll ⚘ Rooney PC

Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    FEBRUARY 22, 2007
                                              MATTER :  0066609-000015
                                              INVOICE : 9984628
```

```
    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/07    6548

    RE:   LITIGATION AND LITIGATION CONSULTING
```

| | | | |
|---|---|---|---|
| 01/18/07 | TC | Reviewed Notice of Service of the Expert Report of William M. Ewing, CIH (for Anderson Memorial Hospital, Anderson, SC dated January 15, 2007) Filed by Anderson Memorial Hospital on behalf of All Buildings encompassed in its Putative Class Action | .80 |
| 01/18/07 | TC | Reviewed Expert Report of William E. Longo, PhD (for 100 Pine Street, San Francisco, CA dated December 14, 2006) Filed by Speights & Runyan Claimants | .70 |
| 01/18/07 | TC | Reviewed Debtors' Designation of Expert Witnesses and Expert Reports Relating to the Lack of Hazard Issues Filed by W.R. Grace & Co., et al.. | .40 |
| 01/18/07 | TC | Reviewed Appellee Designation of Additional Items for Inclusion in Record of Appeal [Counter-Designation Regarding the Bankruptcy Court's Order Resolving Motion for Partial Summary Judgment, Cross Motions for Summary Judgment and Scheduling a Status Conference ) Filed by W.R. Grace & Co., et al | .40 |
| 01/18/07 | TC | Reviewed Notice of Service for the Expert Report of Charles L. Blake, CIH Regarding the Assessment of Libby PD Claims for Evidence of Hazard dated January 16, 2007 Filed by W.R. Grace & Co., et al.. | .80 |
| 01/18/07 | TC | Reviewed Notice of Deposition Duces Tecum of Robert Beber, Jay W. Hughes and David B. Siegel Filed by David Austern, Official Committee of Asbestos Personal Injury Claimants | .40 |

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE  :   FEBRUARY 22, 2007
                                            MATTER :  0066609-000015
                                            INVOICE : 9984628

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/07   6548

    RE:   LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---:|
| 01/18/07 TC | Reviewed Submission of Supplemental Expert Rebuttal Reports of Martin Bennett, Materials Analytical Services ("MAS"), Kommy M. Azarpour and Environmental Resource Consultants ("ERC") Regarding the Schedule for the Adjudication Phase for Limitations Periods as Described in Debtors' 15th Omnibus Objections Filed by EPEC Realty, Inc.. | .60 |
| 01/18/07 TC | Reviewed Notice of Service Regarding Report of Todd B. Hilsee Relating to Constructive Notice Filed by Official Committee of Asbestos Property Damage Claimants | .30 |
| 01/19/07 TC | Reviewed SAN DIEGO GAS & ELECTRIC COMPANY, SEMPRA ENERGY AND ENOVA CORPORATION RE EXPERT REPORT OF STEVEN P. VIANI, P.E. REGARDING DEBTOR?S FIFTEENTH OMNIBUS OBJECTION Filed by Sempra Energy, Inc.. | .80 |
| 01/19/07 TC | Reviewed Expert Report of Jack L. Halliwell, P.E. dated January 17, 2007 Filed by Speights & Runyan Claimants | 1.70 |
| 01/19/07 TC | Reviewed Notice of Service for January 17, 2007 Expert Report of Richard J. Lee, Ph.D. for Asbestos Property Damage Claims Product Identification Filed by W.R. Grace & Co., et al.. | .90 |
| 01/19/07 TC | Reviewed Notice of Service of Expert Report. Filed by State of California Department of General Service | .30 |
| 01/22/07 TC | Reviewed constructive inspectors' reports for litigation preparation | .70 |

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚙ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    FEBRUARY 22, 2007
                                              MATTER :  0066609-000015
                                              INVOICE : 9984628

          FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/07   6548

          RE:   LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---:|
| 01/22/07 TC | Reviewed constructive notice report filed by wrgrace | 1.50 |
| 01/22/07 TC | Reviewed expert report of jack hallowell | 1.80 |
| 01/23/07 TC | Reviewed Motion to Extend Time to Respond to the WRGrace Asbestos Personal Injury Questionnaire Filed by Foster & Sear L.L.P.. | .60 |
| 01/23/07 TC | Reviewed zonolite reply to motion for leave to appeal | 1.10 |
| 01/24/07 TC | Reviewed Appellant Designation of Items For Inclusion in Record On Appeal and Statement of the Issues to be Presented of Appeallants ZAI Claimants Regarding the Bankrtupcy Court's Order Resolving Motion for Partial Summary Judgment, Cross Motions for Summary Judgment, and Scheduling a Status Conference (Amended Soley to Correct the Designation of Parites to the Appeal in the Caption and Opening Paragraph) Filed by Zonolite Attic Insulation Class Plaintiffs | .70 |
| 01/24/07 TC | Reviewed Order Regarding Methodology Issue For Asbestos Property Damage Claims | .60 |
| 01/25/07 TC | Reviewed Notice Of Rescheduled Depositions Duces Tecum Of Robert Beber, Jay W. Hughes And David B. Siegel Filed by Official Committee of Asbestos Personal Injury Claimants | .60 |
| 01/25/07 TC | Reviewed Notice of Deposition of Robert J. Bettachi Filed by Certain Asbestos Property Damage Claimants represented by Speights & Runyan and the Brandi Law Firm. | .40 |

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    FEBRUARY 22, 2007
                                             MATTER :  0066609-000015
                                             INVOICE : 9984628

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/07    6548

    RE:   LITIGATION AND LITIGATION CONSULTING


| 01/25/07 TC | Reviewed Notice of Deposition (Cross-Notice) of Robert J. Bettachi Filed by State of Oklahoma. | .40 |
| 01/26/07 TC | Reviewed cross notice of deposition of robert bettachi | .60 |
| 01/30/07 TC | Reviewed Expedited Motion to Modify Order Regarding Production of X-Rays Based on Substantial Non-Compliance with Order Filed by W.R. Grace & Co | 1.90 |
| 01/30/07 TC | Reviewed Motion for Leave to File Emergency Motion to Modify Order Regarding Production of X-Rays Based on Substantial Non-Compliance with Order Filed by W.R. Grace & Co | .30 |


                    T I M E   S U M M A R Y
                    -----------------------

|             |        | RATE   | HOURS | TOTALS   |
|-------------|--------|--------|-------|----------|
| T. Currier  |        | 500.00 | 53.00 | 26500.00 |
|             | TOTALS |        | 53.00 | 26500.00 |


                    TOTAL FEES :              26,500.00


                    TOTAL DUE  :              26,500.00

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚑ Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   FEBRUARY 22, 2007
                                              MATTER : 0066609-000016
                                              INVOICE : 9984629

   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/07    6548

   RE:  PLAN AND DISCLOSURE STATEMENT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 01/03/07 | TC | Reviewed appellee's brief on exclusivity issues | 1.10 |
| 01/03/07 | TC | Reviewed appendix to appellee's brief | 1.50 |
| 01/25/07 | TC | Reviewed Memorandum and Order Affirming the October 3, 2006 Order of the Bankruptcy Court extending exclusivity | .40 |

### T I M E   S U M M A R Y

| | | RATE | HOURS | TOTALS |
| --- | --- | --- | --- | --- |
| T. Currier | | 500.00 | 3.00 | 1500.00 |
| | TOTALS | | 3.00 | 1500.00 |

                         TOTAL FEES :                1,500.00

                         TOTAL DUE  :                1,500.00

# Buchanan Ingersoll ＆ Rooney PC

Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     FEBRUARY 22, 2007
MATTER :   0066609-001000
INVOICE :  9984630

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/07   6548

RE:  EXPENSES

| DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|
| 01/02/07 Photocopies M. Flores | 0.15 |
| 01/03/07 Photocopies M. Flores | 12.60 |
| 01/03/07 Express Mail - Federal Express | 15.75 |
| 01/04/07 Photocopies M. Flores | 3.45 |
| 01/04/07 Photocopies M. Flores | 0.75 |
| 01/05/07 Photocopies M. Flores | 14.40 |
| 01/05/07 Express Mail - Federal Express | 26.33 |
| 01/16/07 Photocopies M. Flores | 0.60 |
| 01/19/07 Photocopies M. Flores | 4.35 |
| 01/26/07 Photocopies M. Flores | 0.60 |
| 01/29/07 Photocopies M. Flores | 12.45 |
| TOTAL EXPENSE ADVANCES : | 91.43 |
| TOTAL DUE : | 91.43 |

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California