# EXHIBIT 2

## for WR Grace & Co. et al
Total number of parties: 56

### Exhibit 2 - WR Grace

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23507 | BIO-MEDICAL APPLICATIONS OF INDIANA INC, NATIONAL MEDICAL CARE INC, C/O DAVID S ROSENBLOOM ESQ, MCDERMOTT WILL & EMERY, 227 W MONROE ST, CHICAGO, IL, 60606-5096 | US Mail (1st Class) |
| 23507 | BIO-MEDICAL APPLICATIONS OF MISSISSIPPI, NATIONAL MEDICAL CARE INC, C/O DAVID S ROSENBLOOM ESQ, MCDERMOTT WILL & EMERY, 227 W MONROE ST, CHICAGO, IL, 60606-5096 | US Mail (1st Class) |
| 23507 | BIO-MEDICAL APPLICATIONS OF OKLAHOMA INC, NATIONAL MEDICAL CARE INC, C/O DAVID S ROSENBLOOM ESQ, MCDERMOTT WILL & EMERY, 227 W MONROE ST, CHICAGO, IL, 60606-5096 | US Mail (1st Class) |
| 23507 | BIO-MEDICAL APPLICATIONS OF RHODE ISLAND, NATIONAL MEDICAL CARE INC, C/O DAVID S ROSENBLOOM ESQ, MCDERMOTT WILL & EMERY, 227 W MONROE ST, CHICAGO, IL, 60606-5096 | US Mail (1st Class) |
| 23507 | BIO-MEDICAL APPLICATIONS OF SOUTH CAROLINA INC, NATIONAL MEDICAL CARE INC, C/O DAVID S ROSENBLOOM ESQ, MCDERMOTT WILL & EMERY, 227 W MONROE ST, CHICAGO, IL, 60606-5096 | US Mail (1st Class) |
| 23507 | BIO-MEDICAL APPLICATIONS OF SOUTH CAROLINA, NATIONAL MEDICAL CARE INC, C/O DAVID S ROSENBLOOM ESQ, MCDERMOTT WILL & EMERY, 227 W MONROE ST, CHICAGO, IL, 60606-5096 | US Mail (1st Class) |
| 23507 | CENTRAL PUGET SOUND REGIONAL TRANSIT AUT, C/O DESMOND BROWN GENERAL COUNSEL, 401 S JACKSON ST, SEATTLE, WA, 98104 | US Mail (1st Class) |
| 23507 | CENTURY INDEMNITY COMPANY ET AL, C/O LEONARD P GOLDBERGER ESQ, WHITE AND WILLIAMS LLP, 1800 ONE LIBERTY PL, PHILADELPHIA, PA, 19103-7395 | US Mail (1st Class) |
| 23507 | CENTURY INDEMNITY COMPANY ET AL, C/O LEONARD P GOLDBERGER ESQ, WHITE AND WILLIAMS, 1800 ONE LIBERTY PL, PHILADELPHIA, PA, 19103-7395 | US Mail (1st Class) |
| 23507 | CPI PACKAGING INC, SEALED AIR CORPORATION, ATTN H KATHERINE WHITE, PARK 80 E, SADDLE BROOK, NJ, 07663 | US Mail (1st Class) |
| 23507 | CRYOVAC CHILE HOLDINGS LLC, SEALED AIR CORPORATION, ATTN H KATHERINE WHITE, PARK 80 E, SADDLE BROOK, NJ, 07663 | US Mail (1st Class) |
| 23507 | CRYOVAC FAR EAST HOLDINGS LLC, SEALED AIR CORPORATION, ATTN H KATHERINE WHITE, PARK 80 E, SADDLE BROOK, NJ, 07663 | US Mail (1st Class) |
| 23507 | CRYOVAC INC & CERTAIN AFFILIATES LISTED ON ANNEX A, C/O SEALED AIR CORPORATION, ATTN: H KATHERINE WHITE, PARK 80 E, SADDLE BROOK, NJ, 07663 | US Mail (1st Class) |
| 23507 | CRYOVAC INTERNATIONAL HOLDINGS INC, SEALED AIR CORPORATION, ATTN H KATHERINE WHITE, PARK 80 E, SADDLE BROOK, NJ, 07663 | US Mail (1st Class) |
| 23507 | CRYOVAC LEASING CORPORATION, SEALED AIR CORPORATION, ATTN H KATHERINE WHITE, PARK 80 E, SADDLE BROOK, NJ, 07663 | US Mail (1st Class) |
| 23507 | CRYOVAC POLAND HOLDINGS INC, SEALED AIR CORPORATION, ATTN H KATHERINE WHITE, PARK 80 E, SADDLE BROOK, NJ, 07663 | US Mail (1st Class) |
| 23507 | ESTATE OF JEFFREY CHWALA, ATTORNEY DANIEL R FREUND, PO BOX 222, EAU CLAIRE, WI, 54702-0222 | US Mail (1st Class) |
| 23507 | FORSHAW ESQ, MARY BETH, (RE: TRAVELERS CASUALTY AND SURETY COMPANY), SIMPSON THACHER & BARTLETT, 425 LEXINGTON AVE, NEW YORK, NY, 10017 | US Mail (1st Class) |
| 23507 | FRESENIUS MEDICAL CARE HOLDINGS INC, DAVID S ROSENBLOOM ESQ, MCDERMOTT WILL & EMERY, 227 W MONROE ST, CHICAGO, IL, 60606-5096 | US Mail (1st Class) |
| 23507 | FRESENIUS USA INC, DAVID S ROSENBLOOM ESQ, MCDERMOTT WILL & EMERY, 227 W MONROE ST, CHICAGO, IL, 60606-5096 | US Mail (1st Class) |
| 23507 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ, 07102 | US Mail (1st Class) |
| 23507 | H H HOLMES TESTING LABS INC, LAW OFFICES OF MH COHON, PO BOX 636, MORTON GROVE, IL, 60053 | US Mail (1st Class) |
| 23507 | HAIN CAPITAL HOLDINGS LLC, (TRANSFEROR: UNDERWOOD AIR SYSTEMS INC), ATTN GANNA LIBERCHUCK, 301 ROUTE 17, 6TH FLOOR, RUTHERFORD, NJ, 07070 | US Mail (1st Class) |
| 23507 | ICI AMERICAS INC, C/O W STEPHEN BRYANT, LOCKE LIDDELL & SAPP LLP, 600 TRAVIS ST STE 2600, HOUSTON, TX, 77002-3095 | US Mail (1st Class) |
| 23507 | ICI AMERICAS INC, C/O W STEVEN BRYANT, LOCKE LIDDELL & SAPP LLP, 600 TRAVIS ST STE 2600, HOUSTON, TX, 77002-3095 | US Mail (1st Class) |
| 23507 | IRVING SHAFFER AS TRUSTEE OF THE, C/O VICTOR BASS ESQ, BURNS & LEVINSON LLP, 125 SUMMER ST, BOSTON, MA, 02110 | US Mail (1st Class) |
| 23507 | KITTL, SAMANTHA, ATTORNEY DANIEL R FREUND, PO BOX 222, EAU CLAIRE, WI, 54702-0222 | US Mail (1st Class) |

## Exhibit 2 - WR Grace

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23507 | KITTL, SAMANTHA, DANIEL R FREUND, PO BOX 222, EAU CLAIRE, WI, 54702-0222 | US Mail (1st Class) |
| 23507 | MARYLAND CASUALTY COMPANY, ECKERT SEAMANS CHERIN & MELLOTT LLC, C/O KAREN L TURNER ESQ, 1515 MARKET ST 9TH FL, PHILADELPHIA, PA, 19102 | US Mail (1st Class) |
| 23507 | MASTER PUMPS & EQUIP, PO BOX 1778, GRAPEVINE, TX, 76009 | US Mail (1st Class) |
| 23507 | NATIONAL MEDICAL CARE INC, DAVID S ROSENBLOOM ESQ, MCDERMOTT WILL & EMERY, 227 W MONROE ST, CHICAGO, IL, 60606-5096 | US Mail (1st Class) |
| 23507 | NMC HOMECARE INC, NATIONAL MEDICAL CARE INC, C/O DAVID S ROSENBLOOM ESQ, MCDERMOTT WILL & EMERY, 227 W MONROE ST, CHICAGO, IL, 60606-5096 | US Mail (1st Class) |
| 23507 | OMNI SUPPLY INC, SEALED AIR CORPORATION, ATTN H KATHERINE WHITE, PARK 80 E, SADDLE BROOK, NJ, 07663 | US Mail (1st Class) |
| 23507 | ONE BEACON AMERICA INSURANCE COMPANY, DRINKER BIDDLE & REATH LLP, DAVID P PRIMACK, 1100 N MARKET ST, STE 1000, WILMINGTON, DE, 19801-1254 | US Mail (1st Class) |
| 23507 | ONE BEACON AMERICA INSURANCE COMPANY, DRINKER BIDDLE & REATH LLP, DAVID P PRIMACK, 1100 N MARKET ST, STE 1000, WILMINTON, DE, 19801-1254 | US Mail (1st Class) |
| 23507 | POLY PACKAGING SYSTEMS INC, SEALED AIR CORPORATION, ATTN H KATHERINE WHITE, PARK 80 E, SADDLE BROOK, NJ, 07663 | US Mail (1st Class) |
| 23507 | POLYPRIDE INC, SEALED AIR CORPORATION, ATTN H KATHERINE WHITE, PARK 80 E, SADDLE BROOK, NJ, 07663 | US Mail (1st Class) |
| 23507 | REFLECTIX INC, SEALED AIR CORPORATION, ATTN H KATHERINE WHITE, PARK 80 E, SADDLE BROOK, NJ, 07663 | US Mail (1st Class) |
| 23507 | ROBERTSON-CECO CORPORATION, GREGG R HAGUE ESQ, SPERLING & SLATER, 55 W MONROE, CHICAGO, IL, 60603 | US Mail (1st Class) |
| 23507 | SEALED AIR CORPORATION US, SEALED AIR CORPORATION, ATTN H KATHERINE WHITE, PARK 80 E, SADDLE BROOK, NJ, 07663 | US Mail (1st Class) |
| 23507 | SEALED AIR CORPORATION, ATTN H KATHERINE WHITE, PARK 80 E, SADDLE BROOK, NJ, 07663 | US Mail (1st Class) |
| 23507 | SEALED AIR LLC, SEALED AIR CORPORATION, ATTN H KATHERINE WHITE, PARK 80 E, SADDLE BROOK, NJ, 07663 | US Mail (1st Class) |
| 23507 | SEALED AIR NEVADA HOLDINGS LIMITED, SEALED AIR CORPORATION, ATTN H KATHERINE WHITE, PARK 80 E, SADDLE BROOK, NJ, 07663 | US Mail (1st Class) |
| 23507 | SEALED AIR TRUCKING INC, SEALED AIR CORPORATION, ATTN H KATHERINE WHITE, PARK 80 E, SADDLE BROOK, NJ, 07663 | US Mail (1st Class) |
| 23507 | SEATON INSURANCE COMPANY, DRINKER BIDDLE & REATH LLP, DAVID P PRIMACK, 1100 N MARKET ST, STE 1000, WILMINGTON, DE, 19801-1254 | US Mail (1st Class) |
| 23507 | SEATON INSURANCE COMPANY, DRINKER BIDDLE & REATH LLP, DAVID P PRIMACK, 1100 N MARKET ST, STE 1000, WILMINTON, DE, 19801-1254 | US Mail (1st Class) |
| 23507 | SEATON INSURANCE COMPANY, DRINKER BIDDLE & REATH, DAVID P PRIMACK, 1100 N MARKET ST, STE 1000, WILMINGTON, DE, 19801-1254 | US Mail (1st Class) |
| 23507 | SHANKLIN CORPORATION, SEALED AIR CORPORATION, ATTN H KATHERINE WHITE, PARK 80 E, SADDLE BROOK, NJ, 07663 | US Mail (1st Class) |
| 23507 | STATE OF MONTANA DEPT OF ENVIRONMENTAL Q, ATTORNEY GENERAL, BANKRUPTCY UNIT, PO BOX 201440, HELENA, MT, 59620-1440 | US Mail (1st Class) |
| 23507 | THE FMCH GROUP, (RE: BIO-MEDICAL APPLICATIONS OF INDIANA INC), C/O FRESENIUS MEDICAL CARE NA CORP HEADQUARTERS, CORPORATE LAW DEPT, 95 HAYDEN AVE, LEXINGTON, MA, 02420-9192 | US Mail (1st Class) |
| 23507 | THE FMCH GROUP, (RE: FRESENIUS MEDICAL CARE HOLDINGS INC), C/O FRESENIUS MEDICAL CARE NA CORP HEADQUARTERS, CORPORATE LAW DEPT, 95 HAYDEN AVE, LEXINGTON, MA, 02420-9192 | US Mail (1st Class) |
| 23507 | THE FMCH GROUP, (RE: FRESENIUS USA INC), C/O FRESENIUS MEDICAL CARE NA CORP HEADQUARTERS, CORPORATE LAW DEPT, 95 HAYDEN AVE, LEXINGTON, MA, 02420-9192 | US Mail (1st Class) |
| 23507 | THE FMCH GROUP, (RE: NATIONAL MEDICAL CARE INC), C/O FRESENIUS MEDICAL CARE NA CORP HEADQUARTERS, CORPORATE LAW DEPT, 95 HAYDEN AVE, LEXINGTON, MA, 02420-9192 | US Mail (1st Class) |
| 23507 | TRAVELERS CASUALTY AND SURETY COMPANY, ATTN: MICHAEL J EISELE ESQ, ENVIRONMENTAL LITIGATION GROUP, ONE TOWER SQ, HARTFORD, CT, 06183 | US Mail (1st Class) |
| 23507 | TYCO HEALTHCARE GROUP LP, ATTN LAWRENCE T WEISS ESQ, 15 HAMPSHIRE ST, MANSFIELD, MA, 02048 | US Mail (1st Class) |
| 23507 | UNITED RENTALS (NORTH AMERICA) INC, 5025 40TH AVE, HUDSONVILLE, MI, 49426 | US Mail (1st Class) |

**Subtotal for this group: 56**