# EXHIBIT C

## WR GRACE & CO
## SUMMARY OF FEES
## OCTOBER 1, 2006 - DECEMBER 31, 2006

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 96.3 | $ 825 | $ 79,447.50 |
| Pasquale, Kenneth | 238.6 | 650 | 155,090.00 |
| Wintner, Mark | 0.7 | 745 | 521.50 |
| | | | |
| **Associates** | | | |
| Cutler, Ilana | 63.4 | 250 | 15,850.00 |
| Gutierrez, James S. | 44.1 | 355 | 15,655.50 |
| Holob, Marissa J. | 0.2 | 435 | 87.00 |
| Krieger, Arlene G. | 308.1 | 575 | 177,157.50 |
| Strauss, Joseph E. | 29.9 | 530 | 15,847.00 |
| | | | |
| **Paraprofessionals** | | | |
| Holzberg, Ethel H. | 63.3 | 225 | 14,242.50 |
| Lollie, Toya | 26.9 | 150 | 4,035.00 |
| Mohamed, David | 119.6 | 150 | 17,940.00 |
| | | | |
| Sub Total | 991.1 | | $ 495,873.50 |
| Less 50% Travel | (17.4) | | (11,180.00) |
| Total | 973.7 | | $ 484,693.50 |