# EXHIBIT D

SSL-DOCS1 1778182v2

## WR GRACE & CO
## DISBURSEMENT SUMMARY
## OCTOBER 1, 2006 - DECEMBER 31, 2006

| | |
|---|---:|
| Outside Messenger Service | $ 263.34 |
| Meals | 593.57 |
| Local Transportation | 464.84 |
| Long Distance Telephone | 193.66 |
| Duplicating Costs-in House | 517.90 |
| Postage | 25.55 |
| Filing Fees | 410.00 |
| Court Reporting Services | 2,774.16 |
| O/S Information Services | 736.10 |
| In House Messenger Service | 11.29 |
| Travel Expenses - Transportation | 2,690.65 |
| Travel Expenses - Lodging | 994.98 |
| Travel Expenses - Meals | 47.95 |
| Word Processing | 108.00 |
| Westlaw | 206.20 |
| | |
| **TOTAL** | **$ 10,038.19** |

SSL-DOCS1 1778182v2