# EXHIBIT E

# NAVIGANT CONSULTING
Expenses reflected on Invoice No.: 186085

| Code | Description | Amount |
|---|---|---|
| AIRFARE | Airfare | 3,249.16 |
| GRTRANS | Ground Transportation / Auto Expense | 749.46 |
| LODGING | Lodging | 6,815.79 |
| MEALS | Meals | 339.21 |
| PERDIEM | Per Diems | 116.00 |
| RESRCH | Research | 301.08 |
| TELECOM | Telephone / Fax / Internet Access | 3.50 |
| Disbursements Total: | | 11,574.20 |

| Vendor Name | Task Code: 10 Acct Code | Period | Invoice Date | Trans. Date | Amount | Narrative | Task | Check | Stat | Index | Voucher | Bill? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHAMBERS, LETITIA | AIRFARE | 1006 | 11/2/2006 | 10/24/2006 | 184.73 | 10/25- Trip to NY | 10 | | B | 4140045 | 1531868 | Y|H|W/O |
| CHAMBERS, LETITIA | GRTRANS | 0806 | 8/31/2006 | 8/27/2006 | 20.00 | Taxi from National to Hotel | 10 | 121455 | B | 4037006 | 1514993 | Y|H|W/O |
| CHAMBERS, LETITIA | GRTRANS | 0806 | 8/28/2006 | 8/11/2006 | 12.00 | Taxi to work | 10 | 121455 | B | 4037763 | 1514232 | Y|H|W/O |
| CHAMBERS, LETITIA | GRTRANS | 1006 | 11/2/2006 | 10/26/2006 | 10.00 | taxi to train station - NY | 10 | | B | 4140051 | 1531868 | Y|H|W/O |
| CHAMBERS, LETITIA | GRTRANS | 0806 | 8/11/2006 | 8/1/2006 | 24.00 | Taxis in DC | 10 | 119888 | B | 4001079 | 1508395 | Y|H|W/O |
| CHAMBERS, LETITIA | GRTRANS | 0806 | 8/31/2006 | 7/31/2006 | 65.00 | Taxi from Dulles to DC | 10 | 119888 | B | 4037078 | 1514993 | Y|H|W/O |
| CHAMBERS, LETITIA | GRTRANS | 0806 | 8/31/2006 | 8/30/2006 | 20.00 | Taxi from hotel to National | 10 | 121455 | B | 4037007 | 1514993 | Y|H|W/O |
| CHAMBERS, LETITIA | GRTRANS | 0806 | 8/28/2006 | 7/31/2006 | 12.00 | Taxi to work | 10 | 121455 | B | 4032762 | 1514232 | Y|H|W/O |
| CHAMBERS, LETITIA | GRTRANS | 0806 | 8/28/2006 | 8/2/2006 | 12.00 | Taxi from hotel to 1801 K Street. | 10 | 121455 | B | 4037008 | 1514993 | Y|H|W/O |
| CHAMBERS, LETITIA | GRTRANS | 1006 | 11/1/2006 | 10/25/2006 | 30.00 | Taxi from Airport to Hotel | 10 | | B | 4140029 | 1531868 | Y|H|W/O |
| CHAMBERS, LETITIA | GRTRANS | 1006 | 10/25/2006 | | 25.00 | taxi to the airport | 10 | | B | 4140050 | 1531868 | Y|H|W/O |
| CHAMBERS, LETITIA | GRTRANS | 0806 | 8/28/2006 | 8/3/2006 | 65.00 | Taxi from DC to Dulles | 10 | 119888 | B | 4001081 | 1508395 | Y|H|W/O |
| CHAMBERS, LETITIA | GRTRANS | 0806 | 8/28/2006 | 8/2/2006 | 12.00 | Taxis in DC | 10 | 119888 | B | 4001080 | 1508395 | Y|H|W/O |
| CHAMBERS, LETITIA | GRTRANS | 1006 | 11/1/2006 | 10/26/2006 | 236.00 | Amtrak to New York Penn, NY | 10 | | B | 4140033 | 1531860 | Y|H|W/O |
| CHAMBERS, LETITIA | GRTRANS | 0806 | 8/31/2006 | 8/29/2006 | 12.00 | Taxi from hotel to 1801 K Street. | 10 | 121455 | B | 4037009 | 1514993 | Y|H|W/O |
| CHAMBERS, LETITIA | LODGING | 1006 | 11/1/2006 | 10/25/2006 | 723.19 | Hotel stay in NY | 10 | | B | 4140030 | 1531860 | Y|H|W/O |
| CHAMBERS, LETITIA | LODGING | 1006 | 11/1/2006 | 8/30/2006 | 696.36 | Hotel stay in Washington, DC. | 10 | | B | 4140031 | 1531860 | Y|H|W/O |
| CHAMBERS, LETITIA | LODGING | 0806 | 8/14/2006 | 7/19/2006 | 474.01 | Lodging in NY 7/18 | 10 | 119888 | B | 4001082 | 1508395 | Y|H|W/O |
| CHAMBERS, LETITIA | LODGING | 0806 | 8/14/2006 | 7/18/2006 | 1,288.14 | Lodging in DC 7/15-7/15 | 10 | 119888 | B | 4001084 | 1508395 | Y|H|W/O |
| CHAMBERS, LETITIA | LODGING | 1006 | 11/1/2006 | 10/23/2006 | 1,032.58 | Hotel stay in Washington, DC. | 10 | | B | 4140032 | 1531860 | Y|H|W/O |
| CHAMBERS, LETITIA | LODGING | 0806 | 8/28/2006 | 7/31/2006 | 930.21 | Lodging expense at The Melrose Hotel while working at the DC office. | 10 | 121455 | B | 4032756 | 1514232 | Y|H|W/O |
| CHAMBERS, LETITIA | MEALS | 0806 | 8/4/2006 | 7/19/2006 | 9.21 | Food at hotel | 10 | 119888 | B | 4001083 | 1508395 | Y|H|W/O |

Task Code: 10

| Vendor Name | Acct Code | Period | Invoice Date | Trans. Date | Amount | Narrative | Task | Check | Stat | Index | Voucher | Bill? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHAMBERS, LETITIA | MEALS | 0806 | 8/4/2006 | 7/18/2006 | 32.45 | Meal at hotel | 10 | 119888 | B | 4001085 | 1508395 | Y\|H\|W/O |
| CHAMBERS, LETITIA | PERDIEM | 1006 | 11/2/2006 | 10/23/2006 | 58.00 | | 10 | | B | 4140052 | 1531868 | Y\|H\|W/O |
| CHAMBERS, LETITIA | PERDIEM | 1006 | 11/2/2006 | 10/24/2006 | 58.00 | | 10 | | B | 4140053 | 1531868 | Y\|H\|W/O |
| CHAMBERS, LETITIA | TELECOM | 0806 | 8/4/2006 | 7/18/2006 | 3.50 | Phone charges at hotel | 10 | 119888 | B. | 4001086 | 1508395 | Y\|H\|W/O |
| ERTUG, KERIM CAN | AIRFARE | 1006 | 10/27/2006 | 10/25/2006 | 494.03 | Round trip flight for the client meeting in NYC | 10 | | B | 4128354 | 1529783 | Y\|H\|W/O |
| ERTUG, KERIM CAN | GRTRANS | 1006 | 10/27/2006 | 10/25/2006 | 25.00 | Taxi from Laguardia airport to client's office with NCI staff (total includes tip and tolls for the taxi) | 10 | | B | 4128355 | 1529783 | Y\|H\|W/O |
| ERTUG, KERIM CAN | GRTRANS | 1006 | 10/27/2006 | 10/25/2006 | 30.00 | Taxi from midtown Manhattan to airport (total includes tip and tolls for the taxi) | 10 | | B | 4128356 | 1529783 | Y\|H\|W/O |
| ERTUG, KERIM CAN | MEALS | 1006 | 10/27/2006 | 10/25/2006 | 36.43 | Lunch | 10 | | B | 4128357 | 1529783 | Y\|H\|W/O |
| HOREWITZ, JESSICA B | MEALS | 0806 | 8/30/2006 | 8/24/2006 | 30.07 | Lunch w/Letitia Chambers, Mary Lyman, Kerin Ertug & Jim McIntire to discuss client matters. | 10 | 121616 | B | 4033420 | 1514380 | Y\|H\|W/O |
| LYMAN, MARY S | AIRFARE | 1006 | 10/27/2006 | 10/26/2006 | 628.60 | Roundtrip airfare -- Delta shuttle Washington, D.C. to NYC | 10 | | B | 4128549 | 1529833 | Y\|H\|W/O |
| LYMAN, MARY S | GRTRANS | 1006 | 10/27/2006 | 10/25/2006 | 15.00 | Parking at airport | 10 | | B | 4128550 | 1529833 | Y\|H\|W/O |
| PACER SERVICE CENTER | RESRCH | 1006 | 10/5/2006 | 10/5/2006 | 3.68 | Research    RESEARCH - Vendor:PACER SERVICE CENTER | 10 | 1146662 | B | 4122763 | 1528983 | Y\|H\|W/O |
| LEXIS-NEXIS | RESRCH | 1006 | 9/30/2006 | 9/30/2006 | 273.17 | Research    RESEARCH - Vendor:LEXIS-NEXIS | 10 | | B | 4132850 | 1530732 | Y\|H\|W/O |
| LEXIS-NEXIS | RESRCH | 0806 | 7/31/2006 | 7/31/2006 | 24.23 | Research    RESEARCH - Vendor:LEXIS-NEXIS | 10 | 1143424 | B | 4012234 | 1510371 | Y\|H\|W/O |
| MCINTIRE, JAMES L | AIRFARE | 1006 | 10/25/2006 | 7/26/2006 | 919.60 | Round trip to DC to meet with estimation team on Grace estimate | 10 | | B | 4124046 | 1529127 | Y\|H\|W/O |
| MCINTIRE, JAMES L | AIRFARE | 1006 | 10/19/2006 | 10/9/2006 | 718.20 | Roundtrip fare Seattle/Baltimore | 10 | | B | 4124047 | 1529128 | Y\|H\|W/O |
| MCINTIRE, JAMES L | AIRFARE | 1006 | 10/19/2006 | 10/25/2006 | 304.00 | One-way ticket to NY for client meeting | 10 | | B | 4124050 | 1529128 | Y\|H\|W/O |
| MCINTIRE, JAMES L | GRTRANS | 1006 | 10/30/2006 | 10/26/2006 | 62.46 | Airport parking | 10 | | B | 4132268 | 1530604 | Y\|H\|W/O |
| MCINTIRE, JAMES L | GRTRANS | 1006 | 10/30/2006 | 10/26/2006 | 15.00 | Taxi fare from DC to National Airport | 10 | | B | 4132269 | 1530605 | Y\|H\|W/O |
| MCINTIRE, JAMES L | GRTRANS | 1006 | 10/30/2006 | 10/26/2006 | 35.00 | Taxi fare from midtown Manhatten to LaGuardia (2 persons, different terminals) | 10 | | B | 4132270 | 1530605 | Y\|H\|W/O |

| Task Code: 10 Vendor Name | Code | Acct Period | Invoice Date | Trans. Date | Amount | Narrative | Task | Check | Stat | Index | Voucher | Bill? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MCINTIRE, JAMES L | LODGING | 1006 | 10/19/2006 | 10/9/2006 | 1,387.33 | Lodging beginning 10/22/2006 and checking out 10/26/2006 | 10 | | B | 4124048 | 1529128 | Y\|H\|W/O |
| MCINTIRE, JAMES L | MEALS | 0806 | 8/4/2006 | 8/2/2006 | 23.00 | Meals at hotel | 10 | 120083 | B | 4000979 | 1508380 | Y\|H\|W/O |
| MCINTIRE, JAMES L | MEALS | 1006 | 10/30/2006 | 10/22/2006 | 57.30 | Room service - dinner (Sunday night) | 10 | | B | 4132264 | 1530604 | Y\|H\|W/O |
| MCINTIRE, JAMES L | MEALS | 1006 | 10/30/2006 | 10/23/2006 | 25.18 | Room service - dinner (Monday night) | 10 | | B | 4132265 | 1530604 | Y\|H\|W/O |
| MCINTIRE, JAMES L | MEALS | 1006 | 10/19/2006 | 10/24/2006 | 50.60 | Dinner | 10 | | B | 4124049 | 1529128 | Y\|H\|W/O |
| MCINTIRE, JAMES L | MEALS | 1006 | 10/30/2006 | 10/25/2006 | 68.48 | Dinner | 10 | | B | 4132266 | 1530604 | Y\|H\|W/O |
| MCINTIRE, JAMES L | MEALS | 1006 | 10/30/2006 | 10/26/2006 | 6.49 | Dinner | 10 | | B | 4132267 | 1530604 | Y\|H\|W/O |
| SOLYST, JAMES | LODGING | 0806 | 8/4/2006 | 8/2/2006 | 283.97 | 7/31-8/1 - Lodging in DC | 10 | 1143575 | B | 4008885 | 1508366 | Y\|H\|W/O |
| SUBTOTAL TASK: 10 | | | | | 11,574.20 | | | | | | | |

Disbursements Total: 11,574.20

NAVIGANT CONSULTING
Expenses reflected on Invoice No. 187879

| Code | Description | Amount |
|---|---|---|
| AIRFARE | Airfare | 1,611.22 |
| FEDEX | Overnight Delivery/Courier | 9.88 |
| GRTRANS | Ground Transportation / Auto Expense | 176.50 |
| MEALS | Meals | 131.87 |
| RESRCH | Research | 254.23 |
| Disbursements Total: | | 2,183.70 |

| Task Code: 10 Vendor Name | Code | Acct Period | Invoice Date | Trans. Date | Amount | Narrative | Task |
|---|---|---|---|---|---|---|---|
| ERTUG, KERIM CAN | AIRFARE | 1106 | 12/1/2006 | 11/27/2006 | 628.60 | Flight to client meeting in NYC. | 10 |
| ERTUG, KERIM CAN | AIRFARE | 1106 | 11/15/2006 | 11/14/2006 | 329.02 | Flying to NYC for a meeting with client. | 10 |
| ERTUG, KERIM CAN | GRTRANS | 1106 | 12/1/2006 | 11/28/2006 | 17.00 | Parking at the national airport in Washington DC. | 10 |
| ERTUG, KERIM CAN | GRTRANS | 1106 | 12/1/2006 | 11/28/2006 | 30.00 | Taxi from Manhattan to airport. | 10 |
| ERTUG, KERIM CAN | GRTRANS | 1106 | 12/1/2006 | 11/28/2006 | 40.00 | Taxi cab from airport to client site. | 10 |
| ERTUG, KERIM CAN | GRTRANS | 1106 | 11/22/2006 | 11/21/2006 | 17.00 | Client meeting in NYC, airport parking in DC. | 10 |
| ERTUG, KERIM CAN | MEALS | 1106 | 11/22/2006 | 11/21/2006 | 85.15 | Lunch with staff in New York | 10 |
| ERTUG, KERIM CAN | MEALS | 1106 | 12/1/2006 | 11/28/2006 | 38.65 | Lunch in New York, one person | 10 |
| ERTUG, KERIM CAN | MEALS | 1106 | 12/1/2006 | 11/28/2006 | 8.07 | Breakfast at the airport. | 10 |
| LYMAN, MARY S | AIRFARE | 1106 | 11/28/2006 | 11/28/2006 | 25.00 | Travel agency fee | 10 |
| LYMAN, MARY S | AIRFARE | 1106 | 11/28/2006 | 11/28/2006 | 628.60 | Round trip airfare to meeting in New York City -- Delta shuttle | 10 |
| FEDERAL EXPRESS | FEDEX | 1106 | 10/24/2006 | 10/17/2005 | 9.88 | From: MICHELLE BRIGHT Navigant Consulting Inc WASHINGTON, DC 20006 To: Archana Mhatre Navigant Consulting RESTON VA 20196 on 10/17/2006 at 1414 Delivery Code: A1 | 10 |
| LYMAN, MARY S | GRTRANS | 1106 | 11/28/2006 | 11/28/2005 | 17.00 | Parking at airport | 10 |
| LEXIS-NEXIS | RESRCH | 1106 | 10/31/2006 | 10/31/2006 | 254.23 | Research          RESEARCH - Vendor:LEXIS-NEXIS | 10 |
| MCINTIRE, JAMES L | GRTRANS | 1106 | 11/21/2006 | 10/26/2006 | 30.50 | Taxi in NY | 10 |
| MHATRE, ARCHANA | GRTRANS | 1106 | 10/30/2006 | 10/25/2006 | 15.00 | Parking Charges in DC for Team Meeting. | 10 |
| MHATRE, ARCHANA | GRTRANS | 1106 | 10/30/2006 | 10/19/2006 | 10.00 | Parking Charges in DC for Team Meeting. | 10 |
| SUBTOTAL TASK: 10 | | | | | 2,183.70 | | |

Disbursements Total: 2,183.70

NAVIGANT CONSULTING
Expenses reflected on Invoice No. 189897

| Code | Description | Amount |
|---|---|---|
| AIRFARE | Airfare | 876.70 |
| GRTRANS | Ground Transportation / Auto Expense | 30.00 |
| LODGING | Lodging | 226.72 |
| MEALS | Meals | 110.55 |
| RESRCH | Research | 750.00 |
| Disbursements Total: | | 1,993.97 |

## Task Code: 10

| Vendor Name | Code | Acct Period | Invoice Date | Trans. Date | Amount | Narrative | Task |
|---|---|---|---|---|---|---|---|
| CLAIMS RESOLUTION MANAGEMENT CORP. | RESRCH | 1206 | 12/7/2006 | 12/7/2006 | 750.00 | Research     RESEARCH - Vendor:CLAIMS RESOLUTION MANAGEMENT CORP. | 10 |
| MCINTIRE, JAMES L | AIRFARE | 1206 | 11/29/2006 | 11/21/2006 | 309.30 | Shuttle DC to NYC | 10 |
| MCINTIRE, JAMES L | AIRFARE | 1206 | 11/29/2006 | 11/19/2006 | 567.40 | Round trip Seattle to DC and NYC to Seattle | 10 |
| MCINTIRE, JAMES L | GRTRANS | 1206 | 11/29/2006 | 11/21/2006 | 15.00 | Cab from hotel to airport | 10 |
| MCINTIRE, JAMES L | GRTRANS | 1206 | 11/29/2006 | 11/19/2006 | 15.00 | Cab from airport to hotel | 10 |
| MCINTIRE, JAMES L | LODGING | 1206 | 11/29/2006 | 11/21/2006 | 226.72 | Two nights at The River Inn in DC @$99.00 plus $14.36 tax | 10 |
| MCINTIRE, JAMES L | MEALS | 1206 | 11/29/2006 | 11/21/2006 | 25.00 | The River Inn - Meals at hotel, one person: 2 @ $12.50 Meals | 10 |
| MCINTIRE, JAMES L | MEALS | 1206 | 11/29/2006 | 11/21/2006 | 73.15 | Lunch, one person | 10 |
| MCINTIRE, JAMES L | MEALS | 1206 | 11/29/2006 | 11/21/2006 | 2.58 | Breakfast, one person | 10 |
| MCINTIRE, JAMES L | MEALS | 1206 | 11/29/2006 | 11/19/2006 | 9.82 | Dinner, one person | 10 |
| SUBTOTAL TASK: 10 | | | | | 1,993.97 | | |

Disbursements Total: 1,993.97