# Exhibit B

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

November 17, 2006

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1218552                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 10/31/2006 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 26.40 | hrs. at | $550.00 | /hr. = | $14,520.00 |
| WS KATCHEN | PARTNER | 10.90 | hrs. at | $615.00 | /hr. = | $6,703.50 |
| MF HAHN | ASSOCIATE | 1.00 | hrs. at | $355.00 | /hr. = | $355.00 |
| DM SPEERS | PARALEGAL | 0.10 | hrs. at | $220.00 | /hr. = | $22.00 |
| BA GRUPPO | PARALEGAL | 2.10 | hrs. at | $215.00 | /hr. = | $451.50 |
| AT ASH | PARALEGAL | 1.80 | hrs. at | $145.00 | /hr. = | $261.00 |
| S LENKIEWICZ | LEGAL ASSISTANT | 1.90 | hrs. at | $125.00 | /hr. = | $237.50 |

$22,550.50

DISBURSEMENTS
DINNER - LOCAL                                      8.05
MESSENGER SERVICE                            299.30
OVERNIGHT MAIL                                   40.67
PRINTING & DUPLICATING                       12.15
TOTAL DISBURSEMENTS                                          $360.17

BALANCE DUE THIS INVOICE                                  $22,910.67

PREVIOUS BALANCE                                             $61,914.58

TOTAL BALANCE DUE                                           $84,825.25

Duane Morris
November 17, 2006
Page 2

File # K0248-00001                                              INVOICE # 1218552
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 10/2/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME | 0.10 | $21.50 |
| 10/3/2006 | 004 | AT ASH | PREPARATION OF CERTIFICATE OF SERVICE RE SECOND SUPPLEMENTAL AFFIDAVIT ON BEHALF OF DM PURSUANT TO RULES 2014(A) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE. | 0.20 | $29.00 |
| 10/3/2006 | 004 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE SECOND SUPPLEMENTAL AFFIDAVIT ON BEHALF OF DM PURSUANT TO RULES 2014(A) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, COORDINATE SERVICE OF SAME. | 0.20 | $29.00 |
| 10/3/2006 | 004 | AT ASH | REVIEW CORRESPONDENCE FROM M. HAHN RE FILING OF SECOND SUPPLEMENTAL AFFIDAVIT. | 0.10 | $14.50 |
| 10/3/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME | 0.10 | $21.50 |
| 10/3/2006 | 004 | MF HAHN | FINALIZE 2014 AFFIDAVIT; CONFERNCE WITH WILMINGTON OFFICE REGARDING FILING AND SERVICE; PREPARE MEMO REGARDING ETHICAL SCREEN; DISTRIBUTE MEMO REGARDING ETHICAL SCREEN TO REORG GROUP AND HEATHCARE GROUP | 1.00 | $355.00 |
| 10/4/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 10/5/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |

Duane Morris
November 17, 2006
Page 3

File # K0248-00001                                              INVOICE #  1218552
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 10/6/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME | 0.10 | $21.50 |
| 10/9/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME | 0.10 | $21.50 |
| 10/10/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME | 0.10 | $21.50 |
| 10/11/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME | 0.10 | $21.50 |
| 10/12/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME | 0.10 | $21.50 |
| 10/13/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME | 0.10 | $21.50 |
| 10/13/2006 | 004 | DM SPEERS | REVIEWING NEW OPINIONS IN DAILY BANKRUPTCY NEWS HEADLINES, DOWNLOAD AND FORWARD US V. WHITE OPINION TO WSKATCHEN | 0.10 | $22.00 |
| 10/16/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME | 0.10 | $21.50 |
| 10/17/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME | 0.10 | $21.50 |
| 10/18/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME | 0.10 | $21.50 |
| 10/19/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME | 0.10 | $21.50 |
| 10/20/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME | 0.10 | $21.50 |

Duane Morris
November 17, 2006
Page 4

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1218552

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/23/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME | 0.10 | $21.50 |
| 10/24/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME | 0.10 | $21.50 |
| 10/26/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME | 0.10 | $21.50 |
| 10/26/2006 | 004 | WS KATCHEN | READ COMMITTEE CORRESPONDENCE REGARDING SCHEDULING | 0.20 | $123.00 |
| 10/27/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME | 0.10 | $21.50 |
| 10/30/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME | 0.10 | $21.50 |
| 10/30/2006 | 004 | WS KATCHEN | UPDATE ESTIMATION | 0.20 | $123.00 |
| 10/31/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME | 0.10 | $21.50 |
| | | | Code Total | 4.10 | $1,147.00 |

Duane Morris
November 17, 2006
Page 5

File # K0248-00001                                    INVOICE #  1218552
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 10/2/2006 | 005 | MR LASTOWSKI | TELEPHONE CALL FROM C. HEHN (DEBTORS' COUNSEL) RE: DISCOVERY STIPULATION | 0.10 | $55.00 |
| 10/2/2006 | 005 | MR LASTOWSKI | REVIEW EXPERT DISCOVERY STIPULATION | 0.20 | $110.00 |
| 10/2/2006 | 005 | MR LASTOWSKI | REVIEW AND SIGN EXPERT DISCOVERY STIPULATION | 0.20 | $110.00 |
| 10/2/2006 | 005 | MR LASTOWSKI | E-MAILS FROM DEBTOR'S COUNSEL RE: EXECUTION OF DISCOVERY STIPULATION | 0.10 | $55.00 |
| 10/3/2006 | 005 | MR LASTOWSKI | REVIEW FUTURES REPRESENTATIVES AMENDED NOTICE OF APPEAL | 0.10 | $55.00 |
| 10/3/2006 | 005 | MR LASTOWSKI | REVIEW DUANE MORRIS SUPPLEMENTAL DISCLOSURE AND RELATED ISSUES | 0.40 | $220.00 |
| 10/4/2006 | 005 | MR LASTOWSKI | REVIEW PERSONAL INJURY COMMITTEE EXPERT REPORTS | 2.70 | $1,485.00 |
| 10/4/2006 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S LETTER RE ESTIMATION OF PERSONAL INJURY LIABILITIES | 0.20 | $110.00 |
| 10/4/2006 | 005 | MR LASTOWSKI | REVIEW DEBTORS' EXPERT REPORTS | 2.30 | $1,265.00 |
| 10/4/2006 | 005 | MR LASTOWSKI | E-MAIL FROM K . PASQUALE RE: ESTIMATION REPORTS | 0.40 | $220.00 |
| 10/5/2006 | 005 | MR LASTOWSKI | REVIEW CERTIFICATION OF AMENDED ORDER RE: ASBESTOS LIABILITIES | 0.30 | $165.00 |
| 10/6/2006 | 005 | MR LASTOWSKI | REVIEW SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS AND RESPONSES THERETO | 0.30 | $165.00 |
| 10/10/2006 | 005 | MR LASTOWSKI | REVIEW FUTURE CLAIMS REPRESENTATIVES DESIGNATION OF ITEMS FOR INCLUSION IN RECORD ON APPEAL | 1.30 | $715.00 |
| 10/11/2006 | 005 | MR LASTOWSKI | REVIEW ORDER RE MOTION TO COMPEL RESPONSES TO DEBTOR'S PERSONAL INJURY QUESTIONNAIRE | 0.10 | $55.00 |
| 10/13/2006 | 005 | MR LASTOWSKI | REVIEW AMENDED SCHEDULING ORDER RE: ASBESTOS PROPERTY DAMAGE CLAIMS | 0.10 | $55.00 |
| 10/13/2006 | 005 | MR LASTOWSKI | REVIEW BRIEFING RE: DEBTOR'S MOTION FOR A PROTECTIVE ORDER IN CONNECTION WITH ANDERSON MEMORIAL HOSPITAL'S RULE 30(B)(6) DEPOSITION NOTICE | 0.50 | $275.00 |
| 10/19/2006 | 005 | MR LASTOWSKI | REVIEW DISCOVERY TO DEBTOR RE: ESTIMATION ISSUES | 0.30 | $165.00 |
| 10/24/2006 | 005 | MR LASTOWSKI | REVIEW CLAIM EXPUNGEMENT ORDERS | 0.20 | $110.00 |
| 10/25/2006 | 005 | MR LASTOWSKI | REVIEW ADDITIONAL EXPERT REPORTS | 2.80 | $1,540.00 |

Duane Morris
November 17, 2006
Page 6

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1218552

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 10/31/2006 | 005 | MR LASTOWSKI | REVIEW ASBESTOS DISCOVERY DISPUTES | 1.50 | $825.00 |
| | | | Code Total | 14.10 | $7,755.00 |

File # K0248-00001

W.R. GRACE & CO.

INVOICE # 1218552

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 10/3/2006 | 009 | MR LASTOWSKI | REVIEW SUPPLEMENTAL DUANE MORRIS RETENTION AFFIDAVIT | 0.20 | $110.00 |
| | | | Code Total | 0.20 | $110.00 |

November 17, 2006
Page 8

File # K0248-00001
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 10/2/2006 | 010 | MR LASTOWSKI | SIGN NOTICE OF STROOCK AUGUST 2006 FEE APPLICATION | 0.10 | $55.00 |
| | | | Code Total | 0.10 | $55.00 |

File # K0248-00001                                          INVOICE #  1218552
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 10/5/2006 | 012 | S LENKIEWICZ | PREPARE DUANE MORRIS LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD AUGUST 1, 2006 THROUGH AUGUST 31, 2006 | 0.50 | $62.50 |
| 10/5/2006 | 012 | S LENKIEWICZ | PREPARE DUANE MORRIS LLP MONTHLY FEE APPLICATION FOR PERIOD SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006 | 0.50 | $62.50 |
| 10/6/2006 | 012 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS 56TH MONTHLY FEE APPLICATION | 0.30 | $165.00 |
| 10/6/2006 | 012 | S LENKIEWICZ | FINALIZE, E-FILE AND SERVICE DUANE MORRIS LLP'S FIFTY-SIXTH MONTHLY FEE APPLICATION FOR THE PERIOD AUGUST 1, 2006 THROUGH AUGUST 31, 2006 | 0.30 | $37.50 |
| 10/24/2006 | 012 | AT ASH | CONFERENCE WITH S. LENKIEWICZ REGARDING UPCOMING FILED OF FIFTY-SEVENTH MONTHLY APPLICATION OF DUANE MORRIS. | 0.20 | $29.00 |
| 10/30/2006 | 012 | AT ASH | COORDINATE SERVICE OF SEPTEMBER MONTHLY FEE APPLICATION OF DUANE MORRIS AND ALL NOTICE PARTIES. | 0.20 | $29.00 |
| 10/30/2006 | 012 | AT ASH | DRAFT CERTIFICATION OF NO OBJECTION RE DUANE MORRIS AUGUST FEE APPLICATION. | 0.20 | $29.00 |
| 10/30/2006 | 012 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF NO OBJECTION RE DUANE MORRIS AUGUST FEE APPLICATION. | 0.10 | $14.50 |
| 10/30/2006 | 012 | AT ASH | FINALIZE SEPTEMBER MONTHLY FEE APPLICATION OF DUANE MORRIS. | 0.40 | $58.00 |
| 10/30/2006 | 012 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE SEPTEMBER MONTHLY FEE APPLICATION OF DUANE MORRIS. | 0.20 | $29.00 |
| 10/30/2006 | 012 | MR LASTOWSKI | REVIEW SEPTEMBER FEE APPLICATION | 0.40 | $220.00 |
| | | | Code Total | 3.30 | $736.00 |

Duane Morris
November 17, 2006
Page 10

File # K0248-00001                                          INVOICE # 1218552
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 10/2/2006 | 013 | S LENKIEWICZ | FINALIZE AND E-FILE STROOCK & STROOCK & LAVAN LLP'S MONTHLY FEE APPLICATION FOR PERIOD AUGUST 1, 2006 THROUGH AUGUST 31, 2006 | 0.30 | $37.50 |
| 10/10/2006 | 013 | S LENKIEWICZ | RECEIPT OF CAPSTONE'S MONTHLY FEE APPLICATION FOR THE PERIOD AUGUST, 2006; FINALIZE AND E-FILE SAME | 0.30 | $37.50 |
| 10/12/2006 | 013 | MR LASTOWSKI | SIGN CERTIFICATION OF COUNSEL RE: NAVIGANT 17TH QUARTERLY FEE APPLICATION | 0.10 | $55.00 |
| | | | Code Total | 0.70 | $130.00 |

Duane Morris
November 17, 2006
Page 11

File # K0248-00001                                    INVOICE # 1218552
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 10/16/2006 | 015 | MR LASTOWSKI | REVIEW AGENDA FOR 10J/23/06 OMNIBUS HEARING AND ITEMS IDENTIFIED THEREON | 3.10 | $1,705.00 |
| 10/20/2006 | 015 | MR LASTOWSKI | REVIEW COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON FUTURE REPRESENTATIVES APPEAL | 0.70 | $385.00 |
| 10/22/2006 | 015 | MR LASTOWSKI | PREPARE FOR 10/23/06 OMNIBUS HEARING | 1.90 | $1,045.00 |
| 10/23/2006 | 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND 10/23/06 OMNIBUS HEARING | 4.50 | $2,475.00 |
| 10/23/2006 | 015 | MR LASTOWSKI | REVIEW SALE NOTICES | 0.20 | $110.00 |
| 10/23/2006 | 015 | MR LASTOWSKI | E-MAIL TO AND FROM K. PASQUALE RE: OMNIBUS HEARING | 0.10 | $55.00 |
| | | | Code Total | 10.50 | $5,775.00 |

Duane Morris
November 17, 2006
Page 12

File # K0248-00001                                    INVOICE #  1218552
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 10/2/2006 | 017 | MR LASTOWSKI | REVIEW FUTURE REPRESENTATIVES NOTICE OF APPEAL | 0.20 | $110.00 |
| 10/3/2006 | 017 | MR LASTOWSKI | REVIEW ORDER EXTENDING EXCLUSIVITY | 0.10 | $55.00 |
| | | | Code Total | 0.30 | $165.00 |

Duane Morris
November 17, 2006
Page 13

File # K0248-00001                                        INVOICE #  1218552
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 10/11/2006 | 018 | MR LASTOWSKI | REVIEW ORDER GRANTING ANDERSON HOSPITAL LIMITED RELIEF FROM THE AUTOMATIC STAY | 0.10 | $55.00 |
| | | | Code Total | 0.10 | $55.00 |

File # K0248-00001                                                              INVOICE #  1218552
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/3/2006 | 025 | WS KATCHEN | REVIEW COMMITTEE MEMO REGARDING TAX SETTLEMENT (IRS); REVIEW FUTURE REPS ACC AND PD COMMITTEE APPEAL. | 0.40 | $246.00 |
| 10/3/2006 | 025 | WS KATCHEN | REVIEW COMMITTEE EMAIL REGARDING STATUS. | 0.10 | $61.50 |
| 10/4/2006 | 025 | WS KATCHEN | REVIEW STIPULATION REGARDING EXTENT DISCOVERY. | 0.10 | $61.50 |
| 10/5/2006 | 025 | WS KATCHEN | REVIEW CERTIFICATION REGARDING §1121(D) ORDER CONFLICT. | 0.10 | $61.50 |
| 10/9/2006 | 025 | WS KATCHEN | RESEARCH PLAN ISSUE. | 0.90 | $553.50 |
| 10/9/2006 | 025 | WS KATCHEN | REVIEW STROOCK EMAIL REGARDING PLAN ISSUE. | 0.20 | $123.00 |
| 10/10/2006 | 025 | WS KATCHEN | REVIEW NOTICE (1) REGARDING EXPERT REPORTS; (2) 30(B)(6) DEPOSITION BY FUTURES REP. AND ACC; (3) CERTIFICATION OF COUNSEL; AND (4) NOTICE REGARDING SCHEDULING. | 0.40 | $246.00 |
| 10/12/2006 | 025 | WS KATCHEN | ATTENTION TO SUPREME COURT DENIAL CERTIORARI, CONFERENCE COMMITTEE MEMBER | 0.60 | $369.00 |
| 10/13/2006 | 025 | WS KATCHEN | WORK ON PLAN ISSUES; TELEPHONE CONVERSATION WITH K. PASQUALE; PREP MEETING WITH L. KRUGER. | 3.40 | $2,091.00 |
| 10/16/2006 | 025 | WS KATCHEN | REVIEW ORDER ON DEBTOR'S MOTION TO COMPEL; TELEPHONE INQUIRY WITH CREDITOR. | 0.30 | $184.50 |
| 10/17/2006 | 025 | WS KATCHEN | REVIEW AGENDA 10/23 CALENDAR; TELEPHONE CONVERSATION WITH K. PASQUALE. | 2.00 | $1,230.00 |
| 10/18/2006 | 025 | WS KATCHEN | CONFERENCE WITH L. KRUGER OF STROOCK REGARDING PLAN; REVIEW STROOCK EMAIL; REVIEW COMMITTEE REPLY. | 0.80 | $492.00 |
| 10/19/2006 | 025 | WS KATCHEN | REVIEW COMMITTEE EMAILS; REVIEW DEBTOR'S MOTION REPLY REGARDING PROTECTIVE ORDER. | 0.50 | $307.50 |
| 10/24/2006 | 025 | WS KATCHEN | REVIEW COUNTY DESIGNATION RECORD ON APPEAL §1121(D). | 0.20 | $123.00 |
| 10/24/2006 | 025 | WS KATCHEN | REVIEW ORDER - BARRING PD CLAIMS BY PRUDENTIAL. | 0.10 | $61.50 |
| 10/24/2006 | 025 | WS KATCHEN | REVIEW (I) CERT. OF COUNSEL REGARDING STIPULATION, DEBTORS SPEIGHTS AND RUNYAN; (II) CERT. DENYING MOTION TO AMEND CMO; REVIEW 21ST QUARTERLY REPORT OF SETTLEMENTS AND REPORT OF ASSET SALES. | 0.40 | $246.00 |
| | | | Code Total | 10.50 | $6,457.50 |

Duane Morris
November 17, 2006
Page 15

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1218552

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 10/2/2006 | 027 | MR LASTOWSKI | REVIEW AUGUST MONTHLY OPERATING REPORT | 0.30 | $165.00 |
| | | | Code Total | 0.30 | $165.00 |

Duane Morris
November 17, 2006
Page 16

File # K0248-00001                                         INVOICE #  1218552
    W.R. GRACE & CO.

                              TOTAL SERVICES           44.20    $22,550.50

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1218552

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 10/31/2006 | DINNER - LOCAL | | 8.05 |
| | | Total: | $8.05 |
| 10/6/2006 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798515099560) | | 19.55 |
| 10/6/2006 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SIEGEL AT W.R. GRACE - COLUMBIA, MD FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790088103361) | | 6.79 |
| 10/30/2006 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAYESQUIRE AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM RICHARD RILEY AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798531773418) | | 8.49 |
| 10/30/2006 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B.SIEGELESQUIRE AT SENIOR VP AND GENERAL COUNSEL - COLUMBIA, MD FROM RICHARD RILEY AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798531768544) | | 5.84 |
| | | Total: | $40.67 |
| 10/31/2006 | MESSENGER SERVICE | | 299.30 |
| | | Total: | $299.30 |
| 10/31/2006 | PRINTING & DUPLICATING | | 12.15 |
| | | Total: | $12.15 |
| | TOTAL DISBURSEMENTS | | $360.17 |