# Exhibit C

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

December 7, 2006

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1222679                        IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 11/30/2006 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 47.20 | hrs. at | $550.00 | /hr. = | $25,960.00 |
| RW RILEY | PARTNER | 1.00 | hrs. at | $440.00 | /hr. = | $440.00 |
| WS KATCHEN | PARTNER | 39.20 | hrs. at | $615.00 | /hr. = | $24,108.00 |
| MF HAHN | ASSOCIATE | 3.70 | hrs. at | $355.00 | /hr. = | $1,313.50 |
| BA GRUPPO | PARALEGAL | 2.40 | hrs. at | $215.00 | /hr. = | $516.00 |
| AT ASH | PARALEGAL | 1.20 | hrs. at | $145.00 | /hr. = | $174.00 |
| C CLARK | PARALEGAL | 1.20 | hrs. at | $170.00 | /hr. = | $204.00 |
| | | | | | | $52,715.50 |

DISBURSEMENTS
DINNER - LOCAL                                    23.59
PRINTING & DUPLICATING                            71.25
PRINTING & DUPLICATING - EXTERNAL               367.44
TOTAL DISBURSEMENTS                                           $462.28

                    TOTAL FEES AND DISBURSEMENTS        $53,177.78
                    LESS PREVIOUS CREDITS RECEIVED       -$4,232.50
                    NET AMOUNT                           $48,945.28

PREVIOUS BALANCE                                           $89,479.33

TOTAL BALANCE DUE                                         $138,424.61

Duane Morris
December 7, 2006
Page 2

File # K0248-00001
     W.R. GRACE & CO.

INVOICE # 1222679

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 11/28/2006 | 003 | MR LASTOWSKI | REVIEW SEPTEMBER MONTHLY OPERATING REPORT | 0.30 | $165.00 |
| | | | Code Total | 0.30 | $165.00 |

Duane Morris
December 7, 2006
Page 3

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1222679

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 11/1/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 11/3/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 11/6/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 11/7/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 11/8/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 11/14/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 1.00 | $215.00 |

Duane Morris
December 7, 2006
Page 4

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1222679

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 11/16/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 11/17/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 11/20/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 11/21/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 11/22/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 11/27/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |

Duane Morris
December 7, 2006
Page 5

File # K0248-00001                                   INVOICE # 1222679
       W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 11/28/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 11/29/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 11/29/2006 | 004 | MF HAHN | REVIEW MEMO TO COMMITTEE REGARDING AIG AND ZURICH PROPOSED SETTLEMENTS | 0.50 | $177.50 |
| 11/30/2006 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $21.50 |
| 11/30/2006 | 004 | MF HAHN | REVIEW SETTLEMENT MOTIONS; CONFERENCE WITH C. CLARK REGARDING MONITORING DOCKET AND NECESSARY PLEADINGS | 0.30 | $106.50 |
| | | | Code Total | 3.20 | $800.00 |

Duane Morris
December 7, 2006
Page 6

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1222679

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 11/13/2006 | 005 | MF HAHN | REVIEW PLAINTIFF'S MOTION TO EXTEND TIME TO FILE QUESTIONAIRES AND PRUDENTIAL STATEMENT OF ISSUES ON APPEAL | 0.40 | $142.00 |
| 11/14/2006 | 005 | MF HAHN | RESEARCH ESTIMATION ISSUES; REVIEW USG OPINION | 0.60 | $213.00 |
| 11/14/2006 | 005 | MR LASTOWSKI | REVIEW NINETEENTH OBJECTION TO CLAIMS | 0.50 | $275.00 |
| 11/14/2006 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S REBUTALL REPORTS REBUTTING WILLIAM LONGO AND LONGO DUST STUDIES | 1.30 | $715.00 |
| 11/17/2006 | 005 | MF HAHN | REVIEW EXPERT REPORT REGARDING PROPERTY DAMAGE CLAIMS | 0.90 | $319.50 |
| 11/20/2006 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S NOTICE OF FAILURE TO REACH PROTOCOLS RE: CHEST X-RAYS | 2.70 | $1,485.00 |
| 11/27/2006 | 005 | MF HAHN | RESEARCH PETERSON OPINIONS | 1.00 | $355.00 |
| 11/27/2006 | 005 | MR LASTOWSKI | REVIEW QUESTIONNAIRE DISPUTES | 1.20 | $660.00 |
| 11/27/2006 | 005 | MR LASTOWSKI | REVIEW OBJECTIONS OF MORRIS, SAKALARIOS & BLACKWELL TO DEBTOR'S MOTION TO COMPEL ANSWERS TO PERSONAL INJURY QUESTIONNIARES | 0.80 | $440.00 |
| 11/27/2006 | 005 | MR LASTOWSKI | REVIEW OBJECTIONS OF MOODY FOSTER AND SEARS L TO DEBTOR'S MOTION TO COMPEL ANSWERS TO PERSONAL INJURY QUESTIONNIARES | 0.90 | $495.00 |
| 11/28/2006 | 005 | MR LASTOWSKI | REVIEW OBJECTION OF MOODY ET AL. TO DEBTOR'S MOTION TO COMPEL ANSWERS TO ASBESTOS PERSONAL INJURY QUESTIONNAIRES | 0.80 | $440.00 |
| 11/28/2006 | 005 | MR LASTOWSKI | REVIEW OBJECTION OF JACOBS AND CRUMPLAR TO DEBTOR'S MOTION TO COMPEL ANSWERS TO ASBESTOS PERSONAL INJURY QUESTIONNAIRES | 0.30 | $165.00 |
| 11/28/2006 | 005 | MR LASTOWSKI | REVIEW PERSONAL INJURY COMMITTEE'S BRIEF RE: QUESTIONNAIRE | 0.20 | $110.00 |
| 11/28/2006 | 005 | MR LASTOWSKI | REVIEW OBJECTIONS TO DEBTOR'S NOTICE THAT CERTAIN SETTLED CLAIMS ARE BEING CONTESTED | 1.30 | $715.00 |
| 11/28/2006 | 005 | MR LASTOWSKI | ERVIEW MOTIONS RE: X-RAY PROTOCOLS | 1.30 | $715.00 |
| 11/28/2006 | 005 | MR LASTOWSKI | REVIEW REBUTTAL REPORTS | 1.40 | $770.00 |
| | | | Code Total | 15.60 | $8,014.50 |

Duane Morris
December 7, 2006
Page 7

File # K0248-00001                                    INVOICE #  1222679
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 11/6/2006 | 006 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR A PROTECTIVE ORDER (ANDERSON MEMORIAL HOSPITAL) | 0.90 | $495.00 |
| 11/7/2006 | 006 | MR LASTOWSKI | REVIEW MEMORANDA IN SUPPORT OF MOTIONS TO COMPEL PRODUCTION OF DOCUMENTS | 1.20 | $660.00 |
| 11/9/2006 | 006 | MR LASTOWSKI | REVIEW DEBTOR'S MEMORANDA RE MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND REVIEW OF RELATED MOTION TO COMPEL | 1.70 | $935.00 |
| 11/10/2006 | 006 | MR LASTOWSKI | REVIEW DEBTOR'S MEMORANDA RE MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND REVIEW OF RELATED MOTIONS TO COMPEL | 1.20 | $660.00 |
| 11/10/2006 | 006 | MR LASTOWSKI | REVIEW DEBTOR'S MEMORANDUM RE: BACKGROUND OF THE APPROVAL PROCESS FOR THE ASBESTOS QUESTIONNAIRE AND PREVIOUS OBJECTIONS ADDRESSED BY THE COURT | 1.20 | $660.00 |
| 11/13/2006 | 006 | MR LASTOWSKI | REVIEW ANDERSWON MEMORIAL HOSPITAL'S RESPONSE TO MOTION FOR A PROTECTIVE ORDER | 0.90 | $495.00 |
| 11/14/2006 | 006 | MR LASTOWSKI | REVIEW MOTION TO EXPUNGE CLAIMS PAID POST PETITION | 0.50 | $275.00 |
| 11/20/2006 | 006 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR AN ORDER DISALLOWING CERTAIN CLAIMS OF PRUDENTIAL INSURANCE COMPANY OF AMERICA | 0.80 | $440.00 |
| 11/20/2006 | 006 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR AN ORDER DISALLOWING CERTAIN CLAIMS OF STATE OF NEW YORK | 0.80 | $440.00 |
| 11/21/2006 | 006 | MR LASTOWSKI | REVIEW DEBTOR'S MOTIONS TO COMPEL ANSWERS TO PERSONAL INJURY QUESTIONNAIRES | 2.30 | $1,265.00 |
| 11/22/2006 | 006 | MR LASTOWSKI | REVIEW DEBTOR'S MOTIONS TO COMPEL ANSWERS TO PERSONAL INJURY QUESTIONNAIRES | 2.60 | $1,430.00 |
| 11/22/2006 | 006 | MR LASTOWSKI | ERVIEW DESIGNATIONS OF FACT AND EXPERT WITNESSES | 1.60 | $880.00 |
| 11/28/2006 | 006 | MR LASTOWSKI | REVIEW PRUDENTIAL APPELLATE PAPESR | 0.30 | $165.00 |
| | | | Code Total | 16.00 | $8,800.00 |

File # K0248-00001                                          INVOICE #  1222679
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 11/14/2006 | 010 | MR LASTOWSKI | REVIEW LLOYD'S SETTLEMENT | 0.90 | $495.00 |
| | | | Code Total | 0.90 | $495.00 |

Duane Morris
December 7, 2006
Page 9

File # K0248-00001                                    INVOICE # 1222679
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 11/30/2006 | 012 | RW RILEY | REVIEWING AND COORDINATING FILING OF TWENTY SECOND QUARTERLY APPLICATION FOR DUANE MORRIS AND FIFTY-EIGHTH | 0.80 | $352.00 |
| | | | Code Total | 0.80 | $352.00 |

Duane Morris
December 7, 2006
Page 10

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1222679

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 11/2/2006 | 013 | AT ASH | DRAFT CERTIFICATION OF NO OBJECTION RE STROOCK 65TH (AUGUST) MONTHLY APPLICATION. | 0.20 | $29.00 |
| 11/2/2006 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF NO OBJECTION RE STROOCK 65TH (AUGUST) MONTHLY APPLICATION. | 0.10 | $14.50 |
| 11/2/2006 | 013 | AT ASH | DRAFT CERTIFICATION OF NO OBJECTION RE CAPSTONE 31ST (AUGUST) MONTHLY APPLICATION. | 0.20 | $29.00 |
| 11/2/2006 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF NO OBJECTION RE CAPSTONE 31ST (AUGUST) MONTHLY APPLICATION. | 0.10 | $14.50 |
| 11/2/2006 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE 66TH MONTHLY APPLICATION OF STROOCK & STROOCK & LAVAN. | 0.40 | $58.00 |
| 11/7/2006 | 013 | AT ASH | REVIEW DOCKET TO DETERMINE IF NAVIGANT BILL WAS ATTACHED TO STROOCK APRIL MONTHLY APPLICATION. | 0.20 | $29.00 |
| 11/30/2006 | 013 | RW RILEY | REVIEWING AND COORDINATING FILING OF CAPSTONE'S TWENTY FIRST QUARTERLY | 0.20 | $88.00 |
| | | | Code Total | 1.40 | $262.00 |

Duane Morris
December 7, 2006
Page 11

File # K0248-00001                                        INVOICE # 1222679
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 11/14/2006 | 015 | MR LASTOWSKI | REVIEW AGENDA FOR 11/20/06 HEARING AND ITEMS DESIGNATED THEREON | 3.20 | $1,760.00 |
| 11/19/2006 | 015 | MR LASTOWSKI | PREPARE FOR OMNIBUS HEARING | 2.30 | $1,265.00 |
| 11/20/2006 | 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND OMNIBUS HEARING | 4.10 | $2,255.00 |
| 11/22/2006 | 015 | MR LASTOWSKI | ERVIEW MOTION TO RESTATE CLAIM OF ROBERT LOCKE | 0.20 | $110.00 |
| 11/24/2006 | 015 | MR LASTOWSKI | REVIEW AGENDA ITEMS FOR 11/27/06 HEARING | 2.30 | $1,265.00 |
| 11/27/2006 | 015 | MR LASTOWSKI | REVIEW AGENDA ITEMS FOR HEARING | 3.30 | $1,815.00 |
| 11/29/2006 | 015 | MR LASTOWSKI | REVIEW ITEMS IDENTIFIED ON DECEMBER 5 AGENDA | 1.90 | $1,045.00 |
| | | | Code Total | 17.30 | $9,515.00 |

Duane Morris
December 7, 2006
Page 12

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1222679

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 11/30/2006 | 016 | C CLARK | MONITOR DOCKET FOR ACTIVITY AND RETRIEVE RECENT DOCUMENTS FILED, INCLUDING MOTIONS BY ZURICH AND AIG | 0.50 | $85.00 |
| | | | Code Total | 0.50 | $85.00 |

Duane Morris
December 7, 2006
Page 13

File # K0248-00001                                    INVOICE # 1222679
       W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 11/8/2006 | 025 | WS KATCHEN | REVIEW COMMITTEE EMAIL; TELEPHONE CONVERSATION WITH COMMITTEE MEMBER REGARDING CASE STRATEGY. | 0.30 | $184.50 |
| 11/9/2006 | 025 | WS KATCHEN | REVIEW DEBTOR'S CERTIFICATION OF COUNSEL REGARDING QUESTIONNAIRE TO ORDER SCHEDULING MOTION - CONTRIBUTION INDEMNIFICATION. | 2.00 | $1,230.00 |
| 11/10/2006 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION FOR PROTECTIVE ORDER - ANDERSON MEMORIAL. | 0.20 | $123.00 |
| 11/10/2006 | 025 | WS KATCHEN | PREPARE FOR 11/21 CONFERENCE REGARDING COMMITTEE/ESTIMATION AND PLAN OF REORGANIZATION ISSUES. | 1.90 | $1,168.50 |
| 11/10/2006 | 025 | WS KATCHEN | REVIEW STROOCK RESPONSE ON NAVIGANT; TELEPHONE CONVERSATION WITH COMMITTEE MEMBER REGARDING CASE STATUS. | 0.20 | $123.00 |
| 11/13/2006 | 025 | WS KATCHEN | ADDITIONAL RESEARCH ESTIMATION ISSUES @ 1/2. | 1.60 | $984.00 |
| 11/14/2006 | 025 | WS KATCHEN | ADDITIONAL RESEARCH ESTIMATION AND PLAN ISSUES @ 1/2. | 1.00 | $615.00 |
| 11/14/2006 | 025 | WS KATCHEN | REVIEW MOTION BY ACC FOR ORDER TO PLACE DOCUMENTS UNDER SEAL; FUTURE REP'S MOTION FOR SAME RELIEF AS ACC DEBTOR'S MOTIONS TO COMPEL RESPONSES; REVIEW CASE AGENDA; REVIEW 290 BR 223. | 1.20 | $738.00 |
| 11/15/2006 | 025 | WS KATCHEN | WORK ON ESTIMATION ISSUES. @ 1/2. | 0.90 | $553.50 |
| 11/17/2006 | 025 | WS KATCHEN | REVIEW PREPARATION TO RETAIN SPECIAL COUNSEL OGILVY RENAULT; (GRACE CANADA) CLASS ACTION MATTERS; REVIEW DEBTOR'S MOTION REGARDING CLAIMS. | 0.40 | $246.00 |
| 11/17/2006 | 025 | WS KATCHEN | REVIEW CERTIFICATION REGARDING LLOYD'S SETTLEMENT. | 0.20 | $123.00 |
| 11/17/2006 | 025 | WS KATCHEN | REVIEW STROOCK MEMO REGARDING LLOYDS SETTLEMENT; REVIEW REVIEW REVISED LLOYDS SETTLEMENT AGREEMENT. | 0.50 | $307.50 |
| 11/18/2006 | 025 | WS KATCHEN | ANALYSIS DEBTOR'S MOTION; (I) V. BARON V. BUDD ET AL; (II) FRCP 26(B)(4)(B); (III) ESTIMATION ISSUES - PREP COMMITTEE MEETING @ STROOCK. | 3.70 | $2,275.50 |

Duane Morris
December 7, 2006
Page 14

File # K0248-00001                                    INVOICE # 1222679
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 11/20/2006 | 025 | WS KATCHEN | REVIEW DEBTOR'S PLEADINGS/REQUEST FOR PROTOCOL ORIGINAL CLIENT X-RAYS/SUPPORTING EXHIBITS; PREP COMMITTEE MEETING REGARDING CLAIMS ESTIMATION. | 4.40 | $2,706.00 |
| 11/21/2006 | 025 | WS KATCHEN | CONFERENCE AT STOOCK, TRAVEL AT 1/2 | 7.00 | $4,305.00 |
| 11/22/2006 | 025 | C CLARK | RETRIEVE RELEVANT CASE LAW AND COURT FILINGS FOR W. KATCHEN | 0.70 | $119.00 |
| 11/22/2006 | 025 | WS KATCHEN | REVIEW MOTION TO EXCLUDE, EXPERT REPORT AND TESTIMONY; MA PETERSON IN OTHER CHAPTER 11 CASE. | 1.60 | $984.00 |
| 11/22/2006 | 025 | WS KATCHEN | EMAIL STROOCK; 2 PH COMMITTEE MEMBER. | 0.90 | $553.50 |
| 11/24/2006 | 025 | WS KATCHEN | WORK ON ESTIMATION ISSUE | 3.40 | $2,091.00 |
| 11/24/2006 | 025 | WS KATCHEN | EMAIL M. HAHN REGARDING RESEARCH MEMO FOR COMMITTEE PROJECT; ADDITIONAL WORK ON ABOVE. | 1.60 | $984.00 |
| 11/24/2006 | 025 | WS KATCHEN | EMAILS TO M. HAHN AND K. PASQUALE. | 0.30 | $184.50 |
| 11/25/2006 | 025 | WS KATCHEN | ADDITIONAL WORK ON CLAIMS ESTIMATION/PLAN ISSUE. | 2.80 | $1,722.00 |
| 11/28/2006 | 025 | WS KATCHEN | ATTENTION TO ESTIMATION ISSUE. | 2.50 | $1,537.50 |
| 11/30/2006 | 025 | WS KATCHEN | REVIEW OPPOSITION BY E. THORNTON AND NEUMANN TO DEBTOR'S MOTION. | 0.20 | $123.00 |
| 11/30/2006 | 025 | WS KATCHEN | REVIEW COMMITTEE MEMO FROM STROOCK ON AIG/ZURICH SETTLEMENT; REVIEW NEGATIVE NOTICES REGARDING ABOVE. | 0.40 | $246.00 |
| | | | Code Total | 39.90 | $24,227.00 |

Duane Morris
December 7, 2006
Page 15

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1222679

| | | |
|---|---|---|
| TOTAL SERVICES | 95.90 | $52,715.50 |

Duane Morris
December 7, 2006
Page 16

File # K0248-00001                                      INVOICE #  1222679
     W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|--|--------|
| 11/30/2006 | PRINTING & DUPLICATING - EXTERNAL | | 367.44 |
| | | Total: | $367.44 |
| 11/30/2006 | DINNER - LOCAL | | 23.59 |
| | | Total: | $23.59 |
| 11/30/2006 | PRINTING & DUPLICATING | | 12.90 |
| 11/30/2006 | PRINTING & DUPLICATING | | 58.35 |
| | | Total: | $71.25 |
| | TOTAL DISBURSEMENTS | | $462.28 |