IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 13406 |

## AMENDED NOTICE OF INTENTION TO TAKE
## THE DEPOSITION OF DR. DONALD PINCHIN

To: ASBESTOS PROPERTY DAMAGE CLAIMANTS AND THEIR ATTORNEYS:

PLEASE TAKE NOTICE that the Debtors will take the deposition upon oral examination of Dr. Donald Pinchin, before a person authorized to administer oaths, at the offices of Ogilvy Renault LLP, Suite 3800, 200 Bay Street, Toronto, Ontario M5J274 on Wednesday, March 14, 2007 commencing at 9:00 AM and continuing from day to day until complete. Said deposition is to be reported by an official Court Reporter, or before some other person authorized by law to administer oaths, and may be used at trials and/or hearings in this case.

The witness is requested to bring with him and produce any and all documents, writings, data and any other information as referred to in the attached list, Exhibit A.

Counsel is hereby invited to appear and take such part in the examination as may be proper.

PGHLIB-1989165.4-SAAMENT DOCS_DE:125549.1

| | |
|---|---|
| Dated: March __/__, 2007 | KIRKLAND & ELLIS LLP<br><br>David M. Bernick, P.C.<br>Janet S. Baer<br>Lisa G. Esayian<br>200 East Randolph Drive<br>Chicago, IL 60601<br>(312) 861-2000<br><br>and<br><br>PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP<br><br>_/s/ James E. O'Neill_<br>Laura Davis Jones (Bar No. 2436)<br>James E. O'Neill (Bar No. 4042)<br>919 North Market Street, 17th Floor<br>P. O. Box 8705<br>Wilmington, DE 19899-8705<br>(302) 652-4100<br><br>Co-Counsel for the Debtors and Debtors in Possession |