IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.,* | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Re: Docket No. 14065 |

## CERTIFICATION OF COUNSEL REGARDING ORDER DISALLOWING AND EXPUNGING CLAIM OF ANTON F. VOLOVSEK

The undersigned counsel for W.R. Grace & Co., et al. (the "Debtors") hereby certifies that:

1. On February 26, 2007, the Court held an omnibus hearing (the "Hearing") in these cases wherein the Court considered, among other things, the *Debtors' Objection to Claim of Anton F. Volovsek [Docket No. 14065]*, and the objections and responses thereto.

2. Attached hereto as Exhibit 1 is a proposed *Order Disallowing and Expunging Claim of Anton F. Volovsek* (the "Order") that reflects the rulings of this matter as provided at the Hearing.

DOCS_DE:125561.1

3. Accordingly, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience.

Dated: March ___, 2007

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Lisa G. Esayian
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

And

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession