# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 14065, 14531, 14534, 14536, 14537, 14643 |
| | ) | 2/26/07 Agenda Item No. 10 |

## ORDER DISALLOWING AND EXPUNGING CLAIM OF ANTON F. VOLOVSEK

Upon the *Debtors' Objection to Claim of Anton F. Volovsek* [Docket No. 14065] and *Debtors' Reply in Support of Objection to Claim of Anton F. Volovsek* [Docket No. 14643] (collectively, the "Objection") seeking entry of an order disallowing and expunging claim numbered 714 (the "Claim"); and no previous application having been made, and upon consideration of the matters set forth herein; and due and proper notice of the Objection having been given, it is hereby

ORDERED that, the Objection to the Claim is sustained, and the Claim is expunged and disallowed for all purposes; and it is further

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

K&E 11658496.1

ORDERED that, the Liens (attached hereto as Exhibits 1 and 2) are null and void; and it is further

ORDERED that, the Auditor of Klickitat County and the Secretary of State of Washington are directed to release and remove the Liens; and it is further

ORDERED that, the Debtors are hereby authorized and directed to execute and file such statements, instruments, releases and other documents on behalf of Volovsek with respect to the Liens so as to ensure that the Liens are released and removed; and it is further

ORDERED that, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, made applicable in the contested matter by Rule 7054 and 9014 of the Federal Rules of Bankruptcy Procedure, the Court hereby directs entry of a final judgment with respect to the Claim, having determined that there is no just reason for delay in the entry of judgment on these matters; and it is further

ORDERED that, if within 10 days of entry of this Order, Volovsek files with this Court an affidavit of a treating physician stating that on Monday, February 26, 2007, Volovsek was in need of medical treatment, including a statement of the nature of the treatment, which would explain Volovsek's absence from the hearing on the Objection (the "Medical Affidavit"), this Order shall be vacated and the hearing on the Objection will be rescheduled to April 2, 2007 at 2:00 p.m.; and it is further

ORDERED that, this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: _____, 2007

                                                        Honorable Judith K. Fitzgerald
                                                        United States Bankruptcy Judge