# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |
| | : | Objection Deadline: March 21, 2007 |
| | : | Hearing Date: TBD, if necessary |

### FEE DETAIL FOR DAY PITNEY LLP'S
### SIXTY-EIGHTH INTERIM FEE APPLICATION FOR THE PERIOD
### FROM JANUARY 1, 2007 THROUGH JANUARY 31, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## EXHIBIT A

## FEES FOR THE FEE PERIOD JANUARY 1, 2007 THROUGH JANUARY 31, 2007[2]

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| Date | Description | Timekeeper | Hours | Fee |
|---|---|---|---|---|
| 01/03/07 18 | Receipt and review of CNO for October 2006 and forward same. | K. Piper | 0.2 | 62.00 |
| 01/24/07 18 | Drafted fee application for December 2006. | K. Piper | 1.1 | 341.00 |
| 01/24/07 18 | Drafted fee application for Fourth Quarter 2006. | K. Piper | 1.1 | 341.00 |
| 01/25/07 18 | Receipt and review of CNO for November 2006 and forward same. | K. Piper | 0.2 | 62.00 |
| 01/26/07 18 | Review and revise PH's December, 2006 fee application. | S. Zuber | 0.3 | 136.50 |
| 01/26/07 18 | Review and revise PH's Fourth Quarter 2006 fee application. | S. Zuber | 0.3 | 136.50 |
| 01/29/07 18 | Revised fee application for December 2006 and attention to forwarding same for filing and service. | K. Piper | 0.5 | 155.00 |
| 01/29/07 18 | Revised fee application for the Fourth Quarter 2006 and attention to forwarding same for filing and service. | K. Piper | 0.4 | 124.00 |
| 01/30/07 18 | Attention to service of fee applications. | K. Piper | 0.2 | 62.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 18 | 0.6 | 455.00 | 273.00 |
| K. Piper | 18 | 3.7 | 310.00 | 1,147.00 |

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

1503917A01022107

2

|              | TOTAL | 4.3 | 1,420.00 |
|---|---|---|---|

Client: 082910 W.R. GRACE & CO.
Matter: 114715 NJDEP v. W.R. Grace et al.

| 01/02/07 14 | Emails and follow up regarding settlement meeting.<br>A. Marchetta | 0.4 | 236.00 |
|---|---|---|---|
| 01/02/07 3 | Work on scheduling settlement meeting with NJDEP and Attorney General representatives; review proposed e-mail to client re: same.<br>B. Moffitt | 0.3 | 114.00 |
| 01/02/07 14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues.<br>S. Parker | 0.4 | 58.00 |
| 01/04/07 14 | Follow up regarding request from client regarding Chapter 11 update; emails regarding settlement meeting.<br>A. Marchetta | 0.7 | 413.00 |
| 01/04/07 3 | Preparation of case status summary as requested by client; work with A. Marchetta re same.<br>B. Moffitt | 1.1 | 418.00 |
| 01/04/07 3 | Follow up re: settlement meeting; e-mail to J. Baer re: same.<br>B. Moffitt | 0.3 | 114.00 |
| 01/05/07 14 | Follow up with B. Moffitt regarding dates and meeting.<br>A. Marchetta | 0.3 | 177.00 |
| 01/05/07 3 | Continued preparation of case status summary as requested by client; work with A. Marchetta re same.<br>B. Moffitt | 0.2 | 76.00 |
| 01/05/07 3 | Follow up re: settlement meeting; work with A. Marchetta re: same; prepare e-mails to DAG Dickinson, client and J. Baer re: same; e-mail exchange with DAG Dickinson re: same.<br>B. Moffitt | 0.6 | 228.00 |
| 01/05/07 14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues.<br>S. Parker | 0.2 | 29.00 |
| 01/08/07 14 | Emails and follow up regarding settlement conference.<br>A. Marchetta | 0.4 | 236.00 |

1503917A01022107

| | | | |
|---|---|---|---|
| 01/08/07<br>3 | E-mail exchanges with DAG Dickinson and A. Marchetta re: arranging settlement meeting.<br>B. Moffitt | 0.3 | 114.00 |
| 01/09/07<br>14 | Address case issues on DEP status.<br>W. Hatfield | 0.2 | 78.00 |
| 01/09/07<br>3 | Confer with W. Hatfield re: settlement negotiation status.<br>B. Moffitt | 0.2 | 76.00 |
| 01/10/07<br><br><br>14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues; Created electronic version of relevant document and forwarded same to A. J. Marchetta and B. Moffitt.<br>S. Parker | 0.3 | 43.50 |
| 01/12/07<br>14 | Work with B. Moffitt re strategy and dates for meeting with DEP re settlement.<br>A. Marchetta | 0.4 | 236.00 |
| 01/12/07<br>3 | E-mail exchange with DAG Dickinson re: settlement meeting.<br>B. Moffitt | 0.2 | 76.00 |
| 01/16/07<br>3 | Work with A. Marchetta re: settlement meeting scheduling and follow up re: same.<br>B. Moffitt | 0.2 | 76.00 |
| 01/17/07<br>14 | Address article and forward to A. Marchetta.<br>W. Hatfield | 0.3 | 117.00 |
| 01/17/07<br>14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues.<br>S. Parker | 0.3 | 43.50 |
| 01/18/07<br>14 | Telephone calls, emails and follow up re: meeting with AG and follow up with problems re same.<br>A. Marchetta | 0.8 | 472.00 |
| 01/18/07<br>3 | E-mail exchanges with DAG Dickinson and A. Marchetta re: settlement meeting.<br>B. Moffitt | 0.3 | 114.00 |
| 01/19/07<br>14 | Follow up regarding settlement meeting and participants; court conference.<br>A. Marchetta | 0.4 | 236.00 |
| 01/19/07 | E-mail exchanges with DAG Dickinson re: settlement meeting; work with A. Marchetta re: same. | | |

| | | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.3 | 114.00 |
| 01/22/07 14 | Follow up re information for settlement conference re Hamilton Township.<br>A. Marchetta | 0.2 | 118.00 |
| 01/25/07 14 | Telephone calls, e-mails and follow up re new date for settlement meeting.<br>A. Marchetta | 0.3 | 177.00 |
| 01/26/07 3 | E-mail exchanges with DAG Dickinson and A. Marchetta re: proposed settlement meeting.<br>B. Moffitt | 0.3 | 114.00 |
| 01/27/07 14 | E-mails re settlement meeting.<br>A. Marchetta | 0.3 | 177.00 |
| 01/29/07 14 | Work with B. Moffitt re settlement meeting with AG, and e-mail to AG re same; letter to Judge Bongiovanni re status.<br>A. Marchetta | 0.7 | 413.00 |
| 01/29/07 14 | Address URS draft report.<br>W. Hatfield | 0.2 | 78.00 |
| 01/29/07 3 | Work on scheduling settlement meeting with NJDEP and AG representatives; revise proposed letter to Judge Bongiovanni re: same; follow up re: availability of attendees.<br>B. Moffitt | 0.3 | 114.00 |
| 01/29/07 14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues.<br>S. Parker | 0.4 | 58.00 |
| 01/30/07 14 | Review and comment on draft URS supplemental report.<br>W. Hatfield | 1.3 | 507.00 |
| 01/31/07 14 | Follow up with B. Moffitt and telephone call to client re settlement meeting with State; review re issues for same.<br>A. Marchetta | 0.4 | 236.00 |
| 01/31/07 14 | Follow up with B. Moffitt re letter to Judge Bongiovanni re meeting.<br>A. Marchetta | 0.2 | 118.00 |
| 01/31/07 3 | Work with A. Marchetta re: scheduling settlement meeting and re: letter to Court regarding same; telephone calls with counsel for the individual defendants and with K. Clark of Kirkland & Ellis re: W. Jacobson.<br>B. Moffitt | 1.1 | 418.00 |

5

1503917A01022107

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 5.5 | 590.00 | 3,245.00 |
| W. Hatfield | 14 | 2.0 | 390.00 | 780.00 |
| B. Moffitt | 3 | 5.7 | 380.00 | 2,166.00 |
| S. Parker | 14 | 1.6 | 145.00 | 232.00 |
| TOTAL | | 14.8 | | 6,423.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| | | | |
|---|---|---|---|
| 01/05/07 3 | Review/analysis Appellate Division Order affirming Kronish Motion for Summary Judgment.<br>B. Benjamin | 0.2 | 88.00 |
| 01/05/07 3 | Draft correspondence to and review correspondence from C. Boubol and T. Soloway re Appellate Division Order, strategy re moving against Tahari.<br>B. Benjamin | 0.2 | 88.00 |
| 01/05/07 3 | Review/analysis T. Soloway correspondence to Special Referee re discovery dispute and Affidavit re compliance with discovery obligations.<br>B. Benjamin | 0.2 | 88.00 |
| 01/08/07 14 | Review appellate decision and follow up regarding client email.<br>A. Marchetta | 0.3 | 177.00 |
| 01/08/07 3 | Draft correspondence to V. Finkelstein re Appellate Division Order affirming Kronish Motion for Summary Judgment, beneficial language for underlying Grace action, strategy going forward<br>B. Benjamin | 0.3 | 132.00 |
| 01/08/07 3 | Telephone conference with C. Boubol re Appellate Division Order, moving forward with litigation.<br>B. Benjamin | 0.2 | 88.00 |
| 01/09/07 3 | Review/analysis Kronish Lieb revised Supplemental Response to Defendant's First Interrogatories.<br>B. Benjamin | 0.2 | 88.00 |
| 01/09/07 3 | Review/analysis Appellate Division Order re dismissal of Affirmative Defenses, and Pleadings re strategize re potential motion for summary judgment, remaining claims to be litigated.<br>B. Benjamin | 0.2 | 88.00 |
| 01/19/07 | Review/analysis Tahari's Amended Answer and Third Party Complaint, | | |

| | | | | |
|---|---|---|---|---|
| 3 | comparison as against original pleading.<br>B. Benjamin | | 0.7 | 308.00 |
| 01/19/07<br>3 | Draft correspondence to C. Boubol and T. Soloway re Tahari's Amended Answer and Third Party Complaint.<br>B. Benjamin | | 0.2 | 88.00 |
| 01/22/07<br>3 | Telephone conference with D. Rozenholc re scheduling deposition of third party construction contractor.<br>B. Benjamin | | 0.1 | 44.00 |
| 01/22/07<br>3 | Review/analysis D. Rozenholc correspondence re service of notice of subpoena on third party contractor.<br>B. Benjamin | | 0.1 | 44.00 |
| 01/24/07<br>3 | Review/analysis R. Laudor correspondence re scheduling deposition of third parties.<br>B. Benjamin | | 0.1 | 44.00 |
| 01/24/07<br>3 | Draft correspondence to R. Laudor re scheduling depositions for Lehr Construction, Tahari witnesses.<br>B. Benjamin | | 0.2 | 88.00 |
| 01/26/07<br>3 | Draft correspondence to E. Sherman and C. Boubol re scheduling depositions.<br>B. Benjamin | | 0.1 | 44.00 |
| 01/26/07<br>3 | Telephone conference with E. Sherman re scheduling depositions.<br>B. Benjamin | | 0.1 | 44.00 |
| 01/30/07<br>3 | Review/analysis multiple correspondences with R. Laudor and E. Sherman re Kronish/Tahari discovery dispute.<br>B. Benjamin | | 0.2 | 88.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK<br>CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 0.3 | 590.00 | 177.00 |
| B. Benjamin | 3 | 3.3 | 440.00 | 1,452.00 |
| TOTAL | | 3.6 | | 1,629.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| | | | | |
|---|---|---|---|---|
| 01/02/07<br>14 | Memos with case team on defendants briefs.<br>W. Hatfield | | 0.3 | 117.00 |

7

| 01/02/07 14 | Review Weja brief to Supreme Court for Certification. W. Hatfield | 1.0 | 390.00 |
|---|---|---|---|
| 01/02/07 14 | Review Richards/Sunrich brief to Sup. Ct for certification. W. Hatfield | 1.0 | 390.00 |
| 01/02/07 14 | Follow up with W. Hatfield re: various issues on settlement and strategy. A. Marchetta | 0.6 | 354.00 |
| 01/02/07 14 | Review Sunoco filings. W. Hatfield | 0.3 | 117.00 |
| 01/02/07 14 | Review of briefs filed by defendants in support of petitions for certification. R. Rose | 1.8 | 855.00 |
| 01/02/07 3 | Confer with R. Rose regarding Supreme Court petitions received. E. Sher | 0.1 | 47.50 |
| 01/03/07 14 | Conference with R. Rose; follow up regarding settlement offer. A. Marchetta | 0.3 | 177.00 |
| 01/03/07 14 | Address substitution of counsel filing. W. Hatfield | 0.2 | 78.00 |
| 01/03/07 14 | Address Weja Petition for Certification. W. Hatfield | 0.3 | 117.00 |
| 01/03/07 14 | Memos on briefing strategy and address same with RGR. W. Hatfield | 0.4 | 156.00 |
| 01/03/07 14 | Memo to clients on settlement proposals by Shell and Sunoco and strategy on same. W. Hatfield | 0.5 | 195.00 |
| 01/03/07 14 | Address settlement issues and strategy, call with Shell and Sunoco counsel. W. Hatfield | 0.5 | 195.00 |
| 01/03/07 14 | Review notes and discuss settlement position with B. Hatfield; conference call with Shell and Sunoco counsel; discuss filing options re: opposition to petitions for certification; review of briefs in support of petitions for certification. R. Rose | 3.1 | 1,472.50 |
| 01/03/07 | Discuss Supreme Court briefing strategy with R. Rose and J. Mandel. Review Mandel email after speaking with Clerk's Office and R. Rose | | |

| | | | |
|---|---|---|---|
| 3 | response.<br>E. Sher | 0.3 | 142.50 |
| 01/03/07<br><br><br><br><br>3 | Work with R. Rose re: petitions for certification; work with R. Rose and E. Sher on same; communicate with case manager regarding briefing schedule; review Rules of Court on same; prepare correspondence to R. Rose and E. Sher detailing options for briefing and motion practice; and review petitions for certification and appendix documents filed by other parties.<br>J. Mandel | 2.4 | 888.00 |
| 01/04/07<br>14 | Address Certification to Sup. Ct. issues.<br>W. Hatfield | 0.5 | 195.00 |
| 01/04/07<br>14 | Address court conference issues; Sunoco letter; call to court clerk on matter.<br>W. Hatfield | 0.5 | 195.00 |
| 01/04/07<br><br><br><br>14 | Review of briefs in support of petitions for certification; review and revise drafts of motion to Supreme Court to enlarge time to answer and to file single overlength brief; review letter from Sunoco counsel confirming scheduling of case management conference with trial court and discuss with W. Hatfield.<br>R. Rose | 2.5 | 1,187.50 |
| 01/04/07<br><br><br>3 | Prepare motions for Supreme Court; work with R. Rose on same; and review petitions for certification and appendix documents filed by other parties.<br>J. Mandel | 1.8 | 666.00 |
| 01/05/07<br><br>3 | Confer R. Rose regarding Supreme Court filing. Follow-up to establish timing and procedure for motions.<br>E. Sher | 0.3 | 142.50 |
| 01/05/07<br><br>14 | Review petition issues and prepare letter to Law Division on Sunoco request for CMC and jurisdictional issues.<br>W. Hatfield | 1.0 | 390.00 |
| 01/05/07<br><br><br>14 | Discuss letter to trial judge concerning absence of jurisdiction to conduct case management conference with W. Hatfield and review same; complete review of Petitioners' briefs in support of certification.<br>R. Rose | 2.3 | 1,092.50 |
| 01/05/07<br>3 | Communications with J. Dane regarding filing of motions.<br>J. Mandel | 0.2 | 74.00 |
| 01/06/07<br>14 | Begin draft of brief in opposition to Petitions for Certification.<br>R. Rose | 3.5 | 1,662.50 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 01/08/07<br>14 | Prepare letter to clients with defendants Petitions for Certification and CMC status.<br>W. Hatfield | 0.4 | 156.00 |
| 01/08/07<br>14 | Address new case on expert conflict issue (re: Shell).<br>W. Hatfield | 0.4 | 156.00 |
| 01/08/07<br>14 | Address call from Sup. Ct. on CMC indefinite postponement.<br>W. Hatfield | 0.4 | 156.00 |
| 01/08/07<br>14 | Address strategy on briefing.<br>W. Hatfield | 0.5 | 195.00 |
| 01/08/07<br>14 | Address Shell question on CMC and trial date.<br>W. Hatfield | 0.3 | 117.00 |
| 01/08/07<br>14 | Letter to court on CMC and status of Sup. Ct Petitions.<br>W. Hatfield | 0.5 | 195.00 |
| 01/08/07<br>14 | Continue preparation of brief in opposition to petitions for certifications.<br>R. Rose | 6.2 | 2,945.00 |
| 01/09/07<br>14 | Address Shell and Sun argument issues and review Trela report.<br>W. Hatfield | 1.5 | 585.00 |
| 01/09/07<br>14 | Begin draft of Op. to Petition for Cert. section on Weja/Teich.<br>W. Hatfield | 1.5 | 585.00 |
| 01/09/07<br>14 | Call with Shell counsel on CMC status and jurisdiction of lower court.<br>W. Hatfield | 0.2 | 78.00 |
| 01/09/07<br>14 | Continue preparation of brief in opposition to petitions for certification.<br>R. Rose | 5.7 | 2,707.50 |
| 01/09/07<br>3 | Office conf. w/ B. Hatfield re: research issue.<br>J. Spielberg | 0.1 | 29.50 |
| 01/10/07<br>14 | Review and edit draft of sections of opposition to Petition for Certification.<br>W. Hatfield | 1.6 | 624.00 |
| 01/10/07<br>14 | Continue draft of Weja defendant section of Opposition to Certification.<br>W. Hatfield | 2.4 | 936.00 |
| 01/10/07<br>14 | Continue preparation of brief in opposition to petitions for certification.<br>R. Rose | 6.0 | 2,850.00 |

| | | | |
|---|---|---|---|
| 01/10/07<br>3 | Researched and reviewed cases re: R. 2:12-4. Confer w/ B. Hatfield re: research. Prepared insert re: court review.<br>J. Spielberg | 5.1 | 1,504.50 |
| 01/11/07<br>14 | Continue on draft of opposition brief.<br>W. Hatfield | 4.0 | 1,560.00 |
| 01/11/07<br>14 | Review B. Sher comments to brief and further revision of opposition brief; discuss research issue of offer of judgment; review letter from Shell counsel to trial court concerning scheduling of trial.<br>R. Rose | 1.5 | 712.50 |
| 01/11/07<br>3 | Review and revise section of draft opposition to certification petition. Confer R. Rose. Additional revisions.<br>E. Sher | 1.5 | 712.50 |
| 01/11/07<br>3 | Confer R. Rose and S. Cleffi regarding offer of judgment rule and analysis.<br>E. Sher | 0.4 | 190.00 |
| 01/11/07<br>14 | Researched NJ offer of judgment Rule 4:58 and commentary.<br>S. Cleffi | 0.7 | 157.50 |
| 01/11/07<br>14 | Receive research assignment re: offer of judgment rule and the NJ Spill Act.<br>S. Cleffi | 0.4 | 90.00 |
| 01/12/07<br>14 | Continue draft of Weja sections on personal liability and Spill Act.<br>W. Hatfield | 6.9 | 2,691.00 |
| 01/12/07<br>14 | Review and edit draft response brief to Weja/Teich Petition for Certification.<br>R. Rose | 3.0 | 1,425.00 |
| 01/12/07<br>14 | Researched and analyzed offer of judgment Rule 4:58.<br>S. Cleffi | 1.8 | 405.00 |
| 01/15/07<br>14 | Review, edit and revise draft brief in opposition to Weja/Teich Petition for Certification.<br>R. Rose | 7.0 | 3,325.00 |
| 01/15/07<br>3 | Confer R. Rose regarding draft brief. Create a single draft brief for review.<br>E. Sher | 0.1 | 47.50 |
| 01/15/07<br>14 | Revisions to draft brief in Opposition to Certification.<br>W. Hatfield | 1.8 | 702.00 |

11

| Date | Description | Hours | Amount |
|---|---|---|---|
| 01/16/07<br>14 | Memos on briefing issues.<br>W. Hatfield | 0.2 | 78.00 |
| 01/16/07<br>14 | Telecomm from Shell counsel concerning settlement position.<br>R. Rose | 0.2 | 95.00 |
| 01/16/07<br>3 | Telephone conference with the Supreme Court clerk's office re: filing.<br>J. Mandel | 0.3 | 111.00 |
| 01/17/07<br>14 | Review and review opposition papers to Petition for Cert.<br>W. Hatfield | 3.5 | 1,365.00 |
| 01/18/07<br>14 | Address case issues and briefing.<br>W. Hatfield | 0.5 | 195.00 |
| 01/18/07<br>3 | Review and revise draft appellate brief. Confer R. Rose.<br>E. Sher | 1.4 | 665.00 |
| 01/18/07<br>14 | Review draft brief points concerning Weja Defendants' as edited by B. Sher and further revision of same; review full draft of opposition brief.<br>R. Rose | 2.4 | 1,140.00 |
| 01/19/07<br>14 | Address brief issues.<br>W. Hatfield | 0.4 | 156.00 |
| 01/19/07<br>14 | Researched the NJ Comparative negligence statute and the NJ Rules Subcommittee Reports in connection with offer of judgment rule.<br>S. Cleffi | 1.4 | 315.00 |
| 01/20/07<br>14 | Drafted memo on offer of judgment and the NJ comparative negligence statute.<br>S. Cleffi | 0.4 | 90.00 |
| 01/21/07<br>3 | Review and revise draft brief opposing petitions for certification.<br>E. Sher | 0.8 | 380.00 |
| 01/21/07<br>14 | Drafted memo on offer of judgment and interaction of the NJ comparative negligence statute on same.<br>S. Cleffi | 3.8 | 855.00 |
| 01/22/07<br>3 | Review memo on offer of judgment rule prepared by S. Cleffi.<br>E. Sher | 0.2 | 95.00 |
| 01/22/07<br>14 | Address brief issues and cite check.<br>W. Hatfield | 4.5 | 1,755.00 |

| 01/22/07<br>14 | Final edit and review of brief in opposition to petitions for certification; discuss same with B. Hatfield; review memo on offer of Judgment Rule.<br>R. Rose | 1.8 | 855.00 |
|---|---|---|---|
| 01/22/07<br>14 | Drafting and edited offer of judgment memo.  Prepared rules and statutes addendum to memo.<br>S. Cleffi | 1.9 | 427.50 |
| 01/23/07<br>3 | Confer with W. Hatfield and R. Rose regarding finalizing opposition brief.<br>E. Sher | 0.2 | 95.00 |
| 01/23/07<br>14 | Address cite and quote check on brief and revise text.<br>W. Hatfield | 3.4 | 1,326.00 |
| 01/24/07<br>14 | Complete quote and reference check to brief.<br>W. Hatfield | 4.1 | 1,599.00 |
| 01/24/07<br>3 | Revise and finalize the opposition brief.<br>E. Sher | 0.8 | 380.00 |
| 01/24/07<br>3 | Several communications with the Supreme Court regarding filing; prepare summary of same; and conference with R. Rose on same.<br>J. Mandel | 0.4 | 148.00 |
| 01/25/07<br>14 | Address filing and appendix issues for Opposition to Certification.<br>W. Hatfield | 1.6 | 624.00 |
| 01/25/07<br>3 | Revise and finalize draft opposition brief.<br>E. Sher | 0.6 | 285.00 |
| 01/25/07<br>14 | Final review of brief in opposition to certification petition; execute brief; discuss copying of appendix and Appellate Division brief for submission to Supreme Court with W. Hatfield.<br>R. Rose | 1.2 | 570.00 |
| 01/25/07<br>3 | Cite-checked and proofread brief.<br>S. Cleffi | 3.1 | 697.50 |
| 01/26/07<br>3 | Confer S. Cleffi regarding filing and serving opposition to cert petitions. Conversations J. Mandel, W. Hatfield and R. Rose regarding same.<br>E. Sher | 0.2 | 95.00 |
| 01/26/07<br>14 | Attention filing of Grace appeal brief.<br>R. Rose | 0.3 | 142.50 |
| 01/26/07 | Address filing issues; certification; letter to supreme court clerk; appendix. | | |

13

| | | | | |
|---|---|---|---|---|
| 14 | W. Hatfield | | 1.7 | 663.00 |
| 01/26/07 | Attention to filing and service of brief to the NJ Supreme Court and opposing counsel. | | | |
| 14 | S. Cleffi | | 3.8 | 855.00 |
| 01/29/07 | Address filing and appendix issues with S. Cleffi. | | | |
| 14 | W. Hatfield | | 0.5 | 195.00 |
| 01/30/07 | Review new Spill Act case on liability and expert issues for remark. | | | |
| 14 | W. Hatfield | | 0.5 | 195.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 14 | 48.5 | 475.00 | 23,037.50 |
| E. Sher | 3 | 6.9 | 475.00 | 3,277.50 |
| A. Marchetta | 14 | 0.9 | 590.00 | 531.00 |
| W. Hatfield | 14 | 49.8 | 390.00 | 19,422.00 |
| S. Cleffi | 14 | 14.2 | 225.00 | 3195.00 |
| | 3 | 3.1 | 225.00 | 697.50 |
| J. Mandel | 3 | 5.1 | 370.00 | 1,887.00 |
| J. Spielberg | 3 | 5.2 | 295.00 | 1,534.00 |
| TOTAL | | 133.7 | | 53,581.50 |

1503917A01022107