# EXHIBIT B

**EXHIBIT B**

**EXPENSES FOR THE FEE PERIOD JANUARY 1, 2007 THROUGH JANUARY 31, 2007**

Engagement Costs - NJDEP v. W.R. Grace et al.

| | | |
|---|---|---|
| 12/21/06 | PD UPS TO WASHINGTON DC; AJM; CK# 293076 | 10.49 |
| | Matter Total Engagement Cost | 10.49 |

Engagement Costs – Weja, Inc.

| | | |
|---|---|---|
| 12/18/06 | PD AMEX FOR TRAVEL EXPENSE; RGR; CK# 293102[3] | 15.00 |
| 12/18/06 | PD AMEX FOR TRAVEL EXPENSE; WSH; CK# 293102[4] | 15.00 |
| 12/18/06 | PD AMEX FOR TRAVEL EXPENSE; WSH; CK# 293102[5] | 3.50 |
| 12/18/06 | PD AMEX FOR TRAVEL EXPENSE; WSH; CK# 293102[6] | 7.50 |
| 01/08/07 | Filing fee for notice of motion #12150 S#8634[7] | 30.00 |
| 01/08/07 | PD UPS TO SOMERVILLE, NJ; JSM; CK# 293371 | 9.18 |
| 01/08/07 | PD USP TO SPRINGFIELD, NJ; JSM; CK# 293371 | 9.18 |
| 01/08/07 | PD USP TO MOUNT LAUREL, NJ; JSM; CK# 293371 | 9.18 |
| 01/08/07 | PD USP TO NEW YORK, NY; JSM; CK# 293371 | 9.18 |
| 01/08/07 | PD USP TO SPRINGFIELD, NJ; JSM; CK# 293371 | 9.18 |
| 01/08/07 | PD USP TO ROSELAND, NJ; JSM; CK# 293371 | 9.18 |
| 01/09/07 | PD UPS TO TRENTON, NJ; JSM; CK# 293371 | 11.90 |
| | Computer Assisted Research | 1117.09 |
| | Matter Total Engagement Cost | 1,255.07 |

---

[3] *See* American Express statement for Robert G. Rose, Esq. attached hereto as Exhibit 1.

[4] *See* American express statement for William S. Hatfield, Esq. attached hereto as Exhibit 2.

[5] *Id.*

[6] *Id.*

[7] *See* Day Pitney LLP (formerly known as Pitney, Hardin, Kipp & Szuch LLP) check requisition form dated 1/8/07 attached hereto as Exhibit 3.

# EXHIBIT 1

 Prepared For
ANGELA BARON
PITNEY HARDIN K & S

Account Number

Closing Date
01/02/07

122BGB-lit

## Activity Continued

**Foreign Currency conversion rate is base rate plus 2%. See page 2 for details.

**Card Number**

| | | | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|---|
| 12/18/06 | EDISON NJ PARKING #2 NEWARK<br>REF# 19930035 9736437700<br>PARKING FEES<br>ROC NUMBER 19930035 | NJ<br>12/18/06 | 19930035000 | Parking<br>Grace/Weja<br>82910/65656 | 15.00 |

**Total for ROBERT G ROSE**

New Charges/Other Debits
Payments/Other Credits

00926 R04A0A6A 00032

# EXHIBIT 2

Prepared For
ANGELA S BARON
PITNEY HARDIN K & S

Account Number

Closing Date
01/02/07

191WSH- env.

**Activity Continued** **Foreign Currency conversion rate is base rate plus 2%. See page 2 for details.

| Card Number | | | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|---|
| 12/18/06 | EDISON NJ PARKING #2 NEWARK<br>REF# 19930036 9736437700<br>PARKING FEES<br>ROC NUMBER 19930036 | NJ<br>12/18/06 | 19930036000 | 082910.065656 | 15.00 |
| 12/19/06 | NJT NEWARK TNEWARK<br>352001379 0000<br>0000 | NJ<br>12/18/06 | 00352001379 | 9au/local | 3.50 |
| 12/19/06 | NJT NEWARK TNEWARK<br>352001394 0000<br>0000 | NJ<br>12/18/06 | 00352001394 | | 7.50 |

**Total for WILLIAM S HATFIELD**

New Charges/Other Debits
Payments/Other Credits

00913 R04A0A6A 00031



# EXHIBIT 3

119914

PITNEY, HARDIN, KIPP & SZUCH LLP

CHECK REQUISITION

EE Clerk, Supreme Court of New Jersey

DATE 1/8/07

ENT W.R. Grace

NO: 082910

TTER WEJA

NO: 065656

SCRIPTION Filing Fee for Notice of Motion

OUNT $ 30.00

PAID

APPROVED

VENDOR NO. 01294

CHECK NO. [illegible]

CHARGE 12150

AUTHORIZED SIGNATURE