# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: March 21, 2007 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## SIXTY-THIRD MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM DECEMBER 1, 2006 THROUGH DECEMBER 31, 2006

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/403621

# EXHIBIT A
**(Fee Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

February 1, 2007

Bill Number 01778
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

Through December 31, 2006

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 12/01/06 | RAM | Read updated bankruptcy court docket entries to select documents to read (.2). Telephone conference with in-house counsel re: PI estimation (.1). | 0.30 Hrs | $82.50 |
| 12/01/06 | ARA | Quality control binders that were copied for K&E and return them to the WRG employee library (3.2). Document control (1.8). Prepare boxes of documents to return to WRG Cambridge (1.3). | 6.30 Hrs | $630.00 |
| 12/04/06 | ARA | Document control. | 4.80 Hrs | $480.00 |
| 12/05/06 | RAM | Conferences with MTM and DBM re: locating all MK-3 tests. | 0.10 Hrs | $27.50 |
| 12/05/06 | ARA | Document control. | 6.60 Hrs | $660.00 |
| 12/06/06 | ARA | Document control. | 6.50 Hrs | $650.00 |
| 12/07/06 | ARA | Document control. | 6.50 Hrs | $650.00 |
| 12/08/06 | RAM | Read updated bankruptcy court docket entries to select documents to read (.2). Read selected documents filed in bankruptcy court (.3). Telephone conference with in-house counsel re: MK-3 application instructions (.1). | 0.60 Hrs | $165.00 |

Page 1

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/08/06 | MTM | Telephone call from in-house counsel re: Monokote application manual and privilege lists (.3); review brochures re: same (1.3). | 1.60 Hrs | $384.00 |
| 12/08/06 | ARA | Document control (2.7). Per telephone call from MTM, search for and locate MK application documents and produce them to MTM (3.3). Return MK application documents to the resource library (.3). Receipt of ag/hort documents and return them to the production set (.6). | 6.90 Hrs | $690.00 |
| 12/11/06 | MTM | Prepare for conference call re: discovery issues (1.0); review Monokote documents for in-house counsel re: application procedures (.6); telephone call to in-house counsel re: same (.2); email from in-house counsel re: same (.2). | 2.00 Hrs | $480.00 |
| 12/11/06 | ARA | Document control (4.0). Resume review of old discovery responses for OP products (2.5). Telephone call from MTM re: questions re: MK-3 (.2). | 6.70 Hrs | $670.00 |
| 12/12/06 | DBM | Search for MK application instructions, per MTM. | 1.00 Hrs | $245.00 |
| 12/12/06 | MTM | Conference with ARA re: question on MK application from in-house counsel (.5); review MK documents re: same (1.0); prepare for conference call re: various outstanding discovery issues (1.7); telephone call to in-house counsel re: same (.3). | 3.50 Hrs | $840.00 |
| 12/12/06 | ARA | Search for and review documents re: MK-3 application information (6.2); produce documents to MTM and discuss (.5). | 6.70 Hrs | $670.00 |
| 12/13/06 | RAM | Read draft vermiculite products appendix and email re: same. | 0.10 Hrs | $27.50 |
| 12/13/06 | MTM | Prepare for discovery conference call today (.8); review MK documents re: application instructions (.8); email to in-house counsel re: same (.4); conference call with personal injury creditors' committee re: various discovery issues (1.0); work on supplemental product appendix and EPA disc issues (1.7). | 4.70 Hrs | $1,128.00 |
| 12/13/06 | ARA | Search for and obtain documents re: MK application instructions and produce documents to MTM (3.2). Per MTM's request, review documents for EPA review sheet (.2). Quality control documents pulled for MK application information (3.0). | 6.40 Hrs | $640.00 |
| 12/14/06 | RAM | Telephone conferences with in-house counsel re: CPD business plans. | 0.20 Hrs | $55.00 |

Page 2

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 12/14/06 | DBM | Conference with MTM re: search for application instructions for acoustical plaster (.1); search for same (.3). | 0.40 Hrs | $98.00 |
| 12/14/06 | MTM | Draft supplemental answers to interrogatory No. 11 and revise supplemental product appendix (1.8); draft letter to N. Finch re: same (.5); review results of search for MK-3 sales per request from K&E counsel (.5); telephone call from in-house counsel re: application instructions for acoustical plaster (.2); conference with DBM re: search for same (.1); telephone call to in-house counsel re: same (.1); review list of potentially responsive documents re: same (1.1). | 4.30 Hrs | $1,032.00 |
| 12/14/06 | ARA | Review old discovery responses for OP products (5.7) Per telephone call from MTM, review list of documents to locate re: acoustical plaster application (1.0). | 6.70 Hrs | $670.00 |
| 12/15/06 | MTM | Receipt and review of discovery requests from Motley Rice firm. | 1.90 Hrs | $456.00 |
| 12/15/06 | ARA | Search for and obtain documents re: acoustical plaster application and produce documents to MTM (3.2). Review old discovery responses for OP products (3.0). | 6.20 Hrs | $620.00 |
| 12/18/06 | MTM | Draft suggested changes to responses to Motley Rice discovery. | 1.30 Hrs | $312.00 |
| 12/18/06 | ARA | Review old discovery responses for OP products (5.7) Document control (1.0). | 6.70 Hrs | $670.00 |
| 12/19/06 | MTM | Work on supplemental product appendix issues (2.2); gather documents and email to in-house counsel re: application instructions for acoustical plastic (.9). | 3.10 Hrs | $744.00 |
| 12/19/06 | ARA | Review old discovery responses for OP products (5.6) quality control documents/interrogatories that were pulled for copying (1.2). | 6.80 Hrs | $680.00 |
| 12/20/06 | MTM | Continue to work on supplemental product appendix issues (.7); email to K&E re: same (.3). | 1.00 Hrs | $240.00 |
| 12/20/06 | ARA | Review old discovery responses for OP products (2.0); quality control documents/interrogatories that were pulled for copying (.5). | 2.50 Hrs | $250.00 |
| 12/21/06 | MTM | Receipt and review of draft response to Motley Rice discovery (1.0); work on revisions to same (3.1); exchange emails with K&E counsel re: supplemental product appendix (.9); exchange emails with K&E counsel re: Motley Rice discovery issues (.8). | 5.80 Hrs | $1,392.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 12/21/06 | ARA | Review old discovery responses for OP products. | 5.70 Hrs | $570.00 |
| 12/22/06 | MTM | Review and respond to emails from K&E counsel re: Motley Rice discovery (.8); email to K&E counsel re: EPA disc issue (.3); revise objections to Motley Rice discovery (.8); receipt and review of revised responses to Motley Rice discovery from K&E counsel (.7). | 2.60 Hrs | $624.00 |
| 12/22/06 | ARA | Review old discovery responses for OP products and produce them to MTM. | 4.60 Hrs | $460.00 |
| 12/26/06 | RAM | Read selected documents filed in bankruptcy court (1.2). Read letter with enclosed supplemental product appendix re: vermiculite consumer and ag/hort products (.1). | 1.30 Hrs | $357.50 |
| 12/27/06 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.50 Hrs | $137.50 |
| 12/27/06 | MTM | Receipt and review of EPA discs from Holme Roberts counsel (1.1); email to Holme Roberts counsel re: same (.4); telephone call to Holme Roberts counsel re: same (.2). | 1.70 Hrs | $408.00 |
| 12/29/06 | MTM | Review latest draft responses to Motley Rice discovery requests. | 0.50 Hrs | $120.00 |
| 12/31/06 | RAM | Read selected documents filed in bankruptcy court. | 0.60 Hrs | $165.00 |
| | | TOTAL LEGAL SERVICES | | $19,180.50 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 3.70 Hrs | 275/hr | $1,017.50 |
| DONNA B. MACKENNA | 1.40 Hrs | 245/hr | $343.00 |
| MATTHEW T. MURPHY | 34.00 Hrs | 240/hr | $8,160.00 |
| ANGELA R. ANDERSON | 96.60 Hrs | 100/hr | $9,660.00 |
| | 135.70 Hrs | | $19,180.50 |

|  |  |
|---|---|
| TOTAL THIS BILL | $19,180.50 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

February 1, 2007

Bill Number 01779
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## LEGAL SERVICES

Through December 31, 2006

| Date | Atty | Description | Time | Value |
| --- | --- | --- | --- | --- |
| 12/01/06 | RAM | Work on October fee application. | 0.20 Hrs | $55.00 |
| 12/04/06 | RAM | Work on October fee application and send it to in-house counsels to review. | 0.10 Hrs | $27.50 |
| 12/07/06 | RAM | Conferences with MB re: inaccuracies in draft chart for fee auditors report. | 0.10 Hrs | $27.50 |
| 12/08/06 | RAM | Telephone conference with in house counsel with questions re: October fee application. | 0.10 Hrs | $27.50 |
| 12/14/06 | RAM | Finalize October fee application and send it to local counsel to file. | 0.20 Hrs | $55.00 |
| 12/19/06 | RAM | Read Fee Auditor's Final Report for 21st Interim Period applications. | 0.10 Hrs | $27.50 |
| 12/29/06 | RAM | Work on November fee application. | 0.50 Hrs | $137.50 |
| 12/31/06 | RAM | Work on November fee application. | 1.00 Hrs | $275.00 |

Page 1

Mark A. Shelnitz

|  |  |  | TOTAL LEGAL SERVICES | $632.50 |
|---|---|---|---|---|

**LEGAL SERVICES SUMMARY**

| ROBERT A. MURPHY | 2.30 Hrs | 275/hr | $632.50 |
|---|---|---|---|
|  | 2.30 Hrs |  | $632.50 |

|  |  |  | TOTAL THIS BILL | $632.50 |
|---|---|---|---|---|