**EXHIBIT B**
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

February 1, 2007

Bill Number 01780
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through December 31, 2006

| | | | |
|---|---|---|---|
| EXCESS POSTAGE | | | $7.83 |
| **BOSTON EXPRESS DELIVERY** | | | |
| 12/14/06 | To Casner and Edwards from W R Grace on 11/09/06. | 89.20 | |
| | | | $89.20 |
| **TRAVEL** | | | |
| 12/01/06 | PLATINUM PLUS-RAM airfare to/from Washington D.C. to attend meeting at K & E (11/2-3/06). | 746.60 | |
| 12/22/06 | ROBERT A MURPHY-Travel expenses for trip to Washington, D.C. for conference with Grace In House Counsel and Kirkland & Ellis Attorneys re: P I Estimation. | 548.04 | |
| | | | $1,294.64 |
| **PHOTOCOPYING** | | | |
| 12/04/06 | 21 copies at .12 per copy | 2.52 | |
| 12/08/06 | 7 copies at .12 per copy | 0.84 | |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through December 31, 2006

PHOTOCOPYING

| | | |
|---|---|---|
| 12/12/06 | 6 copies at .12 per copy | 0.72 |
| 12/13/06 | 1 copies at .12 per copy | 0.12 |
| 12/14/06 | 6 copies at .12 per copy | 0.72 |
| 12/21/06 | 10 copies at .12 per copy | 1.20 |
| 12/22/06 | 179 copies at .12 per copy | 21.48 |
| 12/22/06 | 75 copies at .12 per copy | 9.00 |
| | | $36.60 |

TELEPHONE

| | | | |
|---|---|---|---|
| 12/08/06 | 329 | 5613621533 | 0.88 |
| 12/19/06 | 348 | 5613621584 | 22.10 |
| | | | $22.98 |

RENT REIMBURSEMENT

| | | |
|---|---|---|
| 12/01/06 | Rent and utilities for document repository at One Winthrop Square -December 2006. | 12,541.24 |
| 12/07/06 | RECORDKEEPER ARCHIVE-Storage from 11/01/06 to 11/30/06. | 402.30 |
| | | $12,943.54 |

MISCELLANEOUS

| | | |
|---|---|---|
| 12/07/06 | RECORDKEEPER ARCHIVE-October Delivery Charges | 27.00 |
| | | $27.00 |

| | |
|---|---|
| TOTAL DISBURSEMENTS | $14,421.79 |
| TOTAL THIS BILL | $14,421.79 |

**CASNER & EDWARDS, LLP**
**ATTORNEYS AT LAW**
**303 CONGRESS STREET**
**BOSTON, MASSACHUSETTS 02210**
F.I.N. 04-2778062

February 1, 2007

Bill Number 01781
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through December 31, 2006

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 12/14/06 | 73 copies at .12 per copy | 8.76 | |
| | | | $8.76 |

TELEPHONE

| | | | | |
|---|---|---|---|---|
| 12/04/06 | 357 | 4105314545 | 2.60 | |
| 12/04/06 | 357 | 5613621583 | 2.60 | |
| | | | | $5.20 |

TOTAL DISBURSEMENTS   $13.96

Page 1

Mark A. Shelnitz

|  |  |
|---|---|
| TOTAL THIS BILL | $13.96 |