This **UCC-1** FINANCING STATEMENT is presented for filing pursuant to the WASHINGTON UNIFORM COMMERCIAL CODE chapter 62A.9 RCW to perfect a security interest in the below named collateral   PLEASE TYPE FORM   Filing fee $12.00

| 1 DEBTOR(S) (see instruction #2) | Debtor 1 | 2 FOR OFFICE USE ONLY — DO NOT WRITE IN THIS BOX |
|---|---|---|
| ☐ PERSONAL (last first middle name and address) | SSN | |
| ☐ BUSINESS (legal business name and address) | FEIN | FILED   98  243  0000 |
| | Debtor 2 | |
| | SSN | |
| | FEIN | '9? JUL 31 19 24 |

a+0.

Robert J Bettacchi, Pres.
Grace Construction Products
62 Whitmore Avenue
Cambridge MA  02140

PA[    12 ___
DE[         ING

TRADE NAME DBA AKA

**3 SECURED PARTY(IES)** (name and address)

Anton Frank Volovsek
P.O. Box 723
Tekoa WA 99033

**4 ASSIGNEE(S) of SECURED PARTY(IES)** if applicable (name and address)

**5 SECURED PARTY CONTACT PERSON**  Anton Frank Volovsek   Phone ___

**6 CHECK ONLY IF APPLICABLE** (For definitions of TRANSMITTING UTILITY AND PRODUCTS OF COLLATERAL see instruction sheet 1)
☐ Debtor is a Transmitting Utility    ☒ Products of Collateral are also covered

**7 THIS FINANCING STATEMENT covers the following collateral** (Attach additional 8 1/2" x 11" sheet s if needed)

Please see Attachment

**8 RETURN ACKNOWLEDGMENT COPY TO** (name and address)

Anton Frank Volovsek
P O Box 723
Tekoa WA 99033

**9 FILE WITH**
UNIFORM COMMERCIAL CODE
DEPARTMENT OF LICENSING
P O BOX 9660
OLYMPIA, WA 98507-9660
(360) 753-2523

MAKE CHECKS PAYABLE TO THE
DEPARTMENT OF LICENSING

**10 FOR OFFICE USE ONLY    IMAGES TO BE FILMED**  [ 2 ]

**11** If collateral is described below this statement may be signed by the Secured Party instead of the Debtor Please check the appropriate box complete the adjacent lines and box 13 if collateral is
a. ☒ already subject to a security interest in another jurisdiction when it was brought into this state or when the debtor's location was changed to this state (complete adjacent lines 1 and 2)
b. ☒ proceeds of the original collateral described above in which a security interest was perfected (complete adjacent lines 1 and 2)
c. ☒ listed on a filing which has lapsed (complete adjacent lines 1 and 2)
d. ☐ acquired after a change of name identity or corporate structure of the debtor(s) (complete adjacent lines 1 2 and 3)

1  255865, 257396
   ORIGINAL FILING NUMBER
2  Klickitat County Auditor
   FILING OFFICE WHERE FILED
3  Goldendale WA
   FORMER NAME OR DEBTOR(S)

**12 DEBTOR NAME(S), AND SIGNATURES**
Robert J Bettacchi, Pres.
Grace Construction Products

TYPE NAME(S) OF DEBTOR(S) AS IT APPEARS IN BOX 1

SIGNATURE(S) OF DEBTOR S

SIGNATURE(S) OF DEBTOR S

**13 SECURED PARTY NAME(S) AND SIGNATURE(S) ARE REQUIRED IF BOX 11 HAS BEEN COMPLETED**

Anton Frank Volovsek

TYPE NAME(S) OF SECURED PARTY(IES) AS IT APPEARS IN BOX 3 OR 4

*[signature]* Anton Frank Volovsek

SIGNATURE(S) OF SECURED PARTY(IES)

SIGNATURE(S) OF SECURED PARTY(IES)

FORM APPROVED FOR USE IN THE STATE OF WASHINGTON (R7 93)
WASHINGTON UCC 1

COPY 1  FILING OFFICER INDEX

ATTACHMENT FOR UCC-1 - BLOCK 7

All personal judgments, licenses bonds insurance's, private/public trusts, bank accounts, savings accounts, personal & private property, (cars, trucks, vehicles, land real estate, buildings, livestock, wells, mines, natural resources), assignments of all stocks, bonds and certificates of deposits, personal and corporate signatures, all tangible and intangible property, and including but not limited to their partners assets, all inventory, personal, corporate and company to include all chairman, CEO's, and Vice Presidents, also all mineral products and holdings, current development holdings, all retirement accounts (Federal, State, foreign and domestic), all payments while in public office, all private payments while relieved out of public office, all inheritance, all accounts receivable etc., until full accord and satisfaction has been given to the secured parties (paid in full). For standard-lien negotiable (Non-Federal form) A security-15 USC. This is a USSFC Tracer Flag not a point of law. RCW 62A 9 207, -102, -103, -105, -106, -107, -109 RCW 62A 9 2-415

98 243 0000

FilingNumber: 2003-238-2252-9
FilingDate:     8/25/2003

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| A. NAME & PHONE OF CONTACT AT FILER [optional] |
|---|
| B. SEND ACKNOWLEDGMENT TO: (Name and Address) |

Anton Frank Volovsek
Rt. 2 Box 200 #42
Kamiah, Idaho  83536

1 0 3 0 3 9 2

082503   25.00

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #    98 243 0000

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☒ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☒ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☒ CHANGE name and/or address  ☐ DELETE name  ☐ ADD name

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME
6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:
7a. ORGANIZATION'S NAME

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Volovsek | Anton | Frank | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| RT 1 - Box 200 - #42 | Kamiah | ID | 83536 | U.S. |

7d. TAX ID#: SSN OR EIN  |  ADD'L INFO RE ORGANIZATION DEBTOR  |  7e. TYPE OF ORGANIZATION  |  7f. JURISDICTION OF ORGANIZATION  |  7g. ORGANIZATIONAL ID #, if any  ☐ NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☒ restated collateral description, or describe collateral ☐ assigned.

See Attachment

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Volovsek | Anton | Frank | |

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

FilingNumber: 2003-238-2252-9
FilingDate:     8/25/2003

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**11. INITIAL FINANCING STATEMENT FILE #** (same as Item 1a on Amendment form)
98-243-0000

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT** (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|
| Volovsek | Anton | Frank |

**13.** Use this space for additional information

1 0 3 0 3 9 2

082503   25.00

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

FilingNumber: 2003-238-2252-9
FilingDate: 8/25/2003

## ATTACHMENT FOR UCC-1 - BLOCK 7

All personal judgments, licenses, bonds, insurance's; private/public trusts, bank accounts, savings accounts, personal & private property (cars, trucks, vehicles, land/real estate, buildings, livestock, wells, mines, natural resources), assignments of all stocks, bonds, and certificates of deposits, personal and corporate signatures, all tangible and intangible property, and including but not limited to their partners assets, all inventory personal, corporate and company to include all chairman, CEO's, and Vice Presidents; also all mineral products and holdings, current development holdings, all retirement accounts (Federal, State, Foreign, and domestic) all payments while in public office, all private payments while relieved out of public office, all inheritance, all accounts receivable, etc., until full accord and satisfaction has been given to the secured parties (paid in full). Non/standard-Non/negotiable (Non-Federal form). A security-15 USC. This is a USSFC Tracer Flag, not a point of law. RCW 62A.9 207, -102, -103, -105, -106, -107, -109; RCW 62A.9 3-415.

**1 0 3 0 3 9 2**

082503    25.00