REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| W.R. Grace & Co. | Invoice Number | 1506206 |
|---|---|---|
| One Town Center Road | Invoice Date | 02/28/07 |
| Boca Raton, FL   33486 | Client Number | 172573 |

===========================================================================

Re: W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting

| Fees | 0.00 |
|---|---|
| Expenses | 1,808.00 |

TOTAL BALANCE DUE UPON RECEIPT          $1,808.00
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                           Invoice Number     1506206
One Town Center Road                      Invoice Date     02/28/07
Boca Raton, FL    33486                   Client Number      172573
                                          Matter Number       60026

================================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
    Binding Charge                           3.00
    Telephone Expense                       38.41
    PACER                                    0.08
    Duplicating/Printing/Scanning        1,016.10
    Postage Expense                         17.44
    Courier Service - Outside              234.21
    Secretarial Overtime                    60.00
    Meal Expense                           364.08
    Telephone - Outside                     74.68


              CURRENT EXPENSES                        1,808.00
                                                 -------------

              TOTAL BALANCE DUE UPON RECEIPT         $1,808.00
                                                 =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      1506206
One Town Center Road                    Invoice Date        02/28/07
Boca Raton, FL    33486                 Client Number         172573
                                        Matter Number          60026

===========================================================================

Re: (60026)   Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 12/07/06 | Telephone - Outside Chorus Call Inv No: 0285073 - Con call hosted by D. Cameron. | 26.10 |
| 12/21/06 | Telephone - Outside Chorus Call Inv No: 0286549 - Conf. call hosted by D. Cameron. | 6.29 |
| 12/21/06 | Telephone - Outside Chorus Call Inv No: 0286549 - Conf. call hosted by D. Cameron. | 42.29 |
| 01/02/07 | Telephone Expense 561-362-1533/BOCA RATON, FL/7 | .35 |
| 01/02/07 | Duplicating/Printing/Scanning ATTY # 0349: 7 COPIES | .70 |
| 01/02/07 | Duplicating/Printing/Scanning ATTY # 0559: 3 COPIES | .30 |
| 01/02/07 | Duplicating/Printing/Scanning ATTY # 0559: 3 COPIES | .30 |
| 01/02/07 | Duplicating/Printing/Scanning ATTY # 0559: 3 COPIES | .30 |
| 01/02/07 | Duplicating/Printing/Scanning ATTY # 0559: 3 COPIES | .30 |
| 01/02/07 | Duplicating/Printing/Scanning ATTY # 0559: 10 COPIES | 1.00 |
| 01/02/07 | Duplicating/Printing/Scanning ATTY # 0559; 1519 COPIES | 151.90 |
| 01/02/07 | Duplicating/Printing/Scanning ATTY # 0559; 1305 COPIES | 130.50 |

172573 W. R. Grace & Co.                        Invoice Number  1506206
60026  Litigation and Litigation Consulting     Page    2
       February 28, 2007

| Date | Description | Amount |
|---|---|---|
| 01/02/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 35 COPIES | 3.50 |
| 01/03/07 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/6 | .25 |
| 01/03/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .30 |
| 01/03/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 3 COPIES | .30 |
| 01/03/07 | Duplicating/Printing/Scanning<br>ATTY # 0710: 27 COPIES | 2.70 |
| 01/03/07 | Duplicating/Printing/Scanning<br>ATTY # 0710: 24 COPIES | 2.40 |
| 01/03/07 | Duplicating/Printing/Scanning<br>ATTY # 0710: 57 COPIES | 5.70 |
| 01/03/07 | Duplicating/Printing/Scanning<br>ATTY # 0710: 42 COPIES | 4.20 |
| 01/03/07 | Duplicating/Printing/Scanning<br>ATTY # 0710: 43 COPIES | 4.30 |
| 01/03/07 | Courier Service - UPS - Shipped from Douglas<br>Cameron, Reed Smith LLP - Pittsburgh to  RJ Lee<br>Group, Inc. (MONROEVILLE PA 15146). | 12.46 |
| 01/03/07 | Secretarial Overtime: W.R. Grace -  assist S.<br>Ament in preparation of Nov. 2006 fee<br>application. | 60.00 |
| 01/04/07 | Binding Charge | 3.00 |
| 01/04/07 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/3 | .15 |
| 01/04/07 | Duplicating/Printing/Scanning<br>ATTY # 0710: 24 COPIES | 2.40 |
| 01/04/07 | Duplicating/Printing/Scanning<br>ATTY # 0710: 42 COPIES | 4.20 |
| 01/04/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 79 COPIES | 7.90 |
| 01/04/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 53 COPIES | 5.30 |

172573 W. R. Grace & Co.                          Invoice Number  1506206
60026  Litigation and Litigation Consulting       Page   3
       February 28, 2007


| | | |
|---|---|---:|
| 01/04/07 | Duplicating/Printing/Scanning<br>ATTY # 0718; 314 COPIES | 31.40 |
| 01/04/07 | Postage Expense-PLEADINGS | 6.06 |
| 01/05/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 2 COPIES | .20 |
| 01/05/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 21 COPIES | 2.10 |
| 01/05/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 20 COPIES | 2.00 |
| 01/05/07 | Meal Expense Eadie's Catering  - Lunch for 5<br>during preparation of expert witness for<br>deposition 12/18/06. | 47.27 |
| 01/05/07 | Meal Expense - Mark's Grille and Catering -<br>lunch for 10 attorneys during break in omnibus<br>hearing on 12/18/06. | 200.07 |
| 01/05/07 | Meal Expense -  Lunch for other half of the 10<br>attorneys at R. Morse deposition, 12/19/2006. | 58.22 |
| 01/05/07 | Meal Expense - Lunch for other half of the 10<br>attorneys at R. Morse deposition, 12/19/2006. | 46.52 |
| 01/05/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 79 COPIES | 7.90 |
| 01/08/07 | Telephone Expense<br>404-659-0400/ATLANTA, GA/2 | .10 |
| 01/08/07 | Telephone Expense<br>312-861-2162/CHICAGO, IL/9 | .45 |
| 01/08/07 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/18 | .90 |
| 01/08/07 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/59 | 2.90 |
| 01/08/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 10 COPIES | 1.00 |
| 01/08/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 62 COPIES | 6.20 |
| 01/09/07 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/14 | .70 |

172573 W. R. Grace & Co.                          Invoice Number   1506206
60026  Litigation and Litigation Consulting       Page   4
       February 28, 2007

| | | | |
|---|---|---|---|
| 01/09/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 16 COPIES | 1.60 |
| 01/09/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 1 COPIES | .10 |
| 01/10/07 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/7 | .35 |
| 01/10/07 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/16 | .80 |
| 01/10/07 | Duplicating/Printing/Scanning<br>ATTY # 0856; 106 COPIES | 10.60 |
| 01/10/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 21 COPIES | 2.10 |
| 01/10/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 5 COPIES | .50 |
| 01/10/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 4 COPIES | .40 |
| 01/11/07 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/18 | .85 |
| 01/11/07 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/38 | 1.90 |
| 01/11/07 | Telephone Expense<br>239-597-8777/NO NAPLES, FL/3 | .15 |
| 01/11/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 48 COPIES | 4.80 |
| 01/11/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 4 COPIES | .40 |
| 01/11/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 5 COPIES | .50 |
| 01/11/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 45 COPIES | 4.50 |
| 01/11/07 | Postage Expense Postage Expense: ATTY # 7015 | .39 |
| 01/12/07 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/18 | .85 |
| 01/12/07 | Telephone Expense<br>212-644-1300/NEW YORK, NY/6 | .30 |

172573  W. R. Grace & Co.                          Invoice Number   1506206
60026   Litigation and Litigation Consulting        Page    5
        February 28, 2007

| Date | Description | Amount |
|---|---|---|
| 01/12/07 | Telephone Expense<br>770-499-7500/ATLANTA NW, GA/7 | .35 |
| 01/12/07 | Telephone Expense<br>770-499-7500/ATLANTA NW, GA/3 | .15 |
| 01/12/07 | Telephone Expense<br>561-362-1552/BOCA RATON, FL/3 | .15 |
| 01/12/07 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/15 | .75 |
| 01/12/07 | Telephone Expense<br>340-719-3831/CHAR AMALE, VI/14 | 16.66 |
| 01/12/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 17 COPIES | 1.70 |
| 01/15/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 47 COPIES | 4.70 |
| 01/15/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 1 COPIES | .10 |
| 01/15/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 8 COPIES | .80 |
| 01/16/07 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/9 | .45 |
| 01/16/07 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/7 | .35 |
| 01/16/07 | Telephone Expense<br>770-499-7500/ATLANTA NW, GA/6 | .30 |
| 01/16/07 | Telephone Expense<br>561-866-6803/BOCA RATON, FL/2 | .10 |
| 01/16/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 6 COPIES | .60 |
| 01/16/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 22 COPIES | 2.20 |
| 01/16/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 1 COPIES | .10 |
| 01/16/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 75 COPIES | 7.50 |

172573  W. R. Grace & Co.                              Invoice Number   1506206
60026   Litigation and Litigation Consulting          Page    6
        February 28, 2007

| Date | Description | Amount |
|---|---|---|
| 01/16/07 | Duplicating/Printing/Scanning ATTY # 0559; 8 COPIES | .80 |
| 01/16/07 | Duplicating/Printing/Scanning ATTY # 4492; 144 COPIES | 14.40 |
| 01/16/07 | Duplicating/Printing/Scanning ATTY # 4810; 29 COPIES | 2.90 |
| 01/16/07 | Duplicating/Printing/Scanning ATTY # 0349: 2 COPIES | .20 |
| 01/16/07 | Duplicating/Printing/Scanning ATTY # 0559: 28 COPIES | 2.80 |
| 01/17/07 | Telephone Expense 561-362-1533/BOCA RATON, FL/51 | 2.55 |
| 01/17/07 | Telephone Expense 561-362-1533/BOCA RATON, FL/5 | .25 |
| 01/17/07 | Duplicating/Printing/Scanning ATTY # 0559; 9 COPIES | .90 |
| 01/17/07 | Duplicating/Printing/Scanning ATTY # 0349: 2 COPIES | .20 |
| 01/17/07 | Duplicating/Printing/Scanning ATTY # 0349: 4 COPIES | .40 |
| 01/18/07 | Telephone Expense 201-527-0099/HACKENSACK, NJ/22 | 1.05 |
| 01/18/07 | Duplicating/Printing/Scanning ATTY # 0559; 6 COPIES | .60 |
| 01/18/07 | Duplicating/Printing/Scanning ATTY # 0559; 6 COPIES | .60 |
| 01/18/07 | Duplicating/Printing/Scanning ATTY # 0559; 1 COPIES | .10 |
| 01/18/07 | Duplicating/Printing/Scanning ATTY # 0559; 18 COPIES | 1.80 |
| 01/18/07 | Courier Service - UPS Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Daniel A. Speights, Speights & Runyan (HAMPTON SC 29924). | 11.22 |

172573  W. R. Grace & Co.                                    Invoice Number   1506206
60026   Litigation and Litigation Consulting                 Page    7
        February 28, 2007


| | | |
|---|---|---|
| 01/18/07 | Courier Service - UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to James E. O'Neill, Pachulski Stang Ziehl Young (WILMINGTON DE 19801). | 8.56 |
| 01/18/07 | Courier Service - UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Richard C. Finke, Es W.R. Grace Company (BOCA RATON FL 33487)  1Z2644280198183803 | 10.07 |
| 01/18/07 | Courier Service - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Martin Dies, Esq. Dies & Hile LLP (AUSTIN TX 78701). | 10.49 |
| 01/18/07 | Courier Service - UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Anne McGinness Kears, Motley Rice LLC (MOUNT PLEASANT SC 29464). | 9.69 |
| 01/18/07 | Courier Service -  UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Steven Mandelsberg, Hahn & Hessen, LLP (NEW YORK NY 10022). | 9.69 |
| 01/18/07 | Courier Service -UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Lisa Esayian, Kirkland & Ellis (Chicago IL 60601). | 51.03 |
| 01/18/07 | Courier Service - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to Scott Baena, Bilzin Sumberg Baena Price (MIAMI FL 33131). | 10.07 |
| 01/18/07 | Courier Service - UPS Shipped from Douglas Cameron Reed Smith LLP - Pittsburgh to Gary M. Becker,. Kramer Levin Naftalis & Fra (NEW YORK NY 10036). | 9.69 |
| 01/19/07 | Telephone Expense 571-227-7200/ALEXANDRIA, VA/2 | .10 |
| 01/19/07 | Telephone Expense 561-362-1533/BOCA RATON, FL/7 | .35 |
| 01/19/07 | Telephone Expense 561-362-1533/BOCA RATON, FL/13 | .65 |
| 01/19/07 | Telephone Expense 561-362-1533/BOCA RATON, FL/3 | .15 |
| 01/19/07 | Duplicating/Printing/Scanning ATTY # 0559; 12 COPIES | 1.20 |

172573  W..R. Grace & Co.                          Invoice Number   1506206
60026  Litigation and Litigation Consulting        Page    8
        February 28, 2007


01/19/07    Duplicating/Printing/Scanning                    51.50
            ATTY # 7015; 515 COPIES

01/19/07    Duplicating/Printing/Scanning                      .10
            ATTY # 0349: 1 COPIES

01/19/07    Duplicating/Printing/Scanning                      .20
            ATTY # 0349: 2 COPIES

01/21/07    Duplicating/Printing/Scanning                     1.00
            ATTY # 4492; 10 COPIES

01/22/07    Telephone Expense                                  .35
            410-531-4355/COLUMBIA, MD/7

01/22/07    Duplicating/Printing/Scanning                     2.30
            ATTY # 4810; 23 COPIES

01/22/07    Duplicating/Printing/Scanning                     4.50
            ATTY # 0559; 45 COPIES

01/22/07    Duplicating/Printing/Scanning                     3.30
            ATTY # 4810; 33 COPIES

01/22/07    Duplicating/Printing/Scanning                      .70
            ATTY # 4810; 7 COPIES

01/23/07    Duplicating/Printing/Scanning                      .80
            ATTY # 0710; 8 COPIES

01/23/07    Duplicating/Printing/Scanning                     6.40
            ATTY # 0710; 64 COPIES

01/23/07    Duplicating/Printing/Scanning                   101.00
            ATTY # 0710; 1010 COPIES

01/23/07    Duplicating/Printing/Scanning                    12.90
            ATTY # 0710; 129 COPIES

01/23/07    Duplicating/Printing/Scanning                     2.00
            ATTY # 0710; 20 COPIES

01/23/07    Duplicating/Printing/Scanning                     1.20
            ATTY # 0710; 12 COPIES

01/23/07    Duplicating/Printing/Scanning                   186.70
            ATTY # 0710; 1867 COPIES

01/23/07    Duplicating/Printing/Scanning                     7.50
            ATTY # 0710; 75 COPIES

172573 W. R. Grace & Co.                         Invoice Number  1506206
60026  Litigation and Litigation Consulting      Page    9
        February 28, 2007


| 01/23/07 | Duplicating/Printing/Scanning<br>ATTY # 7015; 15 COPIES | 1.50 |
|---|---|---|
| 01/23/07 | Duplicating/Printing/Scanning<br>ATTY # 7015; 218 COPIES | 21.80 |
| 01/23/07 | Duplicating/Printing/Scanning<br>ATTY # 7015; 322 COPIES | 32.20 |
| 01/23/07 | Duplicating/Printing/Scanning<br>ATTY # 7015; 1 COPIES | .10 |
| 01/23/07 | Courier Service -  UPS - Shipped from Patricia<br>Gibson Reed Smith LLP - Washington to  Environ<br>International Corp. (ARLINGTON VA 22203). | 50.26 |
| 01/23/07 | PACER- Electronic docket access charge. | .08 |
| 01/24/07 | Courier Service - DELIVERY OF CDS FROM RJ LEE<br>GROUP, 350 HOCHBERG RD., MONROEVILLE, PA. | 30.00 |
| 01/24/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 10 COPIES | 1.00 |
| 01/24/07 | Duplicating/Printing/Scanning<br>ATTY # 0349: 34 COPIES | 3.40 |
| 01/24/07 | Duplicating/Printing/Scanning<br>ATTY # 7015: 7 COPIES | .70 |
| 01/24/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 20 COPIES | 2.00 |
| 01/24/07 | Telephone Expense<br>239-596-3755/NO NAPLES, FL/5 | .20 |
| 01/25/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 4 COPIES | .40 |
| 01/25/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 42 COPIES | 4.20 |
| 01/25/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 51 COPIES | 5.10 |
| 01/25/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 14 COPIES | 1.40 |
| 01/25/07 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/14 | .70 |

172573 W. R. Grace & Co.                          Invoice Number  1506206
60026  Litigation and Litigation Consulting        Page  10
       February 28, 2007


01/25/07   Telephone Expense                                    .10
           561-362-1533/BOCA RATON, FL/2

01/25/07   Telephone Expense                                    .30
           561-362-1533/BOCA RATON, FL/6

01/25/07   Courier Service - UPS - Shipped from Douglas      10.98
           Cameron, Reed Smith LLP - Pittsburgh to
           Jeannette Christense RJ Lee Group, Inc.
           (MONROEVILLE PA 15146).

01/26/07   Duplicating/Printing/Scanning                     39.60
           ATTY # 0559; 396 COPIES

01/26/07   Duplicating/Printing/Scanning                       .80
           ATTY # 7015: 8 COPIES

01/26/07   Duplicating/Printing/Scanning                       .60
           ATTY # 7015: 6 COPIES

01/26/07   Telephone Expense                                   .45
           561-362-1533/BOCA RATON, FL/9

01/28/07   Duplicating/Printing/Scanning                      1.60
           ATTY # 0559; 16 COPIES

01/28/07   Duplicating/Printing/Scanning                       .20
           ATTY # 4810; 2 COPIES

01/28/07   Duplicating/Printing/Scanning                      3.50
           ATTY # 0559; 35 COPIES

01/28/07   Duplicating/Printing/Scanning                      3.50
           ATTY # 0559; 35 COPIES

01/28/07   Duplicating/Printing/Scanning                      1.00
           ATTY # 0559; 10 COPIES

01/29/07   Postage Expense-PLEADING                          10.60

01/29/07   Duplicating/Printing/Scanning                      2.20
           ATTY # 4810; 22 COPIES

01/29/07   Duplicating/Printing/Scanning                     43.20
           ATTY # 0718; 432 COPIES

01/29/07   Duplicating/Printing/Scanning                     10.80
           ATTY # 0718; 108 COPIES

01/29/07   Duplicating/Printing/Scanning                      1.00
           ATTY # 0559: 10 COPIES

172573 W. R. Grace & Co.                          Invoice Number  1506206
60026  Litigation and Litigation Consulting       Page  11
       February 28, 2007


| Date | Description | Amount |
|---|---|---|
| 01/29/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 10 COPIES | 1.00 |
| 01/30/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 2 COPIES | .20 |
| 01/30/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 4 COPIES | .40 |
| 01/30/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 7 COPIES | .70 |
| 01/30/07 | Duplicating/Printing/Scanning<br>ATTY # 7015: 1 COPIES | .10 |
| 01/31/07 | Postage Expense Postage Expense: ATTY # 7015 | .39 |
| 01/31/07 | Meal Expense - - Water, drinks and snacks for 5<br>attorneys during preparation for omnibus<br>hearing, 1/22/2007. | 12.00 |
| 01/31/07 | Telephone Expense<br>561-712-4777/W PALM BCH, FL/3 | .15 |
| 01/31/07 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/15 | .70 |
| 01/31/07 | Telephone Expense<br>214-698-3868/DALLAS, TX/2 | .10 |
| 01/31/07 | Duplicating/Printing/Scanning<br>ATTY # 7015; 4 COPIES | .40 |

CURRENT EXPENSES                    1,808.00
                                 ------------
TOTAL BALANCE DUE UPON RECEIPT     $1,808.00
                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                              Invoice Number      1506207
One Town Center Road                         Invoice Date       02/28/07
Boca Raton, FL   33486                       Client Number        172573



===========================================================================

Re: W. R. Grace & Co.


(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

       Fees                              0.00
       Expenses                      8,999.56

                       TOTAL BALANCE DUE UPON RECEIPT        $8,999.56
                                                            =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| W.R Grace & Co. | | Invoice Number | 1506207 |
|---|---|---|---|
| One Town Center Road | | Invoice Date | 02/28/07 |
| Boca Raton, FL   33486 | | Client Number | 172573 |
| | | Matter Number | 60033 |

============================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Telephone Expense | 8.65 |
| Documentation Charge | 364.70 |
| Duplicating/Printing/Scanning | 4,848.60 |
| Westlaw | 190.94 |
| Postage Expense | 2.85 |
| Courier Service - Outside | 102.60 |
| Outside Duplicating | 84.74 |
| Court Reporter Expense | 554.45 |
| Secretarial Overtime | 105.00 |
| Lodging | 692.06 |
| Parking/Tolls/Other Transportation | 77.00 |
| Air Travel Expense | 1,004.60 |
| Automobile  Rental | 400.58 |
| Taxi Expense | 141.79 |
| Mileage Expense | 58.20 |
| Meal Expense | 283.66 |
| Telephone - Outside | 79.14 |

CURRENT EXPENSES                    8,999.56
                                -------------

TOTAL BALANCE DUE UPON RECEIPT      $8,999.56
                                =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1506207
One Town Center Road                     Invoice Date       02/28/07
Boca Raton, FL    33486                  Client Number       172573
                                         Matter Number        60033


=========================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

01/02/07    Duplicating/Printing/Scanning                      1.70
            ATTY # 3928: 17 COPIES

01/02/07    Duplicating/Printing/Scanning                      1.30
            ATTY # 1398: 13 COPIES

01/02/07    Duplicating/Printing/Scanning                      1.30
            ATTY # 1398: 13 COPIES

01/02/07    Duplicating/Printing/Scanning                      6.10
            ATTY # 1398: 61 COPIES

01/02/07    Duplicating/Printing/Scanning                      2.10
            ATTY # 1398: 21 COPIES

01/02/07    Duplicating/Printing/Scanning                      2.10
            ATTY # 1398: 21 COPIES

01/02/07    Duplicating/Printing/Scanning                      2.10
            ATTY # 1398: 21 COPIES

01/02/07    Duplicating/Printing/Scanning                      2.10
            ATTY # 1398: 21 COPIES

01/02/07    Duplicating/Printing/Scanning                      1.70
            ATTY # 1398: 17 COPIES

01/02/07    Duplicating/Printing/Scanning                      1.60
            ATTY # 1398: 16 COPIES

01/02/07    Duplicating/Printing/Scanning                      1.60
            ATTY # 1398: 16 COPIES

172573 W. R. Grace & Co.                                Invoice Number  1506207
60033  Claim Analysis Objection Resolution &           Page 2
       Estimation (Asbestos)
       February 28, 2007


01/02/07    Duplicating/Printing/Scanning                      .90
            ATTY # 1398: 9 COPIES

01/02/07    Duplicating/Printing/Scanning                      .90
            ATTY # 1398: 9 COPIES

01/02/07    Duplicating/Printing/Scanning                      .60
            ATTY # 1398: 6 COPIES

01/02/07    Duplicating/Printing/Scanning                      .60
            ATTY # 1398: 6 COPIES

01/02/07    Duplicating/Printing/Scanning                     3.30
            ATTY # 0710; 33 COPIES

01/02/07    Duplicating/Printing/Scanning                     9.60
            ATTY # 3928; 96 COPIES

01/02/07    Duplicating/Printing/Scanning                     3.30
            ATTY # 0710; 33 COPIES

01/02/07    Duplicating/Printing/Scanning                     8.50
            ATTY # 0856; 85 COPIES

01/02/07    Telephone - Outside Chorus Call Inv No: 0287386   7.11
            -  Conf call hosted by T. Rea.

01/03/07    Telephone Expense                                  .80
            561-482-2257/BOCA RATON, FL/17

01/03/07    Telephone Expense                                  .40
            561-362-1533/BOCA RATON, FL/8

01/03/07    Duplicating/Printing/Scanning                     1.70
            ATTY # 3928: 17 COPIES

01/03/07    Duplicating/Printing/Scanning                      .10
            ATTY # 3928: 1 COPIES

01/03/07    Duplicating/Printing/Scanning                     1.70
            ATTY # 3928: 17 COPIES

01/03/07    Duplicating/Printing/Scanning                     1.70
            ATTY # 3928: 17 COPIES

01/03/07    Duplicating/Printing/Scanning                     1.30
            ATTY # 1398: 13 COPIES

01/03/07    Duplicating/Printing/Scanning                     2.10
            ATTY # 1398: 21 COPIES

172573  W. R. Grace & Co.                                Invoice Number   1506207
60033   Claim Analysis Objection Resolution &           Page 3
        Estimation (Asbestos)
        February 28, 2007


| Date | Description | Amount |
|---|---|---|
| 01/03/07 | Duplicating/Printing/Scanning ATTY # 1398: 16 COPIES | 1.60 |
| 01/03/07 | Duplicating/Printing/Scanning ATTY # 1398: 9 COPIES | .90 |
| 01/03/07 | Duplicating/Printing/Scanning ATTY # 1398: 7 COPIES | .70 |
| 01/03/07 | Duplicating/Printing/Scanning ATTY # 0559: 19 COPIES | 1.90 |
| 01/03/07 | Duplicating/Printing/Scanning ATTY # 0559: 18 COPIES | 1.80 |
| 01/03/07 | Courier Service - UPS - Shipped from Jason Jankowski, Reed Smith LLP - Pittsburgh to Cindy Terry ANNAPOLIS MD 21401). | 4.15 |
| 01/03/07 | Duplicating/Printing/Scanning ATTY # 0349; 23 COPIES | 2.30 |
| 01/03/07 | Duplicating/Printing/Scanning ATTY # 1398; 65 COPIES | 6.50 |
| 01/03/07 | Duplicating/Printing/Scanning ATTY # 1398; 84 COPIES | 8.40 |
| 01/03/07 | Duplicating/Printing/Scanning ATTY # 1398; 64 COPIES | 6.40 |
| 01/03/07 | Duplicating/Printing/Scanning ATTY # 0559; 1932 COPIES | 193.20 |
| 01/04/07 | Telephone Expense 512-476-4394/AUSTIN, TX/2 | .10 |
| 01/04/07 | Telephone Expense 512-476-4394/AUSTIN, TX/7 | .35 |
| 01/04/07 | Telephone Expense 512-476-4394/AUSTIN, TX/6 | .30 |
| 01/04/07 | Telephone Expense 561-362-1533/BOCA RATON, FL/16 | .80 |
| 01/04/07 | Telephone Expense 512-476-4394/AUSTIN, TX/4 | .15 |
| 01/04/07 | Duplicating/Printing/Scanning ATTY # : 3 COPIES | .30 |

172573 W. R. Grace & Co.                              Invoice Number  1506207
60033  Claim Analysis Objection Resolution &          Page    4
       Estimation (Asbestos)
       February 28, 2007


01/04/07   Duplicating/Printing/Scanning                        3.40
           ATTY # 3928: 34 COPIES

01/04/07   Duplicating/Printing/Scanning                         .20
           ATTY # 3928: 2 COPIES

01/04/07   Duplicating/Printing/Scanning                        3.60
           ATTY # 3928: 36 COPIES

01/04/07   Duplicating/Printing/Scanning                        2.10
           ATTY # 1398: 21 COPIES

01/04/07   Duplicating/Printing/Scanning                        2.10
           ATTY # 1398: 21 COPIES

01/04/07   Duplicating/Printing/Scanning                        2.10
           ATTY # 1398: 21 COPIES

01/04/07   Duplicating/Printing/Scanning                        1.60
           ATTY # 1398: 16 COPIES

01/04/07   Duplicating/Printing/Scanning                        1.60
           ATTY # 1398: 16 COPIES

01/04/07   Duplicating/Printing/Scanning                        1.60
           ATTY # 1398: 16 COPIES

01/04/07   Duplicating/Printing/Scanning                         .90
           ATTY # 1398: 9 COPIES

01/04/07   Duplicating/Printing/Scanning                         .90
           ATTY # 1398: 9 COPIES

01/04/07   Duplicating/Printing/Scanning                         .90
           ATTY # 1398: 9 COPIES

01/04/07   Duplicating/Printing/Scanning                         .90
           ATTY # 1398: 9 COPIES

01/04/07   Duplicating/Printing/Scanning                         .90
           ATTY # 1398: 9 COPIES

01/04/07   Duplicating/Printing/Scanning                         .90
           ATTY # 1398: 9 COPIES

01/04/07   Duplicating/Printing/Scanning                         .90
           ATTY # 1398: 9 COPIES

01/04/07   Duplicating/Printing/Scanning                         .70
           ATTY # 1398: 7 COPIES

172573 W. R. Grace & Co.                              Invoice Number   1506207
60033  Claim Analysis Objection Resolution &         Page    5
       Estimation (Asbestos)
       February 28, 2007


01/04/07   Duplicating/Printing/Scanning                      .70
           ATTY # 1398: 7 COPIES

01/04/07   Duplicating/Printing/Scanning                      .80
           ATTY # 0887; 8 COPIES

01/04/07   Duplicating/Printing/Scanning                      .80
           ATTY # 3928; 8 COPIES

01/05/07   Duplicating/Printing/Scanning                     1.70
           ATTY # 3928: 17 COPIES

01/05/07   Duplicating/Printing/Scanning                     3.50
           ATTY # 3928: 35 COPIES

01/05/07   Duplicating/Printing/Scanning                      .10
           ATTY # 3928: 1 COPIES

01/05/07   Duplicating/Printing/Scanning                      .10
           ATTY # 3928: 1 COPIES

01/05/07   Duplicating/Printing/Scanning                     1.70
           ATTY # 3928: 17 COPIES

01/05/07   Duplicating/Printing/Scanning                     1.70
           ATTY # 3928: 17 COPIES

01/05/07   Duplicating/Printing/Scanning                     1.30
           ATTY # 1398: 13 COPIES

01/05/07   Duplicating/Printing/Scanning                     2.10
           ATTY # 1398: 21 COPIES

01/05/07   Duplicating/Printing/Scanning                     1.60
           ATTY # 1398: 16 COPIES

01/05/07   Duplicating/Printing/Scanning                      .70
           ATTY # 1398: 7 COPIES

01/05/07   Duplicating/Printing/Scanning                     2.30
           ATTY # 0559: 23 COPIES

01/05/07   Duplicating/Printing/Scanning                     2.00
           ATTY # 0559: 20 COPIES

01/05/07   Duplicating/Printing/Scanning                     2.00
           ATTY # 0559: 20 COPIES

01/05/07   Duplicating/Printing/Scanning                     2.00
           ATTY # 0559: 20 COPIES

172573 W. R. Grace & Co.                          Invoice Number   1506207
 60033  Claim Analysis Objection Resolution &     Page    6
        Estimation (Asbestos)
        February 28, 2007


01/05/07    Duplicating/Printing/Scanning                    2.00
            ATTY # 0559: 20 COPIES

01/05/07    Duplicating/Printing/Scanning                     .80
            ATTY # 0559: 8 COPIES

01/05/07    Duplicating/Printing/Scanning                    4.20
            ATTY # 0559: 42 COPIES

01/05/07    Duplicating/Printing/Scanning                    1.90
            ATTY # 0559: 19 COPIES

01/05/07    Duplicating/Printing/Scanning                    1.90
            ATTY # 0559: 19 COPIES

01/05/07    Duplicating/Printing/Scanning                    1.90
            ATTY # 0559: 19 COPIES

01/05/07    Meal Expense Eadie's Catering  - Lunch for 10   146.57
            attorneys during preparation for omnibus
            hearing on 12/18/2006.

01/08/07    Duplicating/Printing/Scanning                     .10
            ATTY # 3928: 1 COPIES

01/08/07    Duplicating/Printing/Scanning                    1.30
            ATTY # 1398: 13 COPIES

01/08/07    Duplicating/Printing/Scanning                    1.30
            ATTY # 1398: 13 COPIES

01/08/07    Duplicating/Printing/Scanning                     .20
            ATTY # 3928: 2 COPIES

01/08/07    Duplicating/Printing/Scanning                     .40
            ATTY # 3928: 4 COPIES

01/08/07    Duplicating/Printing/Scanning                    1.70
            ATTY # 0559: 17 COPIES

01/08/07    Duplicating/Printing/Scanning                    1.80
            ATTY # 0559: 18 COPIES

01/08/07    Secretarial Overtime: W.R. Grace - Secretarial 105.00
            assistance with revisions - relating to
            preparations of motions.

01/08/07    Duplicating/Printing/Scanning                     .20
            ATTY # 0349; 2 COPIES

172573  W. R. Grace & Co.                              Invoice Number   1506207
60033   Claim Analysis Objection Resolution &         Page    7
        Estimation (Asbestos)
        February 28, 2007


01/08/07    Duplicating/Printing/Scanning                          1.80
            ATTY # 3928; 18 COPIES

01/08/07    Duplicating/Printing/Scanning                           .60
            ATTY # 4810; 6 COPIES

01/09/07    Telephone Expense                                       .15
            512-476-4394/AUSTIN, TX/4

01/09/07    Duplicating/Printing/Scanning                           .20
            ATTY # 0559: 2 COPIES

01/09/07    Duplicating/Printing/Scanning                          1.80
            ATTY # 0559: 18 COPIES

01/09/07    Duplicating/Printing/Scanning                          1.80
            ATTY # 0559: 18 COPIES

01/09/07    Duplicating/Printing/Scanning                           .10
            ATTY # 7015: 1 COPIES

01/09/07    Duplicating/Printing/Scanning                          3.50
            ATTY # 0710; 35 COPIES

01/09/07    Duplicating/Printing/Scanning                         13.60
            ATTY # 0349; 136 COPIES

01/09/07    Duplicating/Printing/Scanning                         58.30
            ATTY # 3928; 583 COPIES

01/09/07    Duplicating/Printing/Scanning                          8.10
            ATTY # 4810; 81 COPIES

01/09/07    Duplicating/Printing/Scanning                          7.30
            ATTY # 3928; 73 COPIES

01/10/07    Telephone Expense                                       .25
            512-476-4394/AUSTIN, TX/6

01/10/07    Duplicating/Printing/Scanning                          1.00
            ATTY # 0349: 10 COPIES

01/10/07    Duplicating/Printing/Scanning                           .10
            ATTY # 0349: 1 COPIES

01/10/07    Duplicating/Printing/Scanning                           .10
            ATTY # 0349: 1 COPIES

01/10/07    Duplicating/Printing/Scanning                           .10
            ATTY # 0349: 1 COPIES

172573 W. R. Grace & Co.                              Invoice Number  1506207
60033  Claim Analysis Objection Resolution &         Page   8
       Estimation (Asbestos)
       February 28, 2007


01/10/07    Duplicating/Printing/Scanning                    .40
            ATTY # 0349; 4 COPIES

01/10/07    Duplicating/Printing/Scanning                   8.30
            ATTY # 0559; 83 COPIES

01/10/07    Postage Expense                                 1.83

01/11/07    Telephone Expense                                .20
            858-454-5456/LA JOLLA, CA/4

01/11/07    Duplicating/Printing/Scanning                   1.00
            ATTY # 0349: 10 COPIES

01/11/07    Duplicating/Printing/Scanning                    .90
            ATTY # 0349: 9 COPIES

01/11/07    Duplicating/Printing/Scanning                    .90
            ATTY # 0349: 9 COPIES

01/11/07    Duplicating/Printing/Scanning                    .90
            ATTY # 0349: 9 COPIES

01/11/07    Duplicating/Printing/Scanning                    .90
            ATTY # 0349: 9 COPIES

01/11/07    Duplicating/Printing/Scanning                    .90
            ATTY # 0349: 9 COPIES

01/11/07    Duplicating/Printing/Scanning                    .30
            ATTY # 3928: 3 COPIES

01/11/07    Duplicating/Printing/Scanning                    .30
            ATTY # 3928: 3 COPIES

01/12/07    Duplicating/Printing/Scanning                    .30
            ATTY # 3928: 3 COPIES

01/12/07    Duplicating/Printing/Scanning                    .30
            ATTY # 3928: 3 COPIES

01/12/07    Duplicating/Printing/Scanning                    .60
            ATTY # : 6 COPIES

01/12/07    Duplicating/Printing/Scanning                1210.80
            ATTY # 1398; 12108 COPIES

01/12/07    Duplicating/Printing/Scanning                 334.50
            ATTY # 1398; 3345 COPIES

172573 W. R. Grace & Co.                          Invoice Number   1506207
60033  Claim Analysis Objection Resolution &      Page    9
       Estimation (Asbestos)
       February 28, 2007


01/12/07   Duplicating/Printing/Scanning                    444.10
           ATTY # 1398; 4441 COPIES

01/12/07   Duplicating/Printing/Scanning                      7.30
           ATTY # 3928; 73 COPIES

01/15/07   Duplicating/Printing/Scanning                      1.50
           ATTY # 0559; 15 COPIES

01/16/07   Duplicating/Printing/Scanning                   1215.50
           ATTY # 1398; 12155 COPIES

01/16/07   Duplicating/Printing/Scanning                      9.10
           ATTY # 0396; 91 COPIES

01/16/07   Duplicating/Printing/Scanning                      1.20
           ATTY # 0396; 12 COPIES

01/16/07   Duplicating/Printing/Scanning                     11.10
           ATTY # 0396; 111 COPIES

01/16/07   Duplicating/Printing/Scanning                      1.40
           ATTY # 3928; 14 COPIES

01/16/07   Duplicating/Printing/Scanning                       .90
           ATTY # 0559; 9 COPIES

01/16/07   Courier Service - UPS Shipped from Lawrence       21.32
           Flatley, Reed Smith LLP - Pittsburgh to Richard
           A. Senftleben W.R. Grace & Co. (BOCA RATON FL
           33487).

01/16/07   Duplicating/Printing/Scanning                       .60
           ATTY # 3928: 6 COPIES

01/16/07   Duplicating/Printing/Scanning                       .30
           ATTY # 3928: 3 COPIES

01/16/07   Duplicating/Printing/Scanning                       .30
           ATTY # 3928: 3 COPIES

01/16/07   Duplicating/Printing/Scanning                       .30
           ATTY # 3928: 3 COPIES

01/16/07   Duplicating/Printing/Scanning                       .90
           ATTY # 3928: 9 COPIES

01/16/07   Duplicating/Printing/Scanning                       .30
           ATTY # 3928: 3 COPIES

172573 W. R. Grace & Co.                          Invoice Number  1506207
60033  Claim Analysis Objection Resolution &      Page  10
       Estimation (Asbestos)
       February 28, 2007


01/17/07    Westlaw -Research relating to summary judgment        171.69
            motions.

01/17/07    Duplicating/Printing/Scanning                         149.10
            ATTY # 3928; 1491 COPIES

01/17/07    Duplicating/Printing/Scanning                            .30
            ATTY # 0396; 3 COPIES

01/17/07    Duplicating/Printing/Scanning                           2.20
            ATTY # 0349; 22 COPIES

01/17/07    Duplicating/Printing/Scanning                            .10
            ATTY # 3928: 1 COPIES

01/17/07    Duplicating/Printing/Scanning                            .10
            ATTY # 3928: 1 COPIES

01/17/07    Duplicating/Printing/Scanning                            .20
            ATTY # 3928: 2 COPIES

01/17/07    Duplicating/Printing/Scanning                            .10
            ATTY # 3928: 1 COPIES

01/17/07    Duplicating/Printing/Scanning                            .20
            ATTY # 0349: 2 COPIES

01/17/07    Duplicating/Printing/Scanning                            .10
            ATTY # 0349: 1 COPIES

01/17/07    Duplicating/Printing/Scanning                            .10
            ATTY # 0396: 1 COPIES

01/17/07    Duplicating/Printing/Scanning                            .10
            ATTY # 0396: 1 COPIES

01/17/07    Duplicating/Printing/Scanning                            .10
            ATTY # 3928: 1 COPIES

01/17/07    Duplicating/Printing/Scanning                            .10
            ATTY # 3928: 1 COPIES

01/17/07    Duplicating/Printing/Scanning                            .10
            ATTY # 3928: 1 COPIES

01/17/07    Duplicating/Printing/Scanning                            .20
            ATTY # 3928: 2 COPIES

01/17/07    Duplicating/Printing/Scanning                            .10
            ATTY # 3928: 1 COPIES

172573  W. R. Grace & Co.                                    Invoice Number   1506207
60033  Claim Analysis Objection Resolution &              Page   11
       Estimation (Asbestos)
       February 28, 2007


01/17/07    Duplicating/Printing/Scanning                            .10
            ATTY # 0349: 1 COPIES

01/17/07    Postage Expense                                          .63

01/18/07    Taxi Expense-   YELLOW CAB CO. TAKEN ON 12/13/06       38.79

01/18/07    Telephone Expense                                       1.05
            305-350-2403/MIAMI, FL/22

01/18/07    Duplicating/Printing/Scanning                          50.70
            ATTY # 3928; 507 COPIES

01/18/07    Duplicating/Printing/Scanning                           1.00
            ATTY # 3928; 10 COPIES

01/18/07    Courier Service - UPS Shipped from Rebecca             19.58
            Aten, Reed Smith LLP - Pittsburgh to Richard A.
            Senftleben W. R. Grace & Co. (BOCA RATON FL
            33487).

01/18/07    Duplicating/Printing/Scanning                           .10
            ATTY # 3928: 1 COPIES

01/18/07    Duplicating/Printing/Scanning                           .10
            ATTY # 3928: 1 COPIES

01/18/07    Duplicating/Printing/Scanning                           .10
            ATTY # 3928: 1 COPIES

01/18/07    Duplicating/Printing/Scanning                           .20
            ATTY # 3928: 2 COPIES

01/18/07    Duplicating/Printing/Scanning                           .10
            ATTY # 3928: 1 COPIES

01/18/07    Duplicating/Printing/Scanning                           .10
            ATTY # 3928: 1 COPIES

01/18/07    Duplicating/Printing/Scanning                           .20
            ATTY # 3928: 2 COPIES

01/18/07    Duplicating/Printing/Scanning                           .20
            ATTY # 3928: 2 COPIES

01/18/07    Duplicating/Printing/Scanning                           .20
            ATTY # 3928: 2 COPIES

01/18/07    Duplicating/Printing/Scanning                           .40
            ATTY # 0349: 4 COPIES

172573 W. R. Grace & Co.                                    Invoice Number   1506207
60033  Claim Analysis Objection Resolution &               Page   12
       Estimation (Asbestos)
       February 28, 2007


01/18/07    Duplicating/Printing/Scanning                              .20
            ATTY # 0349: 2 COPIES

01/18/07    Duplicating/Printing/Scanning                              .20
            ATTY # 0349: 2 COPIES

01/18/07    Duplicating/Printing/Scanning                              .10
            ATTY # 3928: 1 COPIES

01/18/07    Duplicating/Printing/Scanning                              .10
            ATTY # 3928: 1 COPIES

01/18/07    Duplicating/Printing/Scanning                              .10
            ATTY # 3928: 1 COPIES

01/18/07    Duplicating/Printing/Scanning                              .10
            ATTY # 3928: 1 COPIES

01/18/07    Duplicating/Printing/Scanning                              .20
            ATTY # 3928: 2 COPIES

01/19/07    Court Reporter Expense - - VENDOR:                      554.45
            ATKINSON-BAKER, INC.-DEPOSITION TRANSCRIPT OF
            ROGER MORSE

01/19/07    Duplicating/Printing/Scanning                              .40
            ATTY # 3928; 4 COPIES

01/19/07    Duplicating/Printing/Scanning                             2.40
            ATTY # 4810; 24 COPIES

01/19/07    Duplicating/Printing/Scanning                              .40
            ATTY # 3928; 4 COPIES

01/19/07    Duplicating/Printing/Scanning                             1.00
            ATTY # 3928; 10 COPIES

01/19/07    Duplicating/Printing/Scanning                              .20
            ATTY # 3928: 2 COPIES

01/19/07    Duplicating/Printing/Scanning                              .10
            ATTY # 3928: 1 COPIES

01/19/07    Duplicating/Printing/Scanning                              .20
            ATTY # 3928: 2 COPIES

01/19/07    Duplicating/Printing/Scanning                              .20
            ATTY # 3928: 2 COPIES

01/19/07    Duplicating/Printing/Scanning                              .20
            ATTY # 3928: 2 COPIES

172573 W. R. Grace & Co.                              Invoice Number  1506207
60033  Claim Analysis Objection Resolution &         Page  13
       Estimation (Asbestos)
       February 28, 2007


01/19/07    Duplicating/Printing/Scanning                        .60
            ATTY # 0349: 6 COPIES

01/19/07    Duplicating/Printing/Scanning                        .60
            ATTY # 0349: 6 COPIES

01/19/07    Duplicating/Printing/Scanning                       1.20
            ATTY # 0349: 12 COPIES

01/19/07    Duplicating/Printing/Scanning                        .60
            ATTY # 0349: 6 COPIES

01/19/07    Duplicating/Printing/Scanning                        .90
            ATTY # 0349: 9 COPIES

01/19/07    Duplicating/Printing/Scanning                       1.00
            ATTY # 0349: 10 COPIES

01/19/07    Duplicating/Printing/Scanning                       1.00
            ATTY # 0349: 10 COPIES

01/19/07    Duplicating/Printing/Scanning                        .10
            ATTY # 3928: 1 COPIES

01/19/07    Duplicating/Printing/Scanning                        .10
            ATTY # 3928: 1 COPIES

01/19/07    Duplicating/Printing/Scanning                        .10
            ATTY # 3928: 1 COPIES

01/19/07    Duplicating/Printing/Scanning                        .10
            ATTY # 3928: 1 COPIES

01/19/07    Duplicating/Printing/Scanning                        .10
            ATTY # 3928: 1 COPIES

01/19/07    Duplicating/Printing/Scanning                        .10
            ATTY # 3928: 1 COPIES

01/19/07    Duplicating/Printing/Scanning                        .10
            ATTY # 3928: 1 COPIES

01/19/07    Duplicating/Printing/Scanning                        .10
            ATTY # 3928: 1 COPIES

01/19/07    Duplicating/Printing/Scanning                        .10
            ATTY # 3928: 1 COPIES

01/21/07    Duplicating/Printing/Scanning                        .40
            ATTY # 3928: 4 COPIES

172573 W. R. Grace & Co.                          Invoice Number  1506207
60033  Claim Analysis Objection Resolution &      Page 14
       Estimation (Asbestos)
       February 28, 2007


| | | |
|---|---|---:|
| 01/22/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 8 COPIES | .80 |
| 01/22/07 | Duplicating/Printing/Scanning<br>ATTY # 0559; 32 COPIES | 3.20 |
| 01/22/07 | Duplicating/Printing/Scanning<br>ATTY # 3928; 7 COPIES | .70 |
| 01/22/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 3 COPIES | .30 |
| 01/22/07 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1889 COPIES | 188.90 |
| 01/22/07 | Duplicating/Printing/Scanning<br>ATTY # 3928; 66 COPIES | 6.60 |
| 01/22/07 | Duplicating/Printing/Scanning<br>ATTY # 3928; 508 COPIES | 50.80 |
| 01/22/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 2 COPIES | .20 |
| 01/22/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 2 COPIES | .20 |
| 01/22/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 2 COPIES | .20 |
| 01/22/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 3 COPIES | .30 |
| 01/22/07 | Duplicating/Printing/Scanning<br>ATTY # 3928: 56 COPIES | 5.60 |
| 01/22/07 | Postage Expense | .39 |
| 01/22/07 | Courier Service - UPS - Shipped from Rebecca<br>Aten, Reed Smith LLP - Pittsburgh to  William<br>G. Hughson, M.D., (SAN DIEGO CA 92103) | 22.85 |
| 01/23/07 | Outside Duplicating - - VENDOR: IKON OFFICE<br>SOLUTIONS, INC., Copying of materials for<br>document production. | 84.74 |
| 01/23/07 | Document Charges  - - Document retrieval change<br>for document from NATIONAL RESEARCH COUNCIL<br>CANADA . | 344.00 |

172573  W. R. Grace & Co.                              Invoice Number  1506207
60033  Claim Analysis Objection Resolution &          Page  15
        Estimation (Asbestos)
        February 28, 2007


01/23/07    Duplicating/Printing/Scanning                      54.00
            ATTY # 3928; 540 COPIES

01/24/07    Duplicating/Printing/Scanning                      38.80
            ATTY # 0559; 388 COPIES

01/24/07    Duplicating/Printing/Scanning                        .30
            ATTY # 3928: 3 COPIES

01/24/07    Telephone Expense                                    .10
            302-594-3100/WILMINGTON, DE/2

01/24/07    Telephone Expense                                    .25
            302-594-3255/WILMINGTON, DE/5

01/24/07    Courier Service - UPS Shipped from Douglas         10.45
            Cameron Reed Smith LLP - Pittsburgh to  RJ Lee
            Group, Inc. (MONROEVILLE PA 15146)

01/25/07    Duplicating/Printing/Scanning                       2.70
            ATTY # 3928; 27 COPIES

01/25/07    Duplicating/Printing/Scanning                        .50
            ATTY # 4810; 5 COPIES

01/25/07    Duplicating/Printing/Scanning                      33.30
            ATTY # 3928; 333 COPIES

01/25/07    Duplicating/Printing/Scanning                      10.40
            ATTY # 3928; 104 COPIES

01/25/07    Duplicating/Printing/Scanning                        .20
            ATTY # 0349; 2 COPIES

01/25/07    Duplicating/Printing/Scanning                        .50
            ATTY # 0349; 5 COPIES

01/25/07    Duplicating/Printing/Scanning                       1.00
            ATTY # 3928; 10 COPIES

01/25/07    Duplicating/Printing/Scanning                       2.10
            ATTY # 3928; 21 COPIES

01/25/07    Duplicating/Printing/Scanning                        .10
            ATTY # 3928: 1 COPIES

01/25/07    Duplicating/Printing/Scanning                        .10
            ATTY # 3928: 1 COPIES

01/25/07    Duplicating/Printing/Scanning                        .40
            ATTY # 0349: 4 COPIES

172573 W. R. Grace & Co.                          Invoice Number   1506207
60033  Claim Analysis Objection Resolution &      Page   16
       Estimation (Asbestos)
       February 28, 2007


01/25/07   Duplicating/Printing/Scanning                      .10
           ATTY # 0349: 1 COPIES

01/25/07   Duplicating/Printing/Scanning                      .10
           ATTY # 0349: 1 COPIES

01/25/07   Duplicating/Printing/Scanning                      .10
           ATTY # 0349: 1 COPIES

01/25/07   Duplicating/Printing/Scanning                      .10
           ATTY # 0349: 1 COPIES

01/25/07   Duplicating/Printing/Scanning                      .20
           ATTY # 3928: 2 COPIES

01/25/07   Duplicating/Printing/Scanning                      .10
           ATTY # 3928: 1 COPIES

01/25/07   Duplicating/Printing/Scanning                      .90
           ATTY # 0349: 9 COPIES

01/25/07   Duplicating/Printing/Scanning                      .90
           ATTY # 0349: 9 COPIES

01/26/07   Duplicating/Printing/Scanning                     5.50
           ATTY # 4810; 55 COPIES

01/26/07   Duplicating/Printing/Scanning                     3.80
           ATTY # 3928; 38 COPIES

01/26/07   Duplicating/Printing/Scanning                      .80
           ATTY # 3928; 8 COPIES

01/26/07   Duplicating/Printing/Scanning                      .10
           ATTY # 3928: 1 COPIES

01/26/07   Duplicating/Printing/Scanning                      .20
           ATTY # 3928: 2 COPIES

01/26/07   Duplicating/Printing/Scanning                      .10
           ATTY # 0349: 1 COPIES

01/26/07   Duplicating/Printing/Scanning                      .30
           ATTY # 0349: 3 COPIES

01/26/07   Duplicating/Printing/Scanning                      .30
           ATTY # 0349: 3 COPIES

01/26/07   Duplicating/Printing/Scanning                      .60
           ATTY # 0349: 6 COPIES

172573 W. R. Grace & Co.                          Invoice Number   1506207
60033  Claim Analysis Objection Resolution &      Page   17
       Estimation (Asbestos)
       February 28, 2007


01/26/07    Duplicating/Printing/Scanning                      2.30
            ATTY # 0349: 23 COPIES

01/26/07    Duplicating/Printing/Scanning                       .10
            ATTY # 0349: 1 COPIES

01/26/07    Duplicating/Printing/Scanning                       .10
            ATTY # 0349: 1 COPIES

01/26/07    Duplicating/Printing/Scanning                      2.30
            ATTY # 0349: 23 COPIES

01/26/07    Duplicating/Printing/Scanning                       .10
            ATTY # 0349: 1 COPIES

01/26/07    Duplicating/Printing/Scanning                       .50
            ATTY # 0559: 5 COPIES

01/26/07    Duplicating/Printing/Scanning                      1.00
            ATTY # 0559: 10 COPIES

01/26/07    Duplicating/Printing/Scanning                       .50
            ATTY # 0349: 5 COPIES

01/26/07    Duplicating/Printing/Scanning                       .50
            ATTY # 0349: 5 COPIES

01/26/07    Duplicating/Printing/Scanning                       .50
            ATTY # 0349: 5 COPIES

01/26/07    Duplicating/Printing/Scanning                       .50
            ATTY # 0349: 5 COPIES

01/26/07    Duplicating/Printing/Scanning                       .50
            ATTY # 0349: 5 COPIES

01/26/07    Duplicating/Printing/Scanning                       .10
            ATTY # 0396: 1 COPIES

01/26/07    Duplicating/Printing/Scanning                       .10
            ATTY # 0349: 1 COPIES

01/26/07    Duplicating/Printing/Scanning                       .10
            ATTY # 0349: 1 COPIES

01/26/07    Duplicating/Printing/Scanning                       .10
            ATTY # 0349: 1 COPIES

01/26/07    Duplicating/Printing/Scanning                       .10
            ATTY # 3928: 1 COPIES

172573 W. R. Grace & Co.                          Invoice Number   1506207
 60033  Claim Analysis Objection Resolution &      Page  18
        Estimation (Asbestos)
        February 28, 2007


01/26/07    Duplicating/Printing/Scanning                      .10
            ATTY # 3928: 1 COPIES

01/26/07    Duplicating/Printing/Scanning                      .20
            ATTY # 3928: 2 COPIES

01/26/07    Duplicating/Printing/Scanning                      .90
            ATTY # 0349: 9 COPIES

01/26/07    Duplicating/Printing/Scanning                      .90
            ATTY # 0349: 9 COPIES

01/26/07    Duplicating/Printing/Scanning                      .10
            ATTY # 0349: 1 COPIES

01/26/07    Westlaw -Research relating to summary judgment    19.25
            motions.

01/26/07    Telephone Expense                                 .95
            561-362-1551/BOCA RATON, FL/20

01/26/07    Telephone - Outside Chorus Call Inv No: 0289295   60.78
            -  Conf call hosted by D. Cameron.

01/27/07    Duplicating/Printing/Scanning                     .50
            ATTY # 0559: 5 COPIES

01/28/07    Duplicating/Printing/Scanning                   11.80
            ATTY # 4810; 118 COPIES

01/28/07    Duplicating/Printing/Scanning                   12.30
            ATTY # 0559; 123 COPIES

01/28/07    Duplicating/Printing/Scanning                     .80
            ATTY # 0559; 8 COPIES

01/28/07    Duplicating/Printing/Scanning                     .60
            ATTY # 0559; 6 COPIES

01/28/07    Duplicating/Printing/Scanning                    2.00
            ATTY # 4810; 20 COPIES

01/28/07    Duplicating/Printing/Scanning                    7.00
            ATTY # 0559; 70 COPIES

01/28/07    Duplicating/Printing/Scanning                     .10
            ATTY # 4810; 1 COPIES

01/28/07    Duplicating/Printing/Scanning                   28.50
            ATTY # 0559; 285 COPIES

172573 W. R. Grace & Co.                          Invoice Number  1506207
60033  Claim Analysis Objection Resolution &       Page  19
       Estimation (Asbestos)
       February 28, 2007


| | | |
|---|---|---|
| 01/28/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPIES | .10 |
| 01/28/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 4 COPIES | .40 |
| 01/28/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 6 COPIES | .60 |
| 01/28/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 6 COPIES | .60 |
| 01/28/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | .70 |
| 01/28/07 | Duplicating/Printing/Scanning<br>ATTY # 0559: 7 COPIES | .70 |
| 01/29/07 | Automobile  Rental - -  AVIS RENT A CAR SYSTEM,<br>INC. RENTED ON 01/09/07 AT SAN DIEGO AIRPORT | 267.05 |
| 01/29/07 | Courier Service -   FEDEX-PKG. FROM W. HUGHSON,<br>LAJOLLA, CA. | 24.25 |
| 01/29/07 | Meal Expense - -  LAWRENCE E. FLATLEY TRIP TO<br>SAN DIEGO, CA 1/7-1/8/07--TWO DINNERS, AND TWO<br>LUNCHES. | 100.50 |
| 01/29/07 | Lodging - - VENDOR: LAWRENCE E. FLATLEY TRIP TO<br>SAN DIEGO, CA 1/7-1/8/07 | 396.16 |
| 01/29/07 | Air Travel Expense - -  LAWRENCE E. FLATLEY<br>TRIP TO SAN DIEGO, CA 1/7-1/8/07 | 657.80 |
| 01/29/07 | Automobile  Rental - -  LAWRENCE E. FLATLEY<br>TRIP TO SAN DIEGO, CA 1/7-1/8/07 | 133.53 |
| 01/29/07 | Mileage Expense - -  LAWRENCE E. FLATLEY TRIP<br>TO SAN DIEGO, CA 1/7-1/8/07 | 29.10 |
| 01/29/07 | Parking/Tolls/Other Transportation - -<br>LAWRENCE E. FLATLEY TRIP TO SAN DIEGO, CA<br>1/7-1/8/07--Parking at airport. | 72.00 |
| 01/29/07 | Telephone - Outside - - VENDOR: LAWRENCE E.<br>FLATLEY TRIP TO SAN DIEGO, CA 1/7-1/8/07 | 11.25 |
| 01/29/07 | Telephone Expense<br>202-879-5969/WASHINGTON, DC/2 | .10 |

172573  W. R. Grace & Co.                                    Invoice Number   1506207
60033   Claim Analysis Objection Resolution &               Page  20
        Estimation (Asbestos)
        February 28, 2007


01/29/07   Duplicating/Printing/Scanning                           33.80
           ATTY # 0559; 338 COPIES

01/29/07   Duplicating/Printing/Scanning                           12.80
           ATTY # 0559; 128 COPIES

01/29/07   Duplicating/Printing/Scanning                             .80
           ATTY # 4810; 8 COPIES

01/29/07   Duplicating/Printing/Scanning                             .10
           ATTY # 0349: 1 COPIES

01/29/07   Duplicating/Printing/Scanning                             .10
           ATTY # 0349: 1 COPIES

01/29/07   Duplicating/Printing/Scanning                            2.30
           ATTY # 0349: 23 COPIES

01/29/07   Duplicating/Printing/Scanning                             .20
           ATTY # 0559: 2 COPIES

01/29/07   Duplicating/Printing/Scanning                             .90
           ATTY # 0349: 9 COPIES

01/29/07   Duplicating/Printing/Scanning                            2.30
           ATTY # 0349: 23 COPIES

01/29/07   Duplicating/Printing/Scanning                            2.30
           ATTY # 0349: 23 COPIES

01/29/07   Duplicating/Printing/Scanning                             .20
           ATTY # 0349: 2 COPIES

01/29/07   Duplicating/Printing/Scanning                             .20
           ATTY # 0349: 2 COPIES

01/29/07   Duplicating/Printing/Scanning                            2.30
           ATTY # 0349: 23 COPIES

01/29/07   Duplicating/Printing/Scanning                            2.00
           ATTY # 5120: 20 COPIES

01/29/07   Duplicating/Printing/Scanning                             .80
           ATTY # 0559: 8 COPIES

01/29/07   Duplicating/Printing/Scanning                            1.60
           ATTY # 0559: 16 COPIES

01/29/07   Duplicating/Printing/Scanning                            1.60
           ATTY # 0559: 16 COPIES

172573 W. R. Grace & Co.                           Invoice Number  1506207
60033  Claim Analysis Objection Resolution &       Page  21
       Estimation (Asbestos)
       February 28, 2007


01/29/07   Duplicating/Printing/Scanning                      .80
           ATTY # 0559: 8 COPIES

01/29/07   Duplicating/Printing/Scanning                      .80
           ATTY # 0559: 8 COPIES

01/29/07   Duplicating/Printing/Scanning                      .30
           ATTY # 3928: 3 COPIES

01/29/07   Duplicating/Printing/Scanning                      .20
           ATTY # : 2 COPIES

01/30/07   Telephone Expense                                  .10
           302-652-5340/WILMINGTON, DE/2

01/30/07   Telephone Expense                                  .55
           312-861-2359/CHICAGO, IL/11

01/30/07   Telephone Expense                                 1.10
           561-362-1551/BOCA RATON, FL/22

01/30/07   Telephone Expense                                  .80
           202-879-5177/WASHINGTON, DC/16

01/30/07   Duplicating/Printing/Scanning                    28.80
           ATTY # 3928; 288 COPIES

01/30/07   Duplicating/Printing/Scanning                      .50
           ATTY # 0349: 5 COPIES

01/30/07   Duplicating/Printing/Scanning                      .50
           ATTY # 0349: 5 COPIES

01/30/07   Duplicating/Printing/Scanning                      .70
           ATTY # 0349: 7 COPIES

01/30/07   Duplicating/Printing/Scanning                      .20
           ATTY # 3928: 2 COPIES

01/30/07   Duplicating/Printing/Scanning                      .10
           ATTY # 3928: 1 COPIES

01/30/07   Duplicating/Printing/Scanning                     2.30
           ATTY # 0349: 23 COPIES

01/30/07   Duplicating/Printing/Scanning                      .40
           ATTY # 0349: 4 COPIES

01/30/07   Duplicating/Printing/Scanning                      .10
           ATTY # 3928: 1 COPIES

172573  W. R. Grace & Co.                          Invoice Number  1506207
60033   Claim Analysis Objection Resolution &      Page  22
        Estimation (Asbestos)
        February 28, 2007


01/30/07    Duplicating/Printing/Scanning                      .90
            ATTY # 0349: 9 COPIES

01/30/07    Duplicating/Printing/Scanning                     2.30
            ATTY # 0349: 23 COPIES

01/30/07    Duplicating/Printing/Scanning                      .30
            ATTY # 0559: 3 COPIES

01/30/07    Duplicating/Printing/Scanning                      .30
            ATTY # 0559: 3 COPIES

01/31/07    Mileage Expense - -  TERESA A. MARTIN TRAVEL      29.10
            NECESSARY FOR PRINTING DOCUMENTS, PUTTING THEM
            INTO BINDERS, REVISIONS FOR D. CAMERON 1/28/07

01/31/07    Parking/Tolls/Other Transportation - - TERESA      5.00
            A. MARTIN TRAVEL NECESSARY FOR SECRETARIAL
            OVERTIME WORK RE: PRINTING DOCUMENTS, PUTTING
            THEM INTO BINDERS, REVISIONS FOR D. CAMERON
            (1/28/07).

01/31/07    Meal Expense - - VENDOR: DOUGLAS E. CAMERON       36.59
            TRIP TO DELAWARE FOR OMNIBUS HEARING 01/22/07,
            01/23/07-ONE BREAKFAST, ONE LUNCH, AND ONE
            DINNER.

01/31/07    Lodging - - VENDOR: DOUGLAS E. CAMERON TRIP TO   295.90
            DELAWARE FOR OMNIBUS HEARING 01/23/07

01/31/07    Air Travel Expense - -  DOUGLAS E. CAMERON TRIP  346.80
            TO DELAWARE FOR OMNIBUS HEARING 01/23/07

01/31/07    Taxi Expense - -  DOUGLAS E. CAMERON TRIP TO     103.00
            DELAWARE FOR OMNIBUS HEARING 01/22/07,
            01/23/07--DRIVE TO/FROM PHI AIRPORT TO HOTEL/
            COURTHOUSE IN WILMINGTON DE.

01/31/07    Telephone Expense                                  .15
            202-220-2588/WASHINGTON, DC/3

01/31/07    Document Charges - - VENDOR: INFORM RESEARCH     20.70
            SERVICES - - DOCUMENT RETRIEVAL - J. SPENCER

01/31/07    Duplicating/Printing/Scanning                     5.10
            ATTY # 3928; 51 COPIES

01/31/07    Duplicating/Printing/Scanning                   174.60
            ATTY # 4722; 1746 COPIES

172573 W. R. Grace & Co.                        Invoice Number  1506207
60033  Claim Analysis Objection Resolution &    Page  23
       Estimation (Asbestos)
       February 28, 2007


01/31/07   Duplicating/Printing/Scanning                    1.70
           ATTY # 0349; 17 COPIES

01/31/07   Duplicating/Printing/Scanning                   17.00
           ATTY # 0559; 170 COPIES

01/31/07   Duplicating/Printing/Scanning                    3.80
           ATTY # 3928; 38 COPIES

01/31/07   Duplicating/Printing/Scanning                    2.50
           ATTY # 3928; 25 COPIES

01/31/07   Duplicating/Printing/Scanning                    2.00
           ATTY # 3928; 20 COPIES

01/31/07   Duplicating/Printing/Scanning                   19.10
           ATTY # 3928; 191 COPIES

01/31/07   Duplicating/Printing/Scanning                   73.80
           ATTY # 4722; 738 COPIES

01/31/07   Duplicating/Printing/Scanning                   10.60
           ATTY # 3928; 106 COPIES

01/31/07   Duplicating/Printing/Scanning                     .70
           ATTY # 0349: 7 COPIES

01/31/07   Duplicating/Printing/Scanning                     .70
           ATTY # 0349: 7 COPIES

01/31/07   Duplicating/Printing/Scanning                     .70
           ATTY # 0349: 7 COPIES

01/31/07   Duplicating/Printing/Scanning                     .80
           ATTY # 3928: 8 COPIES

01/31/07   Duplicating/Printing/Scanning                    3.70
           ATTY # 0559: 37 COPIES

01/31/07   Duplicating/Printing/Scanning                     .60
           ATTY # 0559: 6 COPIES

01/31/07   Duplicating/Printing/Scanning                     .30
           ATTY # 0559: 3 COPIES

01/31/07   Duplicating/Printing/Scanning                     .20
           ATTY # 0559: 2 COPIES

01/31/07   Duplicating/Printing/Scanning                     .40
           ATTY # 0349: 4 COPIES

172573  W. R. Grace & Co.
60033   Claim Analysis Objection Resolution &
        Estimation (Asbestos)
        February 28, 2007

Invoice Number  1506207
Page  24

| 01/31/07 | Duplicating/Printing/Scanning ATTY # 0349: 4 COPIES | .40 |
|---|---|---|
| 01/31/07 | Duplicating/Printing/Scanning ATTY # 0349: 2 COPIES | .20 |
| 01/31/07 | Duplicating/Printing/Scanning ATTY # 0349: 4 COPIES | .40 |
| 01/31/07 | Duplicating/Printing/Scanning ATTY # 3928: 6 COPIES | .60 |
| 01/31/07 | Duplicating/Printing/Scanning ATTY # 3928: 2 COPIES | .20 |
| 01/31/07 | Duplicating/Printing/Scanning ATTY # 3928: 1 COPIES | .10 |
| 01/31/07 | Duplicating/Printing/Scanning ATTY # 0559: 7 COPIES | .70 |
| 01/31/07 | Duplicating/Printing/Scanning ATTY # 0559: 3 COPIES | .30 |
| 01/31/07 | Duplicating/Printing/Scanning ATTY # 0559: 3 COPIES | .30 |

CURRENT EXPENSES                8,999.56
                              ------------
TOTAL BALANCE DUE UPON RECEIPT   $8,999.56
                              ============