# Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1275
Dallas, TX  75201
Tax Id# 01-0584406

---

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

January 10, 2007

In Reference To:          Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #        10700

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/3/2006 | SLB | begin review of expenses and draft of 20th Interim initial report - K&E (4.8) | 4.80 | 648.00 |
| | MSH | Update database with Reed Smith May 2006 app, and Ferry May 2006 app | 0.10 | 4.00 |
| 7/5/2006 | JAW | draft summary of K&E February 2006 monthly invoice (3.00) | 3.00 | 405.00 |
| 7/6/2006 | MSH | Update database with Kramer May 2006 | 0.10 | 4.00 |
| | JAW | detailed review of K&E March 2006 monthly invoice (7.2) | 7.20 | 972.00 |
| | JAW | draft summary of K&E February 2006 monthly invoice (2.9) | 2.90 | 391.50 |
| 7/7/2006 | MSH | Update database with Tersigni May 2006 app., and Caplin May 2006 app. | 0.10 | 4.00 |
| | MSH | Update database with Anderson May 2006 app., and Stroock May 2006 app. | 0.10 | 4.00 |
| | JAW | detailed review of K&E March 2006 monthly invoice (10.1) | 10.10 | 1,363.50 |

W.R. Grace & Co.                                                                                                    Page    2

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/8/2006 | JAW | detailed review of K&E March 2006 monthly invoice (8.0) | 8.00 | 1,080.00 |
| 7/9/2006 | JAW | draft summary of K&E March 2006 monthly invoice (4.30) | 4.30 | 580.50 |
| 7/10/2006 | SLB | begin review of expenses and draft of 20th Interim initial report - K&E (2.6) | 2.60 | 351.00 |
| | MSH | Update database with Stroock May 2006 app/e-detail | 0.10 | 4.00 |
| | MSH | Update database with Woodcock April 2006 app. | 0.10 | 4.00 |
| 7/11/2006 | SLB | draft of 20th Interim initial report - K&E (3.0) | 3.00 | 405.00 |
| | MSH | Update database with Tersigni May 2006 app/e-detail, and Anderson May 2006 app/e-detail | 0.10 | 4.00 |
| | MSH | Update database with Campbell May 2006 app/e-detail, and Caplin May 2006 e-detail | 0.10 | 4.00 |
| | MSH | Update database with Kramer May 2006 app/e-detail | 0.10 | 4.00 |
| | MSH | Update database with Nelson May 2006 app., and Pachulski May 2006 app. | 0.10 | 4.00 |
| | JBA | Update database with Orrick 5.06 e-detail pdf | 0.10 | 4.00 |
| 7/12/2006 | MSH | Update database with Orrick May 2006 app. and Austern May 2006 app. | 0.10 | 4.00 |
| | SLB | draft e-mail to J. Baer @ K&E re 20th Interim app. (.2) | 0.20 | 27.00 |
| | SLB | continue draft of 20th Interim initial report - K&E (2.8) | 2.80 | 378.00 |

W.R. Grace & Co.                                                                                                    Page     3

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/12/2006 | JBA | Update database with Hamilton 5.06 e-detail | 0.10 | 4.00 |
| 7/13/2006 | MSH | Update database with Woodcock May 2006 app. | 0.10 | 4.00 |
| | JBA | Update database with Towers 5.06 e-detail pdf | 0.10 | 4.00 |
| 7/17/2006 | MSH | Update database with Piper May 2006 app. | 0.10 | 4.00 |
| | SLB | draft of 20th Interim initial report - K&E (3.5) | 3.50 | 472.50 |
| | MSH | Update database with Hilsoft 10.1-11/30.06 app., and Hamilton May 2006 app. | 0.10 | 4.00 |
| | JAW | detailed review of Tersigni March 2006 monthly invoice (2.8); draft summary of same (0.3) | 3.10 | 418.50 |
| | JAW | detailed review of Bilzin March 2006 monthly invoice (3.1); draft summary of same (0.3) | 3.40 | 459.00 |
| 7/18/2006 | SLB | draft of 20th Interim initial report - K&E (2.4) | 2.40 | 324.00 |
| | WHS | receive and review agenda | 0.10 | 27.50 |
| 7/19/2006 | DTW | Review and revise K&E 20th initial report (.2). | 0.20 | 29.00 |
| | MSH | Prepare K&E 20th interim initial report for service (.1) | 0.10 | 4.00 |
| | MSH | Update database with Casner May 2006 app., and BMC February 2006 app. | 0.10 | 4.00 |
| | MSH | Update database with Steptoe 20th interim app. | 0.10 | 4.00 |

W.R. Grace & Co.                                                                                              Page      4

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/19/2006 | MSH | draft WHS June monthly invoice | 0.20 | 22.00 |
| | SLB | complete draft of 20th Interim initial report - K&E (3.6) | 3.60 | 486.00 |
| | SLB | draft e-mail to J. Oneil @ Pachulski re Blackstone fees for 19th and 20th Interims (.3) | 0.30 | 40.50 |
| 7/20/2006 | SLB | telephone conference with J. ONeil @ Pachulski re draft of supplemental order for Blackstone (.2) | 0.20 | 27.00 |
| | SLB | draft e-mail to J. Sakalo re 20th Interim app. (.2) | 0.20 | 27.00 |
| | SLB | complete review and draft of 20th Interim initial report - Bilzin (6.8) | 6.80 | 918.00 |
| | MSH | Update database with Pitney Harden March 2006 app. and Pitney Harden April 2006 app. | 0.10 | 4.00 |
| 7/21/2006 | JBA | Update database with PWC 4.06 e-detail | 0.10 | 4.00 |
| | SLB | draft e-mail to D. Collins @ Tersigni re 20th Interim initial report (.2) ; e-mail to J. Baer @ K&E re 20th Interim initial report and timing of response (.3) | 0.50 | 67.50 |
| | SLB | complete review and draft of 20th Interim initial report - Tersigni (5.7) ; begin draft of 20th Interim initial report - Caplin (1.4) | 7.10 | 958.50 |
| 7/24/2006 | MSH | Update database with Pitney 20th Interim app. | 0.10 | 4.00 |
| | JBA | Update database with Buchanan 6.06 e-detail | 0.10 | 4.00 |
| | SLB | complete draft of 20th Interim intitial report - Caplin (4.6) ; complete draft of 20th Interim initial report - Capstone (2.3) | 6.90 | 931.50 |
| | SLB | draft e-mails to Bilzin (.1), Caplin (.1), Capstone (.1)and Tersigni (.1) re responses to 20th Interim initial reports | 0.40 | 54.00 |

W.R. Grace & Co.                                                                                                    Page      5

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 7/25/2006 | JBA | Update database with Bilzin 5.06 e-detail | 0.10 | 4.00 |
| | SLB | complete draft of 20th Interim initial report - HRO (3.3) ; complete draft of 20th Interim final report - Hilsoft (1.8) ; begin draft of 20th Interim final report - Stroock (2.3) | 7.40 | 999.00 |
| 7/26/2006 | MSH | Update database with Buchanan June 2006 app. and Blackstone January 2006 app. (.1); same re: Blackstone February 2006 app. and Blackstone March 2006 app. (.1) | 0.20 | 8.00 |
| 7/27/2006 | MSH | Update database with Bilzin May 2006 app. | 0.10 | 4.00 |
| 7/28/2006 | MSH | Update database with Woodcock 20th Interim app. and Blackstone 20th Interim app. | 0.10 | 4.00 |
| | JBA | Update database with Capston 6.06 e-detail | 0.10 | 4.00 |
| 7/31/2006 | MSH | Update database with Capstone June 2006 app. | 0.10 | 4.00 |
| | SLB | complete review of app. and draft of 20th Interim final report - Protoviti (5.4) ; complete draft of 20th Interim final report - Stroock (1.8) | 7.20 | 972.00 |
| | JBA | Update database with Bilzin 6.06 e-detail, and Ferry Joseph 6.06 e-detail | 0.10 | 4.00 |
| | JBA | Update database with Orrick 6.06 e-detail | 0.10 | 4.00 |
| 8/1/2006 | SLB | complete draft of 20th Interim final report - Capstone (3.4) ; complete draft of 20th Interim final report - Reed Smith (2.8) | 6.20 | 837.00 |
| | MSH | Update database with Kirkland June 2006 app. and Ferry June 2006 app. (.1) same re: Bilzin June 2006 app. and Foley June 2006 app. (.1); and Orrick June 2006 app. (.1) | 0.30 | 12.00 |
| 8/2/2006 | JBA | Update database with Hamilton and Tersigni 6.06 e-detail | 0.10 | 4.00 |

W.R. Grace & Co.                                                                                        Page      6

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/2/2006 | DTW | Review and revise 20th interim initial reports for Bilzin, Caplin, Capstone, K&E, and Tersigni (.5). | 0.50 | 72.50 |
|  | JBA | Update database with Kramer 6.06 e-detail | 0.10 | 4.00 |
|  | JBA | Update database with Stroock 6.06 e-detail | 0.10 | 4.00 |
|  | MSH | Prepare Bilzin 20th Interim Initial Report for service (.1); same re: Caplin (.1); Capstone (.1), K&E (.1), and Tersigni (.1) | 0.50 | 20.00 |
|  | MSH | Update database with Stroock June 2006 app. and Buchanon June 2006 app for the Official Committee of Equity Holders | 0.10 | 4.00 |
| 8/3/2006 | SLB | complete draft of 20th Interim final report - HRO (1.7) | 1.70 | 229.50 |
|  | MSH | Update database with Pitney May 2006 app. and Baker January 2006 app. (.1); same re: Nelson June 2006 app. and Baker February 2006 app. (.1); Baker March 2006 app. and April 2006 app. (.1); Baker May 2006 app. and Baker June 2006 app. (.1); and Kramer June 2006 app. (.1) | 0.50 | 20.00 |
| 8/4/2006 | MSH | Update database with LAS May-June 2006 app. and Anderson June 2006 app. (.1); Caplin June 2006 app. and Campbell June 2006 app. (.1), Reed June 2006 app. and Pitney June 2006 app. (.1) | 0.30 | 12.00 |
|  | SLB | draft e-mail to J. Baer @ K&E regarding 20th Interim response (.2) | 0.20 | 27.00 |
|  | SLB | begin draft of 20th Interim final report - K&E (7.4) | 7.40 | 999.00 |
| 8/7/2006 | SLB | complete draft of 20th Interim final report - K&E (5.4) | 5.40 | 729.00 |
|  | MSH | Update database with Hamilton June 2006 app. | 0.10 | 4.00 |
|  | MSH | Update database with Tersigni June 2006 app. | 0.10 | 4.00 |

W.R. Grace & Co.

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 8/9/2006 | MSH | Update database with Baker 20th Interim app. and Baker 21st Interim app. | 0.10 | 4.00 |
| 8/10/2006 | SLB | complete review and draft of 20th Interim final report - Reed Smith (4.3) ; complete review and draft of 20th Interim final report - Swidler (2.9) | 7.20 | 972.00 |
| 8/11/2006 | SLB | complete review and draft of 20th Interim final report - RPWB (2.4) | 2.40 | 324.00 |
| 8/14/2006 | JBA | Update database with Foley 21st Interim app/e-detail | 0.10 | 4.00 |
| | MSH | Update database with Pitney 21st Interim app. and Duane Morris June 2006 app. | 0.10 | 4.00 |
| | WHS | receive and review agenda | 0.10 | 27.50 |
| 8/15/2006 | JBA | Update database with Ferry Joseph 21st Inteirm app/e-detail | 0.10 | 4.00 |
| | JBA | Update database with Duane Morris 21st Interim app/e-detail | 0.10 | 4.00 |
| | SLB | review of app. and draft of 20th Interim final report - Speights (2.2) | 2.20 | 297.00 |
| | MSH | draft 20th Interim spreadsheet | 1.50 | 60.00 |
| | MSH | Update database with Casner June 2006 app. and Woodcock June 2006 app. | 0.10 | 4.00 |
| | SLB | complete review of app. and draft of 20th Interim initial report - Baker Donelson (5.3) | 5.30 | 715.50 |
| | SLB | draft e-mail to F. Childress @ Baker Donelson re 20th Interim response (.2) | 0.20 | 27.00 |
| | SLB | telephone conference with F. Childress re 20th Interim Baker initial report (.1) | 0.10 | 13.50 |

W.R. Grace & Co.

Page    8

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/16/2006 | MSH | Update database with LAS 21st Interim app. and Anderson 21st Interim app. (.1); Campbell 21st Interim app. and Tersigni 21st Interim app. (.1); Caplin 21st Interim app. and Foley 21st Interim app. (.1) | 0.30 | 12.00 |
| | MSH | Update database with Duane Morris 21st Interim app. and Capstone 21st Interim app. | 0.10 | 4.00 |
| | JBA | Update database with Kramer 22nd Interim app/e-detail | 0.10 | 4.00 |
| | MSH | draft 20th Interim Project Catagory Spreadsheet | 1.20 | 48.00 |
| | SLB | review of app. and draft of 20th Interim final report - Scott Law (1.8) ; review of app. and draft of 20th Interim final report - Steptoe (2.8) | 4.60 | 621.00 |
| 8/17/2006 | JBA | Update database with PWC 5.06 e-detail | 0.10 | 4.00 |
| | JBA | Update database with e-response re: Caplin 20th Interim IR | 0.10 | 4.00 |
| | SLB | draft e-mail to F. Childress @ Baker re 20th Interim initial report (.2) | 0.20 | 27.00 |
| | SLB | telephone conference with F. Childress @ Baker re 20th Interim response (.1) | 0.10 | 13.50 |
| | MSH | Update database with Reed 21st Interim app. and Casner 21st Interim app. (.1); Kirkland 21st Interim app. and Kramer 21st Interim app. (.1) | 0.20 | 8.00 |
| 8/18/2006 | JBA | Update database with Stroock 21st Interim app/e-detail | 0.10 | 4.00 |
| | MSH | draft 20th Interim Project Catagory Spreadsheet | 2.10 | 84.00 |
| | SLB | begin review of app. and draft of 20th Interim report - Woodcock (.9) | 0.90 | 121.50 |
| 8/19/2006 | SLB | complete draft of 20th Interim final report - Woodcock (1.4) ; complete review of app. and draft of 20th Interim final report - Towers Perrin (1.8) | 3.20 | 432.00 |

W.R. Grace & Co.                                                                                    Page      9

|            |     |                                                                                                                                                                                                                            | Hours | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 8/20/2006  | SLB | complete draft of 20th interim final report - Duane Morris (1.8)                                                                                                                                                                | 1.80  | 243.00 |
|            | WHS | receive and review amended agenda                                                                                                                                                                                               | 0.10  | 27.50  |
| 8/21/2006  | MSH | Update database with Conway June 2006 app. and Conway May 2006 app. (.1); Conway April 2006 app. and Conway 21st Interim app. (.1); Ferry 21st Interim app. and Off. Comm. of Asbestos Claimants 21st Interim app. (.1); Stroock 21st Interim app. (.1) | 0.40  | 16.00  |
|            | SLB | review of app. and draft of 20th Interim final report - Buchanan (3.7)                                                                                                                                                          | 3.70  | 499.50 |
|            | JBA | Update database with Piper 6.06 e-detail                                                                                                                                                                                        | 0.10  | 4.00   |
|            | SLB | telephone conference with W. Bowe re filing of first interim app. (.3)                                                                                                                                                          | 0.30  | 40.50  |
|            | SLB | draft of 20th Interim final report - Casner (3.1)                                                                                                                                                                               | 3.10  | 418.50 |
|            | MSH | draft Project Catagory Spreadsheet (.4)                                                                                                                                                                                         | 0.40  | 16.00  |
|            | SLB | telephone conference with F. Childress @ Baker Donelson re 20th Interim response (.2)                                                                                                                                            | 0.20  | 27.00  |
| 8/22/2006  | SLB | draft e-mail to J. Sakalo (3) @ Bilzin re 20th Interim response (.3)                                                                                                                                                            | 0.30  | 40.50  |
|            | SLB | telephone conference (2) with F. Childress re 20th Interim response (.2)                                                                                                                                                         | 0.20  | 27.00  |
|            | SLB | complete review of app. and draft of 20th Interim final report - CDG (4.4) ; complete review and draft of 20th Interim final report - Austern (1.6) ; complete review and draft of 20th Interim final report - HRA (1.3)          | 7.30  | 985.50 |
|            | JBA | Update database with Towers 21st Interim app/e-detail, and Orrick 21st Interim app/e-detail                                                                                                                                       | 0.10  | 4.00   |

W.R. Grace & Co.                                                                              Page    10

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 8/22/2006 | JAW | detailed review of Anderson Fourth Interim Fee Application (April 1, 2006 - June 30, 2006) (3.5); draft summary of same (0.1) | 3.60 | 486.00 |
|  | JAW | detailed review of Campbell Twenty-First Interim Fee Application (April 1, 2006 - June 30, 2006) (1.9); draft summary of same (0.1) | 2.00 | 270.00 |
|  | JAW | detailed review of LAS Seventeenth Interim Fee Application (April 1, 2006 - June 30, 2006) (1.8); draft summary of same (0.1) | 1.90 | 256.50 |
|  | MSH | Update database with Piper 21st Interim app. and Piper June 2006 app. (.1); Towers June 2006 app. and Towers 21st Interim app. (.1); and Orrick 21st Interim app. (.1) | 0.30 | 12.00 |
|  | MSH | draft Project Catagory Spreadsheet (2.0) | 2.00 | 80.00 |
| 8/23/2006 | MSH | draft Project Catagory Spreadsheet (1.6), e-mail J. Allgood re: same (.1) | 1.70 | 68.00 |
|  | MSH | draft Project Catagory Spreadsheet (.3) | 0.30 | 12.00 |
|  | JBA | Update database with Phillips 4.06 e-detail | 0.10 | 4.00 |
|  | MSH | research regarding 20th Interim Fee Applications not delivered to Fee Auditor (PACER) (2.0) | 2.00 | 80.00 |
|  | SLB | PACER research regarding 20th Interim apps. (1.7) | 1.70 | 229.50 |
|  | JAW | detailed review of Duane Morris Twenty-First Interim Fee Application (April 1, 2006 - June 30, 2006) (1.1); draft summary of same (0.1) | 1.20 | 162.00 |
|  | JAW | detailed review of Foley Hoag Fourth Quarterly Fee Application (April 1, 2006 - June 30, 2006) (1.0); draft summary of same (0.1) | 1.10 | 148.50 |
|  | JAW | detailed review of Caplin Twenty-First Interim Fee Application (April 1, 2006 - June 30, 2006) (5.6); draft summary of same (0.7) | 6.30 | 850.50 |
|  | SLB | complete review of app. and draft of 20th Interim final report - Dies (2.7) | 2.70 | 364.50 |

W.R. Grace & Co.                                                                                    Page    11

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 8/24/2006 | MSH | Update database with Phillips April 2006 app. and Phillips May 2006 app. (.1); and Phillips June 2006 app. (.1) | 0.20 | 8.00 |
|  | JAW | detailed review of Capstone Tenth Quarterly Fee Application (April 1, 2006 - June 30, 2006) (3.3); draft summary of same (0.1) | 3.40 | 459.00 |
|  | JAW | detailed review of Tersigini Twenty-First Interim Fee Application (April 1, 2006 - June 30, 2006) (5.4) | 5.40 | 729.00 |
|  | SLB | draft e-mail to HRO (.1) ; BMC (.1) ; PwC (.1) ; Richardson (.1) | 0.40 | 54.00 |
|  | SLB | telephone conference with M. Araki @ BMC re 20th Interim app. (.2) ; t/c with K. Jones @ Richardson re filing of 20th Interim app. (.1) | 0.30 | 40.50 |
|  | SLB | complete draft of 20th Interim final report - Stroock(2.2) ; complete draft of 20th Interim final report - PJC (1.8) | 4.00 | 540.00 |
|  | SLB | draft e-mail to S. Haggs @ HRO re 20th Interim app. (.1) | 0.10 | 13.50 |
|  | SLB | complete draft of 20th Interim final report - HRO (1.3) | 1.30 | 175.50 |
|  | SLB | complete drafts of 20th Interim final reports - AKO (1.1) and Ferry Joseph (.8) | 1.90 | 256.50 |
| 8/25/2006 | WHS | detailed review of Scott Law 20th Int FR | 0.10 | 27.50 |
|  | WHS | detailed review of Conway 20th Int FR | 0.10 | 27.50 |
|  | WHS | detailed review of Capstone 20th Int FR | 0.10 | 27.50 |
|  | WHS | detailed review of Buchanan 20th Int FR | 0.10 | 27.50 |
|  | WHS | detailed review of final report re Hilsoft  20th | 0.10 | 27.50 |

W.R. Grace & Co.                                                                              Page    12

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/25/2006 | SLB | complete draft of 20th Interim final report - Bilzin (3.2) | 3.20 | 432.00 |
|  | JAW | detailed review of Tersigini Twenty-First Interim Fee Application (April 1, 2006 - June 30, 2006) (2.3); draft summary of same (0.3) | 2.60 | 351.00 |
|  | JAW | detailed review of Reed Smith April, 2006, monthly invoice (4.3); draft summary of same (0.4) | 4.70 | 634.50 |
|  | SLB | telephone conference with F. Childress @ Baker Donelson re 20th Interim response (.1) | 0.10 | 13.50 |
|  | SLB | complete draft of 20th Interim final report - Foley Hoag (2.2) ; BMC (2.4) | 4.60 | 621.00 |
| 8/26/2006 | SLB | complete draft of 20th Interim final report - Kramer (1.6) ; Nelson Mullins (1.3) and Prop. Damage Comm. (1.7) | 4.60 | 621.00 |
| 8/27/2006 | SLB | complete draft of 20th Interim final reports - Blackstone (2.3) and Orrick (2.8) | 5.10 | 688.50 |
| 8/28/2006 | MSH | Update database with BMC March 2006 app. and Towers July 2006 app. (.1), and Buchanan 21st Interim app. (.1) | 0.20 | 8.00 |
|  | JBA | Update database with Holme Roberts 20th Interim app/e-detail | 0.10 | 4.00 |
|  | SLB | complete draft of 20th Interim final report - PwC (3.1) | 3.10 | 418.50 |
|  | SLB | telephone conference with P. Cuniff @ Pachulski (2) re BMC and PwC quarterly apps for 20th Interim (.3) ; t/c with K. Jones @ RPWB re 20th Interim quarterly app. (.1) ; t/c with B. Bowe @ Bowe re 20th Interim quarterly app. (.1) ; t/c with R. Wyron @ Orrick re CIBC 20th app. (.1) | 0.60 | 81.00 |
|  | SLB | draft e-mail to D. Lloyd @ PwC re 20th Interim quarterly (.1) | 0.10 | 13.50 |
|  | SLB | complete drafts of 20th Interim final reports - Pachulski (2.5) and PGC (1.7) | 4.20 | 567.00 |
| 8/29/2006 | MSH | Update database with BMC 20th Interim app. and Holme 20th Interim app. (.1) and Kirkland July 2006 app. (.1) | 0.20 | 8.00 |

W.R. Grace & Co.                                                                                     Page    13

|            |     |                                                                                                                                                                                 | Hours | Amount |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 8/29/2006  | MSH | draft Project Catagory Spreadsheet (.3)                                                                                                                                         | 0.30  | 12.00  |
|            | WHS | detailed review of Bilzin 20th Int FR                                                                                                                                           | 0.10  | 27.50  |
|            | JBA | Update database with PWC 20th Interim app/e-detail                                                                                                                             | 0.10  | 4.00   |
|            | WHS | detailed review of Blackstone 20th Int FR                                                                                                                                       | 0.10  | 27.50  |
|            | WHS | detailed review of Caplin 20th Int FR                                                                                                                                           | 0.10  | 27.50  |
|            | WHS | detailed review of Caplin 20th Int FR                                                                                                                                           | 0.10  | 27.50  |
|            | SLB | revise draft of 20th Interim final report - PwC (1.3) ; complete draft of 20th Interim final report - RPWB (2.4) ; complete draft of 20th Interim final report CIBC (1.8); begin draft of 20th Interim No Objections report (1.1) | 6.60  | 891.00 |
|            | SLB | telephone conference with R. Wyron @ Orrick re CIBC 20th Interim app. (.2) ; t/c with B. Bowe @ Bowe re 20th Interim quarterly (.2)                                              | 0.40  | 54.00  |
|            | SLB | draft e-mail to  K. Jones RPWB (2) re 20th Interim quarterly (.3) ; e-mail to D. Lloyd @ PwC re 20th Interim quarterly (.1) ; e-mail to R. Wyron @ Orrick re CIBC 20th Interim quarterly (.1) | 0.50  | 67.50  |
| 8/30/2006  | SLB | continue draft of 20th Interim No Objections final report (1.3)                                                                                                                 | 1.30  | 175.50 |
|            | SLB | telephone conference (2) with F. Childress @ Baker Donelson re 20th Interim response (.2)                                                                                        | 0.20  | 27.00  |
|            | SLB | draft of revised 20th Interim final report - K&E (3.2) ; complete draft of 20th Interim final report - Tersigni (2.5)                                                           | 5.70  | 769.50 |
|            | JBA | Electronic filing with court of 20th Interim Final Reports re: Caplin (.1), Buchanan (.1), Bilzin (.2), and Blackstone (.1)                                                     | 0.50  | 20.00  |
|            | JBA | Update database with Buchanan and Kramer 7.06 e-detail                                                                                                                          | 0.10  | 4.00   |

W.R. Grace & Co.                                                                                      Page    14

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 8/31/2006 | JBA | Update database with K&E 21st Interim app/e-detail | 0.10 | 4.00 |
| | SLB | telephone conference with T. Seylaz @ Bowe re 20th Interim app. (.2) ; t/c with K. Jones re 20th Interim quarterly (.1) | 0.30 | 40.50 |
| | SLB | draft e-mail to W. Bowe @ Bowe re need for retention order and letter of agreement (.2) ; e-mail to F. Childress re 20th Interim response (.1) ; e-mail to K. Jones @ RPWB re. 20th Interim quarterly (.1) | 0.40 | 54.00 |
| | JAW | detailed review of Bilzin June, 2006, monthly invoice (4.0); draft summary of same (0.1) | 4.10 | 553.50 |
| | SLB | complete draft of 20th Interim final report - Bowe (2.6) ; complete draft of 20th Interim final report - Baker Donelson (3.7) | 6.30 | 850.50 |
| 9/1/2006 | SLB | complete second draft of 20th Interim final report - Baker (4.3); continue 20th Interim fee and expense chart (2.8) | 7.10 | 958.50 |
| 9/2/2006 | WHS | receive and review agenda | 0.10 | 27.50 |
| 9/5/2006 | SLB | draft e-mail to F. Childress @ Baker Donelson re 20th Interim response (.2) | 0.20 | 27.00 |
| | SLB | PACER research regarding docket numbers for 20th Interim fee & expense charts (3.3) | 3.30 | 445.50 |
| | SLB | telephone conference with K. Jones re RPWB 20th app. (.1) | 0.10 | 13.50 |
| | SLB | continue draft of 20th Interim fee & expense charts (4.4) | 4.40 | 594.00 |
| | MSH | Update database with Strook July 2006 app. and Duane Morris July 2006 app. (.1), Home April 2006 app. and Buchanan July 2006 app. (.1), and Kramer July 2006 app. (.1) | 0.30 | 12.00 |
| 9/6/2006 | MSH | Update database with Reed Smith July 2006 app. and Caplin July 2006 app. (.1), AKO July 2006 app. and Tersigni July 2006 app. (.1), LAS July 2006 app. and Campbell July 2006 app. (.1) | 0.30 | 12.00 |

W.R. Grace & Co.                                                                                          Page    15

|            |     |                                                                                                                                          | **Hours** | **Amount** |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------|-----------|------------|
| 9/6/2006   | WHS | receive, review, and respond to e-mails from Steve Bossay re Blackstone                                                                   | 0.20      | 55.00      |
|            | WHS | receive and review agenda                                                                                                                 | 0.10      | 27.50      |
|            | MSH | Update database with Pitney July 2006 app. (.1)                                                                                           | 0.10      | 4.00       |
|            | SLB | telephone conference with K. Jones @ RPWB re 20th Interim quarterly application(.1)                                                       | 0.10      | 13.50      |
|            | SLB | draft e-mail to J. ONeal @ Pachulski re timing and distribution of 20 Interim charts (.1) ; e-mail to K. Jones @ RPWB re 20th Interim quarterly app. (.1) | 0.20      | 27.00      |
|            | SLB | complete initial drafts of 20th Interim fee & expense charts (6.8)                                                                        | 6.80      | 918.00     |
|            | MSH | Update database with Orrick July 2006 app. and CIBC January 2006 app. (.1), and Bilzin 21st Interim app. (.1)                             | 0.20      | 8.00       |
| 9/7/2006   | MSH | Draft Project Catagory Spreadsheet                                                                                                        | 1.00      | 40.00      |
|            | MSH | Update database with Capstone July 2006 app. (.1)                                                                                         | 0.10      | 4.00       |
|            | WHS | receive and review misc pleadings                                                                                                        | 0.10      | 27.50      |
|            | JBA | Update database with Hamilton 22nd Interim app/e-detail                                                                                   | 0.10      | 4.00       |
|            | WHS | receive and review amended agenda                                                                                                        | 0.10      | 27.50      |
|            | WHS | detailed review of  K&E final - 20th Grace                                                                                                | 0.10      | 27.50      |
| 9/8/2006   | WHS | detailed review of Speights 20th Int FR                                                                                                   | 0.10      | 27.50      |

W.R. Grace & Co.                                                                                    Page    16

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/8/2006 | SLB | draft revised 20th Interim final reports Dies (.5) ; Speights (.6); Tersigni (1.6) ; Baker Donelson (4.3) | 7.00 | 945.00 |
|  | WHS | detailed review of 20th period Baker FR | 0.10 | 27.50 |
|  | WHS | detailed review of Tersigni - 20th Grace | 0.10 | 27.50 |
|  | WHS | detailed review of Omnibus 20th Int FR | 0.10 | 27.50 |
|  | WHS | detailed review of Speights 20th Int FR | 0.10 | 27.50 |
|  | WHS | detailed review of Stroock 20th Int FR | 0.10 | 27.50 |
|  | WHS | detailed review of Dies 20th Int FR | 0.10 | 27.50 |
|  | JBA | Electronic filing with court of 20th Interim Final Reports re: Amended Blackstone (.2), Capstone (.3), Conway (.2), Hilsoft (.1), K&E (.1), Piper (.2), Scott Law (.1), and Stroock (.1) | 1.30 | 52.00 |
|  | MSH | Update database with Hamilton July 2006 app. and Bilzin July 2006 app. (.1) | 0.10 | 4.00 |
|  | SLB | draft e-mail to F. Childress @ Baker re 20th Interim final report (.1) ; e-mail charts to Grace applicants for review (.2) | 0.30 | 40.50 |
|  | MSH | draft WHS August monthly statement (.3) | 0.30 | 33.00 |
|  | JBA | Electronic filing with court of 20th Interim Final Reports re: Baker (.2), Dies (.2), Omnibus No Objections (.2), Speights (.1), and Tersigni (.1) | 0.80 | 32.00 |
| 9/11/2006 | MSH | Correct Project Catagory Spreadsheet with regard to changes requested by applicants (1) | 1.00 | 40.00 |
|  | MSH | Update database with Hamilton 21st Interim app. | 0.10 | 4.00 |

W.R. Grace & Co.                                                                         Page    17

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 9/11/2006 | SLB | draft e-mail to J. O'Neal @ Pachulski re 20th Interim Swidler app. (.2) ; e-mail to R. Wyron re same (.2) ; e-mail to Ferry Joseph to confirm order re Dies & Speights (.1) ; e-mail to J. Sakalo re same (.1) | 0.60 | 81.00 |
| 9/12/2006 | SLB | begin draft of final/final report for Swidler (1.9) | 1.90 | 256.50 |
|  | SLB | draft e-mail to D. Fullem @ Orrick re 20th Interim and final fee application for Swidler (.2) ; e-mail to J. Oneil @ Pachulski re same (.1) | 0.30 | 40.50 |
|  | SLB | draft revised fee and expense charts for 20th Interim (3.2) | 3.20 | 432.00 |
|  | JBA | Electronic filing with court of Notices of Withdrawal re: Docket no. 13184 Speights Final Report for Final app. (.2), and Docket no. 13182 Dies Final Report for Final app (.2) | 0.40 | 16.00 |
|  | MSH | Update database with Bowe 2.1.06-3.31.06 app. and Pachulski June 2006 app. (.1), Nelson July 2006 app. and Beveridge May 2006 app. (.1), and Foley July 2006 app. (.1) | 0.30 | 12.00 |
|  | WHS | conference with Steve Bossay re pending matters | 0.10 | 27.50 |
| 9/13/2006 | SLB | telephone conference with R. Wyron @ Orrick re Swidler final/final (.2) ; t/c with D. Cuniff @ Pachulski re timing of 20th Interim charts (.1) | 0.30 | 40.50 |
|  | SLB | draft e-mail to R. Wyron @ Orrick re Swidler final (.2) | 0.20 | 27.00 |
|  | SLB | draft final/final report for Swidler (4.9) ; second draft of same (2.7) | 7.60 | 1,026.00 |
|  | MSH | Update database with Steptoe April 2006 app. and Steptoe May 2006 app. (.1), Steptoe June 2006 app. and Casner July 2006 app. (.1) | 0.20 | 8.00 |
|  | MSH | research regarding Swidler 13th through 19th Interim information for Final Final Report (.8) | 0.80 | 88.00 |
| 9/14/2006 | MSH | Electronic filing with court of Swidler 20th Final Final Report | 0.10 | 4.00 |

W.R. Grace & Co.                                                                                                    Page    18

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/14/2006 | WHS | detailed review of Final Swidler final report | 0.10 | 27.50 |
|  | SLB | correct 20th Interim fee & expense charts (.9) | 0.90 | 121.50 |
|  | SLB | complete draft of Swidler final/final (1.1) ; complete draft of Amended Swidler final (3.3) | 4.40 | 594.00 |
|  | SLB | draft e-mail to J. O'Neil @ Pachulski re 20th Interim charts (.2) ; e-mail to D. Fullem re amended Swidler FR (.1) | 0.30 | 40.50 |
|  | SLB | PACER research regarding missing docket numbers for 20th Interim fee & expense charts (1.4) | 1.40 | 189.00 |
| 9/15/2006 | WHS | conference with Steve Bossay, and review e-mails, re Swidler final application | 0.40 | 110.00 |
|  | SLB | complete multiple drafts of Swidler final/final report (4.4) | 4.40 | 594.00 |
|  | SLB | draft e-mails to J. O'Neil (3) re Swidler final,  fee hearing charts, Austern final (.5) ; e-mails (4) to D. Fullem re Swidler final (.6) ; e-mail to A. Kreiger @ Stroock re Navigant (.2) | 1.30 | 175.50 |
|  | SLB | telephone conference with J. O'Neil re 20th Interim charts (.1) ; t/c (3) wiith D. Fullem @ Orrick re Swidler final (.4) | 0.50 | 67.50 |
|  | MSH | Update database with HRA February 2006 app./e-detail and HRA April 2006 app./e-detail (.1), HRA June 2006 app./e-detail and HRA July 2006 app./e-detail (.1) | 0.20 | 8.00 |
|  | MSH | Electronic filing with court of Swidler Amended Final Final Report (.1) | 0.10 | 4.00 |
|  | MSH | Update database with David Austern June 2006 app./e-detail | 0.10 | 4.00 |
|  | WHS | revise Swidler final report | 0.60 | 165.00 |
| 9/18/2006 | SLB | draft e-mail to M. Boyer @ Casner re 20th Interim spreadsheet (.2); e-mail to J. O'Neil @ Pachulski re 20th Interim charts and spreadsheet (.2) | 0.40 | 54.00 |

W.R. Grace & Co.                                                                                    Page     19

|  |  | | **Hours** | **Amount** |
|---|---|---|---|---|
| 9/18/2006 | SLB | telephone conference with M. Boyer @ Casner re 20th Interim spreadsheet (.1) | 0.10 | 13.50 |
|  | WHS | receive and review agenda | 0.10 | 27.50 |
|  | MWS | detailed review of fee application of Bilzin firm for twenty-first interim period. | 1.60 | 368.00 |
| 9/19/2006 | JBA | Update database with Amended Hamilton 21st Interim app/e-detail | 0.10 | 4.00 |
|  | SLB | draft e-mail (2) to L. Hamilton @ Capstone re response to US Trustee's objections to 20th Interim app. (.3); e-mail to J. Sakalo @ Bilzin re 21st Interim app. (.2) | 0.50 | 67.50 |
|  | MWS | review emails relating to review of fees of expert witness (.4); review emails regarding issues raised by US Trustee in connection with fee application of Capstone for twentieth interim period (.3); review US Trustee's objection and Capstone's response (.6). | 1.30 | 299.00 |
|  | MSH | Update database with Hamilton June 2005 app., and Hamilton July 2005 app. (.1), Hamilton February 2006 app. and Hamilton April 2006 app. (.1), and David Austern June 2006 (.1) | 0.30 | 12.00 |
|  | WHS | receive and review Capstone response to UST | 0.20 | 55.00 |
| 9/20/2006 | MWS | detailed review of fee application of Bilzin firm for twenty-first interim period. | 2.20 | 506.00 |
|  | JAW | detailed review of Stroock Twenty-First Interim Fee Application (April 1, 2006 - June 30, 2006) (5.5) | 5.50 | 742.50 |
|  | MSH | Update database with Goodwin October 2004 app. and Goodwin November 2004 app. (.1), Goodwin February 2005 app. and Beveridge June 2006 app. (.1), and Beveridge July 2006 app. (.1) | 0.30 | 12.00 |
| 9/21/2006 | MWS | review US Trustee's objection and Capstone's response regarding Capstone fee application for twentieth interim period (0.7); draft analysis and summary for Warren H. Smith (1.1). | 1.80 | 414.00 |

W.R. Grace & Co.                                                                                    Page    20

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/21/2006 | MWS | review expense detail for fee application of Bilzin firm for twenty-first interim period. | 1.70 | 391.00 |
| | WHS | receive,  review, and respond to e-mail from Libby Hamilton re CoC | 0.30 | 82.50 |
| | WHS | draft e-mail to Jamie O'Neil re Capstone settlement | 0.20 | 55.00 |
| | WHS | review proposed reductinos and draft e-mail to David Klauder re Capstone settlement | 0.30 | 82.50 |
| | WHS | receive and review enclosure from David Klauder re reductions | 0.10 | 27.50 |
| | WHS | draft e-mail to David Klauder re additional reductions | 0.20 | 55.00 |
| | WHS | draft e-mail to Jamie O'Neil with revised exhibit | 0.30 | 82.50 |
| | WHS | receive and review e-mail from Jamie O'Neil re hearing | 0.10 | 27.50 |
| | JAW | detailed review of Reed Smith May, 2006, monthly invoice (3.1); draft summary of same (0.2) | 3.30 | 445.50 |
| | JAW | detailed review of Reed Smith June, 2006, monthly invoice (4.8); draft summary of same (0.1) | 4.90 | 661.50 |
| | MSH | several telephone calls and e-mails w/ Warren H. Smith regarding Capstone 20th interim fee and expense adjustments re: UST | 0.30 | 12.00 |
| 9/22/2006 | JAW | detailed review of Bilzin May, 2006, monthly invoice (3.5); draft summary of same (0.3) | 3.80 | 513.00 |
| | WHS | receive, review, research, and respond to e-mail from Libby Hamilton re reductions | 0.40 | 110.00 |
| | WHS | receive, review, and respond to e-mail from Jamie ONeil re revisions to order | 0.20 | 55.00 |

W.R. Grace & Co.                                                                                      Page    21

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/22/2006 | WHS | receive and review e-mails re Navigant | 0.10 | 27.50 |
|  | MSH | Update database with Blackstone April 2006 app. and Blackstone May 2006 app. (.1), and Blackstone June 2006 app. (.1) | 0.20 | 8.00 |
|  | JAW | detailed review of Bilzin April, 2006, monthly invoice (3.6); draft summary of same (0.4) | 4.00 | 540.00 |
|  | WHS | receive and review e-mail from Jamie O'Neil re reductions | 0.10 | 27.50 |
|  | JBA | Update database with Bilzin 7.06 e-detail and Capstone 7.06 e-detail | 0.10 | 4.00 |
|  | JBA | Update database with PWC 6.05 e-detail | 0.10 | 4.00 |
|  | MWS | continue review of expense detail for fee application of Bilzin firm for twenty-first interim period. | 2.00 | 460.00 |
| 9/25/2006 | JAW | detailed review of Kirkland April, 2006, monthly invoice (9.2) | 9.20 | 1,242.00 |
|  | MSH | Update database with Hamilton 21st Interim app. | 0.10 | 4.00 |
|  | MWS | review Bilzin fee and expense detail for May 2006. | 2.00 | 460.00 |
|  | MWS | review Bilzin fee and expense detail for June 2006. | 0.90 | 207.00 |
|  | WHS | receive, review, and respond to e-mail from Jamie ONeil re Capstone | 0.10 | 27.50 |
| 9/26/2006 | WHS | detailed review of local court rules re pretrial procedure | 0.10 | 27.50 |
|  | WHS | draft e-mail to Melissa Lomax re testimony | 0.30 | 82.50 |

W.R. Grace & Co.

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/26/2006 | WHS | detailed review of materials to prepare for pretrial hearing | 0.70 | 192.50 |
| | WHS | receive and review enclosure from Arlene Kreiger re Navigent | 0.10 | 27.50 |
| | MWS | review Bilzin fee and expense detail for June 2006 (1.6); begin drafting initial report regarding fee application of Bilzin firm for twenty-first interim period (1.2). | 2.80 | 644.00 |
| | MSH | Update database with Blackstone 21st Interim app. | 0.10 | 4.00 |
| 9/27/2006 | WHS | receive and review e-mail from Jay Sakalo re Bilzen | 0.10 | 27.50 |
| | MSH | Update database with Pachulski July 2006 app. | 0.10 | 4.00 |
| | JAW | detailed review of Kirkland April, 2006, monthly invoice (5.2) | 5.20 | 702.00 |
| | JBA | Update database with K&E 21st Interim app/e-detail | 0.10 | 4.00 |
| | SLB | draft e-mail to J. Baer @ K&E re electronic copy of 21st Interim app. (.2) | 0.20 | 27.00 |
| | DTW | Telephone call with W. Smith regarding schedule and telephone call with S. Bossay regarding assistance needed (.2). | 0.20 | 29.00 |
| | MWS | detailed review of fee application of Capstone for twenty-first interim period. | 1.50 | 345.00 |
| 9/28/2006 | JAW | detailed review of Kirkland April, 2006, monthly invoice (8.4); draft summary of same (3.5) | 11.90 | 1,606.50 |
| | DTW | Research regarding applications ready to be reviewed (.6). | 0.60 | 87.00 |
| | MWS | detailed review of fee application of Capstone for twenty-first interim period. | 2.40 | 552.00 |

W.R. Grace & Co.                                                                               Page     23

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/29/2006 | MSH | Update database with Pitney August 2006 app. and Foley August 2006 app. | 0.10 | 4.00 |
|  | JAW | detailed review of Kirkland May, 2006, monthly invoice (9.6) | 9.60 | 1,296.00 |
|  | JBA | Update database with 8.06 e-detail re: Campbell, Caplin, LAS, and AKO | 0.10 | 4.00 |

**For professional services rendered**                                      **438.20 $59,310.00**

Additional Charges :

|  | Price |  |
|---|---|---|
| PACER Charges for June | 5.92 | 5.92 |
| Third party copies & document prep/setup. | 5.62 | 5.62 |
| Third party copies & document prep/setup. | 74.80 | 74.80 |
| Third party copies & document prep/setup. | 562.26 | 562.26 |
| Third party copies & document prep/setup. | 10.86 | 10.86 |
| PACER Charges for August | 43.04 | 43.04 |
| PACER Charges for September | 31.52 | 31.52 |

**Total costs**                                                                             **$734.02**

**Total amount of this bill**                                                     **$60,044.02**

W.R. Grace & Co.                                                                                    Page     24

Timekeeper Summary

| Name | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Doreen T Williams | 1.50 | 145.00 | $217.50 |
| James A. Wehrmann | 135.70 | 135.00 | $18,319.50 |
| Jeff B. Allgood | 6.20 | 40.00 | $248.00 |
| Mark W Steirer | 20.20 | 230.00 | $4,646.00 |
| Melinda S Helsley | 1.30 | 110.00 | $143.00 |
| Melinda S Helsley | 23.70 | 40.00 | $948.00 |
| Stephen L. Bossay | 241.80 | 135.00 | $32,643.00 |
| Warren H Smith | 7.80 | 275.00 | $2,145.00 |