## CERTIFICATE OF SERVICE

      I, RACHAEL M. BARAINCA, do hereby certify that I am over the age of 18 and on March 2, 2007, I caused a copy of the *Certification of No Objection Regarding Docket No. 14506* to be served upon those persons listed in the attached Service List.

                                                   /s/ Rachael M. Barainca
                                         Rachael M. Barainca, Legal Assistant
                                         Orrick, Herrington & Sutcliffe LLP

## **SERVICE LIST**

*Federal Express*
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*Regular Mail*
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

*Federal Express*
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

*Federal Express and Email: feeaudit@whsmithlaw.com and slbossay@whsmithlaw.com*
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

*Federal Express and E-mail: william.sparks@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail: james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: eholzberg@stroock.com*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP

*E-mail: david.heller@lw.com and carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP