## Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555        Fax:  (302) 575-1714

WR Grace PD Committee                                       January 1, 2007 to January 31, 2007

Invoice No. 22898

RE:      WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|---|------:|-------:|
| B14 | Case Administration - | 15.40 | 3,084.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 2.40 | 619.00 |
| B18 | Fee Applications, Others - | 10.90 | 1,388.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos)- | 18.00 | 4,660.00 |
| B25 | Fee Applications, Applicant - | 4.90 | 632.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 2.90 | 754.00 |
| B32 | Litigation and Litigation Consulting - | 43.70 | 11,048.00 |
| B33 | ZAI Science Trial- | 1.90 | 494.00 |
| B35 | Travel/Non-working - | 2.00 | 260.00 |
| B36 | Plan and Disclosure Statement - | 5.70 | 1,436.00 |
| B37 | Hearings - | 11.40 | 2,874.00 |
| B40 | Employment Applications, Others - | 0.30 | 78.00 |
| B6 | Asset Disposition - | 0.10 | 26.00 |
| | **Total** | **119.60** | **$27,353.00** |
| | **Grand Total** | **119.60** | **$27,353.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|------------|-----:|------:|-------:|
| Lisa L. Coggins | 200.00 | 5.50 | 1,100.00 |
| Rick S. Miller | 250.00 | 1.90 | 475.00 |
| Steven G. Weiler | 160.00 | 3.50 | 560.00 |
| Theodore J. Tacconelli | 130.00 | 2.00 | 260.00 |
| Theodore J. Tacconelli | 260.00 | 89.30 | 23,218.00 |
| Legal Assistant - MH | 100.00 | 17.40 | 1,740.00 |
| **Total** | | **119.60** | **$27,353.00** |

## DISBURSEMENT SUMMARY

Expense -                                                                          8,548.58

**Total Disbursements**                                                **$8,548.58**

| Date | Description | Hours | Lawyer |
|------|-------------|-------|--------|
| Jan-01-07 | *Case Administration* - Review weekly case status memo for week ending 12/22/06 | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - continue reviewing backup documentation to PI expert reports re certain product formulations | 2.00 | TJT |
| Jan-02-07 | *Case Administration* - Obtain most recent district and appellate docket sheets and prepare case status memo to T. Tacconelli re same (.2); follow-up on 12/18/06 and 12/19/06 hearings with co-counsel (.1) | 0.30 | SGW |
| | *Case Administration* - Review e-mail from committee member re time records for consultant for debtors | 0.10 | TJT |
| | *Case Administration* - Prepare e-mail to J. Sakalo re time records for consultant to debtors | 0.10 | TJT |
| | *Case Administration* - Review e-mails from J. Sakalo re time records for consultant to debtors | 0.20 | TJT |
| | *Case Administration* - Review K&E Nov. Fee Application | 0.30 | TJT |
| | *Case Administration* - Review six miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review memo from S. Weiler re status of Vancott Bagley 3rd circuit appeal | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - continue review of documents supporting PI expert reports re product formulation documents | 3.50 | TJT |
| | *Hearings* - Review e-mail from S. Weiler re 12/18/06 hearing follow-up | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 12/18/06 hearing transcript | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo to committee re 12/18/06 hearing transcript | 0.10 | TJT |
| | *Case Administration* - Review docket re case status for week ending 12/29/06, memo to T. Tacconelli and L. Coggins re same | 0.20 | MH |
| | *Case Administration* - Review e-mail from S. Weiler re 12/18/06 and 12/19/06 hearing transcripts, download same to appropriate file, organize 2006 hearing transcripts computer file | 0.40 | MH |
| Jan-03-07 | *Case Administration* - confer with T. Tacconelli re: objection deadlines | 0.20 | RSM |
| | *Litigation and Litigation Consulting* - Prepare Certificate of No Objection re Hilsee designation with Certificate of Service (.2); forward to T. Tacconelli for review of same (.1) | 0.30 | SGW |
| | *Case Administration* - Review W. Smith and Associates' July Fee Application | 0.10 | TJT |
| | *Case Administration* - Review W. Smith and Associates' Sept. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review BIR Nov. Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review supplemental order re PI estimation | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review notice of deposition and subpoena by debors for Dr. M. Collea with attachment | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review motion by certain asbestos claimants for reconsideration re non-testifying expert disclosure issue with attachments | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - Confer with S. Weiler re drafting Certificate of No Objection re motion for leave to designate Hilsee as | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | expert re constructive notice | | |
| | *Litigation and Litigation Consulting* - Review and revise Certificate of No Objection re motion for leave to designate Hilsee as expert re constructive notice | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Confer with RSM re legal holiday issue due to pronouncement by President of the Untied States, review federal rules re objection deadline for motion for leave to designate Hilsee as expert | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Teleconference with J. Sakalo re notice of cancellation of 1/4/07 hearing | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review correspondence from J. Sakalo and J. O'Neill re motion for leave to designate Hilsee as expert and need to cancel hearing | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - draft notice of cancellation of 1/4/07 hearing and review and revise Certificate of Service | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - Prepare notice of cancellation of 1/4/07 hearing for e-filing, e-file and oversee service of same | 0.40 | TJT |
| | *Litigation and Litigation Consulting* - Review order granting PD Committee's motion for leave to designate Hilsee as expert | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Prepare e-mail to J. Sakalo re order granting PD Committee's motion for leave to designate Hilsee as expert | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review joinder by Motley Rice and certain claimants' motion for reconsideration | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review back-up documentation for PA expert reports re documentation concerning grades of asbestos | 0.70 | TJT |
| | *Hearings* - Review e-mail from S. Weiler re 12/19/06 hearing follow-up | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 12/19/06 hearing transcript | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Teleconference with committee member re exclusivity appeal issues | 0.10 | TJT |
| | *Case Administration* - determine allocation of 12/27/06 payment by debtor, update payments received chart, submit chart with respective invoices to T. Tacconelli and accounts receivable | 0.20 | MH |
| Jan-04-07 | *Case Administration* - Review case management Memo week ending 12/22/06 | 0.10 | LLC |
| | *Case Administration* - Review case management Memo week ending 12/29/06 | 0.10 | LLC |
| | *Fee Applications, Others* - Review Nov., 2006 HRA fee application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Nov., 2006 Bilzin fee application for filing | 0.10 | LLC |
| | *Committee, Creditors', Noteholders' or* - Attend Committee teleconference | 0.50 | RSM |
| | *Claims Analysis Obj. & Res. (Asbestos)* - research re treatment of PD claims in USG bankruptcy case | 0.50 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review response by Cartus Corp. to 20th omnibus objection to claims with attachments | 0.60 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.70 | TJT |
| | *Litigation and Litigation Consulting* - Review backup documentation to PI expert reports re USG report on asbestos profiles | 1.60 | TJT |
| | *Litigation and Litigation Consulting* - Review backup documentation to PI Committee's expert reports re Mansville litigation documents and National Gypsum litigation documents | 1.10 | TJT |
| | *Plan and Disclosure Statement* - Review memo from S. Baena re comments on debtors' answering brief in exclusivity appeal | 0.30 | TJT |
| | *ZAI Science Trial* - Review ZAI claimants' designation of record on appeal and issues on appeal | 0.50 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - download, review and revise HRA's Nov. Fee Application documents, draft Certificate of Service re same | 0.50 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve HRA's Nov. Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - download, review and revise Bilzin's Nov. Fee Application documents, draft Certificate of Service re same | 0.50 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's Nov. Fee Application | 0.50 | MH |
| Jan-05-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' response to Anderson Memorial Hospital's motion to compel | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review R. Locke's response to debtors' objection to claim of R. Locke | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review response by R. Rapisardi to 20th omnibus objection to claims with attachments | 0.40 | TJT |
| | *Case Administration* - Review amended 2019 statement by David Law Firm | 0.10 | TJT |
| | *Case Administration* - Review Kramer Levine Nov. Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from S. Baena re motion to strike Morse expert report | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review draft of motion to strike Morse report | 0.70 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from committee member re comments on motion to strike Morse expert report | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - research re cases cited in motion to strike Morse expert report | 0.60 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from M. Hurford re PI Committee's opposition to debtors' motion to quash 30(b)(6) deposition notice | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from D. Felder re FCR's opposition to debtors' motion to quash 30(b)(6) deposition notice | 0.10 | TJT |
| Jan-06-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review D&H notice of submission of expert reports re hazard issue with attachments | 0.30 | TJT |
| | *Case Administration* - Review debtors' monthly operating report for Nov. 06 | 0.30 | TJT |
| | *Case Administration* - Review debtors' statement of amounts paid to ordinary course professionals with attachments | 0.10 | TJT |
| | *Case Administration* - Review affidavit of Wilmer Cutler | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Case Administration* - Review Piper Jaffery Nov. Fee Application | 0.10 | TJT |
|  | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's Dec. prebill | 0.70 | TJT |
| Jan-07-07 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review response by Del Taco, Inc. to debtors' objection to Del Taco claim with attachments | 0.70 | TJT |
|  | *Case Administration* - Review e-mail from committee member re local rule procedural question | 0.10 | TJT |
|  | *Case Administration* - Prepare e-mail to committee member re local rule procedural question | 0.10 | TJT |
|  | *Case Administration* - Review W. Sullivan Oct. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review W. Sullivan Nov. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Baker Donaldson July Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Baker  Donaldson Aug. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Baker Donaldson Sep. Fee Application | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review debtors' reply to certain firms' motion for reconsideration with attachments | 0.30 | TJT |
|  | *Litigation and Litigation Consulting* - work on motion to strike Morse report | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review service documents filed by debtors in exclusivity appeal case | 0.10 | TJT |
| Jan-08-07 | *Case Administration* - Review notice of withdrawal from service list & forward same to M. Hedden | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - Email from F. Matas; re: upcoming Depositions | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - Retrieve certain Deposition notices & forward same to F. Matas | 0.10 | LLC |
|  | *Litigation and Litigation Consulting* - Prepare for e-filing, e-file and assist with service of preliminary designation of record re expert for constructive notice (.5); forward filed version of same to co-counsel (.1) | 0.60 | SGW |
|  | *Case Administration* - Review Reed Smith Nov. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review 6th amended 2019 statement by Reaud Morgan | 0.10 | TJT |
|  | *Case Administration* - Review notice of removal of service list by Keg Restaurants and forward to paralegal | 0.10 | TJT |
|  | *Case Administration* - Review PSZY&J Oct. Fee Application | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review PI Committee's motion to shorten time re motion to file 3 exhibits under seal | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review debtors' opposition to PI Committee and FCR's motion to compel production of actuarial studies with attachments | 1.20 | TJT |
|  | *Litigation and Litigation Consulting* - Confer with S. Weiler re motion to strike Morse report | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review e-mail from J. Moon re preliminary designation of T. Hilsee as expert | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review and revise preliminary designation of T. Hilsee as expert and confer with S. Weiler re filing and serivce of same | 0.20 | TJT |
|  | *Litigation and Litigation Consulting* - Review PI Committee's motion to | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | file 3 exhibits under seal re PI Committee's opposition to debtors' motion to quash 30(b)(6) deposition notice | | |
| | *Litigation and Litigation Consulting* - start reviewing PI Committee's opposition to debtors' motion to quash 30(b)(6) deposition notice with attachments | 0.80 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from S. Weiler re preliminary designation of T. Hilsee as expert | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re preliminary designation of T. Hilsee as expert | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Retrieve voice mail message from M. Hurford and teleconference with M. Hurford re reply brief in exclusivity appeal and related issues | 0.30 | TJT |
| Jan-09-07 | *Litigation and Litigation Consulting* - Prepare notice order and certificate of service re motion to strike Morse report (.4); advise T. Tacconelli re same (.1) | 0.50 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' Notice of Service of responses to California State first set of interrogatories | 0.10 | TJT |
| | Review e-mail from S. Baena re debtors' consultant time records and review same | 0.20 | TJT |
| | *Case Administration* - Review Deloitte Tax Mar. Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from S. Weiler re motion to strike Morse report | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - finish reviewing exhibits to PI Committee's opposition to debtors' motion to quash | 2.20 | TJT |
| | *Litigation and Litigation Consulting* - Review FCR's motion to file exhibit A to its opposition to debtors' motion to quash under seal | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review FCR's opposition to debtors' motion to quash with exhibits | 0.80 | TJT |
| | *Litigation and Litigation Consulting* - Review Sealed Air opinion re issues raised in FCR's opposition to debtors' motion to quash | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - trade e-mails with J. Sakalo re motion to strike Morse report | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review order granting PI Committee's motion to shorten re motion to file three exhibits under seal | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review order granting PI Committee's motion to file three exhibits under seal | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review order granting FCR's motion to file exhibit A under seal | 0.10 | TJT |
| Jan-10-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review motion by Motley Rice and Speights and Runyan claimants for leave to designate two additional hazard experts | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review designation of expert by EPEC Realty re hazard issues | 0.10 | TJT |
| | *Case Administration* - Review Deloitte Tax April Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' motion for approval of stipulation re methodology trial with attachment | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Confer with RSM re methodology trial stipulation | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
| | *Litigation and Litigation Consulting* - Continue reviewing backup documentation to PI expert reports re additional product formulation documents | 1.40 | TJT |
| | *Plan and Disclosure Statement* - Review new service documents filed by debtors in exclusivity appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from M. Hurford re exclusivity appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review draft of proposed letter to Judge Buckwalter re reply brief | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from D. Felder re exclusivity appeal | 0.10 | TJT |
| | ZAI Science Trial - Review debtors' response to ZAI's motion for leave to file interlocutory appeal | 0.50 | TJT |
| Jan-11-07 | *Case Administration* - Review notice of name change & forward same to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review Capstone Oct. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Deloitte Tax May Fee Application | 0.10 | TJT |
| | *Case Administration* - Review debtors' statement of amounts paid to ordinary course professionals | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review order granting motion to shorten re motion to approve stipulation re methodology | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Prepare correspondence to co-counsel order granting motion to shorten re motion to approve stipulation re methodology | 0.10 | TJT |
| | *Hearings* - Review e-mail from S. Baena re 1/22/07 hearing preparation | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review letter from Orrick to Judge Buckwalter re reply brief | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review service documents filed by FCR in exclusivity appeal | 0.10 | TJT |
| | ZAI Science Trial - Review transmittal of motion to allow leave to appeal to District Court | 0.10 | TJT |
| | *Case Administration* - Review docket re case status for week ending 1/5/07, memo to T. Tacconelli and L. Coggins re same | 0.80 | MH |
| | *Case Administration* - Review docket re case status for week ending 1/12/07, memo to T. Tacconelli and L. Coggins re same | 0.70 | MH |
| Jan-12-07 | *Case Administration* - Review case management Memo ; re: week ending 1/5/07 | 0.10 | LLC |
| | *Case Administration* - Review notice of name change & forward same to M. Hedden | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - trade e-mails with J. Sakalo re expert reports | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from S. Weiler re expert reports | 0.10 | TJT |
| | *Case Administration* - Review notice of name change for Pitney Hardin and forward to paralegal | 0.10 | TJT |
| | *Case Administration* - Review Deloitte Tax July Fee Application | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Case Administration* - Review Baker Donaldson Oct. Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review miscellaneous pleadings filed in exclusivity appeal | 0.10 | TJT |
| Jan-13-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of submission of expert reports by D&H claimants (report by Dr. Millette) and review report | 0.80 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Louisiana claimants' submission of expert reports re hazard | 0.10 | TJT |
| | *Case Administration* - Review weekly case status memo for week ending 1/5/07 | 0.10 | TJT |
| | *Case Administration* - Review W. Smith & Assoc.'s Nov. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Duane Morris Nov. Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review motion to approve methodology stipulation | 0.10 | TJT |
| | *Hearings* - Review agenda for 1/23/07 hearing | 0.10 | TJT |
| Jan-14-07 | *Case Administration* - Review Deloitte Tax June Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Baker Donaldson Nov. Fee Application | 0.10 | TJT |
| | ZAI Science Trial - attention to ZAI appeal documents/status | 0.20 | TJT |
| Jan-15-07 | *Case Administration* - Download & review agenda; re: 1/23 hearing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review notice of deposition of M. Shelnitz by Cartis Corp. | 0.10 | TJT |
| | *Case Administration* - Review Orrick Nov. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Deloitte Tax Aug. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Stroock Nov. Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Angelo's motion to extend time to comply with PI questionnaire with attachments | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review Weiss and Julian motion to extend time to comply with PI questionnaire | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Early Ludwig motion to extend time to comply with PI questionnaire | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review memo by PI Committee in support of motion to compel production of actuarial studies by debtors with attachments | 0.70 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' reply in support of motion to quash 30(b)(6) deposition notices | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - continue reviewing PI expert backup documentation re product mixture documents (ref. #9) | 1.40 | TJT |
| | *Litigation and Litigation Consulting* - continue reviewing PI expert report backup documents product formulation documents (ref. #10) | 0.40 | TJT |
| | *Litigation and Litigation Consulting* - continue reviewing PI Committee's expert backup documentation re Tremolite article (ref. #12) | 0.30 | TJT |
| Jan-16-07 | *Case Administration* - Review case management Memo for week ending 1/12/07 | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review supplemental statement by Prudential re expert disclosures re hazard | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review notice of vacation of deposition of M. Shelnitz | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Case Administration* - Review weekly case status memo for week ending 1/12/07 | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - continue reviewing backup documentation to PI expert reports re Tremolite gasket documents and digestion procedures (ref. no. 14) | 1.00 | TJT |
| | *Litigation and Litigation Consulting* - Review backup documentation to PI expert reports re brake lining detection materials (ref. no. 15) | 0.40 | TJT |
| | *Litigation and Litigation Consulting* - continue reviewing backup documentation to PI expert reports re In Re asbestos litigation discovery documents (ref. no. 22) | 0.60 | TJT |
| | *Litigation and Litigation Consulting* - continue reviewing backup documentation to PI expert reports re Libby Tremolite documents  (ref. nos. 23 and 25-29) | 1.00 | TJT |
| | *Litigation and Litigation Consulting* - complete review of backup documentation for PI expert reports re Monaco test documents  (ref. nos. 30 and 31) | 1.80 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 1/23/07 hearing coverage | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order entered in exclusivity appeal | 0.10 | TJT |
| | *Case Administration* - Update 2002 list and label documents, confer with T. Tacconelli re question to change addresses not previously in documents | 0.30 | MH |
| Jan-17-07 | *Litigation and Litigation Consulting* - Confer with T. Tacconelli; re: preparation of notice of service; re: Hilsee report | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Email from T. Tacconelli; re: Hilsee report | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Email from J. Sakalo; re: Hilsee report | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Email from T. Tacconelli; re: handeling of Hilsee report | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Email from J. Sakalo; re: service of Hilsee report | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Confer with T. Tacconelli; re: service of Hilsee report | 0.20 | LLC |
| | *Litigation and Litigation Consulting* - Review Hilsee report & coordinate service of same | 0.40 | LLC |
| | *Litigation and Litigation Consulting* - Prepare, finalize & e-file notice of service; re: Hilsee report | 0.60 | LLC |
| | *Litigation and Litigation Consulting* - Email to J. Sakalo; re: filing of Notice & service of Hilsee report | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Confer with T. Tacconelli; re: status of notice & service of Hilsee report | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review East Oregon University, et al.'s submission of expert reports with reports re hazard | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review supplemental expert report by L. Welch submitted by D&H claimants | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review supplemental report of H. Anderson submitted by D&H claimants | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review supplemental expert | 0.70 | TJT |

| | | | |
|---|---|---|---|
| | report by Construction Inspectors re Arizona buildings with attachments submitted by D&H claimants | | |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review supplemental expert report by Compass Environmental re Oregon buildings with attachments submitted by D&H claimants | 1.00 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re Hilsee constructive notice expert report | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - multiple conferences with L. Coggins re Hilsee expert report and related issues | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - trade e-mails with J. Sakalo re Hilsee expert report | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - trade e-mails with J. Sakalo re Hilsee expert report and related service issues | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from L. Coggins re HIlsee expert report | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review miscellaneous orders entered in exclusivity appeal | 0.10 | TJT |
| | ZAI Science Trial - Review debtors' counter-designation of record on appeal re ZAI appeal | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - provide 2002 service labels re Hilsee report, prepare fax sheets and fax same | 0.30 | MH |
| Jan-18-07 | *Fee Applications, Others* - Email from J. Sakalo; re: M. Dies fee application & confer with T. Tacconelli; re: same | 0.20 | LLC |
| | *Fee Applications, Others* - Forward M. Dies fee application to M. Hedden to prepare for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Confer with M. Hedden; re: M. Dies fee application | 0.30 | LLC |
| | *Fee Applications, Others* - Confer with T. Tacconelli; re: status of M. Dies fee application | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review expert by E. Mark with attachments filed by D&H claimants | 0.90 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review report by Evia Scientific Consultants submitted by D&H claimants | 0.50 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review expert by M. Bennett with attachments submitted by D&H claimants | 0.10 | TJT |
| | *Case Administration* - Review 8 miscellaneous Certificates of No Objection filed by debtor | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.50 | TJT |
| | *Fee Applications, Others* - Review e-mail from J. Sakalo re Fee Application by D&H | 0.10 | TJT |
| | *Fee Applications, Others* - Conferences with paralegal and L. Coggins re D&H Fee Application | 0.20 | TJT |
| | *Fee Applications, Others* - trade e-mails with J. Sakalo re D&H Quarterly Fee Application | 0.20 | TJT |
| | *Fee Applications, Others* - Teleconference with J. Sakalo re D&H Quarterly Fee Application | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
| | *Litigation and Litigation Consulting* - Review Hilsee constructive notice expert report with attachments | 1.00 | TJT |
| | *Fee Applications, Others* - Confer with T. Tacconelli and L. Coggins re Dies & Hile interim and quarterly Sep. 05-06 Fee Applications | 0.20 | MH |
| | *Fee Applications, Others* - Telephone call to D. Corona at Dies & Hile re fee detail and signed certification re their Sept. 05-06 Fee Application | 0.10 | MH |
| Jan-19-07 | *Case Administration* - Review notice of withdrawal & forward same to M. Hedden | 0.10 | LLC |
| | *Fee Applications, Others* - Review M. Dies interim & quarterly fee applications for filing | 0.20 | LLC |
| | *Fee Applications, Others* - Confer with T. Tacconelli; re: M. Dies fee application & other case related issues | 0.20 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection; re: Nov., 2006 fee application for filing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review expert report by W. Longo dated 12/14/06 for 100 Pine Street submitted by S&R claimants | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review expert report by W. Ewing re Anderson Memorial Hospital dated 1/15/07 with attachment submitted by S&R claimants | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review expert report by W. Ewing re 100 Pine Street dated 1/12/07 submitted by S&R claimants | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review expert report by A. Frank dated 12/6/06 with attachment submitted by S&R claimants | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review expert report by J. Halliwell with attachment submitted by S&R claimants | 1.70 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review notice of withdrawal of proof of claim by Texas Controller | 0.10 | TJT |
| | *Case Administration* - Review notice of withdrawal from service list by Carrollton-Farmers Branch ISD and forward to paralegal | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review notice of deposition filed by FCR and PI Committee | 0.10 | TJT |
| | *Hearings* - Review memo from S. Baena to committee re PD claim objection issues and preparation for 1/23/07 hearing | 0.20 | TJT |
| | *Hearings* - Teleconference with committee member re agenda for 1/23/06 hearing | 0.10 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - download, review and revise Dies & Hile 9/05 to 9/06 Fee Application documentation and draft Certificate of Service re same | 0.50 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Dies & Hile 9/05 to 9/06 Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - download, carefully review and revise Dies & Hile's 1st Quarterly Fee Application documentation and draft Certificate of Service re same | 0.90 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Dies & Hile's 1st Quarterly Fee Application (9/05 to 9/06) | 0.60 | MH |
| | *Fee Applications, Applicant* - Draft Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's Nov. 06 Fee Application | 0.30 | MH |

|  |  |  |  |
|---|---|---|---|
|  | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Ferry, Joseph & Pearce's Nov. Fee Application | 0.50 | MH |
| Jan-20-07 | *Claims Analysis Obj. & Res. (Asbestos)* - correspond with PD claimant | 0.10 | TJT |
|  | *Case Administration* - Review affidavit by D. Junkin filed by debtors | 0.10 | TJT |
|  | *Case Administration* - Review D. Austern's Oct. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review D. Austern's Nov. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review debtors' amended statement of amounts paid to ordinary course professionals | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review Morris Sakalarios supplemental response to PI questionnaire | 0.10 | TJT |
| Jan-21-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review EPEC Realty's supplemental expert report dated 1/17/07 | 0.20 | TJT |
|  | *Case Administration* - Review affidavit of R. Sweeney | 0.10 | TJT |
|  | *Hearings* - Review matters on agenda for 1/23/07 hearing | 1.60 | TJT |
|  | *Plan and Disclosure Statement* - Review exclusivity appeal documents and prepare for 1/22/07 hearing | 0.30 | TJT |
| Jan-22-07 | *Travel/Non-working* - Travel to Philadelphia | 1.00 | TJT |
|  | *Travel/Non-working* - Travel from Philadelphia | 1.00 | TJT |
|  | *Hearings* - Attend District Court hearing on exclusivity appeal and confer with committee member afterwards | 1.50 | TJT |
|  | ZAI Science Trial - Review reply brief by ZAI claimants re motion for leave to appeal | 0.30 | TJT |
| Jan-23-07 | *Hearings* - Make arrangements for co-counsels' hearing materials to be delivered to court (.3); request 1/23/07 hearing transcript (.1); advise T. Tacconelli re same (.1) | 0.50 | SGW |
|  | *Hearings* - Obtain transcript information re 1/22/07 hearing before J. Buckwalter at U. S. District Court -- ED Pennsylvania (.2) advise T. Tacconelli re same (.1) | 0.30 | SGW |
|  | *Case Administration* - Review 5 miscellaneous Certificates of No Objection filed by PI Committee | 0.10 | TJT |
|  | *Hearings* - Confer with committee member and co-counsel prior to hearing | 0.50 | TJT |
|  | *Hearings* - Attend Bankruptcy Court | 4.70 | TJT |
|  | *Hearings* - Confer with committee member after bankruptcy hearing | 0.30 | TJT |
|  | *Hearings* - 1/22/07 hearing followup | 0.10 | TJT |
| Jan-24-07 | *Plan and Disclosure Statement* - Confer with T. Tacconelli; re: decision on exclusivity appeal | 0.10 | LLC |
|  | *Case Administration* - confer with T. Tacconelli re: results of exclusivity appeal | 0.50 | RSM |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review 29th continuation order re 5th omnibus objection to claims with attachment | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re 20th omnibus objection to claims with attachment | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review continuation order re 18th omnibus objection to claims with attachment | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order continuing hearing and objection deadline re debtors' objection to claim of Volovsek | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review notice of withdrawal of | 0.10 | TJT |

| | | |
|---|---|---|
| proof of claim by NMHG | | |
| *Litigation and Litigation Consulting* - Review order canceling methodology trial | 0.10 | TJT |
| *Litigation and Litigation Consulting* - Prepare e-mail to J. Sakalo re order canceling methodology trial | 0.10 | TJT |
| *Litigation and Litigation Consulting* - Review Leman Jan. 2007 expert report by Motley Rice claimants re hazard | 1.20 | TJT |
| *Hearings* - 1/23/07 hearing followup re review hearing notes and calendar new deadlines | 0.30 | TJT |
| *Plan and Disclosure Statement* - trade e-mails with J. Sakalo re exclusivity appeal | 0.20 | TJT |
| *Plan and Disclosure Statement* - trade e-mails with D. Felder re exclusivity appeal oral argument | 0.10 | TJT |
| *Plan and Disclosure Statement* - download and review memorandum and order affirming Bankruptcy Court in exclusivity appeal | 0.20 | TJT |
| *Plan and Disclosure Statement* - 1/20/07 oral argument followup | 0.10 | TJT |
| *Plan and Disclosure Statement* - Prepare e-mail to J. Sakalo and S. Baena re memorandum and order affirming Bankruptcy Court in exclusivity appeal | 0.10 | TJT |
| *Plan and Disclosure Statement* - Prepare e-mail to D. Felder re memorandum and order affirming Bankruptcy Court in exclusivity appeal | 0.10 | TJT |
| ZAI Science Trial - trade e-mails with committee member re ZAI reply brief | 0.10 | TJT |
| *Case Administration* - Review docket re case status for week ending 1/19/07, prepare memo to T. Tacconelli and L. Coggins re same | 1.20 | MH |
| Jan-25-07    *Case Administration* - Review case management Memo for week ending 1/19/07 | 0.10 | LLC |
| *Fee Applications, Others* - Review Certificate of No Objection; re: HRA Nov., 2006 fee application for filing | 0.10 | LLC |
| *Fee Applications, Others* - Review Certificate of No Objection; re: Bilzin Nov., 2006 fee application for filing | 0.10 | LLC |
| *Case Administration* -  Legal research re: time period to file appeal to third circuit | 0.20 | RSM |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of service of expert report of by California Dept. of General Services | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review expert by R. Lemen re asbestos timetables - a guide for policy makers | 0.60 | TJT |
| *Claims Analysis Obj. & Res. (Non-Asb)* - Review notice of withdrawal of proof of claim by GECC | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' 22nd notice of report of settlements | 0.10 | TJT |
| *Case Administration* - Review weekly case status memo for week ending 1/19/07 | 0.10 | TJT |
| *Case Administration* - Review debtors' motion to make pension contribution | 0.20 | TJT |
| *Case Administration* - Review debtors' 22nd quarterly asset sale report | 0.10 | TJT |
| *Case Administration* - Review four miscellaneous Certificates of No Objection filed by debtor | 0.10 | TJT |

|  | | | |
|---|---|---|---|
|  | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re agenda from committee call | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.20 | TJT |
|  | *Hearings* - Teleconference with committee member re results of 1/23/07 hearing | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Confer with RSM re appeal of order affirming Judge Fitzgerald re exclusivity appeal | 0.10 | TJT |
|  | ZAI Science Trial - Review amended designation of issues/record on appeal | 0.10 | TJT |
|  | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
|  | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re HRA's Nov. 06 Fee Application | 0.30 | MH |
|  | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re HRA's Nov. 06 Fee Application | 0.50 | MH |
|  | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re Bilzin's Nov. 06 Fee Application | 0.30 | MH |
|  | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Bilzin's Nov. 06 Fee Application | 0.50 | MH |
| Jan-26-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of deposition of R. Bettachi by University of California with attachment | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of deposition of R. Bettachi by State of Oklahoma with attachment | 0.20 | TJT |
|  | *Fee Applications, Applicant* - edit Ferry, Joseph & Pearce's Dec. prebill, reprint prebill for review by T. Tacconelli | 0.80 | MH |
|  | *Fee Applications, Applicant* - edit Ferry, Joseph & Pearce's Dec. 06 pre-bill and submit to T. Tacconelli for review | 0.60 | MH |
| Jan-27-07 | *Case Administration* - Review Casner Edwards Nov. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review PSZY&J Nov. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Beverage and Diamond Nov. Fee Application | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review rescheduled deposition notice filed by PI Committee re Siegel, Beber and Hughes | 0.10 | TJT |
| Jan-28-07 | *Case Administration* - Review Orrick Dec. Fee Application | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review transcript of 1/22/07 exclusivity appeal oral argument in District Court | 0.70 | TJT |
|  | *Plan and Disclosure Statement* - Prepare e-mail to J. Sakalo re exclusivity appeal | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - trade e-mails with D. Felder re exclusivity appeal | 0.20 | TJT |
|  | *Asset Disposition* - Review e-mail from plan administrator re final supplemental distribution to creditors | 0.10 | TJT |
| Jan-29-07 | *Case Administration* - Review notices of sub of counsel & forward same to M. Hedden | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Confer with M. Hedden re Ferry, Joseph & Pearce's Dec. 06 invoice | 0.10 | LLC |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Forward 1/23/07 hearing | 0.20 | SGW |

| | | |
|---|---|---|
| materials to co-counsel (.1); advise T. Tacconelli re same (.1) | | |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review motion by Reaud Morgan & Quinn for leave to file 59 late proofs of claim with attachments | 0.80 | TJT |
| *Litigation and Litigation Consulting* - Review motion by Foster and Sear to extend time to respond to PI questionnaire | 0.10 | TJT |
| *Litigation and Litigation Consulting* - Review motion by Luckey to extend time to file response to PI questionnaire | 0.10 | TJT |
| *Litigation and Litigation Consulting* - continue reviewing exhibit A to Motley Rice's expert reports (report of Dr. Leman) with attachments | 3.60 | TJT |
| *Hearings* - Review e-mail from S. Weiler re 1/23/07 hearing follow-up | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from S. Baena re exclusivity appeal | 0.20 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from J. Sakalo re exclusivity appeal | 0.10 | TJT |
| *Case Administration* - update 2002 service list and labels documents | 0.10 | MH |
| *Case Administration* - Review docket re case status for week ending 1/26/07, prepare memo to T. Tacconelli and L. Coggins re same | 0.50 | MH |
| *Fee Applications, Others* - e-mail to G. Boyer and L. Flores re reminder of 23rd Quarterly Fee Application due date, update fee app/cno filed chart re same | 0.10 | MH |
| *Fee Applications, Applicant* - Confer with T. Tacconelli and L. Coggins re Ferry, Joseph & Pearce's Dec. prebill, finalize same | 0.30 | MH |
| Jan-30-07 | *Case Administration* - Review case management Memo for week ending 1/26/07 | 0.10 | LLC |
| *Case Administration* - confer with T. Tacconelli re: 3rd circuit appeal | 0.20 | RSM |
| *Case Administration* - confer with T. Tacconelli re: appellate procedures | 0.30 | RSM |
| *Hearings* - e-mail 1/23/07 hearing material to D. Speights | 0.10 | SGW |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review expert report by S. Hammer submitted by Motley Rice re hazard | 0.70 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review expert report by A. Brody submitted by Motley Rice re hazard | 0.30 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review expert report by C. Blake submitted by debtors re Libby claimants with attachments | 0.50 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review expert report by R. Lee dated 1/17/07 re product ID submitted by debtors | 0.70 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review expert report by R. Lee dated 1/15/07 re hazard submitted by debtors | 1.30 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review Bilzin memo to committee re issues concerning appeal of district order re exclusivity appeal | 0.30 | TJT |
| *Case Administration* - Review weekly case status memo for week ending 1/29/07 | 0.10 | TJT |
| *Case Administration* - Review substitution of counsel by U.S. Fire Insurance Co. and forward to paralegal | 0.10 | TJT |
| *Fee Applications, Others* - Review e-mail from M. Dies re Fee Application | 0.10 | TJT |
| *Fee Applications, Others* - trade e-mails with J. Sakalo re Dies & Hile Fee Application | 0.10 | TJT |
| *Employment Applications, Others* - Review debtors' motion to retain | 0.30 | TJT |

Fragomen del Ray with attachments

| | | |
|---|---|---|
| *Plan and Disclosure Statement* - Review memo from S. Baena to committee re exclusivity appeal | 0.10 | TJT |
| *Plan and Disclosure Statement* - Confer with RSM re exclusivity appeal and related issues | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review memo from S. Baena re recommendation for appeal of District Order re exclusivity appeal | 0.20 | TJT |
| *Plan and Disclosure Statement* - Confer with RSM re appeal of district order in exclusivity appeal related issues and Bilzin memo | 0.20 | TJT |
| *Fee Applications, Applicant* - modify Ferry, Joseph & Pearce's Dec. 06 invoice for filing with Fee Application, draft summary, notice and Certificate of Service re same | 0.90 | MH |

Jan-31-07

| | | |
|---|---|---|
| *Case Administration* - Confer with S. Weiler; re: electronic service of pleadings to co-counsel | 0.10 | LLC |
| *Fee Applications, Others* - Review Bilzin Dec., 2006 fee application for filing | 0.10 | LLC |
| *Fee Applications, Others* - Review HRA Dec., 2006 fee application for filing | 0.10 | LLC |
| *Fee Applications, Applicant* - Review Dec., 2006 fee application for filing | 0.10 | LLC |
| *Case Administration* - Contact Bankruptcy Court re CM/ECF procedural question (.2); reply to co-counsel re same (.1) | 0.30 | SGW |
| *Plan and Disclosure Statement* - Confer with T. Tacconelli re exclusivity appeal re Judge Buckwalter's 1/27/07 decision to 3rd circuit (.2); teleconference with Parcels re filing requirements of same (.2) | 0.40 | SGW |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review expert report by M. Corn dated 1/15/07 with attachments re hazard | 1.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review expert report by G. Spratt re Canadian regulations | 0.30 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review expert by L. Klair re Canadian product liability law with attachments | 0.80 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review 1/23/07 hearing transcript re PD claim issues | 0.40 | TJT |
| *Case Administration* - Review 8 miscellaneous Certificates of No Objection filed by debtor | 0.10 | TJT |
| *Case Administration* - Review statement re amounts paid by debtors to ordinary course professionals for 2006 | 0.10 | TJT |
| *Case Administration* - Review notice of substitution of counsel for Royal Insurance Company and forward to paralegal | 0.10 | TJT |
| *Litigation and Litigation Consulting* - Review debtors' motion for leave to file emergency motion re x-rays | 0.10 | TJT |
| *Litigation and Litigation Consulting* - Review order granting debtors' motion for leave to file emergency motion re x-rays and scheduling hearing | 0.10 | TJT |
| *Litigation and Litigation Consulting* - Prepare e-mail to S. Baena re x-ray protocol and hearing set for 2/2/07 | 0.20 | TJT |
| *Litigation and Litigation Consulting* - Review debtors' emergency motion re x-rays with attachments | 1.20 | TJT |
| *Litigation and Litigation Consulting* - Review correspondence from J. | 0.10 | TJT |

O'Neill re order granting debtors' leave to file emergency motion and
scheduling hearing on 2/2/07

| | | |
|---|---|---|
| *Hearings* - Prepare for 2/2/07 hearing | 0.10 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from E. Westbrook re exclusivity appeal | 0.10 | TJT |
| *Plan and Disclosure Statement* - Confer with S. Weiler re appeal of district court order in exclusivity appeal and related issues | 0.20 | TJT |
| *Plan and Disclosure Statement* - Review e-mail from D. Scott re appeal of district court order re exclusivity appeal | 0.10 | TJT |
| *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| *Fee Applications, Others* - download, review and revise HRA's Dec. 06 Fee Application and draft Certificate of Service re same | 0.50 | MH |
| *Fee Applications, Others* - Prepare for e-filing, e-file and serve HRA's Dec. 06 Fee Application | 0.40 | MH |
| *Fee Applications, Others* - download, review and revise Bilzin's Dec. 06 Fee Application and draft Certificate of Service re same | 0.50 | MH |
| *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's Dec. 06 Fee Application | 0.50 | MH |
| *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Ferry, Joseph & Pearce's Dec. 06 Fee Application | 0.50 | MH |
| **Totals** | **119.60** | |

## DISBURSEMENTS

| | | |
|---|---|---|
| Jan-04-07 | Cost Advance - TriState Courier & Carriage - delivery charge | 247.00 |
| Jan-05-07 | Cost Advance - J&J Court Transcribers | 37.35 |
| | Cost Advance - Parcel's, Inc. | 562.62 |
| | Cost Advance - Blue Marble Logistics - HD | 162.00 |
| Jan-08-07 | Cost Advance - Blue Marble Logistics - hd | 304.00 |
| | Cost Advance - TriState Courier & Carriage - hd | 52.00 |
| | Cost Advance - Platinum Plus for Business - court call 12/5/06 hearing | 213.50 |
| | Cost Advance - Platinum Plus for Business - court call 12/18/06 hearing | 38.00 |
| | Cost Advance - Platinum Plus for Business - court call 12/19/06 hearing | 25.00 |
| Jan-10-07 | Cost Advance - Blue Marble Logistics - cc | 303.82 |
| Jan-11-07 | Cost Advance - Blue Marble Logistics - cc | 771.12 |
| Jan-17-07 | Cost Advance - Fax  144 @ 1.00 | 144.00 |
| Jan-18-07 | Cost Advance - Parcel's, Inc. - hd | 155.00 |
| | Cost Advance - Parcel's, Inc. - cc | 510.02 |
| Jan-19-07 | Cost Advance - Blue Marble Logistics - hd | 237.50 |
| | Cost Advance - Parcel's, Inc. - hd | 150.00 |
| | Cost Advance – J&J Court Transcribers | 127.90 |
| Jan-22-07 | Cost Advance - Parcel's, Inc. - cc | 182.48 |
| Jan-24-07 | Cost Advance - Donna Anders - court reporter | 385.00 |
| | Cost Advance - Blue Marble Logistics - cc | 250.42 |
| Jan-25-07 | Cost Advance - Blue Marble Logistics (copies $112.66; postage $162.90) | 275.56 |
| | Cost Advance - Copying cost  90 @ 0.10 | 9.00 |
| | Cost Advance - Postage  8 @ 0.63 | 5.04 |
| Jan-26-07 | Cost Advance - Pacer Service Center - 10/1/06 - 12/31/06 (RSM) | 26.40 |

**Invoice No. 22898**                     **Page 18 of 18**                     March 2, 2007

|          |                                                                          |          |
|----------|--------------------------------------------------------------------------|----------|
|          | Cost Advance - Pacer Service Center - 10/1/06 - 12/31/06 (TJT)            | 149.52   |
| Jan-29-07 | Cost Advance - Parcel's, Inc. - hand deliveries                          | 170.00   |
| Jan-30-07 | Cost Advance - Parcel's, Inc. - copies                                   | 264.38   |
|          | Cost Advance - TriState Courier & Carriage - hand delivery               | 84.50    |
| Jan-31-07 | Cost Advance - Theodore J. Tacconelli - mileage reimb. (64m @ .40)       | 25.60    |
|          | Cost Advance - Theodore J. Tacconelli - parking reimb                    | 15.00    |
|          | Cost Advance - Elaine Ryan - court reporter                              | 732.20   |
|          | Cost Advance - Parcel's, Inc. - cc-1,328.49; postage 578.09              | 1,906.58 |
|          | Cost Advance - Copying cost  228 @ 0.10                                  | 22.80    |
|          | Cost Advance - Postage                                                   | 3.27     |

**Totals**                                                                       **$8,548.58**


**Total Fees & Disbursements**                                                   **$35,901.58**


**Balance Due Now**                                                              **$35,901.58**