**L TERSIGNI CONSULTING, P.C.**
**Certified Public Accountant**

350 Bedford Street - Suite 301
Stamford, CT. 06901
Telephone:  203-252-2564
Facsimile: 203-252-2562

**February 26, 2007**

**Invoice No. 00707**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

# RE:    W.R.Grace

For services rendered in connection with the above-captioned matter during the period January 1, 2007 through January 31, 2007 as per the attached analysis.

| Professional Fees  (see Schedule A) | Hours | Amount |
|---|---:|---:|
| Loreto T. Tersigni  - President | 7.50 | $4,312.50 |
| James Sinclair - Senior Managing Director | 62.50 | $34,375.00 |
| Bradley Rapp - Senior Managing Director | 9.00 | $4,950.00 |
| Susan Plotzky - Managing Director | 1.70 | $892.50 |
| Peter Rubsam  - Managing Director | 0.50 | $262.50 |
| Aaron Prills - Director | 14.30 | $5,934.50 |
| Dottie-Jo Collins - Manager | 6.00 | $1,890.00 |

| Expenses   (see Schedule C) | | |
|---|---|---:|
| Telephone,  Xerox | | $67.62 |
| **T O T A L** | | $52,684.62 |

Please Note:  Schedule B (attached) reflects Professional Services Summary
              by Task Codes for Court Approved Professionals

**L TERSIGNI CONSULTING, P.C.**
**Certified Public Accountant**

350 Bedford Street - Suite 301
Stamford, CT. 06901
Telephone:  203-252-2564
Facsimile: 203-252-2562

February 26, 2007

**Invoice No. 00707**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

# RE:    W.R.Grace

Summary of Professional Services Rendered:    January 1-31, 2007

| Name | Position | Schedule | Rate (2007) | Hours | Amount |
|---|---|---|---|---|---|
| Loreto T. Tersigni | President | Schedule  A | $575 | 7.50 | $4,312.50 |
| James Sinclair | Senior Managing Director | Schedule  A | $550 | 62.50 | $34,375.00 |
| Bradley Rapp | Senior Managing Director | Schedule  A | $550 | 9.00 | $4,950.00 |
| Susan Plotzky | Managing Director | Schedule  A | $525 | 1.70 | $892.50 |
| Peter Rubsam | Managing Director | Schedule  A | $525 | 0.50 | $262.50 |
| Aaron Prills | Director | Schedule  A | $415 | 14.30 | $5,934.50 |
| Dottie-Jo Collins | Manager | Schedule  A | $315 | 6.00 | $1,890.00 |
| **Total  Professional  Services- Schedule A:** | | | | 101.50 | $52,617.00 |
| **Total Out of Pocket Expenses- Schedule C:** | | | | | $67.62 |
| **TOTAL   DUE   THIS   INVOICE** | | | | | $52,684.62 |

Please Note:  Schedule B (attached) reflects Professional Services Summary
             by Task Codes for Court Approved Professionals

# W.R. Grace

**Schedule A**

## Services Rendered during the Period: January 1, 2007 through January 31, 2007

| Date | | Comment | Task Code | Hours | 2007 Rate | Total |
|---|---|---|---|---|---|---|
| **Loreto Tersigni - President** | | | | | | |
| 1/10/07 | LT | Review updated distributable value/claims analysis in preparation for meeting with FR financial advisor | 16 | 1.00 | $575.00 | $575.00 |
| 1/11/07 | LT | Research and discussions with ACC counsel regarding certain accounting issues | 26 | 3.50 | $575.00 | $2,012.50 |
| 1/11/07 | LT | Meeting with FR financial advisor to review updated distributable value/claims analysis. | 16 | 1.00 | $575.00 | $575.00 |
| 1/12/07 | LT | Review calendar of critical dates from ACC counsel | 26 | 0.80 | $575.00 | $460.00 |
| 1/22/07 | LT | Review calendar of upcoming events from ACC counsel | 26 | 0.70 | $575.00 | $402.50 |
| 1/24/07 | LT | Review Q4'06 press release and related financial statements | 26 | 0.50 | $575.00 | $287.50 |
| | | **Sub-Total** | | 7.50 | | $4,312.50 |
| **James Sinclair - Senior Managing Director** | | | | | | |
| 1/2/07 | JS | Commence review and analysis of November 2006, and YTD, Monthly Financial Report for due diligence purposes and ongoing valuation monitoring | 26 | 2.90 | $550.00 | $1,595.00 |
| 1/3/07 | JS | Continue review and analysis of November 2006, and YTD, Monthly Financial Report for due diligence purposes and ongoing valuation monitoring | 26 | 2.70 | $550.00 | $1,485.00 |
| 1/3/07 | JS | Commence review and analysis of November 206 Monthly Operating Report (Filing Entities) for due diligence purposes | 26 | 2.40 | $550.00 | $1,320.00 |
| 1/9/07 | JS | Continue review and analysis of November 2006, and YTD, Monthly Financial Report for due diligence purposes and ongoing valuation monitoring | 26 | 1.80 | $550.00 | $990.00 |
| 1/9/07 | JS | Discussion with Prills regarding November 2006, and YTD, Monthly Financial Report for due diligence purposes and ongoing valuation monitoring | 26 | 0.30 | $550.00 | $165.00 |
| 1/9/07 | JS | Call with FCR financial adviser (J. Radicchio) regarding meeting on 1/11/07, due diligence-monitoring and valuation | 26 | 0.30 | $550.00 | $165.00 |
| 1/9/07 | JS | Commence review of Chemical & Engineering News Outlook for Specialty Chemicals 2007 for due diligence purposes and valuation for settlement discussions | 26 | 1.60 | $550.00 | $880.00 |
| 1/11/07 | JS | Review and update guideline companies market multiple valuation in preparation for meeting on 1/11/07 with FCR financial adviser (J. Radicchio) for settlement discussions | 16 | 2.80 | $550.00 | $1,540.00 |
| 1/11/07 | JS | Review and update claims analysis for recovery analysis in preparation of meeting with FCR financial adviser for settlement discussions | 16 | 2.10 | $550.00 | $1,155.00 |
| 1/11/07 | JS | Review and update recovery analysis in preparation for meeting with FCR financial adviser for settlement discussions | 16 | 1.80 | $550.00 | $990.00 |
| 1/11/07 | JS | Review and analyze defined benefit unions plans and alternative for valuation and recovery analysis in preparation for meeting with FCR financial adviser for settlement discussions | 16 | 1.50 | $550.00 | $825.00 |
| 1/11/07 | JS | Meeting with FCR financial adviser to discuss valuation, claimer and recovery for settlement discussions | 16 | 1.10 | $550.00 | $605.00 |
| 1/11/07 | JS | Discuss with Tersigni the accounting treatment and estimate of asbestos liability for estimation at the request of counsel | 26 | 0.30 | $550.00 | $165.00 |
| 1/12/07 | JS | Continue review of Chemical & Engineering News Outlook for Specialty Chemicals 2007 (polyolefin's, polyethylene, polypropylene) for due diligence and valuation monitoring purposes | 26 | 1.50 | $550.00 | $825.00 |
| 1/12/07 | JS | Review and analyze salaried and hourly defined benefit pension plans and obligations for valuation and recovery analysis for settlement discussions | 16 | 2.60 | $550.00 | $1,430.00 |
| 1/12/07 | JS | Write memorandum to FCR financial adviser (J.Radecki) regarding defined benefit pension plans for valuation and recovery analysis for settlement discussions | 16 | 1.60 | $550.00 | $880.00 |
| 1/12/07 | JS | Review and analyze 'non-core' expenses requested by Company, adjustments to 'core' operation metrics for valuation and recovery analysis purposes for settlement discussions | 16 | 2.30 | $550.00 | $1,265.00 |

# W.R. Grace

**Schedule A**

**Services Rendered during the Period: January 1, 2007 through January 31, 2007**

| Date | | Comment | Task Code | Hours | 2007 Rate | Total |
|---|---|---|---|---|---|---|
| 1/15/07 | JS | Review weekly memorandum from counsel regarding Recommendations and Calendar for planning of work and assignments | 26 | 1.00 | $550.00 | $550.00 |
| 1/17/07 | JS | Commence review and analysis of Motion to Pay Defined Benefit Pension Plans, review prior materials and actuarial accounting reports for possible objection to Motion | 08 | 2.70 | $550.00 | $1,485.00 |
| 1/18/07 | JS | Continue review and analysis of prior motions, actuarial reports, payments/accruals regarding the Pension Plan motion | 08 | 2.40 | $550.00 | $1,320.00 |
| 1/18/07 | JS | Review Watron Wyatt Report to WR Grace regarding "Pension Plan Design Strategy" for analysis of Pension Plan Motions for possible objection to motion | 08 | 1.40 | $550.00 | $770.00 |
| 1/18/07 | JS | Prepare questions to WR Grace financial advisor )Blackstone) regarding Pension Plan Motion, Watron Wyatt Report for analysis of Motion and possible objection to Motion | 08 | 1.20 | $550.00 | $660.00 |
| 1/18/07 | JS | Write memorandum with questions to Blackstone regarding Pension Plan Motion for analysis of motion and possible objection to motion | 08 | 1.00 | $550.00 | $550.00 |
| 1/23/07 | JS | Review with L.Tersigni the upcoming meeting, on 2/20/07, with WR Grace management | 26 | 0.60 | $550.00 | $330.00 |
| 1/23/07 | JS | Plan agenda and commence draft of questions for meeting with WR Grace management on 2/20/07 | 26 | 1.20 | $550.00 | $660.00 |
| 1/23/07 | JS | Conference call with B.Rapp, A.Prills and E.Tersigni regarding agenda items for meeting on 2/20/07 with WR Grace management | 26 | 0.50 | $550.00 | $275.00 |
| 1/24/07 | JS | Review Court Order of 1/22/07 relating to exclusivity and memorandum from counsel, with attachments, in preparation for estimation hearing | 16 | 0.90 | $550.00 | $495.00 |
| 1/24/07 | JS | Review weekly memorandum from counsel regarding Recommendations and Calendar for planning of work and assignments | 26 | 1.40 | $550.00 | $770.00 |
| 1/25/07 | JS | Review and analyze Report on 2006 results of operations for due diligence and monitoring purposes | 26 | 2.70 | $550.00 | $1,485.00 |
| 1/25/07 | JS | Conference call with Blackstone (O'Connell) regarding questions relating to the Pension Motion | 08 | 0.30 | $550.00 | $165.00 |
| 1/25/07 | JS | Review, analyze and revise accrued interest expense on pre-petition bank debt for claims and recovery analysis for settlement discussions | 16 | 1.70 | $550.00 | $935.00 |
| 1/25/07 | JS | Conference call with Blackstone (O'Connell) regarding revised accrual interest on bank debt for claims recovery analysis | 16 | 0.30 | $550.00 | $165.00 |
| 1/26/07 | JS | Commence analysis of precedent transactions for valuation at request of counsel | 16 | 2.80 | $550.00 | $1,540.00 |
| 1/26/07 | JS | Conference call with Blackstone (O'Connell) to further discuss revised accrued interest on bank debt for claims and recovery analysis for settlement discussions | 16 | 0.20 | $550.00 | $110.00 |
| 1/26/07 | JS | Further analysis of precedent transactions for valuation purposes at the request of counsel | 16 | 1.70 | $550.00 | $935.00 |
| 1/26/07 | JS | Outline memorandum to counsel regarding precedent transactions for valuation purposes at request of counsel | 16 | 1.40 | $550.00 | $770.00 |
| 1/26/07 | JS | Write memorandum to counsel regarding precedent transactions | 16 | 2.30 | $550.00 | $1,265.00 |
| 1/29/07 | JS | Review and analyze Pension Motion as filed, inquiry to ACC counsel regarding Pension Motion for possible objection to motion | 08 | 2.20 | $550.00 | $1,210.00 |
| 1/29/07 | JS | Review data of Watron Wyatt for analysis of Defined Benefit Plan and alternatives in preparation for conference call with financial adviser and respective counsel on 1/30/07 | 08 | 1.40 | $550.00 | $770.00 |
| 1/30/07 | JS | Discuss Pension Motion with S.Plotzky for possible objection to motion | 08 | 0.50 | $550.00 | $275.00 |
| 1/30/07 | JS | Conference call with ACC counsel regarding Pension Motion | 08 | 1.10 | $550.00 | $605.00 |
| | | **Sub-Total** | | 62.50 | | $34,375.00 |

**Bradley Rapp - Senior Managing Director**

# W.R. Grace

**Schedule A**

### Services Rendered during the Period: January 1, 2007 through January 31, 2007

| Date | | Comment | Task Code | Hours | 2007 Rate | Total |
|---|---|---|---|---|---|---|
| 1/23/07 | BR | Tel C w/ Jimmy Sinclair to discuss attendance at W.R. Grace budget meeting | 26 | 0.10 | $550.00 | $55.00 |
| 1/24/07 | BR | Review of e-mails from Elihu Inselbuch relating to extension of exclusivity for purpose of on-going monitoring of chapter 11 proceedings | 26 | 0.10 | $550.00 | $55.00 |
| 1/26/07 | BR | Review of first half of Grace 10-Q for the quarter ended 9/30/06 for purpose of preparing for budget meeting | 26 | 2.50 | $550.00 | $1,375.00 |
| 1/26/07 | BR | Review of second half of Grace 10-Q for the quarter ended 9/30/06 for purpose of preparing for budget meeting | 26 | 2.80 | $550.00 | $1,540.00 |
| 1/27/07 | BR | Review of selected portions of 1995 10-K for purpose of preparing for budget meeting | 26 | 3.50 | $550.00 | $1,925.00 |
| | | **Sub-Total** | | 9.00 | | $4,950.00 |

**Susan Plotzky - Managing Director**

| Date | | Comment | Task Code | Hours | 2007 Rate | Total |
|---|---|---|---|---|---|---|
| 1/11/07 | SP | Research and evaluate the accounting treatment regarding the recorded asbestos liability | 26 | 1.40 | $525.00 | $735.00 |
| 1/30/07 | SP | Analyze defined pension plan status | 08 | 0.30 | $525.00 | $157.50 |
| | | **Sub-Total** | | 1.70 | | $892.50 |

**Peter Rubsam - Managing Director**

| Date | | Comment | Task Code | Hours | 2007 Rate | Total |
|---|---|---|---|---|---|---|
| 1/29/07 | PR | Review and analyze memorandum on WR Grace exclusivity and Judge Buckwaters memo for company monitoring | 26 | 0.50 | $525.00 | $262.50 |
| | | | | 0.50 | | $262.50 |

**Aaron Prills - Director**

| Date | | Comment | Task Code | Hours | 2007 Rate | Total |
|---|---|---|---|---|---|---|
| 1/4/07 | AP | Reviewed the trend in the equity price for Grace to analyze the month of December. | 28 | 0.60 | $415.00 | $249.00 |
| 1/10/07 | AP | Reviewed the latest claims recovery model to analyze the percent recoveries and the market values for the bank debt and equity. | 28 | 1.80 | $415.00 | $747.00 |
| 1/11/07 | AP | Reviewed the Grace debt capacity schedules to analyze the potential borrowing ranges for the company. | 28 | 0.80 | $415.00 | $332.00 |
| 1/11/07 | AP | Reviewed historical 10K filings to analyze the liabilities subject to compromise. | 28 | 0.90 | $415.00 | $373.50 |
| 1/11/07 | AP | Reviewed the Grace claims recovery models to analyze the potential recoveries of the claimant groups. | 28 | 0.90 | $415.00 | $373.50 |
| 1/11/07 | AP | Participated in meeting with future's financial advisor to review status of the case. | 26 | 1.00 | $415.00 | $415.00 |
| 1/23/07 | AP | Participated in conference call with colleagues to review the year-to-date results. | 26 | 0.70 | $415.00 | $290.50 |
| 1/24/07 | AP | Reviewed the memorandums from counsel regarding the status update of Grace. | 28 | 0.70 | $415.00 | $290.50 |
| 1/26/07 | AP | Reviewed the Grace fourth quarter financial press release. | 28 | 1.00 | $415.00 | $415.00 |
| 1/29/07 | AP | Reviewed the Grace twelve-month rolling EBITDA schedule to analyze the 2006 EBITDA versus prior years and plan. | 28 | 0.50 | $415.00 | $207.50 |
| 1/29/07 | AP | Reviewed the Grace fourth quarter and full-year 2006 financial press release to analyze performance. | 28 | 1.30 | $415.00 | $539.50 |
| 1/30/07 | AP | Reviewed the Grace liabilities subject to compromise schedule to analyze the liabilities used in the financial model. | 28 | 0.50 | $415.00 | $207.50 |

# W.R. Grace

## Schedule A

**Services Rendered during the Period: January 1, 2007 through January 31, 2007**

| Date | | Comment | Task Code | Hours | 2007 Rate | Total |
|---|---|---|---|---|---|---|
| 1/30/07 | AP | Analyzed the key Grace cash flow items in the 2006 budget to analyze the 2006 actual cash flow items versus plan. | 28 | 0.70 | $415.00 | $290.50 |
| 1/30/07 | AP | Reviewed the memorandum's regarding Grace's exclusivity hearings. | 28 | 0.90 | $415.00 | $373.50 |
| 1/30/07 | AP | Reviewed the Grace 2006 operating plan to analyze the full-year results versus the budget. | 28 | 1.40 | $415.00 | $581.00 |
| 1/31/07 | AP | Reviewed the Grace status update memorandum. | 28 | 0.60 | $415.00 | $249.00 |
| | | | **Sub-Total** | 14.30 | | $5,934.50 |

**Dottie-Jo Collins  -  Manager**

| Date | | Comment | Task Code | Hours | 2007 Rate | Total |
|---|---|---|---|---|---|---|
| 1/31/07 | DC | Compilation and consolidation of services rendered in the month of January 2007 | 11 | 4.50 | $315.00 | $1,417.50 |
| 1/31/07 | DC | Category coding and preparation of January 2007 fee application | 11 | 1.50 | $315.00 | $472.50 |
| | | | **Sub-Total** | 6.00 | | $1,890.00 |
| | | **TOTAL   Schedule A:** | | 101.50 | | $52,617.00 |

# W.R. Grace                                                Schedule B

**Services Rendered during the Period: January 1, 2007 through January 31, 2007**

| Date | | Comments | Task Code | Hours | 2007 Rate | Total |
|---|---|---|---|---|---|---|
| 1/17/07 | JS | Commence review and analysis of Motion to Pay Defined Benefit Pension Plans, review prior materials and actuarial accounting reports for possible objection to Motion | 08 | 2.70 | $550.00 | $1,485.00 |
| 1/18/07 | JS | Continue review and analysis of prior motions, actuarial reports, payments/accruals regarding the Pension Plan motion | 08 | 2.40 | $550.00 | $1,320.00 |
| 1/18/07 | JS | Review Watron Wyatt Report to WR Grace regarding "Pension Plan Design Strategy" for analysis of Pension Plan Motions for possible objection to motion | 08 | 1.40 | $550.00 | $770.00 |
| 1/18/07 | JS | Prepare questions to WR Grace financial advisor )Blackstone) regarding Pension Plan Motion, Watron Wyatt Report for analysis of Motion and possible objection to Motion | 08 | 1.20 | $550.00 | $660.00 |
| 1/18/07 | JS | Write memorandum with questions to Blackstone regarding Pension Plan Motion for analysis of motion and possible objection to motion | 08 | 1.00 | $550.00 | $550.00 |
| 1/25/07 | JS | Conference call with Blackstone (O'Connell) regarding questions relating to the Pension Motion | 08 | 0.30 | $550.00 | $165.00 |
| 1/29/07 | JS | Review and analyze Pension Motion as filed, inquiry to ACC counsel regarding Pension Motion for possible objection to motion | 08 | 2.20 | $550.00 | $1,210.00 |
| 1/29/07 | JS | Review data of Watron Wyatt for analysis of Defined Benefit Plan and alternatives in preparation for conference call with financial adviser and respective counsel on 1/30/07 | 08 | 1.40 | $550.00 | $770.00 |
| 1/30/07 | JS | Discuss Pension Motion with S.Plotzky for possible objection to motion | 08 | 0.50 | $550.00 | $275.00 |
| 1/30/07 | JS | Conference call with ACC counsel regarding Pension Motion | 08 | 1.10 | $550.00 | $605.00 |
| 1/30/07 | SP | Analyze defined pension plan status | 08 | 0.30 | $525.00 | $157.50 |
| | | **TOTAL  Category 08:  Employee Benefits/Pension** | | **14.50** | | **$7,967.50** |
| 1/31/07 | DC | Compilation and consolidation of services rendered in the month of January 2007 | 11 | 4.50 | $315.00 | $1,417.50 |
| 1/31/07 | DC | Category coding and preparation of January 2007 fee application | 11 | 1.50 | $315.00 | $472.50 |
| | | **TOTAL  Category 11:  Fee Application-Applicant** | | **6.00** | | **$1,890.00** |
| 1/10/07 | LT | Review updated distributable value/claims analysis in preparation for meeting with FR financial advisor | 16 | 1.00 | $575.00 | $575.00 |
| 1/11/07 | LT | Meeting with FR financial advisor to review updated distributable value/claims analysis. | 16 | 1.00 | $575.00 | $575.00 |
| 1/11/07 | JS | Review and update guideline companies market multiple valuation in preparation for meeting on 1/11/07 with FCR financial adviser (J. Radicchio) for settlement discussions | 16 | 2.80 | $550.00 | $1,540.00 |
| 1/11/07 | JS | Review and update claims analysis for recovery analysis in preparation of meeting with FCR financial adviser for settlement discussions | 16 | 2.10 | $550.00 | $1,155.00 |
| 1/11/07 | JS | Review and update recovery analysis in preparation for meeting with FCR financial adviser for settlement discussions | 16 | 1.80 | $550.00 | $990.00 |
| 1/11/07 | JS | Review and analyze defined benefit unions plans and alternative for valuation and recovery analysis in preparation for meeting with FCR financial adviser for settlement discussions | 16 | 1.50 | $550.00 | $825.00 |
| 1/11/07 | JS | Meeting with FCR financial adviser to discuss valuation, claimer and recovery for settlement discussions | 16 | 1.10 | $550.00 | $605.00 |
| 1/12/07 | JS | Review and analyze salaried and hourly defined benefit pension plans and obligations for valuation and recovery analysis for settlement discussions | 16 | 2.60 | $550.00 | $1,430.00 |
| 1/12/07 | JS | Write memorandum to FCR financial adviser (J.Radecki) regarding defined benefit pension plans for valuation and recovery analysis for settlement discussions | 16 | 1.60 | $550.00 | $880.00 |
| 1/12/07 | JS | Review and analyze 'non-core' expenses requested by Company, adjustments to 'core' operation metrics for valuation and recovery analysis purposes for settlement discussions | 16 | 2.30 | $550.00 | $1,265.00 |
| 1/24/07 | JS | Review Court Order of 1/22/07 relating to exclusivity and memorandum from counsel, with attachments, in preparation for estimation hearing | 16 | 0.90 | $550.00 | $495.00 |
| 1/25/07 | JS | Review, analyze and revise accrued interest expense on pre-petition bank debt for claims and recovery analysis for settlement discussions | 16 | 1.70 | $550.00 | $935.00 |

# W.R. Grace                                                                    Schedule B

**Services Rendered during the Period: January 1, 2007 through January 31, 2007**

| Date | | Comments | Task Code | Hours | 2007 Rate | Total |
|---|---|---|---|---|---|---|
| 1/25/07 | JS | Conference call with Blackstone (O'Connell) regarding revised accrual interest on bank debt for claims recovery analysis | 16 | 0.30 | $550.00 | $165.00 |
| 1/26/07 | JS | Commence analysis of precedent transactions for valuation at request of counsel | 16 | 2.80 | $550.00 | $1,540.00 |
| 1/26/07 | JS | Conference call with Blackstone (O'Connell) to further discuss revised accrued interest on bank debt for claims and recovery analysis for settlement discussions | 16 | 0.20 | $550.00 | $110.00 |
| 1/26/07 | JS | Further analysis of precedent transactions for valuation purposes at the request of counsel | 16 | 1.70 | $550.00 | $935.00 |
| 1/26/07 | JS | Outline memorandum to counsel regarding precedent transactions for valuation purposes at request of counsel | 16 | 1.40 | $550.00 | $770.00 |
| 1/26/07 | JS | Write memorandum to counsel regarding precedent transactions | 16 | 2.30 | $550.00 | $1,265.00 |
| | | **TOTAL Category 16: POR and Disclosure Statement** | | **29.10** | | **$16,055.00** |
| 1/2/07 | JS | Commence review and analysis of November 2006, and YTD, Monthly Financial Report for due diligence purposes and ongoing valuation monitoring | 26 | 2.90 | $550.00 | $1,595.00 |
| 1/3/07 | JS | Continue review and analysis of November 2006, and YTD, Monthly Financial Report for due diligence purposes and ongoing valuation monitoring | 26 | 2.70 | $550.00 | $1,485.00 |
| 1/3/07 | JS | Commence review and analysis of November 206 Monthly Operating Report (Filing Entities) for due diligence purposes | 26 | 2.40 | $550.00 | $1,320.00 |
| 1/9/07 | JS | Continue review and analysis of November 2006, and YTD, Monthly Financial Report for due diligence purposes and ongoing valuation monitoring | 26 | 1.80 | $550.00 | $990.00 |
| 1/9/07 | JS | Discussion with Prills regarding November 2006, and YTD, Monthly Financial Report for due diligence purposes and ongoing valuation monitoring | 26 | 0.30 | $550.00 | $165.00 |
| 1/9/07 | JS | Call with FCR financial adviser (J. Radicchio) regarding meeting on 1/11/07, due diligence-monitoring and valuation | 26 | 0.30 | $550.00 | $165.00 |
| 1/9/07 | JS | Commence review of Chemical & Engineering News Outlook for Specialty Chemicals 2007 for due diligence purposes and valuation for settlement discussions | 26 | 1.60 | $550.00 | $880.00 |
| 1/11/07 | LT | Research and discussions with ACC counsel regarding certain accounting issues | 26 | 3.50 | $575.00 | $2,012.50 |
| 1/11/07 | JS | Discuss with Tersigni the accounting treatment and estimate of asbestos liability for estimation at the request of counsel | 26 | 0.30 | $550.00 | $165.00 |
| 1/11/07 | SP | Research and evaluate the accounting treatment regarding the recorded asbestos liability | 26 | 1.40 | $525.00 | $735.00 |
| 1/11/07 | AP | Participated in meeting with future's financial advisor to review status of the case. | 26 | 1.00 | $415.00 | $415.00 |
| 1/12/07 | LT | Review calendar of critical dates from ACC counsel | 26 | 0.80 | $575.00 | $460.00 |
| 1/12/07 | JS | Continue review of Chemical & Engineering News Outlook for Specialty Chemicals 2007 (polyolefin's, polyethylene, polypropylene) for due diligence and valuation monitoring purposes | 26 | 1.50 | $550.00 | $825.00 |
| 1/15/07 | JS | Review weekly memorandum from counsel regarding Recommendations and Calendar for planning of work and assignments | 26 | 1.00 | $550.00 | $550.00 |
| 1/22/07 | LT | Review calendar of upcoming events from ACC counsel | 26 | 0.70 | $575.00 | $402.50 |
| 1/23/07 | JS | Review with L.Tersigni the upcoming meeting, on 2/20/07, with WR Grace management | 26 | 0.60 | $550.00 | $330.00 |
| 1/23/07 | JS | Plan agenda and commence draft of questions for meeting with WR Grace management on 2/20/07 | 26 | 1.20 | $550.00 | $660.00 |
| 1/23/07 | JS | Conference call with B.Rapp, A.Prills and E.Tersigni regarding agenda items for meeting on 2/20/07 with WR Grace management | 26 | 0.50 | $550.00 | $275.00 |
| 1/23/07 | BR | Tel C w/ Jimmy Sinclair to discuss attendance at W.R. Grace budget meeting | 26 | 0.10 | $550.00 | $55.00 |
| 1/23/07 | AP | Participated in conference call with colleagues to review the year-to-date results. | 26 | 0.70 | $415.00 | $290.50 |
| 1/24/07 | LT | Review Q4'06 press release and related financial statements | 26 | 0.50 | $575.00 | $287.50 |

# W.R. Grace

# Schedule B

**Services Rendered during the Period: January 1, 2007 through January 31, 2007**

| Date | | Comments | Task Code | Hours | 2007 Rate | Total |
|---|---|---|---|---|---|---|
| 1/24/07 | JS | Review weekly memorandum from counsel regarding Recommendations and Calendar for planning of work and assignments | 26 | 1.40 | $550.00 | $770.00 |
| 1/24/07 | BR | Review of e-mails from Elihu Inselbuch relating to extension of exclusivity for purpose of on-going monitoring of chapter 11 proceedings | 26 | 0.10 | $550.00 | $55.00 |
| 1/25/07 | JS | Review and analyze Report on 2006 results of operations for due diligence and monitoring purposes | 26 | 2.70 | $550.00 | $1,485.00 |
| 1/26/07 | BR | Review of first half of Grace 10-Q for the quarter ended 9/30/06 for purpose of preparing for budget meeting | 26 | 2.50 | $550.00 | $1,375.00 |
| 1/26/07 | BR | Review of second half of Grace 10-Q for the quarter ended 9/30/06 for purpose of preparing for budget meeting | 26 | 2.80 | $550.00 | $1,540.00 |
| 1/27/07 | BR | Review of selected portions of 1995 10-K for purpose of preparing for budget meeting | 26 | 3.50 | $550.00 | $1,925.00 |
| 1/29/07 | PR | Review and analyze memorandum on WR Grace exclusivity and Judge Buckwaters memo for company monitoring | 26 | 0.50 | $525.00 | $262.50 |
| | | **TOTAL Category 26: Business Analysis** | | **39.30** | | **$21,475.50** |
| 1/4/07 | AP | Reviewed the trend in the equity price for Grace to analyze the month of December. | 28 | 0.60 | $415.00 | $249.00 |
| 1/10/07 | AP | Reviewed the latest claims recovery model to analyze the percent recoveries and the market values for the bank debt and equity. | 28 | 1.80 | $415.00 | $747.00 |
| 1/11/07 | AP | Reviewed the Grace debt capacity schedules to analyze the potential borrowing ranges for the company. | 28 | 0.80 | $415.00 | $332.00 |
| 1/11/07 | AP | Reviewed historical 10K filings to analyze the liabilities subject to compromise. | 28 | 0.90 | $415.00 | $373.50 |
| 1/11/07 | AP | Reviewed the Grace claims recovery models to analyze the potential recoveries of the claimant groups. | 28 | 0.90 | $415.00 | $373.50 |
| 1/24/07 | AP | Reviewed the memorandums from counsel regarding the status update of Grace. | 28 | 0.70 | $415.00 | $290.50 |
| 1/26/07 | AP | Reviewed the Grace fourth quarter financial press release. | 28 | 1.00 | $415.00 | $415.00 |
| 1/29/07 | AP | Reviewed the Grace twelve-month rolling EBITDA schedule to analyze the 2006 EBITDA versus prior years and plan. | 28 | 0.50 | $415.00 | $207.50 |
| 1/29/07 | AP | Reviewed the Grace fourth quarter and full-year 2006 financial press release to analyze performance. | 28 | 1.30 | $415.00 | $539.50 |
| 1/30/07 | AP | Reviewed the Grace liabilities subject to compromise schedule to analyze the liabilities used in the financial model. | 28 | 0.50 | $415.00 | $207.50 |
| 1/30/07 | AP | Analyzed the key Grace cash flow items in the 2006 budget to analyze the 2006 actual cash flow items versus plan. | 28 | 0.70 | $415.00 | $290.50 |
| 1/30/07 | AP | Reviewed the memorandum's regarding Grace's exclusivity hearings. | 28 | 0.90 | $415.00 | $373.50 |
| 1/30/07 | AP | Reviewed the Grace 2006 operating plan to analyze the full-year results versus the budget. | 28 | 1.40 | $415.00 | $581.00 |
| 1/31/07 | AP | Reviewed the Grace status update memorandum. | 28 | 0.60 | $415.00 | $249.00 |
| | | **TOTAL Category 28: Data Analysis** | | **12.60** | | **$5,229.00** |
| | | **TOTAL Schedule B:** | | **101.50** | | **$52,617.00** |

# W.R. Grace

**Schedule C**

**Summary of Expenses Incurred by L Tersigni Consulting P.C.**
**Accountant and Financial Advisor**

| **Descriptions** | **Amount** |
|---|---|
| Telephone | $24.82 |
| Xerox    ( 428 @ $.10 per page) | $42.80 |
| **Total Expenses incurred from January 1-31, 2007** | $67.62 |