# EXHIBIT A

## Case Administration (62.60 Hours; $ 12,324.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.00 | $800 | 800.00 |
| Rita C. Tobin | .40 | $480 | 192.00 |
| Andrew D. Katznelson | 1.00 | $195 | 195.00 |
| Carrie D. Kelly | 60.20 | $185 | 11,137.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/08/07 | PVL | 800.00 | 0.10 | Review 9 miscellaneous filings. |
| 01/09/07 | PVL | 800.00 | 0.10 | Review 7 miscellaneous filings. |
| 01/10/07 | PVL | 800.00 | 0.10 | Review 3 miscellaneous filings and email. |
| 01/12/07 | PVL | 800.00 | 0.10 | Review 3 miscellaneous filings. |
| 01/12/07 | RCT | 480.00 | 0.20 | Rev. local counsel recommendations and docket re EI update. |
| 01/12/07 | CDK | 185.00 | 5.50 | Select and annotate digest pleadings for review by the attorney. |
| 01/16/07 | PVL | 800.00 | 0.10 | Review 2 miscellaneous filings and agenda. |
| 01/16/07 | CDK | 185.00 | 5.20 | Select and annotate pleadings for review by the attorney. |
| 01/17/07 | CDK | 185.00 | 4.50 | Select and annotate pleadings for review by the attorney. |
| 01/18/07 | PVL | 800.00 | 0.10 | Review 9 miscellaneous filings. |
| 01/18/07 | CDK | 185.00 | 5.50 | Select and annotate pleadings for review by the attorney. |
| 01/19/07 | CDK | 185.00 | 5.00 | Select and annotate pleadings for review by the attorney. |
| 01/22/07 | RCT | 480.00 | 0.20 | Review local counsel recommendations re EI update. |
| 01/22/07 | ADK | 195.00 | 0.50 | Retrieved and duplicated court documents for RCT. |

{D0081178.1 }

| 01/22/07 | CDK | 185.00 | 6.00 | Select and annotate pleadings for review by the attorney. |
| 01/23/07 | PVL | 800.00 | 0.10 | Review 10 miscellaneous filings. |
| 01/23/07 | ADK | 195.00 | 0.50 | Telephone calls and emails to fee auditors office for RCT. |
| 01/23/07 | CDK | 185.00 | 6.00 | Select and annotate pleadings for review by the attorney. |
| 01/24/07 | CDK | 185.00 | 6.00 | Select and annotate pleadings for review by the attorney. |
| 01/25/07 | PVL | 800.00 | 0.10 | Review Hurford memo. |
| 01/25/07 | CDK | 185.00 | 6.00 | Select and annotate pleadings for review by the attorney. |
| 01/26/07 | CDK | 185.00 | 6.50 | Select and annotate pleadings for review by the attorney. |
| 01/28/07 | PVL | 800.00 | 0.10 | Review 3 miscellaneous filings. |
| 01/30/07 | PVL | 800.00 | 0.10 | Review 11 miscellaneous filings. |
| 01/31/07 | CDK | 185.00 | 4.00 | Select and annotate pleadings for review by the attorney. |

**Total Task Code .04        62.60**


**Claim Analysis Objection & Resolution (Asbestos) (15.90 Hours; $ 12,720.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 15.90 | $800 | 12,720.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/03/07 | PVL | 800.00 | 0.70 | Review email re Q (.1); review B&B et al motion to reconsider (.1); review 12/18 transcript (.5). |

{D0081178.1 }

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 01/04/07 | PVL | 800.00 | 0.40 | Review email (.1); review Grace discovery responses to Motley Rice (.2); review draft ACC opposition to Grace motion for protective order (.1). |
| 01/05/07 | PVL | 800.00 | 0.20 | Review email re Q. |
| 01/06/07 | PVL | 800.00 | 0.50 | Review FCR opposition re protective order (.2); review ACC opposition re same (.1); review Grace opposition re reserve (.2). |
| 01/08/07 | PVL | 800.00 | 0.30 | Review Shelnitz decl (.1); review NDF memo and reply (.1); review NDF email (.1). |
| 01/09/07 | PVL | 800.00 | 0.10 | Review email. |
| 01/10/07 | PVL | 800.00 | 0.70 | Confer NDF (.3); review Grace opposition re ZAI appeal (.2); confer NDF re reply brief (.1); review dart reply brief (.1). |
| 01/11/07 | PVL | 800.00 | 0.20 | Teleconference Calrey re x-ray order. |
| 01/12/07 | PVL | 800.00 | 0.60 | Confer NDF (.1); review 3 miscellaneous Q motions (.1); review email (.1); review ACC reply re reserves (.1); review NDF memo re est (.1); review 30(b)(6) reply (.1). |
| 01/19/07 | PVL | 800.00 | 0.40 | Review Hallewell report. |
| 01/22/07 | PVL | 800.00 | 2.70 | Review email (.1); review MDL motions re screening (.3); confer NDF (1.2); teleconference NDF (.2); review Lee PD reports (.3); review Hilsee, Blake, Corn and Hughson PD reports (.7). |
| 01/23/07 | PVL | 800.00 | 0.50 | Review ZAI cls reply re appeal (.2); review Frank report (.1); review 3 miscellaneous PD expert reports (.1); review NDF memo (.1). |
| 01/24/07 | PVL | 800.00 | 0.10 | Review email and reply. |
| 01/25/07 | PVL | 800.00 | 4.30 | Review RMQ late claim motion (.1); review WBS memo (.1); confer NDF (.2); confer WBS, NDF (.2; confer Frankel, Wyron, Mullady, Abdno, EI, WBS, NDF (3.2); confer Rice, EI, WBS, NDF (.3); confer WBS, NDF (.2). |
| 01/26/07 | PVL | 800.00 | 0.10 | Review email. |
| 01/27/07 | PVL | 800.00 | 0.20 | Review WBS memo re est case prep. |

{D0081178.1 }

| | | | | |
|---|---|---|---|---|
| 01/29/07 | PVL | 800.00 | 1.80 | Confer NDF ((1.2); teleconference Wyron (.6). |
| 01/31/07 | PVL | 800.00 | 2.10 | Review email (.1); review x-ray motion (.3); confer NDF (.3); review email re e-ray motion (.1); prep for hearing (.2); review 1/23 transcript (.9); review draft x-ray reply and email NDF (.2). |

**Total Task Code .05    15.90**

**Employment Benefits/Pension (.20 Hours; $ 160.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $800 | 160.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/19/07 | PVL | 800.00 | 0.20 | Review draft pension motion and Watson Wyatt report. |

**Total Task Code .08    .20**

**Fee Applications, Applicant (4.40 Hours; $ 1,399.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 1.90 | $480 | 912.00 |
| Andrew D. Katznelson | 2.50 | $195 | 487.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/02/07 | RCT | 480.00 | 0.20 | Review 2007 Fee Schedule |
| 01/03/07 | ADK | 195.00 | 0.50 | Preparation of fee and expense report for fee application exhibit. |
| 01/10/07 | RCT | 480.00 | 0.50 | Review pre-bills. |
| 01/11/07 | RCT | 480.00 | 0.50 | Review exhibits. |

{D0081178.1 }

| 01/23/07 | RCT | 480.00 | 0.50 | Review Fee Apps. |
| 01/23/07 | ADK | 195.00 | 0.50 | Preparation of fee and expense report for fee application exhibit. |
| 01/23/07 | ADK | 195.00 | 1.00 | Worked on fee application. |
| 01/24/07 | ADK | 195.00 | 0.50 | Worked on fee application. |
| 01/29/07 | RCT | 480.00 | 0.20 | Rev. Fee Sched. for February |

**Total Task Code .12        4.40**

**Hearings (7.60 Hours; $ 6,650.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 7.60 | $875 | 6,650.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/18/07 | EI | 875.00 | 0.10 | Memo Hurford re: hearing. |
| 01/22/07 | EI | 875.00 | 7.20 | Travel to Grace Dist. Court hearing preparing en route (2.5); conf. with Baena and Frankel et al. to prepare (1.5); hearing before Judge Buckwalter (1.5); return to NY reviewing status (1.7). |
| 01/23/07 | EI | 875.00 | 0.30 | Report on argument. |

**Total Task Code .15        7.60**

**Litigation and Litigation Consulting (420.20 Hours; $ 204,315.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 14.50 | $875 | 12,687.50 |
| Walter B. Slocombe | 67.40 | $685 | 46,169.00 |

{D0081178.1 }

| Name | Hours | Rate | Total |
|---|---|---|---|
| Nathan D. Finch | 166.60 | $580 | 96,628.00 |
| Rita C. Tobin | 2.10 | $480 | 1,008.00 |
| Jeffrey A. Liesemer | 4.20 | $445 | 1,869.00 |
| James P. Wehner | 17.60 | $425 | 7,480.00 |
| Adam L. VanGrack | 56.30 | $275 | 15,482.50 |
| Danielle K. Graham | 25.30 | $320 | 8,096.00 |
| David B. Smith | 66.20 | $225 | 14,895.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/02/07 | WBS | 685.00 | 2.80 | Conference NDF re schedule of work, line to take in reply to Grace on various discovery briefs to be prepared, contacts with experts (.3); review cases asserted by debtor's spokesmen to establish stricter standards of proof (1.3); prep for conference with expert on ind Hygiene (1.2). |
| 01/02/07 | EI | 875.00 | 1.90 | T/c Frankel re: status (.5); read NDF materials (1.0); t/c NDF re: status (.2); memo to Budd, Weitz, Cooney, Rice re: meeting (.2). |
| 01/02/07 | NDF | 580.00 | 3.00 | Email to Mullady re MTC issue (0.2); review JAL comments on exclusivity issue (0.1); telephone conference with Kendall re discovery issue (0.5); telephone conference with Hogan re discovery issue (0.5); confer with WBS re expert analysis issue (0.6); review case law re epidemiology necessary for causation (0.3); prepare questions re experts for Beber, Siegal and Hughes (0.8). |
| 01/02/07 | DBS | 225.00 | 4.00 | Compile and organize pleadings, correspondence, deposition transcripts and exhibits, document productions, and other legal documents for attorney review and case files. |
| 01/02/07 | DKG | 320.00 | 0.80 | Attention to case status. |
| 01/02/07 | ALV | 275.00 | 2.00 | Review documents for relevance produced by Grace related to discovery requests and from Grace's Boston and Boca Raton document repository. |
| 01/03/07 | WBS | 685.00 | 5.70 | Review expert reports and ZAI opinion in prep for conference with expert on ZAI implications for PI case and notes on same (1.2), conference call with ind Hygiene experts on their report and rebuttal of likely Grace line (1.1), work on overall strategic outline for preparation for depos and trial (3.4). |

{D0081178.1 }

| | | | | |
|---|---|---|---|---|
| 01/03/07 | NDF | 580.00 | 6.60 | Confer with WBS re IH experts and case analysis (1.1); telephone conference with S. Hays re expert analysis (1.0); work on analysis of risk assessment testimony (4.5). |
| 01/03/07 | DBS | 225.00 | 2.50 | Compile and organize pleadings, correspondence, deposition transcripts and exhibits, document productions, and other legaldocuments for attorney review and case files. |
| 01/03/07 | JAL | 445.00 | 0.80 | Review and analysis of materials relating to estimation issues. |
| 01/03/07 | ALV | 275.00 | 3.20 | Review documents for relevance produced by Grace related to discovery requests and from Grace's Boston and Boca Raton document repository 2.5); review expert material (0.7). |
| 01/04/07 | WBS | 685.00 | 5.70 | Work on overall strategy memo (1.4), discuss expert requirements with NDF (.8), review Grace motion for proto order re reserves, draft reply, research materials and related docs and provide instructions to ALV for further research, discuss points with NDF, and provide comments (3.5). |
| 01/04/07 | NDF | 580.00 | 13.70 | Telephone conference with Motley Rice re discovery issue (0.5); telephone conference with Peterson re case issues (0.5); confer with WBS re risk analysis issue (0.7); drafting, editing and revising ACC opposition to Grace motion to quash (10.4); telephone conference with Eskin re same (0.2); review Sealed Air documents for selection of exhibits for ACC opposition to MTQ (0.5); telephone conference with Mullady re briefs (0.3); edit FCR brief (0.6). |
| 01/04/07 | DBS | 225.00 | 2.40 | Research, review, analyze, and compile documents and information in response to specific attorney requests. |
| 01/04/07 | DBS | 225.00 | 2.00 | compile potential exhibits for upcoming filing. |
| 01/04/07 | DBS | 225.00 | 1.50 | Update chart of other parties' designated experts. |
| 01/04/07 | ALV | 275.00 | 7.30 | Meeting regarding Opposition to Grace's Motion to Quash regarding liability estimates with WBS, DKG (0.4); research regarding Opposition to Grace's Motion to Quash regarding liability estimates (6.9). |

{D0081178.1 }

| | | | | |
|---|---|---|---|---|
| 01/05/07 | WBS | 685.00 | 4.50 | Review FCR draft and write e-mail note re treatment of a case (1.2), rev further drafts of our brief on reserves 30b6 discovery (1.3), conference ALV and NDF re research results, inclusion in brief (.5), res on priv and daubert questions (1.5). |
| 01/05/07 | NDF | 580.00 | 7.30 | Revising, editing and research for opposition to Grace motion to quash (3.7); confer with ALV and WBS re response to motion to quash (0.5); revise and edit FCR opposition to motion to quash (0.5); 3 different telephone conferences with 3 different claimant counsel re x-ray orders and MTC discovery orders (1.5); review 2000 ILO standards and expert comments on same (0.5); draft memo to co-counsel re 2000 ILO standards and what they do and do not require (0.6). |
| 01/05/07 | DBS | 225.00 | 4.00 | Compile and organize pleadings, correspondence, deposition transcripts and exhibits, document productions, and other legal documents for attorney review and case files. |
| 01/05/07 | DBS | 225.00 | 2.00 | Cite check pleading for attorney review. |
| 01/05/07 | ALV | 275.00 | 9.00 | Edit Opposition to Grace's Motion to Quash regarding liability estimates (4.0); research regarding Opposition to Grace's Motion to Quash regarding liability estimates (4.2); meeting regarding Opposition to Grace's Motion to Quash regarding liability estimates with WBS and NDF (0.8). |
| 01/06/07 | ALV | 275.00 | 0.90 | Review documents for relevance produced by Grace related to discovery requests. |
| 01/08/07 | WBS | 685.00 | 2.60 | Rev Grace opp to ACC/FR MtC re reserves and cases they cite (.8); draft insert on their argument re stip (.8), conference call with FCR counsel re discovery, depo schedule, expert strategy (1.0). |
| 01/08/07 | EI | 875.00 | 3.00 | Reviewed draft reply briefs (.7); t/c JAL (.3); dinner conf. Weitz, Cooney, Budd, S. Baron, Ferraro, Busch re: status (2.0). |
| 01/08/07 | NDF | 580.00 | 8.50 | Drafting and legal research for reply to Grace's opposition to ACC motion to compel (5.8); confer with ALV and WBS re same (0.5); telephone conference with Mullady re case issues (1.1); review JAL draft reply on exclusivity issue (0.3); review |

{D0081178.1 }

Case 01-01139-AMC  Doc 14738-1  Filed 03/02/07  Page 9 of 20

9

| | | | | |
|---|---|---|---|---|
| | | | | Orrick draft re same (0.6); confer with JAL re same (0.2). |
| 01/08/07 | DBS | 225.00 | 5.80 | Compile and review transcripts, correspondence, and other legal documents regarding discovery and integrate materials into case files (4.3); research, review, and compile documents and case information in response to specific attorney requests (1.5). |
| 01/08/07 | DKG | 320.00 | 1.80 | Attention to case status, including follow-up with Debtors re BMC information. |
| 01/08/07 | JAL | 445.00 | 0.20 | Telephone call w/M. Hurford re: estimation discovery issues. |
| 01/08/07 | ALV | 275.00 | 0.80 | Meeting on Grace liability estimates pleadings with WBS an NDF. |
| 01/09/07 | WBS | 685.00 | 4.20 | Prep for conference call with expert witness (2.3), research on "no threshold" issue (1.4), notes for depo of Grace experts (.5). |
| 01/09/07 | EI | 875.00 | 0.10 | Buchalter letter. |
| 01/09/07 | NDF | 580.00 | 6.60 | Drafting and legal research for reply to Grace's opposition to ACC motion to compel (5.3); confer with WBS and PVNL re same (0.2); confer with ALV, WBS and DKG re same (0.1); email to Running re discovery issue (0.2); email to Orrick re reply on exclusivity issue (0.3); telephone conference with Baena re same (0.3); telephone conference with EI re same (0.2). |
| 01/09/07 | DKG | 320.00 | 5.30 | Research re motion to compel reply (3.5); attention to issues re case status (1.8). |
| 01/09/07 | ALV | 275.00 | 2.90 | Meetings with DKG, NDF, WBS, and PVNL regarding production of Grace's liability estimates (1.0); research regarding multiple Grace's liability estimates' motions (1.9). |
| 01/10/07 | WBS | 685.00 | 6.40 | Conference call with experts re ZAI issues (1.6); conference NDF re plans for sequencing, timing, and staffing of depositions, and for handlling discovery disputes (.5), work on notes for issues raised by Grace expert reports (2.9), revise draft response to Grace opp to motion to compel on reserves material (1.4). |

{D0081178.1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 01/10/07 | EI | 875.00 | 1.00 | Lunch conf. Austern, Frankel, Weitz to review status. |
| 01/10/07 | NDF | 580.00 | 6.80 | Telephone conference with Peterson and Welch re expert analysis and risk assessment issues (1.5); conference with WBS re same (0.5); review recent EPI studies on asbestos exposure issues (2.5); revise and edit reply to Grace opposition to ACC motion to compel (1.1); confer with PVNL re audit standards and SEC regulations (0.2); draft and edit insert for reply re same (0.5); telephone conference with claimant attorneys re discovery issues (0.5), |
| 01/10/07 | DBS | 225.00 | 1.00 | Research, compile, and reproduce requested court orders for attorney review (.6); compile potential exhibits for use in upcoming pleading (.4). |
| 01/10/07 | DKG | 320.00 | 1.80 | Attention to reply brief (1.0); attention to issues re BMC (0.8). |
| 01/10/07 | JAL | 445.00 | 0.50 | Review and analysis of materials related to estimation and |
| 01/10/07 | ALV | 275.00 | 2.50 | Research re: motion to quash motion to compel. |
| 01/11/07 | WBS | 685.00 | 5.60 | Continue review reports of Grace experts and notes on rebuttal (1.5); conference call with FCR counsel re strategy, deposition approaches (1.5); rev final draft of reply on motion to compel on reserves (.3); outline meso case points to be sure experts cover (2.3). |
| 01/11/07 | EI | 875.00 | 0.10 | Scheduling call. |
| 01/11/07 | NDF | 580.00 | 7.70 | Telephone conference with Tersigni re audit rules insert (0.3); review FAS 5 and 14 (0.6); revise and edit reply brief (1.7); review Libby EPI study (1.1); review Helsinki standards, Hammar and Lemen reports re EPI issues (2.1); prepare for Bert Price deposition (0.5); telephone conference with Mullady and WBS re case issues and strategy for deposing Grace experts (1.2); review FCR email re exclusivity argument (0.2). |
| 01/11/07 | DBS | 225.00 | 4.00 | Cite check reply brief (2.5); compile and reproduce expert reports for attorney review (1.5). |
| 01/11/07 | DKG | 320.00 | 6.80 | Conduct research re reply brief and finalize the same. |

{D0081178.1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 01/12/07 | WBS | 685.00 | 2.80 | Review additional reports of Grace experts, making notes of point to be dealt with (2.5), review filings on discovery issues (.3). |
| 01/12/07 | EI | 875.00 | 0.20 | Memo to NDF re: status (.1); t/c Rice re: status (.1). |
| 01/12/07 | NDF | 580.00 | 6.10 | Prepare expert deposition outlines (3.7); work on reply brief (0.5); review correspondence from plaintiff lawyers to Grace re x-rays (0.6); ZAI opinion review of cases cited for applicability to PI case (0.8); legal research re accounting rules in SEC filings (0.5). |
| 01/12/07 | DBS | 225.00 | 1.00 | Compile and review transcripts, correspondence, and other legal documents regarding discovery and integrate materials into case files. |
| 01/12/07 | DKG | 320.00 | 3.20 | Finalize ACC reply motion re motion to compel (2.0): attention to issues re Rust follow-up materials (1.2). |
| 01/12/07 | JAL | 445.00 | 0.60 | Review and analysis of materials relating to claims estimation discovery. |
| 01/13/07 | NDF | 580.00 | 4.30 | Work on expert deposition preparation (review articles and studies of opposing experts). |
| 01/15/07 | ALV | 275.00 | 1.60 | Review documents and pleadings from files. |
| 01/16/07 | EI | 875.00 | 2.10 | Conf. call NDF/JAL re: appeal argument (.5); conf. call Baena & Frankel re: same (.5); prep for calls reviewing transcript (1.0); memo to Hurford re: rules (.1). |
| 01/16/07 | NDF | 580.00 | 7.20 | Review cases for preparation of MTC argument (3.5); work on expert witness deposition preparation (3.2); telephone conference with EI re exclusivity argument (0.5). |
| 01/16/07 | DBS | 225.00 | 3.60 | Compile and review transcripts, correspondence, and other legal documents regarding discovery and integrate materials into case files. |
| 01/16/07 | DKG | 320.00 | 0.20 | Attention to issues re deposition scheduling. |
| 01/16/07 | JAL | 445.00 | 0.90 | Review and analysis of materials relating to estimation and plan confirmation issues. |
| 01/16/07 | ALV | 275.00 | 2.00 | Review expert materials. |

{D0081178.1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 01/16/07 | ALV | 275.00 | 1.00 | Review documents and pleadings from files. |
| 01/17/07 | NDF | 580.00 | 7.50 | Analyze privilege and work product issues for 1/23 argument (2.5); email correspondence to Running and Mullady re deposition scheduling (0.5); draft memo to file re topics needing legal research for estimation hearing (1.5); prepare for 1/25 ACC/FCR meeting re case strategy (0.5); review prior depositions of debtors' experts on database (0.9); read cases re work product and reserves (0.7); telephone conference with Mullady re case issue (0.4); email to Mullady re reserve issue (0.5). |
| 01/17/07 | DBS | 225.00 | 5.80 | Research, review and compile documents and case information in response to specific attorney requests (3.3); research and compile relevant cases cited in filings by each party regarding motion to compel actuarial studies for attorney review in preparation for upcoming hearing (2.5). |
| 01/17/07 | ALV | 275.00 | 4.90 | Research privilege issues (1.0); review documents for relevance produced from Grace's Boston and Boca Raton document repository (3.9). |
| 01/18/07 | WBS | 685.00 | 1.20 | Read depo on written questions of Dr. L. |
| 01/18/07 | NDF | 580.00 | 6.60 | Prepare for upcoming expert depositions (3.6); prepare for upcoming fact witness depositions (2.7); email correspondence re deposition scheduling (0.3). |
| 01/18/07 | DBS | 225.00 | 5.50 | Research and review previous actuarial reports in response to attorney request (2.5); compile and review transcripts, correspondence and other legal documents regarding discovery and integrate materials into case files (3.0). |
| 01/18/07 | DKG | 320.00 | 2.80 | Attention to case status and recently filed motions. |
| 01/18/07 | ALV | 275.00 | 4.90 | Review relevant documents from Boca Raton repository, Boston repository, from Grace's counsel, and from Grace's experts (4.7); Grace expert deposition scheduling details (0.2). |
| 01/19/07 | WBS | 685.00 | 2.80 | Research and substantive materials on risk assessment, dose estimation. |
| 01/19/07 | EI | 875.00 | 0.70 | Read Baena materials (.2); prepared for trip (.5). |

{D0081178.1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 01/19/07 | NDF | 580.00 | 4.50 | Reviewing sealed air discovery to prepare for siegal and Hughes and Beber depositions and argument on 1/23 re: reserve issue. |
| 01/19/07 | DBS | 225.00 | 4.30 | Compile and review transcripts, correspondence, and other legal documents regarding discovery and integrate materials into case files. |
| 01/19/07 | DKG | 320.00 | 1.00 | Attention to case status. |
| 01/19/07 | ALV | 275.00 | 3.80 | Review relevant documents from Boca Raton repository, Boston repository, from Grace's counsel, and from Grace's experts. |
| 01/21/07 | ALV | 275.00 | 1.30 | Review relevant documents from Boca Raton repository, Boston repository, from Grace's counsel, and from Grace's experts (0.5); memoranda, and recent pleadings (0.8). |
| 01/22/07 | NDF | 580.00 | 7.80 | Prep. for motion to compel hearing on reserve documents (4.2); prep. for expert discovery and reading IH articles (2.1); prep. for 1/23 hearing (1.5). |
| 01/22/07 | DBS | 225.00 | 3.10 | Research, review, and compile documents and case information in response to specific attorney requests (1.6); compile and review transcripts, correspondence, and other legal documents regarding discovery and integrate materials into case files (1.5). |
| 01/22/07 | ALV | 275.00 | 2.90 | Review relevant documents from Boca Raton repository, Boston repository, from Grace's counsel, and from Grace's experts (2.5); review relevant documents regarding GAF, memoranda, and recent pleadings (0.4). |
| 01/23/07 | RCT | 480.00 | 2.10 | Prepare for hearing (.3); attend fee hearing (1.5); emails ADK re same (.3) |
| 01/23/07 | NDF | 580.00 | 9.70 | Prep. for 1/23 hearing (2.5); attend 1/23 omnibus hearing and argue various issues (4.0); conf. w/Mullady re: case issues (.60); memo to EI and PVNL re: case issues (.50); working on estimation pretrial outline in prep. for 1/25 meeting w/FCR lawyers (2.1). |
| 01/23/07 | DBS | 225.00 | 4.00 | Research, compile, and reproduce Sealed Air deposition transcripts for co-counsel review (1.5); compile and review transcripts, correspondence, and |

| | | | | |
|---|---|---|---|---|
| | | | | other legal documents regarding discovery and integrate materials into case files (2.5). |
| 01/24/07 | WBS | 685.00 | 3.10 | Prep for meeting in NYO on strategy and coordination with EI and FCR counsel. |
| 01/24/07 | EI | 875.00 | 0.10 | Exclusivity order. |
| 01/24/07 | NDF | 580.00 | 6.80 | Review of entire estimation case file in prep. for strategy meeting with FCR lawyers. |
| 01/24/07 | DBS | 225.00 | 2.80 | Research, review, and compile documents and case information in response to specific attorney requests. |
| 01/25/07 | WBS | 685.00 | 5.00 | Travel to and from NYC for meeting with FCR counsel. |
| 01/25/07 | WBS | 685.00 | 5.60 | Prep for conference (1.4), meeting with Orrick people on trial strategy, exclusivity issues, allocation of work (3.8), follow up telephone conferences and planning (.4). |
| 01/25/07 | EI | 875.00 | 3.10 | Memo to NDF re: Australian claims (.1); conf. Frankel, Wyron, Mullady, Ansbrow, PVNL, WBS, NDF to plan for est. hearing positions (3.0). |
| 01/25/07 | NDF | 580.00 | 5.70 | Conf. w/PVNL re: meeting w/FCR lawyers (.50); meeting w/FCR lawyers and EI to discuss case strategy and approaches to estimation (3.5); conf. w/J. Rice re: same (.50 ); edit memo to ACC re: 1/23 hearing (.50); edit notice of deposition (.10); e-mails to local counsel re: various (.30); teleconf. w/Peterson re: estimation question (.20); teleconf. w/Manville trust counsel re: data issue (.10). |
| 01/25/07 | DBS | 225.00 | 2.00 | Compile and review transcripts, correspondence, and other legal documents regarding discovery and integrate materials into case files. |
| 01/25/07 | ALV | 275.00 | 1.40 | Review relevant documents regarding potential expert defense. |
| 01/25/07 | JPW | 425.00 | 1.00 | Review questionnaire materials |
| 01/26/07 | WBS | 685.00 | 2.00 | Write up notes and followup plans from meeting (.5), conference NDF, JPW re work to be done on questionnaires, witness prep (1.1), review questionnaire tabulations and MVT latest results (.4). |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 01/26/07 | NDF | 580.00 | 6.70 | Working on trial brief and outline of proof (5.5); conf. w/JPW and WBS re: questionnaire data analysis (1.2). |
| 01/26/07 | DKG | 320.00 | 0.40 | Attention to Rust/BMC follow-up issues. |
| 01/26/07 | JPW | 425.00 | 4.20 | Meeting with NDF and WBS re questionnaire (1.3); review questionnaire backup material (2.9) |
| 01/27/07 | NDF | 580.00 | 4.60 | Working on trial brief and outline of proof. |
| 01/29/07 | WBS | 685.00 | 4.60 | Conference call with Orrick re questionnaire work to be done, dealing with Grace proposal to extend time for expert reports (1.1), work on memo on case to meet (2.0), conf call with experts re questionnaires, analysis needed (1.5). |
| 01/29/07 | EI | 875.00 | 0.90 | T/c Frankel re: appeal (.2); conf. call re: trial planning (.7). |
| 01/29/07 | NDF | 580.00 | 7.00 | Working on trial brief and outline of proof (5.5); teleconf. w/FCR lawyers re: Q analysis issues (1.0); conf. w/WBS and JPW re: same (.50). |
| 01/29/07 | JAL | 445.00 | 0.20 | E-mail exchanges w/JPW re: Rust Consulting and Grace questionnaire issues. |
| 01/29/07 | ALV | 275.00 | 2.20 | Review relevant documents regarding potential from Boston repository. |
| 01/29/07 | JPW | 425.00 | 6.50 | Telephone conference with M. Peterson (.3); review questionnaire protocols (3.0); telephone conference with Futures Representative re PIQ (1.4); telephone conference with M. Peterson and D. Relles re analysis (1.8) |
| 01/30/07 | WBS | 685.00 | 0.70 | Revise note to Peterson/Relles re work to be done re PIQs, POCs. |
| 01/30/07 | EI | 875.00 | 0.40 | T/c Frankel re: appeal (.1); t/c Peterson re: questionnaire work (.3). |
| 01/30/07 | NDF | 580.00 | 7.10 | Working on trial brief, outline and prep. of road map to discovery and trial (6.6); e-mail correspondence to mullady re: various case issues (.50). |
| 01/30/07 | DBS | 225.00 | 3.40 | Compile and review transcripts, correspondence, and other legal documents regarding discovery and integrate materials into case files. |

{D0081178.1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 01/30/07 | DKG | 320.00 | 0.50 | Attention to case status. |
| 01/30/07 | ALV | 275.00 | 1.70 | Review of recent transcripts and pleadings. |
| 01/30/07 | JPW | 425.00 | 2.30 | Questionnaire Analysis. |
| 01/30/07 | JPW | 425.00 | 1.60 | Communicate with experts regarding Questionnaires. |
| 01/31/07 | WBS | 685.00 | 2.10 | Review Grace's "emergency" motion on x-ray access and write comments on possible ACC points in response; review related docs on the motion (1.3), conference NDF and DNG re work to be done on "standard of validity/liability" (.8). |
| 01/31/07 | EI | 875.00 | 0.90 | Emergency motion matters and editing draft (.7); t/c NDF/WBS re: prep issues (.2). |
| 01/31/07 | NDF | 580.00 | 14.80 | Read Grace motion re: x-rays (.50); review past transcripts, pleadings, letters and case law re: issue (2.0); drafting and editing response to Grace motion re: x-rays (8.8); editing response (.50); e-mail correspondence to debtors counsel re: lack of notice for motion (.50); teleconf. w/mullady re: case issue (.30); teleconf. w/EI re: x-ray response (.20); e-mail Huford re: response (.20); e-mails to plaintiff counsel re: x-ray motion and order setting hearing on same (.50); teleconf. w/plaintiff counsel re: responses to x-ray motion (.70); e-mail to Running re: deposition discovery (.10); reviewing and selecting exhibits to use w/Jay Hughes (.50). |
| 01/31/07 | DBS | 225.00 | 1.50 | Compile and review transcripts, correspondence, and other legal documents regarding discovery and integrate materials into case files. |
| 01/31/07 | DKG | 320.00 | 0.70 | Meeting with WBS and NDF re research assignment. |
| 01/31/07 | JAL | 445.00 | 1.00 | Review and analysis of Grace's motion to modify x-ray and accompanying exhibits. |
| 01/31/07 | JPW | 425.00 | 2.00 | Questionnaire issues. |

**Total Task Code.16    420.20**

{D0081178.1 }

**Plan & Disclosure Statement (20.30 Hours; $ 10,489.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 4.10 | $800 | 3,280.00 |
| Jeffrey A. Liesemer | 16.20 | $445 | 7,209.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/02/07 | PVL | 800.00 | 0.10 | Review JAL email. |
| 01/02/07 | JAL | 445.00 | 2.30 | Drafted & revised memo re: potential arguments for exclusivity reply brief (2.10); telephone call w/D. Felder re: exclusivity reply brief (.10); drafted reply e-mail to M. Hurford re: exclusivity reply brief (.10). |
| 01/04/07 | JAL | 445.00 | 0.40 | Telephone call w/M. Hurford re: exclusivity reply brief (.20); telephone call w/D. Fedler re: exclusivity brief (.20). |
| 01/05/07 | PVL | 800.00 | 0.10 | Review Baena email re excl brief. |
| 01/07/07 | JAL | 445.00 | 2.80 | Review and commented on draft reply brief prepared by FCR's counsel in exclusivity appeal (.90); drafted and revised ACC's reply brief in exclusivity appeal (1.90). |
| 01/08/07 | PVL | 800.00 | 0.80 | Review draft excl reply (.1); confer JAL (.3); review Orrick draft excl reply (.3); review JAL draft of ACC excl reply (.1). |
| 01/08/07 | JAL | 445.00 | 6.10 | Further drafting and revisions to ACC's reply brief in exclusivity (4.5); review e-mail from NDF re: ACC's draft reply brief (.10); telephone call w/EI re: ACC's draft reply brief (.10); telephone call w/S. Baena re: appellant's draft reply brief (.10); telephone call and voice message to D. Felder re: comments on draft reply brief (.10); second telephone call w/S. Baena re: draft reply brief (.10); telephone call w/D. Felder and S. Baena re: draft appellants' reply brief in exclusivity appeal (.50); telephone call w/EI re: exclusivity reply brief (.20); third telephone call w/S. Baena re: draft exclusivity reply brief (.20); telephone call w/PVNL re: draft exclusivity reply brief (.20). |

{D0081178.1 }

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 01/09/07 | PVL | 800.00 | 0.50 | Confer WBS, NDF (.4); review email re excl brief (.1). |
| 01/09/07 | JAL | 445.00 | 1.40 | Office conf. w/NDF re: draft reply brief (.20); drafted and revised memo to NDF re: draft reply brief in exclusivity appeal (.60); reviewed, revised and edited draft letter to Court re: appellants' reply brief (.60). |
| 01/10/07 | PVL | 800.00 | 0.10 | Review email re excl. |
| 01/11/07 | PVL | 800.00 | 0.30 | Review email re excl and reply (.2); review Hurford email and reply (.1). |
| 01/11/07 | JAL | 445.00 | 0.20 | Review and analysis of memo from R. Frankel re: exclusivity appeal. |
| 01/16/07 | JAL | 445.00 | 3.00 | Review and analysis relating to Grace exclusivity appeal; office conf. w/NDF re: Grace exclusivity appeal; telephone conf. w/EI and NDF re: Grace exclusivity appeal (.80); review and analysis of legal research re: exclusivity appeal; drafted and revised memo to EI and NDF re: exclusivity appeal issues (2.20). |
| 01/19/07 | PVL | 800.00 | 1.00 | Teleconference Baena. |
| 01/27/07 | PVL | 800.00 | 1.20 | Review Lumbermens suppl brief (.3); review LMI suppl brief (.4); review MMIC suppl brief (.5). |

**Total Task Code .17        20.30**


**Travel – Non Working (16.20 Hours; $ 5,686.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 2.00 | $437.50 | 875.00 |
| Peter Van N. Lockwood | 6.30 | $400 | 2,520.00 |
| Nathan D. Finch | 7.90 | $290 | 2,291.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/08/07 | EI | 437.50 | 1.00 | Travel to Dallas [Total time of 5 hours divided among 5 clients.] |

{D0081178.1 }

| 01/11/07 | EI | 437.50 | 1.00 | Travel to NY [Total time of 5.0 hours divided among 5 clients.] |
|---|---|---|---|---|
| 01/22/07 | NDF | 290.00 | 1.50 | Travel from DE to DC. |
| 01/25/07 | PVL | 400.00 | 6.30 | Travel to/from NY. |
| 01/25/07 | NDF | 290.00 | 3.00 | Travel to NY for meeting w/FCR lawyers. |
| 01/25/07 | NDF | 290.00 | 3.40 | Travel back to DC from NY. |

**Total Task Code .21**     **16.20**


**Fee Auditor Matters (3.90 Hours; $ 1,362.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 1.90 | $480 | 912.00 |
| David B. Smith | 2.00 | $225 | 450.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/10/07 | RCT | 480.00 | 0.80 | Emails D. Smith re Fee auditor info (.3); conf ADK, JR re same (.5). |
| 01/11/07 | DBS | 225.00 | 2.00 | Respond to fee auditor's request to revise and amplify time entries in twenty-first interim fee application. |
| 01/24/07 | RCT | 480.00 | 1.10 | T/C W. Smith re 21st Fee App (.1); draft letter to W. Smith re same (.8); emails PVNL re same (.1); rev. paralegal time re Fee Auditor report (.1) |

**Total Task Code .32**     **3.90**

{D0081178.1 }

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 2,820.48 |
| Air Freight & Express Mail | 458.68 |
| Conference Meals | 24.35 |
| Court Reporting/Transcript Service | 1,989.76 |
| Database Research | 3,167.92 |
| Filing Fees | 20.00 |
| Local Transportation - DC | 40.00 |
| Long Distance-Equitrac In-House | 12.44 |
| Meals Related to Travel | 757.98 |
| Miscellaneous: Client Advances | 1,060.00 |
| Outside Local Deliveries | 40.32 |
| Outside Photocopying/Duplication Service | 84.60 |
| Professional Fees & Expert Witness Fees | 38,759.71 |
| Research Material | 796.14 |
| Telecopier/Equitrac | 37.35 |
| Travel Expenses - Ground Transportation | 489.51 |
| Travel Expenses - Hotel Charges | 636.81 |
| Xeroxing | 510.10 |
| Total: | $51,706.15 |

{D0081178.1 }