**EXHIBIT B**

**Case Administration (62.6 Hours; $ 12,324.00)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**   62.6


**Claim Analysis Objection & Resolution (Asbestos) (15.9 Hours; $ 12,720.00)**

   Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05**   15.9


**Employee Benefits/Pension (.2 Hours; $ 160.00)**

   Services rendered in this category include the Debtors' benefits and severance programs and other issues to the Debtors' employees.

**Total Task Code .08**   .2


**Fee Applications, Applicant (4.4 Hours; $ 1,399.50)**

   Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**   4.4


**Hearings (7.6 Hours; $ 6,650.00)**

   Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15**   7.6



**Litigation and Litigation Consulting (420.2 Hours; $ 204,315.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16            420.2**


**Plan & Disclosure Statement (20.3 Hours; $ 10,489.00)**

Services rendered in this category pertain to the efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17            20.3**


**Travel Non-Working (16.2 Hours; $ 5,686.00)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21            16.2**


**Fee Auditor Matters (3.9 Hours; $ 1,362.00)**

Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32            3.9**

{D0081179.1 }