## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 2,820.48 |
| Air Freight & Express Mail | 458.68 |
| Conference Meals | 24.35 |
| Court Reporting/Transcript Service | 1,989.76 |
| Database Research | 3,167.92 |
| Filing Fees | 20.00 |
| Local Transportation - DC | 40.00 |
| Long Distance-Equitrac In-House | 12.44 |
| Meals Related to Travel | 757.98 |
| Miscellaneous: Client Advances | 1,060.00 |
| Outside Local Deliveries | 40.32 |
| Outside Photocopying/Duplication Service | 84.60 |
| Professional Fees & Expert Witness Fees | 38,759.71 |
| Research Material | 796.14 |
| Telecopier/Equitrac | 37.35 |
| Travel Expenses - Ground Transportation | 489.51 |
| Travel Expenses - Hotel Charges | 636.81 |
| Xeroxing | 510.10 |
| Total: | $51,706.15 |

{D0081180.1 }