```
Client Number:   4642            Grace Asbestos Personal Injury Claimants                                         Page:   1
Matter    000                    Disbursements                                                                 2/23/2007
                                                                                                            Print Date/Time:
                                                                                                               02/23/2007
                                                                                                                5:29:47PM
Attn:                                                                                                          Invoice #

                                                 PREBILL / CONTROL REPORT
                                                          Trans Date Range:  1/1/1950  to: 1/31/2007
Matter    000
Disbursements
Bill Cycle:        Monthly          Style:         i1        Start:     4/16/2001
                                                              Last Billed : 1/25/2007                          13,655
```

Trust Amount Available

Total Expenses Billed To Date        $787,495.29

```
Billing Empl:          0120      Elihu  Inselbuch
Responsible Empl:      0120      Elihu  Inselbuch
Alternate Empl:        0120      Elihu  Inselbuch
Originating Empl:      0120      Elihu  Inselbuch
```

**Summary by Employee**

| Empl | Initials | Name | ACTUAL Hours | ACTUAL Amount | BILLING Hours | BILLING Amount |
|---|---|---|---|---|---|---|
| 0120 | EI | Elihu Inselbuch | 0.00 | 1,634.37 | 0.00 | 1,538.37 |
| 0163 | DNW | David N Webster | 0.00 | 20.00 | 0.00 | 20.00 |
| 0187 | NDF | Nathan D Finch | 0.00 | 43,714.86 | 0.00 | 43,565.26 |
| 0199 | ADK | Andrew D Katznelson | 0.00 | 0.20 | 0.00 | 0.20 |
| 0212 | LJS | Lonita J Sheppard | 0.00 | 9.10 | 0.00 | 9.10 |
| 0213 | DAR | Deborah A Russell | 0.00 | 2.90 | 0.00 | 2.90 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 52.80 | 0.00 | 52.80 |
| 0232 | LK | Lauren Karastergiou | 0.00 | 4.45 | 0.00 | 4.45 |
| 0234 | CK | Carl Kessler | 0.00 | 0.10 | 0.00 | 0.10 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 12.00 | 0.00 | 12.00 |
| 0251 | JO | Joan O'Brien | 0.00 | 1.10 | 0.00 | 1.10 |
| 0308 | DBS | David B Smith | 0.00 | 644.60 | 0.00 | 644.60 |
| 0310 | DKG | Danielle K Graham | 0.00 | 2,004.89 | 0.00 | 2,004.89 |
| 0327 | ALV | Adam L Vangrack | 0.00 | 29.20 | 0.00 | 29.20 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 3,821.18 | 0.00 | 3,821.18 |
|  |  |  | **0.00** | **51,951.75** | **0.00** | **51,706.15** |

**Total Fees**

**Summary by Employee**

| Empl | Initials | Name | ACTUAL Rate | ACTUAL Hours | ACTUAL Amount | BILLING Rate | BILLING Hours | BILLING Amount |
|---|---|---|---|---|---|---|---|---|

**Total Fees**

**Detail Time / Expense by Date**

| TransNo. | Description | TransType | Trans Date | Work Empl | ACTUAL Rate | ACTUAL Hours | ACTUAL Amount | BILLING Rate | BILLING Hours | BILLING Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|

```
Client Number:   4642                 Grace Asbestos Personal Injury Claimants                                                                                  Page:      1

Matter     000                        Disbursements                                                                                                              2/23/2007
                                                                                                                                                          Print Date/Time:
                                                                                                                                                               02/23/2007
                                                                                                                                                                5:29:47PM
Attn:                                                                                                                                                           Invoice #

2038067   Equitrac - Long Distance to 4106853475          E   01/02/2007   0999   C&D     0.00       $0.95      0.00       $0.95         0.95
2038216   Photocopy                                       E   01/02/2007   0220   SKL     0.00       $0.50      0.00       $0.50         1.45
2038632   Petty Cash  Cab expenses for NDF in Pittsburgh  E   01/03/2007   0187   NDF     0.00      $80.00      0.00      $80.00        81.45
          for hearing on 12/18
2038633   Petty Cash  Late night cab home for NDF on 12/14 E  01/03/2007   0187   NDF     0.00      $20.00      0.00      $20.00       101.45
2038634   Petty Cash  Late night dinner for NDF on 12/20  E   01/03/2007   0187   NDF     0.00      $24.35      0.00      $24.35       125.80
2039519   Photocopy                                       E   01/03/2007   0237   SRB     0.00       $5.00      0.00       $5.00       130.80
2039529   Photocopy                                       E   01/03/2007   0220   SKL     0.00       $2.40      0.00       $2.40       133.20
2039579   Photocopy                                       E   01/03/2007   0999   C&D     0.00       $0.40      0.00       $0.40       133.60
2040111   Snyder Miller & Orton;  Professional services   E   01/04/2007   0187   NDF     0.00  $14,837.31      0.00  $14,837.31    14,970.91
2040135   Federal Express to Dan Relles from NDF on 12/21 E   01/04/2007   0187   NDF     0.00      $55.07      0.00      $55.07    15,025.98
2040871   Equitrac - Long Distance to 3024261900          E   01/04/2007   0999   C&D     0.00       $0.36      0.00       $0.36    15,026.34
2040908   Equitrac - Long Distance to 3024261900          E   01/04/2007   0999   C&D     0.00       $0.47      0.00       $0.47    15,026.81
2040946   Photocopy                                       E   01/04/2007   0220   SKL     0.00       $2.30      0.00       $2.30    15,029.11
2040966   Photocopy                                       E   01/04/2007   0308   DBS     0.00       $7.00      0.00       $7.00    15,036.11
2040972   Photocopy                                       E   01/04/2007   0308   DBS     0.00       $3.70      0.00       $3.70    15,039.81
2041020   Photocopy                                       E   01/04/2007   0220   SKL     0.00       $0.20      0.00       $0.20    15,040.01
2041033   Photocopy                                       E   01/04/2007   0308   DBS     0.00       $1.30      0.00       $1.30    15,041.31
2041326   ADA Travel NDF 12/4 travel to Pittsburgh        E   01/05/2007   0187   NDF     0.00   $1,208.60      0.00   $1,208.60    16,249.91
2041327   ADA Travel   Agency fee on NDF 12/4 travel to   E   01/05/2007   0187   NDF     0.00      $40.00      0.00      $40.00    16,289.91
          Pittsburgh
2041331   ADA Travel   for NDF 12/18 travel to Pittsburgh E   01/05/2007   0187   NDF     0.00   $1,353.60      0.00   $1,204.00    17,493.91
          (Coach Fare $1,204.00)
2041332   ADA Travel   Agency fee  for NDF 12/18 travel to E  01/05/2007   0187   NDF     0.00      $40.00      0.00      $40.00    17,533.91
          Pittsburgh
2041820   Photocopy                                       E   01/05/2007   0327   ALV     0.00      $19.60      0.00      $19.60    17,553.51
2041825   Photocopy                                       E   01/05/2007   0220   SKL     0.00       $0.20      0.00       $0.20    17,553.71
2041826   Photocopy                                       E   01/05/2007   0327   ALV     0.00       $7.40      0.00       $7.40    17,561.11
2041869   Photocopy                                       E   01/05/2007   0327   ALV     0.00       $2.20      0.00       $2.20    17,563.31
2041423   Equitrac - Long Distance to 5042991214          E   01/05/2007   0999   C&D     0.00       $0.29      0.00       $0.29    17,563.60
2041434   Equitrac - Long Distance to 2123197125          E   01/05/2007   0999   C&D     0.00       $0.26      0.00       $0.26    17,563.86
2041437   Equitrac - Long Distance to 3024261900          E   01/05/2007   0999   C&D     0.00       $0.40      0.00       $0.40    17,564.26
2041438   Equitrac - Long Distance to 2123199240          E   01/05/2007   0999   C&D     0.00       $0.15      0.00       $0.15    17,564.41
2041469   Equitrac - Long Distance to 2484436555          E   01/08/2007   0999   C&D     0.00       $0.60      0.00       $0.60    17,565.01
2041479   Equitrac - Long Distance to 3053502403          E   01/08/2007   0999   C&D     0.00       $0.21      0.00       $0.21    17,565.22
2041490   Equitrac - Long Distance to 3024261900          E   01/08/2007   0999   C&D     0.00       $0.22      0.00       $0.22    17,565.44
2041492   Equitrac - Long Distance to 3053502403          E   01/08/2007   0999   C&D     0.00       $0.05      0.00       $0.05    17,565.49
2041496   Equitrac - Long Distance to 3053502403          E   01/08/2007   0999   C&D     0.00       $1.01      0.00       $1.01    17,566.50
2041503   Equitrac - Long Distance to 9174450518          E   01/08/2007   0999   C&D     0.00       $0.21      0.00       $0.21    17,566.71
2041504   Equitrac - Long Distance to 3053502403          E   01/08/2007   0999   C&D     0.00       $0.08      0.00       $0.08    17,566.79
2041973   Photocopy                                       E   01/08/2007   0220   SKL     0.00       $1.40      0.00       $1.40    17,568.19
2041975   Photocopy                                       E   01/08/2007   0999   C&D     0.00      $22.20      0.00      $22.20    17,590.39
2041982   Photocopy                                       E   01/08/2007   0220   SKL     0.00       $0.50      0.00       $0.50    17,590.89
2041987   Photocopy                                       E   01/08/2007   0308   DBS     0.00      $11.90      0.00      $11.90    17,602.79
2042003   Photocopy                                       E   01/08/2007   0999   C&D     0.00      $46.00      0.00      $46.00    17,648.79
2042006   Photocopy                                       E   01/08/2007   0220   SKL     0.00      $17.50      0.00      $17.50    17,666.29
2042040   Photocopy                                       E   01/08/2007   0232   LK      0.00       $0.20      0.00       $0.20    17,666.49
2042081   Fax Transmission to 52143974105                 E   01/08/2007   0232   LK      0.00       $0.45      0.00       $0.45    17,666.94
2042082   Fax Transmission to 512143974105                E   01/08/2007   0999   C&D     0.00       $0.15      0.00       $0.15    17,667.09
2041344   Lasership, Inc toDr. Laura Welch on 12/19       E   01/08/2007   0999   C&D     0.00      $15.47      0.00      $15.47    17,682.56
2042389   Esquire Deposition Services;  Schonfeld         E   01/09/2007   0310   DKG     0.00   $1,989.76      0.00   $1,989.76    19,672.32
          deposition transcript
2042394   BostonCoach service for NDF in Pittsburgh on 12/4 E 01/09/2007   0187   NDF     0.00     $205.50      0.00     $205.50    19,877.82
2042398   Federal Express to Dan Relles from NDF on 12/28 E   01/09/2007   0187   NDF     0.00      $17.53      0.00      $17.53    19,895.35
2042407   Verus Claims Service for services December 1    E   01/09/2007   0187   NDF     0.00   $9,212.50      0.00   $9,212.50    29,107.85
          thru December 27, 2006
2042411   Red Top Executive Sedan for NDF to National     E   01/09/2007   0187   NDF     0.00      $43.41      0.00      $43.41    29,151.26
          airport on 12/18
2042412   Federal Express to Rich, Heberling,Cooney,      E   01/09/2007   0120   EI      0.00     $348.32      0.00     $348.32    29,499.58
          Meyer, Kazan, Ferraro, Cloud, Rice, Weitz,
          Baron, Wilson, Wolens, Jacobs, Budd, Cohn,
          Goldberg, Schreiber from EI on n12/15/06
2042420   Federal Express to Katie Hemming from EI on 12/20 E 01/09/2007   0120   EI      0.00       $4.24      0.00       $4.24    29,503.82
2042598   Photocopy                                       E   01/09/2007   0220   SKL     0.00       $0.10      0.00       $0.10    29,503.92
2042610   Photocopy                                       E   01/09/2007   0251   JO      0.00       $0.30      0.00       $0.30    29,504.22
2042627   Photocopy                                       E   01/09/2007   0251   JO      0.00       $0.80      0.00       $0.80    29,505.02
2042663   Photocopy                                       E   01/09/2007   0999   C&D     0.00      $15.70      0.00      $15.70    29,520.72
2042665   Photocopy                                       E   01/09/2007   0999   C&D     0.00      $19.10      0.00      $19.10    29,539.82
2042481   Equitrac - Long Distance to 3053747580          E   01/09/2007   0999   C&D     0.00       $0.51      0.00       $0.51    29,540.33
2042532   Equitrac - Long Distance to 3105819309          E   01/10/2007   0999   C&D     0.00       $0.06      0.00       $0.06    29,540.39
2042737   Photocopy                                       E   01/10/2007   0220   SKL     0.00       $0.10      0.00       $0.10    29,540.49
```

```
Client Number:  4642                    Grace Asbestos Personal Injury Claimants                                                                     Page:   1
Matter      000                         Disbursements                                                                                                2/23/2007
                                                                                                                                                Print Date/Time:
                                                                                                                                                     02/23/2007
                                                                                                                                                      5:29:47PM
Attn:                                                                                                                                               Invoice #
2042788     Photocopy                                          E   01/10/2007    0308   DBS        0.00         $4.40       0.00       $4.40        29,544.89
2042800     Photocopy                                          E   01/10/2007    0220   SKL        0.00         $2.00       0.00       $2.00        29,546.89
2042465     Clerk, Superior Court of the District of           E   01/10/2007    0163   DNW        0.00        $20.00       0.00      $20.00        29,566.89
            Columbia;  Filing fee (motion for summary
            judgment)
2042900     Database Research/Lexis Charges for                E   01/11/2007    0999   C&D        0.00        $86.73       0.00      $86.73        29,653.62
            11/26/06-12/31/06 By: DBS 11/30
2042901     Database Research/Lexis Charges for                E   01/11/2007    0999   C&D        0.00       $156.12       0.00     $156.12        29,809.74
            11/26/06-12/31/06 By: DBS 12/1
2043090     Equitrac - Long Distance to 8054993572             E   01/11/2007    0999   C&D        0.00         $0.32       0.00       $0.32        29,810.06
2043100     Equitrac - Long Distance to 2032522561             E   01/11/2007    0999   C&D        0.00         $0.27       0.00       $0.27        29,810.33
2043115     Equitrac - Long Distance to 6057723434             E   01/11/2007    0999   C&D        0.00         $1.21       0.00       $1.21        29,811.54
2043146     Equitrac - Long Distance to 6177201333             E   01/11/2007    0999   C&D        0.00         $0.05       0.00       $0.05        29,811.59
2043162     Research Assoc;  Articles                          E   01/11/2007    0999   C&D        0.00        $60.00       0.00      $60.00        29,871.59
2043164     Global Securities Information;  Database           E   01/11/2007    0308   DBS        0.00       $298.24       0.00     $298.24        30,169.83
            research during December
2043183     Photocopy                                          E   01/11/2007    0308   DBS        0.00         $4.20       0.00       $4.20        30,174.03
2043274     Photocopy                                          E   01/11/2007    0308   DBS        0.00        $23.40       0.00      $23.40        30,197.43
2054440     Global Securities Information;  Database           E   01/11/2007    0308   DBS        0.00       $148.06       0.00     $148.06        30,345.49
            research during December
2043607     Equitrac - Long Distance to 3024261900             E   01/12/2007    0999   C&D        0.00         $0.23       0.00       $0.23        30,345.72
2044013     Photocopy                                          E   01/12/2007    0232   LK         0.00         $0.90       0.00       $0.90        30,346.62
2044019     Photocopy                                          E   01/12/2007    0213   DAR        0.00         $2.90       0.00       $2.90        30,349.52
2044023     Photocopy                                          E   01/12/2007    0232   LK         0.00         $0.20       0.00       $0.20        30,349.72
2044034     Photocopy                                          E   01/16/2007    0220   SKL        0.00         $2.20       0.00       $2.20        30,351.92
2044038     Photocopy                                          E   01/16/2007    0220   SKL        0.00         $2.10       0.00       $2.10        30,354.02
2044042     Photocopy                                          E   01/16/2007    0220   SKL        0.00         $2.60       0.00       $2.60        30,356.62
2044052     Photocopy                                          E   01/16/2007    0999   C&D        0.00         $2.50       0.00       $2.50        30,359.12
2044072     Photocopy                                          E   01/16/2007    0199   ADK        0.00         $0.20       0.00       $0.20        30,359.32
2044135     Photocopy                                          E   01/16/2007    0999   C&D        0.00        $11.90       0.00      $11.90        30,371.22
2043945     Equitrac - Long Distance to 2123197125             E   01/16/2007    0999   C&D        0.00         $0.07       0.00       $0.07        30,371.29
2043950     Equitrac - Long Distance to 3024261900             E   01/16/2007    0999   C&D        0.00         $0.26       0.00       $0.26        30,371.55
2043993     Equitrac - Long Distance to 3024261900             E   01/16/2007    0999   C&D        0.00         $0.13       0.00       $0.13        30,371.68
2044008     Equitrac - Long Distance to 2123199240             E   01/16/2007    0999   C&D        0.00         $0.11       0.00       $0.11        30,371.79
2044252     EI;  Travel expenses to Dallas for meetings with   E   01/17/2007    0120   EI         0.00       $164.91       0.00     $164.91        30,536.70
            TACs on 1/8-11 (split between 7226, 4642, 7189,
            6954, 6793) for  Dallas Victory hotel
2044257     EI;  Travel expenses to Dallas for meetings with   E   01/17/2007    0120   EI         0.00       $154.88       0.00     $154.88        30,691.58
            TACs on 1/8-11 (split between 7226, 4642, 7189,
            6954, 6793) for P class airfare and 45.00 agency
            fee
2044264     EI;  Conference dinner while in Dallas on 1/8      E   01/17/2007    0120   EI         0.00       $527.18       0.00     $527.18        31,218.76
            with Weitz, Cooney, Ferraro, Budd, Bush, Baron
2056831     Photocopy                                          E   01/17/2007    0308   DBS        0.00         $0.10       0.00       $0.10        31,218.86
2056832     Photocopy                                          E   01/17/2007    0308   DBS        0.00         $0.60       0.00       $0.60        31,219.46
2044701     Equitrac - Long Distance to 3024261900             E   01/17/2007    0999   C&D        0.00         $0.09       0.00       $0.09        31,219.55
2044710     Equitrac - Long Distance to 3024261900             E   01/17/2007    0999   C&D        0.00         $0.05       0.00       $0.05        31,219.60
2044728     Equitrac - Long Distance to 3024261900             E   01/17/2007    0999   C&D        0.00         $0.06       0.00       $0.06        31,219.66
2044778     Photocopy                                          E   01/17/2007    0234   CK         0.00         $0.10       0.00       $0.10        31,219.76
2044779     Photocopy                                          E   01/17/2007    0308   DBS        0.00        $13.90       0.00      $13.90        31,233.66
2044836     Photocopy                                          E   01/17/2007    0220   SKL        0.00         $1.10       0.00       $1.10        31,234.76
2044937     Equitrac - Long Distance to 8054993572             E   01/18/2007    0999   C&D        0.00         $0.64       0.00       $0.64        31,235.40
2044959     Equitrac - Long Distance to 2672994936             E   01/18/2007    0999   C&D        0.00         $0.08       0.00       $0.08        31,235.48
2044992     Photocopy                                          E   01/18/2007    0308   DBS        0.00        $29.80       0.00      $29.80        31,265.28
2045038     Photocopy                                          E   01/18/2007    0220   SKL        0.00         $2.00       0.00       $2.00        31,267.28
2045049     Photocopy                                          E   01/18/2007    0220   SKL        0.00         $0.10       0.00       $0.10        31,267.38
2044611     Petty Cash  Cab expenses in Wilmington for NDF     E   01/18/2007    0187   NDF        0.00        $40.00       0.00      $40.00        31,307.38
            on 11/20/06
2044612     Petty Cash  Late night cab home for NDF on 1/4     E   01/18/2007    0187   NDF        0.00        $20.00       0.00      $20.00        31,327.38
2044667     Lasership to Kirkland Ellis on 1/4                 E   01/18/2007    0999   C&D        0.00        $24.85       0.00      $24.85        31,352.23
2045437     Photocopy                                          E   01/19/2007    0308   DBS        0.00        $13.40       0.00      $13.40        31,365.63
2045118     Pacer Service Center;   Research usage October     E   01/19/2007    0999   C&D        0.00       $184.00       0.00     $184.00        31,549.63
            thru December 2006
2045374     Equitrac - Long Distance to 8054993572             E   01/19/2007    0999   C&D        0.00         $0.63       0.00       $0.63        31,550.26
2045375     Equitrac - Long Distance to 8054993572             E   01/19/2007    0999   C&D        0.00         $0.63       0.00       $0.63        31,550.89
2045378     Equitrac - Long Distance to 8054993572             E   01/20/2007    0999   C&D        0.00         $0.05       0.00       $0.05        31,550.94
2045510     Travel Expenses - Ground Transportation - EI       E   01/22/2007    0999   C&D        0.00        $34.60       0.00      $34.60        31,585.54
            transp during 1/8-11, 2007 trip to Dallas for
            meetings (Divided among 5 clients)
2045535     Equitrac - Long Distance to 5613924600             E   01/22/2007    0999   C&D        0.00         $0.29       0.00       $0.29        31,585.83
2045538     Equitrac - Long Distance to 5613924600             E   01/22/2007    0999   C&D        0.00         $0.24       0.00       $0.24        31,586.07
2045579     Equitrac - Long Distance to 5613924600             E   01/22/2007    0999   C&D        0.00         $0.15       0.00       $0.15        31,586.22
```

| Client Number: 4642 | | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|

Grace Asbestos Personal Injury Claimants

**Matter    000        Disbursements**                                                                        2/23/2007
Print Date/Time:
02/23/2007
5:29:47PM

Attn:                                                                                                        Invoice #

| ID | Description | | Date | Code | Init | | Amount | | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 2045617 | Photocopy | E | 01/22/2007 | 0220 | SKL | 0.00 | $0.70 | 0.00 | $0.70 | 31,586.92 |
| 2045643 | Photocopy | E | 01/22/2007 | 0220 | SKL | 0.00 | $10.20 | 0.00 | $10.20 | 31,597.12 |
| 2045646 | Photocopy | E | 01/22/2007 | 0999 | C&D | 0.00 | $11.90 | 0.00 | $11.90 | 31,609.02 |
| 2045658 | Photocopy | E | 01/22/2007 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 31,609.12 |
| 2045689 | Photocopy | E | 01/22/2007 | 0999 | C&D | 0.00 | $1.40 | 0.00 | $1.40 | 31,610.52 |
| 2045883 | Photocopy | E | 01/23/2007 | 0999 | C&D | 0.00 | $43.40 | 0.00 | $43.40 | 31,653.92 |
| 2045885 | Photocopy | E | 01/23/2007 | 0999 | C&D | 0.00 | $6.00 | 0.00 | $6.00 | 31,659.92 |
| 2045908 | Photocopy | E | 01/23/2007 | 0999 | C&D | 0.00 | $0.40 | 0.00 | $0.40 | 31,660.32 |
| 2045934 | Photocopy | E | 01/23/2007 | 0999 | C&D | 0.00 | $38.00 | 0.00 | $38.00 | 31,698.32 |
| 2045972 | Photocopy | E | 01/23/2007 | 0220 | SKL | 0.00 | $1.70 | 0.00 | $1.70 | 31,700.02 |
| 2045980 | Photocopy | E | 01/23/2007 | 0999 | C&D | 0.00 | $37.20 | 0.00 | $37.20 | 31,737.22 |
| 2046011 | Fax Transmission to 516179510679 | E | 01/23/2007 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 31,737.82 |
| 2046012 | Fax Transmission to 512145201181 | E | 01/23/2007 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 31,738.42 |
| 2046014 | Fax Transmission to 512148248100 | E | 01/23/2007 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 31,738.57 |
| 2046015 | Fax Transmission to 517136501400 | E | 01/23/2007 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 31,739.17 |
| 2046016 | Fax Transmission to 513125516759 | E | 01/23/2007 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 31,739.77 |
| 2046017 | Fax Transmission to 518432169290 | E | 01/23/2007 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 31,740.37 |
| 2046018 | Fax Transmission to 514067527124 | E | 01/23/2007 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 31,740.97 |
| 2046019 | Fax Transmission to 513026565875 | E | 01/23/2007 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 31,741.57 |
| 2046020 | Fax Transmission to 515108354913 | E | 01/23/2007 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 31,742.17 |
| 2046021 | Fax Transmission to 512165750799 | E | 01/23/2007 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 31,742.77 |
| 2046022 | Fax Transmission to 513053796222 | E | 01/23/2007 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 31,743.37 |
| 2046023 | Fax Transmission to 514124718308 | E | 01/23/2007 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 31,743.97 |
| 2046024 | Fax Transmission to 512123440994 | E | 01/23/2007 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 31,744.57 |
| 2046026 | Fax Transmission to 513024269947 | E | 01/23/2007 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 31,744.72 |
| 2046027 | Fax Transmission to 512148248100 | E | 01/23/2007 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 31,745.32 |
| 2046028 | Fax Transmission to 518432169450 | E | 01/23/2007 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 31,745.92 |
| 2046029 | Fax Transmission to 512148248100 | E | 01/23/2007 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 31,746.37 |
| 2046030 | Fax Transmission to 513024269947 | E | 01/23/2007 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 31,746.52 |
| 2046031 | Fax Transmission to 514122615066 | E | 01/23/2007 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 31,747.12 |
| 2046032 | Fax Transmission to 513024269947 | E | 01/23/2007 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 31,747.42 |
| 2046053 | Fax Transmission to 512032522562 | E | 01/23/2007 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 31,748.02 |
| 2046095 | Miscellaneous: Client Advances - The Marriott Boca Raton - Contract for Conf room to hold depositions of R Beber 2/21 & J Hughes 2/22 | E | 01/24/2007 | 0187 | NDF | 0.00 | $1,000.00 | 0.00 | $1,000.00 | 32,748.02 |
| 2046100 | Air & Train Transportation - EI - Amtrak - Hearing in Philadelphia on 1/22/07 (Coach fare $173.00) | E | 01/24/2007 | 0120 | EI | 0.00 | $269.00 | 0.00 | $173.00 | 32,921.02 |
| 2046143 | Equitrac - Long Distance to 2123199240 | E | 01/24/2007 | 0999 | C&D | 0.00 | $0.36 | 0.00 | $0.36 | 32,921.38 |
| 2046148 | Equitrac - Long Distance to 5613958258 | E | 01/24/2007 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 32,921.44 |
| 2046150 | Equitrac - Long Distance to 5613924600 | E | 01/24/2007 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 32,921.49 |
| 2046196 | Photocopy | E | 01/24/2007 | 0232 | LK | 0.00 | $2.40 | 0.00 | $2.40 | 32,923.89 |
| 2046213 | Photocopy | E | 01/24/2007 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 32,923.99 |
| 2046238 | Photocopy | E | 01/24/2007 | 0999 | C&D | 0.00 | $7.80 | 0.00 | $7.80 | 32,931.79 |
| 2046263 | Photocopy | E | 01/24/2007 | 0220 | SKL | 0.00 | $0.60 | 0.00 | $0.60 | 32,932.39 |
| 2046265 | Photocopy | E | 01/24/2007 | 0220 | SKL | 0.00 | $0.40 | 0.00 | $0.40 | 32,932.79 |
| 2046280 | Photocopy | E | 01/24/2007 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 32,933.09 |
| 2046304 | Fax Transmission to 516179510679 | E | 01/24/2007 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 32,934.59 |
| 2046305 | Fax Transmission to 512032522562 | E | 01/24/2007 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 32,936.09 |
| 2046306 | Fax Transmission to 512145201181 | E | 01/24/2007 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 32,936.54 |
| 2046307 | Fax Transmission to 512148248100 | E | 01/24/2007 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 32,938.04 |
| 2046308 | Fax Transmission to 517136501400 | E | 01/24/2007 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 32,939.54 |
| 2046309 | Fax Transmission to 513125516759 | E | 01/24/2007 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 32,941.04 |
| 2046310 | Fax Transmission to 518432169290 | E | 01/24/2007 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 32,942.54 |
| 2046311 | Fax Transmission to 514067527124 | E | 01/24/2007 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 32,944.04 |
| 2046312 | Fax Transmission to 513026565875 | E | 01/24/2007 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 32,945.54 |
| 2046313 | Fax Transmission to 515108354913 | E | 01/24/2007 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 32,947.04 |
| 2046314 | Fax Transmission to 512165750799 | E | 01/24/2007 | 0999 | C&D | 0.00 | $1.20 | 0.00 | $1.20 | 32,948.24 |
| 2046315 | Fax Transmission to 513053796222 | E | 01/24/2007 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 32,949.74 |
| 2046317 | Fax Transmission to 514124718308 | E | 01/24/2007 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 32,951.24 |
| 2046318 | Fax Transmission to 512123440994 | E | 01/24/2007 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 32,952.74 |
| 2046319 | Fax Transmission to 513024269947 | E | 01/24/2007 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 32,952.89 |
| 2046320 | Fax Transmission to 518432169450 | E | 01/24/2007 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 32,954.39 |
| 2046321 | Fax Transmission to 512165750799 | E | 01/24/2007 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 32,954.69 |
| 2046322 | Fax Transmission to 513024269947 | E | 01/24/2007 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 32,954.84 |
| 2046323 | Fax Transmission to 512145201181 | E | 01/24/2007 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 32,955.89 |
| 2046324 | Fax Transmission to 513024269947 | E | 01/24/2007 | 0999 | C&D | 0.00 | $1.20 | 0.00 | $1.20 | 32,957.09 |
| 2046325 | Fax Transmission to 514122615066 | E | 01/24/2007 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 32,957.24 |
| 2046328 | Fax Transmission to 514122615066 | E | 01/24/2007 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 32,957.39 |
| 2046331 | Fax Transmission to 514122615066 | E | 01/24/2007 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 32,957.54 |
| 2046349 | Fax Transmission to 514124718994 | E | 01/24/2007 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 32,959.04 |
| 2047675 | Photocopy | E | 01/25/2007 | 0232 | LK | 0.00 | $0.30 | 0.00 | $0.30 | 32,959.34 |

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Matter** | **000** | | **Disbursements** | | | | | | | | 2/23/2007 |
| | | | | | | | | | | | Print Date/Time: |
| | | | | | | | | | | | 02/23/2007 |
| | | | | | | | | | | | 5:29:47PM |
| Attn: | | | | | | | | | | | Invoice # |
| 2047833 | Photocopy | | E | 01/26/2007 | 0999 | C&D | 0.00 | $0.40 | 0.00 | $0.40 | 32,959.74 |
| 2047855 | Photocopy | | E | 01/26/2007 | 0999 | C&D | 0.00 | $13.20 | 0.00 | $13.20 | 32,972.94 |
| 2047561 | Equitrac - Long Distance to 8054993572 | | E | 01/26/2007 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 32,972.99 |
| 2047566 | Equitrac - Long Distance to 2123197125 | | E | 01/26/2007 | 0999 | C&D | 0.00 | $0.24 | 0.00 | $0.24 | 32,973.23 |
| 2047623 | Document Tech;   IMG - DVD duplication | | E | 01/29/2007 | 0308 | DBS | 0.00 | $84.60 | 0.00 | $84.60 | 33,057.83 |
| 2047628 | Federal Express to Dan Relles from NDF on 1/10 | | E | 01/29/2007 | 0187 | NDF | 0.00 | $18.39 | 0.00 | $18.39 | 33,076.22 |
| 2047638 | Federal Express to Danielle K. Graham from Scott Simpkins on 12/19 | | E | 01/29/2007 | 0310 | DKG | 0.00 | $15.13 | 0.00 | $15.13 | 33,091.35 |
| 2047639 | NDF;   Travel expenses to NYC on client related matter on 1/25 for meals | | E | 01/29/2007 | 0187 | NDF | 0.00 | $13.00 | 0.00 | $13.00 | 33,104.35 |
| 2047640 | NDF;   Travel expenses to NYC on client related matter on 1/25 for cabs | | E | 01/29/2007 | 0187 | NDF | 0.00 | $47.00 | 0.00 | $47.00 | 33,151.35 |
| 2047938 | Pacer Service Center;   Usage October thru December 2006 | | E | 01/29/2007 | 0120 | EI | 0.00 | $165.84 | 0.00 | $165.84 | 33,317.19 |
| 2048352 | Equitrac - Long Distance to 8054993572 | | E | 01/29/2007 | 0999 | C&D | 0.00 | $0.13 | 0.00 | $0.13 | 33,317.32 |
| 2048423 | Photocopy | | E | 01/29/2007 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 33,317.52 |
| 2048489 | Photocopy | | E | 01/29/2007 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 33,317.72 |
| 2048704 | Photocopy | | E | 01/30/2007 | 0237 | SRB | 0.00 | $7.00 | 0.00 | $7.00 | 33,324.72 |
| 2048717 | Photocopy | | E | 01/30/2007 | 0220 | SKL | 0.00 | $1.10 | 0.00 | $1.10 | 33,325.82 |
| 2048802 | Photocopy | | E | 01/30/2007 | 0220 | SKL | 0.00 | $0.40 | 0.00 | $0.40 | 33,326.22 |
| 2048808 | Photocopy | | E | 01/30/2007 | 0999 | C&D | 0.00 | $7.00 | 0.00 | $7.00 | 33,333.22 |
| 2048296 | NDF;   Travel expenses to Wilmington for court appearance on 1/22-23 for dinner with Marla Eskin and Mark Hurford ( 155.75) and other meals | | E | 01/30/2007 | 0187 | NDF | 0.00 | $217.80 | 0.00 | $217.80 | 33,551.02 |
| 2048297 | NDF;   Travel expenses to Wilmington for court appearance on 1/22-23 for Hotel Dupont (room 429.00, state tax 34.32, city tax 8.58) | | E | 01/30/2007 | 0187 | NDF | 0.00 | $471.90 | 0.00 | $471.90 | 34,022.92 |
| 2048298 | NDF;   Travel expenses to Wilmington for court appearance on 1/22-23 for cabs | | E | 01/30/2007 | 0187 | NDF | 0.00 | $39.00 | 0.00 | $39.00 | 34,061.92 |
| 2049141 | Gobbell Hays Partners;   Professional services 12/1/-12/31 | | E | 01/31/2007 | 0187 | NDF | 0.00 | $5,610.00 | 0.00 | $5,610.00 | 39,671.92 |
| 2049142 | Gobbell Hayes Partners;   Professional services 11/1-11/30 | | E | 01/31/2007 | 0187 | NDF | 0.00 | $9,099.90 | 0.00 | $9,099.90 | 48,771.82 |
| 2049875 | Equitrac - Long Distance to 2123199240 | | E | 01/31/2007 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 48,771.98 |
| 2049889 | Photocopy | | E | 01/31/2007 | 0212 | LJS | 0.00 | $1.20 | 0.00 | $1.20 | 48,773.18 |
| 2049892 | Photocopy | | E | 01/31/2007 | 0212 | LJS | 0.00 | $3.30 | 0.00 | $3.30 | 48,776.48 |
| 2049895 | Photocopy | | E | 01/31/2007 | 0212 | LJS | 0.00 | $4.60 | 0.00 | $4.60 | 48,781.08 |
| 2050354 | Database Research/Lexis Charges 1/1/07-1/29/07 By: DBS on 1/11 | | E | 01/31/2007 | 0999 | C&D | 0.00 | $12.80 | 0.00 | $12.80 | 48,793.88 |
| 2053113 | Database Research - Westlaw - By NDF on 1/4-16/2007 | | E | 01/31/2007 | 0999 | C&D | 0.00 | $676.55 | 0.00 | $676.55 | 49,470.43 |
| 2053114 | Database Research - Westlaw - By DKG on 1/9 & 11/2007 | | E | 01/31/2007 | 0999 | C&D | 0.00 | $697.01 | 0.00 | $697.01 | 50,167.44 |
| 2053115 | Database Research - Westlaw - By WBS on 1/2-9/2007 | | E | 01/31/2007 | 0999 | C&D | 0.00 | $207.76 | 0.00 | $207.76 | 50,375.20 |
| 2053116 | Database Research - Westlaw - By DBS on 1/2-17/2007 | | E | 01/31/2007 | 0999 | C&D | 0.00 | $589.19 | 0.00 | $589.19 | 50,964.39 |
| 2053117 | Database Research - Westlaw - By  ALV on 1/4-5/2007 | | E | 01/31/2007 | 0999 | C&D | 0.00 | $566.22 | 0.00 | $566.22 | 51,530.61 |
| 2053118 | Database Research - Westlaw - By JAL on 1/16/2007 | | E | 01/31/2007 | 0999 | C&D | 0.00 | $154.64 | 0.00 | $154.64 | 51,685.25 |
| 2053119 | Database Research - Westlaw - By NDF on 1/18/2007 | | E | 01/31/2007 | 0999 | C&D | 0.00 | $20.90 | 0.00 | $20.90 | 51,706.15 |
| **Total Expenses** | | | | | | | 0.00 | $51,951.75 | 0.00 | $51,706.15 | |

|  |  |  |  |
|---|---|---|---|
| Matter Total Fees | | 0.00 | 0.00 |
| Matter Total Expenses | | 51,951.75 | 51,706.15 |
| Matter Total | 0.00 | 51,951.75 | 0.00 | 51,706.15 |

Prebill Total Fees

```
Client Number:   4642              Grace Asbestos Personal Injury Claimants                                    Page:   1
Matter      000                    Disbursements                                                               2/23/2007
                                                                                                          Print Date/Time:
                                                                                                               02/23/2007
                                                                                                                5:29:47PM
Attn:                                                                                                          Invoice #


            Prebill Total Expenses                                                   $51,951.75              $51,706.15


            Prebill Total                                                0.00        $51,951.75      0.00    $51,706.15
```

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 37,961 | 11/30/2002 | 36,076.50 | 0.50 |
| 46,677 | 08/27/2004 | 240.00 | 48.00 |
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 49,444 | 04/21/2005 | 38,706.00 | 232.00 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 51,687 | 10/31/2005 | 74,385.75 | 3,337.50 |
| 54,760 | 07/26/2006 | 167,407.25 | 3,794.10 |
| 55,191 | 08/30/2006 | 139,645.00 | 27,929.00 |
| 55,509 | 09/29/2006 | 166,040.50 | 33,208.10 |
| 55,871 | 10/27/2006 | 195,810.25 | 39,162.05 |
| 56,243 | 11/30/2006 | 218,388.50 | 43,677.70 |
| 56,642 | 12/28/2006 | 274,758.85 | 274,758.85 |
| 56,922 | 01/25/2007 | 227,793.23 | 227,793.23 |
|  |  | 1,554,872.83 | 657,065.23 |