IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Objection Deadline: March 22, 2007 at 4:00 p.m.** |

## FEE DETAIL FOR NELSON MULLINS RILEY & SCARBOROUGH, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JANUARY 1, 2007 THROUGH JANUARY 31, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45797.5

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

February 14, 2007  
Invoice 790663  Page 1

Our Matter #           02399/06000                         For Services Through 01/31/07  
WR Grace #            063-KL-721490-01-501251  
Name of Matter:        General

| Date | Description | | | |
|---|---|---|---|---|
| 01/02/07 | Review issues with Mr. Obradovic concerning collection of information on various expansions of other business operations and follow-up on same. | | | |
| | B.F. HAWKINS, JR. | 0.90 hrs. | 310.00/hr | $279.00 |
| 01/05/07 | Review information relating to open records statutes in relevant jurisdictions (0.3); confer with Mr. Roberts regarding retaining assistance (0.8); draft electronic mail memorandum to Attorney Hawkins regarding timing and cost expected (0.3). | | | |
| | R.T. CARLISLE | 1.40 hrs. | 270.00/hr | $378.00 |
| 01/05/07 | Draft letters requesting information and transmit same to client for review. | | | |
| | R.T. CARLISLE | 0.30 hrs. | 270.00/hr | $81.00 |
| 01/09/07 | Call to Georgia EPD regarding FOI request (0.4); confer with Mr. Roberts regarding same (0.3); electronic mail memorandum to client regarding information request (0.5). | | | |
| | R.T. CARLISLE | 1.20 hrs. | 270.00/hr | $324.00 |
| 01/10/07 | Transmit to Mr. Roberts requests for information (0.1); confer with Mr. Roberts regarding same (0.4). | | | |
| | R.T. CARLISLE | 0.50 hrs. | 270.00/hr | $135.00 |
| 01/11/07 | Review electronic mail memorandum from Mr. Roberts updating status of information request and forward same to client (0.1); confer with Mr. Roberts relating to same (0.1); review and execute retention agreement and return same (0.3); respond to electronic mail memorandum from Mr. Roberts relating to details of work (0.1). | | | |
| | R.T. CARLISLE | 0.60 hrs. | 270.00/hr | $162.00 |
| 01/12/07 | Review and respond to electronic mail memoranda from Mr. Roberts. | | | |
| | R.T. CARLISLE | 0.10 hrs. | 270.00/hr | $27.00 |
| 01/17/07 | Review correspondence provided by Mr. Roberts relating to information request. | | | |
| | R.T. CARLISLE | 0.10 hrs. | 270.00/hr | $27.00 |
| 01/18/07 | Conferences with Mr. Roberts regarding information requested from agencies. | | | |
| | R.T. CARLISLE | 0.60 hrs. | 270.00/hr | $162.00 |
| 01/19/07 | Electronic mail memorandum to client regarding information request. | | | |
| | R.T. CARLISLE | 0.10 hrs. | 270.00/hr | $27.00 |
| 01/22/07 | Receive documents and arrange for transmission of same to client. | | | |
| | R.T. CARLISLE | 0.10 hrs. | 270.00/hr | $27.00 |

W. R. Grace & Co.

February 14, 2007
Invoice 790663  Page 2

01/23/07    Confer with Mr. Roberts regarding status of document review (0.3); electronic mail memorandum to Mr. Obradovic regarding status and projected schedule (0.1).
R.T. CARLISLE                           0.40 hrs.    270.00/hr                    $108.00

**Fees for Legal Services** ................................................................................................  **$1,737.00**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 0.90 | 310.00 | 279.00 |
| R.T. CARLISLE | 5.40 | 270.00 | 1,458.00 |
| TOTAL | 6.30 | $275.71 | $1,737.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 01/05/2007 | Telephone 1-404-363-7000 | 0.05 |
| 01/05/2007 | Telephone 1-512-239-2900 | 0.10 |
| 01/19/2007 | Federal Express charge | 42.73 |

**Total Charges for Other Services Provided/Expenses Incurred** ..................... **$42.88**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Fed Ex | 42.73 |
| Telephone | 0.15 |
| TOTAL | $42.88 |

**Net current billing for this invoice** ............................................................................. **$1,779.88**

**GRAND TOTAL** ............................................................................................................. **$1,779.88**

W. R. Grace & Co.

February 14, 2007
Invoice 790663  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 01/31/07

W. R. Grace & Co.
General
Our Matter # 02399/06000

---

| | |
|---|---:|
| Fees for Professional Services | $1,737.00 |
| Charges for Other Services Provided/Expenses Incurred | $42.88 |
| **Net current billing for this invoice** ............................................................... | **$1,779.88** |
| **GRAND TOTAL** ................................................................................................ | **$1,779.88** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS
CB&T
**ABA#**: 061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**: 053200666
**Beneficiary Customer**: Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**: Columbia Operating Account
**Beneficiary Account Number**: 00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  February 14, 2007
ATTN: Lydia Duff, Esq.  Invoice 790664  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #         02399/06003                            For Services Through 01/31/07
WR Grace #           063-KL-721490-01-501270
Name of Matter:      Beaco Road Site

01/25/07    Review information relating to settlement.
            R.T. CARLISLE                        0.20 hrs.    270.00/hr               $54.00

**Fees for Legal Services** ................................................................................................  **$54.00**

## BILLING SUMMARY

|                 | Hours | Rate/Hr  | Dollars |
|-----------------|-------|----------|---------|
| R.T. CARLISLE   | 0.20  | 270.00   | 54.00   |
| TOTAL           | 0.20  | $270.00  | $54.00  |

**Net current billing for this invoice** ..........................................................................  **$54.00**

**GRAND TOTAL**......................................................................................................  **$54.00**

W. R. Grace & Co.

February 14, 2007
Invoice 790664  Page 2

### REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 01/31/07

W. R. Grace & Co.
Beaco Road Site
Our Matter # 02399/06003

---

Fees for Professional Services                                              $54.00
Charges for Other Services Provided/Expenses Incurred                        $0.00

**Net current billing for this invoice** ..................................................................  $54.00

**GRAND TOTAL**............................................................................................................. **$54.00**

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS
CB&T
**ABA#**: 061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**: 053200666
**Beneficiary Customer**: Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**: Columbia Operating Account
**Beneficiary Account Number**: 00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD  21044

February 12, 2007  
Invoice 789572  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06028 | For Services Through 01/31/07 |
| Name of Matter: | Air Matters | |

| | | | | |
|---|---|---|---|---|
| 01/12/07 | Review air research question with Ms. Duff and begin reviewing information on same. | | | |
| | B.F. HAWKINS, JR. | 1.10 hrs. | 310.00/hr | $341.00 |
| 01/17/07 | Review general information on air regulation definitions. | | | |
| | B.F. HAWKINS, JR. | 2.40 hrs. | 310.00/hr | $744.00 |

**Fees for Legal Services** .................................................................................................. **$1,085.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 3.50 | 310.00 | 1,085.00 |
| TOTAL | 3.50 | $310.00 | $1,085.00 |

**Net current billing for this invoice** ................................................................................. $1,085.00

**GRAND TOTAL**............................................................................................................. **$1,085.00**

W. R. Grace & Co.

February 12, 2007
Invoice 789572  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 01/31/07

W. R. Grace & Co.
Air Matters
Our Matter # 02399/06028

---

| | |
|---|---|
| Fees for Professional Services | $1,085.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** | **$1,085.00** |
| **GRAND TOTAL** | **$1,085.00** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

## WIRING INSTRUCTIONS
CB&T
**ABA#**: 061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**: 053200666
**Beneficiary Customer**: Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**: Columbia Operating Account
**Beneficiary Account Number**: 00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD  21044  

February 12, 2007  
Invoice 789573  Page  1

| | | |
|---|---|---|
| Our Matter # | 02399/06032 | For Services Through 01/31/07 |
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

01/03/07    Review progress report on wetland remedial project.  
            N.J. SMITH                                          0.20 hrs.    310.00/hr                    $62.00

**Fees for Legal Services** ............................................................................................... **$62.00**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 0.20 | 310.00 | 62.00 |
| TOTAL | 0.20 | $310.00 | $62.00 |

**Net current billing for this invoice** ............................................................................... **$62.00**

**GRAND TOTAL**........................................................................................................... **$62.00**

W. R. Grace & Co.

February 12, 2007
Invoice 789573  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 01/31/07

W. R. Grace & Co.
Charleston
Our Matter # 02399/06032

---

| | |
|---|---|
| Fees for Professional Services | $62.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** .................................................... | **$62.00** |
| **GRAND TOTAL**................................................................................................... | **$62.00** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

## WIRING INSTRUCTIONS
CB&T
**ABA#**: 061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**: 053200666
**Beneficiary Customer**: Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**: Columbia Operating Account
**Beneficiary Account Number**: 00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD  21044

February 12, 2007  
Invoice 789575  Page  1

Our Matter #        02399/06091                         For Services Through 01/31/07  
Name of Matter:    Fee Applications


| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 01/29/07 | Review and edit December fee application.<br>B.J. BURN | 0.30 hrs. | 230.00/hr | $69.00 |
| 01/29/07 | Review December 2006 invoices and draft fee application regarding same.<br>A.R. PRICE | 2.20 hrs. | 115.00/hr | $253.00 |

**Fees for Legal Services** ........................................................................................... **$322.00**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.J. BURN | 0.30 | 230.00 | 69.00 |
| A.R. PRICE | 2.20 | 115.00 | 253.00 |
| TOTAL | 2.50 | 128.80 | 322.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date | Description | Amount |
|---|---|---|
| 12/22/2006 | Federal Express charge | 11.77 |

**Total Charges for Other Services Provided/Expenses Incurred** ................................. **$11.77**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Fed Ex | 11.77 |
| TOTAL | $11.77 |

**Net current billing for this invoice** .......................................................................... **$333.77**

**GRAND TOTAL**................................................................................................................ **$333.77**

W. R. Grace & Co.

February 12, 2007
Invoice 789575  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 01/31/07

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

| | |
|---|---|
| Fees for Professional Services | $322.00 |
| Charges for Other Services Provided/Expenses Incurred | $11.77 |
| **Net current billing for this invoice** | **$333.77** |
| **GRAND TOTAL** | **$333.77** |

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

**WIRING INSTRUCTIONS**
CB&T
**ABA#**: 061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**: 053200666
**Beneficiary Customer**: Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**: Columbia Operating Account
**Beneficiary Account Number**: 00322407701