**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., et al., | : | Case No. 01-01139 (JKF) |
| | : | |
| **Debtors** | : | |
| | : | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Raul Olamendi Smith, Esquire to represent San Diego Gas & Electric Company, Sempra Energy and Enova Corporation in this action in connection with Debtors' omnibus objection to claims and any related adversary proceedings.

      */s/ Steven T. Davis*
Steven T. Davis, Esquire (DE Bar Number 2731)
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
3 Mill Road, Suite 306A
Wilmington, DE 19806
(302) 655-9094 – Telephone
(302) 658-8051 – Facsimile

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, as well as admitted to the Southern, Central, and Northern Districts of California for the United States, Ninth Circuit, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

      */s/ Raul Olamendi Smith*
Raul Olamendi Smith, Esquire
OFFICE OF THE GENERAL COUNSEL
101 Ash Street, Suite 1100
San Diego, CA 92101-3017
(619) 699-5028 – Telephone
(619) 696-4838 – Facsimile

4128142

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

BY THE COURT:

Date: _____    _____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

4128142