**EXHIBIT A**

Professional services rendered through: October 31, 2006: Remedium issue

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/03/06 | M.D. Lerner | Assign research task re impact of Coltec on protest position. | 1.00 |
| 10/11/06 | M.D. Lerner | Read analysis of impact of Coltec on our facts. | 0.20 |
| 10/16/06 | M.D. Lerner | Read recent decisions in Coltec, TIFD and Black & Decker to analyze impact on Remedium issue. | 2.20 |
| 10/17/06 | A.E. Moran | Make preparations and obtain information for quarterly billing. | 1.00 |
| 10/24/06 | A.E. Moran | Work on quarterly billing. | 1.00 |
| 10/25/06 | A.E. Moran | Proof, edit and send out quarterly bills. | 1.50 |

Professional services rendered through: October 31, 2006: Consolidated Returns Issue

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/03/06 | L.M. Zarlenga | Discuss revision of protest with Ms. MacIvor; review same. | 0.30 |
| 10/03/06 | M.D. Lerner | Read proposed outline of sur-rebuttal. | 0.50 |
| 10/04/06 | M.D. Lerner | Finish reviewing outline of sur-rebuttal. | 0.80 |
| 10/04/06 | M.D. Lerner | Participate in two calls with clients to discuss Appeals tactics, both substantive and negotiation. | 0.70 |
| 10/04/06 | M.J. Silverman | Prepare for and call client re appeals. | 1.50 |
| 10/04/06 | S.B. Teplinsky | Teleconference with Messrs. Lerner, Silverman, Finke, Gross, Dougherty and Ms. Finke re Appeals Officer and re outline response to IRS memorandum and appeals conference. | 1.50 |
| 10/06/06 | A.E. Moran | Work on bills for July through September. | 1.40 |
| 10/09/06 | L.M. Zarlenga | Review protest and Coltec case for revision of protest. | 4.00 |
| 10/10/06 | L.M. Zarlenga | Review protest and revise. | 0.50 |
| 10/11/06 | L.M. Zarlenga | Review protest and revise. | 2.30 |
| 10/17/06 | M.D. Lerner | Receive FIN 48 question from Ms. Finke. | 0.10 |
| 10/17/06 | M.J. Silverman | Talk with Messrs. Lerner and Teplinsky re contingent liabilities and SRLY in connection with Fin 48 | 1.00 |
| 10/18/06 | M.D. Lerner | Meet with Messrs. Silverman and Teplinsky to discuss FIN 48 and follow-up re same. | 0.60 |
| 10/18/06 | M.J. Silverman | Discuss Fin 48 and issues regarding SRLY and contingent liabilities. | 1.00 |
| 10/18/06 | S.B. Teplinsky | Conference with Messrs. Silverman and Lerner re FIN 48 issues. | 1.00 |
| 10/20/06 | M.J. Silverman | Telephone call to client re Fin 48. | 0.50 |

5

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/22/06 | M.J. Silverman | Talk with Mr. Teplinsky re client call. | 0.50 |
| 10/23/06 | M.D. Lerner | Call with Ms. Finke re FIN 48. | 0.50 |
| 10/23/06 | M.J. Silverman | Prepare for callwith client re FIN 48. | 0.50 |
| 10/23/06 | M.J. Silverman | Call with client re Fin 48. | 0.50 |
| 10/23/06 | S.B. Teplinsky | Teleconference with Messrs. Silverman and Lerner and Ms. Finke re FIN 48. | 0.50 |
| 10/26/06 | M.J. Silverman | Talk with Ms. Finke re appeals contact and affirmative defenses. | 1.00 |
| 10/26/06 | S.B. Teplinsky | Discuss status of appeal with Ms. Finke. | 0.80 |
| 10/31/06 | A.E. Moran | Work on monthly bills for July-September. | 1.00 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.J. Silverman | 6.50 | 775.00 | 5,037.50 |
| M.D. Lerner | 6.60 | 610.00 | 4,026.00 |
| S.B. Teplinsky | 3.80 | 610.00 | 2,318.00 |
| L.M. Zarlenga | 7.10 | 500.00 | 3,550.00 |
| A.E. Moran | 5.90 | 495.00 | 2,920.50 |
| Total | 29.90 | | 17,852.00 |

Total Fees     $17,852.00

Disbursements:

| | |
|---|---|
| Duplicating | 37.95 |
| Long-Distance Telephone | 8.02 |

Total Disbursements     $45.97

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  489827


012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE


Cost                 Timekeeper
Code       Date      Number        Name            Quantity      Rate    Amount
================================================================================
LASR       10/11/06  00206         Moran, Anne E.    44.00       0.15      6.60
LASR       10/11/06  00206         Moran, Anne E.    44.00       0.20      8.80
PC/Network Printing
PC LASER 44 Pages Zarlenga, Lisa

LASR       10/17/06  00206         Moran, Anne E.     6.00       0.15      0.90
LASR       10/17/06  00206         Moran, Anne E.     6.00       0.20      1.20
PC/Network Printing
PC LASER 6 Pages Ward, Brenda

LASR       10/17/06  00206         Moran, Anne E.     1.00       0.15      0.15
LASR       10/17/06  00206         Moran, Anne E.     1.00       0.20      0.20
PC/Network Printing
PC LASER 1 Pages Ward, Brenda
LASR       10/17/06  Total:                                                1.05

LASR       10/23/06  00206         Moran, Anne E.     3.00       0.15      0.45
LASR       10/23/06  00206         Moran, Anne E.     3.00       0.20      0.60
PC/Network Printing
PC LASER  3 Pages Ward, Brenda

LASR       10/23/06  00206         Moran, Anne E.     1.00       0.15      0.15
LASR       10/23/06  00206         Moran, Anne E.     1.00       0.20      0.20
PC/Network Printing
PC LASER  1 Pages Ward, Brenda
LASR       10/23/06  Total:                                                0.60

LASR       10/24/06  00206         Moran, Anne E.     6.00       0.15      0.90
LASR       10/24/06  00206         Moran, Anne E.     6.00       0.20      1.20
PC/Network Printing
PC LASER  6 Pages Ward, Brenda

LASR       10/24/06  00206         Moran, Anne E.     2.00       0.15      0.30
LASR       10/24/06  00206         Moran, Anne E.     2.00       0.20      0.40
PC/Network Printing
PC LASER  2 Pages Ward, Brenda
```

```
Cost              Timekeeper
Code     Date     Number      Name              Quantity     Rate    Amount
==============================================================================

LASR     10/24/06 00206       Moran, Anne E.    1.00         0.15    0.15
LASR     10/24/06 00206       Moran, Anne E.    1.00         0.20    0.20
PC/Network Printing
PC LASER  1 Pages Ward, Brenda
LASR     10/24/06 Total:                                             1.35

LASR     10/25/06 00206       Moran, Anne E.    6.00         0.15    0.90
LASR     10/25/06 00206       Moran, Anne E.    6.00         0.20    1.20
PC/Network Printing
PC LASER  6 Pages Ward, Brenda

LASR     10/25/06 00206       Moran, Anne E.    1.00         0.15    0.15
LASR     10/25/06 00206       Moran, Anne E.    1.00         0.20    0.20
PC/Network Printing
PC LASER  1 Pages Ward, Brenda

LASR     10/25/06 00206       Moran, Anne E.    2.00         0.15    0.30
LASR     10/25/06 00206       Moran, Anne E.    2.00         0.20    0.40
PC/Network Printing
PC LASER  2 Pages Ward, Brenda

LASR     10/25/06 00206       Moran, Anne E.    1.00         0.15    0.15
LASR     10/25/06 00206       Moran, Anne E.    1.00         0.20    0.20
PC/Network Printing
PC LASER  1 Pages Ward, Brenda
LASR     10/25/06 Total:                                             1.50
LASR              Total:                                             11.10

Total: 012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE            11.10
```

8

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  489828


012046.00003 TAX LITIGATION AUDIT ISSUE


Cost                   Timekeeper
Code      Date         Number       Name               Quantity      Rate       Amount
========================================================================================

DUPLDC    10/12/06     00206        Moran, Anne E.     50.00         0.15       7.50
DUPLDC    10/12/06     00206        Moran, Anne E.     50.00         0.20       10.00
50 PHOTOCOPIES MADE BY 00206

DUPLDC    10/12/06     00206        Moran, Anne E.     30.00         0.15       4.50
DUPLDC    10/12/06     00206        Moran, Anne E.     30.00         0.20       6.00
50 PHOTOCOPIES MADE BY 00206
DUPLDC    10/12/06 Total:                                                       12.00

DUPLDC    10/26/06     00206        Moran, Anne E.     1.00          0.15       0.15
DUPLDC    10/26/06     00206        Moran, Anne E.     1.00          0.20       0.20
1 PHOTOCOPIES MADE BY 00206

DUPLDC    10/31/06     00206        Moran, Anne E.     1.00          0.15       0.15
DUPLDC    10/31/06     00206        Moran, Anne E.     1.00          0.20       0.20
1 PHOTOCOPIES MADE BY 00206
DUPLDC Total:

LASR      10/03/06     00206        Moran, Anne E.     14.00         0.15       2.10
LASR      10/03/06     00206        Moran, Anne E.     14.00         0.20       2.80
PC/Network Printing
PC LASER   14 Pages Lerner, Matthew

LASR      10/03/06     00206        Moran, Anne E.     12.00         0.15       1.80
LASR      10/03/06     00206        Moran, Anne E.     12.00         0.20       2.40
PC/Network Printing
PC LASER   12 Pages Lerner, Matthew
LASR      10/03/06 Total:                                                       3.90

LASR      10/04/06     00206        Moran, Anne E.     14.00         0.15       2.10
LASR      10/04/06     00206        Moran, Anne E.     14.00         0.20       2.80
PC/Network Printing
PC LASER   14 Pages Teplinsky, Steven

LASR      10/17/06     00206        Moran, Anne E.     11.00         0.15       1.65
LASR      10/17/06     00206        Moran, Anne E.     11.00         0.20       2.20
PC/Network Printing
PC LASER   11 Pages Moran, Anne
```

9

```
Cost                 Timekeeper
Code      Date       Number         Name              Quantity       Rate       Amount
========================================================================================

LASR      10/23/06   00206          Moran, Anne E.    3.00           0.15       0.45
LASR      10/23/06   00206          Moran, Anne E.    3.00           0.20       0.60
PC/Network Printing
PC LASER   3 Pages Ward, Brenda

LASR      10/23/06   00206          Moran, Anne E.    3.00           0.15       0.45
LASR      10/23/06   00206          Moran, Anne E.    3.00           0.20       0.60
PC/Network Printing
PC LASER   3 Pages Ward, Brenda
LASR      10/23/06 Total:                                                       0.90

LASR      10/24/06   00206          Moran, Anne E.    11.00          0.15       1.65
LASR      10/24/06   00206          Moran, Anne E.    11.00          0.20       2.20
PC/Network Printing
PC LASER   11 Pages Ward, Brenda

LASR      10/24/06   00206          Moran, Anne E.    2.00           0.15       0.30
LASR      10/24/06   00206          Moran, Anne E.    2.00           0.20       0.40
PC/Network Printing
PC LASER   2 Pages Ward, Brenda

LASR      10/24/06   00206          Moran, Anne E.    5.00           0.15       0.75
LASR      10/24/06   00206          Moran, Anne E.    5.00           0.20       1.00
PC/Network Printing
PC LASER   5 Pages Ward, Brenda
LASR      10/24/06 Total:                                                       2.70

LASR      10/25/06   00206          Moran, Anne E.    11.00          0.15       1.65
LASR      10/25/06   00206          Moran, Anne E.    11.00          0.20       2.20
PC/Network Printing
PC LASER   11 Pages Ward, Brenda

LASR      10/25/06   00206          Moran, Anne E.    11.00          0.15       1.65
LASR      10/25/06   00206          Moran, Anne E.    11.00          0.20       2.20
PC/Network Printing
PC LASER   11 Pages Ward, Brenda
LASR      10/25/06 Total:                                                       3.30
LASR Total:                                                                     14.55

TELEDC    10/04/06   00206          Moran, Anne E.    1.00           7.79       7.79
TELEDC    10/04/06   00206          Moran, Anne E.    1.00           7.79
DC Telephone TELEDC 5613621300 FROM EXT. 106362

TELEDC    10/18/06   00206          Moran, Anne E.    1.00           0.23       0.23
TELEDC    10/18/06   00206          Moran, Anne E.    1.00           0.23
DC Telephone TELEDC 5613621300 FROM EXT. 106450
TELEDC Total:                                                                   8.02

Total: 012046.00003 TAX LITIGATION AUDIT ISSUE                                  34.87
```