**EXHIBIT A**

Professional services rendered through: November 31, 2006: Remedium issue

Professional services rendered through: November 30, 2006

| 11/19/06 | A.E. Moran | Prepare fee and expense report by inserting numbers on fee applications and drafting applications. | 1.80 |

| Name | Hours | Rate | Value |
| --- | --- | --- | --- |
| A.E. Moran | 1.80 | 495.00 | 891.00 |
| Total | 1.80 | | 891.00 |

|  | Total Fees | $891.00 |
| --- | --- | --- |

Disbursements:

|  | Duplicating | 26.70 |
| --- | --- | --- |

| Total Disbursements | $26.70 |
| --- | --- |
| Total This Statement | $917.70 |

Doc. # DC-1824422 v.1 2/26/07 02:37 PM

STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  489829

012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE


| Cost Code | Date | Timekeeper Number | Name | Quantity | Rate | Amount |
|---|---|---|---|---|---|---|
| DUPLDC | 11/14/06 | 00206 | Moran, Anne E. | 6.00 | 0.15 | 0.90 |
| DUPLDC | 11/14/06 | 00206 | Moran, Anne E. | 6.00 | 0.20 | 1.20 |

6 PHOTOCOPIES MADE BY 00206


Report Total:                                                         0.90

Total 012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE              0.90

6

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  489830

012046.00003 TAX LITIGATION AUDIT ISSUE


Cost                Timekeeper
Code      Date      Number      Name              Quantity    Rate    Amount
============================================================================

DUPLDC   11/17/06 00206       Moran, Anne E.     6.00       0.15    0.90
DUPLDC   11/17/06 00206       Moran, Anne E.     6.00       0.20    1.20
6 PHOTOCOPIES MADE BY 00206

DUPLDC   11/20/06 00206       Moran, Anne E.     2.00       0.15    0.30
DUPLDC   11/20/06 00206       Moran, Anne E.     2.00       0.20    0.40
PHOTOCOPIES MADE BY 00206

DUPLDC   11/20/06 00206       Moran, Anne E.     5.00       0.15    0.75
DUPLDC   11/20/06 00206       Moran, Anne E.     5.00       0.20    1.00
5 PHOTOCOPIES MADE BY 00206

DUPLDC   11/20/06 00206       Moran, Anne E.     13.00      0.15    1.95
DUPLDC   11/20/06 00206       Moran, Anne E.     13.00      0.20    2.60
13 PHOTOCOPIES MADE BY 00206
DUPLDC   11/20/06 Total:                                            3.00

DUPLDC   11/26/06 00206       Moran, Anne E.     15.00      0.15    2.25
DUPLDC   11/26/06 00206       Moran, Anne E.     15.00      0.20    3.00
15 PHOTOCOPIES MADE BY 00206
DUPLDC Total:                                                       6.15

LASR     11/17/06 00206       Moran, Anne E.     9.00       0.15    1.35
LASR     11/17/06 00206       Moran, Anne E.     9.00       0.20    1.80
PC/Network Printing
PC LASER  9 Pages Moran, Anne

LASR     11/17/06 00206       Moran, Anne E.     7.00       0.15    1.05
LASR     11/17/06 00206       Moran, Anne E.     7.00       0.20    1.40
PC/Network Printing
PC LASER  7 Pages Moran, Anne

LASR     11/17/06 00206       Moran, Anne E.     8.00       0.15    1.20
LASR     11/17/06 00206       Moran, Anne E.     8.00       0.20    1.60
PC/Network Printing
PC LASER  8 Pages Moran, Anne

LASR     11/17/06 00206       Moran, Anne E.     8.00       0.15    1.20
LASR     11/17/06 00206       Moran, Anne E.     8.00       0.20    1.60
PC/Network Printing
PC LASER  8 Pages Moran, Anne
LASR     11/17/06 Total:                                            4.80
```

7

```
Cost                 Timekeeper
Code       Date      Number      Name             Quantity      Rate    Amount
===============================================================================

LASR       11/20/06 00206        Moran, Anne E.   13.00         0.15    1.95
LASR       11/20/06 00206        Moran, Anne E.   13.00         0.20    2.60
PC/Network Printing
PC LASER  13 Pages Ward, Brenda


LASR       11/20/06 00206        Moran, Anne E.   13.00         0.15    1.95
LASR       11/20/06 00206        Moran, Anne E.   13.00         0.20    2.60
PC/Network Printing
PC LASER  13 Pages Ward, Brenda


LASR       11/20/06 00206        Moran, Anne E.    2.00         0.15    0.30
LASR       11/20/06 00206        Moran, Anne E.    2.00         0.20    0.40
PC/Network Printing
PC LASER   2 Pages Ward, Brenda


LASR       11/20/06 00206        Moran, Anne E.    1.00         0.15    0.15
LASR       11/20/06 00206        Moran, Anne E.    1.00         0.20    0.20
PC/Network Printing
PC LASER   1 Pages Ward, Brenda


LASR       11/20/06 00206        Moran, Anne E.   12.00         0.15    1.80
LASR       11/20/06 00206        Moran, Anne E.   12.00         0.20    2.40
PC/Network Printing
PC LASER  12 Pages Ward, Brenda


LASR       11/20/06 00206        Moran, Anne E.    8.00         0.15    1.20
LASR       11/20/06 00206        Moran, Anne E.    8.00         0.20    1.60
PC/Network Printing
PC LASER   8 Pages Ward, Brenda


LASR       11/20/06 00206        Moran, Anne E.    1.00         0.15    0.15
LASR       11/20/06 00206        Moran, Anne E.    1.00         0.20    0.20
PC/Network Printing
PC LASER   1 Pages Ward, Brenda


LASR       11/20/06 00206        Moran, Anne E.   12.00         0.15    1.80
LASR       11/20/06 00206        Moran, Anne E.   12.00         0.20    2.40
PC/Network Printing
PC LASER 12 Pages Ward, Brenda
LASR       11/20/06 Total:                                             9.30


LASR       11/28/06 00206        Moran, Anne E.    2.00         0.15    0.30
LASR       11/28/06 00206        Moran, Anne E.    2.00         0.20    0.40
PC/Network Printing
PC LASER 2 Pages Ward, Brenda


LASR       11/28/06 00206        Moran, Anne E.    1.00         0.15    0.15
LASR       11/28/06 00206        Moran, Anne E.    1.00         0.20    0.20
PC/Network Printing
PC LASER   1 Pages Ward, Brenda
```

8

```
LASR      11/28/06 00206       Moran, Anne E.    13.00        0.15    1.95
LASR      11/28/06 00206       Moran, Anne E.    13.00        0.20    2.60
PC/Network Printing
PC LASER   13 Pages Ward, Brenda


LASR      11/28/06 00206       Moran, Anne E.     1.00        0.15    0.15
LASR      11/28/06 00206       Moran, Anne E.     1.00        0.20    0.20
PC/Network Printing PC LASER   1 Pages Ward, Brenda


LASR      11/28/06 00206       Moran, Anne E.    12.00        0.15    1.80
LASR      11/28/06 00206       Moran, Anne E.    12.00        0.20    2.40
PC/Network Printing
PC LASER   12 Pages Ward, Brenda


LASR      11/28/06 00206       Moran, Anne E.     8.00        0.15    1.20
LASR      11/28/06 00206       Moran, Anne E.     8.00        0.20    1.60
PC/Network Printing
PC LASER   8 Pages Ward, Brenda
LASR      11/28/06 Total:                                            5.55

LASR Total:                                                         19.65

Total: 012046.00003 TAX LITIGATION AUDIT ISSUE                      25.80
```

9