**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND**
**REQUEST REMOVAL FROM CREDITOR MAILING MATRIX**

PLEASE TAKE NOTICE that Thomas V. Askounis, Askounis & Borst, P.C., on behalf of GENERAL ELECTRIC CAPITAL CORPORATION, hereby requests that his name and physical address, as listed below, be removed from the creditor mailing matrix on file with this Court.

**Thomas V. Askounis**
**Askounis & Borst, P.C.**
**303 East Wacker Drive**
**Suite 1000**
**Chicago, IL 60601**

Dated: March 5, 2007              GENERAL ELECTRIC CAPITAL CORPORATION

By:    /s/ Thomas V. Askounis
Thomas V. Askounis, Esq. (IL #00077720)
Askounis & Borst, P.C.
180 North Stetson Avenue
Suite 3400
Chicago, IL 60601
(312) 861-7100 Telephone
(312) 861-0930 Facsimile
Taskounis@askborst.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Withdrawal of Notice of Appearance and Request Removal from Creditor Master Mailing Matrix was filed electronically this 5th day of March 2007. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Copies of the within were also sent by U.S. First Mail this 5th day of March, 2007 to the following:

Amroc Investments, LLC
535 Madison Ave., 15th Floor
New York, NY 10022

Jonathan D. Berger
1622 Locust Street
Philadelphia, PA 19103-6365

David T. Biderman
180 Townsend Street
Third Floor
San Francisco, CA 94107-1909

Barbara Billet
Deputy Commissioner and Counsel
Department of Taxation and Finance
340 E. Main Street
Rochester, NY 14604

Richard A Bordelon
1010 Common Street
Suite 3010
New Orleans, LA 70112

Michael K. Callahan
NSTAR Electric & Gas Corporation
Prudential Tower
800 Boyleston Street, 17th Floor
Boston, MA 02199

Citadel Investment Group, L.L.C.
131 South Dearborn St 36 FL
Chicago, IL 60603

Contrarian Capital Management, L.L.C.
411 West Putnam Ave., Suite 225
Greenwich, CT 06830

Richard Craig
Office Of The Attorney General
Collection Division - Bankruptcy Section
P.O. Box 12548
Austin, TX 78711-2548

Crosible Inc.
87 West Cayuga Street
Moravia, NY 13118

Clara Dansby
2600 Slayton Ave SW
Birmingham, AL 35211

Debt Acquisition Company of America V
2120 West Washington Street
San Diego, CA 92110

Deutsche Bank Securities, Inc.
60 Wall Street
2nd Floor
New York, NY 10005

Stephen Donato
1500 MONY Tower I
PO Box 4976
Syracuse, NY 13221-4976

Euler Hermes ACI
800 Red Brook Boulevard
Owings Mills, MD 21117

Fair Harbor Capital, LLC
875 Avenue of the Americas, Suite 2305
New York, NY 10001

John K. Fiorilla
390 George Street
PO Box 1185
New Brunswick, NJ 08903

David K. Foust
3030 W. Grand Boulevard
10th Floor-Suite 200
Detroit, MI 48202

Paula Ann Galbraith
211 East Ohio # 2618
Chicago, IL 60611

Kelley B Gelb
700 Southeast Third Avenue
Suite 100
Fort Lauderdale, FL 33316

Douglas Gordon
607 Market Street
Suite 103
Knoxville, TN 37902

Ronald D. Gorsline
1000 Tallan Building
Two Union Square
Chattanooga, TN 37402-2552

Greif, Incorporated
Attn: Credit Department
366 Greif Parkway
Delaware, OH 43015

Hain Capital Group, LLC
301 Route 17
6th Floor
Rutherford, NJ 07070

Brian L. Hansen
1600 Atlanta Financial Center
3343 Peachtree Rd, N.E.
Atlanta, GA 30326

Edward L Jacobs
26 Audubon Place
P.O. Box 70
Fort Thomas, KY 41075-0070

Burrell Johnson
P.O. Box 4500, Michael-Unit
Tennessee-Colony, TX 75886

Harvey N. Jones
999 Westview Drive
Hastings, MN 55033

Cindy J. Kiplinger
James F. Humphreys And Associates
500 Virginia Street East
Suite 800
Charleston, WV 25301

Barry D Kleban
1900 Two Penn Center Plaza
Philadelphia, PA 19103

Courtney M. Labson
1300 Wilson Boulevard
Suite 400
Arlington, VA 22209

Lason Services, Inc.
1305 Stephenson Highway
Troy, MI 48083

Louisiana Department Of Revenue
P.O. Box 66658
Baton Rouge, LA 70896-9988

Gilbert Martin
PO Box 815
Troy, MT 59935

Thomas Moers Mayer
919 Third Avenue
New York, NY 10022

Herbert W. Mondros
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806

Amy J. Murphy
77 Broadway
Suite 112
Buffalo, NY 14203-1670

Overdale Corporation
12400 Lombard Lane
Alsip, IL 60803

Anthony F Parise
Office Of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY 14853

Brian Parker
36 South Charles Street
Charles Center South
Suite 2200
Baltimore, MD 21201

Gerard G. Pecht
1301 McKinney
Suite 5100
Houston, TX 77010-3095

Frank J. Perch
844 King Street
Suite 2313
Lockbox 35
Wilmington, DE 19801

Primex Plastics Corp.
1235 NORTH F STREET
RICHMOND, IN 47374

RJ Lee Group, Inc.
350 Hochberg Road
Monroeville, PA 15146

David S. Rosenbloom
227 West Monroe Street
Chicago, IL 60606

Janice R Shaddock
105 S 10th Street
Clinton, IA 52732

Sierra Capital
2699 White Rd
Suite 255
Irvine, CA 92614

Craig A. Slater
One HSBC Center
Suite 3550
Buffalo, NY 14203-2884

Kenneth D Smith
1711 Milton Manor Dr.
El Cajon, CA 92021

Richard N. Sukenik
P.O. Box 33207
Palm Beach Gardens, FL 33420-3207

Texas Comptorller of Public Accounts
Office of the Attorney General
Collection Division - Bankruptcy Section
P.O. Box 12548
Austin, TX 78711-2548

Richard Truly
P.O. Box 344
Fayette, MS 39069

USG Corporation
125 South Franklin Street
Chicago, IL 60606

Jeffrey T. Wegner
1650 Farnam Street
Omaha, NE 68102-2186

Roger M. Whelan
17908 Ednor View Terrace
Ashton, MD 20861


 /s/ Thomas V. Askounis
Attorney

U:\CSchmidt\Bankruptcy\GECC\WRGrace\Notice-withdraw as counsel.wpd
1938.07554