IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., *et al.*, ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | Re: Docket No.: 14340 |
| | Objection Deadline: March 5, 2007 |

**OBJECTION OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS TO THE AMENDED DEBTOR'S STATEMENT OF AMOUNTS PAID TO ORDINARY COURSE PROFESSIONALS FROM OCTOBER 1, 2006 THROUGH DECEMBER 31, 2006**

The Official Committee of Asbestos Personal Injury Claimants ("ACC"), hereby objects ("Objection") to the Amended Debtors' Statement Of Amounts Paid To Ordinary Course Professionals From October 1, 2006 Through December 31, 2006 (the "Amended Statement"). In support of this Objection, the ACC states as follows:

1. On April 2, 2001, the Debtors filed the Application Of The Debtors For Entry Of An Order Pursuant to 11 U.S.C. §§ 1107(a) And 1108 Authorizing The Debtors To Employ And Compensate Certain Professionals Utilized In The Ordinary Course Of The Debtors' Business [DI 28] (the "Original OCP Motion"). The Original OCP Motion sought to establish a process by which the Debtors' could retain and compensate an ordinary course professional. On May 3, 2001, the Honorable Joseph J. Farnan, Jr. signed an Order granting the Original OCP Motion [DI 195] (the "Original Order"). Over the course of these proceedings, the Original Order has been amended on two occasions, at docket numbers 3126 and 12855. These two orders increased the maximum amount that the Debtors were authorized to compensate each ordinary course professional during the pendency of these proceedings from $300,000, to $600,000, to $800,000.

{D0081232.1 }

2. On January 17, 2007, the Debtors filed the Amended Statement. The Amended Statement provides notice that the Debtors have paid Forman, Perry, Watkins, Krutz & Tardy, LLP ("Forman Perry") $147,400.41 during the period from October 1, 2006 through December 31, 2006. The Amended Statement provides an objection deadline of March 5, 2007.

3. On March 1, 2007, the Debtors' filed the Debtors' Application to Employ Forman, Perry, Watkins, Krutz & Tardy, LLP, seeking to retain Forman Perry, *nunc pro tunc* to April 6, 2006, as "special asbestos personal injury third party discovery counsel" [DI 14720] (the "Retention Application"). The Debtors also filed a Motion For Leave From This Court's December 19, 2006 Scheduling Order And December 14, 2006 Case Management Order Regarding The Debtors' Application To Employ Forman, Perry, Watkins, Krutz & Tardy, LLP, which seeks leave from this Court's prior orders such that the Retention Application can be heard at the April 2, 2007 hearing, and for the establishment of a March 20, 2007 objection deadline.

4. The Retention Application discloses that Forman Perry has billed, and received compensation for, approximately $350,225.30 in legal fees and $177,444.61 in expenses. Retention Application, ¶ 9. The Retention Application also discloses that Forman Perry has incurred a total amount of approximately $1.3 million in legal fees and $250,000 in expenses. Retention Application, ¶ 11.

5. The ACC objects to the amounts paid to Forman Perry as compensation for services rendered and reimbursement of expenses disclosed on the Amended Statement.[1] Under the Original Order, if an objection is filed to a statement, this Court will hold a hearing. The

---

[1] Although no statement has been filed to disclose the payment of $350,225.30 in legal fees and $177,444.61 in expenses, the ACC hereby objects to all compensation for services rendered and reimbursement of expenses paid to Forman Perry.

{D0081232.1 }

ACC submits that it would be most efficient for this Court to hold a hearing on the Amended Statement while considering the issues presented by the Retention Application[2], along with any objections thereto.

WHEREFORE, the Official Committee of Asbestos Personal Injury Claimants respectfully requests that the Court sustain the objection to the Amended Debtors' Statement Of Amounts Paid To Ordinary Course Professionals From October 1, 2006 Through December 31, 2006, and grant such other and further relief as the Court deems just and appropriate.

Date: March 5, 2007

CAMPBELL & LEVINE, LLC

Marla R. Eskin (No. 2989)
Mark T. Hurford (No. 3299)
800 King Street, Suite 300
Wilmington, DE 19801
(302) 426-1900

-and-

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152-3500
(212) 319-7125

-and-

CAPLIN & DRYSDALE, CHARTERED
Peter Van N. Lockwood
Nathan D. Finch
One Thomas Circle, N.W.
Washington, D.C. 20005
(202) 862-5000

*Counsel to the Official Committee of Asbestos Personal Injury Claimants*

---

[2] Since the Retention Application was filed just one business day before the objection deadline for the Amended Statement, the ACC is still conducting its review of the Retention Application and reserves all rights to respond by any objection deadline established by this Court.

{D0081232.1 }