IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br>(Jointly Administered)<br><br>**Related Docket No. 14483** |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on the 5th day of March, 2007, a true and correct copy of **Debtors' Responses and Objections to Certain Property Damage Claimants' First Set of Interrogatories and First Request for Production of Documents**[1] were served on the individuals on the attached service list via facsimile and first class mail.

Dated: March 5, 2007

REED SMITH LLP
James J. Restivo, Jr., Esq. (#10113)
Lawrence Flatley, Esq. (#21871)
Douglas E. Cameron, Esq. (#41644)
435 Sixth Avenue
Pittsburgh, PA  15219
Telephone:  (412) 288-3131
Facsimile:  (412) 288-3063

---

[1] Debtors' Responses and Objections are to the Discovery Requests served on February 2, 2007 by the following claimants:  Washington Township Health Care District (Claim No. 10668), Cayuga County Office Building (Claim No. 10947); Glen Oaks Club., Inc. (Claim No. 10749); Fulton County Health Center (Claim No. 11158); Manor Oak Two and 1001 Brinton Road (Claim No. 10789); Chicago Historical Society (Claim No. 11104); Presidential Towers Condominium (Claim No. 11428); Schuyler Hospital (Claim No. 11003); Carson Pirie Scott Store (Claim No. 11555); 1199 SEIU (Claim No. 11703); Jameson Memorial Hospital (Claim No. 14410); St. Joseph Hospital (Claim No. 11243); Oneida County Office Building (Claim No. 10767); First Tennessee Bank (Claim No. 11722); 99 Founders Plaza (Claim No. 10762); Hyatt Regency San Francisco (Claim No. 9915); Ohio Savings Plaza (Claim No. 11179); Folger Building #1 (Claim No. 11009); Jordan Hospital, Inc. (Claim No. 11689); Friendly Home Nursing Care & Rehabilitation (Claim No. 10747); Scottish Rite Cathedral (Claim No. 11200); Y.W.C.A. (Claim No. 11153); Folger Building #2 (Claim No. 11055); University of New England (Claim No. 11701); IBM Metro Employees FCU (Claim No. 10722); The Homeplace of Mondovi Hospital & The Homeplace of Stanley (Claim No. 11422); Keller Building (Claim No. 11384); First Health Montgomery Hospital (Claim No. 10673); and Nebraska Skilled Nursing and Rehabilitation (Claim No. 11046).

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Lisa G. Esayian
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and-

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

2

Grace Certain PD Claimants Discover
Service List
Case No. 01-1139 (JKF)
March 5, 2007
Document # 125638
**02 - Facsimile**
**02 – First Class Mail**

*Facsimile 302-654-0728*
(Counsel for Certain Property Damage Claimants)
Christopher D. Loizides, Esquire
Loizides P.A.

*Facsimile 803-943-4599*
(Counsel for Certain Property Damage Claimants)
Daniel A. Speights, Esquire
Marion C. Fairey, Jr., Esquire
Speights & Runyan

*First Class Mail*
(Counsel for Certain Property Damage Claimants)
Christopher D. Loizides, Esquire
Loizides P.A.
1225 King Street, Suite 800
Wilmington, DE 19801

*First Class Mail*
(Counsel for Certain Property Damage Claimants)
Daniel A. Speights, Esquire
Marion C. Fairey, Jr., Esquire
Speights & Runyan
200 Jackson Avenue East
P.O. Box 685
Hampton, SC 29924