IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., *et al.*,<br><br>          Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br>(Jointly Administered)<br><br>**Related Docket No. 13972** |

### NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on the 5th day of March, 2007, a true and correct copy of **Debtors' Responses and Objections to Claimant Prudential Insurance Company of America's First Set of Document Requests Directed to Debtors as to the Issues of Product Identification, Limitation Periods, and Lack of Hazard** were served on the individuals on the attached service list via facsimile, hand delivery and first class mail.

Dated: March 5, 2007        KIRKLAND & ELLIS LLP
                                       David M. Bernick, P.C.
                                       Lisa G. Esayian
                                       Janet S. Baer
                                       Samuel L. Blatnick
                                       200 East Randolph Drive
                                     Chicago, IL  60601
                                     Telephone:   (312) 861-2000
                                     Facsimile:    (312) 861-2200

                                     -and-

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

*/s/ James E. O'Neill*
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

91100-001\DOCS_DE:125653.1

W.R. Grace Prudential Insurance Company
Discovery Service List
Case No. 01-01139
Document No. 125643
02 – Facsimile
01 – Hand Delivery
01 – First Class Mail


*Facsimile 302-351-8010*
(Counsel for Prudential Insurance Co.)
Laurie S. Polleck, Esquire
Jaspan Schlesinger Hoffman LLP

*Facsimile 973-538-1984*
(Counsel for Prudential Insurance Co.)
Joseph L. Schwartz, Esquire
Curtis M. Plaza, Esquire
Craig Moran, Esquire
Riker, Danzig, Scherer, Hyland & Perretti LLP

*Hand Delivery*
(Counsel for Prudential Insurance Co.)
Laurie S. Polleck, Esquire
Jaspan Schlesinger Hoffman LLP
913 North Market Street
12th Floor
Wilmington DE 19801

*First Class Mail*
(Counsel for Prudential Insurance Co.)
Joseph L. Schwartz, Esquire
Curtis M. Plaza, Esquire
Craig Moran, Esquire
Riker, Danzig, Scherer, Hyland & Perretti LLP
Headquarters Plaza
1 Speedwell Avenue, West Tower
P.O. Box 1981
Morristown, NJ 07960