IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF)<br>(Jointly Administered) |
| Debtors. | **Related Docket No. 13972** |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on the 5th day of March, 2007, a true and correct copy of **Debtors' Responses and Objections to Claimant Prudential Insurance Company of America's First Set of Interrogatories Directed to Debtors as to the Issues of Product Identification, Limitation Periods, and Lack of Hazard** were served on the individuals on the attached service list via facsimile, hand delivery or first class mail.

Dated: March 5, 2007

                              KIRKLAND & ELLIS LLP
                              David M. Bernick, P.C.
                              Lisa G. Esayian
                              Janet S. Baer
                              Samuel L. Blatnick
                              200 East Randolph Drive
                              Chicago, IL  60601
                              Telephone:   (312) 861-2000
                              Facsimile:   (312) 861-2200

                              -and-

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

*/s/ James E. O'Neill*
_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

W.R. Grace Prudential Insurance Company
Discovery Service List
Case No. 01-01139
Document No. 125643
02 – Facsimile
01 – Hand Delivery
01 – First Class Mail


*Facsimile 302-351-8010*
(Counsel for Prudential Insurance Co.)
Laurie S. Polleck, Esquire
Jaspan Schlesinger Hoffman LLP

*Facsimile 973-538-1984*
(Counsel for Prudential Insurance Co.)
Joseph L. Schwartz, Esquire
Curtis M. Plaza, Esquire
Craig Moran, Esquire
Riker, Danzig, Scherer, Hyland & Perretti LLP

*Hand Delivery*
(Counsel for Prudential Insurance Co.)
Laurie S. Polleck, Esquire
Jaspan Schlesinger Hoffman LLP
913 North Market Street
12th Floor
Wilmington DE 19801

*First Class Mail*
(Counsel for Prudential Insurance Co.)
Joseph L. Schwartz, Esquire
Curtis M. Plaza, Esquire
Craig Moran, Esquire
Riker, Danzig, Scherer, Hyland & Perretti LLP
Headquarters Plaza
1 Speedwell Avenue, West Tower
P.O. Box 1981
Morristown, NJ 07960