2/25/2007

To United States Bankruptcy Judge Judith Fitzgerald,

I am writing to you to enquire about my settlement against Kaiser Aluminum, claim number 1010. I am enclosing copies of the case to make it easier to look up. I would greatly appreciate your response to this issue. I was told by the Attorney Robert Judd that I would receive the $3500.00 a couple of months after Kaiser Aluminum emerged from the Bankruptcy.

                Sincerily yours,
                Virgil L. Jackson
                4095 Lumberg Rd.
                Springdale, Wa. 99173

*[signature: Virgil L Jackson]*

# JONES DAY

2727 NORTH HARWOOD STREET • DALLAS, TEXAS 75201-1515 • MAILING ADDRESS: P.O. BOX 660623 • DALLAS, TEXAS 75266-0623
TELEPHONE: 214-220-3939 • FACSIMILE: 214-969-5100

003798　　　　　　　　　　　　　July 22, 2004　　　　　　　　　　　　　**CONFIDENTIAL**
394328-615001

Virgil L. Jackson
4095 Lumberg Road
Springdale, Washington 99173
509/258-6919

**VIA OVERNIGHT DELIVERY**

Dear Mr. Jackson:

Re:　　Settlement Agreement with KAC

I am enclosing a copy of the settlement agreement we discussed. Pursuant to the agreement, KAC will allow your claim number 1010 as an unsecured nonpriority claim in the amount of $3,500.00.

Please look over the document and, if acceptable, sign it and return it to me in the prepaid envelope provided. I will take care of getting it filed with the court and over to the claims agent.

Thank you for your help in this matter, Mr. Jackson. If you have any questions or concerns, please feel free to call me at 214/969-4516 or email me at rjjud@jonesday.com.

Take care and good luck.

Sincerely,

Robert J. Jud

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO •

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Jointly Administered |
| KAISER ALUMINUM CORPORATION, | : Case No. 02-10429 (JKF) |
| a Delaware corporation, et al., | : |
| | : Chapter 11 |
| Debtors. | : Agenda Item No. __ |

### STIPULATION AND AGREED ORDER
### REGARDING CLAIM OF VIRGIL L. JACKSON

#### RECITALS

A.   On February 12, 2002 (the "Petition Date"), KACC and fourteen of its affiliates (collectively with the other above-captioned debtors and debtors in possession, the "Debtors") commenced their respective reorganization cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code. Two additional Debtors commenced their voluntary chapter 11 cases on March 15, 2002. On January 14, 2003, the remaining nine Debtors filed their chapter 11 petitions. The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being administered jointly.

B.   On December 19, 2002, Virgil L. Jackson filed claim number 1010 against Kaiser Aluminum Corporation ("KAC") asserting a general, nonpriority unsecured claim in the amount of $10,095.09 ("Claim No. 1010") in respect of certain redeemable preference stock issued pursuant to an employee stock ownership plan from 1985 through 1988.

C.   KAC and Virgil L. Jackson have reached an agreement that resolves Claim No. 1010 and all objections that the Debtors may have to the same upon the terms and subject to the conditions set forth below.

## AGREEMENT

1. Claim No. 1010 shall be reduced and allowed as a general, nonpriority unsecured claim against KAC in the amount of $3,500.00, pursuant to section 502 of the Bankruptcy Code.

2. This Agreed Order resolves all claims of Virgil L. Jackson against the Debtors and Virgil L. Jackson shall have no further claims in respect of any liabilities or obligations arising prior to the Petition Date.

3. Logan & Company, the Debtors' claims and noticing agent, and the Clerk of this Court are authorized to take all actions necessary or appropriate to give effect to this Agreed Order.

4. This Stipulation and Agreed Order shall not be modified, altered, amended or vacated without the prior written consent of all parties hereto.

5. This Stipulation and Agreed Order constitutes the entire agreement between the parties with respect to the matters addressed herein and may be signed in counterpart originals.

**[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]**

Dated: August __, 2004
Wilmington Delaware

*Virgil L. Jackson* 7/26/04
Virgil L. Jackson
4095 Lumberg Road
Springdale, Washington 99173
(509) 258-6919

Daniel J. DeFranceschi (DE 2732)
Kimberly D. Newmarch (DE 4340)
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Gregory M. Gordon (TX 08435300)
Daniel P. Winikka (TX 00794873)
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

SO ORDERED THIS _____ DAY OF _____, 2004.

_____
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Jointly Administered |
| KAISER ALUMINUM CORPORATION, | : Case No. 02-10429 (JKF) |
| a Delaware corporation, et al., | : |
| | : Chapter 11 |
| Debtors. | : |
| | Hearing Date: August 23, 2004 |
| | Agenda Item No. 4 |
| | Re: Docket Nos. 3971, 4052 |

### STIPULATION AND AGREED ORDER
### REGARDING CLAIM OF VIRGIL L. JACKSON

#### RECITALS

A. On February 12, 2002 (the "Petition Date"), KACC and fourteen of its affiliates (collectively with the other above-captioned debtors and debtors in possession, the "Debtors") commenced their respective reorganization cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code. Two additional Debtors commenced their voluntary chapter 11 cases on March 15, 2002. On January 14, 2003, the remaining nine Debtors filed their chapter 11 petitions. The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being administered jointly.

B. On December 19, 2002, Virgil L. Jackson filed claim number 1010 against Kaiser Aluminum Corporation ("KAC") asserting a general, nonpriority unsecured claim in the amount of $10,095.09 ("Claim No. 1010") in respect of certain redeemable preference stock issued pursuant to an employee stock ownership plan from 1985 through 1988.

C. KAC and Virgil L. Jackson have reached an agreement that resolves Claim No. 1010 and all objections that the Debtors may have to the same upon the terms and subject to the conditions set forth below.

## AGREEMENT

1. Claim No. 1010 shall be reduced and allowed as a general, nonpriority unsecured claim against KAC in the amount of $3,500.00, pursuant to section 502 of the Bankruptcy Code.

2. This Agreed Order resolves all claims of Virgil L. Jackson against the Debtors and Virgil L. Jackson shall have no further claims in respect of any liabilities or obligations arising prior to the Petition Date.

3. Logan & Company, the Debtors' claims and noticing agent, and the Clerk of this Court are authorized to take all actions necessary or appropriate to give effect to this Agreed Order.

4. This Stipulation and Agreed Order shall not be modified, altered, amended or vacated without the prior written consent of all parties hereto.

5. This Stipulation and Agreed Order constitutes the entire agreement between the parties with respect to the matters addressed herein and may be signed in counterpart originals.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

DLI-5859763v1

2

Dated: August ___, 2004
Wilmington Delaware

_____  7/26/04
Virgil L. Jackson
4095 Lumberg Road
Springdale, Washington 99173
(509) 258-6919

_____
Daniel J. DeFranceschi (DE 2732)
Kimberly D. Newmarch (DE 4340)
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

– and –

Gregory M. Gordon (TX 08435300)
Daniel P. Winikka (TX 00794873)
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

SO ORDERED THIS 19th DAY OF August, 2004.

_____
Judith K. Fitzgerald
UNITED STATES BANKRUPTCY JUDGE