# EXHIBIT 1

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, DC 20005

Barbara Mack Harding
To Call Writer Directly:
202/879-5081
bharding@kirkland.com

www.kirkland.com

Dir. Fax: (202) 879-5200

February 22, 2007

Re:   W.R. Grace Bankruptcy

Dear Counsel:

As you are aware, on December 22, 2006, the United States Bankruptcy Court for the District of Delaware issued the Supplemental Order Regarding Motions to Compel Claimants to Respond to the W.R. Grace & Co. Asbestos Personal Injury Questionnaire (Docket No. 14150), which required Claimants to produce certain documents that were being withheld under a purported "consulting expert" privilege. The Court denied a motion to reconsider that ruling on January 23, 2007, and ordered that the production of documents should take place subject to a protective order restricting use of the documents produced to the bankruptcy case. *See* Tr. of Hr'g at Tr. of Hr'g at 90-91 (Jan. 23, 2007). That protective order has been submitted to the Court.

Within 30 days of receiving this letter, please provide a log, listing all B- Reads regarding claimants you represent that you continue to withhold from production on the grounds of privilege. If you object to providing such a log, please notify us within seven days of receiving this letter.

If you have any questions, please do not hesitate to contact me at (202) 652-3720.

Sincerely,

Barbara Mack Harding

BMH/cc

Hong Kong      London      Los Angeles      Munich      New York      San Francisco      Washington, D.C.

K&E 11645939.1

page 4 of 6