# EXHIBIT 2

## for WRPIGrace

Total number of parties: 2

### Exhibit 2 - WR Grace PI

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23609 | GARY L COSTLOW ESQ, 351 BUDFIELD STREET, JOHNSTOWN, PA, 15904<br>*served 2-27-07* | DHL Overnight |
| 23626 | GREGORY SCHWARTZ, LAW OFFICES OF, 1825 I ST NW, WASHINGTON, DC, 20006<br>*served 2-28-07* | DHL Overnight |

Subtotal for this group: 2