## Exhibit A

1. A current CV.

2. Copies of all materials you considered or relied upon in drafting your expert report(s) submitted with respect to constructive notice ("Expert Report(s)").

3. Copies of any and all notes that exist concerning the substance or topic of your Expert Report(s).

4. Any and all communications between you and any other expert retained or consulted by the Asbestos Property Damage Committee.