IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Objection Deadline: June 8, 2007 at 4:00 p.m. |
| | ) | Hearing: June 25, 2007 at 2:00 p.m. |

**COVER SHEET TO EIGHTH QUARTERLY APPLICATION OF
TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
OCTOBER 1, 2006 THROUGH DECEMBER 31, 2006**

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered December 21, 2004) |
| Period for which compensation is sought: | October 1, 2006 through December 31, 2006 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $417,223.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 5,326.30 |

This is an:  __X__ interim  ___ monthly  ___ final application.

## COMPENSATION SUMMARY
### October 1, 2006 through December 31, 2006

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (17 years) FCAS | $625 | 212.40 | $132,750.00 |
| Julianne Callaway | Analyst (2 years) ACAS | $300 | 158.70 | $47,610.00 |
| Melissa Chung | Analyst (1 year) | $250 | 22.00 | $5,500.00 |
| Bryan Gillespie | Consulting Actuary (1 year) FCAS | $400 | 145.40 | $58,160.00 |
| Chris Grant | Analyst (10 years) | $210 | 2.00 | $420.00 |
| Jeffrey Kimble | Consulting Actuary (5 years) ACAS | $375 | 195.60 | $73,350.00 |
| Nicole King | Analyst (4 years) | $250 | 3.50 | $875.00 |
| Ken Leonard | Consulting Actuary (1 year) ACAS | $385 | 64.00 | $24,640.00 |
| Lana Leonard | Analyst (2 years) | $175 | 7.00 | $1,225.00 |
| Steve Lin | Consulting Actuary (10 years) | $425 | 1.00 | $425.00 |
| Adam Luechtefeld | Analyst (3 years) | $250 | 78.90 | $19,725.00 |
| Brent Petzoldt | Analyst (1 year) | $100 | 8.40 | $840.00 |
| David Powell | Consulting Actuary (21 years) ACAS | $675 | 19.60 | $13,230.00 |
| Rhamonda Riggins | Analyst (4 years) | $260 | 59.20 | $15,392.00 |
| Ollie Sherman | Consulting Actuary (21 years) FCAS | $675 | 24.20 | $16,335.00 |
| Aaron Tresnak | Analyst (1 year) | $155 | 1.60 | $248.00 |
| Ed Woynich | Consultant (2 years) | $285 | 22.80 | $6,498.00 |
| **Total Blended Rate: $406.53** | | | **1,026.30** | **$417,223.00** |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 1,026.30 | $417,223.00 |

## EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| Airfare | $3,199.000 |
| Taxi | $178.80 |
| Trains | $127.90 |
| Hotel | $1,035.98 |
| Meals | $324.54 |
| Use of Own Car | $115.92 |
| Car Rental | $184.41 |
| Phone | $4.00 |
| Parking | $155.75 |
| **Total Expenses** | **$5,326.30** |

| October – December 2006 – Grand Total | $422,549.30 |
|---|---|

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: *Jennifer F. Biggs*
Jennifer L. Biggs, FCAS, MAAA
101 S. Hanley Rd.
St. Louis, MO 63105
(314) 719-5843

Dated: *March 7*, 2007

2