# EXHIBIT A
# TILLINGHAST MONTHLY FEE APPLICATION FOR THE PERIOD OCTOBER 1-31, 2006

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
| | ) | |
| **Debtors.** | ) | Objection Deadline: January 4, 2007 at 4:00 p.m. |
| | ) | Hearing: Schedule if Necessary (Negative Notice) |

**NOTICE OF FILING OF**
**SEVENTEENTH MONTHLY INTERIM APPLICATION OF**
**TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS TO**
**DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE**

TO:    (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee;
(4) Counsel to the Official Committee of Asbestos personal Injury Claimant;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the
Debtors-in-Possession Lender; and (8) the Fee Auditor

Towers Perrin Tillinghast, actuarial consultants to David T. Austern, Future Claimants'

Representative (the "FCR"), has filed and served its Seventeenth Monthly Application for

Compensation for Services Rendered and Reimbursement of Expenses as counsel to the FCR for

the time period October 1, 2006 through October 31, 2006 seeking payment of fees in the

amount of $99,687.60 (80% of $124,609.50) and expenses in the amount of $1,458.41 (the

"Application") for a total of $101,146.01.

This Application is submitted pursuant to this Court's Administrative Order Under 11

U.S.C. Sections 105(a) and 331 Establishing Procedures for Interim Compensation and

Reimbursement of Expenses for Professionals and Official Committee Members entered on

March 17, 2003 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **January 4, 2007 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) actuarial consultants to the FCR, Jennifer L. Biggs, Towers Perrin, 101 S. Hanley Rd., St. Louis, MO 63105; (ii) co-counsel to the FCR, Roger Frankel, Esquire and Richard H. Wyron, Esquire, Orrick, Herrington & Sutcliffe LLP, 3050 K Street, NW, Washington, DC 20007; (iii) co-counsel to the FCR, John C. Phillips, Esquire, Phillips, Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806; (iv) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (v) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (vi) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (vii) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (viii) co-counsel to the DIP Lender, J.

2

Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 and

Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130,

Wilmington, DE 19899; (ix) counsel to the Official Committee of Equity Holders, Thomas

Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York,

NY 10022; (x) the Office of the United States Trustee, ATTN: Frank J. Perch, Esquire, 844 N.

King Street, Wilmington, DE 19801; and (xi) the Fee Auditor, Warren H. Smith, Warren H.

Smith and Associates Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments should be directed to undersigned
counsel.

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
The Washington Harbour
3050 K Street, NW
Washington, DC 20007
(202) 339-8400
Co-Counsel to David T. Austern, Future Claimants
Representative

--and--

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
Co-Counsel to David T. Austern, Future Claimants
Representative

Dated: December 15, 2006

3

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | **Chapter 11** |
|  | ) |  |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
|  | ) |  |
| **Debtors.** | ) | Objection Deadline: January 4, 2007 at 4:00 p.m |
|  | ) | Hearing: Schedule if Necessary (Negative Notice) |

## COVER SHEET TO SEVENTEENTH MONTHLY APPLICATION OF TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD <u>OCTOBER 1, 2006 THROUGH OCTOBER 31, 2006</u>

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered December 21, 2004) |
| Period for which compensation is sought: | October 1, 2006 through October 31, 2006 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $124,609.50 |
| 80% of fees to be paid: | $ 99,687.60 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 1,458.41 |
| Total Fees @ 80% and 100% Expenses: | $101,146.01 |

This is an: ___ interim <u>X</u> monthly ___ final application.

## COMPENSATION SUMMARY
### October 2006

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (21 years) FCAS | $625 | 56.80 | $35,500.00 |
| Julianne Callaway | Analyst (3 years) ACAS | $300 | 36.00 | $10,800.00 |
| Bryan Gillespie | Consulting Actuary (1 year) FCAS | $400 | 52.10 | $20,840.00 |
| Chris Grant | Analyst (10 years) | $210 | 1.20 | $252.00 |
| Jeffrey Kimble | Consulting Actuary (5 years) ACAS | $375 | 44.00 | $16,500.00 |
| Nicole King | Analyst (4 years) | $250 | 1.30 | $325.00 |
| Ken Leonard | Consulting Actuary (2 years) ACAS | $385 | 50.00 | $19,250.00 |
| Lana Leonard | Analyst (2 years) | $175 | 7.00 | $1,225.00 |
| Adam Luechtefeld | Analyst (3 years) | $250 | 19.60 | $4,900.00 |
| Brent Petzoldt | Analyst (1 year) | $100 | 5.20 | $520.00 |
| David Powell | Consulting Actuary (21 years) ACAS | $675 | 0.50 | $337.50 |
| Rhamonda Riggins | Analyst (4 years) | $260 | 50.00 | $13,000.00 |
| Aaron Tresnak | Analyst (1 year) | $155 | 1.60 | $248.00 |
| Ed Woynich | Consultant (2 years) | $285 | 3.20 | $912.00 |
| **Total Blended Rate: $379.33** | | | **328.50** | **$124,609.50** |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 328.50 | $124,609.50 |

## EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| Airfaire | $991.20 |
| Taxi | $32.00 |
| Hotel | $332.26 |
| Meals | $56.62 |
| Jenni Biggs American Express charge for airfare reservation for cancelled 10/12/2006 meeting | $15.00 |
| Jeff Kimble American Express charge for airfare reservation for upcoming 11/8/2006 meeting | $15.00 |
| Bryan Gillespie use of own car to/from Philadelphia airport | $16.33 |
| **Total Expenses** | **$1,458.41** |

| October 2006 – Grand Total | $126,067.91 |
|---|---|

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: _Jennifer L. Biggs_
Jennifer L. Biggs, FCAS, MAAA
101 S. Hanley Rd.
St. Louis, MO 63105
(314) 719-5843

Dated: _Dec 11_, 2006

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## VERIFICATION

**STATE OF MISSOURI**

**COUNTY OF ST. LOUIS, TO WIT:**


Jennifer L. Biggs, after being duly sworn according to law, deposes and says:

1.      I am an actuarial consultant of the applicant consulting firm Towers Perrin Tillinghast.

2.      I am familiar with the services rendered by Towers Perrin Tillinghast, actuarial consultants to David T. Austern as Future Claimants' Representative ("FCR"). The work performed on behalf of the FCR by professionals of the firm is described in the invoices attached as Exhibit A hereto.

3.      I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.


*Jennifer L. Biggs*
JENNIFER L. BIGGS

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 11th DAY OF DECEMBER, 2006

*Diana M. Niemeyer*
Notary Public Diana M. Niemeyer

My commission expires: 4-25-09

# EXHIBIT A

**W.R. Grace (Bankruptcy)**
**Towers Perrin Time Records**

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| | | | | | **Oct-06 (pg 1 of 2)** |
| Jenni Biggs | 10/3/2006 | 1.70 | $625 | $1,062.50 | Matching & S&M patterns |
| Jenni Biggs | 10/4/2006 | 2.80 | $625 | $1,750.00 | Patterns; meeting |
| Jenni Biggs | 10/5/2006 | 0.70 | $625 | $437.50 | Filing pattern |
| Jenni Biggs | 10/6/2006 | 0.30 | $625 | $187.50 | Filing pattern |
| Jenni Biggs | 10/9/2006 | 0.60 | $625 | $375.00 | Manville matching |
| Jenni Biggs | 10/10/2006 | 2.30 | $625 | $1,437.50 | Analysis |
| Jenni Biggs | 10/11/2006 | 0.90 | $625 | $562.50 | SQL database |
| Jenni Biggs | 10/12/2006 | 0.20 | $625 | $125.00 | SQL database |
| Jenni Biggs | 10/16/2006 | 4.20 | $625 | $2,625.00 | Conference call & review of materials from N. Finch; Manville data - matching |
| Jenni Biggs | 10/17/2006 | 7.30 | $625 | $4,562.50 | Manville & RUST data |
| Jenni Biggs | 10/18/2006 | 1.70 | $625 | $1,062.50 | Discussion regarding expert reports |
| Jenni Biggs | 10/19/2006 | 2.80 | $625 | $1,750.00 | Manville matching |
| Jenni Biggs | 10/20/2006 | 0.50 | $625 | $312.50 | RUST database |
| Jenni Biggs | 10/23/2006 | 7.00 | $625 | $4,375.00 | RUST data; Varus; meso matching |
| Jenni Biggs | 10/24/2006 | 5.00 | $625 | $3,125.00 | RUST data; pattern analysis |
| Jenni Biggs | 10/25/2006 | 1.30 | $625 | $812.50 | Data analysis |
| Jenni Biggs | 10/26/2006 | 4.50 | $625 | $2,812.50 | Data analysis |
| Jenni Biggs | 10/27/2006 | 3.50 | $625 | $2,187.50 | Data analysis |
| Jenni Biggs | 10/30/2006 | 2.00 | $625 | $1,250.00 | Filing projections |
| Jenni Biggs | 10/30/2006 | 1.00 | $625 | $625.00 | Data analysis |
| Jenni Biggs | 10/30/2006 | 1.50 | $625 | $937.50 | Project planning |
| Jenni Biggs | 10/31/2006 | 5.00 | $625 | $3,125.00 | Data analysis and patterns |
| | | 56.80 | | $35,500.00 | |
| | | | | | |
| Julianne Callaway | 10/3/2006 | 0.10 | $300 | $30.00 | Database query |
| Julianne Callaway | 10/4/2006 | 6.55 | $300 | $1,950.00 | Database query |
| Julianne Callaway | 10/9/2006 | 0.90 | $300 | $270.00 | Database query |
| Julianne Callaway | 10/23/2006 | 0.70 | $300 | $210.00 | Review database match to Manville data |
| Julianne Callaway | 10/24/2006 | 2.60 | $300 | $780.00 | Database checks |
| Julianne Callaway | 10/25/2006 | 2.50 | $300 | $750.00 | Database checks |
| Julianne Callaway | 10/26/2006 | 2.00 | $300 | $600.00 | Database checks |
| Julianne Callaway | 10/27/2006 | 5.80 | $300 | $1,740.00 | Database checks |
| Julianne Callaway | 10/30/2006 | 6.70 | $300 | $2,010.00 | Database work |
| Julianne Callaway | 10/31/2006 | 5.20 | $300 | $1,560.00 | Database work |
| | | 36.00 | | $10,800.00 | |
| | | | | | |
| Bryan Gillespie | 10/2/2006 | 3.40 | $400 | $1,360.00 | Review of expert reports re: Armstrong case, d'pt of exhibit for Grace work |
| Bryan Gillespie | 10/3/2006 | 2.70 | $400 | $1,080.00 | Review of last Armstrong expert report articles & of Babcock articles, update of spreadsheet |
| Bryan Gillespie | 10/11/2006 | 0.30 | $400 | $120.00 | Exchange tickets for rescheduled 10/12 mtg |
| Bryan Gillespie | 10/17/2006 | 4.70 | $400 | $1,880.00 | Review of last half of Stallard and Manton book, discussions with Ed Weynick on plans & questions to ask during RUST visit |
| Bryan Gillespie | 10/18/2006 | 5.26 | $400 | $2,080.00 | Review of Nicholson (1982), review & analysis of expert reports on calculations of propensity to sue, discuss plans for RUST visit |
| Bryan Gillespie | 10/19/2006 | 2.10 | $400 | $840.00 | Work in preparation for RUST meeting |
| Bryan Gillespie | 10/23/2006 | 1.70 | $400 | $680.00 | Review of Stallard book occupational classes |
| Bryan Gillespie | 10/24/2006 | 0.70 | $400 | $280.00 | Review of meso claim data for Grace |
| Bryan Gillespie | 10/25/2006 | 6.80 | $400 | $2,720.00 | Review of Grace product history |
| Bryan Gillespie | 10/26/2006 | 1.10 | $400 | $440.00 | Continued review of product history |
| Bryan Gillespie | 10/27/2006 | 0.60 | $400 | $240.00 | Prepared summary on product history |
| Bryan Gillespie | 10/29/2006 | 1.30 | $400 | $520.00 | Analysis |
| Bryan Gillespie | 10/30/2006 | 11.90 | $400 | $4,760.00 | Analysis and RUST meeting |
| Bryan Gillespie | 10/31/2006 | 9.00 | $400 | $3,840.00 | Analysis and RUST meeting |
| | | 52.10 | | $20,840.00 | |
| | | | | | |
| Chris Grant | 10/3/2006 | 1.20 | $210 | $252.00 | Add industry code and country name to all records in the requested flat file, review meso data of Jeff Kimble |
| | | 1.20 | | $252.00 | |
| | | | | | |
| Jeff Kimble | 10/3/2006 | 7.70 | $375 | $2,887.50 | Updating filing pattern based on Stallard information. |
| Jeff Kimble | 10/4/2006 | 5.00 | $375 | $1,875.00 | Updating filing pattern based on Stallard information. |
| Jeff Kimble | 10/9/2006 | 2.30 | $375 | $862.50 | Create new filing patterns LC vs Other Cancer; Also incorp Stallard info. |
| Jeff Kimble | 10/24/2006 | 7.30 | $375 | $2,737.50 | Create new filing patterns LC vs Other Cancer; Also incorp Stallard info. |
| Jeff Kimble | 10/25/2006 | 5.70 | $375 | $2,137.50 | Updating filing pattern based on Stallard information. |
| Jeff Kimble | 10/27/2006 | 1.80 | $375 | $675.00 | Updating filing pattern based on Stallard information. |
| Jeff Kimble | 10/30/2006 | 1.70 | $375 | $637.50 | Meeting with Jenni and Bryan to discuss revisions to the report. |
| Jeff Kimble | 10/30/2006 | 2.20 | $375 | $825.00 | Meeting with Eric Stallard to discuss pattern adjustments and post meeting discussion with Jenni & Bryan. |
| Jeff Kimble | 10/30/2006 | 4.50 | $375 | $1,687.50 | Incorporating ES comments on filing pattern. |
| Jeff Kimble | 10/31/2006 | 5.80 | $375 | $2,175.00 | Incorporating ES comments on filing pattern. |
| | | 44.00 | | $16,300.00 | |

**W.R. Grace (Bankruptcy)**
**Towers Perrin Time Records**

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| | | | | | Oct-06 (pg 2 of 2) |
| Nicole King | 10/4/2006 | 0.80 | $250 | $200.00 | CMS database |
| Nicole King | 10/24/2006 | 0.50 | $250 | $125.00 | CMS database |
| | | 1.30 | | $325.00 | |
| | | | | | |
| Ken Leonard | 10/2/2006 | 2.00 | $385 | $770.00 | Match Unknown Grace Claimant with a Manville Injury code |
| Ken Leonard | 10/3/2006 | 4.00 | $385 | $1,540.00 | Match Unknown Grace Claimant with a Manville Injury code |
| Ken Leonard | 10/4/2006 | 1.00 | $385 | $385.00 | Match Unknown Grace Claimant with a Manville Injury code |
| Ken Leonard | 10/5/2006 | 1.00 | $385 | $385.00 | Match Unknown Grace Claimant with a Manville Injury code |
| Ken Leonard | 10/11/2006 | 1.00 | $385 | $385.00 | Match Unknown Grace Claimant with a Manville Injury code |
| Ken Leonard | 10/12/2006 | 3.00 | $385 | $1,155.00 | Match Unknown Grace Claimant with a Manville Injury code |
| Ken Leonard | 10/17/2006 | 5.00 | $385 | $1,925.00 | Match Unknown Grace Claimant with a Manville Injury code |
| Ken Leonard | 10/18/2006 | 8.00 | $385 | $3,080.00 | Match Unknown Grace Claimant with a Manville Injury code |
| Ken Leonard | 10/19/2006 | 9.00 | $385 | $3,465.00 | Match Unknown Grace Claimant with a Manville Injury code |
| Ken Leonard | 10/20/2006 | 8.00 | $385 | $3,080.00 | Match Unknown Grace Claimant with a Manville Injury code |
| Ken Leonard | 10/23/2006 | 5.00 | $385 | $1,925.00 | Match Unknown Grace Claimant with a Manville Injury code |
| Ken Leonard | 10/24/2006 | 1.00 | $385 | $385.00 | Match Unknown Grace Claimant with a Manville Injury code |
| Ken Leonard | 10/25/2006 | 2.00 | $385 | $770.00 | Match Unknown Grace Claimant with a Manville Injury code |
| | | 50.00 | | $19,250.00 | |
| | | | | | |
| Lesa Leonard | 10/8/2006 | 4.00 | $175 | $700.00 | Assist Ken Leonard in the matching of Grace unknown injury codes |
| Lesa Leonard | 10/9/2006 | 3.00 | $175 | $525.00 | Assist Ken Leonard in the matching of Grace unknown injury codes |
| | | 7.00 | | $1,225.00 | |
| | | | | | |
| Adam Luschfeld | 10/9/2006 | 6.00 | $250 | $1,500.00 | Working on the Model |
| Adam Luschfeld | 10/10/2006 | 3.00 | $250 | $750.00 | Working on the Model |
| Adam Luschfeld | 10/11/2006 | 5.80 | $250 | $1,450.00 | Working on the Model |
| Adam Luschfeld | 10/12/2006 | 3.20 | $250 | $800.00 | Working on the Model |
| Adam Luschfeld | 10/16/2006 | 0.30 | $250 | $75.00 | Working on the Model |
| Adam Luschfeld | 10/17/2006 | 0.80 | $250 | $200.00 | Preparing model for tech review |
| Adam Luschfeld | 10/30/2006 | 0.50 | $250 | $125.00 | Working on the Model |
| | | 19.60 | | $4,900.00 | |
| | | | | | |
| Brent Petzoldt | 10/17/2006 | 3.80 | $100 | $380.00 | Helped with data prep |
| Brent Petzoldt | 10/31/2006 | 1.40 | $100 | $140.00 | Data cleanup |
| | | 5.20 | | $520.00 | |
| | | | | | |
| Dave Powell | 10/27/2006 | 0.50 | $675 | $337.50 | Discuss elimination of duplicate records |
| | | 0.50 | | $337.50 | |
| | | | | | |
| Rhamonda Riggins | 10/12/2006 | 1.70 | $260 | $442.00 | RUST database |
| Rhamonda Riggins | 10/13/2006 | 1.00 | $260 | $260.00 | RUST database |
| Rhamonda Riggins | 10/16/2006 | 3.50 | $260 | $910.00 | RUST database |
| Rhamonda Riggins | 10/17/2006 | 0.50 | $260 | $130.00 | RUST database |
| Rhamonda Riggins | 10/19/2006 | 1.50 | $260 | $390.00 | RUST database |
| Rhamonda Riggins | 10/20/2006 | 1.80 | $260 | $468.00 | RUST database |
| Rhamonda Riggins | 10/21/2006 | 2.00 | $260 | $520.00 | RUST database |
| Rhamonda Riggins | 10/23/2006 | 7.50 | $260 | $1,950.00 | RUST database |
| Rhamonda Riggins | 10/24/2006 | 5.50 | $260 | $1,430.00 | RUST database |
| Rhamonda Riggins | 10/25/2006 | 5.80 | $260 | $1,508.00 | RUST database |
| Rhamonda Riggins | 10/29/2006 | 5.20 | $260 | $1,352.00 | RUST database |
| Rhamonda Riggins | 10/27/2006 | 3.00 | $260 | $780.00 | RUST database |
| Rhamonda Riggins | 10/30/2006 | 5.00 | $260 | $1,300.00 | RUST database |
| Rhamonda Riggins | 10/31/2006 | 6.00 | $260 | $1,560.00 | RUST database |
| | | 50.00 | | $13,000.00 | |
| | | | | | |
| Aaron Trekesk | 10/19/2006 | 1.60 | $155 | $248.00 | Determining matches and non-matches of law firm names between Grace and Manville |
| | | 1.60 | | $248.00 | |
| | | | | | |
| Ed Woynick | 10/17/2006 | 1.00 | $285 | $285.00 | Discussion with Bryan Gillespie and review of WR Grace questionnaire |
| Ed Woynick | 10/18/2006 | 1.50 | $285 | $427.50 | Work on list of questions for RUST review |
| Ed Woynick | 10/19/2006 | 0.70 | $285 | $199.50 | Conference call and discussions and emails |
| | | 3.20 | | $912.00 | |
| | | | | | |
| | | 326.50 | | $124,809.50 | |