# EXHIBIT B
# TILLINGHAST MONTHLY FEE APPLICATION FOR THE PERIOD
# <u>NOVEMBER 1-30, 2006</u>

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., et al. | ) Case No. 01-1139 (JKF) |
| | ) |
| Debtors. | ) Objection Deadline: February 26, 2007 at 4:00 p.m. |
| | ) Hearing: Schedule if Necessary (Negative Notice) |

**NOTICE OF FILING OF
EIGHTEENTH MONTHLY INTERIM APPLICATION OF
TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS TO
DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE**

TO: (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos personal Injury Claimant; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lender; and (8) the Fee Auditor

Towers Perrin Tillinghast, actuarial consultants to David T. Austern, Future Claimants' Representative (the "FCR"), has filed and served its Eighteenth Monthly Application for Compensation for Services Rendered and Reimbursement of Expenses as actuarial consultants to the FCR for the time period November 1, 2006 through November 30, 2006 seeking payment of fees in the amount of $215,552.40 (80% of $269,440.50) and expenses in the amount of $3,867.89 (the "Application") for a total of $219,420.29.

This Application is submitted pursuant to this Court's Administrative Order Under 11 U.S.C. Sections 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members entered on March 17, 2003 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **February 26, 2007 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) actuarial consultants to the FCR, Jennifer L. Biggs, Towers Perrin, 101 S. Hanley Rd., St. Louis, MO 63105; (ii) co-counsel to the FCR, Roger Frankel, Esquire and Richard H. Wyron, Esquire, Orrick, Herrington & Sutcliffe LLP, 3050 K Street, NW, Washington, DC 20007; (iii) co-counsel to the FCR, John C. Phillips, Esquire, Phillips, Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806; (iv) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (v) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (vi) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (vii) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (viii) co-counsel to the DIP Lender, J.

Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (ix) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, NY 10022; (x) the Office of the United States Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (xi) the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments should be directed to undersigned counsel.

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
The Washington Harbour
3050 K Street, NW
Washington, DC 20007
(202) 339-8400
Co-Counsel to David T. Austern, Future Claimants Representative

—and—

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
Co-Counsel to David T. Austern, Future Claimants Representative

Dated: February 7, 2007

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al. ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | Objection Deadline: February 26, 2007 at 4:00 p.m |
| ) | Hearing: Schedule if Necessary (Negative Notice) |

## COVER SHEET TO EIGHTEENTH MONTHLY APPLICATION OF TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 1, 2006 THROUGH NOVEMBER 30, 2006

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered December 21, 2004) |
| Period for which compensation is sought: | November 1, 2006 through November 30, 2006 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $269,440.50 |
| 80% of fees to be paid: | $215,552.40 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 3,867.89 |
| Total Fees @ 80% and 100% Expenses: | $219,420.29 |

This is an:  __ interim   X  monthly   __ final application.

## COMPENSATION SUMMARY
### November 2006

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (22 years) FCAS | $625 | 140.60 | $87,875.00 |
| Julianne Callaway | Analyst (3 years) ACAS | $300 | 108.30 | $32,490.00 |
| Melissa Chung | Analyst (1 year) | $250 | 22.00 | $5,500.00 |
| Bryan Gillespie | Consulting Actuary (1 year) FCAS | $400 | 88.70 | $35,480.00 |
| Jeffrey Kimble | Consulting Actuary (6 years) ACAS | $375 | 142.30 | $53,362.50 |
| Nicole King | Analyst (4 years) | $250 | 2.20 | $550.00 |
| Ken Leonard | Consulting Actuary (2 years) ACAS | $385 | 14.00 | $5,390.00 |
| Steve Lin | Consulting Actuary (10 years) | $425 | 1.00 | $425.00 |
| Adam Luechtefeld | Analyst (3 years) | $250 | 59.30 | $14,825.00 |
| Brent Petzoldt | Analyst (1 year) | $100 | 3.20 | $320.00 |
| David Powell | Consulting Actuary (22 years) ACAS | $675 | 18.70 | $12,622.50 |
| Rhamonda Riggins | Analyst (4 years) | $260 | 9.20 | $2,392.00 |
| Ollie Sherman | Consulting Actuary (21 years) | $675 | 18.70 | $12,622.50 |
| Ed Woynich | Consultant (3 years) | $285 | 19.60 | $5,586.00 |
| **Total Blended Rate: $415.93** | | | **647.80** | **$269,440.50** |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 647.80 | $269,440.50 |

## EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| Airfare | $2,177.80 |
| Taxi | $146.80 |
| Trains | $127.90 |
| Hotel | 703.72 |
| Meals | 267.92 |
| Use of Own Car | 99.59 |
| Car Rental | 184.41 |
| Phone | 4.00 |
| Parking | $155.75 |
| **Total Expenses** | **$3,867.89** |

| November 2006 – Grand Total | $273,308.39 |
|---|---|

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: *Jennifer L. Biggs*
Jennifer L. Biggs, FCAS, MAAA
101 S. Hanley Rd.
St. Louis, MO 63105
(314) 719-5843

Dated: __Feb. 5__, 2007

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al. ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | |

## VERIFICATION

**STATE OF MISSOURI**

**COUNTY OF ST. LOUIS, TO WIT:**

Jennifer L. Biggs, after being duly sworn according to law, deposes and says:

1. I am an actuarial consultant of the applicant consulting firm Towers Perrin Tillinghast.

2. I am familiar with the services rendered by Towers Perrin Tillinghast, actuarial consultants to David T. Austern as Future Claimants' Representative ("FCR"). The work performed on behalf of the FCR by professionals of the firm is described in the invoices attached as Exhibit A hereto.

3. I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

_____
JENNIFER L. BIGGS

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 5th DAY OF FEBRUARY, 2007

_____
Notary Public  Diana M. Niemeyer

My commission expires: 4/25/09

DIANA M. NIEMEYER
Notary Public-Notary Seal
State of Missouri, Saint Louis City
Commission # 05701672
My Commission Expires Apr 25, 2009

# EXHIBIT A

**W.R. Grace (Bankruptcy)**
**Towers Perrin Time Records**

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| | | | | | **Nov-06 (pg 1 of 2)** |
| Jenni Biggs | 11/1/2006 | 7.70 | $625 | $4,812.50 | Analysis |
| Jenni Biggs | 11/2/2006 | 4.20 | $625 | $2,625.00 | Data analysis |
| Jenni Biggs | 11/3/2006 | 6.40 | $625 | $4,000.00 | Data analysis |
| Jenni Biggs | 11/4/2006 | 10.50 | $625 | $6,562.50 | Data analysis |
| Jenni Biggs | 11/5/2006 | 2.50 | $625 | $1,562.50 | Data analysis |
| Jenni Biggs | 11/6/2006 | 15.50 | $625 | $9,687.50 | Analysis; preparation for meeting |
| Jenni Biggs | 11/7/2006 | 7.70 | $625 | $4,812.50 | Preparation for meeting |
| Jenni Biggs | 11/8/2006 | 12.50 | $625 | $7,812.50 | Meeting at Orrick (plus 50% of travel time coded as billable) |
| Jenni Biggs | 11/9/2006 | 0.70 | $625 | $437.50 | Follow-up to meeting |
| Jenni Biggs | 11/10/2006 | 0.90 | $625 | $562.50 | Follow-up to meeting |
| Jenni Biggs | 11/13/2006 | 8.00 | $625 | $5,000.00 | Follow-up to meeting; discussion with Radecki |
| Jenni Biggs | 11/14/2006 | 10.00 | $625 | $6,250.00 | Follow-up to meeting; preparation |
| Jenni Biggs | 11/15/2006 | 17.50 | $625 | $10,937.50 | Prep draft report |
| Jenni Biggs | 11/16/2006 | 6.00 | $625 | $3,750.00 | Prep draft report |
| Jenni Biggs | 11/17/2006 | 9.50 | $625 | $5,937.50 | Prep draft report |
| Jenni Biggs | 11/18/2006 | 4.30 | $625 | $2,687.50 | Prep of text |
| Jenni Biggs | 11/19/2006 | 4.00 | $625 | $2,500.00 | Prep of text |
| Jenni Biggs | 11/20/2006 | 1.00 | $625 | $625.00 | Prep of text |
| Jenni Biggs | 11/21/2006 | 6.20 | $625 | $3,875.00 | Prep of text |
| Jenni Biggs | 11/22/2006 | 5.50 | $625 | $3,437.50 | Prep of text |
| | | 140.60 | | $87,875.00 | |
| | | | | | |
| Julianne Callaway | 11/1/2006 | 6.90 | $300 | $2,070.00 | Database work |
| Julianne Callaway | 11/2/2006 | 11.40 | $300 | $3,420.00 | Database work |
| Julianne Callaway | 11/3/2006 | 14.20 | $300 | $4,260.00 | Database work |
| Julianne Callaway | 11/4/2006 | 5.30 | $300 | $1,590.00 | Database work |
| Julianne Callaway | 11/5/2006 | 5.20 | $300 | $1,560.00 | Database work |
| Julianne Callaway | 11/6/2006 | 6.60 | $300 | $1,980.00 | Tech exhibits |
| Julianne Callaway | 11/7/2006 | 7.80 | $300 | $2,340.00 | Exhibit prep, database work |
| Julianne Callaway | 11/8/2006 | 7.70 | $300 | $2,310.00 | database work |
| Julianne Callaway | 11/12/2006 | 2.00 | $300 | $600.00 | database work |
| Julianne Callaway | 11/14/2006 | 5.40 | $300 | $1,620.00 | database work |
| Julianne Callaway | 11/16/2006 | 0.50 | $300 | $150.00 | Database work |
| Julianne Callaway | 11/17/2006 | 9.66 | $300 | $2,890.00 | Update Exhibits |
| Julianne Callaway | 11/20/2006 | 7.00 | $300 | $2,100.00 | Updating text |
| Julianne Callaway | 11/21/2006 | 3.30 | $300 | $990.00 | Database question |
| Julianne Callaway | 11/21/2006 | 1.80 | $300 | $540.00 | Test scenarios |
| Julianne Callaway | 11/22/2006 | 2.60 | $300 | $780.00 | Database question |
| Julianne Callaway | 11/27/2006 | 6.00 | $300 | $1,800.00 | Database questions relating to Rust match. Reviewing text. |
| Julianne Callaway | 11/30/2006 | 5.00 | $300 | $1,500.00 | Discussing text and next steps. Review text. Database requests |
| | | 108.30 | | $32,490.00 | |
| | | | | | |
| Melissa Chung | 11/3/2006 | 3.00 | $250 | $750.00 | Tech/revised freq file |
| Melissa Chung | 11/4/2006 | 8.50 | $250 | $2,125.00 | Tech/revised freq and avg paid files tech/revised freq, avg paid and proj files |
| Melissa Chung | 11/5/2006 | 8.00 | $250 | $2,000.00 | Tech/revised proj and recap files |
| Melissa Chung | 11/6/2006 | 2.00 | $250 | $500.00 | Tech/modify files |
| Melissa Chung | 11/7/2006 | 0.50 | $250 | $125.00 | Tech review files |
| | | 22.00 | | $5,500.00 | |
| | | | | | |
| Bryan Gillespie | 11/1/2006 | 9.10 | $400 | $3,640.00 | Includes 2.6 billed of travel time (50%), analysis and work for rust mtg |
| Bryan Gillespie | 11/2/2006 | 7.50 | $400 | $3,000.00 | Includes 3.6 billed (at 50%) for travel time, rust mtg. |
| Bryan Gillespie | 11/3/2006 | 7.30 | $400 | $2,920.00 | Analysis of data in model, review of non-estimation expert reports |
| Bryan Gillespie | 11/4/2006 | 3.20 | $400 | $1,280.00 | Analysis of data, review of non-est expert reports |
| Bryan Gillespie | 11/6/2006 | 1.20 | $400 | $480.00 | Analysis |
| Bryan Gillespie | 11/7/2006 | 2.30 | $400 | $920.00 | Analysis |
| Bryan Gillespie | 11/8/2006 | 10.60 | $400 | $4,240.00 | Attend meeting. Includes 6.6 hours (at 50%) for travel |
| Bryan Gillespie | 11/9/2006 | 0.80 | $400 | $320.00 | Analysis |
| Bryan Gillespie | 11/10/2006 | 5.60 | $400 | $2,240.00 | Attend meeting. Includes 1.6 hours (at 50%) for travel |
| Bryan Gillespie | 11/13/2006 | 4.10 | $400 | $1,640.00 | Analysis |
| Bryan Gillespie | 11/14/2006 | 10.20 | $400 | $4,080.00 | Analysis |
| Bryan Gillespie | 11/15/2006 | 1.30 | $400 | $520.00 | Work on draft expert report |
| Bryan Gillespie | 11/16/2006 | 8.40 | $400 | $3,360.00 | Work on draft expert report |
| Bryan Gillespie | 11/17/2006 | 3.10 | $400 | $1,240.00 | Work on draft expert report |
| Bryan Gillespie | 11/16/2006 | 0.40 | $400 | $160.00 | Work on draft expert report |
| Bryan Gillespie | 11/20/2006 | 5.20 | $400 | $2,080.00 | Work on draft of expert report |
| Bryan Gillespie | 11/21/2006 | 2.10 | $400 | $840.00 | Teleconference and other work on draft of expert report |
| Bryan Gillespie | 11/28/2006 | 1.90 | $400 | $760.00 | Review of draft expert report |
| Bryan Gillespie | 11/29/2006 | 1.20 | $400 | $480.00 | Review of draft expert report |
| Bryan Gillespie | 11/30/2006 | 3.20 | $400 | $1,280.00 | Phone conversation about and work on draft expert report |
| | | 88.70 | | $35,480.00 | |

**W.R. Grace (Bankruptcy)**
**Towers Perrin Time Records**

| Professional | Date | Hours | Rate | Fees | Description |
|---|---|---|---|---|---|
| | | | | | **Nov-06 (pg 2 of 2)** |
| Jeff Kimble | 11/1/2006 | 6.70 | $375 | $2,512.50 | Incorporating ES comments on filing pattern |
| Jeff Kimble | 11/2/2006 | 3.30 | $375 | $1,237.50 | Updating filing pattern based on Stallard information |
| Jeff Kimble | 11/3/2006 | 9.70 | $375 | $3,637.50 | Updating filing pattern based on Stallard information |
| Jeff Kimble | 11/6/2006 | 6.00 | $375 | $2,250.00 | Create exhibits for 11/8 presentation |
| Jeff Kimble | 11/7/2006 | 9.30 | $375 | $3,487.50 | Create exhibits for 11/8 presentation |
| Jeff Kimble | 11/8/2006 | 9.80 | $375 | $3,675.00 | Meeting at Orrick (50% of travel time coded as billable) |
| Jeff Kimble | 11/9/2006 | 4.30 | $375 | $1,612.50 | Responding to items from the 11/8 meeting |
| Jeff Kimble | 11/10/2006 | 8.00 | $375 | $3,000.00 | Updating the filing patterns for Cancers and Non-Malignant diseases |
| Jeff Kimble | 11/11/2006 | 6.50 | $375 | $2,437.50 | Updating the filing patterns for Cancers and Non-Malignant diseases |
| Jeff Kimble | 11/13/2006 | 7.00 | $375 | $2,625.00 | Data analysis |
| Jeff Kimble | 11/14/2006 | 10.10 | $375 | $3,787.50 | Data analysis |
| Jeff Kimble | 11/15/2006 | 13.70 | $375 | $5,137.50 | Work on expert report draft |
| Jeff Kimble | 11/16/2006 | 9.80 | $375 | $3,675.00 | Work on expert report draft |
| Jeff Kimble | 11/17/2006 | 10.80 | $375 | $4,050.00 | Work on expert report draft |
| Jeff Kimble | 11/19/2006 | 2.00 | $375 | $750.00 | Work on expert report draft |
| Jeff Kimble | 11/20/2006 | 9.50 | $375 | $3,562.50 | Work on expert report draft |
| Jeff Kimble | 11/21/2006 | 9.30 | $375 | $3,487.50 | Work on expert report draft |
| Jeff Kimble | 11/22/2006 | 2.50 | $375 | $937.50 | Work on expert report draft |
| Jeff Kimble | 11/27/2006 | 0.50 | $375 | $187.50 | Work on expert report draft |
| Jeff Kimble | 11/30/2006 | 3.50 | $375 | $1,312.50 | Work on expert report draft |
| | | 142.30 | | $53,362.50 | |
| Nicole King | 11/2/2006 | 2.20 | $250 | $550.00 | CMS database, Manville data lookups for Jeff |
| | | 2.20 | | $550.00 | |
| Ken Leonard | 11/7/2006 | 4.00 | $385 | $1,540.00 | Disease matching |
| Ken Leonard | 11/10/2006 | 4.00 | $385 | $1,540.00 | Disease matching |
| Ken Leonard | 11/11/2006 | 4.00 | $385 | $1,540.00 | Disease matching |
| Ken Leonard | 11/13/2006 | 2.00 | $385 | $770.00 | Disease matching |
| | | 14.00 | | $5,390.00 | |
| Steve Lin | 11/15/2006 | 1.00 | $425 | $425.00 | Trend factors |
| | | 1.00 | | $425.00 | |
| Adam Luechtefeld | 11/1/2006 | 4.50 | $250 | $1,125.00 | Working with Claim Data. Working with Asbestos Model. |
| Adam Luechtefeld | 11/2/2006 | 7.50 | $250 | $1,875.00 | Working with Asbestos Model. |
| Adam Luechtefeld | 11/13/2006 | 7.00 | $250 | $1,750.00 | Updating the Model |
| Adam Luechtefeld | 11/14/2006 | 4.00 | $250 | $1,000.00 | Data Manipulation Updating the Model |
| Adam Luechtefeld | 11/15/2006 | 9.70 | $250 | $2,425.00 | Updating the Model |
| Adam Luechtefeld | 11/16/2006 | 7.50 | $250 | $1,875.00 | Updating the Model |
| Adam Luechtefeld | 11/20/2006 | 8.50 | $250 | $2,125.00 | Adjusting the model. |
| Adam Luechtefeld | 11/21/2006 | 8.10 | $250 | $2,025.00 | Running different Scenarios. |
| Adam Luechtefeld | 11/30/2006 | 2.50 | $250 | $625.00 | Review of the report. |
| | | 59.30 | | $14,825.00 | |
| Brent Petzoldt | 11/16/2006 | 1.20 | $100 | $120.00 | Meso claims |
| Brent Petzoldt | 11/17/2006 | 1.10 | $100 | $110.00 | Updating Exhibits |
| Brent Petzoldt | 11/21/2006 | 0.90 | $100 | $90.00 | Updates to draft report |
| | | 3.20 | | $320.00 | |
| Dave Powell | 11/7/2006 | 3.20 | $675 | $2,160.00 | Peer review of exhibits |
| Dave Powell | 11/14/2006 | 2.30 | $675 | $1,552.50 | Peer review of exhibits |
| Dave Powell | 11/15/2006 | 1.20 | $675 | $810.00 | Peer review of exhibits |
| Dave Powell | 11/16/2006 | 3.50 | $675 | $2,362.50 | Peer review of exhibits |
| Dave Powell | 11/17/2006 | 4.80 | $675 | $3,240.00 | Peer review of exhibits |
| Dave Powell | 11/20/2006 | 3.70 | $675 | $2,497.50 | Peer review of exhibits |
| | | 18.70 | | $12,622.50 | |
| Rhamonda Riggins | 11/1/2006 | 2.70 | $260 | $702.00 | RUST Database |
| Rhamonda Riggins | 11/3/2006 | 1.50 | $260 | $390.00 | RUST Database |
| Rhamonda Riggins | 11/8/2006 | 4.00 | $260 | $1,040.00 | RUST Database |
| Rhamonda Riggins | 11/21/2006 | 0.50 | $260 | $130.00 | RUST Database |
| Rhamonda Riggins | 11/22/2006 | 0.50 | $260 | $130.00 | RUST Database |
| | | 9.20 | | $2,392.00 | |
| Ollie Sherman | 11/2/2006 | 0.20 | $675 | $135.00 | Review and discussion of assumptions for the draft analysis |
| Ollie Sherman | 11/7/2006 | 3.00 | $675 | $2,025.00 | Review and discussion of presentation of draft results |
| Ollie Sherman | 11/8/2006 | 8.00 | $675 | $5,400.00 | Meeting with Orrick and discussion of draft findings |
| Ollie Sherman | 11/16/2006 | 2.50 | $675 | $1,687.50 | Review and discussion of modifications to assumptions |
| Ollie Sherman | 11/17/2006 | 2.00 | $675 | $1,350.00 | Review of draft report |
| Ollie Sherman | 11/20/2006 | 1.00 | $675 | $675.00 | Review of draft report |
| Ollie Sherman | 11/21/2006 | 2.00 | $675 | $1,350.00 | Review of draft report |
| | | 18.70 | | $12,622.50 | |
| Ed Woynich | 11/1/2006 | 3.00 | $285 | $855.00 | Meeting with RUST and return travel to Chicago (50%) |
| Ed Woynich | 11/2/2006 | 6.50 | $285 | $1,852.50 | Meeting with RUST and return travel to Chicago (50%) |
| Ed Woynich | 11/9/2006 | 1.50 | $285 | $427.50 | Meeting at Verus in Hopewell, NJ to discuss RUST database |
| Ed Woynich | 11/10/2006 | 7.50 | $285 | $2,137.50 | Meeting at Verus in Hopewell, NJ to discuss RUST database |
| Ed Woynich | 11/24/2006 | 1.10 | $285 | $313.50 | Meeting at Verus in Hopewell, NJ to discuss RUST database |
| | | 19.60 | | $5,586.00 | |
| | | 447.80 | | $208,440.50 | |