# EXHIBIT A

## W.R. Grace (Bankruptcy)
## Towers Perrin Time Records

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| | | | | | **Jan-07** |
| Jenni Biggs | 1/3/2007 | 0.50 | $625 | $312.50 | Planning |
| Jenni Biggs | 1/4/2007 | 1.50 | $625 | $937.50 | Meso projections |
| Jenni Biggs | 1/8/2007 | 0.50 | $625 | $312.50 | Planning |
| Jenni Biggs | 1/9/2007 | 0.20 | $625 | $125.00 | Libby claimants |
| Jenni Biggs | 1/11/2007 | 1.00 | $625 | $625.00 | Meso projections |
| Jenni Biggs | 1/11/2007 | 0.20 | $625 | $125.00 | BMC |
| Jenni Biggs | 1/11/2007 | 1.80 | $625 | $1,125.00 | Planning |
| Jenni Biggs | 1/12/2007 | 0.40 | $625 | $250.00 | Billing |
| Jenni Biggs | 1/15/2007 | 1.20 | $625 | $750.00 | Planning & Meso projections |
| Jenni Biggs | 1/16/2007 | 4.50 | $625 | $2,812.50 | Review bankruptcy information |
| Jenni Biggs | 1/18/2007 | 1.00 | $625 | $625.00 | Meso projections |
| Jenni Biggs | 1/19/2007 | 1.00 | $625 | $625.00 | Meso projections |
| Jenni Biggs | 1/23/2007 | 4.00 | $625 | $2,500.00 | Meso projections |
| Jenni Biggs | 1/24/2007 | 3.00 | $625 | $1,875.00 | Meso projections |
| Jenni Biggs | 1/25/2007 | 4.00 | $625 | $2,500.00 | Analysis |
| Jenni Biggs | 1/26/2007 | 2.70 | $625 | $1,687.50 | Analysis |
| Jenni Biggs | 1/29/2007 | 2.20 | $625 | $1,375.00 | Conversation with Orrick; Analysis |
| Jenni Biggs | 1/30/2007 | 3.80 | $625 | $2,375.00 | Preparation and conference call w/ Orrick |
| Jenni Biggs | 1/31/2007 | 3.40 | $625 | $2,125.00 | Meso projections |
| Jenni Biggs | 1/31/2007 | 1.50 | $625 | $937.50 | Billing |
| | | 38.40 | | $24,000.00 | |
| Julianne Callaway | 1/2/2007 | 1.00 | $300 | $300.00 | Work on removing duplicates from additional RUST records |
| Julianne Callaway | 1/3/2007 | 7.20 | $300 | $2,160.00 | Work on removing duplicates from additional RUST records |
| Julianne Callaway | 1/4/2007 | 5.00 | $300 | $1,500.00 | Work on removing duplicates from additional RUST records |
| Julianne Callaway | 1/5/2007 | 2.00 | $300 | $600.00 | Work on removing duplicates from additional RUST records |
| Julianne Callaway | 1/5/2007 | 0.50 | $300 | $150.00 | Tech review |
| Julianne Callaway | 1/25/2007 | 6.50 | $300 | $1,950.00 | Tech review |
| Julianne Callaway | 1/26/2007 | 5.50 | $300 | $1,650.00 | Tech review |
| Julianne Callaway | 1/31/2007 | 5.50 | $300 | $1,650.00 | Database work |
| | | 33.20 | | $9,960.00 | |
| Bryan Gillespie | 1/5/2007 | 1.40 | $400 | $560.00 | Analysis |
| Bryan Gillespie | 1/9/2007 | 4.20 | $400 | $1,680.00 | Analysis |
| Bryan Gillespie | 1/10/2007 | 1.80 | $400 | $720.00 | Analysis |
| Bryan Gillespie | 1/11/2007 | 0.30 | $400 | $120.00 | Analysis |
| Bryan Gillespie | 1/12/2007 | 1.10 | $400 | $440.00 | Analysis |
| Bryan Gillespie | 1/18/2007 | 5.10 | $400 | $2,040.00 | Analysis |
| Bryan Gillespie | 1/25/2007 | 5.70 | $400 | $2,280.00 | Analysis |
| Bryan Gillespie | 1/26/2007 | 3.10 | $400 | $1,240.00 | Analysis |
| Bryan Gillespie | 1/29/2007 | 1.70 | $400 | $680.00 | Analysis |
| Bryan Gillespie | 1/30/2007 | 2.30 | $400 | $920.00 | Analysis and teleconference |
| Bryan Gillespie | 1/31/2007 | 1.40 | $400 | $560.00 | Analysis |
| | | 28.10 | | $11,240.00 | |
| Jeff Kimble | 1/3/2007 | 0.50 | $375 | $187.50 | Analysis |
| Jeff Kimble | 1/8/2007 | 3.10 | $375 | $1,162.50 | Analysis |
| Jeff Kimble | 1/16/2007 | 0.80 | $375 | $300.00 | Analysis |
| Jeff Kimble | 1/22/2007 | 1.00 | $375 | $375.00 | Analysis |
| Jeff Kimble | 1/23/2007 | 4.00 | $375 | $1,500.00 | Analysis |
| Jeff Kimble | 1/24/2007 | 2.40 | $375 | $900.00 | Analysis |
| Jeff Kimble | 1/31/2007 | 1.00 | $375 | $375.00 | Analysis |
| | | 12.80 | | $4,800.00 | |
| Steve Lin | 1/9/2007 | 1.00 | $425 | $425.00 | Reading and discussing NERA's projections of meso cases |
| Steve Lin | 1/22/2007 | 1.50 | $425 | $637.50 | Reconciling Manville Trust's 2006 meso claim count and Tillinghast's projections |
| | | 2.50 | | $1,062.50 | |
| Adam Luechtefeld | 1/4/2007 | 3.00 | $250 | $750.00 | Updating exhibits |
| Adam Luechtefeld | 1/16/2007 | 1.50 | $250 | $375.00 | Updating exhibits |
| Adam Luechtefeld | 1/18/2007 | 0.50 | $250 | $125.00 | Updating exhibits |
| | | 5.00 | | $1,250.00 | |
| | | 120.00 | | $52,312.50 | |