## EXHIBIT A

## DAVID T. AUSTERN/W.R. GRACE & CO.

## JANUARY 2007

## FEE SUMMARY

| Date | Services | Hours | Rate | Total |
|---|---|---|---|---|
| *Litigation* | | | | |
| January 2 | Telephone conference R. Frankel, (two times) re settlement meeting | 0.50 | $500 | $ 250.00 |
| January 5 | Telephone conference with M. Shelnitz re settlement (.2); telephone conference with R. Frankel re same (.2) | 0.40 | $500 | $ 200.00 |
| January 10 | Travel to Dallas (2 hours billed as 1.0); meeting with R. Frankel (.5); meeting with R. Frankel, E. Inselbuch, Weitz (1.0); travel to Houston (2 hours billed as 1.0) | 3.50 | $500 | $1,750.00 |
| January 16 | Telephone conference with R. Frankel re oral argument on exclusivity | 0.20 | $500 | $ 100.00 |
| January 23 | Telephone conference with R. Frankel Re oral argument | 0.20 | $500 | $ 100.00 |
| January 26 | Review of Grace 4th Quarter Report | 0.50 | $500 | $ 250.00 |
| January 29 | Meeting with Orrick trial team re expert witnesses and strategy (3.5); Telephone conference with M. Lederer re Grace forecast methodology (.2) | 3.70 | $500 | $1,850.00 |
| January 30 | Telephone conference with R. Mullady (.1); telephone conference (two times) with G. Rasmussen (.2); telephone conference with Orrick trial team and J. Biggs re futures forecast (1.0) | 1.30 | $500 | $ 650.00 |

| | | | | |
|---|---|---|---|---|
| January 31 | Telephone conference with M. Lederer re mesothelioma forecast (.2); review of memo re Grace expedited motion (.2); review of Grace personal injury questionnaires (1.6) | 2.00 | $500 | $1,000.00 |
| **TOTAL** | | 12.30 | | $6,150.00 |