## EXHIBIT B

## DAVID T. AUSTERN/W.R. GRACE & CO.

## JANUARY 2007

## EXPENSE SUMMARY

| Date | Expense | Description of Expense |
|---|---|---|
| January 10 | $232.80 | Air travel to Dallas (from Houston, TX) |
| | $100.00 | Taxis to Hobby, Houston, TX ($50 ea) |
| | $ 50.00 | Taxis in Dallas, to and from Lovefield, TX ($25 ea) |
| | $133.12 | Lunch in Houston with R. Frankel and E. Inselbuch |
| January 29 | $16.00 | Parking, Washington, DC |
| **TOTAL** | **$531.92** | |