alp_132rc: Client Analysis Sheet

Run Date & Time: 03/06/07 11:49:16
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*
Work Thru : 01/31/07

PAGE   1

| Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|--------|-------------|-------|------|---------------|---------------|---------------|-------|------|------|
| 00001 | CASE ADMINISTRATION | 0.00 | 0.00 | 568.35 | 568.35 | BENTLEY PHILLIP - 02495 | | M | B |
| 00003 | FINANCING | 0.00 | 0.00 | 9.93 | 9.93 | BENTLEY PHILLIP - 02495 | | M | B |
| 00007 | REORGANIZATION PLAN | 0.00 | 0.00 | 406.01 | 406.01 | BENTLEY PHILLIP - 02495 | | M | B |
| 00008 | FEE APPLICATIONS, APPLIC | 0.00 | 0.00 | 8.57 | 8.57 | BENTLEY PHILLIP - 02495 | | M | B |
| 00012 | CLAIM ANALYSIS OBJECTION | 0.00 | 0.00 | 5,002.30 | 5,002.30 | BENTLEY PHILLIP - 02495 | | M | B |
| 00019 | HEARINGS | 0.00 | 0.00 | 258.25 | 258.25 | BENTLEY PHILLIP - 02495 | | M | B |
| | Client Total | 0.00 | 0.00 | 6,253.41 | 6,253.41 | | | | |

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    1

Run Date & Time: 03/06/2007 11:49:02

Matter No: 056772-00001                                      Orig Prtnr : CRED. RGTS - 06975        Proforma Number:    2238668
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CASE ADMINISTRATION                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status      : ACTIVE

Special Billing Instructions : reduce tele. 1.00/photo. 0.15/w/o manu. services

----------------------------------------------- PRE-BILLING SUMMARY REPORT -----------------------------------------------

UNBILLED TIME FROM:                                      TO:
UNBILLED DISB FROM:   12/21/2006                         TO:    01/23/2007

                                                FEES                              COSTS

GROSS BILLABLE AMOUNT:                           0.00                            568.35
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                                                                   01/23/2007
CLOSE MATTER/FINAL BILLING?        YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BILLING COMMENTS:                  BENTLEY PHILIP - 02495              WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

----------------------------------------------------------------------------------------------------------------------------

                                                FEES                    UNIDENTIFIED RECEIPTS:          0.00            UNAPPLIED CASH
          DISBURSEMENTS:                         0.00                    PAID FEE RETAINER:             0.00                    0.00
          FEE RETAINER:                          0.00                    PAID DISB RETAINER:            0.00                    0.00
          DISB RETAINER:                         0.00                    TOTAL AVAILABLE FUNDS:         0.00
          TOTAL OUTSTANDING:                     0.00                    TRUST BALANCE:
                                                                         BILLING HISTORY

                                                                DATE OF LAST BILL:      02/28/07      LAST PAYMENT DATE:      02/12/07
                                                                LAST BILL NUMBER:       456637         ACTUAL FEES BILLED TO DATE:      266,126.50
                                                                                                       ON ACCOUNT FEES BILLED TO DATE:        0.00
                                                                LAST BILL THRU DATE:    01/31/07      TOTAL FEES BILLED TO DATE:       266,126.50
                                                                                                       FEES WRITTEN OFF TO DATE:         79,999.50
                                                                                                       COSTS WRITTEN OFF TO DATE:        13,393.26

                          ACCOUNTS RECEIVABLE TOTALS

FOR ACCTG USE ONLY:       Write Down/Up Reason Codes:

     (1) Exceeded Fixed Fee         (4) Excessive Legal Time        (7) Fixed Fee
     (2) Late Time & Costs Posted   (5) Business Development         (8) Premium
     (3) Pre-arranged Discount      (6) Summer Associate            (9) Rounding          (10) Client Arrangement

BILL NUMBER: _____      DATE OF BILL: _____     Processed by: _____     FRC: _____     CRC: _____

Alp_132r: Billed Charges Analysis

Run Date & Time: 03/06/2007 11:49:03

PAGE   2

KRAMER LEVIN NAFTALIS & FRANKEL LLP
**PRIVILEGED AND CONFIDENTIAL**

| Matter No: 056772-00001 | | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: 2238668 |
|---|---|---|---|
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M |
| Matter Name : CASE ADMINISTRATION | | Supv Prtnr : MAYER THOMAS MOERS - 03976 | |
| Matter Opened : 07/27/2001 | | | Status : ACTIVE |

B I L L E D   C O S T S   S U M M A R Y          ------- Total Billed -------

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 01/04/07 | 01/04/07 | 11.80 |
| 0930 | MESSENGER/COURIER | 12/21/06 | 01/04/07 | 58.16 |
| 0940 | CAB FARES | 01/22/07 | 01/22/07 | 19.00 |
| 0950 | OUT-OF-TOWN TRAVEL | 01/22/07 | 01/23/07 | 334.90 |
| 0951 | MEALS/T & E | 01/23/07 | 01/23/07 | 8.25 |
| 0972 | DOCUMENT RETRIEVAL FEES | 12/31/06 | 12/31/06 | 136.24 |
| | Total | | | 568.35 |

B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING | | | | | | |
| 0820 PHOTOCOPYING | GAVIGAN, J C | 01/04/07 | 8.74 | 7722639 | 391132 | 01/09/07 |
| | GAVIGAN, J C | 01/04/07 | 2.53 | 7722640 | 391132 | 01/09/07 |
| PHOTOCOPYING | GAVIGAN, J C | 01/04/07 | 1.84 | 7722641 | 391132 | 01/09/07 |
| PHOTOCOPYING | GAVIGAN, J C | 01/04/07 | 0.69 | 7722642 | 391132 | 01/09/07 |
| GAVIGAN JAMES C | | | | | | |
| 0820 PHOTOCOPYING Total : | | | 13.80 | | | |
| MESSENGER/COURIER | | | | | | |
| 0930 FEDERAL EXPRESS CORPORAT | BECKER, G M | 12/21/06 | 37.65 | 7742807 | 391691 | 01/23/07 |
| Lexecon Inc | | | | | | |
| FEDERAL EXPRESS CORPORAT | BECKER, G M | 12/28/06 | 10.11 | 7729005 | 391295 | 01/11/07 |
| Lexecon Inc | | | | | | |
| FEDERAL EXPRESS CORPORAT | BECKER, G M | 01/10/07 | 10.40 | 7753226 | 392029 | 01/30/07 |
| Lexecon Inc | | | | | | |
| 0930 MESSENGER/COURIER Total : | | | 58.16 | | | |
| CAB FARES | | | | | | |
| 0940 | BECKER, G M | 01/22/07 | 6.00 | 7753920 | 392045 | 01/30/07 |
| | BECKER, G M | 01/22/07 | 6.00 | 7753921 | 392045 | 01/30/07 |
| | BECKER, G M | 01/23/07 | 7.00 | 7753822 | 392045 | 01/30/07 |
| 0940 CAB FARES Total : | | | 19.00 | | | |
| OUT-OF-TOWN TRAVEL | | | | | | |
| 0950 | GARY M. BECKER | 01/22/07 | 238.90 | 7753818 | 392045 | 01/30/07 |
| Name: Doubletree; City: Wilmington, DE; Date(s): 1/22-1/23/07 | | | | | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 03/06/2007 11:49:03

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    3

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    2238668
Bill Frequency: M

Status        : ACTIVE

B I L L E D   C O S T S   D E T A I L

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| MEALS/T & E | | | | | | | |
| GARY M BECKER | | | | | | | |
| Establishment: Lunch; Guests: G Becker; Affiliat | | BECKER, G M | 01/23/07 | 8.25 | 7753823 | 392045 | 01/30/07 |
| ion: Kramer Levin; Business Discussed: | 0951 | | | | | | |
| | 0951 MEALS/T & E Total : | | | 8.25 | | | |
| GARY M. BECKER | | | | | | | |
| From : Wilmington, To: NY; Date(s): 1/23/07 | | BECKER, G M | 01/23/07 | 116.00 | 7753819 | 392045 | 01/30/07 |
| | 0950 OUT-OF-TOWN TRAVEL Total : | | | 116.00 | | | |
| | | | | 134.90 | | | |
| DOCUMENT RETRIEVAL F | | PIZZARELLO, C | 12/31/06 | 33.44 | 7937295 | 393461 | 01/16/07 |
| PACER RETRIEVAL FEES | | | | | | | |
| DOCUMENT RETRIEVAL F | | PIZZARELLO, C | 12/31/06 | 33.44 | 7937295 | 393461 | 01/16/07 |
| PACER RETRIEVAL FEES | | | | | | | |
| DOCUMENT RETRIEVAL F | | PIZZARELLO, C | 12/31/06 | 33.68 | 7937296 | 393461 | 01/16/07 |
| PACER RETRIEVAL FEES | | | | | | | |
| DOCUMENT RETRIEVAL P | | PIZZARELLO, C | 12/31/06 | 33.44 | 7755233 | 392113 | 01/31/07 |
| PACER RETRIEVAL FEES | | | | | | | |
| DOCUMENT RETRIEVAL P | | PIZZARELLO, C | 12/31/06 | 33.68 | 7755234 | 392113 | 01/31/07 |
| PACER RETRIEVAL FEES | | | | | | | |
| | 0972 DOCUMENT RETRIEVAL F Total : | | | 134.24 | | | |
| | | 0972 | | | | | |

Costs Total :                                                                 568.35

Alp_332r: Billed Charges Analysis

Run Date & Time: 03/06/2007 11:49:03

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    4

Matter No.: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:       2238668
Bill Frequency: M

Status     : ACTIVE

B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|------|-------------|--------|------|-----------|-------------|----------|---------------|
| 0920 | PHOTOCOPYING | 13.80 | | | | | |
| 0930 | MESSENGER/COURIER | 58.16 | | | | | |
| 0940 | CAB FARES | 19.00 | | | | | |
| 0950 | OUT-OF-TOWN TRAVEL | 334.90 | | | | | |
| 0951 | MEALS/T & E | 8.25 | | | | | |
| 0972 | DOCUMENT RETRIEVAL FEES | 134.24 | | | | | |

Costs Total :        568.35

alp_132r: Billed Charges Analysis

PAGE   5

Run Date & Time: 03/06/2007 11:49:03

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

Proforma Number: 2238670

Matter No: 056772-00003
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FINANCING
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Bill Frequency: M

Status      : ACTIVE

Special Billing Instructions:

---

UNBILLED TIME FROM:                                    PRE-BILLING SUMMARY REPORT
UNBILLED DISB FROM:

01/30/2007                                   TO:               01/30/2007
                FEES                         TO:                        COSTS

GROSS BILLABLE AMOUNT:          0.00                                9.93
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
DISB RETAINER:
AMOUNT BILLED:
THRU DATE:                                                    01/30/2007
CLOSE MATTER/FINAL BILLING?
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

---

                                         ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

                                                  FEES:           0.00     UNIDENTIFIED RECEIPTS:       0.00
                        DISBURSEMENTS:           0.00             PAID FEE RETAINER:       0.00
                        FEE RETAINER:           0.00             PAID DISB RETAINER:       0.00
                        DISB RETAINER:           0.00             TOTAL AVAILABLE FUNDS:       0.00
                        TOTAL OUTSTANDING:           0.00             TRUST BALANCE:
                                                                 BILLING HISTORY

DATE OF LAST BILL:        02/28/07         LAST PAYMENT DATE:        03/30/05
LAST BILL NUMBER:         456537           ON ACCOUNT:                    179.00
                                           FEES BILLED TO DATE:           0.00
                                           TOTAL FEES BILLED TO DATE:     179.00
LAST BILL THRU DATE:      01/31/07         FEES WRITTEN OFF TO DATE:      592.00
                                           COSTS WRITTEN OFF TO DATE:       0.00

FOR ACCTG USE ONLY:                        Write Down/Up Reason Codes:

        (1) Exceeded Fixed Fee            (4) Excessive Legal Time        (7) Fixed Fee
        (2) Late Time & Costs Posted      (5) Business Development         (8) Premium
        (3) Pre-arranged Discount         (6) Summer Associate             (9) Rounding          (10) Client Arrangement

BILL NUMBER:_____        DATE OF BILL:_____        Processed by:_____        FRC:_____                    CRC:_____

alp_132r: Billed Charges Analysis                                                                                           PAGE    6

Run Date & Time: 03/06/2007 11:49:03                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00003                  Orig Prtnr : CRED. RGTS - 06975          Proforma Number:    2238670
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : FINANCING                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                        Status      : ACTIVE

B I L L E D   C O S T S   S U M M A R Y   -------------- Total Billed --------------

                              Oldest          Latest
Code   Description            Entry           Entry           Total
                                                              Amount

0930   MESSENGER/COURIER      01/20/07        01/30/07         9.93

                    Total :                                   9.93


B I L L E D   C O S T S   D E T A I L

Description/Code                        Employee             Date           Amount      Index#    Batch No   Batch Date

MESSENGER/COURIER
FEDERAL EXPRESS CORPORAT    0930         BECKER, G M          01/30/07        9.93       7776147   392929     02/12/07
Bank of America

                                        0930 MESSENGER/COURIER Total :       9.93

                    Costs Total :                                            9.93

alp_132r: Billed Charges Analysis

Run Date & Time: 03/06/2007 11:49:03

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    7

Matter No: 056772-00003
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FINANCING
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    2238070
Bill Frequency: M

Status    : ACTIVE

**B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|------|-------------|--------|------|-----------|-------------|----------|---------------|
| 0930 | MESSENGER/COURIER | 9.93 | | | | | |
| | Costs Total : | 9.93 | | | | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 03/06/2007 11:49:03

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    8

Matter No: 056772-00007
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : REORGANIZATION PLAN
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    2238672
Bill Frequency: M

Status    : ACTIVE

Special Billing Instructions:

UNBILLED TIME FROM:
UNBILLED DISB FROM:

01/18/2007

GROSS BILLABLE AMOUNT:
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:
CLOSE MATTER/FINAL BILLING?
EXPECTED DATE OF COLLECTION?

BILLING PARTNER APPROVAL:

BENTLEY PHILIP - 02495

YES    OR    NO

FEES                    COSTS

0.00                    416.01

TO:                     TO:

01/31/2007              01/31/2007

PRE-BILLING SUMMARY REPORT

WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

FEES:                           0.00
DISBURSEMENTS:                  0.00
FEE RETAINER:                   0.00
DISB RETAINER:                  0.00
TOTAL OUTSTANDING:              0.00

UNIDENTIFIED RECEIPTS:          0.00
PAID FEE RETAINER:              0.00
PAID DISB RETAINER:             0.00
TOTAL AVAILABLE FUNDS:          0.00
TRUST BALANCE:
BILLING HISTORY

DATE OF LAST BILL:    02/28/07        LAST PAYMENT DATE:      08/29/06
LAST BILL NUMBER:     456537          ACTUAL FEES BILLED TO DATE:     138,359.50
                      ON ACCOUNT BILLED:     TOTAL FEES BILLED TO DATE:     138,359.50
                                             FEES WRITTEN OFF TO DATE:      0.00
LAST BILL THRU DATE:  01/31/07        COSTS WRITTEN OFF TO DATE:     72.40

FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:
(1) Exceeded Fixed Fee          (4) Excessive Legal Time        (7) Fixed Fee
(2) Late Time & Costs Posted    (5) Business Development         (8) Premium
(3) Pre-arranged Discount       (6) Summer Associate            (9) Rounding         (10) Client Arrangement

BILL NUMBER: _____

_____DATE OF BILL:_____    _____Processed by:_____    _____FRC_____    _____CRC_____

alp.132r: Billed Charges Analysis

Run Date & Time: 03/06/2007 11:49:03

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    9

Matter No: 056772-00007
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : REORGANIZATION PLAN
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:   2238672
Bill Frequency: M

Status      : ACTIVE

**B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--|--------------|--------------|--------------|
| 0820 | PHOTOCOPYING | | 01/18/07 | 01/31/07 | 117.76 |
| 0942 | MEALS/IN-HOUSE | | 01/22/07 | 01/22/07 | 22.00 |
| 0950 | OUT-OF-TOWN TRAVEL | | 01/31/07 | 01/31/07 | 266.25 |
| | Total | | | | 406.01 |

**B I L L E D   C O S T S   D E T A I L**

| Code | Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|------|-----------------|----------|------|--------|--------|----------|------------|
| 0820 | PHOTOCOPYING | BENTLEY, P | 01/18/07 | 70.61 | 7740577 | 393641 | 01/22/07 |
| | PHOTOCOPYING BENTLEY PHILIP | BENTLEY, P | 01/31/07 | 47.15 | 7757152 | 392205 | 02/01/07 |
| | PHOTOCOPYING BENTLEY PHILIP | | | | | | |
| | | | **0820 PHOTOCOPYING Total :** | **117.76** | | | |
| 0942 | MEALS/IN-HOUSE  CASHIER | BENTLEY, P | 01/22/07 | 22.00 | 7768059 | 390282 | 02/08/07 |
| | MEALS/IN-HOUSE - VENDOR- JULIET RAMDIN, CASHIER | | | | | | |
| | | | **0942 MEALS/IN-HOUSE Total :** | **22.00** | | | |
| 0950 | OUT-OF-TOWN TRAVEL | BENTLEY, P | 01/31/07 | 266.25 | 7761241 | 392266 | 02/01/07 |
| | DINERS CLUB CITICORP DIN | | | | | | |
| | OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB | | | | | | |
| | CITICORP DINERS CLUB BENTLEY/PHILLIP DEPART: | | | | | | |
| | 01/22/07 RTN TO PHL | | | | | | |
| | | | **0950 OUT-OF-TOWN TRAVEL Total :** | **266.25** | | | |
| | | | **Costs Total :** | **406.01** | | | |

Alp_132r: Billed Charges Analysis
Run Date & Time: 03/06/2007 11:49:03

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   10

Matter No: 056772-00007
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : REORGANIZATION PLAN
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:      2238672
Bill Frequency: M

Status : ACTIVE

**B I L L E D   C O S T S   S U M M A R Y**

| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| 0820 PHOTOCOPYING | 117.76 | | | | | |
| 0942 MEALS/IN-HOUSE | 22.00 | | | | | |
| 0950 OUT-OF-TOWN TRAVEL | 266.25 | | | | | |
| Costs Total : | 406.01 | | | | | |

Alp.132r: Billed Charges Analysis

Run Date & Time: 03/06/2007 11:49:03

PAGE    11

FRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

| | |
|---|---|
| Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: 2238673 |
| Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M |
| Supv Prtnr : MAYER THOMAS MOERS - 03976 | |
| | Status : ACTIVE |

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                                    TO:
UNBILLED DISB FROM: 01/04/2007                         TO: 01/04/2007

|  | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 0.00 | 8.57 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| DISB RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | 01/04/2007 |
| CLOSE MATTER/FINAL BILLING? | YES   OR   NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:
                            BENTLEY PHILIP - 02495                    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                                 UNAPPLIED CASH

| | | | |
|---|---|---|---|
| FEES: | 0.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| DISBURSEMENTS: | 0.00 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 0.00 | TRUST BALANCE: | |

BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 02/28/07 | LAST PAYMENT DATE: | 02/12/07 |
| LAST BILL NUMBER: | 456537 | ACTUAL FEES BILLED TO DATE: | 125,162.50 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| | | TOTAL FEES BILLED TO DATE: | 125,162.50 |
| LAST BILL THRU DATE: | 01/31/07 | FEES WRITTEN OFF TO DATE: | 5,970.50 |
| | | COSTS WRITTEN OFF TO DATE: | 431.74 |

Write Down/Up Reason Codes:

| | | | |
|---|---|---|---|
| (1) Exceeded Fixed Fee | (4) Excessive Legal Time | (7) Fixed Fee | (10) Client Arrangement |
| (2) Late Time & Costs Posted | (5) Business Development | (8) Premium | |
| (3) Pre-arranged Discount | (6) Summer Associate | (9) Rounding | |

FOR ACCTG USE ONLY:

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

Alp_132r: Billed Charges Analysis

Run Date & Time: 03/06/2007 11:49:03

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    12

Matter No: 056772-00008                    Orig Prtnr : CRED. RGTS - 06975    Proforma Number:    2236073
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                Status    : ACTIVE

B I L L E D   C O S T S   S U M M A R Y ------------ Total Billed ---------------

| Code | Description | Oldest Entry | Latest Entry | Total Billed Amount |
|------|-------------|--------------|--------------|---------------------|
| 0930 | MESSENGER/COURIER | 01/04/07 | 01/04/07 | 8.57 |
| | Total | | | 8.57 |

B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch# | Batch Date |
|------------------|----------|------|--------|--------|--------|------------|
| MESSENGER/COURIER            0930 | | | | | | |
| FEDERAL EXPRESS CORPORAT | GAVIGAN, J C | 01/04/07 | 8.57 | 7742808 | 391691 | 01/23/07 |
| Klett Rooney Lieber & Shorling | | | | | | |
| | | 0930 MESSENGER/COURIER Total : | 8.57 | | | |

Costs Total :    8.57

alp_132r: Billed Charges Analysis

Run Date & Time: 03/06/2007 11:49:03

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    13

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    2236073
Bill Frequency: M

Status      : ACTIVE

B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|------|-------------|--------|------|-----------|-------------|----------|---------------|
| 0930 | MESSENGER/COURIER | 8.57 | | | | | |

Costs Total :    8.57

alp_132r: Billed Charges Analysis                                                    PAGE   14

Run Date & Time: 03/06/2007 11:49:03

KRAMER, LEVIN, NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012    Orig Prtnr : CRED. RGTS - 06975    Proforma Number:   2238674
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                            Status      : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                            TO:
UNBILLED DISB FROM: 12/14/2006                TO: 01/31/2007

                                    FEES                COSTS
GROSS BILLABLE AMOUNT:              0.00              5,012.30
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                                          01/31/2007
CLOSE MATTER/FINAL BILLING?              YES     OR     NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                                    BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write offs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

FEES:                                          0.00          UNIDENTIFIED RECEIPTS:          0.00
DISBURSEMENTS:                                 0.00          PAID FEE RETAINER:              0.00
FEE RETAINER:                                  0.00          PAID DISB RETAINER:             0.00
DISB RETAINER:                                 0.00          TOTAL AVAILABLE FUNDS:          0.00
TOTAL OUTSTANDING:                             0.00          TRUST BALANCE:
                                                             BILLING HISTORY

DATE OF LAST BILL:      02/28/07              LAST PAYMENT DATE:      02/12/07
LAST BILL NUMBER:       456537               ACTUAL FEES BILLED TO DATE:    810,365.50
                                             ON ACCOUNT FEES BILLED TO DATE:       0.00
                                             TOTAL FEES BILLED TO DATE:    810,365.50
LAST BILL THRU DATE:    01/31/07             FEES WRITTEN OFF TO DATE:       4,417.50
                                             COSTS WRITTEN OFF TO DATE:      2,090.08

FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee        (4) Excessive Legal Time       (7) Fixed Fee        (10) Client Arrangement
    (2) Late Time & Costs Posted  (5) Business Development        (8) Premium
    (3) Pre-arranged Discount     (6) Summer Associate           (9) Rounding

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    15

Run Date & Time: 03/06/2007 11:49:03

| | | |
|---|---|---|
| Matter No: 056772-00012 | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: 2238674 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M |
| Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS) | Supv Prtnr : MAYER THOMAS MOERS - 03976 | |
| Matter Opened : 07/27/2001 | | Status    : ACTIVE |

### BILLED COSTS SUMMARY

| Code | Description | Oldest Entry | Latest Entry | Total Billed Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 01/03/07 | 01/23/07 | 273.24 |
| 0840 | MANUSCRIPT SERVICE | 01/24/07 | 01/24/07 | 15.00 |
| 0885 | LONG-DISTANCE TEL. | 01/24/07 | 01/24/07 | 0.59 |
| 0905 | MISCELLANEOUS | 01/31/07 | 01/31/07 | 25.00 |
| 0917 | WESTLAW ON-LINE RESEARCH | 01/31/07 | 01/31/07 | 33.37 |
| 0940 | CAB FARES | 12/14/06 | 01/30/07 | 639.63 |
| 0950 | OUT-OF-TOWN TRAVEL | 01/04/07 | 01/31/07 | 957.44 |
| 0951 | MEALS/T R A V E L | 01/03/07 | 01/31/07 | 27.62 |
| 0965 | EXPERT FEES/VIDEO DEPOSITIO | 01/31/07 | 01/31/07 | 1,999.56 |
| 0972 | DOCUMENT RETRIEVAL FEES | 12/31/06 | 12/31/06 | 439.20 |
| 0980 | TRANSCRIPT FEES | 01/31/07 | 01/31/07 | 554.45 |

Total    5,002.30

### BILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No. | Batch Date |
|---|---|---|---|---|---|---|
| 0820 PHOTOCOPYING | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 01/03/07 | 7.36 | 7722844 | 391132 | 01/03/07 |
| PHOTOCOPYING | BENTLEY, P | 01/08/07 | 24.84 | 7723864 | 391132 | 01/09/07 |
| PHOTOCOPYING | BENTLEY, P | 01/18/07 | 28.52 | 7740578 | 391641 | 01/22/07 |
| PHOTOCOPYING | GLASS, J J | 01/22/07 | 32.66 | 7743814 | 391780 | 01/25/07 |
| PHOTOCOPYING | GLASS, J J | 01/23/07 | 80.96 | 7743815 | 391780 | 01/25/07 |
| PHOTOCOPYING | GLASS, J J | 01/23/07 | 35.65 | 7743816 | 392780 | 01/25/07 |
| PHOTOCOPYING | GLASS, J J | 01/23/07 | 22.31 | 7743817 | 391780 | 01/25/07 |
| PHOTOCOPYING | GLASS, J J | 01/23/07 | 40.94 | 7743818 | 392780 | 01/25/07 |
| 0820 PHOTOCOPYING Total : | | | 273.24 | | | |
| 0840 MANUSCRIPT SERVICE | | | | | | |
| MANUSCRIPT SERVICE | TALVENTO, N | 01/24/07 | 15.00 | 7749484 | 393880 | 01/26/07 |
| 0840 MANUSCRIPT SERVICE Total : | | | 15.00 | | | |
| LONG-DISTANCE TEL. | BENTLEY, P | 01/24/07 | 0.59 | 7746126 | 393853 | 01/26/07 |

Alp.l12r Billed Charges Analysis

PAGE    16

Run Date & Time: 03/06/2007 11:49:03

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012    Orig Prtnr : CRED. RGTS - 06975    Proforma Number:    2238674
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001    Status    : ACTIVE

BILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| MISCELLANEOUS | | | | | | |
| CITIBANK | | | | | | |
| MISCELLANEOUS - VENDOR- CITIBANK 412/27/06-Court Call | BENTLEY, P | 01/31/07 | 0.59 | 7964906 | 392411 | 02/05/07 |
| **0885 LONG-DISTANCE TEL. Total :** | | | **25.00** | | | |
| 0885 LONG-DISTANCE TEL. Total : | | | 0.59 | | | |
| WESTLAW ON-LINE RESE | | | | | | |
| WESTLAW ON-LINE RESE | HOROWITZ, G A | 01/30/07 | 35.17 | 7765694 | 392459 | 02/06/07 |
| **0917 WESTLAW ON-LINE RESE Total :** | | | **35.17** | | | |
| 0905 MISCELLANEOUS Total : | | | 25.00 | | | |
| CAB FARES | | | | | | |
| CAB FARES - VENDOR- JULIET RAMDIN, CASHIER | GLASS, J J | 12/14/06 | 24.00 | 7937459 | 391443 | 01/16/07 |
| CAB FARES - VENDOR- JULIET RAMDIN, CASHIER | GLASS, J J | 12/14/06 | 8.57 | 7937462 | 391443 | 01/16/07 |
| CAB FARES - VENDOR- JULIET RAMDIN, CASHIER | HOROWITZ, G A | 01/04/07 | 76.25 | 7728247 | 391263 | 01/10/07 |
| CAB FARES - VENDOR- JULIET RAMDIN, CASHIER | GLASS, J J | 01/04/07 | 64.77 | 7767600 | 392805 | 02/08/07 |
| CAB FARES - ODYSSEY | GLASS, J J | 01/04/07 | 46.00 | 7919781 | 391571 | 01/18/07 |
| CAB FARES - ODYSSEY | GLASS, J J | 01/05/07 | 38.12 | 7919782 | 391571 | 01/18/07 |
| CAB FARES - ODYSSEY | GLASS, J J | 01/05/07 | 45.96 | 7752152 | 391595 | 01/29/07 |
| DIAL CAR INC. | | | | | | |
| DIAL CAR INC. - VENDOR- DIAL CAR INC. 12/10/06 | GLASS, J J | 01/16/07 | 57.12 | 7937007 | 391435 | 01/16/07 |
| DIAL CAR INC. - VENDOR- DIAL CAR INC. 12/10/06 | FARBER, P F | 01/16/07 | 54.57 | 7937014 | 391435 | 01/16/07 |
| DIAL CAR INC. - VENDOR- DIAL CAR INC. 12/18/06 | FARBER, P F | 01/16/07 | 67.83 | 7937020 | 391435 | 01/16/07 |
| EXECUTIVE CHARGE, INC. | | | | | | |
| CAB FARES - VENDOR- EXECUTIVE CHARGE, INC. 12/04/06 | FARBER, P F | 01/16/07 | 56.10 | 7937028 | 391435 | 01/16/07 |
| EXECUTIVE CHARGE, INC. | | | | | | |
| CAB FARES - VENDOR- EXECUTIVE CHARGE, INC. 12/05/06 | FARBER, P F | 01/19/07 | 71.20 | 7460229 | 393606 | 01/19/07 |
| CAB FARES - VENDOR- JULIET RAMDIN, CASHIER | GLASS, J J | 01/22/07 | 25.00 | 7755514 | 392126 | 01/31/07 |
| EXECUTIVE CHARGE, INC. | | | | | | |
| CAB FARES - VENDOR- EXECUTIVE CHARGE, INC. 17/05/06 AZ3 | FARBER, P F | 01/31/07 | 10.20 | 7755844 | 392124 | 01/31/07 |
| **0940 CAB FARES Total :** | | | **639.63** | | | |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL, LLP

PAGE   17

*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 03/06/2007 11:49:03

Proforma Number:   2238674
Bill Frequency: M

| | |
|---|---|
| Matter No: 056772-00012 | Orig Prtnr : CRED. RGTS - 06975 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 |
| Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS) | Supv Prtnr : MAYER THOMAS MOERS - 03976 |
| Matter Opened : 07/27/2001 | Status    : ACTIVE |

B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| OUT-OF-TOWN TRAVEL              0950 | | | | | | |
| JESSICA J GLASS | GLASS, J J | 01/04/07 | 209.59 | 7739778 | 391571 | 01/18/07 |
| Name: Omni William Penn Hotel; City: Pittsburgh; | | | | | | |
| Date(s): 1/4/07 | | | | | | |
| DINERS CLUB CITICORP DIN | GLASS, J J | 01/31/07 | 787.85 | 7761223 | 392266 | 02/21/07 |
| OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB | | | | | | |
| CITICORP DINERS CLUB GLASS/JESSICA DEPART: | | | | | | |
| 12/29/06 LGA TO PIT | | | | | | |
| 0950 OUT-OF-TOWN TRAVEL Total : | | | 997.44 | | | |
| MEALS/E & E          0951 | | | | | | |
| JESSICA J GLASS | GLASS, J J | 01/03/07 | 12.52 | 7739780 | 391571 | 01/18/07 |
| Establishment: Green Leaf Grill; Guests: Jessica | | | | | | |
| Glass; Affiliation: business; Business Discusse | | | | | | |
| d: deposition | | | | | | |
| JESSICA J GLASS | GLASS, J J | 01/05/07 | 14.90 | 7739779 | 391571 | 01/18/07 |
| Establishment: Jessica Glas | | | | | | |
| s; Affiliation: business; Business Discussed: de | | | | | | |
| position | | | | | | |
| 0951 MEALS/E & E Total : | | | 27.42 | | | |
| COURT REPORTER/VIDEO        0965 | | | | | | |
| ESQUIRE DEPOSITION SERV | PARER, P P | 01/31/07 | 1,995.16 | 7762690 | 392334 | 02/02/07 |
| COURT REPORTER/VIDEO DEPOSITION FEES - VENDOR- | | | | | | |
| ESQUIRE DEPOSITION SERVICES, INC. | | | | | | |
| 0965 COURT REPORTER/VIDEO Total : | | | 1,995.16 | | | |
| DOCUMENT RETRIEVAL F        0972 | | | | | | |
| DOCUMENT RETRIEVAL F | PIZZARELLO, C | 12/31/06 | 239.60 | 7372297 | 391461 | 01/16/07 |
| PACER RETRIEVAL FEES | | | | | | |
| DOCUMENT RETRIEVAL F | PIZZARELLO, C | 12/31/06 | 239.60 | 7395235 | 392113 | 01/31/07 |
| PACER RETRIEVAL FEES | | | | | | |
| 0972 DOCUMENT RETRIEVAL F Total : | | | 439.20 | | | |
| TRANSCRIPT FEES         0980 | | | | | | |
| ATKINSON-BAKER, INC. | BECKER, G M | 01/31/07 | 554.45 | 7761823 | 392312 | 02/02/07 |
| TRANSCRIPT FEES - VENDOR- ATKINSON-BAKER, INC. | | | | | | |
| 0980 TRANSCRIPT FEES Total : | | | 554.45 | | | |

Costs Total :                                                                                                        5,002.30

Alp_132r: Billed Charges Analysis

Run Date & Time: 03/06/2007 11:49:04

KRAMER LEVIN NAFTALIS & FRANKEL LLP
**PRIVILEGED AND CONFIDENTIAL**

PAGE    18

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 2238074
Bill Frequency: M

Status : ACTIVE

**B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|------|-------------|--------|------|-----------|-------------|----------|----------------|
| 0820 | PHOTOCOPYING | 273.24 | | | | | |
| 0840 | MANUSCRIPT SERVICE | 15.00 | | | | | |
| 0885 | LONG-DISTANCE TEL. | 0.59 | | | | | |
| 0905 | MISCELLANEOUS | 25.00 | | | | | |
| 0917 | WESTLAW ON-LINE RESEARCH | 35.17 | | | | | |
| 0940 | CAB FARES | 639.63 | | | | | |
| 0990 | OUT-OF-TOWN TRAVEL | 997.44 | | | | | |
| 0951 | MEALS/T & E | 27.42 | | | | | |
| 0955 | COURT REPORTER/VIDEO DEPO | 1,995.16 | | | | | |
| 0972 | DOCUMENT RETRIEVAL FEES | 439.20 | | | | | |
| 0980 | TRANSCRIPT FEES | 554.45 | | | | | |

Costs Total :    5,002.30

A1p.132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL, LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE   19

Run Date & Time: 03/06/2007 11:49:04

Orig Prtnr : CRED. RGTS - 06975          Proforma Number:   2236875
Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS                                   Status      : ACTIVE
Matter Opened : 09/06/2002

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                    01/31/2007
UNBILLED DISB FROM:                                      TO:        01/31/2007

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 0.00 | 258.25 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | |
| CLOSE MATTER/FINAL BILLING? | YES  OR  NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:                BENTLEY PHILIP - 02495            WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                               UNAPPLIED CASH

| | | BILLING HISTORY | |
|---|---|---|---|
| FEES: | 0.00 | DATE OF LAST BILL: | 02/28/07 |
| DISBURSEMENTS: | 0.00 | LAST PAYMENT DATE: | 01/02/07 |
| FEE RETAINER: | 0.00 | ACTUAL FEES BILLED TO DATE: | 195,351.50 |
| DISB RETAINER: | 0.00 | TOTAL FEES BILLED TO DATE: | 195,351.50 |
| TOTAL OUTSTANDING: | 0.00 | FEES WRITTEN OFF TO DATE: | 5,087.68 |
| | | COSTS WRITTEN OFF TO DATE: | 11.04 |

LAST BILL THRU DATE:          01/31/07

| | | | |
|---|---|---|---|
| | | UNIDENTIFIED RECEIPTS: | 0.00 |
| | | PAID FEE RETAINER: | 0.00 |
| | | PAID DISB RETAINER: | 0.00 |
| | | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |
| | | ON ACCOUNT BILLED: | |

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee          (4) Excessive Legal Time          (7) Fixed Fee
(2) Late Time & Costs Posted    (5) Business Development          (8) Premium
(3) Pre-arranged Discount       (6) Summer Associate             (9) Rounding          (10) Client Arrangement

BILL NUMBER: _____          DATE OF BILL: _____          Processed by: _____          FRC: _____          CRC: _____

alp_132r: Billed Charges Analysis

Run Date & Time: 03/06/2007 11:49:04

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    20

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    2238675
Bill Frequency: M

Status    : ACTIVE

**B I L L E D    C O S T S    S U M M A R Y**

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| | | | Total Billed --- | |
| 0950 | OUT-OF-TOWN TRAVEL. | 01/31/07 | 01/31/07 | 258.25 |
| | Total: | | | 258.25 |

**B I L L E D    C O S T S    D E T A I L**

| Description/Code | Employee | Date | Amount | Index# | Batch No. | Batch Date |
|------------------|----------|------|--------|--------|-----------|------------|
| OUT-OF-TOWN TRAVEL.          0950 | | | | | | |
| DINERS CLUB CITICORP DIN | BECKER, G M | 01/31/07 | 258.25 | 7761244 | 3922366 | 02/01/07 |
| OUT-OF-TOWN TRAVEL. - VENDOR- DINERS CLUB | | | | | | |
| CITICORP DINERS CLUB BECKER/GARY DEPART. | | | | | | |
| 01/22/07 NYP TO NAIROBI | | | | | | |
| | 0950 OUT-OF-TOWN TRAVEL Total : | | 258.25 | | | |
| | | | | | | |
| Costs Total : | | | 258.25 | | | |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    21

Run Date & Time: 03/06/2007 11:49:04

Matter No: 056772-00019                                                     Orig Prtnr : CRED. RGTS - 06975       Proforma Number:    2236875
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                             Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : HEARINGS                                                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                        Status     : ACTIVE

B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|------|-------------|--------|------|-----------|-------------|----------|---------------|
| 0950 | OUT-OF-TOWN TRAVEL | 258.25 | | | | | |

Costs Total :                258.25

Report Name: a4p_132c8
Filename:/Ve1te/A4p/TEMP.s026201
Date:03/06/2007
Time:11:49:15
User Id:00032/
Service Id:842431

alp_132c: Billed Charges Analysis

Run Date & Time: 03/06/2007 11:49:06

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   1

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o basic services

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM: 09/12/9227    TO: -9/-9/-918
UNBILLED DISB FROM: 12/24/2006    TO: 01/31/2007

|                                   | FEES      | COSTS      |
|-----------------------------------|-----------|------------|
| GROSS BILLABLE AMOUNT:            | 0.00      | 6,293.41   |
| AMOUNT WRITTEN DOWN:              |           |            |
| PREMIUM:                          |           |            |
| ON ACCOUNT BILLED:                |           |            |
| DEDUCTED FROM PAID RETAINER:      |           |            |
| AMOUNT BILLED:                    |           |            |
| THRU DATE:                        | -9/-9/-918 | 01/31/2007 |
| CLOSE MATTER/FINAL BILLING?       | YES   OR   NO |       |
| EXPECTED DATE OF COLLECTION:      |           |            |

BILLING PARTNER APPROVAL:

BILLING COMMENTS:

WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

| FEES:            | 0.00 | UNIDENTIFIED RECEIPTS:  | 0.00 |
| DISBURSEMENTS:   | 0.00 | PAID FEE RETAINER:      | 0.00 |
| FEE RETAINER:    | 0.00 | PAID DISB RETAINER:     | 0.00 |
| DISB RETAINER:   | 0.00 | TOTAL AVAILABLE FUNDS:  | 0.00 |
| TOTAL OUTSTANDING: | 0.00 | TRUST BALANCE:        |      |

BILLING HISTORY

| DATE OF LAST BILL:    | 02/28/07 | LAST PAYMENT DATE:            | 02/12/07     |
| LAST BILL NUMBER:     | 456697   | ACTUAL FEES BILLED TO DATE:   | 2,191,588.50 |
|                       |          | ON ACCOUNT FEES BILLED TO DATE: | 0.00       |
| LAST BILL THRU DATE:  | 01/31/07 | TOTAL FEES BILLED TO DATE:    | 2,191,588.50 |

FOR ACCTG USE ONLY:

|                                |                            |                      | FEES       | COSTS     |
|--------------------------------|----------------------------|----------------------|------------|-----------|
| (1) Exceeded Fixed Fee         | Write Down/Up Reason Codes: | FEES WRITTEN OFF TO DATE: | 168,108.18 | 24,688.96 |
| (2) Late Time & Costs Posted   | (4) Excessive Legal Time   | (7) Fixed Fee        |            |           |
| (3) Pre-arranged Discount      | (5) Business Development   | (8) Premium          |            |           |
|                                | (6) Summer Associate       | (9) Rounding         | (10) Client Arrangement | |

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC _____    CRC _____

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    2

Alp.132c: Billed Charges Analysis
Run Date & Time: 03/06/2007 11:49:14

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0820 | PHOTOCOPYING | 01/03/07 | 01/31/07 | 404.80 |
| 0840 | MANUSCRIPT SERVICE | 01/04/07 | 01/04/07 | 15.00 |
| 0885 | LONG DISTANCE TEL. | 01/24/07 | 01/24/07 | 0.59 |
| 0885 | MISCELLANEOUS | 01/31/07 | 01/31/07 | 25.00 |
| 0917 | WESTLAW ON-LINE RESEARCH | 01/30/07 | 01/30/07 | 35.17 |
| 0930 | MESSENGER/COURIER | 12/22/06 | 01/10/07 | 76.66 |
| 0940 | CAB FARES | 12/14/06 | 01/31/07 | 658.63 |
| 0942 | MEALS/IN-HOUSE | 01/04/07 | 01/22/07 | 22.00 |
| 0950 | OUT-OF-TOWN TRAVEL | 01/22/07 | 01/23/07 | 1,856.84 |
| 0951 | MEALS/T & E | 01/22/07 | 01/22/07 | 35.67 |
| 0965 | COURT REPORTER/VIDEO DEPOSITIO | 01/31/07 | 01/31/07 | 1,995.16 |
| 0972 | DOCUMENT RETRIEVAL FEES | 12/31/06 | 12/31/06 | 573.44 |
| 0980 | TRANSCRIPT FEES | 01/31/07 | 01/31/07 | 554.45 |

Total        6,253.41

Grand Total        6,253.41

Report Name: alp_132cr
Filename:/elite/alp/TEMP.a026201
Date:03/06/2007
Time:11:49:16
User Id:060932/
Service Id:862431