**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| W.R. GRACE & CO., et al., | : | Case No. 01-01139 (JKF) |
|  | : |  |
| Debtors | : |  |
|  | : |  |

**NOTICE OF SERVICE OF SUPPLEMENTAL AND AMENDED PROOF OF CLAIM (SUPPLEMENTING CLAIM NO. 11308) OF SAN DIEGO GAS & ELECTRIC COMPANY, SEMPRA ENERGY AND ENOVA CORPORATION**

I, D. Alexander Barnes, an attorney at the law firm of Obermayer Rebmann Maxwell & Hippel LLP, do hereby certify that on March 7, 2007, I caused a true and correct copy of the foregoing Supplemental and Amended Proof of Claim (Supplementing Claim No. 11308) of San Diego Gas & Electric Company, Sempra Energy and Enova Corporation to be served via U.S. First Class Mail, postage prepaid, upon the parties listed on the attached service list.

Dated: March 7, 2007    By: /s/ D. Alexander Barnes
                             D. Alexander Barnes, Esquire
                             OBERMAYER REBMANN MAXWELL & HIPPEL LLP
                             1617 John F. Kennedy Blvd., Suite 1900
                             Philadelphia, PA 19103-1895
                             Philadelphia, PA 19103-1895
                             Telephone:  (215) 665-3000
                             Facsimile:   (215) 665-3165

                             Counsel to San Diego Gas & Electric Company, Sempra Energy and Enova Corporation

1

4135847

**SERVICE LIST**

W.R. Grace Claims Agent
C/O Rust Consulting, Inc.
P.O. Box 1620
Faribault, MN 55021

Katherine Phillips, Esquire
KIRKLAND & ELLIS
200 East Randolph Drive, Suite 6500
Chicago, IL 60601

Douglas E. Cameron, Esquire
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219-3131