EXHIBIT "2"

# HR&A                                              INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

February 13, 2007
Invoice No. HRA20071302

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of January, 2007.

### FEES

| | |
|---|---:|
| Francine F. Rabinovitz<br>3.0 hours @ $ 600 per hour | $ 1,800.00 |
| Robert H. Sims<br>3.0 hours @ $ 500 per hour | 1,500.00 |
| Paul K. Honig<br>1.5 hours @ $ 300 per hour | 450.00 |
| Joshua S. Katz<br>3.6 hours @ $ 250 per hour | 900.00 |
| **TOTAL DUE:** | **$ 4,650.00** |

*Please remit to corporate address below:*

P.O. BOX 222681  CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351
NORTHERN CALIFORNIA          LOS ANGELES                    NEW YORK

JANUARY, 2007 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

DATE      TIME   TASK

01/05/07   2.0   Prepare for phone call with M. Kramer of Bilzin
                 (1.0); conference call with M. Kramer and Joshua S. Katz
                 (0.8); Followup call with Robert H. Sims on outlines of call
                 (0.2).

01/24/07   0.5   Review Expert Report sum on product id for
                 asbestos property damage.

01/25/07   0.5   Read Judge Buckwalter opinion and PD Committee sum
                 of arguments.

TOTAL:     3.0

JANUARY, 2007 TIME LOG OF ROBERT H. SIMS (RHS)

<u>DATE</u>      <u>TIME</u>   <u>TASK</u>

01/05/07   0.2   Call with Francine F. Rabinovitz re her call with M. Kramer and Joshua S. Katz.

01/30/07   2.8   Review various data CD's received from Bilzin (1.1); convert latest PIQ database to Stata format (0.4); review PIQ data in Stata (1.3).

TOTAL:     3.0

JANUARY, 2007 TIME LOG OF PAUL K. HONIG (PKH)

<u>DATE</u>     <u>TIME</u>   <u>TASK</u>

01/11/07   1.5   Receive and review DVD's from Bilzin file open issues; relay problem to Joshua S. Katz and Robert H. Sims.
TOTAL:     1.5

JANUARY, 2007 TIME LOG OF JOSHUA S. KATZ (JSK)

DATE      TIME   TASK

01/05/07  1.3   Prepare for phone call with M. Kramer of Bilzin (0.5); conference call with M. Kramer and Francine R. Rabinovitz(0.8).

01/08/07  0.5   Review of recent asbestos news and latest Grace SEC filings.

01/16/07  0.5   Review of hearing agenda for 5th omnibus.

01/24/07  0.8   Review of expert report on PD sampling. Brief e-mail to Francine F. Rabinovitz on that report.

01/25/07  0.5   Weekly Grace conference call.

TOTAL:    3.6