# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: March 27, 2007 at 4:00 |
| | ) | p.m. Hearing Date: TBD only if necessary |
| | ) | |

**FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE
APPLICATION FOR THE PERIOD OF AUGUST 1, 2006 THROUGH
AUGUST 31, 2006**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#1230803 v1

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Name | Position | Hourly Rate | August | Total Comp |
|---|---|---|---|---|
| Likoff, Bruce | Partner | $400.00 | 9.40 | $ 3,760.00 |
| Staab, Louise | Partner | $ 375.00 | 0.5 | $ 187.50 |
| Janes, Vicki | Paralegal | $ 155.00 | 3.3 | $ 511.50 |
| | | | | |
| **Total** | | | **13.20** | **4,459.00** |

Expenses

**Matter 00000 - General**

| Description | TOTAL |
|---|---|
| Photocopies | $ - |
| Facsimiles | $ - |
| Long Distance Telephone | $ 1.20 |
| Outside Courier | $ - |
| Other Expense | $ - |
| Lexis | $ - |
| Federal Express | $ - |
| Consulting Fee | $ - |
| Document Production | $ - |
| Velo Binding | $ - |
| **Total** | **$ 1.20** |

Holme Roberts & Owen LLP

September 26, 2006

W.R. Grace

| | |
|---|---|
| Page | 4 |
| Invoice No.: | 746012 |
| Client No.: | 04339 |
| Matter No.: | 00000 |

**Regarding: GENERAL**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/01/06 | BLL | Conference re Northglenn lease matter (.20); review email re Northglenn lease matter (.30). | 0.50 | $ 200.00 |
| 08/02/06 | BLL | Review materials from client re Northglenn lease matter (3.60); telephone conference with V. Finkelstein re lease matter (.20). | 3.80 | 1,520.00 |
| 08/03/06 | BLL | Review additional documents received from client re Northglenn property. | 0.30 | 120.00 |
| 08/04/06 | BLL | Telephone conference with V. Finkelstein re strategy re Northglenn ground lease and conference re the ground lease matter (1.00); review draft letter to ground lessor re Northglenn ground lease (.50); telephone conference with V. Finkelstein re the draft letter and additional fact research needed (.30); research Adams County Recorder online records (.60); conference re real estate records research needed (.30); telephone conference with D. Lynch, attorney at Kutak Rock, re request that his firm review its records re 1982 and 1987 transactions involving Northglenn property (.50); conference re results of research re Adams County real estate records online (.30). | 3.50 | 1,400.00 |
| 08/04/06 | LBS | Conference with BLLikoff re lease renewal and other issues. | 0.50 | 187.50 |
| 08/04/06 | VJ | Conference with BLLikoff re title research for 1987 loan transaction (.30); research records of Adams County Clerk and Recorder online re mortgage and lease transactions from 1982 and 1987 (1.20). | 1.50 | 232.50 |
| 08/07/06 | BLL | Review HRO file re 1982 bond transaction re Northglenn property (.50); conference re ongoing real estate records research (.50). | 1.00 | 400.00 |
| 08/07/06 | VJ | Telephone conferences and electronic communications with Chicago Title re copies of lease documents (.20); review records of Adams County Clerk and Recorder re 1980 records (.30). | 0.50 | 77.50 |
| 08/08/06 | BLL | Telephone conference with D. Lynch re his review of | 0.30 | 120.00 |

Holme Roberts & Owen LLP

September 26, 2006

W.R. Grace

| | |
|---|---|
| Page | 5 |
| Invoice No.: | 746012 |
| Client No.: | 04339 |
| Matter No.: | 00000 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| | | Kutak Rock files re Northglenn property transactions. | | |
| 08/11/06 | VJ | Electronic communications with Jerry Green, Chicago Title, re copies of recorded documents (.20); review of same (.30). | 0.50 | 77.50 |
| 08/16/06 | VJ | Electronic communications with Chicago Title re copies of recorded lease documents. | 0.30 | 46.50 |
| 08/17/06 | VJ | Review final copies of recorded documents requested from Chicago Title (.30); memo to file (.20). | 0.50 | 77.50 |
| | | **Total Fees Through August 31, 2006:** | **13.20** | **$ 4,459.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| BLL | Bruce L. Likoff | Partner | $400.00 | 9.40 | $ 3,760.00 |
| LBS | Louise Staab | Partner | 375.00 | 0.50 | 187.50 |
| VJ | Vicki Jaynes | Paralegal | 155.00 | 3.30 | 511.50 |
| | | **Total Fees:** | | **13.20** | **$ 4,459.00** |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 08/04/06 | | Long Distance Telephone: 4105314795, 12 Mins., TranTime:14:44 | $ | 1.20 |
| | | **Total Disbursements:** | **$** | **1.20** |

### Disbursement Summary

| | | |
|---|---|---|
| Long Distance Telephone | $ | 1.20 |
| **Total Disbursements:** | **$** | **1.20** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 679369 | 09/24/04 | Bill | 395.00 |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | August | Total Comp |
|---|---|---|---|---|
| Flaagan, Elizabeth K. | Partner | $ 340.00 | 0.8 | $ 272.00 |
| Coggon, Katheryn | Sp. Counsel | $ 310.00 | 0.8 | $ 248.00 |
| Haag, Susan | Paralegal | $ 140.00 | 2.1 | $ 294.00 |
| Latuda, Carla | Paralegal | $ 135.00 | 16.5 | $ 2,227.50 |
| | | | | |
| Total | | | 20.20 | $ 3,041.50 |

Expenses

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL |
|---|---|
| Photocopies | $ 22.20 |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Federal Express | $ - |
| Outside Courier | $ - |
| Lexis | $ - |
| Consulting Fee | $ 1,318.33 |
| Postage | $ - |
| Research Services | $ - |
| Professional Services | $ - |
| Total | $ 1,340.53 |

Holme Roberts & Owen LLP

September 26, 2006

W.R. Grace

| | |
|---|---|
| Page | 11 |
| Invoice No.: | 746012 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/01/06 | MCL | Research chronologies of productions to EPA re: production of confidential materials pursuant to Matthew Murphy's request. | 1.00 | $ 135.00 |
| 08/03/06 | MCL | Research chronologies of productions to EPA re: production of confidential materials pursuant to Matthew Murphy's request. | 2.00 | 270.00 |
| 08/04/06 | MCL | Research chronologies of productions to EPA re: production of confidential materials pursuant to Matthew Murphy's request. | 6.00 | 810.00 |
| 08/07/06 | KJC | Address questions re production of CBI to creditors committee. | 0.80 | 248.00 |
| 08/07/06 | MCL | Conduct research re document production history pursuant to Matthew Murphy's request (6.5); draft email response re same (1.0). | 7.50 | 1,012.50 |
| 08/14/06 | EKF | Review and revise July 2006 invoices/prebills for compliance with US Trustee Guidelines (.50). | 0.50 | 170.00 |
| 08/25/06 | SH | Draft twentieth interim fee application. | 2.10 | 294.00 |
| 08/29/06 | EKF | Review and finalize April 2006 Monthly Fee Application (.30). | 0.30 | 102.00 |

| | | Total Fees Through August 31, 2006: | 20.20 | $ 3,041.50 |
|---|---|---|---|---|

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $340.00 | 0.80 | $ 272.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 310.00 | 0.80 | 248.00 |
| SH | Susan Haag | Paralegal | 140.00 | 2.10 | 294.00 |
| MCL | Carla M. Latuda | Paralegal | 135.00 | 16.50 | 2,227.50 |
| | | **Total Fees:** | | 20.20 | $ 3,041.50 |

Holme Roberts & Owen LLP

September 26, 2006

W.R. Grace

| | |
|---|---|
| Page | 12 |
| Invoice No.: | 746012 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 07/27/06 | | Consulting Fee: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 293574; DATE: 7/27/2006 - HRO Fees and Costs in WRGrace Case | $ | 970.84 |
| 08/23/06 | 26 | Document Reproduction | | 3.90 |
| 08/24/06 | | Consulting Fee: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 294624; DATE: 8/24/2006 - HRO Fees & Costs in WRGrace Bankruptcy Case July 2006 | | 347.49 |
| 08/24/06 | 86 | Document Reproduction | | 12.90 |
| 08/29/06 | 36 | Document Reproduction | | 5.40 |
| | | **Total Disbursements:** | **$** | **1,340.53** |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 1,318.33 |
| Document Reproduction | | 22.20 |
| **Total Disbursements:** | **$** | **1,340.53** |

### Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 658429 | 02/16/04 | Bill | | 475.61 |
| | 05/24/04 | Cash Receipt | | -366.31 |
| | 10/19/04 | Cash Receipt | | -92.89 |
| | | *Outstanding Balance on Invoice 658429:* | *$* | *16.41* |
| 661254 | 03/15/04 | Bill | | 2,580.71 |
| | 05/24/04 | Cash Receipt | | -2,131.18 |
| | 10/19/04 | Cash Receipt | | -382.44 |
| | | *Outstanding Balance on Invoice 661254:* | *$* | *67.09* |
| 679369 | 09/24/04 | Bill | | 1,618.52 |

Expenses

**Matter 00400 - Boston Document Production**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ 68.25 |
| Facsimile | $ - |
| Long Distance Telephone | $ - |
| Federal Express | $ - |
| Outside Courier | $ - |
| Lexis | $ - |
| Travel Expense | $ - |
| Meal Expenses | $ - |
| Color Photocopies | $ - |
| Tab Stock | $ - |
| Velo Binding | $ 2.00 |
| **Total** | **$ 70.25** |

|  |  | Holme Roberts & Owen LLP |
|---|---|---|
|  | September 26, 2006 |  |
| W.R. Grace |  | Page         15 |
|  |  | Invoice No.:  746012 |
|  |  | Client No.:   04339 |
|  |  | Matter No.:   00400 |

**Regarding: Boston Document Production**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 08/10/06 | 455 | Document Reproduction | $ | 68.25 |
| 08/10/06 | 2 | Velo Binding |  | 2.00 |
|  |  | **Total Disbursements:** | **$** | **70.25** |

### Disbursement Summary

| Document Reproduction | $ | 68.25 |
|---|---|---|
| Velo Binding |  | 2.00 |
| **Total Disbursements:** | **$** | **70.25** |

### Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 742454 | 08/15/06 | Bill |  | 634.05 |
|  |  | *Outstanding Balance on Invoice 742454:* | *$* | *634.05* |
|  |  | **Total Outstanding Invoices:** | **$** | **634.05** |

| **Trust Applied to Matter** | $ | 0.00 |
|---|---|---|
| **Current Fees and Disbursements** | $ | 70.25 |
| **Total Balance Due This Matter** | $ | 704.30 |

**Matter 00420 - Ninth Circuit Appeal**

| Name | Position | Hourly Rate | August | Total Comp |
|---|---|---|---|---|
| McCarthy, Jay | Partner | $ 350.00 | 1.9 | $ 665.00 |
| | | | | |
| Total | | | 1.90 | $ 665.00 |

Holme Roberts & Owen LLP

September 26, 2006

W.R. Grace

| | |
|---|---|
| Page | 16 |
| Invoice No.: | 746012 |
| Client No.: | 04339 |
| Matter No.: | 00420 |

**Regarding: Ninth Circuit Appeal**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/31/06 | JDM | Analyze petition for cert, government opposition and amicus brief (1.50); draft comments to KJCoggon (.40). | 1.90 | $ 665.00 |
| | | **Total Fees Through August 31, 2006:** | **1.90** | **$ 665.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| JDM | Jay D. McCarthy | Partner | $350.00 | 1.90 | $ 665.00 |
| | | | **Total Fees:** | **1.90** | **$ 665.00** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 43,437.00 |
| | 05/24/04 | Cash Receipt | -33,245.85 |
| | 10/19/04 | Cash Receipt | -8,661.32 |
| | | *Outstanding Balance on Invoice 658429:* | *$ 1,529.83* |
| 661254 | 03/15/04 | Bill | 19,191.03 |
| | 05/24/04 | Cash Receipt | -15,127.27 |
| | 10/19/04 | Cash Receipt | -3,457.23 |
| | | *Outstanding Balance on Invoice 661254:* | *$ 606.53* |
| 679369 | 09/24/04 | Bill | 655.54 |
| | 01/04/05 | Cash Receipt | -526.74 |
| | 04/22/05 | Cash Receipt | -125.08 |