# EXHIBIT A

## (FUSRAP)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044  

January 18, 2007  
Client/Matter #  01246-011548  
Invoice # 114464  
Federal ID# 52-1247549  

For Legal Services Rendered Through 12/31/06 in Connection With:

PLEASE REMIT PAYMENT TO :        BEVERIDGE & DIAMOND, P.C.
                                 SUITE 700
                                 1350 I STREET, N.W.
                                 WASHINGTON, D.C. 20005-3311

Curtis Bay FUSRAP Bankruptcy Claim Resolution

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 12/01/06 | K. Bourdeau | 0.50 | Review "White Paper" submitted to DOJ in preparation for settlement meeting with DOJ. |
| 12/01/06 | P. Marks | 0.50 | Correspondence and planning re meeting with DOJ. |
| 12/02/06 | K. Bourdeau | 1.00 | Review White Paper in preparation for meeting with DOJ. |
| 12/03/06 | K. Bourdeau | 9.75 | Prepare for meeting with DOJ; prepare several emails to P. Marks re same. |
| 12/03/06 | P. Marks | 0.25 | Evaluate email communications from K. Bourdeau. |
| 12/04/06 | K. Bourdeau | 3.50 | Further preparation for meeting with DOJ; email correspondence with P. Marks re same. |
| 12/04/06 | P. Marks | 3.50 | Evaluate legal issues and preparation for negotiations; telephone conference with client re issues; email to client re meeting preparation; email exchange with K. Bourdeau. |
| 12/05/06 | K. Bourdeau | 1.50 | Meeting with P. Marks re strategy for negotiation session with DOJ; follow-up research re same. |

BEVERIDGE & DIAMOND, P.C.                                      INVOICE #  114464
                                                               January 18, 2007
                                                               PAGE   2

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 12/05/06 | P. Marks | 4.00 | Prepare for and conduct conference with K. Bourdeau re preparation for negotiations; followup tasks. |
| 12/06/06 | K. Bourdeau | 1.00 | Review P. Marks correspondence re results of settlement conference with J. Freeman; prepare responsive email re legal issues to be addressed; analyze relevant background materials. |
| 12/06/06 | P. Marks | 4.00 | Research and preparation for negotiations; telephone conference with L. Duff and J. Freeman re DOJ position in negotiations; evaluate same; prepare memorandum to M. Obradovic re same. |
| 12/07/06 | K. Bourdeau | 1.25 | Further evaluate legal issues; conference with P. Marks re same. |
| 12/07/06 | P. Marks | 6.00 | Preparation for negotiations, including supplemental research and evaluation of materials; communications with K. Bourdeau re same. |
| 12/08/06 | P. Marks | 2.00 | Prepare for negotiations. |
| 12/10/06 | K. Bourdeau | 4.00 | Prepare for negotiations with supplemental research; prepare email to P. Marks re same. |
| 12/10/06 | P. Marks | 4.25 | Prepare for negotiations. |
| 12/11/06 | K. Bourdeau | 7.50 | Trip to Baltimore to attend strategy meeting with P. Marks, L. Duff, and M. Obradovic; attend pre-meeting with P. Marks re same; further follow-up preparation for negotiation session with DOJ, COE. |
| 12/11/06 | P. Marks | 6.50 | Conference with K. Bourdeau re results of supplemental research and strategy; prepare for and conduct conference with client team re negotiations preparation. |
| 12/12/06 | K. Bourdeau | 9.00 | Attend meeting in Baltimore with DOJ/Corps of Engineers/client/P. Marks re allocation negotiations; prepare for meeting re same; follow-up meeting with L. Duff, M. Obradovic, and P. Marks re next steps. |
| 12/12/06 | P. Marks | 9.00 | Conference with DOJ (J. Freeman), Corps (s. Platt and P. Fallegno), L. Duff, M. Obradovic and K. Bourdeau re settlement negotiations; followup client conference re same and preparation for next day's technical meeting |

| | | | |
|---|---|---|---|
| BEVERIDGE & DIAMOND, P.C. | | | INVOICE #  114464<br>January 18, 2007<br>PAGE   3 |

|  |  |  |  |
|---|---|---|---|
| | | | with Corps. |
| 12/13/06 | P. Marks | 4.50 | Prepare for, attend and followup meetings for conference with Corps (N. Fatherly, S. Platt, J. Owens) and Grace team re FS for RWDA and other issues. |
| 12/14/06 | K. Bourdeau | 0.75 | Conference with P. marks re results of follow-up conference with S. Platt on allocation issues; path forward re same; review and respond to P. Marks email re results of conference with J. Freeman and recommended action items going forward. |
| 12/14/06 | P. Marks | 2.00 | Prepare for and conduct telephone conference with J. Freeman re negotiations; followup communications with client team and K. Bourdeau. |
| 12/15/06 | K. Bourdeau | 0.50 | Email communications with P. Marks re follow-up action items to settlement negotiation meeting. |
| 12/15/06 | P. Marks | 1.50 | Communications with K. Bourdeau and client re next steps and strategy. |
| 12/18/06 | K. Bourdeau | 1.00 | Prepare updated summary analysis regarding whether the U.S. has no CERCLA Section 107(a) action. |
| 12/19/06 | K. Bourdeau | 0.50 | Continue work on updated summary analysis. |
| 12/20/06 | K. Bourdeau | 1.50 | Continue work on updated summary analysis. |
| 12/21/06 | K. Bourdeau | 4.75 | Continue work on uypdated summary analysis; research re same. |
| 12/22/06 | K. Bourdeau | 1.50 | Finalize draft of updated summary analysis; prepare transmittal email to P. marks with comments on same. |

Total Hours :                97.50

Total Fees :           $42,787.50

BEVERIDGE & DIAMOND, P.C.

INVOICE #  114464  
January 18, 2007  
PAGE   4

**Disbursements:**

| | |
|---|---:|
| Postage | 0.63 |
| Long Distance Telephone | 17.30 |
| Duplicating | 32.40 |
| Travel Expenses | 124.15 |
| Information Service - VENDOR: LEXISNEXIS COURT LINK-Invoice #EA258974 dated 12/1/06 for data research services | 122.14 |

Total Disbursements :   $296.62

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| K. Bourdeau | 49.50 | $525.00 | $25,987.50 |
| P. Marks | 48.00 | $350.00 | $16,800.00 |

Total Fees :   $42,787.50

Total Disbursements :   $296.62

**TOTAL DUE :**   $43,084.12