# EXHIBIT B

**(Bankruptcy Fee Application)**

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

January 18, 2007  
Client/Matter #  01246-012629  
Invoice # 114465  
Federal ID# 52-1247549

For Legal Services Rendered Through 12/31/06 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.  
SUITE 700  
1350 I STREET, N.W.  
WASHINGTON, D.C. 20005-3311

**Bankruptcy Fee Application**

**Disbursements:**

| | |
|---|---:|
| Postage | 5.80 |
| Duplicating | 31.80 |
| **Total Disbursements :** | **$37.60** |
| **TOTAL DUE :** | **$37.60** |