# EXHIBIT C

## (Curtis Bay Works)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.
Attn: Lydia Duff, Esq.
Division Counsel
7500 Grace Drive
Columbia, MD  21044

January 18, 2007
Client/Matter #  01246-010001
Invoice # 114463
Federal ID# 52-1247549

For Legal Services Rendered Through 12/31/06 in Connection With:

**Curtis Bay Works**

| | | | |
|---|---|---|---|
| 12/01/06 | P. Marks | 2.75 | Evaluate, prepare comments and communications with P. Bucens re data report preparation. |
| 12/20/06 | P. Marks | 0.50 | Telephone conference with MDE (E. Hamerberg) re state's groundwater remediation corrective action goals. |

Total Hours :        3.25

Total Fees :     $1,137.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 114463
January 18, 2007
PAGE   2

**Disbursements:**

Telecopy - VENDOR: BANK OF AMERICA NA- KSB Visa     4.20
statement dated 11/25/06- KSB faxes received in
Boston on 11/13

Total Disbursements :          $4.20

**Time Summary:**

|          | Hours Worked | Billed Per Hour | Bill Amount |
|----------|-------------|-----------------|-------------|
| P. Marks | 3.25        | $350.00         | $1,137.50   |

Total Fees :          $1,137.50

Total Disbursements :          $4.20

TOTAL DUE :          $1,141.70