# EXHIBIT A

## (FUSRAP)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

February 21, 2007
Client/Matter #  01246-011548
Invoice # 114930
Federal ID# 52-1247549

For Legal Services Rendered Through 01/31/07 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**Curtis Bay FUSRAP Bankruptcy Claim Resolution**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 01/04/07 | P. Marks | 1.50 | Review and evaluate draft summary of argument. |
| 01/05/07 | P. Marks | 0.25 | Telephone conference with L. Duff re status and settlement issues. |
| 01/09/07 | P. Marks | 1.25 | Prepare for and conduct update telephone conference with team and J. Freeman; followup telephone conference with team; coordinate with K. Bourdeau via email re tasks. |
| 01/12/07 | P. Marks | 2.00 | Review relevant case developments; prepare draft summary; research re same. |
| 01/13/07 | K. Bourdeau | 2.00 | Review materials forwarded by P. Marks re case law developments; review recent Supreme Court Cert petition filings re Aviall issues; prepare email to P. Marks re same. |
| 01/15/07 | P. Marks | 4.00 | Prepare draft summary; research re same. |
| 01/17/07 | P. Marks | 8.50 | Evaluate legal issues re remedy selection; memorandum to L. Duff re same; prepare summary paper; research re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  114930
February 21, 2007
PAGE  2

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 01/18/07 | K. Bourdeau | 1.75 | Review of case law right of action under CERCLA Section 107(a) for PRPs; email communications with P. Marks re same and Grace updated summary memorandum on lack of availability of Section 107(a) action for the U.S. and Curtis Bay; review client comments on memorandum; conference with P. Marks re path forward and approach to 1/23/07 settlement meeting with the U.S. |
| 01/18/07 | P. Marks | 1.75 | Evaluate issues in preparation for meeting with DOJ; conference with K. Bourdeau re same. |
| 01/19/07 | K. Bourdeau | 1.50 | Email communications and conferences with P. marks re issues posed by Aviall summary piece and approach to new settlement meeting with the U.S.; begin review of revised draft Aviall piece. |
| 01/19/07 | P. Marks | 6.00 | Prepare for settlement meeting; prepare Aviall summary; review and evaluate legislative history re same; communications with K. Bourdeau re same and settlement negotiation issues. |
| 01/20/07 | K. Bourdeau | 2.50 | Complete review of revised draft of Aviall piece and comments on same to P. Marks; review P. Marks preliminary outline related to settlement issues; review briefs and decisions in connection with Aviall summary paper; prepare email to P. Marks re all of the above. |
| 01/22/07 | K. Bourdeau | 1.50 | Finalize email to P. Marks re final comments on Aviall piece, issues to address with U.S., and result of review of caselaw; conference with P. Marks re same. |
| 01/22/07 | P. Marks | 5.00 | Prepare cost recovery (Aviall) summary of argument; telephone conference with K. Bourdeau re same and settlement negotiations; send summary argument to J. Freeman; prepare for negotiations re factual/historic issues. |
| 01/23/07 | P. Marks | 3.00 | Research and evaluation related to negotiations and technical issues. |
| 01/24/07 | K. Bourdeau | 0.50 | Conference with P. Marks re preparation for next negotiation session and issues to be addressed/arguments to be made. |
| 01/24/07 | P. Marks | 7.25 | Prepare for negotiations; telephone conference with K. Bourdeau re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  114930  
February 21, 2007  
PAGE   3

| | | | |
|---|---|---|---|
| 01/25/07 | P. Marks | 4.00 | Prepare for negotiations. |
| 01/26/07 | K. Bourdeau | 0.75 | Review of and response to various P. Marks email communications re issues to be addressed in preparation for next negotiation session with the U.S.; conference with P. Edattel re compilation of case law materials needed to prepare for settlement negotiation. |
| 01/26/07 | P. Marks | 5.00 | Telephone conference with client team re RWDA issues; prepare for negotiations; telephone conference with L. Duff re same. |
| 01/26/07 | P. Edattel | 2.00 | Legal research related to Cooper v. Aviall for K. Bourdeau. |
| 01/27/07 | P. Marks | 0.50 | Email communications with K. Bourdeau re negotiations; evaluate issues. |
| 01/28/07 | K. Bourdeau | 4.75 | Review allocation cases and other relevant materials in preparation for 1/30 negotiation with the U.S.; prepare notes thereto; communications with P. Marks re same. |
| 01/29/07 | K. Bourdeau | 4.50 | Review additional background materials from P. Marks in preparation for 1/30 meeting with U.S.; conference with P. Marks re strategy; conference with L. Duff re same; further preparation for meeting with U.S. re same. |
| 01/29/07 | P. Marks | 6.75 | Prepare for negotiations; telephone conference with K. Bourdeau re same; telephone conference with L. Duff re same; email to M. Obradovic re same. |
| 01/30/07 | K. Bourdeau | 7.00 | Prepare for negotiation session with the U.S.; participation in negotiation session with the U.S.; follow-up meeting with Grace team re path forward, action items. |
| 01/30/07 | P. Marks | 9.00 | Travel to and from DC; conduct meeting with client and government re allocation of liability; post meeting client discussion. |
| 01/31/07 | P. Marks | 1.50 | Review and update tasks; address audit letter. |

Total Hours :              96.00

Total Fees :         $38,520.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  114930
February 21, 2007
PAGE   4

**Disbursements:**

| | |
|---|---:|
| Postage | 1.86 |
| Long Distance Telephone | 69.14 |
| Travel Expenses | 24.00 |
| Information Service - VENDOR: LEXISNEXIS COURT LINK-Invoice #EA262629 dated 1/1/07 for data research services | 116.32 |

Total Disbursements :                $211.32

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| K. Bourdeau | 26.75 | $550.00 | $14,712.50 |
| P. Marks | 67.25 | $350.00 | $23,537.50 |
| P. Edattel | 2.00 | $135.00 | $270.00 |

Total Fees :                $38,520.00

Total Disbursements :                $211.32

TOTAL DUE :                $38,731.32