# EXHIBIT B

**(Curtis Bay Works)**

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
**SUITE 700**
**1350 I STREET, N.W.**
**WASHINGTON D.C. 20005-3311**
**(202) 789-6000**

W. R. Grace & Co.                          February 21, 2007
Attn: Lydia Duff, Esq.                     Client/Matter #  01246-010001
Division Counsel                           Invoice # 114931
7500 Grace Drive                           Federal ID# 52-1247549
Columbia, MD  21044

---

For Legal Services Rendered Through 01/31/07 in Connection With:

**Curtis Bay Works**

| | | | |
|---|---|---|---|
| 01/31/07 | K. Bourdeau | 0.75 | Review new materials provided by client re EPA response to W.R. Grace's 12/4/06 Data Summary Report and Proposed Additional Investigation; evaluate issues posed by same and possible responses to EPA; communications with P. Marks re same. |
| 01/31/07 | P. Marks | 2.25 | Review and evaluate P. Bucens e-mails re EPA positions; communications with K.  Bourdeau re same; review notes re communications with state re same; communications with K. Bourdeau re same. |

|  |  |
|---|---|
| Total Hours : | 3.00 |
| Total Fees : | $1,200.00 |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 114931
February 21, 2007
PAGE   2

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 0.75 | $550.00 | $412.50 |
| P. Marks | 2.25 | $350.00 | $787.50 |

| | | | |
|---|---|---|---|
| **Total Fees :** | | | **$1,200.00** |
| **TOTAL DUE :** | | | **$1,200.00** |