# EXHIBIT C

## (Acton Real Estate)

29158v1 Baltimore 012629

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 120
45 WILLIAM STREET
WELLESLEY, MA 02481
(781) 416-5700


W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD 21044

February 13, 2007  
Client/Matter # 01246-013093  
Invoice # 114811  
Federal ID# 52-1247549

For Legal Services Rendered Through 01/31/07 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.  
SUITE 700  
1350 I STREET, N.W.  
WASHINGTON, D.C. 20005-3311

<u>Acton Real Estate Matter</u>

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 01/19/07 | P. Saint James | 0.20 | E-mail correspondence with P. Marks. |
| 01/22/07 | P. Saint James | 1.50 | Review of e-mail transmissions and site plan; telephone conference with P. Marks; telephone conference with J. Grachuk regarding environmental issues and site visit. |
| 01/22/07 | J. Grachuk | 1.90 | Conference with P. Saint James regarding review of environmental provisions of settlement agreement; review materials. |
| 01/23/07 | P. Saint James | 4.00 | Review of May 2006 proposed agreement; e-mail correspondence; discussion of agreement with J. Grachuk; conference call with client and J. Grachuk. |
| 01/23/07 | J. Grachuk | 4.50 | Review draft settlement agreement; review Record of Decision and Remedial Design Remedial Action Statement of Work and related research; participate in telephone conference with client environmental team and P. Saint James regarding project background. |
| 01/24/07 | J. Grachuk | 3.50 | Additional research on environmental conditions of site; begin to review draft agreement. |

BEVERIDGE & DIAMOND, P.C.                                        INVOICE # 114811
                                                                 February 13, 2007
                                                                 PAGE   2

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 01/25/07 | P. Saint James | 0.30 | Review of e-mails. |
| 01/26/07 | P. Saint James | 0.20 | E-mail correspondence with client. |
| 01/29/07 | P. Saint James | 1.00 | Meeting with J. Grachuk regarding environmental insurance; review of e-mails. |
| 01/29/07 | S. Richmond | 0.50 | Attention to RCRA corrective action questions. |
| 01/29/07 | J. Grachuk | 2.90 | Additional review of materials on site conditions and cleanup obligations including EPA and DEP orders. |
| 01/30/07 | P. Saint James | 3.00 | Review of e-mails; begin review of revised agreement; discussion of environmental provisions with J. Grachuk; telephone conference with L. Duff. |
| 01/30/07 | J. Grachuk | 3.80 | Review draft settlement agreement; work on developing proposal for addressing environmental conditions; conference with P. Saint James regarding draft agreement. |
| 01/31/07 | P. Saint James | 3.30 | Review of e-mails; review of revised agreement; conference call with L. Duff and J. Grachuk. |
| 01/31/07 | J. Grachuk | 0.80 | Telephone conference with L. Duff and P. Saint James regarding upcoming meeting with Acton; work on potential proposal resolving environmental issues. |

                                    Total Hours :                   31.40

                                    Total Fees :               $12,040.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 114811  
February 13, 2007  
PAGE   3

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Saint James | 13.50 | $425.00 | $5,737.50 |
| S. Richmond | 0.50 | $425.00 | $212.50 |
| J. Grachuk | 17.40 | $350.00 | $6,090.00 |
| **Total Fees :** |  |  | **$12,040.00** |
| **TOTAL DUE :** |  |  | **$12,040.00** |