# EXHIBIT A

2006 Fee Applications
July through September

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: November 23, 2006** |
| | ) | **Hearing Date: TBD only if necessary** |

### SUMMARY OF THE APPLICATION OF WILLIAM D. SULLIVAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM JULY 24, 2006 THROUGH AUGUST 31, 2006

Name of Applicant:                                   William D. Sullivan, LLC

Authorized to Provide Professional Services to:     Zonolite Attic Insulation Claimants

Date of Appointment:                                July 22, 2002[1]

Period for which compensation and
Reimbursement is sought:                            July 24, 2006 through
                                                    August 31, 2006

Amount of Compensation sought as actual,
Reasonable, and necessary:                          $ 1,950.00

Amount of Expenses Reimbursement:                   $ 0.00

This is a: X monthly  _ quarterly  _ final application

Prior Application filed: No.

This is the first application of William D. Sullivan, LLC ("Sullivan") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

---

[1] William D. Sullivan presently serves as Delaware Counsel to the ZAI Claimants, through the firm of William D. Sullivan, LLC. Mr. Sullivan was designated as Delaware Counsel to the ZAI Claimants by Edward Westbrook, Lead Counsel to the ZAI Claimants, pursuant to the ZAI Claimants' Revised Special Counsel Designation and Litigation Budget for the ZAI Science Trial (D.I. 2508). The ZAI Claimants Revised Designation was approved by the Court by Order dated August 26, 2002 (D.I. 2617). Mr. Sullivan was previously employed by the firms of Elzufon Austin Reardon Tarlov and Mondell (through September 20, 2004) and Buchanan Ingersoll (September 20, 2004 through July 21, 2006). Those firms are no longer involved in the representation of the ZAI Claimants.

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $480.00.

The Sullivan attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 17 | Bankruptcy | $320.00 | 6.5 | $1,950.00 |
| TOTALS | | | | | 6.5 | $1,950.00 |

No paraprofessional rendered professional services in these cases during the Fee Period.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications | 0.0 | $0.00 |
| 20-Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 6.5 | $1,950.00 |
| TOTALS | 6.5 | $1,950.00 |

## 11 - Fee Applications, Applicant

| Description | Amount |
|---|---|
| Messenger Service | $0.00 |
| Copying - In-house ($0.07 per page) | $0.00 |
| Postage for fee applications | $0.00 |
| On-line Search Service (CM/ECF) | $0.00 |
| Total | $0.00 |

Dated: November 3, 2006
Wilmington, Delaware

**WILLIAM D. SULLIVAN, LLC**

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
FAX: (302) 428-8195

Delaware Counsel for the ZAI Claimants

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: November 23, 2006** |
| | ) | **Hearing Date:  TBD only if necessary** |

**FEE DETAIL FOR THE APPLICATION OF WILLIAM D. SULLIVAN, LLC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM
JULY 24, 2006 THROUGH AUGUST 31, 2006**

# William D Sullivan, LLC

**4 East 8th Street, Suite 400**
**Wilmington, DE  19801**
**Tel: (302) 428-8191**
**Fax:(302) 428-8195**

**Tax ID # 20-5238500**

Ed Westbrook, Esq.
Richardson, Patrick, Westbrook & Brickman
1037 Chuck Dawley Blvd, Building A
Mt. Pleasant SC 29264

September 18, 2006
Invoice #     10019

**In Reference To:**   **W.R. Grace - ZAI Claimants**
**C.A.  01-01139 (JKF)**

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/24/2006 | WDS | Attend omnibus hearing re: status of mediation, exclusivity hearing | 2.50 | 750.00 |
| 8/21/2006 | WDS | Conference with Canadian counsel regarding status of ZAI matter | 0.50 | 150.00 |
|  | WDS | Attend hearing on claims litigation and handling of Canadian ZAI claims | 3.00 | 900.00 |
| 8/25/2006 | WDS | Review Debtor's Motion for 2004 Examination; e-mail to co-counsel regarding same | 0.50 | 150.00 |
|  | For professional services rendered |  | 6.50 | $1,950.00 |
|  | Balance due |  |  | $1,950.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William D Sullivan | 6.50 | 300.00 | $1,950.00 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: November 23, 2006** |
| | ) | **Hearing Date: TBD only if necessary** |

### VERIFICATION OF THE APPLICATION OF WILLIAM D. SULLIVAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL·COUNSEL FOR THE INTERIM PERIOD FROM JULY 24, 2006 THROUGH AUGUST 31, 2006

I, William D. Sullivan, do hereby verify the following with respect to the Application Of

William D. Sullivan, LLC ("Sullivan") For Compensation For Services And Reimbursement Of

Expenses As ZAI Local Counsel For The Interim Period From July 24, 2006 Through August

31, 2006:

1.       I am an attorney with the applicant law firm, William D. Sullivan, LLC, admitted

to appear before this Court.

2.       I personally performed many of the legal services for which Sullivan is seeking

interim compensation and am thoroughly familiar with the other work performed on behalf of the

ZAI Claimants by the other Sullivan attorneys for whose work compensation is being sought.

3.       I have reviewed the foregoing application and the facts set forth therein are true

and correct to the best of my knowledge, information and belief. I am familiar with

Del.Bankr.L.R. 2016-2 and have reviewed the Court's *Amended Administrative Order Under 11*

*U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and*

*Reimbursement of Expenses for Professionals and Official Committee Members*, signed April 17,

2002, and believe that the foregoing application substantially complies with Rule 2016-2 and the

Order.

Dated: November 3, 2006

William D. Sullivan (No. 2820)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
FAX: (302) 428-8195

2

## CERTIFICATE OF SERVICE

I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused

service of the within *Application of William D. Sullivan, LLC for Compensation for Services and*

*Reimbursement of Expenses as ZAI Local Counsel for the Interim Period from July 24, 2004*

*through August 31, 2006* to be made this November 3,  2006 upon the parties identified on the

attached service list, in the manner indicated:


*November 3, 2006*                                     */s/ William D. Sullivan*
Date                                                              William D. Sullivan

## SERVICE LIST

*E-mail:* smcfarland@pszyj.com
(Counsel for Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

### Hand Delivery
Vito I. DiMaio
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

### Hand Delivery
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

### Federal Express
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

### Federal Express and E-mail:
william.sparks@grace.com
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail:* syoder@bayardfirm.com
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail:* meskin@del.camvel.com
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail:* ttacconelli@ferryjoseph.com
(Counsel for Property Damage
Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail:* mlastowski@duanemorris.com
(Counsel for Official Committee of
Unsecured Creditors)
Michael R. Lastowki, Esquire
Duane Morris LLP

*E-mail:* currier@klettrooney.com
(Counsel for Official Committee of
Equity Holders)
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney, P.C.

*E-mail:*
james_kapp@chicago.kirkland.com
(Counsel to Debtor)
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail:* pvnl@capdale.com
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail:* elawler@stroock.com
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail:* carol.hennessey@lw.com
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

## SERVICE LIST

*E-mail:* jsakalo@bilzin.com
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

*E-mail:* pbentley@kramerlevin.com
(Counsel to Official Committee of
Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

## File a Motion:

01-01139-JKF W.R. GRACE & CO. and W.R. Grace & Co., et al.

Type: bk                     Chapter: 11 v              Office: 1 (Delaware)
Judge: JKF                   Assets: y
Case Flag: LEAD, MEGA, APPEAL, CLMSAGNT, Sealed Doc(s)

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Sullivan, William David entered on 11/3/2006 at 4:22 PM
EST and filed on 11/3/2006

**Case Name:**         W.R. GRACE & CO. and W.R. Grace & Co., et al.
**Case Number:**       01-01139-JKF
**Document Number:** 13570

**Docket Text:**
Application for Compensation *Summary of Services and Reimbursement of Expenses as ZAI Local
Counsel for the Interim Period from July 24, 2006 through August 31, 2006* Filed by William D.
Sullivan, LLC Objections due by 11/23/2006. (Sullivan, William)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\SHARE\Scans\WR Grace Sullivan Fee App.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=11/3/2006] [FileNumber=5286174-0]
[6d822fc2f975a638cf9b2205e7d4aba2187d07591b38245732b0c37197b550326d07
9b00b7c2dd63fee6eb9159bd304cf610380c783428e35cbdbbbcf163beb7]]

### 01-01139-JKF Notice will be electronically mailed to:

Eric B. Abramson    eabramson@serlinglaw.com

Peter M. Acton    pacton@nutter.com

David G. Aelvoet    davida@publicans.com

Julie A. Ardoin    dlawless@murray-lawfirm.com

Jonathan David Berger    jdberger@bm.net

Neil Matthew Berger    neilberger@teamtogut.com,
dperson@teamtogut.com;hmagaliff@teamtogut.com;cmilianes@teamtogut.com

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

In re: ) Chapter 11
)
W.R. Grace & Co., et al., ) Case No. 01-01139 (JKF)
) (Jointly Administered)
)
Debtors. ) **Objection Deadline: November 23, 2006**
) **Hearing Date: TBD only if necessary**

## SUMMARY OF THE APPLICATION OF WILLIAM D. SULLIVAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006

Name of Applicant: William D. Sullivan, LLC

Authorized to Provide Professional Services to: Zonolite Attic Insulation Claimants

Date of Appointment: July 22, 2002[1]

Period for which compensation and
Reimbursement is sought: September 1, 2006 through
September 30, 2006

Amount of Compensation sought as actual,
Reasonable, and necessary: $ 390.00

Amount of Expenses Reimbursement: $ 0.00

This is a: $\underline{X}$ monthly  _ quarterly  _ final application

Prior Application filed: Yes.

---

[1] William D. Sullivan presently serves as Delaware Counsel to the ZAI Claimants, through the firm of William D. Sullivan, LLC. Mr. Sullivan was designated as Delaware Counsel to the ZAI Claimants by Edward Westbrook, Lead Counsel to the ZAI Claimants, pursuant to the ZAI Claimants' Revised Special Counsel Designation and Litigation Budget for the ZAI Science Trial (D.I. 2508). The ZAI Claimants Revised Designation was approved by the Court by Order dated August 26, 2002 (D.I. 2617). Mr. Sullivan was previously employed by the firms of Elzufon Austin Reardon Tarlov and Mondell (through September 20, 2004) and Buchanan Ingersoll (September 20, 2004 through July 21, 2006). Those firms are no longer involved in the representation of the ZAI Claimants.

Docket No. 13571
Date 11/3/2006

This is the second application of William D. Sullivan, LLC ("Sullivan") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case. The status of previous applications filed by Sullivan is set forth below:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/3/06 | 7/24/06-8/31/06 | $1,950.00 | $0.00 | pending | pending |

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $480.00.

The Sullivan attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 17 | Bankruptcy | $320.00 | 1.3 | $390.00 |
| TOTALS | | | | | 1.3 | $390.00 |

No paraprofessional rendered professional services in these cases during the Fee Period.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications | 0.0 | $0.00 |
| 20-Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 0.0 | $0.00 |
| TOTALS | 0.0 | $0.00 |

## 11 - Fee Applications, Applicant

| Description | Amount |
|---|---|
| Messenger Service | $0.00 |
| Copying - In-house ($0.07 per page) | $0.00 |
| Postage for fee applications | $0.00 |
| On-line Search Service (CM/ECF) | $0.00 |
| Total | $0.00 |

Dated: November 3, 2006
     Wilmington, Delaware

**WILLIAM D. SULLIVAN, LLC**

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
FAX: (302) 428-8195

Delaware Counsel for the ZAI Claimants

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: November 23, 2006** |
| | ) | **Hearing Date: TBD only if necessary** |

### FEE DETAIL FOR THE APPLICATION OF WILLIAM D. SULLIVAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006

# William D Sullivan, LLC

**4 East 8th Street, Suite 400**
**Wilmington, DE  19801**
**Tel: (302) 428-8191**
**Fax:(302) 428-8195**

**Tax ID # 20-5238500**

William Sparks
W.R. Grace & Co.
7500 Grace Dr.
Columbia MD 21044

October 23, 2006
Invoice #    10022

**In Reference To:**    **W.R. Grace - ZAI Claimants**
**C.A.  01-01139 (JKF)**

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 9/7/2006 WDS | Correspondence with co-counsel re: approval of final version; sign pleading | 0.30 | 90.00 |
| 9/8/2006 WDS | Review draft objection to 2004 Examination | 0.50 | 150.00 |
| 9/25/2006 WDS | Review agenda for hearing; review docket re: fee application orders and examine reports | 0.50 | 150.00 |
| | For professional services rendered | 1.30 | $390.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William D Sullivan | 1.30 | 300.00 | $390.00 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: November 23, 2006** |
| | ) | **Hearing Date: TBD only if necessary** |

### VERIFICATION OF THE APPLICATION OF WILLIAM D. SULLIVAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006

I, William D. Sullivan, do hereby verify the following with respect to the Application Of

William D. Sullivan, LLC ("Sullivan") For Compensation For Services And Reimbursement Of

Expenses As ZAI Local Counsel For The Interim Period From July 24, 2006 Through August

31, 2006:

1.      I am an attorney with the applicant law firm, William D. Sullivan, LLC, admitted

to appear before this Court.

2.      I personally performed many of the legal services for which Sullivan is seeking

interim compensation and am thoroughly familiar with the other work performed on behalf of the

ZAI Claimants by the other Sullivan attorneys for whose work compensation is being sought.

3.      I have reviewed the foregoing application and the facts set forth therein are true

and correct to the best of my knowledge, information and belief.  I am familiar with

Del.Bankr.L.R. 2016-2 and have reviewed the Court's *Amended Administrative Order Under 11*

*U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and*

*Reimbursement of Expenses for Professionals and Official Committee Members*, signed April 17,

2002, and believe that the foregoing application substantially complies with Rule 2016-2 and the

Order.

Dated: November 3, 2006

William D. Sullivan (No. 2820)
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
FAX: (302) 428-8195

## **CERTIFICATE OF SERVICE**

I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused

service of the within *Application of William D. Sullivan, LLC for Compensation for Services and*

*Reimbursement of Expenses as ZAI Local Counsel for the Interim Period from September 1,*

*2006 through September 30, 2006* to be made this November 3, 2006 upon the parties identified

on the attached service list, in the manner indicated:


*November 3, 2006*                                        ___*/s/ William D. Sullivan*___
Date                                                                 William D. Sullivan

## SERVICE LIST

*E-mail:* smcfarland@pszyj.com
(Counsel for Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Hand Delivery*
Vito I. DiMaio
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

*Federal Express and E-mail:*
william.sparks@grace.com
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail:* syoder@bayardfirm.com
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail:* meskin@del.camvel.com
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail:* ttacconelli@ferryjoseph.com
(Counsel for Property Damage
Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail:* mlastowski@duanemorris.com
(Counsel for Official Committee of
Unsecured Creditors)
Michael R. Lastowki, Esquire
Duane Morris LLP

*E-mail:* currier@klettrooney.com
(Counsel for Official Committee of
Equity Holders)
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney, P.C.

*E-mail:*
james_kapp@chicago.kirkland.com
(Counsel to Debtor)
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail:* pvnl@capdale.com
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail:* elawler@stroock.com
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail:* carol.hennessey@lw.com
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

## SERVICE LIST

***E-mail:*** jsakalo@bilzin.com
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

***E-mail:*** pbentley@kramerlevin.com
(Counsel to Official Committee of
Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

## File a Motion:

01-01139-JKF W.R. GRACE & CO. and W.R. Grace & Co., et al.

Type: bk                    Chapter: 11 v              Office: 1 (Delaware)

Judge: JKF                  Assets: y

Case Flag: LEAD, MEGA, APPEAL, CLMSAGNT, Sealed Doc(s)

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Sullivan, William David entered on 11/3/2006 at 4:46 PM
EST and filed on 11/3/2006

**Case Name:**        W.R. GRACE & CO. and W.R. Grace & Co., et al.

**Case Number:**      01-01139-JKF

**Document Number:** 13571

### Docket Text:

Application for Compensation *Summary of Services and Reimbursement of Expenses as ZAI Local
Counsel for the Interim Period from September 1, 2006 through September 30, 2006* Filed by William
D. Sullivan, LLC Objections due by 11/23/2006. (Sullivan, William)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\SHARE\Scans\WR Grace Sullivan Sept Fee App.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=11/3/2006] [FileNumber=5286234-0]
[a06381e6939f698fed24a8da95b7b9c47dcb3b945156ce0a3ba764d68879bd8d7b24
1a7e189802c5b5dc8c72e75f79a145876645b68a8e844d069dc66d51bdd9]]

### 01-01139-JKF Notice will be electronically mailed to:

Eric B. Abramson     eabramson@serlinglaw.com

Peter M. Acton      pacton@nutter.com

David G. Aelvoet     davida@publicans.com

Julie A. Ardoin     dlawless@murray-lawfirm.com

Jonathan David Berger     jdberger@bm.net

Neil Matthew Berger     neilberger@teamtogut.com,
dperson@teamtogut.com;hmagaliff@teamtogut.com;cmilianes@teamtogut.com