# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br>(Jointly Administered)<br><br>**Related Docket No. 14493** |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on the 7th day of March, 2007, a true and correct copy of **Debtors' Responses and Objections to Certain Canadian Property Damage Claimants' First Set of Interrogatories and First Request for Production of Documents**[1] were served on the individuals on the attached service list via facsimile and first class mail.

---

[1] Debtors' Responses and Objections are to the Discovery Requests served on February 5, 2007 by the following claimants: Calgary Board of Education – Altadore Elementary (Claim No. 14885); McMaster University (Claim No. 12368); Hamilton District School Board – Westview (Claim No. 11684); Hudson's Bay Company – Bay 1634/Ottawa (Claim No. 12530); Great West Life – London Life (Claim No. 12533); Hudson's Bay Company – Zellers 17/Ottawa (Claim No. 12531); Toronto District School Board – Indian Road Crescent Jr. (Claim No. 12309); Hamilton District School Board – Westdale (Claim No. 11683); Hamilton District School Board – Sherwood Heights (Claim No. 11680); Hamilton District School Board – Sherwood Secondary (Claim No. 11322); Oxford Properties – Edmonton Centre – Td Tower (Claim No. 12423); Edmonton Public Schools – Woodcroft (Claim No. 12554); Hudson's Bay Company – Bay 1144/Calgary (Claim No. 12526); Hudson's Bay Company – Bay 1164/Calgary (Claim No. 12528); Hudson's Bay Company – Zellers 435/Calgary (Claim No. 12532); Calgary Board of Education – Wildwood Elementary (Claim No. 12442); Calgary Board of Education – Vincent Massey Jr. High (Claim No. 12438); Calgary Board of Education – Viscount Bennett (Claim No. 12439); Calgary Board of Education – Western Canada High (Claim No. 12440); Winnipeg-Redcliff (354401 Alberta Ltd.) (Claim No. 11620); Morguard Investments Limited – 7 Oaks Mall (Claim 12430); School District 68 Nanaimo Ladysmith – Nanaimo Sr. (Claim No. 11627); School District 68 Nanaimo Ladysmith – Woodlands (Claim No. 11632); Hudson Bay Company – Bay 1120/Winnipeg (Claim No. 12525); Carleton University – Mcodorum Library (Claim No. 12395); Avalon East School Board – Hazelwood Elementary (Claim No. 12491); Health Care Corporation of St. John's (Claim No. 12493); Atlantic Shopping Centres Ltd. (Claim No. 12490); City of Vancouver – Queen Elizabeth Playhouse & Theatres (Claim No. 12476); Toronto District School Board – Queen Alexandra (Claim No. 12314); Hudson's Bay Company – Bay 1162/Abbotsford (Claim No. 12527); Oxford Properties – Edmonton City Centre East (Claim No. 12422); Oxford Properties – Edmonton Centre, 10025-102 Avenue (Claim No. 12421); Edmonton Public Schools – Wellington (Claim No. 12549); Edmonton Public Schools – Ross Sheppard (Claim No. 12501); Edmonton Public Schools – Strathcona (Claim No. 12546); Edmonton Public Schools – Victoria (Claim No. 12548); Edmonton Public Schools – Sherbrook (Claim No. 12503); Edmonton Public Schools – Ritchie School (Claim No. 12500); Edmonton Public Schools – North Edmonton (Claim No. 12542); Edmonton Public Schools – Parkview (Claim No. 12537); Edmonton Public Schools – Prince Rupert (Claim No. 12496); Edmonton Public Schools – Queen Alexandra (Claim No. 12498); Hamilton District School Board – Scott Park (Claim No. 11323);

91100-001\DOCS_DE:125648.1

| | |
|---|---|
| Dated: March 7, 2007 | REED SMITH LLP<br>James J. Restivo, Jr., Esq. (#10113)<br>Lawrence Flatley, Esq. (#21871)<br>Douglas E. Cameron, Esq. (#41644)<br>435 Sixth Avenue<br>Pittsburgh, PA 15219<br>Telephone: (412) 288-3131<br>Facsimile: (412) 288-3063<br><br>KIRKLAND & ELLIS LLP<br>David M. Bernick, P.C.<br>Lisa G. Esayian<br>Janet S. Baer<br>200 East Randolph Drive<br>Chicago, IL 60601<br>Telephone: (312) 861-2000<br>Facsimile: (312) 861-2200<br><br>-and-<br><br>PACHULSKI STANG ZIEHL YOUNG JONES<br>& WEINTRAUB LLP<br><br>*/s/ James E. O'Neill*<br><br>Laura Davis Jones (Bar No. 2436)<br>James E. O'Neill (Bar No. 4042)<br>Timothy P. Cairns (Bar No. 4228)<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br><br>Co-Counsel for the Debtors and Debtors in Possession |

---

Fairmail Leasehold Inc. – Cadillac Fairview Mall (Claim No. 12396); Hamilton District School Board – Delta (Claim No. 13950); Calgary Board of Education – Balmoral Jr. High (Claim No. 12570); Calgary Board of Education – Briar Hill Elementary (Claim No. 12410); Calgary Board of Education – Cambrian Heights Elementary (Claim No. 12412); Calgary Board of Education – James Fowler High (Claim No. 12454); Calgary Board of Education – Kingsland Elementary (Claim No. 12457); Calgary Board of Education – Parkdale Elementary (Claim No. 12590); Calgary Board of Education – Queen Elizabeth High (Claim No. 12591); Edmonton Public Schools – Allendale (Claim No. 12388); City of Edmonton – Century Place (Claim No. 12489); City of Edmonton – Clarke Stadium (Claim No. 12400); City of Edmonton – Davies Transit (Claim No. 12401); Morguard Investments Limited – 55 City Centre Drive (Claim No. 12427); Edmonton Public Schools – Newton (Claim No. 12541); Edmonton Public Schools – Bonnie Doon (Claim No. 12394); Edmonton Public Schools – Delton (Claim No. 12377); Edmonton Public Schools – Eastglen (Claim No. 12557); Edmonton Public Schools – Ja Fife (Claim No. 12576).

2

91100-001\DOCS_DE:125648.1

Grace Certain PD Claimants Discover
Service List
Case No. 01-1139 (JKF)
March 7, 2007
Document # 125638
**02 - Facsimile**
**02 – First Class Mail**

*Facsimile 302-654-0728*
(Counsel for Certain Canadian Property Damage Claimants)
Christopher D. Loizides, Esquire
Loizides P.A.

*Facsimile 803-943-4599*
(Counsel for Certain Canadian Property Damage Claimants)
Daniel A. Speights, Esquire
Marion C. Fairey, Jr., Esquire
Speights & Runyan

*First Class Mail*
(Counsel for Certain Canadian Property Damage Claimants)
Christopher D. Loizides, Esquire
Loizides P.A.
1225 King Street, Suite 800
Wilmington, DE 19801

*First Class Mail*
(Counsel for Certain Canadian Property Damage Claimants)
Daniel A. Speights, Esquire
Marion C. Fairey, Jr., Esquire
Speights & Runyan
200 Jackson Avenue East
P.O. Box 685
Hampton, SC  29924