IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br>(Jointly Administered)<br><br>**Related Docket No. 14493** |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on the 7th day of March, 2007, a true and correct copy of **Debtors' Responses and Objections to Certain Canadian Property Damage Claimants' First Set of Interrogatories, First Request for Admissions and First Request for Production of Documents**[1] were served on the individuals on the attached service list via facsimile and first class mail.

---

[1] Debtors' Responses and Objections are to the Discovery Requests served on February 5, 2007 by the following claimants: Calgary Board of Education – Colonel Irving Jr. High (Claim No. 12348); Hudson S. Bay Co. (Claim No. 11618); Toronto District School Board – Withrow (Claim No. 12317); University of Guelph (Claim No. 12329); William Osler Health Centre (Claim No. 12322); Toronto District School Board – Oakwood Collegiate (Claim No. 12311); Toronto District School Board – Fairmount (Claim No. 12307); Toronto District School Board – Humberside (Claim No. 12308); Toronto District School Board – Monarch Park (Claim No. 12310); Hamilton District School Board (Claim Nos. 11681 / 11682); Calgary Board of Education – Southwood Elementary (Claim No. 12293); Canadian Imperial Bank of Commerce (Claim No. 12536); Toronto District School Board – Western Tech (Claim No. 12316); Toronto District School Board – Old Administration (Claim No. 12312); Toronto District School Board – Roden Jr. (Claim No. 12315); City of Vancouver – Parkade (Claim No. 12346); Toronto District School Board – Perth Ave. Jr. (Claim No. 12313); Great West Life – Commerce Court West (Claim No. 12534); Hamilton District School Board – Pauline Johnson (Claim No. 11678); Calgary Board of Education – Sir James Lougheed (Claim No. 12331); Calgary Board of Education – William Aberhart (Claim No. 12443); Toronto District School Board – Elm Lea Jr (Claim No. 12306); Toronto District School Board – Bloor Collegiate Institute (Claim No. 12303); Toronto District School Board – Deer Park (Claim No. 12304); and Toronto District School Board – Dewson (Claim No. 12305).

91100-001\DOCS_DE:125693.1

Dated: March 7, 2007

REED SMITH LLP
James J. Restivo, Jr., Esq. (#10113)
Lawrence Flatley, Esq. (#21871)
Douglas E. Cameron, Esq. (#41644)
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone: (412) 288-3131
Facsimile: (412) 288-3063

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Lisa G. Esayian
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
Telephone:    (312) 861-2000
Facsimile:    (312) 861-2200

-and-

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

*/s/ James O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

Grace Certain PD Claimants Discover
Service List
Case No. 01-1139 (JKF)
March 7, 2007
Document # 125638
**02 - Facsimile**
**02 – First Class Mail**

*Facsimile 302-654-0728*
(Counsel for Certain Canadian Property Damage Claimants)
Christopher D. Loizides, Esquire
Loizides P.A.

*Facsimile 803-943-4599*
(Counsel for Certain Canadian Property Damage Claimants)
Daniel A. Speights, Esquire
Marion C. Fairey, Jr., Esquire
Speights & Runyan

*First Class Mail*
(Counsel for Certain Canadian Property Damage Claimants)
Christopher D. Loizides, Esquire
Loizides P.A.
1225 King Street, Suite 800
Wilmington, DE 19801

*First Class Mail*
(Counsel for Certain Canadian Property Damage Claimants)
Daniel A. Speights, Esquire
Marion C. Fairey, Jr., Esquire
Speights & Runyan
200 Jackson Avenue East
P.O. Box 685
Hampton, SC 29924