IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 7th day of March, 2007, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

> **Notice of Service of Discovery Regarding Debtors' Responses and Objections to Certain Canadian Property Damage Claimants' First Set of**

91100-001\DOCS_DE:125703.1

**Interrogatories, First Request for Admissions and First Request for Production of Documents.**[1]

*[signature]*

James E. O'Neill (Bar No. 4042)

---

[1] Debtors' Responses and Objections are to the Discovery Requests served on February 5, 2007 by the following claimants: Calgary Board of Education – Altadore Elementary (Claim No. 14885); McMaster University (Claim No. 12368); Hamilton District School Board – Westview (Claim No. 11684); Hudson's Bay Company – Bay 1634/Ottawa (Claim No. 12530); Great West Life – London Life (Claim No. 12533); Hudson's Bay Company – Zellers 17/Ottawa (Claim No. 12531); Toronto District School Board – Indian Road Crescent Jr. (Claim No. 12309); Hamilton District School Board – Westdale (Claim No. 11683); Hamilton District School Board – Sherwood Heights (Claim No. 11680); Hamilton District School Board – Sherwood Secondary (Claim No. 11322); Oxford Properties – Edmonton Centre – Td Tower (Claim No. 12423); Edmonton Public Schools – Woodcroft (Claim No. 12554); Hudson's Bay Company – Bay 1144/Calgary (Claim No. 12526); Hudson's Bay Company – Bay 1164/Calgary (Claim No. 12528); Hudson's Bay Company – Zellers 435/Calgary (Claim No. 12532); Calgary Board of Education – Wildwood Elementary (Claim No. 12442); Calgary Board of Education – Vincent Massey Jr. High (Claim No. 12438); Calgary Board of Education – Viscount Bennett (Claim No. 12439); Calgary Board of Education – Western Canada High (Claim No. 12440); Winnipeg-Redcliff (354401 Alberta Ltd.) (Claim No. 11620); Morguard Investments Limited – 7 Oaks Mall (Claim 12430); School District 68 Nanaimo Ladysmith – Nanaimo Sr. (Claim No. 11627); School District 68 Nanaimo Ladysmith – Woodlands (Claim No. 11632); Hudson Bay Company – Bay 1120/Winnipeg (Claim No. 12525); Carleton University – Mcodorum Library (Claim No. 12395); Avalon East School Board – Hazelwood Elementary (Claim No. 12491); Health Care Corporation of St. John's (Claim No. 12493); Atlantic Shopping Centres Ltd. (Claim No. 12490); City of Vancouver – Queen Elizabeth Playhouse & Theatres (Claim No. 12476); Toronto District School Board – Queen Alexandra (Claim No. 12314); Hudson's Bay Company – Bay 1162/Abbotsford (Claim No. 12527); Oxford Properties – Edmonton City Centre East (Claim No. 12422); Oxford Properties – Edmonton Centre, 10025-102 Avenue (Claim No. 12421); Edmonton Public Schools – Wellington (Claim No. 12549); Edmonton Public Schools – Ross Sheppard (Claim No. 12501); Edmonton Public Schools – Strathcona (Claim No. 12546); Edmonton Public Schools – Victoria (Claim No. 12548); Edmonton Public Schools – Sherbrook (Claim No. 12503); Edmonton Public Schools – Ritchie School (Claim No. 12500); Edmonton Public Schools – North Edmonton (Claim No. 12542); Edmonton Public Schools – Parkview (Claim No. 12537); Edmonton Public Schools – Prince Rupert (Claim No. 12496); Edmonton Public Schools – Queen Alexandra (Claim No. 12498); Hamilton District School Board – Scott Park (Claim No. 11323); Fairmail Leasehold Inc. – Cadillac Fairview Mall (Claim No. 12396); Hamilton District School Board – Delta (Claim No. 13950); Calgary Board of Education – Balmoral Jr. High (Claim No. 12570); Calgary Board of Education – Briar Hill Elementary (Claim No. 12410); Calgary Board of Education – Cambrian Heights Elementary (Claim No. 12412); Calgary Board of Education – James Fowler High (Claim No. 12454); Calgary Board of Education – Kingsland Elementary (Claim No. 12457); Calgary Board of Education – Parkdale Elementary (Claim No. 12590); Calgary Board of Education – Queen Elizabeth High (Claim No. 12591); Edmonton Public Schools – Allendale (Claim No. 12388); City of Edmonton – Century Place (Claim No. 12489); City of Edmonton – Clarke Stadium (Claim No. 12400); City of Edmonton – Davies Transit (Claim No. 12401); Morguard Investments Limited – 55 City Centre Drive (Claim No. 12427); Edmonton Public Schools – Newton (Claim No. 12541); Edmonton Public Schools – Bonnie Doon (Claim No. 12394); Edmonton Public Schools – Delton (Claim No. 12377); Edmonton Public Schools – Eastglen (Claim No. 12557); Edmonton Public Schools – Ja Fife (Claim No. 12576).

W. R. Grace Core Group Service List
Case No. 01-1139 (JKF)
Document Number: 27348
07 – Hand Delivery
11 – First Class Mail

(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Richard W. Riley, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

*Hand Delivery*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Mark T. Hurford
Campbell & Levine
800 North King Street, Suite 300
Wilmington, DE 19801

*Hand Delivery*
(Counsel for The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Hand Delivery*
(Equity Committee Counsel)
Teresa K. D. Currier
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

*First Class Mail*
(Counsel to Debtor)
David B. Bernick, P.C.
Janet Baer, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

*First Class Mail*
(W. R. Grace & Co.)
Mark Shelniz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*First Class Mail*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

*First Class Mail*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152

*First Class Mail*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL  33131

*First Class Mail*
(Equity Committee Counsel)
Philip Bentley, Esquire
Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

*First Class Mail*
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

*First Class Mail*
(Counsel to Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street
Suite 1200
Newark, NJ  07102-3889

*First Class Mail*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

*First Class Mail*
(Counsel to David T. Austern, Future
Claimant's Representative)
Roger Frankel
Richard H. Wyron
Matthew W. Cheney
Orrick Herrington & Sutcliffe LLP
3050 K Street, NW
Washington, DC  20007

*First Class Mail*
(Counsel to David T. Austern, Future
Claimant's Representative)
Phillips, Goldman & Spence, P.A.
John C. Phillips, Jr.
1200 North Broom Street
Wilmington, DE  19806