IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) Objection Deadline: March 27, 2007, |
| | at 4:00 p.m. (prevailing eastern time) |

**TWENTY SECOND QUARTERLY APPLICATION OF LATHAM & WATKINS LLP
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS
SPECIAL TAX COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE
PERIOD FROM JUNE 1, 2006, THROUGH SEPTEMBER 31, 2006**

| | |
|---|---|
| Name of Applicant: | **Latham & Watkins LLP ("L&W")** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in Possession** |
| Date of Retention: | **Retention Order entered June 16, 2004, effective nunc pro tunc from April 1, 2001, Order Authorizing Expansion entered March 27, 2006,** |
| Period for which compensation and reimbursement is sought: | **June 1, 2006 through September 31, 2006** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$49,194.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$46.58** |

This is a(n) ___monthly, _X_ interim, ___final application.

---

[1] The debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester new Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Koontenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Prior Monthly Applications for the period of June 1, 2006 through September 31, 2006.**

| Date Filed/ Docket No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | CNO Date/ Docket No. |
|---|---|---|---|---|---|---|
| October 20, 2006 Docket No. 13438 | June 1, 2006 – June 30, 2006 | $16,407.50 | $0.00 | $13,126.00 | N/A | November 10, 2006 Docket No. 13635 |
| October 20, 2006 Docket No. 13437 | July 1, 2006 – July 31, 2006 | $16,122.50 | $35.61 | $12,898.00 | $35.61 | November 10, 2006 Docket No. 13634 |
| October 20, 2006 Docket No. 13436 | August 1, 2006 – August 31, 2006 | $13,317.50 | $6.18 | $10,654.00 | $6.18 | November 10, 2006 Docket No. 13633 |
| March 5, 2007 Docket No. 14750 | September 1, 2006 – September 31, 2006 | $3,347.00 | $4.79 | Pending | Pending | Pending |

## SUMMARY OF TIME LATHAM & WATKINS LLP PROFESSIONALS FOR BILLING PERIOD FROM JUNE 1, 2006, THROUGH SEPTEMBER 31, 2006

| Name of Attorney | Position with the Applicant | Number of Years as an Attorney | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Nicholas J. DeNovio | Partner | 18 | Tax | 695.00 | 50.1 | 34,819.50 |
| Samuel B. Weiner | Partner | 19 | Tax | 750.00 | 1.80 | 1,350.00 |
| David S. Raab | Partner | 18 | Tax | 825.00 | 1.0 | 825.00 |
| P B Wheeler | Associate | 1 | Unassigned | 285.00 | 31.0 | 8,835.00 |
| P B Wheeler | Associate | 1 | Unassigned | 345.00 | 6.7 | 2,311.50 |
| | | | | Total for Attorneys | 90.6 | 48,141.00 |

| Name of Legal Assistant | Position with the Applicant | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Elizabeth Arnold | Paralegal | Bankruptcy | 215.00 | 4.90 | 1,053.50 |
| | | Total for Legal Assistants | | 4.90 | 1,053.50 |

## SUMMARY OF COMPENSATION BY MATTER FROM JUNE 1, 2006, THROUGH SEPTEMBER 31, 2006

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 042362-0000 | Federal Tax General Planning | 52.4 | 29,244.00 |
| 042362-0001 | Equitas Agreement | 43.1 | 19,950.50 |
| | Total Compensation | 95.5 | 49,194.50 |

## SUMMARY OF EXPENSES FOR FROM JUNE 1, 2006, THROUGH SEPTEMBER 31, 2006

| Description | Amount |
|---|---:|
| Telephone | 13.57 |
| Photocopying | .51 |
| Telecopying | 32.50 |
| Total | $46.58 |

The foregoing summaries are submitted to the Court pursuant to the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Amended Administrative Order").

Pursuant to the Amended Administrative Order, L&W respectfully request that, for the period of June 1, 2006 through September 31, 2006, it be allowed the total amount of fees of $49,194.50 and expenses in the total amount of $46.58.

Washington, D.C.  
Dated: March __, 2007

Respectfully submitted,

LATHAM & WATKINS LLP

Nicholas J. DeNovio, Esq.  
Latham & Watkins LLP  
555 Eleventh Street, N.W., Suite 1000  
Washington, D.C. 20004-1304  
Telephone (202) 637-2200