```
Date: 03/07/07          Legal Analysis Systems, Inc.
Time: 2:00pm                                                    Page 1


                W. R. Grace, Inc. % Elihu Inselbuch
                Caplin & Drysdale
                399 Park Avenue, 27th Floor
                New York, New York 10022


Date/Slip# Description                           HOURS/RATE    AMOUNT
--------------------------------------------------------------------------
 01/09/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.3   127.50
 #4208     communication with Eveland                      425.00
```

{D0081344.1 }

Date: 03/07/07          Legal Analysis Systems, Inc.
Time: 2:00pm                                                    Page 2

          W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|------------|-------------|------------|--------|
| 01/03/07<br>#4202 | Relles   / (07) Committee, Creditors'<br>respond to Finch request re: Nicholson totals | 0.5<br>425.00 | 212.50 |
| 01/07/07<br>#4207 | Relles   / (07) Committee, Creditors'<br>email to Graham re: BMC | 0.4<br>425.00 | 170.00 |
| 01/08/07<br>#4504 | Ebener   / (07) Committee, Creditors'<br>read emails from D. Graham on Rust follow up | 0.2<br>300.00 | 60.00 |
| 01/10/07<br>#4505 | Ebener   / (07) Committee, Creditors'<br>read email from D.Graham and reply | 0.4<br>300.00 | 120.00 |
| 01/10/07<br>#4506 | Ebener   / (07) Committee, Creditors'<br>read and reply to D. Graham email on Rust follow up | 0.3<br>300.00 | 90.00 |
| 01/10/07<br>#4009 | Peterson  / (07) Committee, Creditors'<br>Conference call Finch, Welch, Slocumbe; prepare for<br>call | 2.5<br>700.00 | 1750.00 |
| 01/10/07<br>#4210 | Relles   / (07) Committee, Creditors'<br>communication with Graham re: BMC files | 0.5<br>425.00 | 212.50 |
| 01/26/07<br>#4235 | Relles   / (07) Committee, Creditors'<br>respond to request from Inselbuch to account for<br>mail-in requests | 3.5<br>425.00 | 1487.50 |
| 01/29/07<br>#4033 | Peterson  / (07) Committee, Creditors'<br>conference call with Wehner and Slocombe re:<br>returned POCs and PIQs | 1.5<br>700.00 | 1050.00 |
| 01/29/07<br>#4243 | Relles   / (07) Committee, Creditors'<br>conference call with Wehner and Slocombe re:<br>returned POCs and PIQs | 1.5<br>425.00 | 637.50 |
| 01/31/07<br>#4251 | Relles   / (07) Committee, Creditors'<br>prepare output for Slocombe and Wehner | 1.6<br>425.00 | 680.00 |

Date: 03/07/07          Legal Analysis Systems, Inc.
Time: 2:00pm                                                      Page 3

          W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 01/01/07 Peterson / (28) Data Analysis<br>#4001  Review PIQ and POC data | | 3.8<br>700.00 | 2660.00 |
| 01/02/07 Relles  / (28) Data Analysis<br>#4201  develop methods and information to access Rust image<br>data | | 2.4<br>425.00 | 1020.00 |
| 01/03/07 Peterson / (28) Data Analysis<br>#4002  Review PIQ and POC data | | 3.3<br>700.00 | 2310.00 |
| 01/03/07 Peterson / (28) Data Analysis<br>#4003  Read Slocumbe memoranda | | 3.9<br>700.00 | 2730.00 |
| 01/03/07 Relles  / (28) Data Analysis<br>#4203  update information to access Rust image data | | 2.0<br>425.00 | 850.00 |
| 01/04/07 Peterson / (28) Data Analysis<br>#4004  Read Zonolite opinion | | 3.6<br>700.00 | 2520.00 |
| 01/04/07 Relles  / (28) Data Analysis<br>#4204  examine latest dvd from Kirkland-Ellis | | 0.6<br>425.00 | 255.00 |
| 01/04/07 Relles  / (28) Data Analysis<br>#4205  update information to access Rust image data | | 3.3<br>425.00 | 1402.50 |
| 01/05/07 Relles  / (28) Data Analysis<br>#4206  process Angelos image forms, examine contents | | 1.7<br>425.00 | 722.50 |
| 01/06/07 Ebener  / (28) Data Analysis<br>#4501  audit matched records | | 2.0<br>300.00 | 600.00 |
| 01/07/07 Ebener  / (28) Data Analysis<br>#4502  complete audit of matched records | | 2.0<br>300.00 | 600.00 |
| 01/07/07 Ebener  / (28) Data Analysis<br>#4503  read email from Relles on Rust follow up | | 0.2<br>300.00 | 60.00 |
| 01/07/07 Peterson / (28) Data Analysis<br>#4005  Review Sealed Air report | | 3.8<br>700.00 | 2660.00 |
| 01/08/07 Peterson / (28) Data Analysis<br>#4006  Review PIQ claims | | 3.4<br>700.00 | 2380.00 |
| 01/08/07 Peterson / (28) Data Analysis<br>#4007  Review several court opinions | | 3.2<br>700.00 | 2240.00 |

```
Date: 03/07/07          Legal Analysis Systems, Inc.
Time: 2:00pm                                                     Page 4

        W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
01/09/07  Peterson  / (28) Data Analysis              3.9     2730.00
#4008     Review memos and opinions for conference call 700.00

01/09/07  Relles   / (28) Data Analysis              1.9      807.50
#4209     update image files from Rust               425.00

01/10/07  Peterson  / (28) Data Analysis             0.3      210.00
#4010     telephone Relles re: WRG's risk analysis expert 700.00

01/10/07  Peterson  / (28) Data Analysis             4.2     2940.00
#4011     Work on report                             700.00

01/10/07  Relles   / (28) Data Analysis              2.5     1062.50
#4211     determine cases reviewed by Verus that were 425.00
          subsequently updated by Rust

01/10/07  Relles   / (28) Data Analysis              0.3      127.50
#4212     telephone Peterson re: WRG's risk analysis expert 425.00

01/10/07  Relles   / (28) Data Analysis              0.6      255.00
#4213     send email to recruit a risk analysis expert 425.00

01/12/07  Relles   / (28) Data Analysis              3.8     1615.00
#4214     develop retrieval methods for updated images 425.00
          database

01/13/07  Peterson  / (28) Data Analysis             3.8     2660.00
#4012     Review Verus data                          700.00

01/13/07  Relles   / (28) Data Analysis              2.7     1147.50
#4215     work on extracting data from latest Rust dataset 425.00

01/13/07  Relles   / (28) Data Analysis              2.3      977.50
#4216     organize latest Rust data, examine frequencies and 425.00
          listings

01/13/07  Relles   / (28) Data Analysis              1.8      765.00
#4217     investigate problems with links from Rust data to 425.00
          historical dataset

01/14/07  Peterson  / (28) Data Analysis             6.3     4410.00
#4013     Work on draft of report                    700.00

01/14/07  Relles   / (28) Data Analysis              3.5     1487.50
#4218     process Verus data, account for all cases sent to 425.00
          Verus
```

```
Date: 03/07/07          Legal Analysis Systems, Inc.
Time: 2:00pm                                                      Page 5

        W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
01/14/07  Relles   / (28) Data Analysis                  2.3     977.50
#4219     examine links between Rust data and historical 425.00
          dataset, identify anomalies, identify incorrect Rust
          links to historical data

01/15/07  Peterson  / (28) Data Analysis                 0.3     210.00
#4014     Telephone Relles about additional data         700.00

01/15/07  Peterson  / (28) Data Analysis                 3.8    2660.00
#4015     Work on draft of report                        700.00

01/15/07  Relles   / (28) Data Analysis                  0.3     127.50
#4220     Telephone Peterson about additional data       425.00

01/15/07  Relles   / (28) Data Analysis                  5.6    2380.00
#4221     integrate image databases received in recent   425.00
          shipments

01/15/07  Relles   / (28) Data Analysis                  2.9    1232.50
#4222     build updated image files for cases previously 425.00
          evaluated by Verus

01/15/07  Relles   / (28) Data Analysis                  3.6    1530.00
#4223     work on selecting images sample for Verus review 425.00

01/16/07  Peterson  / (28) Data Analysis                 2.8    1960.00
#4016     Review PIQ and POC data                        700.00

01/16/07  Peterson  / (28) Data Analysis                 2.7    1890.00
#4017     Work on report                                 700.00

01/16/07  Relles   / (28) Data Analysis                  4.0    1700.00
#4224     work on selecting images sample for Verus review 425.00

01/16/07  Relles   / (28) Data Analysis                  2.4    1020.00
#4225     investigate using additional criteria for assessing 425.00
          images in Verus review

01/17/07  Peterson  / (28) Data Analysis                 0.6     420.00
#4018     telephone Relles re: additional images for Verus 700.00

01/17/07  Peterson  / (28) Data Analysis                 3.3    2310.00
#4019     Review PIQ data                                700.00

01/17/07  Relles   / (28) Data Analysis                  0.6     255.00
#4226     telephone Peterson re: additional images for Verus 425.00
```

```
Date: 03/07/07          Legal Analysis Systems, Inc.
Time: 2:00pm                                                     Page 6

            W. R. Grace


Date/Slip# Description                              HOURS/RATE    AMOUNT
------------------------------------------------------------------------
01/17/07  Relles   / (28) Data Analysis                  1.6    680.00
#4227     review logic for which image files require Verus  425.00
          processing, review instructions to Verus

01/18/07  Peterson  / (28) Data Analysis                 0.6    420.00
#4020     Telephone Relles re: Verus analysis          700.00

01/18/07  Peterson  / (28) Data Analysis                 6.7   4690.00
#4021     Work on report                               700.00

01/18/07  Relles   / (28) Data Analysis                  0.8    340.00
#4228     emails to Verus re: processing updated       425.00
          questionnaires

01/18/07  Relles   / (28) Data Analysis                  0.6    255.00
#4229     Telephone Peterson re: Verus analysis        425.00

01/18/07  Relles   / (28) Data Analysis                  2.6   1105.00
#4230     review latest PIQ and POC data               425.00

01/19/07  Peterson  / (28) Data Analysis                 4.3   3010.00
#4022     Work on report                               700.00

01/20/07  Peterson  / (28) Data Analysis                 1.1    770.00
#4023     Review plans for data                        700.00

01/21/07  Peterson  / (28) Data Analysis                 0.3    210.00
#4024     telephone Relles re: jury data               700.00

01/21/07  Relles   / (28) Data Analysis                  2.7   1147.50
#4231     review jury verdict data and status of jury verdict  425.00
          analysis, identify high value cases for additional
          review

01/21/07  Relles   / (28) Data Analysis                  0.3    127.50
#4232     telephone Peterson re: jury verdict data     425.00

01/21/07  Relles   / (28) Data Analysis                  1.9    807.50
#4233     work on linking questionnaire data to historical  425.00
          database

01/23/07  Relles   / (28) Data Analysis                  2.7   1147.50
#4234     back up all data and programs                425.00

01/26/07  Peterson  / (28) Data Analysis                 1.2    840.00
#4025     Review Verus data issues                     700.00
```

Date: 03/07/07           Legal Analysis Systems, Inc.
Time: 2:00pm                                                          Page 7

            W. R. Grace


Date/Slip# Description                                      HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
01/26/07  Peterson  / (28) Data Analysis                         3.3   2310.00
#4026     Work on draft of report                             700.00

01/27/07  Peterson  / (28) Data Analysis                         5.6   3920.00
#4027     Work on draft of report                             700.00

01/27/07  Relles    / (28) Data Analysis                         1.8    765.00
#4236     receive updated data from Verus, organize for       425.00
          analysis

01/27/07  Relles    / (28) Data Analysis                         4.7   1997.50
#4237     account for differences between BMC requests and    425.00
          what is received

01/28/07  Peterson  / (28) Data Analysis                         0.5    350.00
#4028     Telephone Relles about responses to PIQ, POC       700.00

01/28/07  Peterson  / (28) Data Analysis                         0.8    560.00
#4029     Review analysis of responses                        700.00

01/28/07  Peterson  / (28) Data Analysis                         4.2   2940.00
#4030     Work on draft of report                             700.00

01/28/07  Relles    / (28) Data Analysis                         3.6   1530.00
#4238     summarize POC and PIQ form receipt status           425.00

01/28/07  Relles    / (28) Data Analysis                         0.5    212.50
#4239     Telephone Peterson about responses to PIQ, POC      425.00

01/29/07  Peterson  / (28) Data Analysis                         0.7    490.00
#4031     telephone Relles re: status of linking              700.00

01/29/07  Peterson  / (28) Data Analysis                         0.7    490.00
#4032     Review relationships among databases                700.00

01/29/07  Peterson  / (28) Data Analysis                         0.5    350.00
#4034     Review further anlayses of PIQ POC responses        700.00

01/29/07  Peterson  / (28) Data Analysis                         2.1   1470.00
#4035     Work on report                                      700.00

01/29/07  Relles    / (28) Data Analysis                         5.4   2295.00
#4240     work on linking historical database with PIQ and POC 425.00
          forms by name

{D0081344.1 }

```
Date: 03/07/07          Legal Analysis Systems, Inc.
Time: 2:00pm                                                      Page 8

          W. R. Grace


Date/Slip# Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
01/29/07  Relles   / (28) Data Analysis                       1.6     680.00
#4241     summarize status of linking for Peterson discussion  425.00

01/29/07  Relles   / (28) Data Analysis                       0.7     297.50
#4242     telephone Peterson re: status of linking            425.00

01/30/07  Peterson  / (28) Data Analysis                      1.2     840.00
#4036     Telephone Relles (.4) re: data on PIQ POC responses; 700.00
          review same (.8)

01/30/07  Peterson  / (28) Data Analysis                      6.4    4480.00
#4037     Work on report                                      700.00

01/30/07  Relles   / (28) Data Analysis                       4.5    1912.50
#4244     work on linking historical database with PIQ and POC 425.00
          forms

01/30/07  Relles   / (28) Data Analysis                       1.2     510.00
#4245     Telephone Peterson re: data on PIQ POC responses    425.00

01/30/07  Relles   / (28) Data Analysis                       2.0     850.00
#4246     prepare lists of nonresponding claimants, revise    425.00
          methods for linking historical and Rust databases by
          name

01/30/07  Relles   / (28) Data Analysis                       2.3     977.50
#4247     prepare summaries for Peterson and Caplin-Drysdale  425.00
          discussions

01/31/07  Peterson  / (28) Data Analysis                      0.5     350.00
#4038     telephone Relles re: reports for Caplin-Drysdale    700.00
          attorneys

01/31/07  Peterson  / (28) Data Analysis                      1.2     840.00
#4039     telephone Relles re: review linking methods,        700.00
          results, and output for Caplin-Drysdale attorneys

01/31/07  Peterson  / (28) Data Analysis                      2.5    1750.00
#4040     Review data on PIQ POC responses                    700.00

01/31/07  Relles   / (28) Data Analysis                       0.5     212.50
#4248     telephone Peterson re: reports for Caplin-Drysdale  425.00
          attorneys

01/31/07  Relles   / (28) Data Analysis                       3.2    1360.00
#4249     update historical database and PIQ/POC link         425.00
```

```
Date: 03/07/07            Legal Analysis Systems, Inc.
Time: 2:00pm                                                   Page 9

            W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
-------------------------------------------------------------------------
 01/31/07  Relles    / (28) Data Analysis                 2.7   1147.50
 #4250     prepare lists of nonresponding claimants, revise  425.00
           methods for linking historical and Rust databases by
           name

 01/31/07  Relles    / (28) Data Analysis                 1.2    510.00
 #4252     telephone Peterson re: review linking methods,   425.00
           results, and output for Caplin-Drysdale attorneys
-------------------------------------------------------------------------
```

{D0081344.1 }

```
Date: 03/07/07           Legal Analysis Systems, Inc.
Time: 2:00pm                                                    Page 10

            W. R. Grace

        Summary Of Time Charges, By Month and Activity
                January 2007 - January 2007

MONTH       ACTIVITY                                    HOURS    AMOUNT
-----------------------------------------------------------------------
January    - (05) Claims Anal Objectn/Resolutn (Asbest)   0.3    127.50
January    - (07) Committee, Creditors'                  12.9   6470.00
January    - (28) Data Analysis                         205.8 114825.00
January    - (99) Total                                 219.0 121422.50

Total      - (05) Claims Anal Objectn/Resolutn (Asbest)   0.3    127.50
Total      - (07) Committee, Creditors'                  12.9   6470.00
Total      - (28) Data Analysis                         205.8 114825.00
Total      - (99) Total                                 219.0 121422.50

-----------------------------------------------------------------------
```

```
Date: 03/07/07          Legal Analysis Systems, Inc.
Time: 2:00pm                                                    Page 11

            W. R. Grace

          Summary Of Time Charges, By Month and Person
                  January 2007 - January 2007

MONTH       PERSON                                  HOURS   AMOUNT
-----------------------------------------------------------------------
January    - Relles                                 108.5  46112.50
January    - Peterson                               105.4  73780.00
January    - Ebener                                   5.1   1530.00
January    - Total                                  219.0 121422.50

Total      - Relles                                 108.5  46112.50
Total      - Peterson                               105.4  73780.00
Total      - Ebener                                   5.1   1530.00
Total      - Total                                  219.0 121422.50

-------------------------------------------------------------------------------
```

{D0081344.1 }

```
Date: 03/07/07          Legal Analysis Systems, Inc.
Time: 2:00pm                                              Page 12

          W. R. Grace

        Summary Of Time Charges, By Activity, Month, and Person
                January 2007 - January 2007

MONTH      PERSON                         HOURS   RATE    AMOUNT
---------------------------------------------------------------------
(05) Claims Anal Objectn/Resolutn (Asbest)

January   - Relles                          0.3   425.    127.50

(07) Committee, Creditors'

January   - Relles                          8.0   425.   3400.00
January   - Peterson                        4.0   700.   2800.00
January   - Ebener                          0.9   300.    270.00

(28) Data Analysis

January   - Relles                        100.2   425.  42585.00
January   - Peterson                      101.4   700.  70980.00
January   - Ebener                          4.2   300.   1260.00

---------------------------------------------------------------------------------
```