# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**JANUARY 1, 2007 - JANUARY 31, 2007**

| MATTER CODE | PROJECT CATEGORY | HOURS | TOTAL FEES |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 22.3 | $    15,559.50 |
| 0009 | Asset Dispositions, Sales, Uses and Leases (Section 363) | 1.3 | 863.00 |
| 0013 | Business Operations | 0.8 | 484.00 |
| 0014 | Case Administration | 56.1 | 15,145.50 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 0.4 | 242.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 23.5 | 14,217.00 |
| 0018 | Fee Application, Applicant | 19.1 | 5,806.50 |
| 0019 | Creditor Inquiries | 1.9 | 1,408.50 |
| 0020 | Fee Application, Others | 3.2 | 1,188.00 |
| 0021 | Employee Benefits, Pension | 5.0 | 3,356.50 |
| 0035 | Travel - Non Working | 7.5 | 5,890.00 |
| 0036 | Plan and Disclosure Statement | 4.1 | 3,159.00 |
| 0037 | Hearings | 19.7 | 13,207.50 |
| | | | |
| | Sub Total | 164.9 | $   80,527.00 |
| | Less 50% Travel | (3.7) | (2,945.00) |
| | Total | 161.2 | $   77,582.00 |

# STROOCK

## INVOICE

| DATE | February 23, 2007 |
|---|---|
| INVOICE NO. | 406000 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through January 31, 2007, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
|---|---|
| | 699843 0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/02/2007 | Attend group conference with Grace representatives re: ZAI and exclusivity appeals, Anderson Memorial issues. | Krieger, A. | 0.3 |
| 01/02/2007 | Review PD issues for Jan 29-31 hearing (.2); review PIQs and Xrays requests (.3). | Kruger, L. | 0.5 |
| 01/02/2007 | Attention to PD methodology issues for Jan. 29-31 hearings (.6); attention to status of PIQs, x-ray requests and related matters (.6). | Pasquale, K. | 1.2 |
| 01/03/2007 | Attend to order granting PD Committee's motion for leave to designate constructive notice expert and cancellation of 01/04/07 hearing and advice to LK, KP re: same. | Krieger, A. | 0.2 |
| 01/03/2007 | Review Order re: PD motion to designate constructive notice expert. | Kruger, L. | 0.2 |
| 01/04/2007 | Review Mark Chehi's email re: strategy (.3); review PI estimation issues (.3). | Kruger, L. | 0.6 |
| 01/04/2007 | Attention to PI estimation issues. | Pasquale, K. | 0.7 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1784952v1

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/05/2007 | Review Grace response to asbestos firms motion to alter order re: compel response to PIQ. | Kruger, L. | 0.4 |
| 01/05/2007 | Attention to PI claimants' motion to amend PIQ order and WRG response to same. | Pasquale, K. | 0.7 |
| 01/07/2007 | Attend to Debtors' response to Anderson Memorial's motion to compel deposition of Grace records custodian (.2); attend to Debtors response to claimants motion to alter or amend supplemental PIQ order (.2); attend to Debtors' opposition to PI Committee's motion to compel production of certain actuarial studies (.2); attend to PI Committee's motion to file under seal exhibits in opposition to Grace's motion to quash 30(b)(6) deposition notice and related motion shortening notice (.1); attend to PI Committee's opposition to Debtors' motion to quash 30 (b)(6) deposition notice (.3). | Krieger, A. | 1.0 |
| 01/08/2007 | Attend to deposition notice and subpoena (.2); attend to Debtors motion for extension of time to respond (ZAI) (.1); attend to ZAI designation of record and statement of issues on appeal (.2); attend to PI Committee's opposition to Debtors' motion to quash and exhibits under seal (.6). | Krieger, A. | 1.1 |
| 01/08/2007 | Review PI committee opposition and joinder to Grace motion to quash disposition motion and exhibits (.4); review debtor response to ACC/FCR motion to compel (.5). | Kruger, L. | 0.9 |
| 01/08/2007 | Review designation of record re: ZAI appeal. | Kruger, L. | 0.2 |
| 01/08/2007 | Attention to FCR, ACC separate responses to debtors 30(b)(6) protective order motion (.6); attention to debtors' opposition to ACC/FCR motion to compel (.4); attention to Navigant's issues re: PIQs, estimations (.6). | Pasquale, K. | 1.6 |
| 01/09/2007 | Attend to Debtors' response to Anderson Memorial's motion to compel deposition (.1); debtors request for expedited consideration of opposition to claimants motion on PIQs (.5); ACC and FRC's motion to file exhibits under seal re motion to quash (.4). | Krieger, A. | 1.0 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1784952v1

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/09/2007 | Review debtor request with respect to claimants PIQ motion (.3); review ACC/FCR request to file exhibits under seal (.3). | Kruger, L. | 0.6 |
| 01/09/2007 | Attention to recent PD-related pleadings. | Pasquale, K. | 0.8 |
| 01/10/2007 | Attend to Debtors' opposition to ACC motion to compel actuarial studies. | Krieger, A. | 0.3 |
| 01/11/2007 | Attend to pleadings re stipulation adopting methodology rules in ZAI decision. | Krieger, A. | 0.2 |
| 01/11/2007 | Review debtor response to motion for leave to appeal re: ZAI. | Kruger, L. | 0.3 |
| 01/11/2007 | Attention to stipulation re: PD methodology hearing (.3); attention to debtors' response to ZAI's motion for leave to appeal (.5); attention to PD expert filings (.3). | Pasquale, K. | 1.1 |
| 01/12/2007 | Attention to opinion re: ZAI claims and brief re: motion for leave to appeal same. | Papir, R. | 1.2 |
| 01/19/2007 | Attend to Grace's reply in support of motion to quash (.1); stipulation regarding methodology hearing (.1); ACC's reply memorandum in support of motion to compel production of documents (.3); attend to Debtors' response to ZAI's motion for leave to appeal (.5). | Krieger, A. | 1.0 |
| 01/22/2007 | Review report of Richard Lee (.3); review report of Todd Hilsee (.2); review motion for leave to appeal Zonolite decision (.3). | Kruger, L. | 0.8 |
| 01/22/2007 | Attention to PI estimation issues, PIQ status, x-rays, etc. | Pasquale, K. | 1.0 |
| 01/24/2007 | Attend to ZAI reply re motion for leave to appeal and Debtors' counter-designation of record. | Krieger, A. | 0.3 |
| 01/25/2007 | Attend to Amended deposition notice re: Siegel; Beber and Hughes. | Krieger, A. | 0.1 |
| 01/26/2007 | Attend to motion to extend time to file PIQs (.1); deposition of R. Bettachi (.1). | Krieger, A. | 0.2 |
| 01/26/2007 | Review status of PIQ. | Kruger, L. | 0.3 |
| 01/26/2007 | Attention to PIQ-related issues, data for | Pasquale, K. | 0.8 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | estimation. | | |
| 01/31/2007 | Attend to documentation from Navigant re: Claims database for conf.call (.2); conf. call w/ representatives for Rust, Navigant, Grace re: database (.8); attend to Debtors' Motions for expedited consideration/modifications of X-ray order and Court's order re: same (.3); attend to estimation deadlines, dates (.5). | Krieger, A. | 1.8 |
| 01/31/2007 | Conference call with debtors, Rust, Navigant re: PIQ issues (.7); telephone conference Navigant re: data issues (.2). | Pasquale, K. | 0.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 7.5 | $ 605 | $ 4,537.50 |
| Kruger, Lewis | 4.8 | 860 | 4,128.00 |
| Papir, Ryan M. | 1.2 | 465 | 558.00 |
| Pasquale, Kenneth | 8.8 | 720 | 6,336.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 15,559.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 15,559.50 |
|---|---|

| RE | Asset Dispositions, Sales, Uses and Leases (Section 363) 699843  0009 |
|----|------------------------------------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/25/2007 | Attend to Capstone's memo re: sale of Washcoat business (.5); t/c J. Dolan re: memorandum on Washcoat business (.5). | Krieger, A. | 1.0 |
| 01/25/2007 | Review Capstone memo re sale of Washcoat business. | Kruger, L. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|-------------------|-------|------|-------|
| Krieger, Arlene G. | 1.0 | $ 605 | $ 605.00 |
| Kruger, Lewis | 0.3 | 860 | 258.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 863.00 |
|-------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 863.00 |
|------------------------|----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1784952v1

| RE | Business Operations |
|----|---------------------|
|    | 699843 0013         |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/09/2007 | Telephone call R. Frezza, J. Dolan re: Project Gemini, market place. | Krieger, A. | 0.4 |
| 01/18/2007 | Conference call R. Frezza, J. Dolan re: pension motion to be filed, status of projects Gemini and Spaghetti, interest issues. | Krieger, A. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.8 | $ 605 | $ 484.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 484.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 484.00 |
|-----------------------|----------|

| RE | Case Administration 699843 0014 |
|----|----------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/02/2007 | Reviewed filed documents and retrieved some for our files. | Holzberg, E. | 1.2 |
| 01/02/2007 | Conference call with debtors and debtors professionals re status. | Kruger, L. | 0.3 |
| 01/04/2007 | Attend to recently filed pleadings. | Krieger, A. | 0.1 |
| 01/05/2007 | Reviewed Legal Docket and Entered documents in JR. | Holzberg, E. | 3.8 |
| 01/08/2007 | Attention to retrieval of recently filed pleadings. | Holzberg, E. | 2.2 |
| 01/08/2007 | Attend to D. Siegel's December time. | Krieger, A. | 0.1 |
| 01/08/2007 | Office conference with A. Krieger re: 1/11/07 conf. call. | Kruger, L. | 0.1 |
| 01/08/2007 | Review and update case docket no. 01-1139 (.8); retrieve and distribute recently filed pleadings in main case (2.6); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.7); review civil case (exclusivity appeal) docket no. 06-689 (.2); attention to retrieval of certain pleadings for attorney review (.8). | Mohamed, D. | 5.1 |
| 01/09/2007 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (1.1). | Mohamed, D. | 1.5 |
| 01/11/2007 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed pleadings in main case (1.0); retrieve various pleadings for attorney review (.7); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.7); retrieve and distribute recently filed pleading re: civil case (exclusivity appeal) docket no. 06-689 | Mohamed, D. | 3.3 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.3). | | |
| 01/12/2007 | Attend to newly filed pleadings. | Krieger, A. | 0.1 |
| 01/12/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.7). | Mohamed, D. | 1.2 |
| 01/16/2007 | Review and update case docket no. 01-1139 (.5); attention to retrieval of voting procedures re: Owens Corning for attorney review (.4); retrieve and distribute recently filed pleadings in main case (.9); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review case file documents in preparation for central file supplementation (.7). | Mohamed, D. | 3.1 |
| 01/17/2007 | Reviewed legal docket to update status (.9); call to Court call for A. Krieger to attend hearing telephonically (.2). | Holzberg, E. | 1.1 |
| 01/17/2007 | Memo to EH re: court arrangements for 1/23/07 hearing. | Krieger, A. | 0.1 |
| 01/17/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.8). | Mohamed, D. | 1.3 |
| 01/18/2007 | Attend to newly filed pleadings. | Krieger, A. | 0.3 |
| 01/18/2007 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed pleadings in main case (.9); review adversary proceeding case docket no. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review civil case docket no. 06-689 (exclusivity appeal (.3). | Mohamed, D. | 2.4 |
| 01/19/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.8); attention to retrieval of certain pleadings for attorney review (.6). | Mohamed, D. | 1.9 |
| 01/22/2007 | Review and update case docket no. 01-1139 (.6); retrieve and distribute recently filed pleadings in main case (1.7); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); review civil case docket no. 06-689 (exclusivity appeal) (.2); | Mohamed, D. | 3.9 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | review case file documents in preparation for central file supplementation (.8). | | |
| 01/23/2007 | Reviewed Legal Docket to update status (.9); attention to retrieval of recently filed pleadings; posted and distributed same (2.3). | Holzberg, E. | 3.2 |
| 01/24/2007 | Attention to retrieval of recently filed pleadings, posted them and distributed them. | Holzberg, E. | 2.3 |
| 01/24/2007 | Attend to Fee Auditor's initial report on SSL 22nd Quarterly (.1); attend to newly filed certifications, orders (.3). | Krieger, A. | 0.4 |
| 01/25/2007 | Reviewed docket for recently filed pleadings retrieved and posted them. | Holzberg, E. | 1.1 |
| 01/25/2007 | Attend to newly filed pleadings (.3); attend to files (.8). | Krieger, A. | 1.1 |
| 01/26/2007 | Reviewed docket for recently filed pleadings posted them and distributing them. | Holzberg, E. | 1.0 |
| 01/26/2007 | Response to S. Bossay re: SSL's response to Fee Auditor's report on 22nd quarterly (.1); attend to newly filed certifications, applications (.3); exchange memoranda re: Navigant/Rust conference call (.1) | Krieger, A. | 0.5 |
| 01/28/2007 | Attend to memoranda from M. Lyman, KP re: 01/31/07 conference call. | Krieger, A. | 0.1 |
| 01/29/2007 | Attend to Fee Auditor's initial report regarding SSL's 22nd quarterly fee application (1.3); attend to newly filed certifications, applications (.2). | Krieger, A. | 1.5 |
| 01/29/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.7); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6); attention to retrieval of certain pleadings for attorney review (.4). | Mohamed, D. | 2.2 |
| 01/30/2007 | Attend to response to SSL's 22nd quarterly application. | Krieger, A. | 3.6 |
| 01/30/2007 | Review and update case docket no. 01-1139 | Mohamed, D. | 2.6 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.7); retrieve and distribute recently filed pleadings in main case (1.1); review civil case docket no. 06-689 (exclusivity appeal) (.2); attention to retrieval of pleadings for attorney review (.6). | | |
| 01/31/2007 | Finalize response to Fee Auditor's report on Stroock's 22nd quarterly fee application (1.0); memorandum to S. Bossay re: SSL's response to Fee Auditor's initial report on 22nd quarterly (.1); attend to newly filed applications, certifications (.3); o/c EH re: Court call arrangements for 2/2/07 hearing (.1); o/c LK re: 2/2/07 hearing (.1). | Krieger, A. | 1.6 |
| 01/31/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.7); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6). | Mohamed, D. | 1.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 15.9 | $ 255 | $ 4,054.50 |
| Krieger, Arlene G. | 9.5 | 605 | 5,747.50 |
| Kruger, Lewis | 0.4 | 860 | 344.00 |
| Mohamed, David | 30.3 | 165 | 4,999.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 15,145.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 15,145.50 |
|-----------------------|-------------|

| RE | Claims Analysis/Objections/Administration (Non-Asbestos) |
|----|----------------------------------------------------------|
|    | 699843  0015                                             |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/08/2007 | Attend to Locke response to Debtors' claim objection. | Krieger, A. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.4 | $ 605 | $ 242.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 242.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 242.00 |
|-----------------------|----------|

| RE | Committee, Creditors', Noteholders', or Equity Holders' 699843 0017 |
|----|----------------------------------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/02/2007 | Conference call with debtors, professionals re: status. | Pasquale, K. | 0.3 |
| 01/03/2007 | Continued drafting memorandum summarizing expert reports filed by the Asbestos Claimants Committee. | Gutierrez, J. | 0.5 |
| 01/04/2007 | Continued drafting memorandum summarizing expert reports filed by the Asbestos Claimants Committee. | Gutierrez, J. | 1.8 |
| 01/04/2007 | Attend to Committee member's memorandum re: Committee strategy. | Krieger, A. | 0.2 |
| 01/04/2007 | Attention to Chehi memo to Committee re: status. | Pasquale, K. | 0.3 |
| 01/05/2007 | Memorandum to LK, KP re: Committee member's memorandum. | Krieger, A. | 0.2 |
| 01/05/2007 | Emails to committee re: Chehi memo (.4); calls to Maher re: call to discuss (.3); office conference with KP, M. Chehi memo (.2). | Kruger, L. | 0.9 |
| 01/05/2007 | Confer L. Kruger re: Chehi memo. | Pasquale, K. | 0.2 |
| 01/08/2007 | Memorandum to the Committee re: 01/11/07 conference call (.2); office conference LK re: 01/11/07 conference call (.1). | Krieger, A. | 0.3 |
| 01/11/2007 | Attend Committee conference call re: plan strategy (.5); exchanged memoranda with R. Frezza re: revised recovery analyses and attend to same (.3). | Krieger, A. | 0.8 |
| 01/11/2007 | Office conference with K. Pasquale and A. Krieger and calls re: Committee status, negotiations and strategy. | Kruger, L. | 0.8 |
| 01/11/2007 | Preparation for and Committee conference call. | Pasquale, K. | 0.7 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/16/2007 | Conf. call with debtor and debtor professional re status and strategy. | Kruger, L. | 0.5 |
| 01/16/2007 | Conference call with debtors, professionals re: status. | Pasquale, K. | 0.4 |
| 01/18/2007 | Continued drafting memorandum summarizing expert reports filed by the Asbestos Claimants Committee. | Gutierrez, J. | 5.5 |
| 01/19/2007 | Began drafting memorandum summarizing expert reports filed by W.R. Grace Debtors. | Gutierrez, J. | 1.0 |
| 01/23/2007 | Memorandum to the Committee re: 01/24/07 conference call. | Krieger, A. | 0.2 |
| 01/24/2007 | Conference call meeting of the Committee re: 01/23/07 and 01/24/07 hearings, plan discussions, estimation process. | Krieger, A. | 0.4 |
| 01/24/2007 | Office conf. with K. Pasquale, A. Krieger and telephone call with Committee re: exclusivity hearings and strategy. | Kruger, L. | 0.6 |
| 01/24/2007 | Conference call with Committee re: exclusivity and omnibus court hearings. | Pasquale, K. | 0.5 |
| 01/25/2007 | Attend to memorandum to the Committee re: Judge Backwalter's order (.2); exchange memoranda with Committee members (.2); prepare memorandum to the Committee re: pension motion and Watson Wyatt report (1.3). | Krieger, A. | 1.7 |
| 01/25/2007 | Review order re exclusivity appeal (.2) and review A. Krieger's email re same (.1); review memo to Committee re pension issues and Watson Wyatt report (.6). | Kruger, L. | 0.9 |
| 01/26/2007 | Attend to memorandum to the Committee re: Watson Wyatt report and review of related materials. | Krieger, A. | 2.4 |
| 01/26/2007 | Review Walter Watson report and materials and memo re same to Committee. | Kruger, L. | 1.1 |
| 01/28/2007 | Attend to memorandum to the Committee re: pension matters. | Krieger, A. | 0.2 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/29/2007 | Attend to memorandum to the Committee re: pension matters. | Krieger, A. | 0.4 |
| 01/30/2007 | Review memo to Committee re Watson Wyatt report and Capstone report re: motion to pay minimum contribution (.4) and review memo from A. Krieger re: pension (.1). | Kruger, L. | 0.5 |
| 01/31/2007 | Attend to Capstone memo re: pension matters. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Gutierrez, James S. | 8.8 | $ 420 | $ 3,696.00 |
| Krieger, Arlene G. | 7.0 | 605 | 4,235.00 |
| Kruger, Lewis | 5.3 | 860 | 4,558.00 |
| Pasquale, Kenneth | 2.4 | 720 | 1,728.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 14,217.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 14,217.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1784952v1

| RE | Fee Application, Applicant<br>699843 0018 |
|----|------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/02/2007 | Worked on monthly statement and bill and sent to A. Krieger to review. | Holzberg, E. | 2.9 |
| 01/04/2007 | Attend to November 2006 monthly fee statement. | Krieger, A. | 0.2 |
| 01/06/2007 | Attend to November 2006 fee statement. | Krieger, A. | 1.2 |
| 01/08/2007 | Made revisions to monthly bill. | Holzberg, E. | 0.9 |
| 01/08/2007 | Office conferences EH re: November 2006 fee statement corrections (.1); exchanged memoranda with J. Strauss re: travel time inquiry (.2). | Krieger, A. | 0.3 |
| 01/10/2007 | Worked on revisions to time for monthly bill for December (1.9); completed monthly bill for November statement and charts and prepared for service and filing (1.4). | Holzberg, E. | 3.3 |
| 01/11/2007 | Review Stroock's November 2006 monthly fee statement in preparation for filing (.8); prepare affidavit of service and forward to local counsel for filing (.4). | Mohamed, D. | 1.2 |
| 01/12/2007 | Prepare and effectuate service re: Stroock's November 2006 monthly fee statement. | Mohamed, D. | 0.7 |
| 01/17/2007 | Made additional revisions to December bill. | Holzberg, E. | 1.1 |
| 01/17/2007 | Attend to December 2006 fee statement. | Krieger, A. | 0.8 |
| 01/19/2007 | Worked on 69th monthly fee application for December fee statement and revised charts. | Holzberg, E. | 1.4 |
| 01/23/2007 | Made additional revisions to bill (.6); reviewed disbursements to prior bills (.5). | Holzberg, E. | 1.1 |
| 01/23/2007 | Attend to December 2006 fee statement. | Krieger, A. | 0.6 |
| 01/24/2007 | Office conferences EH re: finalization of | Krieger, A. | 0.5 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
|  | December 2006 fee statement (.1); and review of expenses backup (.4). |  |  |
| 01/25/2007 | Made revisions to charts for monthly bill. | Holzberg, E. | 0.9 |
| 01/29/2007 | Prepare for and had monthly bill filed. | Holzberg, E. | 0.3 |
| 01/29/2007 | Review Stroock's 69th monthly fee statement for December 2006 in preparation for filing (.6); prepare affidavit of service regarding same and forward to local counsel for filing (.4); prepare and effectuate service re: fee statement (.7). | Mohamed, D. | 1.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 11.9 | $ 255 | $ 3,034.50 |
| Krieger, Arlene G. | 3.6 | 605 | 2,178.00 |
| Mohamed, David | 3.6 | 165 | 594.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,806.50 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 5,806.50 |
|-----------------------|-----------|

| RE | Creditor Inquiries |
| --- | --- |
| | 699843 0019 |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 01/02/2007 | Call new holder of bank debt re status. | Kruger, L. | 0.3 |
| 01/03/2007 | Telephone conference bank debt holder re: ZAI decision. | Pasquale, K. | 0.3 |
| 01/05/2007 | Call to creditors re: status. | Kruger, L. | 0.2 |
| 01/24/2007 | Telephone call bank debt holder re: 01/22/07 exclusivity appeal hearing and 01/23/07 omnibus hearing. | Krieger, A. | 0.3 |
| 01/24/2007 | Call with bank debt holder. | Kruger, L. | 0.2 |
| 01/24/2007 | Telephone conference bank debt holders re: case status and court hearings. | Pasquale, K. | 0.4 |
| 01/29/2007 | T/c bank debtholder re: case status. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Krieger, Arlene G. | 0.5 | $ 605 | $ 302.50 |
| Kruger, Lewis | 0.7 | 860 | 602.00 |
| Pasquale, Kenneth | 0.7 | 720 | 504.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,408.50 |
| --- | --- |

| TOTAL FOR THIS MATTER | $ 1,408.50 |
| --- | --- |

| RE | Fee Application, Others<br>699843 0020 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/08/2007 | Attend to newly filed fee applications. | Krieger, A. | 0.9 |
| 01/09/2007 | Review Capstone Advisory Group's October 2006 monthly fee statement in preparation for filing (.6); prepare notice and affidavit of service regarding same and forward to local counsel for filing (.5); prepare and effectuate service re: fee statement (.6). | Mohamed, D. | 1.7 |
| 01/31/2007 | Attend to newly filed fee applications. | Krieger, A. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 1.5 | $ 605 | $ 907.50 |
| Mohamed, David | 1.7 | 165 | 280.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,188.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,188.00 |
|---|---|

| RE | Employee Benefits, Pension 699843  0021 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/24/2007 | Attend to motion authorizing payment of April 2007 minimum contribution to pension plan, prior motion and Capstone's draft Committee memorandum thereon. | Krieger, A. | 2.3 |
| 01/24/2007 | Review motion to authorize payment to pension plan and Capstone analysis and memo to committee. | Kruger, L. | 1.3 |
| 01/25/2007 | T/c J. Dolan re: Pension motion recommendation (.2); memorandum to M. Wintner re: same (.2). | Krieger, A. | 0.4 |
| 01/26/2007 | Exchange memoranda with J. Baer re: additional pension information (.1); attend to P. Zilly correspondence re: additional pension information and memorandum to M. Wintner re: same (.3). | Krieger, A. | 0.4 |
| 01/29/2007 | Memorandum to J. Dolan re: Capstone Memorandum regarding pension motion (.1); attend to Capstone Memorandum (.1); memorandum to M. Wintner re: Committee memoranda (.1). | Krieger, A. | 0.3 |
| 01/30/2007 | Telephone call Rick Wyron re: pension motion (.1) and memorandum to LK, KP re: same (.2). | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 3.7 | $ 605 | $ 2,238.50 |
| Kruger, Lewis | 1.3 | 860 | 1,118.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,356.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,356.50 |
|---|---|

| RE | Expenses 699843  0024 | |
|---|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 80.54 |
| Local Transportation | 25.03 |
| Long Distance Telephone | 84.12 |
| Duplicating Costs-in House | 10.40 |
| Filing Fees | 334.00 |
| Word Processing | 18.00 |
| Facsimile Charges | 13.00 |
| Travel Expenses - Transportation | 279.00 |
| Westlaw | 117.93 |

| TOTAL DISBURSEMENTS/CHARGES | $ 962.02 |
|---|---|

| TOTAL FOR THIS MATTER | $ 962.02 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1784952v1

| RE | Travel - Non Working 699843  0035 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/22/2007 | Travel time to and from Philadelphia for District Court hearing re: exclusivity (3.5). | Kruger, L. | 3.5 |
| 01/23/2007 | Travel to attend omnibus hearing in Wilmington, DE. | Pasquale, K. | 4.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Kruger, Lewis | 3.5 | $ 860 | $ 3,010.00 |
| Pasquale, Kenneth | 4.0 | 720 | 2,880.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,890.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 5,890.00 |
|---|---|

| RE | Plan and Disclosure Statement |
|----|-------------------------------|
|    | 699843 0036 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/17/2007 | Emails to Philip Bentley re exclusivity hearing. | Kruger, L. | 0.2 |
| 01/18/2007 | Conference call P. Bentley, D. Bernick, LK, KP re: 1/22/07 exclusivity argument. | Krieger, A. | 0.4 |
| 01/18/2007 | Exchange of memoranda with R. Frezza (.2) and telephone call R. Frezza re: interest analysis (.2). | Krieger, A. | 0.4 |
| 01/18/2007 | Office conf re: exclusivity hearing (.2) and Office conf with K. Pasquale and call with Philip Bentley re exclusivity hearing (.3) and office conference with K. Pasquale, A. Krieger and call with P. Bentley and Bernick re: exclusivity hearing (.3); review new pleadings (.2). | Kruger, L. | 1.0 |
| 01/18/2007 | Confer L. Kruger re: exclusivity argument (.3); telephone conferences Bentley, Bernick re: same (.3). | Pasquale, K. | 0.6 |
| 01/19/2007 | Review briefs for exclusivity appeal. | Kruger, L. | 1.1 |
| 01/25/2007 | Attend to Judge Backwalter's memorandum and order affirming the extension of exclusivity and memo to LK, KP re: same. | Krieger, A. | 0.2 |
| 01/25/2007 | Attention to exclusivity appeal order. | Pasquale, K. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 1.0 | $ 605 | $ 605.00 |
| Kruger, Lewis | 2.3 | 860 | 1,978.00 |
| Pasquale, Kenneth | 0.8 | 720 | 576.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,159.00 |
|-------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 3,159.00 |
|-----------------------|-----------|

| RE | Hearings |
|---|---|
| | 699843  0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/09/2007 | Prepared for hearing re: methodology issue with respect to property damage claims. | Papir, R. | 0.4 |
| 01/10/2007 | Prepared for hearing re: methodology issue with respect to property damage claims. | Papir, R. | 2.6 |
| 01/11/2007 | Prepared for hearing re: methodology issue with respect to property damage claims; attention to stipulation re: same. | Papir, R. | 1.2 |
| 01/16/2007 | Conference call Grace representatives re: matters to be heard at 1/22 and 1/23/07 hearings and other pending matters. | Krieger, A. | 0.5 |
| 01/19/2007 | Preparation for January 23 omnibus hearing. | Pasquale, K. | 1.3 |
| 01/22/2007 | District court hearing re: exclusivity (1.7). | Kruger, L. | 1.7 |
| 01/23/2007 | Attended (telephonically) omnibus hearing re: estimation related issues, pd claims (3.3); attended to memorandum to LK re: hearing results (.9): office conference LK re: conclusion of 01/23/07 exclusivity appeal hearing and discussion with counsel thereafter (.2). | Krieger, A. | 4.4 |
| 01/23/2007 | Attend telephonic court hearing (2.4); review A. Krieger memo re: court hearing (.3); office conference with A. Krieger re: result of exclusivity appeal hearing and my discussion with counsel (.2); review memo to Committee re: conference call on 1/24 (.1). | Kruger, L. | 3.0 |
| 01/23/2007 | Participated in omnibus hearing. | Pasquale, K. | 4.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 4.9 | $ 605 | $ 2,964.50 |
| Kruger, Lewis | 4.7 | 860 | 4,042.00 |
| Papir, Ryan M. | 4.2 | 465 | 1,953.00 |
| Pasquale, Kenneth | 5.9 | 720 | 4,248.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 13,207.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 13,207.50 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 80,527.00 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 962.02 |
| TOTAL BILL | $ 81,489.02 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.