# EXHIBIT B

## WR GRACE & CO
## SUMMARY OF FEES
## JANUARY 1, 2007 - JANUARY 31, 2007

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 23.3 | $ 860 | $ 20,038.00 |
| Pasquale, Kenneth | 22.6 | 720 | 16,272.00 |
| | | | |
| **Associates** | | | |
| Gutierrez, James S. | 8.8 | 420 | 3,696.00 |
| Krieger, Arlene G. | 41.4 | 605 | 25,047.00 |
| Papir, Ryan M. | 5.4 | 465 | 2,511.00 |
| | | | |
| **Paraprofessionals** | | | |
| Holzberg, Ethel H. | 27.8 | 255 | 7,089.00 |
| Mohamed, David | 35.6 | 165 | 5,874.00 |
| | | | |
| **Sub Total** | 164.9 | | $ 80,527.00 |
| **Less 50% Travel** | (3.7) | | (2,945.00) |
| **Total** | 161.2 | | 77,582.00 |

SSL-DOCS1 1784952v1