# EXHIBIT C

## WR GRACE & CO
## DISBURSEMENT SUMMARY
## JANUARY 1, 2007 - JANUARY 31, 2007

| | |
|---|---:|
| Outside Messenger Service | $ 80.54 |
| Local Transportation | 25.03 |
| Long Distance Telephone | 84.12 |
| Duplicating Costs-in House | 10.40 |
| Filing Fees | 334.00 |
| Word Processing | 18.00 |
| Facsimile Charges | 13.00 |
| Travel Expenses - Transportation | 279.00 |
| Westlaw | 117.93 |
| | |
| **TOTAL** | **$962.02** |

# STROOCK

## Disbursement Register

| DATE | February 23, 2007 |
|---|---|
| INVOICE NO. | 406000 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD  21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through January 31, 2007, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

**Outside Messenger Service**

| | | |
|---|---|---|
| 01/02/2007 | VENDOR: UPS; INVOICE#: 0000010X827526; DATE: 12/30/2006; FROM ACCTS PAYABLE, , NEW YORK, NY TO Kerim Ertug Navigant Consulting Inc., , WASHINGTON, DC 20006 Tracking #:1Z10X8270191007182 on 12/21/2006 | 3.00 |
| 01/08/2007 | VENDOR: UPS; INVOICE#: 0000010X827017; DATE: 01/06/2007; FROM Monika Lee, 180 Maiden Lane, New York, NY TO Kerim Ertug Navigant Consulting Inc., 1801 K Street NW, WASHINGTON, DC 20006 Tracking #:1Z10X8270195904651 on 01/02/2007 | 6.75 |
| 01/08/2007 | VENDOR: UPS; INVOICE#: 0000010X827017; DATE: 01/06/2007; FROM Laura Croston, 180 Maiden Lane, New York, NY TO Arlene G. Krieger, 10 East End Avenue, NEW YORK, NY 10021 Tracking #:1Z10X8270197616816 on 01/02/2007 | 7.93 |
| 01/16/2007 | VENDOR: UPS; INVOICE#: 0000010X827027; DATE: 01/13/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270191664696 on 01/09/2007 | 8.56 |
| 01/16/2007 | VENDOR: UPS; INVOICE#: 0000010X827027; DATE: 01/13/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Alison T. Ash Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270192130313 on 01/09/2007 | 6.21 |
| 01/16/2007 | VENDOR: UPS; INVOICE#: 0000010X827027; DATE: 01/13/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David | 6.21 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1784952v1

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270194841104 on 01/09/2007 | |
| 01/16/2007 | VENDOR: UPS; INVOICE#: 0000010X827027; DATE: 01/13/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270194897082 on 01/09/2007 | 6.21 |
| 01/16/2007 | VENDOR: UPS; INVOICE#: 0000010X827027; DATE: 01/13/2007; FROM Monika Lee, 180 Maiden Lane, New York, NY TO Kerim Ertug Navigant Consulting Inc., 1801 K Street NW, WASHINGTON, DC 20006 Tracking #:1Z10X8270193674841 on 01/11/2007 | 6.75 |
| 01/22/2007 | VENDOR: UPS; INVOICE#: 0000010X827037; DATE: 01/20/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Alison T. Ash Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270195813571 on 01/12/2007 | 6.21 |
| 01/22/2007 | VENDOR: UPS; INVOICE#: 0000010X827037; DATE: 01/20/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270195914962 on 01/12/2007 | 6.21 |
| 01/22/2007 | VENDOR: UPS; INVOICE#: 0000010X827037; DATE: 01/20/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270197356599 on 01/12/2007 | 6.21 |
| 01/22/2007 | VENDOR: UPS; INVOICE#: 0000010X827037; DATE: 01/20/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270199628783 on 01/12/2007 | 8.56 |
| 01/22/2007 | VENDOR: UPS; INVOICE#: 0000010X827037; DATE: 01/20/2007; FROM ACCTS PAYABLE, , NEW YORK, NY TO Kerim Ertug Navigant Consulting Inc., , WASHINGTON, DC 20006 Tracking #:1Z10X8270193674841 on 01/11/2007 | 1.73 |
| **Outside Messenger Service Total** | | **80.54** |

**Local Transportation**

| | | |
|---|---|---|
| 01/19/2007 | VENDOR: Elite Limousine; Invoice#: 1218599; Invoice Date: N/A; GUTIERREZ JAMES S 01/03/07 19:51:32 from 180 MAIDEN LN to 222 W. 14 ST | 25.03 |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | Local Transportation Total | **25.03** |
| **Long Distance Telephone** | | |
| 01/16/2007 | EXTN.5562, TEL.973-912-2059, S.T.09:43, DUR.00:07:24 | 3.71 |
| 01/18/2007 | EXTN.5544, TEL.201-587-7123, S.T.16:18, DUR.00:09:06 | 4.64 |
| 01/22/2007 | EXTN.5562, TEL.413-744-0350, S.T.09:49, DUR.00:03:00 | 1.39 |
| 01/24/2007 | EXTN.5544, TEL.310-566-1015, S.T.17:26, DUR.00:16:54 | 7.89 |
| 01/24/2007 | EXTN.5562, TEL.203-629-9522, S.T.16:30, DUR.00:13:54 | 6.50 |
| 01/25/2007 | EXTN.5544, TEL.201-587-7144, S.T.11:10, DUR.00:00:36 | 0.46 |
| 01/25/2007 | EXTN.5562, TEL.202-973-7203, S.T.14:06, DUR.00:00:36 | 0.46 |
| 01/30/2007 | VENDOR: Teleconferencing Services, LLC; INVOICE#: 15692328; DATE: 1/16/2007 - Conf call - 01/11/07 - L. Kruger | 58.14 |
| 01/30/2007 | EXTN.5562, TEL.202-973-7203, S.T.14:10, DUR.00:01:06 | 0.93 |
| | Long Distance Telephone Total | **84.12** |
| **Duplicating Costs-in House** | | |
| 01/11/2007 | | 1.60 |
| 01/11/2007 | | 5.70 |
| 01/11/2007 | | 0.30 |
| 01/17/2007 | | 2.00 |
| 01/24/2007 | | 0.80 |
| | Duplicating Costs-in House Total | **10.40** |
| **Filing Fees** | | |
| 01/22/2007 | VENDOR: Chase Card Services; INVOICE#: 010207; DATE: 1/2/2007 - visa charge 12/08/06 Court Call LLC | 213.50 |
| 01/22/2007 | VENDOR: Chase Card Services; INVOICE#: 010207; DATE: 1/2/2007 - visa charge 12/18/06 Court Call LLC | 44.50 |
| 01/22/2007 | VENDOR: Chase Card Services; INVOICE#: 010207; DATE: 1/2/2007 - visa charge 12/26/06 Court Call LLC | 25.00 |
| 01/22/2007 | VENDOR: Chase Card Services; INVOICE#: 010207; DATE: | 51.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1784952v1

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
|      | 1/2/2007 - visa charge 12/27/06 Court Call LLC | |
| **Filing Fees Total** | | **334.00** |
| **Word Processing** | | |
| 01/31/2007 | 1-12-07 | 18.00 |
| **Word Processing Total** | | **18.00** |
| **Facsimile Charges** | | |
| 01/04/2007 | Fax # 212-396-2120 | 13.00 |
| **Facsimile Charges Total** | | **13.00** |
| **Travel Expenses - Transportation** | | |
| 01/08/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH EWR PIT EWR on 11/22/2006 | 30.00 |
| 01/22/2007 | VENDOR: Chase Card Services; INVOICE#: 010207; DATE: 1/2/2007 - visa charge 12/13/06 L Kruger 12/18/06 Penn NY to Wilmington, DE | 249.00 |
| **Travel Expenses - Transportation Total** | | **279.00** |
| **Westlaw** | | |
| 01/02/2007 | Duration 0:09:17; by Pasquale, Kenneth | 117.93 |
| **Westlaw Total** | | **117.93** |

| BILL DISBURSEMENT SUMMARY | |
|---|---:|
| Outside Messenger Service | $ 80.54 |
| Local Transportation | 25.03 |
| Long Distance Telephone | 84.12 |
| Duplicating Costs-in House | 10.40 |
| Filing Fees | 334.00 |
| Word Processing | 18.00 |
| Facsimile Charges | 13.00 |
| Travel Expenses - Transportation | 279.00 |
| Westlaw | 117.93 |

| TOTAL DISBURSEMENTS/CHARGES | $ 962.02 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.