

**Navigant Consulting**

1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

March 8, 2007
Original Invoice Dated: February 27, 2007

Stroock, Stroock & Lavan
180 Maiden Lane
New York, NY 10038
Attn: Kenneth Pasquale

*For Services Rendered For*
*WR Grace Creditor's Committee - January 2007*

**Professional Fees:**

| | | | |
|---|---|---|---|
| LC | 28.00 hrs. @ | $550 | $15,400.00 |
| ML | 35.75 hrs. @ | $325 | 11,618.75 |
| JM | 69.75 hrs. @ | $325 | 22,668.75 |
| KE | 44.75 hrs. @ | $200 | 8,950.00 |
| AH | 11.25 hrs. @ | $175 | 1,968.75 |
| AM | 172.75 hrs. @ | $150 | 25,912.50 |

**Total Professional Fees** ............................................................................................................ **$86,518.75**

**Expenses:**

| | |
|---|---|
| Airfare | $ 2,521.45 |
| Ground Transportation / Auto Expense | 29.00 |
| Lodging | 557.97 |
| Meals | 116.60 |
| Mobile Telephone / Pager | 778.12 |
| Research | 22.81 |

**Total Expenses** ........................................................................................................................... **$4,025.95**

**Adjusted Expenses:**

| | |
|---|---|
| Lodging | $ (19.80) |
| Meals | (50.16) |

**Total Adjusted Expenses** ........................................................................................................ **($69.96)**

**Net Total Expenses** .................................................................................................................. **$3,955.99**

**Total Amount Due for January Services, Expenses and Adjusted Expenses** ............................ **$90,474.74**

**Outstanding Invoices:**

| | | | |
|---|---|---|---|
| Inv No. | 187879 | December 13, 2006 | $133,438.70 |
| Inv No. | 189897 | January 12, 2007 | 55,245.22 |

**Total Outstanding Invoices** ................................................................................................... **$188,683.92**

**Total Amount Due For January Services, Expenses, Adjusted Expenses
 and Outstanding Invoices** ................................................................................................... **$279,158.66**

Navigant Consulting, Inc. Project No.: 113758                              Invoice No.: 193666



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| CHAMBERS, LETITIA | 1/4/2007 | 1.00 | Estimation Issues |
| CHAMBERS, LETITIA | 1/8/2007 | 2.00 | Estimation issues. |
| CHAMBERS, LETITIA | 1/9/2007 | 3.50 | Estimation issues. |
| CHAMBERS, LETITIA | 1/11/2007 | 5.00 | Estimation issues. |
| CHAMBERS, LETITIA | 1/12/2007 | 7.50 | Estimation issues. |
| CHAMBERS, LETITIA | 1/26/2007 | 2.50 | Estimation issues. |
| CHAMBERS, LETITIA | 1/31/2007 | 6.50 | Estimation issues -prep for call, call with client; and follow-up. |
| ERTUG, KERIM CAN | 1/8/2007 | 8.75 | Matching PIQ responses to historical claims data. SAS programming, meeting with staff and updating PIQ analysis. |
| ERTUG, KERIM CAN | 1/9/2007 | 1.75 | Meeting with staff and updating PIQ analysis. |
| ERTUG, KERIM CAN | 1/10/2007 | 1.50 | Meeting with staff to review PIQ responses and database. |
| ERTUG, KERIM CAN | 1/12/2007 | 3.75 | Uploading new data received and meeting with staff. |
| ERTUG, KERIM CAN | 1/15/2007 | 1.25 | Review PIQ documents received and meet with staff. |
| ERTUG, KERIM CAN | 1/16/2007 | 1.50 | Meet with staff, review questions in regards to the PIQ database. |
| ERTUG, KERIM CAN | 1/18/2007 | 3.25 | Meet with staff review PIQ claims data. |
| ERTUG, KERIM CAN | 1/19/2007 | 6.25 | Review of pre-petition settlements, PIQs and POC image files. |
| ERTUG, KERIM CAN | 1/22/2007 | 0.75 | Meet with staff and review PIQ database. |
| ERTUG, KERIM CAN | 1/29/2007 | 5.75 | Review of PIQ database, meeting with staff and SAS programming. |
| ERTUG, KERIM CAN | 1/30/2007 | 5.25 | Review of PIQ database questions, meeting with staff and SAS programming. |
| ERTUG, KERIM CAN | 1/31/2007 | 3.25 | Meeting with to review PIQ database and questions in regards to PIQ. |
| ERTUG, KERIM CAN | 1/31/2007 | 1.00 | Meeting with staff review of time schedule for the report. |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| ERTUG, KERIM CAN | 1/31/2007 | 0.75 | Conference call with client. |
| HLAVIN, ANDREW | 1/19/2007 | 5.75 | Review personal information questionnaires and pre-petition settlements. |
| HLAVIN, ANDREW | 1/22/2007 | 5.50 | Review pre-petition settled, unpaid claims. |
| LYMAN, MARY | 1/2/2007 | 0.25 | Discussion with staff |
| LYMAN, MARY | 1/4/2007 | 0.25 | Project administration |
| LYMAN, MARY | 1/5/2007 | 0.25 | Project administration. |
| LYMAN, MARY | 1/8/2007 | 0.50 | Edits to draft |
| LYMAN, MARY | 1/8/2007 | 0.50 | Staff discussion and project administration |
| LYMAN, MARY | 1/9/2007 | 1.50 | Staff meeting |
| LYMAN, MARY | 1/10/2007 | 0.25 | Project administration |
| LYMAN, MARY | 1/12/2007 | 1.75 | Preparation and meeting with expert and staff |
| LYMAN, MARY | 1/15/2007 | 6.00 | Research for and revisions to draft report |
| LYMAN, MARY | 1/17/2007 | 3.00 | Research and work on revisions to draft |
| LYMAN, MARY | 1/18/2007 | 4.50 | Research and revisions to paper, staff discussions |
| LYMAN, MARY | 1/19/2007 | 4.75 | Research; revisions to draft report |
| LYMAN, MARY | 1/22/2007 | 0.50 | Research and staff discussion |
| LYMAN, MARY | 1/23/2007 | 0.50 | Research |
| LYMAN, MARY | 1/24/2007 | 1.00 | Research re state tax reform |
| LYMAN, MARY | 1/25/2007 | 3.25 | Research re state tax reform |
| LYMAN, MARY | 1/26/2007 | 4.00 | Research re state reform |
| LYMAN, MARY | 1/30/2007 | 0.25 | Project administration |
| LYMAN, MARY | 1/31/2007 | 2.75 | Prep for, conference call with Rust; meeting with staff and expert; project admin. |
| MCINTIRE, JAMES | 1/2/2007 | 1.00 | Review timeline and strategy |
| MCINTIRE, JAMES | 1/3/2007 | 1.50 | Organize and review documents |
| MCINTIRE, JAMES | 1/4/2007 | 2.25 | Review data, analysis and assumptions |
| MCINTIRE, JAMES | 1/5/2007 | 2.50 | Review report draft |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| MCINTIRE, JAMES | 1/7/2007 | 2.50 | Review data, files and billing |
| MCINTIRE, JAMES | 1/8/2007 | 6.50 | Meet with staff, review data, report and other expert reports |
| MCINTIRE, JAMES | 1/9/2007 | 7.50 | Discuss data elements and strategy with staff, review materials |
| MCINTIRE, JAMES | 1/10/2007 | 5.50 | Review report draft and preliminary estimates |
| MCINTIRE, JAMES | 1/12/2007 | 2.25 | Staff planning session and follow up. |
| MCINTIRE, JAMES | 1/15/2007 | 1.25 | Outline report revisions |
| MCINTIRE, JAMES | 1/16/2007 | 1.50 | Discussions with staff, outline revisions |
| MCINTIRE, JAMES | 1/17/2007 | 1.50 | Review PIQ issues for clarification with RUST |
| MCINTIRE, JAMES | 1/18/2007 | 0.50 | Follow-up on PIQ questions/issues |
| MCINTIRE, JAMES | 1/19/2007 | 1.50 | Review changes to redraft report |
| MCINTIRE, JAMES | 1/20/2007 | 5.50 | Report restructure and redraft |
| MCINTIRE, JAMES | 1/21/2007 | 4.50 | Restructure and revise report draft |
| MCINTIRE, JAMES | 1/22/2007 | 1.75 | Restructure and revise report draft |
| MCINTIRE, JAMES | 1/23/2007 | 2.50 | Restructure and revise report draft |
| MCINTIRE, JAMES | 1/24/2007 | 1.50 | Restructure and revise report draft |
| MCINTIRE, JAMES | 1/25/2007 | 2.75 | Restructure and revise report draft |
| MCINTIRE, JAMES | 1/26/2007 | 2.50 | Restructure and revise report draft |
| MCINTIRE, JAMES | 1/27/2007 | 6.50 | Restructure and revise report draft |
| MCINTIRE, JAMES | 1/28/2007 | 4.50 | Restructure and revise report draft |
| MHATRE, ARCHANA | 1/2/2007 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 1/3/2007 | 7.25 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 1/4/2007 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 1/5/2007 | 7.50 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 1/8/2007 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |



NAVIGANT CONSULTING

1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| MHATRE, ARCHANA | 1/9/2007 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 1/10/2007 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 1/11/2007 | 7.50 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 1/12/2007 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 1/15/2007 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 1/16/2007 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 1/17/2007 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 1/18/2007 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 1/19/2007 | 7.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 1/22/2007 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 1/23/2007 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 1/24/2007 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 1/25/2007 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 1/26/2007 | 8.00 | Questionnaire & SAS database - data analysis & reporting. |
| MHATRE, ARCHANA | 1/29/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 1/30/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 1/31/2007 | 5.50 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 1/31/2007 | 2.00 | Travel time Reston office to DC and back. Team meeting + conference call with RUST Consulting in DC office. |



**NAVIGANT CONSULTING**

1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

EXPENSE SUMMARY

| Code | Description | Amount |
|---|---|---|
| AIRFARE | Airfare | 2,521.45 |
| GRTRANS | Ground Transportation / Auto Expense | 29.00 |
| LODGING | Lodging | 538.17 |
| MEALS | Meals | 66.44 |
| MOBLTEL | Mobile Telephone / Pager | 778.12 |
| RESRCH | Research | 22.81 |
| | Expense Total: | 3,955.99 |

| Name | Code | Trans. Date | Amount | Narrative |
|---|---|---|---|---|
| CHAMBERS, LETITIA | AIRFARE | 1/23/2007 | 783.95 | Airfare |
| CHAMBERS, LETITIA | AIRFARE | 1/5/2007 | 832.70 | Airfare to DC - Jan 10 - Jan 12 |
| CHAMBERS, LETITIA | LODGING | 7/31/2006 | (19.80) | 8/1 laundry services at Melrose |
| CHAMBERS, LETITIA | MEALS | 10/23/2006 | (4.67) | |
| CHAMBERS, LETITIA | MEALS | 10/23/2006 | (4.67) | |
| CHAMBERS, LETITIA | MEALS | 10/23/2006 | (5.23) | |
| CHAMBERS, LETITIA | MEALS | 10/23/2006 | (35.59) | |
| CHAMBERS, LETITIA | MOBLTEL | 12/20/2006 | 778.12 | Cell phone calls regarding WR Grace |
| LEXIS-NEXIS | RESRCH | 11/30/2006 | 22.81 | Research    RESEARCH - Vendor:LEXIS-NEXIS |
| MCINTIRE, JAMES L | AIRFARE | 1/7/2007 | 904.80 | Round trip to DC |
| MCINTIRE, JAMES L | GRTRANS | 1/7/2007 | 15.00 | Cab ride from National to The River Inn |
| MCINTIRE, JAMES L | LODGING | 1/7/2007 | 557.97 | 3 nights accommodations in DC |
| MCINTIRE, JAMES L | MEALS | 1/10/2007 | 107.28 | Two dinners (1/8 and 1/9) |
| MCINTIRE, JAMES L | MEALS | 1/7/2007 | 9.32 | Breakfast stuff for 3 mornings |
| MHATRE, ARCHANA | GRTRANS | 1/31/2007 | 14.00 | Team Meeting in DC. Parking garage charges. |
| SUBTOTAL TASK: 10 | | | 3,955.99 | |

Expense Total: 3,955.99