IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE: W.R. GRACE & CO, et al;   )
                                 )      Bankruptcy No. 01-01139 (JKF)
                                 )      (Jointly Administered)
Debtor(s)                        )
                                 )      Chapter 11
                                 )
                                 )      **Related to Dkt. No. 7709**
                                 )

## ORDER AMENDING CASE MANAGEMENT ORDER WITH RESPECT TO IDENTIFICATION OF JUDGE FITZGERALD'S DELAWARE COURTROOM DEPUTY

AND NOW, this 8th day of **March, 2007**, it is **ORDERED** that the Case Management Order in effect in this case is **amended** to substitute Jennifer Patone Cook and Jennifer_Cook@deb.uscourts.gov for every reference to Julia Johnston and Julia_Johnston@deb.uscourts.gov in the Case Management Order.

It is **FURTHER ORDERED** that counsel for Debtor(s) shall immediately serve a copy of this Order on all parties in interest who do not receive electronic notice of filings in this case and shall file a certificate of service forthwith.

_____
Judith K. Fitzgerald
United States Bankruptcy Judge