# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| Debtors. | ) | Objection Deadline: November 23, 2006 |
| | | Hearing Date: TBD only if necessary |

**SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON**
**PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR**
**SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL**
**COUNSEL FOR THE INTERIM PERIOD FROM JULY 1, 2006 THROUGH**
**JULY 31, 2006**

Name of Applicant:                                          Richardson Patrick Westbrook
                                                                          & Brickman, LLC

Authorized to Provide Professional Services to:    Zonolite Attic Insulation Claimants

Date of Appointment:                                       July 22, 2002

Period for which compensation and
Reimbursement is sought:                                 July 1, 2006 through
                                                                          July 31, 2006

Amount of Compensation sought as actual,
Reasonable, and necessary:                               $ 2,250.00

Amount of Expenses Reimbursement:                  $ 0

This is a:  X monthly   _ interim   _ final application

Prior Application filed:  Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003- 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003- 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 1/1/2004- 1/31/2004 | $17,311.00 | $1,427.54 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 2/1/2004- 2/29/2004 | $36,536.50 | $3,023.68 | No objection served on counsel | No objection served on counsel |
| 7/23/2004 | 3/1/2004- 3/31/2004 | $6,212.50 | $100.02 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 4/1/2004- 4/30/2003 | $327.50 | $ 0 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 5/1/2004- 5/31/2004 | $4,432.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 8/17/2004 | 6/1/2004- 6//30/2004 | $24,797.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 7/1/2004- 7/31/2004 | $12,247.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 8/1/2004- 8/31/2004 | $13,955.00 | $0 | No objection served on counsel | No objection served on counsel |
| 11/23/2004 | 9/1/2004- 9/30/2004 | $31,334.00 | $374.29 | No objections served on counsel | No objection served on counsel |
| 11/23/2004 | 10/1/2004- 10/31/2004 | $210,386.00 | $23,723.43 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 11/1/2004- 11/30/2004 | $23,932.50 | $13,414.72 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 12/1/2004- 12/31/2004 | $9,507.50 | $145.53 | No objections served on counsel | No objections served on counsel |

| 2/28/2005 | 1/1/2005-<br>1/31/2005 | $14,257.50 | $1,109.11 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 3/29/2005 | 2/1/2005-<br>2/28/2005 | $7,082.50 | $33.46 | No objections served on counsel | No objections served on counsel |
| 5/10/2005 | 3/1/2005-<br>3/31/2005 | $13,675.00 | $954.22 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 4/1/2005-<br>4/30/2005 | $7,500.00 | $7.60 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 5/1/2005-<br>5/31/2005 | $7,662.50 | $29.60 | No objections served on counsel | No objections served on counsel |
| 8/25/2005 | 6/1/2005-<br>6/30/2005 | $5,187.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2005 | 7/1/2005-<br>7/30/2005 | $2,595.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/10/2005 | 8/1/2005-<br>8/31/2005 | $7,430.00 | $ 401.08 | No objections served on counsel | No objections served on counsel |
| 11/10/2005 | 9/1/2005-<br>9/30/2005 | $6,562.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 10/1/2005-<br>10/31/2005 | $4,630.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 11/1/2005-<br>11/30/2005 | $8,710.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 12/1/2005-<br>12/31/2005 | $4,312.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| | 1/1/2006-<br>1/31/2006 | $7,125.00 | $ 38.40 | No objections served on counsel | No objections served on counsel |
| | 2/1/2006 –<br>2/28/2006 | $10,907.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| | 3/1/2006 –<br>3/31/2006 | $6,975.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| | 4/1/2006-<br>4/30/2006 | $6,125.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| | 5/1/2006-<br>5/31/2006 | $5,125.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| | 6/1/2006-<br>6/30/2006 | $4.312.50 | $ 0 | No objections served on counsel | No objections served on counsel |

This is the Forty-sixth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 18.0 | $2,250.00 |
| TOTALS | | | | | 18.0 | $2,250.00 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | | |
| 20-Tvel–Non-working | | |
| 22-ZAI Science Trial | 18.0 | $2,250.00 |
| TOTALS | 18.0 | $2,250.00 |

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| No expenses incurred during this period | - 0 - |
| Total | $ 0.00 |

Dated:  November 3, 2006

William D. Sullivan (No. 2820)
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE  19801
Phone:  (302) 428-8191
FAX:  (302) 428-8195

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
 & Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC  29464
Phone: (843) 727-6513
FAX: (843) 727-6688
LEAD COUNSEL FOR
ZAI CLAIMANTS

10/02/2006                                                                                      1

# Time and Expense report
**07/01/2006 - 07/31/2006**

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | **L106** | | | | | |
| **Day:** | | **07/11/2006** | | | | |
| 07/11/2006 Ikerrison | 200106 0000 | Zonolite Science Trial | L106<br>Respond to ZAI homeowners via emails (1.5); Update ZAI homeowner database - input new ZAI jobsites (3.5) | $125.00 | 5.00 | $625.00 |
| **Day:** | | **07/13/2006** | | | | |
| 07/13/2006 Ikerrison | 200106 0000 | Zonolite Science Trial | L106<br>Call and answer emails to ZAI homeowners (2); Meet with RMT regarding questionnaire to be drafted for use by Pennsylvania attorney to send to ZAI homeowners (1.5) | $125.00 | 3.50 | $437.50 |
| **Day:** | | **07/25/2006** | | | | |
| 07/25/2006 Ikerrison | 200106 0000 | Zonolite Science Trial | L106<br>Update ZAI homeowner database - input new ZAI jobsites (3); respond to ZAI homeowners via emails (1.5) | $125.00 | 4.50 | $562.50 |
| **Day:** | | **07/27/2006** | | | | |
| 07/27/2006 Ikerrison | 200106 0000 | Zonolite Science Trial | L106<br>Update ZAI homeowner database - input new ZAI jobsites (4); respond to ZAI homeowners via emails (1) | $125.00 | 5.00 | $625.00 |

| | | |
|---|---|---|
| **Grand Total:** | | **$2,250.00** |
| **Expense Grand Total:** | | **$0.00** |
| **Time Grand Total:** | | **$2,250.00** |
| **Total Hours/Report:** | | **18.00** |
| **Count:** | | **4** |

VERIFICATION

STATE OF SOUTH CAROLINA    )
                           )
COUNTY OF CHARLESTON       )

Edward J. Westbrook, after being duly sworn according to law, deposes and says:

a)      I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

b)      I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

c)      I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 6ᵗʰ day of October , 2006.

_____
Notary Public for South Carolina

My Commission Expires
February 4, 2014

## **CERTIFICATE OF SERVICE**

I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused service of the within *Summary of the Verified Application of Richardson Patrick Westbrook & Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from July 1, 2006 through July 31, 2006* to be made this November 3, 2006 upon the parties identified on the attached service list, in the manner indicated:

*November 3, 2006*
Date

          */s/ William D. Sullivan*
          William D. Sullivan

## SERVICE LIST

*E-mail:* smcfarland@pszyj.com
(Counsel for Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 North Market Street, 17ᵗʰ Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Hand Delivery*
Vito I. DiMaio
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

*Federal Express and E-mail:*
william.sparks@grace.com
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail:* syoder@bayardfirm.com
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail:* meskin@del.camvel.com
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail:* ttacconelli@ferryjoseph.com
(Counsel for Property Damage
Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail:* mlastowski@duanemorris.com
(Counsel for Official Committee of
Unsecured Creditors)
Michael R. Lastowki, Esquire
Duane Morris LLP

*E-mail:* currier@klettrooney.com
(Counsel for Official Committee of
Equity Holders)
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney, P.C.

*E-mail:*
james_kapp@chicago.kirkland.com
(Counsel to Debtor)
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail:* pvnl@capdale.com
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail:* elawler@stroock.com
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail:* carol.hennessey@lw.com
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

## SERVICE LIST

*E-mail:* jsakalo@bilzin.com
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

*E-mail:* pbentley@kramerlevin.com
(Counsel to Official Committee of
Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

## File a Motion:

<u>01-01139-JKF</u> W.R. GRACE & CO. and W.R. Grace & Co., et al.

Type: bk                    Chapter: 11 v                    Office: 1 (Delaware)
Judge: JKF                  Assets: y
Case Flag: LEAD, MEGA, APPEAL, CLMSAGNT, Sealed Doc(s)


### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Sullivan, William David entered on 11/3/2006 at 3:11 PM
EST and filed on 11/3/2006
**Case Name:**         W.R. GRACE & CO. and W.R. Grace & Co., et al.
**Case Number:**       <u>01-01139-JKF</u>
**Document Number:** <u>13567</u>

**Docket Text:**
Verified Application for Compensation *Summary of Services and Reimbursement of Expenses as ZAI
Lead Special Counsel for the Interim Period from July 1, 2006 through July 31, 2006* Filed by
Richardson Patrick Westbrook & Brickman, LLC Objections due by 11/23/2006. (Sullivan, William)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\SHARE\Scans\WR Grace Richardson Patrick July 2006 Fee App.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=11/3/2006] [FileNumber=5285869-0]
[a00165db0fbce5130aa7c7f81ca159df2fd8e89b8eb80fb923b38562a02e38963df3
64780fe86ffa19e3faf31d5cd36ae3181197849ee61e058f7c5fe17f7466]]

**01-01139-JKF Notice will be electronically mailed to:**

Eric B. Abramson    eabramson@serlinglaw.com

Peter M. Acton    pacton@nutter.com

David G. Aelvoet    davida@publicans.com

Julie A. Ardoin    dlawless@murray-lawfirm.com

Jonathan David Berger    jdberger@bm.net

Neil Matthew Berger    neilberger@teamtogut.com,
dperson@teamtogut.com;hmagaliff@teamtogut.com;cmilianes@teamtogut.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | **Chapter 11** |
|  | ) |  |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
|  | ) | **(Jointly Administered)** |
|  | ) |  |
| Debtors. | ) | Objection Deadline: November 23, 2006 |
|  |  | Hearing Date: TBD only if necessary |

## SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM AUGUST 1, 2006 THROUGH <u>AUGUST 31, 2006</u>

Name of Applicant:                               Richardson Patrick Westbrook
                                               & Brickman, LLC

Authorized to Provide Professional Services to:    Zonolite Attic Insulation Claimants

Date of Appointment:                        July 22, 2002

Period for which compensation and
Reimbursement is sought:                  August 1, 2006 through
                                        August 31, 2006

Amount of Compensation sought as actual,
Reasonable, and necessary:                $ 4,125.00

Amount of Expenses Reimbursement:        $ 0

This is a: <u>X</u> monthly   _ interim   _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31/2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5/31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003- 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003- 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 1/1/2004- 1/31/2004 | $17,311.00 | $1,427.54 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 2/1/2004- 2/29/2004 | $36,536.50 | $3,023.68 | No objection served on counsel | No objection served on counsel |
| 7/23/2004 | 3/1/2004- 3/31/2004 | $6,212.50 | $100.02 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 4/1/2004- 4/30/2003 | $327.50 | $ 0 | No objection served on counsel | No objections served on counsel |
| 8/17/2004 | 5/1/2004- 5/31/2004 | $4,432.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 8/17/2004 | 6/1/2004- 6/30/2004 | $24,797.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 7/1/2004- 7/31/2004 | $12,247.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 8/1/2004- 8/31/2004 | $13,955.00 | $0 | No objection served on counsel | No objection served on counsel |
| 11/23/2004 | 9/1/2004- 9/30/2004 | $31,334.00 | $374.29 | No objection served on counsel | No objection served on counsel |
| 11/23/2004 | 10/1/2004- 10/31/2004 | $210,386.00 | $23,723.43 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 11/1/2004- 11/30/2004 | $23,932.50 | $13,414.72 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 12/1/2004- 12/31/2004 | $9,507.50 | $145.53 | No objections served on counsel | No objections served on counsel |

| 2/28/2005 | 1/1/2005-<br>1/31/2005 | $14,257.50 | $1,109.11 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 3/29/2005 | 2/1/2005-<br>2/28/2005 | $7,082.50 | $33.46 | No objections served on counsel | No objections served on counsel |
| 5/10/2005 | 3/1/2005-<br>3/31/2005 | $13,675.00 | $954.22 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 4/1/2005-<br>4/30/2005 | $7,500.00 | $7.60 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 5/1/2005-<br>5/31/2005 | $7,662.50 | $29.60 | No objections served on counsel | No objections served on counsel |
| 8/25/2005 | 6/1/2005-<br>6/30/2005 | $5,187.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2005 | 7/1/2005-<br>7/30/2005 | $2,595.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/10/2005 | 8/1/2005-<br>8/31/2005 | $7,430.00 | $ 401.08 | No objections served on counsel | No objections served on counsel |
| 11/10/2005 | 9/1/2005-<br>9/30/2005 | $6,562.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 10/1/2005-<br>10/31/2005 | $4,630.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 11/1/2005-<br>11/30/2005 | $8,710.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 12/1/2005-<br>12/31/2005 | $4,312.00 | $ 0 | No objections served on counsel | No objections served on counsel |
|  | 1/1/2006-<br>1/31/2006 | $7,125.00 | $ 38.40 | No objections served on counsel | No objections served on counsel |
|  | 2/1/2006 –<br>2/28/2006 | $10,907.50 | $ 0 | No objections served on counsel | No objections served on counsel |
|  | 3/1/2006 –<br>3/31/2006 | $6,975.00 | $ 0 | No objections served on counsel | No objections served on counsel |
|  | 4/1/2006-<br>4/30/2006 | $6,125.00 | $ 0 | No objections served on counsel | No objections served on counsel |
|  | 5/1/2006-<br>5/31/2006 | $5,125.00 | $ 0 | No objections served on counsel | No objections served on counsel |
|  | 6/1/2006-<br>6/30/2006 | $4.312.50 | $ 0 | No objections served on counsel | No objections served on counsel |
|  | 7/1/2006-<br>7/31/2006 | $2,250.00 | $ 0 | No objections served on counsel | No objections served on counsel |

This is the Forty-seventh RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 33.0 | $4,125.00 |
| TOTALS |  |  |  |  | 33.0 | $4,125.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | | |
| 20-Tvel–Non-working | | |
| 22-ZAI Science Trial | 33.0 | $4,125.00 |
| | | |
| TOTALS | 33.0 | $4,125.00 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| No expenses incurred during this period | - 0 - |
| | |
| Total | $ 0.00 |

Dated:   November 3, 2006

William D. Sullivan (No. 2820)
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE  19801
Phone:  (302) 428-8191
FAX:  (302) 428-8195

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
 & Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC  29464
Phone: (843) 727-6513
FAX: (843) 727-6688
LEAD COUNSEL FOR
ZAI CLAIMANTS

10/02/2006                                                                                          1

# Time and Expense report
**08/01/2006 - 08/31/2006**

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | **L106** | | | | | |
| **Day:** | | **08/01/2006** | | | | |
| 08/01/2006 Ikerrison | 200106 0000 | Zonolite Science Trial | L106 Update ZAI homeowner database - input new ZAI jobsites | $125.00 | 1.50 | $187.50 |
| **Day:** | | **08/08/2006** | | | | |
| 08/08/2006 Ikerrison | 200106 0000 | Zonolite Science Trial | L106 Update ZAI homeowner database - input new ZAI jobsites | $125.00 | 5.00 | $625.00 |
| **Day:** | | **08/10/2006** | | | | |
| 08/10/2006 Ikerrison | 200106 0000 | Zonolite Science Trial | L106 Update ZAI homeowner database - input new ZAI jobsites (4); respond to ZAI homeowners via emails (1) | $125.00 | 5.00 | $625.00 |
| **Day:** | | **08/15/2006** | | | | |
| 08/15/2006 Ikerrison | 200106 0000 | Zonolite Science Trial | L106 Update ZAI homeowner database - input new ZAI jobsites | $125.00 | 5.00 | $625.00 |
| **Day:** | | **08/22/2006** | | | | |
| 08/22/2006 Ikerrison | 200106 0000 | Zonolite Science Trial | L106 Update ZAI homeowner database - input new ZAI jobsites (2.50); respond to ZAI homeowners via emails (.5) | $125.00 | 3.00 | $375.00 |
| **Day:** | | **08/25/2006** | | | | |
| 08/25/2006 Ikerrison | 200106 0000 | Zonolite Science Trial | L106 Update ZAI homeowner database - input new ZAI jobsites | $125.00 | 5.00 | $625.00 |
| **Day:** | | **08/28/2006** | | | | |
| 08/28/2006 Ikerrison | 200106 0000 | Zonolite Science Trial | L106 Update ZAI homeowner database - input new ZAI jobsites (3.0); respond to ZAI homeowners via emails (.5) | $125.00 | 3.50 | $437.50 |
| **Day:** | | **08/29/2006** | | | | |
| 08/29/2006 Ikerrison | 200106 0000 | Zonolite Science Trial | L106 Update ZAI homeowner database - input new ZAI jobsites (4.5); respond to ZAI homeowners via emails (.5) | $125.00 | 5.00 | $625.00 |

10/02/2006

# Time and Expense report
### 08/01/2006 - 08/31/2006

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | | Matter No. | Description | | | |
| | | | Grand Total: | | | $4,125.00 |
| | | | Expense Grand Total: | | | $0.00 |
| | | | Time Grand Total: | | | $4,125.00 |
| | | | Total Hours/Report: | | | 33.00 |
| | | | Count: | | | 8 |

VERIFICATION

STATE OF SOUTH CAROLINA    )
                           )
COUNTY OF CHARLESTON       )

Edward J. Westbrook, after being duly sworn according to law, deposes and says:

a)      I am counsel with the applicant law firm Richardson, Patrick, Westbrook &
Brickman, and have been admitted to appear before this Court.

b)      I have personally performed many of the legal services rendered by Richardson,
Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on
behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick,
Westbrook & Brickman.

c)      I have reviewed the foregoing application and the facts set forth therein are true
and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed
Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and
331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses
for Professionals and Official Committee Members', signed April 17, 2002, and submit that the
Application substantially complies with such Rule and Order.

_____
Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 6th day of October, 2006.

_____
Notary Public for South Carolina

**My Commission Expires**
**February 4, 2014**

## CERTIFICATE OF SERVICE

I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused

service of the within *Summary of the Verified Application of Richardson Patrick Westbrook &*

*Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead*

*Special Counsel for the Interim Period from August 1, 2006 through August 31, 2006* to be made

this November 3, 2006 upon the parties identified on the attached service list, in the manner

indicated:


*November 3, 2006*                              */s/ William D. Sullivan*
Date                                            William D. Sullivan

## SERVICE LIST

*E-mail:* smcfarland@pszyj.com
(Counsel for Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Hand Delivery*
Vito I. DiMaio
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

*Federal Express and E-mail:*
william.sparks@grace.com
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail:* syoder@bayardfirm.com
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail:* meskin@del.camvel.com
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail:* ttacconelli@ferryjoseph.com
(Counsel for Property Damage
Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail:* mlastowski@duanemorris.com
(Counsel for Official Committee of
Unsecured Creditors)
Michael R. Lastowki, Esquire
Duane Morris LLP

*E-mail:* currier@klettrooney.com
(Counsel for Official Committee of
Equity Holders)
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney, P.C.

*E-mail:*
james_kapp@chicago.kirkland.com
(Counsel to Debtor)
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail:* pvnl@capdale.com
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail:* elawler@stroock.com
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail:* carol.hennessey@lw.com
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

## **SERVICE LIST**

***E-mail:*** jsakalo@bilzin.com
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

***E-mail:*** pbentley@kramerlevin.com
(Counsel to Official Committee of
Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

Internal CM/ECF Live Database

## File a Motion:

01-01139-JKF W.R. GRACE & CO. and W.R. Grace & Co., et al.

Type: bk                          Chapter: 11 v                    Office: 1 (Delaware)
Judge: JKF                        Assets: y
Case Flag: LEAD, MEGA, APPEAL, CLMSAGNT, Sealed Doc(s)

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Sullivan, William David entered on 11/3/2006 at 3:14 PM
EST and filed on 11/3/2006

**Case Name:**      W.R. GRACE & CO. and W.R. Grace & Co., et al.
**Case Number:**    01-01139-JKF
**Document Number:** 13568

**Docket Text:**
Verified Application for Compensation *Summary of Services and Reimbursement of Expenses as ZAI
Lead Special Counsel for the Interim Period from August 1, 2006 through August 31, 2006* Filed by
Richardson Patrick Westbrook & Brickman, LLC Objections due by 11/23/2006. (Sullivan, William)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\SHARE\Scans\WR Grace Richardson Patrick August 2006 Fee App.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=11/3/2006] [FileNumber=5285881-0]
[8f99f72bc29402b0644e4f349e64de80115f61790eecd32e2457cedd0482115663ee
86daa8be91164027992a7b3df129dc9d8dd609adc4540dff810315587925]]

## 01-01139-JKF Notice will be electronically mailed to:

Eric B. Abramson     eabramson@serlinglaw.com

Peter M. Acton     pacton@nutter.com

David G. Aelvoet     davida@publicans.com

Julie A. Ardoin     dlawless@murray-lawfirm.com

Jonathan David Berger     jdberger@bm.net

Neil Matthew Berger     neilberger@teamtogut.com,
dperson@teamtogut.com;hmagaliff@teamtogut.com;cmilianes@teamtogut.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline: November 23, 2006** |
| | | **Hearing Date:  TBD only if necessary** |

### SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006

| | |
|---|---|
| Name of Applicant: | Richardson Patrick Westbrook & Brickman, LLC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002 |
| Period for which compensation and Reimbursement is sought: | September 1, 2006 through September 30, 2006 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 5,937.50 |
| Amount of Expenses Reimbursement: | $ 0 |

This is a:  X monthly    _ interim    _ final application

Prior Application filed:  Yes

Docket No. 13569
Date 11/3/2006

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5/31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003- 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003- 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 1/1/2004- 1/31/2004 | $17,311.00 | $1,427.54 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 2/1/2004- 2/29/2004 | $36,536.50 | $3,023.68 | No objection served on counsel | No objection served on counsel |
| 7/23/2004 | 3/1/2004- 3/31/2004 | $6,212.50 | $100.02 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 4/1/2004- 4/30/2003 | $327.50 | $ 0 | No objection served on counsel | No objections served on counsel |
| 8/17/2004 | 5/1/2004- 5/31/2004 | $4,432.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 8/17/2004 | 6/1/2004- 6/30/2004 | $24,797.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 7/1/2004- 7/31/2004 | $12,247.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2004 | 8/1/2004- 8/31/2004 | $13,955.00 | $0 | No objection served on counsel | No objection served on counsel |
| 11/23/2004 | 9/1/2004- 9/30/2004 | $31,334.00 | $374.29 | No objections served on counsel | No objection served on counsel |
| 11/23/2004 | 10/1/2004- 10/31/2004 | $210,386.00 | $23,723.43 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 11/1/2004- 11/30/2004 | $23,932.50 | $13,414.72 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 12/1/2004- 12/31/2004 | $9,507.50 | $145.53 | No objections served on counsel | No objections served on counsel |

| 2/28/2005 | 1/1/2005-1/31/2005 | $14,257.50 | $1,109.11 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 3/29/2005 | 2/1/2005-2/28/2005 | $7,082.50 | $33.46 | No objections served on counsel | No objections served on counsel |
| 5/10/2005 | 3/1/2005-3/31/2005 | $13,675.00 | $954.22 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 4/1/2005-4/30/2005 | $7,500.00 | $7.60 | No objections served on counsel | No objections served on counsel |
| 8/19/2005 | 5/1/2005-5/31/2005 | $7,662.50 | $29.60 | No objections served on counsel | No objections served on counsel |
| 8/25/2005 | 6/1/2005-6/30/2005 | $5,187.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 10/25/2005 | 7/1/2005-7/30/2005 | $2,595.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 11/10/2005 | 8/1/2005-8/31/2005 | $7,430.00 | $ 401.08 | No objections served on counsel | No objections served on counsel |
| 11/10/2005 | 9/1/2005-9/30/2005 | $6,562.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 10/1/2005-10/31/2005 | $4,630.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 11/1/2005-11/30/2005 | $8,710.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| 1/20/2006 | 12/1/2005-12/31/2005 | $4,312.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| | 1/1/2006-1/31/2006 | $7,125.00 | $ 38.40 | No objections served on counsel | No objections served on counsel |
| | 2/1/2006 – 2/28/2006 | $10,907.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| | 3/1/2006 – 3/31/2006 | $6,975.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| | 4/1/2006-4/30/2006 | $6,125.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| | 5/1/2006-5/31/2006 | $5,125.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| | 6/1/2006-6/30/2006 | $4.312.50 | $ 0 | No objections served on counsel | No objections served on counsel |
| | 7/1/2006-7/31/2006 | $2,250.00 | $ 0 | No objections served on counsel | No objections served on counsel |
| | 8/1/2006-8/31/2006 | $4,125.00 | $ 0 | No objections served on counsel | No objections served on counsel |

This is the Forty-eighth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 47.5 | $5,937.50 |
| TOTALS | | | | | 47.5 | $5,937.50 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | | |
| 20-Tvel–Non-working | | |
| 22-ZAI Science Trial | 47.5 | $5,937.50 |
| TOTALS | 47.5 | $5,937.50 |

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| No expenses incurred during this period | - 0 - |
| Total | $ 0.00 |

Dated:   November 3, 2006

William D. Sullivan (No. 2820)
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE  19801
Phone:  (302) 428-8191
FAX:  (302) 428-8195

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
 & Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC  29464
Phone: (843) 727-6513
FAX: (843) 727-6688
LEAD COUNSEL FOR
ZAI CLAIMANTS

10/02/2006

1

# Time and Expense report
### 09/01/2006 - 09/30/2006

| Date Timekeeper | Client No. Matter No. | Client Name Description | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | **L106** | | | | | |
| **Day:** | | **09/05/2006** | | | | |
| 09/05/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
| lkerrison | 0000 | | Email ZAI homeowner inquiry (.5); update ZAI homeowner database - input new ZAI jobsites (3.5) | | | |
| **Day:** | | **09/07/2006** | | | | |
| 09/07/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | 0000 | | Respond to ZAI homeowners by email and phone (1.5); update ZAI homeowner database - input new ZAI jobsites (3); Review ZAI database for invoices, coding for state and year and compiling individual ZAI homeowners invoices (.5) | | | |
| **Day:** | | **09/11/2006** | | | | |
| 09/11/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | 0000 | | Review ZAI database for invoices, coding for state and year and compiling individual ZAI homeowners invoices (5) | | | |
| **Day:** | | **09/12/2006** | | | | |
| 09/12/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
| lkerrison | 0000 | | Review ZAI database for invoices, coding for state and year and compiling individual ZAI homeowners invoices (4) | | | |
| **Day:** | | **09/14/2006** | | | | |
| 09/14/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.50 | $562.50 |
| lkerrison | 0000 | | Review ZAI database for invoices, coding for state and year and compiling individual ZAI homeowners invoices (4.5) | | | |
| **Day:** | | **09/18/2006** | | | | |
| 09/18/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 3.00 | $375.00 |
| lkerrison | 0000 | | Review ZAI database for invoices, coding for state and year and compiling individual ZAI homeowners invoices (3) | | | |
| **Day:** | | **09/19/2006** | | | | |
| 09/19/2006 | 200106 | Zonolite Science Trial | L106 | $125.00 | 3.50 | $437.50 |
| lkerrison | 0000 | | Review ZAI database for invoices, coding for state and year and compiling individual ZAI homeowners invoices (3.5) | | | |

10/02/2006                                                                                              2

# Time and Expense report
## 09/01/2006 - 09/30/2006

| Date | Client No. | | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|---|-------------|-----------------|------|---------|-------|
| Timekeeper | | Matter No. | | Description | | | |
| **Day:** | | | **09/21/2006** | | | | |
| 09/21/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| Ikerrison | | 0000 | | Review ZAI database for invoices, coding for state and year and compiling individual ZAI homeowners invoices (5) | | | |
| **Day:** | | | **09/25/2006** | | | | |
| 09/25/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 4.50 | $562.50 |
| Ikerrison | | 0000 | | Review ZAI database for invoices, coding for state and year and compiling individual ZAI homeowners invoices (4.5) | | | |
| **Day:** | | | **09/26/2006** | | | | |
| 09/26/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
| Ikerrison | | 0000 | | Review ZAI database for invoices, coding for state and year and compiling individual ZAI homeowners invoices (4) | | | |
| **Day:** | | | **09/28/2006** | | | | |
| 09/28/2006 | 200106 | | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| Ikerrison | | 0000 | | Review ZAI database for invoices, coding for state and year and compiling individual ZAI homeowners invoices (5) | | | |

|  |  |
|--|--|
| **Grand Total:** | **$5,937.50** |
| **Expense Grand Total:** | **$0.00** |
| **Time Grand Total:** | **$5,937.50** |
| **Total Hours/Report:** | **47.50** |
| **Count:** | **11** |

## VERIFICATION

STATE OF SOUTH CAROLINA    )
                                              )
COUNTY OF CHARLESTON      )

      Edward J. Westbrook, after being duly sworn according to law, deposes and says:

      a)     I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

      b)     I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

      c)     I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

                                      Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 6th day of October, 2006.

Kimberly a. garcia
Notary Public for South Carolina

**My Commission Expires
February 4, 2014**

## CERTIFICATE OF SERVICE

I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused

service of the within *Summary of the Verified Application of Richardson Patrick Westbrook &*

*Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead*

*Special Counsel for the Interim Period from September 1, 2006 through September 30, 2006* to

be made this November 3, 2006 upon the parties identified on the attached service list, in the

manner indicated:


*November 3, 2006*                              */s/ William D. Sullivan*
Date                                           William D. Sullivan

## SERVICE LIST

*E-mail:* smcfarland@pszyj.com
(Counsel for Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

### Hand Delivery
Vito I. DiMaio
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

### Hand Delivery
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

### Federal Express
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

### Federal Express and E-mail:
william.sparks@grace.com
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail:* syoder@bayardfirm.com
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail:* meskin@del.camvel.com
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail:* ttacconelli@ferryjoseph.com
(Counsel for Property Damage
Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail:* mlastowski@duanemorris.com
(Counsel for Official Committee of
Unsecured Creditors)
Michael R. Lastowki, Esquire
Duane Morris LLP

*E-mail:* currier@klettrooney.com
(Counsel for Official Committee of
Equity Holders)
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney, P.C.

*E-mail:*
james_kapp@chicago.kirkland.com
(Counsel to Debtor)
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail:* pvnl@capdale.com
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail:* elawler@stroock.com
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail:* carol.hennessey@lw.com
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

## SERVICE LIST

***E-mail:*** jsakalo@bilzin.com
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

***E-mail:*** pbentley@kramerlevin.com
(Counsel to Official Committee of
Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

## File a Motion:

01-01139-JKF W.R. GRACE & CO. and W.R. Grace & Co., et al.

Type: bk            Chapter: 11 v            Office: 1 (Delaware)

Judge: JKF            Assets: y

Case Flag: LEAD, MEGA, APPEAL, CLMSAGNT, Sealed Doc(s)

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Sullivan, William David entered on 11/3/2006 at 3:17 PM EST and filed on 11/3/2006

**Case Name:**      W.R. GRACE & CO. and W.R. Grace & Co., et al.

**Case Number:**      01-01139-JKF

**Document Number:** 13569

**Docket Text:**
Verified Application for Compensation *Summary of Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from September 1, 2006 through September 30, 2006* Filed by Richardson Patrick Westbrook & Brickman, LLC Objections due by 11/23/2006. (Sullivan, William)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\SHARE\Scans\WR Grace Richardson Patrick Setpember 2006 Fee App.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=11/3/2006] [FileNumber=5285901-0]
[66d91184638fb98a2cdafd8e4954aac583e4523fe0dade3e4119ec2a860c5b259e5a
abcd321af7448ea058685e451ff36b7bb6e21c7d237e5ebd6568fca08377]]

**01-01139-JKF Notice will be electronically mailed to:**

Eric B. Abramson    eabramson@serlinglaw.com

Peter M. Acton    pacton@nutter.com

David G. Aelvoet    davida@publicans.com

Julie A. Ardoin    dlawless@murray-lawfirm.com

Jonathan David Berger    jdberger@bm.net

Neil Matthew Berger    neilberger@teamtogut.com,
dperson@teamtogut.com;hmagaliff@teamtogut.com;cmilianes@teamtogut.com