THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: ) Chapter 11
)
W. R. GRACE & CO., et al., ) Case No. 01-1139 (JKF)
) (Jointly Administered)
)
Debtors. )

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby withdraws with prejudice its proof(s) of claim against W. R. Grace & Co. filed in Case No. 01-01139, on September 23, 2002, proof of claim numbered 2067, in the amount of $1,913.47. No adversary proceeding has been filed against this claimant; and the claimant has not voted on a plan or otherwise participated significantly in this case.

March 8, 2007

_Barbara Burton_
Barbara Burton, Bankruptcy Assistant

St. Lucie County Tax Collector

__9340 South Federal Highway__
Address

__Port St. Lucie, FL 34952-2885__
City, State, Zip Code

__(772) 462-3544__
Telephone Number