IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## NOTICE OF INTENTION TO TAKE DEPOSITION
## OF MR. FRANCO SEIF

To:   ASBESTOS PROPERTY DAMAGE CLAIMANTS AND THEIR ATTORNEYS:

PLEASE TAKE NOTICE that the Debtors will take the deposition upon oral examination of Mr. Franco Seif before a person authorized to administer oaths, at the offices of Hahn & Hessen LLP, 488 Madison Avenue, New York, New York 10022, on Monday, March 26, 2007, commencing at 11:00 a.m. and continuing from day to day until complete. The deposition will be stenographically recorded.

The witness is requested to bring with him and produce any and all documents, writings, data and any other information as referred to in the attached list, Exhibit A.

*[Remainder of Page Intentionally left Blank]*

   Counsel is hereby invited to appear and take such part in the examination as may be proper.

Dated: March 8, 2007

             KIRKLAND & ELLIS LLP
             David M. Bernick, P.C.
             Lisa G. Esayian
             Janet S. Baer
             200 East Randolph Drive
             Chicago, IL 60601
             (312) 861-2000

               and

             PACHULSKI STANG ZIEHL YOUNG
             JONES & WEINTRAUB LLP

             */s/ James E. O'Neill*
             Laura Davis Jones (Bar No. 2436)
             James E. O'Neill (Bar No. 4042)
             919 North Market Street, 17th Floor
             P. O. Box 8705
             Wilmington, DE 19899-8705
             (302) 652-4100

             Co-Counsel for the Debtors and
             Debtors in Possession