# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: March 28, 2007 at 4:00 |
| | ) | p.m. Hearing Date: TBD only if necessary |
| | ) | |

**FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF SEPTEMBER 1, 2006 THROUGH SEPTEMBER 30, 2006**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#1231394 v1

Expenses

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ - |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Outside Courier | $ - |
| Westlaw | $ - |
| Travel Expense | $ - |
| Document Production | $ - |
| Federal Express | $ - |
| Research Service | $ - |
| Tab Stock | $ - |
| Other Expenses | $ 629.76 |
| Color Copies | $ - |
| **Total** | **$ 629.76** |

|  |  |
|---|---|
| W.R. Grace | Holme Roberts & Owen LLP |
|  | October 12, 2006 |
|  | Page 5 |
|  | Invoice No.: 748053 |
|  | Client No.: 04339 |
|  | Matter No.: 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 07/19/06 | | Other Expense: VENDOR: IRON MOUNTAIN RECORDS; INVOICE#: ES73070; Record Management | $ 209.92 |
| 08/10/06 | | Other Expense: VENDOR: IRON MOUNTAIN RECORDS; INVOICE#: EZ40624; Document Storage July 2006 Account CW616 | 209.92 |
| 09/08/06 | | Other Expense: VENDOR: IRON MOUNTAIN RECORDS; INVOICE#: FE57151; jDocument Storage August 2006 | 209.92 |
| | | **Total Disbursements:** | **$ 629.76** |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 629.76 |
| **Total Disbursements:** | **$** | **629.76** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |
| | *Outstanding Balance on Invoice 661254:* | | *$ 219.96* |
| 679369 | 09/24/04 | Bill | 12,289.68 |
| | 01/04/05 | Cash Receipt | -9,856.58 |
| | 04/22/05 | Cash Receipt | -2,362.76 |
| | *Outstanding Balance on Invoice 679369:* | | *$ 70.34* |
| 684108 | 11/01/04 | Bill | 12,357.10 |
| | 01/04/05 | Cash Receipt | -9,653.46 |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | September | Total Comp |
|---|---|---|---|---|
| Flaagan, Elizabeth K. | Partner | $ 340.00 | 0.6 | $ 204.00 |
| | | | | |
| Total | | | 0.60 | $ 204.00 |

Holme Roberts & Owen LLP

October 12, 2006

W.R. Grace

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 748053 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/08/06 | EKF | Review and revise August 2006 prebills/invoices for compliance with US Trustee Guidelines (.60). | 0.60 | $ 204.00 |
| | | **Total Fees Through September 30, 2006:** | **0.60** | **$ 204.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $340.00 | 0.60 | $ 204.00 |
| | | | **Total Fees:** | **0.60** | **$ 204.00** |

### Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 658429 | 02/16/04 | Bill | | 475.61 |
| | 05/24/04 | Cash Receipt | | -366.31 |
| | 10/19/04 | Cash Receipt | | -92.89 |
| | | *Outstanding Balance on Invoice 658429:* | $ | *16.41* |
| 661254 | 03/15/04 | Bill | | 2,580.71 |
| | 05/24/04 | Cash Receipt | | -2,131.18 |
| | 10/19/04 | Cash Receipt | | -382.44 |
| | | *Outstanding Balance on Invoice 661254:* | $ | *67.09* |
| 679369 | 09/24/04 | Bill | | 1,618.52 |
| | 01/04/05 | Cash Receipt | | -1,526.52 |

**Matter 00420 - Ninth Circuit Appeal**

| Name | Position | Hourly Rate | September | Total Comp |
|---|---|---|---|---|
| McCarthy, Jay | Partner | $ 350.00 | 0.3 | $ 105.00 |
| Coggon, Katheryn | Sp. Counsel | $ 310.00 | 4 | $ 1,240.00 |
| | | | | |
| Total | | | 4.30 | $ 1,345.00 |

Holme Roberts & Owen LLP

October 12, 2006

W.R. Grace

Page 13
Invoice No.: 748053
Client No.: 04339
Matter No.: 00420

**Regarding: Ninth Circuit Appeal**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/05/06 | KJC | Work on cert petition matter. | 2.00 | $ 620.00 |
| 09/08/06 | KJC | Work on cert petition matter. | 2.00 | 620.00 |
| 09/11/06 | JDM | Review draft reply brief. | 0.30 | 105.00 |
| | | **Total Fees Through September 30, 2006:** | **4.30** | **$ 1,345.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| JDM | Jay D. McCarthy | Partner | $350.00 | 0.30 | $ 105.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 310.00 | 4.00 | 1,240.00 |
| | | **Total Fees:** | | **4.30** | **$ 1,345.00** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 43,437.00 |
| | 05/24/04 | Cash Receipt | -33,245.85 |
| | 10/19/04 | Cash Receipt | -8,661.32 |
| | *Outstanding Balance on Invoice 658429:* | | *$ 1,529.83* |
| 661254 | 03/15/04 | Bill | 19,191.03 |
| | 05/24/04 | Cash Receipt | -15,127.27 |
| | 10/19/04 | Cash Receipt | -3,457.23 |
| | *Outstanding Balance on Invoice 661254:* | | *$ 606.53* |
| 679369 | 09/24/04 | Bill | 655.54 |
| | 01/04/05 | Cash Receipt | -526.74 |