IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re: W.R. GRACE & CO.,

Debtor.

Chapter 11

Case No. 01-01139 (JFK)
Jointly Administered

RE: 13578

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Mark S. Bostick, of Wendel, Rosen, Black & Dean LLP, 1111 Broadway, 24th Floor, Oakland, California 94607, to represent The Wartnick Law Firm, which represents Claimants in this action.

/s/ Robert Jacobs, Esquire
Robert Jacobs, Esquire (Attorney ID No. 0244)
Jacobs & Crumplar, P.A., P.O. Box 1271
Wilmington, DE 19899
Telephone: (302) 656-5445

Date: November 6, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the United Stated Ninth District Court, Northern California and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court, and I was given Receipt No. 145298.

/s/ Mark S. Bostick
Mark S. Bostick (CA State Bar No. 111241)
Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor, Oakland, CA 94607
Telephone: (510) 834-6600
Facsimile: (510) 588-4933
E-mail: mbostick@wendel.com

Date: November 6, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: March 9, 2007

United States Bankruptcy Judge JFK

S:\wp70\Bankruptcies\Bankruptcies\WARTNICK LAW FIRM v. W.R. Grace & Co\110606 Motion & Order for Pro Hac Vice.skm.doc