## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: April 2, 2007** |
| | ) | **Hearing Date: TBD only if necessary** |

### SUMMARY OF THE APPLICATION OF WILLIAM D. SULLIVAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM DECEMBER 1, 2006 THROUGH DECEMBER 31, 2006

| | |
|---|---|
| Name of Applicant: | William D. Sullivan, LLC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002[1] |
| Period for which compensation and Reimbursement is sought: | December 1, 2006 through December 31, 2006 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 7,702.50 |
| Amount of Expenses Reimbursement: | $ 863.59 |

This is a: X monthly  _ quarterly  _ final application

Prior Application filed: Yes.

---

[1] William D. Sullivan presently serves as Delaware Counsel to the ZAI Claimants, through the firm of William D. Sullivan, LLC. Mr. Sullivan was designated as Delaware Counsel to the ZAI Claimants by Edward Westbrook, Lead Counsel to the ZAI Claimants, pursuant to the ZAI Claimants' Revised Special Counsel Designation and Litigation Budget for the ZAI Science Trial (D.I. 2508). The ZAI Claimants Revised Designation was approved by the Court by Order dated August 26, 2002 (D.I. 2617). Mr. Sullivan was previously employed by the firms of Elzufon Austin Reardon Tarlov and Mondell (through September 20, 2004) and Buchanan Ingersoll (September 20, 2004 through July 21, 2006). Those firms are no longer involved in the representation of the ZAI Claimants.

This is the third application of William D. Sullivan, LLC ("Sullivan") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case. The status of previous applications filed by Sullivan is set forth below:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/3/06 | 7/24/06-8/31/06 | $1,950.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/3/06 | 9/1/06-9/30/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 10/1/06-10/31/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 11/1/06-11/30/06 | $3,330.00 | $329.52 | No objections served on counsel | No objections served on counsel |

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Sullivan attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 17 | Bankruptcy | $300.00 | 17.8 | $5,340.00 |
| Elihu E. Allinson | Associate | 10 | Bankruptcy | $225.00 | 10.5 | $2,362.50 |
| TOTALS | | | | | 28.30 | $7,702.50 |

No paraprofessional rendered professional services in these cases during the Fee Period.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications | 2.7 | $810.00 |
| 20-Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 25.6 | $6,892.50 |
| TOTALS | 28.3 | $7,702.50 |

## 11 - Fee Applications, Applicant

| Description | Amount |
|---|---|
| Outside Copying and Messenger Service | $791.59 |
| Copying - In-house ($0.07 per page) | $0.00 |
| Postage for fee applications | $72.00 |

2

| On-line Search Service (CM/ECF) | $0.00 |
|---|---:|
| Total | $863.59 |

Dated: March 12, 2007
      Wilmington, Delaware

**WILLIAM D. SULLIVAN, LLC**

*/s/ William D. Sullivan*

William D. Sullivan (No. 2820)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195

Delaware Counsel for the ZAI Claimants

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: April 2, 2007** |
| | ) | **Hearing Date:  TBD only if necessary** |

**FEE DETAIL FOR THE APPLICATION OF WILLIAM D. SULLIVAN, LLC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM
<u>DECEMBER 1, 2006 THROUGH DECEMBER 31, 2006</u>**

# William D Sullivan, LLC

4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel: (302) 428-8191
Fax:(302) 428-8195

Tax ID # 20-5238500

William Sparks
W.R. Grace & Co.
7500 Grace Dr.
Columbia MD 21044

February 26, 2007
Invoice #    10084

In Reference To:    **W.R. Grace - ZAI Claimants**
**C.A. 01-01139 (JKF)**

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/4/2006 WDS | Review agenda for hearing on motions to compel against various P.I. claimants | | 0.20 | 60.00 |
| 12/14/2006 WDS | Review agenda for December 18 hearing | | 0.20 | 60.00 |
| WDS | Review fee auditor summary; review proposed order on 21st Quarterly Fee Application; all ZAI firm fees approved | | 0.40 | 120.00 |
| 12/15/2006 WDS | Review Memorandum Opinion on ZAI motions | | 1.80 | 540.00 |
| 12/18/2006 WDS | Telephonic attendance at hearing, fee applications approved | | 1.80 | 540.00 |
| 12/19/2006 WDS | Telephone conversation with co-counsel re: appeal issues, schedule; review Local Rules; forward mediation information to co-counsel | | 1.10 | 330.00 |
| 12/20/2006 WDS | Review docket, review identification of persons needed for notice of appeal; e-mail to co-counsel re: form notice | | 0.70 | 210.00 |
| WDS | Review, revise and file Scott Law Group 22nd Quarterly Fee Application and Notice of Filing | | 0.50 | 150.00 |
| WDS | Review notice of appeal; correspondence with E. Westbrook re: revisions; review applicable rules | | 0.60 | 180.00 |
| 12/21/2006 EEA | Review appeal procedures; draft timeline memo; review notice of appeal and comment; review motion for leave to appeal and comment; discuss mandatory mediation with District Court Clerk's Office | | 5.00 | 1,125.00 |
| WDS | Review and forward draft motion for leave to appeal to co-counsel | | 0.60 | 180.00 |
| WDS | Review and revise draft notice of appeal; correspondence with co-counsel re: same | | 1.50 | 450.00 |

ZAI Claimants                                                                                      Page    2

|            |     |                                                                                                                   | Hours | Amount |
|------------|-----|-------------------------------------------------------------------------------------------------------------------|-------|--------|
| 12/21/2006 | WDS | Review appellate and local rules; review and revise memo on timing and deadlines; e-mail co-counsel re: same       | 1.80  | 540.00 |
|            | WDS | Prepare certificate of service for notice parties                                                                  | 0.30  | 90.00  |
|            | WDS | Correspondence with Court and Judge Fitzgerald re: Notice of Appeal; follow-up with co-counsel                     | 0.50  | 150.00 |
| 12/22/2006 | EEA | Telephone message for Clerk's Office re: mandatory mediation of appeals and discuss with W. Sullivan               | 0.25  | 56.25  |
|            | EEA | Review and comment on Motion for Leave to Appeal                                                                   | 0.50  | 112.50 |
|            | WDS | Review and revise motion for leave to appeal; correspondence with co-counsel re: same (multiple revisions)         | 2.50  | 750.00 |
|            | WDS | Review designation of record                                                                                       | 0.30  | 90.00  |
|            | WDS | Review exhibits for motion; review filing procedures and applicable rule                                           | 0.70  | 210.00 |
| 12/27/2006 | EEA | Telephone call from Rob Turkowitz re: designation                                                                  | 0.10  | 22.50  |
|            | EEA | E-mail from Rob Turkowitz re: proofs of claim                                                                      | 0.10  | 22.50  |
|            | EEA | Review Rob Turkowitz's comments re: designation with W. Sullivan; telephone message to Rust Consulting and co-counsel | 0.75 | 168.75 |
|            | EEA | Review e-mail (x2) from Rob Turkowitz re: proofs of claim                                                          | 0.10  | 22.50  |
|            | WDS | Review designation; telephone conversation with Rust Consulting; conference with co-counsel; review docket and prepare revisions | 1.20 | 360.00 |
| 12/28/2006 | WDS | Telephone conversation with counsel for Futures Representative re: appeal before Judge Buckwalter                  | 0.30  | 90.00  |
|            | EEA | Review W. Sullivan e-mail discussion with co-counsel re: designation proofs of claim                               | 0.10  | 22.50  |
|            | EEA | Coordinate changes to designation; review and revise                                                               | 0.50  | 112.50 |
|            | EEA | E-mail co-counsel with designation as revised                                                                      | 0.30  | 67.50  |
| 12/29/2006 | WDS | Review motion to extend time to respond to motion for leave; calendar response deadlines                           | 0.30  | 90.00  |
|            | WDS | Conference with co-counsel; further revisions to designation                                                       | 0.50  | 150.00 |
|            | EEA | Coordinate additional revisions to designation with co-counsel and W. Sullivan                                     | 2.70  | 607.50 |
|            | EEA | Telephone call from Rob Turkewitz re: designation                                                                  | 0.10  | 22.50  |
|            |     | For professional services rendered                                                                                 | 28.30 | $7,702.50 |

ZAI Claimants                                                                                                                Page    3

Additional Charges :

|  |  | Amount |
|---|---|---:|
| 12/21/2006 | Postage | 72.00 |
|  | Copying and Service by Vendor: Service of Notice of Filing of Scott Law Group 22nd Quarterly | 387.79 |
|  | Service of Scott Law Group 22nd Quarterly Fee Application | 337.20 |
| 12/22/2006 | Copying and Service by Vendor: Service of Notice and Motion for Leave to Appeal | 66.60 |
|  | Total additional charges | $863.59 |
|  | Total amount of this bill | $8,566.09 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| William D Sullivan | 17.80 | 300.00 | $5,340.00 |
| Zeke Allinson | 10.50 | 225.00 | $2,362.50 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: April 2, 2007** |
| | ) | **Hearing Date: TBD only if necessary** |

**VERIFICATION OF THE APPLICATION OF WILLIAM D. SULLIVAN, LLC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD
FROM DECEMBER 1, 2006 THROUGH DECEMBER 31, 2006**

I, William D. Sullivan, do hereby verify the following with respect to the Application Of William D. Sullivan, LLC ("Sullivan") For Compensation For Services And Reimbursement Of Expenses As ZAI Local Counsel For The Interim Period From December 1, 2006 Through December 31, 2006:

1. I am an attorney with the applicant law firm, William D. Sullivan, LLC, admitted to appear before this Court.

2. I personally performed many of the legal services for which Sullivan is seeking interim compensation and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the other Sullivan attorneys for whose work compensation is being sought.

3. I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I am familiar with Del.Bankr.L.R. 2016-2 and have reviewed the Court's *Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members*, signed April 17,

2002, and believe that the foregoing application substantially complies with Rule 2016-2 and the Order.

Dated: March 12, 2007

/s/ William D. Sullivan

William D. Sullivan (No. 2820)
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195

2