IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: April 2, 2007** |
| | ) | **Hearing Date: TBD only if necessary** |

**SUMMARY OF THE APPLICATION OF WILLIAM D. SULLIVAN, LLC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD
FROM JANUARY 1, 2007 THROUGH JANUARY 31, 2007**

Name of Applicant:                           William D. Sullivan, LLC

Authorized to Provide Professional Services to:   Zonolite Attic Insulation Claimants

Date of Appointment:                         July 22, 2002[1]

Period for which compensation and
Reimbursement is sought:                     January 1, 2007 through
                                             January 31, 2007

Amount of Compensation sought as actual,
Reasonable, and necessary:                   $ 7,248.75

Amount of Expenses Reimbursement:            $ 13.92

This is a: X monthly    _ quarterly    _ final application

Prior Application filed: Yes.

---

[1] William D. Sullivan presently serves as Delaware Counsel to the ZAI Claimants, through the firm of William D. Sullivan, LLC. Mr. Sullivan was designated as Delaware Counsel to the ZAI Claimants by Edward Westbrook, Lead Counsel to the ZAI Claimants, pursuant to the ZAI Claimants' Revised Special Counsel Designation and Litigation Budget for the ZAI Science Trial (D.I. 2508). The ZAI Claimants Revised Designation was approved by the Court by Order dated August 26, 2002 (D.I. 2617). Mr. Sullivan was previously employed by the firms of Elzufon Austin Reardon Tarlov and Mondell (through September 20, 2004) and Buchanan Ingersoll (September 20, 2004 through July 21, 2006). Those firms are no longer involved in the representation of the ZAI Claimants.

This is the third application of William D. Sullivan, LLC ("Sullivan") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case. The status of previous applications filed by Sullivan is set forth below:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/3/06 | 7/24/06-8/31/06 | $1,950.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/3/06 | 9/1/06-9/30/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 10/1/06-10/31/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 11/1/06-11/30/06 | $3,330.00 | $329.52 | No objections served on counsel | No objections served on counsel |
| 3/12/07 | 12/1/06-12/31/06 | $7,702.50 | $863.59 | pending | pending |

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Sullivan attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 17 | Bankruptcy | $300.00 | 23.00 | $6,900.00 |
| Elihu E. Allinson | Associate | 10 | Bankruptcy | $225.00 | 1.55 | $348.75 |
| TOTALS | | | | | 24.55 | $7,248.75 |

No paraprofessional rendered professional services in these cases during the Fee Period.

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications | 1.7 | $510.00 |
| 20-Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 22.85 | $6,738.75 |
| TOTALS | 24.55 | $7,248.75 |

11 - Fee Applications, Applicant

| Description | Amount |
|---|---|
| Outside Copying and Messenger Service | $0.00 |
| Copying - In-house ($0.07 per page) | $0.00 |

2

| Postage for Designation | $13.92 |
| On-line Search Service (CM/ECF) | $0.00 |
| Total | $13.92 |

Dated: March 12, 2007
      Wilmington, Delaware        **WILLIAM D. SULLIVAN, LLC**

*/s/ William D. Sullivan*

William D. Sullivan (No. 2820)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195

Delaware Counsel for the ZAI Claimants

3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: April 2, 2007** |
| | ) | **Hearing Date: TBD only if necessary** |

### FEE DETAIL FOR THE APPLICATION OF WILLIAM D. SULLIVAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM JANUARY 1, 2006 THROUGH JANUARY 31, 2006

# William D Sullivan, LLC

4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel: (302) 428-8191
Fax:(302) 428-8195

Tax ID # 20-5238500

William Sparks
W.R. Grace & Co.
7500 Grace Dr.
Columbia MD 21044

February 26, 2007
Invoice #    10085

**In Reference To:**  W.R. Grace - ZAI Claimants
C.A. 01-01139 (JKF)

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 1/2/2007 | WDS | Telephone conversation with BMC Claims Consulting re: Salisbury claim | 0.30 | 90.00 |
|  | WDS | Telephone conversation with co-counsel re: further revisions to Designation | 0.20 | 60.00 |
|  | WDS | Review miscellaneous pleadings filed in case re: P.I. claims litigation | 0.70 | 210.00 |
|  | WDS | Prepare William D. Sullivan, LLC fee application for October 2006 | 0.70 | 210.00 |
|  | EEA | Telephone call from Gina Washburn at Rust Consulting re: claims | 0.10 | 22.50 |
|  | EEA | E-mail Gina Washburn re: ZAI class claims | 0.25 | 56.25 |
|  | EEA | Telephone message to Gina Washburn | 0.10 | 22.50 |
|  | EEA | Telephone call to BMC re: class claims | 0.25 | 56.25 |
|  | EEA | Telephone call to Gina Washburn re: class claims | 0.25 | 56.25 |
| 1/3/2007 | EEA | Review additional comments to Designation; revise | 0.10 | 22.50 |
|  | WDS | Prepare fee application for William D. Sullivan, LLC for November, 2006 | 0.80 | 240.00 |
|  | WDS | Revise designation on appeal; review docket and verify items listed; correspondence with co-counsel re: additional items to include; forward revised designation to co-counsel | 2.50 | 750.00 |
|  | WDS | E-mail to all notice parties re: William D. Sullivan, LLC fee applications | 0.20 | 60.00 |
| 1/4/2007 | WDS | Correspondence with BMC re: Salisbury claim; review claim supplied | 0.30 | 90.00 |
|  | WDS | E-mail co-counsel re: Idaho Class Claim information | 0.20 | 60.00 |

ZAI Claimants                                                                                                                    Page    2

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 1/4/2007 | WDS | Correspondence with co-counsel re: Judge Buckwalter's procedures on appeal | 0.30 | 90.00 |
| 1/5/2007 | WDS | Review Court procedures (.3); telephone conversation with Clerk's office re: documents for designation (.2); begin preparation of documents for designation and e-mail to co-counsel (1.0) | 1.50 | 450.00 |
|  | WDS | Telephone conversation with Ed Westbrook re: issues raised by Motion for Leave to Appeal | 0.20 | 60.00 |
|  | WDS | Review additional rules applicable to the Motion for Leave to Appeal; e-mail to co-counsel re: additional procedures to be followed | 1.20 | 360.00 |
|  | EEA | Telephone call from District Court Clerk's office re: mandatory mediation; discuss with W. Sullivan; monitor e-mail discussion with co-counsel on scheduling | 0.25 | 56.25 |
| 1/10/2007 | WDS | Review Debtor's Response to Motion for Leave to Appeal; e-mail to co-counsel | 0.50 | 150.00 |
| 1/11/2007 | WDS | Review docketing of appeal; telephone conversation with co-counsel re: same; forward notice of reply date | 0.50 | 150.00 |
|  | WDS | Correspondence with co-counsel re: documents for designation | 0.20 | 60.00 |
| 1/15/2007 | WDS | Begin review of designation documents for production to Clerk's office | 0.50 | 150.00 |
| 1/16/2007 | WDS | Review miscellaneous pleadings filed re: asbestos P.I. claims | 0.30 | 90.00 |
| 1/17/2007 | WDS | Review Debtor's counter-designation on appeal | 0.20 | 60.00 |
| 1/18/2007 | WDS | Review notice of assignment of Judge Buckwalter | 0.10 | 30.00 |
|  | WDS | Telephone conversation with co-counsel re: need for revision of designation; review and revise | 0.40 | 120.00 |
|  | WDS | Review draft reply; outline revisions | 0.70 | 210.00 |
|  | WDS | Review agenda for January 23 heairng; no matters affecting client | 0.20 | 60.00 |
| 1/19/2007 | WDS | Review and revise Reply; conference with co-counsel re: same; final edits, file and serve | 2.00 | 600.00 |
| 1/23/2007 | WDS | Attend omnibus hearing | 4.50 | 1,350.00 |
|  | WDS | Prepare and file amended designation; follow-up e-mail with co-counsel | 0.60 | 180.00 |
| 1/24/2007 | EEA | Monitor e-mail discussion re: oral argument on Motion for Leave to File Appeal | 0.25 | 56.25 |
|  | WDS | Review Order granting hearing on motion for leave; e-mail co-counsel; review hearing logistics | 0.40 | 120.00 |
|  | WDS | Forward info on Buckwalter procedures to co-counsel | 0.20 | 60.00 |
| 1/29/2007 | WDS | Correspondence with co-counsel re: hearing extended to February 22; follow-up correspondence re: no obligation to submit docs until after hearing | 0.40 | 120.00 |

ZAI Claimants                                                                                           Page    3

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/29/2007 | WDS | Telephone conversation and correspondence with J. Hanshaw re: additional designated documents; review documents forwarded | 0.60 | 180.00 |
| 1/30/2007 | WDS | Review letter from Court to reschedule argument; telephone conversation with E. Westbrook re: same (.2); correspondence with counsel for Debtors re: same (.2) | 0.50 | 150.00 |
| | WDS | Review notices of rescheduled deposition, payments to OCP | 0.20 | 60.00 |
| | WDS | Review Rules re: timing of delivery of documents on Motion for Leave to Appeal | 0.40 | 120.00 |
| 1/31/2007 | WDS | Telephone conversation with counsel for Debtor; e-mail counsel for Debtor; review letter from Court re: new hearing date | 0.30 | 90.00 |
| | WDS | Review Order from Court; forward to co-counsel re: new hearing date | 0.20 | 60.00 |
| | | For professional services rendered | 24.55 | $7,248.75 |
| | | Additional Charges : | | |
| 1/3/2007 | | Postage for Designation on Appeal | | 13.92 |
| | | Total additional charges | | $13.92 |
| | | Total amount of this bill | | $7,262.67 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William D Sullivan | 23.00 | 300.00 | $6,900.00 |
| Zeke Allinson | 1.55 | 225.00 | $348.75 |

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: April 2, 2007** |
| | ) | **Hearing Date: TBD only if necessary** |

### VERIFICATION OF THE APPLICATION OF WILLIAM D. SULLIVAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM JANUARY 1, 2006 THROUGH JANUARY 31, 2006

I, William D. Sullivan, do hereby verify the following with respect to the Application Of William D. Sullivan, LLC ("Sullivan") For Compensation For Services And Reimbursement Of Expenses As ZAI Local Counsel For The Interim Period From January 1, 2006 Through January 31, 2006:

1.  I am an attorney with the applicant law firm, William D. Sullivan, LLC, admitted to appear before this Court.

2.  I personally performed many of the legal services for which Sullivan is seeking interim compensation and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the other Sullivan attorneys for whose work compensation is being sought.

3.  I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I am familiar with Del.Bankr.L.R. 2016-2 and have reviewed the Court's *Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members*, signed April 17,

2002, and believe that the foregoing application substantially complies with Rule 2016-2 and the Order.

Dated: March 12, 2007

_____
William D. Sullivan (No. 2820)
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195

2