THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 14575** |

**CERTIFICATION OF NO OBJECTION REGARDING THE TWENTY-THIRD INTERIM APPLICATION OF CAPLIN & DRYSDALE, CHARTERED, COUNSEL TO THE OFFICIAL COMMITTEE OF PERSONAL INJURY CLAIMANTS FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF
OCTOBER 1, 2006 THROUGH DECEMBER 31, 2006
(DOCKET NO. 14575)**

I, Kathleen Campbell Davis, of Campbell & Levine, LLC, hereby certify the following:

1. Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative Order"), Caplin & Drysdale, Chartered ("Caplin & Drysdale"), submitted on February 15, 2007 an Twenty-Third interim application ("Application") [Docket No. 14575] for services rendered and reimbursement of expenses incurred as counsel to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

{D0081422.1 }

2. Objections to the Application were to be filed and served on or before March 7, 2007. No objections to the Application have been received by the undersigned.

Moreover, the Court's docket reflects that no objections to the Application were filed.

                          CAPLIN & DRYSDALE, CHARTERED
                          Elihu Inselbuch
                          375 Park Avenue, 35th Floor
                          New York, NY  10152-3500
                          (212) 319-7125

                                  -and-

                          CAPLIN & DRYSDALE, CHARTERED
                          Peter Van N. Lockwood
                          One Thomas Circle, N.W.
                          Washington, D.C.  20005
                          (202) 862-5000

                                 - and -

                          CAMPBELL & LEVINE, LLC


                          */s/Kathleen Campbell Davis*
                          Kathleen Campbell Davis (I.D. #4229)
                          800 North King Street
                          Suite 300
                          Wilmington, DE  19899
                          (302) 426-1900

                          Counsel for the Official Committee
                             of Asbestos Personal Injury Claimants

Dated: March 12, 2007

{D0081422.1 }