# EXHIBIT A

**General - 00000**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | Total Comp. |
|------|----------|-------------|------|--------|-----------|-------------|
| | | | July | August | September | |
| Likoff, Bruce | Partner | $    400.00 | 0 | 9.4 | 0 | $    3,760.00 |
| Staab, Louise | Partner | $    375.00 | 0 | 0.5 | 0 | $    187.50 |
| Jaynes, Vicki | Paralegal | $    155.00 | 0 | 3.3 | 0 | $    511.50 |
| | | | | | | |
| TOTAL | | | $    - | $    13.20 | $    - | $    4,459.00 |

**General - 00000**

| Description | July | August | September | Total |
|---|---|---|---|---|
| Photocopies | $          - | $          - | $          - | $          - |
| Facsimilies | $          - | $          - | $          - | $          - |
| Long Distance Telephone | $          - | $     1.20 | $          - | $     1.20 |
| Outside Courier | $          - | $          - | $          - | $          - |
| Travel Expenses | $          - | $          - | $          - | $          - |
| Lexis | $          - | $          - | $          - | $          - |
| Westlaw | $          - | $          - | $          - | $          - |
| Meal Expenses | $          - | $          - | $          - | $          - |
| Temporary Staffing | $          - | $          - | $          - | $          - |
| Other Expense | $          - | $          - | $          - | $          - |
| Consulting Fees | $          - | $          - | $          - | $          - |
| Velo Binding | $          - | $          - | $          - | $          - |
|  |  |  |  |  |
| **TOTAL** | $          - | $     1.20 | $          - | $     1.20 |

Holme Roberts & Owen LLP

September 26, 2006

W.R. Grace

| | |
|---|---|
| Page | 4 |
| Invoice No.: | 746012 |
| Client No.: | 04339 |
| Matter No.: | 00000 |

**Regarding: GENERAL**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/01/06 | BLL | Conference re Northglenn lease matter (.20); review email re Northglenn lease matter (.30). | 0.50 | $    200.00 |
| 08/02/06 | BLL | Review materials from client re Northglenn lease matter (3.60); telephone conference with V. Finkelstein re lease matter (.20). | 3.80 | 1,520.00 |
| 08/03/06 | BLL | Review additional documents received from client re Northglenn property. | 0.30 | 120.00 |
| 08/04/06 | BLL | Telephone conference with V. Finkelstein re strategy re Northglenn ground lease and conference re the ground lease matter (1.00); review draft letter to ground lessor re Northglenn ground lease (.50); telephone conference with V. Finkelstein re the draft letter and additional fact research needed (.30); research Adams County Recorder online records (.60); conference re real estate records research needed (.30); telephone conference with D. Lynch, attorney at Kutak Rock, re request that his firm review its records re 1982 and 1987 transactions involving Northglenn property (.50); conference re results of research re Adams County real estate records online (.30). | 3.50 | 1,400.00 |
| 08/04/06 | LBS | Conference with BLLikoff re lease renewal and other issues. | 0.50 | 187.50 |
| 08/04/06 | VJ | Conference with BLLikoff re title research for 1987 loan transaction (.30); research records of Adams County Clerk and Recorder online re mortgage and lease transactions from 1982 and 1987 (1.20). | 1.50 | 232.50 |
| 08/07/06 | BLL | Review HRO file re 1982 bond transaction re Northglenn property (.50); conference re ongoing real estate records research (.50). | 1.00 | 400.00 |
| 08/07/06 | VJ | Telephone conferences and electronic communications with Chicago Title re copies of lease documents (.20); review records of Adams County Clerk and Recorder re 1980 records (.30). | 0.50 | 77.50 |
| 08/08/06 | BLL | Telephone conference with D. Lynch re his review of | 0.30 | 120.00 |

Holme Roberts & Owen LLP

September 26, 2006

W.R. Grace

| | |
|---|---|
| Page | 5 |
| Invoice No.: | 746012 |
| Client No.: | 04339 |
| Matter No.: | 00000 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| | | Kutak Rock files re Northglenn property transactions. | | |
| 08/11/06 | VJ | Electronic communications with Jerry Green, Chicago Title, re copies of recorded documents (.20); review of same (.30). | 0.50 | 77.50 |
| 08/16/06 | VJ | Electronic communications with Chicago Title re copies of recorded lease documents. | 0.30 | 46.50 |
| 08/17/06 | VJ | Review final copies of recorded documents requested from Chicago Title (.30); memo to file (.20). | 0.50 | 77.50 |

**Total Fees Through August 31, 2006:**   **13.20**   $   **4,459.00**

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| BLL | Bruce L. Likoff | Partner | $400.00 | 9.40 | $ | 3,760.00 |
| LBS | Louise Staab | Partner | 375.00 | 0.50 | | 187.50 |
| VJ | Vicki Jaynes | Paralegal | 155.00 | 3.30 | | 511.50 |

**Total Fees:**   **13.20**   $   **4,459.00**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 08/04/06 | | Long Distance Telephone: 4105314795, 12 Mins., TranTime:14:44 | $ | 1.20 |

**Total Disbursements:**   $   **1.20**

### Disbursement Summary

| | | |
|---|---|---|
| Long Distance Telephone | $ | 1.20 |
| **Total Disbursements:** | $ | **1.20** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 679369 | 09/24/04 | Bill | 395.00 |

**Libby, Montana Asbestos Litigation - 00300**

| Description | July | August | September | Total |
|---|---|---|---|---|
| | | | | |
| Parking | $          - | $          - | $          - | $          - |
| Photocopies | $          - | $          - | $          - | $          - |
| Facsimilies | $          - | $          - | $          - | $          - |
| Long Distance Telephone | $          - | $          - | $          - | $          - |
| Outside Courier | $          - | $          - | $          - | $          - |
| Travel Expenses | $          - | $          - | $          - | $          - |
| Meal Expenses | $          - | $          - | $          - | $          - |
| Overtime | $          - | $          - | $          - | $          - |
| Other Expenses | $          - | $          - | $     629.76 | $     629.76 |
| Lexis | $          - | $          - | $          - | $          - |
| Federal Express | $          - | $          - | $          - | $          - |
| Westlaw | $          - | $          - | $          - | $          - |
| Velo Binding | $          - | $          - | $          - | $          - |
| Color Copies | $          - | $          - | $          - | $          - |
| Outside Reproduction | $          - | $          - | $          - | $          - |
| Document Production | $          - | $          - | $          - | $          - |
| Tab Stock | $          - | $          - | $          - | $          - |
| | | | | $          - |
| **TOTAL** | $          - | $          - | $     629.76 | $     629.76 |

Holme Roberts & Owen LLP

October 12, 2006

W.R. Grace

Page        5
Invoice No.:    748053
Client  No.:    04339
Matter  No.:    00300

**Regarding: Libby, Montana Asbestos**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 07/19/06 | | Other Expense: VENDOR: IRON MOUNTAIN RECORDS; INVOICE#: ES73070; Record Management | $ | 209.92 |
| 08/10/06 | | Other Expense: VENDOR: IRON MOUNTAIN RECORDS; INVOICE#: EZ40624; Document Storage July 2006 Account CW616 | | 209.92 |
| 09/08/06 | | Other Expense: VENDOR: IRON MOUNTAIN RECORDS; INVOICE#: FE57151; jDocument Storage August 2006 | | 209.92 |
| | | **Total Disbursements:** | $ | **629.76** |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 629.76 |
| **Total Disbursements:** | $ | **629.76** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---------|------|-------------|--------|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |
| | *Outstanding Balance on Invoice 661254:* | | *$    219.96* |
| 679369 | 09/24/04 | Bill | 12,289.68 |
| | 01/04/05 | Cash Receipt | -9,856.58 |
| | 04/22/05 | Cash Receipt | -2,362.76 |
| | *Outstanding Balance on Invoice 679369:* | | *$    70.34* |
| 684108 | 11/01/04 | Bill | 12,357.10 |
| | 01/04/05 | Cash Receipt | -9,653.46 |

**Bankruptcy Matters - 00390**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | Total Comp. |
|------|----------|-------------|------|--------|-----------|-------------|
| | | | July | August | September | |
| Flaagan, Elizabeth | Partner | $ 340.00 | 0.8 | 0.8 | 0.6 | $ 748.00 |
| Coggon, Katheryn | Sp. Counsel | $ 310.00 | 0 | 0.8 | 0 | $ 248.00 |
| Haag, Susan | Paralegal | $ 140.00 | 0 | 2.1 | 0 | $ 294.00 |
| Latuda, Carla | Paralegal | $ 135.00 | 0 | 16.5 | 0 | $ 2,227.50 |
| | | | | | | |
| TOTAL | | | 0.8 | 20.2 | 0.6 | $ 3,517.50 |

### Bankruptcy Matters - 00390

| Description | July | August | September | Total |
|---|---|---|---|---|
| Photocopies | $          - | $        22.20 | $          - | $        22.20 |
| Facsimilies | $          - | $          - | $          - | $          - |
| Long Distance Telephone | $          - | $          - | $          - | $ |
| Outside Courier | $          - | $          - | $          - | $          - |
| Travel Expenses | $          - | $          - | $          - | $          - |
| Lexis | $          - | $          - | $          - | $          - |
| Federal Express | $        48.47 | $          - | $          - | $        48.47 |
| Meal Expenses | $          - | $          - | $          - | $          - |
| Research Services | $          - | $          - | $          - | $          - |
| Professional Services | $       735.03 | $      1,318.33 | $          - | $      2,053.36 |
| Postage | $          - | $          - | $          - | $          - |
| | | | | |
| TOTAL | $       783.50 | $      1,340.53 | $          - | $      2,124.03 |

Holme Roberts & Owen LLP

August 17, 2006

W.R. Grace

| | |
|---|---|
| Page | 10 |
| Invoice No.: | 742458 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 07/06/06 | EKF | Review and revise June 2006 prebills/invoices for compliance with U.S. Trustee Guidelines (.80). | 0.80 | $ | 272.00 |

**Total Fees Through July 31, 2006:**   0.80   $   272.00

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $340.00 | 0.80 | $ | 272.00 |

**Total Fees:**   0.80   $   272.00

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 06/09/06 | | Federal Express: Vendor Name: Federal Express; Invoice#: 105396001;From Susan Haag to William Weller on June 6, 2006 | $ | 11.08 |
| 06/23/06 | | Federal Express: Vendor Name: Federal Express; Invoice#: 108044121;From Mary Pierce to William Weller on June 15  2006 | | 20.14 |
| 06/29/06 | | Consulting Fee: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 292774; DATE: 6/29/2006  -  Professional Services - WRGrace Case | | 735.03 |
| 06/30/06 | | Federal Express:  Vendor Name: Federal Express; Invoice#: 109315468;From Mary Pierce to William Weller on June 23, 2006 | | 17.25 |

**Total Disbursements:**   $   783.50

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 735.03 |
| Federal Express | | 48.47 |
| **Total Disbursements:** | $ | 783.50 |

Holme Roberts & Owen LLP

September 26, 2006

W.R. Grace

| | |
|---|---|
| Page | 11 |
| Invoice No.: | 746012 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/01/06 | MCL | Research chronologies of productions to EPA re: production of confidential materials pursuant to Matthew Murphy's request. | 1.00 | $    135.00 |
| 08/03/06 | MCL | Research chronologies of productions to EPA re: production of confidential materials pursuant to Matthew Murphy's request. | 2.00 | 270.00 |
| 08/04/06 | MCL | Research chronologies of productions to EPA re: production of confidential materials pursuant to Matthew Murphy's request. | 6.00 | 810.00 |
| 08/07/06 | KJC | Address questions re production of CBI to creditors committee. | 0.80 | 248.00 |
| 08/07/06 | MCL | Conduct research re document production history pursuant to Matthew Murphy's request (6.5); draft email response re same (1.0). | 7.50 | 1,012.50 |
| 08/14/06 | EKF | Review and revise July 2006 invoices/prebills for compliance with US Trustee Guidelines (.50). | 0.50 | 170.00 |
| 08/25/06 | SH | Draft twentieth interim fee application. | 2.10 | 294.00 |
| 08/29/06 | EKF | Review and finalize April 2006 Monthly Fee Application (.30). | 0.30 | 102.00 |

**Total Fees Through August 31, 2006:**    **20.20**  $    **3,041.50**

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $340.00 | 0.80  $ | 272.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 310.00 | 0.80 | 248.00 |
| SH | Susan Haag | Paralegal | 140.00 | 2.10 | 294.00 |
| MCL | Carla M. Latuda | Paralegal | 135.00 | 16.50 | 2,227.50 |

**Total Fees:**    **20.20**  $    **3,041.50**

Holme Roberts & Owen LLP

September 26, 2006

W.R. Grace

| | |
|---|---|
| Page | 12 |
| Invoice No.: | 746012 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 07/27/06 | | Consulting Fee: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 293574; DATE: 7/27/2006 - HRO Fees and Costs in WRGrace Case | $ | 970.84 |
| 08/23/06 | 26 | Document Reproduction | | 3.90 |
| 08/24/06 | | Consulting Fee: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 294624; DATE: 8/24/2006 - HRO Fees & Costs in WRGrace Bankruptcy Case July 2006 | | 347.49 |
| 08/24/06 | 86 | Document Reproduction | | 12.90 |
| 08/29/06 | 36 | Document Reproduction | | 5.40 |
| | | **Total Disbursements:** | $ | **1,340.53** |

## Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 1,318.33 |
| Document Reproduction | | 22.20 |
| **Total Disbursements:** | $ | **1,340.53** |

## Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---------|------|-------------|---|--------|
| 658429 | 02/16/04 | Bill | | 475.61 |
| | 05/24/04 | Cash Receipt | | -366.31 |
| | 10/19/04 | Cash Receipt | | -92.89 |
| | *Outstanding Balance on Invoice 658429:* | | *$* | *16.41* |
| 661254 | 03/15/04 | Bill | | 2,580.71 |
| | 05/24/04 | Cash Receipt | | -2,131.18 |
| | 10/19/04 | Cash Receipt | | -382.44 |
| | *Outstanding Balance on Invoice 661254:* | | *$* | *67.09* |
| 679369 | 09/24/04 | Bill | | 1,618.52 |

Holme Roberts & Owen LLP

October 12, 2006

W.R. Grace

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 748053 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|------|------|-------------|-------|---|-------|
| 09/08/06 | EKF | Review and revise August 2006 prebills/invoices for compliance with US Trustee Guidelines (.60). | 0.60 | $ | 204.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | **Total Fees Through September 30, 2006:** | **0.60** | **$** | **204.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|----------|------|------|------|-------|---|-------|
| EKF | Elizabeth Flaagan | Partner | $340.00 | 0.60 | $ | 204.00 |
| | | **Total Fees:** | | **0.60** | **$** | **204.00** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount | |
|---------|------|-------------|--------|---|
| 658429 | 02/16/04 | Bill | 475.61 | |
| | 05/24/04 | Cash Receipt | -366.31 | |
| | 10/19/04 | Cash Receipt | -92.89 | |
| | *Outstanding Balance on Invoice 658429:* | | *$* | *16.41* |
| 661254 | 03/15/04 | Bill | 2,580.71 | |
| | 05/24/04 | Cash Receipt | -2,131.18 | |
| | 10/19/04 | Cash Receipt | -382.44 | |
| | *Outstanding Balance on Invoice 661254:* | | *$* | *67.09* |
| 679369 | 09/24/04 | Bill | 1,618.52 | |
| | 01/04/05 | Cash Receipt | -1,526.52 | |

**Boston Document Production - 00400**

| Description | July | August | September | Total |
|---|---|---|---|---|
| Parking | $ - | $ - | $ - | $ - |
| Photocopies | $ - | $ 68.25 | $ - | $ 68.25 |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ - | $ - |
| Outside Courier | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ - | $ - | $ - |
| Service of Process | $ - | $ - | $ - | $ - |
| Lexis | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Travel Expense | $ - | $ - | $ - | $ - |
| Color Copies | $ - | $ - | $ - | $ - |
| Other Expenses | $ - | $ 2.00 | $ - | $ 2.00 |
| Consulting Fee | $ - | $ - | $ - | $ - |
| | | | | |
| TOTAL | $ - | $ 70.25 | $ - | $ 70.25 |

Holme Roberts & Owen LLP

September 26, 2006

W.R. Grace

| | |
|---|---|
| Page | 15 |
| Invoice No.: | 746012 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Regarding: Boston Document Production**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 08/10/06 | 455 | Document Reproduction | $ | 68.25 |
| 08/10/06 | 2 | Velo Binding | | 2.00 |
| | | **Total Disbursements:** | $ | **70.25** |

### Disbursement Summary

| | | |
|---|---|---|
| Document Reproduction | $ | 68.25 |
| Velo Binding | | 2.00 |
| **Total Disbursements:** | $ | **70.25** |

### Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 742454 | 08/15/06 | Bill | | 634.05 |
| | *Outstanding Balance on Invoice 742454:* | | *$* | *634.05* |
| | | **Total Outstanding Invoices:** | $ | 634.05 |

| | | |
|---|---|---|
| **Trust Applied to Matter** | $ | 0.00 |
| **Current Fees and Disbursements** | $ | 70.25 |
| **Total Balance Due This Matter** | $ | 704.30 |

**Ninth Circuit Appeal - 00420**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | Total Comp. |
|------|----------|-------------|------|--------|-----------|-------------|
| | | | July | August | September | |
| McCarthy, Jay | Partner | $ 350.00 | 0 | 1.9 | 0.3 | $ 770.00 |
| Coggon, Katheryn | Sp. Counsel | $ 310.00 | 0 | 0 | 4 | $ 1,240.00 |
| | | | | | | |
| TOTAL | | | - | 1.9 | 4.3 | $ 2,010.00 |

Holme Roberts & Owen LLP

September 26, 2006

W.R. Grace

| | |
|---|---|
| Page | 16 |
| Invoice No.: | 746012 |
| Client No.: | 04339 |
| Matter No.: | 00420 |

**Regarding: Ninth Circuit Appeal**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 08/31/06 | JDM | Analyze petition for cert, government opposition and amicus brief (1.50); draft comments to KJCoggon (.40). | 1.90 | $ | 665.00 |
| | | **Total Fees Through August 31, 2006:** | **1.90** | **$** | **665.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| JDM | Jay D. McCarthy | Partner | $350.00 | 1.90 | $ | 665.00 |
| | | **Total Fees:** | | **1.90** | **$** | **665.00** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 43,437.00 |
| | 05/24/04 | Cash Receipt | -33,245.85 |
| | 10/19/04 | Cash Receipt | -8,661.32 |
| | *Outstanding Balance on Invoice 658429:* | | *$    1,529.83* |
| 661254 | 03/15/04 | Bill | 19,191.03 |
| | 05/24/04 | Cash Receipt | -15,127.27 |
| | 10/19/04 | Cash Receipt | -3,457.23 |
| | *Outstanding Balance on Invoice 661254:* | | *$      606.53* |
| 679369 | 09/24/04 | Bill | 655.54 |
| | 01/04/05 | Cash Receipt | -526.74 |
| | 04/22/05 | Cash Receipt | -125.08 |

Holme Roberts & Owen LLP

October 12, 2006

W.R. Grace

Page        13
Invoice No.:   748053
Client  No.:   04339
Matter  No.:   00420

**Regarding: Ninth Circuit Appeal**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|------|------|-------------|-------|---|-------|
| 09/05/06 | KJC | Work on cert petition matter. | 2.00 | $ | 620.00 |
| 09/08/06 | KJC | Work on cert petition matter. | 2.00 | | 620.00 |
| 09/11/06 | JDM | Review draft reply brief. | 0.30 | | 105.00 |

**Total Fees Through September 30, 2006:**   4.30   $   1,345.00

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|----------|------|------|------|-------|---|-------|
| JDM | Jay D. McCarthy | Partner | $350.00 | 0.30 | $ | 105.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 310.00 | 4.00 | | 1,240.00 |

**Total Fees:**   4.30   $   1,345.00

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---------|------|-------------|--------|
| 658429 | 02/16/04 | Bill | 43,437.00 |
| | 05/24/04 | Cash Receipt | -33,245.85 |
| | 10/19/04 | Cash Receipt | -8,661.32 |
| | *Outstanding Balance on Invoice 658429:* | | $   *1,529.83* |
| 661254 | 03/15/04 | Bill | 19,191.03 |
| | 05/24/04 | Cash Receipt | -15,127.27 |
| | 10/19/04 | Cash Receipt | -3,457.23 |
| | *Outstanding Balance on Invoice 661254:* | | $   *606.53* |
| 679369 | 09/24/04 | Bill | 655.54 |
| | 01/04/05 | Cash Receipt | -526.74 |

# EXHIBIT B

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Bruce Likoff | Partner | Real Estate | $400.00 | 9.4 | $3,760.00 |
| Louise Staab | Partner | Real Estate | $375.00 | 0.5 | $187.50 |
| Elizabeth K. Flaagan | Partner | Bankruptcy | $340.00 | 2.2 | $748.00 |
| Jay McCarthy | Partner | Environmental | $350.00 | 2.2 | $770.00 |
| Katheryn J. Coggon | Sp. Counsel | Environmental | $310.00 | 4.8 | $1,488.00 |
| Vicki Jaynes | Paralegal | Real Estate | $155.00 | 3.3 | $511.50 |
| Carla Latuda | Paralegal | Environmental | $135.00 | 16.5 | $2,227.50 |
| Susan Haag | Paralegal | Bankruptcy | $140.00 | 2.1 | $294.00 |
| **TOTAL** | | | | 41 | **$9,986.50** |

EXHIBIT C

| DESCRIPTION | TOTAL |
|---|---|
| Photocopies | $90.45 |
| Facsimiles | $0.00 |
| Long Distance Telephone | $1.20 |
| Outside Courier | $0.00 |
| Lexis | $0.00 |
| Tab Stock | $0.00 |
| Other Expenses | $629.76 |
| Meal Expenses | $0.00 |
| Westlaw | $0.00 |
| Federal Express | $48.47 |
| Color Copies | $0.00 |
| Professional Billable Services | $2,053.36 |
| Velo Binding | $2.00 |
| **TOTALS** | **$2,825.24** |