IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF INTENTION TO TAKE
DEPOSITION OF DR. RICHARD A. LEMEN, PH.D**

To:   ASBESTOS PROPERTY DAMAGE CLAIMANTS AND THEIR ATTORNEYS:

PLEASE TAKE NOTICE that the Debtors will take the deposition upon oral examination of Richard A. Lemen, Ph.D. before a person authorized to administer oaths, at the Residence Inn by Marriott located at 5465 Windward Parkway West, Alpharetta, GA 30004, on Friday, April 6, 2007, commencing at 10:00 AM and continuing from day to day until complete. Dr. Lemen will answer such questions as are propounded to him regarding his expert report(s) that were filed pursuant to the Amended Order Setting Various Deadlines Regarding Objections to Asbestos Property Damage Claims (dated October 13, 2006), scheduling a hearing before Judge Judith K. Fitzgerald on May 30 – 31, 2007, on the lack of hazard issues as described in the 15th Omnibus Objections. The deposition will be stenographically recorded.

The witness is requested to bring with him and produce any and all documents, writings, data and any other information as referred to in the attached list, Exhibit A.

Counsel is hereby invited to appear and take such part in the examination as may be proper.

Dated: March 12, 2007

        PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
   and

REED SMITH LLP
James J. Restivo, Jr. (#10113)
Lawrence Flatley (#21871)
Douglas E. Cameron (#41644)
Traci S. Rea (#76258)
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone: (412) 288-3131
Facsimile: (412) 288-3063

   and

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Lisa G. Esayian
Samuel Blatnick
Michael Dierkes
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

Co-Counsel for the Debtors and Debtors in Possession