IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

### NOTICE OF INTENTION TO TAKE DEPOSITION OF
### DR. HENRY A. ANDERSON, M.D.

To:   ASBESTOS PROPERTY DAMAGE CLAIMANTS AND THEIR ATTORNEYS:

PLEASE TAKE NOTICE that the Debtors will take the deposition upon oral examination of Henry A. Anderson, M.D. before a person authorized to administer oaths, at the Hilton Madison Monona Terrace, 9 East Wilson Street, Madison, Wisconsin 53702, on Friday, March 30, 2007, commencing at 9:30 AM and continuing from day to day until complete. Dr. Anderson will answer such questions as are propounded to him regarding his expert report(s) that were filed pursuant to the Amended Order Setting Various Deadlines Regarding Objections to Asbestos Property Damage Claims (dated October 13, 2006), scheduling a hearing before Judge Judith K. Fitzgerald on May 30 – 31, 2007, on the lack of hazard issues as described in the 15th Omnibus Objections. The deposition will be stenographically recorded.

The witness is requested to bring with him and produce any and all documents, writings, data and any other information as referred to in the attached list, Exhibit A.

Counsel is hereby invited to appear and take such part in the examination as may be proper.

Dated: March 12, 2007

        PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

        */s/ James E. O'Neill*

        Laura Davis Jones (Bar No. 2436)
        James E. O'Neill (Bar No. 4042)
        919 North Market Street, 17th Floor
        P.O. Box 8705
        Wilmington, Delaware 19899-8705
        (Courier 19801)
        Telephone: (302) 652-4100
        Facsimile: (302) 652-4400
          and

        REED SMITH LLP
        James J. Restivo, Jr. (#10113)
        Lawrence Flatley (#21871)
        Douglas E. Cameron (#41644)
        Traci S. Rea (#76258)
        435 Sixth Avenue
        Pittsburgh, PA 15219
        Telephone: (412) 288-3131
        Facsimile: (412) 288-3063

          and

        KIRKLAND & ELLIS LLP
        David M. Bernick, P.C.
        Janet S. Baer
        Lisa G. Esayian
        Samuel Blatnick
        Michael Dierkes
        200 East Randolph Drive
        Chicago, Illinois 60601
        Telephone: (312) 861-2000
        Facsimile: (312) 861-2200

        Co-Counsel for the Debtors and Debtors in Possession