IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br>(Jointly Administered)<br><br>**Related Docket No. 14520** |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on the 12th day of March, 2007, a true and correct copy of **Debtors' Responses and Objections to Certain CSU Property Damage Claimants' First Set of Interrogatories, First Request for Admissions and First Request for Production of Documents**[1] was served on the individuals on the attached certificate of service via facsimile and first class mail.

---

[1] Debtors' Responses and Objections are to the Discovery Requests served on February 8, 2007 by the following claimants: CSU Long Beach – University Theater (Claim No. 12616); CSU Fullerton – PJ&G Pollak Library (Claim No. 10020); CSU Fullerton – Performing Arts (Claim No. 10058); CSU Humboldt – Natural Resources Bldg. (Claim No. 9842); CSU Long Beach – Main Library (Claim No. 10237); CSU San Luis Obispo – Research & Development (Claim No. 11800); CSU East Bay (Hayward) – Music & Business (Claim No. 11957); CSU Sacramento – Kadema Hall (Claim No. 9970); CSU Sacramento – Alpine Hall (Claim No. 9988); CSU San Diego – East Commons and East Commons Addition (Claim No. 10208); CSU San Luis Obispo – Mott Physical Education (Claim No. 11802); CSU San Diego – Aztec Center (Claim No. 9925); CSU East Bay (Hayward) – Meikle John Hall (Claim No. 11962); CSU San Diego – Dramatic Arts (Claim No. 10230); CSU San Luis Obispo – Farm Shop (Claim No. 11817); CSU Fullerton – Physical Education (Claim No. 10019); CSU Fresno – North Gymnasium (Claim No. 10319); CSU Fresno – Psychology (Claim No. 10303); CSU Fullerton – Humanities (Claim No. 10053); CSU Stanislaus – Music (Claim No. 11866); CSU Pomona – Gymnasium (Kellogg) (Claim No. 10018); CSU Pomona – Darlene May Gym (Claim No. 10078); CSU San Francisco – Hensill Hall (Claim No. 10160); CSU San Jose – Cafeteria (Claim No. 11918); CSU Stanislaus – Drama (Claim No. 11876); CSU San Luis Obispo – Administration (Claim No. 11735); CSU Fresno – McKee Fisk (Claim No. 9838); CSU Humboldt – Forbes PE Complex (Claim No. 9839); CSU Fresno – Science (Claim No. 9889); CSU San Diego – Art II (Claim No. 9928); CSU Chico – Physical Science (Claim No. 10621); CSU San Diego – West Commons (Claim No. 9993); CSU San Luis Obispo – Engineering West and Engineering West Addition (Claim No. 11819); CSU San Luis Obispo – Transportation Services (Claim No. 11745); CSU Chico – Butte Hall (Claim No. 10597).

| | |
|---|---|
| Dated: March 12, 2007 | REED SMITH LLP<br>James J. Restivo, Jr., Esq. (#10113)<br>Lawrence Flatley, Esq. (#21871)<br>Douglas E. Cameron, Esq. (#41644)<br>435 Sixth Avenue<br>Pittsburgh, PA 15219<br>Telephone: (412) 288-3131<br>Facsimile: (412) 288-3063<br><br>KIRKLAND & ELLIS LLP<br>David M. Bernick, P.C.<br>Janet S. Baer<br>Lisa G. Esayian<br>Samuel Blatnick<br>Michael Dierkes<br>200 East Randolph Drive<br>Chicago, Illinois 60601<br>Telephone: (312) 861-2000<br>Facsimile: (312) 861-2200<br><br>-and-<br><br>PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP<br><br>*/s/ James E. O'Neill*<br><br>Laura Davis Jones (Bar No. 2436)<br>James E. O'Neill (Bar No. 4042)<br>Timothy P. Cairns (Bar No. 4228)<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br><br>Co-Counsel for the Debtors and Debtors in Possession |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: W. R. GRACE & CO., et al., | ) ) ) ) ) ) ) ) ) | Chapter 11<br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Related Docket No: 14520 |
| Debtors. | | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 12, 2007, I caused a true and correct copy of Debtors' Responses and Objections to Certain CSU Property Damage Claimants' First Set of Interrogatories, First Request For Admissions and First Request for Production of Documents to be served on the following counsel via facsimile and first class mail:

Christopher D. Loizides, Esq.
**LOIZIDES. P.A.**
1225 King Street, Suite 800
Wilmington DE 19801

Daniel A. Speights, Esq.
Marion C. Fairey, Jr., Esq.
**SPEIGHTS & RUNYAN**
200 Jackson Avenue, East
P.O. Box 685
Hampton, S.C. 29924

*Co-Counsel for the Debtors and*
*Debtors in Possession*