IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br>(Jointly Administered)<br><br>**Related Docket No. 14518** |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on the 12th day of March, 2007, a true and correct copy of **Debtors' Responses and Objections to Certain UC Property Damage Claimants' First Set of Interrogatories, First Request for Admissions and First Request for Production of Documents**[1] was served on the individuals on the attached certificate of service via facsimile and first class mail.

---

[1] Debtors' Responses and Objections are to the Discovery Requests served on February 8, 2007 by the following claimants: UC Davis Med. Center – Cypress Bldg. (Claim No. 9892); UC Riverside – Watkins Art Gallery (same as Watkins House – just shared space) (Claim No. 9887); UC Davis Med. Center – Professional Bldg. (Claim No. 9890); UC Davis Med. Center – Hospital (East Wing and North Wing) (Claim No. 9891); UC Berkeley – Zellerbach Playhouse Lobby (Claim No. 9880); UC Riverside – Watkins House (Claim No. 9886); UC Riverside – Olmstead Hall Theater (Claim No. 9883); UC Riverside – Physics 2000 Theater (Claim No. 9885); UC Berkeley – Zellerbach Center (Claim No. 9879); UC Berkeley – Calvin (Claim No. 9850); UC Berkeley – Kroeber Bldg. (Claim No. 9897); UC Berkeley – Eschelman Bldg. (Claim No. 9895); UC San Diego – Hillcrest Hospital Emergency Dept. (same as UCSD Medical Center) (Claim No. 9840); UC Santa Barbara – Campbell Hall Projection Room (Claim No. 9873); UC Davis – Physical Science Library (Claim No. 9845); UC Santa Barbara – Student Health Bldg. (Claim No. 9877); UC Berkeley – ASUC-King Union Bldg. (Claim No. 9848); UC San Francisco – Millberry Union Bldg. (Claim No. 9867); UC Riverside – Physics Room 2158 (Claim No. 9884); UC Riverside – A&I Dorms (Claim No. 9882); UC Davis – Mrack Bldg. (Claim No. 9846); UC Davis – Chemistry Annex (Claim No. 9847); UC Berkeley – Lawrence Hall (Claim No. 9878); UC Irvine – Computer Science Bldg. (Claim No. 9869); UC Davis – Shields Library (Claim No. 9844); UC San Diego – McGill Hall (a/k/a Psychology and Linguistics Bldg.) (Claim No. 9893); UC San Francisco – Laurel Heights (Claim No. 9866); UC San Diego – Humanities & Social Sciences (Claim No. 9841); UC San Francisco – Ambulatory Care Center (Claim No. 9862); UC San Francisco – Health Sciences IR East (Claim No. 9863); UC Irvine – Science Lecture Hall IR West (Claim No. 9865); UC Irvine – Science Lecture Hall (Claim No. 9860); UC Los Angeles – Math & Science Hallway (Claim No. 9854); UC Los Angeles – Melnitz Hall (Claim No. 9855); UC Los Angeles – Rieber Hall (Claim No. 9856); UC Los Angeles – Life Sciences Bldg. (Claim No. 9853); UC Los Angeles – Hedrick Hall (Claim No. 9852); UC Los Angeles – Boelter Hall (Claim No. 9851); UC Berkeley – Campbell Hall (Claim No. 9909); UC Irvine – Medical Center Bldg. 53 (Claim No. 9859); UC Santa Barbara – North Hall (Claim No. 9875); UC Berkeley – Davis Bldg. (Claim No. 9910); UC San Francisco – Moffitt Hospital (Claim No. 9864); UC Santa Barbara – Psychology Bldg. (Claim No. 9876);

| | |
|---|---|
| Dated: March 12, 2007 | REED SMITH LLP<br>James J. Restivo, Jr., Esq. (#10113)<br>Lawrence Flatley, Esq. (#21871)<br>Douglas E. Cameron, Esq. (#41644)<br>435 Sixth Avenue<br>Pittsburgh, PA 15219<br>Telephone: (412) 288-3131<br>Facsimile: (412) 288-3063<br><br>KIRKLAND & ELLIS LLP<br>David M. Bernick, P.C.<br>Janet S. Baer<br>Lisa G. Esayian<br>Samuel Blatnick<br>Michael Dierkes<br>200 East Randolph Drive<br>Chicago, Illinois 60601<br>Telephone: (312) 861-2000<br>Facsimile: (312) 861-2200<br><br>-and-<br><br>PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP<br><br>*/s/ James E. O'Neill*<br><br>Laura Davis Jones (Bar No. 2436)<br>James E. O'Neill (Bar No. 4042)<br>Timothy P. Cairns (Bar No. 4228)<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br><br>Co-Counsel for the Debtors and Debtors in Possession |

---

UC Santa Barbara – Buchanan Hall (Claim No. 9871); UC Santa Barbara – Biology II (Claim No. 9870); UC Santa Barbara – Music Bldg. (Claim No. 9874); UC Santa Barbara – Campbell Hall (Claim No. 9872).

2

91100-001\DOCS_DE:125807.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| In re: W. R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Related Docket No: 14518 |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 12, 2007, I caused a true and correct copy of Debtors' Responses and Objections to Certain UC Claimants' First Set of Interrogatories, First Request For Admissions and First Request for Production of Documents to be served on the following counsel via facsimile and first class mail:

Christopher D. Loizides, Esq.
**LOIZIDES. P.A.**
1225 King Street, Suite 800
Wilmington DE 19801

Daniel A. Speights, Esq.
Marion C. Fairey, Jr., Esq.
**SPEIGHTS & RUNYAN**
200 Jackson Avenue, East
P.O. Box 685
Hampton, S.C. 29924

*[signature]*

*Co-Counsel for the Debtors and
Debtors in Possession*