IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br>(Jointly Administered)<br><br>**Related Docket No. 14518** |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on the 12th day of March, 2007, a true and correct copy of **Debtors' Responses and Objections to Certain UC Property Damage Claimants' First Set of Interrogatories, First Request for Admissions and First Request for Production of Documents**[1] was served on the individuals on the attached certificate of service via facsimile and first class mail.

Dated: March 12, 2007

REED SMITH LLP
James J. Restivo, Jr., Esq. (#10113)
Lawrence Flatley, Esq. (#21871)
Douglas E. Cameron, Esq. (#41644)
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone: (412) 288-3131
Facsimile: (412) 288-3063

---

[1] Debtors' Responses and Objections are to the Discovery Requests served on February 8, 2007 by the following claimants: UC Berkeley – Wheeler Hall (Claim No. 9881); UC Berkeley – Etcheverey Bldg. (Claim No. 9896); UC Irvine – Engineering I (Claim No. 9858); UC Irvine – Physical Science 1 (Claim No. 9868); UC San Francisco – Joseph M. Long Hospital (Children's Hospital) (Claim No. 9861); UC Los Angeles – Sproul Hall (Claim No. 9857); UC Davis – National Primate Center (Claim No. 9843); and UC Berkeley – Boalt Hall (Robbins Law Library) (Claim No. 9849).

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Lisa G. Esayian
Samuel Blatnick
Michael Dierkes
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200


-and-

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

_/s/ James E. O'Neill_
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone:    (302) 652-4100
Facsimile:     (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

2

91100-001\DOCS_DE:125808.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: W. R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Related Docket No: 14518 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 12, 2007, I caused a true and correct copy of Debtors' Responses and Objections to Certain UC Claimants' First Set of Interrogatories, First Request For Admissions and First Request for Production of Documents to be served on the following counsel via facsimile and first class mail:

Christopher D. Loizides, Esq.
**LOIZIDES. P.A.**
1225 King Street, Suite 800
Wilmington DE 19801

Daniel A. Speights, Esq.
Marion C. Fairey, Jr., Esq.
**SPEIGHTS & RUNYAN**
200 Jackson Avenue, East
P.O. Box 685
Hampton, S.C. 29924

*(signature)*

*Co-Counsel for the Debtors and Debtors in Possession*