01-1139

Attached is Hospital records #25
why I could not attend hearing of
Feb 26 --

— Anton Volousek

FILED
2007 MAR -9  PM 12:52
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE