IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. GRACE & CO. *et al.*            Bankruptcy No. 01-1139-JKF
    Debtor(s)

Chapter 11
(Jointly Administered)

**Related to Dkt. No. 14065, Debtors' Objection to Claim of Anton F. Volovsek; Dkt. No. 14725, Modified Order dated March 2, 2007, Disallowing and Expunging Claim of Anton F. Volovsek**; Dkt. No. 14842, Response to Judge Fitzgerald's Order

**ORDER DISALLOWING AND EXPUNGING CLAIM OF ANTON F. VOLOVSEK**

    **AND NOW**, this **13th** day of **March, 2007, WHEREAS** Claimant filed certain hospital records in explanation of his failure to attend the hearing in the above-captioned matter on February 26, 2007. despite his presence in the courthouse on that day;

    **WHEREAS** the order entered disallowing his claim (Dkt. No. 14725) stated that, *inter alia*, if he filed an affidavit of the treating physician stating that he was in need of medical treatment that day the court would reschedule the hearing on the objection to his claim;

    **WHEREAS** Claimant failed to file the affidavit and there is nothing in the record of this case or in the hospital report that he filed that indicates that he could not have attended the February 26, 2007, hearing;

It is **ORDERED** the Order disallowing and expunging his claim will not be reconsidered or vacated and no further hearing will take place. The claim is disallowed and expunged.

*Judith K. Fitzgerald*                              rmab
Judith K. Fitzgerald
United States Bankruptcy Judge

cm:   Anton F. Volovsek
      Rte. 1 Box 48B
      Kooskia, ID  83539