**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., et al., | : | Case No. 01-01139 (JKF) |
| | : | |
| **Debtors** | : | |
| | : | |

**CERTIFICATE OF SERVICE**

     I, D. Alexander Barnes, an attorney at the law firm of Obermayer Rebmann Maxwell & Hippel LLP, do hereby certify that on March 13, 2007, I caused a true and correct copy of the foregoing Designation by San Diego Gas & Electric Company, Sempra Energy and Enova Corporation of Final Fact and Expert Witnesses, Exhibit List and Deposition Designations Regarding Product Identification and Limitations Periods Issues as Described in Debtors' Fifteenth Omnibus Objection (Re: Claim No. 11308) to be served via first-class mail upon the parties listed on the attached service list.

                                                     /S/ D. Alexander Barnes_____
                                                     D. Alexander Barnes, Esquire

**SERVICE LIST**

Katherine Phillips, Esquire
KIRKLAND & ELLIS
200 East Randolph Drive, Suite 6500
Chicago, IL 60601

David W. Carickhof, Jr., Esquire
PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB, PC
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705