# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*[1], | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Exhibit A** |

### CLAIMANTS' DEPOSITION DESIGNATIONS OF
### FACT WITNESSES RELATING TO THE STATUTE
### OF LIMITATIONS AND PRODUCT IDENTIFICATION
### ON BEHALF OF CERTAIN ASBESTOS PROPERTY DAMAGE
### CLAIMANTS OF SPEIGHTS & RUNYAN AND THE BRANDI LAW FIRM

Speights & Runyan and The Brandi Law Firm hereby submit the attached fact

witness deposition designations with respect to the issues relating to the Statute of

Limitations and Product Identification issues as required by the Amended PD Case

---

1 The Debtors consist of the following 62 entities: W. R Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Ins., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgracc, Inc., Coalgracc II, Ins., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp, Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B 11 Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe. Inc., Grace H-G Inc., Grace H-G II Inc,, Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Ins., MICA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Management Order, Exhibit B, dated October 13, 2006 on behalf of all California claimants.

DATED: March 13, 2007

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.[2]
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:       loizides@loizides.com

Thomas J. Brandi
Terence D. Edwards
THE BRANDI LAW FIRM
44 Montgomery Street Suite 1050
San Francisco CA 94104
Telephone:    (415) 989-1800
Facsimile:    (415) 989-1801

C. Alan Runyan (SC Fed. ID No. 4837)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC  29924
Telephone:    (803) 943-4444
Facsimile:    (803)943-4599

*Counsel for Certain Asbestos Property*
*Damage Claimants of Speights & Runyan*
*and the Brandi Law Firm*

---

2 Name change pending.

## DEPOSITION DESIGNATION OF
## KENNETH MILLIAN

Deposition of KENNETH MILLIAN given in Blue Cross and Blue Shield of

South Carolina v. W.R. Grace & Co. on February 21, 1990, as follows:

| Page | Line |
|------|------|
| 5 | 19 thru |
| 8 | 04 |
| 11 | 25 thru |
| 13 | 07; 23 thru |
| 16 | 05 |
| 17 | 17 thru |
| 18 | 12 |
| 19 | 08-11;22-25 |
| 26 | 11-16 |
| 27 | 07-10 |
| 28 | 07-13 |
| 30 | 06 thru |
| 31 | 13 |
| 32 | 13-21 |
| 33 | 06 (and Plaintiff's Ex. 3) thru |
| 34 | 21 |
| 36 | 08-22 (and Plaintiff's Ex. 4) |
| 37 | 15-22 |
| 75 | 25 thru |
| 76 | 07 |
| 91 | 15 thru |
| 92 | 02; 18 Thru |
| 94 | 17 |
| 97 | 10 thru |
| 98 | 19 |
| 106 | 24 thru |
| 107 | 07 (and Plaintiff's Ex. 8); 12 thru |
| 108 | 09 |
| 123 | 05 thru (and Plaintiff's Ex. 12) |
| 124 | 06 |
| 173 | 03 thru |
| 174 | 22 |
| 176 | 07-17 (and Plaintiff's Ex. 18-593-597) |

# DEPOSITION DESIGNATION OF
# KENNETH MILLIAN

Deposition of KENNETH MILLIAN given in <u>Blue Cross and Blue Shield of South Carolina v. W.R. Grace & Co.</u> on October 26, 1990, as follows:

| Page | Line |
|------|------|
| 3 | 07 thru |
| 5 | 06 |
| 5 | 24 thru |
| 7 | 07 |
| 14 | 02-17 |
| 15 | 09-18 |
| 20 | 02 thru |
| 22 | 18 |
| 23 | 23 thru |
| 24 | 14 |

All of the exhibits encompassed within those designations.

## DEPOSITION DESIGNATION OF
## CAROLYN TIEGER

Deposition of CAROLYN TIEGER given In Re:  Asbestos School Litigation v.

W.R. Grace & Co. on November 29, 1988, as follows:

| Page | Line |
|------|------|
| 5 | 01-17 |
| 9 | 04-21 |
| 10 | 13 thru |
| 11 | 20 |
| 12 | 12 thru |
| 13 | 12 |
| 21 | 18 thru |
| 23 | 03 |
| 24 | 03-05 |
| 31 | 05 thru |
| 33 | 04 |
| 33 | 06-20 |
| 34 | 09 thru |
| 35 | 07 |
| 36 | 09 thru |
| 40 | 23 |
| 41 | 11 thru |
| 42 | 17 |
| 42 | 23 thru |
| 46 | 04 |
| 47 | 04-09 |
| 48 | 18 thru |
| 51 | 01 |
| 52 | 18 thru |
| 53 | 21 |
| 54 | 18 thru |
| 55 | 13 |
| 58 | 12-23 |
| 59 | 05-11 |
| 60 | 05 thru |
| 70 | 10 |
| 72 | 16 thru |
| 74 | 08 |
| 84 | 23 thru |
| 86 | 07 |
| 88 | 03-23 |

| | |
|---|---|
| 91 | 01-22 |
| 97 | 03 thru |
| 98 | 12 |
| 98 | 13 thru |
| 99 | 20 |
| 100 | 22 thru |
| 101 | 23 |
| 102 | 22 thru |
| 104 | 02 |
| 106 | 03 thru |
| 108 | 13 |
| 109 | 06 thru |
| 110 | 13 |
| 111 | 10 thru |
| 112 | 09 |
| 113 | 11 thru |
| 114 | 14 |
| 115 | 15 thru |
| 116 | 08 |
| 117 | 12-22 |
| 118 | 23 thru |
| 119 | 17 |
| 120 | 01-08 |
| 120 | 12 thru |
| 121 | 07 |
| 121 | 11 thru |
| 130 | 15 |
| 133 | 03 thru |
| 136 | 19 |
| 138 | 20 thru |
| 144 | 15 |

Also Deposition exhibits that fall within those #'s

## DEPOSITION DESIGNATION OF
## JOHN FREDERICK WELCH

Deposition of JOHN FREDERICK WELCH given In Re: Asbestos School

Litigation v. W.R. Grace & Co. on November 17, 1988, as follows:

| Page | Line |
|------|------|
| 4 | 08-21 |
| 7 | 09 thru |
| 8 | 04 |
| 9 | 12 thru |
| 10 | 05 |
| 11 | 09-21 |
| 12 | 11-13 |
| 13 | 06-09 |
| 23 | 21 thru |
| 24 | 03 |
| 26 | 07 thru |
| 27 | 04; 08-13; 22 thru |
| 28 | 16 |
| 31 | 13-15 |
| 32 | 21 thru |
| 33 | 01; 09-13; 17-19 |
| 35 | 20-23 |
| 45 | 21 thru |
| 46 | 13 |
| 47 | 12 thru |
| 48 | 23 |
| 50 | 03-11 |
| 53 | 03-06 |
| 127 | 23 thru |
| 132 | 20 |
| 136 | 01 thru |
| 137 | 07 |
| 142 | 16 thru |
| 146 | 17 |
| 152 | 05 thru |
| 153 | 18 |
| 164 | 02 thru |
| 165 | 17 |

## DEPOSITION DESIGNATION OF
## ROBERT BEDER

Deposition of ROBERT BEDER given in <u>Connecticut Mutual Life Insurance v.</u>

<u>W.R. Grace & Co.</u> on May 22, 1995 as follows:

| Page | Line |
|------|------|
| 4 | 07 thru page 7, line 22 |
| 142 | 05 thru page 143, line 03 |

DEPOSITION DESIGNATION OF
HAROLD BISHOP

Deposition of HAROLD BISHOP given in State Farm Mutual Automobile Insurance Company v. W.R. Grace & Co., on May 13, 1992, as follows:

| Page | Line |
|------|------|
| 8 | 04-10 |
| 13 | 13-24 |
| 17 | 05-10 |
| 18 | 02-09 |
| 23 | 12-19 |
| 25 | 09-15 |
| 37 | 12-14 |
| 38 | 06-07 |
| 40 | 16-21 |
| 56 | 06-10 |
| 63 | 06-24 |
| 65 | 16-20 |
| 73 | 20-24 |
| 74 | 01 |
| 76 | 02-05, 11-17 |
| 86 | 21-24 |
| 87 | 01-24 |
| 88 | 01-16 |
| 99 | 01-12 |
| 101 | 21-24 |
| 102 | 01-10 |
| 103 | 23-24 |
| 104 | 01, 05-13, 23-24 |
| 105 | 01-03 |

## DEPOSITION DESIGNATION OF
## ELIJAH DAVID BOSSIER

Deposition of ELIJAH DAVID BOSSIER given in Security Homestead Association

v. W.R. Grace & Co., on June 15, 1989, as follows:

| Page | Line |
|------|------|
| 4 | 13-25 |
| 5 | 01-06 |
| 8 | 24-25 |
| 9 | 01-11; 17-25 |
| 10 | 03-09 |
| 16 | 16-25 |
| 17 | 01; 16-25 |
| 18 | 01-06 |
| 27 | 15-25 |
| 28 | 01-25 |
| 29 | 01 |
| 72 | 04-25 |
| 73 | 01-25 |
| 74 | 01-07; 12-17 |
| 75 | 01-03; 07-25 |
| 76 | 01-09 |
| 78 | 22-25 |
| 80 | 13-19 |

DEPOSITION DESIGNATION OF
GLEN CARPENTER

Designation of pages and line numbers to be read from the deposition of **GLEN CARPENTER** taken in the case of <u>Jeannine A. Galbreath, etc. v. United States Gypsum Company, et al.</u>, on September 21, 1987, as follows:

| PAGE(S) | LINE(S) |
|---------|---------|
| 3 | 9 - 25 |
| 4 | 1 |
| 6 | 15 (... I want to get) thru |
| 7 | 9 |
| 10 | 22 - 23 |
| 11 | 21 (... But just for) thru |
| 12 | 18 |
| 14 | 19 thru |
| 16 | 9; 15 thru |
| 17 | 7; 16 thru |
| 18 | 10; 13 thru |
| 19 | 16 |
| 20 | 21 thru |
| 21 | 3; 13 thru |
| 25 | 7 |
| 26 | 21 (... Do you) - 25 |
| 27 | 3 thru |
| 28 | 15 |
| 29 | 5 - 11; 17 thru |
| 30 | 11; 16 thru |
| 32 | 11 |
| 33 | 8 - 10 |
| 42 | 7 - 9; 12 - 19 |
| 43 | 7 - 15 |
| 44 | 20 - 23 |
| 45 | 13 thru |
| 47 | 2; 6 - 10 |
| 54 | 22 thru |
| 55 | 3; 10 - 21 |
| 56 | 19 thru |
| 57 | 1 |
| 59 | 22 thru |
| 60 | 1 |

| 61 | 2 thru |
|----|--------|
| 62 | 22 |

## DEPOSITION DESIGNATION OF
## RICHARD CONNOR

Deposition of RICHARD CONNOR given in Cheshire Medical Center v. W.R.

Grace & Co. on July 10, 1990, as follows:

| Page | Line |
|------|------|
| 5 | 06-23 |
| 6 | 22-23 |
| 7 | 01 thru Page 12, line 03 |
| 15 | 14-23 |
| 16 | 01-27 |
| 17 | 01-03 |
| 21 | 21-23 |
| 22 | 01-02 |
| 23 | 01-17 |
| 44 | 14-23 |
| 45 | 01-03 |
| 126 | 05-09 |
| 126 | 20-23 |
| 127 | 01-11 |
| 183 | 11-16 |
| 184 | 04-08 |
| 184 | 15-18 |

## DEPOSITION DESIGNATION OF
## CREIGHTON CROWE

Deposition testimony of Creighton Crowe taken on September 3, 1992, in The First Savings

Bank, F.S.B., Successor in Interest to First Federal Savings and Loan Association of South Carolina

v. W.R. Grace & Co. - Conn.. C/A No. 6:91-2591-20, as follows:

| Page | Line |
|------|------|
| 5 | 06 - 08; 22 through page 06, line 23 |
| 7 | 07 through page 21, line 01 |
| 38 | 15 through page 39, line 17 |
| 39 | 25 through page 40, line 19 |
| 43 | 13 - 21 |

DEPOSITION DESIGNATION OF
HAL GARRETT


Deposition of HAL GARRETT given in Liberty Life Insurance
Company v. W.R. Grace & Co. & W.R. Grace & Co.-Conn., on June 2,

1989, as follows:

| Page | Line |
| --- | --- |
| 1 | 15-16; 19-25 |
| 2 | 01-05; 12-22 |
| 3 | 16-19 |
| 7 | 12-14 |
| 10 | 16-22 |
| 11 | 05-25 |
| 12 | 01-02; 08-13 |
| 18 | 04-08 |
| 19 | 22-25 |
| 20 | 01-17 |
| 22 | 20-25 |
| 23 | 01-09 |

DEPOSITION DESIGNATION OF
CHARLES WILLIAM GUENTHER

Deposition of CHARLES WILLIAM GUENTHER given in Clayton

Center Associates v. W.R. Grace & Co., on September 12, 1989, as

follows:

| Page | Line |
|------|------|
| 4 | 09-25 |
| 5 | 01-07 |
| 7 | 03-08; 25 |
| 8 | 01-12 |
| 9 | 22-25 |
| 10 | 01-25 |
| 11 | 01-03 |
| 18 | 24-25 |
| 19 | 01-25 |
| 20 | 01-25 |
| 21 | 01-25 |
| 22 | 01-03 |
| 24 | 06-15 |
| 25 | 03-19 |
| 26 | 02-16 |
| 48 | 22-25 |
| 49 | 01-05 |
| 51 | 13-20 |

DEPOSITION DESIGNATION OF
ROSS LEE

Deposition of ROSS LEE given in <u>Los Angeles Unified School District v. Owens-Corning Fiberglas Corp., et al.,</u> on February 21, 1992, as follows:

| Page | Line |
|------|------|
| 5 | 10-12; 16-19 |
| 7 | 12-25 |
| 8 | 01-15 |
| 11 | 01-05; 22-25 |
| 12 | 01-08 |
| 14 | 03-10 |
| 17 | 04-10; 24-25 |
| 18 | 01-04 |
| 25 | 24-25 |
| 26 | 01-20 |
| 30 | 24-25 |
| 31 | 01-25 |
| 32 | 01-25 |
| 33 | 01-04; 08-10; 12; 14-17 |
| 35 | 02-03; 08-09; 19-21 |
| 36 | 01-02 |
| 61 | 13-25 |
| 62 | 01-04 |

DEPOSITION DESIGNATION OF
P. J. LYONS

Deposition of P. J. LYONS given in State Farm Mutual Automobile Insurance Co. v.
W.R. Grace, on May 19, 1992, as follows:

| Page | Line |
|------|------|
| 5 | 15-21 |
| 6 | 16-22 |
| 8 | 09-12 |
| 20 | 14-24 |
| 21 | 01-03 |
| 37 | 23-24 |
| 38 | 01-19 |
| 39 | 03-20 |
| 44 | 22-23 |
| 45 | 09-16 |
| 73 | 21-24 |
| 74 | 01 |
| 74 | 08-17 |
| 74 | 20-24 |
| 75 | 01-24 |
| 76 | 01-05 |
| 78 | 18-21 |
| 81 | 17-24 |
| 126 | 07-24 |
| 127 | 15-24 |
| 128 | 01-09 |
| 133 | 02-08 |
| 150 | 17-23 |
| 155 | 02-15 |
| 208 | 24 |
| 209 | 01-11 |

## DEPOSITION DESIGNATION OF
## ROBERT H. RITTERBUSH

Deposition of ROBERT H. RITTERBUSH given in  Montana-Dakota Utilities

Co. v. W.R. Grace & Co. and W. R. Grace & Co.-Conn.  December 13, 1990, as follows:

| Page | Line |
|------|------|
| 4 | 23 thru page 7,line 6 |
| 8 | 17 thru page 9 ,line 10 |
| 40 | 13-25 |

DEPOSITION DESIGNATION OF
SAMUEL LEE TEMPLETON

Deposition of SAMUEL LEE TEMPLETON given in <u>Greenville County School</u>

<u>District v. United States Gypsum Company, W.R. Grace Co., National Gypsum Co. and Proko</u>

<u>Industries, Inc.,</u> on January 4, 1984 as follows:

| Page | Line |
|------|------|
| 4 | 06-17 |
| 6 | 13-24 |
| 7 | 07-19 |
| 21 | 18-24 |
| 34 | 09-19 |
| 58 | 18-22 |
| 65 | 18-25 |
| 66 | 01-25 |
| 67 | 01-12 |
| 68 | 20-25 |
| 69 | 01-03 |
| 149 | 01-03 |
| 150 | 01-12 |
| 196 | 18-25 |
| 197 | 01-15 |
| 197 | 22-25 |
| 198 | 01-18 |
| 233 | 14-25 |
| 234 | 01-19 |

DEPOSITION DESIGNATION OF
CARTER WATSON

Deposition of CARTER WATSON taken on  September 25, 1992, in R. Gordon

Matthews, et al. v. Fluor Corp., et al., U.S.D.C., District of South Carolina, Greenville Division, C/A

No. 6:89-1738-13, as follows:

| PAGE | LINE(S) |
|------|---------|
| 4 | 23 - 25 |
| 5 | 01 - 13; 15 - 25 |
| 6 | 01 - 25 |
| 7 | 01 - 25 |
| 8 | 01 - 25 |
| 9 | 01 - 25 |
| 10 | 01 - 25 |
| 11 | 01; 05 |
| 13 | 25 |
| 14 | 01 - 05 |
| 21 | 24 - 25 |
| 22 | 01 - 10 |

## DEPOSITION DESIGNATION OF
## WILLIAM ABELMAN

Designation of pages and line numbers to be read from the deposition of

William Abelman taken in the case of Pacific Freeholds, a California General

Partnership v. W.R. Grace & Co – Conn., et al, on May 2-3, 2000 as follows:

| Page | Line |
|------|------|
| 7 | 9 thru page 8, line |
| 11 | 8-10 |
| 148 | 10 thru page 153, line 22 |
| 154 | 25 thru page 155, line 5 |

## DEPOSITION DESIGNATION OF
## FRANK JUSZCYK

Designation of pages and line numbers to be read from the deposition of

Frank Juszcyk taken in the case of Pacific Freeholds, a California General

Partnership v. W.R. Grace & Co – Conn., et al, on February 15, 2001 as follows:

| Page | Line |
|------|------|
| 9 | 16 thru page 10, line 1 |
| 12 | 15-19 |
| 170 | 14 thru page 171, line 5 |
| 173 | 11-15 |

## DEPOSITION DESIGNATION OF
## PHILIP SLATIN

Designation of pages and line numbers to be read from the deposition of

Philip Slatin taken in the case of Pacific Freeholds, a California General

Partnership v. W.R. Grace & Co – Conn., et al, on January 24, 2001 as follows:

| Page | Line |
|------|------|
| 7 | 10 thru page 8, line |
| 41 | 17 thru page 42, line 9 |
| 42 | 22 thru page  43, line 25 |
| 45 | 16 thru page 46, line 11 |
| 61 | 6-13 |

## DEPOSITION DESIGNATION OF
## LOUISE WILSON

Designation of pages and line numbers to be read from the deposition of

Louise Wilson taken in the case of Pacific Freeholds, a California General

Partnership v. W.R. Grace & Co – Conn., et al, on January 24, 2001 as follows:

| Page | Line |
|------|------|
| 6 | 10-23 |
| 9 | 20 thru page 15, line 5 |
| 35 | 2 thru page 38, line 18 |
| 39 | 6 - 12 |

## DEPOSITION DESIGNATION OF
## GERRY ZALKOVSKY

Designation of pages and line numbers to be read from the deposition of

Gerry Zalkovsky taken in the case of Pacific Freeholds, a California General

Partnership v. W.R. Grace & Co – Conn., et al, on April 4, 2000 as follows:

| Page | Line |
|------|------|
| 5 | 21 thru page 6, line 5 |
| 13 | 24 thru page 14, line 1-14 |
| 70 | 6 thru page 71, line 12 |
| 90 | 22-25 |