IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | ) Chapter 11 |
|  | ) |
| W. R. GRACE & CO., et al., | ) Case No. 01-01139 (JKF) |
|  | ) (Jointly Administered) |
|  | ) |
|  | ) **Re: Docket Nos. 9315, 13406** |
| Debtors. | ) |

## FINAL WITNESS LIST, EXHIBIT LIST AND DEPOSITION DESIGNATIONS OF THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS REGARDING CONSTRUCTIVE NOTICE FOR PROPERTY DAMAGE CLAIMS

Pursuant to the Court's *Amended Order Setting Various Deadlines Regarding Objections to Asbestos Property Damage Claims* (the "Order") [Docket No. 13406] and section II.L of Exhibit B thereto, the Official Committee of Asbestos Property Damage Claimants (the "PD Committee") of the above-captioned debtors and debtors in possession (the "Debtors"), by and through undersigned counsel, hereby serves its final witness list, exhibit list and deposition designations in respect of the D-2 objections (claims barred by the statute of limitations based upon constructive notice) set forth in the *Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims* [Docket No. 9315].

A.   Witness

    1.   Todd B. Hilsee, Hilsoft Notifications, 123 East Broad Street, Souderton, PA 18964.

B.    Exhibit List

1.    Report of Todd B. Hilsee Relating to Constructive Notice, dated January 17, 2007.

C.    Deposition Designations

1.    Deposition of Roger G. Morse, dated March 1, 2007 (deposition taken by A. Runyan, *et al.*).

2.    Deposition of Roger G. Morse, dated March 1, 2007 (deposition taken by D. Speights).

3.    Deposition of Todd B. Hilsee, to be taken on March 14, 2007.

As discovery is continuing past the date of this submission, the PD Committee hereby reserves its right to amend or supplement this submission.

BILZIN SUMBERG BAENA
PRICE & AXELROD LLP

Scott L. Baena (admitted pro hac vice)
Jay M. Sakalo (admitted pro hac vice)
Matthew I. Kramer (admitted pro hac vice)
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2336
(305) 374-7580

and

FERRY, JOSEPH & PEARCE, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, Delaware 19899
(302) 575-1555

By: /s/ Theodore J. Tacconelli
       Theodore J. Tacconelli (Del Bar No. 2678)

Dated: March 13, 2007

Co-Counsel for the Official Committee of Asbestos Property Damage Claimants