IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: April 2, 2007 |

## FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD JANUARY 1, 2007 THROUGH JANUARY 31, 2007

---

[2] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## WRG-0071
## STUDY OF THIRD PARTY PATENTS DIRECTED TO CEMENT COMPOSITION PLASTICIZER

| | | | |
|---|---|---|---|
| 01/03/2006 | GHL | Review of emails from Messrs. Baker and Leon regarding aspects of the prosecution of the third-party patents on cement dispersants, review of the prosecution histories on issues raised in the emails, and communication with Mr. Baker regarding same; | 0.80 |
| 01/23/2007 | SAB | Review of spreadsheet as received from Mr. Leon directed to various explanations given by third-party patent owner of method for determination of critical claim parameter; work on written opinion of non-infringement; | 0.80 |
| 01/26/2007 | GHL | Further review of materials from Mr. Leon relating to proposed Grace dispersant, review of prosecution histories of the third-party patents at issue, and consideration of claim construction and infringement issues, and begin drafting opinion on non-infringement; | 1.20 |
| 01/29/2007 | GHL | Continued study of material relating to testing of proposed Grace dispersants and consideration of testing method which third-party patents should be interpreted to require, and continued drafting of non-infringement opinion; | 4.50 |
| 01/30/2007 | GHL | Further work on infringement analysis and drafting of opinion on non-infringement; | 1.40 |
| 01/31/2007 | GHL | Continued work on non-infringement opinion. | 3.20 |

SERVICES                                  $   6,307.00

| | GHL | GARY H. LEVIN | 11.90 | hours @ | $530.00 |
|---|---|---|---|---|---|

**DISBURSEMENTS:**

| ASSOCIATE SERVICES | 124.85 |
|---|---|

DISBURSEMENT TOTAL                        $     124.85

SERVICE TOTAL                             $   6,307.00

**INVOICE TOTAL**                         $   **6,431.85**

## WRG-0079
## DUE DILIGENCE ANALYSIS RELATED TO PROPOSED PURCHASE OF ASSETS RELATING TO PRECIPITATED INORGANICS

| 01/22/2007 | GHL | Telephone conference with Mr. Maggio regarding status of this project, and review of files and previously issued memoranda on due diligence study in preparation for scheduled telephone conference with Grace representatives; | 0.70 |
|---|---|---|---|
| 01/22/2007 | HDP | Review of memoranda and files in preparation for telephone conference on status; | 0.30 |
| 01/23/2007 | GHL | Continued review of files and previous memoranda, and telephone conference with Mr. Bunch to review status of the due diligence review and tasks remaining for completion; | 0.50 |
| 01/23/2007 | HDP | Reviewing various memos and other materials in preparation for client telephone conference; telephone conference with Mr. Bunch thereon and further discussions with Mr. Levin related thereto. | 1.20 |

SERVICES $ 1,393.50

| | GHL | GARY H. LEVIN | 1.20 | hours @ | $530.00 |
|---|---|---|---|---|---|
| | HDP | HENRIK D. PARKER | 1.50 | hours @ | $505.00 |

**INVOICE TOTAL** $ **1,393.50**