## Exhibit A

CUMULATIVE SUMMARY OF INTERIM APPPLICATIONS OF STEPTOE & JOHNSON LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 1, 2006, THROUGH SEPTEMBER 30, 2006 FOR W.R. GRACE & CO., et al.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 12/04/06 | 07/01/06-07/31/06 | $15,602.50 | $88.56 | $12,482.00 | $88.56 | $3,120.50 |
| 12/04/06 | 08/01/06-08/31/06 | $20,218.00 | $66.58 | $16,174.40 | $66.58 | $4,043.60 |
| 12/04/06 | 09/01/06-09/30/06 | $31,624.00 | $16.50 | $25,299.20 | $16.50 | $6,324.80 |

## CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 32 | Fee Application, Applicant | 11.20 | $ 5,544 |
| 35 | Other Fee Applications | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 41 | Tax Issues | 0 | 0 |
| 46 | Tax Litigation | 63.20 | $61,900.50 |
| 42 | Travel (1/2 total hours billed) | | $ 0 |
| | Total | 74.40 | $67,444.50 |

## CUMULATIVE EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Telephone | $ 34.56 |
| Copies – Matter 32 (Fee Applications) | $ 35.73 |
| Copies – Matter 46 (Tax Litigation) | $ 91.17 |
| Computer Database Research | $ 8.38 |
| Local Messenger | $ 0 |
| Federal Express/Overnight Messenger | $ 0 |
| Facsimile | $ 0 |
| Postage | $ 0 |
| Meals | $ 0 |
| Hotel | $ 0 |
| Local Transportation | $ 0 |
| Consultant Fee | $ 0 |
| Total | $ 169.89 |