# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: March 5, 2007 |

**SUMMARY APPLICATION OF WOODCOCK WASHBURN FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ORDINARY COURSE PROFESSIONALS FOR W.R. GRACE & CO., ET AL., FOR THE MONTHLY PERIOD OF DECEMBER 1, 2006, THROUGH DECEMBER 31, 2006, FOR THE QUARTERLY FEE PERIOD OF OCTOBER THROUGH DECEMBER 2006**

| | |
|---|---|
| Name of Applicant: | **Woodcock Washburn LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention as Special Litigation Counsel: | **Retention Order entered January 22, 2003** |
| Date of Retention as Ordinary Course Professional: | **Order Permitting Expansion of Services entered April 15, 2005, on application made February 11, 2005.** |
| Period for which compensation and reimbursement is sought | **December 1, 2006 through December 31, 2006** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$ 13,156.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$ 496.85** |

---

[1]  The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Woodcock Washburn LLP submits this application for fees and expenses for the month of December 2006. This is the 46th application for interim compensation for services that has been filed with the Bankruptcy Court by Woodcock. The first 26 applications (covering the monthly periods January 2003 through February 2005) were limited to fees and expenses in connection with the specific matter for which Applicant had been retained as special litigation counsel: Representation of Debtor as intervening defendant in *David B. Bartholic and Intercat, Inc. v. Nol-Tec Systems, Inc. and W.R. Grace & Co.-Conn.*, civil action 03-CV-4886 (RHK/AJB), previously pending in the United States District Court for the District of Minnesota (the "Intercat suit"), now settled. On April 15, 2005, based on a motion made by Debtor on February 11, 2005, the Bankruptcy Court entered an order authorizing Woodcock to provide further services to Debtor in ordinary course in the field of intellectual property. This is the 20th monthly application that includes such ordinary course fees and expenses.

All monthly applications filed previously with the Court by Woodcock are identified in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 1/1 – 1/31/03 | June 9, 2003 | $11,423.35 | $184.10 |
| 2/1 – 2/28/03 | June 9, 2003 | 29,216.00 | 684.22 |
| 3/1 – 3/31/03 | June 9, 2003 | 14,351.00 | 647.43 |
| 4/1 – 4/30/03 | June 3, 2003 | 14,268.50 | 244.41 |
| 5/1 – 5/31/03 | July 11, 2003 | 20,293.50 | 703.19 |
| 6/1 – 6/30/03 | August 1, 2003 | 24,087.00 | 2,822.23 |
| 7/1 – 7/31/03 | September 18, 2003 | 14,157.50 | 1,834.84 |
| 8/1/ - 8/31/03 | October 17, 2003 | 5,120.00 | 2,346.40 |
| 9/1 – 9/30/03 | November 6, 2003 | 18,536.00 | 2,143.81 |
| 10/1 – 10/31/03 | December 16, 2003 | 26,622.50 | 7,747.17 |
| 11/1 – 11/30/03 | January 23, 2004 | 46,329.50 | 22.29 |
| 12/1 – 12/31/03 | February 11, 2004 | 60,218.00 | 13,537.76 |
| 1/1 – 1/31/04 | March 29, 2004 | 117,384.00 | 34,007.41 |
| 2/1 - 2/29/04 | April 13, 2004 | 66,216.00 | 16,476.09 |
| 3/1 - 3/31/04 | April 27, 2004 | 96,991.00 | 8,235.63 |
| 4/1 - 4/30/04 | June 16, 2004 | 111,132.00 | 14,316.26 |

| 5/1 - 5/31/04 | July 19, 2004 | 104,787.00 | 14,642.22 |
|---|---|---|---|
| 6/1 - 6/30/04 | July 29, 2004 | 117,125.00 | 8,779.51 |
| 7/1 - 7/31/04 | September 17, 2004 | 85,802.00 | 10,905.33 |
| 8/1 – 8/31/04 | October 22, 2004 | 102,078.00 | 9,582.05 |
| 9/1 – 9/30/04 | November 9,2004 | 156,479.00 | 32,088.05 |
| 10/1 - 10/31/04 | December 17, 2004 | 169,846.00 | 69,597.98 |
| 11/1 – 11/30/04 | January 14, 2005 | 203,792.00 | 29,179.11 |
| 12/1 – 12/31/04 | February 11, 2005 | 164,958.00 | 92,377.99 |
| 1/1 – 1/31/05 | March 18, 2005 | 176,884.00 | 28,342.86 |
| 2/1 – 2/28/05 | April 15, 2005 | 157,122.50 | 125,892.70 |
| 3/1 – 3/31/05 | May 10, 2005 | 196,913.00 | 143,160.77 |
| 4/1 – 4/30/05 | June 21, 2005 | 124,598.70 | 6,544.89 |
| 5/1– 5/31/05 | July 20, 2005 | 198,043.00 | 45,257.99 |
| 6/1 – 6/30/05 | August 11, 2005 | 82,795.50 | 28,829.43 |
| 7/1 – 7/31/05 | September 15, 2005 | 53,078.50 | 578.90 |
| 8/1 – 8/31/05 | October 12, 2005 | 44,755.00 | 4,009.23 |
| 9/1 – 9/301/05 | November 22, 2005 | 47,211.00 | 146.73 |
| 10/1 – 10/31/05 | December 16, 2005 | 18,168.50 | 665.33 |
| 11/1– 11/30/05 | January 31, 2006 | 11,158.00 | 17.20 |
| 12/1– 12/31/05 | March 10, 2006 | 4,340.00 | 12.38 |
| 1/1– 1/31/06 | March 29, 2006 | 3,470.00 | 80.82 |
| 2/1 – 2/28/06 | April 19, 2006 | 4,121.50 | 300.25 |
| 3/1 – 3/31/06 | May 4, 2006 | 8,338.50 | 2,055.56 |
| 4/1 – 4/30/06 | July 7, 2006 | 10,612.50 | 4,762.62 |
| 5/1– 5/31/06 | July 13, 2006 | 54,925.00 | 2,871.85 |
| 6/1 – 6/30/06 | August 4, 2006 | 108,519.50 | 669.50 |
| 7/1 – 7/31/06 | October 3, 2006 | 44,957.50 | 425.85 |
| 8/1 – 8/31/06 | October 31, 2006 | 4,800.50 | 87.00 |
| 9/1 – 9/30/06 | None Submitted | – | – |
| 10/1 – 10/31/06 | | 6,974.00 | 225.13 |
| 11/1 – 11/30/06 | None Submitted | – | – |
| TOTAL | | $3,097,841.00 | $775,504.23 |

During this fee period, Woodcock provided ordinary-course, intellectual property

services in connection with two matters, which are detailed in the attached fee schedule for each

matter, and also generated fees of $1,010.00, included in the monthly total for this petition,

attributable to preparation of the petition for October 2006 and the 22nd Quarterly Petition

(representing 2.0 hours by Gary Levin at $505/hour) in the category Fee Application, Applicant.

Disbursements attributable to the ordinary course matters, as shown in the attached schedules,

were $496.85. The Woodcock professionals who rendered ordinary course services during the

fee period are:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| Gary H. Levin | Partner | 1976 | IP Litigation | $505.00 | 24.8 | $12,524.00 |
| Stephanie Barbosa | Associate | 2005 | IP Counseling | $205.00 | 2.4 | $492.00 |
| Noreen Garonski | Paralegal | - | IP Prosecution | $175.00 | 0.8 | $140.00 |

Total Fees: $13,156.00
Blended Rate: $487.00

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as

fully described above for (i) 80% of the amount of $13,156.00 for reasonable and necessary

professional services Applicant has rendered to the Debtors during the Fee Period ($10,524.80)

and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by

applicant during the Fee Period ($496.85); and (b) that both fees and expenses are payable as

administrative expenses of the Debtors' estates.

Respectfully submitted

Gary L

Dated:  February 5, 2007

Gary H. Levin
Woodcock Washburn LLP
2929 Arch Street
Cira Centre – 12th Floor
Philadelphia, PA  19104
(215) 568-3100
levin@woodcock.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: March 5, 2007 |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION
FOR THE PERIOD DECEMBER 1, 2006 THROUGH DECEMBER 31, 2006**

---

[2]  The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**WRG-0071**
**STUDY OF THIRD PARTY PATENTS DIRECTED**
**TO CEMENT COMPOSITION PLASTICIZER**

| 12/01/2006 | GHL | Telephone conference with Mr. Leon regarding further analysis of invalidity and non-infringement of third-party patent on cement additives, and begin review of files with further information as received from Mr. Leon.; | 1.00 |
|---|---|---|---|
| 12/01/2006 | SAB | Discussion with Mr. Levin regarding research needed about applicability of patentee's comment made in foreign prosecution to validity and claim scope in the U.S. | 0.20 |
| 12/04/2006 | GHL | Continued review of third-party patents and prior art references, and review of selected documents form proceedings in European revocation action relevant to invalidity analysis; | 2.00 |
| 12/05/2006 | GHL | Continued review of third-party patents and prior art references, review of materials received from Mr. Leon relating to Grace testing of its commercial plasticizers and testing of materials replicated from prior art references to determine molecular weight distributions relevant to claims of third-party patents; | 2.50 |
| 12/05/2006 | SAB | Legal research using online database searching issue of whether statements made by a patentee in foreign prosecution proceedings are relevant in U.S. proceedings. Discussions with Mr. Levin regarding pertinent facts. Analysis of search results. Discussions with Mr. Levin regarding results of search and analysis. Discussion of further research necessary; | 2.00 |
| 12/06/2006 | GHL | Study of file history of third-party patents and positions taken by that third-party in foreign oppositions regarding procedures for molecular weight analyses, as received from Mr. Leon, and continued review of materials relating to Grace testing of its commercial plasticizers and synthesis and testing of materials replicated from prior art references for invalidity analysis; | 4.00 |
| 12/07/2006 | GHL | Further study of third-party patents at issue and of all prior art as received from Grace; analysis of synthesis and testing procedures employed by Grace, and consideration of applicability of the procedures to non-infringement and invalidity positions; | 3.50 |
| 12/08/2006 | GHL | Continued review of the third-party patents and prosecution history and write-ups of Grace analyses of its commercial products and of GPC procedures used, in preparation for scheduled meeting with Grace personnel.; | 1.00 |
| 12/08/2006 | SAB | Discussion with Mr. Levin regarding results of legal searching on issue of admissions of patentee made in | .20 |

| | | foreign prosecution; | |
|---|---|---|---|
| 12/11/2006 | GHL | Travel time-travel to Cambridge Massachusetts for scheduled meeting; 2.6 hours billed at half. | 1.30 |
| 12/12/2006 | GHL | Travel-travel from Cambridge Massachusetts; 2 hours billed at half. | 1.00 |
| 12/12/2006 | GHL | Meeting in Grace's offices in Cambridge with Messrs. Baker, Leon, Jeknavorian, and Chun to review issues relating to analyses of Grace's commercial cement additives to determine possible relevance to those products of third-party patents and issues of synthesis and replication of prior art patents relevant to invalidity analysis of the third-party patents; further meeting with Mr. Gado to advise on options in view of the analyses. | 6.50 |

SERVICES          $    12,006.00

| | GHL | GARY H. LEVIN | 22.80 | hours @ | $505.00 |
|---|---|---|---|---|---|
| | SAB | STEPHANIE AL BARBOSA | 2.40 | hours @ | $205.00 |

**DISBURSEMENTS:**

| COMPUTER SEARCH | 42.46 |
|---|---|
| TRAVEL & EXPENSES | 454.39 |

DISBURSEMENT TOTAL          $        496.85

SERVICE TOTAL          $    12,006.00

                    **INVOICE TOTAL**          $    **12,502.85**

**WRG-0071**
**STUDY OF THIRD PARTY PATENTS DIRECTED**
**TO CEMENT COMPOSITION PLASTICIZER**

**12/11 – 12/12/2006   Travel and Expense:  Vendor Gary H. Levin**
**Transportation:**      Purpose of trip:  Attendance at Meeting with Grace
                         Representatives in Cambridge, MA

| | | | |
|---|---|---|---|
| **12/11/2006** | Amtrak | | |
| | Philadelphia, PA to Boston, MA | $ | 141.00 |
| **12/12/2006** | U.S. Airways | | |
| | Boston, MA to Philadelphia, PA | $ | 85.30 |
| **Hotel:** | | $ | 114.09 |
| **Taxis and Tips:** | | $ | 66.00 |
| **Miles: 36 Miles @ per mile** | | $ | 13.50 |
| **Meals:** | | $ | 12.50 |
| **Parking Fees:** | | $ | 22.00 |

                                        TOTAL EXPENSE:  $  454.39

**WRG-0076**
**VALVED COVER SYSTEM**

| 12/19/2006 | NG | Review of docket and preparation of correspondence to client advising of foreign filing deadline and requesting instructions pertaining to same; | 0.80 |
|---|---|---|---|

SERVICES

$   140.00

| | NG | NOREEN GARONSKI | 0.80 | hours @ | $175.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL**                              $    **140.00**

**WRG-GEN**

| 11/28/2006 | GHL | Fee Application, Applicant – Preparation of fee petition for 22nd Quarterly Period. | 0.80 |
|---|---|---|---|
| 11/29/2006 | GHL | Further work on Fee Petition for 22nd Quarterly Period | 0.50 |
| 12/14/2006 | GHL | Fee Application, Applicant – preparation of fee petition for October, 2006. | 0.70 |

SERVICES     $     1,010.00

| | GHL | GARY H. LEVIN | 2.00 | hours @ | $505.00 |
|---|---|---|---|---|---|

**DISBURSEMENTS:**

POSTAGE & DELIVERY     $     57.89

DISBURSEMENT TOTAL     $     57.89

SERVICE TOTAL     $     1,010.00

**INVOICE TOTAL**     $     **1,067.89**