# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD JANUARY 1, 2007 THROUGH JANUARY 31, 2007

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200
EI #: 51-0328786

March 12, 2007

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC 20007--5135

File WRG-AUS/JCP
Invoice number 66743

Re: W. R. Grace & Co.
David T. Austern
Case No.: 01-01139 (RLB)

| | | |
|---|---|---|
| Subtotal for FEES only: | 01/31/07 | $14,348.50 |
| Subtotal for COSTS only: | 01/31/07 | $56.44 |
| CURRENT PERIOD FEES AND COSTS: | 01/31/07 | $14,404.94 |

*************************************************************

Please remit duplicate copy with payment. Thank you.

*************************************************************

Phillips, Goldman & Spence, P.A.



March 12, 2007

Orrick, Herrington & Sutcliffe, LLP

File WRG-AUS/JCP
Invoice number 66743

Re: W. R. Grace & Co.
David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 39.4 | 13,717.50 |
| FEE/EMPLOYMENT APPLICATIONS | 2.8 | 533.00 |
| CASE ADMINISTRATION | 0.7 | 98.00 |
| Subtotal for FEES only: 01/31/07 | 42.9 | $14,348.50 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 375.00 | JCP | 35.50 | 35.50 | 13,312.50 | 0.00 | 0.00 |
| 140.00 | CAH | 7.40 | 7.40 | 1,036.00 | 0.00 | 0.00 |
| Totals | | 42.90 | 42.90 | 14,348.50 | 0.00 | 0.00 |

LEGALMASTER MIRC For Transactions
-Fees-



Sort Fields:
Grouping code (Paginate)
Client code
Actual employee code (Subtotals)
Transaction date

Range Fields:
Client code I WRG - WRG
Invoice Number I 66743 - 66743

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | CASE ADMINISTRATION | CAH | 01/12/07 | Merge original signatures into filed documents. | 0.10 | 14.00 | Ca |
| WRG | CASE ADMINISTRATION | CAH | 01/29/07 | Merge original signature into filed documents; e-mail to Rose with list of documents still needing original signatures. | 0.50 | 70.00 | |
| WRG | CASE ADMINISTRATION | CAH | 01/29/07 | Update docket to system. | 0.10 | 14.00 | |
| | | | | | 0.70 | 98.00 | |
| | | | | | 0.70 | 98.00 | |

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | CAH | 01/05/07 | E-mail and phone conference with D. Felder re: Objection to be filed. | 0.30 | 42.00 | Li |
| WRG | LITIGATION | CAH | 01/05/07 | Work with D. Felder to obtain documents for filing (filed after hours). | 1.70 | 238.00 | |
| WRG | LITIGATION | CAH | 01/08/07 | Copy Motion and Objection; scan same; e-mail to Wilmington and Pittsburgh Chambers with request for signature. | 0.40 | 56.00 | |
| WRG | LITIGATION | CAH | 01/08/07 | E-mail (3x) with D. Felder re: service of Motion, Objection and Judge's signature on Order. | 0.30 | 42.00 | |
| WRG | LITIGATION | CAH | 01/10/07 | E-mail (2x) re: service letter to Judge Buckwalter; phone conference with and e-mail documents to Parcels in Philadelphia for Hand Delivery. | 0.30 | 42.00 | |
| WRG | LITIGATION | CAH | 01/11/07 | Phone conference with Brian at DED Clerk's office and e-file letter to Buckwalter; send copy to Court; e-mail to D. Felder. | 0.50 | 70.00 | |
| WRG | LITIGATION | CAH | 01/11/07 | Review of e-mail from D. Felder; download and file Certificate of Service on letter to Buckwalter. | 0.30 | 42.00 | |
| WRG | LITIGATION | CAH | 01/17/07 | Download District Court docket; phone conference with Clerks office re: Orders to Pro Hac Vice Motions for which Orders appear on bankruptcy docket, but not DED docket; e-mail response to D. Felder. | 0.40 | 56.00 | |
| WRG | LITIGATION | CAH | 01/17/07 | Download and file Notice of Deposition; give copy to Stephen W. Spence. | 0.30 | 42.00 | |
| | | | | | 4.50 | 630.00 | |
| WRG | LITIGATION | JCP | 01/02/07 | Debbie Felder re: upcoming filings. | 0.10 | 37.50 | |
| WRG | LITIGATION | JCP | 01/03/07 | Review of Prudential Stipulation re: Briefing (.1); review of Notice of Deposition and subpoena for Mark Collela (.1); review of miscellaneous pleadings (.1); review of Certain Asbestos Claimants' Firms' Notice of Motion and Motion to Alter Order re: Debtors' Motion to Responses to Personal Injury Questionaire (.2); review of Motley Rice's Joinder in same (.1). | 0.60 | 225.00 | |
| WRG | LITIGATION | JCP | 01/04/07 | Review of Order Granting Property Damage Committee's Motion to Designate Experts (.1); review of Notice cancelling 1/4/07 hearing (.1); review of ZAI Claimants' Designation of Items to be Included in Appeal Record (.1); review of 12/18/06 Hearing Transcript (.2); review of 12/19/06 Hearing Transcripit (.2); review of miscellaneous pleadings (.2). | 0.90 | 337.50 | |
| WRG | LITIGATION | JCP | 01/05/07 | Review of miscellaneous pleadings (.4); conference with Celeste A. Hartman re: 1/5/07 filing (2x) (.2); review of | 1.90 | 712.50 | |

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| | | | | Motion to File Exhibit Under Seal and proposed Order (.4); review of FCR's Opposition to Debtors' Motion to Quash 30(b)(6) Notice of Deposition (.3); review of Debtors' Motion to Summarily Deny Certain PI Law Firms Motion to Reconsider Alter Order re: Answering Debtors' PI Questionaire (.3); review of PI Committee's Opposition and Joinder re: Debtors' Motion to Quash 30(b)(6) Notice of Deposition (.3). | | | |
| WRG | LITIGATION | JCP | 01/06/07 | Review of miscellaneous pleadings. | 0.20 | 75.00 | |
| WRG | LITIGATION | JCP | 01/08/07 | Review of Dies & Hile's Submission of 3 Expert Reports (Longo, Ewing & Millette) (.3); e-mail from Celeste A. Hartman to Debbie Felder (2x) re: Friday's filing (.1); e-mail from Debbie Felder to Celeste A. Hartman re: same (.1); e-mail from Celeste A. Hartment serving FRC's Opposition to Debtors' Motion to Quash 30(b)(6) Notice of Deposition (.1); review of Debtors' Opposition to PI Committee's Motin to Compel Production of Actuarial Studies (.2); review of Debtors' Response to Anderson Memorial's Motion to Compel Deposition of Records Custodian; review of miscellaneous pleadings (.2). | 1.00 | 375.00 | |
| WRG | LITIGATION | JCP | 01/09/07 | E-mail from and e-mail to Debbie Felder re: oral argument before Judge Buckwalter; e-mail from local counsel for PI Committee re: same; review of EPEC's Submission of Expert Report. | 0.30 | 112.50 | |
| WRG | LITIGATION | JCP | 01/09/07 | Review of PD Committee's Designation of Expert re: Constructive Notice; review of Motley Rice and Speights & Runyan's Motion for Leave to Designate a Lack of Hazard Expert; review of miscellaneous pleadings. | 0.30 | 112.50 | |
| WRG | LITIGATION | JCP | 01/10/07 | E-mail from and e-mail to Debbie Felder re: letter to Judge Buckwalter (.1); conference with Celeste A. Hartman re: same (2x) (.1); review of miscellaneous pleadings (.1); review of Debtors' Motion to Shorten Notice Period re: Motion to Approve Stipulation re: 1/07 Methodology Hearing for PD Claims (.1); e-mail from and e-mail to Celeste A. Hartman re: letter to Judge Buckwalter (.1); review of 3 Orders allowing Exhibits to be Filed Under Seal (.1); e-mail from Debbie Felder with enclosure; review of letter to Judge Buckwalter (.1); e-mail to and e-mail from Celeste A. Hartman re: delivering letter to Judge Buckwalter (.1); e-mail from Celeste A. Hartman confirming delivery of same (.1); e-mail from Debbie Felder serving letter to Judge Buckwalter (.1). | 1.00 | 375.00 | |
| WRG | LITIGATION | JCP | 01/11/07 | Conference with Celeste A. Hartman re: e-filing letter to Judge Buckwalter; review of miscellaneous pleadings; review of electronic notification of e-filing letter to Judge Buckwalter; review of electronic notification of filing Certificate of Service re: letter to Judge Buckwalter; e-mail from and e-mail to paralegal re: call from District | 0.50 | 187.50 | |

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| | | | | Court Clerk re: Reply Brief/Letter to Judge Buckwalter. | | | |
| WRG | LITIGATION | JCP | 01/12/07 | Review of letter from Clerk of Bankruptcy Court to Clerk of District Court re: ZAI Appeal (.2); review of miscellaneous pleadings and Order (.2); review of Dies & Hile Supplemental Expert Report (Millette) re: Lack of Hazard; review of Angelos Motion to Extend Time to Answer PI Questionnaire (.1); review of Motion to Approve Stipulation re: January 2007 PD Methodology Hearing and proposed Order and Motion to Shorten Time (.2); review of Wise & Julian's Motion to Extend Time to Supplement PI Questionnaire Response (.1); review of Early Ludwig's Motion to Extend Time to Supplement Questionnaire Responses (.1); review of Louisiana Claimant's Adoption of Expert Reports (.1); review of 3 Notices of Depositions (Beber, Hughes & Siegel) (.1). | 1.10 | 412.50 | |
| WRG | LITIGATION | JCP | 01/13/07 | Review of Debtors' Response to ZAI Claimants' Motion for Leave to Appeal. | 0.40 | 150.00 | |
| WRG | LITIGATION | JCP | 01/15/07 | Review of Agenda for 1/23/07 Hearing; review of Notice of Deposition of Mark Shelnitz. | 0.20 | 75.00 | |
| WRG | LITIGATION | JCP | 01/16/07 | Review of Louisiana Claimants' Adoption/Submission of Expert Reports re: Hazard Issue; review of Personal Injury Committee's Reply Memo re: Debtors' Production of Documents from Securities Filings (.2); review of Debtors' Reply in Support of Motion to Quash 30(b)(6) Notice of Deposition (.2); review of Dies & Hile's Submission of 7 Experts' Reports re: Hazard Issue (voluminous) (.5); review of Dies & Hile's Supplemental Expert Reports re: Hazard Issue (.2); review of Prudential's Supplemental Statement re: Expert Witnesses re: Hazard Issue (.2); e-mail from Debbie Felder re: Philadelphia conference room (2x) (.2); e-mail from local counsel for Personal Injury Committee re: same (2x)(.1); e-mail to Brian E. Farnan re: same (.1). | 1.70 | 637.50 | |
| WRG | LITIGATION | JCP | 01/17/07 | Review of Eastern Oregon and South Oregon Universities' Additional Submission of Expert Reports (.5); review of District Court Pro Hac Orders including Jonathan Guy's, Roger Frankel's and Rick Wyron's (.1); e-mail to Rick Wyron forwarding same (.1); e-mail to and e-mail from Celeste A. Hartman re: checking on Roger Frankel's District Court Pro Hac Order (.1); e-mail to Roger Frankel forwarding his Pro Hac Order (.1); e-mail from Debbie Felder re: filing to be done on 1/17/07 (.2); conference with Brian E. Farnan re: meeting room before 1/22/07 oral argument (.2); e-mail from Debbie Felder re: same (.1); e-mail to and e-mail from Debbie Felder re: 1/17/07 pre-hearing meeting (.1); review of FCR's Notice of Deposition for Beber, Hughs and Siegel (.2); memorandum to file re: same; calendar same (.1); review of Prudential's Appeal Brief (.7); review of multiple expert reports submitted by Speights and Runyan on behalf of various claimants (.4); review of Dr. William | 6.90 | 2,587.50 | |

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| | | | | Hughson's expert witness disclosures (.4); review of Gordan Spratt's expert report (.2); review of Dr. Richard Lee's 2/17/07 expert reports (2x) (.5); review of Dr. Mort Corn's 1/15/07 expert report (.7); review of Professor Lewis Klar's Opinion Memo re: Canadian product liability law (.6); review of Dr. Arthur Frank's expert report (.5); review of Charles Blake's 1/16/07 expert report (.5); review of Charles Blake's 1/16/07 expert report (.3); review of William Ewing's expert report; review of William Longo's expert report (.3). | | | |
| WRG | LITIGATION | JCP | 01/18/07 | Review of additional Speights and Runyan expert report (Halliwell) (.3); review of EPEC's Supplemental Expert Rebuttal Reports (.3); review of miscellaneous pleadings (.2) review of San Diego Gas' Expert Report (.3); review of Debtors Counter Designations re: Estimation appeal (.3); review of Motley Rice's Submission and Adoption of Expert Reports re: Lack of Hazard (.3); review of Debtors' Designation of Expert Witnesses and Reports re: Lack of Hazard (.1); review of Debtors' 6 Expert Reports (.2); e-mail from Debbie Felder re: 1/22/07 meeting (.2). | 2.20 | 825.00 | |
| WRG | LITIGATION | JCP | 01/19/07 | Review of Claimant's Objection and Response to Personal Injury Questionnaire; review of Order extending Prudential briefing schedule; review of Order granting Debtors' Pro Hac Motion; review of Property Damage Committee's expert's (Hilsee) report. | 0.50 | 187.50 | |
| WRG | LITIGATION | JCP | 01/22/07 | Review of Pro Hac Order (.1); review of miscellaneous pleadings (.4); review of ZAI Claimants' Reply in Support of Motion for Leave to Appeal (.5); review of Exclusivity Appeal briefs (.5); travel to and from Philadelphia, Pennsylvania for meeting with counsel and oral argument (1.0); conference with counsel for Property Damage Committee, Personal Injury Committee and FCR (3.0); court appearance re: oral argument on exclusivity appeal (2.0). | 7.50 | 2,812.50 | |
| WRG | LITIGATION | JCP | 01/23/07 | Review of Agenda for 1/23/07 Hearing (.2); conference with Ray Mallady counsel for FCR (1.2); court appearance for 1/23/07 Hearing (2.7); review of Pro Hac Order (.1); review of Debtors' Motion to Make Pension Plan Contribution (.3); review of Foster and Sear's Motion to Extend Time to Respond to Personal Injury Questionnaire (.2); review of Morgan and Quinn's Motion to Amend Proofs of Claims (.2). | 4.90 | 1,837.50 | |
| WRG | LITIGATION | JCP | 01/24/07 | Review of electronic notifications re: Judge Buckwalter Opinion and appeal file being closed; review of Judge Buckwalter's 1/23/07 Opinion and Order; e-mail to Roger Frankel, Rick Wyron and Jonathan Guy; e-mail from Jonathan Guy; review of ZAI Claimants' Amended Designation of Items to be included in the Record on Appeal. | 0.50 | 187.50 | |
| WRG | LITIGATION | JCP | 01/25/07 | Review of 1/23/07 Order re: 2/5/07 Oral Argument (.1); review of 1/23/07 Order re: Property Damage Claims | 0.70 | 262.50 | |

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| | | | | Methodology (.1); review of voluminous miscellaneous pleadings and Orders (.5). | | | |
| WRG | LITIGATION | JCP | 01/26/07 | Review of Notice of Rescheduling of Siegel, Hughs and Beber depositions; review of Notice an dCross-Notice of Bettachi's deposition; review of miscellaneous pleadings. | 0.40 | 150.00 | |
| WRG | LITIGATION | JCP | 01/29/07 | Review of Luckey's Motion for Extension to Reply to Personal Injury Questionnaire. | 0.20 | 75.00 | |
| WRG | LITIGATION | JCP | 01/30/07 | Review of miscellaneous pleadings. | 0.10 | 37.50 | |
| WRG | LITIGATION | JCP | 01/31/07 | E-mail from Debtor with enclosure (.1); review of Debtors' Motion Seeking Leave to File Emergency Motion to Modify X-Ray Order (.2); review of Debtors' Expedited Motion to Modify X-Ray Order with Exhibits and proposed Order (.1); review of Order Granting Expedited Hearing (.1); calendar same; e-mail from counsel for Libby Claimants re: Hearing date and Debtors' Expedited Motion (.2); e-mail from counsel for Debtor re: response deadline and Hearing date re: Debtors' Motion to Expedite (.1). | 0.80 | 300.00 | |
| | | | | | 34.90 | 13,087.50 | |
| | | | | | 39.40 | 13,717.50 | |

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/09/07 | Download and file Certificates of No Objection for Tillinghast's September and October Fee Applications. | 0.40 | 56.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/10/07 | E-mail to R. Barainica (2x( re: filing of Fee Application for Orrick. | 0.20 | 28.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/26/07 | Download and file Certificate of No Objection for Piper's November Fee Application. | 0.30 | 42.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/26/07 | Download and file December Fee Application for Orrick Herrington. | 0.40 | 56.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/29/07 | Draft Certificate of No Objection for Phillips, Goldman & Spence November Fee Application. | 0.30 | 42.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/30/07 | Scan file and serve Certificate of No Objection for Phillips, Goldman & Spence November Fee Application. | 0.30 | 42.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/30/07 | Download and file Piper Jaffray's December Fee Application. | 0.30 | 42.00 | |
| | | | | | 2.20 | 308.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 01/29/07 | Review of and revise downward December 2006 prebill (.2); conference with Celeste A. Hartman re: same (.2); review of and execute Certificate of No Objection re: Phillips, Goldman & Spence 30th Monthly Fee Application (.2). | 0.60 | 225.00 | |
| | | | | | 0.60 | 225.00 | |
| | | | | | 2.80 | 533.00 | |
| | | | | | 42.90 | 14,348.50 | |

45 records printed.