# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# JANUARY 1, 2007 THROUGH
# JANUARY 31, 2007

Phillips, Goldman & Spence, P.A.

Page    2

March 12, 2007

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   66743

Re:   W. R. Grace & Co.
      David T. Austern

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 01/01/07 | Long distance phone charges | 1.71 |
| 01/03/07 | Check No.: 32949 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 30.00 |
| 01/08/07 | Photocopies | 4.10 |
| 01/12/07 | Check No.: 33015 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 10.00 |
| 01/30/07 | Postage | 0.63 |
| 01/31/07 | Check No.: 33186 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 10.00 |
| | Subtotal for COSTS only: 01/31/07 | $56.44 |