## CERTIFICATE OF SERVICE

I, William D. Sullivan, hereby certify that on the 14th day of March, 2007, I caused a copy of the *Response of the College and University Class Action to Debtors' Objection to Certain Claims Filed by Berger & Montague, P.C. and Richardson, Patrick, Westbrook & Brickman, LLC* via First Class Mail to the parties on the attached service list.

<u>March 14, 2007</u>                                        <u>/s/ William D. Sullivan</u>
Date                                                                   William D. Sullivan

Lori Sinanyan
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA  90017

James E. O'Neill
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

Lewis Kruger
Strook & Stroock & Lavan
180 Maiden Lane
New York, NY  10038-4982

Michael R. Lastowski
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE  19801-1246

Scott L. Baena
Bilzin, Sumberg, Dunn, Baena, Price &
Axelrod
First Union Financial Center
200 S. Biscayne Blvd., Suite 2500
Miami, FL  33131

Michael B. Joseph
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

Peter Van L. Lockwood
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

Mark T. Hurford
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE  19801

Gary Becker
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

Teresa K.D. Currier
Buchanan, Ingersoll & Rooney, P.C.
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE  19899-1397

Richard H. Wyron
Orrick, Herrington & Sutcliffe, LLP
3050 K Street, NW, Suite 300
Washington, DC  20007

John C. Phillips, Jr.
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806

Office of the United States Trustee
Attn: David Klauder
844 N. King Street
Wilmington, DE  19801