IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2007 MAR 14 AM 10: 43

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: W.R. GRACE & CO., et al., <br><br> Debtors. | Chapter 11 <br> Case No. 01-01139 (JKF) <br> (Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 13, 2007, counsel for Claimant State of California, Department of General Services caused *Claimant State of California, Department of General Services' Final Designation of Fact and Expert Witnesses, Exhibits and Depositions for the Trial on Debtors' Objections to Property Damage Claims Based on Product Identification and Statute of Limitations* to be served on the following in the manner indicated:

Douglas E. Cameron, Esq.
Traci S. Rea, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
Co-Counsel for Debtors
*Via E-mail and First Class Mail*

Scott Baena, Esq.
Jay M. Sakalo, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
200 S. Biscayne Blvd., Ste. 2500
Miami, Florida 33131-5340
Counsel for PD Committee
*Via E-mail and First Class Mail*

Dated: March 13, 2007

HAHN & HESSEN LLP
Counsel for Claimant
State of California, Dep't of General Services

By: _____
Steven J. Mandelsberg
Christina J. Kang

488 Madison Avenue
New York, New York 10022
(212) 478-7200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: W.R. GRACE & CO., et al.,

Debtors.

) Chapter 11
) Case No. 01-01139 (JKF)
) (Jointly Administered)
)

FILED
2007 MAR 14 AM 10: 43
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Christina J. Kang, certify that on March 13, 2007, I caused a copy of the *Claimant State of California, Department of General Services' Final Designation of Fact and Expert Witnesses, Exhibits and Depositions for the Trial on Debtors' Objections to Property Damage Claims Based on Product Identification and Statute of Limitations* to be served on the following in the manner indicated:

Douglas E. Cameron, Esq.
Traci S. Rea, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
Co-Counsel for Debtors
*Via E-mail and First Class Mail*

Scott Baena, Esq.
Jay M. Sakalo, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
200 S. Biscayne Blvd., Ste. 2500
Miami, Florida 33131-5340
Counsel for PD Committee
*Via E-mail and First Class Mail*

_____
Christina J. Kang

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
'07 MAR 14 AM 10: 43
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: W.R. GRACE & CO., et al.,

Debtors.

)
)  Chapter 11
)  Case No. 01-01139 (JKF)
)
)
)
)
)
)

## CLAIMANT STATE OF CALIFORNIA, DEPARTMENT OF GENERAL SERVICES' FINAL DESIGNATION OF FACT AND EXPERT WITNESSES, EXHIBITS AND DEPOSITIONS FOR THE TRIAL ON DEBTORS' OBJECTIONS TO PROPERTY DAMAGE CLAIMS BASED ON PRODUCT IDENTIFICATION AND STATUTE OF LIMITATIONS

Pursuant to this Court's Amended Order Setting Various Deadlines Regarding Objections to Asbestos Property Damage Claims dated October 13, 2006 and subject to the Court's further order or the parties' stipulation as to pretrial procedures, Claimant State of California, Department of General Services (the "Claimant"), its counsel Hahn & Hessen LLP hereby provides the following designations of the fact and expert witnesses, exhibits and deposition testimony that Claimant presently intends to introduce at the trial of the product identification and statute of limitations objections (the "Trial") to Claimant's proofs of claim.

A.   **Fact Witnesses**

Claimant intends to call the following fact witnesses on the following identified issues:

| Fact Witness | Area(s) of Anticipated Testimony |
|---|---|
| Glenn Connor | (a) Facts concerning Claimant's 16 proofs of claim; (b) product identification, including the factual circumstances surrounding the preparation of the reports issued by Claimant's expert on product identification, MVA Scientific Consultants; (c) the applicable statute of limitations, including those pertaining to accrual of Claimant's property damage claims such as discovery of facts that trigger the running of the applicable limitations period; and (d) |

| | authentication of documents. |
|---|---|
| Dan Hood | (a) Facts concerning Claimant's 16 proofs of claim; (b) product identification, including the factual circumstances surrounding the preparation of the reports issued by Claimant's expert on product identification, MVA Scientific Consultants; (c) the applicable statute of limitations, including those pertaining to accrual of Claimant's property damage claims such as discovery of facts that trigger the running of the applicable limitations period; and (d) authentication of documents. |
| Versar, Inc. | (a) Authentication of chain of custody records submitted in connection with Claimant's proofs of claim or of other documents; and (b) information contained in the chain of custody records. |
| Cape Environmental | (a) Authentication of asbestos surveys submitted in connection with Claimant's proofs of claim or of other documents; and (b) information contained in the asbestos surveys. |

**B.    Expert Witnesses**

| Expert Witness | Area(s) of Anticipated Testimony |
|---|---|
| Tim Vander Wood, Ph.D. | Identification of the manufacturer or supplier of asbestos-containing products contained in Claimant's buildings and related matters. |
| Todd Hilsee | Rebuttal of Roger Morse's October 2005 report, as provided in Mr. Hilsee's January 17, 2007 rebuttal report. |

**C.    Exhibits**

1.   The following 16 proofs of claim filed by Claimant (including all documents submitted with or referenced in any of Claimant's claim forms, including architectural plans, asbestos surveys and chain of custody records)

        a.   Claim No. 10648

        b.   Claim No. 10649

        c.   Claim No. 10650

2

   d.  Claim No. 10651

   e.  Claim No. 10652

   f.  Claim No. 10653

   g.  Claim No. 10654

   h.  Claim No. 10655

   i.  Claim No. 10656

   j.  Claim No. 10657

   k.  Claim No. 10658

   l.  Claim No. 10659

   m.  Claim No. 10660

   n.  Claim No. 10661

   o.  Claim No. 10662

   p.  Claim No. 14411

2. Claimant State of California, Department of General Services' Expert Reports by MVA, Inc. (Now Known As MVA Scientific Consultants) on Product Identification[1]

3. Debtors' responses to Claimant's First Set of Interrogatories

4. Debtors' responses to Claimant's First Request for Admissions

5. Letter dated June 19, 1968 from C.P. Morgan of California Zonolite Co. to Pacific Plastering Corporation re: Atascadero State Hospital (produced by Debtors in response to Claimant's First Request for Production of Documents)

---

[1] Claimant designates both versions of the reports (each marked as an exhibit at Dr. Vander Wood's February 22, 2007 deposition) – (a) the version submitted in connection with Claimant's response and supplemental response to Debtors' 15th Omnibus Objection (Substantive) to Asbestos Property Damage Claims, including supplements to those versions, and (b) the compendium version served on February 16, 2007, which are substantively identical to the aforementioned version but differ in form.

3

6. Letter dated September 30, 1966 from C.P. Morgan of California Zonolite Co. to V&C Plastering re: New Facilities – Phase I, Department of Corrections, California Correctional Institute, Tehachapi, California (produced by Debtors in response to Claimant's First Request for Production of Documents)

7. Revised Appendix I(S) produced by Debtors in response to Claimant's First Request for Production of Documents bearing bates numbers G133227-G133282

8. Formulae for Asbestos-Containing Fireproofing, Acoustical Plaster and Surface Texture Products Manufactured by Grace and/or Zonolite produced by Debtors in response to Claimant's First Request for Production of Documents bearing bates numbers G133219-G133226

9. Debtors' 15th Omnibus Objection (Substantive) to Asbestos Property Damage Claims

10. Claimant's response to Debtors' 15th Omnibus Objection (Substantive) to Asbestos Property Damage Claims

11. Debtors' reply to Claimant's response to Debtors' 15th Omnibus Objection (Substantive) to Asbestos Property Damage Claims

12. Claimant's supplemental response to Debtors' 15th Omnibus Objection (Substantive) to Asbestos Property Damage Claims

13. Demonstrative exhibit summarizing Claimant's claims

14. Demonstrative exhibit summarizing the reports issued by Claimant's expert on product identification MVA Scientific Consultants

**D.** **Deposition Designations**

| Deposition | Page:Line |
|---|---|
| Richard J. Lee's 2/14/07 Deposition (A.M.) | 20:15 – 23:9<br>27:9 – 27:15<br>28:7 – 28:23<br>31:1 – 32:25<br>35:19 – 36:3<br>41:23 – 42:13<br>84:12 – 84:18 |
| Richard Lee's 2/14/07 Deposition (P.M.) | 22:3 – 22:9<br>22:19 – 23:2<br>25:23 – 26:6 |
| Roger Morse's 3/1/07 Deposition | 12:7 – 13:5<br>28:18 – 32:19<br>35:4 – 38:8<br>39:3 – 40:16<br>43:9 – 43:14<br>44:9 – 44:13<br>45:23 – 46:3<br>46:7 – 46:12<br>46:23 – 47:14<br>70:20 – 72:3<br>72:12 – 72:21<br>75:10 – 75:18<br>76:4 – 76:20<br>105:4 – 105:14<br>107:2 – 107:20<br>108:4 – 108:7<br>109:2 – 109:13<br>110:10 – 114:8<br>114:22 – 115:23<br>116:16 – 116:21<br>126:17 – 127:19 |
| Todd Hilsee's 3/14/07 Deposition | To be provided after the deposition and receipt of transcript |

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

Claimant reserves the right to amend or supplement this final designation should the Court alter prior directives as to deadlines or pretrial procedures governing the Trial.

Dated: New York, New York
      March 13, 2007

                                  **HAHN & HESSEN LLP**
                                  Counsel for Claimant
                                  State of California, Dep't of General Services

                                  By: _____
                                       Steven J. Mandelsberg
                                        Christina J. Kang

                                  488 Madison Avenue
                                  New York, New York 10022
                                  (212) 478-7200