IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Re:  Docket No.:  14680 |

### CERTIFICATION OF COUNSEL REGARDING ORDER DISALLOWING AND EXPUNGING CERTAIN OF THE CLAIMS OF FRESENIUS MEDICAL CARE HOLDINGS, INC. AND ITS AFFILIATES

1. On February 26, 2007, the Debtors and Debtors in Possession filed the *Debtors' Twenty-First Omnibus Objection to Claims (Substantive)* (the "Twenty-First Omnibus Objection) seeking an Order disallowing and expunging the claims set forth in the exhibits attached to the Twenty-First Omnibus Objection (Docket No. 14680).

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.      The Debtors and Fresenius Medical Care Holdings, Inc. have agreed on the proposed form of Order which allows Certain of the Claims of Fresenius Medical Care Holdings, Inc. and its affiliates to be disallowed and expunged.

3.      Accordingly, the Debtors respectfully request that the Court enter the attached Proposed Order at its earliest convenience.

Dated: March 14, 2007

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

91100-001\DOCS_DE:125871.1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**ORDER DISALLOWING AND EXPUNGING CERTAIN OF THE CLAIMS OF FRESENIUS MEDICAL CARE HOLDINGS, INC. AND ITS AFFILIATES**

WHEREAS the Debtors and Fresenius Medical Care Holdings, Inc., on behalf of itself and its affiliates, have stipulated and agreed that:

(a) claims numbered 8040-8111, 8113-8163, 8187-8248, 10551, 13913-13924 shall be disallowed and expunged to the extent provided in the Stipulation attached hereto as Exhibit 1;

(b) claim numbered 8112 shall remain on the claims register as outlined in the Stipulation attached hereto as Exhibit 1;

(c) nothing herein shall modify or supersede the Court's order of June 25, 2003, approving the First Amended Settlement Agreement and Release of Claims [Case 02-2211; Docket No. 19]; and

(d) National Medical Care, Inc., Bio-Medical Applications of Indiana, Inc., Bio-Medical Applications of Mississippi, Inc., Bio-Medical Applications of Oklahoma, Inc., Bio-Medical Applications of Rhode Island, Inc., Bio-Medical Applications of South Carolina, Inc., NMC Homecare, Inc. and Fresenius U.S.A., Inc. shall be added as claimants with Fresenius Medical Care Holdings, Inc. on claim numbered 8112; provided, however, that if the Disallowed Claims of any of such added entities are reinstated, such entities shall be removed as claimants on claim numbered 8112.

IT IS HEREBY ORDERED.

Date: _____, 2007

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

K&E 11455979.8