IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. GRACE & CO., et al., ) | Case No. 01-1139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

John C. Phillips, Jr., a member of the bar of this Court, pursuant to Local Rule 83.5(c), moves for the admission *pro hac vice* of John Ansbro, Esq. of Orrick, Herrington & Sutcliffe LLP, 666 Fifth Avenue, New York, NY 10103-0001, to represent David T. Austern, the Future Claimants' Representative, in the above-referenced action. The Admittee is an attorney at law duly admitted to practice in the State of New York. The Admittee is also duly admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York.

PHILLIPS, GOLDMAN & SPENCE, P.A.

JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)

Dkt. No. 14583

Date Filed: 2-16-07

The Admittee certifies that he is eligible for admission to this Court and is admitted to practice and is in good standing in the jurisdictions shown above, and that he voluntarily submits himself to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action as provided in United States District Court Local Rule 83.6(e).

The Admittee is not currently, nor has he ever been, subject to any disciplinary action.

ORRICK, HERRINGTON & SUTCLIFFE, LLP

_____
John Ansbro, Esq.
666 Fifth Avenue
New York, NY 10103-0001
(212) 506-5000
(212) 506-5151 (fax)

DATED: February 16, 2007

MOTION GRANTED.

Dated: March 14, 2007

_____
THE HONORABLE JUDITH K. FITZGERALD
U.S. BANKRUPTCY COURT JUDGE