## CERTIFICATE OF SERVICE

I, **Kristie L. Dalton**, certify that I am not less than 18 years of age, and that I caused service of the foregoing document to be made via hand delivery, electronic notice and/or facsimile on March 16, 2007 upon:

Lori Sinanyan, Esq.
Kirkland & Ellis, LLP
777 South Figueroa Street
Los Angeles, CA 90017

James E. O'Neill, Esq.
Pachulski, Stang, Ziehl,
Young, Jones & Weintraub, LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

Lewis Kruger, Esq.
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038

Michael R. Lastowski, Esq.
Duane, Morris & Heckscher, LP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

Scott L. Baena, Esq.
Bilzin, Sumberg, Sunn, Baena,
Price & Axelrod
Firs Union Center
200 South Biscayne Blvd., Suite 2500
Miami, Florida 33131

Michael B. Joseph, Esq.
Ferry & Joseph, PA
824 Market Street, Suite 904
Wilmington, DE 19801

Peter Van N. Lockwood, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Document#:60562

Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 N. King Street
Wilmington, DE 19801

Gary Becker, Esq.
Kramer Levin Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022

Theresa K.D. Currier, Esq.
Buchanan, Ingersoll & Rooney, P.C.
1000 West Street, Suite 1410
Wilmington, DE 19801

Richard H. Wryon, Esq.
Orrick, Herrington & Sutcliff, LLP
3050 K. Street, NW, Suite 300
Washington, DC 20007

John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

David Klauder, Esq.
Office of the United States Trustee
844 N. King Street
Wilmington, DE 19801

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: March 16, 2007

Kristie L. Dalton

Document#:60562