

2007 MAR 16 AM 9: 29

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

March 7, 2007

Court Clerk
US Bankruptcy Court
*District of Delaware*

AT&T Bankruptcy Dept
PO Box 769
Arlington, TX 76004

Attention: Court Clerk
Regarding: Bankruptcy case 01-01139 W.R. Grace & Co

To Whom It May Concern:

I am requesting withdrawal of claim *#840 in* the amount of *$15,150.65.* It was filed *in error.*

S.Viator

Thank you,
/s/S.Viator
Bankruptcy Specialist
*AT&T*
*817 273-2514*

02/01/2007 12 24 FAX 213 680 8500     KIRKLAND&ELLIS LLP                              ☒003

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W R GRACE & CO, et al, | ) | Case No 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby withdraws with prejudice its proof of claim against W R Grace & Co and/or one or more of its related debtor affiliates filed in Case No _01-01139_, on _06-28-02_, proof of claim numbered _840_, in the amount of $_15,150.65_ No adversary proceeding has been filed against this claimant, and the claimant has not voted on a plan or otherwise participated significantly in this case

_3-07-2007_
Date

_Stephanie Viator_
Authorized Signature/ Title

_Ameritech Corporation_
Creditor Name

_P.O. Box 769_
Address

_Arlington, TX 76004_
City, State, Zip Code

_817-213-2514_
Telephone Number