IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Date: April 4, 2007**

**Hearing Deadline: to be scheduled, if necessary**

## FIRST MONTHLY FEE APPLICATION OF OGILVY RENAULT LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM OCTOBER 17, 2006 THROUGH JANUARY 31, 2007

| Name of Applicant: | Ogilvy Renault LLP ("OR") |
|---|---|
| Authorized to Provide Professional Services to: | W.R. Grace & Co., et al., Debtors and Debtors in Possession |
| Date of Retention: | Retention Order entered and effective as of December 18, 2006 |
| Period for which Compensation and Reimbursement is Sought: | October 17, 2006 through January 31, 2007 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $102,612.50[2] |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary | $665.48 |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] All dollar amounts reflected in this Monthly Fee Application are in Canadian currency.

This is a:    X monthly        ___ interim        ___ final application.

The total time expended for preparation of this fee application is approximately 33 hours and the corresponding estimated compensation requested is approximately $9,466.50[3]. This is OR's monthly application for interim compensation of services for the interim fee period October 17, 2006 through January 31, 2007.

## OR PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Year of Obtaining License to Practice | Hourly Billing Rate (* Blended Billing Rate) | Hours Billed[4] | Compensation |
|---|---|---|---|---|
| Derrick C. Tay | Senior Partner, Year of Call to the Ontario Bar – 1981 | $863.88* | 27.00 | $23,325.00 |
| Ian Ness | Partner, Year of Call to the Ontario Bar – 1984 | $650.00 | 6.00 | $3,900.00 |
| Karen Galpern | Partner, Year of Call to the Ontario Bar – 1993 | $600.00 | 9.50 | $5,700.00 |
| Orestes Pasparakis | Partner, Year of Call to the Ontario Bar – 1995 | $556.88* | 16.00 | $8,910.00 |
| Teresa Walsh | Partner, Year of Call to the Ontario Bar – 1996 | $491.91* | 68.00 | $33,450.00 |
| Jennifer Stam | Associate, Year of Call to the Ontario Bar – 2002 | $405.00* | 6.50 | $2,632.50 |
| Allison Kuntz | Associate, Year of Call to the Ontario Bar – 2004 | $270.00 | 24.00 | $6,480.00 |
| Karen Whibley | Law Clerk, n/a | $215.00 | 1.50 | $322.50 |
| Penny Adams | Law Clerk, n/a | $150.00* | 37.75 | $5,665.00 |
| Katie Legree | Law Clerk, n/a | $95.00 | 48.50 | $4,607.50 |
| Michael Kotrly | Articling Student, n/a | $60.00 | 11.00 | $1,760.00 |

---

[3] The actual number of hours expended preparing this Application and the corresponding compensation requested will be set forth in OR's subsequent fee applications.

[4] Some Professional time that was spent during the Interim Period may be reflected in a subsequent application and some professional time that was spent during the previous Interim Period may be reflected in this Application.

| Name of Professional Individual | Position of the Applicant, Year of Obtaining License to Practice | Hourly Billing Rate (* Blended Billing Rate) | Hours Billed[4] | Compensation |
|---|---|---|---|---|
| Robin Penslar Levin | Legal Researcher, n/a | $330.00 | 17.00 | $5,610.00 |
| N/A | Audit Enquiry Department | $250.00 | 1.00 | $250.00 |

Total Fees:     $102,612.50
Total Hours:    273.75
Blended Rate:   $374.84

## TASK CODE SUMMARY

|  | Project Category | Billed Hours | Fees Requested |
|---|---|---|---|
| 0003 | Case Administration | 15.50 | $2,722.50 |
| 0005 | Claims Analysis Objection and Resolution (Asbestos) | 9.00 | $6,525.00 |
| 0006 | Litigation and Litigation Consulting | 58.50 | $32,267.50 |
| 0008 | Fee Applications, Applicant | 13.50 | $5,252.50 |
| 0011 | Employment Application | 177.25 | $55,845.00 |
| Total |  | 273.75 | $102,612.50 |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---:|
| Overtime Meals | $6.67 |
| Taxis | $76.42 |
| Long Distance Telephone Call | $10.71 |
| Standard Copies or Prints | $135.25 |
| Quicklaw Database Research | $267.98 |
| Quickfind Database Research | $18.00 |
| Lexis/Nexis Research | $4.17 |
| Facsimile Charges | 146.28 |
| **Total** | **$665.48** |

Due to OR's usual accounting practices, the hours incurred during the interim fee period from October 17, 2006 through January 31, 2007, were docketed and billed in increments of fifteen (15) minutes. Per the Court's interim compensation order, OR has converted the fee detail in the invoices to increments of six (6) minutes. However, OR was not able to change the "Hours" section as the invoices were already issued in OR's system. Thus, where the numbers in the fee detail do not add up to the "Hours", OR adjusted the numbers downward to charge the client the lesser amount. Going forward, OR will be in full compliance with the court's interim compensation order.

WHEREFORE, OR respectfully requests that, for the period October 17, 2006 through January 31, 2007, an interim allowance be made to OR for compensation in the amount of $102,612.50 and actual and necessary expenses in the amount of $665.48 for a total allowance of $103,277.98 and payment of $82,090.00 (80% of the allowed fees) and reimbursement of $665.48 (100% of the allowed expenses) be authorized for a total payment of $82,755.48, and for such other and further relief as this Court may deem just and proper.

DOCSTOR: 1223032\1

- 5 -

Dated: March __15__, 2007

                                            **OGILVY RENAULT LLP**

                                            *[signature: Teresa J. Walsh]*
                                            Teresa J. Walsh  LSUC#: 385140
                                            Suite 3800, 200 Bay Street
                                            Royal Bank Plaza, South Tower
                                            Toronto, Ontario, Canada  M5J 2Z4
                                            Telephone: (416) 216-4080
                                            Facsimile:  (416) 216-3980

                                            Special Counsel for the Debtors and Debtors in Possession

## VERIFICATION

PROVINCE OF ONTARIO :

CITY OF TORONTO :

Teresa J. Walsh, after being duly sworn according to law, deposes and says:

    (a)    I am a partner with the law firm of Ogilvy Renault LLP ("OR").

    (b)    I am familiar with the legal services rendered by OR as special counsel to the Debtor and Debtors in Possession by the lawyers and paraprofessionals of OR.

    (c)    I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I submit that I have been duly advised by our agent James O'Neill with the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. that the Application substantially complies with Local Bankruptcy Rules for the District of Delaware.

SWORN AND SUBSCRIBED before me this 15th day of March, 2007.

_____
A Commissioner for Taking Affidavits
Gregory Shealun

_____
Teresa J. Walsh

DOCSTOR: 1223032\1