# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Date: April 4, 2007.**

**Hearing Deadline: to be scheduled, if necessary**

### FEE DETAIL FOR OGILVY RENAULT LLP'S FIRST MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM OCTOBER 17, 2006 THROUGH JANUARY 31, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



**OGILVY
RENAULT**

LLP / S.E.N.C.R.L., s.r.l.

| | |
|---|---|
| Client: | W.R. GRACE & CO. |
| RE: | Case Administration |
| Matter No.: | 01016442-0003 |

February 16, 2007
INVOICE: 690512

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:    Mr. Richard C. Finke

For professional services rendered and disbursements incurred
for the period ending January 31, 2007

| | |
|---|---|
| FEES | $2,722.50 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 175.32 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $2,897.82 |

Canadian Funds

Please return a copy with payment to our address below.

**Bank Transfer**
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
Including Invoice number on transfer order.

Payable upon receipt

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario M5J 2Z4
Canada

Telephone (416) 216-4000
Fax (416) 216-3930

ogilvyrenault.com



**OGILVY
RENAULT**

LLP / SENCRL, s.r.l.

W.R. GRACE & CO.                                                  01016442-0003

RE:  Case Administration

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 4/1/07 | Penny Adams | Reviewing and revising 21st report. | 0.50 | $80.00 |
| 5/1/07 | Penny Adams | Meeting with Mr. Pasparakis regarding 21st report (0.5); reviewing and revising same (1.0); email to Mr. Finke and others regarding 21st report (0.5); telephone call from Mr. Finke regarding same (0.3). | 2.25 | $360.00 |
| 8/1/07 | Penny Adams | Correspondence and discussions with various parties relating to 21st report and other matters (0.8); reviewing 21st report (0.3); serving same on service list (0.5); letters to Ms. Baer, Mr. Finke, the Commercial List and the service list (0.7); filing 21st report at the Commercial List (0.7). | 3.00 | $480.00 |
| 13/1/07 | Audit Enquiry Letter | Searches required for claims verification. | 1.00 | $250.00 |
| 15/1/07 | Penny Adams | Discussions with Ms. Stam regarding audit enquiry (0.4); preparing response to same (0.5); discussions with Ms. Walsh regarding class actions (0.1). | 1.00 | $160.00 |
| 16/1/07 | Penny Adams | Reviewing and revising audit enquiry response. | 3.00 | $480.00 |
| 17/1/07 | Jennifer Stam | Revising audit inquiry response. | 0.50 | $232.50 |
| 17/1/07 | Penny Adams | Discussions with Ms. Stam regarding audit enquiry (0.4); conversation with Ms. Walsh regarding fee application (0.3); email to Ms. Cuniff regarding same (0.3); email to Ms. Dias-Visca regarding her request for the latest extension of stay order (0.3). | 1.25 | $200.00 |
| 18/1/07 | Penny Adams | Reviewing and revising audit enquiry response (1.5); meeting with Mr. Pasparakis regarding same (0.5); correspondence with Ms. Stam and Ms. Walsh regarding audit enquiry (0.4); discussions with Ms. Walsh regarding fee affidavit (0.4). | 2.75 | $440.00 |
| 19/1/07 | Penny Adams | Reviewing audit response (0.2); forwarding same to Ms. Chung (0.1). | 0.25 | $40.00 |
| | | **TOTAL FEES** | | **$2,722.50** |

INVOICE: 690512



**OGILVY
RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                               01016442-0003

RE:  Case Administration

_____

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---:|
| Photocopies | 26.75 |
| Facsimile | 108.00 |
| Long distance calls | 2.29 |
| Facsimile - long distance | 38.28 |
| | **$175.32** |

INVOICE: 690512



**OGILVY RENAULT**

LLP / S.E.N.C.R.L., s.r.l.

| | | |
|---|---|---|
| Client: | W.R. GRACE & CO. | February 16, 2007 |
| RE: | Claims analysis objection and resolution | INVOICE: 690515 |
| | (Asbestos) | |
| Matter No.: | 01016442-0005 | |

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:    Mr. Richard C. Finke

---

For professional services rendered and disbursements incurred
for the period ending January 31, 2007

| | |
|---|---|
| FEES | $6,525.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 0.00 |
| GST | 0.00 |
| | |
| TOTAL FOR THIS INVOICE | $6,525.00 |

Canadian Funds

Please return a copy with payment to our address below.

**Bank Transfer**
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
including invoice number on transfer order.

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario  M5J 2Z4
Canada

Telephone (416) 216-4000
Fax (416) 216-3930

ogilvyrenault.com

Payable upon receipt



**OGILVY
RENAULT**
LLP / SENCRL, srl

W.R. GRACE & CO.                                                      01016442-0005

RE:  **Claims analysis objection and resolution (Asbestos)**

**FEE DETAIL**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 5/1/07 | Ian A. Ness | Dealing with matters arising from report of G. Mew on limitations (0.8); considering claims in that context (0.5). | 1.25 | $812.50 |
| 10/1/07 | Derrick C. Tay | Reviewing debtor's response regarding appeal of science trial opinion (1.5); considering Canadian impact (0.5). | 2.00 | $1,750.00 |
| 11/1/07 | Derrick C. Tay | Reviewing Professor Klar's expert report (0.7); communications regarding same (0.3). | 1.00 | $875.00 |
| 11/1/07 | Ian A. Ness | Review Klar opinion and comment. | 0.75 | $487.50 |
| 16/1/07 | Ian A. Ness | Final Klar report review. | 1.25 | $812.50 |
| 26/1/07 | Ian A. Ness | Consider claims issues as requested by Kirkland & Ellis. | 1.00 | $650.00 |
| 29/1/07 | Ian A. Ness | Review information (0.4); correspondence to Kirkland & Ellis (0.1). | 0.50 | $325.00 |
| 30/1/07 | Ian A. Ness | Attending to claims issues. | 1.25 | $812.50 |
| | | **TOTAL FEES** | | **$6,525.00** |

INVOICE: 690515



**OGILVY
RENAULT**

LLP / S.E.N.C.R.L., s.r.l.

| | | |
|---|---|---|
| Client: | W.R. GRACE & CO. | February 16, 2007 |
| RE: | Litigation and litigation consulting | INVOICE: 690514 |
| Matter No.: | 01016442-0006 | |

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:    Mr. Richard C. Finke

---

For professional services rendered and disbursements incurred
for the period ending January 31, 2007

| | |
|---|---|
| FEES | $32,267.50 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 292.67 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $32,560.17 |

Canadian Funds

---

Please return a copy with payment to our address below.

**Bank Transfer**
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 10G-030-0
ABA # 021000021
Swift Code # ROYCCAT2
Including invoice number on transfer order.

Payable upon receipt

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario  M5J 2Z4
Canada

Telephone (416) 216-4000
Fax (416) 216-3930

ogilvyrenault.com



**OGILVY
RENAULT**
LLP / SENCRL, srl

W.R. GRACE & CO.                                          01016442-0006

RE:  Litigation and litigation consulting

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 2/1/07 | Orestes Pasparakis | Emails and review of claim by Quebec claimant (1.0); summary of status and issues (0.5); reviewing correspondence (0.3); considering strategy and next steps (0.5). | 2.25 | $1,260.00 |
| 3/1/07 | Derrick C. Tay | Reviewing proposed litigation process from government lawyers (0.5); discussions regarding same (1.0). | 1.50 | $1,312.50 |
| 3/1/07 | Orestes Pasparakis | Email to Mr. Dick regarding meeting (0.2); conference call with Mr. Dick regarding issues relating to the Federal Government (1.2); considering concerns raised by Ms. Baer (0.2); follow up with Mr. Dick and reporting to client (0.7). | 2.25 | $1,260.00 |
| 4/1/07 | Robin Penslar Levin | Research on standard of care established by December 2006 U.S. decision (Delaware) and treatment of same issues in Canada. | 5.50 | $1,815.00 |
| 4/1/07 | Derrick C. Tay | Dealing with government lawyers (0.6); communications with Kirkland & Ellis (0.4). | 1.00 | $875.00 |
| 4/1/07 | Karen Galpern | Considering issues and relevant case law regarding scientific trial judgment being recognized in Canada. | 3.00 | $1,800.00 |
| 4/1/07 | Orestes Pasparakis | Follow-up on analysis to be conducted and Canadian legal test. | 0.50 | $280.00 |
| 5/1/07 | Robin Penslar Levin | Research on standard of care established by December 2006 U.S. decision (Delaware) and treatment of same issues in Canada. | 5.00 | $1,650.00 |
| 5/1/07 | Orestes Pasparakis | Finalizing and revising report. | 1.25 | $700.00 |
| 5/1/07 | Orestes Pasparakis | Considering issue related to standard for ZAI opinion (0.6); considering and preparing for conference call (0.4). | 1.00 | $560.00 |
| 5/1/07 | Karen Galpern | Considering issues regarding scientific trial judgment. | 5.50 | $3,300.00 |

INVOICE: 690514



**OGILVY
RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                    01016442-0006

RE:  Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 8/1/07 | Derrick C. Tay | Conference call with Kirkland & Ellis and others regarding Canadian process (0.7); dealing with government lawyers regarding Canadian process (0.5); reviewing 21st Information Officer's Report to be filed with Canadian court (0.3). | 1.50 | $1,312.50 |
| 8/1/07 | Orestes Pasparakis | Preparing for and attending conference call. | 1.25 | $700.00 |
| 9/1/07 | Teresa Walsh | Telephone conversation with M. Dierkes regarding Professor M. Trebilcock. | 0.25 | $127.50 |
| 9/1/07 | Orestes Pasparakis | Follow-up on meeting with counsel and arranging same. | 0.25 | $140.00 |
| 10/1/07 | Teresa Walsh | Review of draft report of Professor L. Klar (0.8); email to team regarding Professor Klar's latest draft report (0.2). | 1.00 | $510.00 |
| 10/1/07 | Robin Penslar Levin | Preparing memorandum on U.S. Scientific Trial Decision (Delaware) motions for summary judgment. | 2.50 | $825.00 |
| 10/1/07 | Orestes Pasparakis | Preparing for and attendance on call with counsel for the Crown vis a vie ZAI meeting (0.8); explaining position of Grace is one of listening only (0.3); review of response to appeal materials and considering same (0.2). | 1.25 | $700.00 |
| 11/1/07 | Derrick C. Tay | Dealing with federal lawyers for Canada (0.4); reviewing proposal from same for dealing with Canadian claims (0.4); communicating concerns with same (0.2). | 1.00 | $875.00 |
| 11/1/07 | Orestes Pasparakis | Emails and voicemails with government regarding status. | 0.50 | $280.00 |
| 11/1/07 | Robin Penslar Levin | Preparing memorandum on the U.S. Scientific Trial Decision (Delaware) motions for summary judgment. | 3.00 | $990.00 |
| 12/1/07 | Derrick C. Tay | Dealing with federal government lawyers (0.7); considering strategy for dealing with meeting with plaintiffs (0.3). | 1.00 | $875.00 |
| 12/1/07 | Karen Galpern | Reviewing and editing memorandum prepared by R. Penslar regarding scientific trial issues (0.6); discussing issues with R. Penslar regarding scientific trial (0.4). | 1.00 | $600.00 |

INVOICE: 690514



**OGILVY
RENAULT**
LLP / SENCRL, s.r.l.

W.R. GRACE & CO.                                              01016442-0006

## RE:  Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12/1/07 | Robin Penslar Levin | Preparing memorandum on U.S. Scientific Trial Decision (Delaware) motions for summary judgment. | 1.00 | $330.00 |
| 12/1/07 | Orestes Pasparakis | Follow-up with government correspondence. | 0.25 | $140.00 |
| 15/1/07 | Teresa Walsh | Review of latest draft of Professor Klar's report (0.8); voicemail message for M. Dierkes regarding report (0.2). | 1.00 | $510.00 |
| 17/1/07 | Orestes Pasparakis | Follow-up on inquiries regarding claims. | 0.50 | $280.00 |
| 18/1/07 | Orestes Pasparakis | Reviewing and revising memorandum. | 0.25 | $140.00 |
| 24/1/07 | Derrick C. Tay | Preparing for and meeting with lawyers for the federal government and representative counsel (2.2); considering implications of issues raised on the U.S. process (1.0); reporting to client (0.3). | 3.50 | $3,062.50 |
| 24/1/07 | Teresa Walsh | Conference with D. Tay regarding next steps relating to document review and information requested by Canadian government counsel (0.4); email to R. Finke regarding request from Canadian government counsel (0.1); conference with O. Pasparakis regarding meeting with Canadian government counsel (0.5). | 1.00 | $510.00 |
| 24/1/07 | Orestes Pasparakis | Preparing for and attending meeting with Plaintiffs' counsel (1.7); discussions on fall out from meeting (0.8). | 2.50 | $1,400.00 |
| 25/1/07 | Derrick C. Tay | Following up on requests from the Crown regarding expert witnesses (0.5); dealing with Crown lawyers (0.5). | 1.00 | $875.00 |
| 29/1/07 | Derrick C. Tay | Dealing with communications regarding Crown requests (0.5); considering issues raised in last meeting and whether and how it will impact U.S. proceedings (1.0). | 1.50 | $1,312.50 |
| 31/1/07 | Karen Whibley | Reviewing inventory boxes for tonight's meeting (0.8); conference with T. Walsh regarding status of review (0.5); organizing documents (0.3). | 1.50 | $322.50 |
| 31/1/07 | Teresa Walsh | Review of relevant and privileged documents collected from review at Ajax office and storage facility for purposes of summarizing documents for client. | 1.25 | $637.50 |

INVOICE: 690514



**OGILVY
RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                    01016442-0006

RE:  Litigation and litigation consulting

**TOTAL FEES**                    **$32,267.50**

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---:|
| Photocopies | 1.75 |
| Long distance calls | 0.77 |
| External DB Search/Quicklaw | 267.98 |
| External DB Search/Quickfind | 18.00 |
| Lexis / Nexis | 4.17 |
| | $292.67 |

INVOICE: 690514



**OGILVY
RENAULT**

LLP / S.E.N.C.R.L., s.r.l.

| | | |
|---|---|---|
| Client: | W.R. GRACE & CO. | February 16, 2007 |
| RE: | Fee Applications, Applicant | INVOICE: 690519 |
| Matter No.: | 01016442-0008 | |

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:    Richard Finke
Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending January 31, 2007

| | |
|---|---|
| FEES | $1,820.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 114.40 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $1,934.40 |

---

Please return a copy with payment to our address below.

**Bank Transfer**
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
including invoice number on transfer order.

---

Payable upon receipt

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario  M5J 2Z4
Canada

Telephone (416) 216-4000
Fax (416) 216-3930

ogilvyrenault.com



**OGILVY
RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.

01016442-0008

RE:   Fee Applications, Applicant

## FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 8/1/07 | Teresa Walsh | Follow-up with Delaware counsel regarding order for approval of Ogilvy Renault as special counsel (0.4); follow-up with P. Adams regarding materials for fee approval (0.1). | 0.50 | $255.00 |
| 9/1/07 | Penny Adams | Reviewing fee application materials (0.2); drafting first monthly fee affidavit (0.8). | 1.00 | $160.00 |
| 9/1/07 | Teresa Walsh | Office conference with P. Adams regarding application for approval of fees (0.2); follow-up with law clerk at Pachulski Stang law firm regarding issues related to application for fee approval (0.3). | 0.50 | $255.00 |
| 10/1/07 | Penny Adams | Reviewing and revising first monthly fee affidavit. | 1.00 | $160.00 |
| 11/1/07 | Penny Adams | Reviewing and revising first monthly fee application (0.9); drafting interim quarterly fee application (0.4). | 1.25 | $200.00 |
| 16/1/07 | Teresa Walsh | Review Ogilvy Renault team December dockets regarding pending fee application. | 0.50 | $255.00 |
| 17/1/07 | Teresa Walsh | Follow up with P. Adams on materials for fee application approval. | 0.25 | $127.50 |
| 18/1/07 | Teresa Walsh | Discussion with P. Adams regarding timing of fee application for approval of October and November 2006 fees. | 0.25 | $127.50 |
| 19/1/07 | Penny Adams | Telephone discussions with Ms. Walsh and Ms. Coniff regarding fee affidavit. | 0.75 | $120.00 |
| 22/1/07 | Penny Adams | Reviewing accounts for fee affidavit. | 0.50 | $80.00 |
| 23/1/07 | Penny Adams | Reviewing and revising fee application materials. | 0.50 | $80.00 |
| | | **TOTAL FEES** | | **$1,820.00** |

INVOICE: 690519



**OGILVY RENAULT**
LLP / SENCRL srl

W.R. GRACE & CO.                                      01016442-0008

RE:  Fee Applications, Applicant
_____

**DISBURSEMENTS - NON TAXABLE**
_____
Photocopies                                              106.75
Long distance calls                                        7.65
                                                        $114.40

INVOICE: 690519



**OGILVY RENAULT**

LLP / S.E.N.C.R.L., s.r.l.

| | | |
|---|---|---|
| Client: | W.R. GRACE & CO. | January 23, 2007 |
| RE: | Fee Applications, Applicant | INVOICE: 682636 |
| Matter No.: | 01016442-0008 | |

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:    Richard Finke
              Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending December 31, 2006

| | |
|---|---|
| FEES | $3,432.50 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 83.09 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $3,515.59 |

Please return a copy with payment to our address below.

Bank Transfer
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
including invoice number on transfer order.

Payable upon receipt

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario  M5J 2Z4
Canada

Telephone (416) 216-4000
Fax (416) 216-3930

ogilvyrenault.com



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                01016442-0008

RE:   **Fee Applications, Applicant**

**FEE DETAIL**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 17/10/06 | Orestes Pasparakis | Considering fee application process (1.0); considering to-dos and status (0.5). | 1.50 | $802.50 |
| 18/10/06 | Teresa Walsh | Conferences with D. Tay and O. Pasparakis regarding application for approval of fees (0.6); review of email from J. Baer regarding application information (0.3). | 0.75 | $367.50 |
| 20/10/06 | Teresa Walsh | Review of materials provided by U.S. counsel of application for approval of fees. | 1.00 | $490.00 |
| 23/10/06 | Teresa Walsh | Further review of precedent materials provided by Kirkland & Ellis for application for interim compensation of reimbursement of expenses for Ogilvy Renault (0.4); message for law clerk regarding materials to be prepared (0.1). | 0.50 | $245.00 |
| 24/10/06 | Teresa Walsh | Communication with law clerk regarding application for approval of Ogilvy Renault's fees. | 0.25 | $122.50 |
| 25/10/06 | Teresa Walsh | Meeting with law clerk regarding fee application materials. | 0.75 | $367.50 |
| 24/11/06 | Teresa Walsh | Work on tasks in connection with Chapter 11 proceedings. | 1.25 | $612.50 |
| 29/11/06 | Derrick C. Tay | Reviewing communications between Kirkland & Ellis and U.S. trustee (0.3); dealing with same (0.2). | 0.50 | $425.00 |
| | | **TOTAL FEES** | | **$3,432.50** |

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---|
| Overtime- meals | 6.67 |
| Taxis | 76.42 |
| | $83.09 |

INVOICE: 682636



**OGILVY
RENAULT**

LLP / S.E.N.C.R.L, s.r.l

| | | |
|---|---|---|
| Client: | W.R. GRACE & CO. | March 7, 2007 |
| RE: | Employment Application | INVOICE: 695630 |
| Matter No.: | 01016442-0011 | |

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:     Richard Finke
                    Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending December 31, 2006

| | |
|---|---|
| FEES | $55,845.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 0.00 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $55,845.00 |

Canadian Funds

Please return a copy with payment to our address below.

**Bank Transfer**
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acr. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
Including invoice number on transfer order.

Payable upon receipt

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario  M5J 2Z4
Canada

Telephone (416) 216-4000
Fax (416) 216-3930

ogilvyrenault.com



**OGILVY
RENAULT**
LLP / S.E.N.C.R.L., s.r.l

W.R. GRACE & CO.                                                                01016442-0011

RE:  **Employment Application**

**FEE DETAIL**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 18/10/06 | Derrick C. Tay | Communications with Kirkland & Ellis regarding retention of Ogilvy Renault LLP. | 1.00 | $850.00 |
| 20/10/06 | Derrick C. Tay | Reviewing process for U.S. retention (1.2); communications with Kirkland & Ellis regarding same (0.3). | 1.50 | $1,275.00 |
| 25/10/06 | Teresa Walsh | Further review of precedent materials provided by Kirkland & Ellis in connection with retainer of Ogilvy Renault by W.R. Grace & Co. et al and related fee application processes. | 2.00 | $980.00 |
| 25/10/06 | Penny Adams | Meeting with T. Walsh and O. Pasparakis (0.5); reviewing materials for motion in U.S. Bankruptcy Court (0.5). | 1.00 | $140.00 |
| 26/10/06 | Penny Adams | Reviewing U.S. Bankruptcy Court precedents (0.3); drafting order (0.5). | 0.75 | $105.00 |
| 27/10/06 | Penny Adams | Reviewing precedents from Kirkland & Ellis (1.0); drafting U.S. court materials (2.0). | 3.00 | $420.00 |
| 30/10/06 | Teresa Walsh | Conferences with P. Adams regarding materials to be provided for counsel approval application (1.0); email exchange with Kirkland and Ellis regarding contact list additions (0.5). | 1.50 | $735.00 |
| 30/10/06 | Penny Adams | Preparing U.S. Court materials (4.0); discussions with T. Walsh regarding same (1.0). | 5.00 | $700.00 |
| 31/10/06 | Teresa Walsh | Meeting with P. Adams regarding draft materials for court application to authorize retention of Ogilvy Renault as counsel for W.R. Grace & Co. and others (0.8); follow-up with conflict search department regarding status of conflict search necessary for application (0.2); meeting with K. Legree regarding further work to be done on application once conflict search information is completed (1.0). | 2.00 | $980.00 |
| 31/10/06 | Penny Adams | Reviewing and revising U.S. Court materials (2.0); meeting with Ms. Walsh regarding same (0.8); email to Finance Department following up on conflict searches (0.2). | 3.00 | $420.00 |

INVOICE: 695630



**OGILVY RENAULT**
LLP / SENCRL, srl

W.R. GRACE & CO.                                                01016442-0011

RE:  **Employment Application**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 1/11/06 | Teresa Walsh | Working on application materials for approval of Ogilvy Renault as special counsel. | 1.00 | $490.00 |
| 1/11/06 | Penny Adams | Reviewing conflict searches (2.5); discussions with T. Walsh regarding same (0.5). | 3.00 | $420.00 |
| 2/11/06 | Teresa Walsh | Review of conflict search information in connection with application to authorize retention of Ogilvy Renault as special counsel in Chapter 11 proceedings. | 1.50 | $735.00 |
| 2/11/06 | Katie Legree | Meeting with P. Adams and T. Walsh regarding review and organization of conflict searches (1.0); reviewing same (0.3). | 1.25 | $118.75 |
| 2/11/06 | Penny Adams | Reviewing conflict searches (2.0); meeting with T. Walsh and K. Legree regarding the file (1.0). | 3.00 | $420.00 |
| 5/11/06 | Teresa Walsh | Further review of materials for application to have Ogilvy Renault approved as special counsel in Chapter 11 proceedings. | 0.50 | $245.00 |
| 6/11/06 | Katie Legree | Reviewing conflict searches and entering data into chart in preparation of application for Ogilvy Renault's retention as a professional regarding Chapter 11 proceeding. | 10.00 | $950.00 |
| 7/11/06 | Teresa Walsh | Meeting with K. Legree on application for fee approval in U.S. Chapter 11 proceedings. | 1.00 | $490.00 |
| 7/11/06 | Katie Legree | Reviewing conflict searches and entering data into chart in preparation of application for Ogilvy Renault's retention as a professional regarding Chapter 11 proceedings (10.0); conference with T. Walsh regarding review of searches (1.0). | 11.00 | $1,045.00 |
| 7/11/06 | Derrick C. Tay | Dealing with numerous issues regarding conflict searches and need for an efficient work plan. | 2.50 | $2,125.00 |
| 8/11/06 | Teresa Walsh | Meeting with K. Legree regarding fee application process in U.S. Chapter 11 proceedings. | 1.00 | $490.00 |

INVOICE: 695630



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                    01016442-0011

RE:  Employment Application

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 8/11/06 | Katie Legree | Reviewing conflict searches and entering data into chart in preparation of application for Ogilvy Renault's retention as a professional regarding Chapter 11 proceedings (8.0); conference with T. Walsh regarding status of review and next steps (1.3). | 9.25 | $878.75 |
| 9/11/06 | Teresa Walsh | Work on application for approval of Ogilvy Renault as special counsel in Chapter 11 proceedings (8.8); telephone conversations with J. Baer, H. Bull and J. O'Neill regarding issues related to application (0.5); follow-up with K. Legree and M. Kotrly regarding conflict search information (0.7). | 10.00 | $4,900.00 |
| 9/11/06 | Derrick C. Tay | Continuing review of work product and providing strategic overview. | 1.50 | $1,275.00 |
| 9/11/06 | Katie Legree | Reviewing and organizing conflict searches for T. Walsh's second review in preparation of application to be filed November 13, 2006, regarding Ogilvy Renault's retention as a professional in Chapter 11 proceedings (12.0); discussions with T. Walsh regarding same (1.3). | 13.25 | $1,258.75 |
| 9/11/06 | Michael Kotrly | Reviewing results of conflicts checks. | 11.00 | $1,760.00 |
| 10/11/06 | Allison Kuntz | Reviewed results of conflict search regarding parties in interest in the Chapter 11 proceedings. | 3.50 | $945.00 |
| 10/11/06 | Teresa Walsh | Further work on conflict search and application for authorization of Ogilvy Renault as special counsel in Chapter 11 proceedings (6.0); conferences with J. Stam and A. Kuntz regarding conflict search (1.0); completing Notice of Application (0.6); email to J. O'Neill and J. Baer regarding Notice of Application (0.4). | 8.00 | $3,920.00 |
| 10/11/06 | Derrick C. Tay | Reviewing drafts related to application (2.0); reviewing results of conflict searches (0.6); communications with Kirkland & Ellis (0.4). | 3.00 | $2,550.00 |

INVOICE: 695630



**OGILVY**
**RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                    01016442-0011

RE:  **Employment Application**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10/11/06 | Katie Legree | Completing review and organization of conflict searches for use in preparation of application and affidavits regarding Ogilvy Renault's retention as a professional in Chapter 11 proceedings to be filed November 13, 2006. | 3.75 | $356.25 |
| 11/11/06 | Teresa Walsh | Further review of conflict search results and work on affidavit materials for application seeking authorization for retention and employment of Ogilvy Renault as special counsel in Chapter 11 proceedings. | 9.25 | $4,532.50 |
| 11/11/06 | Jennifer Stam | Reviewing conflict checks for fee affidavit. | 6.00 | $2,400.00 |
| 11/11/06 | Allison Kuntz | Reviewed results of conflict search regarding parties in interest in the Chapter 11 proceedings for inclusion in affidavit to support W. R. Grace's motion to have Ogilvy Renault LLP appointed as special counsel in Chapter 11 proceedings. | 6.00 | $1,620.00 |
| 12/11/06 | Allison Kuntz | Reviewed results of conflict search regarding parties in interest in Chapter 11 proceedings (0.8); drafted affidavit with respect to same for inclusion in affidavit to support W. R. Grace's motion to have Ogilvy Renault LLP appointed as special counsel in Chapter 11 proceedings (4.7). | 5.50 | $1,485.00 |
| 12/11/06 | Teresa Walsh | Further review of conflict search results and work on affidavit materials for application seeking authorization for retention and employment of Ogilvy Renault as special counsel in Chapter 11 proceedings. | 10.25 | $5,022.50 |
| 13/11/06 | Orestes Pasparakis | Reviewing and considering materials (0.4); comments on same (0.1). | 0.50 | $267.50 |
| 13/11/06 | Derrick C. Tay | Reviewing draft application materials sent to Kirkland & Ellis (1.5); reviewing Kirkland & Ellis comments (0.5). | 2.00 | $1,700.00 |
| 13/11/06 | Allison Kuntz | Drafted and finalized affidavit to support W. R. Grace's motion to have Ogilvy Renault LLP appointed as special counsel in Chapter 11 proceedings (7.0); revisions to Notice of Application with respect to same (2.0). | 9.00 | $2,430.00 |

INVOICE: 695630



**OGILVY
RENAULT**
LLP / SENCRL, s.r.l.

W.R. GRACE & CO.

01016442-0011

RE:  **Employment Application**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 13/11/06 | Teresa Walsh | Further work on Affidavit, Application and Order for authorization to retain Ogilvy Renault as special counsel in Chapter 11 proceedings (6.0); conferences with A. Kuntz regarding application materials (0.4); communications with J. Baer and J. O'Neill regarding application (0.7); emails to R. Finke regarding application (0.6); follow-up with J. O'Neill regarding filing and serving of application materials (0.3). | 8.00 | $3,920.00 |
| 16/11/06 | Teresa Walsh | Email to Delaware counsel regarding filing of materials for authorization for retention of Ogilvy Renault as special counsel (0.2); organizing materials used for application affidavit (0.3). | 0.50 | $245.00 |
| 22/11/06 | Teresa Walsh | Follow-up with J. O'Neill regarding filing and serving of Affidavit on application for retainer of Ogilvy Renault LLP as special counsel. | 0.50 | $245.00 |

TOTAL FEES $55,845.00

INVOICE: 695630