## Exhibit A

1. A current CV.

2. Copies all materials you considered or relied upon in drafting your expert report(s) submitted with respect to the lack of hazard issues ("Expert Report(s)").

3. Copies of any and all notes that exist concerning the substance or topic of your Expert Reports.

4. Any and all communications between you and any other expert retained or consulted by the Asbestos Property Damage Committee in connection with the Adjudication of Lack of Hazard issues as described in the 15th Omnibus Objections.