**Grace 2002 Service List**

**Hand Delivery**
Laura Davis Jones, Esquire
James O'Neill, Esquire.
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705

William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Mark D. Collins, Esquire
Deborah E. Spivak, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899

Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

Carmella Keener, Esquire
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19899

**Hand Delivery**
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

Joseph Grey, Esq.
Stevens & Lee
1105 N. Market St. – Ste 700
Wilmington, DE 19801-1270

Francis A. Monaco, Jr., Esq.
Frederick B. Rosner, Esq.
Monzack and Monaco, P.A.
1201 North Orange Street, Suite 400
Wilmington, DE 19801

Mark S. Chehi, Esq.
Kevin Brady, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19801

Robert Jacobs, Esq.
Jacobs & Crumplar, PA
Two East 7th Street
Wilmington, DE 19801

Kathleen M. Miller, Esquire
Smith, Katzenstein & Furlow LLP
The Corporate Plaza
800 Delaware Ave., 7th Floor
PO Box 410
Wilmington, DE 19899

**Hand Delivery**
Theresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

**Hand Delivery**
David Klauder, Esq.
Office of the United States Trustee
844 King St., 2nd Floor
Wilmington, DE 19801

**Hand Delivery**
Bill Sullivan
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

**Hand Delivery**
Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

**Hand Delivery**
Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 N. Market Street, Suite 904
Wilmington, DE 19801

J. Douglas Bacon, Esquire
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

D. J. Baker, Esquire
Sheila Birnbaum, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Nancy Worth Davis, Esquire
Ness, Motley, Loadhold, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

Securities & Exchange Commission
15th & Pennsylvania Ave. N.W.
Washington, DC 20020

District Director
IRS
409 Silverside Road
Wilmington, DE 19809

Securities & Exchange Commission
Atlanta Regional Office
Branch/Reorganization
3475 Lenox Road, NE, Suite 100
Atlanta, GA 30326-1232

Secretary of Treasurer
P.O. Box 7040
Dover, DE 19903

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

James D. Freeman, Esquire
Jerel L. Ellington, Esquire
U.S. Department of Justice
Environmental Enforcement Section
1961 Stout Street – 8th Floor
Denver, CO 80294

Martin J. Bienenstock, Esquire
Judy G.Z. Liu, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

{D0000014:1 }

| | | |
|---|---|---|
| David S. Rosenbloom, Esquire<br>Jeffrey E. Stone, Esquire<br>Lewis S. Rosenbloom, Esquire<br>McDermott, Will & Emery<br>227 West Monroe Street<br>Chicago, IL 60606-5096 | Brad Rogers, Esquire<br>Office of the General Counsel<br>Pension Benefit Guaranty Corp<br>1200 K. Street, N. W.<br>Washington, D.C. 20005-4026 | Pamela Zilly<br>Richard Shinder<br>David Blechman<br>Michael Alexander<br>The Blackstone Group<br>345 Park Avenue<br>New York, NY 10154 |
| Patrick L. Hughes, Esquire<br>Haynes & Boone LLP<br>1 Houston Center<br>1221 McKinney, Suite 2100<br>Houston, TX 77010 | Elio Battista, Jr., Esq.<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801-4226 | David S. Heller, Esquire<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>Chicago, IL 60606 |
| Stephen H. Case, Esquire<br>Nancy L. Lazar, Esquire<br>David D. Tawil, Esquire<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York. NY 10017 | Jan M. Hayden<br>William H. Patrick<br>Heller, Draper, Hayden, Patrick & Horn, L.L.C.<br>650 Poydras Street, Suite 2500<br>New Orleans, LA 70130-6103 | Joseph F. Rice<br>Ness, Motley, Loadholt, Richardson & Poole<br>28 Bridgeside Blvd.<br>P.O. Box 1792<br>Mt. Pleasant, SC 29465 |
| Attn.: Meridee Moore & Kirsten Lynch<br>Farallon Capital Management LLC<br>One Maritime Plaza<br>Suite 1325<br>San Francisco, CA 94111 | John M. Klamann<br>Klamann & Hubbard<br>7101 College Blvd., Suite 120<br>Overland Park, KS 66210 | Hamid R. Rafatjoo, Esquire<br>Pachulski, Stang, Ziehl, Young & Jones<br>10100 Santa Monica Boulevard<br>Los Angeles, CA 90067-4100 |
| Charles E. Boulbol, Esquire<br>26 Broadway, 17th Floor<br>New York, NY 10004 | T. Kellan Grant<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive, Suite 3000<br>Chicago, IL 60606-1229 | Steven T. Baron, Esquire<br>Member<br>Silber Pearlman, LLP<br>2711 North Haskell Avenue, 5th Floor, LLP<br>Dallas, TX 75204 |
| Bankruptcy Administration<br>IOS Capital, Inc.<br>1738 Bass Road<br>P.O. Box 13708<br>Macon, GA 31208-3708 | W.J. Winterstein, Jr., Esquire<br>John J. Winter, Esquire<br>William M. Aukamp, Esquire<br>Eleven Penn Center, 29th Floor<br>1835 Market Street<br>Philadelphia, PA 19103 | Richard S. Cobb, Esquire<br>Megan N. Harper, Esquire<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 600<br>Wilmington, DE 19801 |
| Margery N. Reed, Esq.<br>Duane, Morris & Heckscher LLP<br>4200 One Liberty Place<br>Philadelphia, PA 19103-7396 | Elizabeth S. Kardos, Esq.<br>Gibbons, Del Deo, Dolan, Griffinger<br>  & Vecchione, PC<br>One Riverfront Plaza<br>Newark, NJ 07102-5497 | Thomas J. Noonan, Jr.<br>c/o R & S Liquidation Company<br>Five Lyons Mall PMB #530<br>Basking Ridge, NJ 07920-1928 |
| James A. Sylvester, Esquire<br>Intercat, Inc.<br>P.O. Box 412<br>Sea Girt, NJ 08750 | Alan R. Brayton, Esquire<br>Brayton & Purcell<br>222 Rush Landing Road<br>Novato, CA 94945 | Jonathan W. Young<br>T.Kellan Grant<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive, Suite 3000<br>Chicago, IL 60606-1229 |
| Steven J. Johnson, Esquire<br>Gibson, Dunn & Crutcher LLP<br>1530 Page Mill Road<br>Palo Alto, CA 94304-1125 | Russell W. Budd<br>Alan B. Rich<br>Baron & Budd, P.C.<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219 | Shelby A. Jordan, Esquire<br>Nathaniel Peter Holzer. Esquire<br>Jordan, Hyden, Womble & Culbreth, P.C.<br>500 N. Shoreline Blvd., Suite 900<br>Corpus Christi, TX 78471 |

| | | |
|---|---|---|
| Charlotte Klenke, Esquire<br>Schneider National, Inc.<br>P.O. Box 2545<br>3101 S. Packerland<br>Green Bay, WI 54306 | Courtney M. Labson, Esquire<br>The Mills Corporation<br>Legal Department<br>1300 Wilson Boulevard, Suite 400<br>Arlington, VA 22209 | Ira S. Greene, Esquire<br>Squadron, Ellenoff, Plesent & Sheinfeld, LLP<br>875 3rd Avenue<br>New York, NY 10022-6225 |
| Joseph T. Kremer, Esq.<br>Lipsiptz, Green, Fahringer, Roll, Salisbury & Cambria, LLP<br>42 Delaware Avenue, Suite 300<br>Buffalo, NY 14202 | Paul M. Matheny<br>The Law Offices of Peter G. Angelos, P.C.<br>5905 Harford Road<br>Baltimore, MD 21214 | Paul D. Henderson, Esq.<br>Paul D. Henderson, P.C.<br>712 Division Avenue<br>Orange, TX 77630 |
| Michael J. Urbis<br>Jordan, Hyden, Womble & Culbreth, P.C.<br>500 N. Shoreline Blvd., Suite 900<br>Corpus Christi, TX 78471 | David B. Siegel<br>W.R. Grace and Co.<br>7500 Grace Drive<br>Columbia, MD 21044 | Mary A. Coventry<br>Sealed Air Corporation<br>Park 80 East<br>Saddle Brook, NJ 07663 |
| David Bernick, Esquire<br>Janet S. Baer, Esquire<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL 60601 | Elizabeth J. Cabraser, Esquire<br>Richard M. Heimann, Esquire<br>Lieff Cabraser Heimann & Bernstein LLP<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111 | Derrick Tay, Esquire<br>Meighen Demers<br>Suite 1100, Box 11, Merrill Lynch Can.Tower<br>Sun Life Center, 200 Kint Street West<br>**Toronto, Ontario M5H 3T4**<br>**CANADA** |
| **Hand Delivery**<br>William D. Sullivan, Esquire<br>Elzufon Austin Reardon Tarlov & Mondell<br>300 Delaware Avenue, Suite 1700<br>Wilmington, DE 19801 | Scott L. Baena, Esq.<br>Bilzin Sumberg Dunn Baena Price & Axelrod LLP<br>First Union Financial Center<br>200 South Biscayne Blvd., Suite 2500<br>Miami, FL 33131 | Edward W. Westbrook, Esquire<br>Robert M. Turkewitz, Esquire<br>Richardson, Patrick, Westbrook & Brickman, LLC<br>174 East Bay Street<br>Charleston, SC 29401 |
| Elihu Inselbuch, Esq.<br>Rita Tobin, Esq.<br>Caplin & Drysdale, Chartered<br>375 Park Avenue, 35th Floor<br>New York, NY 10152-3500 | Peter Van N. Lockwood, Esq.<br>Julie W. Davis, Esq.<br>Nathan D. Finch, Esq.<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Washington, DC 20005 | Todd Meyer, Esq.<br>Kilpatrick Stockton<br>1100 Peachtree Street<br>Atlanta, GA 30309 |
| Bernice Conn, Esq.<br>Robins, Kaplan, Miller & Ciresi LLP<br>2049 Century Park East, Suite 3700<br>Los Angeles, CA 90067 | Cindy Schultz<br>Ingersoll-Rand Fluid Products<br>One Aro Center<br>P. O. Box 151<br>Bryan, OH 43506 | Peter A. Chapman<br>572 Fernwood Lane<br>Fairless Hills, PA 19030 |
| Michael B. Schaedle, Esq.<br>Blank Rome LLP<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103 | Steven R. Schlesinger, Esq.<br>Jaspan Schlesinger Hoffman LLP<br>300 Garden City Plaza<br>Garden City, NY 11530 | Alan Kolod, Esq.<br>Moses & Singer LLP<br>1301 Avenue of the Americas<br>40th Floor<br>New York, NY 10019-6076 |
| Mr. Thomas Moskie<br>Bankers Trust Company<br>Four Albany Street, 4th Floor<br>New York, NY 10006 | Charles E. Gibson, III<br>Gibson Law Firm<br>447 Northpark Drive<br>Ridgeland, MS 39157-5109 | John P. Dillman, Esq.<br>Linebarger Heard Goggan Blair Graham Peña & Sampson, LLP<br>P. O. Box 3064<br>Houston, TX 77253-3064 |

| | | |
|---|---|---|
| Steven J. Kherkher, Esq.<br>Laurence G. Tien, Esq.<br>Williams Bailey Law Firm LLP<br>8441 Gulf Freeway, Suite #600<br>Houston, TX  77017 | Steven T. Hoort, Esq.<br>Ropes & Gray<br>One International Place<br>Boston, MA  02110-2624 | |
| Paul M. Baisier, Esq.<br>SEYFARTH SHAW<br>1545 Peachtree Street, Suite 700<br>Atlanta, GA  30309 | William S. Katchen, Esquire<br>Duane, Morris & Heckscher LLP<br>1 Riverfront Plaza, 2nd Floor<br>Newark, NJ  07102 | Sander L. Esserman, Esquire<br>Stutzman, Bromberg, Esserman & Plifka<br>2323 Bryan Street<br>Suite 2200<br>Dallas, TX  75201-2689 |
| Delta Chemical Corporation<br>2601 Cannery Avenue<br>Baltimore, MD  21226-1595 | Paul D. Henderson, Esquire<br>Dies, Dies & Henderson<br>1009 W. Green Avenue<br>Orange, TX 77630 | Barry D. Kleban, Esquire<br>Adelman Lavine Gold and Levin<br>Suite 900<br>Four Penn Cneter<br>Philadelphia, PA  19103 |
| Todd C. Meyers, Esq.<br>Kilpatrick Stockton, LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA  30309-4530 | Peter S. Goodman, Esquire<br>Andrews & Kurth LLP<br>450 Lexington Avenue, 15th Floor<br>New York, New York  10017 | Brad N. Friedman, Esq.<br>Rachel S. Fleishman, Esq.<br>Milberg Weiss Bershad Hynes & Learch<br>One Pennsylvania Plaza<br>New York, NY  10019 |
| Lewis Kruger, Esquire<br>Robert Raskin, Esq.<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982 | C. Randall Bupp, Esquire<br>Plastiras & Terrizzi<br>24 Professional Center Parkway<br>Suite 150<br>San Rafael, CA  94903 | Thomas J. Noonan, Jr.<br>Herman's Sporting Goods in Liquidation<br>C/o R&S Liquidation Company, Inc.<br>5 Lyons Mall PMB #530<br>Basking Ridge, NJ 07920-1928 |
| William E. Frese, Esquire<br>Attn:  Sheree L. Kelly, Esquire<br>80 Park Plaza, T5D<br>P.O. Box 570<br>Newark, NJ  07101 | Damon J. Chargois, Esquire<br>Emerg' Soft<br>524 E. Lamar Blvd. – Ste 200<br>Arlington, TX  76011 | Rosa Dominy<br>Bankruptcy Administration<br>IOS Capital, Inc.<br>1738 Bass Road<br>P.O. Box 13708<br>Macon, GA  31208-3708 |
| State Library of Ohio<br>c/o Michelle T. Sutter<br>Revenue Recovery<br>101 E. Town Street, Second Floor<br>Columbus, OH  43215 | Dorine Vork<br>Stibbe, P.C.<br>350 Park Avenue<br>New York, New York 10022 | Jonathan H. Alden, Esquire<br>Assistant General Counsel<br>3900 Commonwealth Boulevard, MS 35<br>Tallahassee, Florida  32399-3000 |
| Credit Lyonnais<br>1301 Avenue of the Americas<br>New York, New York  10019-0602 | Randall A. Rios, Esq.<br>Floyd Isgur Rios & Wahrlich, P.D.<br>700 Louisiana, Suite 4600<br>Houston, TX  77002 | Anton Volovsek<br>Rt2 – Box 200 #42<br>Kamiah, Idah 83536-9229 |
| Paul G. Sumers, Esquire<br>TN Attorney General's Office, Bankr. Unit<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | General Counsel<br>Enron Energy Services<br>1400 Smith Street<br>EB 0889<br>Houston, TX  77002 | Harry Lee, Esquire<br>Steptoe & Johnson LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, DC  20036 |

Thomas O. Bean, Esq.
Eric P. Magnuson, Esq.
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Blvd.
Boston, MA  02210

Deirdre Woulfe Pacheo, Esq.
Wilentz Goldman & Spitzer
P.O. Box 10
Woodbridge Center Drive
Woodbridge, NJ  07095

Jacob C. Cohn, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103

Richard S. Lewis, Esquire
Cohen Milstein Hausfeld & Toll, PLLC
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC  20005

Thomas M., Esquire
Hagens Berman Sobol Shapiro LLP
One Main Street
4th Floor
Cambridge, MA  02142

Thomas G. Macauley, Esq.
Zuckerman Spaeder LLP
919 Market Street, Suite 990
PO Box 1028
Wilmington, DE  19899

Mr. Mark Hankin
HanMar Associates, M.L.P.
P.O. Box 26767
Elkins Park, PA  19027

Paul P. Daley, Esq.
George W. Shuster, Jr., Esq.
Hale and Dorr LLP
60 State Street
Boston, MA  02109

Janet M. Weiss, Esq.
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, NY  10166

Allan M. McGarvey, Esquire
Jon L. Heberling, Esquire
Roger M. Sullivan, Esquire
McGarvey Heberling Sullivan & McGarvey
745 South Main
Kalispell, MT  59901

John G. Stoia, Jr., Esuiqre
Timothy G. Blood, Esquire
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
401 B. Street, Suite 1600
San Diego, CA  92101

Ralph R. Mabey, Esquire
Penrod W. Keith, Esquire
LeBoeuf Lamb Greene & MacRae LLP
1000 Kearns Building
Salt Lake City, UT  84101

Marsha A. Penn, Esquire
P.O. Box 3725
Houston, TX  77253

Robert J. Dehney, Esquire
Michael G. Busenkell, Esquire
Morris Nicholas Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19899

Mark Minuti, Esq.
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE  19899

Peninsula Capital, L.P.
404B East Main Street, 2nd Floor
Charlottesville, VA 22902
Attn: Ted Weschler

Vahe Melkonian, Pres.
Newco Management Company LLC
6320 Canoga Avenue, Suite 1430
Woodland Hills, CA  91367

Joseph L. Schwartz, Esq.
Curtis M. Plaza, Esq.
Craig T. Moran, Esq.
Riker Danzig Scherer Hyland & Perretti LLP
Headquarters Plaza, 1 Speedwell Avenue
Morristown, NJ 07962

Neil Berger, Esquire
Togut Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY  10119

Philip Bentley, Esq.
Gary M. Becker, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

James Sottile, Esquire
Zuckerman Spaeder LLP
1800 M Street, NW, Suite 1000
Washington, Dc 20036-5802

Darrell W. Scott
The Scott Law Group, P.S.
926 W. Sprague Avenue, Suite 583
Spokane, WA  99201

David Pastor, Esquire
Edward L. Manchur, Esquire
Gilman & Pastor LLP
225 Franklin Street
16th Floor
Boston, MA  02110

Thomas G. Whalen, Esquire
Stevens & Lee
1105 North Market Street, 7th Floor
Wilmington, DE 19801

Jordan N. Malz, Esq.
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY  10017

Christopher R. Momjian, Esq.
Senior Deputy Attorney General
Office of the Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107

Mr. Harvey Schultz
The Schultz Organization
900 Route 9 North
Woodbridge, NJ  07095

{D0000014:1 }

| | | |
|---|---|---|
| Charles L. Finke, Assistant Attorney General<br>Brad Rogers, Attorney<br>Pension Benefit Guarantee Corporation<br>Office of the General Counsel<br>1200 K Street, NW<br>Washington, DC 20005-4026 | Richard A. O'Halloran, Esquire<br>BURNS, WHITE & HICKTON, LLC<br>531 Plymouth Road, Suite 500<br>Plymouth Meeting, PA 19462 | W. Wallace Finlator, Jr.<br>Assistant Attorney General<br>N.C. Department of Justice<br>Post Office Box 629<br>Raleigh, NC 27602-0629 |
| Daniel C. Cohn, Esq.<br>Christopher M. Candon<br>Cohn & Whitesell LLP<br>101 Arch Street, Suite 1605<br>Boston, MA 02110 | Steven K. Kortanek, Esq.<br>Joanne B. Wills, Esq.<br>Klehr, Harrison, Harvey, Branzburg & Ellers<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801 | William P. Bowden, Esq.<br>Amanda M. Winfree, Esq.<br>Ashby & Geddes, P.A.<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899 |
| Jeffrey L. Roelofs, Esquire<br>Anderson & Kreiger, LLP<br>43 Thorndike Street<br>Cambridge, MA 02141 | John V. Fiorella, Esquire<br>Archer & Greiner, P.C.<br>1300 North Market Street<br>Suite 700<br>Wilmington, DE 19801 | Thomas Tew, Esquire<br>Tew Cardenas L.L.P.<br>Four Seasons Tower, 15th Floor<br>1441 Brickell Avenue<br>Miami, Florida 33131-3407 |
| James E. Wimberley, Esquire<br>McPherson, Monk, Hughes, Bradley & Wimberley, L.L.P.<br>3120 Central Mall Drive<br>Port Arthur, TX 77642 | Marc Abrams, Esquire<br>Willkie, Farr & Gallagher<br>787 Seventh Avenue<br>New York, NY 10019-6099 | Citadel Investment Group, L.L.C.<br>Attn: S. Jay Novatney<br>131 South Dearborn Street, 36th Floor<br>Chicago, IL 60603 |
| Kirk A. Patrick III<br>Donohue Patrick<br>1500 Bank One Centre-North Tower<br>PO Box 1629<br>Baton Rouge, LA 70821-1629 | Anne McGinness Kearse, Esq.<br>Motley Rice LLC<br>28 Bridgeside Blvd.<br>PO Box 1792<br>Mt. Pleasant, SC 29465 | Roger W. Hammond<br>Kforce Inc.<br>1001 East Palm Avenue<br>Tampa, FL 33605 |
| Mr. Eugene Paul Sullivan<br>29-B Plaza Delas Flores<br>Freehold, NJ 07728 | Todd C. Schiltz<br>Wolf, Block, Schorr and Solis-Cohen LLP<br>Wilmington Trust Center<br>1100 N. Market Street, Suite 1001<br>Wilmington, DE 19801 | Bruce D. Levin, Esq.<br>Peter B. McGlynn, Esq.<br>Bernkopf Goodman LLP<br>125 Summer Street, Suite 1300<br>Boston, MA 02110 |
| Frederick P. Furth<br>Michael P. Lehmann<br>Christopher L. Lebsock<br>The Furth Firm LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104 | John C. Phillips, Jr., Esq.<br>Phillips, Goldman & Spence, P.A.<br>1200 N. Broom Street<br>Wilmington, DE 19806 | Roger Frankel, Esq.<br>Richard H. Wyron, Esq.<br>Orrick, Herrington & Sutcliffe LLP<br>The Washington Harbour<br>3050 K Street, NW, Ste 200<br>Washington, DC 20007 |
| Robert J. Sidman, Esq.<br>Tiffany Strelow Cobb, Esq.<br>Vorys, Sater, Seymour and Pease LLP<br>52 East Gay Street<br>P.O. Box 1008<br>Columbus, OH 43215 | Justin Shrader<br>Shrader & Williamson<br>16903 Red Oak Blvd.<br>Suite 220<br>Houston, TX 77090 | Sean Allen<br>BMC Group<br>720 Third Avenue, 23rd Floor<br>Seattle, WA 98104 |
| M. David Minnick, Esq.<br>Michael P. Ellis, Esq.<br>Pillsbury Winthrop Shaw Pittman LLP<br>50 Fremont Street<br>San Francisco, CA 94105-2228 | Gerald F. George, Esq.<br>Pillsbury Winthrop Shaw Pittman LLP<br>50 Fremont Street<br>San Francisco, CA 94105-2228 | Thomas A. Spratt, Jr., Esquire<br>Pepper Hamilton, LLP<br>3000 Two Logan Square<br>Eighteenth & Arch Streets<br>Philadelphia, PA 19103 |

{D0000014:1 }

Steven T. Davis
Obermayer Rebmann Maxwell & Hippel LLP
3 Mill Road, Suite 306A
Wilmington, DE 19806

D. Alexander Barnes, Esq.
Obermayer Rebmann Maxwell & Hippel LLP
One Penn Center, 19th Floor
1617 John F. Kennedy Blvd.
Philadelphia, Pa 19103-1895

Steven J. McCardell, Esquire
Jared Inouye, Esquire
Duham Jones & Pinegar
111 E. Broadway, Suite 900
Salt Lake City, UT 84111

John Waters, Esq.
Iowa Department of Revenue
Collections Section
P.O. Box 10457
Des Moines, Iowa 50306

Yves Lauzon
Michel Belanger
Lauzon Belanger, Inc.
286, rue St-Paul Quest, Bureau 100
Montreal Quebec

Daniel K. Hogan
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

David A. Hickerson, Esquire
M. Jarrad Wright, Esquire
Weil, Gotshal & Manges, LLP
1300 Eye Street N.W., Suite 900
Washington, D.C. 20005

Ralph I. Miller, Esquire
Weil, Gotshal & Manges, LLP
200 Cresent Court, Suite 300
Dallas, TX 75201

Neil B. Glassman, Esquire
Steven M. Yoder, Esquire
Kathryn D. Sallie, Esquire
The Bayard Firm
222 Delaware Avenue, Ste 900
Wilmington, DE 19801

{D0000014:1 }