# LabCorp
Analytics Division

Laboratory Corporation of America® Holdings
PO Box 25249
Richmond, Virginia 23260

Telephone: 800-888-8061

Group No.      E053031
Account No.    19519510
Report Date:   02/25/00

DALE MCGUIRE
A C M SERVICES CORPORATION

1101 TAFT STREET
ROCKVILLE, MD  20850                Final Report

Date Received: 02/22/00             Date Sampled: 02/21/00
Sample Type:   1 - Bulk Sample(s)
Project:       SAM498               PO Number:

Analytical Results

| Client No.\ Description | Lab ID | Total Asbestos in Samp | Layer % of Samp | Sample Components | Results per Layer |
|---|---|---|---|---|---|
| 003 | -001 | >1-5 % | 100 | WHITE CHALKY W/WHITE PAPER-LIKE | |
| | | | | Asbestos found in white chalky only | |
| | | | | Chrysotile | >1-5 % |
| | | | | Cellulose | 20 % |
| | | | | Non-fibrous | 75 % |

Debbie Grady, Analyst

Page 1

Exhibit 1



*Asbestos and lead removal and management*

ACM Services, Inc.
1101 Taft Street
Rockville, MD 20850-1311
301-279-0072 or 800-242-7760
Fax 301-279-0272
http://www.ACMServices.com

September 11, 2000

John Belferman
21600 Beallsville Road
Barnesville, MD 20838

RE:   Wall and Ceiling Plaster
      Sheet Flooring
      (ACM #MD5045)

Dear Mr. Belferman:

Enclosed is the executed copy of the transport and landfill manifest. This document indicates that the disposal of asbestos waste from the above referenced project was properly completed. In addition, enclosed is the third party air monitoring report, which certifies that the air quality was below Environmental Protection Agency, recommended values for reoccupancy.

These are the last documents that you should receive from our office regarding this abatement project. It was a pleasure working with you.

Should you need our services again or require additional information, please feel free to call.

Sincerely,
*ACM Services, Inc.*

S:\SHARED\WORD\5045AIR&MANIFTR.doc

# SERVICE TRANSPORT GROUP, INC.

P.O. BOX 2132, BRISTOL, PA 19007

PHONE: (877) 999-9559

**No. 50865**

**WASTE SHIPMENT RECORD**

S.T.G. # TR-2773

| | |
|---|---|
| **1. Material Origin Site**<br>21600 Beallsville Road<br>Barnesville, MD 20838 | **Generator: Name/Address**<br>John halferman<br>21600 Beallsville Road<br>Barnesville, MD 20838 |
| | **Generator: Phone #**<br>301-972-7467 |

**GENERATOR**

| | | |
|---|---|---|
| **2. Removal Contractor: Name/Address**<br>ACM Services, Inc.<br>1101 Taft Street<br>Rockville, MD 20850-1311 | Contact: Bob Hess | **Contractor: Phone #**<br>301-279-0072 |
| **3. Responsible Agency: Name/Address**<br>U.S. EPA Region III<br>1650 Arch Street<br>Philadelphia, PA 19103-2029 | **4. US DOT Class - FRIABLE ASBESTOS ONLY**<br>RQ ASBESTOS, 9, NA 2212, PG III | |

**5. Description of Materials** — Specify Friable or Non-Friable

| Description | Containers No. | Type | Total Quantity | |
|---|---|---|---|---|
| Non-friable Asbestos | 2 | Bags | 2 | (yd3) |
| Friable Asbestos | 45 | Bags | 45 | (yd3) |

**6. Special Handling Instructions** — 24-hour emergency spill response no. 800-424-9300

**7. Generator Certification:**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transport by highway according to the applicable regulations of the Department of Transportation, US E.P.A., and any other state government agency. I certify that the foregoing is true and correct to the best of my knowledge. If the waste shipment is not as I stated, I accept the RETURN of the COMPLETE LOAD to the generator's service location at the generator's expense.

| Printed/Typed Name & Title | Signature | Date |
|---|---|---|
| Dale R. McGuire, Director of Operations | [signature] | 8-8-00 |

**TRANSPORTER**

**8. Transporter 1 (Acknowledgement of Receipt of Materials)** *If blank, Transporter 2 serves as sole transporter.*

| Company Name & Address | Signature: _____ | Telephone No. |
|---|---|---|
| | Printed Name: _____ | Date: |
| | Title: | |

**9. Transporter 2 (Acknowledgement of Receipt of Materials)**

| Company Name & Address | Signature: [signature] | Telephone No.<br>877-999-9559 |
|---|---|---|
| Service Transport Group, Inc.<br>P.O. Box 2132<br>Bristol, PA 19007   Profile #00534 | Printed Name: [signature]<br>Title: | Date:<br>8-31-00 |

**DISPOSAL SITE**

**10. Discrepancy Indication Space:**

**11. Waste Disposal/Recycling Site Owner or Operator's Certification** (Receipt of above Waste Except as Noted in 10)

| Company Name & Address | Signature: Denise L. Rugg | Telephone No.<br>724-887-9400 |
|---|---|---|
| Greenridge Reclamation<br>R.D. #1, Box 716<br>Landfill Road<br>Scottdale, PA 15683<br>Permit No. 100281 | Printed Name: AUG 3 1 2000<br>Title: | Date |

WHITE-Disposal Site • GREEN-S.T.G. • YELLOW-Contractor • PINK-Generator • Scale Operator receipt

SAT Corporation
8840 Washington Boulevard, Suite D
Jessup, Maryland 20794

Phone: (410) 724-5085
(301) 617-0911
Fax: (301) 617-2619

# DAILY MONITORING REPORT

**Project Name:** Barnsville residence  
**Client's Name:** ACM Services, INC  
**Project Address:** 21600 Beallsville Road, Barnsville md.  
**Project Number:** C00-1317  
**Date:** 08/03/00  
**Prepared by:** E. Cureton

1. Number of employees present from abatement contractor: 5
2. Number of hours worked by the contractor: 11   From: 6:00  To: 9:00
3. Number of air samples taken (excluding blanks and quality control): 4
4. Number of bulk samples taken and where: 0

**Sketch area:**

Living Room / Front Door / ▨▨▨ AREA UNDER CONTAINMENT

5. Amount and location of asbestos removed: Ceiling/wall plaster, mastic
6. Removal methods used: full containment
7. Total number of bags generated: 37
8. Disposal/storage area: ACM Waste truck
9. Air sample results from prior day given to contractor or posted? NO   If no, explain: 1st day

10. Special notes: (particular problems, special visits, equipment malfunction, specific non-compliance noted, asbestos disposal, HEPA filter changes, problems with air monitoring results)

10:30 IH on site, containment already up I set and calibrate pumps
11:20 Crew begins abatement, samples started
1:30 Bag-out and final cleaning begin
2:15 Encapsulation begin
3:00 Final air sample begin
4:50 Final samples read clearance for teardown begin
5:00 IH departs site

Page 1

## ASBESTOS AIR SAMPLE LOG

Project Name: Bussville residence  
Client's Name: ACM Services, INC  
Project Address: _____  
Sampler: Eric Cureton  
Sample Type: PCM  

Project Number: C00-1312  
Date: 08/03/00  
Prepared by: E. Cureton  
Analyst: Eric Cureton  
Filter Size: 25mm  

| Sample No. | Pump No. | Flow On (L/min.) | Flow Off (L/min.) | Time On | Time Off | Total Min. | Volume | Fibers/Fields | Fibers/cc | Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 080500 EC01 | 806 | 2.5 | 2.5 | 11:00 | 4:30 | 330 | 825 | 4/100 | <0.01 | O.W.A. 1" from clean room entrance |
| 080300 EC02 | 808 | 2.5 | 2.5 | 11:00 | 11:30 | 30 | 75 | 8/100 | <0.02 | I.W.A. |
| 080500 EC03 | 809 | 2.5 | 2.5 | 10:55 | 2:00 | 185 | 462.5 | 16/100 | <0.11 | Personal |
| 080300 EC04 | 910 | 12.0 | 12.0 | 3:00 | 4:40 | 100 | 1200 | 3/100 | <0.01 | FINAL |
| 080300 EC05 | N/A | N/A | N/A | N/A | N/A | N/A | N.F.O. | N.F.O. | N/A | BLANK #1 (FIELD) |
| 080300 EC06 | N/A | N/A | N/A | N/A | N/A | N/A | N.F.O. | N.F.O. | N/A | BLANK #2 (LAB) |

Analyst Signature: _Eric Cureton_

Clayton E. Miller, I.H.  
Project Manager

TOTAL P.12

16. Do you have documentation relating to the purchase and/or installation of the product in the property?

☐ Yes   ☒ No

If Yes, attach all such documents. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

17. If you do not have any such documents, explain why not and indicate who may have possession or control of such documents with respect to the property.

> TEXTURED PAINT APPLIED TO SHEETROCK BEFORE I BOUGHT, BELIEVE APPLIED BY STEWART COLLINS, 29460 OLD HUNDRED ROAD, POOLESVILLE, MD 20837

18. When did you first know of the presence of asbestos in the property of the Grace product for which you are making this claim?

2000
Year

Please attach all documents relating or referring to the presence of asbestos in the property for which you are making this claim. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

19. How did you first learn of the presence of asbestos in the property of the Grace product for which you are making this claim?

> BEFORE REMOVING PAINTED WALLBOARD, TOOK PAINT SAMPLE FOR TESTING TO ACM SERVICES, INC., ROCKVILLE, MD.

20. When did you first learn that the Grace product for which you are making this claim contained asbestos?

2000
Year

21. How did you first learn that the Grace product for which you are making the claim contained asbestos?

> TESTING COMPANY REPORTED POSITIVE RESULT

22. Have you or someone on your behalf made an effort to remove, contain and/or abate the Grace product for which you are making this claim?

☒ Yes   ☐ No

If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

23. If you do not have any such documents, explain why not and indicate who may have possession and control of such documents with respect to the property.

24. If you or someone on your behalf did not make an effort to remove, contain and/or abate the Grace product(s) for which you are making a claim, to the best of your knowledge, did anyone else make such an effort?

☐ Yes   ☐ No

9276104

SERIAL #:

012752-000005