IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

**AFFIDAVIT OF JOHN M. BELFERMAN, CLAIMANT NO. 12752,
IN SUPPORT OF HIS RESPONSE OF JOHN M. BELFERMAN, CLAIMANT NO.
12752, TO DEBTORS' MOTION AND MEMORANDUM FOR AN ORDER
PURSUANT TO F.R.B.P. 7056 DISALLOWING AND EXPUNGING
ELEVEN (11) ASBESTOS PROPERTY DAMAGE CLAIMS
<u>INVOLVING PRODUCTS NOT MADE BY THE DEBTORS</u>**

I, John M. Belferman, Claimant, affirm as follows:

1. I am a Claimant in this action, having filed Claim No. 12752 ("the Claim") for asbestos property damage.

2. I am competent to be a witness.

3. The facts and matters I have stated in my "Response of John M. Belferman, Claimant No. 12752, to Debtors' Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Eleven (11) Asbestos Property Damage Claims Involving Products Not Made by the Debtors" ("Response") are true and correct as therein stated to the best of my personal knowledge.

4. In further support of his Reponse, Claimant avers as follows, with respect to the collection and submission of a sample of allegedly asbestos-containing material to his abatement contractor, ACM Services Corporation of Rockville, Maryland: That Claimant peeled/removed a portion of white, stucco-like, textured surfacing, affixed to wallboard/sheetrock in his dining room installed by a previous owner or occupant of his residence, from same and submitted it, with the paper-like surfacing material of the wallboard/sheetrock subsurface still attached, to the contractor, ACM Services Corporation of Rockville, for laboratory analysis of the presence of asbestos in February, 2000. Claimant subsequently received, from ACM Services Corporation, the analysis of Labcorp, i.e., Laboratory Corporation of America Holdings, of Richmond, Virginia, which is attached to his Response as a portion of Exhibit 1 to said Response, describing its analysis as ""100 [%] WHITE CHALKY W/ WHITE PAPER-LIKE, Asbestos found in white chalky only, Chrysotile >1-5%, Cellulose 20 %, Non-fibrous 75%."

Exhibit 2

I DO SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY and upon personal knowledge that the contents of this Affidavit of John M. Belferman in support of his "Response of John M. Belferman, Claimant No. 12752, to Debtors' Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Eleven (11) Asbestos Property Damage Claims Involving Products Not Made by the Debtors" are true.

March 16, 2007
Date

*John M. Belferman*
John M. Belferman, Affiant