IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

**ORDER DENYING DEBTORS' MOTION AND MEMORANDUM
FOR AN ORDER PURSUANT TO F.R.B.P. 7056 DISALLOWING AND
EXPUNGING ELEVEN (11) ASBESTOS PROPERTY DAMAGE CLAIMS
<u>INVOLVING PRODUCTS NOT MADE BY THE DEBTORS</u>**

AND NOW, this _____ day of _____, 2007, it is ORDERED, ADJUDGED and DECREED that Debtors' Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Eleven (11) Asbestos Property Damage Claims Involving Products Not Made by the Debtors is hereby DENIED with respect to Claim No. 12752 in this Action.

_____
Judith K. Fitzgerald
United States Bankruptcy Judge