## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of March, 2007, I mailed copies of the foregoing Response of John M. Belferman, Claimant No. 12752, to Debtors' Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Eleven (11) Asbestos Property Damage Claims Involving Products Not Made by the Debtors, together with attached Exhibits and proposed Order, postage pre-paid, to Janet Baer, Esq., Kirkland & Ellis LLP, James E. O'Neill, Esq., Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C., and James J. Restivo, Jr., Esq., Reed Smith LLP.

*John M. Belferman*

John M. Belferman