IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

NOTICE OF HEARING ON PROCEDURES FOR THE
APRIL 23 – 25 ADJUDICATION OF PD CLAIM OBJECTIONS
REGARDING PRODUCT IDENTIFICATION, STATUTES OF LIMITATIONS
AND LIBBY CLAIMS ON APRIL 9, 2007 AT 9:00 A.M. BEFORE THE
HONORABLE JUDITH K. FITZGERALD, IN PITTSBURGH, PENNSYLVANIA

**PLEASE TAKE NOTICE** that the Conference on Procedures for April 23 – 25 Adjudication of PD Claim Objections Regarding Product Identification, Statutes of Limitations and Libby Claims scheduled to be heard in the above-captioned case on April 2, 2007, at 2:00 p.m. has been rescheduled by the Court, for a hearing on **April 9, 2007, at 9:00 a.m.** (prevailing

*[Remainder of Page Intentionally Left Blank]*

Eastern time), before the Honorable Judith K. Fitzgerald, in Pittsburgh, Pennsylvania.

Dated: March 19, 2007

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Lisa G. Esayian
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

and

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and
Debtors in Possession