## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>**W. R. GRACE & CO., et al.**<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 01-01139 (JKF)**<br>**Jointly Administered**<br><br>Objection Deadline: March 16, 2007 at 4:00 p.m.<br>Hearing Date: April 2, 2007 at 2:00 p.m. |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 13835

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **Twenty-Second Quarterly Fee Application of Stroock & Stroock & Lavan LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From July 1, 2006 Through September 30, 2006** (the "Application") [Docket No. 13835] filed on November 29, 2006.

The undersigned further certifies that he has reviewed the Court's docket in this case and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Filing of the Twenty-Second Quarterly Fee Application, objections to the Application were to be filed and served no later than March 16, 2007 at 4:00 p.m.

Dated: March 19, 2007
      Wilmington, Delaware

                                _____ (by cmw)
                              Michael R. Lastowski (DE 3892)
                              Richard W. Riley (DE 4052)
                              DUANE MORRIS LLP
                              1100 N. Market Street, Suite 1200
                              Wilmington, DE 19801-1246
                              Telephone:   (302)-657-4942
                              Facsimile:   (302)-657-4901
                              Email:       mlastowski@duanemorris.com
                                                  rwriley@duanemorris.com

                              *Co-Counsel for the Official*
                              *Committee of Unsecured Creditors*