# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **W. R. GRACE & CO., <u>et al</u>.** | **Case No. 01-01139 (JKF)**<br>**Jointly Administered** |
| **Debtors.** | Objection Deadline: March 16, 2007 at 4:00 p.m.<br>Hearing Date: April 2, 2007 at 2:00 p.m. |

## CERTIFICATION OF NO OBJECTION
## <u>REGARDING DOCKET NO. 13855</u>

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **Eleventh Quarterly Interim Application of Capstone Advisory Group, LLC, Financial Advisors to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred (For the Period From July 1, 2006 Through September 30, 2006)** (the "Application") [Docket No. 13855] filed on November 30, 2006.

The undersigned further certifies that he has reviewed the Court's docket in this case and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Filing of the Eleventh Quarterly Fee Application, objections to the Application were to be filed and served no later than March 16, 2007 at 4:00 p.m.

Dated: March 19, 2007
      Wilmington, Delaware

                              Michael R. Lastowski (DE 3892)
                              Richard W. Riley (DE 4052)
                              DUANE MORRIS LLP
                              1100 N. Market Street, Suite 1200
                              Wilmington, DE 19801-1246
                              Telephone:    (302)-657-4942
                              Facsimile:    (302)-657-4901
                              Email:         mlastowski@duanemorris.com
                                              rwriley@duanemorris.com

                              *Co-Counsel for the Official*
                              *Committee of Unsecured Creditors*

DM3\493517.1