IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | RE: 14680 + 14825 |
| Debtors. | ) | |

**ORDER DISALLOWING AND EXPUNGING CERTAIN OF THE CLAIMS OF SEALED AIR CORPORATION AND ITS AFFILIATES**

WHEREAS the Debtors and Sealed Air Corporation, on behalf of itself and its affiliates, have stipulated and agreed that:

(a) claims numbered 14357, 14344, 14352, 14330, 14332, 14334, 14336, 14331, 14354, 14333, 14346, 14349, 14355, 14335, 14343, 14345, 14350, 14337, 14342, 14340, 14348, 14338, 14358, 14347, 14351, 14341, 14356, 14363, 14360 and 14362 shall be disallowed and expunged to the extent provided in the Stipulation attached hereto as Exhibit 1;

(b) claims numbered 14339, 14353, 14359 and 14361 shall remain on the claims register as outlined in the Stipulation attached hereto as Exhibit 1; and

(c) Cryovac Chile Holdings, LLC, Cryovac Far East Holdings LLC, Cryovac International Holdings, Inc., Cryovac Leasing Corporation, Cryovac Poland Holdings, Inc., Omni Supply Inc., Poly Packaging Systems, Inc., Polypride, Inc., Reflectix, Inc., Sealed Air LLC, Sealed Air Nevada Holdings Limited, Sealed Air Trucking Inc., and Shanklin Corporation shall be added as claimants, with CPI Packaging, Inc., on claim numbered 14353; provided, however, that if the Disallowed Claims of any of such added entities are reinstated as provided for in the Stipulation attached as Exhibit 1, such entities shall be removed as claimants on claim numbered 14353.

IT IS HEREBY ORDERED.

Date: March 19, 2007

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge