IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | RE: 14865 |

## ORDER DISALLOWING AND EXPUNGING CERTAIN OF THE CLAIMS OF FRESENIUS MEDICAL CARE HOLDINGS, INC. AND ITS AFFILIATES

WHEREAS the Debtors and Fresenius Medical Care Holdings, Inc., on behalf of itself and its affiliates, have stipulated and agreed that:

(a) claims numbered 8040-8111, 8113-8163, 8187-8248, 10551, 13913-13924 shall be disallowed and expunged to the extent provided in the Stipulation attached hereto as Exhibit 1;

(b) claim numbered 8112 shall remain on the claims register as outlined in the Stipulation attached hereto as Exhibit 1;

(c) nothing herein shall modify or supersede the Court's order of June 25, 2003, approving the First Amended Settlement Agreement and Release of Claims [Case 02-2211; Docket No. 19]; and

(d) National Medical Care, Inc., Bio-Medical Applications of Indiana, Inc., Bio-Medical Applications of Mississippi, Inc., Bio-Medical Applications of Oklahoma, Inc., Bio-Medical Applications of Rhode Island, Inc., Bio-Medical Applications of South Carolina, Inc., NMC Homecare, Inc. and Fresenius U.S.A., Inc. shall be added as claimants with Fresenius Medical Care Holdings, Inc. on claim numbered 8112; provided, however, that if the Disallowed Claims of any of such added entities are reinstated, such entities shall be removed as claimants on claim numbered 8112.

IT IS HEREBY ORDERED.

Date: March 19, 2007

Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

K&E 11455979.8