# Exhibit A

Partial List of
ZONOLITE ACOUSTICAL PLASTIC
Installations

August -- 1950

## MINNESOTA

| City | Building | Area | Sq Ft |
|---|---|---|---|
| Albert Lea | Retail Store | Ceiling | 1,800 |
| Arlington | Arlington Hospital | All Rooms except O.R. | 10,000 |
| Aurora | V. F. W. Hall | | |
| Austin | Chevrolet Garage | | 4,500 |
| Barnesville | City Hall | | |
| Bemidji | McKee Funeral Home | | |
| " | Moose Lodge | Club Room | |
| " | Robertson Lumber Co. | Office | |
| " | Country School | | |
| Brainerd | Liquor Store | | |
| " | Russell Creamery | Office Ceilings | 900 |
| Breckenridge | George Korbel, Attorney | Offices | |
| Caledonia | Church | | 4,500 |
| Clarkfield | Plymouth Garage | Show Room | 1,200 |
| Cold Spring | Parochial School | Auditorium | |
| Coleraine | Vets Club | | |
| " | Greenwood School | | 5,670 |
| Comfrey | Catholic Church | | 9,000 |
| Edgerton | Bethel Christian Reform church | Aud & Balcony | 4,500 |
| Elk River | High School | | 3,600 |
| Faribault | Peace Lutheran Church | | 4,000 |
| " | Legion Hall | | 900 |
| Fergus Falls | N. W. Bible College | Class Room | |
| " " | St. Clair & Gunderson Store | | |
| Gaylord | Fullerton Lumber Co. | Office | |
| Granite Falls | Hotel Dickinson | Rooms, Halls | 5,500 |
| " " | Municipal Hospital | Ceilings | 9,000 |
| Halstad | Church | | 1,120 |
| Henderson | High School | | 760 |
| Heron Lake | Church | Auditorium | 2,500 |
| Hibbing | Clinic | | |
| " | Mines & Mineral Building | | |
| " | Elks Club | | 3,240 |
| " | Max Grey Apartment | Ceilings in Halls | |
| Jordan | R. E. A. Building | | 750 |
| Little Canada | Church of St. Johns | Bowling Alley and Halls of school | |
| Mankato | Bethany Lutheran Church | Music Room | 2,700 |
| " | Elks Club | Bar & Card Room | 2,700 |
| " | Eckman Building | Office | 4,500 |
| " | International Harvester | Show Room & Office | 3,500 |
| " | Roosevelt School | Lunch Room | 900 |
| Mapleton | Mapleton Public School | | |
| " | Plymouth-DeSota garage | | 468 |
| Minneapolis | Western Mineral Products | Office | |
| " | Woodlake School | Class Rooms | |
| " | Lyceum Theater | | |
| " | St. Peters Church | | |
| " | N. W. Bible School | | |
| " | Elim Baptist Church | Ceiling of Remodeled room | 600 |
| " | Grace Lutheran Church | | 4,580 |
| " | Ascension Church | | 2,880 |

NMLRP 0003082

MINNESOTA * Continued

| City | Building | Area | Value |
|---|---|---|---|
| Minneapolis | KTIS | Studios | |
| Montgomery | Public School | | |
| " | Bank | | |
| " | Catholic Church | | 1,800 |
| Moorhead | Assembly of God | Desplay Room and Off. | |
| Mound | Streater Manufacturing | Auditorium | 1,980 |
| Mountain Lake | Mennonite Church | | 2,700 |
| New Ulm | Clauss Garage | Office & Printing Rm. | 1,450 |
| " " | Daily Journal Bldg. | Bar | |
| " " | George's Bar | Bowling Alley | 26,000 |
| " " | " " | Ballroom | |
| " " | " " | Dining Room | |
| Northfield | Varsity Bowl | | 5,608 |
| Park Rapids | Knapp Bldg. | | |
| Paynesville | Fullerton Lumber Co. | Office | |
| Plummer | Theatre | | |
| Red Wing | Station KAAA | Radio Station | |
| Remer | Hotel | Lobby | |
| Richfield | St. Peters Church | | |
| Rochester | Fullerton Lumber Co. | Office | 1,080 |
| Round Lake | Church | | 3,000 |
| Sauk Rapids | Bell Fuel Co. | | |
| Sleepy Eye | McKnight Building | | |
| St. Cloud | Hogarry Bros. garage | Display Room | 3,000 |
| " " | Daily Times | | |
| " " | Marz Liquor Store | | |
| " " | Public School | Music Room | |
| " " | Weindner Implement Co. | | 7,200 |
| St. Paul | Gillette Hospital | Consultation Rooms | 4,500 |
| " " | St. Leo's Church | | |
| " " | Catholic Church | School | |
| " " | St. Josephs School | | 1,780 |
| " " | Veterans Administration | Offices | 75,000 |
| " " | Security Wholesale Grocery | Offices | |
| " " | Kramlingers Bakery | | 1,500 |
| " " | Lutheran Church | | |
| St. Peter | Ben's Bar | | |
| " " | Fallenstein Bar | | 1,980 |
| " " | Dr. E. G. Olmanson Clinic | | 2,160 |
| Star Buck | School | Gym | 3,348 |
| Stewart | Catholic School | Addition | 700 |
| Th. River Falls | Bridgemen Ice | Office | |
| Tracy | Broadcasting Station | Ceiling | 2,000 |
| Virginia | V. F. W. Hall | | 2,400 |
| Wilmont | Theater | Walls & Ceilings | 6,300 |
| Winona | Radio Station | | |
| Worthington | Richbiel Hardware | | 5,400 |

NMLRP 0003083

Partial List of
ZONOLITE ACOUSTICAL PLASTIC
Installations

August - - 1950

## Nebraska

| City | Location | Area | Amount |
|---|---|---|---|
| Adams | First Baptist Church | Ceilings | 1,260 |
| Beatrice | Methodist Church | Basement | 6,120 |
| Clarkson | Service Station | | |
| Fairbury | First Church of God | | 1,300 |
| " | Bol-Mor Alleys | | 1,500 |
| Fall City | Oil City Theater | | |
| Fremont | City Auditorium | | |
| " | New Millwork Building | Ceilings | 2,650 |
| " | Boschult Const. Co. Bldg. | | 1,692 |
| Fullerton | School | | 1,240 |
| Grand Island | Vets Hospital | | 1,400 |
| Hastings | U. S. Navy | | |
| " | Nebraska University | Cafeteria | 45,000 |
| Lincoln | N. E. Hogh School | | |
| " | Board of Education | Offices | 45,000 |
| " | Second Presbyterian Church | | 1,000 |
| " | Eno Insurance Agency | | 10,000 |
| Loup City | High School | Ceilings | |
| Nebraska City | State Theatre | | 6,500 |
| Norfolk | City Auditorium | | |
| Omaha | Gay Nineties Bar | | 2,500 |
| " | Admiral Theater | | |
| " | Heneshaw Cafeteria | | |
| " | Bell Telephone Co. | Offices | |
| " | Childrens Hospital | | |
| Ravenna | Ravenna High School | | 3,600 |
| Sargent | Theatre | | 5,000 |
| Schuyler | Catholic Church | | |
| Scottsbluff | Scottsbluff High School | | |
| " | Byran School | | 11,000 |
| Shelton | Shelton Adacemy | | 2,000 |
| Seward | Seward Memorial Hospital | | 3,600 |
| Wayne | Fullerton Lumber Co. | Offices | |
| Wilcox | Board of Education | | 3,600 |

NMLRP 0003084

Partial List of
ZONOLITE ACOUSTICAL PLASTIC
Installations

August -- 1950

### NORTH DAKOTA

| City | Location | Area | Amount |
|---|---|---|---|
| Fargo | Lutheran Welfare Center | | 7,200 |
| Fairmount | School | | |
| E. Grand Forks | First Lutheran Church | | 2,700 |
| Grand Forks | Dacotah Hotel | Lobby | 12,000 |
| " " | Robertson Lumber Co. | | |
| Harvey | Seventh Day Advent Academy | | |
| New Rockford | City Hospital | Laundry | |
| Wahpeton | Public School | Music Hall | |
| Walhalla | McDonalds Bar | | |
| Wishek | Theater | | 3,600 |
| Sharon | Theater | | 3,600 |

NMLRP 0003085

Partial List of
ZONOLITE ACOUSTICAL PLASTIC
Installations

August -- 1950

## SOUTH DAKOTA

| City | Location | Notes | Amount |
|---|---|---|---|
| Aberdeen | Public Service Building | | 5,040 |
| " | Blackhawk Bar | | 2,000 |
| " | Alonzo Ward Hotel | | 1,500 |
| " | Sherman Hotel | Cocktail Lounge | 1,400 |
| Armour | Fullerton Lumber Co. | Ceiling & Office | 1,100 |
| Bowdle | Hoven Theater | | 3,500 |
| Brookings | Farmers Coop | Office | 700 |
| Colton | Theater | | 4,000 |
| Elk Point | Bank of Union County | | 2,500 |
| Estelline | Roth Theater | | 3,600 |
| Garretson | Cooperative Lumber Co. | Office | 1,000 |
| " | Bowling Alley | | 10,000 |
| Gettysburg | City Auditorium | | 10,000 |
| Hartford | West Wall Lake Lutheran Church | | 1,700 |
| " | Legion Hall & Theater | | 3,600 |
| " | Community Bank | | 2,000 |
| Huron | Hospital | | |
| " | Tams Hotel Restaurant | | |
| " | Taylor Films | Ceilings | 1,800 |
| Gregory | R. C. Matzger Theater | | 2,000 |
| Madison | St. Peter's Lutheran Church | | 1,800 |
| Mobridge | Arcade Bar | Band Room | 1,900 |
| " | School | | 6,000 |
| McLaughlin | Theater | | 2,000 |
| Mitchell | Lawler Hotel | | 1,000 |
| Milbank | Public School | | 8,000 |
| " | Milbank Motors | | 1,800 |
| Pierre | Board Of Education | 3 schools | 12,000 |
| Rapid City | Black Hills Power & Light | | 6,000 |
| " " | High School | | |
| " " | Oldsmobile garage | | |
| " " | Black Hills Teacher's College | Swimming Pool & dining room | |
| " " | Canyon Lumber Co. | Office | 2,400 |
| " " | Elks Club | Hall Ceilings | 2,200 |
| Redfield | Redfield Community Hospital | | 5,500 |
| Rapid City | Canyon Lake School | | 12,000 |
| Sioux Falls | Methodist Church | Auditorium | |
| " " | The "Cottage" | Restaurant | |
| " " | 7-Up Bottling Company | | 1,150 |
| " " | Bechtold Jewelry | | 1,000 |
| " " | Nazarine Church | | 1,500 |
| " " | Gospel Tabernacle | | 7,200 |
| " " | Westside Evangelical Church | | 3,600 |
| " " | Veterans Hospital | | 3,600 |
| " " | Store Building | Ceilings | 4,000 |
| " " | S & L Store | | 2,520 |
| " " | Petroleum Equipment Co. | | 936 |
| " " | American Legion | | 1,080 |
| " " | Jefferson School | | 9,000 |
| " " | Knudson's Shoe Store | | 1,500 |

NMLRP 0003086

SOUTH DAKOTA, CONTINUED

| City | Building | Area | Amount |
|---|---|---|---|
| Sioux Falls | Jordan Millwork Co. | Offices | 2,000 |
| " | Our Savior Lutheran Church | | 2,200 |
| " | South Soo Baptist Church | | 720 |
| " | Mary's Ladies Apparel | | 1,500 |
| " | Western Soy Bean Mills | | 2,000 |
| " | Recreational Bowl | Bowling Alley | 15,000 |
| " | Veteran Hospital | Chapel & Aud. | 18,500 |
| Sturgis | Catholic Church | | 3,000 |
| " | Theater | | 12,000 |
| Sisseton | Vallenga garage | | 2,700 |
| " | Clinic (Father Phlin) | | 1,000 |
| Sturgis | Lampert Lumber Company | Office | 1,800 |
| Summit | Theater | | 720 |
| Scotland | Scotland High School | Halls, band room, Etc. | 4,500 |
| Watertown | Elk's Club | | 3,650 |
| " | Assembly of God Church | | 4,500 |
| " | Watertown Auditorium | Recreation Room | 4,000 |
| " | St. Ann's Hospital | Entrance & Lobby ceilings | |
| " | Watertown High School | Typing Room | 1,500 |
| Wagner | Wagner Community Hospital | | 1,500 |
| Yankton | Employees Bldg State Hospital | | 18,000 |

NMLRP 0003087

## Partial List of
## ZONOLITE ACOUSTICAL PLASTIC
### Installations

### October 19, 1954

**COLORADO**                                                                         Sq. Ft.

| | | | |
|---|---|---|---|
| Boulder | Church | | 10,800 |
| Boulder | University Hills Junior High | | 36,000 |
| Boulder | Fashion Bar | | 2,800 |
| Colorado Springs | Preferred Risk Insurance Co. | | 12,150 |
| Colorado Springs | United Brethern Church | | 2,400 |
| Colorado Springs | South Baptist Church | | 8,044 |
| Colorado Springs | Bates Drug Store | | |
| Colorado Springs | Eddie's Candlelight Inn | | |
| Colorado Springs | Buena Vista School Addition | | 2,480 |
| Colorado Springs | Steele School Addition | | 2,625 |
| Colorado Springs | Fountain Valley School for Boys | | 3,600 |
| Craig | Craig Public Library | | 11,700 |
| Denver | Clayton Presbyterian Church | | 1,350 |
| Denver | Hebrew Educational Alliance | | 27,000 |
| Denver | Cosmopolitan Hotel | Silver Glade Room | 4,500 |
| Denver | Moore Mortuary | | 900 |
| Denver | I.B.M. Building | | 288 |
| Denver | Tower of Memories | | 1,080 |
| Denver | Kieth Office Building | | 22,500 |
| Denver | Henderson Home | Plaster Contr. | 108 |
| Denver | Francis Fisher Company | Office | 180 |
| Denver | Rocky Mountain Arsenal | Cafeteria | 4,500 |
| Denver | Rocky Mountain Arsenal | Offices | 6,046 |
| Denver | Grant Junior High School | | 5,400 |
| Denver | Merrill Junior High School | | 10,800 |
| Denver | Cosmopolitan Hotel | Gun Room | 3,312 |
| Denver | Bill Phebus' Home | | 500 |
| Denver | Bob Mackey's Home | Den | 300 |
| Denver | Denver Plant Office | | 690 |
| Denver | All Saints Church | Parish House | 684 |
| Denver | First Evangelical Free Church | | 7,200 |
| Denver | St. John's Seminary | | 4,500 |
| Denver | St. John's Dormitory | | 14,400 |
| Denver | Golden Court House | | 43,200 |
| Denver | Denver Lock & Key | | 1,440 |
| Denver | Denver Auditorium | | 7,200 |
| Denver | St. Vincent de Paul Church | | 10,800 |
| Denver | St. John's Catholic Church | | 14,400 |
| Denver | Fruehauf Trailer Office | | 540 |
| Denver | Bonfils Memorial Theater | | 18,000 |
| Denver | Union Bus Terminal | | 2,700 |
| Denver | Jack Hickey Home | | 252 |
| Denver | Harry Hickey Home | | 585 |

| Location | Name | Area | Amount |
|---|---|---|---|
| Minneapolis | Brins Glass Company | | 1,000 |
| Minneapolis | Worwas Cafe & Bar | | 2,700 |
| Minneapolis | Minnehaha Masonic Lodge | | 6,000 |
| Minneapolis | Richfield High School | | 30,000 |
| Minneapolis | General Mills | | 2,500 |
| Minneapolis | Art Gruber & Associates | | 7,500 |
| Minneapolis | Our Lady of Victory Church | | 2,000 |
| Minneapolis | Calvary Lutheran Church | | 6,780 |
| Minneapolis | Brede, Inc. | | 7,200 |
| Minneapolis | Diamond Lake Lutheran Church | | 900 |
| Minneapolis | St. Lawrence School | | |
| Minneapolis | Trinity First Lutheran Church | | 4,800 |
| Minneapolis | Electric Machinery Manufacuring Co. | | 14,000 |
| Minneapolis | City of Lakes Church | | 1,200 |
| Minneapolis | Wallace Orfield Residence | | 1,100 |
| Minneapolis | A. C. Palmer Residence | | 216 |
| Minneapolis | American Legion Post #310 | | 2,880 |
| Minneapolis | American Iron & Supply | | 3,600 |
| Minneapolis | Western Mineral Products Company | Office | |
| Minneapolis | Our Lady of Grace Catholic Church | | |
| Minneapolis | Woodlake School | Class Rooms | |
| Minneapolis | Lyceum Theater | | |
| Minneapolis | St. Peters Church | | |
| Minneapolis | N. W. Bible School | | |
| Minneapolis | Elim Baptist Church | Ceiling | 600 |
| Minneapolis | Grace Lutheran Church | | 4,580 |
| Minneapolis | Ascension Church | | 2,880 |
| Minneapolis | KTIS | Studios | |
| Minneapolis | Residence | | 1,200 |
| Minneapolis | George Halpin, Residence | | 600 |
| Minneapolis | Dr. Kaplan | Clinic | 3,600 |
| Minneapolis | Vincent Brass & Copper | | 4,000 |
| Minneapolis | St. Helena's Church | | 2,700 |
| Minneapolis | City Hall Mayors Office | | 1,800 |
| Minneapolis | City Hall County Commissioners Offices | | 2,200 |
| Minneapolis | General Acceptance Corporation | | 5,000 |
| Minneapolis | Kaufman Furniture | | 21,000 |
| Minneapolis | Edwin Johnson & Sons Plastering Contr. | | 1,100 |
| Minneapolis | Charles Berry Residence | | 2,000 |
| Minneapolis | Ray Kirkman Residence | | 2,300 |
| Minneapolis | Fontaine Residence | | 1,500 |
| Minneapolis | R. E. Johnson Residence | | 1,200 |
| Minneapolis | Residence, Living Room | | 400 |
| Minneapolis | Dean Residence | | 1,500 |
| Minneapolis | Robert Norsen, Residence | | 5,000 |
| Minnetonka Mills | Minnetonka Union Church | | 2,900 |
| Mohnomen | Catholic Church, St. Michaels | Ceilings | |
| Monterey | Church | All ceilings | 4,500 |

Mr. Pratt

Partial List of
ZONOLITE ACOUSTICAL PLASTIC
Installations

April 28, 1956

| | | | SQ. FEET |
|---|---|---|---:|
| WISCONSIN | | | |
| Appleton | Art Center | | 800 |
| " | St. Joseph's School | | 16200 |
| " | Night Club | | 2160 |
| Baldwin | First Reform Church | | |
| Chippewa Falls | W. H. Brady Company | Office | 3000 |
| Eau Claire | Elk's Club | | |
| " | Station WRFW | Studio | |
| " | State Industrial Commission | Office | 5000 |
| " | Wood Chevrolet Motor | | 3000 |
| " | Scotts Night Club | | 9000 |
| " | Grace Lutheran Church | | |
| " | Greyhound Bus Depot | | |
| " | Jimmy Woo's Pagoda Restaurant | | |
| " | Loop Bar and Grill | | |
| " | H. H. Kleiner Company | Office | |
| " | Skol Tavern and Restaurant | | |
| Frederic | Zion Lutheran Church School | | 28800 |
| Galesville | Town of Greenfield School | | |
| Greenfield | Stan Olson | Ranch house | |
| Hudson | Landish Malting Company | Struc. Deck | 11200 |
| Jefferson Jct. | Radio Station | Studio | |
| Kenosha | Sears and Grant Building | Stores | |
| LaCrosse | Station WIBA | | |
| Madison | Memorial Union | Rooms | |
| " | Edgewater Apartments | Halls | |
| " | Intern Resident Hall U Of W | | 7200 |
| " | Wisconsin Electric Co-op | | 5400 |
| " | Elk Creek Church | | 4400 |
| Menomonee | Catholic School | | 5040 |
| Merrill | 81st Street School | Struc. Deck | |
| Middletown | Wisconsin Power and Light Bldg. | | |
| Mineral Point | John Schroeder Lumber Co. | Office, Display room | |
| Milwaukee | Bucyrius Erie Company | | |
| " | Falk Corporation | | |
| " | WHAW Radio Station | | |
| " | Building and Loan Association | | |
| " | Whitefish Bay High School | Gymnasium | |
| " | Century Theatre | | |
| " | Pressed Steel Tank Co. | Offices | 3600 |
| " | Halfway House | Nite Club | |
| " | Jewish Labor Temple | | 9000 |
| " | North Shore Presbyterian Church | | 3600 |
| " | Miller Brewing Co. | Executive office | |
| " | Fox Bay Theater | | |
| Oregon | Lutheran Church | | 5400 |
| Oshkosh | Morgan Company | Display Rooms & Main Sales Room | |
| Prairie du Chien | St. John's Church | | 6300 |
| Racine | High Life Spa | Cocktail Lounge | |
| " | Factory Office | | |
| " | Racine Tool & Machine Co. | Offices | 6300 |
| Ridgeway | Berney Shrover Bowling Alley | Bowling Alley & Bar | 1750 |
| Rib Lake | School | Auditorium | |
| Rice Lake | Elks Club | Ceilings | |
| River Falls | Emma's Tavern | Addition | 2500 |
| Shawano | Cons. Badger Co-op Office | | |

NMLRP 0003810

SQ. FEET

MINNESOTA

| City | Building | Area | Sq. Feet |
|---|---|---|---|
| Mankato | Eckman Building | Office | 4500 |
| " | International Harvester | Show Room | 3500 |
| " | Roosevelt School | Lunch Room | 900 |
| Mapleton | Mapleton Public School | | 468 |
| " | Plymouth DeSoto Garage | | |
| Minneapolis | Western Mineral Products Company | Office | |
| " | Woodlake School | Class Rooms | |
| " | Lyceum Theater | | |
| " | St. Peters Church | | |
| " | N. W. Bible School | Ceiling | 600 |
| " | Elim Baptist Church | | 4580 |
| " | Grace Lutheran Church | | 2080 |
| " | Ascension Church | Studios | |
| " | KTIS | | 1200 |
| " | Residence | | 600 |
| " | Geo. Halpin, Residence | Clinic | 3600 |
| " | Dr. Kaplan | | 4000 |
| " | Vincent Brass and Copper | | 2700 |
| " | St. Helena's Church | | 1800 |
| " | City Hall   Mayors Offices | | 2200 |
| " | City Hall   County Commissioner's Offices | | 5000 |
| " | General Acceptance Corp. | | 21000 |
| " | Kaufman Furniture | | 1100 |
| " | Edwin Johnson & Sons Plastering Contr. | | 2000 |
| " | Chas. Berry Residence | | 2300 |
| " | Ray Kirkman Residence | | 1500 |
| " | Fontaine Residence | | 1200 |
| " | R. E. Johnson Residence | | 400 |
| " | Residence   Living Room | | 1500 |
| " | Dean Residence | | 5000 |
| " | Robert Norsen, Residences | Ceilings | |
| Mohnomen | Catholic Church, St. Michaels | Aud. Ceilings | 11700 |
| Mora | High School | | |
| Mazeppa | Municipal Building and Liquor Store | | 4500 |
| Montevideo | Church | | |
| Montgomery | Public School | | |
| " | Bank | | |
| " | Catholic Church | | 1800 |
| Moorhead | Assembly of God | Display Room | |
| Mound | Streeter Manufacturing | Auditorium | 1980 |
| Mountain Lake | Mennenite Church | | 2700 |
| New Ulm | Clauss Garage | Office and Printing | 1450 |
| " | Daily Journal Building | Bar | |
| " | George's Bar | Bowling Alley | 26000 |
| " | George's Bar | Ballroom | |
| " | George's Bar | | 7200 |
| " | Church | Dining Room | |
| Northfield | Varsity Bowl | Girls Dorm | 18648 |
| " | St. Olaf College | | 5608 |
| Park Rapids | Knapp Bldg | Office | |
| Paynesville | Fullerton Lumber Co | | |
| Plummer | Theatre | Radio Station | NMLRP 0003816 |
| Red Wing | Station KAAA | Lobby | |
| Remer | Hotel | | |
| Richfield | St. Peters Church | Office | 1080 |
| Rochester | Fullerton Lumber Company | | |
| " | Homestad United Brethern Church | | |
| Round Lake | Church | | |
| Russell | Municipal Bldg. | | 2160 |