# Exhibit C

CEC00173



# Western Mineral Products Company

1720 MADISON STREET N. E.
MINNEAPOLIS 13, MINNESOTA

ZONOLITE INSULATING FILL • CONCRETE AGGREGATE • PLASTER AGGREGATE • PLASTER FINISH AGGREGATE • ACOUSTICAL PLASTIC

OFFICE OF
C. A. PRATT
VICE-PRESIDENT

December 21, 1954

Mr. John Myers
Libby, Montana

Mr. Walter Bein
Zonolite Co.
135 S. LaSalle
Chicago, Illinois.

Dear Walter and John:

Bill McMurchie has been troubled for some time with an accumulation of fine dust in his lungs. He has had quite a series of x-rays and has been examined by four supposedly competent doctors. The last of these has pronounced the condition as silicious.

Bill's personal doctor has now asked me for all of the available information we have as to the silica content of vermiculite and some indication of concentration in the air.

We have very little information here that we can supply. It is my understanding, however, that several tests have been made in plants other than our own. If you have reports covering such tests, I would appreciate having them at your earliest opportunity.

Many thanks.

Yours very truly,

WESTERN MINERAL PRODUCTS CO.

C.A. Pratt

CAP:nh

**PLAINTIFF'S EXHIBIT**
W-010318

**PLAINTIFF'S EXHIBIT**
06049.00