# Exhibit D

PLAINTIFF'S EXHIBIT 01928.00

A. M. GAUDIN
CONSULTING METALLURGIST
77 MASSACHUSETTS AVE.
CAMBRIDGE 39, MASSACHUSETTS

June 26, 1957

Mr. J. A. Kelley
Executive Vice President
Zonolite Company
P. O. Box 217
Travelers Rest
South Carolina

My dear Mr. Kelley:

    I have read the letter from Mr. Clemmons of the Bureau of Mines regarding the asbestos in the Libby ore. It looks as if <u>their</u> condemnation was pretty well founded. Maybe we should forget it for the time being.

                        Sincerely yours,

                        /s/ A. M. Gaudin

AMG:am

C
O
P
Y   to: R. A. Bleich
         J. B. Myers
         E. D. Lovick
         O. F. Stewart

PLAINTIFF'S EXHIBIT WV-009328