# Exhibit E

December 21, 1955

Mr. John H. Huxley     Chicago

Mr. J. B. Myers     Libby

Dear Hunt,

I have previously written to you about the danger of exposing our employees to asbestos dust while they are manufacturing acoustical plastic. In many of our plants, the plastic business has increased over 100% in the last year and is still growing. When the business reaches these proportions, it is not unusual to have one crew assigned to this work continuously. This increases the danger.

The attached letter from Glenn Sucetti deals with the Weismantle case in California. Glenn has also made some excellent suggestions.

You are well versed in dust collecting and cyclone separating systems, and I do not think that it would be difficult for you to design a system for our standard plastic mixing equipment. I believe that this is important enough so that you should plan to have a design worked out and one mixer equipped and in operation within, say, six months from now. This design should be such that we can either supply the equipment, or supply blueprints so that the plants can have their own installation made. I would like to have your ideas on this subject.

With best wishes,

                                  Sincerely yours

JBMyers/jbr

c.c. Glenn Sucetti
      Walter Bein

PLAINTIFF'S EXHIBIT 04064.00

PLAINTIFF'S EXHIBIT WR-009544