# Exhibit F

PLAINTIFF'S EXHIBIT
WN-010309

cc: D. C. Moll
Mel Quayle
Q. Q. Carey

May 26, 1954

Dr. George Ziegler
Zonolite Research Laboratory
1827 Benson Avenue
Evanston, Illinois

Re: Acoustical Bond Problems - Milwaukee

Dear George:

"Quent" Carey has just reported another job in Milwaukee where acoustical plastic has lost its bond to base coat plaster. He has experienced enough of these jobs in Milwaukee to cause him a great deal of anxiety. We have had some problems in other areas but nothing to compare with the number of trouble jobs experienced in Milwaukee.

Approximately a year ago we were approached by representatives of the National Standard Bentonite Company indicating their Bentonite was much superior to the American Colloid Bentonite we had been using and they assured us they could eliminate the bond problems we were having. We switched to their Bentonite and have used it exclusively for some period of time but it has not solved the problem.

I recall Bob Rea and the American Colloid man were a bit concerned about the type of water used in Milwaukee and apparently the present Bentonite supplier is also showing some concern about something in the water.

Would it be possible for you to analyse some of the Milwaukee water and its effects on Bentonite? It is most important that we do determine why acoustical bond failures persist in that area.

Will you indicate whether you can tackle this problem and if so what samples should we send in. Thanks.

Sincerely,

WESTERN MINERAL PRODUCTS CO.

C. A. Pratt

CAP/mm

PLAINTIFF'S EXHIBIT
06039.00