# Exhibit H



# ZONOLITE NOW...

## Save on fuel, add comfort

## Just pour it, level it, leave it!

**ZONOLITE Vermiculite Insulating Fill**
Easiest of all to install. Just pour it, level it, leave it!

**$1.45**
per bag covers 17 sq. ft. 3" thick

V-8, Fo

---

## ZONOLITE INSULATING FILL



Zonolite Insulating Fill is used to insulate and sound-deaden side-walls and ceilings of all types of buildings. Zonolite Fill has one of the best insulation factors of any insulation on the market ("K" factor .28 B.t.u.).

Zonolite Insulating Fill comes in 4 cu. ft. bags which weigh about 23 lbs. No special installation equipment is needed. Zonolite Fill is poured from the bag, like popcorn. It flows readily around pipes, wiring, etc., to make a complete, uniform fill without tamping, cutting, or nailing.

Zonolite Insulating Fill is a non-conductor of electricity and can be safely installed over or around electrical wiring. It is rot-proof and does not permit tunneling or nesting by rodents. It does not attract vermin or termites. It is safe to handle because it is non-irritating to the skin and lungs.

## It is safe to handle because it is non-irritating to the skin and lungs.



EXHIBIT 32
Emergency Notice