# Exhibit I



## Florida Shopping Center Gets Lath and Plaster

THE U. S. Plastering Company of Miami has recently completed the six-store Riviera Shopping Center at Coral Gables.

The job, comprising about 15,000 square yards of lathing and plastering, is convenient to the University of Miami and will serve students as well as the owners of hundreds of beautiful new homes in that section.

Earl V. Wolfe was architect and the Star Construction Company, general contractors. Louis Siga was general superintendent for U. S. Plastering. Gold Bond and Red Top materials were used on the job.

O. C. Christianson, manager of U. S. Plastering, reports his firm has a busy season ahead and has recently completed, among other jobs, the Hialeah Club House, Sonar School for the Navy at Key West, Biscayne Terrace Hotel, and the First Presbyterian Church at Miami.



Contracting plasterers and journeymen drew up the specifications for Calaveras Plastic Cement. They're enthusiastic users, and you'll be too. Order a supply of this *plasterers' plastic* today!

## CALAVERAS CEMENT CO.
315 Montgomery Street    San Francisco 4, Calif.
Telephone DOuglas 2-4224

---

### Time Tells The Story...

# ZONOLITE® *plaster*
## IS UP FOR KEEPS!

"The Zonolite Plaster used in finishing the Lincoln County Library in 1934 is still in excellent condition after more than 20 years and has required no repairs or maintenance other than redecorating."

**says Austin E. Fraser**
Lincoln County Commissioner
Libby, Montana

### After more than 20 years
## ZONOLITE PLASTER
### Still stands the test of time

Zonolite vermiculite plaster does more than save deadweight...does more than earn highest fire ratings...does more than cut construction time and costs! Zonolite Plaster is the lightweight champion that defies *time!* The Libby Montana public library is one of many blue ribbon buildings (some over 20 years old) offering present-day proof that Zonolite plaster is "up for keeps." Today's building teams look to Zonolite lightweight plaster, the time-tested champion they can apply and *forget*.

## ZONOLITE *plaster*
Zonolite Company
135 South LaSalle Street, Chicago 3, Illinois

```
Zonolite Company, Dept. PI-85
135 S. LaSalle Street
Chicago 3, Illinois

• Please send     Name..........................
  me free booklet Firm..........................
  PA-2 on Zonolite Address.......................
  Plaster.        City............Zone......State........
```