# Exhibit J

## MATERIALS ANALYTICAL SERVICES, INC.
## PLM ANALYSIS

Proj#-Spl#: M30677-001    Analyst: W.B. Egeland    Date: 3/17/03

ClientName: Law Offices of Ness, Motley    ClientSpl: 1

Location:

Type_Mat: basement ceiling

Gross Visual: Tan. Flakes and books as well as fiber bundles with a fine matrix throughout. White paint on surface.

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| Morphology | Wavy | | |
| Pleochroism | None | | |
| Refract Index | 1.555/1.548 | | |
| Sign | + | | |
| Extinction | Parallel | | |
| Birefringence | Low | | |
| Melt | No | | |
| Fiber Name | Chrysotile | | |

**ASBESTOS MINERALS**    **EST. VOL. %**

| | |
|---|---|
| Chrysotile | 15 |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

**OTHER FIBROUS COMPONENTS**

**NON FIBROUS COMPONENTS**

| | |
|---|---|
| Vermiculite | 70 |
| Binder | 15 |

Effervescence: Weak and isolated.

Binder Description: Fine-grained aggregate

Comments: No starch observed



**MATERIALS ANALYTICAL SERVICES**

## MINERAL ANALYSIS SHEET

| | |
|---|---|
| TEM ANALYSIS: | BULK ANALYSIS |
| PROJECT: | CHURCH OF THE most HOLY REDEEMER |
| SAMPLE NUMBER: | M306778-001 |
| SAMPLE ID: | 1 |
| DATE OF ANALYSIS: | 3/20/03 |
| ANALYST: | W.A.S. |

**ASBESTOS MINERALS:**

CHRYSOTILE (EDS)(DIFF)

**OTHER COMPONENTS:**

**OTHER COMMENTS:**





