# Exhibit 1

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 013911 | Drake, Heidi Maria 158 Forest Avenue Libby, Mt | Tom Lewis | Lewis Huppert & Slovak PC | | 158 Forest Avenue Libby MT 59923 | MT | C-1 (d), C-2, C-3 (e), D-4, D-6, E-1, G-2, |
| 013912 | Anderson, Alice Diane 519 East 4th Street Libby, MT 59923 | Tom Lewis | Lewis Huppert & Slovak PC | | 311 Idaho Libby, MT 59923 | MT | C-2, C-3 (e), D-4, D-6, E-1, G-2, |
| 008250 | The Burlington Northern And Santa fe Railway | Peter Lee | The Burlington Northern And Santa Fe Railway | | 111 South Navajo Street - West Of This Site Denver, CO 80223 | CO | E-1, G-3, |
| 008251 | The Burlington Northern And Santa Fe Railway | Peter Lee | The Burlington Northern And Santa Fe Railway | | P.O. Box 789 Libby, MT 59923 | MT | E-1, G-3, |
| 008252 | The Burlington Northern And Santa Fe Railway | Peter Lee | The Burlington Northern And Santa Fe Railway | | 801 4th Avenue Northeast Minot, ND 58703 | ND | C-2, E-1, G-3, |
| 006634 | The Cleveland Museum Of Art | Amanda G Steinmeyer | Speights & Runyan | The Cleveland Museum Of Art | 1150 East Boulevard Cleveland, OH 44106 | OH | C-2, D-2, D-6, E-1, F-2, |
| 006636 | F F Thompson Continuing Care Center Inc | Amanda G Steinmeyer | Speights & Runyan | | 350 Parish Street Canandaigua, NY 14424 | NY | C-2, D-2, D-6, E-1, F-2, |
| 006637 | Gulf Atlantic Properties Inc Bayview Tower | Amanda G Steinmeyer | Speights & Runyan | Gulf Atlantic Properties Inc Bayview Tower | 100 1st Avenue South Saint Petersburg, FL 33701 | FL | C-2, D-2, D-4, D-6, E-1, F-2, |
| 006639 | Eden Medical Center | Amanda G Steinmeyer | Speights & Runyan | Eden Medical Center | 20103 Lake Chabot Road Castro Valley, CA 94546 | CA | C-2, D-2, D-6, E-1, F-2, |
| 006697 | Methodist Hospital | Amanda G Steinmeyer | Speights & Runyan | Methodist Hospital | Omaha, NE | NE | C-2, C-3 (c), C-3 (e), D-2, D-6, E-1, F-2, |
| 006901 | Bayshore Community Hospital | Amanda G Steinmeyer | Speights & Runyan | Bayshore Community Hospital | 727 N Beers Street Holmdel, NJ 07733 | NJ | C-2, C-3 (c), C-3 (e), D-2, D-6, E-1, F-2, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 010700 | St. Joseph Hill Infirmary | Amanda G Steinmeyer | Speights & Runyan | St. Joseph Hill Infirmary | St. Louis MO | MO | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 010722 | Manufacturer Hanover | Amanda G Steinmeyer | Speights & Runyan | | Bridge Plazer North At 41st Street Long Island City, NY | NY | C-2, D-2, D-6, E-1, F-2, |
| 010746 | St. Mary's Hospital | Amanda G Steinmeyer | Speights & Runyan | St. Mary's Hospital | 1st Avenue & 29th Street Huntington WV | WV | C-2, C-3 (d), D-2, D-5, D-6, E-1, F-2, |
| 010747 | Friendly Homes | Amanda G Steinmeyer | Speights & Runyan | | 3156 East Avenue Rochester NY | NY | C-2, D-2, D-6, E-1, F-2, |
| 010749 | Glen Oak Country Club | Amanda G Steinmeyer | Speights & Runyan | Glen Oak Country Club | 151 Post Avenue Old Westberry, NY | NY | C-2, D-2, D-6, E-1, F-2, |
| 010757 | Sutter Place Office Building | Amanda G Steinmeyer | Speights & Runyan | Sutter Place Office Building | San Francisco, CA | CA | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 010758 | Oakwood Hospital | Amanda G Steinmeyer | Speights & Runyan | Oakwood Hospital | Dearborn, MI | MI | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 010762 | Founders Plaza | Amanda G Steinmeyer | Speights & Runyan | Founders Plaza | Gilbert Street Hartford, CT | CT | C-2, D-2, D-5, D-6, E-1, F-2, |
| 010767 | Oneida Co. Office Building | Amanda G Steinmeyer | Speights & Runyan | Oneida Co. Office Building | Oneida, NY | NY | C-2, D-2, D-6, E-1, F-2, |
| 010789 | Manor Oak #2 | Amanda G Steinmeyer | Speights & Runyan | Manor Oak #2 | Greentree, PA | PA | C-2, D-2, D-6, E-1, F-2, |
| 010805 | San Leandro Memorial Hospital | Amanda G Steinmeyer | Speights & Runyan | San Leandro Memorial Hospital | 2800 Benedict Drive San Leandro, CA | CA | C-2, C-3 (d), D-1 (a), D-2, D-6, E-1, F-2, |
| 010885 | Four Embarcadero Center | Amanda G Steinmeyer | Speights & Runyan | Four Embarcadero Center | Four Embarcadero Center San Francisco, CA 94111 | CA | C-2, C-3 (e), D-2, D-3, D-6, E-1, F-2, |
| 010886 | Three Embarcadero Center | Amanda G Steinmeyer | Speights & Runyan | Three Embarcadero Center | Three Embarcadero Center San Francisco, CA 94111 | CA | C-2, C-3 (e), D-2, D-3, D-6, E-1, F-2, |
| 010930 | Pacific Freeholds | Amanda G Steinmeyer | Speights & Runyan | | 100 Pine Street San Francisco, CA 94111 | CA | C-2, C-3 (e), D-2, D-4, D-6, E-1, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 010947 | Cayuga Co. Office Building | Amanda G Steinmeyer | Speights & Runyan | Cayuga Co. Office Building | Auburn, NY | NY | C-2, D-2, D-6, E-1, F-2, |
| 010952 | Ruden Job | Amanda G Steinmeyer | Speights & Runyan | | 1 Madison Square 25th & Madison New York, NY | NY | C-2, D-2, D-6, E-1, F-2, |
| 010960 | Ruden Management | Amanda G Steinmeyer | Speights & Runyan | | 26th Street & Madison Avenue New York, NY | NY | C-2, D-2, D-6, E-1, F-2, |
| 010962 | Children's Hospital | Amanda G Steinmeyer | Speights & Runyan | Children's Hospital | Corner Of 5th & Desoto Pittsburgh, PA | PA | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 010995 | North Arkansas Regional Medical Center | Amanda G Steinmeyer | Speights & Runyan | North Arkansas Regional Medical Center | 620 N. Willow Harrison, AR 72601 | AR | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 010998 | St. Luke's Hospital | Amanda G Steinmeyer | Speights & Runyan | St. Luke's Hospital | Fountain Hill Section Bethlehem PA | PA | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 011003 | Schuyler Hospital | Amanda G Steinmeyer | Speights & Runyan | Schuyler Hospital | Montour Falls, NY | NY | C-2, D-2, D-6, E-1, F-2, |
| 011005 | YWCA Of The Hartford Region | Amanda G Steinmeyer | Speights & Runyan | | Hartford, CT | CT | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 011008 | Anderson Memorial Hospital | Amanda G Steinmeyer | Speights & Runyan | Anderson Memorial Hospital | 800 North Fant Anderson, SC 29261 | SC | C-2, D-2, D-5, D-6, E-1, F-2, |
| 011009 | 211 Main Street Building | Amanda G Steinmeyer | Speights & Runyan | 211 Main Street Building | 211 Main Street San Francisco, CA 94105 | CA | C-2, D-2, D-6, E-1, F-2, |
| 011010 | Ruden Building | Amanda G Steinmeyer | Speights & Runyan | Ruden Building | 41 Madison Avenue New York, NY | NY | C-2, D-2, D-6, E-1, F-2, |
| 011018 | Santa Teresa Medical Office Building | Amanda G Steinmeyer | Speights & Runyan | Santa Teresa Medical Office Building | San Jose, CA | CA | C-2, C-3 (e), D-2, D-6, E-1, F-2, |
| 011026 | John Muir Hospital | Amanda G Steinmeyer | Speights & Runyan | John Muir Hospital | 1601 Ygnacid Valley Road Walnut Creek, CA 94598 | CA | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 011027 | Bergdorf Building | Amanda G Steinmeyer | Speights & Runyan | Bergdorf Building | 80 Coventry Street Hartford, CT 06112 | CT | C-2, C-3 (d), D-2, D-5, D-6, E-1, F-2, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 011036 | Two Allegheny Center | Amanda G Steinmeyer | Speights & Runyan | Two Allegheny Center | Allegheny Center Pittsburgh, PA 15212 | PA | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 011037 | One Allegheny Center | Amanda G Steinmeyer | Speights & Runyan | One Allegheny Center | Allegheny Center Pittsburgh, PA 15212 | PA | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 011039 | Fort Smith Convention Ctr & Civic Auditorium | Amanda G Steinmeyer | Speights & Runyan | Fort Smith Convention Ctr & Civic Auditorium | 55 South 7th Street Fort Smith, AR 72902 | AR | C-2, C-3 (e), D-2, D-6, E-1, F-2, |
| 011046 | Midcenters Of America | Amanda G Steinmeyer | Speights & Runyan | | Omaha, NE | NE | C-2, D-2, D-6, E-1, F-2, |
| 011055 | Folger Building #2 | Amanda G Steinmeyer | Speights & Runyan | Folger Building #2 | San Francisco, CA | CA | C-2, D-2, D-6, E-1, F-2, |
| 011066 | Palos Hospital | Amanda G Steinmeyer | Speights & Runyan | Palos Hospital | Palos, IL | IL | C-2, C-3 (d), D-2, D-5, D-6, E-1, F-2, |
| 011104 | Chicago Historical Society | Amanda G Steinmeyer | Speights & Runyan | | Chicago, IL | IL | C-2, D-2, D-5, D-6, E-1, F-2, |
| 011105 | Westmoreland Hospital | Amanda G Steinmeyer | Speights & Runyan | Westmoreland Hospital | Greenburg, PA | PA | C-2, D-2, D-6, E-1, F-2, |
| 011106 | Titusville Hospital | Amanda G Steinmeyer | Speights & Runyan | Titusville Hospital | Titusville PA | PA | C-2, D-2, D-6, E-1, F-2, |
| 011110 | Captain Cook Hotel | Amanda G Steinmeyer | Speights & Runyan | Captain Cook Hotel | 5th & K Street Anchorage, AK | AK | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 011124 | Lacrosse Lutheran Hospital | Amanda G Steinmeyer | Speights & Runyan | Lacrosse Lutheran Hospital | Lacrosse, WI | WI | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 011128 | Arkansas Baptist Medical Center | Amanda G Steinmeyer | Speights & Runyan | Arkansas Baptist Medical Center | Little Rock, AR | AR | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 011133 | Abbeville Hospital | Amanda G Steinmeyer | Speights & Runyan | Abbeville Hospital | Abbeville LA | LA | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 011144 | Farrell Hospital | Amanda G Steinmeyer | Speights & Runyan | Farrell Hospital | Titusville, PA | PA | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 011151 | St. Anthony's Hospital | Amanda G Steinmeyer | Speights & Runyan | St. Anthony's Hospital | Carroll, IA | IA | C-2, C-3 (d), D-2, D-5, D-6, E-1, F-2, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 011153 | YMCA | Amanda G Steinmeyer | Speights & Runyan | | 8th & Grand Des Moines, IA | IA | C-2, D-2, D-5, D-6, E-1, F-2, |
| 011158 | Fulton County Health Center | Amanda G Steinmeyer | Speights & Runyan | Fulton County Health Center | S. Snoop Avenue Wauseln OH | OH | C-2, D-2, D-6, E-1, F-2, |
| 011179 | Investment Tower Job | Amanda G Steinmeyer | Speights & Runyan | | 1801 E. Ninth Street Cleveland, OH | OH | C-2, D-2, D-6, E-1, F-2, |
| 011194 | St. Vincent's Hospital | Amanda G Steinmeyer | Speights & Runyan | St. Vincent's Hospital | Erie PA | PA | C-2, D-2, D-6, E-1, F-2, |
| 011200 | Scottish Rights Cad. Temple | Amanda G Steinmeyer | Speights & Runyan | Scottish Rights Cad. Temple | West & Linden Streets Allentown, PA | PA | C-2, D-2, D-6, E-1, F-2, |
| 011207 | Lafayette Memorial Hospital | Amanda G Steinmeyer | Speights & Runyan | Lafayette Memorial Hospital | Lafayette LA | LA | C-2, D-2, D-6, E-1, F-2, |
| 011226 | West Jersey Hospital | Amanda G Steinmeyer | Speights & Runyan | West Jersey Hospital | Voorhees Township, NJ | NJ | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 011227 | Teresa Office Building | Amanda G Steinmeyer | Speights & Runyan | Teresa Office Building | San Jose, CA | CA | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 011243 | St. Joseph's Hospital | Amanda G Steinmeyer | Speights & Runyan | St. Joseph's Hospital | 555 E. Market Street Elmira NY 14901 | NY | C-2, D-2, D-6, E-1, F-2, |
| 011253 | YMCA | Amanda G Steinmeyer | Speights & Runyan | | NE | NE | C-1 (a), C-2, D-2, D-6, E-1, F-2, |
| 011257 | Lehigh Tile/Marble Warehouse | Amanda G Steinmeyer | Speights & Runyan | Lehigh Tile/marble Warehouse | 335 N. 7th Street Allentown, PA | PA | C-2, C-3 (e), D-2, D-6, E-1, F-2, |
| 011262 | McKenzie Hospital | Amanda G Steinmeyer | Speights & Runyan | McKenzie Hospital | Eugene, OR | OR | C-2, C-3 (e), D-2, D-6, E-1, F-2, |
| 011322 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Sherwood Secondary School | 25 High Street Hamilton, ON L8l3z4 | ON (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 011323 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Scott Park Secondary | 1055 King Street West Hamilton, ON L8m1e2 | ON (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 011678 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Pauline Johnson Public School ** | 25 Hummingbird Lane Hamilton ON L9a4b1 | ON (Canada) | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |
| 011680 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Sherwood Heights School ** | 105 High Street Hamilton, ON L8i3z4 | ON (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 011681 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Sir Alan MacNabb School ** | 145 Magnolia Drive Hamilton, ON L9c5p4 | ON (Canada) | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |
| 011682 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Sir John A. Macdonald Secondary School ** | 130 York Boulevard Hamilton, ON L8r1y5 | ON (Canada) | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |
| 011683 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Westdale Secondary School ** | 700 Main Street West Hamilton, ON L8s1a5 | ON (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 011684 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Westview School ** | 60 Ralston Drive Hamilton, ON L9c3x7 | ON (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 011689 | Jordan Hospital | Amanda G Steinmeyer | Speights & Runyan | Jordan Hospital | Plymouth, MA | MA | C-2, D-2, D-6, E-1, F-2, |
| 011701 | Webber Hospital | Amanda G Steinmeyer | Speights & Runyan | Webber Hospital | Biddeford, ME | ME | C-2, D-2, D-6, E-1, F-2, |
| 011703 | 310 W 43rd Street Building | Amanda G Steinmeyer | Speights & Runyan | 310 W 43rd Street Building | 310 W. 43rd Street New York, NY | NY | C-2, D-2, D-6, E-1, F-2, |
| 011722 | National Bank Building | Daniel A Speights | Speights & Runyan | National Bank Building | Memphis, TN | TN | C-1 (d), C-2, D-2, D-5, D-6, E-1, F-2, |
| 011735 | The California State University | Daniel A Speights | Speights & Runyan | Administration | CSU San Luis Obispo - Administration - San Luis Obispo, CA 93407 | CA | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 011745 | The California State University | Daniel A Speights | Speights & Runyan | San Luis Obispo - Transportation Services | CSU San Luis Obispo- Transportation Services San Luis Obispo, CA 93407 | CA | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |
| 011800 | The California State University | Daniel A Speights | Speights & Runyan | Research Development | CSU San Luis Obispo- Research Development San Luis Obispo, CA 93407 | CA | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-1, F-2, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 007019 | Southern Wesleyan University Etal | Edward J Westbrook | Richardson Patrick Westbrook & Brickman LLC | | | SC | B-2, C-1 (d), C-2, C-3 (e), D-2, D-4, D-6, E-1, |
| 007020 | Sheldon H Solow, Solow Development Corp., et al. | Edward J Westbrook | Richardson Patrick Westbrook & Brickman LLC | | 9 West 57th Street New York, NY 10019 | NY | C-1 (d), C-2, D-2, D-4, D-6, E-1, |
| 007028 | Trumbull Memorial Hospital | Steven E Crick | Humphrey Farrington & Mcclain | Trumbull Memorial Hospital | 1350 E Market Street Warren, OH 44482 | OH | C-3 (f), D-2, D-4, D-6, E-3, |
| 009570 | Los Angeles Unified School District C/o Roman M S | Roman Silberfeld; Bernice Conn | Robins, Kaplan, Miller, Ciresi, LLP | | | CA | |
| 009684 | Olympus 555 Properties LLC | Avrum J Rosen | Avrum J Rosen | | 555 Broad Hollow Rd Melville, NY 11747 | NY | C-3 (f), D-2, D-3, D-4, D-6, E-1, |
| 011308 | Sempra Energy, San Diego Gas & Electric, Enova | Steven Davis; D. Alexander Barnes | Obermayer Rebmann Maxwell & Hippel, LLP | | 101 Ash Street San Diego, CA 92101 | CA | C-1 (d), D-2, D-4, D-6, E-1, |
| 011314 | City of Philadelphia | Joseph Digiuseppe | Law Department City Of Philadelphia One Parkway | | 555 South 43rd Street Philadelphia, PA 19104 | PA | C-1 (d), D-2, D-6, E-1, |
| 012758 | Macerich Fresno Limited Partnership | Pillsbury Winthrop LLP | Pillsbury Winthrop LLP | | 645 East Shaw Avenue Fresno, CA 93710 | CA | D-2, D-3, D-4, D-6, E-1, |