# Exhibit 3

```
                                                        Page 1
 1
 2            IN THE US BANKRUPTCY COURT
 3            FOR THE DISTRICT OF DELAWARE
 4
   IN RE:                          )
 5                                 ) Chapter 11
   W.R. GRACE & CO., et al.        ) No. 01-01139
 6                                 )     (JKF)
              Debtors.             )
 7 ----------------------------- )
                                       ORIGINAL
 8
 9
10
11        DEPOSITION OF ROGER G. MORSE
12              New York, New York
13              March 1, 2007
14
15
16
17
18
19
20
21
22
23
   Reported by:
24 PAMELA J. MAZZELLA, RPR
   JOB NO. 191790A
25
```

Page 46

1           Morse

2    A.   No, it was primarily the written
3 media.
4    Q.   And a variety of types of written
5 media, correct?
6    A.   Yes.
7    Q.   And I assume it is fair to say you
8 don't have the physical circulation lists for
9 each of those media from 1965 to 1995?
10   A.   Some we do, some we don't.  It
11 would depend upon how available that
12 information was.
13   Q.   Which one do you have it for?
14   A.   For some of the newspapers we have
15 circulation area.  For some of the magazines
16 I think I we have the circulation area.  Some
17 of them are within certain groups, like
18 Architectural Magazine, and you have to be in
19 BOMA membership to get Sky Lines, that sort
20 of thing.  So for some of the documents we
21 have that, but not for all.
22   Q.   Let's see if we can again cut
23 through this.  You don't know if a building
24 owner in Harrison, Arkansas read the Times,
25 do you?

1           Morse
2    A.   No, I can't know that.
3    Q.   Or the Post?
4    A.   That's correct.
5    Q.   Or the Engineering News Record?
6    A.   What a particular individual read,
7  the specific documents that he read, I can't
8  know that, but he would be reading in his
9  local newspaper news that came from the Times
10 or Times News Service or UPI and the news
11 services like that.
12   Q.   What's the local newspaper for
13 Harrison, Arkansas?
14   A.   I don't know offhand.  You need to
15 show me a map and show me where Harrison is.
16 If you gave me that, it might trigger a
17 recollection on my part, but offhand I don't
18 know.
19   Q.   How about Little Rock, what's the
20 newspaper there?
21   A.   I can't remember the name of it,
22 but I do remember a map for the newspaper
23 that's the local newspaper in Little Rock and
24 it's circulation area.
25   Q.   How about Anchorage?

Page 52

1              Morse

2      A.   No.

3      Q.   Or read it cover to cover?

4      A.   No.

5      Q.   Or read the front page and don't
6 read anything else or just read the comics?

7      A.   In the Times?

8      Q.   Yes. It must be an inside joke.

9      A.   The editorial page, that's where
10 the jokes are.

11     Q.   Okay. Have you ever designed a
12 system to provide nationwide notice to people
13 who are diverse geographically?

14     A.   No.

15     Q.   Have you ever had any training on
16 how to effectively communicate through the
17 mass media?

18     A.   No.

19     Q.   Have you ever testified in a court
20 as an expert on the issue of notice to many
21 people?

22     A.   No.

23     Q.   I assume you don't have any
24 particular expertise in written media
25 circulation?