IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on the 19th day of March, 2007, I did cause to be served true and correct copies of the foregoing **ANDERSON MEMORIAL HOSPITAL'S RESPONSE TO DEBTORS' MOTION FOR SUMMARY JUDGMENT DIRECTED TO 10 CLAIMS FROM THE STATE OF NEW YORK** on the parties listed on the attached service list as indicated thereon.

DATED: March 19, 2007

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.[1]
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
E-mail: loizides@loizides.com

---

[1] F/k/a Loizides & Associates (name change pending).

070319143408.DOC

**SERVICE LIST**

**VIA HAND-DELIVERY**

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 No. Market Street, 17th Floor
Wilmington, DE 19801

Teresa K. D. Currier, Esquire
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801

Marla R. Eskin, Esquire
Campbell & Levine, LLC
800 No. King Street, Suite 300
Wilmington, DE 19801

Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 No. Market Street, Suite 1200
Wilmington, DE 19801

David M. Klauder, Esquire
Office of the United States Trustee
844 No. King Street, Room 2207
Wilmington, DE 19801

Theodore Tacconelli, Esquire
Ferry Joseph & Pearce, PA
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE 19899-1351

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 No. Broom Street
Wilmington, DE 19806

**VIA FEDEX**

David M. Bernick, Esquire
Janet S. Baer, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Peter Van N. Lockwood, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

Roger Frankel, Esquire
Richard H. Wyron, Esquire
Orrick Herrington & Sutcliffe LLP
3050 K Street, N.W., Suite 200
Washington, DC 20007-5135

Scott Baena, Esquire
Bilzin Sumberg Baena Price & Axelrod, LLP
First Union Financial Center
200 So. Biscayne Bl., Suite 2500
Miami, FL 33131-2336

James Restivo, Jr., Esquire
Reed Smith, LLP
435 Sixth Avenue
Pittsburgh, PA 15219

David B. Siegel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044