# Exhibit 1




THE PINCHIN GROUP



Professional Engineers
Ontario

March 26, 2003

Carleton University
1125 Colonel By Drive
Ottawa, ON K1S 5B6

Attention: *Tony Lackey*

Re:   Identification of Fireproofing from 1125 Colonel By Drive
      Pinchin File: 21065

Dear: Mr. Tony Lackey

This letter will provide the written confirmation that, in our expert opinion, the building mentioned above contains(ed) a product manufactured by W.R. Grace Limited known by the trade name "Monokote MK-3".

This identification is based on a visual examination of the material, the analysis of the material by Polarized Light Microscope and a knowledge of the type and manufacturers of asbestos-containing fireproofing with these characteristics in Canada at the time the fireproofing was applied.

Please contact the undersigned if we can provide further information.

Yours truly,

**Pinchin Environmental Ltd.**

Dr. Donald Pinchin
*President*
Hazardous Materials
905-712-6470
dpinchin@pinchin.com

5749 COOPERS AVENUE, MISSISSAUGA, ONTARIO L4Z 1R9 TEL: (905) 507-4855 FAX: (905) 507-4884
ENVIRONMENTAL HEALTH & SAFETY MANAGEMENT SERVICES FROM 21 OFFICES ACROSS CANADA