# Exhibit 2

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 012329 | University Of Guelph | Daniel A Speights | Speights & Runyan | University Of Guelph | 488 Gordon Street Guelph, ON N1g2w1 | ON (Canada) | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-5, |
| 012331 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Sir James Lougheed - Elementary | 3519 36 Ave Sw Calgary, AB T3e1c2 | AB (Canada) | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012346 | City Of Vancouver | Daniel A Speights | Speights & Runyan | Parkade | 700 Georgia Street Vancouver, BC | BC (Canada) | C-1 (b), C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012348 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | Colonel Irvine Jr High | 412-northmount Dr Nw Calgary, AB T2k3h6 | AB (Canada) | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012368 | Mc Master University | Daniel A Speights | Speights & Runyan | McMaster University | 1280 Main Street West Hamilton, ON L8s4m3 | ON (Canada) | C-2, D-2, D-4, D-6, E-1, F-5, |
| 012377 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Delton School | 12126 89 Street Edmonton, AB T5b3w4 | AB (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 012388 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Allendale | - 6415 106 Street Edmonton, AB T6h2v5 | AB (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 012394 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | Bonnie Doon School | 8205 90 Avenue Edmonton, AB T6c1n8 | AB (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 012395 | Carleton University | Daniel A Speights | Speights & Runyan | McOdorum Library | 1125 Colonel By Drive Ottawa, ON K1s5b6 | ON (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 012396 | Fairmall Leasehold Inc | Daniel A Speights | Speights & Runyan | Fairview Mall | 1800 Sheppard Ave E, Ste330 P.o Box 330 Willowdale, ON M2j5a7 | ON (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 012397 | Bell Canada | Daniel A Speights | Speights & Runyan | | 100 Wynford Drive Toronto, ON | ON (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 012400 | City Of Edmonton | Daniel A Speights | Speights & Runyan | Clarke Stadium | 11000 Stadium Road Edmonton, AB | AB (Canada) | C-2, D-2, D-4, D-6, E-1, F-5, |
| 012401 | City Of Edmonton | Daniel A Speights | Speights & Runyan | Davies Transit (Paterson) Garage | 5710 86th Street Edmonton, AB T6e2x3 | AB (Canada) | C-2, D-2, D-4, D-6, E-1, F-5, |