# Exhibit 1

# WRG CLAIM NO. 10672 PID (NEW HANOVER, NC)

2943E
27435

| City | Job | Applicator | City | Job | Applicator |
|---|---|---|---|---|---|
| Micro | M. Johnson Consolidated High School | Bonitz | Winston-Salem | College Plaza Shopping Center | The Bonitz Ins. Co. |
| Wilmington | New Hanover Memorial Hospital | R. S. T. Corporation | Winston-Salem | Parkland High School | The Bonitz Ins. Co. |
| Wilson | Imperial Tobacco Co. | C.W. Kirkland Co. | Winston-Salem | R. J. Reynolds Tobacco Co. | Southern Roof Deck Co. |
| Winston-Salem | Boys & Girls Dormitories #2 N.C. School of Apartments | C.W. Kirkland Co. | Winston-Salem | South Forsyth School | Bonitz |

## NORTH DAKOTA

| City | Job | Applicator | City | Job | Applicator |
|---|---|---|---|---|---|
| Fort Yates | Indian Agency School | L.R. Fay Construction Co. | | | |

## OHIO

| City | Job | Applicator | City | Job | Applicator |
|---|---|---|---|---|---|
| Ada | Pharmacy Bldg., Ohio Northern College | Hoge-Warren-Zimmermann | Cincinnati | St. Xavier University School Bldg. | Hoge-Warren-Zimmermann |
| Cincinnati | Cincinnati Gas & Electric Co. | Hoge-Warren-Zimmermann | Cincinnati | Shillitos Wholesale | Hoge-Warren-Zimmermann |
| Cincinnati | Dillonville Shopping Center | Hoge-Warren-Zimmermann | Cincinnati | Travelodge Motel | Hoge-Warren-Zimmermann |
| Cincinnati | General Electric | Hoge-Warren-Zimmermann | Cincinnati | West Avondale School | Hoge-Warren-Zimmermann |
| Cincinnati | High Rise Apartment Building Dupree House East | Hoge-Warren-Zimmermann | Cincinnati | Xavier University Center Building | Hoge-Warren-Zimmermann |
| Cincinnati | | | Columbus | State Highway Patrol Academy | Hoge-Warren-Zimmermann |
| Cincinnati | Killsdale Lot Speech School | Hoge-Warren-Zimmermann | Hamilton | Garfield High School | Hoge-Warren-Zimmermann |
| Cincinnati | Holiday Inn | Hoge-Warren-Zimmermann | Hillsboro | Hillsboro High School | Hoge-Warren-Zimmermann |
| Cincinnati | Holmes Hospital | Hoge-Warren-Zimmermann | Middletown | Miami University Middletown Extension | Hoge-Warren-Zimmermann |
| Cincinnati | Kroger Warehouse | | Milford | Bob Williams Chevrolet | Hoge-Warren-Zimmermann |
| Cincinnati | Lohrey Meat Packing Co. | Hoge-Warren-Zimmermann | Milford | Milford Shopping Center | Hoge-Warren-Zimmermann |
| Cincinnati | Our Lady of Victory | Hoge-Warren-Zimmermann | Toledo | St. Charles Church | Hoge-Warren-Zimmermann of Detroit |
| Cincinnati | St. Dominic School | Hoge-Warren-Zimmermann | | | |
| Cincinnati | St. George Hospital | Hoge-Warren-Zimmermann | Wilmington | Readiness Crew Building Clinton County A.F.B. | Hoge-Warren-Zimmermann |
| Cincinnati | St. Johns Evangelist Church | Hoge-Warren-Zimmermann | | | |

## OKLAHOMA

| City | Job | Applicator | City | Job | Applicator |
|---|---|---|---|---|---|
| Oklahoma City | Hoover Jr. High | Southwestern Roofing Co. | Tulsa | Oral Roberts University | Max True Plastering |
| Oklahoma City | Sheerton Motel | Standard Roofing & Materials | Tulsa | Tulsa Airport | Monarch Roofing Company |
| Tulsa | Flint Steel Plant | Empire Roofing Company | Tulsa | Tulsa Civic Center | Empire Roofing & Insulation |

## OREGON

| City | Job | Applicator | City | Job | Applicator |
|---|---|---|---|---|---|
| Eugene | Winston Churchill High School | Gale Roberts Co. | | | |

## PENNSYLVANIA

| City | Job | Applicator | City | Job | Applicator |
|---|---|---|---|---|---|
| Ashland | Ashland State Hospital | Joseph Kiorelli Co. | Plymouth Meeting | Plymouth Meeting Mall | J. B. Eirell Co. |
| Lock Haven | Lock Haven State College | Joseph Kiorelli Co. | Plymouth Meeting | Plymouth Meeting Shopping Center | Lightweight Concrete Co. |
| Millersville | Millersville Dining Hall | Joseph Kiorelli Co. | Stroudsburg | E. Stroudsburg Bank | Joseph Kiorelli Co. |
| Millsboro | Delaware Poultry Laboratory | J. B. Eurell Co. | University Park | Earth Science Building | Joseph Kiorelli Co. |
| Montgomery | Springfield F.L.M. School | J. B. Eurell Co. | | | |

## SOUTH CAROLINA

| City | Job | Applicator | City | Job | Applicator |
|---|---|---|---|---|---|
| Anderson | Anderson Memorial Hospital | Bonitz | Greenville | Woodside Westville School | Bonitz |
| Charleston | Greyhound | Southeastern | Simpsonville | Cryovac | Bonitz |
| Columbia | Columbia Overall | Bonitz | Sumter | Millwood School | Bonitz |
| George Town | George Town Hospital | Bonitz | | | |

## TENNESSEE

| City | Job | Applicator | City | Job | Applicator |
|---|---|---|---|---|---|
| Alcoa | Alcoa High School | Anning-Johnson | McMinville | Kittrell High School | Brown & Davies |
| Bells | Winter Garden Food Stores | Lyman Lamb | McMinville | Madisonville Publishing | Brown & Davies |
| Brentwood | Burney Tucker Residence | Brown & Davies | McMinville | McMinville Elementary School | Southeastern Roof Deck Co. |
| Burns | Burns School | Brown & Davies | Memphis | Christian Brothers High School | C.B. Staelens Co. |
| Chattanooga | Hamilton National Bank | Foam Crete Inc. | Memphis | Kingsbury High School | John A. Denie's Sons |
| Chattanooga | M. & J. Super Market Hickson Pike | Bonitz | Memphis | Memphis Dorm Christian Brothers College | C.B. Staelens Co. |
| Chattanooga | North Gate Shopping Center | Foam Crete Inc. | | | |
| Columbia | Columbia Power System | Brown & Davies | Memphis | Southland Mall | John A. Denie's Sons |
| Cookeville | Hotel, Sparta Highway | Brown & Davies | Memphis | Tri-State Construction Co. | John A. Denie's Sons |
| Dayton | Municipal Building | Foam Crete Inc. | Nashville | Diagnostic & Classification Center, Jordonia Rd. | Brown & Davies |
| Dickson | Dickson High School | Brown & Davies | | | |
| Elizabethton | E. Tennessee Undergarment | Tauscher Roof Deck Co. | Nashville | Fire Hall | Brown & Davies |
| Franklin | Battle Ground Academy | Brown & Davies | Nashville | Monticello School | Brown & Davies |
| Greenville | Greenville Junior High School | Tauscher Roof Deck Co. | Nashville | Nashville Boys' Club | Brown & Davies |
| Hiwasse | Hiwasse College | Anning-Johnson | Nashville | Nashville Display Co. | Brown & Davies |
| Johnson City | Colonial Nursing Home | Bonitz | Nashville | Santa-Fe School | Brown & Davies |
| Johnson City | Gordon Garment Co. | Tauscher Roof Deck Co. | Nashville | Vanderbilt Hospital | Brown & Davies |
| Knoxville | A.T.O. Fraternity U.T. | Anning-Johnson | Nashville | Wright Junior High School | Brown & Davies |
| Knoxville | Shell Oil Co. | Tauscher Roof Deck Co. | Smyrna | Smyrna School | Brown & Davies |
| Manchester | Colonial Shirt Factory | Southeastern Roof Deck Co. | | | |

WRG CLAIM NO. 10673 PID (MONTGOMERY, NC)

WC-77

---

**W. R. GRACE & CO. — GRACE**

**ZONOLITE**
CONSTRUCTION PRODUCTS DIVISION
P.O. BOX 7093 · CHICAGO, ILLINOIS 60680

| INVOICE DATE | INVOICE NO. | LOCATION | | PLANT | DIST. | TERRITORY | CUST. ORDER NO. | OUR ORDER NO. | BILL OF LADING NO. | CHECKED BY |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/23/70 | 40-303 | | L-032-123 | 655 | 655 | 553 | | HC-3570 | 3257 10/13/70 | |

SHIPPED FROM: High Point
SHIPPED VIA: 2627? J. E. Rogers Leasing Co.

SOLD TO:
Shields, Inc.
P. O. Box 209
Winston-Salem, N. C. 27102

SHIP TO:
Same
c/o Kern-Heaver Contractor
Montgomery Mem. Hosp.
Troy, N. C.

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | BAGS INSULATING FILL | (  -01-01-1-02) | | |
| | | BAGS ATTIC INSULATION | (  -01-02-1-04) | | |
| | | BAGS MASONRY FILL | (  -04-01-1-02) | | |
| | | BAGS PLAIN CONCRETE AGGREGATE | (-02-02-1-02) | | |
| | | BAGS STABILIZED CONCRETE AGGREGATE | (-02-01-1-02) | | |
| | | BAGS PLASTER AGGREGATE | (-03-01-1-02) | | |
| | | BAGS INDUSTRIAL INSULATION | (-07-01-1-02) | | |
| | | BAGS PERL-AG PLASTER | (35-09-02-1-02) | | |
| | | BAGS PERLITE CONCRETE AGGREGATE | (35-09-01-1-02) | | |
| 263 | 263 | Bags Mono-Kote (41-0601-1-19) | | 2.40/B | 631.20 |
| | | | | TOTAL | $631.20 |

E 12.00   ☐ NO CASH DISCOUNT — NET 30 DAYS
CASH DISCOUNT ALLOWED IF PAID BY 11/2/70

N. C. 152

DISTRICT MANAGER

PLEASE MAKE ALL REMITTANCES PAYABLE TO CONSTRUCTION PRODUCTS DIVISION, W. R. GRACE & CO.