# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| W. R. GRACE & CO., et al. | ) Chapter 11 |
| | ) |
| Debtors. | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |

## ORDER DISALLOWING AND EXPUNGING MACERICH FRESNO LIMITED PARTNERSHIP'S CLAIM

AND NOW, this ___ day of _____, 2007, it is ORDERED, ADJUDGED, and DECREED that Claim Number 12758 is hereby disallowed and expunged.

_____
Judith K. Fitzgerald
United States Bankruptcy Judge