# Exhibit 1

# W.R. GRACE - CANADA CLAIMS - OBECTIONS

| Claim # | Claimant Name | Property Address | Canadian Providence | |
|---|---|---|---|---|
| 11322 | HAMILTON DISTRICT SCHOOL BOARD - SHERWOOD SECONDARY | 25 HIGH STREET, HAMILTON ON L8T3Z4 | Ontario | |
| 11323 | HAMILTON DISTRICT SCHOOL BOARD - SCOTT PARK | 1055 KING STREET WEST HAMILTON ON L8M1E2 | Ontario | |
| 11618 | HUDSON S BAY COMPANY -ZELLERS 347 | 1735 WEST ARTHUR STREET THUNDERBAY ON P7E5S2 | Ontario | |
| 11620 | WINNIPEG -REDCLIFFF (354401 ALBERTA LTD) | 287 BROADWAY WINNIPEG MB R3C0R9 | Manitoba | |
| 11627 | SCHOOL DISTRICT 68 NANAIMO LADYSMITH - NANAIMO SR | 3955 WAKESIAH AVE NANAIMO BC V9R3K5 | British Columbia | |
| 11632 | SCHOOL DISTRICT 68 NANAIMO LADYSMITH - WOODLANDS | 1270 STRATHMORE STREET NANAIMO BC V9S2I9 | British Columbia | |
| 11678 | HAMILTON DISTRICT SCHOOL BOARD - PAULINE JOHNSON | 25 HUMMINGBIRD LANE HAMILTON TN L9A4B1 | Ontario | |
| 11680 | HAMILTON DISTRICT SCHOOL BOARD - SHERWOOD HEIGHTS | 105 HIGH STREET HAMILTON ON L8T3Z4 | Ontario | |
| 11681 | HAMILTON DISTRICT SCHOOL BOARD - SIR ALAN MACNAB | 145 MAGNOLIA DRIVE HAMILTON ON L9C5P4 | Ontario | |
| 11682 | HAMILTON DISTRICT SCHOOL BOARD - SIR JOHN A. MACDONALD | 130 YORK BOULEVARD HAMILTON ON L8R1Y5 | Ontario | |
| 11683 | HAMILTON DISTRICT SCHOOL BOARD - WESTDALE | 700 MAIN STREET WEST HAMILTON ON L8S1A5 | Ontario | |
| 11684 | HAMILTON DISTRICT SCHOOL BOARD - WESTVIEW | 60 ROLSTON DRIVE HAMILTON ON L9C3X7 | Ontario | |
| 12293 | CALGARY BOARD OF EDUCATION - SOUTHWOOD ELEMENTARY | 898 SYLVESTER CRES SW CALGARY AB T2W0R7 | Alberta | |
| 12303 | TORONTO DISTRICT SCHOOL BOARD - BLOOR COLLEGIATE INSTITUTE | 1141 BLOOR STREET WEST TORONTO ON | Ontario | |
| 12304 | TORONTO DISTRICT SCHOOL BOARD - DEER PARK | 23 FERNDALE AVENUE TORONTO ON M4T2B4 | Ontario | |
| 12305 | TORONTO DISTRICT SCHOOL BOARD - DEWSON | 65 CONCORD AVENUE TORONTO ON M6H2N9 | Ontario | |
| 12306 | TORONTO DISTRICT SCHOOL BOARD - ELM LEA JR | 50 HEADRIAN DRIVE TORONTO ON M9W1V4 | Ontario | |
| 12307 | TORONTO DISTRICT SCHOOL BOARD - FAIRMOUNT | 31 SLOLEY ROAD TORONTO ON M1M1C7 | Ontario | |
| 12308 | TORONTO DISTRICT SCHOOL BOARD - HUMBERSIDE | 280 QUEBEC AVENUE TORONTO ON | Ontario | |
| 12309 | TORONTO DISTRICT SCHOOL BOARD - INDIAN ROAD CRESCENT JR | 285 INDIAN ROAD CRESCENT TORONTO ON | Ontario | |
| 12310 | TORONTO DISTRICT SCHOOL BOARD - MONARCH PARK | 1 HANSON STREET TORONTO ON | Ontario | |

| Claim # | Claimant Name | Property Address | Canadian Providence | |
|---|---|---|---|---|
| 12311 | TORONTO DISTRICT SCHOOL BOARD - OAKWOOD COLLEGIATE | 991 ST CLAIR AVENUE WEST TORONTO ON | Ontario | |
| 12312 | TORONTO DISTRICT SCHOOL BOARD - OLD ADMINISTRATION | 155 COLLEGE STREET TORONTO ON | Ontario | |
| 12313 | TORONTO DISTRICT SCHOOL BOARD - PERTH AVE JR | 14 RUSKIN AVENUE TORONTO ON  M6P3P8 | Ontario | |
| 12314 | TORONTO DISTRICT SCHOOL BOARD - QUEEN ALEXANDRA | 181 BROADVIEW AVE TORONTO ON  M4M2G3 | Ontario | |
| 12315 | TORONTO DISTRICT SCHOOL BOARD - RODEN JR | 151 HIAWATHA ROAD TORONTO ON  M4L2Y1 | Ontario | |
| 12316 | TORONTO DISTRICT SCHOOL BOARD - WESTERN TECH | 125 EVELYN CRESCENT TORONTO ON  M6P3E3 | Ontario | |
| 12317 | TORONTO DISTRICT SCHOOL BOARD - WITHROW | 25 BAIN AVENUE TORONTO ON | Ontario | |
| 12322 | WILLIAM OSLER HEALTH CENTRE | 101 HUMBER COLLEGE BOULEVARD ETOBICOKE ON  M9V1R8 | Ontario | |
| 12329 | UNIVERSITY OF GUELPH | 488 GORDON STREET GUELPH ON  N1G2W1 | Ontario | |
| 12331 | CALGARY BOARD OF EDUCATION - SIR JAMES LOUGHEED | 3519 36 AVE SW CALGARY AB  T3E1C2 | Alberta | |
| 12346 | CITY OF VANCOUVER - PARKADE | 700 GEORGIA STREET VANCOUVER BC | British Columbia | |
| 12348 | CALGARY BOARD OF EDUCATION - COLONEL IRVINE JR HIGH | 412-NORTHMOUNT DR NW CALGARY AB  T2K3H6 | Alberta | |
| 12368 | MC MASTER UNIVERSITY | 1280 MAIN STREET WEST HAMILTON ON  L8S4M3 | Ontario | |
| 12377 | EDMONTON PUBLIC SCHOOLS - DELTON | 12126 89 STREET EDMONTON AB  T5B3W4 | Alberta | |
| 12388 | EDMONTON PUBLIC SCHOOLS - ALLENDALE | - 6415 106 STREET EDMONTON AB  T6H2V5 | Alberta | |
| 12394 | EDMONTON PUBLIC SCHOOLS - BONNIE DOON | 8205 90 AVENUE EDMONTON AB  T6C1N8 | Alberta | |
| 12395 | CARLETON UNIVERSITY - MCODORUM LIBRARY | 1125 COLONEL BY DRIVE OTTAWA ON  K1S5B6 | Ontario | |
| 12396 | FAIRMAIL LEASEHOLD INC - CADILLAC FAIRVIEW MALL | FAIRMAIL 1800 SHEPPARD AVE E, STE330 P.O BOX 330 | Ontario | |
| 12400 | CITY OF EDMONTON - CLARKE STADIUM | 11000 STADIUM ROAD EDMONTON AB | Alberta | |
| 12401 | CITY OF EDMONTON - DAVIES TRANSIT | 5710 86 STREET EDMONTON AB  T6E2X3 | Alberta | |
| 12410 | CALGARY BOARD OF EDUCATION - BRIAR HILL ELEMENTARY | 1233 21ST STREET NW CALGARY AB  T2N2L8 | Alberta | |

| Claim # | Claimant Name | Property Address | Canadian Providence | |
|---|---|---|---|---|
| 12412 | CALGARY BOARD OF EDUCATION - CAMBRIAN HEIGHTS ELEM | 640 NORTHMOUNT DR NW CALGARY AB  T2K3J5 | Alberta | |
| 12421 | OXFORD PROPERTIES - EDMONTON CENTRE, 10025-102 AVENUE | 10025-102 AVENUE EDMONTON AB  T5J2Z1 | Alberta | |
| 12422 | OXFORD PROPERTIES - EDMONTON CITY CENTRE EAST | EDMONTON CITY CENTRE BETWEEN 100/101/102 & 102A ST | Alberta | |
| 12423 | OXFORD PROPERTIES - EDMONTON CENTE - TD TOWER | 10088-102 AVENUE EDMONTON AB  T5J2Z1 | Alberta | |
| 12427 | MORGUARD INVESTMENTS LIMITED - 55 CITY CENTRE DRIVE | 55 CITY CENTRE DRIVE MISSISSAUGA ON  L5B1M3 | Ontario | |
| 12430 | MORGUARD INVESTMENTS LIMITED  - 7 OAKS MALL | 201-32900 SOUTH FRASER WAY ABBOSTSFORD BC | British Columbia | |
| 12438 | CALGARY BOARD OF EDUCATION - VINCENT MASSEY JR HIGH | 939 45TH ST SW CALGARY AB  T3C2B9 | Alberta | |
| 12439 | CALGARY BOARD OF EDUCATION - VISCOUNT BENNETT | 2519 RICHMOND ROAD SW CALGARY AB  T3E4M2 | Alberta | |
| 12440 | CALGARY BOARD OF EDUCATION - WESTERN CANADA HIGH | 641 17TH AVENUE SW CALGARY AB  T2S0B5 | Alberta | |
| 12442 | CALGARY BOARD OF EDUCATION - WILDWOOD ELEM | 120 45TH STREET SW CALGARY AB  T3C2B3 | Alberta | |
| 12443 | CALGARY BOARD OF EDUCATION - WILLIAM ABERHART | 3009 MORLEY TRAIL NW CALGARY AB  T2M4G9 | Alberta | |
| 12454 | CALGARY BOARD OF EDUCATION - JAMES FOWLER HIGH | 4004-4TH ST. NW CALGARY AB  T2K1A1 | Alberta | |
| 12457 | CALGARY BOARD OF EDUCATION - KINGSLAND ELEM | 7430 5TH STREET SW CALGARY AB  T2V1B1 | Alberta | |
| 12476 | CITY OF VANCOUVER - QUEEN ELIZABETH PLAYHOUSE & THEATRES | 649-695 CAMBIE VANCOUVER BC | British Columbia | |
| 12489 | CITY OF EDMONTON - CENTURY PLACE | 9803 102A AVENUE EDMONTON AB  T5J3A3 | Alberta | |
| 12490 | ATLANTIC SHOPPING CENTRES LTD | 2000 BARRINGTON STREET HALIFAX NS  B3J3K1 | Nova Scotia | |
| 12491 | AVALON EAST SCHOOL BOARD - HAZELWOOD ELEM | 391 TOPSAIL ROAD ST JOHN S NL  A1E2B7 | Newfoundland | |
| 12493 | HEALTH CARE CORPORATION OF ST.JOHN'S | 300 PRINCE PHILIP DRIVE ST JOHN S NL  A1B3V6 | Newfoundland | |
| 12496 | EDMONTON PUBLIC SCHOOLS - PRINCE RUPERT | 11515 113 AVENUE EDMONTON AB  T5G0J3 | Alberta | |
| 12498 | EDMONTON PUBLIC SCHOOLS - QUEEN ALEXANDRA | 7730 106 STREET EDMONTON AB  T6G0X4 | Alberta | |
| 12500 | EDMONTON PUBLIC SCHOOLS - RITCHIE SCHOOL | 9750 74 AVENUE EDMONTON AB  T6J1T4 | Alberta | |

| Claim # | Claimant Name | Property Address | Canadian Providence | |
|---|---|---|---|---|
| 12501 | EDMONTON PUBLIC SCHOOLS - ROSS SHEPPARD | 13546 111 AVENUE EDMONTON AB  T5M2P2 | Alberta | |
| 12503 | EDMONTON PUBLIC SCHOOLS - SHERBROOK | 12245 131 STREET EDMONTON AB  T5L1M8 | Alberta | |
| 12525 | HUDSON BAY COMPANY - BAY 1120/WINNIPEG | 450 PORTAGE AVENUE WINNIPEG MB  R3C0E7 | Manitoba | |
| 12526 | HUDSON'S BAY COMPANY - BAY 1144/CALGARY | 3625 SHAGANAPPI TRAIL NORTH WEST CALGARY AB  T3A0E6 | Alberta | |
| 12527 | HUDSON'S BAY COMPANY - BAY 1162/ABBOTSFORD | 32900 SOUTH FRASER WAY ABBOTSFORD BC  V2C5A1 | British Columbia | |
| 12528 | HUDSON'S BAY COMPANY - BAY 1164/CALGARY | 100 ANDERSON ROAD SOUTH EAST CALGARY | Alberta | |
| 12530 | HUDSON'S BAY COMPANY - BAY 1634/OTTAWA | 100 BAYSHORE DRIVE OTTAWA ON  K2B8C1 | Ontario | |
| 12531 | HUDSON'S BAY COMPANY - ZELLERS 17/OTTAWA | 100 BAYSHORE DRIVE UNIT 10 OTTAWA ON  K2B8C1 | Ontario | |
| 12532 | HUDSON'S BAY COMPANY - ZELLERS 435/CALGARY | 3625 SHAGANAPPI TRAIL NORTH WEST-ZELLER 435 CALGARY AB  T3A0E6 | Alberta | |
| 12534 | GREAT WEST LIFE - COMMERCE COURT WEST | 199 BAY STREET, COMMERCE COURT WEST TORONTO ON  M5L1E2 | Ontario | |
| 12536 | CANADIAN IMPERIAL BANK OF COMMERCE | 215 WATER STREET ST JOHN S NL  A1C6C9 | Newfoundland | |
| 12537 | EDMONTON PUBLIC SCHOOLS - PARKVIEW | 14313 92 STREET EDMONTON AB  T5R3B3 | Alberta | |
| 12541 | EDMONTON PUBLIC SCHOOLS - NEWTON | 5523 122 AVENUE EDMONTON AB  T5W1S3 | Alberta | |
| 12542 | EDMONTON PUBLIC SCHOOLS - NORTH EDMONTON | 6920 128 AVENUE EDMONTON AB  T5C1S7 | Alberta | |
| 12546 | EDMONTON PUBLIC SCHOOLS - STRATHCONA | 10450 72 AVENUE EDMONTON AB  T6E0Z6 | Alberta | |
| 12548 | EDMONTON PUBLIC SCHOOLS - VICTORIA | 10210 108 AVENUE EDMONTON AB  T5H1A8 | Alberta | |
| 12549 | EDMONTON PUBLIC SCHOOLS - WELLINGTON | 13160 127 STREET EDMONTON AB  T5L1B2 | Alberta | |
| 12554 | EDMONTON PUBLIC SCHOOLS - WOODCROFT | 13750 WOODCROFT AVENUE EDMONTON AB  T5T5X9 | Alberta | |
| 12557 | EDMONTON PUBLIC SCHOOLS - EASTGLEN | 11430 68 STREET EDMONTON AB  T5B1P1 | Alberta | |
| 12570 | CALGARY BOARD OF EDUCATION - BALMORAL JR HIGH | 220 16TH AVENUE CALGARY AB  T2M0H4 | Alberta | |
| 12576 | EDMONTON PUBLIC SCHOOLS - JA FIFE | 15004 76 STREET EDMONTON AB  T6C1C2 | Alberta | |

# W.R. GRACE - CANADA CLAIMS - OBECTIONS

| Claim # | Claimant Name | Property Address | Canadian Providence | |
|---|---|---|---|---|
| 12590 | CALGARY BOARD OF EDUCATION - PARKDALE ELEM | 728 32ND STREET NW CALGARY AB  T2N2V9 | Alberta | |
| 12591 | CALGARY BOARD OF EDUCATION - QUEEN ELIZABETH HIGH | 512 18TH STREET NW CALGARY AB  T2N2G5 | Alberta | |
| 13950 | HAMILTON DISTRICT SCHOOL BOARD - DELTA | 1284 MAIN STREET EAST HAMILTON ON  L8K1B2 | Ontario | |
| 14885 | CALGARY BOARD OF EDUCATION - ALTADORE ELEM | 4506 16TH STREET SW CALGARY AB  T2T4H9 | Alberta | |