## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: | ) |
| | ) |
| W.R. GRACE & CO., *et al.*, | ) |
| | ) |
| Debtors. | ) |
| | ) |
| | ) |
| | ) |

Chapter 11

Case No. 01-01139 (JKF)
Jointly Administered

Related to Docket Nos. 14150,
14203, and 14763

### NOTICE OF APPEAL

Baron & Budd, P.C., LeBlanc & Waddell, LLP., and Silber Pearlman, LLP.
appeal under 28 U.S.C. § 158(a) from (i) the Order on Certain Claimants' Firms'
Motion to Compel Claimants to Respond to the W.R. Grace & Co. Asbestos personal
Injury Questionnaire Pursuant to Fed. R. Bankr. P. 9023 and Alternative Request
for Entry of a Protective Order [D.I. 14763] ("Order on Motion to Reconsider")
entered on March 6, 2007, and (ii) the Supplemental Order Regarding Motions to
Compel Claimants to Respond to the W.R. Grace & Co. Personal Injury
Questionnaire [D.I. 14150] ("Supplemental Order on Motions to Compel") entered
on December 22, 2006.

The names of all parties to the order appealed from and the names,
addresses, and telephone numbers of their respective attorneys are as follows:[1]

---

[1] Parties are listed in two groups: parties to the Order on the Motion for Reconsideration and parties to the
Supplemental Order on the Motions to Compel. Certain other law firms were subject to Motions to Compel
but not on consulting expert grounds, and yet other law firms completed questionnaires but were not
subject to motions to compel. They are therefore not parties to either of the above orders and are not
listed as parties in this notice of appeal.

**Parties to the Order on the Motion to Reconsider:**

<u>Party:</u>                                          <u>Attorneys:</u>

**Appellants:**                                       Daniel K. Hogan, Esq. (No. 2814)
**Baron & Budd, P.C.**                                1311 Delaware Avenue
**LeBlanc & Waddell, LLP**                            Wilmington, Delaware 19806
**and Silber Pearlman, L.L.P.**                       (302) 656-7540

                                                      and

                                                      Sander L. Esserman
                                                      Van J. Hooker
                                                      David A. Klingler
                                                      David J. Parsons
                                                      Stutzman Bromberg Esserman & Plifka,
                                                      A Professional Corporation
                                                      2323 Bryan Street, Suite 2200
                                                      Dallas, Texas 75201
                                                      (214) 969-4900

**W.R. Grace & Co.,** *et al.* **(Debtors)**          Kirkland & Ellis LLP
                                                      David M. Bernick
                                                      Ellen T. Ahern
                                                      200 East Randolph Drive
                                                      Chicago, Illinois 60601
                                                      (312) 861-2000

                                                      Kirkland & Ellis LLP
                                                      Barbara M. Harding
                                                      David Mendelson
                                                      Brian T. Stansbury
                                                      Amanda C. Basta
                                                      655 Fifteenth St, NW
                                                      Washington, D.C. 20005
                                                      (202) 879-5000

                                                      Laura Davis Jones
                                                      James E. O'Neill
                                                      9191 North Market Street, 17th Floor
                                                      P.O. Box 8705
                                                      Wilmington, DE 19899-8705
                                                      (302) 652-4100

**Parties to the Supplemental Order on the Motions to Compel not Party to the Order on the Motion to Reconsider:**

**Edward O. Moody, P.A.**

Edward O. Moody, P.A.
801 West Fourth Street
Little Rock, AR 72201
(501) 376-0000

**Foster & Sear L.L.P.**

Daniel K. Hogan, Esq. (No. 2814)
1311 Delaware Avenue
Wilmington, Delaware 19806
(302) 656-7540

and

Sander L. Esserman
Van J. Hooker
David A. Klingler
David J. Parsons
Stutzman Bromberg Esserman & Plifka,
A Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
(214) 969-4900

**Motley Rice LLC**

John E. Herrick
Motley Rice, LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29465
(843) 216-9000

and

Susan E. Kaufman
Heiman, Gouge & Kaufman, LLP
800 King Street, Suite 303
P.O. Box 1674
Wilmington, DE 19899-1674
(302) 658-1800

| | |
|---|---|
| **Williams Bailey, L.L.P.** | Daniel K. Hogan, Esq. (No. 2814)<br>1311 Delaware Avenue<br>Wilmington, Delaware 19806<br>(302) 656-7540<br><br>and<br><br>Sander L. Esserman<br>Van J. Hooker<br>David A. Klingler<br>David J. Parsons<br>Stutzman Bromberg Esserman & Plifka,<br>A Professional Corporation<br>2323 Bryan Street, Suite 2200<br>Dallas, Texas 75201<br>(214) 969-4900 |
| **Cooney & Conway** | Kathy Byrne<br>Cooney & Conway<br>120 N. Lasalle St., 30th Floor<br>Chicago, IL 60602<br>(312) 236-6166 |
| **Hartley & O'Brien, PLLC** | R. Dean Hartley<br>Hartley & O'Brien, PLLC<br>The Wagner Building, 2001 Main Street<br>Wheeling, WV 26003<br>(304) 233 0777 |
| **Provost Umphrey, L.L.P.** | Daniel K. Hogan, Esq. (No. 2814)<br>1311 Delaware Avenue<br>Wilmington, Delaware 19806<br>(302) 656-7540<br><br>and<br><br>Sander L. Esserman<br>Van J. Hooker<br>David A. Klingler<br>David J. Parsons<br>Stutzman Bromberg Esserman & Plifka,<br>A Professional Corporation<br>2323 Bryan Street, Suite 2200<br>Dallas, Texas 75201<br>(214) 969-4900 |

4

| | |
|---|---|
| **The Law Offices of**<br>**Peter G. Angelos, P.C.** | Daniel K. Hogan, Esq. (No. 2814)<br>1311 Delaware Avenue<br>Wilmington, Delaware 19806<br>(302) 656-7540 |

and

Sander L. Esserman
Van J. Hooker
David A. Klingler
David J. Parsons
Stutzman Bromberg Esserman & Plifka,
A Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
(214) 969-4900

**Weitz & Luxenberg, P.C.**

Daniel K. Hogan, Esq. (No. 2814)
1311 Delaware Avenue
Wilmington, Delaware 19806
(302) 656-7540

and

Sander L. Esserman
Van J. Hooker
David A. Klingler
David J. Parsons
Stutzman Bromberg Esserman & Plifka,
A Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
(214) 969-4900

**Simmons Cooper, L.L.P.**

Daniel K. Hogan, Esq. (No. 2814)
1311 Delaware Avenue
Wilmington, Delaware 19806
(302) 656-7540

and

Sander L. Esserman
Van J. Hooker
David A. Klingler

David J. Parsons
Stutzman Bromberg Esserman & Plifka,
A Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
(214) 969-4900

**Wilentz, Goldman & Spitzer, P.A.**     Daniel K. Hogan, Esq. (No. 2814)
1311 Delaware Avenue
Wilmington, Delaware 19806
(302) 656-7540

and

Sander L. Esserman
Van J. Hooker
David A. Klingler
David J. Parsons
Stutzman Bromberg Esserman & Plifka,
A Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
(214) 969-4900

Dated: March 19, 2007

/s/ Daniel K. Hogan
Daniel K. Hogan (ID no. 2814)
**THE HOGAN FIRM**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone:  (302) 656-7540
Facsimile:  (302) 656-7599
E-mail:  dkhogan@dkhogan.com

Sander L. Esserman
Van J. Hooker
David A. Klingler
David J. Parsons
**STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A Professional Corporation**
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone:  (214) 969-4900
Facsimile:  (214) 969-4999

**COUNSEL FOR BARON & BUDD,
P.C., LEBLANC & WADDELL, LLP.
AND SILBER PEARLMAN, LLP.**