IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**ORDER GRANTING THE EMERGENCY MOTION OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS AND DAVID T. AUSTERN, THE COURT APPOINTED LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS TO COMPEL DEBTORS' PRODUCTION OF COMPLETE NAVIGABLE DATABASE**

Upon the motion dated March 19, 2007 (the "Motion") of the Official Committee of Asbestos Personal Injury Claimants and David T. Austern, the Court-appointed legal representative for future asbestos personal injury claimants (collectively, the "Movants") for the entry of an order, as set forth in the motion, to compel the Debtors to produce the entire navigable database prepared in connection with the Estimation of Asbestos Personal Injury Liabilities; and any responses, replies or other filings related thereto; and due and sufficient notice of the Motion having been provided; and upon due deliberation and sufficient cause appearing therefore:

IT IS HEREBY ORDERED THAT:

1. The Motion is hereby granted; and

2. The information that is contained in the Questionnaires, supplemental Questionnaires and all attachments thereto shall be compiled into a navigable database and made available to any parties to the estimation proceedings, including those parties' experts and advisors on or before April 13, 2007.

Date: _____, 2007    _____
                                           The Honorable Judith K. Fitzgerald
                                           United States Bankruptcy Judge

{D0081750.1}