# EXHIBIT 1

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 009893 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | McGill Hall | UC San Diego - La Jolla, CA 92093 | CA | C-2, D-2, D-4, D-6, E-1, F-1, F-2, |
| 009895 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Eschelman Hall | UC Berkeley - Berkeley, CA 94720 | CA | C-2, D-1 (c), D-2, D-4, D-6, E-1, F-1, F-2, |
| 009896 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Etcheverey Hall | UC Berkeley - Berkeley, CA 94720 | CA | C-2, C-3 (e), D-1 (c), D-2, D-4, D-6, E-1, F-1, F-2, |
| 009897 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Kroeber | UC Berkeley - Berkeley, CA 94720 | CA | C-2, D-1 (c), D-2, D-4, D-6, E-1, F-1, F-2, |
| 009909 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Campbell Hall | UC Berkeley - Berkeley, CA 94720 | CA | C-2, D-1 (c), D-2, D-4, D-6, E-1, F-1, F-2, |
| 009910 | Regents Of The University Of California 101 | Daniel A Speights | Speights & Runyan | Davis Hall | UC Berkeley - Berkeley, CA 94720 | CA | C-2, D-1 (c), D-2, D-4, D-6, E-1, F-1, F-2, |
| 009911 | Anderson Memorial Hospital | Daniel A Speights | Speights & Runyan | Various | Various Locations Worldwide | N/A | C-1 (a), C-1 (e), C-2, C-3 (b), C-3 (e), D-2, D-6, E-1, |
| 009912 | Kark-TV, Inc. And Morris Multimedia, Inc. | Daniel A Speights | Speights & Runyan | (East Building) | Third And Louisiana Streets Little Rock, AR 72201 | AR | C-3 (d), D-2, D-4, D-6, E-1, F-2, |
| 009913 | Kark-TV, Inc. And Morris Multimedia, Inc. | Daniel A Speights | Speights & Runyan | (West Annex) | Third And Center Streets Little Rock, AR 72201 | AR | C-3 (d), D-2, D-4, D-6, E-1, F-2, |
| 009914 | Anderson Memorial Hospital | Daniel A Speights | Speights & Runyan | Various | Various Locations Statewide SC | SC | C-1 (a), C-1 (e), C-2, C-3 (c), C-3 (e), D-1 (b), D-2, D-6, E-1, F-2, |
| 009915 | Hyatt Corporation Etc | Daniel A Speights | Speights & Runyan | Hyatt Regency San Francisco | 5 Embarcadero San Francisco, CA 94111 | CA | C-2, D-2, D-6, E-1, F-2, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 010700 | St. Joseph Hill Infirmary | Amanda G Steinmeyer | Speights & Runyan | St. Joseph Hill Infirmary | St. Louis MO | MO | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 010722 | Manufacturer Hanover | Amanda G Steinmeyer | Speights & Runyan | | Bridge Plazer North At 41st Street Long Island City, NY | NY | C-2, D-2, D-6, E-1, F-2, |
| 010746 | St. Mary's Hospital | Amanda G Steinmeyer | Speights & Runyan | St. Mary's Hospital | 1st Avenue & 29th Street Huntington WV | WV | C-2, C-3 (d), D-2, D-5, D-6, E-1, F-2, |
| 010747 | Friendly Homes | Amanda G Steinmeyer | Speights & Runyan | | 3156 East Avenue Rochester NY | NY | C-2, D-2, D-6, E-1, F-2, |
| 010749 | Glen Oak Country Club | Amanda G Steinmeyer | Speights & Runyan | Glen Oak Country Club | 151 Post Avenue Old Westberry, NY | NY | C-2, D-2, D-6, E-1, F-2, |
| 010757 | Sutter Place Office Building | Amanda G Steinmeyer | Speights & Runyan | Sutter Place Office Building | San Francisco, CA | CA | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 010758 | Oakwood Hospital | Amanda G Steinmeyer | Speights & Runyan | Oakwood Hospital | Dearborn, MI | MI | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 010762 | Founders Plaza | Amanda G Steinmeyer | Speights & Runyan | Founders Plaza | Gilbert Street Hartford, CT | CT | C-2, D-2, D-5, D-6, E-1, F-2, |
| 010767 | Oneida Co. Office Building | Amanda G Steinmeyer | Speights & Runyan | Oneida Co. Office Building | Oneida, NY | NY | C-2, D-2, D-6, E-1, F-2, |
| 010789 | Manor Oak #2 | Amanda G Steinmeyer | Speights & Runyan | Manor Oak #2 | Greentree, PA | PA | C-2, D-2, D-6, E-1, F-2, |
| 010805 | San Leandro Memorial Hospital | Amanda G Steinmeyer | Speights & Runyan | San Leandro Memorial Hospital | 2800 Benedict Drive San Leandro, CA | CA | C-2, C-3 (d), D-1 (a), D-2, D-6, E-1, F-2, |
| 010885 | Four Embarcadero Center | Amanda G Steinmeyer | Speights & Runyan | Four Embarcadero Center | Four Embarcadero Center San Francisco, CA 94111 | CA | C-2, C-3 (e), D-2, D-3, D-6, E-1, F-2, |
| 010886 | Three Embarcadero Center | Amanda G Steinmeyer | Speights & Runyan | Three Embarcadero Center | Three Embarcadero Center San Francisco, CA 94111 | CA | C-2, C-3 (e), D-2, D-3, D-6, E-1, F-2, |
| 010930 | Pacific Freeholds | Amanda G Steinmeyer | Speights & Runyan | | 100 Pine Street San Francisco, CA 94111 | CA | C-2, C-3 (e), D-2, D-4, D-6, E-1, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 010947 | Cayuga Co. Office Building | Amanda G Steinmeyer | Speights & Runyan | Cayuga Co. Office Building | Auburn, NY | NY | C-2, D-2, D-6, E-1, F-2, |
| 010952 | Ruden Job | Amanda G Steinmeyer | Speights & Runyan | | 1 Madison Square 25th & Madison New York, NY | NY | C-2, D-2, D-6, E-1, F-2, |
| 010960 | Ruden Management | Amanda G Steinmeyer | Speights & Runyan | | 26th Street & Madison Avenue New York, NY | NY | C-2, D-2, D-6, E-1, F-2, |
| 010962 | Children's Hospital | Amanda G Steinmeyer | Speights & Runyan | Children's Hospital | Corner Of 5th & Desoto Pittsburgh, PA | PA | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 010995 | North Arkansas Regional Medical Center | Amanda G Steinmeyer | Speights & Runyan | North Arkansas Regional Medical Center | 620 N. Willow Harrison, AR 72601 | AR | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 010998 | St. Luke's Hospital | Amanda G Steinmeyer | Speights & Runyan | St. Luke's Hospital | Fountain Hill Section Bethlehem PA | PA | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 011003 | Schuyler Hospital | Amanda G Steinmeyer | Speights & Runyan | Schuyler Hospital | Montour Falls, NY | NY | C-2, D-2, D-6, E-1, F-2, |
| 011005 | YWCA Of The Hartford Region | Amanda G Steinmeyer | Speights & Runyan | | Hartford, CT | CT | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 011008 | Anderson Memorial Hospital | Amanda G Steinmeyer | Speights & Runyan | Anderson Memorial Hospital | 800 North Fant Anderson, SC 29261 | SC | C-2, D-2, D-5, D-6, E-1, F-2, |
| 011009 | 211 Main Street Building | Amanda G Steinmeyer | Speights & Runyan | 211 Main Street Building | 211 Main Street San Francisco, CA 94105 | CA | C-2, D-2, D-6, E-1, F-2, |
| 011010 | Ruden Building | Amanda G Steinmeyer | Speights & Runyan | Ruden Building | 41 Madison Avenue New York, NY | NY | C-2, D-2, D-6, E-1, F-2, |
| 011018 | Santa Teresa Medical Office Building | Amanda G Steinmeyer | Speights & Runyan | Santa Teresa Medical Office Building | San Jose, CA | CA | C-2, C-3 (e), D-2, D-6, E-1, F-2, |
| 011026 | John Muir Hospital | Amanda G Steinmeyer | Speights & Runyan | John Muir Hospital | 1601 Ygnacid Valley Road Walnut Creek, CA 94598 | CA | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 011027 | Bergdorf Building | Amanda G Steinmeyer | Speights & Runyan | Bergdorf Building | 80 Coventry Street Hartford, CT 06112 | CT | C-2, C-3 (d), D-2, D-5, D-6, E-1, F-2, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 011036 | Two Allegheny Center | Amanda G Steinmeyer | Speights & Runyan | Two Allegheny Center | Allegheny Center Pittsburgh, PA 15212 | PA | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 011037 | One Allegheny Center | Amanda G Steinmeyer | Speights & Runyan | One Allegheny Center | Allegheny Center Pittsburgh, PA 15212 | PA | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 011039 | Fort Smith Convention Ctr & Civic Auditorium | Amanda G Steinmeyer | Speights & Runyan | Fort Smith Convention Ctr & Civic Auditorium | 55 South 7th Street Fort Smith, AR 72902 | AR | C-2, C-3 (e), D-2, D-6, E-1, F-2, |
| 011046 | Midcenters Of America | Amanda G Steinmeyer | Speights & Runyan | | Omaha, NE | NE | C-2, D-2, D-6, E-1, F-2, |
| 011055 | Folger Building #2 | Amanda G Steinmeyer | Speights & Runyan | Folger Building #2 | San Francisco, CA | CA | C-2, D-2, D-6, E-1, F-2, |
| 011066 | Palos Hospital | Amanda G Steinmeyer | Speights & Runyan | Palos Hospital | Palos, IL | IL | C-2, C-3 (d), D-2, D-5, D-6, E-1, F-2, |
| 011104 | Chicago Historical Society | Amanda G Steinmeyer | Speights & Runyan | | Chicago, IL | IL | C-2, D-2, D-5, D-6, E-1, F-2, |
| 011105 | Westmoreland Hospital | Amanda G Steinmeyer | Speights & Runyan | Westmoreland Hospital | Greenburg, PA | PA | C-2, D-2, D-6, E-1, F-2, |
| 011106 | Titusville Hospital | Amanda G Steinmeyer | Speights & Runyan | Titusville Hospital | Titusville PA | PA | C-2, D-2, D-6, E-1, F-2, |
| 011110 | Captain Cook Hotel | Amanda G Steinmeyer | Speights & Runyan | Captain Cook Hotel | 5th & K Street Anchorage, AK | AK | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 011124 | Lacrosse Lutheran Hospital | Amanda G Steinmeyer | Speights & Runyan | Lacrosse Lutheran Hospital | Lacrosse, WI | WI | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 011128 | Arkansas Baptist Medical Center | Amanda G Steinmeyer | Speights & Runyan | Arkansas Baptist Medical Center | Little Rock, AR | AR | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 011133 | Abbeville Hospital | Amanda G Steinmeyer | Speights & Runyan | Abbeville Hospital | Abbeville LA | LA | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 011144 | Farrell Hospital | Amanda G Steinmeyer | Speights & Runyan | Farrell Hospital | Titusville, PA | PA | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 011151 | St. Anthony's Hospital | Amanda G Steinmeyer | Speights & Runyan | St. Anthony's Hospital | Carroll, IA | IA | C-2, C-3 (d), D-2, D-5, D-6, E-1, F-2, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 011153 | YMCA | Amanda G Steinmeyer | Speights & Runyan | | 8th & Grand Des Moines, IA | IA | C-2, D-2, D-5, D-6, E-1, F-2, |
| 011158 | Fulton County Health Center | Amanda G Steinmeyer | Speights & Runyan | Fulton County Health Center | S. Snoop Avenue Wausein OH | OH | C-2, D-2, D-6, E-1, F-2, |
| 011179 | Investment Tower Job | Amanda G Steinmeyer | Speights & Runyan | | 1801 E. Ninth Street Cleveland, OH | OH | C-2, D-2, D-6, E-1, F-2, |
| 011194 | St. Vincent's Hospital | Amanda G Steinmeyer | Speights & Runyan | St. Vincent's Hospital | Erie PA | PA | C-2, D-2, D-6, E-1, F-2, |
| 011200 | Scottish Rights Cad. Temple | Amanda G Steinmeyer | Speights & Runyan | Scottish Rights Cad. Temple | West & Linden Streets Allentown, PA | PA | C-2, D-2, D-6, E-1, F-2, |
| 011207 | Lafayette Memorial Hospital | Amanda G Steinmeyer | Speights & Runyan | Lafayette Memorial Hospital | Lafayette LA | LA | C-2, D-2, D-6, E-1, F-2, |
| 011226 | West Jersey Hospital | Amanda G Steinmeyer | Speights & Runyan | West Jersey Hospital | Voorhees Township, NJ | NJ | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 011227 | Teresa Office Building | Amanda G Steinmeyer | Speights & Runyan | Teresa Office Building | San Jose, CA | CA | C-2, C-3 (d), D-2, D-6, E-1, F-2, |
| 011243 | St. Joseph's Hospital | Amanda G Steinmeyer | Speights & Runyan | St. Joseph's Hospital | 555 E. Markel Street Elmira NY 14901 | NY | C-2, D-2, D-6, E-1, F-2, |
| 011253 | YMCA | Amanda G Steinmeyer | Speights & Runyan | | NE | NE | C-1 (a), C-2, D-2, D-6, E-1, F-2, |
| 011257 | Lehigh Tile/Marble Warehouse | Amanda G Steinmeyer | Speights & Runyan | Lehigh Tile/marble Warehouse | 335 N. 7th Street Allentown, PA | PA | C-2, C-3 (e), D-2, D-6, E-1, F-2, |
| 011262 | McKenzie Hospital | Amanda G Steinmeyer | Speights & Runyan | McKenzie Hospital | Eugene, OR | OR | C-2, C-3 (e), D-2, D-6, E-1, F-2, |
| 011322 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Sherwood Secondary School | 25 High Street Hamilton, ON L8l3z4 | ON (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 011323 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Scott Park Secondary | 1055 King Street West Hamilton, ON L8m1e2 | ON (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |

| Claim Number | Claimant Name | Counsel | Firm Name | Building Name | Property Address | State | 15th Omnibus Objection |
|---|---|---|---|---|---|---|---|
| 011384 | Keller Memorial Hospital | Amanda G Steinmeyer | Speights & Runyan | Keller Memorial Hospital | Fayette, MO | MO | C-2, D-2, D-6, E-1, F-2, |
| 011389 | Garden State Hospital | Amanda G Steinmeyer | Speights & Runyan | Garden State Hospital | Evesham Township, NJ | NJ | C-2, C-3 (e), D-2, D-6, E-1, F-2, |
| 011405 | Albany Ave Library Nka Hartford Ct Public Library | Amanda G Steinmeyer | Speights & Runyan | Albany Ave Library Nka Hartford Ct Public Library | Albany Avenue Hartford, CT | CT | C-2, C-3 (d), D-2, D-5, D-6, E-1, F-2, |
| 011422 | Buffalo Memorial Hospital | Amanda G Steinmeyer | Speights & Runyan | Buffalo Memorial Hospital | Mondovi, WI | WI | C-2, D-2, D-6, E-1, F-2, |
| 011428 | Presidential Towers Condo fka Americana | Amanda G Steinmeyer | Speights & Runyan | Presidential Towers Condo FKA Americana | 1836 Metsercit Road Adelphi, MD 20783 | MD | C-2, D-2, D-6, E-1, F-2, |
| 011550 | Dodge County Hospital Job | Daniel A Speights | Speights & Runyan | Dodge County Hospital | Eastman GA | GA | C-2, C-3 (d), D-2, D-5, D-6, E-1, F-2, |
| 011555 | Carson Pierre Scott | Daniel A Speights | Speights & Runyan | Carson Pierre Scott Store | Waukegan, IL | IL | C-2, D-2, D-5, D-6, E-1, F-2, |
| 011572 | Harry C Levy Gardens | Daniel A Speights | Speights & Runyan | | Las Vegas, NV | NV | C-2, C-3 (d), D-2, D-5, D-6, E-1, F-2, |
| 011618 | Hudson's Bay Company Zellers | Daniel A Speights | Speights & Runyan | | 1735 West Arthur Street Thunderbay, ON P7e5s2 | ON (Canada) | C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |
| 011620 | 354401 Alberta LTD. C/O Redcliff Realty Management Inc. | Daniel A Speights | Speights & Runyan | | 287 Broadway Winnipeg, MB R3c0r9 | MB (Canada) | C-2, D-2, D-3, D-4, D-6, E-1, F-2, F-5, |
| 011627 | School District 68 Nanaimo-Ladysmith | Daniel A Speights | Speights & Runyan | Nanaimo Senior Secondary | 3955 Wakesiah Ave Nanaimo, BC V9r3k5 | BC (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 011632 | School District 68 Nanaimo-Ladysmith | Daniel A Speights | Speights & Runyan | Woodlands Secondary | 1270 Strathmore Street Nanaimo, BC V9s2i9 | BC (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 011664 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | Ancaster High School | 374 Jerseyville Road West Hamilton, ON L9g2k8 | ON (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |