# Exhibit 3

Roger G. Morse

Page 1

```
 1
 2              IN THE US BANKRUPTCY COURT
 3          FOR THE DISTRICT OF DELAWARE
 4
    IN RE:                        )
 5                                ) Chapter 11
    W.R. GRACE & CO., et al.  )  No. 01-01139
 6                                )        (JKF)
                   Debtors.       )
 7  --------------------------------)
 8                                          ORIGINAL
 9
10
11          DEPOSITION OF ROGER G. MORSE
12                New York, New York
13                  March 1, 2007
14
15
16
17
18
19
20
21
22
23
    Reported by:
24  PAMELA J. MAZZELLA, RPR
    JOB NO. 191790A
25
```

Roger G. Morse

Page 46

1                   Morse

2      A.    No, it was primarily the written

3 media.

4      Q.    And a variety of types of written

5 media, correct?

6      A.    Yes.

7      Q.    And I assume it is fair to say you

8 don't have the physical circulation lists for

9 each of those media from 1965 to 1995?

10     A.    Some we do, some we don't.   It

11 would depend upon how available that

12 information was.

13     Q.    Which one do you have it for?

14     A.    For some of the newspapers we have

15 circulation area.  For some of the magazines

16 I think I we have the circulation area.  Some

17 of them are within certain groups, like

18 Architectural Magazine, and you have to be in

19 BOMA membership to get Sky Lines, that sort

20 of thing.  So for some of the documents we

21 have that, but not for all.

22     Q.    Let's see if we can again cut

23 through this.  You don't know if a building

24 owner in Harrison, Arkansas read the Times,

25 do you?

Roger G. Morse

1                    Morse

2        A.    No, I can't know that.

3        Q.    Or the Post?

4        A.    That's correct.

5        Q.    Or the Engineering News Record?

6        A.    What a particular individual read,

7 the specific documents that he read, I can't

8 know that, but he would be reading in his

9 local newspaper news that came from the Times

10 or Times News Service or UPI and the news

11 services like that.

12       Q.    What's the local newspaper for

13 Harrison, Arkansas?

14       A.    I don't know offhand.  You need to

15 show me a map and show me where Harrison is.

16 If you gave me that, it might trigger a

17 recollection on my part, but offhand I don't

18 know.  .

19       Q.    How about Little Rock, what's the

20 newspaper there?

21       A.    I can't remember the name of it,

22 but I do remember a map for the newspaper

23 that's the local newspaper in Little Rock and

24 it's circulation area.

25       Q.    How about Anchorage?

Roger G. Morse

Page 52

```
 1                    Morse
 2      A.   No.
 3      Q.   Or read it cover to cover?
 4      A.   No.
 5      Q.   Or read the front page and don't
 6 read anything else or just read the comics?
 7      A.   In the Times?
 8      Q.   Yes.  It must be an inside joke.
 9      A.   The editorial page, that's where
10 the jokes are.
11      Q.   Okay.  Have you ever designed a
12 system to provide nationwide notice to people
13 who are diverse geographically?
14      A.   No.
15      Q.   Have you ever had any training on
16 how to effectively communicate through the
17 mass media?
18      A.   No.
19      Q.   Have you ever testified in a court
20 as an expert on the issue of notice to many
21 people?
22      A.   No.
23      Q.   I assume you don't have any
24 particular expertise in written media
25 circulation?
```