# EXHIBIT A

In re:

The United States Bankruptcy Court for
The District of Delaware

W.R. Grace & Company, et al, Debtors'

Case No:   01-01139 (JKF)

Debtors' Fifteenth Omnibus Objection to Claims
(Non-Substantive)

Mrs. Marcella M. Paulette, Claimant
Mr. Mark A. Paulette, Representative

Claims Nos: 2360, 2361 & 15352

Amount of Claim:   $51,000.00 (Secured)

Basis for Claim:   Extensive Property Damages & Losses

Mr. Mark A. Paulette for
Mrs. Marcella M. Paulette, Claimant
287 Township Highway 267
Amsterdam, OH 43903-7909
(740)543-3382

Dated:   February 15, 2007

I, Mark A. Paulette, Representative for Marcella M. Paulette, Claimant, oppose the Debtors' Fifteenth Omnibus Objection to Claims (Non-Substantive), submitted to The U.S. Bankruptcy Court for The District of Delaware, by W.R. Grace & Company, for the following reasons:

The factual basis and supporting legal arguement is, that property, which is located at 287 Township Highway 267, Amsterdam, Jefferson County, Ohio, has been severly damaged by W.R. Grace & Company products, that were used in the construction of the building. The property cannot be sold, until all of these damages are repaired. There has also been severe economic losses, because of the diminution of the properties fair market value.

We are requesting compensation in the amount of $51,000.00, or a reduced settlement by W.R. Grace & Company, to pay for the removal and replacement of plasters and asbestos related W.R. Grace & Company products.

All supporting documentation regarding this claim, were timely submitted with the original claim, to the Clerk of The U.S. Bankruptcy Court of Delaware.

We were also never given advance notice of the January 24, 2006 hearing that was held in Pittsburgh, Pennsylvania @ 9:05 a.m.

This matter has not been handled properly by Kirkland & Ellis and PaCHULSKI, Stang, Ziehl, Young, Jones & Weintraub, LLP. For that reason, I am asking the Department of Justice to investigate this matter further.

Respectfully submitted,


_____
Mark A. Paulette


Dated:   February 15, 2007