# EXHIBIT B

February 14, 2007

Mr. Mark A. Paulette for
Mrs. Marcella M. Paulette
287 Township Highway 267
Amsterdam, OH 43903-7909
(740)543-3382

Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Re: W.R. Grace & Company, et al
    Case No: 01-1139 (JKF)

Dear Sirs:

    This is in reference to the Certification of Counsel Regarding Order Expunging Claims 15352, 2360 and 2361.

    Claim #15352 was filed by Marcella M. Paulette, on a claim form sent to her by the Claims Agent in Faribault, MN. Claims #2360 and #2361, were also filed on claim forms sent to her by the Claims Agent. Also submitted with claims #2360 and #2361, was documentation, that W.R. Grace & Company products (plasters and finishing coats), were used in her residence, when it was built in 1970 and 1971.

    Since Claim #2360 is a secured claim, we will settle this matter for $51,737.72.

    We were also never given advance notice of your hearing in Pittsburgh, Pennsylvania on January 24, 2006 or January 24, 2007?

Sincerely,

*Mark A. Paulette*

Mark A. Paulette