# EXHIBIT D

Dkt. 11552

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 24, 2006, AT 9:00 A.M., JANUARY 25, 2006 AT 1:30 P.M. AND JANUARY 26, 2006 AT 9:00 A.M. IN PITTSBURGH, PENNSYLVANIA BEFORE THE HONORABLE JUDITH K. FITZGERALD

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY SHOULD COMPLY WITH THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [Docket No. 7709]**

1. **Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 9/1/05] (Docket No. 9315)**

   Related Documents:

   A.   Various Responses.  See below with respect to each Claim.

   B.   Debtors' Reply Brief in Support of Fifteenth Omnibus Objection to Claims (Substantive) [Filed 12/22/2005] (Docket No, 11428)

   C.   Various Sur-Replies (to be filed by January 20, 2006 at 12 p.m.)

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

D.   Modified Scheduling Order Regarding Certain of Debtors' Fifteenth Omnibus
Objections to Claims (Substantive) [Filed: 12/22/05] (Docket No. 11408)

E.   Notice of Modification of Hearing Dates and Schedules of Objections to be Heard
Regarding Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property
Damage Claims [Filed: 1/6/06] (Docket No. 11503]

Consistent with the Scheduling Order dated December 22, 2005 (Docket No. 11408), the

specific objections from the Debtors' 15th Omnibus Objection to be heard are as follows:

## I.   TRADITIONAL PD CLAIMS, OTHER THAN SPEIGHTS & RUNYAN CLAIMS
(7 Claims – To be heard January 24, 2006)

### A.   *Motley Rice Clients (3 claims:  B-2[2], previously settled)*

Church of St. Joseph

   i.   Claim No. 4075[3]

   ii.  Claimant Church of St. Joseph Response to Debtors' Objections (Claim
No. 4075) [Filed: 10/21/05] (Docket No. 9858)

Church of St. Luke

   iii. Claim No. 6934

   iv.  Claimant the Church of St. Luke Response to Debtors' Objections (Claim
No. 6934) [Filed: 10/21/05] (Docket No. 9868)

Church of St. Leo the Great

   v.   Claim No. 6935

   vi.  Claimant Church of St. Leo the Great Response to Debtors' Objection
(Claim No. 6936) [Filed: 10/21/05] (Docket No. 9864)

### B.   *The Prudential Insurance Company of America (2 claims:  D-4, Georgia, actual notice and D-2, Georgia constructive notice)*

   i.   Claim No. 6945

   ii.  Claim No. 6948

   iii. Response of the Prudential Insurance Company of America to the
Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property
Damage Claims as it Related to Damage at: (1) Century Center I (Claim
No. 6945) (2) Century Center IV (Claim No. 6948); (3) Brookhollow
(Claim No. 6949); (4) First Florida Tower (Claim No. 6951); (5)
Northwest Financial Center (Claim No. 6947); (6) Short Hills Office

---

[2]   All Exhibit references are references to the Exhibits attached to the Fifteenth Omnibus Objection
and the substantive categories of Objections outlined therein.

[3]   All pleadings are included in the Hearing Binder. All claims referenced in this Agenda are
included in separate Claims Binders. Voluminous exhibits to claims have been omitted from the
claims binder but are available upon request.

Building (Claim No. 6952); (7) Southdale Office Complex (Claim No. 6946); and (8) 1100 Milam (Claim No. 6950) [Filed 10/24/06] (Docket No. 10571)

### C. *Individual Pro se Claimants*

Phillip Shawn Moore, C-1(c), missing basic information

    i.   Claim No. 14400

    ii.  Response to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 10/24/05] (Docket No. 10570)

Marcella Paulette, C-3(a), no product ID

    iii.  Claim No. 15352

    iv.  Letter Response of Marcella M. Paulette [Filed 10/27/05] (Docket No. 10916)

## II. NON-TRADITIONAL PD CLAIMS (110 Claims – To be heard January 24, 2006)

### A. *Biersdorf & Associates' Clients*

#### *54 claims: G-1, "Stigma" to Minneapolis properties*

    i.   *Exemplar:*[4] Claim No. 11349

    ii.  Northeast Minneapolis Residents' Response to Debtors' Fifteenth Omnibus Objection to Claims [Filed: 10/25/05] (Docket No. 10834)

#### *1 claim: C-1(b), no signature*

    iii.  Claim No. 11337

    iv.  Northeast Minneapolis Residents' Response to Debtors' Fifteenth Omnibus Objection to Claims [Filed: 10/25/05] (Docket No. 10834)

### B. *G-I Holdings/GAF Corporation*

#### *56 claims: H-1, contribution and indemnification, and C-3(a), no product ID, and C-1(c), missing basic information*

    i.   *Exemplar:* Claim No. 7825

    ii.  Response of G-I Holdings Inc., Successor-in-Interest to GAF Corporation, and Its Affiliated Entities to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims as it Relates to Claim Nos. 7825-7829, 7831-7832, 7836-7864, and 7866-7885 [Filed: 10/24/05] (Docket No. 10656)

---

[4] Due to the volume of materials, exemplars have been provided where claims and responses are substantially similar. However, all claims and responses are available upon request and will be accessible at the hearing.

III.   **TRADITIONAL PD CLAIMS, SPEIGHTS & RUNYAN**
       **(To be heard January 24, 25 and 26, 2006)**

    *A. Unauthorized Claims (per 13th omnibus objection)*

        38 claims, no proof of authority to file

        71 claims, no proof of authority to file as of Bar Date

            i.   Debtors' Thirteenth Omnibus Objection to 2,937 Unauthorized Claims Filed By the Law Firm Speights & Runyan (Substantive) [Filed: 9/1/05] (Docket No. 9311)

            ii.  Response of Speights & Runyan to Debtors' Thirteenth Omnibus Objection [Filed: 10/7/05] (Docket No. 9607)

            iii. Modified Scheduling Order Regarding Certain of Debtors' Fifteenth Omnibus Objections to Claims (Substantive) [Filed: 12/22/05] (Docket No. 11408)

            iv.  Notice of Modification of Hearing Dates and Schedules of Objections to be Heard Regarding Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 1/6/06] (Docket No. 11503]

    B. *Previously Adjudicated Claims*, 3 claims; Objection B-1:

            i.   Claim No. 10887

            ii.  Claim No. 10888

            iii. Claim No. 11579

            iv.  Response to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 10/25/05] (Docket No. 10740)

    *C. Previously Settled Claims,* 4 claims, Objection B-2:

            i.   Claim No. 11234

            ii.  Claim No. 10990

            iii. Claim No. 12299

            iv.  Claim No. 12355

            v.   Response to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 10/25/05] (Docket No. 10740)

    *D. Missing Basic Property Address,* 2 claims; Objection C-1(a):

            i.   Claim No. 11253

            ii.  Claim No. 11612

            iii. Response to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 10/21/05] (Docket No. 10000)

***E. No Signature,*** 41 claims; Objection C-1(b):

    i. *Exemplar*: Claim No. 12465

    ii. Response to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 10/21/05] (Docket No. 10000)

***F. Missing Basic Information,*** 1 claim, Objection C-1(c):

    i. Claim No. 12433

    ii. Response to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 10/21/05] (Docket No. 10000)

***G. No Product ID***

    2 claims, Objection C-3(a)

    372 claims, Objection C-3(c)

    i. *Exemplar*: Claim No. 12415

    ii. Response to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 10/21/05] (Docket No. 10000)

***H. Built Too Late To Contain MK-3,*** 2 claims, Objection D-1(a):

    i. Claim No. 9908

    ii. Claim No. 15497

    iii. Response to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 10/25/05] (Docket No. 10734)

***I. Georgia Claims Barred By Constructive Notice,*** 1 Claim, Objection D-2:

    i. Claim No. 11550

    ii. Response to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 10/24/05] (Docket No. 10620)

***J. Tennessee Claims Barred By Statute of Repose,*** 2 claims, Objection D-5:

    i. Claim No. 10533

    ii. Claim No. 11722

    iii. Response to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 10/22/05] (Docket No. 10111)

***K. Falsely Assert 2003 As Date Of Knowledge Of Asbestos,*** 619 claims, Objection F-2:

    i. *Exemplar*: Claim No. 9840

    ii. Response to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 10/21/05] (Docket No. 10000)

2.    **Motion of Anderson Memorial Hospital for Class Certification [Filed: 10/21/05] (Docket No. 10014) (To heard January 26, 2006 at 9:00 a.m.)**

Related Documents:

a.    [Proposed] Order Granting the Motion of Anderson Memorial Hospital for Class Certification [Filed: 10/21/05] (Docket No. 10014)

Response Deadline: December 2, 2005 at 4:00 p.m.

Responses Received:

a.    Debtors' Brief in Opposition to Motion of Anderson Memorial Hospital for Class Certification [Filed: 12/2/05] (Docket No. 11245)

Supplemental Briefing:

a.    Debtors' Brief Describing the Purpose that Publication Notice Served in the Debtors' Bar Date Notice Program [Filed: 1/13/06] (Docket No. 11547)

Response Deadline:  January 20, 2006

Status: This matter will be going forward.

Dated: January 17, 2006                    KIRKLAND & ELLIS LLP
                                           David M. Bernick P.C.
                                           Michelle Browdy
                                           Janet S. Baer
                                           Salvatore F. Bianca
                                           200 East Randolph Drive
                                           Chicago, IL  60601
                                           Telephone: (312) 861-2000
                                           Facsimile: (312) 861-2200

                                           -and-

                                           PACHULSKI, STANG, ZIEHL, YOUNG, JONES &
                                           WEINTRAUB P.C.

                                           Laura Davis Jones (Bar No. 2436)
                                           James E. O'Neill, III (Bar No. 4042)
                                           919 North Market Street, 16th Floor
                                           P.O. Box 8705
                                           Wilmington, DE  19899-8705 (Courier 19801)
                                           Telephone:  (302) 652-4100
                                           Facsimile:  (302) 652-4400

                                           Co-Counsel for Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the $\underline{17}$ day of January, 2006, I caused

a copy of the following document to be served on the individuals on the attached service list(s) in

the manner indicated:

> **NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
> JANUARY 24, 2006, AT 9:00 A.M., JANUARY 25, 2006 AT 1:30 P.M. AND
> JANUARY 26, 2006 AT 9:00 A.M. IN PITTSBURGH, PENNSYLVANIA
> BEFORE THE HONORABLE JUDITH K. FITZGERALD.**

James E. O'Neill (DE Bar No. 4042)

Grace Agenda Notice Service List for
1/24/06 Hearing
Case No. 01-1139 (JKF)
January 17, 2006
Document # 114371
01 – First Class Mail
52 – Facsimile

*First Class Mail*
(Claimant)
Mrs. Marcella M. Paulette
287 Township Highway 267
Amsterdam, OH 43903-7909

*Facsimile 302-426-9947*
Mark T. Hurford, Esquire
Marla Rosoff Eskin, Esquire
Matthew G. Zaleski, III, Esquire
(Counsel for Asbestos Personal Injury Claimants)
(Special Request)

*Facsimile 302-658-3989*
William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Donna L. Culver, Esquire
(Counsel for National Medical Care, Inc. and The
Scotts Company)
(Special Request)

*Facsimile 302-658-6548*
Mark D. Collins, Esquire
(Counsel for The Chase Manhattan Bank)
(Special Request)

*Facsimile 302-658-0380*
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Marc J. Phillips, Esquire
(Counsel for Maryland Casualty Company)
(Special Request)

*Facsimile 302-656-2769*
Francis A. Monaco, Jr., Esquire
(Counsel for Ingersoll-Rand Fluid Products, State of
Montana and Keri Evans)
(Special Request)

*Facsimile 302-575-1714*
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
(Counsel for Property Damage Claimants)
(Special Request)

*Facsimile 302-651-3001*
Mark S. Chehi, Esquire
(Counsel for Sealed Air Corporation)
(Special Request)

*Facsimile 312-861-2200*
James H.M. Sprayregen, P.C.
(Counsel to Debtor)
(Special Request)

*Facsimile 312-660-0624*
James Kapp, III, Esquire
(Counsel to Debtor)
(Special Request)

*Facsimile 214-722-0081*
Warren H. Smith, Esquire
(Fee Auditor)
(Special Request)

*Facsimile 302-658-6395*
Steven M. Yoder, Esquire
(Local Counsel to DIP Lender)
(Special Request)

*Facsimile 302-573-6497*
David Klauder, Esquire
(United States Trustee)
(Special Request)

*Facsimile 416-977-5239*
Derrick Tay, Esquire
(Canadian counsel for Debtor)
(Special Request)

*Facsimile 410-531-4545*
Mark Shelnitz
(W. R. Grace & Co.)
(Special Request)

*Facsimile 302-652-5338*
William Sparks, Esquire
(Counsel to W. R. Grace & Co.)
(Special Request)

*Facsimile 212-644-6755*
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
(Official Committee of Personal Injury Claimants)
(Special Request)

*Facsimile 212-806-6006*
Lewis Kruger, Esquire
(Official Committee of Unsecured Creditors)
(Special Request)

*Facsimile 305-374-7593*
Scott L. Baena, Esquire
(Official Committee of Property Damage Claimants)
(Special Request)

*Facsimile 212-715-8000*
Philip Bentley, Esquire
(Counsel for Equity Committee)
(Special Request)

*Facsimile 312-993-9767*
J. Douglas Bacon, Esquire
(Counsel to DIP Lender)
(Special Request)

*Facsimile 843-216-9410*
Nancy Worth Davis, Esquire
(Counsel to Asbestos Claimants)
(Special Request)

*Facsimile 610-371-7390*
Joseph Grey, Esquire
(Special Request)

*Facsimile 302-657-4901*
Michael R. Lastowski, Esquire
(Counsel to Official Committee of Unsecured
Creditors)
(Special Request)

*Facsimile 302-777-5863*
Mary M. Maloney-Huss, Esquire
(Counsel for General Electric Company)
(Special Request)

*Facsimile 302-652-8405*
Selinda A. Melnik, Esquire
(Counsel for Gamma Holding NV)
(Special Request)

*Facsimile 302-658-1192*
Laurie Selber Silverstein, Esquire
(Counsel for Norfolk Southern Corp.)
(Special Request)

*Facsimile 302-654-0245*
Curtis Crowther, Esquire
(Counsel for Century Indemnity Company)
(Special Request)

*Facsimile 212-583-5707*
David Blechman
Blackstone Group
(Financial Advisor to Debtor)
(Special Request)

*Facsimile 610-371-7390*
John D. Demmy, Esquire
(Counsel for First Union Leasing)
(Special Request)

*Facsimile 610-371-7390*
Thomas G. Whalen, Esquire
(Counsel for Mark Hankin and HanMar Associates)
(Special Request)

*Facsimile 302-428-3996*
William D. Sullivan, Esquire
(Counsel for Zonolite Attic Litigation Plaintiffs,
Medical Monitoring Claimants and Solow)
(Special Request)

*Facsimile 302-472-8135*
Francis J. Murphy, Esquire
John S. Spadaro, Esquire
Chase T. Brockstedt, Esquire
(Counsel for Certain Underwriters of Lloyd's of
London)
(Special Request)

*Facsimile 973-424-2001*
William S. Katchen, Esquire
(Special Request)

*Facsimile 302-577-8656*
Allison E. Reardon, Esquire
(Counsel for the Delaware Division of Revenue)
(Special Request)

*Facsimile 302-658-3989*
Robert J. Dehney, Esquire
Michael G. Busenkell, Esquire
(Counsel for Travelers Casualty and Surety Company)
(Special Request)

*Facsimile 302-552-4295*
Teresa K.D. Currier, Esquire
(Equity Committee Counsel)
(Special Request)

*Facsimile 302-656-2769*
Rachel B. Mersky, Esquire
(Counsel for Union Tank Car Company)
(Special Request)

*Facsimile 302-429-8600*
Megan N. Harper, Esquire
(Counsel for Royal Insurance)
(Special Request)

*Facsimile 202-429-3301*
Peter Van N. Lockwood, Esquire
Albert G. Lauber, Esquire
Nathan D. Finch, Esquire
Max C. Heerman, Esquire
(Counsel for Asbestos Personal Injury Claimants)
(Special Request)

*Facsimile 509-747-2323*
Darrell W. Scott, Esquire
(Special Counsel for ZAI Claimants)
(Special Request)

*Facsimile 412-288-3063*
James J. Restivo, Jr., Esquire
Lawrence E. Flatley, Esquire
Douglas E. Cameron, Esquire
James W. Bentz, Esquire
Andrew Muha, Esquire
(Special Counsel to the Debtors for ZAI)
(Special Request)

*Facsimile 843-216-6509*
Edward J. Westbrook, Esquire
Robert M. Turkewitz, Esquire
(Counsel for ZAI Claimants and Solow)
(Special Request)

*Facsimile 302-655-4210*
John C. Phillips, Jr., Esquire
(Counsel to David T. Austern as Future Claimants'
Representative)
(Special Request)

*Facsimile 202-424-7643*
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Matthew W. Cheney, Esquire
(Counsel to David T. Austern as Future Claimants'
Representative)
(Special Request)

*Facsimile 302-656-5875*
Robert Jacobs, Esquire
(Counsel for David Slaughter)
(Special Request)

*Facsimile 302-467-4554*
James S. Yoder, Esquire
(Counsel for Allstate Insurance Company, Solely as
Successor-in-Interest to Northbrook Excess and Surplus
Insurance Company, formerly Northbrook Insurance
Company)
(Special Request)

*Facsimile 302-658-6537*
Brian L. Kasprzak, Esquire
(Counsel to Everest Reinsurance Company f/k/a
Prudential Reinsurance Company and Mt. McKinley
Insurance Company f/k/a Gibraltar Insurance
Company)
(Special Request)

*Facsimile 302-652-1111*
Brian A. Sullivan, Esquire
Amy D. Brown, Esquire
(Counsel for Peters, Smith & Company)
(Special Request)

*Facsimile 302-654-0728*
Christopher D. Loizides, Esquire
(Counsel for Various PD Claimants)

*Facsimile 803-943-4599*
Daniel A. Speights, Esquire
Marion C. Fairey, Jr., Esquire
(Counsel for various PD Claimants)

*Facsimile 302-984-6399*
William F. Taylor, Jr., Esquire
Katharine L. Mayer, Esquire
(Counsel for G-I Holdings, Inc.)

*Facsimile 612-339-0585*
Dan Biersdorf, Esquire
Bill Butler, Esquire
(Counsel for Northeast Minneapolis Residents)