# EXHIBIT E

```
              UNITED STATES BANKRUPTCY COURT
                   DISTRICT OF DELAWARE

IN RE:                        .  Case No. 01-01139
                              .
  W. R. GRACE & CO., et al.,  .
                              .  5414 USX Tower Building
                  Debtors,    .  Pittsburgh, PA  15222
                              .  January 24, 2006
. . . . . . . . . . . . . . . .  9:05 a.m.


                    TRANSCRIPT OF HEARING
           BEFORE HONORABLE JUDITH K. FITZGERALD
             UNITED STATES BANKRUPTCY COURT JUDGE
```

APPEARANCES:

For the Debtors:           Kirkland & Ellis LLP
                           By:  MICHELLE BROWDY, ESQ.
                                SALVATORE BIANCA, ESQ.
                                MICHAEL DIERKES, ESQ.
                                MICHAEL ROSENBERG, ESQ.
                                ERIN SKAURON, ESQ.
                           200 E. Randolph Drive
                           Chicago, IL  60601

                           W.R. Grace & Company
                           By:  RICHARD FINKE, ESQ.
                           7500 Grace Drive
                           Columbia, MD  21044

                           Reed, Smith LLP
                           By:  DOUGLAS CAMERON, ESQ.
                           435 Sixth Avenue
                           Pittsburgh, PA  15219

Audio Operator:            Cathy Younker


Proceedings recorded by electronic sound recording, transcript
               produced by transcription service

---

J&J COURT TRANSCRIBERS, INC.
268 Evergreen Avenue
Hamilton, New Jersey 08619
E-mail:  jjcourt@optonline.net

(609) 586-2311    Fax No. (609) 587-3599

Case 01-01139-AMC    Doc 14906-5    Filed 03/19/07    Page 3 of 4

49

1  deficiencies on the claim form and in our reply, we reiterated
2  the objection, reiterated the need for this information and we
3  still have not received that. And no surreply was filed by Mr.
4  Moore. On this basis, we seek the claim to be disallowed.
5           THE COURT: Is anybody representing Mr. Moore?
6           No one is responding.
7           And was Mr. Moore notified of today's hearing?
8           MR. BIANCA: Yes, he was.
9           THE COURT: All right. I will accept an order that
10 disallows his claim for failure to state the essential elements
11 of that claim.
12          MR. BIANCA: Thank you, Your Honor.
13          The next claim is Claim No. 15352, which was filed by
14 Marcella Paulette. This was filed on a non-asbestos proof of
15 claim form and purports to amend Claim No. 2361, which alleges
16 property damage from MK-3 plaster and various finishing coats.
17 The objector -- the debtors object to this claim because it
18 lacks any kind of product identification information -- product
19 identification documentation rather.
20          The case law is clear that a necessary prerequisite
21 to recovery for an asbestos property damage claim is a showing
22 that one of the debtors actually manufactured or sold the
23 products for which the claim is alleged. Neither the claim nor
24 any of claims filed by Ms. Paulette provide any documentation
25 indicating a Grace product. All that was provided was a list

50

1  of renovations to her home. And indeed nowhere in any of the
2  documents does it even mention the presence of asbestos, much
3  less a Grace product.
4       The claimant's response indicates that she's never
5  seen any documents from the building contractor that she could
6  base the assertion that a Grace product is present on. And,
7  you know, the need for product ID documentation in this case is
8  particularly important because of the assertion that MK-3 is
9  present in her home. MK-3 was built -- was used on large scale
10 buildings, such as high rises, not individual residences.
11      And so, on the basis of any kind of -- lack of
12 product identification documentation, we request this claim to
13 be also disallowed.
14      THE COURT: Is anyone representing Ms. Paulette?
15      There's no response.
16      So I will accept an order that disallows her claims
17 for the reasons you've expressed on the record.
18      MR. BIANCA: Thank you, Your Honor.
19      THE COURT: And the debtor will submit both of those
20 orders?
21      MR. BIANCA: Yes, Your Honor.
22      THE COURT: All right.
23    (Pause.)
24      MS. BROWDY: Your Honor, that takes us to I think the
25 last argument for this morning, which are the Minneapolis