# Exhibit 1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Case No. 01-01139 |
| | § | |
| W.R. Grace & Co., | § | (Chapter 11) |
| | § | |
| Debtor. | § | Hon. Judith Fitzgerald |

## DECLARATION OF ALAN B. RICH IN SUPPORT OF THE MOTION OF BARON & BUDD, P.C., SILBER PEARLMAN, LLP AND LEBLANC & WADDELL, LLP TO EXTEND THE TIME TO APPEAL MARCH 6, 2007 ORDER

1. My name is Alan B. Rich. I am over 21 years of age and am legally and mentally competent to make this declaration. The facts set forth herein are either within my personal knowledge and are true and correct.

2. I am an attorney employed at the law firm of Baron & Budd, P.C. in Dallas, Texas. At the request of Baron & Budd, P.C., Silber Pearlman, LLP and LeBlanc & Waddell, LLP (the "three law firms"), the law firm of Stutzman, Bromberg, Esserman & Plifka, P.C. ("SBEP") was retained to address issues in this Court pertaining to the questionnaires propounded by the Debtors. One of the aspects of this retention concerned the assertion of the consulting expert privilege on behalf of the three law firms. I was the lawyer who was responsible for relaying directions to SBEP from the three law firms pertaining to this retention.

3. After this Court issued its opinions of December 22, 2006, I directed SBEP to file a motion for reconsideration on behalf of the three law firms. On March 6, 2007 the Court signed an order overruling the motion for reconsideration. As the result of a miscommunication and misunderstanding between me and my superiors at the three law firms, I believed that were an appeal desired of the March 6, 2007 Order, I would be informed of their decision, at which

DECLARATION OF ALAN B. RICH IN SUPPORT OF THE MOTION TO
EXTEND THE PERIOD TO APPEAL ORDER OF MARCH 6, 2007 – Page 1

point I would instruct SBEP to file the notice of appeal. Instead, since I had recommended to my superiors that an appeal be taken, given the internal disruption and upheaval occurring at the time within the three law firms, it was assumed that I would instruct SBEP to file the notice of appeal unless my recommendation was rejected, which it was not. Because of this internal misunderstanding and miscommunication, I did not instruct SBEP to file the notice of appeal by March 16, 2007.

4. The three law firms desire to appeal the March 6, 2006 Order. The failure to instruct SBEP to timely file the Notice of Appeal was not the result of conscious indifference, but excusable neglect due to internal miscommunications and misunderstandings.

I Declare Under Penalty of Perjury that the Foregoing is True and Correct.

Dated: March 19, 2007.

/Alan B. Rich