IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
|  | ) | Jointly Administered |
|  | ) |  |
| Debtors. | ) | Related to Docket No. 14763 |
|  | ) |  |

ORDER EXTENDING TIME FOR FILING OF NOTICE OF APPEAL
WITH RESPECT TO THE COURT'S FINAL ORDER REGARDING
THE CONSULTING EXPERT PRIVILEGE

Before the Court is the motion (the "Motion") of the firms of Baron & Budd, P.C., Silber Pearlman, LLP and LeBlanc & Waddell, LLP (collectively, the "Firms"), made pursuant to FED. R. BANKR. P. 8002(c)(2), for an extension of time for the filing of their notice of appeal from the "Order on Certain Asbestos Claimants' Firms' Motion to Alter or Amend Supplemental Order Regarding Motions to Compel Claimants to Respond to the W.R. Grace & Co. Asbestos Personal Injury Questionnaire Pursuant to FED. R. BANKR. P. 9023 and Alternative Request for Entry of a Protective Order" (Dkt. No. 14763). The Firms filed their Notice of Appeal contemporaneously with their Motion on or about March 19, 2007, subject to the relief sought in their Motion. Having reviewed the Motion, together with the supporting declaration and other attachments, the Court finds that the Firms have

-1-

sufficiently demonstrated that their failure to file their notice of appeal on or before March 16, 2007, was the result of excusable neglect, and that the Motion should be and hereby is GRANTED pursuant to FED. R. BANKR. P. 8002(c)(2). Accordingly,

IT IS ORDERED that the deadline for the Firms to file their Notice of Appeal with respect to the Order is hereby extended through the actual filing of their Notice of Appeal on or about March 19, 2007.

SO ORDERED on this ____ day of _____, 2007.

 

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge