IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., et. al., | ) Case No. 01-01139 (JKF) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Objection Deadline: April 13, 2007** |
| | ) **Hearing Date:May 2,2007 @ 2:00** |
| | )    **in Pittsburgh, PA** |

## NOTICE OF MOTION

TO: Debtor's Counsel, Counsel for the Official Committee of Unsecured Creditors, The United States Trustee and all other parties requiring notice.

Baron & Budd, P.C., LeBlanc & Waddell, LLP and Silber Pearlman, LLP, have filed a motion to extend time for filing their notice of appeal with respect to the Court's final order regarding the consulting expert privilege pursuant to Fed. R. Bankr. P. 8002(c)(2).

You are required to file a response to the attached motion on or before April 13 ,2007

At the same time, you must also serve a copy of the response upon movant's attorney:

> Daniel K. Hogan, Esquire
> The Hogan Firm
> 1311 Delaware Avenue
> Wilmington, DE 19806

**HEARING ON THE MOTION WILL BE HELD ON MAY 2, 2007 @ 2:00 P.M.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.


March 19, 2007                              By:    /s/Daniel K. Hogan

Date                                                    Daniel K. Hogan, Esquire