IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Related to Docket No. 14763 |
| | ) | |

### ORDER GRANTING MOTION OF BARON & BUDD, P.C., LEBLANC & WADDELL, LLP., AND SILBER PEARLMAN, LLP, TO STAY COMPLIANCE WITH THE ORDER ON CERTAIN CLAIMANTS' FIRMS' MOTION TO COMPEL CLAIMANTS TO RESPOND TO THE W.R. GRACE & CO. ASBESTOS PERSONAL INJURY QUESTIONNAIRE PURSUANT TO FED. R. BANKR. P. 9023 AND ALTERNATIVE REQUEST FOR ENTRY OF A PROTECTIVE ORDER [D.I. 14763] AND THE SUPPLEMENTAL ORDER REGARDING MOTIONS TO COMPEL CLAIMANTS TO RESPOND TO THE W.R. GRACE & CO. PERSONAL INJURY QUESTIONNAIRE [D.I. 14150]

Before the Court is the motion (the "Motion") of the firms of Baron & Budd, P.C., Silber Pearlman, LLP and LeBlanc & Waddell, LLP (collectively, the "Firms"), pursuant to FED. R. BANKR. P. 8005 to stay the Order on Certain Claimants' Firms' Motion to Compel Claimants to Respond to the W.R. Grace & Co. Asbestos personal Injury Questionnaire Pursuant to Fed. R. Bankr. P. 9023 and Alternative Request for Entry of a Protective Order [D.I. 14763] and the Supplemental Order Regarding Motions to Compel Claimants to Respond to the W.R. Grace & Co. Personal Injury Questionnaire [D.I. 14150] (collectively, the "Consulting Expert Orders"). The

-2-

Firms filed their Notice of Appeal on or about March 19, 2007, contemporaneously with the Motion. Having reviewed the Motion, the Court finds that the Firms have sufficiently demonstrated that a stay pending appeal should be entered and that the Motion should be and hereby is GRANTED pursuant to FED. R. BANKR. P. 8005. Accordingly, it is:

    IT IS ORDERED that the Consulting Expert Orders will be stayed pending the determination of the Appeal of those Orders.

    SO ORDERED on this ____ day of _____, 2007.

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge