IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., et. al., | ) Case No. 01-01139 (JKF) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Objection Deadline: April 13, 2007** |
| | ) **Hearing Date:May 2,2007 @ 2:00** |
| | ) **in Pittsburgh, PA** |

## NOTICE OF MOTION

TO: Debtor's Counsel, Counsel for the Official Committee of Unsecured Creditors, The United States Trustee and all other parties requiring notice.

Baron & Budd, P.C., LeBlanc & Waddell, LLP and Silber Pearlman, LLP, have filed a motion to stay compliance with the order on certain claimants' firms' motion to compel claimants to respond to the WRGrace & Co. asbestos personal injury questionnaire.

You are required to file a response to the attached motion on or before April 13 ,2007

At the same time, you must also serve a copy of the response upon movant's attorney:

> Daniel K. Hogan, Esquire
> The Hogan Firm
> 1311 Delaware Avenue
> Wilmington, DE 19806

**HEARING ON THE MOTION WILL BE HELD ON MAY 2, 2007 @ 2:00 P.M.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

March 19, 2007                                    By:    /s/Daniel K. Hogan

Date                                                              Daniel K. Hogan, Esquire