IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-1139 (JKF) |
| | ) Jointly Administered |
| Debtors. | ) **Related to Dkt. Nos. 14909, 14028, 14068,, 14903, 14905** |

**MODIFIED** ORDER GRANTING THE AMENDED MOTION TO SHORTEN NOTICE WITH RESPECT TO THE EMERGENCY MOTION OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS AND DAVID T. AUSTERN, COURT-APPOINTED LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS TO <u>COMPEL PRODUCTION OF COMPLETE NAVIGABLE DATABASE</u>

Upon the motion dated March 19, 2007 (the "Motion") of the Official Committee of Asbestos Personal Injury Claimants and David T. Austern, the Court-appointed legal representative for future asbestos personal injury claimants (collectively, the "Movants") for the entry of an order, pursuant to Del. Bankr. LR 9006-1(e), Rule 9006(c) of the Federal Rules of Bankruptcy Procedure, and Sections 102 and 105 of Title 11 of the United States Code, for the entry of an order shortening the time for notice (the "Motion") of the Emergency Motion of the Official Committee of Asbestos Personal Injury Claimants and David T. Austern, the Court-appointed legal representative for future asbestos personal injury claimants to Compel Production of Complete Navigable Database (the "Motion to Compel"), and for leave from this Court's Second Amended Order Establishing Case Management Procedures and Hearing Schedule [DI 14028] and the Amended Order Scheduling Omnibus Hearing Dates for 2007 [DI 14068] to allow the Motion to Compel to be heard during the April 2, 2007 omnibus hearing; and any responses, replies or other filings related thereto; and due and sufficient notice of the Motion having been provided; and upon due deliberation and sufficient cause appearing therefore:

IT IS HEREBY ORDERED THAT:

1. The Motion is hereby granted; and

{D0081775.1 }

2. The Motion to Compel is hereby scheduled to be heard ~~at the~~ **on** April 2, 2007 ~~omnibus hearing~~. **at 1:30 p.m.**

3. Any objections to the Motion to Compel must be filed and served so as to be received by March **26**, 2007 at **12:00** ~~a.m.~~/p.m.. **No replies are to be filed.**

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order which is final.

**5. It is FURTHER ORDERED that movant shall immediately serve a copy of this Order on all parties in interest and shall file a certificate of service forthwith.**

Date: **March 20**, 2007        *Judith K. Fitzgerald*
                                The Honorable Judith K. Fitzgerald
                                United States Bankruptcy Judge

{D0081775.1}