IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | **Related Doc. Nos. 14028, 14068, 14903, 14905, 14909, 14912, 14913** |

# CERTIFICATE OF SERVICE

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on March 20, 2007 I caused a copy of the below documents to be served upon the individuals on the attached service list via first-class mail unless otherwise indicated:

- *Modified Order Granting The Amended Motion To Shorten Notice With Respect To The Emergency Motion Of The Official Committee Of Asbestos Personal Injury Claimants And David T. Austern, Court-Appointed Legal Representative For Future Asbestos Personal Injury Claimants To Compel Production Of Complete Navigable Database (Docket No. 14912)*

- *Amended (to change time of hearing) Modified Order Granting The Amended Motion To Shorten Notice With Respect To The Emergency Motion Of The Official Committee Of Asbestos Personal Injury Claimants And David T. Austern, Court-Appointed Legal Representative For Future Asbestos Personal Injury Claimants To Compel Production Of Complete Navigable Database (Docket No. 14913)*

                                                 */S/ Mark Hurford*
                                                 Mark T. Hurford (DE No. 3299)

Dated: March 20, 2007

{D0081810.1 }