# 6.0 Appendix B

| | Number of Samples | | | | |
|---|---|---|---|---|---|
| Claim Number | Total with Asbestos | Not a Grace product | Insufficient Data | Wrong Components | Not Inconsistent with Grace Formula |
| 2636 | 3 | 3 | - | - | - |
| 2763 | 1 | - | - | 1 | - |
| 2785 | 1 | - | 1 | - | - |
| 2977 | 7 | 4 | 3 | - | - |
| 3405 | 16 | 10 | 2 | 3 | 1 |
| 3406 | 2 | - | 2 | - | - |
| 3515 | 14 | 12 | 2 | - | - |
| 4382 | 1 | - | - | 1 | - |
| 5586 | 3 | 2 | - | - | 1 |
| 5587 | 2 | - | - | 1 | 1 |
| 5588 | 9 | 5 | 3 | - | 1 |
| 5589 | 62 | - | 26 | 35 | 1 |
| 5590 | 7 | 2 | 4 | - | 1 |
| 5591 | 39 | 27 | 9 | 2 | 1 |
| 5644 | 21 | 11 | 9 | - | 1 |
| 5645 | 17 | 15 | 1 | - | 1 |
| 5646 | 2 | - | - | - | 2 |
| 5647 | 1 | - | - | - | 1 |
| 5648 | 8 | 1 | 4 | 1 | 2 |
| 5650 | 31 | 13 | 13 | - | 5 |
| 5651 | 11 | 8 | 3 | - | - |
| 5652 | 1 | - | - | - | 1 |
| 5653 | 1 | - | - | - | 1 |
| 5654 | 115 | 81 | 10 | 20 | 4 |
| 5655 | 306 | 256 | 43 | 1 | 6 |
| 5656 | 2 | - | - | - | 2 |
| 5657 | 213 | 201 | 8 | 1 | 3 |
| 5658 | 62 | 22 | 34 | 4 | 2 |
| 5659 | 9 | 7 | 1 | - | 1 |
| 5660 | 6 | - | 4 | - | 2 |
| 5661 | 48 | 42 | 3 | 1 | 2 |
| 5662 | 70 | 53 | 1 | 15 | 1 |
| 5663 | 21 | 15 | 5 | - | 1 |
| 5664 | 110 | 95 | 11 | 3 | 1 |
| 5665 | 51 | 7 | 40 | 1 | 3 |

| | Number of Samples | | | | |
|---|---|---|---|---|---|
| Claim Number | Total with Asbestos | Not a Grace product | Insufficient Data | Wrong Components | Not Inconsistent with Grace Formula |
| 5666 | 113 | 105 | 6 | 1 | 1 |
| 5667 | 92 | 89 | 2 | - | 1 |
| 5668 | 103 | 99 | - | 3 | 1 |
| 5669 | 53 | 40 | 8 | 3 | 2 |
| 5670 | 16 | 9 | 6 | - | 1 |
| 5671 | 26 | 16 | 9 | - | 1 |
| 5672 | 149 | 48 | 94 | 2 | 5 |
| 5673 | 107 | 95 | 8 | 3 | 1 |
| 5674 | 53 | 26 | 17 | 8 | 2 |
| 5675 | 86 | 63 | 10 | 12 | 1 |
| 5676 | 170 | 72 | 90 | 5 | 3 |
| 5677 | 189 | 88 | 85 | 11 | 5 |
| 5678 | 49 | 21 | 21 | 6 | 1 |
| 5679 | 30 | 17 | - | 12 | 1 |
| 5680 | 45 | 39 | 5 | - | 1 |
| 5681 | 29 | 14 | 14 | - | 1 |
| 5682 | 19 | 15 | 3 | - | 1 |
| 5683 | 1 | - | - | - | 1 |
| 5684 | 1 | - | - | - | 1 |
| 5685 | 223 | 124 | 77 | 20 | 2 |
| 5686 | 101 | 73 | 13 | 14 | 1 |
| 5687 | 68 | 42 | 19 | 6 | 1 |
| 5688 | 44 | 38 | 5 | - | 1 |
| 5690 | 11 | 1 | 4 | 1 | 5 |
| 6065 | 111 | 86 | 13 | 7 | 5 |
| 6066 | 9 | 1 | 6 | - | 2 |
| 6067 | 64 | 35 | 21 | 3 | 5 |
| 6068 | 17 | 15 | 1 | - | 1 |
| 6069 | 63 | 55 | 3 | 4 | 1 |
| 6070 | 95 | 76 | 17 | 1 | 1 |
| 6071 | 100 | 82 | 16 | 1 | 1 |
| 6072 | 70 | 56 | 13 | - | 1 |
| 6073 | 87 | 67 | 13 | 5 | 2 |
| 6074 | 17 | 5 | 8 | - | 4 |
| 6102 | 4 | 3 | - | - | 1 |

**EXHIBIT "B"**

| Claim Number | Number of Samples: Total with Asbestos | Not a Grace product | Insufficient Data | Wrong Components | Not Inconsistent with Grace Formula |
|---|---|---|---|---|---|
| 6933 | 1 | - | - | - | 1 |
| 6937 | 11 | 8 | 1 | - | 2 |
| 6938 | 14 | 9 | 3 | - | 2 |
| 6939 | 5 | - | 3 | - | 2 |
| 6940 | 6 | 1 | 3 | 1 | 1 |
| 6941 | 5 | - | 3 | 2 | - |
| 6942 | 10 | 1 | 4 | 3 | 2 |
| 6943 | 37 | 2 | 21 | 13 | 1 |
| 6944 | 4 | - | 1 | 2 | 1 |
| 6945 | 124 | 16 | 98 | - | 10 |
| 6946 | 94 | 29 | 19 | 1 | 45 |
| 6947 | 23 | 3 | 8 | - | 12 |
| 6948 | 131 | 16 | 98 | - | 17 |
| 6949 | 46 | 3 | 38 | - | 5 |
| 6950 | 348 | 1 | 315 | 1 | 31 |
| 6951 | 330 | 48 | 269 | 1 | 12 |
| 6952 | 17 | 13 | 2 | - | 2 |
| 6954 | 1 | - | - | - | 1 |
| 6955 | 2 | - | - | 1 | 1 |
| 6956 | 6 | - | 5 | - | 1 |
| 6957 | 23 | 19 | 4 | - | - |
| 6958 | 7 | 3 | 4 | - | - |
| 6959 | 4 | - | 4 | - | - |
| 6960 | 6 | 3 | 3 | - | - |
| 6961 | 15 | 12 | 3 | - | - |
| 6962 | 8 | 5 | 3 | - | - |
| 6963 | 9 | 5 | 4 | - | - |
| 6964 | 8 | 3 | 5 | - | - |
| 6965 | 6 | - | 6 | - | - |
| 6966 | 30 | 28 | 2 | - | - |
| 6967 | 6 | - | 1 | 4 | 1 |
| 6968 | 288 | 41 | 246 | - | 1 |
| 6969 | 39 | 31 | 4 | 1 | 3 |
| 7028 | 16 | 7 | 8 | 1 | - |
| 7092 | 1 | - | - | 1 | - |
| 8016 | 7 | 1 | 5 | - | 1 |
| 8017 | 6 | 4 | 1 | - | 1 |
| 8018 | 9 | 7 | 1 | - | 1 |
| 8019 | 9 | 7 | 1 | - | 1 |

| Claim Number | Number of Samples: Total with Asbestos | Not a Grace product | Insufficient Data | Wrong Components | Not Inconsistent with Grace Formula |
|---|---|---|---|---|---|
| 8020 | 3 | 1 | 1 | - | 1 |
| 8021 | 22 | 18 | 1 | 2 | 1 |
| 8022 | 8 | 5 | 2 | - | 1 |
| 8023 | 5 | 3 | 1 | - | 1 |
| 8024 | 25 | - | 1 | 23 | 1 |
| 8025 | 4 | - | - | 3 | 1 |
| 8026 | 1 | - | - | - | 1 |
| 8027 | 57 | 47 | 7 | 3 | - |
| 8028 | 41 | 37 | 1 | 3 | - |
| 8029 | 2 | - | 2 | - | - |
| 8030 | 4 | - | 4 | - | - |
| 8031 | 25 | 12 | - | 11 | 2 |
| 8032 | 1 | - | - | - | 1 |
| 8033 | 14 | 6 | 5 | 2 | 1 |
| 8034 | 12 | 9 | 1 | 1 | 1 |
| 8035 | 20 | 6 | 9 | 5 | - |
| 8036 | 8 | 6 | 1 | - | 1 |
| 8037 | 18 | 9 | 4 | 4 | 1 |
| 8038 | 16 | 10 | 4 | 1 | 1 |
| 8039 | 10 | 5 | 2 | 2 | 1 |
| 8164 | 10 | 7 | 1 | 1 | 1 |
| 8165 | 18 | 12 | 3 | 2 | 1 |
| 8166 | 11 | 7 | 3 | - | 1 |
| 8167 | 27 | 18 | 8 | - | 1 |
| 8168 | 21 | 15 | 5 | - | 1 |
| 8169 | 23 | 17 | 5 | - | 1 |
| 8170 | 17 | 15 | - | 1 | 1 |
| 8171 | 28 | 26 | 1 | - | 1 |
| 8172 | 13 | 7 | 5 | - | 1 |
| 8173 | 13 | 11 | 1 | - | 1 |
| 8174 | 21 | 18 | 1 | 1 | 1 |
| 8175 | 16 | 12 | 3 | - | 1 |
| 8176 | 19 | 16 | 2 | - | 1 |
| 8177 | 6 | 5 | - | - | 1 |
| 8178 | 35 | 33 | 1 | - | 1 |
| 8179 | 11 | 10 | - | - | 1 |
| 8180 | 14 | 10 | 3 | - | 1 |
| 8181 | 9 | 7 | 1 | - | 1 |
| 8182 | 10 | 5 | - | 4 | 1 |

| Claim Number | Number of Samples: Total with Asbestos | Not a Grace product | Insufficient Data | Wrong Components | Not Inconsistent with Grace Formula |
|---|---|---|---|---|---|
| 8183 | 11 | 10 | - | - | 1 |
| 8184 | 7 | 4 | 1 | - | 2 |
| 8185 | 59 | 48 | 7 | 3 | 1 |
| 8186 | 9 | 7 | 1 | - | 1 |
| 8357 | 2 | - | 2 | - | - |
| 8358 | 7 | - | 6 | 1 | - |
| 8359 | 8 | - | 7 | 1 | - |
| 8360 | 15 | 6 | 6 | 1 | 2 |
| 8361 | 5 | - | 3 | 2 | - |
| 8362 | 21 | - | 21 | - | - |
| 8363 | 9 | 4 | 5 | - | - |
| 8364 | 5 | - | 5 | - | - |
| 8365 | 15 | 1 | 11 | 3 | - |
| 8366 | 8 | 4 | 1 | 1 | 2 |
| 8367 | 5 | - | 4 | - | 1 |
| 8368 | 7 | - | 1 | 6 | - |
| 8369 | 7 | - | 7 | - | - |
| 8370 | 7 | - | 4 | 3 | - |
| 8371 | 12 | - | 12 | - | - |
| 8372 | 3 | - | 3 | - | - |
| 8373 | 4 | - | 4 | - | - |
| 8374 | 4 | 2 | 2 | - | - |
| 8375 | 12 | - | 12 | - | - |
| 8376 | 6 | - | 3 | - | 3 |
| 8377 | 3 | - | 2 | - | 1 |
| 9645 | 321 | 8 | 71 | 240 | 2 |
| 9646 | 108 | 3 | 98 | 6 | 1 |
| 9647 | 132 | 10 | 113 | 8 | 1 |
| 9684 | 14 | 3 | 10 | 1 | - |
| 9840 | 1 | - | - | - | 1 |
| 9841 | 1 | - | - | - | 1 |
| 9844 | 1 | - | - | - | 1 |
| 9845 | 2 | - | - | - | 2 |
| 9846 | 1 | - | - | - | 1 |
| 9847 | 1 | - | - | - | 1 |
| 9848 | 1 | - | - | - | 1 |
| 9850 | 1 | - | - | - | 1 |
| 9851 | 1 | - | - | - | 1 |
| 9852 | 1 | - | - | - | 1 |

| Claim Number | Number of Samples: Total with Asbestos | Not a Grace product | Insufficient Data | Wrong Components | Not Inconsistent with Grace Formula |
|---|---|---|---|---|---|
| 9853 | 1 | - | - | - | 1 |
| 9854 | 1 | - | - | - | 1 |
| 9855 | 2 | - | - | - | 2 |
| 9856 | 1 | - | - | - | 1 |
| 9858 | 1 | - | - | - | 1 |
| 9859 | 1 | - | - | - | 1 |
| 9860 | 1 | - | - | - | 1 |
| 9862 | 1 | - | - | - | 1 |
| 9863 | 1 | - | - | - | 1 |
| 9865 | 1 | - | - | - | 1 |
| 9866 | 1 | - | - | - | 1 |
| 9867 | 1 | - | - | - | 1 |
| 9869 | 1 | - | - | - | 1 |
| 9870 | 1 | - | - | - | 1 |
| 9871 | 2 | - | - | - | 2 |
| 9872 | 1 | - | - | - | 1 |
| 9873 | 1 | - | - | - | 1 |
| 9874 | 1 | - | - | - | 1 |
| 9875 | 1 | - | - | - | 1 |
| 9876 | 2 | - | - | - | 2 |
| 9877 | 1 | - | - | - | 1 |
| 9878 | 1 | - | - | - | 1 |
| 9879 | 1 | - | - | - | 1 |
| 9880 | 1 | - | - | - | 1 |
| 9882 | 1 | - | - | - | 1 |
| 9884 | 1 | - | - | - | 1 |
| 9885 | 1 | - | - | - | 1 |
| 9886 | 1 | - | - | - | 1 |
| 9887 | 1 | - | - | - | 1 |
| 9890 | 1 | - | - | - | 1 |
| 9891 | 2 | - | - | - | 2 |
| 9892 | 1 | - | - | - | 1 |
| 9893 | 1 | - | - | - | 1 |
| 9895 | 1 | - | - | - | 1 |
| 9896 | 1 | - | - | - | 1 |
| 9897 | 1 | - | - | - | 1 |
| 9909 | 1 | - | - | - | 1 |
| 9910 | 1 | - | - | - | 1 |
| 9912 | 5 | - | - | - | 5 |

| | Number of Samples | | | | |
|---|---|---|---|---|---|
| Claim Number | Total with Asbestos | Not a Grace product | Insufficient Data | Wrong Components | Not Inconsistent with Grace Formula |
| 9913 | 5 | - | - | - | 5 |
| 10631 | 36 | - | 18 | 18 | - |
| 10632 | 56 | - | 37 | 19 | - |
| 10633 | 35 | 5 | 22 | 8 | - |
| 10634 | 45 | - | 24 | 21 | - |
| 10635 | 27 | 4 | 8 | 15 | - |
| 10636 | 32 | 2 | 20 | 10 | - |
| 10637 | 46 | 12 | 15 | 19 | - |
| 10638 | 44 | 12 | 22 | 10 | - |
| 10640 | 17 | 7 | 7 | 3 | - |
| 10641 | 115 | 6 | 45 | 64 | - |
| 10642 | 52 | 9 | 9 | 34 | - |
| 10643 | 54 | 12 | 38 | 4 | - |
| 10644 | 72 | 8 | 50 | 14 | - |
| 10645 | 34 | 7 | 10 | 17 | - |
| 10646 | 15 | - | 4 | 11 | - |
| 10647 | 59 | 12 | 28 | 19 | - |
| 10648 | 49 | 8 | 29 | - | 12 |
| 10649 | 12 | - | 4 | 7 | 1 |
| 10650 | 2 | - | 2 | - | - |
| 10651 | 14 | - | 14 | - | - |
| 10652 | 1 | - | 1 | - | - |
| 10653 | 22 | - | 18 | 4 | - |
| 10654 | 25 | - | 16 | 7 | 2 |
| 10655 | 6 | 2 | 4 | - | - |
| 10656 | 8 | - | 8 | - | - |
| 10657 | 1 | - | 1 | - | - |
| 10658 | 16 | - | 11 | 5 | - |
| 10659 | 4 | 3 | 1 | - | - |
| 10661 | 27 | - | 12 | 14 | 1 |
| 10662 | 7 | - | 1 | 6 | - |
| 11008 | 10 | - | - | - | 10 |
| 11285 | 37 | - | 34 | - | 3 |
| 11286 | 39 | 5 | 29 | - | 5 |
| 11287 | 80 | 47 | 28 | 4 | 1 |
| 11288 | 14 | 7 | 2 | 3 | 2 |
| 11289 | 8 | 4 | 2 | - | 2 |
| 11290 | 20 | 18 | 1 | - | 1 |
| 11291 | 10 | 3 | 5 | - | 2 |

| | Number of Samples | | | | |
|---|---|---|---|---|---|
| Claim Number | Total with Asbestos | Not a Grace product | Insufficient Data | Wrong Components | Not Inconsistent with Grace Formula |
| 11292 | 35 | 28 | 3 | 3 | 1 |
| 11293 | 3 | 1 | 1 | - | 1 |
| 11294 | 18 | 10 | 6 | - | 2 |
| 11295 | 22 | 9 | 9 | 3 | 1 |
| 11296 | 17 | 16 | - | - | 1 |
| 11297 | 7 | - | 6 | - | 1 |
| 11322 | 22 | 16 | 6 | - | - |
| 11323 | 15 | 9 | 5 | 1 | - |
| 11326 | 24 | 3 | 9 | 10 | 2 |
| 11327 | 15 | 1 | 9 | 4 | 1 |
| 11328 | 22 | - | 9 | 11 | 2 |
| 11329 | 17 | 3 | 3 | 10 | 1 |
| 11330 | 5 | - | 3 | - | 2 |
| 11618 | 6 | 6 | - | - | - |
| 11620 | 4 | 1 | 2 | 1 | - |
| 11627 | 82 | 47 | 20 | 14 | 1 |
| 11632 | 1 | - | - | - | 1 |
| 11664 | 14 | 8 | 6 | - | - |
| 11678 | 10 | 7 | 3 | - | - |
| 11680 | 7 | 5 | 1 | 1 | - |
| 11681 | 15 | 7 | 8 | - | - |
| 11682 | 17 | 5 | 4 | 8 | - |
| 11683 | 4 | - | 3 | 1 | - |
| 11684 | 16 | 5 | 11 | - | - |
| 12293 | 48 | 41 | 7 | - | - |
| 12303 | 33 | 1 | 16 | 16 | - |
| 12304 | 7 | - | 5 | 2 | - |
| 12305 | 14 | - | 14 | - | - |
| 12307 | 10 | - | 10 | - | - |
| 12308 | 40 | - | 28 | 12 | - |
| 12310 | 34 | 2 | 32 | - | - |
| 12311 | 14 | 5 | 9 | - | - |
| 12312 | 12 | 2 | 1 | 9 | - |
| 12313 | 12 | 3 | 7 | 2 | - |
| 12315 | 2 | 1 | - | 1 | - |
| 12316 | 2 | - | 2 | - | - |
| 12317 | 1 | 1 | - | - | - |
| 12322 | 1 | - | 1 | - | - |
| 12329 | 28 | 12 | 16 | - | - |

| Claim Number | Number of Samples: Total with Asbestos | Not a Grace product | Insufficient Data | Wrong Components | Not Inconsistent with Grace Formula |
|---|---|---|---|---|---|
| 12331 | 24 | 13 | 11 | - | - |
| 12346 | 6 | - | 6 | - | - |
| 12348 | 62 | 57 | 5 | - | - |
| 12368 | 28 | - | 26 | 2 | - |
| 12377 | 22 | 16 | 5 | - | 1 |
| 12388 | 18 | 17 | - | - | 1 |
| 12394 | 20 | 15 | 4 | - | 1 |
| 12395 | 10 | 3 | - | 7 | - |
| 12396 | 7 | 6 | 1 | - | - |
| 12397 | 8 | 5 | 2 | 1 | - |
| 12405 | 10 | 3 | 1 | 6 | - |
| 12410 | 12 | 6 | 5 | - | 1 |
| 12412 | 26 | 17 | 8 | - | 1 |
| 12421 | 81 | 3 | 32 | 46 | - |
| 12422 | 86 | 25 | 61 | - | - |
| 12423 | 23 | 15 | 6 | 2 | - |
| 12424 | 17 | 7 | 10 | - | - |
| 12427 | 6 | 5 | 1 | - | - |
| 12430 | 54 | 18 | 35 | 1 | - |
| 12431 | 12 | 6 | 6 | - | - |
| 12432 | 17 | 12 | 5 | - | - |
| 12433 | 28 | 15 | 13 | - | - |
| 12438 | 80 | 62 | 17 | - | 1 |
| 12439 | 355 | 224 | 130 | - | 1 |
| 12440 | 265 | 157 | 108 | - | - |
| 12442 | 27 | 16 | 5 | 5 | 1 |
| 12443 | 354 | 248 | 104 | 2 | - |
| 12454 | 135 | 130 | 4 | - | 1 |
| 12457 | 18 | 13 | 4 | - | 1 |
| 12476 | 68 | 45 | 23 | - | - |
| 12489 | 4 | - | 4 | - | - |
| 12490 | 7 | 5 | 2 | - | - |
| 12491 | 22 | 12 | 10 | - | - |
| 12493 | 226 | 147 | 63 | 16 | - |
| 12496 | 4 | 2 | 1 | - | 1 |
| 12498 | 79 | 57 | 22 | - | - |
| 12500 | 100 | 83 | 17 | - | - |
| 12501 | 409 | 280 | 128 | 1 | - |
| 12503 | 65 | 46 | 19 | - | - |

| Claim Number | Number of Samples: Total with Asbestos | Not a Grace product | Insufficient Data | Wrong Components | Not Inconsistent with Grace Formula |
|---|---|---|---|---|---|
| 12522 | 3 | 2 | - | 1 | - |
| 12526 | 4 | 4 | - | - | - |
| 12527 | 3 | 3 | - | - | - |
| 12528 | 1 | 1 | - | - | - |
| 12530 | 11 | 2 | 9 | - | - |
| 12531 | 1 | - | 1 | - | - |
| 12533 | 6 | 3 | 3 | - | - |
| 12534 | 23 | 17 | 5 | 1 | - |
| 12536 | 41 | 17 | 22 | 2 | - |
| 12537 | 10 | 8 | 1 | - | 1 |
| 12541 | 9 | 8 | - | - | 1 |
| 12542 | 8 | 4 | 4 | - | - |
| 12546 | 27 | 23 | 3 | - | 1 |
| 12548 | 1 | - | - | - | 1 |
| 12549 | 23 | 21 | 1 | - | 1 |
| 12554 | 2 | 1 | - | - | 1 |
| 12557 | 27 | 19 | 7 | - | 1 |
| 12570 | 67 | 54 | 12 | - | 1 |
| 12576 | 2 | 1 | - | - | 1 |
| 12590 | 83 | 45 | 37 | - | 1 |
| 12591 | 120 | 72 | 45 | 2 | 1 |
| 12651 | 6 | - | 2 | 3 | 1 |
| 12652 | 21 | 15 | 5 | - | 1 |
| 12653 | 14 | - | 1 | - | 13 |
| 12654 | 2 | 2 | - | - | - |
| 12655 | 8 | - | 3 | - | 5 |
| 12656 | 14 | 7 | 4 | - | 3 |
| 12657 | 17 | 7 | 7 | - | 3 |
| 12658 | 27 | 11 | 11 | - | 5 |
| 12659 | 4 | - | 1 | - | 3 |
| 12660 | 24 | 8 | 7 | 4 | 5 |
| 12661 | 19 | 13 | 3 | - | 3 |
| 12662 | 13 | 6 | - | - | 7 |
| 12663 | 14 | 6 | 1 | - | 7 |
| 12664 | 7 | 6 | - | - | 1 |
| 12665 | 30 | 12 | 16 | - | 2 |
| 12666 | 26 | 12 | 12 | 1 | 1 |
| 12667 | 25 | 7 | 12 | 1 | 5 |
| 12669 | 34 | 21 | 8 | - | 5 |

| Claim Number | Number of Samples: Total with Asbestos | Not a Grace product | Insufficient Data | Wrong Components | Not Inconsistent with Grace Formula |
|---|---|---|---|---|---|
| 12672 | 30 | 28 | 2 | - | - |
| 12673 | 14 | 7 | 7 | - | - |
| 12674 | 7 | 2 | 2 | - | 3 |
| 12675 | 1 | - | - | - | 1 |
| 12676 | 1 | - | - | - | 1 |
| 12677 | 2 | - | - | - | 2 |
| 12678 | 1 | - | - | - | 1 |
| 12679 | 1 | - | - | - | 1 |
| 12680 | 1 | - | - | - | 1 |
| 12681 | 11 | 7 | 4 | - | - |
| 12682 | 16 | 15 | 1 | - | - |
| 12683 | 41 | 15 | 26 | - | - |
| 12684 | 476 | 429 | 20 | 26 | 1 |
| 12685 | 36 | 31 | 4 | - | 1 |
| 12686 | 4 | - | 3 | - | 1 |
| 12687 | 15 | 4 | 9 | - | 2 |
| 12688 | 4 | - | - | - | 4 |
| 12689 | 6 | - | 1 | 3 | 2 |
| 12690 | 2 | - | - | 1 | 1 |
| 12691 | 51 | 44 | 5 | - | 2 |
| 12692 | 164 | 75 | 62 | 26 | 1 |
| 12693 | 113 | 23 | 59 | 30 | 1 |
| 12694 | 98 | 21 | 47 | 27 | 3 |
| 12695 | 88 | 9 | 48 | 30 | 1 |
| 12696 | 78 | 36 | 17 | 22 | 3 |
| 12697 | 233 | 186 | 31 | 15 | 1 |
| 12698 | 234 | 186 | 30 | 16 | 2 |
| 12699 | 157 | 74 | 55 | 27 | 1 |
| 12701 | 14 | 3 | 10 | - | 1 |
| 12702 | 3 | 1 | 1 | - | 1 |
| 12711 | 2 | 1 | - | - | 1 |
| 12712 | 3 | 1 | 1 | - | 1 |
| 12713 | 2 | 1 | - | - | 1 |
| 12714 | 3 | 1 | 1 | - | 1 |
| 12715 | 2 | 1 | - | - | 1 |

| Claim Number | Number of Samples: Total with Asbestos | Not a Grace product | Insufficient Data | Wrong Components | Not Inconsistent with Grace Formula |
|---|---|---|---|---|---|
| 12716 | 3 | 1 | 1 | - | 1 |
| 12717 | 5 | 2 | 2 | - | 1 |
| 12718 | 22 | 3 | 18 | - | 1 |
| 12719 | 5 | 1 | 2 | - | 2 |
| 12720 | 264 | 184 | 50 | 30 | - |
| 12721 | 8 | - | - | 5 | 3 |
| 12722 | 5 | 1 | 2 | - | 2 |
| 12723 | 5 | 1 | 2 | - | 2 |
| 12724 | 6 | 3 | 1 | - | 2 |
| 12725 | 4 | 1 | 2 | - | 1 |
| 12726 | 5 | 1 | 2 | - | 2 |
| 12727 | 9 | 1 | 6 | - | 2 |
| 12728 | 13 | 1 | 11 | - | 1 |
| 12729 | 3 | 1 | 1 | - | 1 |
| 12730 | 4 | - | - | - | 4 |
| 12731 | 4 | - | - | - | 4 |
| 12732 | 4 | - | - | - | 4 |
| 12733 | 4 | - | - | - | 4 |
| 12734 | 30 | 12 | 9 | 5 | 4 |
| 12735 | 4 | - | - | - | 4 |
| 12736 | 1 | - | - | - | 1 |
| 12737 | 25 | 19 | 3 | 1 | 2 |
| 12752 | 1 | - | - | 1 | - |
| 12758 | 1 | - | - | - | 1 |
| 12780 | 3 | 1 | 2 | - | - |
| 13950 | 8 | 2 | 2 | 4 | - |
| 14411 | 40 | 19 | 11 | 5 | 5 |
| 14885 | 21 | 4 | 16 | - | 1 |
| **14707** | **7504** | **5147** | **1418** | **638** | |