**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Docket No. _____ |
| | ) | |
| _____ | ) | |

## ORDER

AND NOW, to wit, this _____ day of _____, 2007, the Court having heard and considered the Motion *In Limine* of the Official Committee Of Asbestos Property Damage Claimants To Strike And Exclude Debtors' Expert And Expert Report Regarding Constructive Notice For Property Damage Claims And Memorandum of Law (the "Motion"), IT IS HEREBY ORDERED as follows:

1. The Motion is GRANTED.

2. Roger G. Morse is hereby disqualified as an expert in respect of the Constructive Notice issue.

3. The Morse Reports are hereby stricken and thus, excluded from evidence in respect of the Constructive Notice issue.


_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge