**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 13406 |
| | ) | |

**DEBTORS' EXHIBIT LIST**
**FOR ADJUDICATION OF PRODUCT IDENTIFICATION,**
**LIMITATIONS PERIODS AND THE LIBBY CLAIMS ISSUES**

Pursuant to the Court's October 13, 2006 Amended Order Setting Various Deadlines

Regarding Objections to Asbestos Property Damage Claims, Docket No. 13406, the Debtors

hereby submit the following Exhibit List for the Adjudication of Product Identification,

Limitations Periods and the Libby Claims Issues, as described in the 15th Omnibus Objection.

**EXHIBIT LIST**

**Canadian Claims**

1. Proof of Claim Form and supporting documents submitted for Claim No. 011322.

2. Proof of Claim Form and supporting documents submitted for Claim No. 011323.

3. Proof of Claim Form and supporting documents submitted for Claim No. 011618.

4. Proof of Claim Form and supporting documents submitted for Claim No. 011620.

5. Proof of Claim Form and supporting documents submitted for Claim No. 011627.

6. Proof of Claim Form and supporting documents submitted for Claim No. 011632.

7. Proof of Claim Form and supporting documents submitted for Claim No. 011678.

8. Proof of Claim Form and supporting documents submitted for Claim No. 011680.

9. Proof of Claim Form and supporting documents submitted for Claim No. 011681.

10. Proof of Claim Form and supporting documents submitted for Claim No. 011682.

11. Proof of Claim Form and supporting documents submitted for Claim No. 011683.

12. Proof of Claim Form and supporting documents submitted for Claim No. 011684.

13. Proof of Claim Form and supporting documents submitted for Claim No. 012293.

14.     Proof of Claim Form and supporting documents submitted for Claim No. 012303.

15.     Proof of Claim Form and supporting documents submitted for Claim No. 012304.

16.     Proof of Claim Form and supporting documents submitted for Claim No. 012305.

17.     Proof of Claim Form and supporting documents submitted for Claim No. 012306.

18.     Proof of Claim Form and supporting documents submitted for Claim No. 012307.

19.     Proof of Claim Form and supporting documents submitted for Claim No. 012308.

20.     Proof of Claim Form and supporting documents submitted for Claim No. 012309.

21.     Proof of Claim Form and supporting documents submitted for Claim No. 012310.

22.     Proof of Claim Form and supporting documents submitted for Claim No. 012311.

23.     Proof of Claim Form and supporting documents submitted for Claim No. 012312.

24.     Proof of Claim Form and supporting documents submitted for Claim No. 012313.

25.     Proof of Claim Form and supporting documents submitted for Claim No. 012314.

26.     Proof of Claim Form and supporting documents submitted for Claim No. 012315.

27.     Proof of Claim Form and supporting documents submitted for Claim No. 012316.

28.     Proof of Claim Form and supporting documents submitted for Claim No. 012317.

29.     Proof of Claim Form and supporting documents submitted for Claim No. 012322.

30.     Proof of Claim Form and supporting documents submitted for Claim No. 012329.

31.     Proof of Claim Form and supporting documents submitted for Claim No. 012331.

32.     Proof of Claim Form and supporting documents submitted for Claim No. 012346.

33.     Proof of Claim Form and supporting documents submitted for Claim No. 012348.

34.     Proof of Claim Form and supporting documents submitted for Claim No. 012368.

35.     Proof of Claim Form and supporting documents submitted for Claim No. 012377.

36.     Proof of Claim Form and supporting documents submitted for Claim No. 012388.

37.     Proof of Claim Form and supporting documents submitted for Claim No. 012394.

38.     Proof of Claim Form and supporting documents submitted for Claim No. 012395.

39.     Proof of Claim Form and supporting documents submitted for Claim No. 012396.

40.     Proof of Claim Form and supporting documents submitted for Claim No. 012400.

41.    Proof of Claim Form and supporting documents submitted for Claim No. 012401.

42.    Proof of Claim Form and supporting documents submitted for Claim No. 012410.

43.    Proof of Claim Form and supporting documents submitted for Claim No. 012412.

44.    Proof of Claim Form and supporting documents submitted for Claim No. 012421.

45.    Proof of Claim Form and supporting documents submitted for Claim No. 012422.

46.    Proof of Claim Form and supporting documents submitted for Claim No. 012423.

47.    Proof of Claim Form and supporting documents submitted for Claim No. 012427.

48.    Proof of Claim Form and supporting documents submitted for Claim No. 012430.

49.    Proof of Claim Form and supporting documents submitted for Claim No. 012438.

50.    Proof of Claim Form and supporting documents submitted for Claim No. 012439.

51.    Proof of Claim Form and supporting documents submitted for Claim No. 012440.

52.    Proof of Claim Form and supporting documents submitted for Claim No. 012442.

53.    Proof of Claim Form and supporting documents submitted for Claim No. 012443.

54.    Proof of Claim Form and supporting documents submitted for Claim No. 012454.

55.    Proof of Claim Form and supporting documents submitted for Claim No. 012457.

56.    Proof of Claim Form and supporting documents submitted for Claim No. 012476.

57.    Proof of Claim Form and supporting documents submitted for Claim No. 012489.

58.    Proof of Claim Form and supporting documents submitted for Claim No. 012490.

59.    Proof of Claim Form and supporting documents submitted for Claim No. 012491.

60.    Proof of Claim Form and supporting documents submitted for Claim No. 012493.

61.    Proof of Claim Form and supporting documents submitted for Claim No. 012496.

62.    Proof of Claim Form and supporting documents submitted for Claim No. 012498.

63.    Proof of Claim Form and supporting documents submitted for Claim No. 012500.

64.    Proof of Claim Form and supporting documents submitted for Claim No. 012501.

65.    Proof of Claim Form and supporting documents submitted for Claim No. 012503.

66.    Proof of Claim Form and supporting documents submitted for Claim No. 012525.

67.    Proof of Claim Form and supporting documents submitted for Claim No. 012526.

68. Proof of Claim Form and supporting documents submitted for Claim No. 012527.

69. Proof of Claim Form and supporting documents submitted for Claim No. 012528.

70. Proof of Claim Form and supporting documents submitted for Claim No. 012530.

71. Proof of Claim Form and supporting documents submitted for Claim No. 012531.

72. Proof of Claim Form and supporting documents submitted for Claim No. 012532.

73. Proof of Claim Form and supporting documents submitted for Claim No. 012533.

74. Proof of Claim Form and supporting documents submitted for Claim No. 012534.

75. Proof of Claim Form and supporting documents submitted for Claim No. 012536.

76. Proof of Claim Form and supporting documents submitted for Claim No. 012537.

77. Proof of Claim Form and supporting documents submitted for Claim No. 012541.

78. Proof of Claim Form and supporting documents submitted for Claim No. 012542.

79. Proof of Claim Form and supporting documents submitted for Claim No. 012546.

80. Proof of Claim Form and supporting documents submitted for Claim No. 012548.

81. Proof of Claim Form and supporting documents submitted for Claim No. 012549.

82. Proof of Claim Form and supporting documents submitted for Claim No. 012554.

83. Proof of Claim Form and supporting documents submitted for Claim No. 012557.

84. Proof of Claim Form and supporting documents submitted for Claim No. 012570.

85. Proof of Claim Form and supporting documents submitted for Claim No. 012576.

86. Proof of Claim Form and supporting documents submitted for Claim No. 012590.

87. Proof of Claim Form and supporting documents submitted for Claim No. 012591.

88. Proof of Claim Form and supporting documents submitted for Claim No. 013950.

89. Proof of Claim Form and supporting documents submitted for Claim No. 014885.

90. Graeme Mew, Opinion on Canadian Limitation Issues and exhibits thereto.

91. Exhibit B to Debtors' Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Eighty-Eight (88) Time-Barred Canadian Asbestos Property Damage Claims.

92. Documents identified in Exhibit C to Debtors' Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Eighty-Eight (88) Time-Barred Canadian Asbestos Property Damage Claims.

93. Affidavit of James Cantini, attached as Exhibit D to Debtors' Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Eighty-Eight (88) Time-Barred Canadian Asbestos Property Damage Claims.

94. Report of Roger G. Morse, AIA on Summary of Information Available to Canadian Building Owners and Managers About Asbestos in Buildings, 1970-1995, Appendices thereto, and material contained on computer disks relating thereto.

95. Exhibit 2 to Deposition of Donald J. Pinchin, taken March 14, 2007.

96. Exhibit 3 to Deposition of Donald J. Pinchin, taken March 14, 2007.

97. Exhibit 4 to Deposition of Donald J. Pinchin, taken March 14, 2007.

98. Exhibit 5 to Deposition of Donald J. Pinchin, taken March 14, 2007.

99. Exhibit 6 to Deposition of Donald J. Pinchin, taken March 14, 2007.

100. Exhibit 7 to Deposition of Donald J. Pinchin, taken March 14, 2007.

101. Exhibit 8 to Deposition of Donald J. Pinchin, taken March 14, 2007.

102. Exhibit 9 to Deposition of Donald J. Pinchin, taken March 14, 2007.

103. Exhibit 10 to Deposition of Donald J. Pinchin, taken March 14, 2007.

104. Exhibit 11 to Deposition of Donald J. Pinchin, taken March 14, 2007.

105. Exhibit 12 to Deposition of Donald J. Pinchin, taken March 14, 2007.

106. Exhibit 13 to Deposition of Donald J. Pinchin, taken March 14, 2007.

107. Exhibit 14 to Deposition of Donald J. Pinchin, taken March 14, 2007.

108. Exhibit 15 to Deposition of Donald J. Pinchin, taken March 14, 2007.

109. Exhibit 16 to Deposition of Donald J. Pinchin, taken March 14, 2007.

110. Exhibit 17 to Deposition of Donald J. Pinchin, taken March 14, 2007.

111. Exhibit 18 to Deposition of Donald J. Pinchin, taken March 14, 2007.

112. Exhibit 19 to Deposition of Donald J. Pinchin, taken March 14, 2007.

113. Exhibit 20 to Deposition of Donald J. Pinchin, taken March 14, 2007.

114. Exhibit 21 to Deposition of Donald J. Pinchin, taken March 14, 2007.

115. Exhibit 22 to Deposition of Donald J. Pinchin, taken March 14, 2007.

116. Exhibit 23 to Deposition of Donald J. Pinchin, taken March 14, 2007.

117.    Exhibit 24 to Deposition of Donald J. Pinchin, taken March 14, 2007.

118.    Exhibit 25 to Deposition of Donald J. Pinchin, taken March 14, 2007.

119.    Exhibit 26 to Deposition of Donald J. Pinchin, taken March 14, 2007.

120.    Exhibit 27 to Deposition of Donald J. Pinchin, taken March 14, 2007.

121.    Exhibit 28 to Deposition of Donald J. Pinchin, taken March 14, 2007.

122.    Exhibit 29 to Deposition of Donald J. Pinchin, taken March 14, 2007.

123.    Exhibit 30 to Deposition of Donald J. Pinchin, taken March 14, 2007.

124.    Exhibit 31 to Deposition of Donald J. Pinchin, taken March 14, 2007.

125.    Exhibit 32 to Deposition of Donald J. Pinchin, taken March 14, 2007.

126.    Exhibit 33 to Deposition of Donald J. Pinchin, taken March 14, 2007.

127.    Exhibit 34 to Deposition of Donald J. Pinchin, taken March 14, 2007.

128.    Exhibit 35 to Deposition of Donald J. Pinchin, taken March 14, 2007.

129.    Exhibit 36 to Deposition of Donald J. Pinchin, taken March 14, 2007.

130.    Exhibit 37 to Deposition of Donald J. Pinchin, taken March 14, 2007.

131.    Exhibit 38 to Deposition of Donald J. Pinchin, taken March 14, 2007.

132.    Exhibit 39 to Deposition of Donald J. Pinchin, taken March 14, 2007.

133.    Exhibit 40 to Deposition of Donald J. Pinchin, taken March 14, 2007.

134.    Exhibit 41 to Deposition of Donald J. Pinchin, taken March 14, 2007.

135.    Exhibit 42 to Deposition of Donald J. Pinchin, taken March 14, 2007.

136.    Exhibit 43 to Deposition of Donald J. Pinchin, taken March 14, 2007.

137.    Exhibit 44 to Deposition of Donald J. Pinchin, taken March 14, 2007.

138.    Exhibit 45 to Deposition of Donald J. Pinchin, taken March 14, 2007.

139.    Exhibit 46 to Deposition of Donald J. Pinchin, taken March 14, 2007.

140.    Exhibit 47 to Deposition of Donald J. Pinchin, taken March 14, 2007.

141.    Exhibit 48 to Deposition of Donald J. Pinchin, taken March 14, 2007.

142.    Exhibit 49 to Deposition of Donald J. Pinchin, taken March 14, 2007.

143.    Exhibit 50 to Deposition of Donald J. Pinchin, taken March 14, 2007.

144.    Exhibit 51 to Deposition of Donald J. Pinchin, taken March 14, 2007.

145.    Exhibit 52 to Deposition of Donald J. Pinchin, taken March 14, 2007.

146.    Exhibit 53 to Deposition of Donald J. Pinchin, taken March 14, 2007.

147.    Exhibit 54 to Deposition of Donald J. Pinchin, taken March 14, 2007.

148.    Partial Discontinuance of Action and related pleadings for claims and buildings at issue in Claim No. 12422.

149.    Partial Discontinuance of Action and related pleadings for claims and buildings at issue in Claim No. 12423.

## Libby Claims

150.    Claim 4396 – Completion Letter, EPA LIB 000713-714.

151.    Claim 4710 – EPA Test Results, EPA LIB 001743-47.

152.    Claim 4711 – EPA Test Results, EPA LIB 001685-89.

153.    Claim 4712 – Completion Letter, EPA LIB 003053-54.

154.    Claim 4713 – Completion Letter, EPA LIB 000256-257.

155.    Claim 4714 – Completion Letter, EPA LIB 000072-73.

156.    Claim 5554 – Completion Letter, EPA LIB 000468-69.

157.    Claim 5555 – Completion Letter, EPA LIB 000600-601.

158.    Claim 5556 – Completion Letter, EPA LIB 002699-2700.

159.    Claim 5557 – EPA Test Results, EPA LIB 001824-28.

160.    Claim 5558 – EPA Test Results, EPA LIB 001937-1941.

161.    Claim 5559 – Completion Letter, EPA LIB 002504-2505.

162.    Claim 5560 – Completion Letter, EPA LIB 001490-1491.

163.    Claim 5562 – EPA Test Results, EPA LIB 001850-54.

164.    Claim 5563 – EPA Test Results, EPA LIB 001706-09.

165.    Claim 6083 – EPA Test Results, EPA LIB 001118-22.

166.    Claim 6084 – Completion Letter, EPA LIB 001076-77.

167.    Claim 6085 – EPA Test Results, EPA LIB 002170-74.

168.    Claim 6086 – EPA Test Results, EPA LIB 002136-40.

169.  Claim 6087 – EPA Test Results, EPA LIB 001958-62.

170.  Claim 6089 – EPA Test Results, EPA LIB 002412-16.

171.  Claim 6092 – EPA Test Results, EPA LIB 001985-89.

172.  Claim 6093 – EPA Test Results, EPA LIB 002031-35.

173.  Claim 6094 – Completion Letter, EPA LIB 000881-82.

174.  Claim 6095 – Consent Letter, EPA LIB 002046.

175.  Claim 6096 – Completion Letter, EPA LIB 000963-64.

176.  Claim 9657 – Completion Letter, EPA LIB 000369-70.

177.  Claim 9658 – EPA Letter, EPA LIB 002417.

178.  Claim 9659 – Completion Letter, EPA LIB 001557-58.

179.  Claim 9660 – Completion Letter, EPA LIB 001633.

180.  Claim 9661 – Consent Letter, EPA LIB 002349-53.

181.  Claim 9662 – Closeout Check List, EPA LIB 000825-28.

182.  Claim 9663 – Claim Form, EPA LIB 009663-000006.

183.  Claim 9664 – EPA Test Results, EPA LIB 002311-14.

184.  Claim 9665 – EPA Test Results, EPA LIB 002284-88.

185.  Claim 9666 – EPA Test Results, EPA LIB 002256-60.

186.  Claim 9667 – EPA Test Results, EPA LIB 002088-92.

187.  Claim 9668 – EPA Test Results, EPA LIB 002010-14.

188.  Claim 9669 – Completion Letter, EPA LIB 001212-13.

189.  Claim 9670 – EPA Test Results, EPA LIB 002345-48.

190.  Claim 9671 – Consent Letter, EPA LIB 002371-78.

191.  Claim 9672 – Consent Letter, EPA LIB 002219.

192.  Claim 9673 – Consent Letter, EPA LIB 002175.

193.  Claim 9674 – Completion Letter, EPA LIB 000138-39.

194.  Claim 13909 – Completion Letter, EPA LIB 000777-78.

195.  Claim 13910 – EPA Test Results, EPA LIB 001725-29.

196. Claim 13911 – EPA Test Results, EPA LIB 001801-05.

197. Claim 13912 – EPA Test Results, EPA LIB 001651-55.

198. Proof of Claim Forms and supporting documents for additional Libby claims.

199. Exhibit B to Debtors' Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Fifty-Two (52) Libby Claims Presenting No Damage.

200. Exhibit C to Debtors' Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Fifty-Two (52) Libby Claims Presenting No Damage.

201. Exhibit D to Debtors' Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Fifty-Two (52) Libby Claims Presenting No Damage.

202. Exhibit E to Debtors' Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Fifty-Two (52) Libby Claims Presenting No Damage.

203. Exhibit F to Debtors' Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Fifty-Two (52) Libby Claims Presenting No Damage.

## California Claims

204. Proof of Claim Form and supporting documents submitted for Claim No. 4382.

205. Proof of Claim Form and supporting documents submitted for Claim No. 5586.

206. Proof of Claim Form and supporting documents submitted for Claim No. 5987.

207. Proof of Claim Form and supporting documents submitted for Claim No. 9838.

208. Proof of Claim Form and supporting documents submitted for Claim No. 9839.

209. Proof of Claim Form and supporting documents submitted for Claim No. 9840.

210. Proof of Claim Form and supporting documents submitted for Claim No. 9841.

211. Proof of Claim Form and supporting documents submitted for Claim No. 9842.

212. Proof of Claim Form and supporting documents submitted for Claim No. 9843.

213. Proof of Claim Form and supporting documents submitted for Claim No. 9844.

214. Proof of Claim Form and supporting documents submitted for Claim No. 9845.

215. Proof of Claim Form and supporting documents submitted for Claim No. 9846.

216. Proof of Claim Form and supporting documents submitted for Claim No. 9847.

217.  Proof of Claim Form and supporting documents submitted for Claim No. 9848.

218.  Proof of Claim Form and supporting documents submitted for Claim No. 9849.

219.  Proof of Claim Form and supporting documents submitted for Claim No. 9850.

220.  Proof of Claim Form and supporting documents submitted for Claim No. 9851.

221.  Proof of Claim Form and supporting documents submitted for Claim No. 9852.

222.  Proof of Claim Form and supporting documents submitted for Claim No. 9853.

223.  Proof of Claim Form and supporting documents submitted for Claim No. 9854.

224.  Proof of Claim Form and supporting documents submitted for Claim No. 9855.

225.  Proof of Claim Form and supporting documents submitted for Claim No. 9856.

226.  Proof of Claim Form and supporting documents submitted for Claim No. 9857.

227.  Proof of Claim Form and supporting documents submitted for Claim No. 9858.

228.  Proof of Claim Form and supporting documents submitted for Claim No. 9859.

229.  Proof of Claim Form and supporting documents submitted for Claim No. 9860.

230.  Proof of Claim Form and supporting documents submitted for Claim No. 9861.

231.  Proof of Claim Form and supporting documents submitted for Claim No. 9862.

232.  Proof of Claim Form and supporting documents submitted for Claim No. 9863.

233.  Proof of Claim Form and supporting documents submitted for Claim No. 9864.

234.  Proof of Claim Form and supporting documents submitted for Claim No. 9865.

235.  Proof of Claim Form and supporting documents submitted for Claim No. 9866.

236.  Proof of Claim Form and supporting documents submitted for Claim No. 9867.

237.  Proof of Claim Form and supporting documents submitted for Claim No. 9868.

238.  Proof of Claim Form and supporting documents submitted for Claim No. 9869.

239.  Proof of Claim Form and supporting documents submitted for Claim No. 9870.

240.  Proof of Claim Form and supporting documents submitted for Claim No. 9871.

241.  Proof of Claim Form and supporting documents submitted for Claim No. 9872.

242.  Proof of Claim Form and supporting documents submitted for Claim No. 9873.

243.  Proof of Claim Form and supporting documents submitted for Claim No. 9874.

244.    Proof of Claim Form and supporting documents submitted for Claim No. 9875.

245.    Proof of Claim Form and supporting documents submitted for Claim No. 9876.

246.    Proof of Claim Form and supporting documents submitted for Claim No. 9877.

247.    Proof of Claim Form and supporting documents submitted for Claim No. 9878.

248.    Proof of Claim Form and supporting documents submitted for Claim No. 9879.

249.    Proof of Claim Form and supporting documents submitted for Claim No. 9880.

250.    Proof of Claim Form and supporting documents submitted for Claim No. 9881.

251.    Proof of Claim Form and supporting documents submitted for Claim No. 9882.

252.    Proof of Claim Form and supporting documents submitted for Claim No. 9883.

253.    Proof of Claim Form and supporting documents submitted for Claim No. 9884.

254.    Proof of Claim Form and supporting documents submitted for Claim No. 9885.

255.    Proof of Claim Form and supporting documents submitted for Claim No. 9886.

256.    Proof of Claim Form and supporting documents submitted for Claim No. 9887.

257.    Proof of Claim Form and supporting documents submitted for Claim No. 9888.

258.    Proof of Claim Form and supporting documents submitted for Claim No. 9889.

259.    Proof of Claim Form and supporting documents submitted for Claim No. 9890.

260.    Proof of Claim Form and supporting documents submitted for Claim No. 9891.

261.    Proof of Claim Form and supporting documents submitted for Claim No. 9892.

262.    Proof of Claim Form and supporting documents submitted for Claim No. 9893.

263.    Proof of Claim Form and supporting documents submitted for Claim No. 9895.

264.    Proof of Claim Form and supporting documents submitted for Claim No. 9896.

265.    Proof of Claim Form and supporting documents submitted for Claim No. 9897.

266.    Proof of Claim Form and supporting documents submitted for Claim No. 9909.

267.    Proof of Claim Form and supporting documents submitted for Claim No. 9910.

268.    Proof of Claim Form and supporting documents submitted for Claim No. 9915.

269.    Proof of Claim Form and supporting documents submitted for Claim No. 9925.

270.    Proof of Claim Form and supporting documents submitted for Claim No. 9928.

271.    Proof of Claim Form and supporting documents submitted for Claim No. 9970.

272.    Proof of Claim Form and supporting documents submitted for Claim No. 9988.

273.    Proof of Claim Form and supporting documents submitted for Claim No. 9993.

274.    Proof of Claim Form and supporting documents submitted for Claim No. 10018.

275.    Proof of Claim Form and supporting documents submitted for Claim No. 10019.

276.    Proof of Claim Form and supporting documents submitted for Claim No. 10020.

277.    Proof of Claim Form and supporting documents submitted for Claim No. 10053.

278.    Proof of Claim Form and supporting documents submitted for Claim No. 10058.

279.    Proof of Claim Form and supporting documents submitted for Claim No. 10078.

280.    Proof of Claim Form and supporting documents submitted for Claim No. 10160.

281.    Proof of Claim Form and supporting documents submitted for Claim No. 10208.

282.    Proof of Claim Form and supporting documents submitted for Claim No. 10230.

283.    Proof of Claim Form and supporting documents submitted for Claim No. 10237.

284.    Proof of Claim Form and supporting documents submitted for Claim No. 10303.

285.    Proof of Claim Form and supporting documents submitted for Claim No. 10319.

286.    Proof of Claim Form and supporting documents submitted for Claim No. 10597.

287.    Proof of Claim Form and supporting documents submitted for Claim No. 10621.

288.    Proof of Claim Form and supporting documents submitted for Claim No. 10648.

289.    Proof of Claim Form and supporting documents submitted for Claim No. 10649.

290.    Proof of Claim Form and supporting documents submitted for Claim No. 10650.

291.    Proof of Claim Form and supporting documents submitted for Claim No. 10651.

292.    Proof of Claim Form and supporting documents submitted for Claim No. 10652.

293.    Proof of Claim Form and supporting documents submitted for Claim No. 10653.

294.    Proof of Claim Form and supporting documents submitted for Claim No. 10654.

295.    Proof of Claim Form and supporting documents submitted for Claim No. 10655.

296.    Proof of Claim Form and supporting documents submitted for Claim No. 10656.

297.    Proof of Claim Form and supporting documents submitted for Claim No. 10657.

298.    Proof of Claim Form and supporting documents submitted for Claim No. 10658.

299.    Proof of Claim Form and supporting documents submitted for Claim No. 10659.

300.    Proof of Claim Form and supporting documents submitted for Claim No. 10660.

301.    Proof of Claim Form and supporting documents submitted for Claim No. 10661.

302.    Proof of Claim Form and supporting documents submitted for Claim No. 10662.

303.    Proof of Claim Form and supporting documents submitted for Claim No. 10668.

304.    Proof of Claim Form and supporting documents submitted for Claim No. 10757.

305.    Proof of Claim Form and supporting documents submitted for Claim No. 10805.

306.    Proof of Claim Form and supporting documents submitted for Claim No. 10885.

307.    Proof of Claim Form and supporting documents submitted for Claim No. 10886.

308.    Proof of Claim Form and supporting documents submitted for Claim No. 10930.

309.    Proof of Claim Form and supporting documents submitted for Claim No. 11009.

310.    Proof of Claim Form and supporting documents submitted for Claim No. 11018

311.    Proof of Claim Form and supporting documents submitted for Claim No. 11026.

312.    Proof of Claim Form and supporting documents submitted for Claim No. 11055.

313.    Proof of Claim Form and supporting documents submitted for Claim No. 11227.

314.    Proof of Claim Form and supporting documents submitted for Claim No. 11243.

315.    Proof of Claim Form and supporting documents submitted for Claim No. 11308.

316.    Proof of Claim Form and supporting documents submitted for Claim No. 11735.

317.    Proof of Claim Form and supporting documents submitted for Claim No. 11745.

318.    Proof of Claim Form and supporting documents submitted for Claim No. 11800.

319.    Proof of Claim Form and supporting documents submitted for Claim No. 11802.

320.    Proof of Claim Form and supporting documents submitted for Claim No. 11817.

321.    Proof of Claim Form and supporting documents submitted for Claim No. 11819.

322.    Proof of Claim Form and supporting documents submitted for Claim No. 11866.

323.    Proof of Claim Form and supporting documents submitted for Claim No. 11876.

324.    Proof of Claim Form and supporting documents submitted for Claim No. 11918.

325.    Proof of Claim Form and supporting documents submitted for Claim No. 11957.

326.    Proof of Claim Form and supporting documents submitted for Claim No. 11962.

327.    Proof of Claim Form and supporting documents submitted for Claim No. 12616.

328.    Proof of Claim Form and supporting documents submitted for Claim No. 12758.

329.    Proof of Claim Form and supporting documents submitted for Claim No. 14410.

330.    Proof of Claim Form and supporting documents submitted for Claim No. 14411.

331.    Asbestos Demolition/Renovation Notification for CSU Chico

332.    Letter from EnviroKleen Contractors, Inc. to Butte County Air Pollution Control District re: CSU Chico abatement

333.    ACTS 6.0 Beta 1 Site Detail Report for CSU Fresno

334.    ACTS 7.00 Site List Summary With Related Parties for Sierra Conservation Center Family Housing

335.    ACTS 7.00 Site List Summary Format for Ventura Youth Correctional Facility

336.    ACTS 6.0 Beta 1 Site Detail Report for CSU San Diego

337.    Notifications of Demolition and Renovation, Notifications of Activity Commencement, and other records of asbestos abatement at CSU San Luis Obispo

338.    Interoffice Memorandum re: Asbestos Programs, from San Diego State University Department of Physical Plant to al supervisors and managers

339.    Air Sampling and abatement documents Re KG Men's Store, prepared by APC Contractors, Inc.

340.    Project Manual Including Specifications for Abatement Work at Fresno Fashion Fair (FFF), prepared by ATC Environmental, Inc. (ATC)

341.    Roofing and Fireproofing Asbestos Abatement Project Work Plan for FFF, prepared by ATC

342.    Executive Data Report Re Spaces K-8, L-2, L-3, M-5 and M-8, prepared by ATC

343.    Job Book Re FFF overspray in the former Merry Go Round space, prepared by ATC

344.    Contractor Documents – Asbestos Abatement Project Re Dalton Bookseller space, prepared by Hazard Management Services, Inc. (HMSI)

345.    Report – Air Quality Monitoring During Asbestos Abatement Re Coffees project, prepared by Environmental Innovations Corp. (EIC).

346.   Assessment of Suspect Asbestos-Containing Materials in the Safety Deposit Vault at FFF Wells Fargo Bank, prepared by Clayton Environmental Consultants (CEC)

347.   Report – Air Quality Monitoring During Asbestos Abatement Re Spaces (E-13 & E-14) the future Casual Corner project, prepared by EIC

348.   Report – Air Quality Monitoring During Asbestos Abatement Re former Rogers Jewelers project, prepared by EIC

349.   Report – Air Quality Monitoring During Asbestos Abatement Re former Dolcis Shoes project, prepared by EIC

350.   Job Book and abatement documents Re former See's Candies project, prepared by EIC

351.   Report - Air Quality Monitoring During Asbestos Abatement Re former Gap Store, prepared by EIC

352.   Report – Air Quality Monitoring During Asbestos Abatement Re the futures Hot Topics project, prepared by EIC

353.   Report – Air Quality Monitoring During Asbestos Abatement Re former Kaybee Toys, prepared by EIC

354.   Report - Air Quality Monitoring During Asbestos Abatement Re Spaces G-4A, G-4B & D-4 projects, prepared by EIC

355.   Report - Air Quality Monitoring During Asbestos Abatement Re former Mod hatter project, prepared by EIC

356.   Report - Air Quality Monitoring During Asbestos Abatement Re former Jay Jacobs project, prepared by EIC

357.   Report - Air Quality Monitoring During Asbestos Abatement Re the future Gap Store & The Afterthoughts Store projects, prepared by EIC

358.   Report - Air Quality Monitoring During Asbestos Abatement Re former Center Services project, prepared by EIC

359.   Report - Air Quality Monitoring During Asbestos Abatement Re the Tinder Box project, prepared by EIC

360.   Report - Air Quality Monitoring During Asbestos Abatement Re former Millers Outpost project, prepared by EIC

361.   Report - Air Quality Monitoring During Asbestos Abatement Re the Elison Shoes project, prepared by EIC

362.   Job Book Re former Crabtree & Evelyn project, prepared by Diagnostic Engineering, Inc. (DEI)

363.   Job Book Re Sbarro project, prepared by DEI

364.   Asbestos Survey Report Re Sweats and Surf, prepared by ATC/DEI

365.    Revised Asbestos Survey Report Re Spaces K-8, L-2, L-3, M-5 and M-8, prepared by ATC

366.    Asbestos Survey Report Re Space D-4, prepared by ATC

367.    Asbestos Survey Report Re Spaces D-10, F-6, G-5, G-12, K-1, N-2 and P-7, prepared by ATC

368.    Asbestos Survey Report Re Spaces F-1C, G-4A and G-10, prepared by ATC/DEI

369.    Asbestos Survey Report Re Space E-13, prepared by ATC

370.    Asbestos Survey Report Re Spaces E-9, E-16, E-19, N-3, D-18 and P-5, prepared by ATC/DEI

371.    Asbestos Survey Report Re Spaces F-1A, P-9 and K-10, prepared by ATC

372.    Asbestos Survey Report Re Space F-7, prepared by ATC

373.    Asbestos Survey Report Re Roofs of the Common Area and the seven outbuildings, prepared by ATC

374.    Revised Limited Asbestos Survey Re FFF, prepared by DEI

375.    Asbestos Survey Report Re Spaces K-2, D-8, F-8, E-20, P-1 and P-3, prepared by ATC

376.    Asbestos Survey Report Re Spaces G-4B and Building I, prepared by ATC/DEI

377.    Asbestos Survey Report Re Spaces F-1B, K-3 and K-5, prepared by ATC

378.    Asbestos Survey Report Re Spaces L-2, L-3, K-8, M-5 and M-8, prepared by ATC

379.    Asbestos Survey Report Re Spaces D-14, and P-8, prepared by DEI

380.    Asbestos Survey Report Re Space E-1, prepared by DEI

381.    Asbestos Survey Report Re Coffees (G-11) and Tinder Box (F-9), prepared by DEI

382.    Asbestos Survey Report Re Spaces, E-1, E-2 and G-11, prepared by DEI

383.    Asbestos Survey Report Re Spaces K-12, L-5, P-2, L-1, M-6, P-1, N-1, M-9, K-6, G-4C, M-2 and K-5, prepared by DEI

384.    Asbestos Survey Report Re Space K-5, prepared by DEI

385.    Asbestos Survey Report Re Spaces D-17, F-3, L-2, P-9 and P-5, prepared by DEI

386.    Asbestos Survey Report Re the Park Lane Hosiery, Kinney's Shoes and Lynn's Hallmark spaces, prepared by DEI

387.  Bulk Sampling for Suspect ACM Re FFF, prepared by DEI (contains documents dated Jan. 1989)

388.  Bulk Sampling for Suspect ACM Re FFF, prepared by DEI (contains documents dated Sept., July and April 1988)

389.  Asbestos Survey Report Re the Common Area Flooring, prepared by DEI

390.  Bulk Sample Log Re FFF, prepared by DEI

391.  Asbestos Survey Report Re 20 tenant spaces, prepared by DEI

392.  Asbestos Survey Report Re E-5, P10, M-3, and M-4, prepared by DEI

393.  Asbestos Abatement Project – Project Management, Air Monitoring, IHS, Volume 1, Re Macy's (former Gottschalk's Store) prepared by Gale/Jordan Associates, Inc.

394.  Asbestos Abatement Project – Project Management, Air Monitoring, IHS, Volume 2, Re Macy's (former Gottschalk's Store) prepared by Gale/Jordan Associates, Inc.

395.  Asbestos Abatement Project – Project Management, Air Monitoring, IHS, Volume 3, Re Macy's (former Gottschalk's Store) prepared by Gale/Jordan Associates, Inc.

396.  Report - Air Quality Monitoring During Asbestos Abatement Re the Great Hot Dog Experience, prepared by EIC

397.  Construction Management Report Re Space K-4 former H. Lawrence Jewelers, prepared by Professional Service Industries, Inc. (PSI)

398.  Construction Management Report Re Space D-6, former Above the Belt, prepared by Professional Service Industries, Inc. (PSI)

399.  Asbestos Abatement / VCT Removal documents Re Edmonds Jewelers project, prepared by RMC, Inc.

400.  Asbestos Survey Report Re Space Morrow's Nut House, prepared by DEI

401.  Asbestos Survey Report Re Spaces D-6, D-16, K-11, M-3, P-6, K-4, K-7, D-1 and E-14, prepared by ATC

402.  Asbestos Survey Report Re Spaces D-14 and P-8, prepared by DEI

403.  Asbestos Survey Report Re Spaces L-6, E-3, H-1 and K-10, prepared by DEI

404.  Asbestos Survey Report Re Space G-7, prepared by DEI

405.  Asbestos Survey Report Re Space G-7, prepared by DEI

406.  Asbestos Survey Report Re Space D-13, prepared by HLA

407.   Executive Data Report Re Spaces D-10, F-6, F-7, G-5, G-12, K-1, N-2 and P-7, prepared by ATC

408.   Executive Data Report Re Spaces F-1C, G-10 and G-4A, prepared by ATC

409.   Executive Data Report Re Spaces D-18, E-9, E-16, E-19, N-3 and P-5, prepared by ATC

410.   Executive Data Report Re Spaces F-1A, P-9 and K-10, prepared by ATC

411.   Executive Data Report Re Spaces Roofs of Common Area and Seven Outbuildings, prepared by ATC

412.   Executive Data Report Re Spaces F-1B, K-3 and K-5, prepared by ATC

413.   Executive Data Report Re Spaces K-2, D-8, F-8, E-20 P-1 and P-3, prepared by ATC

414.   Executive Data Report Re Spaces G-4B and I-1, prepared by ATC/DEI

415.   Executive Data Report Re Spaces F-1B, K-3 and K-5, prepared by ATC

416.   Executive Data Report Re Spaces K-8, L-2, L-3, M-5 and M-8, prepared by ATC

417.   Executive Data Report Re Spaces D-14 and P-8, prepared by DEI

418.   Executive Data Report Re Space E-1, prepared by DEI

419.   Executive Data Report Re Crabtree & Evelyn space, prepared by DEI

420.   Executive Data Report Re Spaces G-11 and F-9, prepared by DEI

421.   Executive Data Report Re Spaces E-1, E-2 and G-11, prepared by DEI

422.   Executive Data Report Re Carl's Jr, The Limited, C.H. Baker, Jarman Shores, Merlo's Cutlery and Kushins, prepared by DEI

423.   Executive Data Report Re Spaces K-12, L-5, P-2, L-1, M-6, P-1, N-1, M-9, K-6, G-4C, M-2 and K-5, prepared by DEI

424.   Executive Data Report Re Space K-5, prepared by DEI

425.   Executive Data Report Re Spaces D-17, F-3, L-2, P-9 and P-5, prepared by DEI

426.   Executive Data Report Re Spaces the Park Lane Hosiery, Kinney's Shoes and Lynn's Hallmark, prepared by DEI

427.   Executive Data Report Re Common Area Flooring, prepared by DEI

428.   Executive Data Report Re 20 tenant spaces , prepared by DEI

429.   Executive Data Report Re Spaces E-5, P-10, M-3 and M-4, prepared by DEI

430.   Executive Data Report Re Spaces F-5, G-9 and E-18, prepared by DEI

431.    Executive Data Report Re Spaces D-11 and M-5, prepared by DEI

432.    Executive Data Report Re Space F-9, prepared by DEI

433.    Executive Data Report Re Space G-7, prepared by DEI

434.    Executive Data Report Re Morrrow's Nut House space, prepared by DEI

435.    Executive Data Report Re Spaces D-6, K-11, M-3, P-6, K-4, K-7, D-1 and E-14, prepared by ATC

436.    Executive Data Report Re Spaces H-1, E-3, K-10 and L-6, prepared by DEI

437.    Asbestos Survey Report Re Space F-9, prepared by DEI

438.    Asbestos Survey Report Re Crabtree & Evelyn space, prepared by DEI

439.    Asbestos Survey Report Re Spaces F-5, G-9 and E-18, prepared by DEI

440.    Asbestos Survey Report Re Space D-11, prepared by DEI

441.    Executive Data Report Re Space D-3, prepared by ATC/DEI

442.    Asbestos Abatement Project – Project Management, Air Monitoring, IHS, Volume 4, Re Macy's (former Gottschalk's Store) prepared by Gale/Jordan Associates, Inc.

443.    Asbestos Assessment Summary Report Re Well Fargo space

444.    Contractor Documents – Asbestos Abatement Project Re Space G-2 (Former Jarman's Shoes), prepared by Hazard Management Services, Inc. (HMS)

445.    Contractor Documents – Asbestos Abatement Project Re Space D-19 (Letti's Maternity Shop), prepared by Hazard Management Services, Inc. (HMS)

446.    Construction Management Report Re Vacant Health Rider Store, prepared by PSI

447.    Asbestos Survey Report Re Carl's Jr, The Limited, C.H. Baker, Jarman Shores, Merlo's Cutlery and Kushins, prepared by DEI

448.    Environmental Site Assessment Report Re FFF, Volume 1, prepared by DEI

449.    Asbestos Survey Report Re FFF prepared by DEI

450.    Asbestos Survey Report Photos prepared by DEI

451.    Revised Limited Asbestos Survey Re FFF, prepared by DEI

452.    Limited Asbestos Survey Re FFF, prepared by DEI

453.    Bulk Sampling for Suspect ACM Re FFF, prepared by DEI

454.    Phase I Environmental Site Assessment Update Re FFF, prepared by ATC

455. Pacific Freeholds v. W.R. Grace & Co. Conn et al., ND, Ca. No. C98 3005-SI, First Amended Complaint for Damages and Jury Demand

456. Pacific Freeholds v. W.R. Grace & Co. Conn et al., ND, Ca. No. C98 3005-SI, Plaintiff's Response to Defendant W.R. Grace's First Set of Special Interrogatories

457. Pacific Freeholds v. W.R. Grace & Co. Conn et al., Complaint No. 996437, San Francisco County Superior Court

458. Composite Report - CSU Asbestos Abatement Feasibility Study, Volume II - Appendices prepared by Dynamac Corporation

459. Pacific Freeholds v. W.R. Grace & Co. Conn et al., ND, Ca. No. C98 3005-SI, Second Amended Complaint for Damages and Jury Demand

460. Anderson Memorial Hospital v. W. R. Grace & Co. et al., Hampton County Court of Common Pleas, Case No. 92-CP-25-279, Class Action Complaint

461. Anderson Memorial Hospital v. W. R. Grace & Co. et al., Case No. 92-CP-25-279, First Amended Class Action Complaint

462. Composite Report - CSU Asbestos Abatement Feasibility Study, Volume I - Report by Dynamac Corporation

463. Report on the Facilities Asbestos Inspection and Risk Assessment Services for The California State University System by Baker Consultants, Inc. and Certified Testing Laboratories, Inc.

464. In Re: Johns-Manville Corp., et al., Bankruptcy Court, SD NY, Proof of Claim for Sonoma County - Case Nos. 82 B 11656 through 82 B 11658, 82 B 11660 through 82 B 11662, and 82 B 11665 through 82 B 11676

465. In Re: Johns-Manville Corp., et al., Bankr. SD NY, Form of Proof of Claim for Property Damage Claimants for California State University  San Diego - Case Nos. 82 B 11656 through 82 B 11658, 82 B 11660 through 82 B 11662, and 82 B 11665 through 82 B 11676

466. Motion for Leave to File Complaint, Complaint, and Brief in Support of Motion for Leave to File Complaint, Alabama, et al. v. W. R. Grace, et al., No. __. Originally United State Supreme Court

467. Supreme Court Order, Alabama, et al., v. W. R. Grace & Col, et al.

468. Fresno Partnership Grant Deed to Macerich Fresno Limited Partnership

469. Macerich Regional Centers and Associates and MCA Holding Company, Assignment and Assumption of Partnership Interest

470. Certificate of Amendment of Certificate of Limited Partnership of Macerich California Associates

471. Grant Deed to Macerich California Associates

**Other United States Claims**

472.  Proof of Claim Form and supporting documents submitted for Claim No. 001724.

473.  Proof of Claim Form and supporting documents submitted for Claim No. 002785.

474.  Proof of Claim Form and supporting documents submitted for Claim No. 002977.

475.  Proof of Claim Form and supporting documents submitted for Claim No. 003405.

476.  Proof of Claim Form and supporting documents submitted for Claim No. 003406.

477.  Proof of Claim Form and supporting documents submitted for Claim No. 003515.

478.  Proof of Claim Form and supporting documents submitted for Claim No. 005986.

479.  Proof of Claim Form and supporting documents submitted for Claim No. 006636.

480.  Proof of Claim Form and supporting documents submitted for Claim No. 006637.

481.  Proof of Claim Form and supporting documents submitted for Claim No. 006901.

482.  Proof of Claim Form and supporting documents submitted for Claim No. 006937.

483.  Proof of Claim Form and supporting documents submitted for Claim No. 006938.

484.  Proof of Claim Form and supporting documents submitted for Claim No. 006939.

485.  Proof of Claim Form and supporting documents submitted for Claim No. 006940.

486.  Proof of Claim Form and supporting documents submitted for Claim No. 006941.

487.  Proof of Claim Form and supporting documents submitted for Claim No. 006942.

488.  Proof of Claim Form and supporting documents submitted for Claim No. 006943.

489.  Proof of Claim Form and supporting documents submitted for Claim No. 006944.

490.  Proof of Claim Form and supporting documents submitted for Claim No. 007019.

491.  Proof of Claim Form and supporting documents submitted for Claim No. 007020.

492.  Proof of Claim Form and supporting documents submitted for Claim No. 007028.

493.  Proof of Claim Form and supporting documents submitted for Claim No. 007092.

494.  Proof of Claim Form and supporting documents submitted for Claim No. 007028.

495.  Proof of Claim Form and supporting documents submitted for Claim No. 009646.

496.  Proof of Claim Form and supporting documents submitted for Claim No. 009647.

497.  Proof of Claim Form and supporting documents submitted for Claim No. 009911.

498.    Proof of Claim Form and supporting documents submitted for Claim No. 009914.

499.    Proof of Claim Form and supporting documents submitted for Claim No. 010516.

500.    Proof of Claim Form and supporting documents submitted for Claim No. 010534.

501.    Proof of Claim Form and supporting documents submitted for Claim No. 010668.

502.    Proof of Claim Form and supporting documents submitted for Claim No. 010696.

503.    Proof of Claim Form and supporting documents submitted for Claim No. 010700.

504.    Proof of Claim Form and supporting documents submitted for Claim No. 010722.

505.    Proof of Claim Form and supporting documents submitted for Claim No. 010746.

506.    Proof of Claim Form and supporting documents submitted for Claim No. 010747.

507.    Proof of Claim Form and supporting documents submitted for Claim No. 010749.

508.    Proof of Claim Form and supporting documents submitted for Claim No. 010757.

509.    Proof of Claim Form and supporting documents submitted for Claim No. 010762.

510.    Proof of Claim Form and supporting documents submitted for Claim No. 010767.

511.    Proof of Claim Form and supporting documents submitted for Claim No. 010789.

512.    Proof of Claim Form and supporting documents submitted for Claim No. 010805.

513.    Proof of Claim Form and supporting documents submitted for Claim No. 010885.

514.    Proof of Claim Form and supporting documents submitted for Claim No. 010886.

515.    Proof of Claim Form and supporting documents submitted for Claim No. 010930.

516.    Proof of Claim Form and supporting documents submitted for Claim No. 010995.

517.    Proof of Claim Form and supporting documents submitted for Claim No. 011003.

518.    Proof of Claim Form and supporting documents submitted for Claim No. 011008.

519.    Proof of Claim Form and supporting documents submitted for Claim No. 011009.

520.    Proof of Claim Form and supporting documents submitted for Claim No. 011018.

521.    Proof of Claim Form and supporting documents submitted for Claim No. 011026.

522.    Proof of Claim Form and supporting documents submitted for Claim No. 011027.

523.    Proof of Claim Form and supporting documents submitted for Claim No. 011036.

524.    Proof of Claim Form and supporting documents submitted for Claim No. 011037.

525.   Proof of Claim Form and supporting documents submitted for Claim No. 011039.

526.   Proof of Claim Form and supporting documents submitted for Claim No. 011046.

527.   Proof of Claim Form and supporting documents submitted for Claim No. 011055.

528.   Proof of Claim Form and supporting documents submitted for Claim No. 011066.

529.   Proof of Claim Form and supporting documents submitted for Claim No. 011104.

530.   Proof of Claim Form and supporting documents submitted for Claim No. 011110.

531.   Proof of Claim Form and supporting documents submitted for Claim No. 011124.

532.   Proof of Claim Form and supporting documents submitted for Claim No. 011128.

533.   Proof of Claim Form and supporting documents submitted for Claim No. 011133.

534.   Proof of Claim Form and supporting documents submitted for Claim No. 011158.

535.   Proof of Claim Form and supporting documents submitted for Claim No. 011200.

536.   Proof of Claim Form and supporting documents submitted for Claim No. 011226.

537.   Proof of Claim Form and supporting documents submitted for Claim No. 011227.

538.   Proof of Claim Form and supporting documents submitted for Claim No. 011257.

539.   Proof of Claim Form and supporting documents submitted for Claim No. 011262.

540.   Proof of Claim Form and supporting documents submitted for Claim No. 011308.

541.   Proof of Claim Form and supporting documents submitted for Claim No. 011314.

542.   Proof of Claim Form and supporting documents submitted for Claim No. 011384.

543.   Proof of Claim Form and supporting documents submitted for Claim No. 011389.

544.   Proof of Claim Form and supporting documents submitted for Claim No. 011422.

545.   Proof of Claim Form and supporting documents submitted for Claim No. 011428.

546.   Proof of Claim Form and supporting documents submitted for Claim No. 011555.

547.   Proof of Claim Form and supporting documents submitted for Claim No. 011572.

548.   Proof of Claim Form and supporting documents submitted for Claim No. 011689.

549.   Proof of Claim Form and supporting documents submitted for Claim No. 011701.

550.   Proof of Claim Form and supporting documents submitted for Claim No. 011703.

551.   Proof of Claim Form and supporting documents submitted for Claim No. 012533.

552.   Proof of Claim Form and supporting documents submitted for Claim No. 012750.

553.   Proof of Claim Form and supporting documents submitted for Claim No. 012751.

554.   Proof of Claim Form and supporting documents submitted for Claim No. 012752.

555.   Proof of Claim Form and supporting documents submitted for Claim No. 012758.

556.   Proof of Claim Form and supporting documents submitted for Claim No. 014410.

557.   Proof of Claim Form and supporting documents submitted for Claim No. 003512.

558.   Proof of Claim Form and supporting documents submitted for Claim No. 006933.

559.   Proof of Claim Form and supporting documents submitted for Claim No. 006936.

560.   Proof of Claim Form and supporting documents submitted for Claim No. 010523.

561.   Proof of Claim Form and supporting documents submitted for Claim No. 012780.

562.   Proof of Claim Form and supporting documents submitted for Claim No. 010672.

563.   Proof of Claim Form and supporting documents submitted for Claim No. 010673.

564.   Proof of Claim Form and supporting documents submitted for Claim No. 011151.

565.   Proof of Claim Form and supporting documents submitted for Claim No. 011153.

566.   Proof of Claim Form and supporting documents submitted for Claim No. 011722.

567.   Proof of Claim Form and supporting documents submitted for Claim No. 010533.

568.   Proof of Claim Form and supporting documents submitted for Claim No. 002763.

569.   Proof of Claim Form and supporting documents submitted for Claim No. 005672.

570.   Proof of Claim Form and supporting documents submitted for Claim No. 005690.

571.   Proof of Claim Form and supporting documents submitted for Claim No. 005688.

572.   Proof of Claim Form and supporting documents submitted for Claim No. 009912.

573.   Proof of Claim Form and supporting documents submitted for Claim No. 009913.

574.   Proof of Claim Form and supporting documents submitted for Claim No. 006582.

575.   Proof of Claim Form and supporting documents submitted for Claim No. 005688.

576.   Proof of Claim Form and supporting documents submitted for Claim No. 011550.

577.   Proof of Claim Form and supporting documents submitted for Claim No. 002636.

578.   Proof of Claim Form and supporting documents submitted for Claim No. 010798.

579.    Proof of Claim Form and supporting documents submitted for Claim No. 009684.

580.    Proof of Claim Form and supporting documents submitted for Claim No. 009778.

581.    Proof of Claim Form and supporting documents submitted for Claim No. 010947.

582.    Proof of Claim Form and supporting documents submitted for Claim No. 010962.

583.    Proof of Claim Form and supporting documents submitted for Claim No. 010998.

584.    Proof of Claim Form and supporting documents submitted for Claim No. 011106.

585.    Proof of Claim Form and supporting documents submitted for Claim No. 011144.

586.    Proof of Claim Form and supporting documents submitted for Claim No. 011179.

587.    4/7/1980 letter to Parish School superintendent from Office of Health Services and Environmental Quality. (OPSB 00600).

588.    Newspaper article dated 1/18/79 entitled "Jeff to Probe School Asbestos" (OPSB 00015-16).

589.    Newspaper article dated 6/29/79 entitled "N.O., Jeff to Probe School Asbestos" (OPSB 00507).

590.    Newspaper article dated 11/29/79 entitled "Asbestos Found in 23 Jeff Schools" (JPSB 00014).

591.    Newspaper article dated 1/24/80 entitled "Asbestos Discovered in Many City Schools" (JPSB 00023).

592.    Newspaper article dated 7/23/83 entitled "Jefferson, Orleans lead race to clean up school asbestos" (JPSB 00037).

593.    Newspaper article dated 7/22/83 entitled "Asbestos work slow" (JPSB 00038).

## Additional Exhibits

594.    Report by Roger G. Morse AIA entitled "Summary of Information Available to Building Owners and Managers About Asbestos In Buildings, 1970-1995" and dated October 17, 2005, material referenced therein and material contained on computer disks related thereto.

595.    *Anderson Memorial Hospital v. W.R. Grace & Company*, Civil Action No. 92-CP-279, August 12, 1994 Memorandum Order, Court of Common Pleas of Hampton County, South Carolina

596.    Expert Report of Dr. Richard J. Lee on Product Identification and Appendices thereto.

Dated: March 20, 2007

REED SMITH LLP
James J. Restivo, Jr., Esq. (#10113)
Lawrence Flatley, Esq. (#21871)
Douglas E. Cameron, Esq. (#41644)
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone: (412) 288-3131
Facsimile: (412) 288-3063

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Lisa G. Esayian
Samuel Blatnick
Michael Dierkes
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

And

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 0650)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

By: _James E O'Neill_
Co-Counsel for the Debtors and Debtors