IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | ) <br> ) Chapter 11 <br> ) Case No. 01-1139 (JKF) <br> ) (Jointly Administered) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE OF FUTURE CLAIMANTS' REPRESENTATIVE'S FIRST SET OF REQUESTS TO DEBTORS FOR THE PRODUCTION OF DOCUMENTS

**PLEASE TAKE NOTICE** that on March 20, 2007, a true and correct copy of the Future Claimants' Representative's First Set of Requests to Debtors for the Production of Documents was served on counsel via electronic mail, overnight mail or First Class mail, as indicated on the attached service list.

Dated: March 21, 2007

Respectfully submitted,

Roger Frankel
Richard H. Wyron
Raymond G. Mullady, Jr.
Debra L. Felder
ORRICK, HERRINGTON & SUTCLIFFE LLP
3050 K Street, NW
Washington, DC 20007
Telephone: (202) 339-8400

John Ansbro
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY 10103-0001
Telephone: (212) 506-5000

and

_____
John C. Phillips, Jr. (#110)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200

*Counsel for David T. Austern,*
*Future Claimants' Representative*

*(via electronic mail and overnight mail)*
Kirkland & Ellis LLP
Barbara Mack Harding
655 15th Street, N.W.
Suite 1200
Washington, DC 20005
bharding@kirkland.com
Telephone: (202) 879-5000
*Counsel for the Debtors*

*(via electronic mail and First Class mail)*
Pachulski Stang Ziehl Young Jones & Weintraub LLP
Laura Davis Jones
James E. O'Neill
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone: (302) 652-4100
ljones@pszyjw.com
joneill@pszyjw.com
*Counsel for the Debtors*

*(via electronic mail and First Class mail)*
Elihu Inselbuch
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125
ei@capdale.com
Counsel for the Official Committee of
*Asbestos Personal Injury Claimants*

*(via electronic mail and First Class mail)*
Marla R. Eskin
Mark T. Hurford
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900
meskin@camlev.com
mhurford@camlev.com
*Counsel for the Official Committee of
Asbestos Personal Injury Claimants*

*(via electronic mail and First Class mail)*
Peter Van N. Lockwood
Nathan D. Finch
Walter Slocombe
James P. Wehner
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW
Washington, DC 20005
Telephone: (202) 862-5000
PVNL@Capdale.com
WBS@Capdale.com
NDF@Capdale.com
JPW@capdale.com
*Counsel for the Official Committee of
Asbestos Personal Injury Claimants*

*(via electronic mail and First Class mail)*
Bilzin Sumberg Baena Price & Axelrod LLP
Scott L. Baena
Jay M. Sakalo
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 374-7580
sbaena@bilzin.com
jsakalo@bilzin.com
*Counsel for the Official Committee of
Asbestos Property Damage Claimants*

*(via electronic mail and First Class mail)*
Ferry, Joseph & Pearce, P.A.
Michael B. Joseph
Theodore J. Tacconelli
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, Delaware 19899
Telephone: (302) 575-1555
ttacconelli@ferryjoseph.com
*Counsel for the Official Committee of Asbestos Property Damage Claimants*

*(via electronic mail and First Class mail)*
Duane Morris LLP
Michael R. Lastowski
Richard W. Riley
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 657-4900
mlastowski@duanemorris.com
rwriley@duanemorris.com
*Counsel for the Official Committee of Unsecured Creditors*

*(via electronic mail and First Class mail)*
Kramer Levin Naftalis & Frankel LLP
Philip Bentley
Gregory Horowitz
Gary M. Becker
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
pbentley@kramerlevin.com
ghorowitz@kramerlevin.com
gbecker@kramerlevin.com
*Counsel for the Official Committee of Equity Security Holders*

*(via electronic mail and First Class mail)*
David M. Klauder
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, Delaware 19801
david.klauder@usdoj.com

*(via electronic mail and First Class mail)*
Stroock & Stroock & Lavan LLP
Lewis Kruger
Kenneth Pasquale
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
lkruger@stroock.com
kpasquale@stroock.com
*Counsel for the Official Committee of Unsecured Creditors*

*(via electronic mail and First Class mail)*
Duane Morris LLP
William S. Katchen
744 Broad Street, Suite 1200
Newark, New Jersey 07102
Telephone: (973) 424-2000
wskatchen@duanemorris.com
*Counsel for the Official Committee of Unsecured Creditors*

*(via electronic mail and First Class mail)*
Buchanan Ingersoll & Rooney, PC
Teresa K.D. Currier
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, Delaware 19801
Teresa.currier@bipc.com
Telephone: (302) 552-4200
*Counsel for the Official Committee of Equity Security Holders*