## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: W.R. GRACE & CO., et al., | ) ) ) ) ) ) ) |
| Debtors. | |

Chapter 11
Case No. 01-01139 (JKF)
(Jointly Administered)

## DECLARATION OF CLAIMANT'S COUNSEL STEVEN J. MANDELSBERG IN OPPOSITION TO DEBTORS' MOTION FOR AN ORDER PURSUANT TO F.R.B.P. 7056 DISALLOWING AND EXPUNGING CLAIMANT STATE OF CALIFORNIA, DEPARTMENT OF GENERAL SERVICES', SIXTEEN (16) CLAIMS AMONG ONE HUNDRED NINE (109) CALIFORNIA ASBESTOS PROPERTY DAMAGE CLAIMS ALLEGEDLY BARRED BY THE STATUTE OF LIMITATIONS

**STEVEN J. MANDELSBERG**, an attorney duly admitted to practice before the Courts of the State of New York (and having been admitted to practice before this Court on prior occasions in other matters), declares, pursuant to 28 U.S.C. § 1746, under the laws of the United States, that the following is true and correct:

1. I am a member of the law firm of Hahn & Hessen LLP, counsel for Claimant State of California, Department of General Services. I respectfully submit this affidavit to place before the Court true and correct copies of the following documents referred and attached to the accompanying Opposition by Claimant, dated March 19, 2007, to Debtors' summary judgment on statute of limitations grounds:

| Exhibit A | Excerpts from the sixteen proofs of claim forms completed by Claimant and submitted to the Court in March 2003. |
|---|---|

2. For the reasons stated in such Opposition, Claimant requests that the Court deny the motion by Debtors for summary judgment in its entirety.

Dated: New York, New York
March 19, 2007

STEVEN J. MANDELSBERG

Exhibit A

# WR Grace

## Property Damage

### Index Sheet

SR00000644

Claim Number:    00010648                    Receive Date:    03/31/2003

## Multiple Claim Reference

Claim Number    _____          ☐ MMPOC        Medical Monitoring Claim Form

                                   ☐ PDPOC        Property Damage

                                   ☐ NAPO         Non-Asbestos Claim Form

                                   ☐              Amended

Claim Number    _____          ☐ MMPOC        Medical Monitoring Claim Form

                                   ☐ PDPOC        Property Damage

                                   ☐ NAPO         Non-Asbestos Claim Form

                                   ☐              Amended

## Attorney Information

Firm Number:    00363              Firm Name:    State of California Dept of Justice

Attorney Number:    00242          Attorney Name:    Robert E Asperger

Zip Code:    95814

Cover Letter Location Number:    SR00000644

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| ☐ TBD | ☐ TBD | ☐ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| | ☒ Other Attachments | |

**Other**

☐ Non-Standard Form

☐ Amended

☐ Post-Deadline Postmark Date

Box/Batch: WRPD0010/WRPD0040                    Document Number: WRPD001968

## PART 1: CLAIMING PARTY INFORMATION

**NAME:**

STATE OF CALIFORNIA DEPT OF GENERAL SERVICES

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**

*(last four digits of SSN)*

**F.E.I.N. (Business Claimants)**

**Other names by which claiming party has been known (such as maiden name or married name):**

*First*    *MI*    *Last*

*First*    *MI*    *Last*

**GENDER:** ☐ MALE    ☐ FEMALE

**Mailing Address:**

707 THIRD STREET, 6TH FLOOR
*Street Address*

WEST SACRAMENTO
*City*

CA
*State (Province)*

95605
*Zip Code (Postal Code)*

USA
*Country*

## PART 2: ATTORNEY INFORMATION

**The claiming party's attorney, if any (You do not need an attorney to file this form):**

**Law Firm Name:**

STATE OF CALIFORNIA DEPT OF JUSTICE

**Name of Attorney:**

ROBERT
*First*

E
*MI*

ASPERGER
*Last*

**Mailing Address:**

1300 I STREET, SUITE 1101
*Street Address*

SACRAMENTO
*City*

CA
*State (Province)*

95814
*Zip Code (Postal Code)*

**Telephone:**

(916) 327-7852
*Area Code*

WR Grace    PD.10.40.1968
**00010648**
SR=644

9276101

REC'D MAR 3 1 2003

1011585

## PART 4: ASBESTOS LITIGATION AND CLAIMS

## A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☒ No

   ☐ Yes – lawsuit

   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☒ No

   ☐ Yes – lawsuit

   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

## B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption

   b. Court where suit **originally filed**: _____ Docket No.: _____
      *County/State*

   c. Date filed: [ ] – [ ] – [ ]
      *Month   Day   Year*

   a. Caption

   b. Court where suit **originally filed**: _____ Docket No.: _____
      *County/State*

   c. Date filed: [ ] – [ ] – [ ]
      *Month   Day   Year*

   a. Caption

   b. Court where suit **originally filed**: _____ Docket No.: _____
      *County/State*

   c. Date filed: [ ] – [ ] – [ ]
      *Month   Day   Year*

(Attach additional pages if necessary.)

9 2 7 6 1 0 9

1011585

# WR Grace

Property Damage

Index Sheet

SR00000644

Claim Number:    00010649

Receive Date:    03/31/2003

## Multiple Claim Reference

| Claim Number | ☐ MMPOC | Medical Monitoring Claim Form |
| | ☐ PDPOC | Property Damage |
| | ☐ NAPO | Non-Asbestos Claim Form |
| | ☐ | Amended |

| Claim Number | ☐ MMPOC | Medical Monitoring Claim Form |
| | ☐ PDPOC | Property Damage |
| | ☐ NAPO | Non-Asbestos Claim Form |
| | ☐ | Amended |

## Attorney Information

Firm Number:    00363

Firm Name:    State of California Dept of Justice

Attorney Number:    00242

Attorney Name:    Robert E Asperger

Zip Code:    95814

Cover Letter Location Number:    SR00000644

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
| --- | --- | --- |
| ☐ TBD | ☐ TBD | ☐ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| | ☒ Other Attachments | |

| Other | ☐ Non-Standard Form | |
| | ☐ Amended | |
| | ☐ Post-Deadline Postmark Date | |

Box/Batch: WRPD0010/WRPD0040

Document Number: WRPD001969

## PART 1: CLAIMING PARTY INFORMATION

**NAME:**

`S T A T E   O F   C A L I F O R N I A   D E P T   O F   G E N E R A L   S E R V I C E S`

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**

`☐ ☐ ☐ ☐`

*(last four digits of SSN)*

**F.E.I.N. (Business Claimants)**

`☐ ☐ - ☐ ☐ ☐ ☐ ☐ ☐`

**Other names by which claiming party has been known (such as maiden name or married name):**

*First*    *MI*    *Last*

*First*    *MI*    *Last*

**GENDER:** ☐ MALE ☐ FEMALE

**Mailing Address:**

`7 0 7   T H I R D   S T`
*Street Address*

`W E S T   S A C R A M E N T O`
*City*

`C A` *State (Province)*    `9 5 6 0 5` *Zip Code (Postal Code)*

`U S A`
*Country*

## PART 2: ATTORNEY INFORMATION

**The claiming party's attorney, if any (You do not need an attorney to file this form):**

**Law Firm Name:**

`S T A T E   O F   C A L I F O R N I A   D E P T   O F   J U S T I C E`

**Name of Attorney:**

`R O B E R T   E` *First*    `E` *MI*    `A S P E R G E R` *Last*

**Mailing Address:**

`1 3 0 1   I   S T   S U I T E   1 0 1 1`
*Street Address*

`S A C R A M E N T O`
*City*

`C A` *State (Province)*    `9 5 8 1 4` *Zip Code (Postal Code)*

**Telephone:**

`( 9 1 6 )   3 2 7 - 7 8 5 2`
*Area Code*

WR Grace    PD.10.40.1969
**00010649**
SR=644

9276101    REC'D MAR 3 1 2003    1011589

# PART 4: ASBESTOS LITIGATION AND CLAIMS

## A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☒ No

   ☐ Yes – lawsuit

   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☒ No

   ☐ Yes – lawsuit

   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

## B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption

   b. Court where suit **originally filed**:             Docket No.:
                       *County/State*

   c. Date filed:    *Month*    *Day*    *Year*

   a. Caption

   b. Court where suit **originally filed**:             Docket No.:
                       *County/State*

   c. Date filed:    *Month*    *Day*    *Year*

   a. Caption

   b. Court where suit **originally filed**:             Docket No.:
                       *County/State*

   c. Date filed:    *Month*    *Day*    *Year*

   (Attach additional pages if necessary.)

# WR Grace

SR00000644

Property Damage

Index Sheet

| Claim Number: | 00010650 | Receive Date: | 03/31/2003 |

**Multiple Claim Reference**

Claim Number _____

☐ MMPOC    Medical Monitoring Claim Form
☐ PDPOC    Property Damage
☐ NAPO    Non-Asbestos Claim Form
☐    Amended

Claim Number _____

☐ MMPOC    Medical Monitoring Claim Form
☐ PDPOC    Property Damage
☐ NAPO    Non-Asbestos Claim Form
☐    Amended

**Attorney Information**

| Firm Number: | 00363 | Firm Name: | State of California Dept of Justice |
| Attorney Number: | 00242 | Attorney Name: | Robert E Asperger |

Zip Code: 95814

Cover Letter Location Number: SR00000644

| **Attachments**<br>**Medical Monitoring** | **Attachments**<br>**Property Damage** | **Non-Asbestos** |
|---|---|---|
| ☐ TBD | ☐ TBD | ☐ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| | ☒ Other Attachments | |
| **Other** | ☐ Non-Standard Form | |
| | ☐ Amended | |
| | ☐ Post-Deadline Postmark Date | |

Box/Batch: WRPD0010/WRPD0040                                    Document Number: WRPD001970

# PART 1: CLAIMING PARTY INFORMATION

**NAME:**

`STATE OF CALIFORNIA DEPT OF GENERAL SERVICES`

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**

*(last four digits of SSN)*

**F.E.I.N. (Business Claimants)**

**Other names by which claiming party has been known (such as maiden name or married name):**

*First*    *MI*    *Last*

*First*    *MI*    *Last*

**GENDER:** ☐ MALE    ☐ FEMALE

**Mailing Address:**

`707 THIRD STREET, 6TH FLOOR`
*Street Address*

`WEST SACRAMENTO`
*City*

`CA` *State (Province)*    `95605` *Zip Code (Postal Code)*

`USA`
*Country*

# PART 2: ATTORNEY INFORMATION

**The claiming party's attorney, if any (You do not need an attorney to file this form):**

**Law Firm Name:**

`STATE OF CALIFORNIA DEPT OF JUSTICE`

**Name of Attorney:**

`ROBERT` *First*    `E` *MI*    `ASPERGER` *Last*

**Mailing Address:**

`1300 I STREET, SUITE 1161`
*Street Address*

`SACRAMENTO`
*City*

`CA` *State (Province)*    `95814` *Zip Code (Postal Code)*

**Telephone:**

`(916) 327-7852`
*Area Code*

WR Grace    PD.10.40.1970
00010650
SR=644

REC'D MAR 3 1 2003

9276101

1011578

# PART 4: ASBESTOS LITIGATION AND CLAIMS

## A. INTRODUCTION

1. Has any asbestos related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☒ No

   ☐ Yes – lawsuit

   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No

   ☐ Yes – lawsuit

   ☒ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

## B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption

   b. Court where suit **originally filed:**     *County/State*     Docket No.:

   c. Date filed:   *Month*   *Day*   *Year*

   a. Caption

   b. Court where suit **originally filed:**     *County/State*     Docket No.:

   c. Date filed:   *Month*   *Day*   *Year*

   a. Caption

   b. Court where suit **originally filed:**     *County/State*     Docket No.:

   c. Date filed:   *Month*   *Day*   *Year*

   (Attach additional pages if necessary.)

9276109

1011578

# WR Grace

## Property Damage

### Index Sheet

SR00000644

**Claim Number:** 00010651                              **Receive Date:** 03/31/2003

---

## Multiple Claim Reference

**Claim Number** _____

- ☐ MMPOC — Medical Monitoring Claim Form
- ☐ PDPOC — Property Damage
- ☐ NAPO — Non-Asbestos Claim Form
- ☐ Amended

**Claim Number** _____

- ☐ MMPOC — Medical Monitoring Claim Form
- ☐ PDPOC — Property Damage
- ☐ NAPO — Non-Asbestos Claim Form
- ☐ Amended

---

## Attorney Information

**Firm Number:** 00363                    **Firm Name:** State of California Dept of Justice

**Attorney Number:** 00242              **Attorney Name:** Robert E Asperger

**Zip Code:** 95814

**Cover Letter Location Number:** SR00000644

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| ☐ TBD | ☐ TBD | ☐ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| | ☒ Other Attachments | |

| Other | | |
|---|---|---|
| | ☐ Non-Standard Form | |
| | ☐ Amended | |
| | ☐ Post-Deadline Postmark Date | |

Box/Batch: WRPD0010/WRPD0040                              Document Number: WRPD001971

# PART 1: CLAIMING PARTY INFORMATION

**NAME:**

STATE OF CALIFORNIA DEPT OF GENERAL SERVICES

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**

*(last four digits of SSN)*

**F.E.I.N. (Business Claimants)**

**Other names by which claiming party has been known (such as maiden name or married name):**

*First*    *MI*    *Last*

*First*    *MI*    *Last*

**GENDER:** ☐ MALE    ☐ FEMALE

**Mailing Address:**

707 THIRD STREET, 6TH FLOOR

*Street Address*

WEST SACRAMENTO
*City*

CA
*State (Province)*

95605
*Zip Code (Postal Code)*

USA
*Country*

# PART 2: ATTORNEY INFORMATION

**The claiming party's attorney, if any (You do not need an attorney to file this form):**

**Law Firm Name:**

STATE OF CALIFORNIA DEPT OF JUSTICE

**Name of Attorney:**

ROBERT
*First*

E
*MI*

ASPERGER
*Last*

**Mailing Address:**

1300 I STREET, SUITE 101

*Street Address*

SACRAMENTO
*City*

CA
*State (Province)*

95814
*Zip Code (Postal Code)*

**Telephone:**

(916) 327-7852
*Area Code*

WR Grace    PD.10.40.1971
00010651
SR=644

REC'D MAR 3 1 2003    1011574

9276101

## PART 4: ASBESTOS LITIGATION AND CLAIMS

### A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

☒ No
☐ Yes – lawsuit
☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

☐ No
☐ Yes – lawsuit
☒ Yes   non-lawsuit claim (other than a workers' compensation claim)

*If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

*If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

### B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption

   b. Court where suit **originally filed:** _____ Docket No.: _____
      *County/State*

   c. Date filed: __ - __ - ____
      *Month  Day  Year*

   a. Caption

   b. Court where suit **originally filed:** _____ Docket No.: _____
      *County/State*

   c. Date filed: __ - __ - ____
      *Month  Day  Year*

   a. Caption

   b. Court where suit **originally filed:** _____ Docket No.: _____
      *County/State*

   c. Date filed: __ - __ - ____
      *Month  Day  Year*

(Attach additional pages if necessary.)

9276109

1011574

# WR Grace

Property Damage

Index Sheet

SR00000644

| | |
|---|---|
| Claim Number: 00010652 | Receive Date: 03/31/2003 |

## Multiple Claim Reference

Claim Number  _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

Claim Number  _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

## Attorney Information

Firm Number: 00363   Firm Name: State of California Dept of Justice

Attorney Number: 00242   Attorney Name: Robert E Asperger

Zip Code: 95814

Cover Letter Location Number: SR00000644

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| [ ] TBD | [ ] TBD | [ ] Other Attachments |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| | [X] Other Attachments | |

| Other | |
|---|---|
| | [ ] Non-Standard Form |
| | [ ] Amended |
| | [ ] Post-Deadline Postmark Date |

Box/Batch: WRPD0010/WRPD0040

Document Number: WRPD001972

# PART 1: CLAIMING PARTY INFORMATION

**NAME:**

S T A T E   O F   C A L I F O R N I A   D E P T   O F   G E N E R A L   S E R V I C E S

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**

*(last four digits of SSN)*

**F.E.I.N. (Business Claimants)**

**Other names by which claiming party has been known (such as maiden name or married name):**

*First*   *MI*   *Last*

*First*   *MI*   *Last*

**GENDER:** ☐ MALE   ☐ FEMALE

**Mailing Address:**

7 0 7   T H I R D   S T R E E T   6 T H   F L O O R

*Street Address*

W E S T   S A C R A M E N T O     **State** C A     **Zip Code** 9 5 6 0 5

*City*   *(Province)*   *(Postal Code)*

U S A

*Country*

# PART 2: ATTORNEY INFORMATION

**The claiming party's attorney, if any (You do not need an attorney to file this form):**

**Law Firm Name:**

S T A T E   O F   C A L I F O R N I A   D E P T   O F   J U S T I C E

**Name of Attorney:**

R O B E R T   E   A S P E R G E R

*First*   *MI*   *Last*

**Mailing Address:**

1 3 0 0   I   S T R E E T   S U I T E   1 1 0 1

*Street Address*

S A C R A M E N T O     **State** C A     **Zip Code** 9 5 8 1 4

*City*   *(Province)*   *(Postal Code)*

**Telephone:**

( 9 1 6 ) 3 2 7 - 7 8 5 2

*Area Code*

WR Grace    PD.10.40.1972
**00010652**
SR=644

REC'D MAR 3 1 2003

## PART 4:  ASBESTOS LITIGATION AND CLAIMS

### A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☒ No

   ☐ Yes – lawsuit

   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☒ No

   ☐ Yes – lawsuit

   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

### B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption _____

   b. Court where suit originally filed: _____ Docket No.: _____
      *County/State*

   c. Date filed: _____ _____ _____
      *Month   Day     Year*

   a. Caption _____

   b. Court where suit originally filed: _____ Docket No.: _____
      *County/State*

   c. Date filed: _____ _____ _____
      *Month   Day     Year*

   a. Caption _____

   b. Court where suit originally filed: _____ Docket No.: _____
      *County/State*

   c. Date filed: _____ _____ _____
      *Month   Day     Year*

(Attach additional pages if necessary.)

9276109                                    1011576

# WR Grace

Property Damage

Index Sheet

SR00000644

| Claim Number: | 00010653 | Receive Date: | 03/31/2003 |

## Multiple Claim Reference

Claim Number _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] — Amended

Claim Number _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] — Amended

## Attorney Information

| Firm Number: | 00363 | Firm Name: | State of California Dept of Justice |
| Attorney Number: | 00242 | Attorney Name: | Robert E Asperger |
| Zip Code: | 95814 | | |

Cover Letter Location Number:   SR00000644

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| [ ] TBD | [ ] TBD | [ ] Other Attachments |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| | [X] Other Attachments | |

**Other**

- [ ] Non-Standard Form
- [ ] Amended
- [ ] Post-Deadline Postmark Date

## PART 1: CLAIMING PARTY INFORMATION

**NAME:**

STATE OF CALIFORNIA DEPT OF GENERAL SERVICES

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**

*(last four digits of SSN)*

**F.E.I.N. (Business Claimants)**

**Other names by which claiming party has been known (such as maiden name or married name):**

*First*          *MI*   *Last*

*First*          *MI*   *Last*

**GENDER:** ☐ MALE     ☐ FEMALE

**Mailing Address:**

707 THIRD STREET 6TH FLOOR
*Street Address*

WEST SACRAMENTO
*City*

CA  *State (Province)*   95605  *Zip Code (Postal Code)*

USA
*Country*

## PART 2: ATTORNEY INFORMATION

**The claiming party's attorney, if any (You do not need an attorney to file this form):**

**Law Firm Name:**

STATE OF CALIFORNIA DEPT. OF JUSTICE

**Name of Attorney:**

ROBERT   E  ASPERGER
*First*    *MI*  *Last*

**Mailing Address:**

1300 I STREET SUITE 1101
*Street Address*

SACRAMENTO
*City*

CA  *State (Province)*   95814  *Zip Code (Postal Code)*

**Telephone:**

(916) 327-7852
*Area Code*

WR Grace    PD.10.40.1973
00010653
SR=644

REC'D MAR 3 1 2003

9276101

1011588

# PART 4: ASBESTOS LITIGATION AND CLAIMS

## A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☒ No

   ☐ Yes – lawsuit

   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☒ No

   ☐ Yes – lawsuit

   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

## B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption

   b. Court where suit originally filed: _____  Docket No.: _____
      *County/State*

   c. Date filed: ☐☐ – ☐☐ – ☐☐☐☐
      *Month   Day   Year*

   a. Caption

   b. Court where suit originally filed: _____  Docket No.: _____
      *County/State*

   c. Date filed: ☐☐ – ☐☐ – ☐☐☐☐
      *Month   Day   Year*

   a. Caption

   b. Court where suit originally filed: _____  Docket No.: _____
      *County/State*

   c. Date filed: ☐☐ – ☐☐ – ☐☐☐☐
      *Month   Day   Year*

(Attach additional pages if necessary.)

9 2 7 6 1 0 9                    1011588

# WR Grace
## Property Damage
### Index Sheet

SR00000644

| Claim Number: | 00010654 | Receive Date: | 03/31/2003 |
|---|---|---|---|

## Multiple Claim Reference

Claim Number  _____

- ☐ MMPOC — Medical Monitoring Claim Form
- ☐ PDPOC — Property Damage
- ☐ NAPO — Non-Asbestos Claim Form
- ☐ — Amended

Claim Number  _____

- ☐ MMPOC — Medical Monitoring Claim Form
- ☐ PDPOC — Property Damage
- ☐ NAPO — Non-Asbestos Claim Form
- ☐ — Amended

## Attorney Information

| Firm Number: | 00363 | Firm Name: | State of California Dept of Justice |
|---|---|---|---|
| Attorney Number: | 00242 | Attorney Name: | Robert E Asperger |

Zip Code:  95814

Cover Letter Location Number:  SR00000644

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| ☐ TBD | ☐ TBD | ☐ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| | ☒ Other Attachments | |

**Other**

- ☐ Non-Standard Form
- ☐ Amended
- ☐ Post-Deadline Postmark Date

# PART 1: CLAIMING PARTY INFORMATION

**NAME:**

`STATE OF CALIFORNIA DEPT OF GENERAL SERVICES`

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**

`[ ][ ][ ][ ]`

*(last four digits of SSN)*

**F.E.I.N. (Business Claimants)**

`[ ][ ] - [ ][ ][ ][ ][ ][ ]`

**Other names by which claiming party has been known (such as maiden name or married name):**

| First | MI | Last |
|---|---|---|
| | | |
| First | MI | Last |
| | | |

**GENDER:**  ☐ MALE   ☐ FEMALE

**Mailing Address:**

`707 THIRD STREET, 6TH FLOOR`
*Street Address*

`WEST SACRAMENTO`          `CA`    `95605`
*City*                               *State*   *Zip Code*
                                    *(Province)*  *(Postal Code)*

`USA`
*Country*

# PART 2: ATTORNEY INFORMATION

**The claiming party's attorney, if any (You do not need an attorney to file this form):**

**Law Firm Name:**

`STATE OF CALIFORNIA DEPT OF JUSTICE`

**Name of Attorney:**

`ROBERT`              `E`  `ASPERGER`
*First*               *MI*  *Last*

**Mailing Address:**

`1300 I STREET, SUITE 1101`
*Street Address*

`SACRAMENTO`                    `CA`    `95814`
*City*                          *State*   *Zip Code*
                                *(Province)*  *(Postal Code)*

**Telephone:**

`(916) 327-7852`
*Area Code*

WR Grace       PD.10.40.1974
00010654
SR=644

9276101        REC'D MAR 3 1 2003        1011582

# PART 4: ASBESTOS LITIGATION AND CLAIMS

## A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☒ No

   ☐ Yes -- lawsuit

   ☐ Yes -- non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☒ No

   ☐ Yes -- lawsuit

   ☐ Yes -- non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

## B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption

   b. Court where suit **originally filed:** _____ Docket No.: _____
      *County/State*

   c. Date filed: \_\_ -- \_\_ -- \_\_\_\_
      *Month  Day  Year*

   a. Caption

   b. Court where suit **originally filed:** _____ Docket No.: _____
      *County/State*

   c. Date filed: \_\_ -- \_\_ -- \_\_\_\_
      *Month  Day  Year*

   a. Caption

   b. Court where suit **originally filed:** _____ Docket No.: _____
      *County/State*

   c. Date filed: \_\_ -- \_\_ -- \_\_\_\_
      *Month  Day  Year*

   (Attach additional pages if necessary.)

# WR Grace

## Property Damage

### Index Sheet

SR00000644

| Claim Number: | 00010655 | | Receive Date: | 03/31/2003 |

## Multiple Claim Reference

Claim Number _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

Claim Number _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

## Attorney Information

| Firm Number: | 00363 | Firm Name: | State of California Dept of Justice |
| Attorney Number: | 00242 | Attorney Name: | Robert E Asperger |
| Zip Code: | 95814 | | |

Cover Letter Location Number:    SR00000644

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| [ ] TBD | [ ] TBD | [ ] Other Attachments |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| | [X] Other Attachments | |
| **Other** | [ ] Non-Standard Form | |
| | [ ] Amended | |
| | [ ] Post-Deadline Postmark Date | |

Box/Batch: WRPD0010/WRPD0040                    Document Number: WRPD001975

# PART 1:  CLAIMING PARTY INFORMATION.

**NAME:**

S T A T E | O F | C A L I F O R N I A | D E P T | O F | G E N E R A L | S E R V I C E S

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**

*(last four digits of SSN)*

**F.E.I.N. (Business Claimants)**

**Other names by which claiming party has been known (such as maiden name or married name):**

*First*   *MI*   *Last*

*First*   *MI*   *Last*

**GENDER:** ☐ MALE   ☐ FEMALE

**Mailing Address:**

7 0 7 | T H I R D | S T R E E T | 6 T H | F L O O R

*Street Address*

W E S T | S A C R A M E N T O | | | | **State (Province)** C A | **Zip Code (Postal Code)** 9 5 6 0 5

*City*

U S A

*Country*

# PART 2:  ATTORNEY INFORMATION

**The claiming party's attorney, if any (You do not need an attorney to file this form):**

**Law Firm Name:**

S T A T E | O F | C A L I F O R N I A | D E P T . | O F | J U S T I C E

**Name of Attorney:**

R O B E R T | ☐ | | | | | | **MI** E | **Last** A S P E R G E R

*First*

**Mailing Address:**

1 3 0 0 | I | S T R E E T | S U I T E | 1 1 0 1

*Street Address*

S A C R A M E N T O | | | | | **State (Province)** C A | **Zip Code (Postal Code)** 9 5 8 1 4

*City*

**Telephone:**

( 9 1 6 ) 3 2 7 - 7 8 5 2

*Area Code*

WR Grace    PD.10.40.1975
**00010655**
SR=644

**REC'D MAR 3 1 2003**

9276101                                    1011572

# PART 4:  ASBESTOS LITIGATION AND CLAIMS

## A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

    ☒ No

    ☐ Yes – lawsuit

    ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

    ☒ No

    ☐ Yes – lawsuit

    ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

    *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

    *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

## B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

    a. Caption

    b. Court where suit **originally filed:**  ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚  Docket No.:  ⬚⬚⬚⬚⬚⬚⬚
       *County/State*

    c. Date filed:  ⬚⬚ – ⬚⬚ – ⬚⬚⬚⬚
       *Month  Day    Year*

    a. Caption

    b. Court where suit **originally filed:**  ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚  Docket No.:  ⬚⬚⬚⬚⬚⬚⬚
       *County/State*

    c. Date filed:  ⬚⬚ – ⬚⬚ – ⬚⬚⬚⬚
       *Month  Day    Year*

    a. Caption

    b. Court where suit **originally filed:**  ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚  Docket No.:  ⬚⬚⬚⬚⬚⬚⬚
       *County/State*

    c. Date filed:  ⬚⬚ – ⬚⬚ – ⬚⬚⬚⬚
       *Month  Day    Year*

(Attach additional pages if necessary.)

# WR Grace

## Property Damage

### Index Sheet

SR00000644

Claim Number:    00010656

Receive Date:    03/31/2003

## Multiple Claim Reference

Claim Number _____

| | | |
|---|---|---|
| ☐ | MMPOC | Medical Monitoring Claim Form |
| ☐ | PDPOC | Property Damage |
| ☐ | NAPO | Non-Asbestos Claim Form |
| ☐ | | Amended |

Claim Number _____

| | | |
|---|---|---|
| ☐ | MMPOC | Medical Monitoring Claim Form |
| ☐ | PDPOC | Property Damage |
| ☐ | NAPO | Non-Asbestos Claim Form |
| ☐ | | Amended |

## Attorney Information

Firm Number:    00363

Firm Name:    State of California Dept of Justice

Attorney Number:    00242

Attorney Name:    Robert E Asperger

Zip Code:    95814

Cover Letter Location Number:    SR00000644

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| ☐ TBD | ☐ TBD | ☐ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| | ☒ Other Attachments | |

**Other**

☐ Non-Standard Form
☐ Amended
☐ Post-Deadline Postmark Date

Document Number: WRPD001976

# PART 1:  CLAIMING PARTY INFORMATION

**NAME:**

S T A T E  O F  C A L I F O R N I A  D E P T  O F  G E N E R A L  S E R V I C E S

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**

*(last four digits of SSN)*

**F.E.I.N. (Business Claimants)**

☐ ☐ - ☐ ☐ ☐ ☐ ☐ ☐

**Other names by which claiming party has been known (such as maiden name or married name):**

*First* | *MI* | *Last*

*First* | *MI* | *Last*

**GENDER:**  ☐ MALE    ☐ FEMALE

**Mailing Address:**

7 0 7  T H I R D  S T R E E T  6 T H  F l O O R

*Street Address*

W E S T  S A C R A M E N T O    *City*    | C A *State (Province)* | 9 5 6 0 5 *Zip Code (Postal Code)*

U S A    *Country*

# PART 2:  ATTORNEY INFORMATION

The claiming party's attorney, if any (You do not need an attorney to file this form):

**Law Firm Name:**

S T A T E  O F  C A L I F O R N I A  D E P T  O F  J U S T I C E

**Name of Attorney:**

R O B E R T    *First*    | E *MI* | A S P E R G E R *Last*

**Mailing Address:**

1 3 0 0  T  S T R E E T  S U I T E  1 1 0 1

*Street Address*

S A C R A M E N T O    *City*    | C A *State (Province)* | 9 5 8 1 4 *Zip Code (Postal Code)*

**Telephone:**

( 9 1 6 )  3 2 7 - 7 8 5 2    *Area Code*

WR Grace    PD.10.40.1976
00010556
SR=644

REC'D MAR 3 1 2003

1011580

## PART 4:  ASBESTOS LITIGATION AND CLAIMS

### A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☒ No

   ☐ Yes – lawsuit

   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☒ No

   ☐ Yes – lawsuit

   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

### B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption

   b. Court where suit **originally filed**:                    *County/State*            Docket No.:

   c. Date filed:    *Month*    *Day*    *Year*

   a. Caption

   b. Court where suit **originally filed**:                    *County/State*            Docket No.:

   c. Date filed:    *Month*    *Day*    *Year*

   a. Caption

   b. Court where suit **originally filed**:                    *County/State*            Docket No.:

   c. Date filed:    *Month*    *Day*    *Year*

(Attach additional pages if necessary.)

# WR Grace

Property Damage

Index Sheet

SR00000644

Claim Number:    00010657

Receive Date:    03/31/2003

## Multiple Claim Reference

Claim Number _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] — Amended

Claim Number _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] — Amended

## Attorney Information

Firm Number:    00363

Firm Name:    State of California Dept of Justice

Attorney Number:    00242

Attorney Name:    Robert E Asperger

Zip Code:    95814

Cover Letter Location Number:    SR00000644

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| [ ] TBD | [ ] TBD | [ ] Other Attachments |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| | [X] Other Attachments | |
| **Other** | [ ] Non-Standard Form | |
| | [ ] Amended | |
| | [ ] Post-Deadline Postmark Date | |

# PART 1: CLAIMING PARTY INFORMATION.

**NAME:**

STATE OF CALIFORNIA DEPT OF GENERAL SERVICES

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**

*(last four digits of SSN)*

**F.E.I.N. (Business Claimants)**

Other names by which claiming party has been known (such as maiden name or married name):

*First*     *MI*     *Last*

*First*     *MI*     *Last*

**GENDER:** ☐ MALE     ☐ FEMALE

**Mailing Address:**

707 THIRD STREET, 6TH FLOOR
*Street Address*

WEST SACRAMENTO
*City*

CA
*State (Province)*

95605
*Zip Code (Postal Code)*

USA
*Country*

# PART 2: ATTORNEY INFORMATION

The claiming party's attorney, if any (You do not need an attorney to file this form):

**Law Firm Name:**

STATE OF CALIFORNIA DEPT OF JUSTICE

**Name of Attorney:**

ROBERT     E     ASPERGER
*First*     *MI*     *Last*

**Mailing Address:**

1300 I STREET, SUITE 1101
*Street Address*

SACRAMENTO
*City*

CA
*State (Province)*

95814
*Zip Code (Postal Code)*

**Telephone:**

(916) 327-7852
*Area Code*

WR Grace    PD.10.40.1977
SR~644    00010657

9276101    REC'D MAR 3 1 2003    1011584

## PART 4:  ASBESTOS LITIGATION AND CLAIMS

### A.  INTRODUCTION

1.  Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

    ☒ No

    ☐ Yes – lawsuit

    ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2.  Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

    ☐ No

    ☐ Yes – lawsuit

    ☒ Yes – non-lawsuit claim (other than a workers' compensation claim)

    *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

    *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

### B.  LAWSUITS

1.  Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

    a.  Caption

    b.  Court where suit **originally filed:**     *County/State*     Docket No.:

    c.  Date filed:     *Month   Day   Year*

    a.  Caption

    b.  Court where suit **originally filed:**     *County/State*     Docket No.:

    c.  Date filed:     *Month   Day   Year*

    a.  Caption

    b.  Court where suit **originally filed:**     *County/State*     Docket No.:

    c.  Date filed:     *Month   Day   Year*

    (Attach additional pages if necessary.)

9276109

1011584

# WR Grace

## Property Damage

### Index Sheet

SR00000644

Claim Number:    00010658

Receive Date:    03/31/2003

## Multiple Claim Reference

Claim Number _____

- [ ] MMPOC    Medical Monitoring Claim Form
- [ ] PDPOC    Property Damage
- [ ] NAPO    Non-Asbestos Claim Form
- [ ]    Amended

Claim Number _____

- [ ] MMPOC    Medical Monitoring Claim Form
- [ ] PDPOC    Property Damage
- [ ] NAPO    Non-Asbestos Claim Form
- [ ]    Amended

## Attorney Information

Firm Number:    00363

Firm Name:    State of California Dept of Justice

Attorney Number:    00242

Attorney Name:    Robert E Asperger

Zip Code:    95814

Cover Letter Location Number:    SR00000644

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| [ ] TBD | [ ] TBD | [ ] Other Attachments |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| | [X] Other Attachments | |

| Other | |
|---|---|
| | [ ] Non-Standard Form |
| | [ ] Amended |
| | [ ] Post-Deadline Postmark Date |

# PART 1:  CLAIMING PARTY INFORMATION.

**NAME:**

`STATE OF CALIFORNIA DEPT OF GENERAL SERVICES`

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**

`[ ][ ][ ][ ]`

*(last four digits of SSN)*

**F.E.I.N. (Business Claimants)**

`[ ][ ] - [ ][ ][ ][ ][ ][ ]`

**Other names by which claiming party has been known (such as maiden name or married name):**

*First*     *MI*     *Last*

*First*     *MI*     *Last*

**GENDER:**  ☐ MALE    ☐ FEMALE

**Mailing Address:**

`707 THIRD STREET, 6TH FLOOR`
*Street Address*

`WEST SACRAMENTO`     `CA`     `95605`
*City*     *State (Province)*     *Zip Code (Postal Code)*

`USA`
*Country*

# PART 2:  ATTORNEY INFORMATION

**The claiming party's attorney, if any (You do not need an attorney to file this form):**

**Law Firm Name:**

`STATE OF CALIFORNIA DEPT OF JUSTICE`

**Name of Attorney:**

`ROBERT`     `E`     `ASPERGER`
*First*     *MI*     *Last*

**Mailing Address:**

`1300 I STREET, SUITE 1101`
*Street Address*

`SACRAMENTO`     `CA`     `95814`
*City*     *State (Province)*     *Zip Code (Postal Code)*

**Telephone:**

`(916) 327 - 7852`
*Area Code*

WR Grace     PD.10.40.1978
00010658
SR=644

9276101     REC'D MAR 3 1 2003     1011575

# PART 4:  ASBESTOS LITIGATION AND CLAIMS

## A.  INTRODUCTION

1.  Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☒ No

   ☐ Yes – lawsuit

   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2.  Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No

   ☐ Yes – lawsuit

   ☒ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

## B.  LAWSUITS

1.  Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a.  Caption

   b.  Court where suit **originally filed:**  _____ *County/State*   Docket No.: _____

   c.  Date filed: __ – __ – ____
      *Month  Day  Year*

   a.  Caption

   b.  Court where suit **originally filed:**  _____ *County/State*   Docket No.: _____

   c.  Date filed: __ – __ – ____
      *Month  Day  Year*

   a.  Caption

   b.  Court where suit **originally filed:**  _____ *County/State*   Docket No.: _____

   c.  Date filed: __ – __ – ____
      *Month  Day  Year*

   (Attach additional pages if necessary.)

9276109

1011575

# WR Grace

## Property Damage

### Index Sheet

SR00000644

Claim Number:    00010659          Receive Date:    03/31/2003

## Multiple Claim Reference

Claim Number    _____

- ☐ MMPOC    Medical Monitoring Claim Form
- ☐ PDPOC    Property Damage
- ☐ NAPO    Non-Asbestos Claim Form
- ☐    Amended

Claim Number    _____

- ☐ MMPOC    Medical Monitoring Claim Form
- ☐ PDPOC    Property Damage
- ☐ NAPO    Non-Asbestos Claim Form
- ☐    Amended

## Attorney Information

Firm Number:    00363        Firm Name:    State of California Dept of Justice

Attorney Number:    00242        Attorney Name:    Robert E Asperger

Zip Code:    95814

Cover Letter Location Number:    SR00000644

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| ☐ TBD | ☐ TBD | ☐ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| | ☒ Other Attachments | |

**Other**

- ☐ Non-Standard Form
- ☐ Amended
- ☐ Post-Deadline Postmark Date

Box/Batch: WRPD0010/WRPD0040        Document Number: WRPD001979

## PART 1:  CLAIMING PARTY INFORMATION

**NAME:**

`STATE OF CALIFORNIA DEPT OF GENERAL SERVICES`

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**

*(last four digits of SSN)*

**F.E.I.N. (Business Claimants)**

**Other names by which claiming party has been known (such as maiden name or married name):**

*First*    *MI*    *Last*

*First*    *MI*    *Last*

**GENDER:**   ☐ MALE   ☐ FEMALE

**Mailing Address:**

`707 THIRD STEET 6TH FLOOR`
*Street Address*

`WEST SACRAMENTO`
*City*

*State (Province)* `CA`

*Zip Code (Postal Code)* `95605`

`USA`
*Country*

## PART 2:  ATTORNEY INFORMATION

The claiming party's attorney, if any (You do not need an attorney to file this form):

**Law Firm Name:**

`STATE OF CALIFORNIA DEPT OF JUSTICE`

**Name of Attorney:**

`ROBERT`   `E`   `ASPERGER`
*First*    *MI*    *Last*

**Mailing Address:**

`1300 I STREET SUITE 1101`
*Street Address*

`SACRAMENTO`
*City*

*State (Province)* `CA`

*Zip Code (Postal Code)* `95814`

**Telephone:**

`(916) 327-7852`
*Area Code*

WR Grace   PD.10.40.1979
**00010659**
SR-644

9276101     REC'D MAR 3 1 2003     1011573

# PART 4: ASBESTOS LITIGATION AND CLAIMS·

## A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☒ No

   ☐ Yes – lawsuit

   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No

   ☐ Yes – lawsuit

   ☒ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

## B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption

   b. Court where suit **originally filed:**  County/State     Docket No.:

   c. Date filed:  Month  Day  Year

   a. Caption

   b. Court where suit **originally filed:**  County/State     Docket No.:

   c. Date filed:  Month  Day  Year

   a. Caption

   b. Court where suit **originally filed:**  County/State     Docket No.:

   c. Date filed:  Month  Day  Year

(Attach additional pages if necessary.)

# WR Grace

## Property Damage

### Index Sheet

SR00000644

| Claim Number: | 00010660 | Receive Date: | 03/31/2003 |
|---|---|---|---|

## Multiple Claim Reference

Claim Number _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

Claim Number _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

## Attorney Information

| Firm Number: | 00363 | Firm Name: | State of California Dept of Justice |
|---|---|---|---|
| Attorney Number: | 00242 | Attorney Name: | Robert E Asperger |
| Zip Code: | 95814 | | |

Cover Letter Location Number:    SR00000644

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| [ ] TBD | [ ] TBD | [ ] Other Attachments |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| | [X] Other Attachments | |

**Other**

- [ ] Non-Standard Form
- [ ] Amended
- [ ] Post-Deadline Postmark Date

# PART 1: CLAIMING PARTY INFORMATION

**NAME:**

S T A T E  O F  C A L I F O R N I A  D E P T  O F  G E N E R A L  S E R V I C E S

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**

*(last four digits of SSN)*

**F.E.I.N. (Business Claimants)**

**Other names by which claiming party has been known (such as maiden name or married name):**

*First*   *MI*   *Last*

*First*   *MI*   *Last*

**GENDER:** ☐ MALE  ☐ FEMALE  ■

**Mailing Address:**

7 0 7  T H I R D  S T R E E T  6 T H  F L O O R

*Street Address*

W E S T  S A C R A M E N T O     *City*     C A *State (Province)*    9 5 6 0 5 *Zip Code (Postal Code)*

U S A
*Country*

# PART 2: ATTORNEY INFORMATION

**The claiming party's attorney, if any (You do not need an attorney to file this form):**

**Law Firm Name:**

S T A T E  O F  C A L I F O R N I A  D E P T .  O F  J U S T I C E

**Name of Attorney:**

R O B E R T        E  A S P E R G E R
*First*   *MI*   *Last*

**Mailing Address:**

1 3 0 0  I  S T R E E T  S U I T E  1 1 0 1
*Street Address*

S A C R A M E N T O     *City*     C A *State (Province)*    9 5 8 1 4 *Zip Code (Postal Code)*

**Telephone:**

( 9 1 6 )  3 2 7 - 7 8 5 2  ■
*Area Code*

WR Grace    PD.10.40.1980
00010660
SR=644

REC'D MAR 3 1 2003

9 2 7 6 1 0 1

1011579

# PART 4:  ASBESTOS LITIGATION AND CLAIMS

## A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☒ No

   ☐ Yes – lawsuit

   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☒ No

   ☐ Yes – lawsuit

   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

## B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption

   b. Court where suit **originally filed:** |     | *County/State*    Docket No.: |     |

   c. Date filed: |   | – |   | – |     |
           *Month*  *Day*  *Year*

   a. Caption

   b. Court where suit **originally filed:** |     | *County/State*    Docket No.: |     |

   c. Date filed: |   | – |   | – |     |
           *Month*  *Day*  *Year*

   a. Caption

   b. Court where suit **originally filed:** |     | *County/State*    Docket No.: |     |

   c. Date filed: |   | – |   | – |     |
           *Month*  *Day*  *Year*

   (Attach additional pages if necessary.)

1011579

# WR Grace

### Property Damage

### Index Sheet

SR00000644

Claim Number:    00010661                          Receive Date:    03/31/2003

## Multiple Claim Reference

Claim Number  _____

☐ MMPOC    Medical Monitoring Claim Form

☐ PDPOC    Property Damage

☐ NAPO    Non-Asbestos Claim Form

☐    Amended

Claim Number  _____

☐ MMPOC    Medical Monitoring Claim Form

☐ PDPOC    Property Damage

☐ NAPO    Non-Asbestos Claim Form

☐    Amended

## Attorney Information

Firm Number:    00363                    Firm Name:    State of California Dept of Justice

Attorney Number:    00242                Attorney Name:    Robert E Asperger

Zip Code:    95814

Cover Letter Location Number:    SR00000644

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| ☐ TBD | ☐ TBD | ☐ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| | ☒ Other Attachments | |

| Other | | |
|---|---|---|
| | ☐ Non-Standard Form | |
| | ☐ Amended | |
| | ☐ Post-Deadline Postmark Date | |

Box/Batch: WRPD0010/WRPD0040                          Document Number: WRPD001981

## PART 1: CLAIMING PARTY INFORMATION

**NAME:**

`STATE OF CALIFORNIA DEPT OF GENERAL SERVICES`

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**   **F.E.I.N. (Business Claimants)**

*(last four digits of SSN)*

**Other names by which claiming party has been known (such as maiden name or married name):**

*First*                                    *MI*    *Last*

*First*                                    *MI*    *Last*

**GENDER:**  ☐ MALE   ☐ FEMALE

**Mailing Address:**

`707 THIRD STREET, 6TH FLOOR`
*Street Address*

`WEST SACRAMENTO`                           `CA`   `95605`
*City*                                     *State*   *Zip Code*
                                           *(Province)*   *(Postal Code)*

`USA`
*Country*

## PART 2: ATTORNEY INFORMATION

**The claiming party's attorney, if any (You do not need an attorney to file this form):**

**Law Firm Name:**

`STATE OF CALIFORNIA DEPT OF JUSTICE`

**Name of Attorney:**

`ROBERT`                          `E`  `ASPERGER`
*First*                           *MI*  *Last*

**Mailing Address:**

`1300 I STREET, SUITE 1101`
*Street Address*

`SACRAMENTO`                                `CA`   `95814`
*City*                                     *State*   *Zip Code*
                                           *(Province)*   *(Postal Code)*

**Telephone:**

`(916) 327-7852`
*Area Code*

WR Grace        PD.10.40.1981
SR=644       00010661

9 2 7 6 1 0 1          REC'D MAR 3 1 2003    1011591

## PART 4: ASBESTOS LITIGATION AND CLAIMS

### A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☒ No

   ☐ Yes – lawsuit

   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☒ No

   ☐ Yes – lawsuit

   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

### B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption

   b. Court where suit **originally filed**: _____ *County/State*    Docket No.: _____

   c. Date filed: __ - __ - ____
      *Month   Day   Year*

   a. Caption

   b. Court where suit **originally filed**: _____ *County/State*    Docket No.: _____

   c. Date filed: __ - __ - ____
      *Month   Day   Year*

   a. Caption

   b. Court where suit **originally filed**: _____ *County/State*    Docket No.: _____

   c. Date filed: __ - __ - ____
      *Month   Day   Year*

   (Attach additional pages if necessary.)

9276109                                          1011591

# WR Grace

SR00000644

### Property Damage
### Index Sheet

| | |
|---|---|
| Claim Number:    00010662 | Receive Date:    03/31/2003 |

## Multiple Claim Reference

Claim Number

☐ MMPOC    Medical Monitoring Claim Form
☐ PDPOC    Property Damage
☐ NAPO    Non-Asbestos Claim Form
☐    Amended

Claim Number _____

☐ MMPOC    Medical Monitoring Claim Form
☐ PDPOC    Property Damage
☐ NAPO    Non-Asbestos Claim Form
☐    Amended

## Attorney Information

| | | |
|---|---|---|
| Firm Number:    00363 | Firm Name: | State of California Dept of Justice |
| Attorney Number:    00242 | Attorney Name: | Robert E Asperger |
| Zip Code:    95814 | | |

Cover Letter Location Number:    SR00000644

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| ☐ TBD | ☐ TBD | ☐ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| | ☒ Other Attachments | |
| **Other** | ☐ Non-Standard Form | |
| | ☐ Amended | |
| | ☐ Post-Deadline Postmark Date | |

# PART 1: CLAIMING PARTY INFORMATION

**NAME:**

S T A T E   O F   C A L I F O R N I A   D E P T   O F   G E N E R A L   S E R V I C E S

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**

**F.E.I.N. (Business Claimants)**

*(last four digits of SSN)*

**Other names by which claiming party has been known (such as maiden name or married name):**

*First*    *MI*    *Last*

*First*    *MI*    *Last*

**GENDER:** ☐ MALE    ☐ FEMALE

**Mailing Address:**

7 0 7   T H I R D   S T R E E T ,   6 T H   F l O O R
*Street Address*

W E S T   S A C R A M E N T O
*City*

C A
*State (Province)*

9 5 6 0 5
*Zip Code (Postal Code)*

U S A
*Country*

# PART 2: ATTORNEY INFORMATION

**The claiming party's attorney, if any (You do not need an attorney to file this form):**

**Law Firm Name:**

S T A T E   O F   C A L I F O R N I A   D E P T   O F   J U S T I C E

**Name of Attorney:**

R O B E R T
*First*

E
*MI*

A S P E R G E R
*Last*

**Mailing Address:**

1 3 0 0   I   S T R E E T   S u i T E   # 1 1 0 1
*Street Address*

S A C R A M E N T O
*City*

C A
*State (Province)*

9 5 8 1 4
*Zip Code (Postal Code)*

**Telephone:**

( 9 1 6 )   3 2 7 - 7 8 5 2
*Area Code*

WR Grace        PD.10.40.1982
**00010662**
SR=644

9 2 7 6 1 0 1        REC'D MAR 3 1 2003        1011577

# PART 4: ASBESTOS LITIGATION AND CLAIMS

## A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☒ No

   ☐ Yes – lawsuit

   ☐ Yes - non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☒ No

   ☐ Yes – lawsuit

   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

## B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption

   b. Court where suit **originally filed:** _____  *County/State*    Docket No.: _____

   c. Date filed: ☐☐ – ☐☐ – ☐☐☐☐
      *Month    Day    Year*

   a. Caption

   b. Court where suit **originally filed:** _____  *County/State*    Docket No.: _____

   c. Date filed: ☐☐ – ☐☐ – ☐☐☐☐
      *Month    Day    Year*

   a. Caption

   b. Court where suit **originally filed:** _____  *County/State*    Docket No.: _____

   c. Date filed: ☐☐ – ☐☐ – ☐☐☐☐
      *Month    Day    Year*

(Attach additional pages if necessary.)

# WR Grace

Property Damage

Index Sheet

SR00000731

**Claim Number:** 00014411                    **Receive Date:** 03/31/2003

---

## Multiple Claim Reference

| Claim Number | _____ | ☐ MMPOC | Medical Monitoring Claim Form |
|---|---|---|---|
| | | ☐ PDPOC | Property Damage |
| | | ☐ NAPO | Non-Asbestos Claim Form |
| | | ☐ | Amended |

| Claim Number | _____ | ☐ MMPOC | Medical Monitoring Claim Form |
|---|---|---|---|
| | | ☐ PDPOC | Property Damage |
| | | ☐ NAPO | Non-Asbestos Claim Form |
| | | ☐ | Amended |

---

## Attorney Information

**Firm Number:** 00363                **Firm Name:** State of California Dept of Justice

**Attorney Number:** 00242          **Attorney Name:** Robert E Asperger

**Zip Code:** 95814

**Cover Letter Location Number:** SR00000731

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| ☐ TBD | ☐ TBD | ☐ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| | ☒ Other Attachments | |

| Other | |
|---|---|
| | ☐ Non-Standard Form |
| | ☐ Amended |
| | ☐ Post-Deadline Postmark Date |

Box/Batch: WRPD0021/WRPD0083                    Document Number: WRPD004117

## PART 1:  CLAIMING PARTY INFORMATION

**NAME:**

`STATE OF CALIFORNIA DEPT OF GENERAL SERVICES`

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**      **F.E.I.N. (Business Claimants)**

*(last four digits of SSN)*

**Other names by which claiming party has been known (such as maiden name or married name):**

*First*                          *MI*   *Last*

*First*                          *MI*   *Last*

**GENDER:**  ☐ MALE      ☐ FEMALE

**Mailing Address:**

`707 THIRD STREET, 6TH FLOOR`
*Street Address*

`WEST SACRAMENTO`                          `CA`   `95605`
*City*                                      *State*   *Zip Code*
                                            *(Province)*  *(Postal Code)*

`USA`
*Country*

## PART 2:  ATTORNEY INFORMATION

**The claiming party's attorney, if any (You do not need an attorney to file this form):**

**Law Firm Name:**

`STATE OF CALIFORNIA DEPT OF JUSTICE`

**Name of Attorney:**

`ROBERT`                          `E`   `ASPERGER`
*First*                          *MI*   *Last*

**Mailing Address:**

`1300 I STREET, SUITE 1101`
*Street Address*

`SACRAMENTO`                          `CA`   `95814`
*City*                                      *State*   *Zip Code*
                                            *(Province)*  *(Postal Code)*

**Telephone:**

`(916) 327-7852`
*Area Code*

WR Grace      PD.21.83.4117
         **00014411**
SR-731

REC'D MAR 3 1 2003      1011586

# PART 4:  ASBESTOS LITIGATION AND CLAIMS

## A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☒ No

   ☐ Yes – lawsuit

   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No

   ☐ Yes – lawsuit

   ☒ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

## B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a.  Caption _____

   b.  Court where suit **originally filed:** _____   Docket No.: _____
   *County/State*

   c.  Date filed: ☐☐ - ☐☐ - ☐☐☐☐
   *Month   Day   Year*

   a.  Caption _____

   b.  Court where suit **originally filed:** _____   Docket No.: _____
   *County/State*

   c.  Date filed: ☐☐ - ☐☐ - ☐☐☐☐
   *Month   Day   Year*

   a.  Caption _____

   b.  Court where suit **originally filed:** _____   Docket No.: _____
   *County/State*

   c.  Date filed: ☐☐ - ☐☐ - ☐☐☐☐
   *Month   Day   Year*

   (Attach additional pages if necessary.)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ) | Chapter 11 |
| ) | Case No. 01-01139 (JKF) |
| In re:  W.R. GRACE & CO., et al., ) | (Jointly Administered) |
| ) | |
| Debtors. ) | |
| ) | |
| _____) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 19, 2007, counsel for Claimant State of California, Department of General Services caused copies of *Claimant State of California, Department of General Services, Opposition to Debtors' Motion for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Claimant's Sixteen (16) Claims Among One Hundred Nine (109) California Asbestos Property Claims Allegedly Barred by the Statute of Limitations* and *Declaration of Claimant's Counsel Steven J. Mandelsberg in Opposition to Debtor's Motion* to be served on the following in the manner indicated:

Katherine Phillips, Esq.
Janet S. Baer, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601
Co-Counsel for the Debtors
*Via E-mail and First Class Mail*

David Carickhoff, Jr., Esq.
Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young, Jones &
Weintraub P.C.
919 North Market Street, 16th Floor
Wilmington, Delaware 19899-8705
Co-Counsel for the Debtors
*Via E-mail and First Class Mail*

Douglas E. Cameron, Esq.
Traci S. Rea, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
Co-Counsel for Debtors
*Via E-mail and First Class Mail*

Scott Baena, Esq.
Jay M. Sakalo, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
200 S. Biscayne Blvd., Ste. 2500
Miami, Florida 33131-5340
Counsel for PD Committee
*Via E-mail and First Class Mail*

Dated: March 19, 2007

**HAHN & HESSEN LLP**
Counsel for Claimant
State of California, Dep't of General Services

By: _____
        Steven J. Mandelsberg

488 Madison Avenue
New York, New York 10022
(212) 478-7200

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:  W.R. GRACE & CO., et al.,<br><br>Debtors. | ) ) ) ) ) ) ) ) |

Chapter 11
Case No. 01-01139 (JKF)
(Jointly Administered)

### CERTIFICATE OF SERVICE

I, Alison M. Croessmann, certify that on March 19, 2007, I caused copies of *Claimant State of California, Department of General Services, Opposition to Debtors' Motion for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Claimant's Sixteen (16) Claims Among One Hundred Nine (109) California Asbestos Property Claims Allegedly Barred by the Statute of Limitations* and *Declaration of Claimant's Counsel Steven J. Mandelsberg in Opposition to Debtor's Motion* to be served on the following in the manner indicated:

Katherine Phillips, Esq.
Janet S. Baer, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601
Co-Counsel for the Debtors
*Via E-mail and First Class Mail*

David Carickhoff, Jr., Esq.
Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young, Jones &
Weintraub P.C.
919 North Market Street, 16th Floor
Wilmington, Delaware 19899-8705
Co-Counsel for the Debtors
*Via E-mail and First Class Mail*

Douglas E. Cameron, Esq.
Traci S. Rea, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
Co-Counsel for Debtors
*Via E-mail and First Class Mail*

Scott Baena, Esq.
Jay M. Sakalo, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
200 S. Biscayne Blvd., Ste. 2500
Miami, Florida 33131-5340
Counsel for PD Committee
*Via E-mail and First Class Mail*

Alison M. Croessmann