IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                                        :    Chapter 11
                                                              :    Case No. 01-01139(JKF)
                                                              :
W. R. GRACE & CO., et al.,                                    :    Jointly Administered
                                                              :
                        Debtors.                              :
------------------------------------------------------------- x

**OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS' AMENDED DESIGNATION OF EXPERT WITNESS REGARDING ESTIMATION OF ASBESTOS PERSONAL INJURY CLAIMS**

The Official Committee (the "Equity Committee") of Equity Security Holders of W.R. Grace & Co. ("Grace") hereby submits this amended designation of expert witness. In addition to or instead of Gustavo E. Bamberger of Lexecon Inc, the Equity Committee intends to call Dr. James Heckman of the same organization, Lexecon, Inc., to provide expert testimony applying his specific expertise to the evaluation of the expert estimation reports submitted by other parties.

The Equity Committee reserves the right to substitute or supplement this designation as further discovery and investigation may warrant.

KL2 2495842.1

-2-

Dated: March 19, 2007

        Respectfully submitted,

        KRAMER LEVIN NAFTALIS &
           FRANKEL LLP

        By: /s/Philip Bentley
           Philip Bentley
           Gregory Horowitz
           Gary M. Becker
        919 Third Avenue
        New York, New York 10022
        Telephone: (212) 715-9100
        Facsimile: (212) 715-8000

        Attorneys for the Official Committee of
        Equity Security Holders