IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## **CERTIFICATE OF NO OBJECTION (RE: DOCKET NO. 14685**

On February 27, 2007, Kramer, Levin, Naftalis & Frankel LLP, ("Kramer Levin"), co-counsel to the Official Committee of Equity Holders, filed its Nineteenth Quarterly Fee Application of Kramer, Levin, Naftalis & Frankel LLP , Co-Counsel to the Official Committee of Equity Holders, for Compensation and Reimbursement of Expenses for the Period from October 1, 2006 through December 31, 2006 (the "Application"). The Notice of Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on March 19, 2007. The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

WHEREFORE, Kramer Levin respectfully requests that the Court enter an order approving this Application at its earliest convenience.

                                                BUCHANAN INGERSOLL & ROONEY PC

                            By:    /s/ Teresa K.D. Currier
                                     Teresa K. D. Currier (No. 3080)
                                     The Brandywine Building
                                     1000 West St. - Suite 1410
                                     Wilmington, DE 19801

                                             -and-

KRLS/Wilm 58403v1

                                KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                Philip Bentley, Esquire
                                Gary M. Becker, Esquire
                                919 Third Avenue
                                New York, NY 10022
                                (212) 715-9100
                                Counsel to the Official Committee of
                                Equity Holders

Dated: March 21, 2007                Co-Counsel to the Official Committee
                                          of Equity Holders

KRLS/Wilm 58403v1