IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## <u>CERTIFICATE OF NO OBJECTION (RE: DOCKET NO. 14686)</u>

On February 27, 2007, Buchanan Ingersoll & Rooney PC, ("Buchanan"), co-counsel to the Official Committee of Equity Holders, filed its Twenty-Third Quarterly Fee Application of Buchanan Ingersoll & Rooney, Co-Counsel to the Official Committee of Equity Holders, for Compensation and Reimbursement of Expenses for the Period from October 1, 2006 through December 31, 2006 (the "Application"). The Notice of Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on March 19, 2007. The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

WHEREFORE, Buchanan respectfully requests that the Court enter an order approving this Application at its earliest convenience.

BUCHANAN INGERSOLL & ROONEY PC

By_____/s/ Teresa K.D. Currier_____
Teresa K. D. Currier (No. 3080)
The Brandywine Building
1000 West St. - Suite 1410
Wilmington, DE 19801

-and-

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley, Esquire
Robert T. Schmidt, Esquire
919 Third Avenue
New York, NY 10022
(212) 715-9100
Counsel to the Official Committee of
Equity Holders

Dated: March 21, 2007                    Co-Counsel to the Official Committee
                                         of Equity Holders