# EXHIBIT 2

# Hartley & O'Brien, PLLC
### Attorneys & Counselors at Law

R. DEAN HARTLEY (WV, PA & KY)
LESLIE ANN JAMES (WV & PA)
MICHAEL P. GIERTZ (WV & OH)
J. ZACHARY ZATEZALO (WV & TX)
J. MICHAEL PRASCIK (WV)

The Wagner Building
2001 Main Street • Suite 600
Wheeling, WV 26003

Telephone: (304) 233-0777
Telecopier: (304) 233-0774

www.toxictortlawyers.com

James M. O'Brien
*Of Counsel*

March 6, 2007

*VIA FACSIMILE 202-652-3720*
*& FIRST-CLASS MAIL*

Ms. Barbara Mack Harding
KIRKLAND & ELLIS
655 Fifteenth Street, N.W.
Washington, DC 20005

Re: In Re W.R. Grace & Co., Case No. 01-01139
    Hartley & O'Brien – Log of B-Reads

Dear Ms. Harding:

In response to your letter dated February 22, 2007, please be advised that we have disclosed all b-readings in our possession to Rust Consulting, which were attached to the WR Grace Asbestos Personal Injury Questionnaires. If you have any questions or concerns, please feel free to contact us.

Sincerely,

*Leslie Ann James*

LESLIE ANN JAMES

LAJ/mlb

# WILENTZ GOLDMAN &SPITZER P.A.

ATTORNEYS AT LAW

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
(732) 636-8000
Fax (732) 855-6117

Meridian Center I
Two Industrial Way West
Eatontown, NJ 07724-2265
(732) 542-4500
Fax (732) 493-8387

110 William Street
26th Floor
New York, NY 10038-3901
(212) 267-3091
Fax (212) 267-3828

Two Penn Center Plaza
Suite 910
Philadelphia, PA 19102
(215) 569-0000
Fax (215) 636-3999

One Oxford Centre
Suite 4300
Pittsburgh, PA 15219
(412) 255-3767
Fax (412) 255-3701

website: www.wilentz.com

Please reply to:
Woodbridge
Direct Dial: (732) 855-6189
Direct Fax: (732) 726-6627

February 23, 2007

**VIA FACSIMILE (202) 879-5200 & REGULAR MAIL**

Barbara Mack Harding, Esq.
Kirkland & Ellis LLP
655 Fifteenth St., N.W.
Washington, D.C. 20005

    Re:  W.R. Grace, et al., Debtors
           D.Del. Ch. 11 Lead Case No. 01-1139 JKF
           *B-Read Withholding Log*

Dear Ms. Harding:

    In response to your letter dated February 22, 2007, the following comprises Wilentz, Goldman & Spitzer's "log listing all B-Reads regarding claimants [WGS] represent[s] that [WGS] continue[s] to withhold from production on the grounds of privilege:"

- NONE -

Sincerely,

Deirdre Woulfe Pacheco

# WILENTZ GOLDMAN &SPITZER P.A.

ATTORNEYS AT LAW

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
(732) 636-8000
Fax (732) 855-6117

Meridian Center I
Two Industrial Way West
Eatontown, NJ 07724-2265
(732) 542-4500
Fax (732) 493-8387

110 William Street
26th Floor
New York, NY 10038-3901
(212) 267-3091
Fax (212) 267-3828

Two Penn Center Plaza
Suite 910
Philadelphia, PA 19102
(215) 569-0000
Fax (215) 636-3999

One Oxford Centre
Suite 4300
Pittsburgh, PA 15219
(412) 255-3767
Fax (412) 255-3701

*website: www.wilentz.com*

Please reply to:
**Woodbridge**
**Direct Dial: (732) 855-6189**
**Direct Fax: (732) 726-6627**

February 23, 2007

*VIA FACSIMILE (202) 879-5200 & REGULAR MAIL*

Barbara Mack Harding, Esq.
Kirkland & Ellis LLP
655 Fifteenth St., N.W.
Washington, D.C. 20005

    Re:  W.R. Grace, et al., Debtors
          D.Del. Ch. 11 Lead Case No. 01-1139 JKF
          *B-Read Withholding Log*

Dear Ms. Harding:

      In response to your letter dated February 22, 2007, the following comprises Wilentz, Goldman & Spitzer's "log listing all B-Reads regarding claimants [WGS] represent[s] that [WGS] continue[s] to withhold from production on the grounds of privilege:"

- NONE -

Sincerely,

*Deirdre Woulfe Pacheco*

## ODOM LAW FIRM, P.A.
ATTORNEYS AT LAW



MEMBERS OF THE FIRM
BOBBY LEE ODOM
RUSSELL B. WINBURN
CONRAD T. ODOM
ALAN L. LANE
MATTHEW L. LINDSAY

MAILING ADDRESS
P.O. DRAWER 1868
FAYETTEVILLE, AR 72702

STREET ADDRESS
1 E. MOUNTAIN
FAYETTEVILLE, AR 72701

(479) 442-7575
FAX (479) 442-9008

JEFFERY J. BOEN
ADMINISTRATOR

www.odomfirm.com

February 26, 2007

<u>Via Fax (202) 879-5200 & Regular Mail</u>

Ms. Barbara Mack Harding
Kirkland & Ellis
655 15th Street NW
Washington, DC 20005

  Re: W.R. Grace Bankruptcy -

Dear Ms. Harding:

  I have your letter of February 22, 2007. I do not believe that I have withheld any B-readings from the debtor. If you know of additional reports that I have not sent, please advise and I will check on the matter immediately.

  Additionally, I received the latest order regarding production of chest x-rays. I will have the x-rays copied and sent to Rust. If you have questions or concerns about the x-ray issue, I stand available.

        Sincerely,

        Russell B. Winburn

*RBW/kjb*
*opeiu 105,afl-cio*



# DAVID NUTT & ASSOCIATES, P. C.
ATTORNEYS AT LAW
605 CRESCENT BLVD.
RIDGELAND, MS 39157

DAVID H. NUTT

MAIN NUMBER: (601) 898-7302
FAX NUMBER: (601) 898-7304

March 5, 2007


Barbara Mach Harding, Esquire
655 Fifteenth Street, S. W.
Washington, DC 20005

Dear Ms. Harding;

This letter is to notify that we do not have any privildge clients. We submitted all B-Readers and medical reports that we have.

If you need any additional information please let me know.

Sincerely,

*Lousie Oakes*

Lousie Oakes

**HAWKINS & NORRIS**
2501 GRAND AVENUE, SUITE C
DES MOINES, IOWA 50312

GLENN L. NORRIS

TELEPHONE
(515) 288-6532
FACSIMILE
(515) 288-9733

March 01 , 2007

Barbara Mack Harding
KIRKLAND & ELLIS LLP
655 Fifteenth Street N.W.
Washington D.C. 20005

Re: W. R. Grace Bankruptcy

**E-Mail and United States Mail**

Dear Ms. Harding:

Received your letter of February 22, 2007 regarding a log listing all B-Reads of our claimants.

We only have four claimants and they all died of Mesothelioma . Pathology Reports were sent to Rust Consulting, Inc. January 10, 2007 per request of the court.

If you have any questions please give my Legal Assistant Carol Watters a call at 877-473-2501
and she will assist you in anyway she can.

Sincerely,

Glenn L. Norris