IN THE UNITED STATES COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JFK) |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| | | Related Docket Nos.: _____ |

# ORDER GRANTING MOTION TO COMPEL COMPLIANCE WITH SUPPLEMENTAL ORDER REGARDING MOTIONS TO COMPEL CLAIMANTS TO RESPOND TO THE W.R. GRACE & CO. ASBESTOS PERSONAL INJURY QUESTIONNAIRE

Upon consideration of the Debtors' Motion to Compel Compliance with the Supplemental Order Regarding Motions to Compel Claimants to Respond to the W.R. Grace & Co. Asbestos Personal Injury Questionnaire, all oppositions and responses thereto, all relevant papers and filings, and all argument on the Motions;

IT IS HEREBY ORDERED this ____ day of April 2007, that:

1  Grace's Motion to Compel is GRANTED;

2  It is further ordered, that the plaintiffs' law firms that are the subject of Grace's Motion are ordered to produce all documents that are subject to the 12/22/06 Supplemental Order Regarding Motions to Compel Claimants to Respond to the W.R. Grace & Co. Asbestos Personal Injury Questionnaire Docket No. 14150) within five calendar days of the entry of this Order; and

3  It is further ordered that any plaintiffs' firm that continues to withhold documents subject to production pursuant to ¶ 2, above, must produce a privilege log of the withheld documents that complies with the requirements of Federal Rule of Civil Procedure Rule 26(b)(5) within five calendar days of the entry of this Order; and

91100-001\DOCS_DE:126032.1

    4   It is further ordered that this Court will hold a hearing to determine the merits of any remaining privilege claims on the ____ day of _____, 2007. at _____.

**SO ORDERED**

                                                                                                     Honorable Judith K. Fitzgerald
                                                                                                     United States Bankruptcy Judge