IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### CERTIFICATE OF SERVICE

I, Timothy P. Cairns, hereby certify that on the 21st day of March, 2007, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

> NOTICE OF DEBTORS' MOTION TO COMPEL COMPLIANCE WITH SUPPLEMENTAL ORDER REGARDING MOTIONS TO COMPEL CLAIMANTS TO RESPOND TO THE W.R. GRACE ASBESTOS PERSONAL INJURY QUESTIONNAIRE;
>
> DEBTORS' MOTION TO COMPEL COMPLIANCE WITH SUPPLEMENTAL ORDER REGARDING MOTIONS TO COMPEL CLAIMANTS TO RESPOND TO THE W.R. GRACE ASBESTOS PERSONAL INJURY QUESTIONNAIRE;
>
> ORDER GRANTING MOTION TO COMPEL COMPLIANCE WITH SUPPLEMENTAL ORDER REGARDING MOTIONS TO COMPEL CLAIMANTS TO RESPOND TO THE W.R. GRACE & CO. ASBESTOS PERSONAL INJURY QUESTIONNAIRE.

_____
Timothy P. Cairns (Bar No. 4228)

The following parties are being served VIA ELECTRONIC MAIL (E-Mail)

Kathleen Campbell Davis, Esquire
kcampbell@camlev.com
Marla R. Eskin, Esquire
meskin@camlev.com
Mark T. Hurford, Esquire
mth@camlev.com
Campbell & Levine, LLC
(Counsel for the Official Committee of Asbestos Personal-Injury Claimants)

Peter Van Lockwood, Esquire
pvnl@capdale.com;
Jeffrey A. Liesemer
jal@capdale.com
Caplin & Drysdale, Chartered
(Official Committee of Personal Injury Claimants)

Natalie D. Ramsey, Esquire
nramsey@mmwr.com
Montgomery, McCracken, Walker & Rhoads, LLP
(Counsel for Grace Certain Cancer Claimants)

Sander L. Esserman, Esquire
esserman@sbep-law.com
Robert T. Brousseau, Esquire
brousseau@sbep-law.com
Van J. Hooker, Esquire
hooker@sbep-law.com
Stutzman Bromberg, Esserman & Plifka PC
(Counsel for Reaud, Morgan & Quinn, Inc.
and Environmental Litigation Group, PC)

Roger Frankel
rfrankel@orrick.com
Richard H. Wyron
rwryon@orrick.com;
(Counsel to David Austern, the Future
Claimants' Representative)