IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., et al., | : | Case No. 01-01139 (JKF) |
| | : | |
| Debtors. | : | Jointly Administered |

## CERTIFICATE OF SERVICE

**IT IS CERTIFIED** that on the 23rd day of March, 2007, the United States Trustee's Objection to the Debtors' Application to employ Forman Perry Watkins Krutz & Tardy LLP was caused to be served electronically and/or by placing copies thereof in the United States Mail, postage prepaid, addressed as follows:

Laura Davis Jones, Esquire
James O' Neill, Esquire
Pachulski, Stang, Ziehl, Young,
Jones & Weintraub, P.C.
919 North Market Street, 16th Floor
P. O. Box 8705
Wilmington, DE 19899-8705

Daniel J. Mulholland, Esquire
Forman Perry Watkins Krutz & Tardy, LLP
200 South Lamar Street, Suite 100
Jackson, MS 39201-4099

David M. Bernick, P.C.
Janet S. Baer, Esquire
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601

Mark Hurford, Esquire
CAMPBELL & LEVINE, LLC
800 North King Street
Suite 300
Wilmington, DE 19801

Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
FERRY & JOSEPH, P.A.
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE 19899

Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Marla Eskin, Esquire

Teresa K. D. Currier, Esquire
Klett Rooney Lieber & Schorling

1000 West Street, Suite 1410
P. O. Box 1397
Wilmington, DE 19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
CAPLIN & DRYSDALE, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN, LLP
180 Maiden Lane
New York, NY 10038-4982

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036


BY:    */s/ Theresa Mack*
         Theresa Mack
         Legal Clerk