March 17, 2007

FILED

2007 MAR 22  PM 1:34

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Clerk of the U.S. Bankruptcy Court
824 Market Street
Wilmington, DE 19801

Re:  W.R. Grace & Co., et al
     Chapter 11 Bankruptcy
     Case No. 01-01139(JKF)
     Claimant: Ronald Alan Skarie
     Case No.: 6582

To Whom It May Concern:

This letter serves as my response to the relief requested in the motion to disallow and expunge my asbestos property tax claim.

No one involved in the bankruptcy proceeding ever asked to examine/test (or have tested) the product in my house. So how is it being decided that it's not a product of W.R. Grace & Co. and the myriad of past or present subsidiaries, etc. that sold (into this market) the asbestos products covered in this case.

There's plenty of material available should Grace ask to have it examined.

Thank you for considering this letter.

Sincerely,

Ron Skarie