**NO ORDER REQUIRED**

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: March 22, 2007, at 4:00 p.m.** |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 14733

The undersigned hereby certifies that, as of the date hereof, he has received no answer,

objection or other responsive pleading to the Sixty-Ninth Monthly Application of Ferry, Joseph &

Pearce, P.A. (the "Applicant") for Compensation for Services Rendered and Reimbursement of

Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the

Period from January 1, 2007 through January 31, 2007 ("the Application").  The undersigned

further certifies that he has caused the Court's docket in this case to be reviewed and no answer,

objection or other responsive pleading to the Application appears thereon.  Pursuant to the

Application, objections to the Application were to be filed and served no later than March 22,

2007 at 4:00 p.m.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331

Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors

are authorized to pay the Applicant $21,882.40 which represents 80% of the fees ($27,353.00) and

$8,548.58 which represents 100% of the expenses requested in the Application for the period

January 1, 2007 through January 31, 2007, upon the filing of this certification and without the need

for entry of a Court order approving the Application.


Dated: March 23, 2007                                      FERRY, JOSEPH & PEARCE, P.A.


                                                           /s/ Theodore J. Tacconelli
                                                           Michael B. Joseph (No. 392)
                                                           Theodore J. Tacconelli (No. 2678)
                                                           Lisa L. Coggins (No. 4234)
                                                           824 Market Street, Suite 904
                                                           P.O. Box 1351
                                                           Wilmington, DE. 19899
                                                           (302) 575-1555

                                                           *Counsel to the Official Committee of Asbestos
                                               Property Damage Claimants*