# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: April 12, 2007 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S SIXTY-FOURTH MONTHLY FEE APPLICATION FOR THE PERIOD FROM JANUARY 1, 2007 THROUGH JANUARY 31, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A
### (Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

March 6, 2007

Bill Number  02648
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

Through January 31, 2007

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 01/02/07 | RAM | Read selected documents filed in bankruptcy court. | 0.10 Hrs | $27.50 |
| 01/02/07 | MTM | Work on revised responses to discovery from Motley Rice (1.8); emails to and from K&E counsel re: same (.6). | 2.40 Hrs | $576.00 |
| 01/02/07 | ARA | Document control. | 3.50 Hrs | $350.00 |
| 01/03/07 | ARA | Document control. | 0.50 Hrs | $50.00 |
| 01/04/07 | ARA | Quality control documents in the production set. | 3.80 Hrs | $380.00 |
| 01/05/07 | RAM | Read selected documents filed in bankruptcy court. | 1.00 Hrs | $275.00 |
| 01/05/07 | DBM | Conference call with MTM and Reed Smith attorney  re: Libby Common Exhibits and Grace documents. | 0.20 Hrs | $49.00 |
| 01/05/07 | MTM | Telephone call from Reed Smith counsel requesting certain Libby Common Exhibits (.2); receipt and review of list from him re: same (.3); gather copies of documents to send to him re: same (.4); work on locating additional Libby Common Exhibits for Reed Smith counsel (.7). | 1.60 Hrs | $384.00 |
| 01/08/07 | DBM | Search for memo analyzing Lab results. | 0.80 Hrs | $196.00 |
| 01/08/07 | MTM | Conference with ARA re: expert's binders and document request by Reed Smith counsel (.3); receipt and respond to emails re: EPA discs (.2); receipt and review of as-filed responses to Motley Rice discovery (.5); work on locating various documents for Reed Smith counsel (.8). | 1.80 Hrs | $432.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 01/08/07 | ARA | Per MTM's request, review and select expert's deposition binders for copying (2.5); oversee pick-up of depositions by Merrill Corp. (.4). Per MTM, review Libby Common Exhibits re: Reed Smith attorney's request (3.4). | 6.30 Hrs | $630.00 |
| 01/09/07 | RAM | Read updated bankruptcy court docket entries to select documents to read (.2). Draft response to auditor's letter (.1). | 0.30 Hrs | $82.50 |
| 01/09/07 | MTM | Review expert's documents (.2); conference with ARA re: search for Libby Common Exhibits requested by Reed Smith counsel (.4); telephone call from in-house Grace counsel re: search for documents regarding former California employee (.1); review Libby Common Exhibits found by ARA (.7); letter to Reed Smith attorney re: same (.2); telephone call from RAM re: expert's documents (.1). | 1.70 Hrs | $408.00 |
| 01/09/07 | ARA | Continue review of Libby Common Exhibits (2.9); discussion with MTM re: Reed Smith request (.4). Receipt of originals of expert's depositions from Merrill Corp. (.2); quality control same and return to the expert library (2.0). Quality control deposition binders pulled in the past for copying for Kirkland & Ellis and return them to the expert library (1.0). | 6.50 Hrs | $650.00 |
| 01/10/07 | DBM | Search for Libby Common Exhibits (3.4); draft memo to MTM re: same (.8). | 4.20 Hrs | $1,029.00 |
| 01/10/07 | MTM | Conference with DBM re: locating balance of Libby Common Exhibits for Reed Smith counsel (.1); work on locating same (.2). | 0.30 Hrs | $72.00 |
| 01/10/07 | ARA | Continue to quality control and return deposition binders pulled in the past for copying re: Kirkland & Ellis request. | 6.50 Hrs | $650.00 |
| 01/11/07 | MTM | Email from in-house counsel re: search for documents (.2); review email and printout from DBM re: Libby Common Exhibit searches for Reed Smith attorney (1.0); conference with ARA re: same (.3). | 1.50 Hrs | $360.00 |
| 01/11/07 | ARA | Continue to quality control and return deposition binders to the expert library re: earlier Kirkland and Ellis request (2.7). Per MTM's request, search for and obtain Libby Common Exhibits (2.0). | 4.70 Hrs | $470.00 |
| 01/12/07 | MTM | Work on locating Libby Common Exhibits for Reed Smith counsel. | 0.60 Hrs | $144.00 |
| 01/12/07 | ARA | Continue to search for and obtain Libby Common Exhibits. | 8.20 Hrs | $820.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 01/16/07 | MTM | Continue review of documents from ARA re: Libby Common Exhibits requested by Reed Smith counsel (2.5); receipt and review of copies of EPA discs from Holme Roberts (.3); email to Holme Roberts counsel re: same (.3); meeting with ARA re: Libby Common Exhibit issues (.3). | 3.40 Hrs | $816.00 |
| 01/16/07 | ARA | Discussion with MTM and continue to search for and obtain Libby Common Exhibits (3.9); produce documents and discuss with MTM (.3). | 4.20 Hrs | $420.00 |
| 01/17/07 | RAM | Finalize response to auditor's letter (.1). Read correspondence re: Libby Common Exhibits; note to MTM re: same (.1). | 0.20 Hrs | $55.00 |
| 01/17/07 | DBM | Search for documents re: fire rating for ZAI, per MTM. | 0.70 Hrs | $171.50 |
| 01/17/07 | MTM | Complete review of Libby Common Exhibits (.4); letter to Reed Smith counsel re: same (.5); telephone call from in-house counsel re: fire rating for Zonolite acoustical plaster (.2); conference with DBM and ARA re: same (.4); review briefing books re: same (.5); review printout re: same (.8); telephone call to ARA re: same (.3); telephone call to Reed Smith counsel re: Libby Common Exhibit documents (.2); telephone call to in-house counsel re: ZAP fire rating (.2); email to him re: same (.5). | 4.00 Hrs | $960.00 |
| 01/17/07 | ARA | Continue to quality control and return deposition binders to the expert library re: earlier Kirkland and Ellis request (5.5). Per telephone call from MTM, search for and review documents re: information re: fire rating for ZAP for in-house counsel (2.5). | 8.00 Hrs | $800.00 |
| 01/18/07 | RAM | Read selected documents filed in bankruptcy court (.5). Read updated bankruptcy court docket entries to select documents to read (.3.) Review and comment on draft letter to N. Finch re: production of EPA discs (.1). | 0.90 Hrs | $247.50 |
| 01/18/07 | MTM | Continue to work on EPA disc issue (1.0); receipt and review of additional discs from Holme Roberts counsel (.3); emails with Holme Roberts paralegal re: same (.4); letter to N. Finch re: same (.3). | 2.00 Hrs | $480.00 |
| 01/18/07 | ARA | Quality control documents pulled/reviewed re: Libby common exhibits (1.3). Review expert's depositions per RAM's request (1.5). Quality control expert depositions re: earlier Kirkland and Ellis request (5.0). | 7.80 Hrs | $780.00 |
| 01/19/07 | MTM | Revise letter to N. Finch re: EPA discs (.1); email to K&E and in-house counsel re: same (.2); email from K&E counsel re: email from Attorney Mullady re: 30(b)(6) topics (.4); telephone call to in-house counsel re: same (.2); email to K&E counsel re: same (.3). | 1.20 Hrs | $288.00 |

Mark A. Shelnitz

| | | | | |
|---|---|---|---|---|
| 01/19/07 | ARA | Quality control documents in the production set. | 6.00 Hrs | $600.00 |
| 01/22/07 | ARA | Quality control documents in the production set. | 6.50 Hrs | $650.00 |
| 01/23/07 | MTM | Review EPA discs before sending to Finch and Mullady (.2); telephone call from Reed Smith counsel re: Bates numbers on certain repository documents (.2). | 0.40 Hrs | $96.00 |
| 01/23/07 | ARA | Quality control documents in the production set. | 6.50 Hrs | $650.00 |
| 01/24/07 | MTM | Telephone call from Reed Smith counsel re: Bates numbers on specific documents. | 0.20 Hrs | $48.00 |
| 01/24/07 | ARA | Quality control documents in the production set. | 6.00 Hrs | $600.00 |
| 01/25/07 | MTM | Review copies of documents identified by Reed Smith counsel (.6); telephone call to ARA re: same (.2); telephone call to Reed Smith counsel re: same (.2). | 1.00 Hrs | $240.00 |
| 01/25/07 | ARA | Return MTM's call re: documents requested by Reed Smith (.2); obtain them (.2). Quality control documents in the production set (6.2). | 6.60 Hrs | $660.00 |
| 01/26/07 | ARA | Quality control documents in the production set. | 6.20 Hrs | $620.00 |
| 01/29/07 | ARA | Quality control documents in the production set. | 6.50 Hrs | $650.00 |
| 01/30/07 | ARA | Quality control documents in the production set. | 6.00 Hrs | $600.00 |
| 01/31/07 | DBM | Research asbestos materials used in Canada per in-house counsel's email to MTM (.8); draft email in response (.2). | 1.00 Hrs | $245.00 |
| 01/31/07 | ARA | Quality control documents in the production set. | 6.20 Hrs | $620.00 |

TOTAL LEGAL SERVICES    $19,332.00

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 2.50 Hrs | 275/hr | $687.50 |
| DONNA B. MACKENNA | 6.90 Hrs | 245/hr | $1,690.50 |
| MATTHEW T. MURPHY | 22.10 Hrs | 240/hr | $5,304.00 |
| ANGELA R. ANDERSON | 116.50 Hrs | 100/hr | $11,650.00 |
| | 148.00 Hrs | | $19,332.00 |

TOTAL THIS BILL    $19,332.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

March 6, 2007

Bill Number  02649
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through January 31, 2007

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 01/02/07 | RAM | Work on November fee application. | 0.20 Hrs | $55.00 |
| 01/03/07 | RAM | Work on November fee application and send it to in-house counsels to review. | 0.20 Hrs | $55.00 |
| 01/04/07 | RAM | Telephone call from in-house counsel; fee application may be filed. | 0.05 Hrs | No charge |
| 01/09/07 | RAM | Finalize November fee application (.1). Draft letter to send application to local counsel to file (.1). | 0.20 Hrs | $55.00 |
| 01/25/07 | RAM | Work on December fee application. | 0.30 Hrs | $82.50 |
| 01/29/07 | RAM | Work on December fee application. | 1.10 Hrs | $302.50 |
| 01/30/07 | RAM | Send December fee application to in-house counsels to review. | 0.10 Hrs | $27.50 |
| | | TOTAL LEGAL SERVICES | | $577.50 |

Mark A. Shelnitz

Re: Fee Applications, Applicant

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 2.10 Hrs | 275/hr | $577.50 |
| ROBERT A. MURPHY | 0.05 Hrs | 275/hr | No charge |
| | 2.15 Hrs | | $577.50 |

TOTAL THIS BILL     $577.50