**EXHIBIT B**
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

March 6, 2007

Bill Number 02650
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through January 31, 2007

PACER ONLINE SEARCH

| | | | |
|---|---|---|---|
| 01/31/07 | Delaware Bankruptcy Court - 10/10 - 12/27/06 | 8.81 | |
| | | | $8.81 |

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 01/24/07 | MERRILL COMM - Copies of transcripts of expert | 128.86 | |
| 01/24/07 | MERRILL COMM -Copy of docs for Reed Smith Attorney (1/5/07) | 399.48 | |
| | | | $528.34 |

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 01/03/07 | 5 copies at .12 per copy | 0.60 | |
| 01/09/07 | 19 copies at .12 per copy | 2.28 | |
| 01/12/07 | 14 copies at .12 per copy | 1.68 | |
| 01/16/07 | 97 copies at .12 per copy | 11.64 | |
| 01/17/07 | 142 copies at .12 per copy | 17.04 | |
| | | | $33.24 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through January 31, 2007

TELEPHONE

| | | | | |
|---|---|---|---|---|
| 01/05/07 | 329 | 2024149302 | 1.98 | |
| | | | | $1.98 |

RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 01/04/07 | Rent and Utilities for document repository at One Winthrop Square - January 2007. | 11,082.06 | |
| | | | $11,082.06 |

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 01/10/07 | RECORDKEEPER ARCHIVE-Storage 1/1/2007 through 1/31/2007 | 402.30 | |
| | | | $402.30 |
| | | TOTAL DISBURSEMENTS | $12,056.73 |
| | | TOTAL THIS BILL | $12,056.73 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

March 6, 2007

Bill Number  02651
File Number  0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## DISBURSEMENTS

Through January 31, 2007

### FEDERAL EXPRESS

| Date | Description | Amount | Total |
|---|---|---|---|
| 01/11/07 | To 919 North Market, Pachulski Stang Ziehl, Patricia Cuniff from Casner and Edwards on 12/14/06 by RAM. | 13.83 | |
| | | | $13.83 |

### PHOTOCOPYING

| Date | Description | Amount | Total |
|---|---|---|---|
| 01/23/07 | 77 copies at .12 per copy | 9.24 | |
| | | | $9.24 |

### TELEPHONE

| Date | | Number | Amount | Total |
|---|---|---|---|---|
| 01/30/07 | 357 | 4105314545 | 2.60 | |
| 01/30/07 | 357 | 5613621583 | 1.30 | |
| | | | | $3.90 |

Page 1

Mark A. Shelnitz

|  |  |
|---|---:|
| TOTAL DISBURSEMENTS | $26.97 |
| TOTAL THIS BILL | $26.97 |