## CERTIFICATE OF SERVICE

I, Amanda M. Winfree, hereby certify that, on 23rd day of March 2007, I caused a true and correct copy of the attached **Reply to Debtors' Response to Claimant Macerich Fresno Limited Partnership's Motion For Summary Judgment and Response to Debtors' Cross-Motion Pursuant to F.R.B.P. 7056 Disallowing and Expunging Macerich Fresno Limited Partnership's Claim** to be served upon the parties on the attached service list by U.S. Mail, postage pre-paid, or in the manner so indicated.

*/s/ AMWinfree*
Amanda M. Winfree (#4615)

## SERVICE LIST

### VIA HAND DELIVERY

| Laura Davis Jones<br>James E. O'Neill<br>PACHULSKI, STANG, ZIEHL, YOUNG & JONES<br>919 North Market Street<br>16th Floor<br>Wilmington, DE 19899 | Frank J. Perch III<br>OFFICE OF THE U.S. TRUSTEE<br>844 King Street<br>Suite 2207<br>Lock Box 35<br>Wilmington, DE 19801 |

### VIA U.S. MAIL

| David M. Bernick<br>Janet S. Baer<br>KIRKLAND & ELLIS LLP<br>200 East Randolph Drive<br>Chicago, IL 60601 | Jay Sakalo<br>Scott Baena<br>BILZIN SUMBERG BAENA PRICE & AXELROD<br>200 South Biscayne Blvd.<br>Suite 2500<br>Miami, FL 33131-5340 |
|---|---|
| Mark Hurford<br>CAMPBELL & LEVINE<br>1201 Market Street<br>15th Floor<br>Wilmington, DE 19801 | Kenneth Pascquale<br>STROOCK & STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, NY 10038-4982 |
| Jarrad Wright<br>WEIL GOTSHAL & MANGES, LLP<br>Eye Street, N.W., Suite 900<br>Washington, DC 20005 | Marc Phillips<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>1220 Market Street, 10th Floor<br>Wilmington, DE 19899 |
| Richard Wyron<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>Washington Harbour<br>3050 K Street N.W.<br>Washington, DC 20007 | Peter Lockwood<br>Nathan Finch<br>CAPLAN & DRYSDALE<br>One Thomas Circle, N.W.<br>Washington DC 20005 |
| Joseph Farnan, III<br>PHILLIPS GOLDMAN & SPENCE, PA<br>1200 North Broom Street<br>Wilmington, DE 19806 | |

168979.1