# EXHIBIT B

## Rea, Traci S.

**From:** fanette stewart [fanette1936@yahoo.com]
**Sent:** Wednesday, March 07, 2007 10:25 PM
**To:** sbaena@bilzin.com; Rea, Traci S.
**Subject:** grace

I came home from Germany (Dec.-Feb.) to find another 40 pounds of paper from the Grace suit. I have long ago lost the ability to figure out what is going on.

I had a letter from ReedSmith talking about expert witnesses and I also had another letter from Grace (2/16) saying my claim is denied because they didn't make the product that insulates my furnace and air ducts. I do not know how they came to that conclusion. I live in Spokane. Grace had a production company here. Banner oil bought from that company and insulated furnaces. (Though they destroyed their records ten years ago.)

Am I now at the mercy of the court? Do I still have a valid claim? Whether Grace says they made the product or not, they mined the materials that were used in making the product(s). Where does responsibility begin and end? How does one now afford to have the asbestos removed? Are there grants or low interest loans out there to do that? I am 71 years old now and do not see how I can settle this.

I cannot put in a new furnace (mine has been in this house since the late 1940s) and needs to be upgraded. I also need to put in posts to raise the sinking floor. I can not do the posts until the furnace is removed. I cannot remove the furnace until the asbestos is removed. I cannot afford the $2800.00 from the EPA estimate to do that and then the thousands of dollars to put in a new furnace and new ducts.

I sent samples of the material with my claims and followups ... and the environmental asbestos verification and estimate of removal.

Where do I go from here? Do I just need to give up?

Can someone tell me if I am lost in this pile of papers which I have received over the past 2 or 3 yars and that weighs close to 200 pounds?

My claim numbers are/were 12750 and 51.

thank you for any info you can provide.

Sincerely, Fanette L. Stewart

---

Now that's room service! Choose from over 150,000 hotels

**EXHIBIT B**

03/22/2007