# EXHIBIT D

# VICTORY VERBATIM COURT REPORTING SERVICES

RD/kw

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: ) Chapter 11
)
W. R. GRACE & CO., et al., ) Case No. 01-01139 (JKF)
) (Jointly Administered)
Debtors. )
) Re: Docket No. 13406

- - - - - - - - - -

This is the Deposition of DONALD PINCHIN, in the above-noted matter, taken at the law offices of Ogilvy Renault, 38th Floor, 200 Bay Street, Toronto, Ontario, on the 14th day of March, 2007.

- - - - - - - - - -

APPEARANCES:
DANIEL A. SPEIGHTS          -- for the Canada Claimants
Speights & Runyan
200 Jackson Ave. E.
P.O. Box 685
Hampton, SC 29924
U.S.A.

DOUGLAS E. CAMERON          -- for W. R. Grace & Co.
ReedSmith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
U.S.A.

JESSICA GLASS               -- for the Official Committee
Kramer Levin Naftalis          of Equity Shareholders
& Frankel
1177 Avenue of the Americas
New York, NY 10036
U.S.A.

Also Present:
Allison Kuntz

Ernst & Young Tower
222 Bay St. Suite 900
Toronto, Ont. M5K 1H6  416 360 6117

**EXHIBIT D**

# VICTORY VERBATIM COURT REPORTING SERVICES

D. Pinchin - 162

presence of...there are no fireproofing samples, so, hence, they wouldn't be consistent with Monokote MK-3.

619. Q. And there are no surfacing samples that could even arguably be consistent with the Grace surfacing material; is that correct?

A. I don't know enough about the Grace surfacing materials. I would tend to doubt it, but I don't know the composition. So this texture coat in the lobby and exit 1 conceivably could be. I can't do and won't do an analysis, a visual or a simple PLM on texture coats.

620. Q. Okay. And you don't know whether the Grace surfacing products, texture coat type products had vermiculite?

A. No, I don't even know that. I don't judge on textures.

621. Q. So, sitting here today, you don't know what PLM analysis that you relied upon to issue the report in Exhibit number 35; is that correct?

A. That is correct.

--- EXHIBIT NO. 37 : Letter dated March 26, 2003 to Toronto District School Board from Pinchin Environmental

D. Pinchin - 163

BY MR. CAMERON:
622. Q. I show you what has been marked as Exhibit number 37. I ask if you can identify that for the record, please.

A. A letter of March 26, 2003 to the Toronto District School Board regarding 151 Hiawatha Road from Pinchin Environmental. And it is the letter report, as you described, for the Monokote identification from this building.

--- EXHIBIT NO. 38 : Report prepared by Trevor Harris & Associates, undated, re Roden Junior Public School

BY MR. CAMERON:
623. Q. I show you what has been marked as Exhibit number 38 and ask if you can identify that for the record and I will ask you whether this is a document that was relied upon for purposes of your opinion set forth in Exhibit number 37.

A. All right. This is a report, once again, done by Trevor Harris, not dated, but it is consistent with the reports he did in the early '80s, but this one doesn't seem to be dated, related to Roden Junior Public School. It is the same claim

D. Pinchin - 164

number as for 151 Hiawatha.
This is a survey of fireproofing, but it does not have even his standard...this report does appear to be incomplete. The drawings are cut off and there is none of his normal reporting, you know, the forms that normally go with it, so this would be inadequate or incomplete, insufficient, to draw a conclusion about fireproofing.

624. Q. At least as it is presented to you here?

A. As it is presented to me here, yes.

--- EXHIBIT NO. 39 : Bulk analysis report (1991) re Roden Junior Public School plus report dated April 14, 1992

BY MR. CAMERON:
625. Q. I show you what has been marked as Deposition Exhibit number 39. I ask you if you can identify that for the record, please.

A. Yes. This is, again, related...this is a bulk analysis report from 1991 dealing with the same Roden Public School which is reporting a number of products, including a sprayed fireproofing.

626. Q. This exhibit has two separate

D. Pinchin - 165

reports; does it not?
A. Yes. The first one is dated August 19, 1991, the second is dated April 14th, 1992. They both indicate sprayed fireproofing in the library, in the west wall and in the mechanical room, are all the replacement, the new asbestos free fibrous fireproofing.

Harris's earlier report of '81 had recommended removal and it appears they actually did accomplish it.

627. Q. Okay. What samples are the new?

A. Well, clearly number 2,
"...Sprayed fireproofing, library, none detected..."
Sprayed fireproofing number 5, and that is in the August 19th, 1991 report. And then sample 1 in the April 14th, 1992 report. They are all reported as fireproofing, they are all fibrous, white and no asbestos. So they are clearly new material.

628. Q. Well, sample number 5 is not fibrous; is it?

A. No, my apologies, sample number 5 is not fibrous, it says "cementitious". Sorry, I made a logical leap here.

629. Q. That is okay. And sample number 4

Ernst & Young Tower
222 Bay St. Suite 900
Toronto, Ont. M5K 1H6  416 360 6117

# VICTORY VERBATIM COURT REPORTING SERVICES

D. Pinchin - 166

```
 1   is asbestos-containing spray fireproofing; correct?
 2       A.   Yes. Okay. I should have slowed
 3   down. I was going too quickly. Sample 4 is a
 4   fibrous fireproofing with five to ten percent
 5   asbestos.
 6           Just let me start at the top. So there is
 7   spray fireproofing number 2 that is new. Number 5
 8   would be new, as well. Number 4 would either be an
 9   original or it would likely be an original
10   fireproofing and it does contain asbestos and is
11   described as "fibrous".
12           So the only asbestos-containing one is
13   number 4 and because of the presence of mineral
14   wool, it would be inconsistent with the Monokote.
15   630.    Q.   So the lab results that you were
16   shown today are not consistent with Monokote;
17   correct?
18       A.   That is correct.
19   631.    Q.   And if those were the only lab
20   reports then the report in Exhibit number 37 would
21   be in error; is that correct?
22       A.   That is correct.
23
24
25
```

D. Pinchin - 167

```
 1   --- EXHIBIT NO. 40.:  Letter dated March 26, 2003 to
 2                         Toronto District School Board from
 3                         Pinchin Environmental
 4
 5   BY MR. CAMERON:
 6   632.    Q.   I am showing you what has been
 7   marked as Deposition Exhibit number 40 and ask if
 8   you can identify that for the record, please.
 9       A.   Yes. This is a letter of March 26,
10   2003 to the Toronto District School Board related to
11   25 Bain Avenue. It is the report confirming the
12   presence of Monokote and it is Grace file 12317.
13
14   --- EXHIBIT NO. 41 :   Report prepared by Trevor Harris &
15                          Associates for Toronto Board of
16                          Education re Withrow Avenue Junior
17                          Public School
18
19   BY MR. CAMERON:
20   633.    Q.   I am showing you what has been
21   marked as Deposition Exhibit number 41. I ask if
22   you could identify that and ask if this was relied
23   upon, in any way, for...as a basis for your opinion
24   that is set forth in Exhibit number 40.
25       A.   All right. This appears to be an
```

D. Pinchin - 168

```
 1   incomplete report, again from Trevor Harris &
 2   Associates to the Toronto Board of Education. There
 3   is no date on this one, although it is consistent
 4   with his 1981 reports related to Withrow Avenue
 5   Junior Public School.
 6           And, again, it has the same claim number,
 7   12317 as 25 Bain Avenue, so I am assuming it is the
 8   same. There are no analytical results in here and
 9   the drawings are quite incomplete, so I would not or
10   could not form an opinion on that report.
11
12   --- EXHIBIT NO. 42 :  Bulk Sample analysis report re St.
13                         Luigi Public School
14
15   BY MR. CAMERON:
16   634.    Q.   I am showing you what has been
17   marked as Deposition Exhibit number 42. This is a
18   document that is in our claim file 12317, but I
19   believe it is the same data from one of the ones
20   that we just looked at.
21       A.   This is a report on Perth Street,
22   St. Luigi.
23   635.    Q.   Which we went over earlier, which
24   was claim number 12313; is that right?
25       A.   Yes. One of these is in the wrong
```

D. Pinchin - 169

```
 1   file.
 2   636.    Q.   So this does not relate to the
 3   Junior...
 4       A.   Well, it might if the one in claim
 5   12313 is incorrect. One of them is incorrect and I
 6   can't tell you which. So I should identify. We
 7   have not identified this.
 8   637.    Q.   Okay.
 9       A.   This is a bulk analysis from Pinchin
10   Associates laboratory; the same two reports as
11   referred to in claim 12313. One is dated September
12   6, 1991, the other is dated August 19th, 1992 and
13   one of these is in the wrong location.
14           One of these two documents, either document
15   number 34 or document number 42 are inappropriate.
16   And unfortunately, I do not know what the address of
17   these schools are, so I can't relate it to either 14
18   Ruskin or 25 Bain.
19   638.    Q.   Well, your Exhibit number 40 is
20   identification of fireproofing from 25 Bain Avenue.
21   Does that help you? You just don't know whether
22   Withrow Avenue Junior Public is at 25 Bain Avenue;
23   is that correct?
24       A.   That is correct, yes. I don't know
25   whether it is Withrow on Bain or Perth on Ruskin. I
```