IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al., ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

## ORDER DISALLOWING AND EXPUNGING ELEVEN (11) ASBESTOS PROPERTY CLAIMS INVOLVING PRODUCTS NOT MADE BY THE DEBTORS

AND NOW, this ____ day of _____, 2007, it is hereby ORDERED, ADJUDGED, and DECREED that claim numbers 2636, 2763, 4382, 5986, 6582, 7092, 12315, 12395, 12750, 12751, and 12752, are hereby disallowed and expunged as not involving any of Debtors' asbestos-containing surfacing products.

 

                                                                             Judith K. Fitzgerald
                                                                             United States Bankruptcy Judge