IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | **Re: Docket No. 14286** |

### CERTIFICATION OF COUNSEL REGARDING THE LAW OFFICES OF PETER G. ANGLEOS' MOTION FOR EXTENSION OF TIME TO RESPOND TO THE W.R GRACE ASBESTOS PERSONAL INJURY QUESTIONNAIRE

1. On January 12, 2007, the Law Offices of Peter G. Angelos ("Movant") filed its *Motion for Extension of Time to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire* (the "Motion") seeking an extension to submit responses to the W. R. Grace Asbestos Personal Injury Questionnaire.

2. The W.R. Grace (the "Debtors") and the Movant have agreed on the proposed form of Order (attached hereto as Exhibit 1, the "Proposed Order") which resolves the Motion.

3. Accordingly, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience.

Dated: March 23, 2007

                                                  KIRKLAND & ELLIS LLP
                                                  David M. Bernick, P.C.
                                                  Janet S. Baer
                                                  Lisa G. Esayian
                                                  200 East Randolph Drive
                                                  Chicago, Illinois 60601
                                                  Telephone: (312) 861-2000
                                                  Facsimile: (312) 861-2200

and

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

/s/ Laura Davis Jones
_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession