# Exhibit 1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket No. 14286** |

**AGREED ORDER REGARDING THE MOTION OF THE LAW OFFICES OF PETER G. ANGLEOS FOR EXTENSION OF TIME TO RESPOND TO THE W.R GRACE ASBESTOS PERSONAL INJURY QUESTIONNAIRE**

Whereas, on January 12, 2007, the Law Offices of Peter G. Angelos (the "Angelos Firm") sought an extension of time to submit supplemental responses to the W.R. Grace Asbestos Personal Injury Questionnaire Responses ("Supplemental Responses"). *See* The Law Offices of Peter G. Angelos, P.C.'s Motion for Extension of Time to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire (Docket No. 14826) (the "Motion"); and

Whereas, on January 23, 2007, Grace agreed in open court to allow Supplemental Responses to be submitted up to and including January 31, 2007 (the "Extended Deadline Date").

Whereas, on January 29, 2007, the Angelos Firm submitted certain Supplemental Responses to Rust Consulting ("Rust"). In addition, Grace believes that the Angelos firm also submitted certain *new* Questionnaire Responses (the "New Responses."). The Angelos firm does not believe that New Responses were submitted, but instead that all responses were Supplemental Responses. The Parties wish to reserve all rights regarding same.

Whereas, the Debtors have informed the Angelos Firm that the Supplemental Responses as well as the New Responses have been accepted for processing. Accordingly, the parties agree that, to the extent that the Motion seeks additional time to file the Supplemental Responses and any New Responses beyond January 29, 2007, it is moot.

Accordingly, the parties request entry of this order.

It is hereby **ORDERED**:

1. The Motion is granted with respect to the Supplemental Responses submitted by the Angelos Firm prior to the Extended Deadline Date and such Supplemental Responses shall be considered timely submitted for all purposes;

2. The Court makes no ruling on the Motion with respect to any New Responses; and

3. The parties reserve all rights with regard to any New Responses, including, but not limited to, Debtors' right to raise further issues with regard to the timeliness of any New Responses and the Angelos Firm's right to pursue relief with regard to the timeliness of the submission of any New Responses

Dated: March ____, 2007

                                                              Honorable Judith K. Fitzgerald
                                                              United States Bankruptcy Judge