IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Re: Docket No. 14720 and 14942
Agenda: April 2, 2007, Item No. 4

## DEBTORS' MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF THEIR APPLICATION TO EMPLOY FORMAN PERRY WATKINS KURTZ & TARDY IN EXCESS OF FIVE (5) PAGES

The Debtors respectfully request authority from this Court to file their nine (9) page reply brief (attached hereto as Exhibit "A", the "Reply") in support of their Application to Employ Forman Perry Watkins Kurtz & Tardy, LLP (the "Application") (Docket No. 14720). In support of this motion, the Debtors state as follows:

1. On January 17, 2007, the Debtors filed their Amended Statement of Amounts Paid to Ordinary Course Professionals from October 1, 2006 through December 31, 2006 (the "Amended OCP Statement") (Docket No. 14340). On March 1, 2007, the Debtors filed the Application and accompanying Motion for Leave (Docket Nos. 14720 and 14721), requesting that the application be heard at the April 2, 2007 omnibus hearing.

2. On March 23, 2007, the United States Trustee filed an objection to the application to employ Forman Perry raising concerns regarding the Application's request for *nunc pro tunc* approval and Forman Perry's disinterestedness under Section 327 (Docket No. 14942). Additionally, the PI Committee's objections to the Debtors' Amended OCP Statement and the Debtors' Motion for Leave (Docket Nos. 14749, 14883) (March 5, 19 2007) appear to be "precursor" objections to the Application.

3. The Debtors request leave to file the Reply to address the U.S. Trustee's objection and the PI Committee's "precursor" objections and more fully address the circumstances which support the Application's request for *nunc pro tunc* approval including additional discussion regarding Forman Perry's disinterestedness as it relates to Forman Perry's cost-sharing arrangement with the Debtors and certain of its other clients.

4. The Court's usual five-page limit on reply briefs does not allow the Debtors to fully and fairly address the objections. The Debtors believe that a modest extension of four additional pages will be sufficient to allow a full and fair reply in support of the Application.

WHEREFORE, the Debtors respectfully requests that this Court grant this motion and allow the Debtors to file a reply brief that totals nine (9) pages.

Dated: March 23, 2007

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Andrea L. Johnson
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

and

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession