IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Re: Docket No. 14721 and 14883**
Agenda: April 2, 2007, Item No. 4

### DEBTORS' MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF THEIR MOTION FOR LEAVE REGARDING DEBTORS' APPLICATION TO EMPLOY FORMAN PERRY WATKINS KURTZ & TARDY, LLP IN EXCESS OF FIVE (5) PAGES

The Debtors respectfully request that this Court grant the Debtors leave to file their six (6) page reply brief (attached hereto as Exhibit A, the "Reply") in support of their Motion for Leave Regarding Debtors' Application to Employ Forman Perry Watkins Kurtz & Tardy, LLP ("Motion for Leave") (Docket No. 14721). In support of this motion, the Debtors state as follows:

1. On January 17, 2007, the Debtors filed their Amended Statement of Amounts Paid to Ordinary Course Professionals from October 1, 2006 through December 31, 2006 (Docket No. 14340). On March 1, 2007, the Debtors filed the Application to Employ Forman Perry (Docket No. 14720) and accompanying Motion for Leave (Docket No. 14721), requesting that the application be heard at the April 2, 2007 omnibus hearing.

2. On March 5, 2007, the PI Committee filed an objection to the Debtors' Amended Statement (Docket No. 14749) and on March 19, 2007, the PI Committee filed an objection to the Debtors' Motion for Leave (Docket No. 14883). The PI Committees' objection to the Motion for Leave alleges that sufficient cause is not present for the application to be heard at the

April 2, 2007 hearing. Both objections appear to be precursor objections to the Debtors' Application to Employ Forman Perry.

3. On March 15, 2007, the PI Committee requested all Forman Perry invoices received by the Debtors since the filing of the Cases. The U.S. Trustee issued a similar request shortly thereafter. On March 21 and 22, 2007, the Debtors produced such invoices.

4. The Court's usual five-page limit on reply briefs does not allow the Debtors to fully and fairly address the PI Committee's objection to the Motion for Leave and support their position that sufficient cause exists to hear the Application on shortened time at the April 2, 2007 hearing.

5. The Debtors believe that a modest extension of one additional page will be sufficient to allow a full and fair reply in support of the Motion to Leave.

WHEREFORE, the Debtors respectfully request that this Court grant this motion and allow the Debtors to file a reply brief that totals six (6) pages.

Dated: March 23, 2007

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Andrea L. Johnson
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors-in-Possession

3

91100-001\DOCS_DE:126091.1