# Exhibit 1

| | | |
|---|---|---|
| **Amanda Basta/Washington DC/Kirkland-Ellis**<br>01/31/2006 04:08 PM | To | ndf@capdale.com, jal@capdale.com, rhwyron@swidlaw.com, dlfelder@swidlaw.com |
| | cc | Barbara Harding/Washington DC/Kirkland-Ellis, Elli Leibenstein/Chicago/Kirkland-Ellis@K&E |
| | Subject | W.R. Grace— Rust Protocols |

All--

    Attached please find the proposed data export structure that Rust Consulting intends to use in compiling the W.R. Grace Asbestos Personal Injury Questionnaires into a navigable database per Paragraph 3.D of the Case Management Order for the Estimation of Asbestos Personal Injury Liabilities ("PI CMO"). Please contact us by Tuesday, February 7, 2006 if you have any questions or comments on the protocols.

    Also attached is a description of the website that Rust will construct to enable all parties and their experts access to the Questionnaires and supporting materials per paragraph 3.D and footnote 3 of the CMO. If you have any questions regarding the website or its construction, please let us know.

Regards,

Amanda


Amanda Basta
Kirkland & Ellis LLP
655 15 th Street NW
Washington DC 20005
(202) 879-5933
(202) 879-5200 (fax)

[📄] Web Site.doc  [📄] WRGPIQ_Input_Specs_01302006.xls  [📄] WRPIQ_Export_Structure_01302006.xls  [📄] ProcessingProcedures 01302006.doc