# Exhibit 3

**Amanda Basta/Washington
DC/Kirkland-Ellis**

10/31/2006 05:43 PM

To   ndf@capdale.com, jal@capdale.com, dfelder@orrick.com, rmullady@orrick.com, grasmussen@orrick.com, rwyron@orrick.com, kpasquale@stroock.com, akrieger@stroock.com, gbecker@kramerlevin.com, mkramer@bilzin.com

cc   Barbara Harding/Washington DC/Kirkland-Ellis, Elli Leibenstein/Chicago/Kirkland-Ellis@K&E, David Mendelson/Washington DC/Kirkland-Ellis@K&E

Subject

All--

      Attached below please find documents relating to Rust Consulting's processing of the W.R. Grace Asbestos Personal Injury Questionnaires:

1.      Form Processing Procedures (Grace-Rust-- 0040-0080)
2.      PIQ Data Specifications (Grace-Rust-0081-0110)

      Please let us know if you have any questions.

Regards,

Amanda

WR Grace PIQ Form processing procedures.pdf    PIQ Data Specifications.pdf

Amanda Basta
Kirkland & Ellis LLP
655 15 th Street NW
Washington DC 20005
(202) 879-5933
(202) 879-5200 (fax)
(Admitted only in Massachusetts and practice is supervised by principals of the Firm)