# Exhibit 5

## WR Grace
## Personal Injury Questionnaire (PIQ)
# Final Cover Sheet



WR GRACE PIQ 28491-000D

Doc ID: **28491**          Date Received: **7-12-2006**          Confirmed Form Type: **PIQ**

Firm #: **99121**          Firm Name: **KELLEY & FERRARO**

Attorney #: **99133**     Attorney Name: **WILSON, THOMAS M**

Page Count Information:

Verified Form Count:

23

Verified Attach. Count:

12

Totals:

Total Pages submitted Incl. Cover Sheet: **36**

(If Multiple Claimants & Attachments have been copied, put all related Document ID Numbers in comment box)

Other Comments:
- ☐ Code 1 - Objections Attached
- ☐
- ☐
- ☐
- ☐
- ☐
- ☐
- ☐
- ☐ Other:

Rust ID:                    BMC Footer Number: **378048004**

**REDACTED**

# W. R. Grace
# Asbestos Personal Injury
# Questionnaire



WR GRACE PIQ 28491-0001

10315607048004

REC'D JUL 1 2 2006

RE:

**REDACTED**

Kelley & Ferraro L L P
1901 Penton Media Building
1300 East Ninth Street
Cleveland OH 44114

000378048004



WR GRACE PIQ 28491-0002

[THIS PAGE INTENTIONALLY LEFT BLANK.]

# W. R. Grace
## Asbestos Personal Injury Questionnaire

WR GRACE PIQ 28491-0003

{D0050647:1 }

WR GRACE PIQ 28491-0004

[THIS PAGE INTENTIONALLY LEFT BLANK.]

{D0050647:1 }

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

WR GRACE PIQ 28491-0095

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

# W. R. Grace
# Asbestos Personal Injury
# Questionnaire

YOU HAVE RECEIVED THIS QUESTIONNAIRE BECAUSE GRACE BELIEVES THAT YOU HAD SUED ONE OR MORE OF THE DEBTORS LISTED IN APPENDIX A ATTACHED TO THIS QUESTIONNAIRE BEFORE GRACE FILED FOR BANKRUPTCY ON APRIL 2, 2001 FOR AN ASBESTOS-RELATED PERSONAL INJURY OR WRONGFUL DEATH CLAIM, AND THAT CLAIM WAS NOT FULLY RESOLVED.

IF YOU HAVE SUCH A CLAIM, YOU MUST COMPLETE AND SUBMIT THIS QUESTIONNAIRE BY JANUARY 12, 2006 TO RUST CONSULTING, INC., THE CLAIMS PROCESSING AGENT, AT ONE OF THE FOLLOWING ADDRESSES:

| IF SENT BY U.S. MAIL | IF SENT BY FEDERAL EXPRESS, UNITED PARCEL SERVICE, OR A SIMILAR HAND DELIVERY SERVICE |
|---|---|
| RUST CONSULTING, INC. | RUST CONSULTING, INC. |
| CLAIMS PROCESSING AGENT | CLAIMS PROCESSING AGENT |
| RE: W.R. GRACE & CO. BANKRUPTCY | RE: W.R. GRACE & CO. BANKRUPTCY |
| P.O. BOX 1620 | 201 S. LYNDALE AVE. |
| FARIBAULT, MN 55021 | FARIBAULT, MN 55021 |

A QUESTIONNAIRE (AND ANY AMENDMENTS OR ADDITIONAL DOCUMENTS IN SUPPORT OF THE QUESTIONNAIRE) WILL NOT BE CONSIDERED UNLESS RECEIVED BY RUST CONSULTING, INC. BY JANUARY 12, 2006.

THIS QUESTIONNAIRE IS AN OFFICIAL DOCUMENT APPROVED BY THE COURT IN CONNECTION WITH ESTIMATING GRACE'S ASBESTOS-RELATED PERSONAL INJURY AND WRONGFUL DEATH CLAIMS AS A WHOLE. THE QUESTIONNAIRE IS BEING USED BY W. R. GRACE AS A MEANS TO SEEK INFORMATION ABOUT YOUR ASBESTOS CLAIM. BY TIMELY RETURNING THE QUESTIONNAIRE AS COMPLETELY AND ACCURATELY AS POSSIBLE, GRACE, THE OFFICIAL COMMITTEES, AND THE FUTURE CLAIMANTS REPRESENTATIVE WILL SEEK TO PRIORITIZE THE PROCESSING OF YOUR CLAIM UNDER ANY TRUST DISTRIBUTION PROCEDURES APPROVED AS PART OF A PLAN OF REORGANIZATION.

THE COURT HAS ORDERED THAT, AS PART OF THE DISCOVERY PROCESS, ALL HOLDERS OF PRE-PETITION ASBESTOS PERSONAL INJURY CLAIMS MUST COMPLETE AND RETURN THIS QUESTIONNAIRE. THUS, FAILURE TO TIMELY RETURN THE QUESTIONNAIRE AS COMPLETELY AND ACCURATELY AS POSSIBLE MAY RESULT IN SANCTIONS AND/OR OTHER RELIEF AVAILABLE UNDER APPLICABLE FEDERAL RULES.

BECAUSE YOUR CLAIM WILL BE EVALUATED IN ACCORDANCE WITH THE TRUST DISTRIBUTION PROCEDURES APPROVED AS PART OF A PLAN OF REORGANIZATION, COMPLETION OF THIS QUESTIONNAIRE DOES NOT MEAN THAT YOUR CLAIM WILL EITHER BE ALLOWED OR PAID. TO THE EXTENT YOU ATTACH TO THIS QUESTIONNAIRE DOCUMENTS ALSO NEEDED BY THE TRUST TO PROCESS YOUR CLAIM, SUCH DOCUMENTS WILL BE PROVIDED TO THE TRUST AND YOU WILL NOT NEED TO RESUBMIT THEM.

i

## INSTRUCTIONS



### A. GENERAL

1. This Questionnaire refers to any lawsuit that you filed before April 2, 2001 for an "asbestos-related pers WR GRACE PIQ 28491-0008 wrongful death claim." This term is intended to cover any lawsuit alleging any claim for personal injuri _____ that relates to: (a) exposure to any products or materials containing asbestos that were manufactured, sold, supplied, produced, specified, selected, distributed or in any way marketed by one or more of the Debtors (or any of their respective past or present affiliates, or any of the predecessors of any of the Debtors or any of their respective past or present affiliates), or (b) exposure to vermiculite mined, milled or processed by the Debtors (or any of their respective past or present affiliates, any of the predecessors of any of the Debtors or any of their predecessors' respective past or present affiliates). It includes claims in the nature of or sounding in tort, or under contract, warranty, guarantee, contribution, joint and several liability, subrogation, reimbursement, or indemnity, or any other theory of law or equity, or admiralty for, relating to, or arising out of, resulting from, or attributable to, directly or indirectly, death, bodily injury, sickness, disease, or other personal injuries or other damages caused, or allegedly caused, directly or indirectly, and arising or allegedly arising, directly or indirectly, from acts or omissions of one or more of the Debtors. It includes all such claims, debts, obligations or liabilities for compensatory damages such as loss of consortium, personal or bodily injury (whether physical, emotional or otherwise), wrongful death, survivorship, proximate, consequential, general, special, and punitive damages.

2. Your Questionnaire will be deemed filed only when it has been received by Rust Consulting Inc., the Claims Processing Agent, via U.S. Mail, Federal Express, United Parcel Service or a similar hand delivery service. A Questionnaire that is submitted by facsimile, telecopy or other electronic transmission will not be accepted and will not be deemed filed.

   Do not send any Questionnaire to the Debtors, counsel for the Debtors, the Future Claimants Representative, the Official Committee of Unsecured Creditors, the Official Committee of Asbestos Personal Injury Claimants, the Official Committee of Asbestos Property Damage Claimants, the Official Committee of Equity Security Holders, or such Committees' counsel. Questionnaires that are filed with or sent to anyone other than Rust Consulting, Inc. will be deemed not to have been submitted, and such Questionnaires will not be considered.

3. Your completed Questionnaire must (i) be written in English, and (ii) attach relevant supporting materials as instructed further below.

4. All holders of claims described on page i (and as described in further detail in Instruction A (1) above) are required to file this Questionnaire by Jan. 12, 2006. Your Questionnaire will be used in connection with the estimation hearing to be conducted by the Court pursuant to the Estimation Procedures Order (a copy of which is attached as Appendix B).

5. Any subsequent amendment to the Questionnaire will not be considered for any purpose unless received by Jan. 12, 2006.

### B. PART I — Identity of Injured Person and Legal Counsel

Respond to all applicable questions. If you are represented by a lawyer, then in Part I (b), please provide your lawyer's name and the name, telephone number and address of his/her firm. If you are represented by a lawyer, he/she must assist in the completion of this Questionnaire. Also, if you would prefer that the Debtors send any additional materials only to your lawyer, instead of sending such materials to you, then check the box indicating this in Part I (b).

All references to "you" or the like in Parts I through X shall mean the injured person. If the injured person is deceased, then the executor of the person's will (or similar estate representative) must complete this Questionnaire.

### C. PART II — Asbestos-Related Condition(s)

Please indicate all asbestos-related medical conditions for which you have been diagnosed. To complete questions related to injuries, medical diagnoses, and/or conditions, please use the following categories of customarily diagnosed conditions:

- Mesothelioma
- Asbestos-Related Lung Cancer
- Other Cancer (colon, laryngeal, esophageal, pharyngeal, or stomach)
- Clinically Severe Asbestosis
- Asbestosis
- Other Asbestos Disease

If you have been diagnosed with multiple conditions and/or if you received diagnoses and diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

**Supporting Documents for Diagnosis:** This Questionnaire must be accompanied by copies, with access to originals upon request, of any and all documents you, your counsel, or your doctors have or subsequently obtain that support or conflict with your diagnosis.

**X-rays and B-reads:** Please attach all x-ray readings and reports. You may, but are not required to, attach chest x-rays. The court, however, has ruled that Grace may seek access to chest x-rays upon request.

**Pulmonary Function Tests:** Please attach all pulmonary function test results, including the actual raw data and all spirometric tracings, on which the results are based.

ii

**D.  PART III – Direct Exposure to Grace Asbestos-Containing Products**
In Part III, please provide the requested information for the job and site at which you were
asbestos-containing products.  Indicate the dates of exposure to each Grace asbestos-containing produc
was a result of your employment, use the list of occupation and industry codes below to indicate your occupation and the
industry in which you worked at each site.  If you allege exposure to Grace asbestos-containing products at multiple sites, the
Court has ordered that you must complete a separate Part III for each site.  For your convenience, additional copies of Part III
are attached as Appendix D to this Questionnaire.

WR GRACE PIQ 28491-0007

Attach copies of any and all documents establishing that exposure to Grace asbestos-containing products had a substantial
causal role in the development of the disease.

## Occupation Codes

01.  Air conditioning and heating installer/maintenance
02.  Asbestos miner
03.  Asbestos plant worker/asbestos manufacturing worker
04.  Asbestos removal/abatement
05.  Asbestos sprayer/spray gun mechanic
06.  Assembly line/factory/plant worker
07.  Auto mechanic/bodywork/brake repairman
08.  Boilermaker
09.  Boiler repairman
10.  Boiler worker/cleaner/inspector/engineer/installer
11.  Building maintenance/building superintendent
12.  Brake manufacturer/installer
13.  Brick mason/layer/hod carrier
14.  Burner operator
15.  Carpenter/woodworker/cabinetmaker
16.  Chipper
17.  Clerical/office worker
18.  Construction - general
19.  Custodian/janitor in office/residential building
20.  Custodian/janitor in plant/manufacturing facility
21.  Electrician/inspector/worker
22.  Engineer
23.  Firefighter
24.  Fireman
25.  Flooring installer/tile installer/tile mechanic
26.  Foundry worker
27.  Furnace worker/repairman/installer
28.  Glass worker
29.  Heavy equipment operator (includes truck, forklift, & crane)
30.  Insulator

31.  Iron worker
32.  Joiner
33.  Laborer
34.  Longshoreman
35.  Machinist/machine operator
36.  Millwright/mill worker
37.  Mixer/bagger
38.  Non-asbestos miner
39.  Non-occupational/residential
40.  Painter
41.  Pipefitter
42.  Plasterer
43.  Plumber - install/repair
44.  Power plant operator
45.  Professional (*e.g.*, accountant, architect, physician)
46.  Railroad worker/carman/brakeman/machinist/conductor
47.  Refinery worker
48.  Remover/installer of gaskets
49.  Rigger/stevedore/seaman
50.  Rubber/tire worker
51.  Sandblaster
52.  Sheet metal worker/sheet metal mechanic
53.  Shipfitter/shipwright/ship builder
54.  Shipyard worker (md. repair, maintenance)
55.  Steamfitter
56.  Steelworker
57.  Warehouse worker
58.  Welder/blacksmith
59.  Other

## Industry Codes

001.  Asbestos abatement/removal
002.  Aerospace/aviation
100.  Asbestos mining
101.  Automotive
102.  Chemical
103.  Construction trades
104.  Iron/steel
105.  Longshore
106.  Maritime
107.  Military (other than U.S. Navy)
108.  Non-asbestos products manufacturing

109.  Petrochemical
110.  Railroad
111.  Shipyard-construction/repair
112.  Textile
113.  Tire/rubber
114.  U.S. Navy
115.  Utilities
116.  Grace asbestos manufacture or milling
117.  Non-Grace asbestos manufacture or milling
118.  Other



**E.  PART IV -- Indirect Exposure to Grace Asbestos-Containing Products**
In Part IV, please provide the information requested for any injury alleged to have been caused by exposure asbestos-containing products through contact/proximity with another injured person.  If you allege exposure contact/proximity with multiple injured persons, please complete a separate Part IV for each injured person.  For your convenience, additional copies of Part IV are attached as Appendix E to this Questionnaire.

**F.  PART V -- Exposure to Non-Grace Asbestos-Containing Products**
In Part V, please provide the requested information for each party against which you have filed a lawsuit and/or claim alleging exposure to asbestos-containing products other than Grace products. If you filed such lawsuits and/or claims against multiple parties, the Court has ordered that you must complete a separate Part V for each party.  If exposure was in connection with your employment, use the list of occupation and industry codes in Part III to indicate your occupation and the industry in which you worked.  For your convenience, additional copies of Part V are attached as Appendix F to this Questionnaire.

**G.  PART VI -- Employment History**
In Part VI, please provide the information requested for each industrial job you have held, other than jobs already listed in Parts III or V.  Use the list of occupation and industry codes in the instructions to Part III to indicate your occupation and the industry in which you worked for each job.  Please use the copy of Part VI attached as Appendix G to this Questionnaire if additional space is needed.

**H.  PART VII -- Litigation and Claims Regarding Asbestos and/or Silica**
In Part VII, please describe any lawsuits and/or claims that were filed by you or on your behalf regarding asbestos or silica.

**I.  PART VIII -- Claims by Dependents or Related Persons**
Part VIII is to be completed only by dependents or related persons (such as spouse or child) of an injured person who sued the Debtors before April 2, 2001 for an asbestos-related personal injury or wrongful death claim against Grace not involving physical injury to him-/herself on account of his/her own exposure.  One example of such a claim would be a claim for loss of consortium.  If you are asserting such a claim, complete the entire Questionnaire, providing all information and documentation regarding the injured person.

**J.   PART IX -- Supporting Documentation**
In Part IX, please mark the boxes next to each type of document that you are submitting with this Questionnaire.  As indicated in the instructions to Parts II and III, this Questionnaire must be accompanied by copies, with access to originals upon request, of any and all documents you, your counsel, or your doctors have or subsequently obtain that (a) support or conflict with your diagnosis and/or (b) establish exposure to Grace asbestos-containing products as having a substantial causal role in the development of the medical diagnoses, and/or conditions claimed.  Original documents provided to Grace will be returned within a reasonable time after its professionals and experts have reviewed the documents.

Grace will reimburse your reasonable expenses incurred in providing (a) copies of depositions you have given in lawsuits in which Grace was not a party and/or (b) any documents you have previously provided to Grace in prior litigation.  Please indicate the documents for which you are seeking reimbursement and attach a receipt for such cost.

**K.  PART X -- Attestation that Information is True, Accurate and Complete**
By signing Part X, you, the injured person, are attesting and swearing, under penalty of perjury, that, to the best of your knowledge, all of the information in this Questionnaire is true, accurate and complete.  If the injured person is deceased, then the executor of the person's will (or similar estate representative) must complete and sign Part X on behalf of the injured person.

The legal representative of the injured person must complete and sign Part X where indicated.

## PART I: IDENTITY OF INJURED PERSON AND LEGAL COUNSEL

WR GRACE PIQ 28491-0009

### a. GENERAL INFORMATION

1. Name of Claimant:    REDACTED                          2. Gender: ☐ Male ☐ Female
                                                   Last

3. Race (for purposes of evaluating Pulmonary Function Test results): .................... ☐ White/Caucasian

                                                                        ☐ African American

                                                                        ☐ Other

4. Last Four Digits of Social Security Number: .................          5. Birth Date:    REDACTED

6. Mailing Address:          REDACTED
                    Address                          State/Province        Zip/Postal Code

7. Daytime Telephone Number: ...........................    ........... ( __ __ __ ) __ __ __ - __ __ __ __

### b. LAWYER'S NAME AND FIRM

1. Name of Lawyer: Thomas M. Wilson, Esq

2. Name of Law Firm With Which Lawyer is Affiliated: Kelley & Ferraro LLP

3. Mailing Address of Firm: 1300 E. 9th Street, Suite 1901 Cleveland, OH 44114
                            Address              City           State/Province    Zip/Postal Code

4. Law Firm's Telephone Number or Lawyer's Direct Line: ................................... ( 216 ) 575 - 0777

   X  Check this box if you would like the Debtors to send subsequent material relating to your claim to your lawyer, in
      lieu of sending such materials to you.

### c. CAUSE OF DEATH (IF APPLICABLE)

1. Is the injured person living or deceased? ....................................................... X Living  ☐ Deceased
   If deceased, date of death:.................................................................. __ __ / __ __ / __ __ __ __

2. If the injured person is deceased, then attach a copy of the death certification to this Questionnaire and complete
   the following:
      Primary Cause of Death (as stated in the Death Certificate):   If deceased, see attached death certificate

      Contributing Cause of Death (as stated in the Death Certificate): _____

## PART II: ASBESTOS-RELATED CONDITION(S)

Mark the box next to the conditions with which you have been diagnosed and provide all information required in the
instructions to this Questionnaire. If you have been diagnosed with multiple conditions and/or if you received diagnoses and
diagnostic tests relating to the same condition by multiple doctors, please complete a separate Part II for each initial diagnosis
and any previous or subsequent diagnoses or diagnostic tests that change or conflict with the initial diagnosis. For your
convenience, additional copies of Part II are attached as Appendix C to this Questionnaire.

1. Please check the box next to the condition being alleged:

   ☐ Asbestos-Related Lung Cancer            ☐ Mesothelioma
   X Asbestosis                              ☐ Other Cancer (cancer not related to lung cancer or mesothelioma)
   ☐ Other Asbestos Disease                  ☐ Clinically Severe Asbestosis

   a. Mesothelioma: If alleging Mesothelioma, were you diagnosed with malignant mesothelioma based on the
      following (check all that apply):
      ☐ diagnosis from a pathologist certified by the American Board of Pathology
      ☐ diagnosis from a second pathologist certified by the American Board of Pathology
      ☐ diagnosis and documentation supporting exposure to Grace asbestos-containing products having a substantial
        causal role in the development of the condition
      X other (please specify):  Objection: See attached medical information

1

## PART II: ASBESTOS-RELATED CONDITION(S) (Continued)

WR GRACE PIQ 28491-0018

b.  **Asbestos-Related Lung Cancer:** If alleging Asbestos-Related Lung Cancer, were you diagnosed with lung cancer based on the following (check all that apply):

☐ findings by a pathologist certified by the American Board of Pathology

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis determined by pathology

☐ evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestos-related nonmalignant disease based on a chest x-ray reading of at least 1/0 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

☐ diffuse pleural thickening as defined in the International Labour Organization's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the lung cancer

X  other (please specify): <u>Objection: See attached medical information</u>

c.  **Other Cancer:**

(i)  If alleging Other Cancer, please mark the box(es) next to the applicable primary cancer(s) being alleged:

☐ colon        ☐ pharyngeal        ☐ esophageal        ☐ laryngeal        ☐ stomach cancer

☐ other, please specify: _____

(ii)  Were you diagnosed with the above-indicated cancer based on the following (check all that apply):

☐ findings by a pathologist certified by the American Board of Pathology

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis based on a chest x-ray reading of at least 1/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

☐ evidence of asbestosis determined by pathology

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the cancer

X  other (please specify): <u>Objection: See attached medical information</u>

2

PART II. ASBESTOS-RELATED CONDITION(S) (Continued)

WR GRACE  PIQ  28491-0011

d. **Clinically Severe Asbestosis:** If alleging Clinically Severe Asbestosis, was your diagnosis (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a B-reader certified by the National Institute for Occupational Safety and Health

☐ a chest x-ray reading of at least 2/1 on the ILO grade scale (a) conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* and (b) by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health

☐ asbestosis determined by pathology

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating total lung capacity less than 65% predicted

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating forced vital capacity less than 65% predicted and a FEV1/FVC ratio greater than or equal to 65% predicted

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

X other (please specify): <u>Objection: See attached medical information</u>

e. **Asbestosis:** If alleging Asbestosis, was your diagnosis based on the following (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ a chest x-ray reading conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a chest x-ray reading conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a <u>second</u> B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ asbestosis determined by pathology

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies,* demonstrating a FEV1/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the asbestosis

X other (please specify): <u>Objection: See attached medical information</u>

3

WR GRACE  PIQ  28461-0012

**PART II: ASBESTOS-RELATED CONDITION(S) (Continued)**

f.  **Other Asbestos Disease:** If alleging any asbestos-related injuries, medical diagnoses, and/or conditions other than those above, was your diagnosis based on the following (check all that apply):

☐ diagnosis of a pulmonologist or internist certified by the American Board of Internal Medicine

☐ diagnosis determined by pathology

☐ a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a chest x-ray reading  conducted in compliance with the standards set forth in the International Labour Organization's *2000 International Classification of Radiographs of Pneumoconioses* by a second B-reader certified by the National Institute for Occupational Safety and Health, with one of the following: (i) at least 1/0 on the ILO grade scale, or (ii) diffuse pleural thickening as defined in the ILO's *Guidelines for the Use of the ILO International Classification of Radiographs and Pneumoconioses* (2000)

☐ a chest x-ray reading  other than those described above

☐ a pulmonary function test, conducted in accordance with the standards set forth in the American Thoracic Society's *Lung Function Testing; Selection of Reference Values and Interpretive Strategies*, demonstrating a FEV1/FVC ratio greater than or equal to 65% predicted with either (a) total lung capacity less than 80% predicted or (b) forced vital capacity less than 80% predicted

☐ a pulmonary function test other than that discussed above

☐ a supporting medical diagnosis and supporting documentation establishing that exposure to Grace asbestos-containing products had a substantial causal role in the development of the condition

☐ a CT Scan or similar testing

☐ a diagnosis other than those above

X  other (please specify):  Objection: See attached medical information

**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

4

**PART II: ASBESTOS-RELATED CONDITION(S) (Continued)**

WR GRACE . PIQ  28491-0013

**2. Information Regarding Diagnosis**

Date of Diagnosis: ...............................................................................................3/17/1996

Diagnosing Doctor's Name: <u>See attached medical information</u>

Diagnosing Doctor's Specialty: <u>See attached medical information</u>

Diagnosing Doctor's Mailing Address: <u>See attached medical information</u>
Address

City                                State/Province                        Zip/Postal Code

Diagnosing Doctor's Daytime Telephone Number: See attached medical information ............... __ __ __ __

With respect to your relationship to the diagnosing doctor, check all applicable boxes:

Was the diagnosing doctor your personal physician? <u>Objection: contains terms not defined nor understood</u> ☐ Yes   ☐ No

Was the diagnosing doctor paid for the diagnostic services that he/she performed? <u>Objection: relevance</u>  ☐ Yes   ☐ No

*If yes, please indicate who paid for the services performed:* <u>Objection: relevance</u>

Did you retain counsel in order to receive any of the services performed by the
diagnosing doctor? <u>Objection: relevance</u> ...........................................................................☐ Yes   ☐ No

Was the diagnosing doctor referred to you by counsel? <u>Objection: relevance</u> ...........................☐ Yes   ☐ No

Are you aware of any relationship between the diagnosing doctor and your
legal counsel? <u>Objection: relevance</u> ...............................................................................☐ Yes   ☐ No

*If yes, please explain:* _____

Was the diagnosing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the diagnosis? <u>See attached medical information</u> ........................................☐ Yes   ☐ No

Was the diagnosing doctor certified as a pathologist by the American Board of Pathology at the time of the diagnosis? <u>See attached medical information</u> ..........................................................☐ Yes   ☐ No

Was the diagnosing doctor provided with your complete occupational, medical and smoking history prior to diagnosis? <u>See attached medical information</u> ..........................................................☐ Yes   ☐ No

Did the diagnosing doctor perform a physical examination? <u>See attached medical information</u>..........☐ Yes   ☐ No

Do you currently use tobacco products? <u>Objection: relevance</u> ...............................................☐ Yes   ☐ No

Have you ever used tobacco products? ..........................................................................☐ Yes   ☐ No

*If answer to either question is yes, please indicate whether you have regularly used any of the following tobacco products and the dates and frequency with which such products were used:* <u>Objection: relevance</u>

☐ Cigarettes      Packs Per Day (half pack = .5) _____   Start Year __ __ __ __   End Year __ __ __ __

☐ Cigars          Cigars Per Day _____               Start Year __ __ __ __   End Year __ __ __ __

☐ If Other Tobacco Products, please specify (e.g., chewing tobacco): _____
          Amount Per Day _____               Start Year __ __ __ __   End Year __ __ __ __

Have you ever been diagnosed with chronic obstructive pulmonary disease ("COPD")? <u>See attached medical Information</u>. ....................................................................................................☐ Yes   ☐ No

*If yes, please attach all documents regarding such diagnosis and explain the nature of the diagnosis:*

_____

**3. Information Regarding Chest X-Ray**

Please check the box next to the applicable location where your chest x-ray was taken (check one):

☐ Mobile laboratory  ☐ Job site  ☐ Union Hall  ☐ Doctor office  ☐ Hospital  X Other: <u>Objection: relevance</u>

Address where chest x-ray taken:  <u>Objection: relevance</u>
Address

City                                State/Province                        Zip/Postal Code

## PART II: ASBESTOS-RELATED CONDITION(S) (Continued)

**4. Information Regarding Chest X-Ray Reading** See attached medical information

Date of Reading: __ / __ / __ __ __ __        ILO score: _____

WR GRACE PIQ 28491-0014

Name of Reader: _____

Reader's Daytime Telephone Number:..........................................( __ __ __ ) __ __ __ - __ __ __ __

Reader's Mailing Address: _____
                              Address

_____
City                              State/Province              Zip/Postal Code

With respect to your relationship to the reader, check all applicable boxes:

Was the reader paid for the services that he/she performed  Objection: relevance....................☐ Yes ☐ No

If yes, please indicate who paid for the services performed: Objection: relevance

Did you retain counsel in order to receive any of the services performed

by the reader? Objection: relevance..........................................................................☐ Yes ☐ No

Was the reader referred to you by counsel? Objection: relevance ...........................................☐ Yes ☐ No

Are you aware of any relationship between the reader and your legal counsel? Objection: relevance........☐ Yes ☐ No

If yes, please explain: _____

Was the reader certified by the National Institute for Occupational Safety and Health at the time of the reading?

..............................................................................................................................X Yes ☐ No

*If the reader is not a certified B-reader, please describe the reader's occupation, specialty, and the method through which the reading was made:* _____

**5. Information Regarding Pulmonary Function Test:** See attached medical information Date of Test: __ / __ / __ __

List your height in feet and inches when test given: See attached medical information .._____ ft _____ inches

List your weight in pounds when test given: See attached medical information ..........................._____ lbs

Total Lung Capacity (TLC): See attached medical information........................................._____% of predicted

Forced Vital Capacity (FVC): See attached medical information ........................................_____% of predicted

FEV1/FVC Ratio: See attached medical information ......................................................._____% of predicted

Name of Doctor Performing Test (if applicable): See attached medical information

Doctor's Specialty:  See attached medical information

Name of Clinician Performing Test (if applicable): See attached medical information

Testing Doctor or Clinician's Mailing Address:  See attached medical information _____
                                                  Address

_____
City                              State/Province              Zip/Postal Code

Testing Doctor or Clinician's Daytime Telephone Number: See attached medical information __ __ __ __

Name of Doctor Interpreting Test:  See attached medical information

Doctor's Specialty:_____  See attached medical information

Interpreting Doctor's Mailing Address:  See attached medical information _____
                                          Address

_____
City                              State/Province              Zip/Postal Code

Interpreting Doctor's Daytime Telephone Number: See attached medical information __ __ __ - __ __ __ __

6

## PART II: ASBESTOS RELATED CONDITION(S) (Continued)

WR GRACE PIQ 28491-0015

With respect to your relationship to the doctor or clinician who performed the pulmonary applicable boxes:

If the test was performed by a doctor, was the doctor your personal physician? Objection: relevance.......☐ Yes  ☐ No

Was the testing doctor and/or clinician paid for the services that he/she performed? Objection: relevance  ☐ Yes  ☐ No

*If yes, please indicate who paid for the services performed:* ............... Objection: relevance _____

Did you retain counsel in order to receive any of the services performed by the testing doctor

or clinician? Objection: relevance ............................................................☐ Yes  ☐ No

Was the testing doctor or clinician referred to you by counsel? Objection: relevance .................☐ Yes  ☐ No

Are you aware of any relationship between either the doctor or clinician and your legal

counsel? Objection: relevance ...........................................................................☐ Yes  ☐ No

*If yes, please explain:* _____

Was the testing doctor certified as a pulmonologist or internist by the American Board of Internal Medicine at the time of the pulmonary function test? See attached medical information................................☐ Yes  ☐ No

With respect to your relationship to the doctor interpreting the results of the pulmonary function test check all applicable boxes:

Was the doctor your personal physician? Objection: relevance ................................☐ Yes  ☐ No

Was the doctor paid for the services that he/she performed? Objection: relevance ☐ Yes  ☐ No

*If yes, please indicate who paid for the services performed:* _____ Objection: relevance _____

Did you retain counsel in order to receive any of the services performed by the

doctor? Objection: relevance ...........................................................................☐ Yes  ☐ No

Was the doctor referred to you by counsel? Objection: relevance.................................☐ Yes  ☐ No

Are you aware of any relationship between the doctor and your legal counsel? Objection: relevance .......☐ Yes  ☐ No

*If yes, please explain* _____

Was the doctor interpreting the pulmonary function test results certified as a pulmonologist or internist by the American Board of Internal Medicine at the time the test results were reviewed?............................☐ Yes  ☐ No See attached medical information

6. **Information Regarding Pathology Reports:**

Date of Pathology Report: See attached medical information ........................... __ __ / __ __ / __ __ __ __

Findings:  See attached medical information

Name of Doctor Issuing Report:  See attached medical information

Doctor's Specialty:  See attached medical information

Doctor's Mailing Address:  See attached medical information
                                              Address

| City | State/Province | Zip/Postal Code |
|------|----------------|-----------------|

Doctor's Daytime Telephone Number: See attached medical information ...... ( __ __ __ ) __ __ __ - __ __ __ __

With respect to your relationship to the doctor issuing the pathology report, check all applicable boxes:

Was the doctor your personal physician? Objection: relevance .................................☐ Yes  ☐ No

Was the doctor paid for the services that he/she performed? Objection: relevance..............................☐ Yes  ☐ No

*If yes, please indicate who paid for the services performed:* _____

Did you retain counsel in order to receive any of the services performed by the

doctor? Objection: relevance ...........................................................................☐ Yes  ☐ No

Was the doctor referred to you by counsel? Objection: relevance.................................☐ Yes  ☐ No

Are you aware of any relationship between the doctor and your legal counsel? Objection: relevance .......☐ Yes  ☐ No

{D0050647:1 }

*If yes, please explain:*................................................................................................

Was the doctor certified as a pathologist by the American Board of Pathology at the time of

See attached medical information ........................................................................................☐ Yes ☐ No

WR GRACE PIQ 28491-0018

7

## PART II: ASBESTOS-RELATED CONDITION(S) (Continued)

WR GRACE - PIQ 28491-0017

7.  With respect to the condition alleged, have you received medical treatment from a doctor for the con
    See attached medical information ................................................................................................................□ Yes □ No

    *If yes, please complete the following:*

    **Name of Treating Doctor:** ___See attached medical information_____

    **Treating Doctor's Specialty:** _____See attached medical information_____

    **Treating Doctor's Mailing Address:** ____See attached medical information_____
                                            Address

    _____
    City                                    State/Province                          Zip/Postal Code

    **Treating Doctor's Daytime Telephone number:** See attached medical information __ __ __ - __ __ __ __

    **Was the doctor paid for the services that he/she performed?** See attached medical information.............□ Yes □ No

    *If yes, please indicate who paid for the services performed:* .....__See attached medical information_____

    **Did you retain counsel in order to receive any of the services performed by the doctor?** Objection: relevance ...........

[REMAINDER OF PAGE INTENTIONALLY BLANK]

8

## PART III: DIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below for each site at which you allege exposure to Grace asbestos-containing products. If you allege exposure at multiple sites, the Court has ordered that you must complete a separate chart for each site. For your convenience, additional copies of Part III are attached as Appendix D to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each Job listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a)  A worker who personally mixed Grace asbestos-containing products

(b)  A worker who personally removed or cut Grace asbestos-containing products

(c)  A worker who personally installed Grace asbestos-containing products

(d)  A worker at a site where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(e)  A worker in a space where Grace asbestos-containing products were being installed, mixed, removed or cut by others

(f)  If other, please specify.

Site of Exposure:

Site Name: _See Exhibit A_

Site Type: ☐ Residence   ☐ Business        Site Owner: _____   Location: _____

Employer During Exposure: _____        Unions of which you were a member during your employment: _____

| Job Description | [shaded columns] | | | | | |
|---|---|---|---|---|---|---|
| Job 1 Description: | See Exhibit A | | | | | |
| Job 2 Description: | | | | | | |
| Job 3 Description: | | | | | | |
| Job 4 Description: | | | | | | |
| Job 5 Description: | | | | | | |
| Job 6 Description: | | | | | | |

9

WR GRACE PIQ  28491-0018

[00005647/1]

## PART IV: INDIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS

WR GRACE PIQ 28491-0019

1.  Are you asserting an injury caused by exposure to Grace asbestos-containing products through contact/proximity with another injured person? ............................................................................................................ ☐ Yes ☐ No

    *If yes, complete questions 2 through 10 of this section for each injured person through which you allege exposure to Grace asbestos-containing products. For your convenience, additional copies of Part IV are attached as Appendix E to this Questionnaire.*

2.  Please indicate the following information regarding the other injured person:

    Name of Other Injured Person: _____ Gender: ☐ Male ☐ Female

    Last Four Digits of Social Security Number: __ __ __ __         Birth Date: __ __ / __ __ / __ __ __ __

3.  What is your Relationship to Other Injured Person: ............................................ ☐ Spouse  ☐ Child  ☐ Other

4.  Nature of Other Injured Person's Exposure to Grace Asbestos-Containing Products:
    _____

5.  Dates Other Injured Person was Exposed to Grace Asbestos-Containing Products:
    From: __ __ / __ __ / __ __ __ __    To: __ __ / __ __ / __ __ __ __

6.  Other Injured Person's Basis for Identification of Asbestos-Containing Product as Grace Product:
    _____

7.  Has the Other Injured Person filed a lawsuit related to his/her exposure? .......................................... ☐ Yes ☐ No

    *If yes, please provide caption, case number, file date, and court name for the lawsuit:*

    Caption: _____

    Case Number: _____ File Date: __ __ / __ __ / __ __ __ __

    Court Name: _____

8.  Nature of Your Own Exposure to Grace Asbestos-Containing Product:
    _____

9.  Dates of Your Own Exposure to Grace Asbestos-Containing Product:
    From: __ __ / __ __ / __ __ __ __    To: __ __ / __ __ / __ __ __ __

10. Your Basis for Identification of Asbestos-Containing Product as Grace Product:
    _____

[REMAINDER OF PAGE INTENTIONALLY BLANK]

10

[D0050647:1 ]

## PART V: EXPOSURE TO NON-GRACE ASBESTOS-CONTAINING PRODUCTS

Please complete the chart below for each party against which you have filed a lawsuit and/or claim alleging exposure to asbestos-containing products other than Grace products. If you filed such lawsuits and/or claims against multiple parties, the Court has ordered that you must complete a separate chart for each party. For your convenience, additional copies of Part V are attached as Appendix F to this Questionnaire.

If exposure was in connection with your employment, use the list of occupation and industry codes in the Instructions to Part III to indicate your occupation and the industry in which you worked.

In the "Nature of Exposure" column, for each product listed, please indicate the letter(s) corresponding to whether you were any of the following during your exposure:

(a) A worker who personally mixed Non-Grace asbestos-containing products
(b) A worker who personally removed or cut Non-Grace asbestos-containing products
(c) A worker who personally installed Non-Grace asbestos-containing products

(d) A worker at a site where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others
(e) A worker in a space where Non-Grace asbestos-containing products were being installed, mixed, removed or cut by others
(f) If other, please specify.

Objection: Burdensome/Public Record

| Party Against which Lawsuit or Claim was Filed: See attached Complaint cover sheet | | Name of Non-Grace Asbestos-Containing Products | Dates of Exposure | Nature of Exposure (enter all letters that apply) | We exposure to this product occurred while working with Grace products |
|---|---|---|---|---|---|
| Site of Exposure 1 | Job 1 Description: | | | | |
| Site Name: Objection: Burdensome; Public Documents | Job 2 Description: | | | | |
| Address: | Job 3 Description: | | | | |
| City and State: | | | | | |
| Site Owner: | | | | | |
| Site of Exposure 2 | Job 1 Description: | | | | |
| Site Name: | Job 2 Description: | | | | |
| Address: | Job 3 Description: | | | | |
| City and State: | | | | | |
| Site Owner: | | | | | |
| Site of Exposure 3 | Job 1 Description: | | | | |
| Site Name: | Job 2 Description: | | | | |
| Address: | Job 3 Description: | | | | |
| City and State: | | | | | |
| Site Owner: | | | | | |

11

WR GRACE PIQ 28491-0020

[000564711]

## PART VI: EMPLOYMENT HISTORY

WR GRACE PIQ 28491-0021

Other than jobs listed in Part III or V, please complete this Part VI for all of your prior industrial work experience up to and including your current employment. For each job, include your employer, location of employment, and dates of employment. Only include jobs at which you worked for at least one month. Please use the copy of Part VI attached as Appendix G to this Questionnaire if additional space is needed.

**Occupation Code:** _____ If Code 59, specify: <u>See Exhibit A</u>

**Industry Code:** _____ If Code 118, specify:_____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __      **End of Employment:** __ __ / __ __ / __ __ __ __

**Location:** _____
               Address

_____
City                                 State/Province              Zip/Postal Code

**Occupation Code:** _____ If Code 59, specify: _____

**Industry Code:** _____ If Code 118, specify:_____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __      **End of Employment:** __ __ / __ __ / __ __ __ __

**Location:** _____
               Address

_____
City                                 State/Province              Zip/Postal Code

**Occupation Code:** _____ If Code 59, specify: _____

**Industry Code:** _____ If Code 118, specify:_____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __      **End of Employment:** __ __ / __ __ / __ __ __ __

**Location:** _____
               Address

_____
City                                 State/Province              Zip/Postal Code

**Occupation Code:** _____ If Code 59, specify: _____

**Industry Code:** _____ If Code 118, specify:_____

**Employer:** _____

**Beginning of Employment:** __ __ / __ __ / __ __ __ __      **End of Employment:** __ __ / __ __ / __ __ __ __

**Location:** _____
               Address

_____
City                                 State/Province              Zip/Postal Code

12

## PART VII- LITIGATION AND CLAIMS REGARDING ASBESTOS AND/OR SILICA

WR GRACE PIQ 28491-0022

### a. LITIGATION

1. Have you ever been a plaintiff in a lawsuit regarding asbestos or silica? ......................................X Yes ☐ No

   *If yes, please complete the rest of this Part VII(a) for each lawsuit. For your convenience, additional copies of Part VII are attached as Appendix G to this Questionnaire*

2. Please provide the caption, case number, file date, and court name for the lawsuit you filed:

   Caption:  See Complaint cover sheet

   Case Number: _____   File Date: __ __ / __ __ / __ __ __ __

   Court Name:  Cuyahoga County Court of Common Pleas

3. Was Grace a defendant in the lawsuit? Objection:  Burdensome/Public Document ...........................☐ Yes ☐ No

4. Was the lawsuit dismissed against any defendant? Objection: See docket and pleadings in case which are public records.
   ☐ Yes ☐ No

   *If yes, please provide the basis for dismissal of the lawsuit against each defendant:*

   Objection:  burdensome. Please see docket and pleadings filed in the case which are public records

   5. Has a judgment or verdict been entered? Objection:  See Fantozzi v Sandusky Cement Products (1992), 64 Ohio St.3d 601 ..........................................................................................☐ Yes ☐ No

   *If yes, please indicate verdict amount for each defendant(s):* _____

   6. 6. Was a settlement agreement reached in this lawsuit? Objection:  See Fantozzi v Sandusky Cement Products (1992), 64 Ohio St.3d 601. ........................................................................☐ Yes ☐ No

   *If yes and the settlement was reached on or after April 2, 2001, please indicate the following:*

   a. Settlement amount for each defendant: _____

   b. Applicable defendants: _____

   c. Disease or condition alleged: _____

   d. Disease or condition settled (if different than disease or condition alleged): _____

7. Were you deposed in this lawsuit? Objection: Public Document. See attached docket and pleading .........☐ Yes ☐ No

   *If yes and Grace was not a party in the lawsuit, please attach a copy of your deposition to this Questionnaire.*

### b. CLAIMS

1. Have you ever asserted a claim regarding asbestos and/or silica, including but not limited to a claim against an asbestos trust (other than a formal lawsuit in court)? ...........................................................X Yes ☐ No

   *If yes, please complete the rest of this Part VII(b). If no, please skip to Part VIII.*

2. Date the claim was submitted: Objection:  See Fantozzi v Sandusky Cement Products (1992), 64 Ohio St.3d 601

3. Person or entity against whom the claim was submitted:
   Objection:  See Fantozzi v Sandusky Cement Products (1992), 64 Ohio St.3d 601

4. Description of claim: Objection:  See Fantozzi v Sandusky Cement Products (1992), 64 Ohio St.3d 601

5. Was claim settled? Objection:  See Fantozzi v Sandusky Cement Products (1992), 64 Ohio St.3d 601 .........☐ Yes ☐ No

6. Please indicate settlement amount: Objection:  See Fantozzi v Sandusky Cement Products (1992), 64 Ohio St.3d 601
   .............................................................................................................$_____

7. Was the claim dismissed or otherwise disallowed or not honored? Objection:relevance......................☐ Yes ☐ No

   *If yes, provide the basis for dismissal of the claim:* ....................................................

13

{D0050647:1 }

## PART VIII: CLAIMS BY DEPENDENTS OR RELATED PERSONS

WR GRACE PIQ 28491-0023

Name of Dependent or Related Person: <u>Objection: relevance: See Complaint Cover Sheet</u>.  Gender: ☐ M☐ _____

Last Four Digits of Social Security Number: __ __ __ __          Birth Date: __ __ / __ __ / __ __ __ __

Financially Dependent:...................................................................................................................☐ Yes ☐ No

Relationship to Injured Party: ☐ Spouse ☐ Child ☐ Other  If other, please specify _____

Mailing Address: _____
                        Address

_____

City                                     State/Province                    Zip/Postal Code

Daytime Telephone number: ...........................................................( __ __ __ ) __ __ __ - __ __ __ __

## PART IX: SUPPORTING DOCUMENTATION

Please use the checklists below to indicate which documents you are submitting with this form.
**Copies:**  See attached medical information

☐ Medical records and/or report containing a diagnosis
☐ Lung function test results
☐ Lung function test interpretations
☐ Pathology reports
☐ Supporting documentation of exposure to Grace asbestos-containing products
☐ Supporting documentation of other asbestos exposure

☐ X-rays
☐ X-ray reports/interpretations
☐ CT scans
☐ CT scan reports/interpretations
☐ Depositions from lawsuits indicated in Part VII of this Questionnaire
☐ Death Certification

**Originals:**

☐ Medical records and/or report containing a diagnosis
☐ Lung function test results
☐ Lung function test interpretations
☐ Pathology reports
☐ Supporting documentation of exposure to Grace asbestos-containing products

☐ Supporting documentation of other asbestos exposure
☐ X-rays
☐ X-ray reports/interpretations
☐ CT scans
☐ CT scan reports/interpretations
☐ Death Certification

Grace will reimburse your reasonable expenses incurred in providing (a) copies of depositions you have given in lawsuits in which Grace was not a party and/or (b) any documents you have previously provided to Grace in prior litigation.  Please indicate the documents for which you are seeking reimbursement and attach a receipt for such costs:

_____

## PART X: ATTESTATION THAT INFORMATION IS TRUE AND ACCURATE

The information provided in this Questionnaire must be accurate and truthful.  This Questionnaire is an official court document that may be used as evidence in any legal proceeding regarding your Claim.  The penalty for presenting a fraudulent Questionnaire is a fine of up to $500,000 or imprisonment for up to five years, or both.  18 U.S.C. §§ 152 & 3571.
**TO BE COMPLETED BY THE INJURED PERSON.**

I swear, <u>under penalty of perjury</u>, that, to the best of my knowledge, all of the foregoing information contained in this Questionnaire is true, accurate and complete.

Signature: _Zhm h.Wil .PoA_____ Date:2/03/2006

Please Print Name: <u>Thomas M Wilson, Esq as POA</u>

**TO BE COMPLETED BY THE LEGAL REPRESENTATIVE OF THE INJURED PERSON.**

I swear that, to the best of my knowledge, all of the information contained in this Questionnaire is true, accurate and complete.

Signature: _____Date: 2/03/2006

Please Print Name: <u>Thomas M. Wilson, Esq.</u>

14

{D0050647:1 }

Exhibit "A"

WR GRACE PIQ 28491-0024

Name: REDACTED

S.S#:

| JOBSITE | CITY | STATE | YEARS WORKED |
|---|---|---|---|
| CRUCIBLE STEEL / COLT IND. | MIdland | PA | 1/1/1956 – 1/1/1982 |
|  |  |  | - |
|  |  |  | - |
|  |  |  | - |
|  |  |  | - |
|  |  |  | - |
|  |  |  | - |
|  |  |  | - |
|  |  |  | - |
|  |  |  | - |
|  |  |  | - |
|  |  |  | - |
|  |  |  | - |
|  |  |  | - |
|  |  |  | - |

202956

{D0030647:1 }

Case Summary                                                                          Page 1 of 1



Gerald E. Fuerst Clerk of Courts
Court of Common Pleas ~ Cuyahoga County, Ohio

**Case Summary Listing**

| Docket | Case Parties | Costs | Service | All | New Search |

Main Menu

| | | |
|---|---|---|
| **Case Number:** | CV-98-359635 | **REDACTED** |
| **Case Title:** | | |
| **Case Designation:** | ASBESTOS TORT-PRODUCT LIAB | |
| **Filing Date:** | 7/16/1998 | |
| **Judge:** | RICHARD-ASBEST MCMONAGLE | |
| **Magistrate:** | N/A | |
| **Room:** | N/A | |
| **Next Action:** | N/A | |
| **File Location:** | PEND.FILE | |
| **Last Status:** | ACTIVE | |
| **Last Status Date:** | 3/1/2002 | |
| **Last Disposition:** | NEWLY FILED | |
| **Last Disposition Date:** | 7/16/1998 | |
| **Prayer Amount:** | $ 25000.00 | |

CMSW504

Print Page | Close Window | Disclaimers
Information on this Web site is updated every 30 minutes. Only the official court records
available from the Cuyahoga County Clerk of Courts, available in person, should be relied upon
as accurate and current.
For questions/comments please contact cpdock@cuyahogacounty.us

http://cpdocket.cuyahogacounty.us/cjisjs/servlet/cjis.urd/run/CMSW502                    2/9/2006



Internal Medicine & Diseases of the Chest

WR GRACE PIQ 28491-0028

Laxminarayana C. Rao, MD, FCCP

Neal C. Chadwick, MD, FCCP

Paul C. Venizelos, MD, FCCP

Timothy N. Taylor, DO

Linas F. Valdonis, MD, FCCP

Gregory G. Hickey, DO, FCCP

Babu M. Espeo, MD, FCCP

Prasadarao G. Kondapalli, MD, FCCP

CITY:   CLE-YNST        NO.  557        DATE OF FILM: 5/22/97

NAME: _        **REDACTED**        ____ SS# __        **REDACTED**

CHEST X-RAY

The soft tissues and bony thorax are normal. There is no hilar prominence or mass.
Cardiomegaly is present. The lung fields show calcified granuloma at right base.
There are irregular opacities present in both middle and lower lung fields.
Diaphragm plaque formation is noted over both diaphragms.

PULMONARY FUNCTION TEST:

CONCLUSION:

With a significant history of exposure to asbestos dust, these findings would be
consistent with asbestosis and asbestos associated pleural fibrosis.

DOCTOR: L. C. Rao, M.D., F.C.C.P., F.A.C.P.        DATE:  8/27/97

*Laxminarayana Rao M.D.*

(Signature)

15805 Puritas Avenue
Cleveland, OH  44135
(216) 267-5139
(216) 267-5133 FAX

# LAXMINARAYANA C. RAO, M.D., F.C.C.P., F.A.C.P

Pulmonary Medicine Associates, Inc.
*Board Certified in Internal Medicine and Pulmonary Diseases*
NIOSH "B" Reader



WR GRACE PIQ  28491-0027

PATIENT NAME: **REDACTED**    Social Security Number _____    TYPE OF READING [B]

| 1A. DATE OF X-RAY | 1B. FILM QUALITY | 1C. IS FILM COMPLETELY NEGATIVE? |
|---|---|---|
| [1][1][1][3][9][7] | [1]2[3][4] | YES [ ]   NO [ ] |

**2A. ANY PARENCHYMAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**  YES [ ]   COMPLETE 2B and 2C   NO [ ]   PROCEED TO SECTION 3

**2B. SMALL OPACITIES**
a. SHAPE/SIZE — PRIMARY / SECONDARY
b. ZONES — R L
c. PROFUSION

**2C. LARGE OPACITIES**
SIZE [O] A B C
PROCEED TO SECTION 3

**3A. ANY PLEURAL ABNORMALITIES CONSISTENT WITH PNEUMOCONIOSIS?**  YES [ ]   COMPLETE 3B, 3C and 3D   NO [ ]   PROCEED TO SECTION 4

**3B. PLEURAL THICKENING**
a. DIAPHRAGM — SITE [O] R L
b. COSTOPHRENIC ANGLE — SITE [O] R L

**3C. PLEURAL THICKENING — Chest Wall**
a. CIRCUMSCRIBED (plaque) — SITE [O] R / [O] L
b. DIFFUSE — SITE [O] R / [O] L
IN PROFILE / FACE ON — EXTENT, WIDTH

**3D. PLEURAL CALCIFICATION**
a. DIAPHRAGM, b. WALL, c. OTHER SITES — SITE [O] L EXTENT 0 1 2 3

**4A. ANY OTHER ABNORMALITIES?**  YES [ ]   COMPLETE 4B and 4C   NO [ ]   PROCEED TO SECTION 5

**4B. OTHER SYMBOLS (OBLIGATORY)**
[O] ax bu ca cn co cp cv di ef em es fr hi ho id th kl pi px rp th
Report items which may be of present clinical significance in this section. (SPECIFY od) [OD]
Date Personal Physician notified?

**4C. OTHER COMMENTS**
Evidence of calcified granuloma at right lower lung field.

SHOULD WORKER SEE PERSONAL PHYSICIAN BECAUSE OF COMMENTS IN SECTION 4C?  YES NO   PROCEED TO SECTION 5

**6. FILM READER'S INITIALS** [L][C][R]    PHYSICIAN'S SOCIAL SECURITY NUMBER [5][1][6][7][0][6][8][3][1]    DATE OF READING [0][8][2][6][9][7]

L. C. RAO, M.D. (BOM), F.A.C.E.(MAN)
F.A.C.P., F.C.C.P., F.A.C.I.P.,F.A.A.D.E.P.,F.A.C.P.E.
B-READER NIOSH
B-READER EXPIRES JANUARY 1999
*Laxminarayana Rao M.D.*

Old Oak Medical Pavilion
7255 Old Oak Blvd.
Suite #101
Middleburg Hts., OH 44130
(440) 826-3030

Business & Insurance Office
15005 Forbes Avenue
Cleveland, OH 44135
(216) 267-5839
(800) 260-8054

# ALVIN J. SCHONFELD D.O., F.C.C.P., F.A.A.D.E.P.
## PULMONARY MEDICINE
### OCCUPATIONAL LUNG DISEASE



WR GRACE PIQ 28481-0028

905 W. CASTLEWOOD TERRACE
CHICAGO, IL 60640-4218

PHONE: 1-773-878-6111
FAX: 1-773-878-9797

September 9, 1999

RE:
SSN:       **REDACTED**
DOB:

This is a physician's report pertaining to the above named client.

**PAST MEDICAL HISTORY:** Cough and dyspnea for between 4 and 15 years. He has history of prostate cancer for which he has had radiation therapy treatments. He had back problems from degenerative disc disease. He has history of an appendectomy and has hypertension.

**MEDICATIONS:** Tenoretic.

**SMOKING HISTORY:** He smoked 1 pack of cigarettes a day between ages 18 and 41.

**OCCUPATIONAL HISTORY:** From 1940 to 1987 he worked at Crucible Steel on an on an off basis as a brick layer as well as other jobs. Intermittently during the same interval, he worked as other steel mills as a brick layer. During all work locations he indicates exposure to aerosolized asbestos.

**PHYSICAL EXAMINATION:** Physical exam revealed an alert, oriented male in no distress. Head and neck exam is unremarkable. Lungs were clear on auscultation. Cardiac exam revealed a regular rate and rhythm without murmurs. Abdomen was soft without masses. Extremities show no clubbing, cyanosis, or edema.

**CHEST X-RAY:** Chest x-ray dated 5-22-97 was read by Dr. Venizelos according to the ILO 1980 classification and showed interstitial changes bilaterally consistent with asbestosis as well as bilateral pleural thickening.

**SPIROMETRY:** Spirometry dated 9-24-99 was performed and met ATS guidelines and was normal.

**IMPRESSION:**
1. On the basis of the medical history review which is inclusive of a significant exposure to asbestos dust, the physical examination and the chest radiograph, the diagnosis of asbestosis as well as asbestos related pleural disease is established within a reasonable degree of medical certainty.

DIPLOMATE-AMERICAN BOARDS OF INTERNAL MEDICINE AND PULMONARY DISEASE
NIOSH B READER
CERTIFIED, AMERICAN BOARD OF INDEPENDENT MEDICAL EXAMINERS

**ALVIN J. SCHONFELD D.O., F.C.C.P., F.A.A.D.E.P.**



Page 2     **REDACTED**

RECOMMENDATIONS:

1. He is at increased risk of lung cancer, mesothelioma, and other non-pulmonary malignancies associated with asbestos exposure.

2. He should be advised to have yearly chest x-rays, pulmonary function tests, and screening for gastrointestinal malignancy.

3. He should be advised that his chest x-ray and pulmonary function may deteriorate in the absence of further asbestos exposure.

4. He should be advised to refrain from use of any tobacco containing products.

I hope that the above information is useful to you.

This report serves only to establish the presence of asbestos related conditions and does not establish a doctor-patient relationship.

Sincerely;

Alvin J. Schonfeld, D.O., FCCP, FAADEP
AJS\cj/18



## PULMONARY REHABILITATION ASSOCIATES
### SECOND WIND PULMONARY REHABILITATION PROGRAM
925 Trailwood Drive  Youngstown OH 44512
330-758-7575



WR GRACE PIQ 28491-0030

**REDACTED**

PULMONARY FUNCTION REPORT

**REDACTED**

| | |
|---|---|
| Name: | ID: |
| Age: 76 | Date: 11/14/97 |
| Gender: Male | Temp: 20          PBar: 719 |
| Race: Caucasian | Technician: MB McCleery, Ex Phys |
| Height(in): 68     Weight(lb): 169 | PF Reference: Morris/Polgar |

This test completed to ATS criteria.

Flow Cal Date: 11/14/97                    Flow Cal Time: 11:37
Pred Volume: 3.00     Expire Avg: 2.99     Inspire Avg: 2.98
Comments:

Spirometry data is ACCEPTABLE and REPRODUCIBLE.Good pt effort, cooperation and understanding.





PULMONARY REHABILITATION ASSOCIATES
SECOND WIND
925 Trailwood Drive  Youngstown OH 44512
330-758-7575


WR GRACE PIQ 28491-0031

Date: 11/14/97

**REDACTED**

Flow Volume Loop —

|            | Ref  | Best  | % Ref | 1    | 2     | 3     | 4    | 5     |
|------------|------|-------|-------|------|-------|-------|------|-------|
| FVC        | 3.92 | 3.34  | 85    | 1.88 | 3.23  | 3.07  | 3.16 | 3.34  |
| FEV1       | 2.56 | 2.40  | 94    | 1.46 | 2.40  | 2.06  | 2.33 | 2.33  |
| FEV1/FVC   | 68   | 72    |       | 78   | 74    | 87    | 73   | 70    |
| FEV3/FVC   | 97   | 85    |       | 90   | 89    | 83    | 91   | 85    |
| FET100%    |      | 12.73 |       | 9.06 | 10.60 | 14.37 | 9.53 | 12.73 |
| FEF25-75%  | 2.29 | 1.39  | 61    | 1.25 | 1.84  | 1.09  | 1.69 | 1.39  |
| FEF25%     |      | 5.33  |       | 3.38 | 5.14  | 4.77  | 5.84 | 5.33  |
| FEF50%     | 3.51 | 1.75  | 50    | 1.69 | 2.35  | 1.55  | 1.92 | 1.75  |
| FEF75%     | 1.13 | 0.38  | 33    | 0.42 | 0.49  | 0.29  | 0.58 | 0.38  |
| PEF        | 7.58 | 8.55  | 113   | 5.04 | 6.50  | 6.88  | 8.41 | 8.55  |
| FVL ECode  |      | 000000|       | 000  | 000   | 000   | 000  | 000   |
| FIVC       | 3.92 | 3.01  | 77    | 2.83 | 3.13  | 2.95  | 3.05 | 3.01  |
| PIF        |      | 5.23  |       | 4.13 | 3.90  | 3.01  | 5.62 | 5.23  |
| FEF50/FIF50|      | 0.38  |       | 0.42 | 0.63  | 0.55  | 0.35 | 0.38  |

SPIROMETRY  REPORT
PB100  SW Rev:  1.0

**REDACTED**

TEST D
TIME:

WR GRACE  PIQ 28491-0032

Patient Name:
Patient ID:                          Age:  78      Height (in):  68      PreMed Time:    13:04
Barometric Pressure (mmHg):  760      Temp (deg F):  70    Weight (lbs):  187    Sex:  Male    Race Correction:  No  Smoker:    No
                                                            BTPS Correction:  1.110              Sensor: FS200  Insp Code:      None

FVC TEST DATA - Clinical Format                    ALL DATA FORMAT (* indicates best value)   Knudson 83 Adult Predicted Normals
Measurement          PreMed    TRIAL 3   TRIAL 2   TRIAL 1   Pred    %Pred   PostMed                    %Pred    %Change
FVC          (L)                3.40      3.42*     3.29     3.47     99%
FEV1         (L)                2.50*     2.52      2.55     2.69     96%
%FEV1        (%)      75.73     75.17     73.68    77.50    78.29     97%
FEF25%-75%   (L/S)             2.01*     1.71      2.29     2.65     76%
PEF          (L/S)             9.04*    10.02      5.19     7.51    120%
FEV3         (L)               3.08*     3.07      3.05     3.22     96%
FET          (S)              5.77*      7.30      6.31

Variability:   PreMed:   FVC =    0.6%  FEV1 =    1.5%  PEF =    9.8%


<u>Comments:</u>                         meets  ATS  Stds
                                         [signature]



H105.501 REV 9-90

This is to certify that the information here given is correctly copied from an original certificate of death duly filed with the Local Registrar. The original certificate will be forwarded to the State Vital Records Office for permanent filing.

**WARNING: It is illegal to duplicate this copy by photostat or photograph.**



WR GRACE PIQ 28491-0034

Fee for this certificate, $2.00

COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF HEALTH

*Karen L Drango*
Local Registrar

**6227435**
No.

**NOV 24 1999**
Date

*Item #18 should read*
*"Earl Yantz" H.D*

---

COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF HEALTH • VITAL RECORDS
**CERTIFICATE OF DEATH**

REDACTED    REDACTED    REDACTED

Female    November 18, 1997

78 Yrs    12-14-20    E. Liverpool Ohio    University of Pittsburgh Medical Center

Allegheny    Pittsburgh    White

Sales Clerk    Retail    Ohio    12    Married

1304 St. Clair Avenue    East Liverpool, OH 43920    Columbiana    East Liverpool

Earl Yaniz    Hazel Eckert

1304 St. Clair Ave., East Liverpool, OH 43920

11-22-99    Columbiana County    East Liverpool, Ohio

Memorial Park    Dawson Funeral Home
215 Lincoln Street, East Liverpool, OH 43920

8316    November 18, 1997

1:35 PM    November 18, 1997

INTRA CEREBRAL HEMORRHAGE    6 day

Natural ☒    Homicide ☐
Accident ☐    Pending Investigation ☐
Suicide ☐    Could not be determined ☐

6227435    November 18, 1997

*Karen L Drango*    Registrar    Nov 20 1999



WR GRACE PIQ 29491-0035