# Exhibit 6

REDACTED    REDACTED    REDACTED

"A"
3/25/2007

| Last Name | First Name | Question 5 PFT | Part V | Pathology for Meso Claimants |
|---|---|---|---|---|
| Last Name | First Name | Are you aware of any relationship between MD and legal counsel? | Part V | Pathology for Meso Claimants |
| A. | H | No | No additional information known at this time - see documents previously provided on all. | No additional information known at this time - see documents previously provided on all. |
| A | T. | No | No additional information known at this time - see documents previously provided on all. | No additional information known at this time - see documents previously provided on all. |
| A. | L. |  | No Additional information known at this time - see documents previously provided on all. | No additional Information known at this time - see documents previously provided on all. |
| A. | W | N/A | No Additional information known at this time - see documents previously provided. | No additional information known at this time - see documents previously provided on all. |
| A. | R | No | No additional information known at this time - see documents previously provided on all. | No additional information known at this time - see documents previously provided on all. |
| A. | C | See medical records attached to Q | No additional Information known at this time - see documents previously provided on all. | No additional Information known at this time - see documents previously provided on all. |
| A. | W | No | No additional information known at this time - see documents previously provided on all. | No additional information known at this time - see documents previously provided on all. |
| A. | J | N/A | No Additional Information known at this time - see documents previously provided on all. | No additional information known at this time - see documents previously provided on all. |
| A. | H | N/A | No additional Information known at this time - see documents previously provided. | No additional information known at this time - see documents previously provided on all. |
| A. | T. | No | No additional information known at this time - see documents previously provided on all. | No additional information known at this time - see documents previously provided on all. |
| A. | R | N/A | No additional information known at this time - see documents previously provided on all. | No additional information known at this time - see documents previously provided on all. |
| A. | N. | See medical records attached to Q | No additional information known at this time - see documents previously provided on all. | No additional information known at this time - see documents previously provided on all. |
| A | J. | See medical records attached to Q | No additional information known at this time - see documents previously provided on all. | No additional information known at this time - see documents previously provided on all. |
| A | J. | No | No additional information known at this time - see documents previously provided on all. | No additional information known at this time - see documents previously provided on all. |
| A | E |  | No Additional Information known at this time - see documents previously provided. | No additional information known at this time - see documents previously provided on all. |
| A | P |  | Objection based upon the work-product privilege to the Questions in the Questionnaire listed in the Judge's Order and reserve the right to supplement responses in the future. | No additional information known at this time - see documents previously provided on all. |