# EXHIBIT A



## ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
WASHINGTON HARBOUR
3050 K STREET, NW
WASHINGTON, DC 20007-5135
*tel* 202-339-8400
*fax* 202-339-8500
WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

February 15, 2007
Client No. 17367
Invoice No. 1056048

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through January 31, 2007 in connection with the matters described on the attached pages: | $ | 379,956.25 |
| DISBURSEMENTS as per attached pages: | | 14,046.26 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount): | $ | **394,002.51** |

Matter(s): 17367/11, 13, 15, 2, 8, 9

### DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$832,226.68

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **ELECTRONIC FUNDS TRANSFERS:** |
|---|---|---|
| *Orrick, Herrington & Sutcliffe LLP* | ***Wire Transfers Only:*** | ***ACH Transfers Only:*** |
| *4253 Collections Center Drive* | *ABA Number 0260-0959-3* | *ABA Number 121-000358* |
| *Chicago, IL 60693* | *Bank of America* | *Bank of America* |
| *Reference: 17367/ Invoice: 1056048* | *100 West 33rd Street, NY, NY 10001* | *San Francisco Main Branch* |
| *E.I.N. 94-2952627* | *Account of* | *Account of* |
| *Overnight deliveries: (312) 974-1642* | *Orrick, Herrington & Sutcliffe LLP* | *Orrick, Herrington & Sutcliffe LLP* |
| | *Account Number: 1499-4-10382* | *Account Number: 1499-4-10382* |
| | *Reference: 17367/ Invoice: 1056048* | *Reference: 17367/ Invoice: 1056048* |
| | *E.I.N. 94-2952627* | *E.I.N. 94-2952627* |



**ORRICK**

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

February 15, 2007
Client No. 17367
Invoice No. 1056048

Orrick Contact: Roger Frankel

For Legal Services Rendered Through January 31, 2007 in Connection With:

**Matter: 2 - Case Administration**

| 01/02/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 01/03/07 | R. Barainca | Update case calendar. | 0.80 |
| 01/03/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 01/04/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 01/04/07 | R. Barainca | Update case calendar. | 0.80 |
| 01/05/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 01/05/07 | R. Barainca | Update case calendar. | 0.70 |
| 01/08/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.40 |
| 01/09/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 01/10/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 01/11/07 | R. Barainca | Update case calendar. | 1.30 |
| 01/11/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 01/12/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 01/12/07 | R. Barainca | Update case calendar. | 0.70 |
| 01/16/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 01/17/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 01/18/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 01/18/07 | R. Barainca | Update case calendar. | 1.20 |
| 01/19/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 01/22/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 01/23/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 01/24/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 01/24/07 | R. Barainca | Update case calendar. | 1.20 |
| 01/25/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 01/25/07 | R. Barainca | Update case binder. | 0.60 |
| 01/26/07 | R. Barainca | Update case calendar. | 0.50 |
| 01/26/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 01/29/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 01/30/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 01/30/07 | D. Fullem | Review calendar items and open matters. | 0.20 |
| 01/31/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 2

February 15, 2007
Invoice No. 1056048

|  | Total Hours | 12.80 |  |
|---|---|---|---|
|  | Total For Services |  | $1,935.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 12.60 | 150.00 | 1,890.00 |
| Debra O. Fullem | 0.20 | 225.00 | 45.00 |
| Total All Timekeepers | 12.80 | $151.17 | $1,935.00 |

Disbursements
| | |
|---|---|
| Duplicating Expense | 3.30 |
| Local Taxi Expense | 32.86 |
| Outside Services | 2,255.92 |
| Telephone | 1.00 |

| Total Disbursements | $2,293.08 |
|---|---|

| **Total For This Matter** | **$4,228.08** |
|---|---|



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 3

February 15, 2007
Invoice No. 1056048

For Legal Services Rendered Through January 31, 2007 in Connection With:

**Matter: 8 - Litigation**

| | | | |
|---|---|---|---|
| 01/01/07 | R. Frankel | Draft major arguments for Reply Brief (3.0); draft memo/e-mail with major arguments (1.2). | 4.20 |
| 01/02/07 | S. Venegas | Draft opposition to motion for protective order. | 10.00 |
| 01/02/07 | D. Felder | Review e-mail correspondence from R. Frankel and J. Liesemer regarding exclusivity appeal (.2); review Grace's appeal brief and appendix, begin outlining reply and reviewing case law (6.1); review correspondence regarding production of x-ray evidence (.1); telephone conference with M. Hurford regarding R. Mason deposition (.5); review open discovery issues and e-mail correspondence to A. Hermele regarding same (1.2). | 8.10 |
| 01/02/07 | J. Ansbro | Review revised scheduling order, discuss same with R. Mullady. | 0.40 |
| 01/02/07 | R. Mullady, Jr. | Review revised scheduling order for estimation proceeding and discuss same with J. Ansbro (.4); e-mails to/from N. Finch and A. Venegas regarding brief in opposition to Grace's motion to quash Rule 30(b)(6) deposition subpoena (.2). | 0.60 |
| 01/02/07 | J. Guy | Review Appellees' brief (.8); review cases cited therein (1.2); conference with D. Felder re preparation of reply (.5); strategize re and prepare reply (3.0); various e-mails with co-counsel re preparation of brief and review same (.6). | 6.10 |
| 01/02/07 | R. Frankel | Series of e-mails re Reply Brief. | 0.40 |
| 01/02/07 | R. Frankel | Prepare outline (preliminary) for oral argument. | 0.70 |
| 01/02/07 | R. Frankel | Review J. Liesemer comments re Reply Brief. | 0.60 |
| 01/03/07 | A. Hermele | Assist A. Venegas in structuring Opposition to Motion for Protective Order and refining arguments. | 7.80 |
| 01/03/07 | S. Venegas | Draft opposition to motion for protective order. | 10.00 |
| 01/03/07 | D. Felder | Review recently filed orders and pleadings regarding discovery issues, questionnaires and motions to compel (2.8); research regarding exclusivity appeal issues (4.5); conference with J. Guy regarding same (.5); review asbestos firms' motion to amend order regarding questionnaires (.5). | 8.30 |
| 01/03/07 | J. Ansbro | Review e-mails among team members regarding Lee deposition, discovery tasks and status, motion to compel. | 0.40 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -     February 15, 2007
17367                                                                  Invoice No. 1056048
page 4

| 01/03/07 | R. Mullady, Jr. | E-mails to/from D. Felder regarding R. Lee deposition on 1/5 (.2 ); review W.R. Grace Form 10-Q (.5); review status of discovery (.5); e-mails to/from N. Finch and A. Running regarding Grace production of documents in advance of Hughes deposition (.3). | 1.50 |
| 01/03/07 | J. Guy | Draft and revise Appellate Reply Brief. | 7.00 |
| 01/03/07 | R. Frankel | Prepare notes for oral argument on exclusivity, review appellee brief (3.3); consider structure of argument (1.1). | 4.40 |
| 01/04/07 | S. Venegas | Revise Opposition to Motion for Protective Order. | 13.70 |
| 01/04/07 | D. Felder | Review Grace's motion for protective order and ACC's draft and exhibits (3.0); review and revise FCR's opposition to motion for protective order and conferences and e-mail correspondence with A. Venegas and R. Mullady regarding same (3.2); research and review case law regarding exclusivity issues (3.4); conferences and e-mail correspondence with J. Guy regarding same (1.0); telephone conference with J. Liesemer regarding same (.2); prepare inserts regarding same (.5). | 11.30 |
| 01/04/07 | R. Mullady, Jr. | Review and revise draft opposition to debtors' motion to quash subpoena, including discussions with A. Venegas, D. Felder and N. Finch (7.5); review debtors' SEC filings and other documents in connection with opposition brief (1.5). | 9.00 |
| 01/04/07 | J. Guy | Revise Appellate Reply Brief. | 7.00 |
| 01/04/07 | R. Frankel | Confer with J. Guy issues in Reply Brief; notes re same. | 0.50 |
| 01/04/07 | R. Frankel | Telephone conference with S. Baena re Reply Brief (.2); telephone conference with J. Guy re brief (.2); review issues re brief (.5). | 0.90 |
| 01/05/07 | A. Thorp | Review contents of DVD and external hard drive and prepare recommendations to D. Felder for reviewing of questionnaire data. | 3.40 |
| 01/05/07 | K. Thomas | Review e-mail from R. Wyron re possible treatment of claims (.1) ; review pleadings from Nat'l Union adversary (.3); research letter of credit and payment of claims (.5). | 0.90 |
| 01/05/07 | S. Venegas | Draft changes to opposition to motion for protective order. | 9.00 |
| 01/05/07 | D. Felder | Conference with A. Thorpe regarding estimation materials from Debtors (.1); review, revise and finalize FCR's opposition to motion for protective order and exhibits thereto (6.0);  various conferences with A. Venegas and R. Mullady (1.5); e-mail correspondence with A. Venegas and R. Mullady (1.0); telephone conference with R. Chatterjee regarding financial issues (.1). | 8.70 |
| 01/05/07 | R. Mullady, Jr. | Review, revise and discuss opposition to debtors' motion to quash subpoena. | 2.00 |
| 01/05/07 | J. Guy | Work on Appellate Reply Brief. | 5.40 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    February 15, 2007
17367                                                                                                   Invoice No. 1056048
page 5

| | | | |
|---|---|---|---|
| 01/05/07 | R. Frankel | Review various stories on Bloomberg re market perceptions, pending litigation. | 0.40 |
| 01/05/07 | R. Frankel | Confer with J. Guy re brief on exclusivity (.4); review S. Baena e-mail re same (.3). | 0.70 |
| 01/06/07 | D. Felder | Review recently filed pleadings regarding discovery issues. | 0.90 |
| 01/06/07 | R. Frankel | Review, revise draft Reply Brief re exclusivity, e-mail re same. | 2.80 |
| 01/07/07 | R. Mullady, Jr. | Review and comment on debtors' opposition to motion to compel actuarially-based estimates of asbestos liability (.6); review debtors' opposition for motion to modify order regarding questionnaire responses (.2). | 0.80 |
| 01/07/07 | J. Guy | Work on Reply Brief, including incorporating comments of PD and PI Committees. | 2.00 |
| 01/07/07 | R. Wyron | Review Debtors' exclusivity brief and e-mails regarding status of reply (1.1); review case calendar (.3). | 1.40 |
| 01/08/07 | R. Barainca | Review documents relating to the January 23, 2007 hearing for R. Mullady. | 1.10 |
| 01/08/07 | J. Cangialosi | Retrieve requested hearing transcripts and deposition materials, and prepare working sets of documents. | 1.00 |
| 01/08/07 | S. Venegas | Weekly team meeting (1.2); review Debtor's opposition. (.5). | 1.70 |
| 01/08/07 | D. Felder | Prepare agenda for status meeting with litigation team and e-mail correspondence with R. Mullady regarding same (.8); revise Reply Brief in exclusivity (4.0); attend status meeting with litigation team and follow-up with R. Mullady regarding same (1.2); follow-up telephone conference with N. Finch and W. Slocombe regarding estimation issues (1.5); telephone conference with S. Baena and J. Liesemer regarding exclusivity appeal (.5). | 8.00 |
| 01/08/07 | J. Ansbro | Review agenda/schedule of upcoming tasks (.2); conference call with OHS team re upcoming discovery tasks and strategy (1.0); conference call with ACC counsel (N. Finch and W. Slocombe) (1.1); initial review of digests from Sealed Air depositions (2.0); review memorandum and case law regarding estimation in asbestos proceeding (2.2). | 6.50 |
| 01/08/07 | R. Mullady, Jr. | Prepare for and convene meeting of estimation team regarding fact and expert discovery and expert reports (5.5); conference call with N. Finch and W. Slocombe (1.0). | 6.50 |
| 01/08/07 | G. Rasmussen | Meeting with R. Mullady to review tasks relating to experts. | 1.00 |
| 01/08/07 | R. Wyron | Review case calendar for upcoming hearings (.3); begin review of exclusivity brief (.6). | 0.90 |
| 01/08/07 | R. Frankel | Series of e-mails re meeting, agenda with litigation team, discovery schedule. | 0.80 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 6

February 15, 2007
Invoice No. 1056048

| 01/08/07 | R. Frankel | Review miscellaneous pleadings related to PI Questionnaire. | 0.70 |
|---|---|---|---|
| 01/08/07 | R. Frankel | Review revised brief from J. Guy. | 1.10 |
| 01/09/07 | R. Barainca | Review documents relating to the Debtors' Motion To Quash 30(b)(6) Deposition Notice and Protective Order for D. Felder. | 0.50 |
| 01/09/07 | D. Felder | Review exclusivity Reply Brief (.5); review Debtors' request for expedited consideration and summary denial of asbestos firms' motion for reconsideration (.3); review Debtors' opposition to ACC's motion to compel actuarial studies and exhibits in support (.9); review ACC's opposition to Debtors' motion to quash and exhibits in support (1.8); conference with J. Guy regarding exclusivity appeal (.3); telephone conference with S. Baena and J. Guy regarding same (.5); e-mail correspondence with ACC and PD Committee regarding exclusivity appeal (.1); prepare letter to Judge Buckwalter regarding same and conference with J. Guy regarding same (.6); review orders on motions to file under seal and e-mail correspondence with R. Mullady regarding same (.1); review e-mail correspondence from R. Mullady regarding non-estimation expert reports (.2); review reports regarding same (1.6); begin reviewing back-up materials for non-estimation expert reports (1.3). | 8.20 |
| 01/09/07 | J. Ansbro | Review R. Mullady's e-mail re potential deposition of Graces's non-estimation experts (.5); initial review of non-estimation experts' reports (3.3). | 3.80 |
| 01/09/07 | R. Mullady, Jr. | Initial preparation for January 23 omnibus hearing relating to motions to compel discovery (.5); detailed review of debtors' non-estimation expert reports (3.0); e-mail to N. Finch regarding same (1.0). | 4.50 |
| 01/09/07 | J. Guy | Conferences, e-mails, and telephone conferences with counsel for PD and PI committees and Orrick counsel (separate and various occasions) re filing of Reply Brief in exclusivity appeal. | 1.00 |
| 01/09/07 | R. Wyron | Follow-up with expert on pension issues and correspondence regarding same. | 0.30 |
| 01/09/07 | R. Frankel | Exchange of e-mails re Reply Brief; review draft letter to Judge Buchwalter. | 0.60 |
| 01/10/07 | S. Venegas | Review ACC Reply drafts and e-mails. | 1.10 |
| 01/10/07 | D. Felder | Finalize letter to Judge Buckwalter (.4); e-mail correspondence with J. Guy regarding same (.1); review correspondence from J. Liesemer, C. Hartman and J. Phillips (.4); continue reviewing non-estimation expert reports and reliance materials (4.7). | 5.60 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -          February 15, 2007
17367                                                                       Invoice No. 1056048
page 7

| 01/10/07 | R. Mullady, Jr. | Review and revise draft ACC Reply Brief in support of motion to compel actuarial studies (1.5); e-mails to/from N. Finch (.4); review transcript of 12/5 omnibus hearing (1.5); review debtors' informational brief (.2); prepare for 1/23 omnibus hearing (1.4). | 5.00 |
|---|---|---|---|
| 01/10/07 | R. Wyron | Review e-mails regarding exclusivity Reply Brief and status of discovery on estimation proceedings. | 0.30 |
| 01/10/07 | R. Frankel | Confer with E. Inselbuch and D. Austern re estimation, oral argument on exclusivity. | 0.90 |
| 01/11/07 | S. Venegas | Review e-mails regarding Reply Brief. | 0.20 |
| 01/11/07 | D. Felder | Telephone conference with Judge Buckwalter's chambers regarding oral argument (.3); review local rules regarding same (.6); e-mail summary to R. Frankel, R. Wyron and J. Guy regarding same (.2); telephone conference with J. Biggs regarding status and update (.4); follow-up regarding same (1.2); telephone conference with J. Guy regarding exclusivity appeal (.3); e-mail correspondence with C. Hartman and M. Hurford regarding same (.6); conference with J. Guy regarding same (.4 ); review e-mail correspondence regarding estimation issues (1.0); e-mail correspondence to and from J. Biggs regarding estimation issues (1.0). | 6.00 |
| 01/11/07 | J. Ansbro | Review moving papers on motions to compel (1.0), review draft ACC Reply Brief and R. Mullady's suggested revisions (.50), review e-mails to/from ACC team (.2), review prior case discovery materials (2.6). | 4.30 |
| 01/11/07 | R. Mullady, Jr. | Conference call with N. Finch and W. Slocumbe (1.2); prepare status report to client (.8); review Grace's informational brief (1.0); e-mails to/from R. Frankel and D. Felder regarding J. Biggs report (.2); e-mails to/from A. Venegas regarding deposition notices (.2); telephone conversation with J. Ansbro (.2). | 3.60 |
| 01/11/07 | J. Guy | Various e-mails with Appellants re appellate argument (.4); strategize re same (1.0). | 1.40 |
| 01/11/07 | R. Frankel | Prepare notes re major issues for oral argument (.8); prepare e-mail to E. Inselbuch, S. Baena re issues, allocation of oral argument (1.6). | 2.40 |
| 01/11/07 | R. Frankel | Series of e-mails re meeting with client, strategy session (.2); e-mails re structure, timing of oral argument (.2). | 0.40 |
| 01/12/07 | A. Thorp | Review contents of hard drive containing questionnaire responses and make recommendations to D. Felder for review and processing. | 1.50 |
| 01/12/07 | K. Thomas | Respond to e-mail correspondence from D. Felder re status of National Union adversary. | 0.20 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 8

February 15, 2007
Invoice No. 1056048

| Date | Name | Description | Hours |
|---|---|---|---|
| 01/12/07 | D. Felder | Telephone conference with R. Mullady regarding estimation issues (.1); e-mails to experts regarding meeting and review e-mail correspondence from B. Gillespie (1.4); prepare notices of deposition and review stipulation and order regarding same (2.0); telephone conference and e-mail correspondence with R. Mullady regarding same (.6); e-mail correspondence with R. Mullady and N. Finch regarding same (.7); telephone conference with E. Stallard regarding estimation issues (.2); follow-up regarding same (.5); telephone conference with M. Kramer and M. Hurford regarding exclusivity appeal (.2); review recently filed pleadings and e-mail correspondence to R. Barainca regarding same (1.6); review and respond to e-mail correspondence regarding estimation issues (1.5); review agenda for January 23 omnibus hearing and e-mails to R. Frankel, R. Wyron, R. Mullady, and G. Rasmussen regarding same (.3). | 9.10 |
| 01/12/07 | J. Ansbro | Continue review of prior discovery materials (4.3), review expert publications on background of action (2.5), telephone conference with R. Mullady (.2). | 7.00 |
| 01/12/07 | R. Mullady, Jr. | Prepare for 1/23 omnibus hearing including review of briefs and case law. | 5.00 |
| 01/12/07 | J. Guy | Strategize and prepare for oral argument on January 22. | 0.50 |
| 01/12/07 | R. Frankel | Review, exchange series of e-mails re brainstorming session, methodology. | 0.90 |
| 01/13/07 | R. Mullady, Jr. | Review e-mails from D. Felder. | 0.20 |
| 01/13/07 | R. Frankel | Review file in preparation for telephone conference with E. Inselbuch and S. Baena re oral argument. | 1.20 |
| 01/14/07 | R. Frankel | Review files and e-mails in preparation for telephone conference with PI and PD. | 0.80 |
| 01/15/07 | J. Ansbro | Continue review of prior discovery responses and motion practice. | 2.70 |
| 01/15/07 | R. Mullady, Jr. | Prepare for 1/23 motion hearing including legal research and review of relevant papers and submissions. | 4.00 |
| 01/15/07 | R. Wyron | Review agenda for 1/23 hearing and e-mails regarding same. | 0.30 |
| 01/15/07 | R. Frankel | Prepare notes for oral argument, review prior Judge Buckwalter decision. | 1.70 |
| 01/16/07 | S. Venegas | Review background material re protective order for January 23rd hearing. | 2.60 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 9

February 15, 2007
Invoice No. 1056048

| 01/16/07 | D. Felder | Review exclusivity appeal docket (.1); e-mail correspondence with R. Mullady and D. Mendelson regarding estimation issues and follow-up regarding same (1.2); e-mail correspondence with R. Mullady and N. Finch regarding estimation issues and follow-up regarding same (1.0); telephone conference with R. Mullady regarding estimation issues (.1); e-mail correspondence with J. Biggs and B. Gillespie regarding estimation issues and follow-up regarding same (1.5); prepare notice of deposition of R. Beber, J. Hughes and D. Siegel and e-mail correspondence with R. Mullady regarding same (.4); review materials regarding upcoming estimation issues and prepare multiple e-mail summaries to R. Mullady, G. Rasmussen and J. Ansbro regarding same (3.3); telephone conference with R. Frankel, R. Wyron and counsel for ACC and PD Committee regarding exclusivity appeal issues (.5); follow-up with R. Frankel and R. Wyron regarding same (.4); follow-up regarding appeal issues (.5); review materials from J. Biggs and e-mail to R. Mullady and G. Rasmussen (.5). | 9.50 |
| 01/16/07 | J. Ansbro | Review e-mails with estimation team and discussions with R. Mullady regarding scheduling of expert meetings and depositions. | 0.50 |
| 01/16/07 | R. Mullady, Jr. | Prepare for 1/23 motion hearing (2.0); discussions with estimation team regarding scheduling of expert meetings and depositions. | 2.50 |
| 01/16/07 | R. Wyron | Review exclusivity outline of issues (.2); call with counsel for PI and PD Committee and follow-up notes (.8); review hearing agenda (.3). | 1.30 |
| 01/16/07 | R. Frankel | Review, consider agenda for January 23 hearing; notes re same. | 0.40 |
| 01/16/07 | R. Frankel | Review various pleadings re production of underlying 10-K documents (1.2); review PD pleadings re pending litigation (1.0). | 2.20 |
| 01/16/07 | R. Frankel | Review notes in preparation for telephone conference with PI and PD Committee counsel. | 0.80 |
| 01/16/07 | R. Frankel | Telephone conference with E. Inselbuch, S. Baena to structure, discuss oral argument (.6); confer with R. Wyron, D. Felder re same (.4). | 1.00 |
| 01/16/07 | R. Frankel | Telephone conference with D. Austern re oral argument issues; telephone conference with PI and PD Committee counsel; notes re same. | 0.30 |
| 01/17/07 | R. Barainca | Review docket for new notices of appearance. | 0.10 |
| 01/17/07 | A. Thorp | Review hard drive of questionnaire images and prepare for review of documents for D. Felder. | 1.50 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 10

February 15, 2007
Invoice No. 1056048

| Date | Name | Description | Hours |
|---|---|---|---|
| 01/17/07 | S. Venegas | Prepare for January 23rd hearing (3.0); review underlying motions (4.4). | 7.40 |
| 01/17/07 | D. Felder | Telephone conference with R. Frankel regarding PD claim objection issues (.1); review materials regarding same and prepare e-mail summary regarding same (.9); e-mail correspondence and follow-up with estimation experts regarding upcoming meeting and issues (1.0); preparation for exclusivity appeal argument (.5); correspondence to and from R. Mullady and N. Finch regarding deposition notices (.5); prepare and finalize same (.8); various e-mails to R. Frankel, R. Wyron, R. Mullady and G. Rasmussen regarding various estimation issues and follow-up regarding same (1.2); telephone conference with J. Heberling regarding depositions and follow-up with R. Mullady regarding same (.5); review estimation materials and prepare update and summary to estimation team and D. Austern regarding same (1.5); telephone conference with R. Wyron regarding upcoming meetings and issues (.1). | 7.10 |
| 01/17/07 | R. Mullady, Jr. | Prepare for 1/23 motion hearing (3.0); discussions with Libby counsel (.2); discussions with estimation team (.5); e-mail to client (.2). | 3.90 |
| 01/17/07 | J. Guy | Prepare for oral argument. | 0.80 |
| 01/17/07 | G. Rasmussen | Review of J. Biggs slides. | 0.30 |
| 01/17/07 | R. Wyron | Confer with R. Frankel and strategize regarding upcoming exclusivity appeal hearing. | 0.40 |
| 01/17/07 | R. Frankel | Telephone conference with D. Felder re PD issues, status; review PD pleadings, summary from D. Felder. | 0.80 |
| 01/17/07 | R. Frankel | Review file, past decisions in preparation for oral argument (.7); review briefs (1.0). | 1.70 |
| 01/18/07 | S. Venegas | Prepare for Omnibus Hearing, research and draft memo. | 7.00 |
| 01/18/07 | D. Felder | E-mails to R. Wyron regarding exclusivity appeal (.1); review pleadings relating to Debtors' motion to quash and ACC's motion to compel in preparation for January 23 argument and conference with A. Venegas regarding same (2.6); prepare timeline of upcoming meetings and events for estimation team and D. Austern (.6). | 3.30 |
| 01/18/07 | J. Ansbro | E-mails to/from R. Mullady, N. Finch and OHS team re expert meetings and depositions, and depositions of Grace's counsel (.3); review Mullady e-mails to D. Austern (.1). | 0.40 |
| 01/18/07 | R. Mullady, Jr. | Prepare for 1/23 motion hearing (2.5); discussions with A. Running, N. Finch and J. Ansbro regarding scheduling of depositions of Grace counsel (.5); e-mails to/from N. Finch regarding expert discovery (.2); e-mails to/from D. Austern (.2). | 3.40 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -    February 15, 2007
17367                                                                    Invoice No. 1056048
page 11

| 01/19/07 | A. Hermele | Review and revise summary of discovery disputes and positions for the next status conference (2.0); research cases re choice discovery methods (.5). | 2.50 |
|---|---|---|---|
| 01/19/07 | S. Venegas | Draft materials for 1/23 omnibus hearing. | 5.70 |
| 01/19/07 | D. Felder | E-mail correspondence with R. Mullady regarding 30(b)(6) issues (.1); review recently filed pleadings and e-mail correspondence with R. Barainca regarding same (.8); telephone conference with R. Mullady regarding 30(b)(6) issues (.3); e-mails to R. Frankel and J. Guy regarding exclusivity appeal argument (.3); conference with A. Venegas regarding omnibus hearing (.3); review non-estimation experts reports regarding various issues (3.0). | 4.80 |
| 01/19/07 | J. Ansbro | Further review submissions on prior motion practice on PIQ and other discovery disputes (4.0); review Grace discovery responses (1.5); review estimation-related publications by Grace's experts (1.0); review R. Mullady's draft demonstrative for hearing on discovery motion and e-mails to/from Mullady regarding same and draft e-mail to Grace counsel proposing partial agreement on motion; (.5); e-mails to/from ACC counsel regarding deposition scheduling (.3). | 7.30 |
| 01/19/07 | R. Mullady, Jr. | Negotiations with debtors' counsel regarding scope of 30(b)(6) deposition of Grace (1.2); prepare for omnibus hearing and argument on debtors' motion to quash (4.8). | 6.00 |
| 01/19/07 | R. Wyron | Review agenda for 1/23 hearing (.2); review e-mails concerning potential new pension motion and follow-up (.4). | 0.60 |
| 01/19/07 | R. Frankel | Review presentation slides from D. Austern | 1.60 |
| 01/19/07 | R. Frankel | Prepare notes for oral argument (1.0); review cases re standard for review (2.0); review brief of appellant and appellee (3.8); series of e-mails re same (.4). | 7.20 |
| 01/20/07 | R. Mullady, Jr. | Review and reply to e-mails from J. Baer regarding agenda for 1/23/07 omnibus hearing. | 0.30 |
| 01/21/07 | S. Venegas | Research Daubert cases. | 1.00 |
| 01/21/07 | R. Frankel | Review, revise outline for oral argument. | 1.20 |
| 01/22/07 | S. Venegas | Prepare materials for R. Mullady for January 23rd omnibus. | 3.00 |
| 01/22/07 | D. Felder | Review and update schedule and prepare agenda for R. Mullady and e-mail update to R. Mullady, G. Rasmussen and A. Venegas regarding same (.8); attend pre-meeting with ACC and PD Committee regarding exclusivity appeal argument (1.5); attend exclusivity appeal argument (1.5); review deposition digests regarding Sealed Air (.5). | 4.30 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -        February 15, 2007
17367                                                                        Invoice No. 1056048
page 12

| | | | |
|---|---|---|---|
| 01/22/07 | J. Ansbro | Review legal memoranda regarding estimation precedent and review pertinent court decisions (5.2); further review of discovery responses of Grace and ACC (1.5). | 6.70 |
| 01/22/07 | R. Mullady, Jr. | Prepare for omnibus hearing (6.5); review status of discovery (.5). | 7.00 |
| 01/22/07 | J. Guy | Travel to/from Philadelphia for oral argument on exclusivity appeal while analyzing issues in advance of oral argument and conference with FCR counsel during same on appeal issues (4.0); conference with counsel for appellants in advance of oral argument (2.0); attend oral argument (1.6). | 7.60 |
| 01/22/07 | R. Wyron | Review docket for 1/23 hearing on open items (.2); attend exclusivity argument (1.0); review information on pension motion (.5). | 1.70 |
| 01/22/07 | R. Frankel | Prepare for oral argument during travel to Philadelphia (1.9); confer with E. Inselbuch and S. Baena to prepare for argument (2.0); attend oral argument before Judge Buckwalter (1.6). | 5.50 |
| 01/23/07 | R. Barainca | Review recently filed motions for D. Felder. | 0.20 |
| 01/23/07 | A. Thorp | Create sample files of questionnaire images to upload on shared website. | 1.50 |
| 01/23/07 | S. Venegas | Attend monthly omnibus hearing. | 4.00 |
| 01/23/07 | D. Felder | Telephonic participation in omnibus hearing (3.5); review motion to approve stipulation regarding January 2007 methodology hearing for PD claims (.2); review Foster & Sear's motion for extension of time to respond to questionnaires (.1); review Debtors' pension motion (.2); review motion of certain claimants represented by Reaud, Morgan & Quinn to amend informal proofs of claim or file late proofs of claim (.2); conference with J. Ansbro regarding update and status (.9); follow-up regarding estimation-related materials and conference with R. Mullady regarding same (2.8); e-mails correspondence with N. Finch and R. Mullady regarding omnibus hearing (.3). | 8.20 |
| 01/23/07 | J. Ansbro | Telephone conference with D. Felder regarding omnibus hearing and draft expert report of J. Biggs (.3); initial review of J. Biggs latest draft expert report (1.7); review articles regarding estimation authored by various of Grace, ACCs and FCRs' experts (3.6). | 5.60 |
| 01/23/07 | R. Mullady, Jr. | Working travel to Wilmington for omnibus hearing (1.8); prepare for and attend hearing (6.5); e-mails to/from N. Finch and D. Felder regarding discovery (.3). | 8.60 |
| 01/23/07 | R. Wyron | Participate in omnibus hearing telephonically (1.4); begin review of outline for 1/25 meeting with ACC (.8). | 2.20 |



**O R R I C K**

David Austern, Futures Claims Representative for W.R. Grace & Co. -     February 15, 2007
17367                                                                     Invoice No. 1056048
page 13

| | | | |
|---|---|---|---|
| 01/23/07 | R. Frankel | Attend by telephone omnibus hearing. | 4.60 |
| 01/23/07 | R. Frankel | Telephone conference with D. Austern re Grace oral argument, meeting with equity committee reps; e-mails re same. | 0.40 |
| 01/24/07 | S. Venegas | Review notes from hearing and draft preliminary order. | 1.70 |
| 01/24/07 | D. Felder | Review Judge Buckwalter's order on exclusivity (.1); review recently filed pleadings (.4); begin preparation for D. Siegel, R. Beber and J. Hughes depositions and e-mails to R. Mullady and J. Ansbro regarding same (5.4); review proposed order on discovery issues and e-mail to A. Venegas and R. Mullady regarding same (.2). | 6.10 |
| 01/24/07 | J. Ansbro | Further review of various articles regarding asbestos litigation and estimation authored by various of Grace, ACCs and FCRs experts (3.5); review digests of Grace witnesses depositions from Sealed Air (3.5); telephone conference with D. Felder re various discovery issues, 1-25 meeting with ACC counsel and 1-29 meeting with D. Austern (.7). | 7.70 |
| 01/24/07 | R. Mullady, Jr. | E-mails to/from D. Felder and R. Wyron. | 0.30 |
| 01/24/07 | J. Guy | Review Judge Buckwalter's decision affirming exclusivity order (.1); e-mails re same and next steps (.3). | 0.40 |
| 01/24/07 | R. Wyron | Review documents in preparation for meeting with ACC. | 1.20 |
| 01/24/07 | R. Frankel | Review with R. Wyron issues re exclusivity decision; consider issues re further appeals. | 0.80 |
| 01/24/07 | R. Frankel | Review order, opinion re appeal (.2); review issues re same (.2); telephone conference with D. Austern re same (.2). | 0.60 |
| 01/25/07 | S. Venegas | Review e-mails (.2); draft changes into proposed order (.1). | 0.30 |
| 01/25/07 | D. Felder | Review revised deposition notice and e-mail correspondence to N. Finch and M. Hurford regarding same (.2); preparation for experts meeting and e-mails to G. Rasmussen, R. Mullady and J. Ansbro regarding same (1.0); continue deposition preparation and begin review of Sealed Air deposition transcripts (4.7); e-mail correspondence to B. Gillespie regarding estimation issues and correspondence from D. Mendelson regarding same (.3); review recently filed pleadings and e-mail correspondence to R. Barainca regarding same (.9). | 7.10 |
| 01/25/07 | J. Ansbro | Review transcript of 12-5-06 Omnibus Hearing (1.8); prepare for and attend meeting (with R. Mullady, R. Wyron and R. Frankel) with ACC counsel (E. Insulbuch, W. Slocumbe, N. Finch and P. Lockwood) regarding estimation hearing (4.5); review prior court submissions regarding development of Grace's PI Questionnaire (2.0); review estimation memorandum by ACC's expert (.5). | 8.80 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -         February 15, 2007
17367                                                                        Invoice No. 1056048
page 14

| 01/25/07 | R. Mullady, Jr. | Prepare for and attend meeting at Caplin & Drysdale's NY offices regarding estimation hearing. | 7.00 |
|---|---|---|---|
| 01/25/07 | G. Rasmussen | Review of results of hearing and preparation for meeting with J. Biggs. | 0.30 |
| 01/25/07 | R. Wyron | Review estimation reports in preparation for meeting with ACC (1.3); meet with ACC on estimation issues and strategy (2.8); follow-up with R. Frankel (.3); confer with R. Mullady on strategy (.5); review pension motion and e-mails regarding same (.6); review and respond to e-mails to and from J. Brownstein on pension motion and additional information required for analysis (4). | 5.90 |
| 01/25/07 | R. Frankel | Confer with E. Inselbuch, P. Lockwood, R. Mullady, R. Wyron and others re estimation trial, strategy issues. | 3.10 |
| 01/25/07 | R. Frankel | Prepare for brainstorming session re estimation trial, prepare notes, issues list re same during travel to NY. | 2.40 |
| 01/26/07 | C. Zurbrugg | Participate in conference call with J. Ansbro and R. Mullady to discuss questionnaires (.5); confer with J. Ansbro re background of case (.5). | 1.00 |
| 01/26/07 | S. Venegas | Review e-mail regarding meeting with D. Austern. | 0.10 |
| 01/26/07 | D. Felder | Conference with R. Wyron regarding estimation issues (.1); telephone conference with J. Ansbro regarding update (.1); e-mail correspondence with litigation team regarding estimation update and status (.7); conference with R. Mullady and J. Ansbro regarding update and follow-up telephone conference with C. Zurbrugg (3.5); telephone conference with J. Biggs regarding same (.2); conference with R. Wyron regarding update (.1); various follow-up correspondence to litigation team regarding same (1.0); continue preparation for depositions (2.0). | 7.70 |
| 01/26/07 | J. Ansbro | Conference call with R. Mullady, D. Felder and C. Zurbrugg regarding analysis of PIQ and January 25 meeting with ACC counsel (1.2); further review of prior motion papers on PIQ issues (1.5); review exemplar PIQ responses (3.5); follow-up meeting with C. Zurbrugg regarding analysis of PIQ responses and estimation issues (1.0); monitor e-mails with ACC counsel regarding case scheduling and Grace overtures to the Court (.2). | 7.40 |
| 01/26/07 | R. Mullady, Jr. | Conference call with J. Ansbro, D. Felder and C. Zurbrugg regarding estimation case (1.2); meet with R. Wyron regarding same (.2); review and reply to e-mails from D. Austern (.6); telephone conversation with R. Frankel and N. Finch (.4); e-mails to/from A. Running and N. Finch (.4); meet with G. Rasmussen (.3). | 3.10 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -   February 15, 2007
17367                                                                   Invoice No. 1056048
page 15

| 01/26/07 | G. Rasmussen | Conferences regarding the hearing and the meeting in New York with co-counsel. | 0.30 |
|---|---|---|---|
| 01/26/07 | R. Wyron | Review issues in pension motion (.3); follow-up with consultant (.5). | 0.80 |
| 01/26/07 | R. Frankel | Review        files in connection with estimation. | 0.80 |
| 01/26/07 | R. Frankel | Review issues in preparation for meeting with client (.4); review issues re 3rd circuit appeal (.5). | 0.90 |
| 01/26/07 | R. Frankel | Telephone conference with D. Austern re Libby issues. | 0.20 |
| 01/27/07 | C. Zurbrugg | Review questionnaire (.7); review informational brief (.3). | 1.00 |
| 01/27/07 | R. Frankel | Review draft letter from D. Austern re Libby; review letter of August 7, 2006. | 0.60 |
| 01/28/07 | C. Zurbrugg | Review informational brief. | 1.80 |
| 01/28/07 | J. Ansbro | Prepare for 1-29-07 meeting with D. Austern. | 1.30 |
| 01/28/07 | R. Mullady, Jr. | Review draft order regarding discovery motions heard at January omnibus hearing. | 0.20 |
| 01/29/07 | C. Zurbrugg | Review brief in support of motion to compel (2.0); attend meeting with client in order to discuss and coordinate strategy, including dealing with questionnaires (1.8); confer with J. Ansbro and R. Mullady re experts (.5); confer with ACC counsel re questionnaire (1.2); review informational materials on litigation (1.5). | 7.00 |
| 01/29/07 | S. Venegas | Meeting with team (3.5); review Siegel deposition (.5). | 4.00 |
| 01/29/07 | D. Felder | Preparation for strategy meeting (1.0); strategy meeting with D. Austern, R. Frankel, R. Wyron and litigation team regarding estimation issues (3.5); follow-up review and correspondence regarding same (4.0); telephone conference with R. Mullady, J. Ansbro and N. Finch regarding questionnaire issues (1.0); telephone conference with J. Biggs regarding estimation issues (.4); telephone conference with E. Stallard regarding same (.2); conference with R. Frankel regarding exclusivity appeal issues (.1); review local rules and draft e-mail correspondence to R. Frankel regarding exclusivity appeal issues (2.5); review PD claims objection issues and e-mail correspondence regarding same (.1); e-mail correspondence with M. Hurford regarding exclusivity appeal issues (.2). | 13.00 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -    February 15, 2007
17367                                                                   Invoice No. 1056048
page 16

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 01/29/07 | J. Ansbro | Working travel from New York to Washington D.C. for meeting with OHS team and D. Austern, review motion papers on PI Questionnaire and Debtors Informational Brief during travel (3.5); attend meeting with D. Austern and Orrick estimation team regarding discovery status and strategy, and trial strategy (5.5); teleconference with ACC counsel regarding discovery strategy (.5); follow-up discussions with R. Mullady and C. Zurbrugg regarding PI Questionnaires (.5); working travel from Washington D.C. to New York, review appendices to J. Biggs' draft expert report during travel (1.0). | 11.00 |
| 01/29/07 | R. Mullady, Jr. | Prepare for and attend meeting with estimation team and client (5.5); conference call with ACC counsel (.5); e-mails to/from B. Harding (.3). | 6.30 |
| 01/29/07 | G. Rasmussen | Meeting with client re analysis of expert testimony. | 4.50 |
| 01/29/07 | G. Rasmussen | Conference with E. Stollard re Debtors' use of questionnaires. | 0.20 |
| 01/29/07 | R. Wyron | Review data for meeting with D. Austern (.8); meet with D. Austern regarding estimation, case strategy and critical issues in pending matters (3.4); follow-up calls on pending issues and notes re same (.4); call with P. Lockwood on strategic issues and follow-up (.6). | 5.20 |
| 01/29/07 | R. Frankel | Confer with D. Austern, R. Mullady, G. Rasmussen re estimation trial strategy. | 3.20 |
| 01/29/07 | R. Frankel | Telephone conference with E. Inselbuch re appeal (.3); confer with D. Felder re same (.3); review e-mails, procedural issues (.7). | 1.30 |
| 01/30/07 | R. Barainca | Prepare a Flow Chart of the Questionnaire Review for D. Felder. | 1.50 |
| 01/30/07 | A. Thorp | Create sample files of questionnaire images to upload on shared website. | 1.50 |
| 01/30/07 | S. Venegas | Review Siegel deposition. | 1.20 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 17

February 15, 2007
Invoice No. 1056048

| | | | |
|---|---|---|---|
| 01/30/07 | D. Felder | Revise notice of appeal of exclusivity order (.1); e-mail correspondence and follow-up to estimation team and J. Biggs regarding estimation issues (2.6); finalize details for experts' meeting (.4); begin drafting motion to expedite exclusivity appeal (1.3); attention to various estimation issues (4.1); telephone conference with R. Wyron, I. Altman, J. Radecki and J. Brownstein regarding pension issues (.7); telephone conference with G. Rasmussen and D. Austern regarding estimation issues (.3); telephone conference with J. Biggs, B. Gillespie, D. Austern, G. Rasmussen and R. Mullady regarding estimation issues (1.2); follow-up with J. Ansbro, G. Rasmussen and R. Mullady regarding same (2.0); prepare materials regarding questionnaires (.7). | 13.40 |
| 01/30/07 | J. Ansbro | Telephone conference with R. Mullady, G. Rasmussen and D. Felder regarding analysis of PI Questionnaires (.5); monitor e-mails with ACC counsel regarding court submission on case scheduling (.2); review D. Felder's presentation regarding PI Questionnaires (.3); review team e-mails regarding J. Biggs estimation report (.2); review information sent today from D. Austern (.2); review materials from claimants' counsel regarding preparation of PI Questionnaires (.3); review PIQ responses (3.2); initial review of non-estimation expert reports (2.5). | 7.40 |
| 01/30/07 | R. Mullady, Jr. | Telephone conversations with D. Austern (.4); conference call with J. Biggs (1.2); conference call with J. Ansbro, G. Rasmussen and D. Felder (.5). | 2.10 |
| 01/30/07 | G. Rasmussen | Preparation for conference call (.9); participation in conference call with J. Biggs and D. Austern (2.1). | 3.00 |
| 01/30/07 | R. Wyron | Review pension materials for conference call (.4); call with consulting expert and Piper Jaffray on pension issues and pending motion, and follow-up notes (.9); calls to other constituencies regarding their positions on new pension motion (.3). | 1.60 |
| 01/30/07 | R. Frankel | Review series of e-mails re PD issues, Libby issues. | 0.60 |
| 01/30/07 | R. Frankel | Review, edit notice of appeal; series of e-mails re appeal; telephone conference with E. Inselbuch re same. | 0.80 |
| 01/30/07 | R. Frankel | Review, exchange series of e-mails re PI Estimation CMO, Status Report. | 0.80 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -     February 15, 2007
17367                                                                    Invoice No. 1056048
page 18

| | | | |
|---|---|---|---|
| 01/31/07 | C. Zurbrugg | Confer with J. Ansbro re questionnaire strategy (.5); confer with J. Ansbro re background issues in case (.4); telephone conference with D. Felder and J. Ansbro re present handling of questionnaires (.5); telephone conference with D. Felder re expert issues and claims issues (.2); confer with J. Ansbro re claims issues (.2); prepare for call with experts (.3); confer with J. Ansbro re sample completed questionnaires (.4); review draft expert report (2.4). | 4.90 |
| 01/31/07 | C. Zurbrugg | Organize research materials and cases. | 0.40 |
| 01/31/07 | S. Venegas | Review Siegel deposition (2.0); review online questionnaires (1.1). | 3.10 |
| 01/31/07 | D. Felder | Review Debtors' motion to modify x-ray motion and Debtors' motion for expedited consideration (.3); e-mail correspondence to R. Mullady and N. Finch regarding same (.2); review and revise FCR's opposition and joinder to same and conference with R. Mullady regarding same (.7); telephone conference with R. Wyron, J. Sakalo and M. Hurford regarding pension issues (.3); telephone conference with J. Ansbro and C. Zurbrugg regarding estimation issues (.5); telephone conference with G. Rasmussen and E. Stallard regarding same (.1); attention to estimation and questionnaire issues and e-mail correspondence regarding same (5.2); review ACC's objection to x-ray motion (.3). | 7.60 |
| 01/31/07 | J. Ansbro | Telephone conference with C. Zurbrugg and D. Felder regarding supplemental PIQ responses, Rust database and other discovery issues (1.1); review Grace's motion to revisit x-ray Order and team e-mails regarding same (.4); review law regarding strict products liability (2.0); review PI Questionnaire responses (3.5); further review of prior PIQ motion papers (1.3). | 8.30 |
| 01/31/07 | R. Mullady, Jr. | Review debtors' emergency motion and prepare opposition thereto (1.5); attention to discovery matters (1.0). | 2.50 |
| 01/31/07 | G. Rasmussen | Telephone conference with E. Stallard. | 0.20 |
| 01/31/07 | R. Wyron | Call with PI and PD Committee counsel on pension motion and follow-up. | 1.10 |
| 01/31/07 | R. Frankel | Review Grace motion and exhibits to modify order regarding production of x-rays (.5); review series of e-mails from R. Mullady, N. Finch re status report (.6). | 1.10 |

|  |  |  |
|---|---|---|
| Total Hours | 634.00 | |
| Total For Services | | $351,175.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 19

February 15, 2007
Invoice No. 1056048

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| John Ansbro | 97.50 | 625.00 | 60,937.50 |
| Rachael Barainca | 3.40 | 150.00 | 510.00 |
| James Cangialosi | 1.00 | 235.00 | 235.00 |
| Debra Felder | 166.30 | 465.00 | 77,329.50 |
| Roger Frankel | 72.00 | 770.00 | 55,440.00 |
| Jonathan P. Guy | 39.20 | 650.00 | 25,480.00 |
| Annie L. Hermele | 10.30 | 390.00 | 4,017.00 |
| Raymond G. Mullady, Jr. | 95.90 | 635.00 | 60,896.50 |
| Garret G. Rasmussen | 9.80 | 700.00 | 6,860.00 |
| Katherine S. Thomas | 1.10 | 390.00 | 429.00 |
| Aaron R. Thorp | 9.40 | 195.00 | 1,833.00 |
| Shannon Dawn Venegas | 86.80 | 390.00 | 33,852.00 |
| Richard H. Wyron | 25.20 | 700.00 | 17,640.00 |
| Catharine L. Zurbrugg | 16.10 | 355.00 | 5,715.50 |
| Total All Timekeepers | 634.00 | $553.90 | $351,175.00 |

Disbursements
| | |
|---|---|
| Duplicating Expense | 2,563.20 |
| Express Delivery | 143.64 |
| Lexis Research | 627.50 |
| Local Taxi Expense | 146.65 |
| Other Business Meals | 666.37 |
| Out of Town Business Meals | 107.12 |
| Outside Services | 681.12 |
| Overtime Meals | 18.15 |
| Parking Expense | 60.00 |
| Postage | 461.55 |
| Telephone | 69.83 |
| Travel Expense, Air Fare | 1,553.47 |
| Travel Expense, Local | 788.50 |
| Travel Expense, Out of Town | 222.27 |
| Westlaw Research | 3,136.90 |

Total Disbursements           $11,246.27

**Total For This Matter**           **$362,421.27**



**O R R I C K**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 20

February 15, 2007
Invoice No. 1056048

For Legal Services Rendered Through January 31, 2007 in Connection With:

**Matter: 9 – Plan & Disclosure Statement**

| | | | |
|---|---|---|---|
| 01/02/07 | R. Frankel | Telephone conferences with D. Austern and E. Inselbuch re settlement-plan issues, meeting in Dallas (1.2); notes re same (.4). | 1.60 |
| 01/04/07 | R. Frankel | Telephone conference with D. Austern re meeting in Dallas; e-mails with P. Weitz re same. | 0.40 |
| 01/04/07 | R. Frankel | Review plan financial scenarios while traveling to NY in preparation for meeting with Piper Jaffray. | 1.80 |
| 01/05/07 | R. Frankel | Confer with Piper Jaffray re their telephone conference with Blackstone, new spreadsheets for a consensual plan (1.1); notes re valuation issues (.3). | 1.40 |
| 01/05/07 | R. Frankel | Review new spreadsheet from Piper Jaffray re leverage re reorganized company (during travel to DC). | 1.30 |
| 01/05/07 | R. Frankel | Telephone conference with D. Austern re his telephone call with M. Schelnitz on settlement; notes re same. | 0.50 |
| 01/09/07 | J. Hermann | Review and analysis of prior pleadings in case in preparation for plan of reorganization proposed by future claims representative if exclusivity appeal is successful. | 2.20 |
| 01/10/07 | R. Frankel | Prepare for meeting in Dallas, review file, prepare notes during travel to DFW airport (2.9); review different settlement scenarios during travel (1.0). | 3.90 |
| 01/10/07 | R. Frankel | Confer with E. Inselbuch, P. Weitz and D. Austern re plan settlement issues. | 1.40 |
| 01/10/07 | R. Frankel | Prepare notes re meetings; telephone conference with J. Radecki re plan scenarios, discussions with P. Zily. | 1.40 |
| 01/12/07 | R. Wyron | Call with R. Frankel re status. | 0.30 |
| 01/12/07 | R. Frankel | Telephone conference with R. Wyron re hearings, Dallas meeting; notes re hearings. | 0.40 |
| 01/16/07 | R. Wyron | Confer with R. Frankel on status of negotiations. | 0.20 |
| 01/17/07 | R. Frankel | Telephone conference with J. Radecki re status of due diligence; notes re same, possible meeting. | 0.50 |

Total Hours 17.30

Total For Services $12,923.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 14.60 | 770.00 | 11,242.00 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 21

February 15, 2007
Invoice No. 1056048

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Jeffery  D. Hermann | 2.20 | 605.00 | 1,331.00 |
| Richard  H. Wyron | 0.50 | 700.00 | 350.00 |
| Total All Timekeepers | 17.30 | $746.99 | $12,923.00 |

**Total For This Matter** **$12,923.00**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 22

February 15, 2007
Invoice No. 1056048

For Legal Services Rendered Through January 31, 2007 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 01/02/07 | R. Barainca | Prepare D. Austern's October and November 2006 monthly fee applications. | 2.30 |
| 01/04/07 | D. Fullem | Review package from Piper Jaffray with signed November monthly fee application; coordinate notice and related documents to be finalized; coordinate filing and service of same; update R. Chatterjee at PJC regarding same. | 0.70 |
| 01/08/07 | R. Barainca | Prepare Certificates of No Objection for Tillinghast's September and October 2006 monthly fee applications. | 1.20 |
| 01/09/07 | R. Barainca | Prepare Tillinghast's Certificates of No Objection for filing. | 0.60 |
| 01/09/07 | R. Barainca | Edit Tillinghast's Certificates of No Objection for their September and October 2006 monthly fee applications. | 0.30 |
| 01/15/07 | R. Wyron | Review October and November monthly applications for D. Austern. | 0.20 |
| 01/16/07 | R. Barainca | Prepare D. Austern's October and November 2006 monthly fee applications for filing. | 0.50 |
| 01/24/07 | R. Barainca | Prepare Piper Jaffray's Certificate of No Objection for their November 2006 fee application. | 0.60 |
| 01/25/07 | D. Fullem | Review and respond to e-mail from R. Chatterjee at PJC regarding December monthly to be filed and timing for next quarterly fee application. | 0.20 |
| 01/26/07 | R. Barainca | Prepare Piper Jaffray's Certificate of No Objection for their November 2006 monthly fee application for filing. | 0.20 |
| 01/26/07 | D. Fullem | Review e-mail from R. Chatterjee attaching PJC's December monthly. | 0.10 |
| 01/29/07 | R. Barainca | Prepare Piper Jaffray & Co.'s December 2006 monthly fee application for filing. | 0.30 |
| 01/29/07 | D. Fullem | Confer with R. Barainca regarding filing of Piper Jaffray's December fee application. | 0.20 |

Total Hours          7.40
Total For Services          $1,310.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 6.00 | 150.00 | 900.00 |
| Debra O. Fullem | 1.20 | 225.00 | 270.00 |
| Richard H. Wyron | 0.20 | 700.00 | 140.00 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -       February 15, 2007
17367                                                                    Invoice No. 1056048
page 23

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Total All Timekeepers | 7.40 | $177.03 | $1,310.00 |

Disbursements
    Duplicating Expense                     58.50
    Express Delivery                       316.24
    Postage                                  8.97
                    Total  Disbursements                    $383.71


**Total For This Matter**                    **$1,693.71**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 24

February 15, 2007
Invoice No. 1056048

For Legal Services Rendered Through January 31, 2007 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| 01/05/07 | D. Fullem | Review of December prebills. | 1.20 |
|---|---|---|---|
| 01/05/07 | D. Fullem | Prepare e-mail to W. Sparks regarding CNO filed on November fee application and payment due. | 0.20 |
| 01/05/07 | D. Fullem | Prepare update to fee and expense charts and circulate to R. Frankel and R. Wyron. | 0.20 |
| 01/08/07 | D. Fullem | Follow up e-mails to attorneys regarding additional information needed for certain December time entries; confer with P. Reyes regarding status of edits to December prebills; prepare e-mail to R. Wyron regarding status. | 0.90 |
| 01/08/07 | D. Fullem | Provide recent payment information to R. Barainca to insert in current fee application. | 0.10 |
| 01/09/07 | R. Barainca | Prepare redactions for November 2006 monthly fee application. | 1.50 |
| 01/09/07 | D. Fullem | Review responsive e-mails from R. Mullady and J. Guy regarding updating December time entries; forward to P. Reyes to update bills. | 0.20 |
| 01/10/07 | R. Wyron | Review November fee application (.2); review December prebill (.3). | 0.50 |
| 01/11/07 | R. Barainca | Edit Orrick's November 2006 monthly fee application for filing. | 0.20 |
| 01/11/07 | D. Fullem | Review and update fee/expense chart. | 0.20 |
| 01/11/07 | D. Fullem | Confer with R. Barainca regarding status of Orrick's November fee application filing. | 0.10 |
| 01/19/07 | R. Barainca | Prepare Orrick's December 2006 monthly fee application. | 1.10 |
| 01/22/07 | R. Barainca | Continue preparing Orrick's December 2006 monthly fee application. | 2.10 |
| 01/23/07 | D. Fullem | Confer with R. Barainca regarding status of filing of Orrick's December fee application. | 0.20 |
| 01/25/07 | R. Barainca | Edit Orrick's December 2006 monthly fee application. | 0.50 |
| 01/25/07 | D. Fullem | Confer with R. Barainca regarding edits to Orrick's December fee application. | 0.10 |
| 01/25/07 | D. Fullem | Update fee and expense summaries and A/R charts. | 0.30 |
| 01/25/07 | D. Fullem | Prepare e-mail to R. Frankel and R. Wyron regarding recent payment made by Grace for October 80/100. | 0.10 |
| 01/26/07 | R. Barainca | Prepare Orrick's December 2006 monthly fee application for filing. | 0.30 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -    February 15, 2007
17367                                                                      Invoice No. 1056048
page 25

| | | | |
|---|---|---|---|
| 01/26/07 | D. Fullem | Review and respond to e-mail from R. Wyron regarding bankruptcy billing memo. | 0.20 |
| 01/26/07 | D. Fullem | Review and respond to e-mail from R. Wyron regarding recent payment made by Grace. | 0.20 |
| 01/26/07 | R. Wyron | Prepare e-mail to new team members on billing practices. | 0.40 |
| 01/29/07 | D. Fullem | Review and revise billing procedures memo (1.2); forward same to R. Wyron for review and comment (.1). | 1.30 |
| 01/30/07 | D. Fullem | Prepare edits to billing memo and circulate to new team members. | 0.50 |

|  |  |  |
|---|---|---|
| Total Hours | 12.60 | |
| Total For Services | | $2,835.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 5.70 | 150.00 | 855.00 |
| Debra O. Fullem | 6.00 | 225.00 | 1,350.00 |
| Richard H. Wyron | 0.90 | 700.00 | 630.00 |
| Total All Timekeepers | 12.60 | $225.00 | $2,835.00 |

Disbursements
    Duplicating Expense           75.60
    Express Delivery              44.42
    Postage                       3.18
                Total Disbursements      $123.20

**Total For This Matter**      **$2,958.20**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 26

February 15, 2007
Invoice No. 1056048

For Legal Services Rendered Through January 31, 2007 in Connection With:

**Matter: 15 – Travel Time (Non-Working)**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 01/05/07 | R. Frankel | Travel to DC (non-working). | 2.10 |
| 01/10/07 | R. Frankel | Travel to and from Dallas. | 4.10 |
| 01/22/07 | D. Felder | Non-working travel to and from Philadelphia. | 4.00 |
| 01/22/07 | R. Frankel | Travel to DC after oral argument. | 2.50 |
| 01/23/07 | S. Venegas | Travel to hearing (4.0). | 4.00 |
| 01/23/07 | R. Mullady, Jr. | Non-working return travel. | 2.30 |
| 01/25/07 | R. Mullady, Jr. | Non-working return travel to DC . | 2.70 |
| 01/25/07 | R. Wyron | Non-working travel from New York meeting with ACC. | 2.00 |
| 01/25/07 | R. Frankel | Travel to DC from meeting at Caplin & Drysdale in NY. | 2.70 |
| 01/29/07 | C. Zurbrugg | Travel round-trip from New York to Washington D.C. for meetings with client. | 5.20 |
| 01/29/07 | J. Ansbro | Non-working travel time during trip from Washington D.C. to New York. | 1.50 |

Total Hours                     33.10
Total For Services                     $9,778.25

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| John Ansbro | 1.50 | 312.50 | 468.75 |
| Debra Felder | 4.00 | 232.50 | 930.00 |
| Roger Frankel | 11.40 | 385.00 | 4,389.00 |
| Raymond G. Mullady, Jr. | 5.00 | 317.50 | 1,587.50 |
| Shannon Dawn Venegas | 4.00 | 195.00 | 780.00 |
| Richard H. Wyron | 2.00 | 350.00 | 700.00 |
| Catharine L. Zurbrugg | 5.20 | 177.50 | 923.00 |
| Total All Timekeepers | 33.10 | $295.42 | $9,778.25 |

**Total For This Matter**                     **$9,778.25**

**\* \* \* COMBINED TOTALS \* \* \***

Total Hours                     717.20
Total Fees, all Matters                     $379,956.25
Total Disbursements, all Matters                     $14,046.26


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                 February 15, 2007
17367                                                                                 Invoice No. 1056048
page 27

Total Amount Due                        $394,002.51