# EXHIBIT B

**W.R. Grace & Co.**
**Expense Detail Report**
**(Date Represents Posting Date)**

Research
Geoffrey Zbikowski             1/9/07           $ 238.35
Total Research:                                 $ 238.35


Telephone
Ritwik Chatterjee              1/23/07          $  56.10
Total Telephone:                                $  56.10


TOTAL EXPENSES:                                 **$ 294.45**