## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.,* | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **EXHIBIT B** |
| | ) | |
| | ) | **Re: Docket No. 14848** |

## AMENDED FINAL DESIGNATION OF
## EXHIBITS RELATING TO THE STATUTE OF
## LIMITATIONS AND PRODUCT IDENTIFICATION ON BEHALF
## OF CERTAIN ASBESTOS PROPERTY DAMAGE CLAIMANTS OF
## SPEIGHTS & RUNYAN AND THE BRANDI LAW FIRM AND ON BEHALF
## OF ANDERSON MEMORIAL HOSPITAL ("ANDERSON") AND THE CLASS

Claimants submit herewith their list of exhibits that they will or may use or refer

to at the trial of this matter. The following exhibits relate to all claimants:

### EXHIBITS

| Exhibit No. | Date | Description |
|---|---|---|
| 1 | Undated | Report – Zonolite Full Line 1972 Proposed Promotion Program |
| 2 | Undated | Patent – Zonolite Patent # 1,693,015 |
| 3 | Undated | Advertisement |
| 4 | Undated | Advertisement – Vermiculite Lightweight Systems fro Fire Protection and Sound Absorption |
| 5 | Undated | Advertisement Monokote Fireproofing – The Spray applied that stays applied |
| 6 | Undated | Chart/Graph/Drawing – How to Sell Effectively to Architects |
| 7 | Undated | Information/Kits Booklets Distribution Breakdown, Exhibit 27 in the Tieger Deposition |

| 8 | Undated | Safe Building Alliance Information Kit Media Follow-up Report, Exhibit 28 in the Tieger Deposition |
| 9 | Undated | Burson-Marsteller Poster, Exhibit 33 of the Tieger Deposition |
| 10 | 10/01/63 | Advertisement-Architectural Record |
| 11 | 10/21/63 | Memo- Erosion of Mono-kote When Subjected to High Velocity Air |
| 12 | 11/04/63 | Memo – Erosion of Mono-kote When Subjected to High Velocity Air |
| 13 | 11/13/63 | Memo-Erosion of  Mono-kote when Subjected to High Velocity Air |
| 14 | 01/01/64 | Advertisement – Zonolite Mono-kote |
| 15 | 03/31/64 | Press Release – Mono-kote(resistance to Air Erosion) |
| 16 | 04/30/64 | Report – Boyle test excerpt |
| 17 | 06/01/64 | Advertisement – Direct to Steel Fire Protection |
| 18 | 07/03/64 | Press Release – Mono-kote |
| 19 | 11/01/65 | Advertisement – Direct to Steel Fire Protection |
| 20 | 07/01/66 | Advertisement – Zonolite Monokote Direct To Steel Fire Protection; MK-112 |
| 21 | 10/05/66 | Letter from JC Ottinger to G.Bergran – Addition to R.H. Macy & Co., Mission, Ks |
| 22 | 01/14/67 | Report – Air Velocity Surface Erosion (Dusting)Test on Mono-kote Plaster Material |
| 23 | 01/16/67 | Report – Effect of High Velocity Air Upon The Surface of Mono-kote Material Having A Dry Bulk Density of 16.85 lbs per cu ft Boyle Engineering Laboratories Co to the Zonolite Division |

| | | |
|---|---|---|
| 24 | 09/21/67 | Memo from Morell-Brown to Zonolite General Motors Bldg, New York City |
| 25 | 01/01/68 | Sweets Architectural Catalog |
| 26 | 03/01/68 | Advertisement – Equipment, Materials, & Methods; Vermiculite Fireproofing |
| 27 | 11/01/68 | Report from W.R. Payment –Plaster Products |
| 28 | 01/01/69 | Sweets Architectural Catalog |
| 29 | 01/01/69 | Advertisement from Zonolite Construction Products Division – Mono-kote Spray-on Fireproofing |
| 30 | 04/01/69 | Chart – 2 MK Jobsite list – 100 Pine |
| 31 | 04/28/69 | Letter from TF Egan to PP Morgante |
| 32 | 06/26/69 | Memo from TF Egan to C.R. Babb |
| 33 | 10/01/69 | Advertisement from Zonolite Construction Products Division |
| 34 | 01/01/70 | Sweets Architectural Catalog |
| 35 | 01/01/70 | Advertisement from WR Grace & Co – Spray Fireproofing Facts |
| 36 | 01/01/70 | Advertisement from WR Grace & Co – Zonolite Data Sheet |
| 37 | 03/13/70 | Memo from TF Egan to RL Asher |
| 38 | 03/23/70 | Letter from WV Culver to CH Wendel |
| 39 | 04/09/70 | Memo from TG Egan to Regional Managers |
| 40 | 04/17/70 | Memo from TF Egan to RL Asher |
| 41 | 05/20/70 | Memo from TF Egan to NT Burns |
| 42 | 05/21/70 | Memo from TP Feit to TF Egan |
| 43 | 06/03/70 | Memo from RM Vining to K W Harrison |

| | | |
|---|---|---|
| 44 | 07/13/70 | Memo from WJ Bourke to TF Egan, Official Magazine, American Medical Assn, Article In July 1970 Today's Health |
| 45 | 07/16/70 | Memo from JA McEachern to All Salesmen Central Region |
| 46 | 08/05/70 | Memo from TF Egan to Distribution List |
| 47 | 08/07/70 | Press Release/Bulletin –Competitive Non-Asbestos Fireproofing |
| 48 | 10/20/70 | Memo from TF Egan to HL Parker |
| 49 | 12/07/70 | Letter from WJ Bourke to R Caboor – IBM |
| 50 | 08/13/70 | Memo from RE Schneider to HA Brown |
| 51 | 10/20/70 | Report from TF Egan –Managers Meeting |
| 52 | 01/01/71 | Sweets Architectural Catalog |
| 53 | 01/01/71 | 1971 Monokote Orders |
| 54 | 01/01/71 | Chart – Monokote Fireproofing Jobs- 100 Pine |
| 55 | 01/01/71 | Projected and Potential MK Sales -1971 |
| 56 | 02/02/71 | Memo from TF Egan Mono-kote Promotion Format 1971 |
| 57 | 03/16/71 | Letter from TE Dietrick to R Pearson |
| 58 | 04/01/71 | Letter from WV Culver to G Killion |
| 59 | 05/13/71 | Memo from SJ Lord –Mono-kote product Description |
| 60 | 05/20/71 | Letter from RE Getz to R DeVriese |
| 61 | 07/27/71 | Notes from JE Taylor to Bob, Kaiser Hospital |
| 62 | 10/01/71 | Advertisement – Zonolite Fireproofing Monokote |

| 63 | 10/19/71 | Memo to RGC from Zonolite Construction Products Division – Pacific Insurance Bldg. |
| 64 | 01/01/72 | Sweets Architectural Catalog |
| 65 | 01/01/72 | Advertisement – Zonolite Monokote |
| 66 | 02/23/72 | Memo from TP Feit to CR Lowe – EPA Hearing |
| 67 | 03/20/72 | Memo from CHW to RK Burnham – California Bill |
| 68 | 05/26/72 | Letter from BR Williams, TPFeit to D. Slaughter |
| 69 | 05/30/72 | Report |
| 70 | 06/01/72 | Memo from TP Feit to BR Williams |
| 71 | 06/08/72 | Memo from TP Feit to BR Williams |
| 72 | 06/12/72 | Notes –The Particle Atlas |
| 73 | 06/20/72 | Memo from TP Feit to WJ Bourke |
| 74 | 11/28/72 | Memo from CH Wendel, AW Dambros To BR Williams |
| 75 | 12/19/72 | Memo from TP Feit to RM Vining, EPA |
| 76 | 01/01/73 | Sweets Architectural Catalog |
| 77 | 02/08/73 | Letter from WV Culver to J Rogers People's National Bank |
| 78 | 03/01/73 | Chart – 2MK Job site list – 100 Pine |
| 79 | 09/01/73 | Advertisement from Grace – Fire Protection |
| 80 | 01/01/74 | Sweets Architectural Catalog |
| 81 | 06/02/76 | Memo from OM Favorito to BR Williams |
| 82 | 02/15/78 | Memo from ES Wood to JW Wolter |
| 83 | 09/25/78 | Letter from RA Merther to Dartmouth College |

| 84 | 09/27/76 | Letter form RH Locke to W Warren |
| 85 | 03/09/77 | Letter from RA Merther to G Coblin |
| 86 | 09/29/78 | Memo from RA Merther to JC Hortenstine |
| 87 | 10/27/78 | Letter from RA Merther to JM Magill |
| 88 | 11/08/78 | Report from TP Feit, Public Hearing |
| 89 | 12/04/78 | Letter from RA Merther to Boston Air Route Traffic Control Center |
| 90 | 03/23/79 | Letter from RA Merther to J Hardwick |
| 91 | 04/18/79 | Letter form RA Merther to J Frazer |
| 92 | 08/10/79 | Letter from H Heintz to J Dell |
| 93 | 05/06/80 | Memo from MW Read to SA Magnacca |
| 94 | 11/26/80 | Memo from RH Locke to OM Favorito – NIOSH Meeting |
| 95 | 03/04/82 | Letter from TP Feit to J Robbins |
| 96 | 06/07/82 | Letter from RC Ericson to L Mickey |
| 97 | 03/17/83 | Letter from RT Frohlich to H Milliken |
| 98 | 04/20/83 | Memo from RC Walsh to Zonolite Sales Organization |
| 99 | 07/11/83 | Letter from RT Frohlich to J Miller |
| 100 | 04/20/83 | Letter from RC Walsh to Zonolite Sales Organization |
| 101 | 07/06/83 | Memo from RM Vining to Distribution List ICG Operating Guide XII |
| 102 | 12/09/83 | Memo from JB Parker to RK Burnham |
| 103 | 12/21/83 | Memo from TE Hamilton to HC Duecker |
| 104 | 05/16/84 | Safe Building Alliance Minutes |

| | | |
|---|---|---|
| 105 | 05/30/84 | Safe Building Alliance Minutes |
| 106 | 09/19/84 | Safe Building Alliance Executive Committee Meeting Minutes |
| 107 | 10/17/84 | Safe Building Alliance Executive Committee Meeting Minutes |
| 108 | 10/29/84 | Memo from RC Walsh to RM Vining |
| 109 | 10/31/84 | Safe Building Alliance Executive Committee Meeting Minutes |
| 110 | 11/14/84 | Safe Building Alliance Executive Committee Meeting Minutes |
| 111 | 12/12/84 | Safe Building Alliance Executive Committee Meeting Minutes |
| 112 | 03/19/85 | Memo from HL Warren; USG, Task Force Meeting |
| 113 | 04/09/85 | Letter from RC Walsh to E Flordyce |
| 114 | 04/16/85 | Memo from Washington, JS Bush to Duffy Governmental Affairs Activities and Plans |
| 115 | 06/26/85 | Memo from Carolyn Tieger to John Welch, Exhibit 19 of the Tieger Deposition |
| 116 | 06/26/85 | Safe Building Alliance Executive Committee Meeting Minutes |
| 117 | 07/10/85 | Letter from John Welch to Dear School School Board President, Exhibit 24 of Tieger deposition |
| 118 | 09/04/85 | Responses of WR Grace to Plaintiffs Interrogatories; City of Greenville v. W.R. Grace & Co. |
| 119 | 09/11/85 | Safe Building Alliance Executive Committee Meeting Minutes |
| 120 | 01/06/86 | Safe Building Alliance Executive Committee Meeting Minutes |
| 121 | 02/04/86 | Letter from JS Hamilton to E Llorca |

| 122 | 02/07/86 | Agenda from RJ Bettachi to VM Bakeman |
| 123 | 03/27/86 | Letter from Candace Greene to Gail Miller, Exhibit 21 to the Tieger Deposition |
| 124 | 04/07/86 | Memo from JS Hamilton to RD Dratnol |
| 125 | 04/11/86 | Memo from RJ Bettachi to VM Bakeman |
| 126 | 05/14/86 | Letter from BD  Pollock to C Wright, Eng & Wright |
| 127 | 08/12/86 | Letter and attachments from John Welch to Dear School Board. Exhibit 20 of the Tieger Deposition |
| 128 | 08/20/86 | Letter from G Lester; RM Vining to Robert McAlpine |
| 129 | 09/08/86 | Letter from WV Culver to Boise Cascade |
| 130 | 09/10/86 | Safe Building Alliance, Executive Committee Meeting Minutes |
| 131 | 12/05/86 | Report from RCW, BLD; JPG Budget Review |
| 132 | 12/19/86 | Memo from G Lester to Asbestos Enquiry File |
| 133 | 10/12/87 | Wall Street Journal article, "Scary Asbestos" |
| 134 | 11/13/87 | Safe Building Alliance v. EPA, Motion for Expedited Briefing and Oral Argument |
| 135 | 01/06/88 | Safe Building Alliance, Executive Committee Meeting Minutes |
| 136 | 01/22/88 | Certificate as to parties, rulings and related Cases |
| 137 | 01/27/88 | Letter from PL Zavon to TM Lawlor |
| 138 | 03/25/88 | Letter from Carolyn Tieger and Ms Eppsteiner to John Welch, Exhibit 29 of the Tieger Deposition |

| 139 | 05/18/88 | Memo and attachments from John Welch to Mailing list, Exhibit 16 of the Tieger Deposition. |
| 140 | 06/08/88 | Memo from Carolyn Tieger and Ms Eppsteiner to John Welch, Exhibit 30 of the Tieger Deposition |
| 141 | 07/22/88 | Memo and attachments from John Biechman to Mailing list, Exhibit 18 of the Tieger Deposition |
| 142 | 08/31/88 | Memo from Carolyn Tieger and Ms Eppsteiner to John Welch, Exhibit 31 of the Tieger Deposition |
| 143 | 10/06/88 | Letter from Edward Pacchio to Ms Eppsteiner |
| 144 | 10/07/88 | Memo from Beichman to the SBA Mailing List attaching media analysis, Exhibit 32 of the Tieger Deposition |
| 145 | 08/21/89 | Safe Building Alliance, Executive Committee Meeting Minutes |

The following exhibits relate to Pacific Freeholds/100 Pine:

| 146 | 1988-1997 | Tolling Agreements between W.R.Grace & Pacific Freeholds |
| 147 | 04/24/92 | MVA, Inc. Report – Pacific Pacific Freeholds/100 Pine Claim No. 10930 |
| 148 | 08/01/94 | Tolling Agreement letter from Alan Runyan to W.R.Grace. |
| 149 | 08/01/94 | Letter & Tolling Agreement from Alan Runyan to W.R. Grace |
| 150 | 12/14/06 | MAS- William E. Longo Report – Pacific Freeholds/100 Pine. Claim No. 10930 |

The following exhibits relate to Regents of the University of California:

| 151. | 03/14/03 | Expert report of Dr. William Longo with Claim No. 9848. |
| 152. | 03/14/03 | Expert report of Dr. William Longo Claim No. 9850. |
| 153. | 03/14/03 | Expert report of Dr. William Longo Claim No. 9909 |
| 154. | 03/14/03 | Expert report of Dr. William Longo Claim No. 9910 |
| 155. | 03/14/03 | Expert report of Dr. William Longo Claim No. 9895 |
| 156. | 03/14/03 | Expert report of Dr. William Longo Claim No. 9896 |
| 157. | 03/14/03 | Expert report of Dr. William Longo Claim No. 9897 |
| 158. | 03/14/03 | Expert report of Dr. William Longo Claim No. 9878 |
| 159. | 03/13/03 | Expert report of Dr. William Longo Claim No. 9879 |
| 160. | 03/13/03 | Expert report of Dr. William Longo Claim No. 9880 |
| 161. | 03/11/03 | Expert report of Dr. William Longo Claim No. 9847 |
| 162. | 03/11/03 | Expert report of Dr. William Longo Claim No. 9846 |
| 163. | 03/11/03 | Expert report of Dr. William Longo Claim No. 9845 |
| 164. | 03/11/03 | Expert report of Dr. William Longo Claim No. 9844 |
| 165. | 03/11/03 | Expert report of Dr. William Longo Claim No. 9892 |

| | | |
|---|---|---|
| 166. | 03/11/03 | Expert report of Dr. William Longo Claim No. 9891 (East Wing) |
| 167. | 03/11/03 | Expert report of Dr. William Longo Claim No. 9891 (North Wing) |
| 168. | 03/11/03 | Expert report of Dr. William Longo Claim No. 9890 |
| 169. | 03/13/03 | Expert report of Dr. William Longo Claim No. 9869 |
| 170. | 03/13/03 | Expert report of Dr. William Longo Claim No. 9858 |
| 171. | 03/13/03 | Expert report of Dr. William Longo Claim No. 9859 |
| 172. | 03/13/03 | Expert report of Dr. William Longo Claim No. 9860 |
| 173. | 03/13/03 | Expert report of Dr. William Longo Claim No. 9851 |
| 174. | 03/13/03 | Expert report of Dr. William Longo Claim No. 9852 |
| 175. | 03/13/03 | Expert report of Dr. William Longo Claim No. 9853 |
| 176. | 03/13/03 | Expert report of Dr. William Longo Claim No. 9854 |
| 177. | 03/13/03 | Expert report of Dr. William Longo Claim No. 9855 |
| 178. | 03/13/03 | Expert report of Dr. William Longo Claim No. 9856 |
| 179. | 03/13/03 | Expert report of Dr. William Longo Claim No. 9882 |
| 180. | 03/13/03 | Expert report of Dr. William Longo Claim No. 9883 |
| 181. | 03/13/03 | Expert report of Dr. William Longo Claim No. 9885 |

| | | |
|---|---|---|
| 182. | 03/13/03 | Expert report of Dr. William Longo Claim No. 9884 |
| 183. | 03/13/03 | Expert report of Dr. William Longo Claim No. 9887 |
| 184. | 03/13/03 | Expert report of Dr. William Longo Claim No. 9886 |
| 185. | 03/13/03 | Expert report of Dr. William Longo Claim No. 9840 |
| 186. | 03/13/03 | Expert report of Dr. William Longo Claim No. 9841 |
| 187. | 03/13/03 | Expert report of Dr. William Longo Claim No. 9893 |
| 188. | 03/11/03 | Expert report of Dr. William Longo Claim No. 9862 |
| 189. | 03/11/03 | Expert report of Dr. William Longo Claim No. 9863 |
| 190. | 03/11/03 | Expert report of Dr. William Longo Claim No. 9865 |
| 191. | 03/13/03 | Expert report of Dr. William Longo Claim No. 9866 |
| 192. | 03/13/03 | Expert report of Dr. William Longo Claim No. 9867 |
| 193. | 03/11/03 | Expert report of Dr. William Longo Claim No. 9870 |
| 194. | 03/11/03 | Expert report of Dr. William Longo Claim No. 9871 |
| 195. | 03/28/03 | Expert report of Dr. William Longo Claim No. 9871 |
| 196. | 03/11/03 | Expert report of Dr. William Longo Claim No. 9872 |
| 197. | 03/11/03 | Expert report of Dr. William Longo Claim No. 9873 |

| | | |
|---|---|---|
| 198. | 03/11/03 | Expert report of Dr. William Longo<br>Claim No. 9874 |
| 199. | 03/13/03 | Expert report of Dr. William Longo<br>Claim No. 9875 |
| 200. | 03/11/03 | Expert report of Dr. William Longo<br>Claim No. 9876 |
| 201. | 03/13/03 | Expert report of Dr. William Longo<br>Claim No. 9877 |

The following exhibits relate to California State University System:

| | | |
|---|---|---|
| 202. | 09/17/04 | Expert report of Dr. William Longo<br>Claim No. 10597 |
| 203. | 09/17/04 | Expert report of Dr. William Longo<br>Claim No. 10621 |
| 204. | 01/07/04 | Expert report of Dr. William Longo<br>Claim No. 9888 |
| 205. | 09/17/04 | Expert report of Dr. William Longo<br>Claim No. 10319 |
| 206. | 09/17/04 | Expert report of Dr. William Longo<br>Claim No. 10303 |
| 207. | 01/07/04 | Expert report of Dr. William Longo<br>Claim No. 10053 |
| 208. | 01/07/04 | Expert report of Dr. William Longo<br>Claim No. 10019 |
| 209. | 01/07/04 | Expert report of Dr. William Longo<br>Claim No. 10020 |
| 210. | 01/07/04 | Expert report of Dr. William Longo<br>Claim No. 10058 |
| 211. | 03/22/04 | Expert report of Dr. William Longo<br>Claim No. 11962 |
| 212. | 03/22/04 | Expert report of Dr. William Longo<br>Claim No. 11957 |

| | | |
|---|---|---|
| 213. | 01/07/04 | Expert report of Dr. William Longo<br>Claim No. 10237 |
| 214. | 01/07/04 | Expert report of Dr. William Longo<br>Claim No. 12616 |
| 215. | 03/22/04 | Expert report of Dr. William Longo<br>Claim No. 10018 |
| 216. | 03/22/04 | Expert report of Dr. William Longo<br>Claim No. 10078 |
| 217. | 03/22/04 | Expert report of Dr. William Longo<br>Claim No. 9988 |
| 218. | 03/22/04 | Expert report of Dr. William Longo<br>Claim No. 9970 |
| 219. | 09/17/04 | Expert report of Dr. William Longo<br>Claim No. 9928 |
| 220. | 10/28/03 | Expert report of Dr. William Longo<br>Claim No. 9925 |
| 221. | 10/28/03 | Expert report of Dr. William Longo<br>Claim No. 10230 |
| 222. | 10/28/03 | Expert report of Dr. William Longo<br>Claim No. 10208 |
| 223. | 10/23/03 | Expert report of Dr. William Longo<br>Claim No. 9993 |
| 224. | 03/22/04 | Expert report of Dr. William Longo<br>Claim No. 10160 |
| 225. | 03/22/04 | Expert report of Dr. William Longo<br>Claim No. 11918 |
| 226. | 03/22/04 | Expert report of Dr. William Longo<br>Claim No. 11735 |
| 227. | 03/22/04 | Expert report of Dr. William Longo<br>Claim No. 11819 |
| 228. | 03/22/04 | Expert report of Dr. William Longo<br>Claim No. 11817 |

| | | |
|---|---|---|
| 229. | 03/22/04 | Expert report of Dr. William Longo<br>Claim No. 11802 |
| 230. | 03/22/04 | Expert report of Dr. William Longo<br>Claim No. 11800 |
| 231. | 03/22/04 | Expert report of Dr. William Longo<br>Claim No. 11745 |
| 232. | 03/22/04 | Expert report of Dr. William Longo<br>Claim No. 11876 |
| 233. | 03/22/04 | Expert report of Dr. William Longo<br>Claim No. 11866 |

The following exhibits relate to Anderson Memorial Hospital ("Anderson"):

| | | |
|---|---|---|
| 234. | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12368 |
| 235. | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12534 |
| 236. | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12396 |
| 237. | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12430 |
| 238. | 02/17/03 | Expert report for Dr. Donald Pinchin<br>Claim No. 12536 |
| 239. | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12423 |
| 240. | 03/13/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12533 |
| 241. | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12422 |
| 242. | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12310 |

| | | |
|---|---|---|
| 243. | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12421 |
| 244. | 03/21/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12489 |
| 245. | 02/17/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12490 |
| 246. | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12427 |
| 247. | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12311 |
| 248. | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 11323 |
| 249. | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12308 |
| 250. | 03/28/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12346 |
| 251. | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 11682 |
| 252. | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12329 |
| 253. | 03/25/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12443 |
| 254. | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12303 |
| 255. | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12316 |
| 256. | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12307 |
| 257. | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12317 |
| 258. | 03/25/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12440 |

| | | |
|---|---|---|
| 259. | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12304 |
| 260. | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12305 |
| 261. | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 11620 |
| 262. | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12313 |
| 263. | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12309 |
| 264. | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12395 |
| 265. | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 11322 |
| 266. | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12312 |
| 267. | 02/17/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12491 |
| 268. | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12322 |
| 269. | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 11684 |
| 270. | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12314 |
| 271. | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 11681 |
| 272. | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 11678 |
| 273. | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 11680 |
| 274. | 02/17/03 | Expert report of Dr. Donald Pinchin<br>Claim No. 12493 |

| 275. | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 11683 |
| 276. | 03/25/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12293 |
| 277. | 03/25/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12331 |
| 278. | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 13950 |
| 279. | 03/25/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12348 |
| 280. | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12526 |
| 281. | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12527 |
| 282. | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12528 |
| 283. | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12530 |
| 284. | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12531 |
| 285. | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12532 |
| 286. | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12525 |
| 287. | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 11618 |
| 288. | 03/21/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12400 |
| 289. | 03/21/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12401 |
| 290. | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12306 |

| | | |
|---|---|---|
| 291. | 03/10/06 | Expert Report of Dr. William Longo<br>Claim No. 12476 |
| 292. | 03/10/06 | Expert Report of Dr. William Longo<br>Claim No. 12501 |
| 293. | 03/10/06 | Expert Report of Dr. William Longo<br>Claim No. 11627 |
| 294. | 03/10/06 | Expert Report of Dr. William Longo<br>Claim No. 12394 |
| 295. | 03/22/06 | Expert Report of Dr. William Longo<br>Claim No. 11632 |
| 296. | 03/10/06 | Expert Report of Dr. William Longo<br>Claim No. 12546 |
| 297. | 03/10/06 | Expert Report of Dr. William Longo<br>Claim No. 12557 |
| 298. | 03/10/06 | Expert Report of Dr. William Longo<br>Claim No. 12439 |
| 299. | 03/10/06 | Expert Report of Dr. William Longo<br>Claim No. 12591 |
| 300. | 03/22/06 | Expert Report of Dr. William Longo<br>Claim No. 12377 |
| 301. | 03/28/06 | Expert Report of Dr. William Longo<br>Claim No. 12576 |
| 302. | 03/22/06 | Expert Report of Dr. William Longo<br>Claim No. 12590 |
| 303. | 03/22/06 | Expert Report of Dr. William Longo<br>Claim No. 12548 |
| 304. | 03/22/06 | Expert Report of Dr. William Longo<br>Claim No. 12438 |
| 305. | 03/22/06 | Expert Report of Dr. William Longo<br>Claim No. 12388 |
| 306. | 03/22/06 | Expert Report of Dr. William Longo<br>Claim No. 12541 |

| 307. | 03/28/06 | Expert Report of Dr. William Longo<br>Claim No. 12554 |
| 308. | 03/22/06 | Expert Report of Dr. William Longo<br>Claim No. 12549 |
| 309. | 03/22/06 | Expert Report of Dr. William Longo<br>Claim No. 12542 |
| 310. | 03/22/06 | Expert Report of Dr. William Longo<br>Claim No. 12457 |
| 311. | 03/22/06 | Expert Report of Dr. William Longo<br>Claim No. 12503 |
| 312. | 03/22/06 | Expert Report of Dr. William Longo<br>Claim No. 12498 |
| 313. | 03/22/06 | Expert Report of Dr. William Longo<br>Claim No. 12442 |
| 314. | 03/28/06 | Expert Report of Dr. William Longo<br>Claim No. 12412 |
| 315. | 03/28/06 | Expert Report of Dr. William Longo<br>Claim No. 12537 |
| 316. | 03/28/06 | Expert Report of Dr. William Longo<br>Claim No. 12454 |
| 317. | 03/28/06 | Expert Report of Dr. William Longo<br>Claim No. 12570 |
| 318. | 03/22/06 | Expert Report of Dr. William Longo<br>Claim No. 12496 |
| 319. | 03/28/06 | Expert Report of Dr. William Longo<br>Claim No. 14885 |
| 320. | 03/28/06 | Expert Report of Dr. William Longo<br>Claim No. 12410 |
| 321. | 03/28/06 | Expert Report of Dr. William Longo<br>Claim No. 12500 |
| 322. | 06/12/03 | Expert Report of Dr. William Longo<br>Claim No. 9684 |

| 323. | 12/01/03 | Expert Report of Dr. James R. Millette, MVA, Inc.<br>Claim No. 10533 |
|------|----------|----------------------------------------------------------------------|
| 324. | 03/07/03 | Expert Report of Dr. William Longo<br>Claim Nos. 9913 and 9912. |
| 325. | 10/6/97 | Expert Report of Dr. William Longo, Materials Analytical Services, dated October 6, 1997 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim Nos. 9911, 9914, 11008. |
| 326. | 3/3/1972 | Mono-Kote Jobsite List<br>Claim No. 10885 |
| 327. | 12/21/70 | Invoice -- W.R. Grace & Company (Bags Mono-Kote)<br>Claim No. 11128 |
| 328. | 1/27/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote)<br>Claim No. 11128 |
| 329. | 1/28/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote)<br>Claim No. 11128 |
| 330. | 2/2/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote)<br>Claim No. 11128 |
| 331. | 3/1/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote)<br>Claim No. 11128 |
| 332. | 3/2/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote)<br>Claim No. 11128 |
| 333. | 3/7/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote)<br>Claim No. 11128 |

334.    3/7/1972                Invoice -- W.R. Grace & Company (Bags
                                Mono-Kote)
                                Claim No. 11128

335.    3/8/1972                Invoice -- W.R. Grace & Company (Bags
                                Mono-Kote)
                                Claim No. 11128

336.    3/9/1972                Invoice -- W.R. Grace & Company (Bags
                                Mono-Kote)
                                Claim No. 11128

337.    3/10/1972               Invoice -- W.R. Grace & Company (Bags
                                Mono-Kote)
                                Claim No. 11128

338.    3/13/1972               Invoice -- W.R. Grace & Company (Bags
                                Mono-Kote)
                                Claim No. 11128

339.    3/14/1972               Invoice -- W.R. Grace & Company (Bags
                                Mono-Kote)
                                Claim No. 11128

340.    3/15/1972               Invoice -- W.R. Grace & Company (Bags
                                Mono-Kote)
                                Claim No. 11128

341.    3/16/1972               Invoice -- W.R. Grace & Company (Bags
                                Mono-Kote)
                                Claim No. 11128

342.    3/21/1972               Invoice -- W.R. Grace & Company (Bags
                                Mono-Kote)
                                Claim No. 11128

343.    3/22/1972               Invoice -- W.R. Grace & Company (Bags
                                Mono-Kote)
                                Claim No. 11128

344.    3/27/1972               Invoice -- W.R. Grace & Company (Bags
                                Mono-Kote)
                                Claim No. 11128

345.    3/29/1972               Invoice -- W.R. Grace & Company (Bags
                                Mono-Kote)
                                Claim No. 11128

| | | |
|---|---|---|
| 346. | 3/30/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote)<br>Claim No. 11128 |
| 347. | 3/31/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote)<br>Claim No. 11128 |
| 348. | 4/3/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote)<br>Claim No. 11128 |
| 349. | 4/4/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote)<br>Claim No. 11128 |
| 350. | 4/6/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote)<br>Claim No. 11128 |
| 351. | 4/6/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote)<br>Claim No. 11128 |
| 352. | 4/10/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote)<br>Claim No. 11128 |
| 353. | 5/1/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote)<br>Claim No. 11128 |
| 354. | 4/18/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote)<br>Claim No. 11128 |
| 355. | 4/19/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote)<br>Claim No. 11128 |
| 356. | 4/19/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote)<br>Claim No. 11128 |
| 357. | 4/20/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote)<br>Claim No. 11128 |

| 358. | 5/5/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 |
|------|----------|---------------------------------------------------------------|
| 359. | 5/9/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 |
| 360. | 5/10/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 |
| 361. | 5/12/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 |
| 362. | 6/1/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 |
| 363. | 5/31/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 |
| 364. | 6/18/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 |
| 365. | 6/2/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 |
| 366. | 6/13/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 |
| 367. | 6/14/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 |
| 368. | 6/15/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 |
| 369. | 7/3/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 |

| | | |
|---|---|---|
| 370. | 8/3/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 |
| 371. | 8/4/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 |
| 372. | 8/6/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 |
| 373. | 8/9/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 |
| 374. | 8/10/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 |
| 375. | 8/15/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 |
| 376. | 8/25/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 |
| 377. | 8/25/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 |
| 378. | 8/30/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 |
| 379. | 9/13/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 |
| 380. | 9/14/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 |

381.       9/15/1972          Invoice -- W.R. Grace & Company (Bags
                              Mono-Kote)
                              Claim No. 11128

382.       9/19/1972          Invoice -- W.R. Grace & Company (Bags
                              Mono-Kote)
                              Claim No. 11128

383.       9/21/1972          Invoice -- W.R. Grace & Company (Bags
                              Mono-Kote)
                              Claim No. 11128

384.       9/25/1972          Invoice -- W.R. Grace & Company (Bags
                              Mono-Kote)
                              Claim No. 11128

385.       9/26/1972          Invoice -- W.R. Grace & Company (Bags
                              Mono-Kote)
                              Claim No. 11128

386.       9/28/1972          Invoice -- W.R. Grace & Company (Bags
                              Mono-Kote)
                              Claim No. 11128

387.       10/2/1972          Invoice -- W.R. Grace & Company (Bags
                              Mono-Kote)
                              Claim No. 11128

388.       10/2/1972          Invoice -- W.R. Grace & Company (Bags
                              Mono-Kote)
                              Claim No. 11128

389.       10/4/1972          Invoice -- W.R. Grace & Company (Bags
                              Mono-Kote)
                              Claim No. 11128

390.       10/4/1972          Invoice -- W.R. Grace & Company (Bags
                              Mono-Kote)
                              Claim No. 11128

391.       12/5/1972          Invoice -- W.R. Grace & Company (Bags
                              Mono-Kote)
                              Claim No. 11128

392.       10/5/1972          Invoice -- W.R. Grace & Company (Bags
                              Mono-Kote)
                              Claim No. 11128

| | | |
|---|---|---|
| 393. | 10/6/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote)<br>Claim No. 11128 |
| 394. | 10/6/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote)<br>Claim No. 11128 |
| 395. | 10/9/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote)<br>Claim No. 11128 |
| 396. | 10/10/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote)<br>Claim No. 11128 |
| 397. | 10/10/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote)<br>Claim No. 11128 |
| 398. | 10/11/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote)<br>Claim No. 11128 |
| 399. | 10/13/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote)<br>Claim No. 11128 |
| 400. | 10/17/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote)<br>Claim No. 11128 |
| 401. | 10/19/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote)<br>Claim No. 11128 |
| 402. | 10/4/1966 | Mono-Kote Job List<br>Claim No. 10533 |
| 403. | 10/4/1966 | Jobsite Listing<br>Claim No. 10533 |
| 404. | 1971 | 1971 Mono-Kote Jobsite Orders<br>Claim No. 10533 |
| 405. | 3/30/1971 | Monokote Orders Pending<br>Claim No. 10533 |

| 406. | 3/30/1971 | Jobsite Listing<br>Claim No. 10533 |
|------|-----------|-------------------------------------|
| 407. | 12/7/1970 | Invoice -- W.R. Grace & Company (600 bags Mono-kote)<br>Claim No. 10533 |
| 408. | 12/1/2003 | MVA Constituent Analysis Report<br>Claim No. 10533 |
| 409. | 3/3/1972 | Mono-Kote Jobsite List<br>Claim No. 10886 |
| 410. | 9/21/1973 | Invoice showing sale of Monokote for jobsite<br>Claim No. 11262 |
| 411. | 11/17/1967 | Letter re: Use of direct-to-steel fire protection on building<br>Claim No. 10696 |
| 412. | 11/1972 | Mono-Kote Jobsite Listings<br>Claim No. 11018/11227 |
| 413. | 3/3/1972 | Mono-Kote Jobsite Listings<br>Claim No. 11018/11227 |
| 414. | 4/16/1970 | Invoice for Mono-Kote for jobsite<br>Claim No. 11036 |
| 415. | 5/1/1970 | Invoice for Mono-Kote for jobsite<br>Claim No. 11036 |
| 416. | 6/5/1970 | Invoice for Mono-Kote for jobsite<br>Claim No. 11036 |
| 417. | 6/9/1970 | Invoice for Mono-Kote for jobsite<br>Claim No. 11036 |
| 418. | 6/12/1970 | Invoice for Mono-Kote for jobsite<br>Claim No. 11036 |
| 419. | 6/19/1970 | Invoice for Mono-Kote for jobsite<br>Claim No. 11036 |
| 420. | 6/26/1970 | Invoice for Mono-Kote for jobsite<br>Claim No. 11036 |

| | | |
|------|------------|--------------------------------------------|
| 421. | 6/26/1970  | Invoice for Mono-Kote for jobsite<br>Claim No. 11036 |
| 422. | 6/26/1970  | Invoice for Mono-Kote for jobsite<br>Claim No. 11036 |
| 423. | 7/6/1970   | Invoice for Mono-Kote for jobsite<br>Claim No. 11036 |
| 424. | 7/8/1970   | Invoice for Mono-Kote for jobsite<br>Claim No. 11036 |
| 425. | 7/8/1970   | Invoice for Mono-Kote for jobsite<br>Claim No. 11036 |
| 426. | 7/14/1970  | Invoice for Mono-Kote for jobsite<br>Claim No. 11036 |
| 427. | 7/29/1970  | Invoice for Mono-Kote for jobsite<br>Claim No. 11036 |
| 428. | 7/31/1970  | Invoice for Mono-Kote for jobsite<br>Claim No. 11036 |
| 429. | 11/25/1970 | Invoice for Mono-Kote for jobsite<br>Claim No. 11036 |
| 430. | 12/3/1970  | Invoice for Mono-Kote for jobsite<br>Claim No. 11036 |
| 431. | No Date    | Credit for pricing error<br>Claim No. 11036 |
| 432. | 4/7/1972   | Invoice showing sale of Monokote for jobsite<br>Claim No. 10746 |
| 433. | 4/18/1972  | Invoice showing sale of Monokote for jobsite<br>Claim No. 10746 |
| 434. | 6/8/1972   | Invoice showing sale of Monokote for jobsite<br>Claim No. 10746 |

| 435. | 6/29/1972 | Invoice showing sale of Monokote for jobsite<br>Claim No. 10746 |
| 436. | 10/13/1972 | Invoice showing sale of Monokote for jobsite<br>Claim No. 10746 |
| 437. | 4/17/1972 | Invoice showing sale of Monokote for jobsite<br>Claim No. 10746 |
| 438. | 3/30/1972 | Invoice showing sale of Monokote for jobsite<br>Claim No. 10746 |
| 439. | 3/9/1972 | Invoice showing sale of Monokote for jobsite<br>Claim No. 10746 |
| 440. | 3/22/1972 | Shipping Ticket for Monokote to jobsite<br>Claim No. 10746 |
| 441. | 3/2/1972 | Shipping Ticket for Monokote to jobsite<br>Claim No. 10746 |
| 442. | 6/29/1971 | Memo referencing jobsite<br>Claim No. 10746 |
| 443. | 12/3/1971 | Price protection<br>Claim No. 10746 |
| 444. | Undated | W. R. Grace Job list showing jobsite<br>Claim No. 10746 |
| 445. | 9/25/1970 | W. R. Grace Job Listings<br>Claim No. 11066 |
| 446. | 4/27/1972 | Specific Job - Foxridge Office Building, Product Mono-Kote<br>Claim No. 10516 |
| 447. | 10/1971 – 12/1971 | Foxridge Building for Fireproofing with Date & Labor Control Information<br>Claim No. 10516 |
| 448. | 5/16/1973 | W. R. Grace Mono-Kote Jobsite Listings<br>Claim No. 10757 |

| | | |
|---|---|---|
| 449. | 4/16/1970 | Invoice for Mono-Kote for jobsite Claim No. 11037 |
| 450. | 5/1/1970 | Invoice for Mono-Kote for jobsite Claim No. 11037 |
| 451. | 6/5/1970 | Invoice for Mono-Kote for jobsite Claim No. 11037 |
| 452. | 6/9/1970 | Invoice for Mono-Kote for jobsite Claim No. 11037 |
| 453. | 6/12/1970 | Invoice for Mono-Kote for jobsite Claim No. 11037 |
| 454. | 6/19/1970 | Invoice for Mono-Kote for jobsite Claim No. 11037 |
| 455. | 6/26/1970 | Invoice for Mono-Kote for jobsite Claim No. 11037 |
| 456. | 6/26/1970 | Invoice for Mono-Kote for jobsite Claim No. 11037 |
| 457. | 6/26/1970 | Invoice for Mono-Kote for jobsite Claim No. 11037 |
| 458. | 7/6/1970 | Invoice for Mono-Kote for jobsite Claim No. 11037 |
| 459. | 7/8/1970 | Invoice for Mono-Kote for jobsite Claim No. 11037 |
| 460. | 7/8/1970 | Invoice for Mono-Kote for jobsite Claim No. 11037 |
| 461. | 7/14/1970 | Invoice for Mono-Kote for jobsite Claim No. 11037 |
| 462. | 7/29/1970 | Invoice for Mono-Kote for jobsite Claim No. 11037 |
| 463. | 7/31/1970 | Invoice for Mono-Kote for jobsite Claim No. 11037 |
| 464. | 11/25/1970 | Invoice for Mono-Kote for jobsite Claim No. 11037 |

| 465. | 12/3/1970 | Invoice for Mono-Kote for jobsite<br>Claim No. 11037 |
| 466. | No Date | Credit for pricing error<br>Claim No. 11037 |
| 467. | 7/23/1969 | Invoice -- W. R. Grace & Co.<br>Claim No. 11027 |
| 468. | 8/4/1969 | Invoice -- W. R. Grace & Co.<br>Claim No. 11027 |
| 469. | 9/24/1969 | Invoice -- W. R. Grace & Co.<br>Claim No. 11027 |
| 470. | 5/25/1969 | Invoice -- W. R. Grace & Co.<br>Claim No. 11027 |
| 471. | 7/22/1969 | Invoice -- W. R. Grace & Co.<br>Claim No. 11027 |
| 472. | 5/26/1969 | Invoice -- W. R. Grace & Co.<br>Claim No. 11027 |
| 473. | 8/2/1969 | Invoice -- W. R. Grace & Co.<br>Claim No. 11027 |
| 474. | 7/23/1969 | Invoice -- W. R. Grace & Co.<br>Claim No. 11027 |
| 475. | 7/21/1969 | Invoice -- W. R. Grace & Co.<br>Claim No. 11027 |
| 476. | 8/1/1969 | Invoice -- W. R. Grace & Co.<br>Claim No. 11027 |
| 477. | 7/31/1969 | Invoice -- W. R. Grace & Co.<br>Claim No. 11027 |
| 478. | 7/23/1969 | Invoice -- W. R. Grace & Co.<br>Claim No. 11027 |
| 479. | 7/16/1969 | Invoice -- W. R. Grace & Co.<br>Claim No. 11027 |

480.    5/24/1969    Invoice -- W. R. Grace & Co.
                     Claim No. 11027

481.    5/8/1969     Invoice -- W. R. Grace & Co.
                     Claim No. 11027

482.    5/23/1969    Invoice -- W. R. Grace & Co.
                     Claim No. 11027

483.    6/14/1969    Invoice -- W. R. Grace & Co.
                     Claim No. 11027

484.    7/16/1969    Invoice -- W. R. Grace & Co.
                     Claim No. 11027

485.    9/10/1974    List of Jobsites with Locations and
                     Applicator Name
                     Claim No. 10805

486.    2/10/1967    Mono-Kote fire tested at Underwriters'
                     Laboratories
                     Claim No. 11572

487.    2/17/1967    Notarized Copy - Mono-Kote fire tested at
                     Underwriters' Laboratories
                     Claim No. 11572

488.    3/7/1972     Mono-Kote Jobsite List
                     Claim No. 11026

489.    No Date      W. R. Grace Internal Memo mentioning
                     Titusville 3000 bags
                     Claim No. 11106/11144

490.    5/14/1970    Order for Monokote for Titusville Hosp job
                     Claim No. 11106/11144

491.    5/14/1970    Invoice for Monokote for jobsite
                     Claim No. 11106/11144

492.    7/6/1970     Invoice for Monokote for jobsite
                     Claim No. 11106/11144

493.    7/6/1970     Invoice for Monokote for jobsite
                     Claim No. 11106/11144

| 494. | 6/18/1971 | Invoice showing shipment of Monokote to job<br>Claim No. 6901/11236 |
| 495. | 6/19/1971 | Invoice showing shipment of Monokote to job<br>Claim No. 6901/11236 |
| 496. | 6/25/1971 | Invoice showing shipment of Monokote to job<br>Claim No. 6901/11236 |
| 497. | 6/25/1971 | Invoice showing shipment of Monokote to job<br>Claim No. 6901/11236 |
| 498. | 6/25/1971 | Invoice showing shipment of Monokote to job<br>Claim No. 6901/11236 |
| 499. | 7/6/1971 | Invoice showing shipment of Monokote to job<br>Claim No. 6901/11236 |
| 500. | 7/9/1971 | Invoice showing shipment of Monokote to job<br>Claim No. 6901/11236 |
| 501. | 7/12/1971 | Invoice showing shipment of Monokote to job<br>Claim No. 6901/11236 |
| 502. | 7/12/1971 | Invoice showing shipment of Monokote to job<br>Claim No. 6901/11236 |
| 503. | 7/15/1971 | Invoice showing shipment of Monokote to job<br>Claim No. 6901/11236 |
| 504. | 7/20/1971 | Invoice showing shipment of Monokote to job<br>Claim No. 6901/11236 |
| 505. | 6/12/2003 | MAS Constituent Analysis of testing done on subject property (9 pgs.)<br>Claim No. 9684 |

| 506. | 8/4/1972 | Letter re: Mono-Kote Direct-to-Steel Fireproofing for Building<br>Claim No. 10700 |
| 507. | No Date | Mono-Kote Project Report #5Specification Received<br>Claim No. 10700 |
| 508. | 10/4/1966 | Letter re: Monokote Job List<br>Claim No. 11133 |
| 509. | 8/25/1970 | Invoice -- W.R. Grace & Company (600 Bags - Mono-Kote)<br>Claim No. 10998 |
| 510. | 8/25/1970 | Report -- 600 Bags Mono-Kote<br>Claim No. 10998 |
| 511. | 9/5/1970 | Invoice -- W.R. Grace & Company (600 Bags - Mono-Kote)<br>Claim No. 10998 |
| 512. | 9/5/1970 | Report -- 600 Bags Mono-Kote<br>Claim No. 10998 |
| 513. | 3/7/2003 | MAS - Bulk Sample Analysis identifying W.R. Grace the manufacturer of the ACM (11 pgs.)<br>Claim No. 9912 |
| 514. | No Date | W.R. Grace State Jobsites<br>Claim No. 11039 |
| 515. | 3/7/2003 | MAS - Bulk Sample Analysis identifying W.R. Grace the manufacturer of the ACM (11 pgs.)<br>Claim No. 9913 |
| 516. | 2/27/1973 | Invoice -- W.R. Grace & Company (900 bags Mono-Kote)<br>Claim No. 11110 |
| 517. | 2/27/1973 | Bill of Lading -- W.R. Grace & Company (900 bags Mono-Kote)<br>Claim No. 11110 |
| 518. | 10/27/1966 | Memo referencing Monokote jobsite (12 pgs.)<br>Claim No. 11124 |

| | | |
|---|---|---|
| 519. | 10/4/1966 | Letter referencing Monokote jobsite (6 pgs)<br>Claim No. 11124 |
| 520. | No Date | List of WR Grace Jobsites by State<br>Claim No. 10672 |
| 521. | 10/4/1966 | Mono-Kote Job List<br>Claim No. 10534 |
| 522. | 10/4/1966 | Distribution List<br>Claim No. 10534 |
| 523. | 10/4/1966 | Mono-Kote Jobs<br>Claim No. 10534 |
| 524. | 112/21/1970 | W.R. Grace & Company (350 bags Mono-kote)<br>Claim No. 10534 |
| 525. | 5/20/1971 | W.R. Grace & Company - 200 Bags Monokote<br>Claim No. 10962 |
| 526. | 5/20/1971 | Zonolite Truck<br>Claim No. 10962 |
| 527. | 5/11/1971 | W.R. Grace & Company - 488 Bags Monokote<br>Claim No. 10962 |
| 528. | 5/11/1971 | Zonolite Truck<br>Claim No. 10962 |
| 529. | 6/25/1970 | Invoice -- W.R. Grace & Company<br>Claim No. 11550 |
| 530. | 9/20/1971 | Invoice showing sale of Monokote for jobsite<br>Claim No. 11257 |
| 531. | 12/24/1970 | W. R. Grace Jobsite List<br>Claim No. 11125/11151 |

| 532. | 19611 | Mono-Kote Jobs 1961 Jobsite Lists<br>Claim No. 10523 |
| 533. | 10/4/1966 | Mono-Kote Job Lists<br>Claim No. 10523 |
| 534. | 8/21/1969 | W.R. Grace & Company (Mono-Kote)<br>Claim No. 10995 |
| 535. | 5/12/1972 | Letter : Monokote Installations<br>Claim No. 11226 |
| 536. | 5/12/1972 | Letter re:  Monokote Installations<br>Claim No. 11389 |
| 537. | 10/08/74 | Internal Memo re Monokote in Canada |

The following exhibits relate to Pacific Freeholds/100 Pine:

| 538. | 9/19/85 | Meeting Notes, Exhibit 663 of the Philip Slatin deposition |
| 539. | 9/25/85 | Meeting Notes, Exhibit 664 of the Philip Slatin deposition |
| 540. | 9/12/85 | Quarterly Meeting Agenda and Minutes Exhibit 60 and 61 of the Louise Wilson Deposition |
| 541. | 8/19/85 | Dome Construction letter, Exhibit 681 of the Louise Wilson Deposition |

Claimants intend to use slides, demonstrative charts and/or graphs as demonstrative exhibits and may use unlisted documents in rebuttal evidence. Claimants may also use or refer to during the trial of this case any exhibits contained on Defendants' lists of exhibits.  Claimants intend to use any depositions taken in this litigation and any exhibits used at that deposition.

Claimant reserves the right to use any and all documents or materials produced by any party in response to any discovery in this matter and any exhibit listed by any other party.  Claimant reserves the right to supplement this list.

DATED:  March 26, 2007

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:      (302) 654-0248
Facsimile:      (302) 654-0728
E-mail:          loizides@loizides.com

Thomas J. Brandi
Terence D. Edwards
THE BRANDI LAW FIRM
44 Montgomery Street Suite 1050
San Francisco CA  94104
Telephone:      (415) 989-1800
Facsimile:      (415) 989-1801

C. Alan Runyan (SC Fed. ID No. 3683)
Daniel A. Speights (SC Fed. ID No. 4252)
Marion C. Fairey, Jr. (SC Fed. ID No. 6101)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC  29924
Telephone:      (803) 943-4444
Facsimile:      (803) 943-4599

*Counsel for Certain Asbestos Property Damage Claimants of Speights & Runyan and the Brandi Law Firm*