IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## NOTICE OF DEPOSITION OF ARTHUR M. LANGER, Ph.D.

PLEASE TAKE NOTICE that Speights & Runyan will take the deposition of **ARTHUR M. LANGER, Ph.D.** before an official Court Reporter, or before some other person authorized by law to administer oaths at 10:00 a.m., on Thursday, April 5, 2007, at Reed Smith LLP, 599 Lexington Avenue, New York, New York. The oral deposition will continue from day to day until completed.

The witness is requested to bring with him and produce any and all documents, writings, data and any other information as referred to in the attached list, Exhibit A.

DATED: March 26, 2007

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:         loizides@loizides.com

- and -

Daniel A. Speights (SC Fed. ID No. 4252)
Marion C. Fairey, Jr. (SC Fed. ID No. 6101)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC 29924
Telephone:   (803) 943-4444
Facsimile:    (803) 943-4599

*Counsel for Speights & Runyan Claimants*

070326170417.doc