# EXHIBIT A

## Exhibit A

1. Documents reflecting any communication of any kind and nature between the deponent and W.R. Grace or the Safe Buildings Alliance.

2. Documents reflecting any work funded in whole or in part, directly or indirectly, by W.R. Grace or the Safe Buildings Alliance.

3. Documents relating to any review or attempted review of data relating to asbestos exposure or the incidence of asbestos-related disease in Russia, including, but not limited to, draft reports, notes, underlying data, correspondence, progress memos and time and billing records.