IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., et. al., | ) Case No. 01-01139 (JKF) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Objections Due: To be Determined** |
| | ) **Hearing Date: To be Determined** |
| | ) |

### NOTICE OF FILING OF MOTION FOR EXPEDITED HEARING

TO: Debtor's Counsel, Counsel for the Official Committee of Unsecured Creditors, The United States Trustee and all other parties requiring notice.

Baron & Budd, P.C., LeBlanc & Waddell, LLP and Silber Pearlman, LLP, have filed a motion for expedited hearing for consideration of (i) motion to extend time for filing notice of appeal, and (ii) motion to stay compliance with the order on motion to compel.

Movers pray that the hearing on the Motion for Expedited Hearing be set for the earliest possible date.

At the same time, you must also serve a copy of the response upon movant's attorney:

> Daniel K. Hogan, Esquire
> The Hogan Firm
> 1311 Delaware Avenue
> Wilmington, DE 19806

**HEARING ON THE MOTION WILL BE HELD ON A DATE AND TIME TO BE DETERMINED.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| March 26, 2007 | By:   /s/Daniel K. Hogan |
| | |
| Date | Daniel K. Hogan, Esquire |