**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors | ) | |
| | | Relates to Docket Nos. 14907, 14908, and 14929 |

**ORDER GRANTING MOTION TO EXPEDITE MOTION TO EXTEND TIME FOR FILING NOTICE OF APPEAL AND MOTION TO STAY COMPLIANCE WITH THE ORDER ON MOTION TO COMPEL**

Upon consideration of the Motion of Baron & Budd, P.C., Silber Pearlman, LLP, and LeBlanc & Waddell, LLP for Expedited Consideration of (i) Motion to Extend Time for Filing Notice of Appeal, and (ii) Motion to Stay Compliance with the Order on Motion to Compel, the Court hereby orders as follows:

1. The motion is granted and the hearings for the following motions are hereby set for 9:00 a.m., April 13, 2007, in Pittsburgh, PA:

    (i) Motion to Extend the Time for Filing Their Notice of Appeal with Respect to the Court's Final Order Regarding the Consulting Expert Privilege Pursuant to Fed. R. Bankr. P. 8002(c)(2) [Dkt No. 14907]

    (ii) (ii) Motion to Stay Compliance with the Order on Certain Claimants' Firms' Motion to Compel Claimants to Respond to the W.R. Grace & Co. Asbestos Personal Injury Questionnaire, etc. [Dkt No. 14908]

    (iii) Motion to Compel Compliance with Supplemental Order Regarding Motions to Compel Claimants to Respond to the W.R. Grace & Co. Asbestos Personal Injury Questionnaire [Dkt No. 14929]

2. Responses to each of the above motions shall be filed no later than April 4, 2007.

SO ORDERED this _____ day of _____, 2007.

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge