IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related to Docket No. 14984** |

**CERTIFICATE OF SERVICE**

I, Timothy P. Cairns, hereby certify that on the 26th day of March, 2007, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**Notice Of Agenda Of Matters Scheduled For Hearing On April 2, 2007, At 1:30 P.M. Before The Honorable Judith K. Fitzgerald, At The United States Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware.**

Timothy P. Cairns (Bar No. 4228)

**ALL PARTIES BELOW SERVED VIA FACSIMILE**

| Recipient | Fax No |
|---|---|
| Mark T. Hurford, Esquire, Marla Rosoff Eskin, Esquire, Matthew G. Zaleski, III, Esquire (Counsel for Asbestos Personal Injury Claimants) | 302-426-9947 |
| William H. Sudell, Jr., Esquire, Eric D. Schwartz, Esquire, Donna L. Culver, Esquire (Counsel for National Medical Care, Inc. and The Scotts Company) | 302-658-3989 |
| Mark D. Collins, Esquire (Counsel for The Chase Manhattan Bank) | 302-658-6548 |
| Jeffrey C. Wisler, Esquire, Michelle McMahon, Esquire, Marc J. Phillips, Esquire (Counsel for Maryland Casualty Company) | 302-658-0380 |
| Francis A. Monaco, Jr., Esquire (Counsel for Ingersoll-Rand Fluid Products, State of Montana and Keri Evans and Her Majesty the Queen in Right of Canada) | 302-656-2769 |
| Michael B. Joseph, Esquire, Theodore J. Tacconelli, Esquire (Counsel for Property Damage Claimants) | 302-575-1714 |
| Mark S. Chehi, Esquire (Counsel for Sealed Air Corporation) | 302-651-3001 |
| James Kapp, III, Esquire (Counsel to Debtor) | 312-660-0624 |
| Warren H. Smith, Esquire (Fee Auditor) | 214-722-0081 |
| Steven M. Yoder, Esquire. (Local Counsel to DIP Lender) | 302-658-6395 |
| David Klauder, Esquire (United States Trustee) | 302-573-6497 |
| Derrick Tay, Esquire (Canadian counsel for Debtor) | 416-216-3930 |
| Mark Shelnitz (W. R. Grace & Co.) | 410-531-4545 |
| William Sparks, Esquire (Counsel to W. R. Grace & Co.) | 302-652-5338 |
| Elihu Inselbuch, Esquire, Rita Tobin, Esquire (Official Committee of Personal Injury Claimants) | 212-644-6755 |
| Lewis Kruger, Esquire (Official Committee of Unsecured Creditors) | 212-806-6006 |

| Recipient | Fax No |
|---|---|
| Scott L. Baena, Esquire<br>(Official Committee of Property Damage Claimants) | 305-374-7593 |
| Philip Bentley, Esquire<br>(Counsel for Equity Committee) | 212-715-8000 |
| J. Douglas Bacon, Esquire<br>(Counsel to DIP Lender) | 312-993-9767 |
| Nancy Worth Davis, Esquire<br>(Counsel to Asbestos Claimants) | 843-216-9410 |
| Joseph Grey, Esquire | 610-371-7390 |
| Michael R. Lastowski, Esquire<br>(Counsel to Official Committee of Unsecured Creditors) | 302-657-4901 |
| Mary M. Maloney-Huss, Esquire<br>(Counsel for General Electric Company) | 302-777-5863 |
| Selinda A. Melnik, Esquire<br>(Counsel for Gamma Holding NV) | 302-652-8405 |
| Laurie Selber Silverstein, Esquire<br>(Counsel for Norfolk Southern Corp.) | 302-658-1192 |
| Curtis Crowther, Esquire<br>(Counsel for Century Indemnity Company) | 302-654-0245 |
| David Blechman, Blackstone Group<br>(Financial Advisor to Debtor) | 212-583-5707 |
| John D. Demmy, Esquire<br>(Counsel for First Union Leasing) | 610-371-7390 |
| Thomas G. Whalen, Esquire<br>(Counsel for Mark Hankin and HanMar Associates) | 610-371-7390 |
| William D. Sullivan, Esquire<br>(Counsel for Zonolite Attic Litigation Plaintiffs, Medical Monitoring Claimants and Solow) | 302-428-3996 |
| Francis J. Murphy, Esquire, John S. Spadaro, Esquire, Chase T. Brockstedt, Esquire<br>(Counsel for Certain Underwriters of Lloyd's of London) | 302-472-8135 |
| William S. Katchen, Esquire, | 973-424-2001 |
| Allison E. Reardon, Esquire<br>(Counsel for the Delaware Division of Revenue) | 302-577-8656 |
| Robert J. Dehney, Esquire, Michael G. Busenkell, Esquire<br>(Counsel for Travelers Casualty and Surety Company) | 302-658-3989 |

| Recipient | Fax No |
|---|---|
| Teresa K.D. Currier, Esquire<br>(Equity Committee Counsel) | 302-428-8195 |
| Rachel B. Mersky, Esquire<br>(Counsel for Union Tank Car Company) | 302-656-2769 |
| Megan N. Harper, Esquire<br>(Counsel for Royal Insurance) | 302-429-8600 |
| Peter Van N. Lockwood, Esquire, Albert G. Lauber, Esquire, Nathan D. Finch, Esquire, Max C. Heerman, Esquire (Counsel for Asbestos Personal Injury Claimants) | 202-429-3301 |
| Darrell W. Scott, Esquire<br>(Special Counsel for ZAI Claimants) | 509-747-2323 |
| James J. Restivo, Jr., Esquire, Lawrence E. Flatley, Esquire, Douglas E. Cameron, Esquire, James W. Bentz, Esquire, Andrew Muha, Esquire<br>(Special Counsel to the Debtors for ZAI) | 412-288-3063 |
| Edward J. Westbrook, Esquire, Robert M. Turkewitz, Esquire<br>(Counsel for ZAI Claimants and Solow) | 843-216-6509 |
| John C. Phillips, Jr., Esquire<br>(Counsel to David T. Austern as Future Claimants' Representative) | 302-655-4210 |
| Roger Frankel, Esquire, Richard H. Wyron, Esquire, Matthew W. Cheney, Esquire<br>(Counsel to David T. Austern as Future Claimants' Representative) | 202-339-8500 |
| James S. Yoder, Esquire<br>(Counsel for Allstate Insurance Company, Solely as Successor-in-Interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company) | 302-467-4554 |
| Brian L. Kasprzak, Esquire<br>(Counsel to Everest Reinsurance Company f/k/a Prudential Reinsurance Company and Mt. McKinley Insurance Company f/k/a Gibraltar Insurance Company) | 302-658-6537 |
| Brian A. Sullivan, Esquire, Amy D. Brown, Esquire<br>(Counsel for Peters, Smith & Company) | 302-652-1111 |
| Ellen W. Slights, Esquire<br>(United States Attorney) | 302-573-6220 |

| Recipient | Fax No |
|---|---|
| Sander L. Esserman, Esquire, Van J. Hooker, Esquire, David A. Klingler, Esquire, David J. Parsons, Esquire (Counsel for Various Firms Representing Asbestos Claimants, Reaud, Morgan & Quinn, Inc and Environmental Litigation Group, P.C.) | 214-969-4999 |
| Daniel K. Hogan, Esquire (Counsel for Various Firms Representing Asbestos Claimants) | 302-656-7599 |
| Carl N. Kunz, III, Esquire, Thomas M. Horan, Esquire (Counsel for Cartus Corporation) | 302-571-1750 |
| Kevin O'Connell, Esquire (Counsel for Claimant, Walter D. Pelett) | 503-227-3870 |
| Edward B. Rosenthal, Esquire (Counsel for Continental Casualty Co.) | 302-658-7567 |
| Daniel M. Glosband, Esquire, Brian H. Mukherjee, Esquire (Counsel for Continental Casualty Co.) | 617-523-1231 |
| Elizabeth DeCristofaro, Esquire (Counsel for Continental Casualty Co.) | 212-344-4294 |
| Ian Connor Bifferato, Esquire, Garvan F. McDaniel, Esquire (Counsel for Royal Indemnity Co.) | 302-429-8600 |
| Carl J. Pernicone, Esquire (Counsel for Royal Indemnity Co.) | 212-490-3038 |
| Adam G. Landis, Esquire, Kerri K. Mumford, Esquire (Counsel for the Libby Claimants) | 302-467-4450 |
| Daniel C. Cohn, Esquire, Christopher M. Candon, Esquire, Nathan R. Soucy, Esquire (Counsel for the Libby Claimants) | 617-951-0679 |