# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: W.R. GRACE & CO., et al., | ) ) ) ) ) ) ) ) | Chapter 11<br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |
| Debtors. | | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Leslie C. Heilman, a member of the bar of this Court, pursuant to District Court Local Rules 83.5, hereby moves the admission *pro hac vice* of Christina J. Kang of the law firm of Hahn & Hessen LLP, 488 Madison Avenue, New York, New York 10022 to represent property damage claimant State of California, Department of General Services, in the above-captioned proceeding. The Admittee is admitted, practicing and in good standing in the State of New York.

Dated: March 27, 2007

BALLARD SPAHR ANDREWS & INGERSOLL, LLP

/s/ Leslie C. Heilman
Leslie C. Heilman, Esq. (No. 4716)
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801
Telephone:  302-252-4465
Facsimile:   302-252-4466
E-Mail:      heilmanl@ballardspahr.com

Co-Counsel for Claimant
State of California, Dep't of General Services