## CERTIFICATION

The Admittee certifies that she is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the state of New York, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of or in the preparation of, this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid the Clerk of Court for District Court.

Dated: March 26, 2007

By: _____
Christina J. Kang, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, New York 10022
Telephone: 212-478-7200
Facsimile: 212-478-7400
E-Mail: ckang@hahnhessen.com

## ORDER

Motion granted.

**BY THE COURT:**

Dated:_____

_____
Judith K. Fitzgerald
United States Bankruptcy Court Judge