## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| In re: W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Leslie C. Heilman, a member of the bar of this Court, pursuant to District Court Local

Rules 83.5, hereby moves the admission *pro hac vice* of Steven J. Mandelsberg of the law firm

of Hahn & Hessen LLP, 488 Madison Avenue, New York, New York 10022 to represent

property damage claimant State of California, Department of General Services, in the above-

captioned proceeding.  The Admittee is admitted, practicing and in good standing in the State of

New York.

Dated: March 27, 2007

BALLARD SPAHR ANDREWS & INGERSOLL, LLP

/s/Leslie C. Heilman
Leslie C. Heilman, Esq. (No. 4716)
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801
Telephone:    302-252-4465
Facsimile:    302-252-4466
E-Mail:    heilmanl@ballardspahr.com

Co-Counsel for Claimant
State of California, Dep't of General Services