# Exhibit A

## W.R. Grace - 22nd Interim (July - September, 2006)
## Fee and Expense Chart
### Exhibit A

| ANDERSON KILL | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13664 | $84,800.00 | $596.91 | | |
| Total: | $84,800.00 | $596.91 | | |

| BAKER DONELSON | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #14381 | $90,000.00 | $7,848.55 | | |
| Total: | $90,000.00 | $7,848.55 | | |

| BANKRUPTCY MANAGEMENT CORPORATION | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #14168 | $174,070.88 | $70,042.29 | | |
| Total: | $174,070.88 | $70,042.29 | | |

| BEVERIDGE & DIAMOND | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #14169 | $26,108.75 | $433.35 | | |
| Total: | $26,108.75 | $433.35 | | |

| BILZIN SUMBERG DUNN BAENA PRICE & AXELROD | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13936 | $682,802.25 | $504,408.80 | | |
| Total: | $682,802.25 | $504,408.80 | | |

| BLACKSTONE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13867 | $275,000.00 | $7,455.76 | | |
| Total: | $275,000.00 | $7,455.76 | | |

| BUCHANAN INGERSOLL ||||| 
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13740 || $68,440.00 | $8,271.48 | | |
| Total: || $68,440.00 | $8,271.48 | | |

| CAMPBELL AND LEVINE ||||| 
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13663 || $140,576.00 | $13,000.72 | | |
| Total: || $140,576.00 | $13,000.72 | | |

| CAPLIN AND DRYSDALE ||||| 
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13685 || $501,495.75 | $87,606.43 | | |
| Total: || $501,495.75 | $87,606.43 | | |

| CAPSTONE CORPORATE RECOVERY ||||| 
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13855 || $288,706.50 | $1,698.54 | | |
| Total: || $288,706.50 | $1,698.54 | | |

| CASNER & EDWARDS LLP ||||| 
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13779 || $86,097.00 | $42,569.66 | | |
| Total: || $86,097.00 | $42,569.66 | | |

| CIBC[1] ||||| 
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #14141 || $1,835,000.00 | $22,573.14 | | |
| Total: || $1,835,000.00 | $22,573.14 | | |

---

[1] This represents the final fee and expense totals filed by CIBC over the entire period of the firm's participation in the case.

| CONWAY DEL GENIO | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13673 | $25,000.00 | $1,050.92 | | |
| Total: | $25,000.00 | $1,050.92 | | |

| DAVID T. AUSTERN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13986 | $7,050.00 | $222.48 | | |
| Total: | $7,050.00 | $222.48 | | |

| DIES | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #14364 | $194,130.00 | $110,990.13 | | |
| Total: | $194,130.00 | $110,990.13 | | |

| DUANE MORRIS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13853 | $89,965.00 | $2,032.77 | | |
| Total: | $89,965.00 | $2,032.77 | | |

| FERRY & JOSEPH, P.A. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13649 | $60,260.00 | $6,143.79 | | |
| Total: | $60,260.00 | $6,143.79 | | |

| FOLEY HOAG | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13776 | $15,997.00 | $146.13 | | |
| Total: | $15,997.00 | $146.13 | | |

| GOODWIN PROCTER | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #14440 | $4,364.50 | $69.96 | | |
| Total: | $4,364.50 | $69.96 | | |

| HAMILTON, RABINOVITZ & ALSCHULER, Inc. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13935 | | $49,320.00 | $190.11 | | |
| Total: | | $49,320.00 | $190.11 | | |

| HOLME ROBERTS AND OWEN LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #14832 | | $9,986.50 | $2,825.24 | | |
| Total: | | $9,986.50 | $2,825.24 | | |

| KIRKLAND & ELLIS | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13674 | | $5,992,881.00 | $987,943.71 | | |
| Total: | | $5,992,881.00 | $987,943.71 | | |

| KRAMER LEVIN NAFTALIS & FRANKEL | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13723 | | $147,269.00 | $4,500.72 | | |
| Total: | | $147,269.00 | $4,500.72 | | |

| LATHAM & WATKINS | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #14800 | | $49,194.50 | $46.58 | | |
| Total: | | $49,194.50 | $46.58 | | |

| LEGAL ANALYSIS | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13665 | | $412,232.50 | $0.00 | | |
| Total: | | $412,232.50 | $0.00 | | |

| NELSON MULLINS RILEY and SCARBOROUGH, LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13777 | | $2,377.00 | $38.10 | | |
| Total: | | $2,377.00 | $38.10 | | |

| ORRICK | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13686 | $558,019.75 | $25,651.67 | | |
| Total: | $558,019.75 | $25,651.67 | | |

| PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #14048 | $115,148.50 | $107,184.36 | | |
| Total: | $115,148.50 | $107,184.36 | | |

| PHILLIPS GOLDMAN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13611 | $30,594.00 | $1,597.70 | | |
| Total: | $30,594.00 | $1,597.70 | | |

| PIPER JAFFREY | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13687 | $300,000.00 | $3,000.26 | | |
| Total: | $300,000.00 | $3,000.26 | | |

| PITNEY, HARDIN, KIPP AND SZUCH LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13535 | $67,405.00 | $12,724.76 | | |
| Total: | $67,405.00 | $12,724.76 | | |

| PRICEWATERHOUSE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #14666 | $439,844.65 | $10,913.87 | | |
| Total: | $439,844.65 | $10,913.87 | | |

| PROTIVITI | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13510 | $77,290.00 | $13,304.36 | | |
| Total: | $77,290.00 | $13,304.36 | | |

| REED SMITH LLP | | | | |
|---|---|---|---|---|

| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|
| #13661 | $963,313.00 | $30,971.64 | | |
| Total: | $963,313.00 | $30,971.64 | | |

| RPWB | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #14812 | $12,312.50 | 0.00 | | |
| Total: | $12,312.50 | 0.00 | | |

| SCOTT LAW GROUP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #14091 | $18,939.00 | 0.00 | | |
| Total: | $18,939.00 | 0.00 | | |

| WARREN H. SMITH & ASSOCIATES | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #14731 | $59,310.00 | $734.02 | | |
| Total: | $59,310.00 | $734.02 | | |

| STEPTOE & JOHNSON LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #14857 | $67,444.50 | $169.89 | | |
| Total: | $67,444.50 | $169.89 | | |

| STROOCK & STROOCK & LAVAN LLP[2] | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13835 | $380,213.50 | $224,518.72 | | |
| Total: | $380,213.50 | $224,518.72 | | |

| SULLIVAN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #14793 | $2,340.00 | $0.00 | | |

---

[2] Stroock expense total includes $219,776.61 for fees and costs of Navigant Consulting.

| Total: | | $2,340.00 | $0.00 | | |
|---|---|---|---|---|---|

| L. TERSIGNI CONSULTING, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #13662 | | $219,173.50 | $759.25 | | |
| Total: | | $219,173.50 | $759.25 | | |

| TOWERS PERRIN | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #14036 | | $136,782.50 | $632.60 | | |
| Total: | | $136,782.50 | $632.60 | | |

| WOODCOCK & WASHBURN | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #14115 | | $49,739.00 | $512.85 | | |
| Total: | | $49,739.00 | $512.85 | | |