THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: April 6, 2007 at 5:00 p.m.**
**Hearing Date: April 13, 2007 at 9:00 a.m.**
**Re: Docket No. 14929**

## AMENDED NOTICE OF DEBTORS' MOTION TO COMPEL COMPLIANCE WITH SUPPLEMENTAL ORDER REGARDING MOTIONS TO COMPEL CLAIMANTS TO RESPOND TO THE W.R. GRACE ASBESTOS PERSONAL INJURY QUESTIONNAIRE

TO:    Parties on the attached service list.

The above-captioned debtors and debtors in possession (collectively, the

"Debtors") filed the Debtors' Motion to Compel Compliance with Supplemental Order

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Regarding Motions to Compel Claimants to Respond to the W.R. Grace Asbestos Personal

Injury Questionnaire (the "Motion") with the United States Bankruptcy Court for the District of

Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy

of the Motion was previously served on you.

        Objections or other responses to the relief requested in the Motion, if any, must be

in writing and be filed with the Bankruptcy Court no later than 5:00 p.m. (prevailing Eastern

time) on **April 6, 2007**.

        At the same time, you must also serve a copy of the objections or responses, if

any, upon the following co-counsel for the Debtors, Janet Baer, Kirkland & Ellis LLP, 200 East

Randolph Drive, Chicago, Illinois 60601, Barbara Harding, Kirkland & Ellis LLP, 655 Fifteenth

Street, NW, Washington, D.C. 20005 and James E. O'Neill, Pachulski Stang Ziehl Young Jones

& Weintraub LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-

8705 (Courier 19801).

        IF NO OBJECTIONS ARE TIMELY FILED AND SERVED IN

ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE

RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

        IN THE EVENT THAT ANY OBJECTION OR RESPONSE IS FILED AND

SERVED IN ACCORDANCE WITH THIS NOTICE, A HEARING ON THE MOTION WILL

BE HELD BEFORE THE HONORABLE JUDITH K. FITZGERALD AT THE

BANKRUPTCY COURT, 5414 U.S. STEEL BUILDING, 600 GRANT STREET,

PITTSBURGH, PENNSYLVANIA 15219 ON **APRIL 13, 2007 AT 9:00 A.M.** PREVAILING

EASTERN TIME.

Dated:  March 27, 2007                    PACHULSKI STANG ZIEHL YOUNG JONES
                                          & WEINTRAUB LLP


                                          _____
                                          Laura Davis Jones (Bar No. 2436)
                                          James E. O'Neill (Bar No. 4042)
                                          Timothy P. Cairns (Bar No. 4228)
                                          919 North Market Street, 17th Floor
                                          P.O. Box 8705
                                          Wilmington, DE  19899-8705 (Courier 19801)
                                          Telephone:  (302) 652-4100
                                          Facsimile:  (302) 652-4400

                                              and

                                          KIRKLAND & ELLIS LLP
                                          David M. Bernick
                                          Janet S. Baer
                                          200 East Randolph Drive
                                          Chicago, IL 60601
                                          Telephone:  (312) 861-2000
                                          Facsimile:  (312) 861-2200

                                          KIRKLAND & ELLIS LLP
                                          Barbara Harding
                                          David E. Mendelson
                                          Brian T. Stansbury
                                          Amanda C. Basta
                                          655 Fifteenth Street, NW
                                          Washington, D.C. 20005
                                          Telephone:  (202) 879-5000
                                          Facsimile:  (202) 879-5200

                                          Co-Counsel for the Debtors and Debtors in
                                          Possession