UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
                                                           :  Chapter 11
In re                                                      :
                                                           :  Delaware Bankruptcy
W.R. GRACE et al.,                                         :  Case No. 01-01139 (JKF)
                                                           :
         Debtors.                                          :  Jointly Administered
                                                           :
                                                           :  Objection Deadline: April 13, 2007
---------------------------------------------------------- x  Hearing Date: May 2, 2007 at 2:00 pm

**MOTION TO MODIFY ORDER ALLOWING RETENTION OF
LEXECON LLC AS ASBESTOS CLAIMS CONSULTANT TO
THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS**

The Official Committee of Equity Security Holders (the **"Equity Committee"**) of the above-captioned debtors and debtors in possession (the **"Debtors"**), by and through their undersigned attorneys, respectfully move the court to modify its Order dated February 14, 2005, which authorized the Equity Committee to employ Lexecon LLC ("**Lexecon**") as asbestos claims consultants to the Equity Committee pursuant to sections 1103(a) and 328(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the **"Bankruptcy Code"**), and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the **"Bankruptcy Rules"**). As set forth below, the circumstances of the case have advanced to the point where it is necessary to lift budgetary restrictions previously placed on Lexecon, so that the Equity Committee will have a full and fair opportunity to participate in the estimation of asbestos personal injury liabilities to protect the interests of shareholders.

**BACKGROUND**

On November 5, 2004, the Equity Committee filed an application to employ Lexecon to assist the Equity Committee in addressing the asbestos personal injury claims

KL2 2496572.3

estimation process in these cases.  Following objections by the Official Committee of Asbestos Personal Injury Claimants (the "**PI Committee**") and the Official Committee of Asbestos Property Damage Claimants (the "**PD Committee**"), the Court entered an Order dated February 14, 2005 (Dkt. #7769), which approved the retention of Lexecon by the Equity Committee.  Attached to the Order was a budget, which provided that, beginning in January 2005, Lexecon's fees would be capped at cumulative amount of $10,000 per month, with any portion unused in a particular month rolling over to be used in subsequent months.  However, the Order expressly permitted the Equity Committee to seek an increase in the amounts budgeted for Lexecon in the event of changed circumstances.  As explained more fully below, the asbestos personal injury claims estimation process has now progressed to the point where the restrictions on Lexecon's budget hinder the ability of the Equity Committee to participate and protect the interests of shareholders.

**ARGUMENT**

In late 2004, at the time the Equity Committee originally sought to retain Lexecon as asbestos claims consultant, the Debtor was on the cusp of filing a plan of reorganization.  The Equity Committee believed that it should retain its own asbestos valuation expert so that it would be in a position to conduct its own evaluation of the plan of reorganization, including any proposed settlement encompassed by the plan, and to participate in settlement negotiations and the plan confirmation process.  At the time the Equity Committee filed its application, it was still believed that a consensual plan could and would be filed.  As the Court is well aware, however, a consensual plan proved elusive, and shortly thereafter a plan was filed that was supported by the Debtors, the Unsecured Creditors' Committee and the Equity Committee, but not by the PI Committee or the PD Committee.  In connection with the plan, the Debtors introduced the concept of the Asbestos Personal Injury Questionnaire, and, after a prolonged series of court

-2-

hearings on the topic, a contested estimation process was commenced. Ultimately, the Court entered a Personal Injury Case Management Order (as subsequently modified, the "**CMO**"), which set forth a process and schedule for parties to participate in the estimation of asbestos personal injury claims.

Pursuant to the CMO, the Equity Committee has identified Lexecon as its asbestos estimation consulting firm and expects to submit an expert report from Dr. James Heckman, a Nobel prize winner and extraordinarily qualified expert affiliated with Lexecon, on the schedule set forth in the modified CMO. The Equity Committee expects that Dr. Heckman subsequently will be deposed and will testify at the contested hearing on asbestos estimation, currently scheduled to occur in September. The Equity Committee has worked closely with the Debtors and the Unsecured Creditors' Committee to coordinate their respective experts and avoid unnecessary duplication. We have come to the conclusion that Dr. Heckman has invaluable insight to offer in this process that is complementary to, and is not duplicative of, the work of other testifying experts. We understand that the Debtors concur in this view.

As the Court is aware, throughout this case the Equity Committee has worked conscientiously to contain expenses and avoid unnecessary and duplicative actions. We have deferred to the Debtors to take the lead in contesting the asbestos estimation issues and have largely constrained ourselves to a monitoring role in that process. That restraint may be seen in the fact that the Equity Committee, unlike every other committee, has not yet sought the retention of a financial advisor. When the case progresses to the point where a contested valuation seems likely, the Equity Committee will very likely seek a financial advisor. Until that point, however, the Equity Committee has been mindful not to spend the estate's money for

financial advice. Similarly, the fees of lead counsel to the Equity Committee have been a fraction of those for the other committees.

As of March 2007, under the terms of the Order approving Lexecon, the cumulative monthly fee amount for Lexecon is $260,000. During that period, Lexecon has performed services resulting in fees of approximately $60,000, so there is at present a substantial fee cushion. However, the Lexecon fee limits originally contemplated only a monitoring role in a consensual plan, not full participation in the contested asbestos personal injury claims estimation. The costs for analyzing the PI Questionnaire data, preparing Dr. Heckman's expert reports, and for Dr. Heckman to give deposition and trial testimony will almost certainly exceed the accumulated fee cushion. In light of the circumstances, it would be inequitable to limit fees to the Equity Committee's experts while fully funding the fees for the experts for the PI and PD Committees, who seek to establish an estimation value that expunges the equity interests in the Debtor. To assure that the Equity Committee has a full and fair opportunity to protect the interests of shareholders, it is essential that it not be placed in a situation where its experts cannot participate because there are insufficient funds to pay them.

**WHEREFORE**, the Equity Committee respectfully requests that the Court issue an Order, substantially in the form attached hereto as Exhibit A, modifying the retention of Lexecon as asbestos consultants such that the fee cap is removed, and granting such further and other relief as this Court deems just and proper.

-5-

Dated: Wilmington, Delaware
March 28, 2007

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

By: /s/Teresa K.D. Currier
    Teresa K. D. Currier (ID No. 3080)
    1000 West Street, Suite 1410
    Wilmington, DE 19801
    Phone: (302) 552-4200
    Fax: (302) 552-4295

- and -

KRAMER LEVIN NAFTALIS & FRANKEL LLP
    Philip Bentley
    Gary M. Becker
    1177 Avenue of the Americas
    New York, New York 10036
    Telephone: (212) 715-9100
    Facsimile: (212) 715-8000

Attorneys for the Official Committee of
Equity Security Holders