## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE et al., | Case No. 01-01139 (JKF) |
| Debtors. | **Objection Deadline: April 13, 2007 at 4:00 p.m.**<br>**Hearing Date: May 2, 2007 at 2:00 p.m.** |

## NOTICE OF MOTION AND HEARING

TO:    Counsel and Co-Counsel for the Debtors
        The Office of the United States Trustee
        Counsel for the Official Committee of Unsecured Creditors
        Counsel for the Official Committee of Asbestos Property Damage Claimants
        Counsel for the Official Committee of Personal Injury Claimants
        The Future Claimants' Representative
        The Fee Auditor
        Each Party That has Entered its Appearance in These Cases Pursuant to Bankruptcy Rule
           2002

     PLEASE TAKE NOTICE that on March 28, 2007, the Official Committee of Equity Security Holders of the above captioned Debtors by and through its undersigned counsel, filed a **Motion to Modify OrderAllowing Retention of Lexecon LLC as Asbestos Claims Consultant to the Official Committee of Equity Security Holders** (the "Motion").

     PLEASE TAKE FURTHER NOTICE that a hearing to consider the Motion is scheduled for **May 2, 2007 at 2:00 p.m. (EST).**

     You are required to respond by filing a response, if any, to the Motion prior to **April 13, 2007 at 4:00 p.m. (EST).**

     At the same time, you must serve a copy of the response upon the Official Committee of Equity Security Holders counsel:

| | |
|---|---|
| Teresa K. D. Currier | Philip Bentley |
| *Buchanan Ingersoll & Rooney PC* | Gary Becker |
| The Brandywine Building | Kramer Levin Naftalis & Frankel LLP |
| 1000 West Street, Suite 1410 | 1177 Avenue of the Americas |
| Wilmington, DE 19801 | New York, New York 10036 |
| Telephone: (302) 552-4200 | Telephone: (212) 715-9100 |
| Facsimile: (302) 552-4295 | Facsimile: (212) 715-8000 |

54749
**KL2 2497267.1**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Date: March 28, 2007

**BUCHANAN INGERSOLL & ROONEY PC**

By: /s/Teresa K.D. Currier
    Teresa K. D. Currier (ID No. 3080)
    1000 West Street, Suite 1410
    Wilmington, DE  19801
    Phone:  (302) 552-4200
    Fax:  (302) 552-4295

- and -

KRAMER LEVIN NAFTALIS & FRANKEL LLP
    Philip Bentley
    Gary M. Becker
    1177 Avenue of the Americas
    New York, New York  10036
    Telephone:  (212) 715-9100
    Facsimile:  (212) 715-8000

Attorneys for the Official Committee of Equity Security Holders