**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

FILED
2007 MAR 27 AM 10: 29
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: W.R. GRACE & CO., et al.,

Debtors.

)
)  Chapter 11
)  Case No. 01-01139 (JKF)
)
)  Response Date: April 10, 2007
)  Hearing Date: TBD
)  Re: Docket Nos. 9315, 13406 and 14916
)

## JOINDER OF CLAIMANT STATE OF CALIFORNIA, DEPARTMENT OF GENERAL SERVICES TO THE MOTION IN LIMINE OF THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS TO STRIKE AND EXCLUDE DEBTORS' EXPERT AND EXPERT REPORT REGARDING CONSTRUCTIVE NOTICE FOR PROPERTY DAMAGE CLAIMS

Claimant State of California, Department of General Services (the "Claimant"), by and through its undersigned counsel, hereby joins in the March 20, 2007 Motion in Limine of the Official Committee of Asbestos Property Damage Claimants to Strike and Exclude Debtors' Expert and Expert Report Regarding Constructive Notice for Property Damage Claims (the "Committee's Motion in Limine"). For the reasons set forth in the Committee's Motion in Limine, Claimant respectfully requests the Court to grant the Committee Motion in Limine in its entirety.

Dated: New York, New York
       March 23, 2007

HAHN & HESSEN LLP
Counsel for Claimant State of California,
Department of General Services

By: _____
    Steven J. Mandelsberg
    Christina J. Kang

488 Madison Avenue
New York, New York 10022
(212) 478-7200

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: W.R. GRACE & CO., et al., <br><br> Debtors. | ) Chapter 11 <br> ) Case No. 01-01139 (JKF) <br> ) (Jointly Administered) <br> ) <br> ) <br> ) |

FILED
2007 MAR 27 AM 10: 29
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Christina J. Kang, certify that on March 26, 2007, I caused copies of *Joinder of Claimant State of California, Department of General Services to the Motion in Limine of the Official Committee of Asbestos Property Damage Claimants to Strike and Exclude Debtors' Expert and Expert Report Regarding Constructive Notice for Property Damage Claims* to be served by First Class Mail on parties on the attached service list.

Christina J. Kang

## SERVICE LIST

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Michael R. Lastowski, Esq.
Richard W. Riley, Esq.
Duane, Morris & Heckscher LLP
1110 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Marla Eskin, Esq.
Mark T. Hurford
Campbell & Levine
800 North King Street, Suite 300
Wilmington, DE 19801

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Teresa K.D. Currier
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

James Restivo, Esq.
Douglas Cameron, Esq.
Traci S. Rea, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

Lewis Kruger, Esq.
Kenneth Pasquale, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Mark D. Collins, Esq.
Deborah E. Spivack, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

David Klauder, Esq.
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

David Bernick, P.C.
Janet Baer, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601-6636

Mark Shelniz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Elihu Inselbuch, Esq.
Rita Tobin, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

Scott L. Baena, Esq.
Bilzin Sumberg Dunn Baena
Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131

Peter Van N. Lockwood, Esq.
Julie W. Davis, Esq.
Trevor W. Swett, III, Esq.
Nathan D. Finch, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

J. Douglas Bacon, Esq.
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

John C. Phillips, Jr., Esq.
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Avrum J. Rosen, Esq.
38 New Street
Huntington, NY 11743

Fred H. Sutherland, Esq.
Beard & Sutherland
400 Travis Street, Suite 1610
Shreveport, LA 71101-5564

Martin Dies, Esq.
Dies & Hile LLP
1601 Rio Grande, Suite 330
Austin, TX 78701

Kenneth F. Sills, Esq.
Hammonds & Sills Quad
1111 S. Foster Drive, Suite C
Baton Rouge, LA 70806

Philip Bentley, Esq.
Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

William S. Katchen, Esq.
Duane Morris LLP
744 Broad Street
Suite 1200
Newark, NJ 07102-3889

Roger Frankel
Richard H. Wyron
Matthew W. Cheney
Orrick Herrington & Sutcliffe LLP
3050 K Street, NW
Washington, DC 20007

P. Brosnahan, Esq.
Pillsbury Winthrop LLP
P.O. Box 7880
San Francisco, CA 94120-7880

Robert C. McCall, Esq.
Baggett McCall & Burgess
3006 Country Club Road
Lake Charles, LA 70605

William L. Adams, Esq.
County of Sonoma, Office of County Counsel
575 Administration Drive, Room 105a
Santa Rosa, CA 95403

Jack A. Grant, Esq.
Grant & Barrow
238 Huey P Long Avenue
Gretna, LA 70054

Steven E. Crick, Esq.
Humphrey Farrington & McClain
221 W. Lexington, Suite 400
Independence, MO 64051

Joseph Digiuseppe, Esq.
Law Department, City of Philadephia
One Parkway
1515 Arch Street, 15th Floor
Philadelphia, PA  19102

Anne McGinness Kearse, Esq.
James M. Hughes, Esq.
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC  29464

John Michael Belferman
21600 Beallsville Road
Barnesville, MD  20838

Woodbury Place Apartments LTD
3942 Pleasure Hill
San Antonio, TX  78229

Kenneth D. Smith
1711 Milton Manor Drive
El Cajon, CA  92021

Clifford M. Spingler
1233 NW 199th Place
Shoreline, WA  98177

Fanette L. Stewart
621 East 40th Avenue
Spokane, WA  99203

Dale M. Johnson
4974 N. Fresno Street, Suite 526
Fresno, CA  93726

D. Alexander Barnes, Esq.
Obermayer Rebmann Maxwell & Hippel, LLP
1617 John F. Kennedy Blvd.
One Penn Center, 19th Floor
Philadelphia, PA  19103-1895

Joseph Schwartz, Esq.
Riker Danzig Scherer Hyland & PC
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ  07962

Tom Lewis, Esq.
Lewis & Slovak PC
725 3rd Avenue North
Great Falls, MT  59403

William R. Wittenberg
6110 Panorama Drive NE
Tacoma, WA  98422

Jamie Guevara Shartzer
24172 Zorro Court
Hayward, CA  94541

Ronald Alan Skarie
7623 W Ryan Road
Franklin, WI  53132

First Presbyterian Church
516 12th Street
Dawson, MN  56232

Virginia L. Thrasher
3460 Pheasant Court
Decatur, GA  30034

Allegheny Center Associates
One and Two Allegheny Center
Pittsburgh, PA  15212

Steven Davis, Esq.
Obermayer Rebmann Maxwell & Hippel, LLP
3 Mill Road, Suite 306A
Wilmington, DE  19806

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook & Brickman LLC
1037 Chuck Dawley Blvd., Bldg. A
Mount Pleasant, SC  29464

Richard L. Stoper, Esq.
Rotatori Bender Gragel Stoper & Alexander Co LPA
800 Leader Bldg.
526 Superior Avenue E
Cleveland, OH  44114-1498

Daniel A. Speights, Esq.
Speights & Runyan
200 Jackson Avenue East
Hampton, SC  29924

Christopher D. Loizides, Esq.
Loizides, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801

Lyle Schutte
First Presbyterian Church
516 12th Street
P.O. Box 425
Dawson, MN  56232

Mr. Alfred V. Williams
3942 Pleasure Hill
San Antonio, TX  78229

Fanette L. Stewart
621 East 40th Avenue
Spokane, WA  99203

Scott L. Baena, Esq.
Jay Sakalo, Esq.
Bilzin Sumberg Dunn Baena Price & Axelrod
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL  33131

Laurie S. Polleck, Esq.
Jaspan Schlesinger Hoffman LLP
913 N. Market Street, 12th Floor
Wilmington, DE  19801

Thomas J. Brandi, Esq.
Terence D. Edwards, Esq.
The Brandi Law Firm
44 Montgomery Street, Suite 1050
San Francisco, CA  94104

Ronald Skarie
7623 W. Ryan Road
Franklin, WI  53132