United States Bankruptcy Court

District of Delaware
---------------------------------------------------------------

In re:

**W.R. GRACE & CO and W.R. Grace & Co., et al.**

                     Chapter 11
                     Case No. 01-01139

             Debtor
---------------------------------------------------------------

### NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

  PLEASE TAKE NOTICE that the transfer of claim from **Pumps & Processing Equipment, Inc.** to Argo Partners in the amount of **$7,411.46** is hereby withdrawn by Argo Partners.

                     Dated: March 31, 2006

                     /s/ Scott Krochek
                     Scott Krochek
                     Argo Partners
                     (212) 643-5443