REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | | |
|---|---|---|
| W.R Grace & Co. | Invoice Number | 1517707 |
| One Town Center Road | Invoice Date | 03/27/07 |
| Boca Raton, FL  33486 | Client Number | 172573 |

==============================================================================

Re: W. R. Grace & Co.

(60026)   Litigation and Litigation Consulting

| | |
|---|---|
| Fees | 77,915.50 |
| Expenses | 0.00 |
| TOTAL BALANCE DUE UPON RECEIPT | $77,915.50 |

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                             Tax ID# 25-0749630
```

```
   W.R Grace & Co.                        Invoice Number      1517707
   One Town Center Road                   Invoice Date       03/27/07
   Boca Raton, FL    33486                Client Number        172573
                                          Matter Number         60026
```

==========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2007

| Date | Name | | Hours |
|------|------|--|-------|
| 02/01/07 | Ament | Review docket per J. Restivo request, download transcript of 1/23/07 omnibus hearing and provide to J. Restivo. | .20 |
| 02/01/07 | Cameron | Review expert materials for personal injury claims estimation. | .90 |
| 02/01/07 | Klapper | Prepare for meeting with expert regarding rebuttal reports. | 3.60 |
| 02/01/07 | Schoenecker | Review prior testimony of expert plaintiff's witness and draft cross examination questions. | .70 |
| 02/02/07 | Klapper | Meet with consultants regarding rebuttal reports. | 7.00 |
| 02/02/07 | Schoenecker | Review prior testimony of expert plaintiff's witness and draft cross examination questions. | 5.70 |
| 02/04/07 | Ash | Review and edit expert memorandum in preparation for drafting deposition outline. | 4.50 |
| 02/04/07 | Schoenecker | Review prior testimony of expert plaintiff's witness and draft cross examination questions. | 6.10 |
| 02/05/07 | Borkovic | Revise outline summary of materials used in preparation of cross-examination of Castleman. | 2.50 |

172573 W. R. Grace & Co.                          Invoice Number  1517707
60026  Litigation and Litigation Consulting        Page   2
       March 27, 2007

| Date | Name | | Hours |
| -------- | ----------- | --- | ----- |
| 02/05/07 | Herbst | Office conference with J. Ash re editing and finalizing expert witness preparation materials (0.2); office conference with law clerk re same (0.5); edit expert witness preparation memorandum (3.4). | 4.10 |
| 02/05/07 | Klapper | Review select PI estimation expert reports for discussion with B. Harding. | 1.50 |
| 02/05/07 | Lord | Research and update 2002 service list. | .20 |
| 02/05/07 | Sanner | Email correspondence with A. Klapper re draft. | .50 |
| 02/05/07 | Schoenecker | Review prior testimony of expert plaintiff's witness and draft cross examination questions. | 10.20 |
| 02/06/07 | Ash | Review and edit expert deposition cross-examination memorandum. | 2.50 |
| 02/06/07 | Herbst | Continue to edit and finalize plaintiff's expert memorandum. | 7.60 |
| 02/06/07 | Klapper | Begin review of additional defense expert reports for use in developing deposition and cross questions. | 2.20 |
| 02/06/07 | Schoenecker | Review prior testimony of expert plaintiff's witness and draft cross examination questions. | 9.50 |
| 02/07/07 | Ash | Meetings with D. Herbst and J. Schoenecker regarding expert deposition memorandum and outline (.7); organize materials for expert deposition memorandum and outline (.8). | 1.50 |
| 02/07/07 | Klapper | Begin review and edit of initial draft of cross-examination outline for PI estimation expert. | 2.70 |
| 02/07/07 | Sanner | Evaluate draft report in light of common exhibits. | 2.50 |

```
172573 W. R. Grace & Co.                    Invoice Number  1517707
60026  Litigation and Litigation Consulting  Page    3
       March 27, 2007
```

| Date | Name | | Hours |
|------|------|--|-------|
| 02/07/07 | Schoenecker | Review prior testimony of expert plaintiff's witness and draft cross examination questions. | 13.10 |
| 02/07/07 | Taylor-Payne | E-mails from and to Mr. Schoenecker requesting materials for Dr. Castleman (0.3); forward requested documents to Mr. Schoenecker (0.1). | .40 |
| 02/08/07 | Klapper | Meet with consultants and Kirkland lawyers regarding rebuttal reports. | 6.20 |
| 02/08/07 | Schoenecker | Review prior testimony of expert plaintiff's witness and draft cross examination questions. | 6.70 |
| 02/09/07 | Klapper | Meet with consultants and Kirkland lawyers regarding rebuttal reports. | 6.00 |
| 02/09/07 | Schoenecker | Review prior testimony of expert plaintiff's witness and draft cross examination questions. | 8.30 |
| 02/09/07 | Taylor-Payne | E-mails from and to Mr. Schoenecker requesting materials for Dr. Castleman (0.3); scan and forward requested Dr. Castleman materials to Mr. Schoenecker (0.1). | .40 |
| 02/12/07 | Klapper | Review expert reports of B. Anderson previously submitted and discuss same with consultant. | 1.70 |
| 02/12/07 | Sanner | Review and analyze new set of common exhibits. | 1.50 |
| 02/13/07 | Klapper | Review recent deposition and master cross outline of PI estimation expert (2.2); review supplemental scientific literature forwarded by consultants (2.7). | 4.90 |
| 02/13/07 | Schoenecker | Collect and consolidate expert witness research materials | 1.50 |
| 02/14/07 | Sanner | Review common exhibits in context of draft report. | 5.40 |

172573  W. R. Grace & Co.                          Invoice Number   1517707
60026   Litigation and Litigation Consulting       Page    4
        March 27, 2007

| Date | Name | | Hours |
| -------- | ----------- | | ----- |
| 02/14/07 | Schoenecker | Collect and consolidate expert witness research materials | .50 |
| 02/15/07 | Cameron | Participate in call with K&E and consultants regarding work in PI estimation (1.10); follow-up with R. Finke (0.20). | 1.30 |
| 02/15/07 | Klapper | Continue review of work product regarding historical Grace facts for use in depositions and for discussion with consultants. | 6.20 |
| 02/16/07 | Ament | Review docket per D. Cameron request, download pleadings and e-mail to D. Cameron. | .30 |
| 02/16/07 | Cameron | Attention to expert witness issues for personal injury estimations. | .80 |
| 02/16/07 | Klapper | Continue review of work product regarding historical Grace facts for use in depositions and for discussion with consultants. | 6.70 |
| 02/16/07 | Sanner | Email correspondence re Lextranet issues (0.3); email correspondence with Ann Salzberg re Castleman issues (0.3); consider state of the art project parameters (0.7). | 1.30 |
| 02/19/07 | Klapper | Continue review of additional historical Grace documents and work product for use in depositions and for discussion with consultants. | 3.30 |
| 02/20/07 | Klapper | Begin review of extensive materials for discussion with expert regarding rebuttal reports. | 6.40 |
| 02/21/07 | Cameron | Telephone call with consultant regarding rebuttal report (0.30); review original report (0.60). | .90 |
| 02/21/07 | Klapper | Finish review of extensive materials for discussion expert regarding rebuttal reports. | 5.50 |

```
172573 W. R. Grace & Co.                    Invoice Number  1517707
60026  Litigation and Litigation Consulting  Page   5
       March 27, 2007
```

| Date | Name | | Hours |
|------|------|---|-------|
| 02/22/07 | Ament | Telephone calls and meetings with J. Restivo and D. Cameron re: 2/26/07 hearing before Judge Fitzgerald. | .40 |
| 02/22/07 | Klapper | Meet with expert regarding rebuttal reports. | 6.00 |
| 02/22/07 | Sanner | Meeting with A. Klapper and experts concerning expert report issues (5.5); prepare for meeting with A. Klapper and experts (1.5). | 7.00 |
| 02/23/07 | Klapper | Continue review of additional documents organized by other outside counsel and identified in historical work product. | 4.50 |
| 02/23/07 | Sanner | Telephone conference with A. Klapper re: state of art project issues and follow-up. | 1.80 |
| 02/26/07 | Klapper | Continue review of historical documents. | 3.30 |
| 02/27/07 | Ament | Coordinate logistics of April hearings for K&E (.50); e-mails and telephone calls re: same (.20). | .70 |
| 02/27/07 | Cameron | Attention to expert issues for PI estimation. | .60 |
| 02/28/07 | Ament | Continue coordinating logistics of April hearing preparation for K&E. | .30 |
| 02/28/07 | Sanner | Work on analysis of exhibits cited in draft expert report. | 3.40 |

```
                                          ------
                             TOTAL HOURS  193.50
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Douglas E. Cameron | 4.50 | at $ | 570.00 | = | 2,565.00 |
| Antony B. Klapper | 77.70 | at $ | 520.00 | = | 40,404.00 |
| Margaret L. Sanner | 23.40 | at $ | 425.00 | = | 9,945.00 |
| Jesse J. Ash | 8.50 | at $ | 380.00 | = | 3,230.00 |
| John L. Schoenecker | 62.30 | at $ | 285.00 | = | 17,755.50 |
| Daniel Z. Herbst | 11.70 | at $ | 265.00 | = | 3,100.50 |
| John B. Lord | 0.20 | at $ | 210.00 | = | 42.00 |

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
        March 27, 2007

Invoice Number  1517707
Page    6

| | | | | |
|---|---|---|---|---|
| Sharon A. Ament | 1.90 | at $ 145.00 = | 275.50 |
| Jennifer L. Taylor-Payne | 0.80 | at $ 185.00 = | 148.00 |
| Anne E. Borkovic | 2.50 | at $ 180.00 = | 450.00 |

CURRENT FEES                              77,915.50

                                          ------------
TOTAL BALANCE DUE UPON RECEIPT            $77,915.50
                                          ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1517709
5400 Broken Sound Blvd., N.W.        Invoice Date        03/27/07
Boca Raton, FL 33487                 Client Number        172573


========================================================================

Re: W. R. Grace & Co.


(60027)  Travel-Nonworking

    Fees                              5,770.50
    Expenses                              0.00

            TOTAL BALANCE DUE UPON RECEIPT        $5,770.50
                                                 ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number      1517709
5400 Broken Sound Blvd., N.W.            Invoice Date      03/27/07
Boca Raton, FL 33487                     Client Number       172573
                                         Matter Number        60027

===========================================================================

Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2007

| Date | Name | | Hours |
|------|------|---|-------|
| 02/06/07 | Flatley | Non-working travel time returning from Philadelphia meeting (one-half time). | 1.50 |
| 02/13/07 | Cameron | Non-working portions of travel for deposition in Tampa (one-half time). | 1.90 |
| 02/20/07 | Flatley | Non-working travel time to and from Philadelphia (one-half time). | 2.00 |
| 02/22/07 | Sanner | Non-working portions of travel from Richmond to Washington and return for meeting with experts (one-half time). | 3.10 |
| 02/23/07 | Engel | Non-working travel time returning to Washington, D.C. from expert depositions in Atlanta (one-half time). | 1.50 |
| 02/28/07 | Cameron | Non-working portion of travel to New York for deposition (one-half time). | 1.00 |

                                              ------
                              TOTAL HOURS      11.00

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Lawrence E. Flatley | 3.50 | at $ | 575.00 | = | 2,012.50 |
| Douglas E. Cameron | 2.90 | at $ | 570.00 | = | 1,653.00 |
| Harold J. Engel | 1.50 | at $ | 525.00 | = | 787.50 |

```
172573  W. R. Grace & Co.                      Invoice Number   1517709
60027   Travel-Nonworking                      Page    2
        March 27, 2007
```

```
Margaret L. Sanner            3.10  at  $  425.00  =    1,317.50

                              CURRENT FEES                         5,770.50


                                                          ------------
                              TOTAL BALANCE DUE UPON RECEIPT    $5,770.50
                                                          ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1517710
5400 Broken Sound Blvd., N.W.            Invoice Date        03/27/07
Boca Raton, FL 33487                     Client Number        172573


===========================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

        Fees                         5,624.00
        Expenses                         0.00

                TOTAL BALANCE DUE UPON RECEIPT        $5,624.00
                                                      ============

```
                         REED SMITH LLP
                         PO Box 360074M
                   Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


   W. R. Grace                         Invoice Number      1517710
   5400 Broken Sound Blvd., N.W.       Invoice Date       03/27/07
   Boca Raton, FL 33487                Client Number        172573
                                       Matter Number         60028


============================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2007

   Date   Name                                             Hours
   ------ -----------                                      -----

   02/02/07 Restivo        Appeal discussions.                .50

   02/17/07 Cameron        Attention to motion for leave to  1.70
                           appeal ZAI ruling.

   02/21/07 Cameron        Telephone call with S. Bianca     1.20
                           regarding reply brief (0.30);
                           review outline regarding same
                           (0.90).

   02/22/07 Cameron        Attention to draft reply to motion 1.10
                           for leave to appeal.

   02/23/07 Cameron        Review draft reply from Sal Bianca.  .60

   02/24/07 Cameron        Review draft sur-reply and prepare 1.40
                           comments.

   02/26/07 Cameron        Review and revise drafts of the    2.20
                           sur-reply to motion for leave to
                           appeal (1.60); multiple e-mails
                           regarding same (0.60).

   02/26/07 Flatley        Review brief and e-mails to/from   1.10
                           D. Cameron re: same (1.0); e-mails
                           regarding article (0.1).

                                                            ------
                                         TOTAL HOURS          9.80


TIME SUMMARY                 Hours        Rate         Value
------------------------     ----------------------    -------
James J. Restivo Jr.         0.50  at  $  635.00  =    317.50
```

```
172573 W. R. Grace & Co.                    Invoice Number  1517710
60028  ZAI Science Trial                    Page    2
       March 27, 2007


   Lawrence E. Flatley          1.10  at  $  575.00  =      632.50
   Douglas E. Cameron           8.20  at  $  570.00  =    4,674.00

                                CURRENT FEES                     5,624.00


                                                           ------------
                                TOTAL BALANCE DUE UPON RECEIPT   $5,624.00
                                                           ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1517711
5400 Broken Sound Blvd., N.W.        Invoice Date        03/27/07
Boca Raton, FL 33487                 Client Number       172573



===========================================================================

Re: W. R. Grace & Co.


(60029)   Fee Applications-Applicant

    Fees                          3,850.50
    Expenses                          0.00

              TOTAL BALANCE DUE UPON RECEIPT        $3,850.50
                                                ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number      1517711
5400 Broken Sound Blvd., N.W.            Invoice Date        03/27/07
Boca Raton, FL 33487                     Client Number        172573
                                         Matter Number         60029

========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2007

| Date | Name | | Hours |
| ------- | ---------- | | ----- |
| 02/01/07 | Ament | Continue work on 23rd quarterly fee application. | .50 |
| 02/02/07 | Ament | E-mails re: 23rd quarterly fee application. | .10 |
| 02/04/07 | Ament | Complete calculating fees and expenses for 23rd quarterly fee application (1.50); continue drafting summary and narrative and e-mail same to A. Muha (.50). | 2.00 |
| 02/05/07 | Ament | Meet with A. Muha re: 23rd quarterly fee application (.10); finalize narrative and summary for 23rd quarterly fee application and e-mail to J. Lord for DE filing (.40); additional e-mails re: same (.10). | .60 |
| 02/05/07 | Lord | Revise and prepare Reed Smith's quarterly fee application for e-filing and service (.5); e-mails with S. Ament re: same (.1). | 1.50 |
| 02/05/07 | Muha | Final review and revisions to 23rd Quarterly fee application. | .40 |
| 02/07/07 | Lord | E-file and perfect service of Reed Smith 23rd quarterly fee application. | .80 |

172573 W. R. Grace & Co.                          Invoice Number  1517711
60029  Fee Applications-Applicant                 Page    2
       March 27, 2007

| Date | Name | | Hours |
|------|------|------|-------|

02/20/07 Muha       Extensive revisions to fee and       3.80
                    expense detail for January 2007
                    monthly fee application, including
                    multiple e-mails seeking
                    clarification and additional
                    description to add to fee and
                    expense detail.

02/22/07 Lord       Research docket and draft CNO to       .40
                    Reed Smith December monthly fee
                    application.

02/23/07 Ament      E-mails with A. Muha re: invoices.     .10

02/23/07 Lord       E-file and perfect service of CNO      .40
                    to Reed Smith December fee
                    application (.3); correspondence
                    to R. Finke re: same (.1).

02/26/07 Muha       Additional revisions to January        .50
                    2007 fee and expense detail,
                    including e-mails re: information
                    on meal expense.

02/27/07 Ament      E-mails and meet with A. Muha re:      .30
                    hearing and deposition expenses.

02/27/07 Lord       E-mails with S. Ament re: Reed         .10
                    Smith January monthly fee
                    application.

02/27/07 Muha       Continue review/revisions to          2.10
                    January 2007 monthly fee
                    application materials and e-mails
                    to S. Ament/S. Greives re:
                    preparation of application.

02/28/07 Ament      Review invoices and begin              .70
                    calculating fees and expenses for
                    Jan. monthly fee application.

02/28/07 Muha       Meeting with S. Ament and e-mails      .50
                    to S. Greives/C. Brinda re:
                    procedures for preparing and
                    filing monthly applications.

                                                        ------
                                     TOTAL HOURS        14.80

```
172573  W. R. Grace & Co.                    Invoice Number   1517711
60029   Fee Applications-Applicant           Page    3
        March 27, 2007
```

```
TIME SUMMARY                 Hours          Rate           Value
------------------------     ---------------------         -------
Andrew J. Muha               7.30  at  $  350.00  =     2,555.00
John B. Lord                 3.20  at  $  210.00  =       672.00
Sharon A. Ament              4.30  at  $  145.00  =       623.50

                             CURRENT FEES                         3,850.50


                                                          ------------
                             TOTAL BALANCE DUE UPON RECEIPT    $3,850.50
                                                          ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                           Invoice Number      1517712
One Town Center Road                      Invoice Date        03/27/07
Boca Raton, FL    33486                    Client Number       172573


===========================================================================

Re: W. R. Grace & Co.


(60030)  Hearings

        Fees                              5,186.50
        Expenses                              0.00

                 TOTAL BALANCE DUE UPON RECEIPT          $5,186.50
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

```
W.R Grace & Co.                          Invoice Number      1517712
One Town Center Road                     Invoice Date        03/27/07
Boca Raton, FL   33486                   Client Number        172573
                                         Matter Number         60030
```

===========================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2007

| Date | Name | | Hours |
|------|------|------|------|
| 02/22/07 | Cameron | Attention to issues for 2/26 omnibus hearing. | .70 |
| 02/25/07 | Cameron | Review materials for 2/26 hearing. | 1.00 |
| 02/26/07 | Cameron | Prepare for (0.40) and participate in omnibus hearing via telephone (2.10); follow-up e-mail and calls regarding scheduling issues (0.60). | 3.10 |
| 02/26/07 | Restivo | Participate by phone in Omnibus Hearing (2.5); telephone calls with R. Finke, D. Cameron (.5); follow-up on hearing issues (.5). | 3.50 |
| 02/27/07 | Cameron | Follow-up from hearing. | .40 |

```
                                                     ------
                                      TOTAL HOURS     8.70
```

| TIME SUMMARY | Hours | Rate | Value |
|------|------|------|------|
| James J. Restivo Jr. | 3.50 at $ 635.00 = | | 2,222.50 |
| Douglas E. Cameron | 5.20 at $ 570.00 = | | 2,964.00 |

```
                   CURRENT FEES                         5,186.50


                                                     ------------
          TOTAL BALANCE DUE UPON RECEIPT               $5,186.50
                                                     ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number        1517713
One Town Center Road                     Invoice Date         03/27/07
Boca Raton, FL    33486                  Client Number         172573


==============================================================================

Re: W. R. Grace & Co.


(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

        Fees                          460,306.50
        Expenses                           0.00
                                  ------------

                        TOTAL BALANCE DUE UPON RECEIPT      $460,306.50
                                                           =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | | |
|---|---|---|
| W.R Grace & Co. | Invoice Number | 1517713 |
| One Town Center Road | Invoice Date | 03/27/07 |
| Boca Raton, FL   33486 | Client Number | 172573 |
| | Matter Number | 60033 |

========================================================================

Re: (60033)   Claim Analysis Objection Resolution & Estimation
              (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2007

| Date | Name | | Hours |
|------|------|---|-------|
| 01/31/07 | Cameron | Meet with J. Restivo regarding product ID issues (0.50); work on deposition scheduling issues with experts (1.10); review claims regarding Canadian statute of limitations matter (1.50); review materials and telephone call with expert regarding production of relative materials (1.20); review R. Lee product ID analysis for motion (1.30). | 5.60 |
| 02/01/07 | Ament | Review LA claims and provide summaries to J. Restivo per request (.30); meet with J. Restivo re: same (.10); continue reviewing and compiling exhibits for motion for summary judgment (.60). | 1.00 |
| 02/01/07 | Aten | Miscellaneous medical expert issues. | 1.50 |
| 02/01/07 | Atkinson | Search databases and e-mail regarding products and correspondence regarding same, per L. Flatley request. | .80 |
| 02/01/07 | Cameron | Attention to production of expert reliance materials (0.90); review and revise letter and e-mails regarding expert discovery (1.20); conference call with expert | 6.80 |

172573 W. R. Grace & Co.                          Invoice Number   1517713
60033  Claim Analysis Objection Resolution &      Page    2
       Estimation (Asbestos)
       March 27, 2007


   Date   Name                                                    Hours
--------  -----------                                             -----

                        witness regarding rebuttal reports
                        (0.60); review draft summaries and
                        outlines regarding summary
                        judgment issues (1.80); meet with
                        J. Restivo regarding various
                        summary judgment issues (0.40);
                        review claimants' discovery
                        requests (0.80); review proposed
                        order regarding pre-trial
                        conference (0.20); review expert
                        witness materials regarding
                        product ID (0.90).

02/01/07 DiChiera       Compile Hammar, Brody and Lemen            3.90
                        material and prepare binders in
                        preparation of depositions (3.5);
                        confer with R. Aten regarding A.
                        Frank confirmation of material
                        (0.4).

02/01/07 Flatley        Working on deposition schedule for         3.90
                        experts (0.5); medical expert
                        issues review and discussions with
                        R. Aten and R. Senftleben (3.0);
                        e-mails and replies on various
                        issues (0.2); e-mails from/to B.
                        Murphy re: document (0.2).

02/01/07 Gatewood       Examine/review submission of              8.20
                        Hughson and communicate with R.
                        Aten concerning same (.70);
                        communicate with M. DiChiera
                        concerning deposition examination
                        materials/exhibits of Dr. Welch
                        (1.0); examine/review experts'
                        reliance materials in preparation
                        for depositions of experts in
                        hazard hearing and outline various
                        issues (6.5).

02/01/07 Muha           Continue review and analysis of          8.10
                        property damage claims forms that
                        are potentially subject to
                        assumption of the risk defense
                        (6.2); meet with J. Restivo to
                        discuss same (0.7); begin research
                        of assumption of the risk law in
                        various jurisdictions (1.2).

172573 W. R. Grace & Co.                              Invoice Number  1517713
60033  Claim Analysis Objection Resolution &         Page    3
       Estimation (Asbestos)
       March 27, 2007

| Date | Name | | Hours |
|------|------|--|-------|
| 02/01/07 | Rea | Work on summary judgment materials. | 5.00 |
| 02/01/07 | Restivo | Work on Summary Judgment motions. | 7.00 |
| 02/01/07 | Rippin | Review and summary of bulk sample files analyzed by RJ Lee. | 7.00 |
| 02/02/07 | Ament | E-mails re: motion for summary judgment exhibits (.10); meet with and provide said exhibits to T. Rea (.20). | .30 |
| 02/02/07 | Cameron | Review of product identification expert materials for depositions (1.90); multiple emails and letters re:  same (.80); attention to limitations periods expert materials (1.60); emails re:  same (.70); review material relating to risk assessment expert (.30); review draft motions for Summary Judgment (1.40); review draft affidavits (.40); review materials relating to claims file (.80). | 7.90 |
| 02/02/07 | DiChiera | Complete preparation of binders of expert material for Brody, Hammar and Lemen (3.5); confirm material that we have for A. Frank and forward same to R. Aten in preparation for depositions (0.6). | 4.10 |
| 02/02/07 | Flatley | E-mails and replies (0.4); preparation for 2/6 Philadelphia meeting with W. Sparks and witness (5.2). | 5.60 |
| 02/02/07 | Gatewood | Examine/review expert reports submitted by claimants and outline of testimony of same in preparation for upcoming expert depositions. | 6.00 |
| 02/02/07 | Muha | Meetings with J. Restivo re: state of law on assumption of risk defense in Texas (1.5); research of legal issues relating to assumption of risk, "purchaser with notice" defenses (6.8). | 8.30 |

172573 W. R. Grace & Co.                          Invoice Number  1517713
60033  Claim Analysis Objection Resolution &      Page   4
       Estimation (Asbestos)
       March 27, 2007


   Date    Name                                              Hours
 -------- -----------                                        -----


02/02/07 Rea            Continue work on summary judgment     7.30
                        materials.

02/02/07 Restivo        Continue work on Summary Judgment     6.50
                        motions.

02/02/07 Rippin         Review and summary of bulk sample     6.50
                        files analyzed by RJ Lee.

02/03/07 Cameron        Review draft motion for Summary       3.10
                        Judgment and comments (.90);
                        review lack of hazard expert
                        reports (1.40); attention to
                        product identification materials
                        (.80).

02/03/07 Rea            Continue work on summary judgment     1.60
                        materials.

02/03/07 Restivo        Continue work on Summary Judgment     2.00
                        motions.

02/04/07 Ament          Review and summarize PD claims        3.00
                        (2.80); e-mails re: same (.20).

02/04/07 Cameron        Additional review of lack of          4.40
                        hazard reports and rebuttal issues
                        (1.60); review product
                        identification documents (0.90);
                        multiple e-mails regarding claims
                        file issues (0.40); review
                        discovery issues (0.80); attention
                        to deposition preparation issues
                        (0.70).

02/05/07 Ament          Review and summarize PD claims for    2.50
                        T. Rea, D. Cameron and J. Restivo
                        (2.0); e-mails and meetings re:
                        same (.50).

02/05/07 Cameron        Review materials for expert           9.60
                        rebuttal report call (0.70);
                        review of supplemental materials
                        (0.90); multiple e-mails relating
                        to expert discovery (1.10); review
                        recently filed discovery requests
                        (1.70); prepare for (0.60) and
                        meet with J. Restivo regarding
                        product ID issues (0.90); review
                        expert materials regarding same

172573 W. R. Grace & Co.                          Invoice Number  1517713
60033  Claim Analysis Objection Resolution &      Page   5
       Estimation (Asbestos)
       March 27, 2007


   Date   Name                                              Hours
 -------- -----------                                       -----

                          (2.10); review summary judgment
                          materials (1.20); e-mail regarding
                          same (0.40).

 02/05/07 DiChiera        Review and respond to emails from     5.90
                          L. Flatley regarding status of
                          expert files of Egan and Cintani
                          (0.4); prepare for and attend
                          brief meeting with L. Flatley
                          regarding status and inventory of
                          expert files (0.5); continue
                          preparation of inventory of expert
                          files (5.0).

 02/05/07 Flatley         E-mails re: Philadelphia witness      7.00
                          meeting (0.4); preparation for 2/6
                          Philadelphia meeting (4.9); memo
                          re: fact discovery issues (0.4);
                          review and revise T. Rea draft
                          letter (1.0) call to T. Rea re:
                          draft letter and follow-up e-mails
                          (0.3)

 02/05/07 Gatewood        Prepare for and meet with L.          6.50
                          Flatley and R. Aten concerning
                          medical expert depositions (1.0);
                          examine/analyze expert reports
                          submitted by certain of claimant's
                          proposed witnesses (5.0);
                          communicate with M. DiChiera
                          concerning selected
                          articles/publications cited by
                          claimant's experts (.50).

 02/05/07 Muha           Continue legal research re:            6.70
                          assumption of the risk and
                          "purchaser with notice" defenses.

 02/05/07 Rea             Continue work on summary judgment     6.60
                          materials.

 02/05/07 Restivo        Continue work on Summary Judgment      7.60
                          motions (6.1) and calls to clients
                          and co-counsel (1.5).

 02/05/07 Rippin         Filing and organization of            1.60
                          materials re: expert reports
                          (0.7); multiple email
                          communications re: same (0.9).

```
172573 W. R. Grace & Co.                        Invoice Number  1517713
60033  Claim Analysis Objection Resolution &    Page   6
       Estimation (Asbestos)
       March 27, 2007
```

| Date | Name | | Hours |
|------|------|---|-------|
| 02/05/07 | Rippin | Review and summary of bulk sample files analyzed by RJ Lee (6.0); litigation strategy meeting (1.0). | 7.00 |
| 02/06/07 | Aten | Reviewed materials re T. Egan and J. Cintani in preparation for deposition. | 2.10 |
| 02/06/07 | Cameron | Review and analyze product identification reports (1.80); prepare summary analysis for product identification motion for summary judgment (2.70); telephone call with R. Finke regarding deposition issues (0.30); e-mails regarding deposition issues (0.90); review Canadian claims materials for product ID and statute of limitations arguments (1.70); e-mails regarding same (0.60); attention to lack of hazard rebuttal report issues (0.80); e-mails and calls regarding affidavit issues (0.40). | 9.20 |
| 02/06/07 | DiChiera | Begin review of case files of expert material retrieved from storage and repository of Dr. Egan, Cintani and Brody in preparation of depositions (1.3); arrange conference room for review (0.2). | 1.50 |
| 02/06/07 | Engel | Review correspondence from D. Cameron re depositions, and draft correspondence re same. | .10 |
| 02/06/07 | Flatley | Review various drafts by e-mail and reply to T. Rea and others (0.5); preparation for Philadelphia meeting (2.5); meeting in Philadelphia with W. Sparks and others (5.0); follow-up on meeting including e-mails from/to D. Cameron and others (1.0). | 9.00 |
| 02/06/07 | Garlitz | Review and summarize PD claims for D. Cameron. | .20 |

172573 W. R. Grace & Co.                                  Invoice Number   1517713
60033  Claim Analysis Objection Resolution &             Page   7
       Estimation (Asbestos)
       March 27, 2007


| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 02/06/07 | Muha | Continue legal research re: assumption of the risk and "purchaser with notice" defenses. | 5.70 |
| 02/06/07 | Rea | Continue work on summary judgment materials. | 7.00 |
| 02/06/07 | Restivo | Continue work on Summary Judgment motions and discovery issues. | 4.50 |
| 02/06/07 | Rippin | Review and summary of bulk sample files analyzed by RJ Lee. | 4.30 |
| 02/07/07 | Aten | Conference with L. Flatley and C. Gatewood re: medical experts (1.1); conference with L. Flatley re: preparation for deposition of T. Egan and J. Cintani (2.3); continue to review/analyze material re: claimants' medical experts (1.2). | 4.60 |
| 02/07/07 | Cameron | Prepare for (1.20) and attend meeting with J. Restivo regarding status of work, open issues, strategy and trial preparation (1.60); review rebuttal expert reports materials (1.70); review product ID summaries (3.90); review motion for summary judgment (1.40). | 9.80 |
| 02/07/07 | DiChiera | Review all expert files of Egan and Cintani regarding depositions where they were deposed by Martin Dies or by Speights (2.8); confer with R. Aten re same (0.4). | 3.20 |
| 02/07/07 | Flatley | Reorganizing after Philadelphia trip (0.7); e-mails from/to W. Sparks and D. Cameron on various issues (0.7); meeting with R. Aten and C. Gatewood to review the status of the preparations for medical depositions (1.0); e-mail to D. Cameron and reply (0.1); follow-up on 2/6/07 meeting affidavits (1.1); reviewing materials for fact witness deposition preparation (3.0). | 6.60 |

```
172573 W. R. Grace & Co.                        Invoice Number  1517713
60033  Claim Analysis Objection Resolution &    Page   8
       Estimation (Asbestos)
       March 27, 2007
```

| Date | Name | | Hours |
|------|------|------|-------|
| 02/07/07 | Garlitz | Review and summarize PD claims for D. Cameron (.2); review and analysis of property damage claim files (1.8). | 2.00 |
| 02/07/07 | Gatewood | Examine/analyze expert reports submitted by claimants' experts Frank and Hammar (2.0); examine/analyze medical literature and scientific articles cited by experts (3.0); outline issues to follow-up on issues in claimants' experts reports (1.0). | 6.00 |
| 02/07/07 | Muha | Prepare for and attend meeting re: strategy for summary judgment motions and discovery plan for property damage claims and follow-up on issues after meeting. | 2.70 |
| 02/07/07 | Rea | Continue work on summary judgment materials. | 8.10 |
| 02/07/07 | Restivo | Continue work on Summary Judgment motions (3.0); planning meeting (3.0); discovery planning (1.0); telephone calls and emails relating to the foregoing (1.8). | 8.80 |
| 02/07/07 | Rippin | Review and analysis of property damage claims files (1.9); litigation strategy meeting (1.8); review of Speights lack of authority materials (1.7); review and summary of bulk sample files analyzed by RJ Lee (2.8). | 8.20 |
| 02/08/07 | Aten | Continue to read/analyze information re: Dr. Hammar. | 3.40 |
| 02/08/07 | Atkinson | Review databases re: document requested by L. Flatley per telephone call with W. Sparks. | .20 |
| 02/08/07 | Cameron | Multiple e-mails regarding deposition issues (1.40); multiple calls regarding expert rebuttal reports (0.80); review supporting materials regarding same (1.70); | 9.10 |

172573 W. R. Grace & Co.                          Invoice Number   1517713
60033  Claim Analysis Objection Resolution &      Page   9
       Estimation (Asbestos)
       March 27, 2007


   Date   Name                                                  Hours
 -------- -----------                                           -----

                      prepare for product ID depositions
                      (2.40); review draft summary
                      judgment motion and e-mails
                      regarding same (1.30); review
                      summary judgment supporting
                      materials (0.90); prepare witness
                      designations (0.60).

 02/08/07 DiChiera    Emails to R. Aten regarding status      .50
                      of Egan, Cintani and Levin expert
                      material.

 02/08/07 Flatley     Call with W. Sparks re: affidavits     4.90
                      and follow-up (0.3); e-mails
                      from/to D. Cameron re: various
                      issues (0.3); calls re:
                      supplemental medical experts'
                      reports and follow-up (2.1); calls
                      re: summary judgment affidavits
                      and follow up on them (1.6);
                      organizing for preparation for
                      fact witness depositions (0.6).

 02/08/07 Garlitz     Review and summarize PD claims for      .20
                      D. Cameron.

 02/08/07 Gatewood    Preparation for deposition of Dr.      8.30
                      Anderson (7.0); examine/review
                      deposition testimony of Dr. L.
                      Welch in conjunction with
                      preparation for depositions of
                      claimant's other experts (1.30).

 02/08/07 Muha        Meetings with T. Rea re: Canadian      9.10
                      claims forms issue (0.5); work on
                      issues re: Canadian claims forms
                      using a Pinchin "expert report" to
                      assist D. Cameron in preparation
                      for Pinchin deposition (7.6);
                      research re: Arthur Rohl and
                      e-mails to J. Restivo, et al. re:
                      same (1.0).

 02/08/07 Rea         Continue work on summary judgment      7.60
                      materials.

 02/08/07 Restivo     Continue work on Summary Judgment      5.70
                      motions (4.1); attention to
                      depositions and discovery (1.6).

172573 W. R. Grace & Co.                              Invoice Number   1517713
60033  Claim Analysis Objection Resolution &          Page    10
       Estimation (Asbestos)
       March 27, 2007


   Date    Name                                                        Hours
  -------- ----------                                                  -----


02/09/07 Aten            Continue to review materials in        2.80
                         preparation of depositions of T.
                         Egan and J. Cintani (1.3);
                         continue to review materials re:
                         claimants' medical experts (1.5).


02/09/07 Cameron         Meet with J. Restivo regarding         8.10
                         various summary judgment issues
                         (0.50); attention to rebuttal
                         expert reports (2.90); multiple
                         calls regarding same (0.50);
                         review draft motions for summary
                         judgment (1.40); review materials
                         for deposition of Donald Pinchin
                         (1.60); multiple e-mails regarding
                         same (0.60); prepare and finalize
                         witness rebuttal expert
                         designations (0.60).


02/09/07 DiChiera        Review and respond to emails from      1.20
                         R. Aten in connection with expert
                         file status of Steven Levin, Egan,
                         Cintani and Brody (0.3); organize
                         expert material in connection with
                         deposition preparation (0.9).


02/09/07 Flatley         E-mails re: supplemental experts       2.10
                         reports and other issues (0.2);
                         letters to fact witnesses (0.5);
                         reviewing letter from claimants'
                         counsel (0.4); checking on filing
                         of reports (0.3); witness meeting
                         preparation (0.5); e-mails re:
                         status of various issues (0.2).


02/09/07 Garlitz         Review and summarize PD claims for      .20
                         D. Cameron.


02/09/07 Gatewood        Continued review/analysis of           7.50
                         expert submissions of claimants
                         and prepare outlines (4.0);
                         communicate with R. Aten
                         concerning deposition of H.
                         Anderson and Dr. Hughson (.50);
                         examine/analyze articles cited by
                         various experts addressing
                         non-occupational exposure to
                         asbestos (3.0).

172573 W. R. Grace & Co.                          Invoice Number  1517713
60033  Claim Analysis Objection Resolution &      Page    11
       Estimation (Asbestos)
       March 27, 2007


| Date | Name | | Hours |
| -------- | ----------- | | ----- |
| 02/09/07 | Muha | Continue to assist D. Cameron in preparation for Pinchin deposition. | 1.40 |
| 02/09/07 | Rea | Continue work on summary judgment materials. | 4.90 |
| 02/09/07 | Restivo | Continue work on Summary Judgment motions and discovery issues. | 5.00 |
| 02/09/07 | Rippin | Review and summary of bulk sample files analyzed by RJ Lee. | 6.80 |
| 02/10/07 | Aten | Continue to review materials re: claimants' medical experts. | .80 |
| 02/10/07 | Cameron | Attention to Pinchin deposition issues. | 2.00 |
| 02/10/07 | Rea | Continue work on summary judgment materials. | 5.80 |
| 02/11/07 | Ament | Review and summarize expert reports for D. Cameron (1.0); compile exhibits for D. Cameron in preparation for deposition of Dr. Pinchin (5.0). | 6.00 |
| 02/11/07 | Cameron | Review claims files and prepare for deposition of Donald Pinchin (6.00); review and revise draft motions for summary judgment (1.30); review product ID materials for Lee deposition (1.10); review outstanding discovery issues and materials (0.60); prepare for 2/12 conference call with expert (0.80); prepare for 2/12 strategy call with counsel (0.70). | 10.50 |
| 02/11/07 | Flatley | Reviewing and outlining Casner & Edwards summary memorandum (2.0); e-mails and replies (0.2). | 2.20 |
| 02/12/07 | Ament | Review and summaries of expert reports for D. Cameron (.30); e-mails re: same (.20); meet with T. Rea re: PD claims (.10); review and summaries of PD claims for T. Rea (1.20); e-mails re: same | 3.20 |

```
172573 W. R. Grace & Co.                    Invoice Number  1517713
60033  Claim Analysis Objection Resolution &   Page    12
       Estimation (Asbestos)
       March 27, 2007
```

| Date | Name | | Hours |
|------|------|------|-------|
| | | (.20); e-mails and telephone calls re: preparation for Dr. Lee deposition (.50); continue compiling exhibits for D. Cameron relating to deposition of Dr. Pinchin (.70). | |
| 02/12/07 | Aten | Conference with L. Flatley re: preparing for depositions (.4); continue to review materials re: same (2.5). | 2.90 |
| 02/12/07 | Atkinson | Search consultant database for articles, and forward 5 articles to consultant. | .40 |
| 02/12/07 | Cameron | Review materials in preparation for description of Donald Pinchin and deposition of Rich Lee (2.50); review and revise draft motion for summary judgment and multiple e-mails regarding same (1.90); participate in deposition preparation conference call with expert witness (2.80); prepare for (0.70) and participate in team meeting strategy call with Grace and K&E (0.80); follow-up calls and e-mails (0.70). | 9.40 |
| 02/12/07 | DiChiera | Respond to request for all prior deposition testimony witnesses (2.8); confer with L. Flatley regarding specific information needed in preparation of depositions (0.2); confer with R. Aten regarding status (0.2). | 3.20 |
| 02/12/07 | Engel | Review correspondence and documents re depositions of PD claimants' experts. | 1.70 |
| 02/12/07 | Flatley | Calls and e-mails regarding SJ motions and supplemental experts' reports (0.5); call with witness and follow-up (0.3); preparation for witness meetings (6.1). | 6.90 |

172573 W. R. Grace & Co.                          Invoice Number  1517713
60033  Claim Analysis Objection Resolution &      Page   13
       Estimation (Asbestos)
       March 27, 2007

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 02/12/07 | Gatewood | Examine expert submission of claimant's expert Lemen, (4.0); prepare initial draft of examination outline (2.5). | 6.50 |
| 02/12/07 | Rea | Continue work on summary judgment materials. | 8.10 |
| 02/12/07 | Restivo | Strategy telephone conference with co-counsel (1.0); work on Summary Judgment motions and discovery issues (5.5). | 6.50 |
| 02/12/07 | Rippin | Review and summary of Speights Lack of Authority Court Documents. | 7.00 |
| 02/13/07 | Ament | Review and summarize expert reports for D. Cameron (.10); e-mails re: same (.10); meet with A. Muha re: Longo and Millette issues (.20); review and summaries of Longo and Millette (2.60); meet with T. Rea re: same (.20). | 3.20 |
| 02/13/07 | Aten | Continue to review materials re witness preparation (2.1); begin reviewing claims filed for California buildings (.5). | 2.60 |
| 02/13/07 | Cameron | Prepare for Pinchin deposition (3.90); multiple e-mails and calls regarding same (1.40); attend deposition preparation session (1.80); review draft motions for summary judgment and comments (1.70). | 8.80 |
| 02/13/07 | Engel | Review correspondence and documents re PD claimants experts (0.1), and draft correspondence re same (0.2). | .30 |
| 02/13/07 | Flatley | E-mails and calls re: finalizing California summary judgment motion (1.2); message from W. Sparks (0.1); reviewing California summary judgment papers and following-up (1.6); further e-mails on summary judgment motion (0.4); review J. Restivo comments | 10.00 |

```
172573 W. R. Grace & Co.                        Invoice Number  1517713
60033  Claim Analysis Objection Resolution &    Page   14
       Estimation (Asbestos)
       March 27, 2007
```

| Date | Name | | Hours |
|------|------|---|-------|

|      |          | on summary judgment brief and follow-up (1.0); call with W. Sparks and follow-up with M. Dichiera and R. Aten (1.0); review materials in preparation for witness meeting on 2/20/07, including outlines and deposition transcript (4.7). | |
| 02/13/07 | Gatewood | Examine/analyze expert report of S. Hammar submitted by claimants (2.0); examine/analyze supporting citations for stated opinions and outline of various articles/studies (3.0); compare/contrast expert report of S. Hammar to expert submissions of Brody, Anderson and Lemen (3.0). | 8.00 |
| 02/13/07 | Muha | Attend to issues re: claims supported by Longo/Millette reports, to assist in preparation for Longo/Millette depositions. | .60 |
| 02/13/07 | Rea | Continue work on summary judgment materials. | 9.40 |
| 02/13/07 | Restivo | Dr. Lee deposition preparation (3.5); attention to Louisiana issues for Summary Judgment motions (1.5); attention to Libby motion (1.5); review materials re: remaining motions (2.0). | 8.50 |
| 02/13/07 | Rippin | Review and summary of Speights Lack of Authority court documents (5.0); review of claims in which asbestos product is not manufactured by Grace (1.5). | 6.50 |
| 02/14/07 | Ament | Review and summarize expert reports for D. Cameron (.10); e-mails re: same (.10); continue review of Longo and Millette product ID materials (2.0); e-mails with M. Rosenberg re: said claims (.20); prepare spreadsheet detailing said claims (.50); create DVD of claims and next-day air to H. Engel (1.0); e-mails and | 6.30 |

172573  W. R. Grace & Co.                               Invoice Number   1517713
60033   Claim Analysis Objection Resolution &          Page    15
        Estimation (Asbestos)
        March 27, 2007


| Date | Name | | Hours |
|------|------|---|-------|
| | | meetings with T. Rea and A. Muha re: same (.50); meet with R. Aten re: CA claims (.20); e-mails and telephone calls with A. Muha re: Dies & Hile claims (.60); review same (.30); obtain and provide various pleadings to T. Rea per request (.40); e-mails and telephone calls re: same (.20); e-mails with G. Rupert and M. Araki re: access to live claims database (.20). | |
| 02/14/07 | Aten | Work on motion for summary judgment re: California claims. | 7.20 |
| 02/14/07 | Cameron | Multiple e-mails and calls regarding discovery issues (1.10); review and revise motions for summary judgment and supporting materials (4.40); review materials for R. Lee deposition (0.70); meet with R. Lee regarding same (0.40); attention to product ID materials (1.90); multiple calls and e-mails with R. Finke regarding same (0.70). | 9.20 |
| 02/14/07 | DiChiera | Analyze testimony in Privest per request of L. Flatley (5.7); review and pull information in connection with knowledge of sales in Canada (1.7). | 7.40 |
| 02/14/07 | Engel | Attend a portion of Dr. Lee's deposition in preparation of claimants' experts' depositions (0.9); review correspondence re same, and draft correspondence re same (1.0). | 1.90 |
| 02/14/07 | Flatley | Working on California summary judgment issues, including revisions to motion/memorandum and working on exhibits and Rule 1006 issues (7.7); e-mails regarding status (0.4). | 8.10 |

```
172573 W. R. Grace & Co.                          Invoice Number  1517713
60033  Claim Analysis Objection Resolution &      Page   16
       Estimation (Asbestos)
       March 27, 2007
```

| Date | Name | | Hours |
|------|------|---|-------|
| 02/14/07 | Muha | Multiple e-mails re: claim documents (0.4); calls and meetings with S. Ament re: same (0.6); review materials send by Dies & Hile and draft e-mail/letter to H. Engel re: same (2.6); e-mails/meetings with T. Rea re: claims files (0.4). | 4.00 |
| 02/14/07 | Rea | Continue work on summary judgment materials. | 9.10 |
| 02/14/07 | Restivo | Defend deposition of Rich Lee (6.0); continue work on Summary Judgment motions (4.0). | 10.00 |
| 02/15/07 | Ament | Review and summaries of expert reports for D. Cameron (.10); e-mails re: same (.10); review and summaries of Dies & Hile claims and updated Longo and Millette claims (5.30); update spreadsheet relating to Longo and Millette work for Dies & Hile claimants (.60); e-mails and telephone calls with M. Rosenberg and M. Araki re: live database of claims (.50); e-mail to D. Cameron re: same (.10); review brief for T. Rea relating to LA PD claims (.40); meet with T. Rea re: same (.20). | 7.30 |
| 02/15/07 | Aten | Continue to revise and draft portions of California motion and to compile supporting documents. | 7.80 |
| 02/15/07 | Cameron | Work on multiple summary judgment motions for filing on 2/16/07, including research, revisions and review of record support (9.80); multiple calls and e-mails with co-counsel regarding same (1.90); multiple calls and e-mails regarding depositions (0.70). | 12.40 |
| 02/15/07 | Engel | Prepare for depositions of claimants product ID witnesses. | 8.60 |

172573  W. R. Grace & Co.                              Invoice Number  1517713
60033   Claim Analysis Objection Resolution &          Page    17
        Estimation (Asbestos)
        March 27, 2007


| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 02/15/07 | Flatley | Working on California summary judgment brief and supporting papers (2.8); preparation for witness meetings on 2/20/2007 in Philadelphia (5.9). | 8.70 |
| 02/15/07 | Gatewood | Examine/analyze expert reports and supporting medical literature and scientific studies cited by Lemen and Brody (5.0); draft outline of follow-up issues to address with L. Flatley concerning expert depositions (3.0). | 8.00 |
| 02/15/07 | Muha | E-mails and work on procuring claims files per request of T. Rea (0.7); review and revise motion to expunge Louisiana PD claims (3.2). | 3.90 |
| 02/15/07 | Rea | Continue work on summary judgment materials. | 14.60 |
| 02/15/07 | Restivo | Continue work on Summary Judgment motions (8.7); telephone calls re: same (0.9); prepare for Status Conference (2.1). | 11.70 |
| 02/16/07 | Ament | Review and summarize expert reports for D. Cameron (.10); e-mails re: same (.10); review seven motions for summary judgment for T. Rea and claims related thereto (1.50); e-mails and meetings with T. Rea re: same (.50); e-mail to J. O'Neill re: service list for said motions (.10). | 2.30 |
| 02/16/07 | Aten | Conference with L. Flatley and C. Gatewood re: claimants' medical experts (1.5); continue to revise brief and compile exhibits (1.5). | 3.00 |
| 02/16/07 | Cameron | Review, revise and finalize motions for summary judgment for filing (5.20); multiple e-mails and calls regarding same (1.20); prepare for and participate in call with consultant regarding lack of hazard issues (0.80); | 8.10 |

```
172573  W. R. Grace & Co.                         Invoice Number  1517713
60033   Claim Analysis Objection Resolution &     Page    18
        Estimation (Asbestos)
        March 27, 2007
```

| Date | Name | | Hours |
|------|------|--|-------|
| | | e-mails and calls regarding expert discovery issues (0.90). | |
| 02/16/07 | DiChiera | Confer with L. Flatley and R. Aten regarding testimony of Egan in connection with the Privest matter. | .30 |
| 02/16/07 | Engel | Review documents and correspondence in preparation for claimants' experts' depositions. | 2.80 |
| 02/16/07 | Flatley | Finalizing summary judgment papers for filing (3.1); calls regarding February 20 meeting scheduling (0.6); meeting regarding scheduling of medical witness depositions and follow-up on meeting (1.5). | 5.20 |
| 02/16/07 | Gatewood | Examine/analyze expert report of Claimant's experts' Mark and Anderson and review/examine supporting literature in preparation for deposition of experts (4.0); draft deposition examination outline for expert Anderson (3.0); prepare for and meet with L. Flatley and R. Aten concerning scheduling of expert depositions (1.20). | 8.20 |
| 02/16/07 | Rea | Continue work on summary judgment materials. | 9.50 |
| 02/16/07 | Restivo | Telephone conference with D. Bernick (.5); telephone call with A. Kearse (.4); R. Finke (.4); finalize Summary Judgment motions for filing (4.1). | 5.40 |
| 02/16/07 | Rippin | Review and summary of depositions from ZAI case. | 3.00 |
| 02/17/07 | Engel | Prepare for experts' depositions. | 4.20 |
| 02/18/07 | Cameron | Review materials for trip to Canada for Graeme Mew's deposition (1.10); correspondence regarding depositions (0.80); attention to summary judgment materials (0.90); | 4.50 |

```
172573 W. R. Grace & Co.                    Invoice Number   1517713
60033  Claim Analysis Objection Resolution &  Page    19
       Estimation (Asbestos)
       March 27, 2007
```

| Date | Name | | Hours |
|------|------|------|------|
| | | review Prudential's and Speights' discovery requests (1.70). | |
| 02/18/07 | Engel | Prepare for experts' depositions. | 3.50 |
| 02/18/07 | Flatley | Calls with witnesses regarding February 20 meeting (0.4); e-mail to W. Sparks (0.1). | .50 |
| 02/18/07 | Restivo | Attention to Canada discovery disputes. | 1.00 |
| 02/19/07 | Ament | Review and summarize expert reports for D. Cameron (.10); e-mails re: same (.10); e-mails re: motions for summary judgments (.20); review and organize motions for summary judgment per J. Restivo request (1.1). | 1.50 |
| 02/19/07 | Aten | Draft deposition notice for Dr. Welch re hazard (.7); claimants' experts issues (.5). | 1.20 |
| 02/19/07 | Atkinson | Research and forward article requested by consultant. | .20 |
| 02/19/07 | Cameron | Review summary judgment motion filed by claimant and comments to same (1.40); attention to product ID materials (1.80); attend to deposition scheduling issues (1.10); review materials for 2/21 status conference (1.40); review R. Morse deposition preparation materials (0.90); e-mails with R. Finke regarding product ID and status conference issues (0.70). | 7.30 |
| 02/19/07 | Engel | Prepare for claimants' experts' depositions (6.1), and draft memorandum re same (2.6). | 8.70 |
| 02/19/07 | Flatley | Review claimants' summary judgment motion and e-mail to follow-up on it (2.9); correspondence and e-mails (0.4); preparation for witness meetings on 2/20 (1.6); meeting regarding expert witness deposition scheduling plans and | 6.40 |

```
172573 W. R. Grace & Co.                        Invoice Number  1517713
60033  Claim Analysis Objection Resolution &    Page    20
       Estimation (Asbestos)
       March 27, 2007
```

| Date | Name | | Hours |
|------|------|---|-------|
| | | follow-up (1.5). | |
| 02/19/07 | Gatewood | Prepare for deposition examination of Dr. Lemen and Brody. | 8.50 |
| 02/19/07 | Rea | Work on potential responses to PD discovery requests. | 5.10 |
| 02/19/07 | Restivo | Motley, Rice Product ID correspondence (1.0); prepare for Status Conference (4.4). | 5.40 |
| 02/19/07 | Rippin | Review and summary of depo from ZAI case. | 6.00 |
| 02/20/07 | Ament | Review and summarize expert reports for D. Cameron (.10); e-mails re: same (.10); continue reviewing and organizing motions for summary judgment for J. Restivo (.50); review docket and provide T. Rea and R. Aten with various pleadings and orders per request (.50); create hearing binders for J. Restivo and D. Cameron (.80); e-mails and meetings with J. Restivo and T. Rea re: same (.50). | 2.50 |
| 02/20/07 | Cameron | Prepare for 2/21/07 status conference (2.10); meet with R. Finke, J. Restivo regarding status conference (0.80); review product identification materials for negotiations (1.60); review claimants' motion for summary judgment (0.80); prepare and revise memo to client regarding discussions with consultant (1.10); review claimants' discovery requests (1.20). | 7.60 |
| 02/20/07 | DiChiera | Email correspondence with R. Aten regarding request for deposition notice preparation for Dr. Hammar, Dr. Brody, Dr. Mark, Dr. Frank, Dr. Anderson and Dr. Lemen (0.4); telephone call to court reporter regarding location availability in Seattle, WA in connection with Dr. | 2.90 |

172573 W. R. Grace & Co.                          Invoice Number  1517713
60033  Claim Analysis Objection Resolution &      Page    21
       Estimation (Asbestos)
       March 27, 2007


   Date   Name                                              Hours
   ------- -----------                                      -----

                          Hammar's deposition (0.2); draft
                          all deposition notices re same
                          (2.3).

02/20/07 Engel            Continue preparations for          8.20
                          claimants' experts' depositions.

02/20/07 Flatley          Review J. Restivo draft and        11.00
                          comment on it (0.5); call with R.
                          Aten regarding deposition schedule
                          issues (0.2); preparation for
                          witness meetings (2.3); meetings
                          in Philadelphia with W. Sparks and
                          witnesses and follow-up on meeting
                          (8.0).

02/20/07 Gatewood         Examination/analysis and           9.50
                          comparison of reports submitted by
                          medical experts (hazard hearing)
                          in preparation for scheduled
                          depositions (3.0); examine/analyze
                          articles relied upon by Dr. R.
                          Lemen in preparation for scheduled
                          deposition and draft outline of
                          deposition examination materials
                          (6.0); communicate (multiple) with
                          R. Aten and with M. DiChiera
                          concerning upcoming depositions of
                          medical experts concerning
                          scheduling, etc. (.50).

02/20/07 Rea              Attention to status conference and  6.40
                          discovery issues.

02/20/07 Restivo          Telephone conference with M. Dies,  9.50
                          A. Kearse, et al. (1.0); meeting
                          with D. Cameron and R. Finke re:
                          same (1.5); prepare for Status
                          Conference, discovery, and Product
                          ID and statute of limitations
                          hearing (7.0).

02/20/07 Rippin           Review and summary of depos from    5.50
                          ZAI case.

02/21/07 Ament            Review and summarize expert         2.10
                          reports for D. Cameron (.10);
                          e-mails re: same (.10); review and
                          summaries of product ID materials
                          relating to Dies & Hile claims for

172573 W. R. Grace & Co.                          Invoice Number   1517713
60033  Claim Analysis Objection Resolution &      Page    22
       Estimation (Asbestos)
       March 27, 2007


   Date   Name                                                    Hours
   ------ ----------                                              -----

                        D. Cameron (1.50); update motions
                        for summary judgment for J.
                        Restivo (.10); e-mails and meet
                        with T. Rea re: product ID claims
                        (.30).

   02/21/07 Aten        Attention to miscellaneous expert          .40
                        issues.

   02/21/07 Cameron     Prepare for meeting with                  6.10
                        claimants' counsel (0.90); meet
                        with claimants' counsel after
                        cancelled hearing (1.60);
                        follow-up meetings with R. Finke
                        and Grace team (0.70); participate
                        in conference call with Grace team
                        and R. Finke regarding response to
                        motion for summary judgment
                        (0.80); telephone call with H.
                        Engel regarding product
                        identification depositions (0.30);
                        review expert work regarding same
                        (0.90); review and revise
                        deposition scheduling letter and
                        notices (0.90).

   02/21/07 DiChiera    Confer with L. Flatley regarding          6.70
                        request for research material in
                        connection with the Solow Trial
                        (.3); deposition notices of all
                        Hazard experts and place telephone
                        calls to various hotels and
                        locations in connection with
                        depositions (6.0); confer with R.
                        Aten regarding preparation of
                        deposition notice language (0.4).

   02/21/07 Engel       Continue preparation for T. Vander        8.50
                        Wood's deposition.

   02/21/07 Flatley     Reorganizing after Philadelphia           7.20
                        trip (0.6); following up on
                        witness issues (1.5); e-mails
                        regarding California summary
                        judgment motion (0.4); deposition
                        scheduling issues (0.7); call with
                        W. Sparks (0.2); preparation for
                        conference call on California
                        claims issues (0.4); conference
                        call with R. Finke, D. Cameron et

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution &
       Estimation (Asbestos)
       March 27, 2007

Invoice Number  1517713
Page    23

| Date | Name | | Hours |
|------|------|------|------|
| | | al. regarding California SJ issues (1.4); meeting with R. Finke and D. Cameron (1.0); e-mails following up on conference call issues regarding California summary judgment motion (0.7) calls and arrangements regarding Philadelphia meeting (0.3). | |
| 02/21/07 | Gatewood | Examination of articles cited/relied upon by Dr. Anderson and comparison of same relating to expert report by Dr. R. A. Lemen (4.0); draft/outline deposition examination materials for scheduled deposition of Dr. Lemen (4.0). | 8.00 |
| 02/21/07 | Rea | Work on issues relating to status conference. | 4.50 |
| 02/21/07 | Restivo | Meet and confer with Claimants (2.0); team meetings (2.0); Halliwell Deposition prep. (.5). | 4.50 |
| 02/21/07 | Rippin | Review and summary of depos from ZAI case. | 5.50 |
| 02/22/07 | Ament | Review and summarize expert reports for D. Cameron and R. Aten (.40); e-mails re: same (.10); provide hearing binders to J. Restivo relating to motions for summary judgment (.20); create spreadsheet relating to PD claims per D. Cameron request (.30); e-mails and meet with D. Cameron re: same (.20); create additional spreadsheets and e-mail to client (.50). | 1.70 |
| 02/22/07 | Aten | Edit multiple deposition notices (.8); miscellaneous issues re claimants' experts (.5). | 1.30 |
| 02/22/07 | Atkinson | E-mail to consultant re: journal articles. | .30 |

172573 W. R. Grace & Co.                          Invoice Number  1517713
60033  Claim Analysis Objection Resolution &      Page    24
       Estimation (Asbestos)
       March 27, 2007


   Date   Name                                                    Hours
 -------- ----------                                              -----

 02/22/07 Cameron        Attention to deposition scheduling        7.40
                         issues (1.70); revise product ID
                         materials (0.90); review materials
                         in preparation for Morse and
                         Halliwell depositions (1.40);
                         attention to claimants' discovery
                         requests (2.20); prepare for
                         (0.20) and participate in
                         telephone call with consultant
                         regarding expert report issues
                         (0.50); begin memo regarding same
                         (0.50).

 02/22/07 DiChiera       Continue work in connection with          5.60
                         preparation of deposition notices;
                         (4.9); review files for material
                         requested in connection with
                         nuisance law (.7).

 02/22/07 Engel          Prepare for and take T. Vander            8.20
                         Wood's deposition (6.2);
                         follow-up on same (0.8); complete
                         preparation for W. Longo's
                         deposition (1.2).

 02/22/07 Gatewood       Prepare for deposition                    6.00
                         examinations of Dr. R. A. Lemen
                         and Brody (5.0); communicate with
                         M. DiChiera and R. Aten concerning
                         deposition scheduling, notices and
                         anticipated exhibit packages (1.0).

 02/22/07 Rea            Work on potential responses to PD         3.70
                         discovery requests.

 02/22/07 Restivo        Planning for PD discovery and             1.50
                         additional motions practice.

 02/22/07 Rippin         Review and summary of depos from          4.00
                         ZAI case.

 02/23/07 Ament          Review and summarize expert                .40
                         reports for D. Cameron and e-mails
                         re: same (.20); review docket,
                         download transcript from 2/2/07
                         hearing and e-mail to J. Restivo
                         and D. Cameron (.20).

172573 W. R. Grace & Co.                          Invoice Number  1517713
60033  Claim Analysis Objection Resolution &      Page   25
       Estimation (Asbestos)
       March 27, 2007


   Date   Name                                                     Hours
-------- -----------                                               -----


02/23/07 Aten                Revise multiple deposition notices     1.40
                             for claimants' experts re: hazard.

02/23/07 Cameron             Attention to deposition issues         7.80
                             (0.80); review constructive notice
                             reports for depositions (2.80);
                             telephone call with R. Finke and
                             expert regarding product ID
                             issues, report and scheduling
                             (0.60); review bulk sample data
                             regarding same (0.80); review
                             discovery requests for responses
                             (1.90); finalize memo regarding
                             risk assessment issues (0.90).

02/23/07 DiChiera            Continue to update and revise          4.90
                             deposition notices (2.1); confer
                             with L. Flatley and R. Aten
                             regarding additional changes
                             (1.2); confirm location of medical
                             experts in connection with their
                             deposition (1.6).

02/23/07 Engel               Take W. Longo's deposition (6.0);      6.30
                             draft correspondence re same (0.3).

02/23/07 Flatley             E-mails regarding status of            5.60
                             various issues (0.2); meet with R.
                             Aten (0.2); review materials on
                             nuisance issue from file and
                             circulate it (1.2); e-mails
                             regarding deposition notices and
                             deposition scheduling (0.4);
                             preparation for fact witness
                             meetings, including organizing
                             documents (3.6).

02/23/07 Gatewood            Examine/analyze appendices to Dr.      8.00
                             R. A. Lemen's expert report in
                             preparation for scheduled
                             deposition of same (3.0);
                             examine/identify issues subject to
                             examination and draft examination
                             outline for use at deposition
                             (5.0).

02/23/07 Rea                 Work on potential responses to PD      3.90
                             discovery requests.

172573 W. R. Grace & Co.                          Invoice Number  1517713
60033  Claim Analysis Objection Resolution &      Page   26
       Estimation (Asbestos)
       March 27, 2007


   Date   Name                                                    Hours
   ------- -----------                                            -----


   02/23/07 Rippin          Review and summary of depos from      6.50
                            ZAI case.

   02/25/07 Cameron         E-mails regarding discovery           4.30
                            requests (0.60); review materials
                            for upcoming deposition (1.70);
                            review summary judgment materials
                            (0.80); review discovery requests
                            and draft responses (1.20).

   02/26/07 Ament           Review and summarize expert           1.00
                            reports for D. Cameron and e-mails
                            re: same (.50); meet with J.
                            Restivo and T. Rea re: PD claims
                            (.20); review and summarize PD
                            claims (.30).

   02/26/07 Aten            Call with L. Flatley re:               .50
                            California claims (0.2); review
                            revised claim, brief, and email
                            sent re: arguments re California
                            claims (0.3).

   02/26/07 Atkinson        Review databases for journal          .20
                            article requested by consultant.

   02/26/07 Cameron         Attention to expert deposition        4.40
                            issues (0.80); review materials
                            relating to Prudential, Speights
                            and Motley Rice discovery requests
                            (1.40); prepare for expert
                            depositions (1.90); telephone call
                            regarding product ID issues (0.30).

   02/26/07 DiChiera        Review master index of material,      .70
                            and pull specific material and
                            arrange for copying in preparation
                            for the deposition of Author
                            Frank, per request of R. Aten.

   02/26/07 Flatley         Review documents to be sent to        1.10
                            witness (0.4); review supplemental
                            filing and e-mail on it (0.2);
                            meet with J. Restivo regarding
                            results of hearing (0.1); e-mails
                            and replies on various issues
                            (0.4).

172573 W. R. Grace & Co.                          Invoice Number  1517713
60033  Claim Analysis Objection Resolution &      Page    27
       Estimation (Asbestos)
       March 27, 2007


   Date   Name                                               Hours
   ------- ----------                                         -----


02/26/07 Gatewood    Prepare for expert depositions of        7.00
                     Dr. R. A. Lemen and Dr. Brody,
                     including examination/analysis of
                     expert reports and review of
                     reliance materials.

02/26/07 Rea         Work on potential responses to PD        4.80
                     discovery requests.

02/26/07 Rippin      Review and summary of depositions       6.50
                     from ZAI.

02/27/07 Ament       Review and summarize expert             3.00
                     reports and e-mails re: same
                     (.50); review and summarize PD
                     claims for T. Rea (1.0); meet with
                     D. Cameron re: claims database
                     (.10); e-mails and telephone calls
                     re: same (.50); telephone call and
                     e-mails with T. Rea re: Speights
                     discovery request (.20); review
                     claims re: same (.50); meet with
                     T. Rea re: same (.20).

02/27/07 Aten        Revise deposition notice for Dr.        1.70
                     Frank (.1); conference with L.
                     Flatley re: Dr. Frank and review
                     materials re: Dr. Frank (1.1);
                     review materials re: J. Cintani
                     (.3); conference call with C.
                     Gatewood re: preparation for Dr.
                     Lemen's deposition (.2).

02/27/07 Cameron     Prepare for meeting with expert         8.70
                     witness for deposition (1.90);
                     prepare for Halliwell deposition
                     (3.90); attention to deposition
                     scheduling issues (0.90);
                     attention to discovery requests
                     and draft responses (1.40);
                     attention to Pinchin deposition
                     (0.60).

02/27/07 DiChiera    Review and respond to emails from       2.10
                     R. Aten regarding additional
                     material needed in connection with
                     Dr. Author Frank in preparation
                     for his deposition (0.4); pull
                     same and arrange for copies and
                     forward to R. Aten per request

```
172573 W. R. Grace & Co.                        Invoice Number  1517713
60033  Claim Analysis Objection Resolution &    Page    28
       Estimation (Asbestos)
       March 27, 2007
```

| Date | Name | | Hours |
|------|------|--|-------|
| | | (1.7). | |
| 02/27/07 | Engel | Draft correspondence re Millette's deposition, and review correspondence re same. | .10 |
| 02/27/07 | Flatley | Review materials regarding deposition preparation (1.8); meet with R. Aten regarding various issues (0.2); meet with D. Cameron regarding deposition preparation (0.2). | 2.20 |
| 02/27/07 | Gatewood | Communicate with various W.R. Grace team members concerning depositions schedules, notices and materials (1.0); prepare for deposition examination of Dr. Richard A. Lemen (7.0); communicate with M. DiChiera concerning selected medical studies and outline of additional items/references to obtain for scheduled deposition (.50). | 8.50 |
| 02/27/07 | Rea | Work on potential responses to PD discovery requests. | 9.20 |
| 02/27/07 | Restivo | Planning for Discovery, Status Conference and Trial. | 3.00 |
| 02/27/07 | Rippin | Review and summary of Morse deposition. | 5.00 |
| 02/28/07 | Ament | Review and summarize expert reports for D. Cameron and e-mails re: same. | .20 |
| 02/28/07 | Aten | Continue to review materials re claimants' experts in preparation for depositions. | 3.00 |
| 02/28/07 | Cameron | Prepare for (1.20) and participation in deposition prep session with expert witness and R. Finke (5.30); meet with R. Finke regarding same (0.80); review responses to discovery (1.10); meet with R. Finke regarding same (0.80); review materials for | 10.60 |

172573 W. R. Grace & Co.                              Invoice Number  1517713
60033  Claim Analysis Objection Resolution &         Page    29
       Estimation (Asbestos)
       March 27, 2007


   Date   Name                                                        Hours
-------- -----------                                                  -----

                          Halliwell deposition (1.00);
                          attention to deposition scheduling
                          issues (0.40).

02/28/07 DiChiera         Review and respond to emails from      6.40
                          R. Aten regarding additional
                          material needed in connection with
                          Dr. Frank in preparation for his
                          deposition (1.1);  email
                          correspondence regarding
                          confirmation of Dr. Hammer's
                          deposition (.3); organize material
                          used/needed in connection with
                          witness preparation and send back
                          to storage (1.0); prepare for and
                          attend meeting with C. Gatewood
                          regarding materials needed and
                          depo preparation of Dr. Lemen
                          (2.1); analyze Dr. Lemen's report
                          and mark relevant articles to be
                          pulled in connection with
                          deposition preparation (.2);
                          prepare working chart in
                          connection with cited articles per
                          subtitle of Dr. Lemen's report per
                          request of C. Gatewood. (1.7).

02/28/07 Flatley          E-mails and replies (0.4); meet       1.00
                          with J. Restivo (0.1); calls
                          regarding deposition scheduling
                          and preparation (0.4); meet with
                          C. Gatewood regarding medical
                          depositions (0.1).

02/28/07 Gatewood         Examine and analyze articles,         8.00
                          studies relied upon by Dr. R. A.
                          Lemen in preparation for scheduled
                          deposition (6.0); prepare
                          deposition examination
                          materials/outline (2.0).

02/28/07 Rea              Work on potential responses to PD     5.70
                          discovery requests.

02/28/07 Restivo          Correspondence with various          2.50
                          parties re:  April 23-25 Hearing
                          and process related thereto (1.0);
                          telephone call with Cameron and
                          Finke and meeting with T. Rea re:
                          strategy on Summary Judgment

```
172573  W. R. Grace & Co.                        Invoice Number  1517713
60033   Claim Analysis Objection Resolution &    Page   30
        Estimation (Asbestos)
        March 27, 2007


    Date   Name                                                  Hours
    -------  -----------                                         -----

                        motions (1.0); miscellaneous
                        correspondence with various
                        parties (.5).

 02/28/07 Rippin        Review and summary of Morse               6.00
                        deposition from Grace.

                                                                 ------
                                          TOTAL HOURS           1096.50
```

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| James J. Restivo Jr. | 116.60 | at $ | 635.00 | = | 74,041.00 |
| Lawrence E. Flatley | 115.20 | at $ | 575.00 | = | 66,240.00 |
| Douglas E. Cameron | 202.70 | at $ | 570.00 | = | 115,539.00 |
| Traci Sands Rea | 147.90 | at $ | 400.00 | = | 59,160.00 |
| Harold J. Engel | 63.10 | at $ | 525.00 | = | 33,127.50 |
| Carol J. Gatewood | 136.70 | at $ | 385.00 | = | 52,629.50 |
| Andrew J. Muha | 50.50 | at $ | 350.00 | = | 17,675.00 |
| Rebecca E. Aten | 48.20 | at $ | 295.00 | = | 14,219.00 |
| Maureen L. Atkinson | 2.10 | at $ | 190.00 | = | 399.00 |
| Maria E. DiChiera | 60.50 | at $ | 210.00 | = | 12,705.00 |
| Sharon A. Ament | 47.50 | at $ | 145.00 | = | 6,887.50 |
| Margaret A. Garlitz | 2.60 | at $ | 185.00 | = | 481.00 |
| Matthew J. Rippin | 102.90 | at $ | 70.00 | = | 7,203.00 |

```
              CURRENT FEES                              460,306.50


                                                      ------------
              TOTAL BALANCE DUE UPON RECEIPT          $460,306.50
                                                      ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number        1517715
One Town Center Road                     Invoice Date        03/27/07
Boca Raton, FL    33486                  Client Number         172573



==============================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

     Fees                            12,799.00
     Expenses                             0.00

               TOTAL BALANCE DUE UPON RECEIPT        $12,799.00
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1517715
One Town Center Road                     Invoice Date      03/27/07
Boca Raton, FL    33486                  Client Number        172573
                                         Matter Number         60035


========================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2007

| Date | Name | | Hours |
|------|------|---|------|
| 02/05/07 | Rutkowski | Emails with J. Schoenecker re: information for Castleman outline. | .20 |
| 02/08/07 | Sanner | Review and consider documents cited in draft Environ report. | 4.50 |
| 02/12/07 | Klapper | Begin review of various texts to identify industry standards, over time, as they relate to issues raised by government's experts. | 5.30 |
| 02/12/07 | Sanner | Email correspondence with G. Sitterson, M. Rutkowski, J. Ash and A. Klapper re cross examination project. | .50 |
| 02/13/07 | Sanner | Work on analyzing common exhibits. | 5.10 |
| 02/13/07 | Taylor-Payne | Telephone call and e-mails from and to Mr. Schoenecker requesting expert witness materials; coordinated duplication of expert witness materials. | .90 |
| 02/14/07 | Klapper | Continue review of various texts to identify industry standards, over time, as they relate to issues raised by government's experts. | 4.40 |
| 02/15/07 | Sanner | Telephone discussion with A. Klapper re state of the art project parameters. | .50 |

```
172573  W. R. Grace & Co.                    Invoice Number  1517715
60035  Grand Jury Investigation              Page    2
        March 27, 2007
```

| Date | Name | | Hours |
|------|------|---|-------|
| 02/16/07 | Taylor-Payne | Office conference with Ms. Sanner regarding upcoming project. | .30 |
| 02/19/07 | Klapper | Finish initial outline on approach to asbestos industry story. | 4.70 |
| 02/20/07 | Cameron | Review expert reports and supporting data. | .90 |

```
                                              ------
                                 TOTAL HOURS   27.30
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Douglas E. Cameron | 0.90 | at $ | 570.00 | = | 513.00 |
| Antony B. Klapper | 14.40 | at $ | 520.00 | = | 7,488.00 |
| Margaret L. Sanner | 10.60 | at $ | 425.00 | = | 4,505.00 |
| Margaret Rutkowski | 0.20 | at $ | 355.00 | = | 71.00 |
| Jennifer L. Taylor-Payne | 1.20 | at $ | 185.00 | = | 222.00 |

```
              CURRENT FEES                           12,799.00


                                                   ------------
              TOTAL BALANCE DUE UPON RECEIPT        $12,799.00
                                                   ============
```