IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: W.R. GRACE & CO., et al., | ) ) ) ) ) ) ) ) | Chapter 11<br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |
| Debtors. |  |  |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Leslie C. Heilman, a member of the bar of this Court, pursuant to District Court Local Rules 83.5, hereby moves the admission *pro hac vice* of Christina J. Kang of the law firm of Hahn & Hessen LLP, 488 Madison Avenue, New York, New York 10022 to represent property damage claimant State of California, Department of General Services, in the above-captioned proceeding. The Admittee is admitted, practicing and in good standing in the State of New York.

Dated: March 27, 2007

BALLARD SPAHR ANDREWS & INGERSOLL, LLP

/s/ Leslie C. Heilman
Leslie C. Heilman, Esq. (No. 4716)
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801
Telephone:   302-252-4465
Facsimile:    302-252-4466
E-Mail:         heilmanl@ballardspahr.com

Co-Counsel for Claimant
State of California, Dep't of General Services

DOCKET NO. 14987
DATE 3/27/07

## CERTIFICATION

The Admittee certifies that she is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the state of New York, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of or in the preparation of, this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid the Clerk of Court for District Court.

Dated: March 26, 2007

By: _____
Christina J. Kang, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, New York 10022
Telephone: 212-478-7200
Facsimile: 212-478-7400
E-Mail: ckang@hahnhessen.com

## ORDER

Motion granted.

BY THE COURT:

Dated: March 28, 2007

_____
Judith K. Fitzgerald
United States Bankruptcy Court Judge