IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| _____ | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 28, 2007, true and correct copies of the **Amended Notice of Deposition of Morton Corn** were served on the parties listed on the attached service list in the manner indicated thereon.

DATED: March 28, 2007

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
E-mail: loizides@loizides.com

070328150000.DOC

**SERVICE LIST**

**VIA HAND-DELIVERY**

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 No. Market Street, 17th Floor
Wilmington, DE  19801


**VIA FACSIMILE AND FIRST CLASS MAIL**

Teresa K. D. Currier, Esquire
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE  19801
*Fax:   (302) 552-4295*

Marla R. Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE  19801
*Fax:   (302) 426-9947*

Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE  19801
*Fax:   (302) 657-4901*

David M. Klauder, Esquire
Office of the United States Trustee
844 N. King Street, Room 2207
Wilmington, DE  19801
*Fax:   (302) 573-6497*

Theodore Tacconelli, Esquire
Ferry Joseph & Pearce, PA
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE  19899-1351
*Fax:   (302) 575-1714*

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806
*Fax: (302) 655 4210*

David M. Bernick, Esquire
Janet S. Baer, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
*Fax: (312) 861-2200*

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
*Fax: (212) 806-1230*

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
*Fax: (212) 644-6755*

Peter Van N. Lockwood, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005
*Fax: (202) 429-3301*

Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
*Fax: (212) 715-8000*

Roger Frankel, Esquire
Richard H. Wyron, Esquire
The Washington Harbour
Orrick Herrington & Sutcliffe LLP
3050 K Street, N.W., Suite 200
Washington, DC 20007-5135
*Fax: (202) 339-8500*

Scott Baena, Esquire
Bilzin Sumberg Baena Price & Axelrod, LLP
First Union Financial Center
200 So. Biscayne Bl., Suite 2500
Miami, FL 33131-2336
*Fax: (305) 374-7593*

James Restivo, Jr., Esquire
Reed Smith, LLP
435 Sixth Avenue
Pittsburgh, PA 15219
*Fax: (412) 288-3063*

**VIA FEDEX**

David B. Siegel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044