### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: April 13, 2007 |
| | | Hearing Date: May 2, 2007 at 2:00 P.M. |

## NOTICE OF MOTION

ZAI Claimants have filed the attached ***ZAI Claimants' Motion for Discovery Concerning W.R. Grace's Conduct in the ZAI Summary Judgment Proceedings*** (the "Motion").

The Motion seeks a ninety-day time period to conduct discovery regarding W.R. Grace's Conduct in submitting and continuing to urge the ATSDR Study to this Court as competent evidence in the ZAI Summary Judgment Proceedings in light of its actions in successfully excluding the same ATSDR Study in proceedings in Montana as incompetent and inadmissible evidence.

If you wish to file a response to the Motion, you must do so on or before **April 13, 2007 at 4:00 p.m. EDT.**

At the same time, you must also serve a copy of the response upon Movant's attorneys at the addresses set forth in the signature block below.

HEARING ON THE MOTION will be held on **May 2, 2007 at 2:00 P.M. EDT.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELEIF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

*(signature block on following page)*

Dated: March 28, 2007
       Wilmington, Delaware

RICHARDSON, PATRICK,
WESTBROOK & BRICKMAN, LLC
Edward J. Westbrook
Robert M. Turkewitz
1037 Chuck Dawley Blvd., Bldg. A
Mt. Pleasant, South Carolina 29464
Telephone: (843) 727-6500

- and -

THE SCOTT LAW GROUP, P.S.
Darrell W. Scott
926 W. Sprague Avenue
Chronicle Building, Suite 583
Spokane, Washington 99201
Telephone: (509) 455-3966

-and-

WILLIAM D. SULLIVAN, LLC

_/s/ William D. Sullivan_
William D. Sullivan (2820)
Elihu E. Allinson, III (3476)
4 East 8th Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 428-8191

*Counsel for ZAI Claimants*