IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Re: |
| | ) | |

**ORDER GRANTING
ZAI CLAIMANTS' MOTION FOR DISCOVERY CONCERNING W.R.
GRACE'S CONDUCT IN THE ZAI SUMMARY JUDGMENT PROCEEDINGS**

Upon the *ZAI Claimants' Motion for Discovery Concerning W.R. Grace's Conduct in the ZAI Summary Judgment Proceedings* (the "Motion"), and any response thereto by the Debtors or any other party in interest, and it being found that this Court has jurisdiction, and it appearing that good and sufficient notice of the Motion having been given and no further notice of the Motion or entry of this Order need be provided, and the Court having held a hearing on the Motion, and upon the hearing and the entire record and after due deliberation thereon, and good and sufficient cause appearing therefore, it is hereby determined that the Motion is hereby GRANTED in all respects and it is further ORDERED, ADJUDGED, and DECREED that:

1. The ZAI Claimants shall have ninety (90) days from the date of this Order to conduct discovery on the issues set forth in the Motion; and

2. Any disputes with respect to the scope or manner of discovery shall be referred to this Court on an expedited basis in a manner to be specified by the Court, and shall not be subject to the general procedures applicable to the filing of Motions in this case.

IT IS SO ORDERED, this _____ day of _____, 2007.

                                                                                                 _____
                                                                                                  Honorable Judith K. Fitzgerald
                                                                                                  United States Bankruptcy Judge