# ATTACHMENT B

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## BRIEF OF W.R. GRACE & CO. IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Counsel of Record for this Party:
REED SMITH LLP
James J. Restivo, Jr.
Lawrence E. Flatley
Douglas E. Cameron
James W. Bentz
435 Sixth Avenue
Pittsburgh, PA  15219
Telephone:  412.288.3131
Facsimile:  412.288.3063

SPECIAL ASBESTOS COUNSEL FOR DEBTORS

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB P.C.
Laura Davis Jones (Bar No. 2436)
David W. Carickhoff (Bar No. 3715)
Scotta E. McFarland (Bar No. 5488)
Paula A. Galbraith (Bar No. 4258)
919 Market Street
Suite 1600
Wilmington, DE  19801
Telephone:  302.652.4100
Facsimile:  302.652.4400

CO-COUNSEL FOR DEBTORS

**B.    ZAI Claimants Have No Epidemiological Evidence That Raises A Genuine Issue Of Material Fact Concerning Whether ZAI Creates An Unreasonable Risk of Harm.**

Principles of epidemiology, as applied in numerous lawsuits, require that to establish an unreasonable risk of disease from ZAI, it must be shown that the presence or disturbance of ZAI doubles the risk of asbestos-related disease, that is, that persons exposed to ZAI are at least twice as likely as unexposed persons to contract an asbestos-related disease. It is not enough to show that asbestos can cause disease and that ZAI has asbestos in it.

In fact, ZAI Claimants have no study showing any risk from ZAI, let alone a risk that is twice the disease risk to which the general public is exposed.

The only available medical testing that included a study of ZAI shows no excess risk. That study, which explicitly identified a group of Libby residents whose only known asbestos exposure was the presence of ZAI in their homes and/or the handling of ZAI, was sponsored by the United States Agency for Toxic Substances and Disease Registry ("ATSDR"). The ATSDR's reports found no association between asbestos disease and living in a home with ZAI or having "handled" ZAI. ATSDR, Year 2000 Medical Testing of Individuals Potentially Exposed to Asbestiform Minerals Associated with Vermiculite in Libby, Montana: A Report to the Community, (August 23, 2001) ("ATSDR Medical Testing") Appendix, Exh. A; ATSDR, Preliminary Findings of Libby, Montana, Asbestos Medical Testing [Combined Testing 2000 and 2001], (September, 2002) ("ATSDR Preliminary Findings"), Appendix, Exh. U; Whitman Letters, Appendix, Exh. K, Responses at 2; Elizabeth Anderson Report, Appendix, Exh. E at 50-51.

EPA Administrator Christine Todd Whitman confirmed this finding of a lack of association in response to inquiries into EPA's action at Libby: "The [ATSDR Libby Medical Screening] study did not show that insulation [ZAI] by itself, could be linked with the health impacts found in Libby." Whitman Letters, Appendix, Exh. K, Responses at 2.