# ATTACHMENT F

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                              . Case No. 01-1139(JKF)
                                    . Adv. No. 02-1657(JKF)
                                    .
W.R. GRACE & CO.,                   . 5414 USX Tower Building
                                    . Pittsburgh, PA  15222
                                    .
              Debtor.       .
                                    . September 11, 2006
. . . . . . . . . . . . . . . . 9:57 a.m.

TRANSCRIPT OF HEARING
ARGUMENT ON MOTION TO EXTEND EXCLUSIVITY AND
ARGUMENT ON QUESTIONNAIRE ISSUES
BEFORE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

For the Debtor:             Kirkland & Ellis, LLP
                            By:  DAVID M. BERNICK, P.C., ESQ.
                                 BARBARA HARDING, ESQ.
                                 AMANDA BASTA, ESQ.
                                 SALVATORE BIANCA, ESQ.
                            Aon Center
                            200 East Randolph Drive
                            Chicago, IL  60601

Unsecured Creditors'        Stroock & Stroock & Lavan, LLP
Committee:                  By:  LEWIS KRUGER, ESQ.
                                 KENNETH PASQUALE, ESQ.
                            180 Maiden Lane
                            New York, NY  10048-4982

Audio Operator:             Janet Kozloski

Proceedings recorded by electronic sound recording, transcript
             produced by transcription service.

**J&J COURT TRANSCRIBERS, INC.**
**268 Evergreen Avenue**
**Hamilton, New Jersey 08619**
**E-mail:  jjcourt@optonline.net**

**(609) 586-2311  Fax No.  (609) 587-3599**

2

APPEARANCES (Cont'd.):

For Equity Committee:              Cramer, Levin
                                   PHIL BENTLEY, ESQ.
                                   (No Address Provided)

For David T. Austern,              Phillips, Goldman & Spence, P.A.
Future Claimants Rep:              By: DEBRA FELDER, ESQ.
                                   1200 North Broom Street
                                   Wilmington, DE  19806

For Asbestos Creditors'            Caplin & Drysdale, Chartered
                                   By:  ELIHU INSELBUCH, ESQ.
                                   399 Park Avenue, 27th Floor
                                   New York, NY  10022

                                   Caplin & Drysdale, Chartered
                                   By:  NATHAN D. FINCH, ESQ.
                                   One Thomas Circle, NW
                                   Washington, DC  20005

For Official Committee of          Bilzin Sumberg Baena Price
Property Damage Claimants:          & Axelrod LLP
                                   By:  SCOTT L. BAENA, ESQ.
                                        JAY M. SAKALO, ESQ.
                                   Wachovia Financial Center
                                   200 South Biscayne Boulevard
                                   Suite 2500
                                   Miami, FL  33131

For Reaud, Morgan & Quinn          Stutzman, Bromberg, Esserman,
and ELG:                            & Plifka, PC
                                   By:  SANDER L. ESSERMAN, ESQ.
                                        VAN J. HOOKER, ESQ.
                                   2323 Bryan Street, Suite 2200
                                   Dallas, TX  75201

For Ad Hoc Committee               Weil, Gotshal & Manges, LLP
of Equity Security-Holders:        By:  JUDY G. Z. LIU, ESQ.
                                        M. JARRAD WRIGHT, ESQ.
                                   1300 Eye Street, NW, Suite 900
                                   Washington, DC 20005

TELEPHONICALLY:

For the FAI Claimants:             The Scott Law Group
                                   By:  DARRELL SCOTT, ESQ.
                                   2712 Middleburg Dr.
                                   P. O. Box 2665
                                   Columbia, SC 29206

3

<u>APPEARANCES</u>: (Cont'd)

For National Union Fire          Zeichner Ellman & Krause LLP
Company:                         By:  MICHAEL S. DAVIS, ESQ.
                                      ROBERT GUTTMAN, ESQ.
                                 575 Lexington Avenue
                                 New York, NY  10022

For Official Committee of        Ferry, Joseph & Pearce, P.A.
Asbestos Property Damage         By:  THEODORE J. TACCONELLI, ESQ.
Claimants:                       824 Market Street
                                 Suite 904
                                 P.O. Box 1351
                                 Wilmington, DE  19899

For Ad Hoc Committee of          The Bayard Firm
Equity Security Holders:         By:  NEIL B. GLASSMAN, ESQ.
                                      STEVEN M. YODER, ESQ.
                                 222 Delaware Avenue, Suite 900
                                 P.O. Box 25130
                                 Wilmington, DE  19899

For David T. Austern,            Phillips, Goldman & Spence, P.A.
Future Claimants Rep:            By:  RICHARD Y. WYRON, JR., ESQ.
                                      ALEX VENEGAS, ESQ.
                                 1200 North Broom Street
                                 Wilmington, DE  19806

For Libby Claimants:             Landis, Rath & Cobb, LLP
                                 By:  KERRI K. MUMFORD, ESQ.

For Fireman's Fund               Stevens & Lee, P.C.
Insurance Company:               By:  THOMAS WHALEN, ESQ.
                                 1107 North Market St., 7th Floor
                                 Wilmington, DE  19801

For the Debtor:                  Kirkland & Ellis, LLP
                                 By:  DAVID MENDELSON, ESQ.
                                 Aon Center
                                 200 East Randolph Drive
                                 Chicago, IL  60601

For William Assire, et al.:      Cooney & Conway
                                 By:  KATHY BYRNE, ESQ.

For Thornton, et al.:            Hogan Firm Attorneys at Law
                                 By:  DANIEL HOGAN

4

<u>APPEARANCES</u> (Cont'd)

| | |
|---|---|
| For Asbestos Personal Injury Claimants: | Shannon Law Firm, LLC<br>By:  KELLEY M. BERRY, ESQ. |
| For Hartley & O'Brien, Luckey & Millins: | Heiman, Gouge & Kaufman, LLP<br>By:  SUSAN E. KAUFMAN, ESQ. |
| For Latigo Partners: | Latigo Partners<br>By:  STEPHEN BLAUNER, ESQ. |
| For Royal Insurance: | Wilson, Elser, Moskowitz Edelman & Dicker, LLP<br>By:  SARAH J. EDWARDS, ESQ.<br>150 E. 42nd Street<br>New York, NY  10017-5639 |
| For Property Damage Claimants: | Speights & Runyan<br>By:  DANIEL A. SPEIGHTS, ESQ.<br>200 Jackson Avenue East<br>Hampton, SC  29924 |
| Roman Catholic Church Archdiocese of New Orleans: | Dies, Henderson & Carona<br>By:  MARTIN DIES, ESQ.<br>1009 Green Avenue<br>Orange, TX  77630 |
| For Tennenbaum Capital: | Tennenbaum Capital Partners, LLC<br>By:  STEPHEN MOYER, ESQ. |
| For Federal Insurance Co.: | Cozen O'Connor<br>By:  DAVID J. LIEBMAN, ESQ.<br>     JACOB C. COHN, ESQ.<br>1900 Market Street<br>Philadelphia, PA  19103 |
| For Linden Advisors, LP: | Linden Advisors, LP<br>By:  CRAIG GILBERG |
| For Future Claimants: | Phillips, Goldman & Spence, P.A.<br>By:  JOHN C. PHILLIPS, JR., ESQ.<br>1200 North Broom Street<br>Wilmington, DE  19806 |
| For Everest Reinsurance Co. & McKinley Ins. Co.: | Crowell & Moring, LLP<br>By:  MARK D. PLVEIN, ESQ.<br>     LESLIE A. EPLEY, ESQ.<br>1001 Pennsylvania Avenue, NW<br>Washington, DC  20004 |

APPEARANCES: (Cont'd):

| | |
|---|---|
| For Everest Reinsurance<br>Co. & McKinley Ins. Co.: | Marks, O'Neill, O'Brien &<br>  Courtney, P.C.<br>By:  BRIAN KASPRZAK, ESQ.<br>913 North Market St., Suite 800<br>Wilmington, DE  19801 |
| For Halcyon Asset<br>Management, LLC: | Halcyon Asset Management, LLC<br>By:  OSCAR MOCKRIDGE, ESQ. |
| Co-Counsel to Libby<br>Claimants: | Cohn, Whitesell & Goldberg, LLP<br>By:  DANIEL C. COHN, ESQ.<br>101 Arch Street<br>Boston, MA  02110 |
| For the State of Montana: | Monzack and Monaco, P.A.<br>By:  FRANCIS MONACO, ESQ.<br>1201 North Orange St., Suite 400<br>P.O. Box 2031<br>Wilmington, DE  19899 |
| For Grace Certain Cancer<br>Claimants: | Montgomery, McCracken, Walker<br>  & Rhoads, LLP<br>By:  NOEL C. BURNHAM, ESQ.<br>    LEONARD BUSBY, ESQ.<br>300 Delaware Avenue, Suite 750<br>Wilmington, DE  19801-1607 |
| For Asbestos Plaintiffs: | Wallace & Graham, PA<br>By:  WILLIAM MARC GRAHAM, ESQ.<br>North Carolina |
| For ACE Insurance Co.: | White & Williams, LLP<br>By:  MARC S. CASARINO, ESQ.<br>824 N. Market Street, Suite 902<br>P.O. Box 709<br>Wilmington, DE  19899-0709 |
| For Continental Casualty: | Ford, Marrin, Esposito,<br>  Witmeyer & Gleser, LLP<br>By:  ELIZABETH DeCRISTOFARO, ESQ.<br>Wall Street Plaza, 23rd Floor<br>New York, NY  10005-1875 |
| U.S. Trustee: | U.S. Trustee Department<br>By:  DAVID KLAUDER |
| For Claimants: | Goldberg, Perksy & White<br>By:  MARK MEYER, ESQ. |

APPEARANCES: (Cont'd)

| | |
|---|---|
| For PD Claimants: | Richardson Patrick Westbrook<br>  & Brickman, LLC<br>By:  EDWARD WESTBROOK, ESQ.<br>1037 Chuck Dawley Blvd., Bldg. A<br>Mount Pleasant, SC  29464 |
| For George & Sipes: | George & Sipes<br>By:  KATHLEEN FARINAS, ESQ.<br>156 East Market Street, Suite 600<br>Indianapolis, IN  46204 |
| Official Committee of<br>Unsecured Creditors: | Duane Morris, LLP<br>By:  MICHAEL R. LASTOWSKI, ESQ.<br>1100 North Market St., Suite 1200<br>Wilmington, DE  19801-1246 |
| For London Market Companies: | Mendes & Mount, LLP<br>By:  ALEXANDER MUELLER, ESQ.<br>750 Seventh Avenue<br>New York, NY  10019-6829 |
| For Reaud, Morgan & Quinn<br>and ELG: | Stutzman, Bromberg, Esserman,<br>  & Plifka, PC<br>By:  DAVID J. PARSONS, ESQ.<br>2323 Bryan Street, Suite 2200<br>Dallas, TX  75201 |
| For Asbestos Claimants<br>& Wellborn Houston, LLP: | Wellborn*Houston, LLP<br>By:  PAUL L. SADLER, ESQ.<br>300 West Main<br>P.O. Box 1109<br>Henderson, TX  75653-1109 |
| For Campbell, Cherry,<br>Harrison, Davis, Dove: | Frank/Gecker, LLP<br>JOSEPH D. FRANK, ESQ.<br>325 N. LaSalle, Suite 625<br>Chicago, IL  60610 |
| For Christopher Grell: | Law Office of Christopher Grell<br>By:  RICHARD F. RESCHO, ESQ.<br>360 22nd Street, Suite 320<br>Oakland, CA  94612 |
| For Asbestos Property Damage | The Brandi Law Firm<br>By:  TERENCE D. EDWARDS, ESQ.<br>44 Montgomery Street, Ste. 1050<br>San Francisco, CA  94104 |

7

APPEARANCES:   (Cont'd)

For Asbestos Property Damage   Bilzin Sumberg Baena Price
Claimants:                         & Axelrod LLP
                                By:  MATTHEW I. KRAMER, ESQ.
                                Wachovia Financial Center
                                200 South Biscayne Boulevard
                                Suite 2500
                                Miami, FL  33131

Also Appearing by Telephone:   JANET WORDBLACK, ESQ.

1 remaining claims, even before we get to other motions, which I
2 haven't yet described, we're talking about out of the
3 remaining, let's see, 160, 270, approximately 330 claims, 100
4 of those would be subject -- these are all claims that are
5 subject to summary judgment motions, even before we get to the
6 gateway objections that are scheduled to be heard in the next
7 year.

8       So we expect that Your Honor will have before you on
9 paper motion practice that goes to the bulk of the remaining
10 traditional property damage claims.  With respect to ZAI, that
11 matter has been fully briefed and it's under submission to Your
12 Honor.  I know Your Honor --

13      THE COURT:  And I'm hoping by next week you might
14 actually get an opinion.

15      MR. BERNICK:  Okay.  Well, that would be very, very
16 useful.  That causes me to reflect a little bit on where the
17 criminal case stands, and I know that that's been a matter
18 that's been brought to Your Honor's attention before.  And I'm
19 not going to go through the details of all the different
20 rulings that have taken place.

21      Enough said that Judge Malloy has issued a series of
22 rulings on in limine motions, as well as on motions that have
23 gone to the indictment.  And the result of that, for example,
24 of interest in the case of Libby is of the ATSDR study, which
25 is a study that purported to survey effects within the

**J&J COURT TRANSCRIBERS, INC.**

1  population, has now been excluded as not being relevant to the

2  issue of causation because it wasn't designed for that purpose.

3        There are new studies that have now come out and been

4  produced under a motion by the government.  The government has

5  now taken an appeal from the Court's recent rulings with

6  respect to one of the accounts.  The trial that was scheduled

7  to go forward literally today or this week has now been stayed,

8  and the prosecution by the government in their appeal to the

9  Ninth Circuit.

10        So that case currently is on hold, but there's a lot

11  of -- there's a lot that's emerged in connection with that case

12  that is of consequence.  So progress, a lot of progress has

13  been made on ED, on ZAI.  We then come to personal injury,

14  which is after all, the major event we have.

15        We already know that the claim's history that

16  prompted the filing of the case has little, if any,

17  relationship to actual legal liability -- and I'm talking again

18  about our basic Speights here -- that has now been established

19  really by the admission of the asbestos claimants' own expert

20  in this case, Dr. Peterson.

21        Dr. Peterson was clear, we had the opportunity to

22  examine him in the Babcock and Wilcox case, that this trend

23  that you see is not a trend that represents the actual disease

24  caused by any company's asbestos.  It doesn't even purport to

25  measure that.  No epidemiological model determines the number

**J&J COURT TRANSCRIBERS, INC.**



275

1  on an exercise of objecting to thousands of claims, some of

2  which will end up not being claims that they needed to object

3  to, so.

4           MR. BERNICK:  And we'll --

5           THE COURT:  Well, look.  I think, Mr. Phillips, that

6  it's going to be a moot point, because to the extent the claim

7  -- the entities have 1800 and 14,000 and 800 claims and they're

8  trying to supplement information, the likelihood that it's

9  going to get done in 30 days and that I'm not going to be asked

10 to give at least some other additional period of time isn't too

11 high.  It's going to require more time.  I don't think it's

12 going to be a problem.

13          MR. PHILLIPS:  Okay.  Okay.  Thank you, Your Honor.

14          THE COURT:  Thank you.  All right.  Anybody else?

15 Okay, Mr. Bernick, take a stab at the order, circulate it to

16 everyone.  I'll take it on a certification of counsel.

17          MR. BERNICK:  Thank you.

18          THE COURT:  Thank you.

19          ALL COUNSEL:  Thank you, Your Honor.

20     (Whereupon, at 5:30 p.m., the hearing in the above-

21 entitled matter was adjourned.)

22                        --oOo--

23

24

25

                    **J&J COURT TRANSCRIBERS, INC.**