# ATTACHMENT G

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

- - -

IN RE:                          : CIVIL ACTION NO. 06-689
                                :
                                :
                                :
                                :
                                :
                                :
                                :
                                : Philadelphia, Pennsylvania
W.R. GRACE & COMPANY,           : March 5, 2007
et al.                          : 4:02 p.m.

- - -

TRANSCRIPT OF HEARING
BEFORE THE HONORABLE RONALD L. BUCKWALTER
UNITED STATES DISTRICT JUDGE

- - -

APPEARANCES:

For the Debtor:        DAVID M. BERNICK, ESQUIRE
W.R. Grace             Kirkland & Ellis LLP
& Co., et al:          Citigroup Center
                       153 East 53rd Street
                       New York, NY    10022


For the                EDWARD J. WESTBROOK, ESQUIRE
ZAI Claimants:         Richardson, Patrick,
                       Westbrook, Brinkman, LLC
                       1037 Chuck Dawley Boulevard
                       Building A
                       P.O. Box 1007
                       Mount Pleasant, SC    29464

plaintiffs.  She excluded that really on the --

THE COURT:    They are not really arguing that
so much -- I do not think -- I mean -- I think --

MR. BERNICK:    Well, what I am going to say
to Your Honor, is none of the things that were excluded
-- they have not taken issue -- and said that -- on
Daubert grounds.  I do not see them saying that there
is an issue about the Daubert filter.  Why?    Because,
the principle thing that she did not exclude was -- and
now we are going to go to the motion for summary
judgment -- because now she carries through the same
issue, unreasonable risk -- that is her test --
unreasonable.

Now, what did she weigh and balance?    Well,
there was on -- I am going to write small now -- on the
defense side there was the ATSDR -- that was the kind
of medical survey of people living in Libby that did
not turn up -- who had homes with ZAI in them and did
not turn up any pattern of their being illness.  So,
the defense had that study.

Now, she pointed out that the plaintiffs did
not have epidemiology, so that was too bad.  It is not
on that basis that her decision turned.  What did the
plaintiffs have that came through the filter?    They
had the air data.    Where they had gone and gathered up