# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:                              .    Chapter 11
                                   .
W.R. GRACE & CO., *et al.,*         .    Case No. 01-01139(JKF)
                                   .    (Jointly Administered)
            Debtors.               .
                                   .    Jan. 23, 2007 (10:18 a.m.)
                                   .    (Wilmington)


TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY COURT JUDGE


Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

1    documents.  So, that's -

2         MR. FINCH: Yes, I suspect that these are the

3    documents listed on the privilege log, but I'll turn the

4    podium over to my esteemed colleague, Mr. Bernick, and he can

5    answer the Court's question about that, but the point is,

6    Your Honor, I think the documents are not protected by any

7    privilege.  They're clearly relevant.  The Court should order

8    them to be produced, and we should be able to use them in the

9    depositions, and we should get a witness to tell us about

10   them.

11        THE COURT: Mr. Bernick?

12        MR. BERNICK: At the risk of running into the same

13   problem, if I could use the microphone and . . . (microphone

14   not recording).  I know Your Honor is as anxious as we are to

15   get onto other business, but a lot of things have been said

16   here where hope springs eternal, but the facts don't support

17   the hope.  I think an awful lot of this could have been

18   simply avoided if folks read carefully what the 2005 10k

19   actually says as opposed to what it is that they would hope

20   that it says.  We have estimates that were done prior to the

21   Sealed Air transaction, and these were ARPC estimates, and it

22   is a stunning non-secret that the ARPC in connection with

23   these estimates used an actuarial method.  What they're

24   basically doing is actuarial.  It's not litigation merits or

25   anything.  You're basically taking costs as a number over

1    time.  You trying through actuarial means to project what

2    those costs are going to be assuming that the company stays

3    in the court system, and that is the assumption.  The

4    assumption - not only this stays in the tort system, but the

5    assumption is that nothing changes.  You get an actuarial

6    model.  It's actually run by people who are experts in

7    mathematical modeling that simply says, Based upon the

8    history, what do we expect the cost to be going forward.  So

9    these are done - some of these were produced in the Sealed

10   Air litigation because of the issue of advice of counsel.

11   This was a fraudulent conveyance case and where you have

12   advice of counsel, that's a defense.  So the counsel went out

13   and got advice from a variety of sources including ARPC.  So,

14   in order to defend the fraudulent conveyance claim, some of

15   the air piecing materials were produced and made available

16   and it was all under seal.  This was '98.  Then fast forward

17   to '01, which is the date - the petition date, and there were

18   updates to the ARPC analysis prior to the company going into

19   Chapter 11, and the updates were similar to the earlier

20   versions.   This section - that is these were not produced

21   voluntarily.  They were ordered to be produced by Judge

22   Wolin, and Judge Wolin's order, which I believe we cite in

23   our briefs, and if not, we'll furnish it to the Court,

24   specifically says they were for use only in the litigation

25   and there's no subject matter waiver.  So, with respect to

1  all of these, care was taken that they would only be using

2  that litigation, there was no waiver.  All of these share the

3  common denominators, as counsel well knows, because they've

4  seen them, but they're pure actuarial models and they say

5  right up at the front, we're just assuming that everything

6  stays the same.  The company's in the tort system, that its

7  cost trends historically continue into the future, and we run

8  the models, and out the answer comes.  We now go to 2004, and

9  between '01 and 2004, these models were not updated.  So,

10  what's going to happen in 2004 and then we'll deal with 2005

11  very briefly because it doesn't really add very much to the

12  equation.  Well a new analysis we know is done in 2004

13  because there is a log listing for the analysis in October of

14  '04.  So I'll just put this down here, and I'll actually make

15  it lower because this analysis was a very different kind of

16  analysis.  But all that we know, based upon the record that

17  is there, and it's very clear, is that this analysis was done

18  at the direction of counsel and, as the log states, and as

19  the affidavit from Mr. Shelness (phonetical) states, it was

20  done for purposes of plan formulation and defense of the

21  litigation in this case.  And Your Honor will well recall

22  that there was a very significant development that prompted

23  all of this in 2004, which was that Judge Wolin was recused,

24  and Your Honor said to us, You've got to go file a plan and

25  you've got to be prepared to go basically litigate the merits