# EXHIBIT 10

# FILED UNDER SEAL

{D0082113.1}