# EXHIBIT 12

# FILED UNDER SEAL

{D0082114.1}