# EXHIBIT 13

# FILED UNDER SEAL

{D0082115.1}