IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Related Docket Nos.:_____ |

**ORDER GRANTING THE MOTION OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS AND DAVID T. AUSTERN, THE COURT APPOINTED LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS TO COMPEL TESTIMONY AND DOCUMENT PRODUCTION CONCERNING GRACE'S PRE-PETITION ESTIMATES OF ITS PERSONAL INJURY ASBESTOS LIABILITY**

Upon the motion dated March 28, 2007 (the "Motion") of the Official Committee of Asbestos Personal Injury Claimants and David T. Austern, the Court-appointed legal representative for future asbestos personal injury claimants for the entry of an order, as set forth in the motion, to compel the Debtors to produce documents and deposition discovery concerning Grace's pre-petition estimates of its potential asbestos personal injury liability; and any responses, replies or other filings related thereto; and due and sufficient notice of the Motion having been provided; and upon due deliberation and sufficient cause appearing therefore:

IT IS HEREBY ORDERED THAT:

1. The Motion is hereby granted; and

2. Grace shall produce documents, as well as witnesses to testify, concerning Grace's pre-petition estimates of its potential asbestos personal injury liability and reserve analyses as described in the Motion.

Date: _____, 2007    _____
                                      The Honorable Judith K. Fitzgerald
                                      United States Bankruptcy Judge

{D0082112.1 }