IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Objection Date: April 13, 2007 @ 4:00 p.m.** |
| | ) | **Hearing Date: May 2, 2007 @ 2:00 p.m. in Pittsburgh, PA** |

## NOTICE OF MOTION

TO: All Parties on the Attached List

PLEASE TAKE NOTICE, that on March 28, 2007, the Official Committee of Asbestos Personal Injury Claimants and David T. Austern, the Court appointed legal representative for future asbestos personal injury claimants filed and served the attached **Motion for an Order Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Rule 9018-1(b) Authorizing the Official Committee of Asbestos Personal Injury Claimants and David T. Austern, the Court Appointed Legal Representative for Future Asbestos Personal Injury Claimants, and Directing the Clerk of the Court, to File Under Seal Three Exhibits of the Motion of the Official Committee of Asbestos Personal Injury Claimants and David T. Austern, the Court Appointed Legal Representative for Future Asbestos Personal Injury Claimants to Compel Testimony and Document Production Concerning Grace's Pre-Petition Estimates of its Personal Injury Asbestos Liability** (the "Motion"), with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE, that any responses to the Motion must be in writing and filed with the Bankruptcy Court on or before **April 13, 2007 at 4:00 p.m.**

PLEASE TAKE FURTHER NOTICE, that at the same time, you must also serve a copy of the response upon the undersigned counsel, so that it is received on or before **April 13, 2007 at 4:00 p.m.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**IN THE EVENT THAT ANY OBJECTION OR RESPONSE IS FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, A HEARING ON THE MOTION WILL BE HELD BEFORE THE HONORABLE JUDITH K. FITZGERALD AT THE UNITED STATES BANKRUPTCY COURT, 5414 U.S. STEEL TOWER, 600 GRANT**

**STREET, PITTSBURGH, PA 15219.**

Dated: March 28, 2007

| CAMPBELL & LEVINE, LLC | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|---|---|
| */S/ Mark Hurford*  <br>Marla R. Eskin (DE ID No. 2989)  <br>Mark T. Hurford (DE ID No. 3299)  <br>800 King Street, Suite 300  <br>Wilmington, DE 19801  <br>Telephone: (302) 426-1900 | */S/ Debra Felder*  <br>Roger Frankel  <br>Richard H. Wyron  <br>Raymond G. Mullady, Jr.  <br>Debra L. Felder  <br>3050 K Street, NW  <br>Washington, DC 20007  <br>Telephone: (202) 339-8400 |
| - and – | |
| Elihu Inselbuch  <br>CAPLIN & DRYSDALE, CHARTERED  <br>375 Park Avenue, 35th Floor  <br>New York, NY 10152-3500  <br>Telephone: (212) 319-7125 | John Ansbro  <br>ORRICK, HERRINGTON & SUTCLIFFE LLP  <br>666 Fifth Avenue  <br>New York, N.Y. 10103-0001  <br>Telephone: (212) 506-5000 |
| Nathan D. Finch  <br>Walter B. Slocombe  <br>Adam L. VanGrack  <br>CAPLIN & DRYSDALE, CHARTERED  <br>One Thomas Circle, NW  <br>Washington, DC 20005  <br>Telephone: (202) 862-5000 | - and –  <br><br>John C. Phillips, Jr. (#110)  <br>PHILLIPS, GOLDMAN & SPENCE, P.A.  <br>1200 North Broom Street  <br>Wilmington, DE 19806  <br>Telephone: (302) 655-4200 |
| *Counsel for the Official Committee of Asbestos Personal Injury Claimants* | *Counsel for David T. Austern, Future Claimants' Representative* |