# EXHIBIT A

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | Case No. 01-01139 (JKF) |
| W.R. Grace & Co., et al., ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

**ORDER DISALLOWING AND EXPUNGING**
**PROPERTY DAMAGE CLAIM**

WHEREAS the Debtors and the Speights & Runyan law firm have stipulated and agreed that the property damage claim filed on behalf of Toronto District School Board - Roden Jr. High (Claim No. 12315) shall be withdrawn and expunged,

IT IS HEREBY ORDERED:

Property damage claim filed on behalf of Toronto District School Board - Roden Jr. High (Claim No. 12315) is hereby withdrawn and expunged.

Dated: March ____, 2007

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

2