# EXHIBIT B

## In re: W.R. GRACE & CO., et al
## OMNIBUS : EXHIBIT B - PARTIALLY SATISFIED POSTPETITION CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 1 | DELL RECEIVABLES, LP<br>C/O MS SABRINA STREUSSAND<br>HUGHES & LUCE, LLP<br>111 CONGRESS AVE STE 900<br>AUSTIN, TX  78701-4043 | 849 | $64,918.34<br>$73,791.94 | (P)<br>(U) | $0.00<br>$109,049.79 | (P)<br>(U) | REDUCED IN THE AMOUNT CORRESPONDING TO PAYMENTS MADE POST-PETITION ON 07/18/2001 (CHECK # 310975) AND 05/02/2001 (CHECK # 50887, # 50886); NO BASIS FOR PRIORITY CLAIM. |
| 2 | RELIANT ENERGY HL&P<br>PO BOX 1700<br>HOUSTON, TX  77001 | 131 | $13,831.70 | (U) | $4,317.82 | (U) | PAYMENT MADE POST-PETITION ON 06/13/2001 (CHECK # 307332). |
| 3 | TRANSCAT<br>C/O COMMERCIAL COLLECTION CORP OF NY<br>PO BOX 740<br>BUFFALO, NY  14217 | 208 | $1,762.97 | (U) | $849.07 | (U) | PAYMENTS MADE POST-PETITION ON 04/10/2001 (CHECK # 4415), 05/01/2001 (EDI # 2000007450), AND 05/24/2001 (EDI # 2000009360, EDI # 2000009551). |
| | | Totals: | $64,918.34<br>$89,386.61 | (P)<br>(U) | $0.00<br>$114,216.68 | (P)<br>(U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative    (S) - Secured
                                                                                                                (P) - Priority           (U) - Unsecured