# EXHIBIT A

## In re: W.R. GRACE & CO., et al
## OMNIBUS 22: EXHIBIT A - NO LIABILITY CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | GALLET DREYER & BERKEY LLP<br>C/O DAVID L BERKEY ESQ<br>GALLET DREYER & BERKEY LLP<br>845 THIRD AVENUE<br>NEW YORK, NY 10022 | 01-01139<br>W.R. GRACE & CO. | 35 | $17,851.69 | (U) | NO LIABILITY - DEBTOR HAS NO RECORD OF THIS LIABILITY. |
| 2 | GENERAL ELECTRIC CAPITAL BUSINESS ASSET<br>C/O CONRAD K CHIU ESQ<br>PITNEY HARDIN KIPP & SZUCH LLP<br>685 THIRD AVE<br>NEW YORK, NY 10017 | 01-01139<br>W.R. GRACE & CO. | 4071 | $3,151.38 | (U) | NO LIABILITY - DEBTOR HAS NO RECORD OF THIS LIABILITY. |
| 3 | HEARTHSIDE RESIDENTIAL CORP<br>C/O ALLAN H ICKOWITZ ESQ<br>NOSSAMAN GUTHNER KNOX & ELLIOTT LLP<br>445 S FIGUEROA ST, 31ST FLR<br>LOS ANGELES, CA 90071 | 01-01180<br>W.R. GRACE LAND CORPORATION | 7035 | UNKNOWN | (U) | NO LIABILITY - DEBTOR HAS NO RECORD OF THIS LIABILITY. |
| 4 | MICHIGAN DEPT OF TREASURY REVENUE DIV<br>PO BOX 30456<br>LANSING, MI 48909-7955 | 01-01140<br>W.R. GRACE & CO.-CONN. | 17607 | $3,553.55 | (A) | NO LIABILITY. POST-PETITION CLAIM FOR TAX PERIOD ENDING JUNE 2005; AMOUNT HAS BEEN PAID. |
| 5 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 01-01139<br>W.R. GRACE & CO. | 17757 | $50.00 | (A) | NO LIABILITY - POST-PETITION CLAIM THAT AROSE ON 02/29/2004; PAID IN FULL BY THE DEBTOR. |
| 6 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 01-01140<br>W.R. GRACE & CO.-CONN. | 17769 | $24,021.84 | (A) | NO LIABILITY - ASSESSMENTS ARE INCORRECT. |
| 7 | OCCIDENTAL PERMIAN LTD FKA ALTURA ENERGY LTD<br>C/O JOHN W HAVINS<br>1001 MCKINNEY, SUITE 500<br>HOUSTON, TX 77002 | 01-01140<br>W.R. GRACE & CO.-CONN. | 7018 | $318,984.73 | (U) | NO LIABILITY. PRODUCT DAMAGED AS A RESULT OF THE CREDITOR`S MISUSE OF THE SAME; NO FAULT OF THE DEBTOR. |
| 8 | PALEY ROTHMAN ET AL<br>ATTN: ROBERT MACLAY & KAREN MOORE<br>4800 HAMPDEN LANE 7TH FLOOR<br>BETHESDA, MD 20814 | 01-01140<br>W.R. GRACE & CO.-CONN. | 95 | $888.41 | (U) | NO LIABILITY - DEBTOR HAS NO RECORD OF THIS LIABILITY. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative (S) - Secured
(P) - Priority (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO., et al
## OMNIBUS 22: EXHIBIT A - NO LIABILITY CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 9 | RYDER SHARED SERVICES CENTER<br>M/S2868<br>6000 WINDWARD PKWY<br>ALPHARETTA, GA 30005 | 01-01139<br>W.R. GRACE & CO. | 115 | $29,475.11 | (U) | NO LIABILITY - PAYMENT MADE ON 09/02/2004; CREDITOR HAS ACKNOWLEDGED NO LIABILITY. |
| 10 | SIGNAL LANDMARK<br>C/O ALLAN H ICKOWITZ ESQ<br>NOSSAMAN GUTHNER KNOX & ELLIOTT LLP<br>445 S FIGUEROA ST, 31ST FLR<br>LOS ANGELES, CA 90071 | 01-01180<br>W.R. GRACE LAND CORPORATION | 7034 | UNKNOWN | (U) | NO LIABILITY - DEBTOR HAS NO RECORD OF THIS LIABILITY. |
| 11 | STATE OF GEORGIA<br>DEPARTMENT OF REVENUE<br>P.O. BOX 161108<br>ATLANTA, GA 30321<br>USA | 01-01140<br>W.R. GRACE & CO.-CONN. | 17048 | $65,198.00<br>$10,489.00 | (P)<br>(U) | NO LIABILITY - DEBTOR HAS NO RECORD OF THIS LIABILITY. |
| | | | **Totals:** | $27,625.39<br>$65,198.00<br>$380,840.32 | (A)<br>(P)<br>(U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative (S) - Secured
**(P) - Priority (U) - Unsecured**

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.