# EXHIBIT B

## In re: W.R. GRACE & CO., et al
## OMNIBUS 22: EXHIBIT B - INSUFFICIENT DOCUMENTATION CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | AMERICAN 1ST CU<br>C/O CORY W THOMPSON<br>BOX 446<br>HUNTSVILLE, UT 84317 | 01-01140<br>W.R. GRACE & CO.-CONN. | 2446 | $4,000.00 | (S) | DOCUMENTATION NOT SUFFICIENT TO SUPPORT THE CLAIM. |
| 2 | GENERAL ELECTRIC CAPITAL BUSINESS ASSET<br>C/O CONRAD K CHIU ESQ<br>PITNEY HARDIN KIPP & SZUCH LLP<br>685 THIRD AVE<br>NEW YORK, NY 10017 | 01-01139<br>W.R. GRACE & CO. | 4071 | $3,151.38 | (U) | DOCUMENTATION NOT SUFFICIENT TO SUPPORT THE CLAIM. |

| | Totals: | | |
|---|---|---|---|
| | | $4,000.00 | (S) |
| | | $3,151.38 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgment by the Debtors that such classification is correct or appropriate.