# EXHIBIT C

## In re: W.R. GRACE & CO., et al
## OMNIBUS 22: EXHIBIT C - REDUCE AND ALLOW CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 1 | CATERPILLAR FINANCIAL SERVICES CORP<br>LEGAL DEPT<br>2120 WEST END AVE<br>NASHVILLE, TN 37203 | 53 | $650,489.45 | (S) | $650.31 | (S) | CREDITOR HAS ACKNOWLEDGED THAT THIS IS THE ONLY AMOUNT DUE. |
| 2 | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF AT&T<br>411 W PUTNAM AVE STE 225<br>ATTN ALPA JIMENEZ<br>GREENWICH, CT 06830 | 15444 | $903,636.85 | (U) | $371,542.05 | (U) | CREDITOR HAS ACKNOWLEDGED THAT THIS IS THE ONLY AMOUNT DUE. |
| 3 | COOK COUNTY TREASURER<br>LAW DEPT<br>118 N CLARK ST ROOM 212<br>CHICAGO, IL 60602 | 707 | $455,006.45 | (S) | $308,656.77 | (S) | PAYMENTS MADE POST-PETITION ON 02/06/2002 (CHECK # 27524), 02/13/2002 (CHECK # 333506), AND 02/13/2002 (CHECK # 333507). |
| 4 | SPARTANBURG COUNTY TAX COLLECTOR<br>ATTN JEAN R JAMESON<br>PO BOX 3060<br>SPARTANBURG, SC 29304 | 15438 | $5,074.88 | (S) | $4,152.07 | (S) | PENALTY DEDUCTED FROM THE CLAIM. |
| | Totals: | | $1,110,570.78<br>$903,636.85 | (S)<br>(U) | $313,459.15<br>$371,542.05 | (S)<br>(U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured