# EXHIBIT D

## In re: W.R. GRACE & CO., et al
## OMNIBUS 22: EXHIBIT D - RECLASSIFY, REDUCE, AND ALLOW CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 1 | IOS CAPITAL<br>BANKRUPTCY ADMIN<br>PO BOX 13708<br>MACON, GA 31208-3708 | 7 | $47,234.27<br>$402.50 | (A)<br>(U) | $0.00<br>$2,605.13 | (A)<br>(U) | POST-PETITION LEASE OBLIGATIONS WERE PAID POST-PETITION. |
| | | Totals: | $47,234.27<br>$402.50 | (A)<br>(U) | $0.00<br>$2,605.13 | (A)<br>(U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured