# EXHIBIT E

## In re: W.R. GRACE & CO., et al
## OMNIBUS 22: EXHIBIT E - RECLASSIFY CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 1 | AMERICAN 1ST CU<br>C/O CORY W THOMPSON<br>BOX 446<br>HUNTSVILLE, UT  84317 | 2446 | $4,000.00 | (S) | not applicable | (U) | NO BASIS FOR SECURED CLAIM STATUS. |
| | | **Totals:** | $4,000.00 | (S) | not applicable | (U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative    (S) - Secured
                                                                                                                 (P) - Priority          (U) - Unsecured