**EXHIBIT A**

# WR Grace

Bankruptcy Form 10

Index Sheet

SR00000867

| Claim Number: 00015370 | Receive Date: 02/27/2004 |

## Multiple Claim Reference

| Claim Number | ☐ MMPOC | Medical Monitoring Claim Form |
| | ☐ PDPOC | Property Damage |
| | ☐ NAPO | Non-Asbestos Claim Form |
| | ☐ | Amended |

| Claim Number | ☐ MMPOC | Medical Monitoring Claim Form |
| | ☐ PDPOC | Property Damage |
| | ☐ NAPO | Non-Asbestos Claim Form |
| | ☐ | Amended |

## Attorney Information

Firm Number:              Firm Name:

Attorney Number:          Attorney Name:

Zip Code:

Cover Letter Location Number:

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| ☐ TBD | ☐ TBD | ☐ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| | ☐ Other Attachments | |
| **Other** | ☐ Non-Standard Form | |
| | ☒ Amended | |
| | ☐ Post-Deadline Postmark Date | |

Box/Batch: WRBF0051/WRBF0203                Document Number: WRBF010143

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF REVENUE

PROOF-OF-CLAIM FOR MASSACHUSETTS TAXES

DOCKET #: <u>01-01140 JKF</u>
PETITION DATE: <u>04/02/01</u>  CHAPTER 11
I.D.#: <u>135-114-230</u>

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF <u>DELAWARE</u>

IN THE MATTER OF: <u>W R GRACE & CO. - CONN</u>.

- [ ] IN PROCEEDINGS FOR AN ARRANGEMENT UNDER CHAPTER 11.
- [ ] AMENDED PROOF-OF-CLAIM IN ADDITION TO CLAIM(S) FILED _____.
- [x] AMENDED PROOF-OF-CLAIM TO SUPERSEDE CLAIM(S) FILED <u>08/11/2003</u>.

1. THE UNDERSIGNED, A DULY AUTHORIZED AGENT OF THE COMMISSIONER OF REVENUE FOR THE COMMONWEALTH OF MASSACHUSETTS, FILES THIS PROOF-OF-CLAIM FOR UNPAID MASSACHUSETTS TAXES INCLUDING INTEREST AND PENALTIES CALCULATED TO THE PETITION DATE.

2. TAX PERIODS ARE MARKED BY AN ASTERISK (*) IF THE COMMISSIONER'S RECORDS INDICATE THAT NO TAX RETURN HAS BEEN FILED FOR THAT PERIOD. THE AMOUNTS SHOWN FOR THOSE PERIODS ARE EITHER ESTIMATES OR "UNKNOWN" AS INDICATED.

3. THE AMOUNT(S) LISTED ON THIS PAGE ARE A SUMMARY OF THE AMOUNT(S) DUE FOR EACH CLASS OF CLAIM AS IDENTIFIED IN ITEMS A, B, AND C BELOW.

---

A. <u>SECURED CLAIMS</u> (NOTICE OF MASSACHUSETTS TAX LIEN HAVING BEEN FILED PURSUANT TO GL CHAPTER 62C SECTION 50):

TOTAL: $_____

**POST-PETITION INTEREST MAY BE PAYABLE** (SEE 11U.S.C. SECTION 506(b); IN THE EVENT THAT ADEQUATE PROTECTION IS ALLOWED, CLAIMS WILL BE ADJUSTED ACCORDINGLY;).

---

B. <u>UNSECURED PRIORITY CLAIMS</u> UNDER 507(a)(8) OF THE BANKRUPTCY CODE:

TOTAL: <u>$34,805,361.23</u>

---

C. <u>UNSECURED GENERAL CLAIMS</u>:

TOTAL: <u>$0.00</u>

---

4. TO THE EXTENT THAT POST-PETITION INTEREST AND PENALTIES ARE NON-DISCHARGEABLE AND REMAIN UNPAID, THEY MAY BE COLLECTIBLE FROM THE DEBTOR OR FROM ANY OTHER LIABLE ENTITY.

AUTHORIZED SIGNATURE: *[signature]*  DATE: <u>February 24, 2004</u>
WILLIAM F. CONNOR, SUPERVISOR, BANKRUPTCY UNIT, MDOR

DIRECT ALL QUESTIONS AND CORRESPONDENCE CONCERNING THIS CLAIM TO:

**ANNE CHAN**, TAX EXAMINER
BOX 9564, BOSTON, MA 02114-9564
DESK #:(617)626-3869 ; FAX #:(617)626-3796

REC'D FEB 27 2004

WR Grace   BF.51.203.10143
**00015370**
SR=867

## MDOR PRIORITY / GENERAL UNSECURED PROOF-OF-CLAIM

DISTRICT OF:    DELAWARE                                    DOCKET #:    01-01140 JKF
IN THE MATTER OF: W R GRACE & CO. - CONN.
CHAPTER 11 BANKRUPTCY
PETITION DATE:    04/02/01                                  TAX I.D.#:    135-114-230

TAX TYPE SYMBOLS:    WH = WITHHOLDING;  ST = SALES ;  MT = MEALS;  RO = ROOM OCCUPANCY
                     IT = INCOME;  CP = CORPORATE EXCISE;  SP. F. = SPECIAL FUELS;
                     O=SERVICES  PU = PUBLIC UTILITY

| TAX TYPE | PERIOD ENDING | DATE TAX ASSESSED | TAX | INTEREST TO PETITION DATE | BALANCE DUE | UNSECURED CLAIM PENALTY |
|---|---|---|---|---|---|---|
| WH | Dec 00 | 03/06/01 | $0.00 | $327.92 | $327.92 | $0.00 |
| CP | 12/31/91 | 11/09/02 | $875,318.00 | $1,286,750.29 | $2,162,068.29 | $0.00 |
|  | 12/31/92 | " | $547,776.00 | $616,416.09 | $1,164,192.09 | $0.00 |
|  | 12/31/93 | " | $405,539.00 | $328,614.93 | $734,153.93 | $0.00 |
| ** CP | 12/31/94 | AUDIT PENDING | $6,332,861.00 * | $5,955,007.00 | $12,287,868.00 | $0.00 |
|  | 12/31/95 | " | $1,500,000.00 * | $1,091,933.00 | $2,591,933.00 | $0.00 |
|  | 09/30/96 | " | $2,563,337.00 * | $1,510,286.00 | $4,073,623.00 | $0.00 |
|  | 12/31/96 | " | $1,250,000.00 * | $680,963.00 | $1,930,963.00 | $0.00 |
|  | 12/31/97 | " | $5,479,959.00 * | $2,063,885.00 | $7,543,844.00 | $0.00 |
|  | 03/31/98 | " | $10,000.00 * | $33,963.00 | $43,963.00 | $0.00 |
|  | 12/31/98 | " | $114,500.00 * | $27,259.00 | $141,759.00 | $0.00 |
|  | 12/31/99 | " | $1,909,950.00 * | $220,716.00 | $2,130,666.00 | $0.00 |

** CORPORATE EXCISE TAX      AUDIT IS BEING CONDUCTED,
(12/31/94 THRU 12/31/00)     TAX AMOUNTS ARE NOT FINAL.

TOTAL THIS PAGE:      $20,989,240.00    $13,816,121.23    $34,805,361.23    $0.00

SUMMARY TOTAL:    $34,805,361.23    $0.00

PAGE 1 OF 1



**Alan L. LeBovidge**
Commissioner

Thomas K. Condon
Acting Bureau Chief

*The Commonwealth of Massachusetts*
*Department of Revenue*
*Litigation Bureau - Bankruptcy Unit*
*Offices: 100 Cambridge Street, 7th Floor*
*Boston, Massachusetts 02114*
*All Mail To: Box 9564, Boston, MA 02114-9564*
*MAIN #617 626-3875 – FAX #617 626-3796*

February 24, 2004

Rust Consulting, Inc.
Claim Processing Agent
Re: W. R. Grace & Co
P.O. Box 1620
Faribault, MN 55021-1620

Dear Sir/Madam:

Please filed the enclosed proof (s)-of-claim in the matter of:

DEBTOR:   **W R Grace & Co. – Conn.**
F.I.D. #:    **135-114-230**
DOCKET #:  **01-01140 JKF**

**Please date-stamp and return the attached copy in the enclosed self-addressed envelope. Thank you.**

Enclosure: Claim (s)

Sincerely,

Anne Chan
Tax Examiner
Bankruptcy Unit
(617) 626-3869

REC'D FEB 27 2004