## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: April 18, 2007** |
| | ) | **Hearing Date: TBD only if necessary** |

### SUMMARY OF THE APPLICATION OF WILLIAM D. SULLIVAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM FEBRUARY 1, 2007 THROUGH FEBRUARY 28, 2007

| | |
|---|---|
| Name of Applicant: | William D. Sullivan, LLC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002[1] |
| Period for which compensation and Reimbursement is sought: | February 1, 2007 through February 28, 2007 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 1,102.50 |
| Amount of Expenses Reimbursement: | $ 33.66 |

This is a: X monthly    _ quarterly    _ final application

Prior Application filed: Yes.

---

[1] William D. Sullivan presently serves as Delaware Counsel to the ZAI Claimants, through the firm of William D. Sullivan, LLC. Mr. Sullivan was designated as Delaware Counsel to the ZAI Claimants by Edward Westbrook, Lead Counsel to the ZAI Claimants, pursuant to the ZAI Claimants' Revised Special Counsel Designation and Litigation Budget for the ZAI Science Trial (D.I. 2508). The ZAI Claimants Revised Designation was approved by the Court by Order dated August 26, 2002 (D.I. 2617). Mr. Sullivan was previously employed by the firms of Elzufon Austin Reardon Tarlov and Mondell (through September 20, 2004) and Buchanan Ingersoll (September 20, 2004 through July 21, 2006). Those firms are no longer involved in the representation of the ZAI Claimants.

This is the third application of William D. Sullivan, LLC ("Sullivan") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case. The status of previous applications filed by Sullivan is set forth below:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/3/06 | 7/24/06-8/31/06 | $1,950.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/3/06 | 9/1/06-9/30/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 10/1/06-10/31/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 11/1/06-11/30/06 | $3,330.00 | $329.52 | No objections served on counsel | No objections served on counsel |
| 3/12/07 | 12/1/06-12/31/06 | $7,702.50 | $863.59 | Pending | Pending |
| 3/12/07 | 1/1/06-1/31/07 | $7,248.75 | $13.92 | Pending | Pending |

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Sullivan attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 17 | Bankruptcy | $300.00 | 3.6 | $1,080.00 |
| Elihu E. Allinson | Associate | 10 | Bankruptcy | $225.00 | 0.1 | $55.50 |
| | | TOTALS | | | 3.7 | $1,102.5 |

No paraprofessional rendered professional services in these cases during the Fee Period.

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications | 1.2 | $360.00 |
| 20-Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 2.5 | $742.5 |
| TOTALS | 3..7 | $1,102.50 |

11 - Fee Applications, Applicant

| Description | Amount |
|---|---|
| Outside Copying and Messenger Service | $0.00 |

2

| Copying - In-house ($0.07 per page) | $0.00 |
| Postage for Certificate of No Objection | $33.66 |
| On-line Search Service (CM/ECF) | $0.00 |
| Total | $33.66 |

Dated: March 29, 2007
       Wilmington, Delaware

**WILLIAM D. SULLIVAN, LLC**

/s/ William D. Sullivan
_____
William D. Sullivan (No. 2820)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195

Delaware Counsel for the ZAI Claimants

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: April 18, 2007** |
| | ) | **Hearing Date: TBD only if necessary** |

**FEE DETAIL FOR THE APPLICATION OF WILLIAM D. SULLIVAN, LLC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM
<u>FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006</u>**

# William D Sullivan, LLC

4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel: (302) 428-8191
Fax:(302) 428-8195

Tax ID # 20-5238500

William Sparks
W.R. Grace & Co.
7500 Grace Dr.
Columbia MD 21044

March 20, 2007
Invoice #    10116

**In Reference To:**   W.R. Grace - ZAI Claimants
C.A. 01-01139 (JKF)

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/2/2007 | WDS | Telephone conversation with counsel for Canadian ZAI Claimants re: status conference issues | 0.20 | 60.00 |
|  | WDS | Review docket; review Order confirming bankruptcy Court Exclusivity decision; forward to co-counsel | 0.40 | 120.00 |
| 2/5/2007 | WDS | Correspondence with co-counsel re: agreement to postpone status conference; recalendar | 0.20 | 60.00 |
| 2/6/2007 | WDS | Review Order issued by Court | 0.10 | 30.00 |
| 2/7/2007 | WDS | Review and approve for filing the October, November and December 2006 fee applications for Scott Law Group | 0.50 | 150.00 |
| 2/9/2007 | WDS | Correspondence with counsel for Canadian claimants re: continuation of status conference | 0.10 | 30.00 |
| 2/15/2007 | WDS | Review miscellaneous pleadings | 0.30 | 90.00 |
| 2/21/2007 | WDS | Review Order changing hearing date; correspondence with co-counsel re: preparation for hearing | 0.50 | 150.00 |
|  | EEA | Monitor e-mail discussion with co-counsel re: hearing; calendar critical dates | 0.10 | 22.50 |
| 2/22/2007 | WDS | Review asbestos status reports on P.I. liabilities | 0.30 | 90.00 |
| 2/26/2007 | WDS | Review agenda for hearing; correspondence with counsel for Debtors re: same | 0.30 | 90.00 |
| 2/27/2007 | WDS | Review docket; review and approve Certificates of No Objection for William D. Sullivan, LLC fee applications | 0.40 | 120.00 |

ZAI Claimants												Page    2

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 2/28/2007 | WDS | Review and file Certificates of No Objection for Scott Law Group pending fee applications (July through December) | 0.30 | 90.00 |
|  |  | For professional services rendered | 3.70 | $1,102.50 |
|  |  | Additional Charges : |  |  |
| 2/27/2007 |  | William D. Sullivan, LLC service of October thru November 2006 Certificate of No Objection |  | 10.71 |
| 2/28/2007 |  | Scott Law Group service of July thru December 2006 Certificate of No Objection |  | 22.95 |
|  |  | Total additional charges |  | $33.66 |
|  |  | Total amount of this bill |  | $1,136.16 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| William D Sullivan | 3.60 | 300.00 | $1,080.00 |
| Zeke Allinson | 0.10 | 225.00 | $22.50 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: April 18, 2007** |
| | ) | **Hearing Date: TBD only if necessary** |

### VERIFICATION OF THE APPLICATION OF WILLIAM D. SULLIVAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM FEBRUARY 1, 2006 THROUGH FEBRUARY 28, 2006

I, William D. Sullivan, do hereby verify the following with respect to the Application Of William D. Sullivan, LLC ("Sullivan") For Compensation For Services And Reimbursement Of Expenses As ZAI Local Counsel For The Interim Period From February 1, 2006 Through February 28, 2006:

1. I am an attorney with the applicant law firm, William D. Sullivan, LLC, admitted to appear before this Court.

2. I personally performed many of the legal services for which Sullivan is seeking interim compensation and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the other Sullivan attorneys for whose work compensation is being sought.

3. I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I am familiar with Del.Bankr.L.R. 2016-2 and have reviewed the Court's *Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members*, signed April 17,

2

2002, and believe that the foregoing application substantially complies with Rule 2016-2 and the Order.

Dated: March 29, 2007

/s/ William D. Sullivan

William D. Sullivan (No. 2820)
William D. Sullivan, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195