```
alp_132rc: Client Analysis Sheet              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE   1
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/20/07 11:47:07                Work Thru : 02/28/07
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE
```

| Matter Number | Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 00007 | REORGANIZATION PLAN | 0.00 | 0.00 | 29.00 | 29.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00008 | FEE APPLICATIONS, APPLIC | 0.00 | 0.00 | 30.67 | 30.67 | BENTLEY PHILIP - 02495 | | M | B |
| 00012 | CLAIM ANALYSIS OBJECTION | 0.00 | 0.00 | 3,373.41 | 3,373.41 | BENTLEY PHILIP - 02495 | | M | B |
| 00019 | HEARINGS | 0.00 | 0.00 | 537.81 | 537.81 | BENTLEY PHILIP - 02495 | | M | B |
| 00028 | TRAVEL\NON-WORKING | 0.00 | 0.00 | 559.05 | 559.05 | BENTLEY PHILIP - 02495 | | M | B |
| | Client Total | 0.00 | 0.00 | 4,529.94 | 4,529.94 | | | | |

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

```
alp_132c: Billed Charges Analysis          KRAMER LEVIN NAFTALIS & FRANKEL LLP                    PAGE    2
                                                *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/20/2007 11:47:06

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

      B I L L E D   C O S T S   S U M M A R Y --------------- Total Billed ----------------
Code  Description                              Oldest        Latest         Total
                                               Entry         Entry          Amount

      B I L L E D   C O S T S   S U M M A R Y --------------- Total Billed ----------------
Code  Description                              Oldest        Latest         Total
                                               Entry         Entry          Amount


0820  PHOTOCOPYING                             02/06/07      02/27/07             71.25
0841  RESEARCH SERVICES                        02/08/07      02/08/07             14.00
0842  DOCUMENT PREP.                           02/23/07      02/23/07             20.00
0930  MESSENGER/COURIER                        02/02/07      02/02/07             10.67
0940  CAB FARES                                02/06/07      02/21/07            152.00
0950  OUT-OF-TOWN TRAVEL                       02/20/07      02/27/07          1,421.81
0980  TRANSCRIPT FEES                          02/08/07      02/28/07          2,840.21

          Total                                                               4,529.94

          Grand Total                                                         4,529.94
```

```
alp_132c: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    1
                                                           *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/20/2007 11:46:52

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions:
-----------------------------------------------------------------------------------------------------------------------------------
                                                      PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------------------------
                     UNBILLED TIME FROM:     09/12/9227                           TO:       -7/-5/-918
                     UNBILLED DISB FROM:     02/02/2007                           TO:       02/28/2007
-----------------------------------------------------------------------------------------------------------------------------------
                                                 FEES                                          COSTS
                                                 ----                                          -----
              GROSS BILLABLE AMOUNT:              0.00                                       4,529.94
              AMOUNT WRITTEN DOWN:
                          PREMIUM:
                  ON ACCOUNT BILLED:
          DEDUCTED FROM PAID RETAINER:
                    AMOUNT BILLED:
                        THRU DATE:         -7/-5/-918                                      02/28/2007
         CLOSE MATTER/FINAL BILLING?     YES   OR   NO
         EXPECTED DATE OF COLLECTION:

            BILLING PARTNER APPROVAL:
                                                                          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
                  BILLING COMMENTS:


-----------------------------------------------------------------------------------------------------------------------------------
                                      ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH
                                      --------------------------                         --------------
                            FEES:                     0.00
                   DISBURSEMENTS:                     0.00      UNIDENTIFIED RECEIPTS:          0.00
                     FEE RETAINER:                    0.00          PAID FEE RETAINER:          0.00
                    DISB RETAINER:                    0.00         PAID DISB RETAINER:          0.00
                 TOTAL OUTSTANDING:                   0.00        TOTAL AVAILABLE FUNDS:        0.00
                                                                        TRUST BALANCE:
                                                BILLING HISTORY
                                                ---------------
               DATE OF LAST BILL:         03/20/07            LAST PAYMENT DATE:     02/12/07
               LAST BILL NUMBER:         458408  ACTUAL FEES BILLED TO DATE:   2,248,564.50
                                                 ON ACCOUNT FEES BILLED TO DATE:         0.00
                                                  TOTAL FEES BILLED TO DATE:   2,248,564.50
             LAST BILL THRU DATE:          03/13/07
                                                     FEES WRITTEN OFF TO DATE:     168,108.18
                                                     COSTS WRITTEN OFF TO DATE:     24,735.50
FOR ACCTG USE ONLY:                      Write Down/Up Reason Codes:
                                         --------------------------
             (1) Exceeded Fixed Fee        (4) Excessive Legal Time       (7) Fixed Fee
             (2) Late Time & Costs Posted  (5) Business Development       (8) Premium
             (3) Pre-arranged Discount     (6) Summer Associate           (9) Rounding              (10) Client Arrangement

    BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    1
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/20/2007 11:46:50

Matter No: 056772-00007                                      Orig Prtnr : CRED. RGTS - 06975              Proforma Number:    2252985
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : REORGANIZATION PLAN                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                        Status    : ACTIVE

Special Billing Instructions:
```

### PRE-BILLING SUMMARY REPORT

```
              UNBILLED TIME FROM:                                        TO:
              UNBILLED DISB FROM:     02/06/2007                         TO:     02/06/2007

                                             FEES                              COSTS
                                             ----                              -----
              GROSS BILLABLE AMOUNT:                      0.00                              29.00
              AMOUNT WRITTEN DOWN:
                            PREMIUM:
                  ON ACCOUNT BILLED:
         DEDUCTED FROM PAID RETAINER:
                      AMOUNT BILLED:
                          THRU DATE:                                                   02/06/2007
         CLOSE MATTER/FINAL BILLING?     YES    OR    NO
         EXPECTED DATE OF COLLECTION:

              BILLING PARTNER APPROVAL:
                                             BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
                   BILLING COMMENTS:
```

```
                                       ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH

                              FEES:                       0.00
                      DISBURSEMENTS:                      0.00        UNIDENTIFIED RECEIPTS:        0.00
                        FEE RETAINER:                     0.00           PAID FEE RETAINER:        0.00
                       DISB RETAINER:                     0.00          PAID DISB RETAINER:        0.00
                    TOTAL OUTSTANDING:                    0.00        TOTAL AVAILABLE FUNDS:       0.00
                                                                            TRUST BALANCE:
                                                  BILLING HISTORY

              DATE OF LAST BILL:                    03/20/07      LAST PAYMENT DATE:      08/29/06
              LAST BILL NUMBER:                      458408 ACTUAL FEES BILLED TO DATE:  138,939.50
                                                           ON ACCOUNT FEES BILLED TO DATE:       0.00
                                                              TOTAL FEES BILLED TO DATE:  138,939.50
              LAST BILL THRU DATE:                  03/13/07   FEES WRITTEN OFF TO DATE:        0.00
                                                              COSTS WRITTEN OFF TO DATE:       72.40
   FOR ACCTG USE ONLY:                      Write Down/Up Reason Codes:

                    (1) Exceeded Fixed Fee       (4) Excessive Legal Time    (7) Fixed Fee
                    (2) Late Time & Costs Posted (5) Business Development    (8) Premium
                    (3) Pre-arranged Discount    (6) Summer Associate        (9) Rounding          (10) Client Arrangement

       BILL NUMBER:_____DATE OF BILL:_____Processed by:_____              FRC:_____         CRC:_____
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    2
                                                          *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/20/2007 11:46:50

Matter No: 056772-00007                                              Orig Prtnr : CRED. RGTS - 06975              Proforma Number:   2252985
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : REORGANIZATION PLAN                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                        Status        : ACTIVE

     B I L L E D   C O S T S   S U M M A R Y --------------- Total Billed ----------------
Code  Description                            Oldest       Latest           Total
                                             Entry        Entry            Amount

0940  CAB FARES                              02/06/07     02/06/07          29.00

          Total                                                             29.00


     B I L L E D   C O S T S   D E T A I L
Description/Code                             Employee          Date         Amount         Index#   Batch No   Batch Date


CAB FARES                     0940
    JULIET RAMDIN, CASHIER                   BENTLEY, P        02/06/07      29.00         7768058  392822     02/08/07
    CAB FARES - VENDOR- JULIET RAMDIN, CASHIER
                                             0940 CAB FARES Total :         29.00



          Costs Total :                                                     29.00
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE    3
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/20/2007 11:46:50

Matter No: 056772-00007                                              Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    2252985
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : REORGANIZATION PLAN                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status        : ACTIVE

   B I L L E D    C O S T S    S U M M A R Y
Code Description              Amount              Bill         W/o / W/u         Transfer To   Clnt/Mtr    Carry Forward
---------------------------   ---------------   ----------   ---------------   -----------------------   ---------------

0940 CAB FARES                    29.00         _____   _____   _____   _____


          Costs Total :          29.00          _____   _____   _____   _____
```

```
alp_132r: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    4
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/20/2007 11:46:50

Matter No: 056772-00008                                                   Orig Prtnr : CRED. RGTS - 06975            Proforma Number:    2252986
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                           Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                       Status   : ACTIVE

Special Billing Instructions:
-------------------------------------------------------------------------------------------------------------------------------------
                                                 PRE-BILLING SUMMARY REPORT
-------------------------------------------------------------------------------------------------------------------------------------
              UNBILLED TIME FROM:                                          TO:
              UNBILLED DISB FROM:   02/02/2007                             TO:    02/23/2007
-------------------------------------------------------------------------------------------------------------------------------------
                                                 FEES                                COSTS
                                                 ------                              -----
               GROSS BILLABLE AMOUNT:               0.00                             30.67
                  AMOUNT WRITTEN DOWN:
                            PREMIUM:
                   ON ACCOUNT BILLED:
           DEDUCTED FROM PAID RETAINER:
                      AMOUNT BILLED:
                         THRU DATE:                                               02/23/2007
            CLOSE MATTER/FINAL BILLING?     YES   OR   NO
           EXPECTED DATE OF COLLECTION:

              BILLING PARTNER APPROVAL:
                                            BENTLEY PHILIP - 02495            WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
                   BILLING COMMENTS:


-------------------------------------------------------------------------------------------------------------------------------------
                                           ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH
                                           --------------------------                       --------------
                           FEES:                              0.00
                   DISBURSEMENTS:                             0.00    UNIDENTIFIED RECEIPTS:     0.00
                     FEE RETAINER:                            0.00        PAID FEE RETAINER:     0.00
                    DISB RETAINER:                            0.00       PAID DISB RETAINER:     0.00
                 TOTAL OUTSTANDING:                           0.00    TOTAL AVAILABLE FUNDS:     0.00
                                                                            TRUST BALANCE:
                                                  BILLING HISTORY
                                                  ---------------
              DATE OF LAST BILL:                 03/20/07     LAST PAYMENT DATE:      02/12/07
              LAST BILL NUMBER:                    458408  ACTUAL FEES BILLED TO DATE:   127,254.50
                                                          ON ACCOUNT FEES BILLED TO DATE:      0.00
                                                              TOTAL FEES BILLED TO DATE:   127,254.50
              LAST BILL THRU DATE:               03/13/07   FEES WRITTEN OFF TO DATE:      5,970.50
                                                            COSTS WRITTEN OFF TO DATE:       431.74
  FOR ACCTG USE ONLY:                       Write Down/Up Reason Codes:
                                            -------------------------
                 (1) Exceeded Fixed Fee     (4) Excessive Legal Time    (7) Fixed Fee
                 (2) Late Time & Costs Posted (5) Business Development  (8) Premium
                 (3) Pre-arranged Discount  (6) Summer Associate        (9) Rounding            (10) Client Arrangement

   BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    5
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/20/2007 11:46:50

Matter No: 056772-00008                                                  Orig Prtnr : CRED. RGTS - 06975           Proforma Number:   2252986
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                          Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                         Status      : ACTIVE

    B I L L E D    C O S T S    S U M M A R Y  --------------- Total Billed ----------------
Code  Description                               Oldest         Latest          Total
                                                Entry          Entry           Amount
----  ------------------------------------     --------       --------       ------------
0842  DOCUMENT PREP.                           02/23/07       02/23/07          20.00
0930  MESSENGER/COURIER                        02/02/07       02/02/07          10.67

             Total                                                              30.67


    B I L L E D    C O S T S    D E T A I L
Description/Code                                  Employee           Date         Amount       Index#   Batch No   Batch Date
-----------------------------------------------   --------           ------       ----------   ------   --------   ----------

DOCUMENT PREP.                  0842
    DOCUMENT PREP.                                BAILEY, R         02/23/07        20.00      7799016   394259    03/06/07
    02/23/2007
                                                  0842 DOCUMENT PREP. Total :      20.00

MESSENGER/COURIER               0930
    FEDERAL EXPRESS CORPORAT                      GAVIGAN, J C      02/02/07        10.67      7777679   393418    02/15/07
    Klett Rooney Lieber & Shorling
                                                  0930 MESSENGER/COURIER Total :    10.67



         Costs Total :                                                              30.67
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    6
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/20/2007 11:46:50

Matter No: 056772-00008                                        Orig Prtnr : CRED. RGTS - 06975        Proforma Number:   2252986
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status     : ACTIVE

    B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount            Bill       W/o / W/u       Transfer To   Clnt/Mtr   Carry Forward
-----------------------------------------------------------------------------------------------------------------

0842 DOCUMENT PREP.            20.00           _____   _____   _____  _____  _____

0930 MESSENGER/COURIER         10.67           _____   _____   _____  _____  _____


         Costs Total :         30.67           _____   _____   _____  _____  _____
```

```
alp_132r: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    7
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/20/2007 11:46:50

Matter No: 056772-00012                                              Orig Prtnr : CRED. RGTS - 06975        Proforma Number:    2252987
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status        : ACTIVE

Special Billing Instructions:
-------------------------------------------------------------------------------------------------------------------------------------
                                                   PRE-BILLING SUMMARY REPORT

                    UNBILLED TIME FROM:                                      TO:
                    UNBILLED DISB FROM:      02/06/2007                      TO:     02/28/2007
-------------------------------------------------------------------------------------------------------------------------------------
                                                 FEES                                  COSTS

                GROSS BILLABLE AMOUNT:                     0.00                            3,373.41
                 AMOUNT WRITTEN DOWN:
                             PREMIUM:
                    ON ACCOUNT BILLED:
            DEDUCTED FROM PAID RETAINER:
                       AMOUNT BILLED:
                           THRU DATE:                                                     02/28/2007
            CLOSE MATTER/FINAL BILLING?     YES   OR   NO
          EXPECTED DATE OF COLLECTION:

              BILLING PARTNER APPROVAL:
                                          BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
                    BILLING COMMENTS:


-------------------------------------------------------------------------------------------------------------------------------------
                                          ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH

                                FEES:                    0.00
                       DISBURSEMENTS:                    0.00      UNIDENTIFIED RECEIPTS:        0.00
                        FEE RETAINER:                    0.00          PAID FEE RETAINER:       0.00
                       DISB RETAINER:                    0.00         PAID DISB RETAINER:       0.00
                    TOTAL OUTSTANDING:                   0.00       TOTAL AVAILABLE FUNDS:      0.00
                                                                          TRUST BALANCE:
                                                  BILLING HISTORY

                    DATE OF LAST BILL:          03/20/07         LAST PAYMENT DATE:         02/12/07
                    LAST BILL NUMBER:        458408  ACTUAL FEES BILLED TO DATE:         844,511.50
                                                         ON ACCOUNT FEES BILLED TO DATE:       0.00
                                                             TOTAL FEES BILLED TO DATE:  844,511.50
            LAST BILL THRU DATE:                03/13/07   FEES WRITTEN OFF TO DATE:       4,417.50
                                                           COSTS WRITTEN OFF TO DATE:      2,137.04
FOR ACCTG USE ONLY:                         Write Down/Up Reason Codes:

               (1) Exceeded Fixed Fee       (4) Excessive Legal Time    (7) Fixed Fee
               (2) Late Time & Costs Posted (5) Business Development    (8) Premium
               (3) Pre-arranged Discount    (6) Summer Associate        (9) Rounding          (10) Client Arrangement

    BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                       PAGE    8
                                                          *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/20/2007 11:46:50


Matter No: 056772-00012                                             Orig Prtnr : CRED. RGTS - 06975         Proforma Number:   2252987
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                     Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status        : ACTIVE

     B I L L E D   C O S T S   S U M M A R Y ------------- Total Billed ---------------
Code  Description                           Oldest        Latest         Total
                                            Entry         Entry          Amount

0820  PHOTOCOPYING                          02/06/07      02/27/07           71.25
0841  RESEARCH SERVICES                     02/08/07      02/08/07           14.00
0950  OUT-OF-TOWN TRAVEL                    02/27/07      02/27/07          447.95
0980  TRANSCRIPT FEES                       02/08/07      02/28/07        2,840.21

         Total                                                            3,373.41


     B I L L E D   C O S T S   D E T A I L
Description/Code                             Employee            Date         Amount      Index#   Batch No   Batch Date


PHOTOCOPYING                    0820
   PHOTOCOPYING                              GLASS, J J          02/06/07         0.30    7769067   392863    02/09/07
     GLASS  JESSICA J
   PHOTOCOPYING                              GLASS, J J          02/20/07         0.60    7783554   393631    02/21/07
     GLASS  JESSICA J
   PHOTOCOPYING                              GLASS, J J          02/20/07        55.20    7783555   393631    02/21/07
     GLASS  JESSICA J
   PHOTOCOPYING                              BENTLEY, P          02/22/07         8.40    7786161   393752    02/23/07
     BENTLEY  PHILIP
   PHOTOCOPYING                              BENTLEY, P          02/27/07         6.75    7794758   394121    03/01/07
     BENTLEY  PHILIP

                                       0820 PHOTOCOPYING Total :                 71.25

RESEARCH SERVICES              0841
   RESEARCH SERVICES                         ROUSE, E R          02/08/07        14.00    7781049   393530    02/20/07
     02/08/2007
                                       0841 RESEARCH SERVICES Total :            14.00

OUT-OF-TOWN TRAVEL             0950
   DINERS CLUB CITICORP DIN                  BENTLEY, P          02/27/07       218.90    7790670   393895    02/27/07
     OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB
     CITICORP DINERS CLUB 01/22/07 - Double Tree
     Hotel
   DINERS CLUB CITICORP DIN                  GLASS, J J          02/27/07       229.05    7790684   393895    02/27/07
     OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB
     CITICORP DINERS CLUB 02/13/07 - LGA TO PIT

                                       0950 OUT-OF-TOWN TRAVEL Total :          447.95

TRANSCRIPT FEES                0980
   TSG REPORTING                             GLASS, J J          02/08/07       845.05    7768181   392801    02/08/07
     TRANSCRIPT FEES - VENDOR- TSG REPORTING
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE    9
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/20/2007 11:46:51

Matter No: 056772-00012                                       Orig Prtnr : CRED. RGTS - 06975            Proforma Number:   2252987
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS) Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status     : ACTIVE

     BILLED   COSTS   DETAIL
Description/Code                           Employee         Date              Amount        Index#  Batch No  Batch Date
---------------------------------------    ----------       ------            ----------    ------- --------  ----------

   ESQUIRE DEPOSITION SERVI                FARBER, P F      02/28/07          1,995.16      7794198  394015   02/28/07
   TRANSCRIPT FEES - VENDOR- ESQUIRE DEPOSITION
   SERVICES, INC.
                                     0980 TRANSCRIPT FEES Total :             2,840.21


       Costs Total :                                                          3,373.41
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   10
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/20/2007 11:46:51

Matter No: 056772-00012                                              Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    2252987
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status       : ACTIVE

    B I L L E D   C O S T S   S U M M A R Y
 Code Description              Amount            Bill         W/o / W/u        Transfer To   Clnt/Mtr    Carry Forward
 ------------------------      ----------        ----         ---------        -----------   --------    -------------

 0820 PHOTOCOPYING                  71.25        _____      _____        _____   _____    _____

 0841 RESEARCH SERVICES             14.00        _____      _____        _____   _____    _____

 0950 OUT-OF-TOWN TRAVEL           447.95        _____      _____        _____   _____    _____

 0980 TRANSCRIPT FEES            2,840.21        _____      _____        _____   _____    _____


         Costs Total :          3,373.41        _____      _____        _____   _____    _____
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    11
                                                         *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/20/2007 11:46:51


Matter No: 056772-00019                                              Orig Prtnr : CRED. RGTS - 06975           Proforma Number:    2252988
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : HEARINGS                                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                         Status     : ACTIVE

Special Billing Instructions:
```

## PRE-BILLING SUMMARY REPORT

```
             UNBILLED TIME FROM:                          TO:
             UNBILLED DISB FROM:  02/20/2007              TO:     02/27/2007
```

|  | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 0.00 | 537.81 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | 02/27/2007 |
| CLOSE MATTER/FINAL BILLING? | YES   OR   NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:

      BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

---

### ACCOUNTS RECEIVABLE TOTALS / UNAPPLIED CASH

|  |  |  |  |
|---|---|---|---|
| FEES: | 0.00 | | |
| DISBURSEMENTS: | 0.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

### BILLING HISTORY

```
       DATE OF LAST BILL:                   03/20/07         LAST PAYMENT DATE:    01/02/07
         LAST BILL NUMBER:                  458408    ACTUAL FEES BILLED TO DATE: 202,967.50
                                                      ON ACCOUNT FEES BILLED TO DATE:    0.00
                                                            TOTAL FEES BILLED TO DATE: 202,967.50
       LAST BILL THRU DATE:                 03/13/07    FEES WRITTEN OFF TO DATE:   5,087.68
                                                        COSTS WRITTEN OFF TO DATE:     11.04
FOR ACCTG USE ONLY:                          Write Down/Up Reason Codes:

          (1) Exceeded Fixed Fee           (4) Excessive Legal Time     (7) Fixed Fee
          (2) Late Time & Costs Posted     (5) Business Development     (8) Premium
          (3) Pre-arranged Discount        (6) Summer Associate         (9) Rounding         (10) Client Arrangement

  BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    12
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/20/2007 11:46:51

Matter No: 056772-00019                                              Orig Prtnr : CRED. RGTS - 06975         Proforma Number:    2252988
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : HEARINGS                                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                         Status    : ACTIVE

     B I L L E D    C O S T S    S U M M A R Y --------------- Total Billed ----------------
Code  Description                      Oldest        Latest            Total
                                       Entry         Entry             Amount

0940  CAB FARES                        02/20/07      02/21/07          123.00
0950  OUT-OF-TOWN TRAVEL               02/20/07      02/27/07          414.81

          Total                                                        537.81


     B I L L E D    C O S T S    D E T A I L
Description/Code                                 Employee            Date          Amount         Index#  Batch No  Batch Date


CAB FARES                       0940
    GARY M. BECKER                               BECKER, G M         02/20/07          40.00      7793734  394033   02/28/07
    GARY M. BECKER                               BECKER, G M         02/21/07          40.00      7793736  394033   02/28/07
    GARY M. BECKER                               BECKER, G M         02/21/07          43.00      7793737  394033   02/28/07
                                                 0940 CAB FARES Total :               123.00

OUT-OF-TOWN TRAVEL              0950
    GARY M. BECKER                               BECKER, G M         02/20/07         254.36      7793735  394033   02/28/07
    Name: Omni Hotels; City: Pittsburgh, PA; Date(s)
    : 2/20 - 2/21/07 (Hotel and Dinner)
    GARY M. BECKER                               BECKER, G M         02/21/07          25.00      7793738  394033   02/28/07
    From: Pittsburgh; To: NY; Date(s): 2/21/07 (Char
    ge to switch flights)
    DINERS CLUB CITICORP DIN                     BECKER, G M         02/27/07         -93.60      7790687  393895   02/27/07
    OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB
    CITICORP DINERS CLUB 02/07/07
    DINERS CLUB CITICORP DIN                     BECKER, G M         02/27/07         229.05      7790691  393895   02/27/07
    OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB
    CITICORP DINERS CLUB 02/20/07 - LGA TO PIT TO
    LGA
                                                 0950 OUT-OF-TOWN TRAVEL Total :      414.81



        Costs Total :                                                                 537.81
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE   13
                                                          *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/20/2007 11:46:51

Matter No: 056772-00019                                              Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:    2252988
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : HEARINGS                                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                   Status        : ACTIVE

    BILLED   COSTS   SUMMARY
Code Description              Amount            Bill        W/o / W/u        Transfer To   Clnt/Mtr   Carry Forward


0940 CAB FARES                123.00       _____      _____      _____      _____

0950 OUT-OF-TOWN TRAVEL       414.81       _____      _____      _____      _____



       Costs Total :          537.81       _____      _____      _____
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   14
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/20/2007 11:46:51


Matter No: 056772-00028                                        Orig Prtnr : CRED. RGTS - 06975       Proforma Number:    2252990
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                     Status      : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15 Bill this matter only at 1/2 standard rate
-------------------------------------------------------------------------------------------------------------------------------
                                              PRE-BILLING SUMMARY REPORT

            UNBILLED TIME FROM:                                TO:
            UNBILLED DISB FROM:  02/27/2007                    TO:     02/27/2007

                                            FEES                           COSTS
                                            ----                           -----
          GROSS BILLABLE AMOUNT:            0.00                           559.05
           AMOUNT WRITTEN DOWN:
                       PREMIUM:
              ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
                 AMOUNT BILLED:
                     THRU DATE:                                          02/27/2007
   CLOSE MATTER/FINAL BILLING?   YES   OR   NO
    EXPECTED DATE OF COLLECTION:

       BILLING PARTNER APPROVAL:
                                 BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
              BILLING COMMENTS:


-------------------------------------------------------------------------------------------------------------------------------
                                 ACCOUNTS RECEIVABLE TOTALS                 UNAPPLIED CASH

                         FEES:                     0.00
                DISBURSEMENTS:                     0.00     UNIDENTIFIED RECEIPTS:     0.00
                  FEE RETAINER:                    0.00         PAID FEE RETAINER:     0.00
                 DISB RETAINER:                    0.00        PAID DISB RETAINER:     0.00
             TOTAL OUTSTANDING:                    0.00      TOTAL AVAILABLE FUNDS:    0.00
                                                                  TRUST BALANCE:
                                           BILLING HISTORY

             DATE OF LAST BILL:        03/20/07         LAST PAYMENT DATE:    01/02/07
              LAST BILL NUMBER:        458408 ACTUAL FEES BILLED TO DATE:    81,038.50
                                              ON ACCOUNT FEES BILLED TO DATE:    0.00
                                                 TOTAL FEES BILLED TO DATE: 81,038.50
         LAST BILL THRU DATE:          03/13/07    FEES WRITTEN OFF TO DATE: 25,258.50
                                                  COSTS WRITTEN OFF TO DATE:     0.00
FOR ACCTG USE ONLY:                       Write Down/Up Reason Codes:

         (1) Exceeded Fixed Fee             (4) Excessive Legal Time       (7) Fixed Fee
         (2) Late Time & Costs Posted       (5) Business Development       (8) Premium
         (3) Pre-arranged Discount          (6) Summer Associate           (9) Rounding          (10) Client Arrangement

   BILL NUMBER:_____DATE OF BILL:_____ Processed by:_____          FRC:_____          CRC:_____
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE   15
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/20/2007 11:46:51


Matter No: 056772-00028                                      Orig Prtnr : CRED. RGTS - 06975         Proforma Number:   2252990
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                  Status    : ACTIVE

    B I L L E D   C O S T S   S U M M A R Y --------------- Total Billed ----------------
Code Description                              Oldest        Latest            Total
                                              Entry         Entry             Amount

0950  OUT-OF-TOWN TRAVEL                      02/27/07      02/27/07          559.05


         Total                                                                559.05



    B I L L E D   C O S T S   D E T A I L
Description/Code                              Employee             Date          Amount         Index#   Batch No  Batch Date


OUT-OF-TOWN TRAVEL             0950
   DINERS CLUB CITICORP DIN                   FARBER, P F          02/27/07      559.05         7790692  393895    02/27/07
   OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB
   CITICORP DINERS CLUB 02/20/07 - LGA TO FLL TO
   LGA
                                              0950 OUT-OF-TOWN TRAVEL Total :    559.05




         Costs Total :                                                           559.05
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE   16
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/20/2007 11:46:51

Matter No: 056772-00028                                                    Orig Prtnr : CRED. RGTS - 06975         Proforma Number:    2252990
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                                  Status    : ACTIVE

   B I L L E D   C O S T S   S U M M A R Y
Code Description            Amount           Bill          W/o / W/u         Transfer To   Clnt/Mtr    Carry Forward
------------------------   -----------   ------------   --------------   ---------------------------   -------------

0950 OUT-OF-TOWN TRAVEL         559.05    _____    _____   _____   _____


          Costs Total :        559.05    _____    _____   _____   _____
```