# Buchanan Ingersoll & Rooney PC

Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE   :   MARCH 19, 2007
MATTER :   0066609-000002
INVOICE :   9992712

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/07   6548

RE:  ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/01/07 | TC | Reviewed Stipulation Resolving Certain Claims of JPMorgan Chase Bank By W.R. Grace & Co., et al. | .70 |

### TIME SUMMARY

|              | RATE   | HOURS | TOTALS |
|--------------|--------|-------|--------|
| T. Currier   | 500.00 | .70   | 350.00 |
| TOTALS       |        | .70   | 350.00 |

TOTAL FEES :                    350.00

TOTAL DUE  :                    350.00

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚜ Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MARCH 19, 2007
MATTER :  0066609-000004
INVOICE : 9992713

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/07   6548

RE:  CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/01/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 02/06/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 02/07/07 | MNF | Maintained and Organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 02/08/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 02/12/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :      MARCH 19, 2007
MATTER :  0066609-000004
INVOICE : 9992713

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/07    6548

RE:  CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 02/13/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket and arranging the pleadings and correspondence in chronological order | 1.00 |
| 02/15/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket , and arranging the pleadings and correspondence in chronological order | 1.00 |
| 02/16/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 02/19/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 02/21/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleading's and correspondence in chronological order | 1.00 |
| 02/25/07 | TC | Reviewed Status Report Regarding the Estimation of Asbestos Personal Injury Liabilities Filed by W.R. Grace & Co., et al.. | .50 |

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : MARCH 19, 2007
MATTER : 0066609-000004
INVOICE : 9992713

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/07    6548

RE:  CASE ADMINISTRATION

| Date | | Description | Hours |
|---|---|---|---|
| 02/26/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 02/27/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 02/28/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 500.00 | .50 | 250.00 |
| M. Flores | 165.00 | 13.00 | 2145.00 |
| TOTALS | | 13.50 | 2395.00 |

TOTAL FEES :                    2,395.00

TOTAL DUE  :                    2,395.00

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :      MARCH 19, 2007
MATTER :   0066609-000005
INVOICE :  9992714

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/07    6548

RE:   CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/01/07 | TC | Reviewed Objection to Foster & Sear's Motion for Extension of Time to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire Filed by W.R. Grace & Co., et al | .40 |
| 02/05/07 | TC | Reviewed Order (AGREED) Approving Stipulation Regarding BNSF Property Damage Claims | .70 |
| 02/05/07 | TC | Reviewed Order Granting Debtors' Motion for Telephonic Hearing for Expedited Consideration of Foster & Sear's Motion for Extension of Time to Respond to W.R. Grace Asbestos Personal Injury Questionnaire | .30 |
| 02/13/07 | TC | Reviewed various Letter Responses of Anton Volovsek dated 11-19-06 Filed by Anton Volovsek | .80 |
| 02/14/07 | TC | Reviewed Order (FOURTH) Granting Relief Sought in Debtors' Seventeenth Omnibus Objection to Claims | .40 |
| 02/15/07 | TC | Reviewed Order Setting Expedited Hearing on Agreed Motion for Entry of Order Confirming that Deposition Testimony of Dr. Philip H. Lucas is Not Within the Scope of the Health Insurance Portability and Accountability Act | .20 |
| 02/15/07 | TC | Reviewed | 1.10 |

# Buchanan Ingersoll &. Rooney pc
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MARCH 19, 2007
MATTER :  0066609-000005
INVOICE : 9992714

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/07    6548

RE:    CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| | | |
|---|---|---|
| 02/15/07 TC | Reviewed Declaration in Support of Motion For Summary Judgment with Respect to the Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims on Bases of Statute of Limitations, Laches and Assumption of Risk Filed by Macerich Fresno Limited Partnership | 1.20 |
| 02/16/07 TC | Reviewed Motion for Leave Debtors' Motion for Leave to File a Reply Brief in Support of Debtors' Objection to claim of Anton F. Volovsek Filed by W.R. Grace & Co., et al.. | .80 |
| 02/16/07 TC | Reviewed Motion For Summary Judgment Debtors' "Road Map" of Summary Judgment Motions to Expunge Various Asbestos Property Damage Claims Filed by W.R. Grace & Co., et al.. | .90 |
| 02/19/07 TC | Reviewed Motion For Summary Judgment Debtor's Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Eleven (11) Property Damage Claims Barred By Statutes of Repose in Minnesota, North Carolina, Iowa and Tennessee | .90 |
| 02/20/07 TC | Reviewed Status Report Regarding the Estimation of Asbestos Personal Injury Liabilities Filed by David Austern, Official Committee of Asbestos Personal Injury Claimants | .50 |
| 02/20/07 TC | Order [SUPPLEMENTAL Regarding Production of X-Rays by Non-Mesothelioma Cancer Claimants. | .40 |
| 02/22/07 TC | Reviewed Reply (Debtors') in Support of Objection to Claim of Anton F. Volovsek Filed by W.R. Grace & Co., et al | .80 |

# Buchanan Ingersoll &. Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MARCH 19, 2007
MATTER :  0066609-000005
INVOICE : 9992714

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/07    6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| | | |
|---|---|---|
| 02/22/07 TC | Reviewed Response to Debtor's Counsel's Request for Additional Documents Filed by James Rapisardi Estate of Rosario Rapisardi | .90 |
| 02/22/07 TC | Reviewed Order (Thirtieth Continuation) Regarding the Relief Sought in Debtors' Fifth Omnibus Objection to Claims (Substantive) | .60 |
| 02/22/07 TC | Reviewed Order Granting Debtors' Motion for Leave to File Reply Brief in Support of Debtors' Objection to Claim of Anton F. Volovsek | .70 |
| 02/25/07 TC | Reviewed Certification of Counsel Regarding Second Order Granting the Relief Sought in Debtors' Twentieth Omnibus Objection to Claims (Substantive) Filed by W.R. Grace & Co., et al.. | .40 |
| 02/26/07 TC | Reviewed Order (Second) Granting Relief Sought in Debtors' Twentieth Omnibus Objection to Claims (Substantive) | .50 |
| 02/27/07 TC | Reviewed Omnibus Objection to Claims Twenty-First (Substantive). Filed by W.R. Grace & Co., et al. | 1.10 |
| 02/27/07 TC | Reviewed Debtors' Motion for Limited Waiver of Del. Bankr. L. R. 3007-1 to Permit Filing Omnibus Objection to Approximately 550 Cross-Debtor Duplicate Claims Filed by W.R. Grace & Co., et al.. | .60 |
| 02/28/07 TC | Reviewed Objection to Claim Number by Claimant(s) Berger & Montague, P.C. and Richardson, Westbrook & Brockman, LLC. . Filed by W.R. Grace & Co., et al.. | .80 |

# Buchanan Ingersoll & Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE  :    MARCH 19, 2007
                                            MATTER :  0066609-000005
                                            INVOICE : 9992714


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/07   6548

     RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)


02/28/07 TC     Reviewed Motion for Leave From This Court's          .50
                December 19, 2006 Scheduling Order And December
                14, 2006 Case Management Order For The Debtors'
                Objection To Certain Claims Filed By Berger &
                Montague, P.C. And Richardson, Patrick,
                Westbrook & Brockman, LLC



                  T I M E   S U M M A R Y
                  -----------------------

                          RATE      HOURS          TOTALS
                          ----      -----          ------

     T. Currier          500.00     15.50          7750.00
                 TOTALS             15.50          7750.00


                    TOTAL FEES :                         7,750.00


                    TOTAL DUE  :                         7,750.00
```

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE  :    MARCH 19, 2007
MATTER  :  0066609-000006
INVOICE :  9992715

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/07   6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/27/07 | TC | Reviewed Objection to Claim Number by Claimant(s) Circle Bar Ranch, Inc.. (the Royalty Claim). Filed by W.R. Grace & Co., et al.. | 1.20 |
| 02/28/07 | TC | Reviewed Objection to Claim Number by Claimant(s) Raphael Jamie Palazzo. (Duplicate Medical Monitoring Claim). Filed by W.R. Grace & Co., et al | 1.20 |

### T I M E   S U M M A R Y

|              |        | RATE   | HOURS | TOTALS  |
|--------------|--------|--------|-------|---------|
| T. Currier   |        | 500.00 | 2.40  | 1200.00 |
|              | TOTALS |        | 2.40  | 1200.00 |

TOTAL FEES :                   1,200.00

TOTAL DUE  :                   1,200.00

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll &. Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MARCH 19, 2007
MATTER :  0066609-000014
INVOICE : 9992716

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/07    6548

RE:   HEARINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/14/07 | TC | Reviewed Order Rescheduling Hearing. Hearing scheduled for February 14, 2007 at 10:00 a.m. has been Cancelled and is hereby rescheduled for February 20, 2007 at 10:00 a.m. by telephone. | .40 |
| 02/16/07 | TC | Reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 2/26/2007 at 02:00 PM at US Bankruptcy Court | .60 |
| 02/21/07 | TC | Reviewed Amended Notice of Agenda of Matters Scheduled for Hearing on February 26, 2007 at 2:00 P.M. Before The Honorable Judith K. Fitzgerald | .60 |
| 02/25/07 | TC | Reviewed Notice of Agenda of Matters Scheduled for Hearing (Second Amended) before the Honorable Judith K. Fitzgerald Filed by W.R. Grace & Co., et al | .60 |
| 02/26/07 | TC | Reviewed Order Rescheduling Hearing on All Property Damage Claims to Set Process for Trial from February 21, 2007, to March 8, 2007, at 9:00 a.m | .40 |

# Buchanan Ingersoll &amp; Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    :    MARCH 19, 2007
MATTER  :    0066609-000014
INVOICE :    9992716

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/07   6548

RE:   HEARINGS

```
              T I M E   S U M M A R Y
              -----------------------

                    RATE     HOURS          TOTALS
                    ----     -----          ------

T. Currier        500.00     2.60          1300.00
          TOTALS              2.60          1300.00


          TOTAL FEES :                          1,300.00

          TOTAL DUE  :                          1,300.00
```

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE  :     MARCH 19, 2007
MATTER :   0066609-000015
INVOICE : 9992717

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/07    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/01/07 | TC | Reviewed Discovery Regarding The Prudential Insurance Company of America's First Set of Document Requests Directed to Debtors as to the Issues of Product Identification, Limitations Periods, and Lack of Hazard Filed by The Prudential Insurance Company of America | .30 |
| 02/01/07 | TC | Reviewed Notice of Service of Discovery Regarding The Prudential Insurance Company of America's First Set of Interrogatories Directed to Debtors as to the Issues of Product Identification, Limitations Periods, and Lack of Hazard Filed by The Prudential Insurance Company of America | .50 |
| 02/01/07 | TC | Reviewed Memorandum of Law Future Claimants' Representive's Memorandum in Support and Joinder in the Opposition of the Official Committee of Asbestos Personal Injury Claimants' to Debtors' Expedited Motion to Modify Order Regarding Production of X-Rays Based on Substantial Non-Complaince with Order Filed by David Austern | .50 |
| 02/01/07 | TC | Reviewed Objection to Debtors' Expedited Motion to Modify Order Regarding Production of X-Rays Based on Substantial Non-Compliance with Order Filed by Official Committee of Asbestos Personal Injury Claimants | .90 |

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll △ Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     MARCH 19, 2007
MATTER :   0066609-000015
INVOICE :  9992717

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/07    6548

RE:   LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 02/01/07 | TC | Reviewed Response to Motion to Approve Expedited Motion to Modify Order Regarding Production of X-Rays Based on Substantial Non-Compliance with Order Filed by Certain Law Firms Represented By Stutzman, Bromberg, Esserman & Plifka | .80 |
| 02/01/07 | TC | Reviewed Reply Reply Claimant's Objections and Response to the Expedited Motion to Modify Order Filed by Cooney and Conway and Attachments: # (1) Notice Notice of Filing Claimant's Ojections and Response to the Expedited Motion to Modify Order# (2) Service List Service List for W.R. Grace | .50 |
| 02/01/07 | TC | Reviewed Objection to Opposition Of Motley Rice LLC To Debtor's Expedited Motion To Modify Order Regarding Production Of X-Rays Based On Substantial Non-Compliance With Order And Joinder Of Motley Rice LLC In Certain Asbestos Claimants' Firms' And Other Claimants' Counsel's Opposition To This Motion Filed by Motley Rice LLC | .90 |
| 02/02/07 | TC | Reviewed Objection to Debtors' Expedited Motion to Modify Order Regarding Production of X-Rays Based on Substantial Non-Compliance with Order Filed by Libby Claimants | .40 |
| 02/02/07 | TC | Reviewed THE MMWR FIRMS' RESPONSE TO THE DEBTORS' EXPEDITED MOTION TO MODIFY ORDER REGARDING PRODUCTION OF X-RAYS BASED ON SUBSTANTIAL NON-COMPLIANCE WITH ORDERFiled by MMWR Firms | .80 |

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

**Buchanan Ingersoll & Rooney** PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MARCH 19, 2007
MATTER :  0066609-000015
INVOICE : 9992717

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/07   6548

RE:  LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 02/02/07 | TC | Reviewed Objection to Expedited Motion to Modify Order Regarding Production of X-Rays Based on Substantial Non-Compliance with Order Filed by Kelley & Ferraro, LLP | .50 |
| 02/02/07 | TC | Reviewed (CORRECTED) of Discovery Requests for: (1) Fort Smith Convention Center f.k.a. Fort Smith Civic Auditorium (Claim No. 11039); (2) KARK-TV, Inc. & Morris Multimedia, Inc. - West Annex (Channel 4) f.k.a. First National Bank (Claim No. 9913); (3) KARK-TV, Inc. & Morris Multimedia, Inc. - East Building (Channel 4) f.k.a. First National Bank (Claim No. 9912); (4) F.F. Thompson Continuing Care Center (Claim No. 6636) (5) Hotel Captain Cook - Tower # 2 (Claim No. 11110); (6) Bayshore Community Hospital (Claim No. 6901); (7) Olympus 555 Properties, LLC (Claim No. 9684); (8) Washington Township Health Care District f.k.a. Washington Hospital (Claim No. 10668); (9) Titusville Area Hospital f.k.a. Titusville Hospital / Farrell Hospital (Claim Nos. 11106 / 11144); (10) Cayuga County Office Building (Claim No. 10947); (11) Burgdorf Building f.k.a. Bergdorf Health Center Building (Claim No. 11027); (12) Glen Oaks Club Inc., Club House f.k.a. Glen Oak Country Club (Claim No. 10749); (13) Allegheny Center No. 1 (Claim No. 11037); (14) Fulton County Health Center (Claim No. 11158); (15) Manor Oak Two and 1001 Brinton Road (Claim No. 10789); (16) First Tennessee Bank (Bldg. 1-3) f.k.a. National Bank Building (Claim No. 10533); (17) Embarcadero Center #3 (Claim No. 10886); (18) Embarcadero Center #4 (Claim No. 10885); (19) Baptist Health Medical | .40 |

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

**Buchanan Ingersoll ∧ Rooney PC**
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MARCH 19, 2007
MATTER :  0066609-000015
INVOICE : 9992717

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/07    6548

RE:  LITIGATION AND LITIGATION CONSULTING

> Center - Little Rock f.k.a. Arkansas Baptist
> Medical Center (Claim Nos. 10695 / 10917 /
> 11128); (20) McKenzie Willamette Medical Center
> f.k.a. McKenzie Hospital (Claim No. 11262);
> (21) Palos Community Hospital f.k.a. Palos
> Hospital (Claim No. 11066); (22) Mission Towers
> a.k.a. Foxridge Towers Office Building f.k.a.
> Foxridge Office Building (Claim No. 10516);
> (23) Gulf Atlantic Properties, Inc. (Claim No.
> 6637); (24) Sutter Place, LLC (d/b/a Pacific
> Plaza) f.k.a. Sutter Place Office Building
> (Claim No. 10757); (25) Chicago Historical
> Society (Claim No. 11104); (26) John Muir
> Medical Center f.k.a. John Muir Hospital (Claim
> No. 11026); (27) Presidential Towers Con!
> dominium f.k.a. Americana (Claim No. 11428);
> (28) Harry C. Levy Gardens - Housing Authority
> of the City of Las Vegas (Claim No. 11572);
> (29) THC-Orange County Inc., d/b/a Kindred
> Hospital - San Francisco Bay f.k.a. Columbia
> San Leandro Memorial Hospital (Claim No.
> 10805); (30) Schuyler Hospital (Claim No.
> 11003); (31) Abbeville General Hospital f.k.a.
> Abbeville Hospital (Claim No. 11133); (32)
> Carson Pirie Scott Store - Store #537 (Claim
> No. 11555); (33) 1199 SEIU f.k.a. 310 West 43rd
> Street Building (Claim No. 11703); (34) St.
> Luke's Hospital - Bethlehem Campus and
> Allentown Campus (Claim No. 10998); (35) St.
> Joseph's Hill Infirmary Nursing Home (Claim No.
> 10700); (36) Jameson Memorial Hospital (Claim
> No. 14410); (37) New Hanover Regional Medical
> Center (Claim No. 10672); (38) Gundersen
> Lutheran Medical Center (Claim No. 11124); (39)
> St. Joseph Hospital (Claim No. 11243); (40)

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :       MARCH 19, 2007
MATTER :    0066609-000015
INVOICE : 9992717

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/07    6548

RE:   LITIGATION AND LITIGATION CONSULTING

> First Tennessee Bank -- Main Bank Building
> (Claim No. 10534); (41) Oneida County Office
> Building c/o Oneida County Department of Law
> (Claim No. 10767); (42) First Tennessee Bank
> a.k.a Court-Thomas Computer Center f.k.a.
> National Bank Building (Claim No. 11722); (43)
> St. Mary's Medical Center f.k.a. St. Mary's
> Hospital (Claim No. 10746); (44) 99 Founders
> Plaza (Claim No. 10762); (45) Allegheny Center
> No. 2 (Claim No. 11036); (46) Santa Teresa
> Medical Office Building (Claim Nos. 11018 /
> 11227); (47) Hyatt Regency San Francisco (Claim
> No. 9915); (48) Pierre Laclede Center No. 1 & 2
> f.k.a. Pierre Laclede (2 Buildings) (Claim No.
> 10696); (49) Ohio Savings Plaza f.k.a. Penton
> Plaza & Park Plaza Investment Tower Job (Claim
> No. 11179); (50) Folger Building #1 (Claim No.
> 11009); (51) Jordan Hospital, Inc. (Claim No.
> 11689); (52) Friendly Home Nursing Care &
> Rehabilitation (Claim No. 10747); (53) Scottish
> Rite Cathedral (Claim No. 11200); (54) Dodge
> County Hospital (Claim No. 11550); (55)
> Children's Hospital of Pittsburgh of UPMC
> Health System (Claim No. 10962); (56) Y.W.C.A.
> of Greater Des Moines (Claim No. 11153); (57)
> Folger Building #2 a.k.a. F! olger Bu ilding
> Addition (Claim No. 11055); (58) Virtua Health
> - West Jersey Hospital Voorhees (Claim No.
> 11226); (59) Virtua West Jersey Hospital
> Marlton (Claim No. 11389); (60) Panda Prints
> (Claim No. 11257); (61) University of New
> England - Westbrook College Campus (Claim No.
> 11701); (62) IBM Metro Employees FCU (Claim No.
> 10722); (63) The Homeplace of Mondovi Hospital
> & The Homeplace of Stanley (Claim No. 11422);

---

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

**Buchanan Ingersoll & Rooney** PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     MARCH 19, 2007
MATTER :   0066609-000015
INVOICE :  9992717

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/07    6548

RE:  LITIGATION AND LITIGATION CONSULTING

02/02/07 TC      Notice of Service of Discovery Requests for:          1.20
                 (1) Fort Smith Convention Center f.k.a. Fort
                 Smith Civic Auditorium (Claim No. 11039); (2)
                 KARK-TV, Inc. & Morris Multimedia, Inc. - West
                 Annex (Channel 4) f.k.a. First National Bank
                 (Claim No. 9913); (3) KARK-TV, Inc. & Morris
                 Multimedia, Inc. - East Building (Channel 4)
                 f.k.a. First National Bank (Claim No. 9912);
                 (4) F.F. Thompson Continuing Care Center (Claim
                 No. 6636) (5) Hotel Captain Cook - Tower # 2
                 (Claim No. 11110); (6) Bayshore Community
                 Hospital (Claim No. 6901); (7) Olympus 555
                 Properties, LLC (Claim No. 9684); (8)
                 Washington Township Health Care District f.k.a.
                 Washington Hospital (Claim No. 10668); (9)
                 Titusville Area Hospital f.k.a. Titusville
                 Hospital / Farrell Hospital (Claim Nos. 11106 /
                 11144); (10) Cayuga County Office Building
                 (Claim No. 10947); (11) Burgdorf Building
                 f.k.a. Bergdorf Health Center Building (Claim
                 No. 11027); (12) Glen Oaks Club Inc., Club
                 House f.k.a. Glen Oak Country Club (Claim No.
                 10749); (13) Allegheny Center No. 1 (Claim No.
                 11037); (14) Fulton County Health Center (Claim
                 No. 11158); (15) Manor Oak Two and 1001 Brinton
                 Road (Claim No. 10789); (16) First Tennessee
                 Bank (Bldg. 1-3) f.k.a. National Bank Building
                 (Claim No. 10533); (17) Embarcadero Center #3
                 (Claim No. 10886); (18) Embarcadero Center #4
                 (Claim No. 10885); (19) Baptist Health Medical
                 Center - Little Rock f.k.a. Arkansas Baptist
                 Medical Center (Claim Nos. 10695 / 10917 /
                 11128); (20) McKenzie Willamette Medical Center
                 f.k.a. McKenzie Hospital (Claim No. 11262);
                 (21) Palos Community Hospital f.k.a. Palos

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚱ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     MARCH 19, 2007
MATTER :  0066609-000015
INVOICE : 9992717

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/07   6548

RE:   LITIGATION AND LITIGATION CONSULTING

      Hospital (Claim No. 11066); (22) Mission Towers
a.k.a. Foxridge Towers Office Building f.k.a.
Foxridge Office Building (Claim No. 10516);
(23) Gulf Atlantic Properties, Inc. (Claim No.
6637); (24) Sutter Place, LLC (d/b/a Pacific
Plaza) f.k.a. Sutter Place Office Building
(Claim No. 10757); (25) Chicago Historical
Society (Claim No. 11104); (26) John Muir
Medical Center f.k.a. John Muir Hospital (Claim
No. 11026); (27) Presidential Towers
Condominium f.k! .a. Amer icana (Claim No.
11428); (28) Harry C. Levy Gardens - Housing
Authority of the City of Las Vegas (Claim No.
11572); (29) THC-Orange County Inc., d/b/a
Kindred Hospital - San Francisco Bay f.k.a.
Columbia San Leandro Memorial Hospital (Claim
No. 10805); (30) Schuyler Hospital (Claim No.
11003); (31) Abbeville General Hospital f.k.a.
Abbeville Hospital (Claim No. 11133); (32)
Carson Pirie Scott Store - Store #537 (Claim
No. 11555); (33) 1199 SEIU f.k.a. 310 West 43rd
Street Building (Claim No. 11703); (34) St.
Luke's Hospital - Bethlehem Campus and
Allentown Campus (Claim No. 10998); (35) St.
Joseph's Hill Infirmary Nursing Home (Claim No.
10700); (36) Jameson Memorial Hospital (Claim
No. 14410); (37) New Hanover Regional Medical
Center (Claim No. 10672); (38) Gundersen
Lutheran Medical Center (Claim No. 11124); (39)
St. Joseph Hospital (Claim No. 11243); (40)
First Tennessee Bank -- Main Bank Building
(Claim No. 10534); (41) Oneida County Office
Building c/o Oneida County Department of Law
(Claim No. 10767); (42) First Tennessee Bank
a.k.a Court-Thomas Computer Center f.k.a.

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

**Buchanan Ingersoll & Rooney** PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     MARCH 19, 2007
MATTER :   0066609-000015
INVOICE :  9992717

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/07    6548

RE:  LITIGATION AND LITIGATION CONSULTING

> National Bank Building (Claim No. 11722); (43)
> St. Mary's Medical Center f.k.a. St. Mary's
> Hospital (Claim No. 10746); (44) 99 Founders
> Plaza (Claim No. 10762); (45) Allegheny Center
> No. 2 (Claim No. 11036); (46) Santa Teresa
> Medical Office Building (Claim Nos. 11018 /
> 11227); (47) Hyatt Regency San Francisco (Claim
> No. 9915); (48) Pierre Laclede Center No. 1 & 2
> f.k.a. Pierre Laclede (2 Buildings) (Claim No.
> 10696); (49) Ohio Savings Plaza f.k.a. Penton
> Plaza & Park Plaza Investment Tower Job (Claim
> No. 11179); (50) Folger Building #1 (Claim No.
> 11009); (51) Jordan Hospital, Inc. (Claim No.
> 11689); (52) Friendly Home Nursing Care &
> Rehabilitation (Claim No. 10747); (53) Scottish
> Rite Cathedral (Claim No. 11200); (54) Dodge
> County Hospital (Claim No. 11550); (55)
> Children's Hospital of Pittsburgh of UPMC
> Health System (Claim No. 10962); (56) Y.W.C.A.
> of Greater Des Moines (Claim No. 11153); (57)
> Folger Building #2 a.k.a. Folger Buildi! ng
> Addit ion (Claim No. 11055); (58) Virtua Health
> - West Jersey Hospital Voorhees (Claim No.
> 11226); (59) Virtua West Jersey Hospital
> Marlton (Claim No. 11389); (60) Panda Prints
> (Claim No. 11257); (61) University of New
> England - Westbrook College Campus (Claim No.
> 11701); (62) IBM Metro Employees FCU (Claim No.
> 10722); (63) The Homeplace of Mondovi Hospital
> & The Homeplace of Stanley (Claim No. 11422);

02/05/07 TC    Reviewed Notice of Service Regarding Subpoena         .60
               to Testify at Deposition and Produce Documents
               Pursuant to Federal Rules of Civil Procedure
               30(B) and 45 (With Exhibits A and B) Filed by
               W.R. Grace & Co., et al..

**Buchanan Ingersoll ⚜ Rooney** PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MARCH 19, 2007
MATTER :  0066609-000015
INVOICE : 9992717

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/07    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 02/05/07 TC | Reviewed Notice of Service FOR NOTICE OF DEPOSITION AND SUBPOENA DIRECTED TO DR. RICHARD J. LEE Filed by Speights & Runyan Claimants | | .60 |
| 02/05/07 TC | Reviewed Notice of Service of Discovery Requests for: (1) Mc Master University (Claim No. 12368); (2) Hamilton District School Board - Westview (Claim No. 11684); (3) Hudson?s Bay Company -Zellers 347 (Claim No. 11618); (4) Hudson's Bay Company - Bay 1634/Ottawa (Claim No. 12530); (5) Hudson's Bay Company - Zellers 17/Ottawa (Claim No. 12531); (6) Great West Life - London Life (Claim No. 12533; (7) Toronto District School Board - Withrow (Claim No. 12317); (8) University Of Guelph (Claim No. 12329); (9) William Osler Health Centre (Claim No. 12322); (10) Toronto District School Board - Oakwood Collegiate (Claim No. 12311); (11) Toronto District School Board - Fairmount (Claim No. 12307); (12) Toronto District School Board - Humberside (Claim No. 12308); (13) Toronto District School Board - Indian Road Crescent Jr (Claim No. 12309); (14) Toronto District School Board - Monarch Park (Claim No. 12310); (15) Hamilton District School Board - Westdale (Claim No. 11683); (16) Hamilton District School Board - Sherwood Heights (Claim No. 11680); (17) Hamilton District School Board - Sherwood Secondary (Claim No. 11322); (18) Hamilton District School Board - Sir Alan Macnab (Claim No. 11681); (19) Hamilton District School Board - Sir John A. Macdonald (Claim No. 11682); (20) Oxford Properties - Edmonton Cente - Td Tower (Claim No. 12423); (21) Edmonton Public Schools - Woodcroft (Claim No. 12554); (22) Hudson's Bay Company - Bay 1144/Calgary (Claim No. 12526); (23) Hudson's Bay Company - Bay 1164/Calgary (Claim No. 12528); (24) Hudson's Bay Company - Zellers | | .70 |

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

**Buchanan Ingersoll & Rooney** PC

Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     MARCH 19, 2007
MATTER :   0066609-000015
INVOICE :  9992717

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/07   6548

RE:   LITIGATION AND LITIGATION CONSULTING

> 435/Calgary (Claim No. 12532); (25) Calgary
> Board Of Education - Wildwood Elementary (Claim
> No. 12442); (26) Calgary Board Of Education -
> Southwood Elementary (Claim No. 12293); (27)
> Calgary Board Of Education - Vincent Massey Jr
> High (Claim No. 12438); (28) Calgary Board Of
> Education - Viscount Bennett (Claim No. 12439);
> (29) Calgary Board Of Education - Western
> Canada High (Claim No. 12440); (30) Winnipeg
> -Redcliff (354401 Alberta Ltd) (Claim No.
> 11620); (31) Morg! uard Inv estments Limited -
> 7 Oaks Mall (Claim No. 12430); (32) School
> District 68 Nanaimo Ladysmith - Nanaimo Sr
> (Claim No. 11627); (33) School District 68
> Nanaimo Ladysmith - Woodlands (Claim No.
> 11632); (34) Hudson Bay Company - Bay
> 1120/Winnipeg (Claim No. 12525); (35) Carleton
> University - Mcodorum Library (Claim No.
> 12395); (36) Avalon East School Board -
> Hazelwood Elementary (Claim No. 12491); (37)
> Canadian Imperial Bank Of Commerce (Claim No.
> 12536); (38) Health Care Corporation Of St.
> John's (Claim No. 12493); (39) Atlantic
> Shopping Centres Ltd (Claim No. 12490); (40)
> Toronto District School Board - Western Tech
> (Claim No. 12316); (41) Toronto District School
> Board - Old Administration (Claim No. 12312);
> (42) City Of Vancouver - Queen Elizabeth
> Playhouse & Theatres (Claim No. 12476); (43)
> Toronto District School Board - Queen Alexandra
> (Claim No. 12314); (44) Toronto District School
> Board - Roden Jr (Claim No. 12315); (45)
> Hudson's Bay Company - Bay 1162/Abbotsford
> (Claim No. 12527); (46) Oxford Properties -
> Edmonton City Centre East (Claim No. 12422);

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MARCH 19, 2007
MATTER :  0066609-000015
INVOICE : 9992717

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/07    6548

RE:  LITIGATION AND LITIGATION CONSULTING

> (47) Oxford Properties - Edmonton Centre,
> 10025-102 Avenue (Claim No. 12421); (48) City
> Of Vancouver - Parkade (Claim No. 12346); (49)
> Edmonton Public Schools - Wellington (Claim No.
> 12549); (50) Edmonton Public Schools - Ross
> Sheppard (Claim No. 12501); (51) Edmonton
> Public Schools - Strathcona (Claim No. 12546);
> (52) Edmonton Public Schools - Victoria (Claim
> No. 12548); (53) Edmonton Public Schools -
> Sherbrook (Claim No. 12503); (54) Toronto
> District School Board - Perth Ave-Jr (Claim No.
> 12313); (55) Edmonton Public Schools - Ritchie
> School (Claim No. 12500); (56) Edmonton Public
> Schools - North Edmonton (Claim No. 12542);
> (57) Edmonton Public Schools - Parkview (Claim
> No. 12537); (58) Edmonton Public Schools -
> Prince Rupert (Claim No. 12496); (59) Edmonton
> Public Schools - Queen Alexandra (Claim No.
> 12498); (60) Hamilton District School Board -
> Scott Park (Claim No. 11323); (61) Fairmail
> Leasehold Inc - Cadillac Fairview Mall (Claim
> No. 12396); (62) Gr! eat West Life - Commerce
> Court West (Claim No. 12534); (63) Hamilton
> District School Board - Delta (Claim No.
> 13950); (64) Hamilton District School Board -
> Pauline Johnson (Claim No. 11678); (65) Calgary
> Board Of Education - Colonel Irvine Jr High
> (Claim No. 12348); (66) Calgary Board Of
> Education - Altadore Elementary (Claim No.
> 14885); (67) Calgary Board Of Education -

02/06/07 TC    Reviewed Notice of Service of Notices of          .40
               Deposition of Graeme Mew and Roger Morse (on
               behalf of S&R Canadian Claimants) and Roger
               Morse (on behalf of S&R California Claimants)
               Filed by Speights & Runyan Claimants

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE  :    MARCH 19, 2007
MATTER :  0066609-000015
INVOICE : 9992717

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/07   6548

RE:   LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 02/08/07 TC | Reviewed Order (REVISIONS BY THE COURT) Granting the Motion of Anderson Memorial Hospital to Compel Deposition of Debtors' Records Custodian(s) Under Bankruptcy Rule 7037 | .30 |
| 02/08/07 TC | Reviewed Order Regarding [Status [Pre-Trial Conference on February 21, 2007, at 9:00 a.m. Eastern time in Pittsburgh, Pennsylvania, Regarding Procedures for April 23, 24, and 25, 2007, Hearings Regarding Objections to Asbestos PD Claims. | .30 |
| 02/08/07 TC | Reviewed Notice of Deposition , Rescheduled Filed by W.R. Grace & Co., et al | .40 |
| 02/08/07 TC | Reviewed Notice of Service of Affidavit of Process Server Filed by Speights & Runyan Claimants | .30 |
| 02/08/07 TC | Reviewed Notice of Deposition and Subpoena for Claims Resolution Management Corp for March 2, 2007 beginning at 9:00 am EST Filed by W.R. Grace & Co., et al.. | .70 |
| 02/09/07 TC | Reviewed Notice of Service of Discovery Requests for: (1) UC Davis Med. Center - Cypress Bldg. (Claim No. 9892); (2) UC Berkeley - Wheeler Hall (Claim No. 9881); (3) UC Riverside - Watkins Art Gallery (same as Watkins House - just shared space) (Claim No. 9887); (4) UC Davis Med. Center - Professional Bldg. (Claim No. 9890); (5) UC Davis Med. Center - Hospital (East Wing and North Wing) (Claim No. 9891); (6) UC Berkeley - Zellerbach Playhouse Lobby (Claim No. 9880); (7) UC Riverside - Watkins House (Claim No. 9886); (8) UC Riverside - Olmstead Hall Theater (Claim No. 9883); (9) UC Riverside - Physics 2000 Theater (Claim No. 9885); (10) UC Berkeley - Zellerbach | .80 |

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ♦ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE  :      MARCH 19, 2007
MATTER :  0066609-000015
INVOICE : 9992717

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/07    6548

RE:   LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| | Center (Claim No. 9879); (11) UC Berkeley - Calvin (Claim No. 9850); (12) UC Berkeley - Kroeber Bldg. (Claim No. 9897); (13) UC Berkeley - Eschelman Bldg. (Claim No. 9895); (14) UC San Diego - Hillcrest Hospital Emergency Dept. (same as UCSD Medical Center) (Claim No. 9840); (15) UC Santa Barbara - Campbell Hall Projection Room (Claim No. 9873); (16) UC Davis - Physical Science Library (Claim No. 9845); (17) UC Santa Barbara - Student Health Bldg. (Claim No. 9877); (18) UC Berkeley - ASUC-King Union Bldg. (Claim No. 9848); (19) UC San Francisco - Millberry Union Bldg. (Claim No. 9867); | |
| 02/09/07 TC | Reviewed Notice of Deposition - Rescheduled Deposition Duces Tecum of David B. Siegel Filed by David Austern, Official Committee of Asbestos Personal Injury Claimants | .80 |
| 02/09/07 TC | Reviewed Notice of Service of Discovery Requests for: (1) CSU Long Beach - University Theater (Claim No. 12616); (2) CSU Fullerton - PJ&G Pollak Library (Claim No. 10020); (3) CSU Fullerton- Performing Arts (Claim No. 10058); (4) CSU Humboldt - Natural Resources Bldg. (Claim No. 9842); (5) CSU Long Beach - Main Library (Claim No. 10237); (6) CSU San Luis Obispo - Research & Development (Claim No. 11800); (7) CSU East Bay (Hayward) - Music & Business (Claim No. 11957); (8) CSU Sacramento - Kadema Hall (Claim No. 9970); (9) CSU Sacramento - Alpine Hall (Claim No. 9988); (10) CSU San Diego - East Commons and East Commons Addition (Claim No. 10208); (11) CSU San Luis Obispo - Mott Physical Education (Claim No. 11802); (12) CSU San Diego - Aztec Center (Claim No. 9925); | .80 |

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

**Buchanan Ingersoll & Rooney** PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :      MARCH 19, 2007
MATTER :  0066609-000015
INVOICE : 9992717

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/07   6548

RE:  LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 02/09/07 | TC | Reviewed Notice of Service // Claimants Represented by the Law Firm of Dies & Hile, L.L.P. Submission of Supplemental and Rebuttal Expert Report of William M. Ewing, CIH, Regarding the Schedule for the Adjudication of Lack of Hazard Issues, as Described in the 15th Omnibus Objections Filed by Asbestos Property Damage Claimants represented by Dies & Hile, LLP | .90 |
| 02/09/07 | TC | Motion to Approve Agreed Motion for Entry of an Order Confirming That Deposition Testimony of Dr. Philip H. Lucas Is Not Within the Scope of the Health Insurance Portability and Accountability Act Filed by W.R. Grace & Co., et al.. | .70 |
| 02/09/07 | TC | Reviewed Motion to Approve Debtors' Motion for Expedited Consideration of Agreed Motion for Entry of an Order Confirming That Deposition Testimony of Dr. Philip H. Lucas Is Not Within the Scope of the Health Insurance Portability and Accountability Act Filed by W.R. Grace & Co., et al. | .70 |
| 02/09/07 | TC | Reviewed Motion to Approve Debtors' Motion for Expedited Consideration of Agreed Motion for Entry of an Order Confirming That Deposition Testimony of Dr. Philip H. Lucas Is Not Within the Scope of the Health Insurance Portability and Accountability Act Filed by W.R. Grace & Co., et al.. | .50 |
| 02/09/07 | TC | Reviewed Response to Debtors Twentieth Omnibus Objection to Claim #2519. related docket Filed by Walter D Pelett | .60 |

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll &amp; Rooney PC
### Attorneys &amp; Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     MARCH 19, 2007
MATTER :   0066609-000015
INVOICE :  9992717

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/07    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| Date | | Description | Hours |
|---|---|---|---|
| 02/09/07 | TC | Reviewed Response to Debtors Twentieth Omnibus Objection to Claim #2519 Filed by Walter D Pelett | .40 |
| 02/09/07 | TC | Reviewed Amended Notice of Deposition of Roger G. Morse Filed by Speights & Runyan Claimants | .40 |
| 02/13/07 | TC | Reviewed Notice of Service of Debtors' Designation of Rebuttal Expert Reports Relating to the Lack of Hazard Issues Filed by W.R. Grace & Co., et al | .40 |
| 02/13/07 | TC | Reviewed Notice of Service of Rebuttal Witness Disclosure of William G. Hughson, M.D., D. Phil. Filed by W.R. Grace & Co., et al, | .70 |
| 02/13/07 | TC | Reviewed Notice of Service of Expert Report of Morton Corn, Ph.D., CSP, Contamination: Definition; Public Health Context; and Its Widespread Usage by Claimants' Experts Filed by W.R. Grace & Co., et al.. | .50 |
| 02/13/07 | TC | Reviewed Notice of Service of Expert Rebuttal Report of Richard J. Lee, Ph.D.: Asbestos Property Damage Claims Lack of Hazard Proceeding Filed by W.R. Grace & Co., et al.. | 1.10 |
| 02/13/07 | TC | Reviewed Exhibit A to Agreed Motion for Entry of an Order Confirming That Deposition Testimony of Dr. Philip H. Lucas Is Not Within the Scope of the Health Insurance Portability and Accountability Act Filed by W.R. Grace & Co., et al. | .70 |
| 02/13/07 | TC | Reviewed Notice of Deposition and Subpoena for Celotex Trust on March 2, 2007 at 9:00 am EST Filed by W.R. Grace & Co., et al.. | .60 |

---

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚙ Rooney pc
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     MARCH 19, 2007
MATTER :   0066609-000015
INVOICE : 9992717

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/07    6548

RE:   LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 02/13/07 TC | Reviewed Notice of Deposition Notice of Intention to Take the Deposition of Dr. Donald Pinchin Filed by W.R. Grace & Co., et al.. | .80 |
| 02/14/07 TC | Reviewed Objection to the Debtor's Agreed Motion for Entry of an Order Confirming that Deposition Testimony of Dr. Philip H. Lucas is not within the Scope of the Health Insurance Portability and Accountability Act Filed by Official Committee of Asbestos Personal Injury Claimants | .40 |
| 02/14/07 TC | Reviewed Notice of Deposition and Subpoena for Ann C. Burke - Rescheduled on February 21, 2007 at 10:00 am Filed by W.R. Grace & Co., et al.. | .40 |
| 02/15/07 TC | Reviewed Notice of Deposition and Subpoena for Claims Processing Facility, Incorporated Filed by W.R. Grace & Co., et al.. | .40 |
| 02/15/07 TC | Reviewed rescheduled deposition notices of Hughes and Beber | .40 |
| 02/15/07 TC | Reviewed Notice of Service of Discovery Regarding the Claimants Represented by the Law Firm of Motley Rice LLC's Interrogatories and Requests for Production of Documents to W.R. Grace and Company Filed by Motley Rice LLC | .30 |
| 02/15/07 TC | Reviewed appellants motion to expedite third circuit appeal | .70 |
| 02/15/07 TC | Reviewed Motion For Summary Judgment with Respect to the Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims on Bases of Statute of Limitations, Laches and Assumption of Risk Filed by Macerich Fresno Limited Partnership | .40 |

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚹ Rooney PC

Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     MARCH 19, 2007
MATTER :   0066609-000015
INVOICE :  9992717

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/07    6548

RE:   LITIGATION AND LITIGATION CONSULTING

| Date | | Description | Hours |
|---|---|---|---|
| 02/16/07 | TC | Reviewed Motion For Summary Judgment Debtors' Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Eleven (11) Asbestos Property Damage Claims Involving Products Not Made by the Debtors Filed by W.R. Grace & Co., et al.. | .80 |
| 02/16/07 | TC | Reviewed Motion For Summary Judgment Debtors' Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging One Hundred Nine (109) California Asbestos Property Damage Claims Barred by the Statute of Limitations Filed by W.R. Grace & Co. | 1.60 |
| 02/16/07 | TC | Reviewed Motion For Summary Judgment Debtors' Motion and Memorandum In Support of an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging One Hundred Twenty (120) Time-Barred Louisiana Asbestos Property Damage Claims Filed by W.R. Grace & Co., et al | 1.70 |
| 02/19/07 | TC | Reviewed Motion For Summary Judgment Debtor's Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Eleven (11) Property Damage Claims Barred By Statutes of Repose in Minnesota, North Carolina, Iowa and Tennessee | .80 |
| 02/19/07 | TC | Reviewed Motion For Summary Judgment Debtors' Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Eighty-Eight (88) Time-Barred Canadian Asbestos Property Damage Claims Filed by W.R. Grace & Co., et al | 1.60 |

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    :    MARCH 19, 2007
MATTER  :    0066609-000015
INVOICE :    9992717

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/07    6548

RE:    LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 02/19/07 TC | Reviewed Motion For Summary Judgment Debtors' Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Sixteen (16) Time-Barred Asbestos Property Damage Claims Filed by W.R. Grace & Co., et al | .90 |
| 02/19/07 TC | Reviewed Motion For Summary Judgment Debtors' Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Fifty-Two (52) Libby Claims Presenting No Damage Filed by W.R. Grace & Co., et al | 2.00 |
| 02/19/07 TC | Briefly reviewed Appendix to Rule 1066 Summaries With Information Attached Filed by W.R. Grace & Co., et al | 1.80 |
| 02/20/07 TC | Communication with phil bentley and gary becker about third circuit appeal | .20 |
| 02/20/07 TC | Call from third circuit re expedited wrgrace appeal | .30 |
| 02/20/07 TC | Reviewed Exhibit (Correct Image) of Exhibit C to Motion For Summary Judgment and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Fifty-Two (52) Libby Claims Presenting No Damage Filed by W.R. Grace & Co., et al.. | .80 |
| 02/20/07 TC | Reviewed Exhibit (Correct Image) of Exhibit C to Motion For Summary Judgment and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Fifty-Two (52) Libby Claims Presenting No Damage Filed by W.R. Grace & Co., et al | .70 |

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

# Buchanan Ingersoll ⚜ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :      MARCH 19, 2007
MATTER :   0066609-000015
INVOICE : 9992717

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/07    6548

RE:   LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 02/20/07 TC | Reviewed Memorandum of Law/Brief in opposition to agreed motion re HIPPA and Dr. Lucas Filed by Baron & Budd, P.C., and Silber Pearlman, LLP. | .50 |
| 02/20/07 TC | Reviewed Notice of Deposition Notice of Intention to Take the Deposition of Tim Vander Wood (MVA Scientific Consultants) Filed by W.R. Grace & Co., et al.. | .40 |
| 02/20/07 TC | Reviewed Order [SUPPLEMENTAL Regarding Production of X-Rays by Non-Mesothelioma Cancer Claimants. | .70 |
| 02/20/07 TC | Reviewed Reply in Support of Debtors' Agreed Motion for Entry of an Order Confirming that Deposition Testimony of Dr. Philip H. Lucas in Not Within the Scope of the Health Insurance Portability and Accountability Act Filed by W.R. Grace & Co., et al. | .70 |
| 02/21/07 TC | Reviewed Notice of Deposition (Amended) and Subpoena Regarding N&M, Inc. Filed by W.R. Grace & Co., et al.. | .40 |
| 02/21/07 TC | Reviewed Order Granting Motion of Trumbull Memorial Hospital | .30 |
| 02/21/07 TC | Reviewed Notice of Service / Supplemental Submission of Expert Reports Regarding the Schedule for the Adjudication of Product Identification Issues, as Described in Debtors' 15th Omnibus Objections | .40 |
| 02/21/07 TC | Reviewed Order Authorizing the debtors to make legally required minimum contributions to defined benefit pension plans covering the debtors' employees, due April 2007 | .40 |

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC

**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MARCH 19, 2007
MATTER :  0066609-000015
INVOICE : 9992717

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/07   6548

RE:  LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 02/21/07 TC | Reviewed Order Granting Motion To of certain claimants represented by Reaud, Morgan & Quinn, L.L.P. to Amend informal proofs of claim, or alternatively, for leave to allow late filing of proofs of claim. | | .40 |
| 02/22/07 TC | Reviewed Notice of Intention to Take the Deposition of Jack L. Halliwell, P.E. Filed by W.R. Grace & Co., et al. | | .40 |
| 02/24/07 TC | Reviewed Notice of Service of Preliminary Designation of Fact and Expert Witnesses Relating to the Debtor's Objection to Claims. Filed by State of California, Department of General Services | | .50 |
| 02/24/07 TC | Reviewed Notice of Service of Expert Reports by MVA Inc.on Product Indentification Filed by State of California, Department of General Serv | | .40 |
| 02/24/07 TC | Reviewed Order Regarding Foster & Sear's Motion for Extension of Time to Respond to W.R. Grace Asbestos Personal Injury Questionnaire | | .40 |
| 02/28/07 TC | Reviewed communications about third circuit appeal of exclusivity issues | | .60 |
| 02/28/07 TC | Reviewed Notice of Intention to take Deposition of Dr. Arthur L. Frank, M.D., Ph.D [Scheduled for March 23, 2007 at 12:30 pm EST Filed by W.R. Grace & Co., et al.. | | .40 |

# Buchanan Ingersoll & Rooney PC

Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :      MARCH 19, 2007
MATTER :  0066609-000015
INVOICE : 9992717

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/07    6548

RE:   LITIGATION AND LITIGATION CONSULTING

## T I M E   S U M M A R Y
-----------------------

|              | RATE   | HOURS | TOTALS    |
|--------------|--------|-------|-----------|
| T. Currier   | 500.00 | 46.50 | 23250.00  |
| TOTALS       |        | 46.50 | 23250.00  |

TOTAL FEES :                        23,250.00

TOTAL DUE  :                        23,250.00

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC

Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE   :    MARCH 19, 2007
MATTER :    0066609-000012
INVOICE :  9992719

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/07   6548

RE:   FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/05/07 | MNF | E-file and serve 65th monthly fee app of Kramer Levin (.8); calendar dates (.1) | 1.00 |
| 02/23/07 | MNF | Draft Notice re: 19th quarterly fee Request of Kramer Levin for 10/1/06-12/31/06 | .50 |
| 02/26/07 | MNF | Edits to Notice re: 19th Quarterly fee Request of Kramer Levin | .40 |
| 02/27/07 | MNF | E-file and serve 19th quarterly fee request of Kramer Levin for 10/1/06-12/31/06 (.9); calendar dates (.1) | 1.00 |
| 02/28/07 | MNF | Emails to and from Paul @ Lexicon re: fee app (.3); Discuss same with TKDC (.2) | .50 |

## T I M E   S U M M A R Y

|           |        | RATE   | HOURS | TOTALS |
|-----------|--------|--------|-------|--------|
| M. Flores |        | 165.00 | 3.40  | 561.00 |
|           | TOTALS |        | 3.40  | 561.00 |

TOTAL FEES :                                    561.00

TOTAL DUE  :                                    561.00

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MARCH 19, 2007
MATTER :  0066609-000011
INVOICE : 9992720

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/07   6548

RE:   FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/06/07 | MNF | Review docket and pleadings re November time (.4); t/c with J. Beamon re: same (.2); emails to and from J. Beamon re: same (.4) | 1.00 |
| 02/16/07 | MNF | Review pre-bills for January 2007 time | .60 |
| 02/20/07 | MNF | Review docket re: objections to 62nd monthly fee app of BIR (.1); Draft CNO re: same (.5) | .60 |
| 02/21/07 | MNF | E-file and serve CNO re: 62nd monthly fee app of BIR (.7); update fee service list (.3) | 1.00 |
| 02/22/07 | MNF | T/c with Karen re: pre-bills (.2); Finalize/coordinate bills with Karen; (.3) Prepare 63rd monthly fee app of BIR for January 2007 (2.0) | 2.50 |
| 02/23/07 | MNF | E-file and serve Amended 65th monthly fee app of Kramer Levin; calendar dates | 1.00 |
| 02/23/07 | MNF | Prepare Notice re: 23rd Quarterly fee Request of BIR for 10/1/06-12/31/06 (.5); Draft 23rd Quarterly fee request of BIR for 10/1/06-12/31/06 and exhibits re: same (1.5) | 2.00 |
| 02/26/07 | MNF | Edits to 63rd monthly fee app of BIR for January 2007 | .40 |
| 02/26/07 | MNF | Work on 23rd quarterly fee request of BIR for 10/1/06-12/31/06 time and exhibits re: same (2.5); Edits to Notice re: 23rd quarterly fee request (.5) | 3.00 |
| 02/27/07 | TC | Reviewed cnos for filing and executed same | .70 |

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚖ Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE   :    MARCH 19, 2007
MATTER :    0066609-000011
INVOICE :   9992720

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/07    6548

RE:  FEE APPLICATIONS, APPLICANT

| | | | |
|---|---|---|---:|
| 02/27/07 TC | Reviewed our next draft fee application | | .70 |
| 02/27/07 MNF | E-file and serve 23rd quarterly fee request of BIR for 10/1/06-12/31/06 (.9); calendar dates (.1) | | 1.00 |

### T I M E    S U M M A R Y
-----------------------

| | RATE | HOURS | TOTALS |
|---|---:|---:|---:|
| | ---- | ----- | ------ |
| T. Currier | 500.00 | 1.40 | 700.00 |
| M. Flores | 165.00 | 13.10 | 2161.50 |
| TOTALS | | 14.50 | 2861.50 |

TOTAL FEES :                    2,861.50

TOTAL DUE  :                    2,861.50

---

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    :    MARCH 19, 2007
MATTER  :    0066609-001000
INVOICE :    9992718

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/07    6548

RE:   EXPENSES

| DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|
| 01/22/07 Messenger/Delivery Service Parcels Inc. invocie 51542 | 16.05 |
| 01/26/07 Express Mail - Federal Express invoice 8-669-80784 | 15.75 |
| 01/29/07 Express Mail - Federal Express invoice 8-669-80784 | 15.75 |
| 02/02/07 Photocopies M. Flores | 0.45 |
| 02/02/07 Photocopies M. Flores | 4.05 |
| 02/05/07 Photocopies M. Flores | 16.50 |
| 02/06/07 Photocopies M. Flores | 1.80 |
| 02/06/07 Photocopies M. Flores | 7.95 |
| 02/08/07 Photocopies M. Flores | 13.35 |
| 02/15/07 Photocopies M. Flores | 2.25 |
| 02/19/07 Photocopies M. Flores | 0.45 |
| 02/21/07 Photocopies M. Flores | 0.60 |
| 02/23/07 Photocopies M. Flores | 6.60 |
| 02/26/07 Photocopies M. Flores | 4.80 |
| 02/26/07 Photocopies M. Flores | 0.30 |
| 02/27/07 Photocopies M. Flores | 4.20 |

TOTAL EXPENSE ADVANCES :        110.85

TOTAL DUE   :                   110.85