**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Relates to Docket Nos. 14907, 14908** |
| | ) | **14981 and 14901** |

### CERTIFICATE OF SERVICE

This is to certify that, on March 29, 2007, a true and correct copy of:

MODIFIED ORDER GRANTING MOTION TO EXPEDITE MOTION TO EXTEND TIME FOR FILING NOTICE OF APPEAL AND MOTION TO STAY COMPLIANCE WITH THE ORDER ON MOTION TO COMPEL [Re: Docket Nos. 14907, 14908, 14981 and 14901]

was served in the manner indicated on the 2002 Service List upon all parties in interest.

                                           */s/Daniel K. Hogan*
                                           Daniel K. Hogan (DE #2814)
                                           **THE HOGAN FIRM**
                                           1311 Delaware Avenue
                                           Wilmington, Delaware 19806
                                           Telephone: (302) 656-7540
                                           Facsimile: (302) 656-7599
                                           E-Mail: dkhogan@dkhogan.com