IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. GRACE & CO., *et al.*, ) | |
| ) | Case No. 01-01139 (JKF) |
| Debtors. ) | (Jointly Administered) |
| ) | |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES
### PURSUANT TO FED. R. BANKR. P. 2002 AND 9010 AND DEL. BANKR. LR. 2002-1(d)

Pursuant to Fed. R. Bankr. P. 2002(g) and (i) and 9010(b), the undersigned counsel hereby enters their appearance for property damage claimant State of California, Department of General Services ("DGS"), and requests that DGS be added to the official mailing matrix and service lists in this case and that copies of all pleadings, motions, notices and other papers, filed or served, in this case or any proceeding therein, be served upon the undersigned counsel at the following addresses and/or facsimile numbers:

| | |
|---|---|
| Steven J. Mandelsberg, Esquire | Tobey M. Daluz, Esquire |
| Christina J. Kang, Esquire | Leslie C. Heilman, Esquire |
| Hahn & Hessen LLP | Ballard Spahr Andrews & Ingersoll, LLP |
| 488 Madison Avenue | 919 N. Market Street, 12th Floor |
| New York, NY 10022 | Wilmington, DE 19801 |
| Phone: (212) 478-7200 | Phone: (302) 252-4465 |
| Facsimile: (212) 478-7400 | Facsimile: (302) 252-4466 |

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive DGS's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which DGS is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: March 29, 2007  
Wilmington, Delaware

BALLARD SPAHR ANDREWS & INGERSOLL, LLP

By: /s/ Leslie C. Heilman  
Tobey M. Daluz, Esquire (No. 3939)  
Leslie C. Heilman, Esquire (No. 4716)  
919 N. Market Street, 12th Floor  
Wilmington, DE 19801  
Phone: (302) 252-4465  
Facsimile: (302) 252-4466  
E-mail: daluzt@ballardspahr.com  
heilmanl@ballardspahr.com

and

Steven J. Mandelsberg, Esquire  
Christina J. Kang, Esquire  
HAHN & HESSEN LLP  
488 Madison Avenue  
New York, NY 10022  
Phone: (212) 478-7200  
Facsimile: (212) 478-7400  
E-mail: smandelsberg@hahnhessen.com  
ckang@hahnhessen.com

Counsel for Claimant,  
State of California, Dep't of General Services