```
Date: 03/28/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                   Page 1


               W. R. Grace, Inc. % Elihu Inselbuch
               Caplin & Drysdale
               399 Park Avenue, 27th Floor
               New York, New York 10022


Date/Slip# Description                          HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
02/15/07   Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.6    255.00
#4260      Telephone Biggs re: data problems            425.00

02/21/07   Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.4    170.00
#4282      Email Biggs re: problems with history file/Rust   425.00
           identifiers

02/28/07   Ebener    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.2     60.00
#4536      Telephone Eveland about new sample coding     300.00
```

```
Date: 03/28/07           Legal Analysis Systems, Inc.
Time: 10:00am                                                        Page 2

          W. R. Grace


Date/Slip# Description                                   HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
02/01/07  Relles   / (07) Committee, Creditors'             0.3      127.50
#4201     Develop list of jurisdictions for Graham, send email 425.00

02/01/07  Relles   / (07) Committee, Creditors'             0.4      170.00
#4202     Respond to Finch queries re: Verus              425.00

02/01/07  Relles   / (07) Committee, Creditors'             0.5      212.50
#4206     Email status summaries to Inselbuch et al       425.00

02/02/07  Peterson / (07) Committee, Creditors'             1.7     1190.00
#4005     Conference call with Slocombe, Wehner and Finch re:  700.00
          status of claims received

02/02/07  Relles   / (07) Committee, Creditors'             1.7      722.50
#4210     Conference call with Slocombe, Wehner and Finch re:  425.00
          status of claims received

02/06/07  Relles   / (07) Committee, Creditors'             0.3      127.50
#4216     Telephone Wehner re: spreadsheets               425.00

02/09/07  Relles   / (07) Committee, Creditors'             0.8      340.00
#4232     Respond to Finch request re: new Rust data      425.00

02/09/07  Relles   / (07) Committee, Creditors'             0.5      212.50
#4233     Respond to Finch request re: number of image page 3
          provided

02/10/07  Relles   / (07) Committee, Creditors'             0.3      127.50
#4235     Email correspondence with Wehner                425.00

02/13/07  Relles   / (07) Committee, Creditors'             1.0      425.00
#4249     Compose summary memorandum to Wehner            425.00
          (Caplin-Drysdale)

02/13/07  Relles   / (07) Committee, Creditors'             0.5      212.50
#4250     Telephone Wehner re: law firm results           425.00

02/14/07  Relles   / (07) Committee, Creditors'             0.3      127.50
#4254     Communication with Finch re: additional samples 425.00

02/14/07  Relles   / (07) Committee, Creditors'             0.3      127.50
#4256     Telephone Wehner re: law firm results           425.00

02/16/07  Relles   / (07) Committee, Creditors'             0.5      212.50
#4263     Telephone Wehner re: law firm results           425.00
```

```
Date: 03/28/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 4

          W. R. Grace


Date/Slip# Description                              HOURS/RATE    AMOUNT
------------------------------------------------------------------------
02/20/07  Relles    / (07) Committee, Creditors'          0.3    127.50
#4276     Telephone Wehner re: Cupit cases             425.00

02/26/07  Relles    / (07) Committee, Creditors'          0.8    340.00
#4299     Telephone Wehner re: law firm responses      425.00

02/28/07  Peterson  / (07) Committee, Creditors'          0.5    350.00
#4048     Email Finch re: responses to PIQ             700.00

02/28/07  Peterson  / (07) Committee, Creditors'          0.5    350.00
#4049     Email correspondence with Finch re: responses to PIQ 700.00

02/28/07  Relles    / (07) Committee, Creditors'          0.4    170.00
#4304     Telephone Wehner re: flow charts             425.00
```

```
Date: 03/28/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 5

          W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
02/01/07 Ebener   / (28) Data Analysis                  0.2      60.00
#4501    Exchange email with Relles about Verus coding 300.00
         documentation

02/01/07 Peterson / (28) Data Analysis                  3.2    2240.00
#4001    Review Debtor's PIQ data and sampling         700.00

02/01/07 Peterson / (28) Data Analysis                  0.5     350.00
#4002    Telephone Relles re: Debtor's PIQ data and    700.00
         sampling

02/01/07 Peterson / (28) Data Analysis                  1.5    1050.00
#4003    Review responses to discovery requests by law 700.00
         firm (1.0); telephone Relles (.5)

02/01/07 Peterson / (28) Data Analysis                  1.0     700.00
#4004    Draft notes of summary PIQ filing information by law 700.00
         firm

02/01/07 Relles   / (28) Data Analysis                  2.6    1105.00
#4203    Do further names match cleanup                425.00

02/01/07 Relles   / (28) Data Analysis                  1.3     552.50
#4204    Prepare list of cases not received, by lawfirm and 425.00
         PIQ/POC status

02/01/07 Relles   / (28) Data Analysis                  1.7     722.50
#4205    Prepare counts of cases not received, by law firm 425.00
         and PIQ/POC status

02/01/07 Relles   / (28) Data Analysis                  0.5     212.50
#4207    Telephone Peterson re: Debtor's PIQ data and  425.00
         sampling

02/01/07 Relles   / (28) Data Analysis                  0.5     212.50
#4208    Telephone Peterson re: responses to discovery 425.00
         requests by law firm

02/02/07 Ebener   / (28) Data Analysis                  0.2      60.00
#4502    Telephone Relles, Peterson about status of    300.00
         duplicates verification

02/02/07 Peterson / (28) Data Analysis                  1.2     840.00
#4006    Review data files for conference call         700.00

02/02/07 Peterson / (28) Data Analysis                  2.6    1820.00
#4007    Meet with Relles to discuss non-responders    700.00
```

{D0082123.1 }

```
Date: 03/28/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 6

          W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
02/02/07  Peterson  / (28) Data Analysis              1.3       910.00
#4008     Review Verus instructions                 700.00

02/02/07  Peterson  / (28) Data Analysis              0.2       140.00
#4009     Telephone Relles, Ebener about status of duplicates 700.00
          verification

02/02/07  Relles    / (28) Data Analysis              0.2        85.00
#4209     Telephone Ebener, Peterson about status of 425.00
          duplicates verification

02/02/07  Relles    / (28) Data Analysis              1.8       765.00
#4211     Back up data and programs                  425.00

02/02/07  Relles    / (28) Data Analysis              2.6      1105.00
#4212     Meet with Peterson to discuss non-responders 425.00

02/04/07  Peterson  / (28) Data Analysis              2.6      1820.00
#4010     Work on report                             700.00

02/05/07  Ebener    / (28) Data Analysis              0.2        60.00
#4503     Review email instructions from Peterson about next 300.00
          steps on Verus Analysis

02/05/07  Ebener    / (28) Data Analysis              0.7       210.00
#4504     Update duplicates check file               300.00

02/05/07  Peterson  / (28) Data Analysis              3.2      2240.00
#4011     Review December draft of report            700.00

02/05/07  Peterson  / (28) Data Analysis              1.3       910.00
#4012     Work on report                             700.00

02/05/07  Peterson  / (28) Data Analysis              1.4       980.00
#4013     Review issues and data on PIQ response rates 700.00

02/05/07  Relles    / (28) Data Analysis              3.0      1275.00
#4213     Develop spreadsheets for law firm contacts 425.00

02/06/07  Peterson  / (28) Data Analysis              0.3       210.00
#4014     Telephone Relles re: spreadsheets          700.00

02/06/07  Peterson  / (28) Data Analysis              8.6      6020.00
#4015     Work on report                             700.00
```

{D0082123.1 }

Date: 03/28/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 7

          W. R. Grace


| Date/Slip# | Description | HOURS/RATE | AMOUNT |
| --- | --- | --- | --- |
| 02/06/07 | Relles   / (28) Data Analysis | 2.2 | 935.00 |
| #4214 | Revise spreadsheets for law firm contact | 425.00 | |
| 02/06/07 | Relles   / (28) Data Analysis | 1.7 | 722.50 |
| #4215 | Develop new spreadsheets for law firm contacts--cases not in history file | 425.00 | |
| 02/06/07 | Relles   / (28) Data Analysis | 0.3 | 127.50 |
| #4217 | Telephone Peterson re: spreadsheets | 425.00 | |
| 02/07/07 | Ebener   / (28) Data Analysis | 0.4 | 120.00 |
| #4505 | Telephone Relles re: jury verdict data cleanup | 300.00 | |
| 02/07/07 | Ebener   / (28) Data Analysis | 0.5 | 150.00 |
| #4506 | Check duplicates file update and email file to Relles | 300.00 | |
| 02/07/07 | Peterson  / (28) Data Analysis | 0.5 | 350.00 |
| #4016 | Telephone Relles re: trends in jury verdicts | 700.00 | |
| 02/07/07 | Peterson  / (28) Data Analysis | 12.7 | 8890.00 |
| #4017 | Work on report | 700.00 | |
| 02/07/07 | Relles   / (28) Data Analysis | 1.0 | 425.00 |
| #4218 | Wrg review status of jury verdict data | 425.00 | |
| 02/07/07 | Relles   / (28) Data Analysis | 0.4 | 170.00 |
| #4219 | Telephone Ebener re: jury verdict data cleanup | 425.00 | |
| 02/07/07 | Relles   / (28) Data Analysis | 1.3 | 552.50 |
| #4220 | Estimate trends in jury verdicts | 425.00 | |
| 02/07/07 | Relles   / (28) Data Analysis | 0.6 | 255.00 |
| #4221 | Summarize trends for Peterson discussion | 425.00 | |
| 02/07/07 | Relles   / (28) Data Analysis | 0.5 | 212.50 |
| #4222 | Telephone Peterson re: trends in jury verdicts | 425.00 | |
| 02/07/07 | Relles   / (28) Data Analysis | 1.9 | 807.50 |
| #4223 | Work on linking history and Rust data files | 425.00 | |
| 02/07/07 | Relles   / (28) Data Analysis | 2.5 | 1062.50 |
| #4224 | Develop and clean up additional lists of attorney and claimant responses to questionnaire | 425.00 | |

Date: 03/28/07           Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 8

          W. R. Grace


Date/Slip# Description                                HOURS/RATE   AMOUNT
------------------------------------------------------------------------
02/07/07  Relles    / (28) Data Analysis                    2.4  1020.00
#4225     Work on linking history and Rust data files  425.00

02/08/07  Ebener    / (28) Data Analysis                    0.2    60.00
#4507     Telephone Relles re: status of updated file  300.00

02/08/07  Peterson  / (28) Data Analysis                   13.9  9730.00
#4018     Work on report                               700.00

02/08/07  Peterson  / (28) Data Analysis                    0.8   560.00
#4019     Telephone Relles re: stale claims analysis   700.00

02/08/07  Relles    / (28) Data Analysis                    0.2    85.00
#4226     Telephone Ebener re: status of updated file  425.00

02/08/07  Relles    / (28) Data Analysis                    1.4   595.00
#4227     Work on additional lists of attorney and claimant  425.00
          responses to questionnaire

02/08/07  Relles    / (28) Data Analysis                    2.3   977.50
#4228     Perform stale claims analysis                425.00

02/08/07  Relles    / (28) Data Analysis                    0.8   340.00
#4229     Telephone Peterson re: stale claims analysis 425.00

02/09/07  Peterson  / (28) Data Analysis                   10.9  7630.00
#4020     Work on report                               700.00

02/09/07  Peterson  / (28) Data Analysis                    2.3  1610.00
#4021     Review emails re: PIQ data; review data      700.00

02/09/07  Relles    / (28) Data Analysis                    2.4  1020.00
#4230     Update Rust data files, check consistency with  425.00
          history file

02/09/07  Relles    / (28) Data Analysis                    1.3   552.50
#4231     Run tabulations for C-D attorneys, summarize and  425.00
          send

02/10/07  Peterson  / (28) Data Analysis                   13.4  9380.00
#4022     Work on report                               700.00

02/10/07  Relles    / (28) Data Analysis                    1.6   680.00
#4234     Review latest Rust data files, arrange for   425.00
          converting data to usable form

{D0082123.1 }

Date: 03/28/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                        Page 9

          W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 02/11/07 #4508 | Ebener   / (28) Data Analysis<br>Telephone Relles re: remaining audit cases | 0.2<br>300.00 | 60.00 |
| 02/11/07 #4023 | Peterson  / (28) Data Analysis<br>Work on report | 12.8<br>700.00 | 8960.00 |
| 02/11/07 #4024 | Peterson  / (28) Data Analysis<br>Telephone Relles about various databases | 0.3<br>700.00 | 210.00 |
| 02/11/07 #4236 | Relles   / (28) Data Analysis<br>Set up latest Rust shipment for conversion to usable formats | 0.9<br>425.00 | 382.50 |
| 02/11/07 #4237 | Relles   / (28) Data Analysis<br>Rerun projections eliminating stale claims | 1.2<br>425.00 | 510.00 |
| 02/11/07 #4238 | Relles   / (28) Data Analysis<br>Review report, review data and projections for consistency | 1.2<br>425.00 | 510.00 |
| 02/11/07 #4239 | Relles   / (28) Data Analysis<br>Create analytical databases from latest Rust shipment | 2.5<br>425.00 | 1062.50 |
| 02/11/07 #4240 | Relles   / (28) Data Analysis<br>Telephone Ebener re: remaining audit cases | 0.2<br>425.00 | 85.00 |
| 02/11/07 #4241 | Relles   / (28) Data Analysis<br>Telephone Peterson about various databases | 0.3<br>425.00 | 127.50 |
| 02/12/07 #4025 | Peterson  / (28) Data Analysis<br>Telephone Relles re: discuss conference call | 0.3<br>700.00 | 210.00 |
| 02/12/07 #4026 | Peterson  / (28) Data Analysis<br>Conference call with Caplin-Drysdale and Orrick attorneys | 1.0<br>700.00 | 700.00 |
| 02/12/07 #4027 | Peterson  / (28) Data Analysis<br>Work on report | 9.1<br>700.00 | 6370.00 |
| 02/12/07 #4242 | Relles   / (28) Data Analysis<br>Prepare summaries of latest Rust shipment for conference call | 1.8<br>425.00 | 765.00 |
| 02/12/07 #4243 | Relles   / (28) Data Analysis<br>Telephone Peterson re: discuss conference call | 0.3<br>425.00 | 127.50 |

```
Date: 03/28/07          Legal Analysis Systems, Inc.
Time: 10:00am                                               Page 10

          W. R. Grace


Date/Slip# Description                            HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
02/12/07  Relles   / (28) Data Analysis               1.0     425.00
#4244     Conference call with Caplin-Drysdale and Orrick  425.00
          attorneys

02/12/07  Relles   / (28) Data Analysis               2.6    1105.00
#4245     Work on draft of report                   425.00

02/12/07  Relles   / (28) Data Analysis               1.4     595.00
#4246     Investigate disappearance of cases in latest Rust  425.00
          shipment

02/12/07  Relles   / (28) Data Analysis               1.0     425.00
#4247     Compose summary tables for attorneys re: latest Rust  425.00
          shipment

02/13/07  Ebener   / (28) Data Analysis               4.0    1200.00
#4509     Audit discrepant cases                    300.00

02/13/07  Peterson / (28) Data Analysis               0.2     140.00
#4028     Review tabulations of PIQ claims          700.00

02/13/07  Peterson / (28) Data Analysis               0.3     210.00
#4029     Review emails involving PIQ tabulations   700.00

02/13/07  Peterson / (28) Data Analysis              11.2    7840.00
#4030     Work on report                            700.00

02/13/07  Relles   / (28) Data Analysis               2.5    1062.50
#4248     Investigate problems with PIQ data table sent by  425.00
          Rust

02/14/07  Ebener   / (28) Data Analysis               0.2      60.00
#4510     Email Relles about status of case audit   300.00

02/14/07  Ebener   / (28) Data Analysis               4.0    1200.00
#4511     Audit discrepant cases                    300.00

02/14/07  Peterson / (28) Data Analysis               0.8     560.00
#4031     Telephone Relles re: parameters for draft report,  700.00
          new cases for review

02/14/07  Peterson / (28) Data Analysis              12.3    8610.00
#4032     Work on report                            700.00
```

```
Date: 03/28/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                   Page 11

           W. R. Grace


Date/Slip# Description                            HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
02/14/07  Relles   / (28) Data Analysis              1.0      425.00
#4251     Update increasing model parameters using latest  425.00
          Manville data

02/14/07  Relles   / (28) Data Analysis              0.8      340.00
#4252     Telephone Peterson re: parameters for draft report,  425.00
          new cases for review

02/14/07  Relles   / (28) Data Analysis              0.3      127.50
#4253     Communication with Verus re: additional samples  425.00

02/14/07  Relles   / (28) Data Analysis              1.7      722.50
#4255     Work on fixing jury verdict data problems  425.00

02/14/07  Relles   / (28) Data Analysis              2.8     1190.00
#4257     Update files for Verus samples             425.00

02/15/07  Ebener   / (28) Data Analysis              0.4      120.00
#4512     Telephone Relles re: jury verdict data problems  300.00

02/15/07  Ebener   / (28) Data Analysis              8.0     2400.00
#4513     Audit discrepant cases and send file to Relles  300.00

02/15/07  Ebener   / (28) Data Analysis              0.1       30.00
#4514     Email Peterson with question about case award  300.00

02/15/07  Ebener   / (28) Data Analysis              0.3       90.00
#4515     Email Relles and Peterson about decision rules for  300.00
          audit

02/15/07  Ebener   / (28) Data Analysis              0.2       60.00
#4516     Look up code for shared damages and email to Relles  300.00

02/15/07  Peterson / (28) Data Analysis             14.2     9940.00
#4033     Work on report                             700.00

02/15/07  Relles   / (28) Data Analysis              2.5     1062.50
#4258     Analyze discrepancies between history files and Rust  425.00
          data

02/15/07  Relles   / (28) Data Analysis              1.4      595.00
#4259     Select additional samples of claims for Verus review  425.00

02/15/07  Relles   / (28) Data Analysis              0.4      170.00
#4261     Telephone Ebener re: jury verdict data problems  425.00
```

Date: 03/28/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 12

          W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 02/15/07<br>#4262 | Relles   / (28) Data Analysis<br>Work on fixing jury verdict data problems | 1.7<br>425.00 | 722.50 |
| 02/16/07<br>#4517 | Ebener   / (28) Data Analysis<br>Update audit file and resend to Relles | 1.0<br>300.00 | 300.00 |
| 02/16/07<br>#4518 | Ebener   / (28) Data Analysis<br>Incorporate case resolution from Peterson | 0.1<br>300.00 | 30.00 |
| 02/16/07<br>#4034 | Peterson  / (28) Data Analysis<br>Work on report | 12.4<br>700.00 | 8680.00 |
| 02/16/07<br>#4264 | Relles   / (28) Data Analysis<br>Select samples of claims reviewed by Verus for<br>shipment to attorneys | 0.8<br>425.00 | 340.00 |
| 02/16/07<br>#4265 | Relles   / (28) Data Analysis<br>Run new tabulations and projections for draft report | 2.3<br>425.00 | 977.50 |
| 02/16/07<br>#4266 | Relles   / (28) Data Analysis<br>Develop tables for draft report | 2.0<br>425.00 | 850.00 |
| 02/16/07<br>#4267 | Relles   / (28) Data Analysis<br>Work on text of draft report | 3.4<br>425.00 | 1445.00 |
| 02/16/07<br>#4268 | Relles   / (28) Data Analysis<br>Update jury verdict data files | 2.5<br>425.00 | 1062.50 |
| 02/17/07<br>#4519 | Ebener   / (28) Data Analysis<br>Review file dups3 from Relles | 0.5<br>300.00 | 150.00 |
| 02/17/07<br>#4035 | Peterson  / (28) Data Analysis<br>Telephone Relles re: additional modifications to<br>draft report | 1.5<br>700.00 | 1050.00 |
| 02/17/07<br>#4036 | Peterson  / (28) Data Analysis<br>Telephone Relles re: review work done on draft<br>report | 1.0<br>700.00 | 700.00 |
| 02/17/07<br>#4037 | Peterson  / (28) Data Analysis<br>Telephone Relles re: stale claims results | 0.3<br>700.00 | 210.00 |
| 02/17/07<br>#4038 | Peterson  / (28) Data Analysis<br>Work on report | 10.3<br>700.00 | 7210.00 |

```
Date: 03/28/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                      Page 13

          W. R. Grace


Date/Slip# Description                                  HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
02/17/07  Relles   / (28) Data Analysis                     1.5     637.50
#4269     Telephone Peterson re: additional modifications to 425.00
          draft report

02/17/07  Relles   / (28) Data Analysis                     1.0     425.00
#4270     Telephone Peterson re: review work done on draft  425.00
          report

02/17/07  Relles   / (28) Data Analysis                     2.0     850.00
#4271     Review jury verdict analysis in draft report      425.00

02/17/07  Relles   / (28) Data Analysis                     1.6     680.00
#4272     Update analytical files based on stale claims     425.00
          analysis

02/17/07  Relles   / (28) Data Analysis                     0.3     127.50
#4273     Telephone Peterson re: stale claims results       425.00

02/17/07  Relles   / (28) Data Analysis                     0.7     297.50
#4274     Back up files                                     425.00

02/18/07  Peterson  / (28) Data Analysis                    8.7    6090.00
#4039     Work on report                                    700.00

02/19/07  Peterson  / (28) Data Analysis                    7.2    5040.00
#4040     Work on report                                    700.00

02/20/07  Peterson  / (28) Data Analysis                    0.4     280.00
#4041     Telephone Relles re: status of report             700.00

02/20/07  Peterson  / (28) Data Analysis                    5.5    3850.00
#4042     Work on report                                    700.00

02/20/07  Relles   / (28) Data Analysis                     0.4     170.00
#4275     Telephone Peterson re: status of report           425.00

02/20/07  Relles   / (28) Data Analysis                     0.4     170.00
#4277     Review Kananian case                              425.00

02/20/07  Relles   / (28) Data Analysis                     0.8     340.00
#4278     Develop graphic displays for stale claims section 425.00

02/20/07  Relles   / (28) Data Analysis                     0.7     297.50
#4279     Develop additional graphic displays for report    425.00
```

{D0082123.1 }

```
Date: 03/28/07            Legal Analysis Systems, Inc.
Time: 10:00am                                                       Page 14

              W. R. Grace


Date/Slip# Description                                    HOURS/RATE   AMOUNT
----------------------------------------------------------------------------
02/20/07  Relles   / (28) Data Analysis                        2.5   1062.50
#4280     Update tables for report                          425.00

02/20/07  Relles   / (28) Data Analysis                        4.5   1912.50
#4281     Work on text of report                            425.00

02/21/07  Brelsford / (28) Data Analysis                       0.4     88.00
#4701     correspondence with Relles re: duplicates         220.00
          identification, names matching

02/21/07  Brelsford / (28) Data Analysis                       1.8    396.00
#4702     work on duplicates identification, names matching 220.00

02/21/07  Peterson  / (28) Data Analysis                       1.8   1260.00
#4043     Telephone Relles (several) re: report             700.00

02/21/07  Peterson  / (28) Data Analysis                       6.2   4340.00
#4044     Work on report                                    700.00

02/21/07  Relles   / (28) Data Analysis                        0.4    170.00
#4283     correspondence with Brelsford re: duplicates      425.00
          identification, names matching

02/21/07  Relles   / (28) Data Analysis                        2.6   1105.00
#4284     Fix tables in report                              425.00

02/21/07  Relles   / (28) Data Analysis                        2.8   1190.00
#4285     Update graphics in report                         425.00

02/21/07  Relles   / (28) Data Analysis                        4.6   1955.00
#4286     Work on text for report                           425.00

02/21/07  Relles   / (28) Data Analysis                        1.5    637.50
#4287     Implement "medium" stepdown model                 425.00

02/21/07  Relles   / (28) Data Analysis                        1.8    765.00
#4288     Telephone Peterson (several) re: report           425.00

02/22/07  Brelsford / (28) Data Analysis                       2.0    440.00
#4703     work on duplicates identification, names matching 220.00

02/22/07  Peterson  / (28) Data Analysis                       1.0    700.00
#4045     Telephone Relles (several calls) re: status of    700.00
          report
```

{D0082123.1 }

```
Date: 03/28/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                      Page 15

          W. R. Grace


Date/Slip# Description                                  HOURS/RATE   AMOUNT
----------------------------------------------------------------------------
02/22/07  Peterson  / (28) Data Analysis                      3.2   2240.00
#4046     Work on report                                   700.00

02/22/07  Relles    / (28) Data Analysis                      1.5    637.50
#4289     Work on graphics for report                      425.00

02/22/07  Relles    / (28) Data Analysis                      1.8    765.00
#4290     Summarize liquidated claims for report           425.00

02/22/07  Relles    / (28) Data Analysis                      0.9    382.50
#4291     Rerun models with alternative payment rate       425.00
          assumptions

02/22/07  Relles    / (28) Data Analysis                      3.5   1487.50
#4292     Work on text of report, work on integrating output 425.00
          into report

02/22/07  Relles    / (28) Data Analysis                      1.0    425.00
#4293     Telephone Peterson (several calls) re: status of  425.00
          report

02/23/07  Relles    / (28) Data Analysis                      1.5    637.50
#4294     Process latest data from Rust                     425.00

02/24/07  Ebener    / (28) Data Analysis                      0.2     60.00
#4520     Email Relles about residual duplicates to update  300.00

02/24/07  Ebener    / (28) Data Analysis                      0.5    150.00
#4521     Review file of residual duplicates from Relles    300.00

02/24/07  Ebener    / (28) Data Analysis                      0.1     30.00
#4522     Review email from Peterson about report           300.00

02/24/07  Peterson  / (28) Data Analysis                      2.6   1820.00
#4047     Work on sensitivity analysis for report           700.00

02/24/07  Relles    / (28) Data Analysis                      1.2    510.00
#4295     Process latest data from Rust                     425.00

02/25/07  Brelsford / (28) Data Analysis                      2.0    440.00
#4704     work on duplicates identification, names matching 220.00

02/25/07  Ebener    / (28) Data Analysis                      0.1     30.00
#4523     Email Relles about status of large loss audit file 300.00
```

```
Date: 03/28/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                        Page 16

          W. R. Grace


Date/Slip# Description                                 HOURS/RATE   AMOUNT
---------------------------------------------------------------------------
02/25/07  Relles   / (28) Data Analysis                      1.8   765.00
#4296     Process latest data from Rust                   425.00

02/25/07  Relles   / (28) Data Analysis                      1.7   722.50
#4297     Prepare and send spreadsheet to Ebener re: jury 425.00
          verdicts

02/26/07  Ebener   / (28) Data Analysis                      0.1    30.00
#4524     Telephone Relles about status of audit files   300.00

02/26/07  Ebener   / (28) Data Analysis                      0.4   120.00
#4525     Review duplicates list                         300.00

02/26/07  Ebener   / (28) Data Analysis                      0.2    60.00
#4526     Email Relles about revisions to list           300.00

02/26/07  Ebener   / (28) Data Analysis                      0.6   180.00
#4527     Train coder to pull and audit residual duplicates 300.00
          cases

02/26/07  Ebener   / (28) Data Analysis                      0.5   150.00
#4528     Update duplicates file                         300.00

02/26/07  Ebener   / (28) Data Analysis                      0.3    90.00
#4529     Email Relles about resolution of duplicates    300.00

02/26/07  Ebener   / (28) Data Analysis                      0.2    60.00
#4530     Email Relles about format of large loss file   300.00

02/26/07  Relles   / (28) Data Analysis                      1.0   425.00
#4298     Prepare jury verdict printouts for Ebener review 425.00

02/26/07  Relles   / (28) Data Analysis                      0.1    42.50
#4300     Telephone Ebener about status of audit files   425.00

02/27/07  Ebener   / (28) Data Analysis                      0.2    60.00
#4531     Telephone Relles re: jury verdicts             300.00

02/27/07  Ebener   / (28) Data Analysis                      0.7   210.00
#4532     Format large loss file for coder               300.00

02/27/07  Ebener   / (28) Data Analysis                      0.3    90.00
#4533     Email large loss file to coder with instructions 300.00
```

{D0082123.1 }

```
Date: 03/28/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                        Page 17

        W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
02/27/07  Relles   / (28) Data Analysis                 0.9     382.50
#4301     Update jury verdicts database using Ebener   425.00
          spreadsheet

02/27/07  Relles   / (28) Data Analysis                 1.0     425.00
#4302     Prepare additional jury verdict printouts for Ebener 425.00
          review

02/27/07  Relles   / (28) Data Analysis                 0.2      85.00
#4303     Telephone Ebener re: jury verdicts           425.00

02/28/07  Ebener   / (28) Data Analysis                 0.5     150.00
#4534     Train coder on large loss case audit         300.00

02/28/07  Ebener   / (28) Data Analysis                 0.5     150.00
#4535     Meet with Peterson about new sample coding   300.00

02/28/07  Peterson  / (28) Data Analysis                0.5     350.00
#4050     Meet with Ebener about new sample coding     700.00

02/28/07  Relles   / (28) Data Analysis                 1.2     510.00
#4305     Work on assembling jury verdict input for Ebener 425.00
-----------------------------------------------------------------------------
```

```
Date: 03/28/07          Legal Analysis Systems, Inc.
Time: 10:00am                                           Page 18

         W. R. Grace

         Summary Of Time Charges, By Month and Activity
              February 2007 - February 2007

MONTH      ACTIVITY                              HOURS   AMOUNT
     ------------------------------------------------------------
February  - (05) Claims Anal Objectn/Resolutn (Asbest)   1.2    485.00
February  - (07) Committee, Creditors'          11.6   5672.50
February  - (28) Data Analysis                 370.4 210136.50
February  - (99) Total                         383.2 216294.00

Total     - (05) Claims Anal Objectn/Resolutn (Asbest)   1.2    485.00
Total     - (07) Committee, Creditors'          11.6   5672.50
Total     - (28) Data Analysis                 370.4 210136.50
Total     - (99) Total                         383.2 216294.00

------------------------------------------------------------------
```

```
Date: 03/28/07          Legal Analysis Systems, Inc.
Time: 10:00am                                            Page 19

        W. R. Grace

        Summary Of Time Charges, By Month and Person
              February 2007 - February 2007

MONTH      PERSON                              HOURS    AMOUNT
------------------------------------------------------------------------
February  - Relles                            138.8  58990.00
February  - Peterson                          211.2 147840.00
February  - Ebener                             27.0   8100.00
February  - Brelsford                           6.2   1364.00
February  - Total                             383.2 216294.00

Total     - Relles                            138.8  58990.00
Total     - Peterson                          211.2 147840.00
Total     - Ebener                             27.0   8100.00
Total     - Brelsford                           6.2   1364.00
Total     - Total                             383.2 216294.00

--------------------------------------------------------------------------------
```

```
Date: 03/28/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 20

          W. R. Grace

          Summary Of Time Charges, By Activity, Month, and Person
                    February 2007 - February 2007

MONTH        PERSON                        HOURS   RATE    AMOUNT
-----------------------------------------------------------------------
(05) Claims Anal Objectn/Resolutn (Asbest)

February  - Relles                          1.0   425.    425.00
February  - Ebener                          0.2   300.     60.00

(07) Committee, Creditors'

February  - Relles                          8.9   425.   3782.50
February  - Peterson                        2.7   700.   1890.00

(28) Data Analysis

February  - Relles                        128.9   425.  54782.50
February  - Peterson                      208.5   700. 145950.00
February  - Ebener                         26.8   300.   8040.00
February  - Brelsford                       6.2   220.   1364.00


-------------------------------------------------------------------------------
```