# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W.R. GRACE/CLAIMANTS COMMITTEE                               MATTER:       100055.WRG01

March 12, 2007                                               INVOICE:         215819


c/o Peter Van N. Lockwood, Esq.                              DATE:       March 12, 2007
Caplin & Drysdale                                            MATTER:     100055.WRG01
One Thomas Circle                                            INVOICE:         215819
Washington, DC 20005


**MATTER:** CLAIMANTS COMMITTEE                                            Robert M Horkovich

### PROFESSIONAL SERVICES through 02/28/07

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/01/07 | Reviewed insurance policy information re: ACE insurance policies. | W001 | IF | 1.50 |
| 02/01/07 | Attention to ACE coverage. | W001 | RMH | 0.50 |
| 02/01/07 | Review and analysis regarding ACE coverage and draft memo regarding preliminary findings. | W001 | RYC | 3.70 |
| 02/02/07 | ACE/INA research per R. Horkovich | W001 | HEG | 1.00 |
| 02/02/07 | Continued to review ACE insurance policy information. | W001 | IF | 1.00 |
| 02/06/07 | Further analysis of Grace coverage consistent with settlement agreements. | W001 | RYC | 2.40 |
| 02/07/07 | ACE/INA policy research and review per R. Chung | W001 | HEG | 3.50 |
| 02/07/07 | Searched files and W.R. Grace ACE/INA/CIGNA insurance policies and CIGNA Settlement Agreement. | W001 | IF | 2.00 |
| 02/07/07 | Analysis of Grace coverage consistent with settlement agreements. | W001 | RYC | 2.80 |
| 02/08/07 | Finalize analysis of Grace coverage consistent with settlement agreements. | W001 | RYC | 2.20 |
| 02/09/07 | Reviewed and revised time entries. | W011 | ACS | 0.10 |
| 02/15/07 | Review of case deposition | W001 | NJB | 1.00 |
| 02/15/07 | Investigate background in connection with disclosed coverage related documents. | W001 | RYC | 3.50 |
| 02/20/07 | Review of time entries. | W011 | ACS | 0.10 |
| 02/22/07 | Review and comment upon fee applications. | W011 | RYC | 0.30 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                       **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W.R. GRACE/CLAIMANTS COMMITTEE                      MATTER:        100055.WRG01

March 12, 2007                                      INVOICE:          215819

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/26/07 | Update coverage status and settlements. | W001 | RYC | 1.80 |
| 02/28/07 | Finalized time entries and forwarded same to local counsel. | W011 | ACS | 0.30 |

**TOTAL FEES:**                                                     **$10,620.00**

### FEE SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| Anne C Suffern | 210.00 | 0.50 | 105.00 |
| Harris E Gershman | 225.00 | 4.50 | 1,012.50 |
| Izak Feldgreber | 235.00 | 4.50 | 1,057.50 |
| Nicholas J Balsdon | 150.00 | 1.00 | 150.00 |
| Robert M Horkovich | 725.00 | 0.50 | 362.50 |
| Robert Y Chung | 475.00 | 16.70 | 7,932.50 |
| **TOTAL FEES:** | | | **$10,620.00** |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                          EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

W.R. GRACE/CLAIMANTS COMMITTEE                          MATTER:        100055.WRG01

March 12, 2007                                          INVOICE:         215819

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001        Asset Analysis and Recovery

|                       | HOURS | TOTALS    |
|-----------------------|-------|-----------|
| Harris E Gershman     | 4.50  | 1,012.50  |
| Izak Feldgreber       | 4.50  | 1,057.50  |
| Nicholas J Balsdon    | 1.00  | 150.00    |
| Robert M Horkovich    | 0.50  | 362.50    |
| Robert Y Chung        | 16.40 | 7,790.00  |
| **TOTAL:**            | 26.90 | 10,372.50 |

ACTIVITY CODE: W011        Fee Applications (Applicant)

|                  | HOURS | TOTALS |
|------------------|-------|--------|
| Anne C Suffern   | 0.50  | 105.00 |
| Robert Y Chung   | 0.30  | 142.50 |
| **TOTAL:**       | 0.80  | 247.50 |

**TOTAL LEGAL FEES**                                              $10,620.00

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                           **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W.R. GRACE/CLAIMANTS COMMITTEE                     MATTER:      100055.WRG01

March 12, 2007                                     INVOICE:         215819

**COSTS through 02/28/07**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 02/08/07 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 02/12/07 | LIBRARY & LEGAL RESEARCH - - VENDOR: INSURANCE LIBRARY ASSOCIATION OF BOSTON  - 6 Pages scanned primus for I. Feldgreber | E124 | 3.00 |
| 02/16/07 | DI - PHOTOCOPYING - | E101 | 0.25 |
| 02/23/07 | DI - PHOTOCOPYING - | E101 | 0.75 |
| **TOTAL COSTS:** | | | **$4.50** |

| WORK | DESCRIPTION | AMOUNT |
|---|---|---|
| LB | LIBRARY & LEGAL RESEARCH | 3.00 |
| XE | DI - PHOTOCOPYING - | 1.50 |
| | **TOTAL COSTS:** | **$4.50** |

{D0082157.1 }NYDOCS1-856097.1