**L TERSIGNI CONSULTING, P.C.**
**Certified Public Accountant**

350 Bedford Street - Suite 301
Stamford, CT. 06901
Telephone:  203-252-2564
Facsimile: 203-252-2562

March 13, 2007

**Invoice No. 01507**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

## RE:    W.R.Grace

For services rendered in connection with the above-captioned matter during the period February 1, 2007 through February 28, 2007 as per the attached analysis.

| Professional Fees  (see Schedule A) | Hours | Amount |
|---|---:|---:|
| James Sinclair - Senior Managing Director | 38.30 | $21,065.00 |
| Bradley Rapp - Senior Managing Director | 24.70 | $13,585.00 |
| Peter Rubsam  - Managing Director | 0.50 | $262.50 |
| Aaron Prills - Director | 10.30 | $4,274.50 |
| Dottie-Jo Collins - Manager | 4.90 | $1,543.50 |

| Expenses   (see Schedule C) | | |
|---|---|---:|
| Telephone,  Xerox, Federal Express, Transportation | | $278.91 |
| | **T O T A L** | $41,009.41 |

Please Note:  Schedule B (attached) reflects Professional Services Summary
                      by Task Codes for Court Approved Professionals

**L TERSIGNI CONSULTING, P.C.**
**Certified Public Accountant**

350 Bedford Street - Suite 301
Stamford, CT. 06901
Telephone:  203-252-2564
Facsimile: 203-252-2562

**March 13, 2007**

**Invoice No. 01507**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

# RE:    W.R.Grace

Summary of Professional Services Rendered:   February 1-28, 2007

| Name | Position | Schedule | Rate (2007) | Hours | Amount |
|---|---|---|---|---|---|
| James Sinclair | Senior Managing Director | Schedule A | $550 | 38.30 | $21,065.00 |
| Bradley Rapp | Senior Managing Director | Schedule A | $550 | 24.70 | $13,585.00 |
| Peter Rubsam | Managing Director | Schedule A | $525 | 0.50 | $262.50 |
| Aaron Prills | Director | Schedule A | $415 | 10.30 | $4,274.50 |
| Dottie-Jo Collins | Manager | Schedule A | $315 | 4.90 | $1,543.50 |
| **Total Professional Services- Schedule A:** | | | | 78.70 | $40,730.50 |
| **Total Out of Pocket Expenses- Schedule C:** | | | | | $278.91 |
| **TOTAL   DUE   THIS   INVOICE** | | | | | $41,009.41 |

Please Note:  Schedule B (attached) reflects Professional Services Summary
              by Task Codes for Court Approved Professionals

# W.R. Grace

**Schedule A**

**Services Rendered during the Period: February 1, 2007 through February 28, 2007**

| Date | | Comment | Task Code | Hours | 2007 Rate | Total |
|---|---|---|---|---|---|---|
| **James Sinclair - Senior Managing Director** | | | | | | |
| 2/1/07 | JS | Review Expedited Motion to Modify Order Regarding Production of X-Rays, and Exhibits (6), and prepare response to said motion in preparation for hearing by telephone on 2/2/07 | 26 | 2.30 | $550.00 | $1,265.00 |
| 2/2/07 | JS | Draft questions for call with Blackstone regarding Pension Motion and claims for possible objection to Motion and for claims analysis | 08 | 1.60 | $550.00 | $880.00 |
| 2/2/07 | JS | Call with ACC counsel regarding Pension Motion for possible objection to motion | 08 | 0.30 | $550.00 | $165.00 |
| 2/2/07 | JS | Review ACC Exclusivity Appeal to Third Circuit, Grace's subpoena to the Claims Resolution Management Corporation (CRMR) and the ACC counsel's memorandum regarding Recommendations and Calendar for planning of work and assignments | 26 | 2.60 | $550.00 | $1,430.00 |
| 2/5/07 | JS | Call with Blackstone regarding requested information relating to Pension Motion for possible objection to Motion | 08 | 0.30 | $550.00 | $165.00 |
| 2/5/07 | JS | Review, update memorandum and attendant documents to Rapp in preparation for meeting with management on 3/20/07 | 26 | 2.20 | $550.00 | $1,210.00 |
| 2/6/07 | JS | Call with ACC counsel regarding Pension Motion for possible objection to Motion | 08 | 0.50 | $550.00 | $275.00 |
| 2/6/07 | JS | Write memorandum to Blackstone requesting information on claims for claims analysis for settlement discussions | 16 | 0.60 | $550.00 | $330.00 |
| 2/6/07 | JS | Review information for ACC regarding inquiry of counsel relating to valuation of WR Grace for valuation and settlement discussions | 16 | 2.20 | $550.00 | $1,210.00 |
| 2/6/07 | JS | Call with ACC counsel regarding valuation of WR Grace for valuation and settlement discussions | 16 | 0.40 | $550.00 | $220.00 |
| 2/7/07 | JS | Review and analyze additional Pension materials requested from company for possible objection to Pension Motion | 08 | 1.80 | $550.00 | $990.00 |
| 2/7/07 | JS | Write memorandum to ACC counsel regarding Pension materials from company and further information to be requested of company for possible objection to Pension Motion | 08 | 0.80 | $550.00 | $440.00 |
| 2/8/07 | JS | Commence writing memorandum to ACC, and ACC counsel, regarding recommendation whether to object to Pension Motion | 08 | 2.60 | $550.00 | $1,430.00 |
| 2/8/07 | JS | Review and analyze 6/13/06 Pension Motion, and Exhibits, for memorandum to ACC counsel regarding recommendation whether to object to Pension Motion | 08 | 0.70 | $550.00 | $385.00 |
| 2/8/07 | JS | Update memorandum to ACC, and counsel, regarding recommendation whether to object to Pension Motion | 08 | 0.90 | $550.00 | $495.00 |
| 2/8/07 | JS | Review Pension data, May 2006 pension actuarial valuation, Watson Wyatt report, write memorandum to Blackstone requesting additional information in preparation for review of Planned May 2007 Pension Motion of WR Grace for 7/1/07-6/30/08 period at the request of counsel | 08 | 1.80 | $550.00 | $990.00 |
| 2/9/07 | JS | Call with ACC counsel regarding status of settlement discussions | 16 | 0.30 | $550.00 | $165.00 |
| 2/14/07 | JS | Commence review and analysis of 4th Quarter 2006, and Year 2006, Executive Summary for due diligence, monitoring and valuation purposes | 26 | 2.80 | $550.00 | $1,540.00 |
| 2/15/07 | JS | Continue review and analysis of the 4th Quarter 2066, and Year 2006, Executive Summary for due diligence and monitoring purposes | 26 | 2.00 | $550.00 | $1,100.00 |
| 2/16/07 | JS | Review and analyze Financial Review Meeting materials rec'd from Company for meeting to be held on 2/20/07 with the Company | 26 | 2.80 | $550.00 | $1,540.00 |
| 2/16/07 | JS | Further review and analysis of Meeting materials, comparative data for 2006 and Budget for 2007 | 26 | 2.30 | $550.00 | $1,265.00 |
| 2/21/07 | JS | Review and analyze new Watson Wyatt memorandum regarding Defined Benefit (DB) and Defined Contribution (DC) Plans for due diligence purposes | 26 | 1.30 | $550.00 | $715.00 |
| 2/21/07 | JS | Write memorandum to Blackstone, and WR Grace, regarding additional DB and DC Plans for due diligence purposes | 26 | 1.10 | $550.00 | $605.00 |

# W.R. Grace

**Schedule A**

**Services Rendered during the Period: February 1, 2007 through February 28, 2007**

| Date | | Comment | Task Code | Hours | 2007 Rate | Total |
|---|---|---|---|---|---|---|
| 2/22/07 | JS | Discuss with Blackstone, and WR Grace, the data for pension alternatives in preparation for new Pension Motion analysis and for possible objections | 08 | 0.40 | $550.00 | $220.00 |
| 2/28/07 | JS | Review ACC counsel's memorandum regarding the Hearings of 2/20/07 and 2/26/07, recommendations and calendar for planning of work and assignments | 26 | 1.70 | $550.00 | $935.00 |
| 2/28/07 | JS | Write memorandum to ACC counsel regarding work to be done and assignments | 26 | 0.70 | $550.00 | $385.00 |
| 2/28/07 | JS | Review ACC counsel's inquiry regarding Libby liabilities. Write memorandum to ACC counsel regarding Libby liabilities for recovery analysis | 26 | 1.30 | $550.00 | $715.00 |
| | | **Sub-Total** | | 38.30 | | $21,065.00 |

**Bradley Rapp - Senior Managing Director**

| Date | | Comment | Task Code | Hours | 2007 Rate | Total |
|---|---|---|---|---|---|---|
| 2/6/07 | BR | Review of first half of W.R. Grace presentation with respect to 3Q06 financial performance for purpose of preparing for 2007 budget meeting | 26 | 2.60 | $550.00 | $1,430.00 |
| 2/7/07 | BR | Review of second half of W.R. Grace presentation with respect to 3Q06 financial performance for purpose of preparing for 2007 budget meeting | 26 | 2.50 | $550.00 | $1,375.00 |
| 2/14/07 | BR | Review of first half of W.R. Grace presentation with respect to 4Q06 financial performance for purpose of preparing for 2007 budget meeting | 26 | 2.80 | $550.00 | $1,540.00 |
| 2/14/07 | BR | Review of first second half of W.R. Grace presentation with respect to 4Q06 financial performance for purpose of preparing for 2007 budget meeting | 26 | 2.60 | $550.00 | $1,430.00 |
| 2/17/07 | BR | Review of first half of W.R. Grace 2007 Financial Review Meeting presentation in preparation for the meeting | 26 | 3.60 | $550.00 | $1,980.00 |
| 2/18/07 | BR | Review of second half of W.R. Grace 2007 Financial Review Meeting presentation in preparation for the meeting | 26 | 3.50 | $550.00 | $1,925.00 |
| 2/20/07 | BR | Half the round-trip travel time from Allentown, PA-New York, NY for purpose of attending Grace's 2007 budget meeting | 20 | 3.10 | $550.00 | $1,705.00 |
| 2/20/07 | BR | Attendance at Grace 2007 budget meeting at offices of Blackstone in NYC | 26 | 4.00 | $550.00 | $2,200.00 |
| | | **Sub-Total** | | 24.70 | | $13,585.00 |

**Peter Rubsam - Managing Director**

| Date | | Comment | Task Code | Hours | 2007 Rate | Total |
|---|---|---|---|---|---|---|
| 2/16/07 | PR | Review interest rate schedule calculation for prepetition debt which was supplied by the Company | 28 | 0.50 | $525.00 | $262.50 |
| | | | | 0.50 | | $262.50 |

**Aaron Prills - Director**

| Date | | Comment | Task Code | Hours | 2007 Rate | Total |
|---|---|---|---|---|---|---|
| 2/1/07 | AP | Reviewed status of the WR Grace pension motion with colleague. | 08 | 0.30 | $415.00 | $124.50 |
| 2/6/07 | AP | Reviewed the accrued interest schedule provided by WR Grace's financial advisor to analyze the average interest rates that were applied. | 28 | 0.70 | $415.00 | $290.50 |
| 2/16/07 | AP | Reviewed WR Grace financial statements that were provided for the 2006 results meeting. | 28 | 1.20 | $415.00 | $498.00 |
| 2/20/07 | AP | Reviewed WR Grace presentation materials as preparation for 2006 actual and 2007 budget conference call. | 28 | 2.00 | $415.00 | $830.00 |
| 2/20/07 | AP | Participated in WR Grace conference call to review the 2006 actual results of each business unit as part of due diligence | 26 | 2.00 | $415.00 | $830.00 |

# W.R. Grace

## Schedule A

**Services Rendered during the Period: February 1, 2007 through February 28, 2007**

| Date | | Comment | Task Code | Hours | 2007 Rate | Total |
|---|---|---|---|---|---|---|
| 2/20/07 | AP | Participated in WR Grace conference call to review the 2007 budget for each business unit and the company's stance on contingent liabilities as part of due diligence | 26 | 2.00 | $415.00 | $830.00 |
| 2/20/07 | AP | Reviewed the WR Grace first quarter 2007 forecast to analyze the company's projected results. | 28 | 1.20 | $415.00 | $498.00 |
| 2/23/07 | AP | Reviewed the WR Grace environmental materials that were provided at the budget presentation meeting. | 28 | 0.90 | $415.00 | $373.50 |
| | | **Sub-Total** | | 10.30 | | $4,274.50 |

**Dottie-Jo Collins  -  Manager**

| Date | | Comment | Task Code | Hours | 2007 Rate | Total |
|---|---|---|---|---|---|---|
| 2/28/07 | DC | Compilation and consolidation of services rendered in the month of February 2007 | 11 | 4.50 | $315.00 | $1,417.50 |
| 2/28/07 | DC | Category coding and preparation of February 2007 fee application | 11 | 0.40 | $315.00 | $126.00 |
| | | **Sub-Total** | | 4.90 | | $1,543.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **TOTAL   Schedule A:** | | 78.70 | | $40,730.50 |

# W.R. Grace                                    Schedule B

**Services Rendered during the Period: February 1, 2007 through February 28, 2007**

| Date | | Comments | Task Code | Hours | 2007 Rate | Total |
|---|---|---|---|---|---|---|
| 2/1/07 | AP | Reviewed status of the WR Grace pension motion with colleague. | 08 | 0.30 | $415.00 | $124.50 |
| 2/2/07 | JS | Draft questions for call with Blackstone regarding Pension Motion and claims for possible objection to Motion and for claims analysis | 08 | 1.60 | $550.00 | $880.00 |
| 2/2/07 | JS | Call with ACC counsel regarding Pension Motion for possible objection to motion | 08 | 0.30 | $550.00 | $165.00 |
| 2/5/07 | JS | Call with Blackstone regarding requested information relating to Pension Motion for possible objection to Motion | 08 | 0.30 | $550.00 | $165.00 |
| 2/6/07 | JS | Call with ACC counsel regarding Pension Motion for possible objection to Motion | 08 | 0.50 | $550.00 | $275.00 |
| 2/7/07 | JS | Review and analyze additional Pension materials requested from company for possible objection to Pension Motion | 08 | 1.80 | $550.00 | $990.00 |
| 2/7/07 | JS | Write memorandum to ACC counsel regarding Pension materials from company and further information to be requested of company for possible objection to Pension Motion | 08 | 0.80 | $550.00 | $440.00 |
| 2/8/07 | JS | Commence writing memorandum to ACC, and ACC counsel, regarding recommendation whether to object to Pension Motion | 08 | 2.60 | $550.00 | $1,430.00 |
| 2/8/07 | JS | Review and analyze 6/13/06 Pension Motion, and Exhibits, for memorandum to ACC counsel regarding recommendation whether to object to Pension Motion | 08 | 0.70 | $550.00 | $385.00 |
| 2/8/07 | JS | Update memorandum to ACC, and counsel, regarding recommendation whether to object to Pension Motion | 08 | 0.90 | $550.00 | $495.00 |
| 2/8/07 | JS | Review Pension data, May 2006 pension actuarial valuation, Watson Wyatt report, write memorandum to Blackstone requesting additional information in preparation for review of Planned May 2007 Pension Motion of WR Grace for 7/1/07-6/30/08 period at the request of counsel | 08 | 1.80 | $550.00 | $990.00 |
| 2/22/07 | JS | Discuss with Blackstone, and WR Grace, the data for pension alternatives in preparation for new Pension Motion analysis and for possible objections | 08 | 0.40 | $550.00 | $220.00 |
| | | **TOTAL  Category 08:  Employee Benefits/Pension** | | **12.00** | | **$6,559.50** |
| 2/28/07 | DC | Compilation and consolidation of services rendered in the month of February 2007 | 11 | 4.50 | $315.00 | $1,417.50 |
| 2/28/07 | DC | Category coding and preparation of February 2007 fee application | 11 | 0.40 | $315.00 | $126.00 |
| | | **TOTAL  Category 11:  Fee Application-Applicant** | | **4.90** | | **$1,543.50** |
| 2/6/07 | JS | Write memorandum to Blackstone requesting information on claims for claims analysis for settlement discussions | 16 | 0.60 | $550.00 | $330.00 |
| 2/6/07 | JS | Review information for ACC regarding inquiry of counsel relating to valuation of WR Grace for valuation and settlement discussions | 16 | 2.20 | $550.00 | $1,210.00 |
| 2/6/07 | JS | Call with ACC counsel regarding valuation of WR Grace for valuation and settlement discussions | 16 | 0.40 | $550.00 | $220.00 |
| 2/9/07 | JS | Call with ACC counsel regarding status of settlement discussions | 16 | 0.30 | $550.00 | $165.00 |
| | | **TOTAL  Category 16: POR and Disclosure Statement** | | **3.50** | | **$1,925.00** |
| 2/20/07 | BR | Half the round-trip travel time from Allentown, PA-New York, NY for purpose of attending Grace's 2007 budget meeting | 20 | 3.10 | $550.00 | $1,705.00 |
| | | **TOTAL  Category 20: Non Working Travel Time** | | **3.10** | | **$1,705.00** |
| 2/1/07 | JS | Review Expedited Motion to Modify Order Regarding Production of X-Rays, and Exhibits (6), and prepare response to said motion in preparation for hearing by telephone on 2/2/07 | 26 | 2.30 | $550.00 | $1,265.00 |
| 2/2/07 | JS | Review ACC Exclusivity Appeal to Third Circuit, Grace's subpoena to the Claims Resolution Management Corporation (CRMR) and the ACC counsel's memorandum regarding Recommendations and Calendar for planning of work and assignments | 26 | 2.60 | $550.00 | $1,430.00 |

# W.R. Grace                                                           Schedule B

**Services Rendered during the Period: February 1, 2007 through February 28, 2007**

| Date | | Comments | Task Code | Hours | 2007 Rate | Total |
|---|---|---|---|---|---|---|
| 2/5/07 | JS | Review, update memorandum and attendant documents to Rapp in preparation for meeting with management on 3/20/07 | 26 | 2.20 | $550.00 | $1,210.00 |
| 2/6/07 | BR | Review of first half of W.R. Grace presentation with respect to 3Q06 financial performance for purpose of preparing for 2007 budget meeting | 26 | 2.60 | $550.00 | $1,430.00 |
| 2/7/07 | BR | Review of second half of W.R. Grace presentation with respect to 3Q06 financial performance for purpose of preparing for 2007 budget meeting | 26 | 2.50 | $550.00 | $1,375.00 |
| 2/14/07 | JS | Commence review and analysis of 4th Quarter 2006, and Year 2006, Executive Summary for due diligence, monitoring and valuation purposes | 26 | 2.80 | $550.00 | $1,540.00 |
| 2/14/07 | BR | Review of first half of W.R. Grace presentation with respect to 4Q06 financial performance for purpose of preparing for 2007 budget meeting | 26 | 2.80 | $550.00 | $1,540.00 |
| 2/14/07 | BR | Review of first second half of W.R. Grace presentation with respect to 4Q06 financial performance for purpose of preparing for 2007 budget meeting | 26 | 2.60 | $550.00 | $1,430.00 |
| 2/15/07 | JS | Continue review and analysis of the 4th Quarter 2066, and Year 2006, Executive Summary for due diligence and monitoring purposes | 26 | 2.00 | $550.00 | $1,100.00 |
| 2/16/07 | JS | Review and analyze Financial Review Meeting materials rec'd from Company for meeting to be held on 2/20/07 with the Company | 26 | 2.80 | $550.00 | $1,540.00 |
| 2/16/07 | JS | Further review and analysis of Meeting materials, comparative data for 2006 and Budget for 2007 | 26 | 2.30 | $550.00 | $1,265.00 |
| 2/17/07 | BR | Review of first half of W.R. Grace 2007 Financial Review Meeting presentation in preparation for the meeting | 26 | 3.60 | $550.00 | $1,980.00 |
| 2/18/07 | BR | Review of second half of W.R. Grace 2007 Financial Review Meeting presentation in preparation for the meeting | 26 | 3.50 | $550.00 | $1,925.00 |
| 2/20/07 | BR | Attendance at Grace 2007 budget meeting at offices of Blackstone in NYC | 26 | 4.00 | $550.00 | $2,200.00 |
| 2/20/07 | AP | Participated in WR Grace conference call to review the 2006 actual results of each business unit as part of due diligence | 26 | 2.00 | $415.00 | $830.00 |
| 2/20/07 | AP | Participated in WR Grace conference call to review the 2007 budget for each business unit and the company's stance on contingent liabilities as part of due diligence | 26 | 2.00 | $415.00 | $830.00 |
| 2/21/07 | JS | Review and analyze new Watson Wyatt memorandum regarding Defined Benefit (DB) and Defined Contribution (DC) Plans for due diligence purposes | 26 | 1.30 | $550.00 | $715.00 |
| 2/21/07 | JS | Write memorandum to Blackstone, and WR Grace, regarding additional DB and DC Plans for due diligence purposes | 26 | 1.10 | $550.00 | $605.00 |
| 2/28/07 | JS | Review ACC counsel's memorandum regarding the Hearings of 2/20/07 and 2/26/07, recommendations and calendar for planning of work and assignments | 26 | 1.70 | $550.00 | $935.00 |
| 2/28/07 | JS | Write memorandum to ACC counsel regarding work to be done and assignments | 26 | 0.70 | $550.00 | $385.00 |
| 2/28/07 | JS | Review ACC counsel's inquiry regarding Libby liabilities. Write memorandum to ACC counsel regarding Libby liabilities for recovery analysis | 26 | 1.30 | $550.00 | $715.00 |
| | | **TOTAL  Category 26:  Business Analysis** | | **48.70** | | **$26,245.00** |
| 2/6/07 | AP | Reviewed the accrued interest schedule provided by WR Grace's financial advisor to analyze the average interest rates that were applied. | 28 | 0.70 | $415.00 | $290.50 |
| 2/16/07 | PR | Review interest rate schedule calculation for prepetition debt which was supplied by the Company | 28 | 0.50 | $525.00 | $262.50 |
| 2/16/07 | AP | Reviewed WR Grace financial statements that were provided for the 2006 results meeting. | 28 | 1.20 | $415.00 | $498.00 |
| 2/20/07 | AP | Reviewed WR Grace presentation materials as preparation for 2006 actual and 2007 budget conference call. | 28 | 2.00 | $415.00 | $830.00 |
| 2/20/07 | AP | Reviewed the WR Grace first quarter 2007 forecast to analyze the company's projected results. | 28 | 1.20 | $415.00 | $498.00 |
| 2/23/07 | AP | Reviewed the WR Grace environmental materials that were provided at the budget presentation meeting. | 28 | 0.90 | $415.00 | $373.50 |

# W.R. Grace

# Schedule B

**Services Rendered during the Period: February 1, 2007 through February 28, 2007**

| Date | Comments | Task Code | Hours | 2007 Rate | Total |
|---|---|---|---|---|---|
| | **TOTAL Category 28: Data Analysis** | | **6.50** | | **$2,752.50** |
| | | | | | |
| | **TOTAL Schedule B:** | | **78.70** | | **$40,730.50** |

# W.R. Grace

**Schedule C**

**Summary of Expenses Incurred by L Tersigni Consulting P.C.**
**Accountant and Financial Advisor**

| Descriptions | Amount |
|---|---:|
| Telephone | $19.25 |
| Xerox     ( 586 @ $.10 per page) | $58.60 |
| Federal Express  2/5/07  #8605-3980-2955 | $21.64 |
| Federal Express  2/14/07  #8605-3980-3013 | $21.64 |
| Federal Express  2/16/07  #8605-3980-2999 | $35.45 |
| Transportation: B.Rapp 2/20/07  Round Trip Allentown, PA-New York, NY  188 miles @ $0.485 per mile + Parking at the Port Authority in NYC $22.00 + Round Trip Tolls $9.15 | $122.33 |
| **Total Expenses incurred from February 1-28, 2007** | **$278.91** |