| | | |
|---|---|---|
| WR Grace 01-1139<br>Notice Parties | Warren H. Smith<br>Warren H. Smith & Associates P.C.<br>Republic Center<br>325 N. St. Paul, Suite 1275<br>Dallas, TX 75201 | **HAND DELIVERY**<br>Laura Davis Jones, Esquire<br>Pachulski, Stang, Ziehl, Young, Jones & Weintraub<br>919 Market Street, Suite 1600<br>Wilmington, DE 19801 |
| J. Douglas Bacon, Esquire<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>Chicago, IL 60606 | Steven M. Yoder, Esquire<br>The Bayard Firm<br>222 Delaware Avenue<br>Wilmington, DE 19801 | Lewis Kruger, Esquire<br>Stroock Stroock & Lavan<br>180 Maiden Lane<br>New York, NY 10038-4982 |
| **HAND DELIVERY**<br>Michael R. Lastowski, Esquire<br>Duane, Morris & Heckscher, LLP<br>1100 N. Market Street, Suite 1200<br>Wilmington, DE 19801-1426 | Scott L. Baena, Esquire<br>Bilzin Sumberg Dunn Baena Price & Axelrod<br>First Union Financial Center<br>200 South Biscayne Blvd., Suite 2500<br>Miami, FL 33131 | **HAND DELIVERY**<br>Michael B. Joseph, Esquire<br>Ferry & Joseph, P.A.<br>824 Market Street, Suite 904<br>P.O. Box 1351<br>Wilmington, DE 19899 |
| Elihu Inselbuch, Esquire<br>Caplin & Drysdale, Chartered<br>375 Park Avenue, 35th Floor<br>New York, NY 10152 | Philip Bently, Esquire<br>Kramer, Levin, Naftalis & Frankel LLP<br>919 Third Avenue<br>New York, NY 10022 | Teresa K.D. Currier, Esquire<br>Klett Rooney Leber & Schorling<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801 |
| **HAND DELIVERY**<br>David Klauder<br>Office of the U.S. Trustee<br>844 King Street, Room 2311<br>Wilmington, DE 19801 | | |

{D0008060:1 }