## EXHIBIT A

### Case Administration (18.20 Hours; $ 4,092.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .70 | $800 | 560.00 |
| Rita C. Tobin | 1.00 | $480 | 480.00 |
| Samira A. Taylor | 16.50 | $185 | 3,052.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/02/07 | PVL | 800.00 | 0.10 | Review 11 miscellaneous filings. |
| 02/02/07 | RCT | 480.00 | 0.20 | Review local counsel recommendations and docket re EI update. |
| 02/09/07 | RCT | 480.00 | 0.20 | Review local counsel recommendations re EI update. |
| 02/12/07 | PVL | 800.00 | 0.10 | Review 5 miscellaneous filings. |
| 02/13/07 | PVL | 800.00 | 0.10 | Review 8 miscellaneous filings. |
| 02/16/07 | RCT | 480.00 | 0.20 | Rev. local counsel recommendations re EI update. |
| 02/16/07 | RCT | 480.00 | 0.20 | Rev. local counsel recommendations re EI update. |
| 02/19/07 | PVL | 800.00 | 0.10 | Review agenda. |
| 02/20/07 | PVL | 800.00 | 0.10 | Review 7 miscellaneous filings. |
| 02/20/07 | SAT | 185.00 | 2.00 | Organize pleadings into case files. |
| 02/21/07 | SAT | 185.00 | 3.80 | Organize pleadings into case files. |
| 02/22/07 | SAT | 185.00 | 2.40 | Organize pleadings into case files. |
| 02/23/07 | PVL | 800.00 | 0.10 | Review 10 miscellaneous filings. |
| 02/23/07 | SAT | 185.00 | 4.80 | Organize pleadings into case files. |
| 02/26/07 | RCT | 480.00 | 0.20 | Review local counsel recommendations re EI update. |
| 02/26/07 | SAT | 185.00 | 3.50 | Organize pleadings into case files. |
| 02/27/07 | PVL | 800.00 | 0.10 | Review 11 miscellaneous filings. |

**Total Task Code .04          18.20**

**Claim Analysis Objection & Resolution (Asbestos) (14.60 Hours; $ 11,680.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 14.60 | $800 | 11,680.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/01/07 | PVL | 800.00 | 1.30 | Review 7 objections re WRG x-ray motion (.7); review email re same (.1); confer NDF (.3); review Chapin v. A&L Parts case (.2). |
| 02/02/07 | PVL | 800.00 | 0.10 | Review email. |
| 02/03/07 | PVL | 800.00 | 0.10 | Review WRG objection to Foster & Sear motion. |
| 02/05/07 | PVL | 800.00 | 0.50 | Review Speights disc requests (.1); review email re est. (.1); confer NDF re est. (.3). |
| 02/06/07 | PVL | 800.00 | 0.30 | Review email (.1); review Speights Canadian discovery requests (.1); review Celotex Trust subpoena (.1). |
| 02/07/07 | PVL | 800.00 | 0.20 | Confer NDF. |
| 02/08/07 | PVL | 800.00 | 0.90 | Review email (.1); teleconference EI (.1); review Libby cls schedules and NDF email and reply (.2); review NDF draft trial brief (.5). |
| 02/09/07 | PVL | 800.00 | 1.70 | Teleconference Frankel, Mullady, Abdno, EI, NDF et al re est.trial. |
| 02/12/07 | PVL | 800.00 | 0.60 | Review Corn report (.1); review Hughson rebuttal report (.1); review Lee rebuttal report (.1); review email and reply (.1); review Manville Trust claim data (.1); review 11/05 transcript (.1). |
| 02/13/07 | PVL | 800.00 | 0.40 | Confer NDF (.2); review email and reply (.2). |
| 02/14/07 | PVL | 800.00 | 0.60 | Review 1/31/07 MDL 875 transcript. |

| 02/16/07 | PVL | 800.00 | 0.50 | Review email (.2); review FCR status report re est (.2); review revised x-ray stip (.1). |
| 02/19/07 | PVL | 800.00 | 0.70 | Review email (.1); review Grace reply re Lucas subpoena (.3); email Hurford (.1); review email and reply re Burke deposition (.1); review NDF email and reply (.1). |
| 02/20/07 | PVL | 800.00 | 1.40 | Teleconference Hurford re hearing (.3); review email re est. and reply (.1); review Grace appeal brief v Prudential (.4); teleconference NDF (.6). |
| 02/21/07 | PVL | 800.00 | 0.10 | Review CRMC letter to Harding. |
| 02/22/07 | PVL | 800.00 | 0.30 | Review Macerich SJ motion. |
| 02/23/07 | PVL | 800.00 | 1.70 | Review email (.1); review BNSF motion (.2); teleconference NDF (.2); review email re depp (.2); review 2/20/07 transcript (.2); review WHO 2006 statement re asbestos (.1); review Beber depo (.7). |
| 02/25/07 | PVL | 800.00 | 0.50 | Teleconference NDF re hearing (.2); prep for same (.1); review Grace status report (.2). |
| 02/26/07 | PVL | 800.00 | 0.10 | Confer EI. |
| 02/27/07 | PVL | 800.00 | 0.60 | Confer NDF (.4); review NDF memo (.1); review Roggli article (.1). |
| 02/28/07 | PVL | 800.00 | 2.00 | Review email (.5); review Celotex trust response to subpoena (.3); review NDF memo (.1); confer NDF (1.1). |

**Total Task Code .05        14.60**

## Employment Benefits/Pension (.50 Hours; $ 400.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .50 | $800 | 400.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|

| 02/07/07 | PVL | 800.00 | 0.30 | Teleconference Hurford re pension motion and review email re same and reply. |
| 02/08/07 | PVL | 800.00 | 0.20 | Review email re pension motion and reply. |

**Total Task Code .08**       **.50**

**Fee Applications, Applicant (5.30 Hours; $ 1,689.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 2.30 | $480 | 1,104.00 |
| Andrew D. Katznelson | 3.00 | $195 | 585.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/05/07 | RCT | 480.00 | 0.20 | Research;h fee app issue re billable services. |
| 02/06/07 | RCT | 480.00 | 0.50 | Review revised pre-bills. |
| 02/08/07 | RCT | 480.00 | 0.20 | Review pre-bills. |
| 02/12/07 | RCT | 480.00 | 0.20 | Review exhibits. |
| 02/12/07 | RCT | 480.00 | 0.50 | Review interim fee apps. |
| 02/12/07 | ADK | 195.00 | 1.00 | Worked on interim fee application. |
| 02/14/07 | ADK | 195.00 | 0.50 | Worked on fee application. |
| 02/26/07 | ADK | 195.00 | 1.00 | Work on fee application. |
| 02/26/07 | ADK | 195.00 | 0.50 | Preparation of fee and expense report for fee application exhibit. |
| 02/27/07 | RCT | 480.00 | 0.50 | Review monthly fee apps. |
| 02/28/07 | RCT | 480.00 | 0.20 | Rev. fee app schedule for March. |

**Total Task Code .12**       **5.30**

**Hearings (.60 Hours; $ 480.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .60 | $800 | 480.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/20/07 | PVL | 800.00 | 0.60 | Telephone hearing before Judge Fitzgerald. |

**Total Task Code .15**        **.60**

**Litigation and Litigation Consulting (678.70 Hours; $ 277,041.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 11.70 | $875 | 10,237.50 |
| Walter B. Slocombe | 50.90 | $685 | 34,866.50 |
| Nathan D. Finch | 163.00 | $580 | 94,540.00 |
| Jeffrey A. Liesemer | 4.10 | $445 | 1,824.50 |
| James P. Wehner | 90.30 | $425 | 38,377.50 |
| Adam L. VanGrack | 137.90 | $275 | 37,632.00 |
| Danielle K. Graham | 105.10 | $320 | 33,922.50 |
| David B. Smith | 105.90 | $225 | 23,827.50 |
| Kevin M. Carson | 4.30 | $185 | 795.50 |
| Carrie D. Kelly | 5.50 | $185 | 1,017.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 2/01/07 | WBS | 685.00 | 4.90 | Review messages on "emergency" Xraymotion (.3), review cases on Daubert re epidemiology requirements (.5), research on standard of liability issues (3.1), notes and reading re work on PIQ analysis (1.0). |
| 02/01/07 | EI | 875.00 | 0.50 | T/c's Baena; t/c Frankel re: appeal (.3); t/c's NDF re: motion re x-rays (.2). |
| 02/01/07 | NDF | 580.00 | 7.50 | Revise and edit response to xray motion (2.0); review documents to use in depositions of Beber, Siegal and Hughes (2.3); work on trial outline/order of proof/trial brief (3.2). |

| 02/01/07 | DBS | 225.00 | 4.00 | Compile and review pleadings, correspondence, and other legal documents regarding discovery and integrate materials into case files. |
| 02/01/07 | JAL | 445.00 | 1.70 | Review of correspondence re: debtor's motion to amend order governing x-rays in estimation (.30); review and analysis of objections to Grace's x-ray motion and related materials (1.4). |
| 02/01/07 | JPW | 425.00 | 8.30 | Analyze questionnaire responses (3.9); meet with NDF re questionnaire issues (.3); e-mails re same (1.0); review Rust database (3.1) |
| 02/02/07 | WBS | 685.00 | 5.10 | Preliminary review of tabulations of responses/non-responses by PIQ and POC (1.4), conference call MP and DRelles with JPW re analysis of PIQ and POCs, including plans for further work to understand results and prepare for trial, including notes for followup work (2.3); review Grace subpoena to MV trust and conference NDF re response and related e-mails (.3); stand by for telephonic hearing eventually continued at Debtor's counsel's request on Debtors "emergency" motion (.3), review recent transcripts of hearings, motions (.8). |
| 02/02/07 | EI | 875.00 | 0.70 | Memo re: appeal (.1); matters involving subpoena to CRMC including t/c Austern (.5); t/c NDF re: same (.1). |
| 02/02/07 | NDF | 580.00 | 6.80 | Waiting time for hearing on xray issue (1.5); prepare to argue xray issue (1.0); review Bernick charts (0.4); work on trial brief/outline/order of proof (3.9). |
| 02/02/07 | DBS | 225.00 | 3.40 | Compile and review pleadings, correspondence, and other legal documents regarding discovery and integrate materials into case files. |
| 02/02/07 | JAL | 445.00 | 0.60 | Reviewed Grace's subpoena to CRMC and memo from EI re: same (.10); review and analysis of materials relating to estimation issue (.50). |
| 02/02/07 | ALV | 275.00 | 7.20 | Review documents produced from Grace's Boston and Boca Raton repository (and invoice database) for relevance; review material produced from Casner & Edwards for use during depositions (6.5); review recent pleadings, legal memoranda, and transcripts (0.7). |

| 02/02/07 | JPW | 425.00 | 7.10 | Review analyses by expert (2.3); telephone conference with M. Peterson and D. Relles re analysis (2.1); review Rust database (2.4); meet with NDF re database issues (.3) |
| 02/05/07 | EI | 875.00 | 0.20 | T/c NDF re: discovery issues. |
| 02/05/07 | NDF | 580.00 | 9.00 | Argue hearing on x-ray issue (1.5); prepare for hearing (0.5); work on draft pretrial brief (7.0). |
| 02/05/07 | DBS | 225.00 | 4.00 | Research and review expert deposition transcripts in related asbestos cases in response to specific attorney request. |
| 02/05/07 | JAL | 445.00 | 0.50 | Review and analysis of draft trial brief for estimation hearing. |
| 02/05/07 | ALV | 275.00 | 7.10 | Review relevant case law for estimation discovery and experts (2.0); review documents produced from Grace's Boston and Boca Raton repository (and invoice database) for relevance (4.7); review estimation trial outline and strategy (0.4). |
| 02/05/07 | JPW | 425.00 | 3.90 | Meet with NDF re questionnaire issues (.6); communicate with experts re questionnaire issues (1.0); research re questionnaire issues (2.3) |
| 02/06/07 | NDF | 580.00 | 7.10 | Review documents produced by Grace on 2/5 (6.3); review edits to pretrial brief sent by Mullady (0.4); review expert report inquiry (0.4). |
| 02/06/07 | DBS | 225.00 | 5.30 | Review and compile relevant documents from Sealed Air deposition exhibits and previous document productions for use as potential exhibits in upcoming depositions. |
| 02/06/07 | DKG | 320.00 | 1.00 | Attention to state survey re standard of liability. |
| 02/06/07 | JAL | 445.00 | 0.20 | Review of draft pretrial brief re: estimation and comments thereon. |
| 02/06/07 | ALV | 275.00 | 7.70 | Meetings with DBS and NDF regarding review of newly produced by Grace (0.6); review estimation trial outline and strategy (0.3); review settlement related documents from W.R. Grace's Boca Raton repository for relevance and for use at future depositions (6.8). |

| | | | | |
|---|---|---|---|---|
| 02/06/07 | JPW | 425.00 | 6.70 | Research questionnaire issues (2.0); telephone conference with D. Relles re analysis (.5); telephone conference with M. Peterson re questionnaires (.3); telephone conference with L. Kizis re questionnaires (.5); telephone conference with D. Pacheco re questionnaires (.5); e-mails re questionnaires (1.2); notes re questionnaires (1.7) |
| 02/06/07 | KMC | 185.00 | 2.10 | Compile and reproduce relevant Sealed Air deposition exhibits for use as potential exhibits in upcoming depositions |
| 02/07/07 | EI | 875.00 | 1.50 | Read draft brief and t/c NDF (1.0); conf. re: facility activity (.5). |
| 02/07/07 | NDF | 580.00 | 9.80 | Telephone conference with Ramsay and others to discuss Grace x-ray order (1.0); telephone conference with Bernick and Ramsay, et al. to negotiate Grace x-ray order (1.3); review documents produced by Grace (7.5). |
| 02/07/07 | DBS | 225.00 | 3.90 | Review and compile relevant documents from Sealed Air deposition exhibits and previous document productions for use as potential exhibits in upcoming depositions. |
| 02/07/07 | DKG | 320.00 | 2.30 | Attention to case status (0.5); attention to state survey re standard of liability (1.8). |
| 02/07/07 | JAL | 445.00 | 0.30 | Review and analysis of Grace's proposed x-ray order and comments thereon. |
| 02/07/07 | ALV | 275.00 | 5.20 | Review settlement related documents from W.R. Grace's Boca Raton repository for relevance and for use at future depositions. |
| 02/07/07 | JPW | 425.00 | 4.00 | Telephone conference with A. Rich re questionnaires (.3); telephone conference with S. Horowitz re questionnaires (.3); e-mails re questionnaires (1.0); analysis of Rust data (2.4) |
| 02/08/07 | EI | 875.00 | 1.90 | Conf. Florence, Mekus, et al. re: Trust work for Grace (1.5); t/c NDF re: same (.2); t/c PVNL re: same (.2). |
| 02/08/07 | NDF | 580.00 | 10.90 | Review documents re Beber, Siegal and Hughes (10.6); telephone conference with Peterson re estimation issue (0.3). |

| 02/08/07 | DBS | 225.00 | 5.40 | Review and compile relevant documents from recent document production for use as potential exhibits in upcoming depositions (2.7); compile and review pleadings, correspondence, and other legal documents regarding discovery and integrate materials into case files. (2.7). |
| 02/08/07 | DKG | 320.00 | 5.00 | Attention to 15 state survey re liability standards. |
| 02/08/07 | ALV | 275.00 | 4.30 | Review settlement related documents from W.R. Grace's Boca Raton repository for relevance and for use at future depositions (4.1); conversations with TWS and NDF regarding depositions (0.2). |
| 02/08/07 | JPW | 425.00 | 2.90 | Analysis of Questionnaire responses (1.0); telephone conference with Futures Representative re questionnaires (1.4); telephone conference with D. Relles re questionnaires (.5) |
| 02/08/07 | KMC | 185.00 | 2.20 | Compile and reproduce relevant Sealed Air depo exhibits for use as potential exhibits in upcoming depositions |
| 02/09/07 | EI | 875.00 | 1.80 | T/c Frankel, Baena, JAL re: appeal process (.7); t/c Frankel, et al., NDF, PVNL re: trial brief and trial process (1.0); t/c NDF re: same (.1). |
| 02/09/07 | NDF | 580.00 | 5.10 | Review revisions to x-ray order (0.5); review documents produced by Grace on 2/5 to prepare for Beber and Hughes depositions (4.6). |
| 02/09/07 | DBS | 225.00 | 4.60 | Review and compile relevant documents from recent document production for use as potential exhibits in upcoming depositions (3.5); compile recent document production and send to experts for review (1.1). |
| 02/09/07 | DKG | 320.00 | 7.00 | Conduct research re 15 state survey on liability issues. |
| 02/09/07 | DKG | 320.00 | 0.20 | Attention to BMC follow-up issues. |
| 02/09/07 | JAL | 445.00 | 0.30 | Office conf. w/NDF re: estimation issues. |
| 02/09/07 | ALV | 275.00 | 8.70 | Review settlement related documents from W.R. Grace's Boca Raton repository for relevance and for use at future depositions (6.2); arrange document review for use at upcoming depositions (1.0); |

| | | | | strategy and document review meetings with NDF, DKG, and DBS (1.5). |
|---|---|---|---|---|
| 02/09/07 | JPW | 425.00 | 2.00 | Questionnaire issues |
| 02/10/07 | ALV | 275.00 | 5.80 | Review settlement related documents from W.R. Grace's Boca Raton repository for relevance and for use at future depositions. |
| 02/11/07 | NDF | 580.00 | 6.80 | Review documents produced by Grace on 2/9 for use in upcoming depositions. |
| 02/11/07 | ALV | 275.00 | 2.90 | Review settlement related documents from W.R. Grace's Boca Raton repository for relevance and for use at future depositions. |
| 02/12/07 | EI | 875.00 | 0.10 | JPW inquiry. |
| 02/12/07 | NDF | 580.00 | 6.30 | Telephone conference with debtor's counsel re x-ray order (0.8); telephone conference with claimant lawyers re x-ray order and edits to same (0.6); review documents produced by Grace on 2/9 for use in upcoming depositions (4.4); review Manville trust claims data for use in estimation (0.5). |
| 02/12/07 | DBS | 225.00 | 4.40 | Review and compile relevant documents from recent document production for use as potential exhibits in upcoming depositions. |
| 02/12/07 | DKG | 320.00 | 7.50 | Read and analyze case law re 15 state survey. |
| 02/12/07 | ALV | 275.00 | 2.90 | Review relevant case law for estimation discovery and experts; review recent discovery related material and pleadings (2.1); conversations with NDF and DBS regarding document production, document review, and upcoming depositions (0.8). |
| 02/12/07 | JPW | 425.00 | 6.40 | Telephone conferences with Legal Representative, D. Relles re questionnaire (1.2); review and analyze questionnaire data; e-mails re same (3.6); meet with NDF re questionnaire (.3); telephone conference with P. Mahoney re questionnaire (.3); memo re questionnaire research (.5); review spreadsheets from experts (.5) |
| 02/13/07 | EI | 875.00 | 0.20 | Status inquiry (.1); t/c JAL re: brief draft (.1). |
| 02/13/07 | NDF | 580.00 | 7.10 | Review documents in preparation for Beber and Hughes depositions (4.5); review transcript of prior |

| | | | | |
|---|---|---|---|---|
| | | | | Hughes deposition (1.5); email correspondence re proposed orders (0.7); draft memo to Hurford re Dr. Lucas order (0.4). |
| 02/13/07 | DBS | 225.00 | 5.00 | Review and compile relevant documents from recent document production for use as potential exhibits in upcoming depositions (1.6); create list of potential exhibits for upcoming depositions (1.0); plan and confirm logistics for upcoming depositions (2.4). |
| 02/13/07 | DKG | 320.00 | 8.00 | Draft memo re 15 state survey; read and analyze case law re same. |
| 02/13/07 | ALV | 275.00 | 9.40 | Review settlement related documents from W.R. Grace's Boca Raton repository for relevance and for use at future depositions (7.8); conversations with NDF and DBS regarding document production, document review, and upcoming depositions (1.1); conversations with estimation parties attorneys regarding upcoming depositions (0.5). |
| 02/13/07 | JPW | 425.00 | 6.20 | Analyze questionnaire data (2.9); telephone conference with D. Relles re data (.5); telephone conference with J. Gilbert re questionnaire (.6); telephone messages and e-mail re questionnaire (2.2) |
| 02/14/07 | EI | 875.00 | 1.70 | Subpoena issues with Alan Rich (.7); read draft appeal brief (.5); conf. call re: same (.5). |
| 02/14/07 | NDF | 580.00 | 8.10 | Review documents in preparation for Hughes and Beber depositions (5.5); telephone conference with Snyder re expert report issues and Beber and Hughes depositions (0.5); review transcripts of prior depositions for use with Beber and Hughes (2.1). |
| 02/14/07 | DBS | 225.00 | 6.60 | Review and compile relevant documents from recent document production for use as potential exhibits in upcoming depositions (.8); create a list of potential exhibits for upcoming depositions (5.8). |
| 02/14/07 | DKG | 320.00 | 7.80 | Draft memo re 15 state survey; read and analyze case law re same. |
| 02/14/07 | ALV | 275.00 | 5.30 | Review settlement related documents from W.R. Grace's Boca Raton repository for relevance and for use at future depositions (4.5); conversations with counsel for Grace regarding document production (0.2); conversations with NDF and DBS regarding |

| | | | | |
|---|---|---|---|---|
| | | | | document production, document review, and upcoming depositions (0.6). |
| 02/14/07 | JPW | 425.00 | 2.50 | Questionnaire analysis (1.7); e-mails with experts re data validation (.8) |
| 02/15/07 | WBS | 685.00 | 3.70 | Review Hughson rebuttal expert report and comment (.8); read cases on standard of proof of exposure (1.9); initial analysis of data on questionnaire tabulation (1.0). |
| 02/15/07 | NDF | 580.00 | 9.00 | Review documents produced by Grace (7.5); prepare for Beber and Hughes depositions during flight to Florida for same (1.5). |
| 02/15/07 | DBS | 225.00 | 4.70 | Review and compile potential exhibits, transcripts, and other materials for use in upcoming depositions. |
| 02/15/07 | DKG | 320.00 | 6.70 | Draft 15 state survey re liability; read and analyze case law re same. |
| 02/15/07 | ALV | 275.00 | 3.90 | Review settlement and insurance related documents for relevance and for use at future depositions. |
| 02/15/07 | JPW | 425.00 | 1.00 | E-mails re questionnaire responses |
| 02/16/07 | WBS | 685.00 | 6.50 | Start review production from Grace counsel and prepare analysis for depositions/trial brief. |
| 02/16/07 | DBS | 225.00 | 7.70 | Review and compile potential exhibits, transcripts, and other materials for use in upcoming depositions (7.0); compile recent document production and send to expert for review (.7). |
| 02/16/07 | DKG | 320.00 | 7.50 | Draft 15 state survey re liability; read and analyze case law re same. |
| 02/16/07 | JAL | 445.00 | 0.20 | Review and analysis of correspondence relating to estimation discovery issues. |
| 02/16/07 | ALV | 275.00 | 5.20 | Review recent memorandum regarding document production as well as settlement related documents from W.R. Grace's Boca Raton repository for relevance and for use at future depositions (4.4); communication with NDF and counsel for Grace regarding document production (0.8). |
| 02/16/07 | JPW | 425.00 | 3.30 | Questionnaire analysis (2.0); telephone conference with S. Horowitz re questionnaires (.6); telephone |

| | | | | |
|---|---|---|---|---|
| | | | | conference with D. Relles re questionnaires (.4); read status report (.3) |
| 02/16/07 | CDK | 185.00 | 5.50 | Compile sealed air deposition transcripts for use in upcoming depositions (3.0); review and quality check potential exhibits for use in upcoming deposition (2.5) |
| 02/17/07 | WBS | 685.00 | 0.50 | Note to NDF, ALV re work to be done on discovery materials, use in depos and trial prep. |
| 02/17/07 | NDF | 580.00 | 4.80 | Review documents produced by Grace for Beber and Hughes depositions. |
| 02/17/07 | ALV | 275.00 | 5.70 | Review settlement and insurance related documents for relevance and for use at future depositions. |
| 02/18/07 | WBS | 685.00 | 2.60 | Continue analysis of Hughes/Legal disc production and memos of use to make of material therein. |
| 02/18/07 | NDF | 580.00 | 6.00 | Review documents produced by Grace for Beber and Hughes depositions. |
| 02/18/07 | ALV | 275.00 | 4.20 | Review settlement and insurance related documents for relevance and for use at future depositions. |
| 02/19/07 | WBS | 685.00 | 5.10 | Continue analysis and notes re use of legal office production. |
| 02/19/07 | ALV | 275.00 | 4.90 | Review settlement and insurance related documents for relevance and for use at future depositions; review related memorandum; review recent pleadings. |
| 02/20/07 | NDF | 580.00 | 4.60 | Prepare for Beber and Hughes depositions (4.1); telephone conference with PVNL re same (0.5). |
| 02/20/07 | DBS | 225.00 | 5.30 | Review and prepare potential exhibits for the depositions of R. Beber and J. Hughes (3.3); attend strategy session with NDF, ALV, and co-counsel (2.0). |
| 02/20/07 | DKG | 320.00 | 3.50 | Draft 15 state survey re liability; read and analyze case law re same. |
| 02/20/07 | ALV | 275.00 | 7.90 | Review Memorandum regarding produced documents as well as settlement related documents for use at depositions (3.9); strategy session meetings |

| | | | | with NDF, DBS, and counsel for the future claimants representative (4.0). |
|---|---|---|---|---|
| 02/20/07 | JPW | 425.00 | 3.70 | Analyze questionnaire responses (2.6); telephone conference with D. Relles re questionnaire (.5); telephone conference with D. Cupit re questionnaires (.6) |
| 02/21/07 | WBS | 685.00 | 4.10 | Review additional documents obtained on discovery, prepare memo on use in depos, brief, and trial preparation. |
| 02/21/07 | EI | 875.00 | 0.40 | T/c Rice re: status (.3); reading memos (.1). |
| 02/21/07 | NDF | 580.00 | 11.00 | Take Beber deposition (8.0); prepare for Hughes deposition (2.5); confer with FCR counsel re Hughes deposition (0.5). |
| 02/21/07 | DBS | 225.00 | 13.50 | Attend deposition of R. Beber and assist attorneys with deposition exhibits (8.5); review and prepare potential exhibits for the depositions of R. Beber and J. Hughes (1.6); create list of marked exhibits from the deposition of R. Beber and update the potential exhibit list for J. Hughes (1.4); attend strategy session with NDF, ALV, and co-counsel (2.0). |
| 02/21/07 | DKG | 320.00 | 5.30 | Draft 15 state survey re liability; read and analyze case law re same. |
| 02/21/07 | ALV | 275.00 | 12.00 | Review settlement and insurance related documents for use at depositions (1.0); deposition of Robert Beber (including preparation, post-deposition tasks, and in-deposition consultation) (9.5); strategy session meetings with NDF, DBS, and counsel for the future claimants representative (1.5). |
| 02/21/07 | JPW | 425.00 | 1.50 | Questionnaire analysis (1.2); telephone messages to firms re Questionnaires (.3) |
| 02/22/07 | EI | 875.00 | 1.70 | Comments on draft brief (1.5); CRMC letter (.2). |
| 02/22/07 | NDF | 580.00 | 15.50 | Prepare for Hughes deposition (3.5); take Hughes deposition (11.5); confer with FCR counsel re case issues (0.5). |
| 02/22/07 | DBS | 225.00 | 12.50 | Attend deposition of J. Hughes and assist attorneys with deposition exhibits (10.9); review and prepare potential exhibits for the deposition of J. Hughes |

| | | | | |
|---|---|---|---|---|
| | | | | (1.0); compile documents used at depositions for transport back to Washington (.6). |
| 02/22/07 | DKG | 320.00 | 8.20 | Continue research re 15 state survey; read and analyze case law re same. |
| 02/22/07 | ALV | 275.00 | 14.50 | Review settlement and insurance related documents for use at depositions (1.0); deposition of Jay Hughes (including preparation, post-deposition tasks, and in-deposition consultation) (13.0); strategy session meetings with NDF, DBS, and counsel for the future claimants representative (0.5). |
| 02/22/07 | JPW | 425.00 | 5.00 | Questionnaire analysis (2.1); telephone messages to firms re questionnaires (.3); telephone conference with S. Kazan re questionnaires (.4); telephone conference with R. Komitor re questionnaire (.3); telephone conference with B. Statman re questionnaire (.7); memo re analysis (1.2) |
| 02/23/07 | WBS | 685.00 | 4.40 | Review agenda and materials for Mon hearing, including Grace "status report" on timing, including e-mails re appropriate action (1.2), telephone conference NDF and assemble materials re poss motion to compel on pre-petition reserve materials (2.1), continue analysis of legal dept. disc production (1.1). |
| 02/23/07 | NDF | 580.00 | 1.30 | Dictate memo to clients, EI, PVNL re various case issues and Beber/Hughes depositions (0.5); telephone conference with WBS re motion to compel issues (0.5); telephone conference with PVNL re various Grace issues (0.3). |
| 02/23/07 | DBS | 225.00 | 0.60 | Compile documents used at depositions for transport back to Washington. |
| 02/23/07 | DKG | 320.00 | 7.80 | Continue research re 15 state survey; read and analyze case law re same. |
| 02/23/07 | ALV | 275.00 | 1.40 | Review Grace produced documents. |
| 02/23/07 | JPW | 425.00 | 8.20 | Analysis of questionnaire data (1.1); telephone conference with N. Ramsey re questionnaire issues (.5); draft memo re issues (.7); telephone conference with J. Ansbro re questionnaires (.2); telephone conference with D. Relles re questionnaires (.2); meeting with WBS re questionnaire (1.0); telephone conference with Legal Representative's counsel (1.0); |

| | | | | draft flow chart (2.3); e-mails re questionnaire issues (1.2) |
|---|---|---|---|---|
| 02/24/07 | WBS | 685.00 | 3.70 | Review transcript of Hughes dep and notes re possible use in Siegal dep and at trial. |
| 02/24/07 | NDF | 580.00 | 1.00 | Review Grace status report and email to Mullady re responses to same. |
| 02/24/07 | DKG | 320.00 | 4.20 | Read and analyze case law re 15 state survey; draft memo re the same. |
| 02/25/07 | WBS | 685.00 | 2.80 | Review Beber depo and make notes for follow on. |
| 02/25/07 | EI | 875.00 | 0.20 | T/c NDF re: motion to delay. |
| 02/25/07 | NDF | 580.00 | 1.70 | Prepare for 2/26 status conference/hearing (0.4); telephone conference with Mullady re 2/26 hearing (0.5); telephone conference with PVNL re same (0.5); telephone conference with EI re same (0.3). |
| 02/26/07 | WBS | 685.00 | 4.70 | Work on brief ISO motion to compel re pre-petition reserves (4.0), participate by phone in hearing on schedule (.7). |
| 02/26/07 | EI | 875.00 | 0.10 | T/c NDF re: hearing reports. |
| 02/26/07 | NDF | 580.00 | 5.80 | Prepare for 2/26 argument (0.5); begin briefing motion to compel issues (0.5); confer with Hurford re Grace case issues (0.5); telephone conference with Mullady re argument on status report (0.5); attend hearing and argue re status of case (2.5); confer with Wyron and Frankel re case issues (1.0); telephone conference re scheduling issue (0.1); telephone conference with Harding re same (0.1); telephone conference with EI re Tom Florence (0.1). |
| 02/26/07 | DBS | 225.00 | 5.40 | Create list of marked exhibits from the deposition of J. Hughes (.9); review and compile transcripts and exhibits from the depositions of J. Hughes and R. Beber for attorney review, expert review, and electronic case files (4.5). |
| 02/26/07 | DKG | 320.00 | 8.00 | Read and analyze case law re 15 state survey. |
| 02/26/07 | JAL | 445.00 | 0.30 | Telephone call w/M. Hurford re: estimation issues and developments. |

| 02/26/07 | ALV | 275.00 | 4.40 | Review recent pleadings, status reports, transcripts, documents for relevance, and expert material. |
|---|---|---|---|---|
| 02/26/07 | JPW | 425.00 | 4.50 | Telephone conference with D. Relles (.8); telephone conference with Futures Representative (.9); questionnaire analysis (1.7); e-mails re questionnaire analysis (1.1) |
| 02/27/07 | WBS | 685.00 | 2.80 | Conference NDF and JPW re adjustments to schedule, work to be done re PIQs. |
| 02/27/07 | EI | 875.00 | 0.30 | Conf. NDF re: status. |
| 02/27/07 | NDF | 580.00 | 9.20 | Telephone conference with Mullady re case scheduling issues (0.5); telephone conference with Cooney re Hughes deposition and other matters (0.5); telephone conference with Budd re case issue/settlement (0.2); review and read email, medical journal articles and draft expert reports received 2/16-24 (5.2); confer with WBS and JPW re questionnaire analysis issues (1.8); draft memo to Mullady re Roggli (0.5); draft memo to FCR counsel and EI, et al. re case strategy and meeting to discuss same (0.5). |
| 02/27/07 | DBS | 225.00 | 5.70 | Review, compile, and reproduce transcripts and exhibits from the depositions of J. Hughes and R. Beber for attorney and expert review. |
| 02/27/07 | DKG | 320.00 | 7.50 | Attention to case status (1.2); continue drafting memo re 15 state survey (6.3). |
| 02/27/07 | ALV | 275.00 | 3.60 | Review transcripts, status updates, documents for relevance, and expert material. |
| 02/27/07 | JPW | 425.00 | 5.80 | Telephone conference with Baldwin & Baldwin re questionnaires (.4); telephone conference with S. Hoffman re questionnaires (.5); draft flow chart; analyze questionnaire issues (3.3); meet with NDF and WBS re questionnaires (1.6) |
| 02/28/07 | EI | 875.00 | 0.40 | T/c JAL re: reply brief (.2); t/c NDF re: discovery (.2). |
| 02/28/07 | NDF | 580.00 | 8.60 | Review medical articles re exposure issue (3.5); analyze rising claim values for meso and collecting evidence for same for expert reliance materials (3.2); draft memo to Cooney re claim values (0.5); confer |

|  |  |  |  | with PVNL re case strategy issues (0.5); telephone conference with Peterson re case issues (0.9). |
|---|---|---|---|---|
| 02/28/07 | DBS | 225.00 | 3.90 | Review and compile exhibits from the depositions of J. Hughes and R. Beber and other case materials for attorney review and case files (3.7); compile relevant Sealed Air deposition exhibits for attorney review (.2). |
| 02/28/07 | DKG | 320.00 | 7.60 | Continue drafting memo re 15 state survey. |
| 02/28/07 | ALV | 275.00 | 3.70 | Review Grace legal department deposition transcripts and expert materials (2.5); draft Grace legal department deposition analysis (1.2). |
| 02/28/07 | JPW | 425.00 | 7.30 | E-mails to questionnaire analysis (1.1); analysis of questionnaire issues (2.9); draft flow chart (2.8); telephone conference with D. Relles re Rust processing (.3); e-mails re strategy meeting with Legal Representative (.2) |

**Total Task Code.16**          **678.70**


## Plan & Disclosure Statement (46.70 Hours; $ 20,462.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $800 | 160.00 |
| Jeffrey A. Liesemer | 45.00 | $445 | 20,025.00 |
| Samira A. Taylor | 1.50 | $185 | 277.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/07/07 | JAL | 445.00 | 0.10 | Reviewed correspondence re: appeal of exclusivity extension. |
| 02/08/07 | JAL | 445.00 | 0.40 | Office conf. w/NDF re: exclusivity appeal. |
| 02/09/07 | JAL | 445.00 | 1.80 | Teleconf. w/EI, counsel for FCR and for PI Committee re: exclusivity appeal (.30);  review of correspondence among counsel and other materials in prep. of Third Circuit brief on exclusivity (.40); further review and analysis of materials in prep. for Third Circuit brief on exclusivity (.20); teleconf. |

| | | | | w/S. Baena re: exclusivity appeal and related issues (.90). |
|---|---|---|---|---|
| 02/10/07 | JAL | 445.00 | 2.50 | Review and analysis of materials in prep. of draft appellants' brief in exclusivity appeal. |
| 02/11/07 | JAL | 445.00 | 1.40 | Commenced drafting appellants' brief in exclusivity appeal. |
| 02/12/07 | JAL | 445.00 | 7.20 | Review and analysis of materials in prep. for appellant brief in exclusivity appeal (3.9); drafted and revised appellants' third circuit brief in exclusivity appeal (3.30). |
| 02/13/07 | JAL | 445.00 | 10.60 | Further drafting and revisions to appellants' brief for exclusivity appeal. |
| 02/14/07 | JAL | 445.00 | 0.70 | Teleconf. w/EI, FCR's counsel and PD committee counsel re: draft appellants' brief in exclusivity appeal. |
| 02/14/07 | JAL | 445.00 | 0.10 | Telephone call w/EI re: draft appellants' brief in exclusivity appeal. |
| 02/15/07 | PVL | 800.00 | 0.10 | Review motion to expedite appeal. |
| 02/16/07 | SAT | 185.00 | 1.50 | Organize pleadings into case files. |
| 02/19/07 | JAL | 445.00 | 4.60 | Further drafting and revisions to appellants' brief for exclusivity appeal. |
| 02/20/07 | JAL | 445.00 | 0.40 | Review and editing of draft appellants' brief. |
| 02/21/07 | JAL | 445.00 | 6.60 | Revised and edited draft appellants' brief (2.3); further revisions and editing to draft appellants' brief in exclusivity appeal (3.4); legal research and analysis pertaining to exclusivity appeal (.70); drafted and revised memo to co-counsel in exclusivity appeal re: procedural matters (.20). |
| 02/22/07 | PVL | 800.00 | 0.10 | Review Grace response to motion to expedite appeal. |
| 02/23/07 | JAL | 445.00 | 0.70 | Conf. call w/counsel for FCR and PD committee re: exclusivity appeal. |
| 02/25/07 | JAL | 445.00 | 1.10 | Review and analysis of Grace's response to motion to expedite Third Circuit appeal, drafted and revised memo to EI and co-counsel re: same and points to |

|  |  |  |  | include in reply brief in support of our motion to expedite appeal. |
|---|---|---|---|---|
| 02/26/07 | JAL | 445.00 | 0.90 | Teleconf. w/counsel for PI Committee and FCR re: reply brief in support of motion to expedite Third Circuit appeal (.40); office conf. w/EI re: draft reply brief in support of motion to expedite Third Circuit appeal (.30); drafted and revised memo to M. Hurford re: draft reply brief in support of motion to expedite Third Circuit appeal (.20). |
| 02/27/07 | JAL | 445.00 | 3.80 | Office conf. w/NDF re: draft reply brief in support of motion to expedite (.10); drafted and revised memo to M. Hurford re: draft reply brief in support of motion to expedite (.10); drafted and revised reply brief in support of motion to expedite (1.0); telephone call w/M. Hurford re: draft reply brief in support of motion to expedite appeal (.20); further drafting and revisions to reply brief in support of motion to expedite exclusivity appeal (2.4). |
| 02/28/07 | JAL | 445.00 | 2.10 | Drafted and revised e-mail to co-counsel re: reply brief in support of motion to expedite (.40); drafted e-mail to M. Hurford re: draft reply brief in support of motion to expedite (.10); telephone call w/R. Frankel re: draft reply brief in support of motion to expedite (.10); telephone call w/S. Baena re: same (.10); telephone call w/EI re: same (.10); revised, edited and finalized draft reply brief in support of appellants' motion to expedite appeal (1.0); reviewed and finalized concise statement of the case for exclusivity appeal (.30). |

**Total Task Code .17          46.70**


**Travel – Non Working (36.50 Hours; $ 6,873.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Nathan D. Finch | 13.90 | $290 | 4,031.00 |
| Adam L. Vangrack | 12.00 | $137.50 | 1,650.00 |
| David B. Smith | 10.60 | $112.50 | 1,192.50 |

| Trans | Empl | Bill | Billing |
|---|---|---|---|

{D0082128.1 }

| Date | Init | Rate | Hours | Full Narrative |
|------|------|------|-------|----------------|
| 02/15/07 | NDF | 290.00 | 2.00 | Travel to Florida for Beber and Hughes depositions. |
| 02/20/07 | DBS | 112.50 | 5.70 | Travel to Boca Raton, FL for the depositions of R. Beber and J. Hughes. |
| 02/20/07 | ALV | 137.50 | 6.00 | Travel from Washington, DC to Boca Raton deposition location. |
| 02/23/07 | DBS | 112.50 | 4.90 | Travel to Washington, DC from Boca Raton, FL. |
| 02/24/07 | ALV | 137.50 | 6.00 | Travel from Boca Raton deposition location to Washington, DC. |
| 02/25/07 | NDF | 290.00 | 8.50 | Return to DC from Florida. |
| 02/26/07 | NDF | 290.00 | 3.40 | Travel to Wilmington for court hearing (2.4); return to DC from Wilmington (1.0). |

**Total Task Code .21**          **36.50**

**Fee Auditor Matters (5.30 Hours; $ 2,544.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Rita C. Tobin | 5.30 | $480 | 2,544.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 02/02/07 | RCT | 480.00 | 0.50 | Address fee issue. |
| 02/07/07 | RCT | 480.00 | 0.50 | Address fee auditor issue. |
| 02/08/07 | RCT | 480.00 | 1.00 | Obtain info for fee auditor. |
| 02/13/07 | RCT | 480.00 | 1.50 | Review response to Fee auditor report (.5); Rev. OC Initial Report C&D/ Warren (.5) emails PVNL re same (.5) |
| 02/15/07 | RCT | 480.00 | 1.30 | Collect info for fee auditor (.5); revise response (.5); e-mail D. Smith re expert report (.3) |
| 02/22/07 | RCT | 480.00 | 0.50 | Address fee issue |

**Total Task Code .32**          **5.30**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 5,017.40 |
| Air Freight & Express Mail | 381.23 |
| Court Reporting/Transcript Service | 1,007.65 |
| Database Research | 4,487.19 |
| Local Transporation - NY | 117.30 |
| Local Transportation - DC | 40.00 |
| Long Distance-Equitrac In-House | 17.81 |
| Meals Related to Travel | 894.93 |
| Miscellaneous: Client Advances | 37.01 |
| Outside Local Deliveries | 16.57 |
| Outside Photocopying/Duplication Service | 605.31 |
| Overtime Meals | 0.00 |
| Postage | 2.07 |
| Professional Fees & Expert Witness Fees | 2,662.50 |
| Research Material | 29.62 |
| Telecopier/Equitrac | 54.75 |
| Travel Expenses - Ground Transportation | 663.83 |
| Travel Expenses - Hotel Charges | 2,602.44 |
| Travel Expenses - LD Calls on Hotel Bill | 29.85 |
| Travel Expenses - Miscellaneous | 54.74 |
| Xeroxing | 1,086.50 |
| **Total:** | **$19,808.70** |