**EXHIBIT B**

**Case Administration (18.2 Hours; $ 4,092.50)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**   18.2

**Claim Analysis Objection & Resolution (Asbestos) (14.6 Hours; $ 11,680.00)**

   Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05**   14.6

**Employee Benefits/Pension (.5 Hours; $ 400.00)**

   Services rendered in this category include the Debtors' benefits and severance programs and other issues to the Debtors' employees.

**Total Task Code .08**   .5

**Fee Applications, Applicant (5.3 Hours; $ 1,689.00)**

   Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**   5.3

**Hearings (.6 Hours; $ 480.00)**

   Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15**   .6

**Litigation and Litigation Consulting (678.7 Hours; $ 277,041.00)**

{D0082129.1 }
DOC#151898

- 2 -

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16        678.7**

**Plan & Disclosure Statement (46.7 Hours; $ 20,462.50)**

Services rendered in this category pertain to the efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17        46.7**

**Travel Non-Working (36.5 Hours; $ 6,873.50)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21        36.5**

**Fee Auditor Matters (5.3 Hours; $ 2,544.00)**

Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32        5.3**

{D0082129.1 }