## EXHIBIT C

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 5,017.40 |
| Air Freight & Express Mail | 381.23 |
| Court Reporting/Transcript Service | 1,007.65 |
| Database Research | 4,487.19 |
| Local Transporation - NY | 117.30 |
| Local Transportation - DC | 40.00 |
| Long Distance-Equitrac In-House | 17.81 |
| Meals Related to Travel | 894.93 |
| Miscellaneous: Client Advances | 37.01 |
| Outside Local Deliveries | 16.57 |
| Outside Photocopying/Duplication Service | 605.31 |
| Overtime Meals | 0.00 |
| Postage | 2.07 |
| Professional Fees & Expert Witness Fees | 2,662.50 |
| Research Material | 29.62 |
| Telecopier/Equitrac | 54.75 |
| Travel Expenses - Ground Transportation | 663.83 |
| Travel Expenses - Hotel Charges | 2,602.44 |
| Travel Expenses - LD Calls on Hotel Bill | 29.85 |
| Travel Expenses - Miscellaneous | 54.74 |
| Xeroxing | 1,086.50 |
| **Total:** | **$19,808.70** |

{D0082130.1 }