| | | |
|---|---|---|
| **Client Number:  4642** | **Grace Asbestos Personal Injury Claimants** | Page:  1 |
| **Matter      000** | **Disbursements** | 3/19/2007 |
| | | Print Date/Time: |
| | | 03/19/2007 |
| | | 4:42:32PM |
| Attn: | | Invoice # |

## PREBILL  / CONTROL  REPORT
Trans Date Range:  1/1/1950  to: 2/28/2007

**Matter      000**
**Disbursements**
Bill Cycle:        Monthly          Style:        i1          Start:    4/16/2001

Last Billed : 2/28/2007                          13,655

Trust Amount Available

Total Expenses Billed To Date          $839,201.44

Billing Empl:          0120      Elihu  Inselbuch
Responsible Empl:      0120      Elihu  Inselbuch
Alternate Empl:        0120      Elihu  Inselbuch
Originating Empl:      0120      Elihu  Inselbuch

**Summary  by Employee**

| Empl | Initials | Name | ---------- A C T U A L ---------- Hours | Amount | ---------- B I L L I N G--------- Hours | Amount |
|---|---|---|---|---|---|---|
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 739.79 | 0.00 | 739.79 |
| 0026 | DBR | Daniel B Rosenbaum | 0.00 | 37.01 | 0.00 | 37.01 |
| 0054 | WBS | Walter B Slocombe | 0.00 | 689.80 | 0.00 | 689.80 |
| 0073 | RCT | Rita C Tobin | 0.00 | 117.30 | 0.00 | 117.30 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 80.39 | 0.00 | 80.39 |
| 0187 | NDF | Nathan D Finch | 0.00 | 7,206.54 | 0.00 | 6,838.19 |
| 0213 | DAR | Deborah A Russell | 0.00 | 1.80 | 0.00 | 1.80 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 114.00 | 0.00 | 114.00 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 21.45 | 0.00 | 21.45 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 10.40 | 0.00 | 10.40 |
| 0245 | PT | Paula  Taylor-Brooks | 0.00 | 3.00 | 0.00 | 3.00 |
| 0251 | JO | Joan  O'Brien | 0.00 | 48.90 | 0.00 | 48.90 |
| 0255 | DAT | Denise A Tolbert | 0.00 | 0.10 | 0.00 | 0.10 |
| 0308 | DBS | David B Smith | 0.00 | 3,837.83 | 0.00 | 3,837.83 |
| 0310 | DKG | Danielle K Graham | 0.00 | 1,007.65 | 0.00 | 1,007.65 |
| 0327 | ALV | Adam L Vangrack | 0.00 | 1,048.80 | 0.00 | 1,048.80 |
| 0332 | NEF | Natalie E Fay | 0.00 | 1.10 | 0.00 | 1.10 |
| 0345 | KMC | Kevin M Carson | 0.00 | 92.50 | 0.00 | 92.50 |
| 0350 | CDK | Carrie D Kelly | 0.00 | 27.50 | 0.00 | 27.50 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 5,091.19 | 0.00 | 5,091.19 |
| | | | 0.00 | 20,177.05 | 0.00 | 19,808.70 |

**Total Fees**

**Summary  by Employee**

| Empl | Initials | Name | ---------- A C T U A L ---------- Rate | Hours | Amount | ---------- B I L L I N G--------- Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|

**Total Fees**

Client Number:  4642       Grace Asbestos Personal Injury Claimants       Page: 1

Matter    000       Disbursements       3/19/2007
Print Date/Time:
03/19/2007
4:42:32PM
Attn:       Invoice #

**Detail Time / Expense  by  Date**

|  |  |  |  |  |  | ---------- A C T U A L ---------- |  |  | --------- B I L L I N G --------- |  |  |  |
| TransNo. | Description | TransType | Trans Date | Work | Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2001463 | Petty Cash  Late dinner for NDF on 9/13 | E | 09/25/2006 | 0187 | NDF | 0.00 | 0.00 | $37.35 | 0.00 | 0.00 | $0.00 | 0.00 |
| 2049426 | Petty Cash  WBS cab expense in NYC for conference with ORRICK (FCR counsel) on1/25 | E | 02/01/2007 | 0054 | WBS | 0.00 | 0.00 | $21.00 | 0.00 | 0.00 | $21.00 | 21.00 |
| 2049432 | Petty Cash  Late night cab home for NDF on 1/18 and 1/22 | E | 02/01/2007 | 0187 | NDF | 0.00 | 0.00 | $40.00 | 0.00 | 0.00 | $40.00 | 61.00 |
| 2050043 | Equitrac - Long Distance to 3024261900 | E | 02/01/2007 | 0999 | C&D | 0.00 | 0.00 | $0.68 | 0.00 | 0.00 | $0.68 | 61.68 |
| 2050043 | Equitrac - Long Distance to 2054836295 | E | 02/01/2007 | 0999 | C&D | 0.00 | 0.00 | $0.26 | 0.00 | 0.00 | $0.26 | 61.94 |
| 2050049 | Equitrac - Long Distance to 3024261900 | E | 02/01/2007 | 0999 | C&D | 0.00 | 0.00 | $0.12 | 0.00 | 0.00 | $0.12 | 62.06 |
| 2050056 | Equitrac - Long Distance to 3024261900 | E | 02/01/2007 | 0999 | C&D | 0.00 | 0.00 | $0.05 | 0.00 | 0.00 | $0.05 | 62.11 |
| 2050187 | Photocopy | E | 02/01/2007 | 0232 | LK | 0.00 | 0.00 | $0.60 | 0.00 | 0.00 | $0.60 | 62.71 |
| 2050215 | Photocopy | E | 02/01/2007 | 0237 | SRB | 0.00 | 0.00 | $3.80 | 0.00 | 0.00 | $3.80 | 66.51 |
| 2050243 | Photocopy | E | 02/01/2007 | 0245 | PT | 0.00 | 0.00 | $3.00 | 0.00 | 0.00 | $3.00 | 69.51 |
| 2051953 | Equitrac - Long Distance to 8054993572 | E | 02/02/2007 | 0999 | C&D | 0.00 | 0.00 | $3.90 | 0.00 | 0.00 | $3.90 | 73.41 |
| 2051962 | Equitrac - Long Distance to 2123199240 | E | 02/02/2007 | 0999 | C&D | 0.00 | 0.00 | $0.18 | 0.00 | 0.00 | $0.18 | 73.59 |
| 2051974 | Equitrac - Long Distance to 2123199240 | E | 02/02/2007 | 0999 | C&D | 0.00 | 0.00 | $0.15 | 0.00 | 0.00 | $0.15 | 73.74 |
| 2051999 | Photocopy | E | 02/02/2007 | 0232 | LK | 0.00 | 0.00 | $0.70 | 0.00 | 0.00 | $0.70 | 74.44 |
| 2052034 | Photocopy | E | 02/02/2007 | 0232 | LK | 0.00 | 0.00 | $0.30 | 0.00 | 0.00 | $0.30 | 74.74 |
| 2052054 | Photocopy | E | 02/02/2007 | 0220 | SKL | 0.00 | 0.00 | $3.10 | 0.00 | 0.00 | $3.10 | 77.84 |
| 2052077 | Photocopy | E | 02/02/2007 | 0232 | LK | 0.00 | 0.00 | $4.80 | 0.00 | 0.00 | $4.80 | 82.64 |
| 2052079 | Photocopy | E | 02/02/2007 | 0232 | LK | 0.00 | 0.00 | $0.80 | 0.00 | 0.00 | $0.80 | 83.44 |
| 2052100 | Fax Transmission to 516179510679 | E | 02/02/2007 | 0999 | C&D | 0.00 | 0.00 | $0.45 | 0.00 | 0.00 | $0.45 | 83.89 |
| 2052101 | Fax Transmission to 512145201181 | E | 02/02/2007 | 0999 | C&D | 0.00 | 0.00 | $0.45 | 0.00 | 0.00 | $0.45 | 84.34 |
| 2052102 | Fax Transmission to 512032522562 | E | 02/02/2007 | 0999 | C&D | 0.00 | 0.00 | $0.45 | 0.00 | 0.00 | $0.45 | 84.79 |
| 2052103 | Fax Transmission to 512148248100 | E | 02/02/2007 | 0999 | C&D | 0.00 | 0.00 | $0.45 | 0.00 | 0.00 | $0.45 | 85.24 |
| 2052104 | Fax Transmission to 517136501400 | E | 02/02/2007 | 0999 | C&D | 0.00 | 0.00 | $0.45 | 0.00 | 0.00 | $0.45 | 85.69 |
| 2052105 | Fax Transmission to 513125516759 | E | 02/02/2007 | 0999 | C&D | 0.00 | 0.00 | $0.45 | 0.00 | 0.00 | $0.45 | 86.14 |
| 2052106 | Fax Transmission to 518432169290 | E | 02/02/2007 | 0999 | C&D | 0.00 | 0.00 | $0.45 | 0.00 | 0.00 | $0.45 | 86.59 |
| 2052107 | Fax Transmission to 514067527124 | E | 02/02/2007 | 0999 | C&D | 0.00 | 0.00 | $0.45 | 0.00 | 0.00 | $0.45 | 87.04 |
| 2052108 | Fax Transmission to 513026565875 | E | 02/02/2007 | 0999 | C&D | 0.00 | 0.00 | $0.45 | 0.00 | 0.00 | $0.45 | 87.49 |
| 2052109 | Fax Transmission to 515108354913 | E | 02/02/2007 | 0999 | C&D | 0.00 | 0.00 | $0.45 | 0.00 | 0.00 | $0.45 | 87.94 |
| 2052110 | Fax Transmission to 512165750799 | E | 02/02/2007 | 0999 | C&D | 0.00 | 0.00 | $0.45 | 0.00 | 0.00 | $0.45 | 88.39 |
| 2052111 | Fax Transmission to 513053796222 | E | 02/02/2007 | 0999 | C&D | 0.00 | 0.00 | $0.45 | 0.00 | 0.00 | $0.45 | 88.84 |
| 2052112 | Fax Transmission to 514124718308 | E | 02/02/2007 | 0999 | C&D | 0.00 | 0.00 | $0.45 | 0.00 | 0.00 | $0.45 | 89.29 |
| 2052113 | Fax Transmission to 512123440994 | E | 02/02/2007 | 0999 | C&D | 0.00 | 0.00 | $0.45 | 0.00 | 0.00 | $0.45 | 89.74 |
| 2052114 | Fax Transmission to 513024269947 | E | 02/02/2007 | 0999 | C&D | 0.00 | 0.00 | $0.45 | 0.00 | 0.00 | $0.45 | 90.19 |
| 2052115 | Fax Transmission to 514122615066 | E | 02/02/2007 | 0999 | C&D | 0.00 | 0.00 | $0.45 | 0.00 | 0.00 | $0.45 | 90.64 |
| 2052116 | Fax Transmission to 518432169450 | E | 02/02/2007 | 0999 | C&D | 0.00 | 0.00 | $0.45 | 0.00 | 0.00 | $0.45 | 91.09 |
| 2052119 | Fax Transmission to 516179510679 | E | 02/02/2007 | 0999 | C&D | 0.00 | 0.00 | $2.25 | 0.00 | 0.00 | $2.25 | 93.34 |
| 2052121 | Fax Transmission to 512145201181 | E | 02/02/2007 | 0999 | C&D | 0.00 | 0.00 | $2.25 | 0.00 | 0.00 | $2.25 | 95.59 |
| 2052125 | Fax Transmission to 512148248100 | E | 02/02/2007 | 0999 | C&D | 0.00 | 0.00 | $1.65 | 0.00 | 0.00 | $1.65 | 97.24 |
| 2052128 | Fax Transmission to 517136501400 | E | 02/02/2007 | 0999 | C&D | 0.00 | 0.00 | $1.35 | 0.00 | 0.00 | $1.35 | 98.59 |
| 2052129 | Fax Transmission to 513125516759 | E | 02/02/2007 | 0999 | C&D | 0.00 | 0.00 | $2.25 | 0.00 | 0.00 | $2.25 | 100.84 |
| 2052130 | Fax Transmission to 518432169290 | E | 02/02/2007 | 0999 | C&D | 0.00 | 0.00 | $0.30 | 0.00 | 0.00 | $0.30 | 101.14 |
| 2052131 | Fax Transmission to 513026565875 | E | 02/02/2007 | 0999 | C&D | 0.00 | 0.00 | $2.25 | 0.00 | 0.00 | $2.25 | 103.39 |
| 2052132 | Fax Transmission to 515108354913 | E | 02/02/2007 | 0999 | C&D | 0.00 | 0.00 | $2.25 | 0.00 | 0.00 | $2.25 | 105.64 |
| 2052133 | Fax Transmission to 512165750799 | E | 02/02/2007 | 0999 | C&D | 0.00 | 0.00 | $2.25 | 0.00 | 0.00 | $2.25 | 107.89 |
| 2052134 | Fax Transmission to 513053796222 | E | 02/02/2007 | 0999 | C&D | 0.00 | 0.00 | $1.95 | 0.00 | 0.00 | $1.95 | 109.84 |
| 2052135 | Fax Transmission to 514124718308 | E | 02/02/2007 | 0999 | C&D | 0.00 | 0.00 | $0.45 | 0.00 | 0.00 | $0.45 | 110.29 |
| 2052136 | Fax Transmission to 512123440994 | E | 02/02/2007 | 0999 | C&D | 0.00 | 0.00 | $2.25 | 0.00 | 0.00 | $2.25 | 112.54 |
| 2052137 | Fax Transmission to 514122615066 | E | 02/02/2007 | 0999 | C&D | 0.00 | 0.00 | $0.30 | 0.00 | 0.00 | $0.30 | 112.84 |
| 2052138 | Fax Transmission to 518432169450 | E | 02/02/2007 | 0999 | C&D | 0.00 | 0.00 | $2.25 | 0.00 | 0.00 | $2.25 | 115.09 |
| 2052139 | Fax Transmission to 512148248100 | E | 02/02/2007 | 0999 | C&D | 0.00 | 0.00 | $0.60 | 0.00 | 0.00 | $0.60 | 115.69 |
| 2052140 | Fax Transmission to 517136501400 | E | 02/02/2007 | 0999 | C&D | 0.00 | 0.00 | $0.15 | 0.00 | 0.00 | $0.15 | 115.84 |
| 2052141 | Fax Transmission to 518432169290 | E | 02/02/2007 | 0999 | C&D | 0.00 | 0.00 | $1.95 | 0.00 | 0.00 | $1.95 | 117.79 |
| 2052142 | Fax Transmission to 514067527124 | E | 02/02/2007 | 0999 | C&D | 0.00 | 0.00 | $2.25 | 0.00 | 0.00 | $2.25 | 120.04 |
| 2052143 | Fax Transmission to 514124718308 | E | 02/02/2007 | 0999 | C&D | 0.00 | 0.00 | $1.35 | 0.00 | 0.00 | $1.35 | 121.39 |
| 2052144 | Fax Transmission to 514122615066 | E | 02/02/2007 | 0999 | C&D | 0.00 | 0.00 | $1.35 | 0.00 | 0.00 | $1.35 | 122.74 |
| 2052145 | Fax Transmission to 517136501400 | E | 02/02/2007 | 0999 | C&D | 0.00 | 0.00 | $0.75 | 0.00 | 0.00 | $0.75 | 123.49 |
| 2052146 | Fax Transmission to 513053796222 | E | 02/02/2007 | 0999 | C&D | 0.00 | 0.00 | $0.30 | 0.00 | 0.00 | $0.30 | 123.79 |
| 2052147 | Fax Transmission to 514124718308 | E | 02/02/2007 | 0999 | C&D | 0.00 | 0.00 | $0.45 | 0.00 | 0.00 | $0.45 | 124.24 |
| 2052148 | Fax Transmission to 514122615066 | E | 02/02/2007 | 0999 | C&D | 0.00 | 0.00 | $0.15 | 0.00 | 0.00 | $0.15 | 124.39 |
| 2052149 | Fax Transmission to 513024269947 | E | 02/02/2007 | 0999 | C&D | 0.00 | 0.00 | $2.25 | 0.00 | 0.00 | $2.25 | 126.64 |
| 2052151 | Fax Transmission to 514122615066 | E | 02/02/2007 | 0999 | C&D | 0.00 | 0.00 | $0.45 | 0.00 | 0.00 | $0.45 | 127.09 |
| 2053800 | Equitrac - Long Distance to 2145253729 | E | 02/05/2007 | 0999 | C&D | 0.00 | 0.00 | $0.05 | 0.00 | 0.00 | $0.05 | 127.14 |
| 2053803 | Equitrac - Long Distance to 8432169000 | E | 02/05/2007 | 0999 | C&D | 0.00 | 0.00 | $0.06 | 0.00 | 0.00 | $0.06 | 127.20 |
| 2053804 | Equitrac - Long Distance to 4159865566 | E | 02/05/2007 | 0999 | C&D | 0.00 | 0.00 | $0.06 | 0.00 | 0.00 | $0.06 | 127.26 |

Client Number:  4642            **Grace Asbestos Personal Injury Claimants**                                                        Page:  1

**Matter     000              Disbursements**

Print Date/Time:
3/19/2007
03/19/2007
4:42:32PM
Invoice #

Attn:

| ID | Description | | Date | Code | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2053807 | Equitrac - Long Distance to 7328556189 | E | 02/05/2007 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 127.33 |
| 2053836 | Photocopy | E | 02/05/2007 | 0220 | SKL | 0.00 | $0.70 | 0.00 | $0.70 | 128.03 |
| 2053895 | Photocopy | E | 02/05/2007 | 0999 | C&D | 0.00 | $58.80 | 0.00 | $58.80 | 186.83 |
| 2053897 | Photocopy | E | 02/05/2007 | 0255 | DAT | 0.00 | $0.10 | 0.00 | $0.10 | 186.93 |
| 2053991 | Equitrac - Long Distance to 8054993572 | E | 02/06/2007 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 187.09 |
| 2054001 | Equitrac - Long Distance to 5135796408 | E | 02/06/2007 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 187.14 |
| 2054007 | Equitrac - Long Distance to 5613924600 | E | 02/06/2007 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 187.34 |
| 2054018 | Equitrac - Long Distance to 2152190360 | E | 02/06/2007 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 187.42 |
| 2054044 | Photocopy | E | 02/06/2007 | 0220 | SKL | 0.00 | $0.40 | 0.00 | $0.40 | 187.82 |
| 2054047 | Photocopy | E | 02/06/2007 | 0220 | SKL | 0.00 | $7.20 | 0.00 | $7.20 | 195.02 |
| 2054062 | Photocopy | E | 02/06/2007 | 0308 | DBS | 0.00 | $7.20 | 0.00 | $7.20 | 202.22 |
| 2054086 | Photocopy | E | 02/06/2007 | 0345 | KMC | 0.00 | $13.00 | 0.00 | $13.00 | 215.22 |
| 2054102 | Photocopy | E | 02/06/2007 | 0345 | KMC | 0.00 | $33.90 | 0.00 | $33.90 | 249.12 |
| 2054104 | Photocopy | E | 02/06/2007 | 0308 | DBS | 0.00 | $63.00 | 0.00 | $63.00 | 312.12 |
| 2054105 | Photocopy | E | 02/06/2007 | 0345 | KMC | 0.00 | $20.00 | 0.00 | $20.00 | 332.12 |
| 2054109 | Photocopy | E | 02/06/2007 | 0232 | LK | 0.00 | $0.60 | 0.00 | $0.60 | 332.72 |
| 2054146 | Fax Transmission to 53059138300 | E | 02/06/2007 | 0232 | LK | 0.00 | $0.15 | 0.00 | $0.15 | 332.87 |
| 2054147 | Fax Transmission to 53059138300 | E | 02/06/2007 | 0232 | LK | 0.00 | $0.15 | 0.00 | $0.15 | 333.02 |
| 2054148 | Fax Transmission to 53059138300 | E | 02/06/2007 | 0232 | LK | 0.00 | $0.60 | 0.00 | $0.60 | 333.62 |
| 2054149 | Fax Transmission to 53059138300 | E | 02/06/2007 | 0232 | LK | 0.00 | $0.15 | 0.00 | $0.15 | 333.77 |
| 2054150 | Fax Transmission to 53059138300 | E | 02/06/2007 | 0232 | LK | 0.00 | $0.15 | 0.00 | $0.15 | 333.92 |
| 2054151 | Fax Transmission to 53059138300 | E | 02/06/2007 | 0232 | LK | 0.00 | $0.15 | 0.00 | $0.15 | 334.07 |
| 2054152 | Fax Transmission to 53059138300 | E | 02/06/2007 | 0232 | LK | 0.00 | $0.30 | 0.00 | $0.30 | 334.37 |
| 2054153 | Fax Transmission to 53059138300 | E | 02/06/2007 | 0232 | LK | 0.00 | $1.35 | 0.00 | $1.35 | 335.72 |
| 2054154 | Fax Transmission to 53059138300 | E | 02/06/2007 | 0232 | LK | 0.00 | $0.15 | 0.00 | $0.15 | 335.87 |
| 2054155 | Fax Transmission to 53059138300 | E | 02/06/2007 | 0232 | LK | 0.00 | $5.10 | 0.00 | $5.10 | 340.97 |
| 2054156 | Fax Transmission to 53059138300 | E | 02/06/2007 | 0232 | LK | 0.00 | $0.15 | 0.00 | $0.15 | 341.12 |
| 2054157 | Fax Transmission to 53059138300 | E | 02/06/2007 | 0232 | LK | 0.00 | $1.65 | 0.00 | $1.65 | 342.77 |
| 2054206 | Federal Express to Warren Smith from EI on 1/25 | E | 02/07/2007 | 0120 | EI | 0.00 | $17.77 | 0.00 | $17.77 | 360.54 |
| 2054215 | Federal Express to Katie Hemming from EI on 1/24 | E | 02/07/2007 | 0120 | EI | 0.00 | $4.26 | 0.00 | $4.26 | 364.80 |
| 2054219 | Federal Express to Mark Hurford and Daphne Greve from EI on 1/16 | E | 02/07/2007 | 0120 | EI | 0.00 | $29.40 | 0.00 | $29.40 | 394.20 |
| 2054223 | TSG Reporting; Laura welch deposition transcript | E | 02/07/2007 | 0310 | DKG | 0.00 | $1,007.65 | 0.00 | $1,007.65 | 1,401.85 |
| 2054230 | Verus Claims Services; Professional services for January | E | 02/07/2007 | 0187 | NDF | 0.00 | $2,362.50 | 0.00 | $2,362.50 | 3,764.35 |
| 2054236 | Lasership to Orick Herrington & Suitcliffe on 1/23 | E | 02/07/2007 | 0999 | C&D | 0.00 | $16.57 | 0.00 | $16.57 | 3,780.92 |
| 2054253 | ADA Travel  for NDF to Wilmington on 1/22 (coach fare 202.00) | E | 02/07/2007 | 0187 | NDF | 0.00 | $293.00 | 0.00 | $202.00 | 3,982.92 |
| 2054254 | ADA Travel  agency fee  for NDF to Wilmington on 1/22 | E | 02/07/2007 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 4,022.92 |
| 2054255 | ADA Travel  for NDF to from Tampa on 2/25 (coach fare 474.40) | E | 02/07/2007 | 0187 | NDF | 0.00 | $714.40 | 0.00 | $474.40 | 4,497.32 |
| 2054256 | ADA Travel  agency fee  for NDF to from Tampa on 2/25  (coach fare 474.40) | E | 02/07/2007 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 4,537.32 |
| 2054262 | ADA Travel  for NDF coach class to New York on 1/25 | E | 02/07/2007 | 0187 | NDF | 0.00 | $628.80 | 0.00 | $628.80 | 5,166.12 |
| 2054263 | ADA Travel  agency fee  for NDF coach class to New York on 1/25 | E | 02/07/2007 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 5,206.12 |
| 2054264 | ADA Travel  for WBS coach class to NYC on 1/25 | E | 02/07/2007 | 0054 | WBS | 0.00 | $628.80 | 0.00 | $628.80 | 5,834.92 |
| 2054265 | ADA Travel  agency fee  for WBS coach class to NYC on 1/25 | E | 02/07/2007 | 0054 | WBS | 0.00 | $40.00 | 0.00 | $40.00 | 5,874.92 |
| 2054266 | ADA Travel  for DBS coach class to Ft. Lauderdale on 2/20 | E | 02/07/2007 | 0308 | DBS | 0.00 | $327.80 | 0.00 | $327.80 | 6,202.72 |
| 2054267 | ADA Travel  agency fee  for DBS coach class to Ft. Lauderdale on 2/20 | E | 02/07/2007 | 0308 | DBS | 0.00 | $40.00 | 0.00 | $40.00 | 6,242.72 |
| 2054268 | ADA Travel  for PVNL coach class to NYC on 1/25 | E | 02/07/2007 | 0020 | PVL | 0.00 | $628.80 | 0.00 | $628.80 | 6,871.52 |
| 2054269 | ADA Travel  agency fee  for PVNL coach class to NYC on 1/25 | E | 02/07/2007 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 6,911.52 |
| 2054469 | Equitrac - Long Distance to 9174450518 | E | 02/07/2007 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 6,911.59 |
| 2054482 | Equitrac - Long Distance to 5135796408 | E | 02/07/2007 | 0999 | C&D | 0.00 | $0.35 | 0.00 | $0.35 | 6,911.94 |
| 2054504 | Photocopy | E | 02/07/2007 | 0220 | SKL | 0.00 | $0.50 | 0.00 | $0.50 | 6,912.44 |
| 2054753 | Equitrac - Long Distance to 8054993572 | E | 02/08/2007 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 6,912.49 |
| 2054768 | Equitrac - Long Distance to 9174450518 | E | 02/08/2007 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 6,912.61 |
| 2054808 | Photocopy | E | 02/08/2007 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 6,912.71 |
| 2054839 | Photocopy | E | 02/08/2007 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 6,913.31 |
| 2054861 | Photocopy | E | 02/08/2007 | 0308 | DBS | 0.00 | $20.70 | 0.00 | $20.70 | 6,934.01 |
| 2055045 | Equitrac - Long Distance to 2123199240 | E | 02/09/2007 | 0999 | C&D | 0.00 | $0.27 | 0.00 | $0.27 | 6,934.28 |
| 2055055 | Equitrac - Long Distance to 8039434444 | E | 02/09/2007 | 0999 | C&D | 0.00 | $0.65 | 0.00 | $0.65 | 6,934.93 |
| 2055059 | Equitrac - Long Distance to 4159624402 | E | 02/09/2007 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 6,934.98 |
| 2055080 | Equitrac - Long Distance to 3024261900 | E | 02/09/2007 | 0999 | C&D | 0.00 | $0.22 | 0.00 | $0.22 | 6,935.20 |
| 2055101 | Photocopy | E | 02/09/2007 | 0232 | LK | 0.00 | $2.40 | 0.00 | $2.40 | 6,937.60 |

**Grace Asbestos Personal Injury Claimants**

**Matter      000                    Disbursements**

Attn:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2055114 | Photocopy | E | 02/09/2007 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 6,937.70 |
| 2055125 | Photocopy | E | 02/09/2007 | 0308 | DBS | 0.00 | $7.00 | 0.00 | $7.00 | 6,944.70 |
| 2055134 | Photocopy | E | 02/09/2007 | 0345 | KMC | 0.00 | $25.60 | 0.00 | $25.60 | 6,970.30 |
| 2055141 | Photocopy | E | 02/09/2007 | 0308 | DBS | 0.00 | $37.60 | 0.00 | $37.60 | 7,007.90 |
| 2055149 | Photocopy | E | 02/09/2007 | 0308 | DBS | 0.00 | $0.20 | 0.00 | $0.20 | 7,008.10 |
| 2055161 | Photocopy | E | 02/09/2007 | 0308 | DBS | 0.00 | $0.30 | 0.00 | $0.30 | 7,008.40 |
| 2055163 | Photocopy | E | 02/09/2007 | 0308 | DBS | 0.00 | $0.30 | 0.00 | $0.30 | 7,008.70 |
| 2055366 | Himmelfarb Library, GWUMC | E | 02/12/2007 | 0026 | DBR | 0.00 | $37.01 | 0.00 | $37.01 | 7,045.71 |
| 2055603 | Equitrac - Long Distance to 4106492000 | E | 02/12/2007 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 7,046.16 |
| 2055607 | Equitrac - Long Distance to 2123199240 | E | 02/12/2007 | 0999 | C&D | 0.00 | $0.23 | 0.00 | $0.23 | 7,046.39 |
| 2055613 | Equitrac - Long Distance to 3105819309 | E | 02/12/2007 | 0999 | C&D | 0.00 | $0.25 | 0.00 | $0.25 | 7,046.64 |
| 2055616 | Equitrac - Long Distance to 5613924600 | E | 02/12/2007 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 7,046.76 |
| 2055668 | Photocopy | E | 02/12/2007 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 7,046.86 |
| 2055727 | Photocopy | E | 02/12/2007 | 0220 | SKL | 0.00 | $1.10 | 0.00 | $1.10 | 7,047.96 |
| 2055758 | Photocopy | E | 02/12/2007 | 0308 | DBS | 0.00 | $42.10 | 0.00 | $42.10 | 7,090.06 |
| 2055761 | Photocopy | E | 02/12/2007 | 0308 | DBS | 0.00 | $14.70 | 0.00 | $14.70 | 7,104.76 |
| 2055872 | Federal Express to Esther Andrade from NDF on 1/24 | E | 02/12/2007 | 0187 | NDF | 0.00 | $14.45 | 0.00 | $14.45 | 7,119.21 |
| 2055881 | Document Tech;  D work - Heavy litigation | E | 02/13/2007 | 0308 | DBS | 0.00 | $228.42 | 0.00 | $228.42 | 7,347.63 |
| 2055882 | Document Tech;  C work - medium litigation | E | 02/13/2007 | 0308 | DBS | 0.00 | $376.89 | 0.00 | $376.89 | 7,724.52 |
| 2056633 | Photocopy | E | 02/13/2007 | 0220 | SKL | 0.00 | $2.20 | 0.00 | $2.20 | 7,726.72 |
| 2056644 | Photocopy | E | 02/13/2007 | 0999 | C&D | 0.00 | $28.00 | 0.00 | $28.00 | 7,754.72 |
| 2056660 | Photocopy | E | 02/13/2007 | 0308 | DBS | 0.00 | $0.10 | 0.00 | $0.10 | 7,754.82 |
| 2056373 | Equitrac - Long Distance to 5613924600 | E | 02/13/2007 | 0999 | C&D | 0.00 | $0.18 | 0.00 | $0.18 | 7,755.00 |
| 2056383 | Equitrac - Long Distance to 6013552099 | E | 02/13/2007 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 7,755.07 |
| 2056384 | Equitrac - Long Distance to 2166960606 | E | 02/13/2007 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 7,755.13 |
| 2056393 | Equitrac - Long Distance to 5613924600 | E | 02/13/2007 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 7,755.25 |
| 2056394 | Equitrac - Long Distance to 5616555590 | E | 02/13/2007 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 7,755.37 |
| 2056397 | Equitrac - Long Distance to 3105819309 | E | 02/13/2007 | 0999 | C&D | 0.00 | $0.63 | 0.00 | $0.63 | 7,756.00 |
| 2056424 | Equitrac - Long Distance to 2123197125 | E | 02/14/2007 | 0999 | C&D | 0.00 | $0.21 | 0.00 | $0.21 | 7,756.21 |
| 2056445 | Equitrac - Long Distance to 4159624402 | E | 02/14/2007 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 7,756.96 |
| 2056718 | Photocopy | E | 02/14/2007 | 0308 | DBS | 0.00 | $2.90 | 0.00 | $2.90 | 7,759.86 |
| 2056731 | Photocopy | E | 02/14/2007 | 0999 | C&D | 0.00 | $3.80 | 0.00 | $3.80 | 7,763.66 |
| 2056732 | Photocopy | E | 02/14/2007 | 0999 | C&D | 0.00 | $1.80 | 0.00 | $1.80 | 7,765.46 |
| 2056734 | Photocopy | E | 02/14/2007 | 0999 | C&D | 0.00 | $11.20 | 0.00 | $11.20 | 7,776.66 |
| 2056737 | Photocopy | E | 02/14/2007 | 0999 | C&D | 0.00 | $34.10 | 0.00 | $34.10 | 7,810.76 |
| 2056739 | Photocopy | E | 02/14/2007 | 0999 | C&D | 0.00 | $5.40 | 0.00 | $5.40 | 7,816.16 |
| 2056863 | Photocopy | E | 02/14/2007 | 0308 | DBS | 0.00 | $0.20 | 0.00 | $0.20 | 7,816.36 |
| 2056865 | Photocopy | E | 02/14/2007 | 0308 | DBS | 0.00 | $1.60 | 0.00 | $1.60 | 7,817.96 |
| 2056883 | Photocopy | E | 02/15/2007 | 0999 | C&D | 0.00 | $3.20 | 0.00 | $3.20 | 7,821.16 |
| 2056905 | Photocopy | E | 02/15/2007 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 7,821.26 |
| 2056917 | Photocopy | E | 02/15/2007 | 0220 | SKL | 0.00 | $0.50 | 0.00 | $0.50 | 7,821.76 |
| 2056927 | Photocopy | E | 02/15/2007 | 0308 | DBS | 0.00 | $36.30 | 0.00 | $36.30 | 7,858.06 |
| 2056941 | Photocopy | E | 02/15/2007 | 0220 | SKL | 0.00 | $0.60 | 0.00 | $0.60 | 7,858.66 |
| 2056953 | Photocopy | E | 02/15/2007 | 0999 | C&D | 0.00 | $1.10 | 0.00 | $1.10 | 7,859.76 |
| 2056463 | Equitrac - Long Distance to 2126446755 | E | 02/15/2007 | 0999 | C&D | 0.00 | $0.14 | 0.00 | $0.14 | 7,859.90 |
| 2056474 | Equitrac - Long Distance to 2123197125 | E | 02/15/2007 | 0999 | C&D | 0.00 | $0.11 | 0.00 | $0.11 | 7,860.01 |
| 2056502 | Equitrac - Long Distance to 2123198797 | E | 02/15/2007 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 7,860.13 |
| 2056508 | Equitrac - Long Distance to 2126446755 | E | 02/15/2007 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 7,860.22 |
| 2056527 | Equitrac - Long Distance to 5613924600 | E | 02/15/2007 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 7,860.27 |
| 2056536 | Equitrac - Long Distance to 5613924600 | E | 02/16/2007 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 7,860.35 |
| 2056544 | Equitrac - Long Distance to 4157881588 | E | 02/16/2007 | 0999 | C&D | 0.00 | $0.89 | 0.00 | $0.89 | 7,861.24 |
| 2056545 | Equitrac - Long Distance to 3105819309 | E | 02/16/2007 | 0999 | C&D | 0.00 | $0.28 | 0.00 | $0.28 | 7,861.52 |
| 2057023 | Photocopy | E | 02/16/2007 | 0350 | CDK | 0.00 | $0.10 | 0.00 | $0.10 | 7,861.62 |
| 2057030 | Photocopy | E | 02/16/2007 | 0350 | CDK | 0.00 | $19.80 | 0.00 | $19.80 | 7,881.42 |
| 2057045 | Photocopy | E | 02/16/2007 | 0220 | SKL | 0.00 | $0.40 | 0.00 | $0.40 | 7,881.82 |
| 2057046 | Photocopy | E | 02/16/2007 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 7,882.02 |
| 2057053 | Photocopy | E | 02/16/2007 | 0220 | SKL | 0.00 | $0.50 | 0.00 | $0.50 | 7,882.52 |
| 2057054 | Photocopy | E | 02/16/2007 | 0350 | CDK | 0.00 | $7.60 | 0.00 | $7.60 | 7,890.12 |
| 2057105 | Photocopy | E | 02/16/2007 | 0999 | C&D | 0.00 | $157.00 | 0.00 | $157.00 | 8,047.12 |
| 2057110 | Photocopy | E | 02/16/2007 | 0999 | C&D | 0.00 | $1.20 | 0.00 | $1.20 | 8,048.32 |
| 2057116 | Photocopy | E | 02/16/2007 | 0308 | DBS | 0.00 | $0.10 | 0.00 | $0.10 | 8,048.42 |
| 2057124 | Photocopy | E | 02/16/2007 | 0999 | C&D | 0.00 | $16.20 | 0.00 | $16.20 | 8,064.62 |
| 2057127 | Photocopy | E | 02/16/2007 | 0308 | DBS | 0.00 | $7.50 | 0.00 | $7.50 | 8,072.12 |
| 2057154 | Photocopy | E | 02/16/2007 | 0308 | DBS | 0.00 | $0.20 | 0.00 | $0.20 | 8,072.32 |
| 2056360 | ADA Travel  for ALV coach class airfare to Ft. Lauderdale on 2/20 | E | 02/16/2007 | 0327 | ALV | 0.00 | $1,008.80 | 0.00 | $1,008.80 | 9,081.12 |
| 2056361 | ADA Travel  agency fee  for ALV coach class airfare to Ft. Lauderdale on 2/20 | E | 02/16/2007 | 0327 | ALV | 0.00 | $40.00 | 0.00 | $40.00 | 9,121.12 |
| 2056362 | ADA Travel  for DBS coach class airfare to Ft. Lauderdale on 2/20 (this is an exchanged ticket, no agency fee) | E | 02/16/2007 | 0308 | DBS | 0.00 | $781.00 | 0.00 | $781.00 | 9,902.12 |

Client Number:   4642          **Grace Asbestos Personal Injury Claimants**                                    Page:  1

Matter      000          Disbursements

3/19/2007
Print Date/Time:
03/19/2007
4:42:32PM
Invoice #

Attn:

| ID | Description | E | Date | Code | Init | | Amount | | Amount | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2057187 | Photocopy | E | 02/17/2007 | 0251 | JO | 0.00 | $1.90 | 0.00 | $1.90 | 9,904.02 |
| 2057188 | Photocopy | E | 02/17/2007 | 0308 | DBS | 0.00 | $0.20 | 0.00 | $0.20 | 9,904.22 |
| 2057189 | Photocopy | E | 02/17/2007 | 0251 | JO | 0.00 | $5.70 | 0.00 | $5.70 | 9,909.92 |
| 2057190 | Photocopy | E | 02/17/2007 | 0251 | JO | 0.00 | $0.20 | 0.00 | $0.20 | 9,910.12 |
| 2057194 | Photocopy | E | 02/17/2007 | 0332 | NBF | 0.00 | $1.10 | 0.00 | $1.10 | 9,911.22 |
| 2057200 | Photocopy | E | 02/19/2007 | 0251 | JO | 0.00 | $17.10 | 0.00 | $17.10 | 9,928.32 |
| 2057213 | Photocopy | E | 02/19/2007 | 0251 | JO | 0.00 | $23.60 | 0.00 | $23.60 | 9,951.92 |
| 2057657 | Equitrac - Long Distance to 3105819309 | E | 02/20/2007 | 0999 | C&D | 0.00 | $0.31 | 0.00 | $0.31 | 9,952.23 |
| 2057719 | Photocopy | E | 02/20/2007 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 9,952.43 |
| 2057721 | Photocopy | E | 02/20/2007 | 0999 | C&D | 0.00 | $2.10 | 0.00 | $2.10 | 9,954.53 |
| 2057724 | Photocopy | E | 02/20/2007 | 0999 | C&D | 0.00 | $5.90 | 0.00 | $5.90 | 9,960.43 |
| 2057734 | Photocopy | E | 02/20/2007 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 9,960.53 |
| 2057757 | Photocopy | E | 02/20/2007 | 0999 | C&D | 0.00 | $30.40 | 0.00 | $30.40 | 9,990.93 |
| 2057820 | Photocopy | E | 02/20/2007 | 0232 | LK | 0.00 | $0.50 | 0.00 | $0.50 | 9,991.43 |
| 2057842 | Fax Transmission to 512024293301 | E | 02/20/2007 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 9,992.48 |
| 2057885 | Charge & Ride car service for PVNL on 1/25 to airport following meetings in NY office | E | 02/20/2007 | 0020 | PVL | 0.00 | $70.99 | 0.00 | $70.99 | 10,063.47 |
| 2058072 | Equitrac - Long Distance to 5613689223 | E | 02/21/2007 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 10,063.52 |
| 2058107 | Equitrac - Long Distance to 5103021000 | E | 02/21/2007 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 10,063.58 |
| 2058165 | Photocopy | E | 02/21/2007 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 10,063.68 |
| 2058188 | Photocopy | E | 02/21/2007 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 10,063.78 |
| 2058312 | Global Securities Information;  Database research 1/1/07 thru 1/3107 | E | 02/21/2007 | 0999 | C&D | 0.00 | $29.62 | 0.00 | $29.62 | 10,093.40 |
| 2058323 | Federal Express to  Dan Relles from NDF on 2/9 | E | 02/22/2007 | 0187 | NDF | 0.00 | $34.60 | 0.00 | $34.60 | 10,128.00 |
| 2058324 | Federal Express to Mark Peterson from DBS on 2/9 | E | 02/22/2007 | 0308 | DBS | 0.00 | $93.11 | 0.00 | $93.11 | 10,221.11 |
| 2058337 | Claims Resolution Mgmt; Manville Trust Claims by Injury; Analysis, Reports & Certification | E | 02/22/2007 | 0187 | NDF | 0.00 | $300.00 | 0.00 | $300.00 | 10,521.11 |
| 2058800 | Equitrac - Long Distance to 2145213605 | E | 02/22/2007 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 10,521.17 |
| 2058830 | Equitrac - Long Distance to 2126056240 | E | 02/22/2007 | 0999 | C&D | 0.00 | $0.78 | 0.00 | $0.78 | 10,521.95 |
| 2058855 | Photocopy | E | 02/22/2007 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 10,522.15 |
| 2059082 | Federal Express to EI c/o Mr. Frank Inselbuch in Houston, Texas on 2/15 | E | 02/23/2007 | 0120 | EI | 0.00 | $20.37 | 0.00 | $20.37 | 10,542.52 |
| 2059086 | Federal Express to Katie Hemming from EI on 2/14 | E | 02/23/2007 | 0120 | EI | 0.00 | $8.59 | 0.00 | $8.59 | 10,551.11 |
| 2059577 | Photocopy | E | 02/23/2007 | 0220 | SKL | 0.00 | $0.90 | 0.00 | $0.90 | 10,552.01 |
| 2059581 | Photocopy | E | 02/23/2007 | 0220 | SKL | 0.00 | $26.20 | 0.00 | $26.20 | 10,578.21 |
| 2059457 | Equitrac - Long Distance to 2157727354 | E | 02/23/2007 | 0999 | C&D | 0.00 | $0.59 | 0.00 | $0.59 | 10,578.80 |
| 2059476 | Equitrac - Long Distance to 2125063741 | E | 02/23/2007 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 10,578.86 |
| 2059507 | Equitrac - Long Distance to 8054993572 | E | 02/24/2007 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 10,578.91 |
| 2060638 | Equitrac - Long Distance to 3105819309 | E | 02/26/2007 | 0999 | C&D | 0.00 | $1.18 | 0.00 | $1.18 | 10,580.09 |
| 2060724 | Photocopy | E | 02/26/2007 | 0232 | LK | 0.00 | $0.70 | 0.00 | $0.70 | 10,580.79 |
| 2060742 | Photocopy | E | 02/26/2007 | 0220 | SKL | 0.00 | $7.00 | 0.00 | $7.00 | 10,587.79 |
| 2060763 | Photocopy | E | 02/26/2007 | 0999 | C&D | 0.00 | $0.40 | 0.00 | $0.40 | 10,588.19 |
| 2060766 | Photocopy | E | 02/26/2007 | 0237 | SRB | 0.00 | $6.60 | 0.00 | $6.60 | 10,594.79 |
| 2060767 | Photocopy | E | 02/26/2007 | 0308 | DBS | 0.00 | $89.00 | 0.00 | $89.00 | 10,683.79 |
| 2060786 | Photocopy | E | 02/26/2007 | 0308 | DBS | 0.00 | $10.90 | 0.00 | $10.90 | 10,694.69 |
| 2059668 | Charge & Ride car service for RCT from Chappaqua, NY on 1/23 | E | 02/26/2007 | 0073 | RCT | 0.00 | $117.30 | 0.00 | $117.30 | 10,811.99 |
| 2059368 | Travel Expenses - Ground Transportation - EI round trip to Philadelphia for 1/22 hearing. | E | 02/26/2007 | 0999 | C&D | 0.00 | $117.00 | 0.00 | $117.00 | 10,928.99 |
| 2060057 | DBS;  Travel expenses to Boca Raton, FL for Beber and Hughes depositions on 2/20-23 for breakfast | E | 02/27/2007 | 0308 | DBS | 0.00 | $55.36 | 0.00 | $55.36 | 10,984.35 |
| 2060058 | DBS;  Travel expenses to Boca Raton, FL for Beber and Hughes depositions on 2/20-23 for Marriott hotel | E | 02/27/2007 | 0308 | DBS | 0.00 | $1,301.22 | 0.00 | $1,301.22 | 12,285.57 |
| 2060059 | DBS;  Travel expenses to Boca Raton, FL for Beber and Hughes depositions on 2/20-23 for cabs | E | 02/27/2007 | 0308 | DBS | 0.00 | $38.00 | 0.00 | $38.00 | 12,323.57 |
| 2060060 | DBS;  Travel expenses to Boca Raton, FL for Beber and Hughes depositions on 2/20-23 for tips to bellmen | E | 02/27/2007 | 0308 | DBS | 0.00 | $10.00 | 0.00 | $10.00 | 12,333.57 |
| 2060061 | DBS;  Travel expenses to Boca Raton, FL for Beber and Hughes depositions on 2/20-23 for internet service at hotel | E | 02/27/2007 | 0308 | DBS | 0.00 | $29.85 | 0.00 | $29.85 | 12,363.42 |
| 2060062 | NDF;  Travel expenses to Wilmington to attend court hearing and to argue motion on 2/26 for lunch with Mark Hurford and Marla Eskin | E | 02/27/2007 | 0187 | NDF | 0.00 | $86.00 | 0.00 | $86.00 | 12,449.42 |
| 2060063 | NDF;  Travel expenses to Wilmington to attend court hearing and to argue motion on 2/26 for parking at train station | E | 02/27/2007 | 0187 | NDF | 0.00 | $15.00 | 0.00 | $15.00 | 12,464.42 |
| 2060064 | NDF;  Travel expenses to Wilmington to attend court hearing and to argue motion on 2/26 Additional charge for change in ticket | E | 02/27/2007 | 0187 | NDF | 0.00 | $57.00 | 0.00 | $57.00 | 12,521.42 |

Matter      000                  Disbursements

Attn:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (departure changed to 9:00am instead of 11:00am) | | | | | | | | |
| 2060065 | NDF;  Travel expense in Boca Raton on 2/21-22 for car rental from National airport home | E | 02/27/2007 | 0187 | NDF | 0.00 | $104.66 | 0.00 | $104.66 | 12,626.08 |
| 2060066 | NDF;  Travel expenses to Boca Raton for Hughes and Beber depositions on 2/21-22 for lunch and snacks | E | 02/27/2007 | 0187 | NDF | 0.00 | $114.09 | 0.00 | $114.09 | 12,740.17 |
| 2060067 | NDF;  Travel expenses to Boca Raton for Hughes and Beber depositions on 2/21-22 for dinner with ALB,DBS, J. Ansbro, D. Felder (other counsel) | E | 02/27/2007 | 0187 | NDF | 0.00 | $639.48 | 0.00 | $639.48 | 13,379.65 |
| 2060068 | NDF;  Travel expenses to Boca Raton for Hughes and Beber depositions on 2/21-22 for Marriott hotel (room 389.00, tax 44.74) | E | 02/27/2007 | 0187 | NDF | 0.00 | $1,301.22 | 0.00 | $1,301.22 | 14,680.87 |
| 2060069 | NDF;  Travel expenses to Boca Raton for Hughes and Beber depositions on 2/21-22  1/3 expense of car rental | E | 02/27/2007 | 0187 | NDF | 0.00 | $297.18 | 0.00 | $297.18 | 14,978.05 |
| 2060070 | NDF;  Travel expenses to Boca Raton for Hughes and Beber depositions on 2/21-22 for laundry expense at hotel | E | 02/27/2007 | 0187 | NDF | 0.00 | $44.74 | 0.00 | $44.74 | 15,022.79 |
| 2060072 | Federal Express to Stephen Snyder and Jon Heberling from DBS on 2/9 | E | 02/27/2007 | 0308 | DBS | 0.00 | $158.68 | 0.00 | $158.68 | 15,181.47 |
| 2060885 | Photocopy | E | 02/27/2007 | 0213 | DAR | 0.00 | $1.80 | 0.00 | $1.80 | 15,183.27 |
| 2060897 | Photocopy | E | 02/27/2007 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 15,183.37 |
| 2060904 | Photocopy | E | 02/27/2007 | 0251 | JO | 0.00 | $0.40 | 0.00 | $0.40 | 15,183.77 |
| 2060905 | Photocopy | E | 02/27/2007 | 0220 | SKL | 0.00 | $0.90 | 0.00 | $0.90 | 15,184.67 |
| 2060934 | Photocopy | E | 02/27/2007 | 0308 | DBS | 0.00 | $54.50 | 0.00 | $54.50 | 15,239.17 |
| 2060939 | Photocopy | E | 02/27/2007 | 0220 | SKL | 0.00 | $0.60 | 0.00 | $0.60 | 15,239.77 |
| 2060947 | Photocopy | E | 02/27/2007 | 0999 | C&D | 0.00 | $1.40 | 0.00 | $1.40 | 15,241.17 |
| 2060949 | Photocopy | E | 02/27/2007 | 0999 | C&D | 0.00 | $5.80 | 0.00 | $5.80 | 15,246.97 |
| 2060983 | Photocopy | E | 02/27/2007 | 0308 | DBS | 0.00 | $0.50 | 0.00 | $0.50 | 15,247.47 |
| 2060648 | Equitrac - Long Distance to 3122366166 | E | 02/27/2007 | 0999 | C&D | 0.00 | $0.68 | 0.00 | $0.68 | 15,248.15 |
| 2060681 | Equitrac - Long Distance to 2145212211 | E | 02/27/2007 | 0999 | C&D | 0.00 | $0.80 | 0.00 | $0.80 | 15,248.95 |
| 2060687 | Equitrac - Long Distance to 9039354131 | E | 02/27/2007 | 0999 | C&D | 0.00 | $0.28 | 0.00 | $0.28 | 15,249.23 |
| 2061629 | Equitrac - Long Distance to 3024261900 | E | 02/28/2007 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 15,249.28 |
| 2061630 | Equitrac - Long Distance to 2123197125 | E | 02/28/2007 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 15,249.34 |
| 2061676 | Photocopy | E | 02/28/2007 | 0999 | C&D | 0.00 | $9.90 | 0.00 | $9.90 | 15,259.24 |
| 2061679 | Photocopy | E | 02/28/2007 | 0220 | SKL | 0.00 | $19.00 | 0.00 | $19.00 | 15,278.24 |
| 2061707 | Photocopy | E | 02/28/2007 | 0220 | SKL | 0.00 | $4.10 | 0.00 | $4.10 | 15,282.34 |
| 2061711 | Photocopy | E | 02/28/2007 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 15,282.44 |
| 2061713 | Photocopy | E | 02/28/2007 | 0220 | SKL | 0.00 | $4.30 | 0.00 | $4.30 | 15,286.74 |
| 2061746 | Photocopy | E | 02/28/2007 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 15,286.94 |
| 2061747 | Photocopy | E | 02/28/2007 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 15,287.04 |
| 2061751 | Photocopy | E | 02/28/2007 | 0220 | SKL | 0.00 | $19.90 | 0.00 | $19.90 | 15,306.94 |
| 2061758 | Photocopy | E | 02/28/2007 | 0220 | SKL | 0.00 | $10.60 | 0.00 | $10.60 | 15,317.54 |
| 2061761 | Photocopy | E | 02/28/2007 | 0220 | SKL | 0.00 | $0.50 | 0.00 | $0.50 | 15,318.04 |
| 2061771 | Photocopy | E | 02/28/2007 | 0308 | DBS | 0.00 | $0.40 | 0.00 | $0.40 | 15,318.44 |
| 2061778 | Photocopy | E | 02/28/2007 | 0220 | SKL | 0.00 | $0.40 | 0.00 | $0.40 | 15,318.84 |
| 2061780 | Photocopy | E | 02/28/2007 | 0220 | SKL | 0.00 | $0.40 | 0.00 | $0.40 | 15,319.24 |
| 2061781 | Photocopy | E | 02/28/2007 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 15,319.44 |
| 2061856 | Postage | E | 02/28/2007 | 0187 | NDF | 0.00 | $2.07 | 0.00 | $2.07 | 15,321.51 |
| 2062144 | Database Research/Lexis Charges for 2/1/07-2/25/07 By: DBS on 2/8 | E | 02/28/2007 | 0999 | C&D | 0.00 | $14.61 | 0.00 | $14.61 | 15,336.12 |
| 2063448 | Database Research Westlaw by DKG on 2/8-28 | E | 02/28/2007 | 0999 | C&D | 0.00 | $3,087.47 | 0.00 | $3,087.47 | 18,423.59 |
| 2063449 | Database Research Westlaw by WBS on 2/1 | E | 02/28/2007 | 0999 | C&D | 0.00 | $96.46 | 0.00 | $96.46 | 18,520.05 |
| 2063450 | Database Research Westlaw by DBS on 2/9 | E | 02/28/2007 | 0999 | C&D | 0.00 | $301.83 | 0.00 | $301.83 | 18,821.88 |
| 2063451 | Database Research Westlaw by JAL on 2/11-27 | E | 02/28/2007 | 0999 | C&D | 0.00 | $986.82 | 0.00 | $986.82 | 19,808.70 |
| **Total Expenses** | | | | | | 0.00 | $20,177.05 | 0.00 | $19,808.70 | |

Matter Total Fees                                        0.00                    0.00

Matter Total Expenses                               20,177.05               19,808.70

Matter Total                                  0.00    20,177.05        0.00    19,808.70

<u>Client Number:  4642</u>                     <u>Grace Asbestos Personal Injury Claimants</u>                                Page:  1

<u>Matter      000</u>                           <u>Disbursements</u>                                                          3/19/2007
                                                                                                                    Print Date/Time:
                                                                                                                    03/19/2007
                                                                                                                    4:42:32PM
Attn:                                                                                                               Invoice #


            Prebill Total Fees


            Prebill Total Expenses                                                   $20,177.05              $19,808.70


            Prebill Total                                             0.00           $20,177.05      0.00    $19,808.70


  **Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 37,961 | 11/30/2002 | 36,076.50 | 0.50 |
| 46,677 | 08/27/2004 | 240.00 | 48.00 |
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 49,444 | 04/21/2005 | 38,706.00 | 232.00 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 51,687 | 10/31/2005 | 74,385.75 | 3,337.50 |
| 54,760 | 07/26/2006 | 167,407.25 | 3,794.10 |
| 55,191 | 08/30/2006 | 139,645.00 | 27,929.00 |
| 55,509 | 09/29/2006 | 166,040.50 | 33,208.10 |
| 55,871 | 10/27/2006 | 195,810.25 | 39,162.05 |
| 56,243 | 11/30/2006 | 218,388.50 | 43,677.70 |
| 56,642 | 12/28/2006 | 225,835.50 | 45,167.10 |
| 56,922 | 01/25/2007 | 227,793.23 | 227,793.23 |
| 57,444 | 02/28/2007 | 306,811.65 | 306,811.65 |
| | | 1,812,761.13 | 734,285.13 |