## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
|  | ) | Jointly Administered |
|  | ) |  |
| Debtors. | ) | Related to Docket Nos. 14150, |
|  | ) | 14763 and 14901 |
|  | ) |  |

### DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES PRESENTED ON APPEAL

### DESIGNATION OF RECORD

Appellants Baron & Budd, P.C., LeBlanc & Waddell, LLP., and Silber Pearlman, LLP. hereby designate the following documents filed in this case and transcripts of hearings occurring in this case to be included in the record on their appeal from (i) the Order on Certain Claimants' Firms' Motion to Compel Claimants to Respond to the W.R. Grace & Co. Asbestos personal Injury Questionnaire Pursuant to Fed. R. Bankr. P. 9023 and Alternative Request for Entry of a Protective Order [D.I. 14763] ("Order on Motion to Reconsider") entered on March 6, 2007, and (ii) the Supplemental Order Regarding Motions to Compel Claimants to Respond to the W.R. Grace & Co. Personal Injury Questionnaire [D.I. 14150] ("Supplemental Order on Motions to Compel") entered on December 22, 2006.  As required by Local Rule 8006-1, copies of the documents and transcripts identified herein have been transmitted to the Clerk's Office.[1]

---

[1] The items have been transmitted to the Clerk's Office placed in notebooks (segregated between documents and transcripts) and divided by numbered tabs.  For the sake of convenience, the tab number is included herein.

## Documents to be Included in Record

| Tab | Docket Number | Date Docketed | Description |
|---|---|---|---|
| 1. | 14901 | 03/19/07 | Notice of Appeal under 28 U.S.C. § 158(a) from the Order on Certain Claimant's Firms' Motion to Compel Claimants to Respond to the W.R. Grace & Co. Asbestos Personal Injury Questionnaire. |
| 2. | 14150 | 12/22/06 | Order (Supplemental) Regarding Motions To Compel Claimants To Respond To The W.R. Grace & Co. Asbestos Personal Injury Questionnaire. (related document(s) |
| 3. | 14763 | 03/06/07 | Order on Certain Asbestos Claimants' Firms' Motion to Alter or Amend Supplemental Order Regarding Motions to Compel Claimants to Respond to the W.R. Grace & Co. Asbestos Personal Injury Questionnaire Pursuant to Fed.R.Bankr.P. 9023 and Alternative Request for Entry of a Protective Order. |
| 4. | 6898 | 11/13/04 | Debtors' Motion for Entry of a Case Management Order Establishing Protocols for Litigating Asbestos-Related Claims Following Plan Confirmation |
| 5. | 6899 | 11/13/04 | Debtors' Motion for Entry of An Order Seeking the Estimation of Asbestos Claims and Certain Related Relief |
| 6. | 7097 | 12/06/04 | Proposed Order RE: Debtors' Motion for Entry of a Case Management Order Establishing Protocols for Litigating Asbestos-Related Claims Following Plan Confirmation |
| 7. | 7098 | 12/06/04 | Proposed Order RE: Debtors' Motion for Entry of an Order Seeking the Estimation of Asbestos Claims and Certain Related Relief |
| 8. | 7250 | 12/20/04 | Debtors' Supplement To Their Estimation Motion and Request for Related Relief |
| 9. | 7305 | 12/21/05 | Objection to Debtor's Motion for Entry of a Case Management Order Establishing Protocols for Litigating Asbestos-Related Claims Following Plan Confirmation filed by Official Committee of Asbestos Personal Injury Claimants |

| 10. | 7317 | 12/21/04 | Redacted Objection to Debtors' Motion for Entry of an Order Seeking the Estimation of Asbestos Claims and Certain Relief filed by Official Committee of Asbestos Personal Injury Claimants |
| 11. | 7335 | 12/22/04 | Libby Claimants' Objection to Disclosure Statement, Estimation Motion, Case Management Motion and Related Pleadings |
| 12. | 7492 | 01/07/05 | Debtors' Reply in Support of Their Motion for Entry of a Case Management Order |
| 13. | 7502 | 01/07/05 | Debtors' Reply in Support of Their Estimation Motion |
| 14. | 7577 | 01/14/05 | Debtors' Motion for Leave to File a Reply in Further Support of Their Estimation Supplement |
| 15. | 8394 | 05/10/05 | W.R. Grace & Co.'s Motion to Approve PI CMO and Questionnaire |
| 16. | 8395 | 05/10/05 | Memorandum of Points and Authorities in Support of W.R. Grace & Co.'s Motion to Approve PI CMO and Questionnaire |
| 17. | 8396 | 05/10/05 | Appendix to Memorandum of Points and Authorities in support of W.R. Grace & Co.'s Motion to Approve PI CMO and Questionnaire |
| 18. | 8781 | 06/30/05 | Response in Support of the Debtors' Motion to Approve PI CMO and Questionnaire filed by Official Committee of Unsecured Creditors |
| 19. | 8816 | 06/30/05 | Response of Official Committee of Equity Security Holders to W.R. Grace & Co.'s Motion to Approve PI CMO and Questionnaire. |
| 20. | 8818 | 06/30/05 | Future Claimants' Representative's Objection to Debtors' Motion to Approve PI CMO and Questionnaire |
| 21. | 8846 | 06/30/05 | Opposition to Debtors' Motion to Approve PI CMO and Questionnaire filed by Libby Claimants |
| 22. | 8847 | 06/30/05 | Opposition of the Official Committee of Asbestos Personal Injury Claimants to Debtors' Motion to Approve PI CMO and Questionnaire |
| 23. | 8989 | 07/13/05 | Position Paper Regarding PI CMO and Questionnaire filed by Official Committee of Asbestos Personal Injury Claimants |
| 24. | 8992 | 07/13/05 | Brief in Support of Future Claimants Representative's Form of Questionnaire and CMO |
| 25. | 8995 | 07/14/05 | Debtors' Amended Status Report Regarding Motion to Approve Asbestos PI Estimation CMO and Questionnaire |

| 26. | 9261 | 08/26/05 | Objection to the Revised Questionnaire Proposed by Debtors and Response to the Debtors' Proposed Case Management Order for the Estimation of Asbestos Personal Injury Liabilities filed by Official Committee of Asbestos Personal Injury Claimants |
| 27. | 9263 | 08/26/05 | Debtors' Report to Court Pursuant to July 19, 2005 Rulings Regarding Personal Injury Claims and Estimation Proceedings |
| 28. | 9301 | 08/31/05 | Case Management Order for the Estimation of Asbestos Personal Injury Liabilities |
| 29. | 9622 | 10/10/05 | Debtor's Motion For An Order Establishing A Proof of Claim Bar Date for Asbestos Personal Injury Pre-Petition Litigation Claims |
| 30. | 10910 | 10/28/05 | Response of the Official Committee of Equity Security Holders in Support of Debtor's Motion for Order Establishing a Proof of Claim Bar Date for Asbestos Personal Injury Pre-Petition Litigation Claims |
| 31. | 10913 | 10/28/05 | Response In Opposition Motion For An Order Establishing A Proof of Claim Bar Date for Asbestos Personal Injury Pre-Petition Litigation Claims filed by The Law Office of Peter G. Angelos, Baron & Budd, P.C., and Silber Pearlman, LLP, Environmental Litigation Group, P.C., Reaud, Morgan & Quinn, Inc. |
| 32. | 10917 | 10/28/05 | Objection to the Debtors' Motion for an Order Establishing a Proof of Claim Bar Date for Asbestos Personal Injury Pre-Petition Litigation Claims filed by David Austern |
| 33. | 10930 | 10/28/05 | Opposition of The Official Committee of Asbestos Personal Injury Claimants to the Debtors' Motion for an Order Establishing a Proof of Claim Bar Date for Asbestos Personal Injury Pre-Petition Litigation Claims |
| 34. | 10999 | 11/04/05 | Debtor's Motion for Leave to File a Reply With Respect to Its Motion for an Order Establishing a Proof of Claim Bar Date For Asbestos Personal Injury Pre-Petition Litigation Claims |
| 35. | 11023 | 11/09/05 | Order Clarifying the Case Management Order for the Estimation of Asbestos Personal Injury Liabilities |

| 36. | 11403 | 12/21/05 | Order Modifying the Case Management Order for the Estimation of Asbestos Personal Injury Liabilities Regarding the Extension of Time for Claimants to Respond to Questionnaires and to Designate Non-Expert Witnesses |
| 37. | 11515 | 01/10/06 | Order (REVISED) Modifying the Case Management Order for the Estimation of Asbestos Personal Injury Liabilities Regarding the Extension of Time for Claimants to Respond to Questionnaires and to Designate Non-Expert Witnesses |
| 38. | 11551 | 01/17/06 | Order Clarifying the Case Management Order for the Estimation of Asbestos Personal Injury Claimants |
| 39. | 11697 | 02/02/06 | Case Management Order (AMENDED) For the Estimation of Asbestos Personal Injury Liabilities |
| 40. | 11756 | 02/13/06 | Status Report on the Progress of the Case filed by W.R. Grace & Co. |
| 41. | 11885 | 02/23/06 | Order Modifying the Case Management Order for the Estimation of Asbestos Personal Injury Liabilities Regarding the Extension of Time for Claimants to Respond to Questionnaires |
| 42. | 12093 | 03/20/06 | W.R. Grace & Co's Status Report Regarding Completion of the W.R. Grace Asbestos Personal Injury Questionnaire |
| 43. | 12151 | 03/29/06 | Case Management Order (AMENDED) for the Estimation of Asbestos Personal Injury Liabilities |
| 44. | 12330 | 04/28/06 | Reply to Letter dated April 7,2006 regarding Status Report Hearing filed by Sander L Esserman |
| 45. | 12823 | 07/17/06 | Motion to Compel Asbestos Personal Injury Claimants to Respond to Questionnaire filed by W.R. Grace & Co. |
| 46. | 12858 | 07/15/06 | Case Management Order (AMENDED) (REVISIONS BY THE COURT) for the Estimation of Asbestos Personal Injury Liabilities |
| 47. | 12924 | 08/03/06 | Claimant's Objection and Responses to the W.R. Grace Asbestos Personal Injury Questionnaire filed by Edward O. Moody, P.A. |
| 48. | 12927 | 08/04/06 | General Objections to Discovery Questionnaire and Response to Debtor's Motion to Compel filed by Motley Rice LLC |
| 49. | 12929 | 08/04/06 | Objection to Debtors' Motion to Compel Asbestos Personal Injury Claimants to Respond to Questionnaire filed by Thornton & Naumes, LLP |

| 50. | 12930 | 08/04/06 | Objection of Claimants Represented by Goldberg, Persky & White to Debtors' Motion to Compel |
|---|---|---|---|
| 51. | 12931 | 08/04/06 | Objection to Debtor's Motion to Compel Asbestos Personal Injury Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire filed by Asbestos Claimants Represented by the Law Office of Christopher E. Grell |
| 52. | 12932 | 08/04/06 | General Objections to Discovery Questionnaire and Response to Debtors Motion to Compel Asbestos Personal Injury Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire filed by George & Sipes Personal Injury Claimants |
| 53. | 12933 | 08/04/06 | Objection to the Debtors' Motion to Compel Responses to their Questionnaires) filed by Official Committee of Asbestos Personal Injury Claimants |
| 54. | 12934 | 08/04/06 | Response to W. R. Grace & Company's Motion to Compel filed by Wellborn Houston, L.L.P. |
| 55. | 12935 | 08/04/06 | Response to WR Grace's Motion to Compel Further Responses From Asbestos Claimants Represented to its Questionnaire for Estimating Claims filed by Jacobs & Crumplar, P.A. |
| 56. | 12936 | 08/04/06 | Objections to Discovery Questionnaire and Response to Debtor's Motion to Compel filed by Luckey & Mullins, LLC's Personal Injury Claimants |
| 57. | 12937 | 08/04/06 | Joint Memorandum of The Ferraro Law Firm in Response to Motion to Compel Asbestos Personal Injury Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire filed by Kelley & Ferraro, LLP |
| 58. | 12938 | 08/04/06 | General Objections to Discovery Questionnaire and Response to Debtor's Motion to Compel Submitted on Behalf of Personal Injury Claimants filed by Hartley & O'Brien, PLLC |
| 59. | 12939 | 08/04/06 | Claimants Represented by Odom & Elliott, P.A.'s Response to Motion to Compel filed by the Debtor |
| 60. | 12940 | 08/04/06 | Claimants Objection and Response to Debtors' Motion to Compel Asbestos Personal Injury Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire  filed by Personal Injury Claimants Represented by the Shannon Law Firm, PLLC |

| 61. | 12944 | 08/07/06 | Supplemental Declaration of Claimants' Counsel, Richard F. Rescho, In Support of Objection to Motion to Compel Asbestos Personal Injury Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire filed by Asbestos Claimants Represented by the Law Office of Christopher E. Grell |
| --- | --- | --- | --- |
| 62. | 12945 | 08/04/06 | Objection and Response to Debtor's Asbestos Personal Injury Questionnaire filed by F Humphrey James F. & Associates, LC |
| 63. | 12946 | 08/04/06 | Answer & Memorandum of Law in Opposition to Debtor's Motion to Compel Response to the W R Grace Asbestos Personal Injury Questionnaire filed by Joseph Kitz, Henderson Carol |
| 64. | 12947 | 08/04/06 | Response to Motion to Compel filed by Cooney and Conway |
| 65. | 12960 | 08/14/06 | Joint Response to Debtors' Motion to Compel Asbestos Personal Injury Claimants to Respond to Questionnaire, filed by Various Law Firms Representing Asbestos Personal Injury Claimants filed by Wilentz, Goldman & Spitzer, P.A., Robert Pierce & Associates, David Lipman, P.A., Baron & Budd, P.C., Brayton Purcell, Chris Parks & Associates, Foster & Sear L.L.P., Hissey, Kientz & Herron PLLC, Law Offices of Peter G. Angelos, P.C., LeBlanc & Waddell, LLC, Provost & Umphrey, LLP, Reaud, Morgan & Quinn, LLP, Sieben, Polk, LaVerdiere & Dusich, P.A., Silber Pearlman, LLP, SimmonsCooper, LLC, Weitz & Luxenberg, Williams Bailey Law Firm, L.L.P. |
| 66. | 12963 | 08/14/06 | Objection to Debtors' Motion to Compel Asbestos Personal Injury Claimants to Respond to Questionnaire filed by Libby Claimants |
| 67. | 12970 | 08/14/06 | Response of Grace Certain Cancer Claimants in Opposition to the W.R. Grace Motion to Compel Asbestos Personal Injury Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire. |
| 68. | 12974 | 08/14/06 | Joinder to Certain Objections and Responses to the Motion to Compel Asbestos Personal Injury Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire filed by Campbell, Cherry, Harrison, Davis & Dove, P.C. |

| 69. | 12980 | 08/14/06 | General & Specific Objections to Discovery Questionnaire and Response to Debtors' Motion to Compel Submitted on Behalf of the Personal Injury Claimants of Early, Ludwick, Sweeney & Strauss |
| 70. | 13067 | 08/25/06 | Motion for Leave to file a Reply Brief in Support of Debtors' Motion to Compel Asbestos Personal Injury Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire in Excess of Five (5) Pages filed by W.R. Grace & Co. |
| 71. | 13086 | 08/17/06 | Letter Regarding Matter to Compel Responses to Questionnaires filed by Glasser and Glasser, PLC |
| 72. | 13130 | 09/01/06 | Official Committee of Equity Security Holders' Statement in Support of Debtors' Motion to Compel Asbestos Personal Injury Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire |
| 73. | 13141 | 09/07/06 | Sur-Reply To Debtors' Motion To Compel Asbestos Personal Injury Claimants To Respond To W.R. Grace Personal Injury Questionnaire filed by Thornton & Naumes, LLP |
| 74. | 13142 | 09/07/06 | Joinder of Various law Firms Represent Asbestos Personal Injury Claimants in Opposition to Debtors' Motion to Compel Asbestos Personal Injury Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire filed by Motley Rice, LLC |
| 75. | 13144 | 09/07/06 | Post-Mediation Summary Memorandum, filed by Various Law Firms Representing Asbestos Personal Injury Claimant filed by Wilentz, Goldman & Spitzer, P.A., Robert Pierce & Associates, David Lipman, P.A., Baron & Budd, P.C., Brayton Purcell, Chris Parks & Associates, Foster & Sear L.L.P., Hissey, Kientz & Herron PLLC, Law Offices of Peter G. Angelos, P.C., LeBlanc & Waddell, LLC, Provost & Umphrey, LLP, Reaud, Morgan & Quinn, LLP, Sieben, Polk, LaVerdiere & Dusich, P.A., Silber Pearlman, LLP, SimmonsCooper, LLC, Weitz & Luxenberg, Williams Bailey Law Firm, L.L.P. |
| 76. | 13157 | 09/07/06 | Brief of Grace Certain Cancer Claimants Regarding Issues Still in Dispute Following Mediation. |

| 77. | 13158 | 09/07/06 | Submission Of The Official Committee Of Asbestos Personal Injury Claimants Regarding Issues Unresolved After Discovery Mediation On Grace's Motion To Compel |
|-----|-------|----------|---|
| 78. | 13160 | 09/07/06 | Supplemental Response to the Mediation Issues Resulting from the Mediation of August 29, 2006 to Compel Personal Injury Claimants to Respond to W.R. Grace's Personal Questionnaire filed by Jacobs & Crumplar, P.A |
| 79. | 13161 | 09/07/06 | Summary of Issues Not Resolved in Mediation for W.R. Grace's Motion to Compel filed by W.R. Grace & Co. |
| 80. | 13187 | 09/11/06 | Supplement to The Joint Response of Various Law Firms Representing Asbestos Personal Injury Claimants in Opposition to Debtor's Motion to Compel Asbestos Personal Injury Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire filed by George & Sipes |
| 81. | 13354 | 10/04/06 | Letter re: Estimation of Personal Injury Liabilities filed by W.R. Grace & Co. |
| 82. | 13393 | 10/12/06 | Order Concerning Debtors' Motion to Compel Asbestos Personal Injury Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire |
| 83. | 13618 | 11/09/06 | Notice and Memorandum of Points and Authorities Concerning Background of Questionnaire Approval Process and Objections Previously Addressed by the Court filed by W.R. Grace & Co. |
| 84. | 13619 | 11/09/06 | Motion to Compel Asbestos Personal Injury Claimants Represented by Kelley & Ferraro, LLP and/or Ferraro & Associates, PA to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire filed by W.R. Grace & Co. |
| 85. | 13620 | 11/09/06 | Motion to Compel Asbestos Personal Injury Claimants Represented by Hartley & O'Brien, PLLC, Provost Umphrey LLP, and the Law Offices of Peter G. Angelos, P.C. to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire filed by W.R. Grace & Co., et al |

| 86. | 13621 | 11/09/06 | Motion to Compel Asbestos Personal Injury Claimants Represented by Goldberg Persky & White P.C. and Michael B. Serling, P.C. to Respond to the W. R. Grace Asbestos Personal injury Questionnaire filed by W.R. Grace & Co. |
|---|---|---|---|
| 87. | 13622 | 11/10/06 | Motion to Compel Asbestos Personal Injury Claimants Represented by Cooney & Conway to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire filed by W.R. Grace & Co. |
| 88. | 13623 | 11/10/06 | Motion to Compel Asbestos Personal Injury Claimants Represented by Lipsitz Ponterio, LLC to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire filed by W.R. Grace & Co. |
| 89. | 13624 | 11/10/06 | Motion to Compel Asbestos Personal Injury Claimants Represented by Thornton & Naumes LLP and Alwyn H. Luckey, P.A. to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire filed by W.R. Grace & Co. |
| 90. | 13625 | 11/10/06 | Motion to Compel Asbestos Personal Injury Claimants Represented by James F. Humphreys & Associates, L.C. to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire filed by W. R. Grace & Co. |
| 91. | 13626 | 11/10/06 | Motion to Compel Asbestos Personal Injury Claimants Represented by Edward O. Moody, P.A., Foster & Sear L.L.P., Motley Rice LLC, and Williams Bailey Law Firm, LLP to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire filed by W.R. Grace & Co. |
| 92. | 13627 | 11/10/06 | Motion to Compel Asbestos Personal Injury Claimants Represented by Morris, Sakalarios & Blackwell, PLLC to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire filed by W.R. Grace & Co. |
| 93. | 13628 | 11/10/06 | Motion to Compel Asbestos Personal Injury Claimants Represented by Baron & Budd, P.C., Leblanc & Waddell, and Silber Pearlman, LLP to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire filed by W.R. Grace & Co. |
| 94. | 13688 | 11/16/06 | Order Concerning Schedule for Motions to Compel Regarding the W.R. Grace Asbestos Personal Injury Questionnaire and Schedule for Supplementation of Questionnaire Responses |

| 95. | 13703 | 11/17/06 | Motion to Compel the MMWR Firms' Asbestos Personal Injury Claimants to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire filed by W.R. Grace & Co. |
| 96. | 13704 | 11/17/06 | Motion to Compel Asbestos Personal Injury Claimants Represented By Weitz & Luxenburg, P.C., SimmonsCooper, LLP and Wilentz Goldman & Spitzer P.A. to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire filed by W.R. Grace & Co. |
| 97. | 13705 | 11/17/06 | Exhibit (s) to the Motion to Compel the MMWR Firms' Asbestos Personal Injury Claimants to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire filed by W.R. Grace & Co. |
| 98. | 13706 | 11/17/06 | Notice of Hearing on Motions to Compel Asbestos Personal Injury Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire |
| 99. | 13707 | 11/17/06 | Exhibit F - part 2 to Motion to Compel Asbestos Personal Injury Claimants Represented by Weitz & Luxenburg, P.C., SimonsCooper, LLP and Wilentz Goldman & Spitzer P.A. to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire filed by W.R. Grace & Co. |
| 100. | 13796 | 11/27/06 | Joint Response to and Memorandum of Kelley & Ferraro LLP and The Ferraro Law Firm in Opposition to Motion to Compel Asbestos Personal Injury Claimants Represented by Kelley & Ferraro LLP and/or The Ferraro Law Firm to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire |
| 101. | 13797 | 11/27/06 | Opposition to Debtor's Motion to Compel Asbestos Personal Injury Claimants Represented by Edward O. Moody, P.A., Foster & Sear L.L.P., Motley Rice LLC, and Williams Bailey Law Firm, LLP to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire and Motley Rice LLC's Joinder in The Responses of Various Law Firms Representing Asbestos Personal Injury Claimants in Opposition to Debtor's Motion Compel filed by Motley Rice LLC |

| 102. | 13800 | 11/27/06 | Response to [In Opposition] to Motion to Compel Asbestos Personal Injury Claimants Represented by Thornton & Naumes LLP to Respond to the W.R. Grace Personal Injury Questionnaire filed by Asbestos PI Claimants Represented by Thornton & Naumes, LLP |
|------|-------|----------|---|
| 103. | 13801 | 11/27/06 | Response to Motion to Compel filed by Luckey & Mullins, LLC's Personal Injury Claimants |
| 104. | 13803 | 11/27/06 | Objection to Debtors' Motion to Compel. filed by Goldberg, Persky, & White, P.C. |
| 105. | 13804 | 11/27/06 | Response to the Debtors' Memorandum of Points and Authorities Concerning Background of Questionnaire Approval Process and Objections Previously Addressed by the Court filed by Official Committee of Asbestos Personal Injury Claimants |
| 106. | 13805 | 11/27/06 | Joint Response to /Combined Response of Foster & Sears, LLP., Williams Bailey Law Firm, LLP, Law Offices Of Peter Angelos, P.C., Provost Umphrey Law Firm, LLP, Baron & Budd, P.C., Silber Pearlman, LLP, and LeBlanc & Waddell, LLP To The Debtors' Motions To Compel Asbestos Personal Injury Claimants Represented By (i) Edward O. Moody, P.A., Foster & Sears, LLP., Motley Rice LLC and Williams Bailey Law Firm, LLP [Docket No. 13626], (ii) Hartley & O'Brien, PLLC, Provost Umphrey, LLP And The Offices Of Peter G. Angelos, P.C. [Docket No. 13620], and (iii) Baron & Budd, P.C., Silber Pearlman, LLP And LeBlanc & Waddell, P.C. [Docket 13628] To Respond To The W.R. Grace Asbestos Personal Injury Questionnaire filed by Baron & Budd, P.C., Foster & Sear L.L.P., Law Offices of Peter G. Angelos, P.C., LeBlanc & Waddell, LLC, Provost & Umphrey, LLP, Silber Pearlman, LLP, Williams Bailey Law Firm, L.L.P. |

| 107. | 13806 | 11/27/06 | Response to /Joinder of Morris, Sakalarios & Blackwell, PLLC, In The Combined Response of Foster & Sears, LLP., Williams Bailey Law Firm, LLP, Law Offices Of Peter G. Angelos, P.C., Provost Umphrey Law Firm, LLP, Baron & Budd, P.C., Silber Pearlman, LLP, and LeBlanc & Waddell, LLP To The Debtors? Motions To Compel Asbestos Personal Injury Claimants Represented By (i) Edward O. Moody, P.A., Foster & Sears, LLP., Motley Rice LLC and Williams Bailey Law Firm, LLP [Docket No. 13626], (ii) Hartley & O'Brien, PLLC, Provost Umphrey, LLP And The Offices Of Peter G. Angelos, P.C. [Docket No. 13620], and (iii) Baron & Budd, P.C., Silber Pearlman, LLP And LeBlanc & Waddell, P.C. [Docket 13628] To Respond To The W.R. Grace Asbestos Personal Injury Questionnaire filed by Morris, Sakalarios & Blackwell, PLLC |
| --- | --- | --- | --- |
| 108. | 13810 | 11/28/06 | Third Response to the Additional Motions to Compel Personal Injury Claimants to Respond to W.R. Grace's Personal Injury Questionnaires filed by the Debtors on November 9th, 10th & 17th. (Related to Docket Nos. 12935 & 13160) filed by Jacobs & Crumplar, P.A. |
| 109. | 13812 | 11/28/06 | Memorandum of the MMWR Firms' Asbestos Claimants in Opposition to Grace's Motion to Compel Discovery |
| 110. | 13819 | 11/28/06 | Response to The Debtors' Motion To Compel Asbestos Personal Injury Claimants to Respond To The W.R. Grace Asbestos Personal Injury Questionnaire filed by Weitz & Luxenberg, Wilentz, Goldman & Spitzer, P.A. |
| 111. | 13844 | 11/29/06 | Objection of Hartley & O'Brien, PLLC to Debtors' Motion to Compel Asbestos Personal Injury Claimants Represented by Hartley & O'Brien, PLLC, Provost Umphrey LLP and The Law Offices of Peter G. Angelos, PC to Respond to the WR Grace Asbestos Personal Injury Questionnaire |
| 112. | 13878 | 12/01/06 | Supplemental Response to Motion to Compel Asbestos Personal Injury Claimants to Respond to Personal Injury Questionnaire  filed by Motley Rice LLC |

| 113. | 13886 | 12/01/06 | Consolidated Reply Consolidated, in Support of Motions to Compel Asbestos Personal Injury Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire filed by W.R. Grace & Co. |
| 114. | 13888 | 12/01/06 | Reply to Official Committee of Asbestos Personal Injury Claimants' Response to the Debtors' Memorandum of Points and Authorities Concerning Background of Questionnaire Approval Process and Objections Previously Addressed by the Court filed by W.R. Grace & Co. |
| 115. | 13890 | 12/01/06 | Status Report on Non-Party Discovery filed by W.R. Grace & Co. |
| 116. | 13937 | 12/06/06 | Motion to Reconsider filed by W.R. Grace & Co. |
| 117. | 13947 | 12/07/06 | Order Granting in part, Denying in part W.R. Grace & Co.'s Motion for Reconsideration and setting certain filing deadlines |
| 118. | 13999 | 12/12/06 | Brief in Support of Motion to Compel Claimants to Respond to the Personal Injury Questionnaire filed by W.R. Grace & Co. |
| 119. | 14000 | 12/12/06 | Exhibits to Brief in Support of Motion to Compel Claimants to Respond to the Personal Injury Questionnaire filed by W.R. Grace & Co. |
| 120. | 14003 | 12/12/06 | Brief (Corrected) in Support of Motion to Compel Claimants to Respond to the Personal Injury Questionnaire filed by W.R. Grace & Co., et al. |
| 121. | 14031 | 12/15/06 | Response to Debtors' Additional Brief In Support Of W.R. Grace & Co.'s Motion To Compel Claimants To Respond To The W.R. Grace Asbestos Personal Injury Questionnaire filed by Official Committee of Asbestos Personal Injury Claimants |
| 122. | 14038 | 12/15/06 | Combined Response Of Certain Law Firms To The Debtors' Additional Brief In Support Of W.R. Grace & Co.'s Motion To Compel Claimants To Respond To The W.R. Grace Asbestos Personal Injury Questionnaire filed by Baron & Budd, P.C., Foster & Sear L.L.P., Law Offices of Peter G. Angelos, P.C., LeBlanc & Waddell, LLC, Provost & Umphrey, LLP, Silber Pearlman, LLP, Weitz & Luxenberg, Wilentz, Goldman & Spitzer, P.A., Williams Bailey Law Firm, L.L.P. |
| 123. | 14039 | 12/15/06 | The MMWR Firms' Brief in Opposition to the "Additional Brief" filed by Debtors. |

| 124. | 14055 | 12/18/06 | Response to and Joinder in Various Claimants' Firms' Response to Debtor's Additional Brief in Support of W.R. Grace & Co.'s Motion to Compel Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire filed by Motley Rice LLC |
| --- | --- | --- | --- |
| 125. | 14074 | 12/19/06 | Certification of Counsel Regarding Amended Case Management Order for the Estimation of Asbestos Personal Injury Liabilities filed by W.R. Grace & Co. |
| 126. | 14079 | 12/20/06 | Order Regarding Amended Case Management Order For The Estimation of Asbestos Personal Injury Liabilities |
| 127. | 14095 | 12/20/06 | Certification of Counsel Regarding W. R. Grace & Co.'s Motions to Compel Asbestos Personal Injury Claimants to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire filed by W.R. Grace & Co |
| 128. | 14096 | 12/20/06 | Statement Regarding Proposed Orders on the Debtors' Motions to Compel Claimants to Respond to the Asbestos Personal Injury Questionnaire filed by Official Committee of Asbestos Personal Injury Claimants |
| 129. | 14097 | 12/20/06 | Certification of Counsel Concerning Proposed Form of Order Regarding Motions To Compel Claimants To Respond To The W.R. Grace & Co.Asbestos Personal Injury Questionnaire filed by Various Claimants' Firms |
| 130. | 14149 | 12/22/06 | Order Regarding Motions To Compel Claimants To Respond To The W.R. Grace & Co. Asbestos Personal Injury Questionnaire |
| 131. | 14203 | 01/02/07 | Motion to Reconsider Supplemental Order Regarding Motions to Compel Claimants to Respond to the WRGrace & Co. Asbestos PI Questionnaire Pursuant to Fed. R. Bankr. P. 9023, Alternative Request for Entry of A Protective Order, and Memorandum in Support Thereof filed by Certain Law Firms Represented By Stutzman, Bromberg, Esserman & Plifka |

| 132. | 14237 | 01/05/07 | Response to and Request of the Debtors' or Expedited Consideration and Summary Denial of Certain Asbestos Claimants' Firms Motion to Alter or Amend Supplemental Order Regarding Motions to Compel Claimants to Respond to the Asbestos Personal Injury Questionnaire |
| 133. | 14589 | 02/16/07 | Certification of Counsel Regarding Amended Supplemental Order Regarding Motions to Compel Claimants to Respond to W.R. Grace & Co. Asbestos Personal Injury Questionnaire |
| 134. | 14668 | 02/23/07 | Status Report Regarding the Estimation of Asbestos Personal Injury Liabilities filed by W.R. Grace & Co. |
| 135. | 14907 | 03/19/07 | Motion to Extend Time to Appeal Under Rule 8002(c) filed by Baron & Budd, P.C., LeBlanc & Waddell, LLP, Silber Pearlman, LLP. |
| 136. | 14908 | 03/19/07 | Motion To stay compliance with the order of certain claimants' firms' motion to compel claimants to respond to the WRGrace & Co. asbestos personal injury questionnaire pursuant to Fed. R. Bankr. P 9023 and Alternative request for entry of a protective order and the supplemental order regarding motions to compel claimants to respond to the WRGrace & Co., personal injury questionnaire filed by Baron & Budd, P.C., LeBlanc & Waddell, LLP, Silber Pearlman, LLP. |

## Transcripts to be Included in Record

| Tab | Docket Number | Date Docketed | Description |
|-----|---------------|---------------|-------------|
| 1 | 8961 | 07/07/05 | Transcript of Hearing Held on 06/27/05 |
| 2 | 9105 | 07/28/05 | Transcript of Hearing Held on 07/19/05 |
| 3 | 9349 | 09/07/05 | Transcript of Hearing Held on 08/29/05 |
| 4 | 9628 | 10/12/05 | Transcript of Hearing Held on 09/26/05 |
| 5 | 10949 | 11/01/05 | Transcript of Hearing Held on 10/24/05 |
| 6 | 11563 | 01/18/06 | Transcript of Hearing Held on 11/14/05 |
| 7 | 11473 | 01/03/06 | Transcript of Hearing Held on 12/19/05 |
| 8 | 11909 | 02/27/06 | Transcript of Hearing Held on 02/21/06 |
| 9 | 12249 | 04/18/06 | Transcript of Hearing Held on 03/27/06 |
| 10 | 12299 | 04/24/06 | Transcript of Hearing Held on 04/17/06 |

| 11 | 12717 | 06/27/06 | Transcript of Hearing Held on 06/19/06 |
| 12 | 12919 | 08/03/06 | Transcript of Hearing Held on 07/24/06 |
| 13 | 13077 | 08/29/06 | Transcript of Hearing Held on 08/21/06 |
| 14 | 13283 | 09/21/06 | Transcript of Hearing Held on 09/11/06 |
| 15 | 13342 | 10/03/06 | Transcript of Hearing Held on 09/25/06 |
| 16 | 13572 | 11/06/06 | Transcript of Hearing Held on 10/23/06 |
| 17 | 13894 | 12/04/06 | Transcript of Hearing Held on 11/20/06 |
| 18 | 14006 | 12/13/06 | Transcript of Hearing Held on 12/05/06 |
| 19 | 14205 | 01/03/07 | Transcript of Hearing Held on 12/18/06 |
| 20 | 14206 | 01/03/07 | Transcript of Hearing Held on 12/19/06 |
| 21 | 14465 | 02/01/06 | Transcript of Hearing Held on 01/23/07 |
| 22 | 14547 | 02/12/07 | Transcript of Hearing Held on 02/05/07 |
| 23 | 14647 | 02/22/07 | Transcript of Hearing Held on 02/20/07 |
| 24 | 14760 | 03/06/07 | Transcript of Hearing Held on 02/26/07 |

## STATEMENT OF THE ISSUES

Underlying this Appeal are the following two orders of the bankruptcy court: (a) Supplemental Order Regarding Motions to Compel Claimants to Respond to the W.R. Grace & Co. Asbestos Personal Injury Questionnaire" (the "Supplemental Order", Dkt. No. 14150, entered December 22, 2006), and (b) Order on Certain Asbestos Claimants' Firms' Motion to Alter or Amend Supplemental Order Regarding Motions to Compel Claimants to Respond to the W.R. Grace & Co. Asbestos Personal Injury Questionnaire Pursuant to FED. R. BANKR. P. 9023 and Alternative Request for Entry of a Protective Order" (the "Subsequent Order", Dkt. No. 14763, entered of record on March 6, 2007)

This Appeal presents the following issues:

1)      Did the bankruptcy court err in issuing the Supplemental Order to the extent it thereby held, as a matter of law, that facts known or opinions held by physicians, B-Readers, or other medical professionals who examined asbestos

17

personal injury claimants prior to the time that any diagnosis of an asbestos-related disease or injury was sought or known were not subject to the protection of Fed. R. Civ. P. 26(b)(4)(B), applicable in bankruptcy pursuant to Fed. R. Bankr. P. 7026 and 9014, even when such claimants (a) were represented by counsel at the time of their respective examinations, and (b) undertook to be examined upon the recommendation of counsel?

    2)    Did the bankruptcy court err in declining to alter or amend the Supplemental Order to correct the asserted error set forth in 1) immediately above when it signed the Subsequent Order?

Dated: March 29, 2007

/s/ Daniel K. Hogan
Daniel K. Hogan (ID no. 2814)
**THE HOGAN FIRM**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
E-mail: dkhogan@dkhogan.com

Sander L. Esserman
Van J. Hooker
David A. Klingler
David J. Parsons
**STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A Professional Corporation**
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 969-4900
Facsimile: (214) 969-4999

**COUNSEL FOR BARON & BUDD,
P.C., LEBLANC & WADDELL, LLP.
AND SILBER PEARLMAN, LLP.**