CERTIFICATE OF SERVICE

This is to certify that, on March 29, 2007, true and correct copies of:

**DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES PRESENTED ON APPEAL**

were served via first-class mail, postage prepaid, upon the parties listed on the attached service list

/s/ Daniel K. Hogan
Daniel K. Hogan