IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Re: Docket No. 14967
Agenda: April 2, 2007, Item No. 4

## CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING DEBTORS' MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF THEIR APPLICATION TO EMPLOY FORMAN PERRY WATKINS KURTZ & TARDY IN EXCESS OF FIVE (5) PAGES

1. On March 23, 2007, the Debtors and Debtors in Possession filed the *Motion for Leave to File a Reply in Support of their Application to Employ Forman Perry Watkins Kurtz & Tardy, LLP* (the "Motion for Leave") (Docket No. 14967) for leave to file their nine (9) page reply brief (the "Reply") in support of their Application to Employ Forman Perry Watkins Kurtz & Tardy, LLP (the "Application").

2. Attached hereto as Exhibit 1 is a proposed form of *Order Granting Debtors' Motion for Leave to File a Reply in Support of their Application to Employ Forman Perry Watkins Kurtz & Tardy, LLP* (the "Proposed Order") that permits the Debtors to file their Reply related to the Application.

91100-001\DOCS_DE:126244.1

3. Accordingly, the Debtors respectfully request that the Court enter the attached Proposed Order at its earliest convenience.

Dated: March 30, 2007

                    KIRKLAND & ELLIS LLP

                    David M. Bernick, P.C.
                    Janet S. Baer
                    200 East Randolph Drive
                    Chicago, Illinois 60601
                    (312) 861-2000

                    and

                    PACHULSKI STANG ZIEHL YOUNG JONES
                    & WEINTRAUB LLP

                    _____
                    Laura Davis Jones (Bar No. 2436)
                    James E. O'Neill (Bar No. 4042)
                    Timothy P. Cairns (Bar No. 4228)
                    919 North Market Street, 17th Floor
                    P.O. Box 8705
                    Wilmington, DE 19899-8705 (Courier 19801)
                    Telephone: (302) 652-4100
                    Facsimile: (302) 652-4400

                    Co-Counsel for the Debtors and Debtors in Possession

91100-001\DOCS_DE:126244.1