# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Re: Docket No. 14720 and 14942**
Agenda: April 2, 2007, Item No. 4

**ORDER GRANTING DEBTORS' MOTION FOR LEAVE TO FILE A REPLY IN
SUPPORT OF THEIR APPLICATION TO EMPLOY FORMAN PERRY
WATKINS KURTZ & TARDY IN EXCESS OF FIVE (5) PAGES**

Upon the motion (the "Motion") of the above-captioned debtors and debtors in

possession (the "Debtors") for leave to file their nine (9) page reply brief (the "Reply") in

support of their Application to Employ Forman Perry Watkins Kurtz & Tardy, LLP (the

"Application") (Docket No. 14720); and due and proper notice of the Motion having been given,

and cause appearing for the relief sought in the Motion, it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that leave is granted for the Debtors to file the Reply with the Court.

Dated:  Wilmington, Delaware
_____, 2007

_____
The Honorable Judith K. Fitzgerald

91100-001\DOCS_DE:126240.1