IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Re: **Docket No. 14968**
Agenda: April 2, 2007, Item No. 4

**CERTIFICATION OF COUNSEL REGARDING
ORDER GRANTING DEBTORS' MOTION FOR LEAVE TO FILE A REPLY IN
SUPPORT OF THEIR MOTION FOR LEAVE REGARDING DEBTORS'
APPLICATION TO EMPLOY FORMAN PERRY WATKINS
KURTZ & TARDY, LLP IN EXCESS OF FIVE (5) PAGES**

1. On March 23, 2007, the Debtors and Debtors in Possession filed the *Motion for Leave to File a Reply in Support of their Motion for Leave Regarding Debtors' Application to Employ Forman Perry Watkins Kurtz & Tardy, LLP* (the "Motion for Leave") (Docket No. 14968) for leave to file a six (6) page reply brief (the "Reply") in support of their Motion for Leave Regarding Debtors' Application to Employ Forman Perry Watkins Kurtz & Tardy, LLP ("Motion for Leave").

2. Attached hereto as Exhibit 1 is a proposed form of *Order Granting Debtors' Motion for Leave to File a Reply in Support of their Motion for Leave Regarding Debtors' Application to Employ Forman Perry Watkins Kurtz & Tardy, LLP* (the "Proposed Order") that permits the Debtors to file their Reply related to the Motion for Leave.

91100-001\DOCS_DE:126243.1

3.  Accordingly, the Debtors respectfully request that the Court enter the attached Proposed Order at its earliest convenience.

Dated: March 30, 2007

KIRKLAND & ELLIS LLP

David M. Bernick, P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

2