# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Re: Docket No. 14721 and 14883**
Agenda: April 2, 2007, Item No. 4

**ORDER GRANTING DEBTORS' MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF THEIR MOTION FOR LEAVE REGARDING DEBTORS' APPLICATION TO EMPLOY FORMAN PERRY WATKINS KURTZ & TARDY, LLP IN EXCESS OF FIVE (5) PAGES**

Upon the motion (the "Motion") of the above-captioned debtors and debtors in possession (the "Debtors") for leave to file a six (6) page reply brief (the "Reply") in support of their Motion for Leave Regarding Debtors' Application to Employ Forman Perry Watkins Kurtz & Tardy, LLP ("Motion for Leave") (Docket No. 14721); and due and proper notice of the Motion having been given, and cause appearing for the relief sought in the Motion, it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that leave is granted for the Debtors to file the Reply with the Court.

Dated: Wilmington, Delaware
_____, 2007

_____
The Honorable Judith K. Fitzgerald