# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., et al.1, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | |

**NOTICE OF DEPOSITION**

TO THE DEFENDANT WR GRACE & CO. AND YOUR ATTORNEYS:

YOU WILL PLEASE TAKE NOTICE pursuant to Rule 7030, Fed. R. Bankr. P. that the Canadian Claimant's represented by Speights & Runyan shall take the deposition of Lewis Klar. The deposition shall commence on Wednesday, April 4th, 2007 at 9:00 am, Pacific Time, and

---

1 The Debtors consist of the following 62 entities: W. R Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Ins., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Ins., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp, Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe. Inc., Grace H-G Inc., Grace H-G II Inc,, Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Ins., MICA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1

shall take place at the law office of Lawson Lundell, 1600 Cathedral Place, 925 West Georgia Street, Vancouver B.C. V6C 3L2, Canada. The taking of said deposition, if not completed on that day, will be continued from day to day, at the same place and beginning at the same hour, until completed. The deponent shall be instructed to produce those documents or other tangible information described in Attachment "A." The deposition will be used as authorized by the Federal Rules of Bankruptcy Procedure.

> Christopher D. Loizides (#3968)
> Michael J. Joyce (#4563)
> Legal Arts Bldg.
> 1225 King Street, Suite 800
> Wilmington, DE 19801
> Telephone: (302) 654-0248
> Facsimile: (302) 654-0728 (fax)
> E-mail: loizides@loizides.com

> SPEIGHTS & RUNYAN
> Daniel A. Speights (SC Fed. ID No. 4252)
> Marion C. Fairey, Jr. (SC Fed. ID No. 6101)
> 200 Jackson Avenue, East
> P.O. Box 685
> Hampton, SC 29924
> Telephone: (803) 943-4444
> Facsimile: (803) 943-4599
>
> By: _____

Hampton, South Carolina
March 30, 2007

2

In Re: W.R. Grace & Co. et al., Debtors

Civil Action No. 01-1139(JFK)

Lewis Klar
Deposition Notice
Attachment A

1. Any documents that you reviewed or intend to rely on with respect to this matter.

2. All documents related to your time or billing to W.R. Grace & Co. or its attorneys.

3