March 10, 2007

Clerk of the United States Bankruptcy Court for the District of Delaware
824 Market Street
Wilmington Delaware 19801

Re: W.R. Grace/Co., et al.
Case # 01-01139 (JFK)

Honorable Clerk:

I request an time extension past the Date of March 16 2007 to file a response to the objection by the above mentioned Debtors.

The reason(s) are (1) I received the objection through Legal Mail Date: March 9, 2007 (2) I have very limited access to the prison library. Also I have little or no legal skills such as the Debtors legal staff.

Please advise, thank you.

Sincerly                    Raphael A Pchez

Dated: March 10, 2007

[Stamp: RECEIVED / FILED  MAR 30 2007  U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE]