## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

### NOTICE OF DEPOSITION OF FRANK J. PERCH, III

TO:    THE DEBTORS AND THEIR ATTORNEYS

PLEASE TAKE NOTICE that Speights & Runyan will take the deposition of **FRANK J. PERCH, III** before an official Court Reporter, or before some other person authorized by law to administer oaths at 12:00 noon on Thursday, April 19, 2007, at the offices of Hunter, MacLean, Exley & Dunn, P.C., 200 East St. Julian Street, Savannah, Georgia.   The oral deposition will continue from day to day until completed.

DATED:  March 26, 2007

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:    loizides@loizides.com

- and -

Daniel A. Speights (SC Fed. ID No. 4252)
Marion C. Fairey, Jr. (SC Fed. ID No. 6101)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC  29924
Telephone:    (803) 943-4444
Facsimile:    (803) 943-4599

*Counsel for Speights & Runyan Claimants*