IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 2, 2007, AT 1:30* P.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD AT THE UNITED STATES BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5th FLOOR, COURTROOM #4, WILMINGTON, DELAWARE 19801**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST MAKE ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR FACSIMILE (866-533-2946), NO LATER THAN NOON ON THURSDAY, MARCH 29, 2007 AND OTHERWISE COMPLY WITH THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [DOCKET NO. 7709]**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

* The Court has entered an Order scheduling a hearing on matter 19 for 1:30 p.m. The omnibus hearing will go forward immediately thereafter.

## QUARTERLY FEE APPLICATIONS

1. Twenty-Second Quarterly Interim Applications of Counsel to the Debtors, the Statutory Committees, and the Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the Period July 1, 2006 through September 30, 2006.

Related Documents:

a. Certification of Counsel Regarding Twenty-Second Quarter Project Category Summary **[Filed: 3/27/07] (Docket No. 14989)**

b. Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Twenty-Second Period **[Filed: 3/27/07] (Docket No. 14990)**

**c. [Signed] Order Approving Quarterly Fee Applications for the Twenty-Second Period [Filed: 3/30/07] (Docket No. 15044)**

**Status: The Court has entered an Order approving this matter.**

## UNCONTESTED MATTERS

2. Application of the Debtors for the Entry of an Order Authorizing the Retention and Employment of Fragomen, Del Rey, Bernsen & Loewy, LLP as Special Immigration Counsel for the Debtors [Filed: 1/29/07] (Docket No. 14414)

Related Documents:

a. [Proposed] Order Authorizing the Retention and Employment of Fragomen, Del Rey, Bernsen & Loewy, LLP as Special Immigration Counsel for the Debtors [Filed: 1/29/07] (Docket No. 14414)

b. Certification of No Objection Regarding Application of the Debtors for the Entry of an Order Authorizing the Retention and Employment of Fragomen, Del Rey, Bernsen & Loewy, LLP as Special Immigration Counsel for the Debtors [Filed: 3/26/07] (Docket No. 14982)

Response Deadline: March 16, 2007, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: No parties have objected to the relief requested in the Application. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Application.

**CONTESTED MATTERS**

3. Amended Debtors' Statement of Amounts Paid to Ordinary Course Professionals From October 1, 2006 Through December 31, 2006 [Filed: 1/17/07] (Docket No. 14340)

Related Documents: None.

Response Deadline: March 5, 2007, at 4:00 p.m.

Responses Received:

a. Objection of the Official Committee of Asbestos Personal Injury Claimants to the Amended Debtors' Statement of Amounts Paid to Ordinary Course Professionals from October 1, 2006 Through December 31, 2006 [Filed: 3/5/07] (Docket No. 14749)

Replies Received:

a. Debtors' Response to the PI Committee's Objection to Amended Debtors' Statement of Amounts Paid to Ordinary Course Professionals from October 1, 2006 Through December 31, 2006 [Filed: 3/16/07] (Docket No. 14881)

Status: This matter will go forward.

4. Debtors' Application to Employ Forman Perry Watkins Krutz & Tardy LLP [Filed: 3/1/07] (Docket No. 14720)

Related Documents:

a. [Proposed] Order Authorizing the Debtors' Employment of Forman Perry Watkins Krutz & Tardy LLP [Filed: 3/1/07] (Docket No. 14720)

b. Debtors' Motion for Leave From this Court's December 19, 2006 Scheduling Order and December 14, 2006 Case Management Order Regarding the Debtors' Application to Employ Forman Perry Watkins Krutz & Tardy LLP [Filed: 3/1/07] (Docket No. 14721)

(i) [Proposed] Order Granting Leave From this Court's December 19, 2006 Scheduling Order and December 14, 2006 Case Management Order Regarding the Debtors' Application to Employ Forman Perry Watkins Krutz & Tardy LLP [Filed: 3/1/07] (Docket No. 14721)

[Proposed] Response Deadline: March 20, 2007, at 12:00 p.m.

Responses Received:

a. Objection of the Official Committee of Asbestos Personal Injury Claimants to the Amended Debtors' Statement of Amounts Paid to Ordinary Course Professionals from October 1, 2006 Through December 31, 2006 [Filed: 3/5/07] (Docket No. 14749)

b. Objection of the Official Committee of Asbestos Personal Injury Claimants to the Debtors' Motion for Leave From this Court's December 19, 2006 Scheduling Order and December 14, 2006 Case Management Order Regarding the Debtors' Application to Employ Forman Perry Watkins Krutz & Tardy LLP [Filed: 3/19/07] (Docket No. 14883)

c. United States Trustee's Objection to Debtors' Application to Employ Forman Perry Watkins Krutz & Tardy LLP [Filed: 3/23/07] (Docket No. 14942)

Reply Deadline: March 23, 2007, at 4:00 p.m.

Replies Received:

a. Debtors' Motion for Leave to File a Reply in Support of Their Application to Employ Forman Perry Watkins Kurtz & Tardy in Excess of Five (5) Pages [Filed: 3/23/07] (Docket No. 14967)

(i) Debtors' Reply in Support of Their Application to Employ Forman Perry Watkins Kurtz & Tardy, LLP [Filed: 3/23/07] (Docket No. 14967, Exhibit A) **[Reply Filed on 3/30/07, Docket No. 15046]**

b. Debtors' Motion for Leave to File a Reply in Support of Their Motion for Leave Regarding Debtors' Application to Employ Forman Perry Watkins Kurtz & Tardy, LLP in Excess of Five (5) Pages [Filed: 3/23/07] (Docket No. 14968)

(i) Debtors' Reply in Support of Their Motion for Leave Regarding Debtors' Application to Employ Forman Perry Watkins Kurtz & Tardy LLP [Filed: 3/23/07] (Docket No. 14968, Exhibit A) **[Reply Filed on 3/30/07, Docket No. 15047]**

**c. [Signed] Order Granting Debtors' Motion for Leave to File a Reply in Support of Their Application to Employ Forman Perry Watkins Kurtz & Tardy in Excess of Five (5) Pages *[Nine (9) Pages]* [Filed: 3/30/07] (Docket No. 15042)**

**d. [Signed] Order Granting Debtors' Motion for Leave to File a Reply in Support of Their Motion for Leave Regarding Debtors' Application to Employ Forman Perry Watkins Kurtz & Tardy, LLP in Excess of Five (5) Pages *[Six (6) Pages]* [Filed: 3/23/07] (Docket No. 14968)**

Status: This matter will go forward.

5. Motion of BNSF for Clarification of the Scope of the Preliminary Injunction, or in the Alternative, for Relief From the Preliminary Injunction [Filed: 2/15/07] (Adv. Pro. No. 01-771, Docket No. 389)

Related Documents:

a. Affidavit of James Roberts [Filed: 2/15/07] (Adv. Pro. No. 01-771, Docket No. 389)

Response Deadline: March 16, 2007, at 4:00 p.m.

Responses Received:

a. Libby Claimants' Statement Concerning Motion of BNSF Concerning Preliminary Injunction [Filed: 2/28/07] (Adv. Pro. No. 01-771, Docket No. 390)

b. Objection of Continental Casualty Company to Motion of BNSF for Clarification of the Scope of the Preliminary Injunction, or in the Alternative, for Relief From the Preliminary Injunction [Filed: 3/16/07] (Adv. Pro. No. 01-771, Docket No. 391)

c. Royal Indemnity Company's Opposition to Motion of BNSF for Clarification of the Scope of the Preliminary Injunction, or in the Alternative, for Relief From the Preliminary Injunction [Filed: 3/16/07] (Adv. Pro. No. 01-771, Docket No. 392)

d. Objection of Maryland Casualty Company to the Motion of BNSF for Clarification of the Scope of the Preliminary Injunction, or in the Alternative, for Relief From the Preliminary Injunction [Filed: 3/16/07] (Adv. Pro. No. 01-771, Docket No. 393)

e. Debtors' Response to Motion of BNSF for Clarification of the Scope of the Preliminary Injunction and Cross-Motion to Expand the Preliminary Injunction to Include Actions Against BNSF [Filed: 3/16/07] (Adv. Pro. No. 01-771, Docket No. 394)

    (i) [Proposed] Order Expanding the Preliminary Injunction to Include Actions Against BNSF [Filed: 3/16/07] (Adv. Pro. No. 01-771, Docket No. 394)

    (ii) [Signed] Order Related to Docket No. 394 [Filed: 3/16/07] (Adv. Pro. No. 01-771, Docket No. 396)

    Related Documents:

    a. Motion for Leave to Further Amend Complaint [Filed: 3/16/04] (Adv. Pro. No. 01-771, Docket No. 395)

Replies Received:

a. Royal Indemnity Company's Response to Debtors Response to Motion of BNSF for Clarification of the Scope of the Preliminary Injunction and Cross-Motion to Expand the preliminary Injunction to Include Actions Against BNSF [Filed: 3/26/07] (Adv. Pro. No. 01-771, Docket No. 397)

Status: This matter is going forward.

6. Debtors' Motion for an Injunction Under Sections 105 and 362 of the Bankruptcy Code [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket No. 3)

Related Documents:

a. [Proposed] Injunction Order [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket No. 3)

b. [Signed] Twelfth Order Regarding Debtors' Motion for an Injunction Under Sections 105 and 362 of the Bankruptcy Code [Filed: 2/23/07] (Adv. Pro. No. 05-52724, Docket No. 25)

c. W. R. Grace & Co. (Case No. 01-1139) Transcript (Pages 173 through 189) of the November 14, 2005 Omnibus Hearing [Filed: TBD] (Docket No. TBD)

Response Deadline: October 7, 2005, at 4:00 p.m.

Responses Received:

a. Defendants' Motion to Dismiss Debtors' Complaint for Declaratory and Injunctive Relief and in Opposition to Debtors' Motion for an Injunction [Filed: 10/7/05] (Adv. Pro. No. 05-52724, Docket No. 6)

Related Document

a. Brief in Support of Defendants' Motion to Dismiss Debtors' Complaint for Declaratory and Injunctive Relief and in Opposition to Debtors' Motion for an Injunction [Filed: 10/7/05] (Adv. Pro. No. 05-52724, Docket No. 7)

Replies Received:

a. Debtor's Opposition to Defendants' Motion to Dismiss [Filed: 10/28/05] (Adv. Pro. No. 05-52724, Docket No. 8)

Status: This matter is going forward.

7. Pretrial Conference for W. R. Grace & Co., et al., v. Bradley M. Campbell, Commissioner of the New Jersey Department of Environmental Protection [Filed: 9/19/05] (Adv. Pro. No. 05-52724)

Related Documents:

a. Complaint for Declaratory and Injunctive Relief [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket No. 1)

b. Summons and Notice of Scheduling Conference in an Adversary Proceeding [Filed: 9/19/05] (Adv. Pro. No. 05-52724, Docket No. 2)

c. W. R. Grace & Co. (Case No. 01-1139) Transcript (Pages 173 through 189) of the November 14, 2005 Omnibus Hearing [Filed: TBD] (Docket No. TBD)

Response Deadline: October 7, 2005, at 4:00 p.m.

Responses Received:

a. Defendants' Motion to Dismiss Debtors' Complaint for Declaratory and Injunctive Relief and in Opposition to Debtors' Motion for an Injunction [Filed: 10/7/05] (Adv. Pro. No. 05-52724, Docket No. 6)

Related Document

a. Brief in Support of Defendants' Motion to Dismiss Debtors' Complaint for Declaratory and Injunctive Relief and in Opposition to Debtors' Motion for an Injunction [Filed: 10/7/05] (Adv. Pro. No. 05-52724, Docket No. 7)

Replies Received:

a. Debtor's Opposition to Defendants' Motion to Dismiss [Filed: 10/28/05] (Adv. Pro. No. 05-52724, Docket No. 8)

Status This matter is going forward.

8. Motion of The Scotts Company Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of Bankruptcy Procedure 9024 for Relief to the Extent Necessary from the Modified Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic Stay [Filed: 11/15/04] (Docket No. 323) *W. R. Grace & Co., et al. v. Margaret Chakarian, et al. and John Does 1 - 1000 [Adv. Pro. No. 01-771]*.

Response Deadline: December 15, 2004 at 4:00 p.m.

Responses Received:

a. Objection of Maryland Casualty Company to Motion of the Scotts Company Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of Bankruptcy Procedure 9024 for Relief to the Extent Necessary from the Modified Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic Stay [Filed: 2/11/05] (Adv. Pro. No. 01-771, Docket No. 355)

b. Response of One Beacon America Insurance Company and Seaton Insurance Company to the Motion of the Scotts Company Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of Bankruptcy Procedure 9024 for Relief to the Extent Necessary From the Modified Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic Stay [Filed: 2/11/05] (Adv. Pro. No. 04-55083, Docket No. 14)

c. Objection of Continental Casualty Company and Boston Old Colony Insurance Company to the Scotts Company's Motion Seeking Relief From the Automatic Stay and the Modified Preliminary Junction Order Dated January 22, 2002 [Filed: 2/18/05] (Adv. Pro. No. 01-771, Docket No. 356)

Status: A status conference will go forward on this matter.

**CLAIMS OBJECTIONS GOING FORWARD**

9. Debtors' Twentieth Omnibus Objection to Claims (Substantive) [Filed: 12/18/06] (Docket No. 14063)

Related Documents:

a. [Signed] Order Granting Relief Sought Debtors' Twentieth Omnibus Objection to Claims (Substantive) [Filed: 1/24/07] (Docket No. 14385)

b. Certification of Counsel Regarding Second Order Granting the Relief Sought in Debtors' Twentieth Omnibus Objection to Claims (Substantive) [Filed: 2/23/07] (Docket No. 14667)

c. [Signed] Second Order Granting Relief Sought Debtors' Twentieth Omnibus Objection to Claims (Substantive) [Filed: 2/25/07] (Docket No. 14673)

Response Deadline: January 5, 2007, at 4:00 p.m.

Responses Received:

a. Response of Cartus Corporation, Formerly Known as Cendant Mobility Services Corporation, to Debtors' Twentieth Objection to Claims (Substantive) [Filed: 1/3/07] (Docket No. 14217)

b. Response of James Rapisardi, Executor of the Estate of Rosario Rapisardi to Debtors' Twentieth Objection to Claims (Substantive) [Filed: 1/4/07] (Docket No. 14219)

c. Response of Claimant Walter D. Pelett to Debtors' Twentieth Omnibus Objection to Claims [Filed: 2/9/07] (Docket No. 14525)

d. Response of James Rapisardi, Executor of the Estate of Rosario Rapisardi to Debtors' Request for Additional Documents [Filed: 2/22/07] (Docket No. 14645)

Status: This matter will go forward except for certain continued claims objections listed on the attached chart.

10. Debtors' Twenty-First Omnibus Objection to Claims (Substantive) [Filed: 2/26/07] (Docket No. 14680)

Related Documents:

a. [Proposed] Order Granting Relief Sought in Debtors' Twenty-First Omnibus Objection to Claims (Substantive) [Filed: 2/26/07] (Docket No. 14680)

b. Debtors' Motion for Limited Waiver of Del.Bankr.L.R. 3007-1 to Permit Filing Omnibus Objection to Approximately 550 Cross-Debtor Duplicate Claims [Filed: 2/26/07] (Docket No. 14681)

(i) [Proposed] Order Granting Limited Waiver of Del.Bankr.L.R. 3007-1 to Permit Filing Omnibus Objection to Approximately 550 Cross-Debtor Duplicate Claims [Filed: 2/26/07] (Docket No. 14681)

c. Certification of Counsel Regarding Order Disallowing and Expunging Certain of the Claims of Sealed Air Corporation and its Affiliates [Filed: 3/12/07] (Docket No. 14825)

(i) [Signed] Order Disallowing and Expunging Certain of the Claims of Sealed Air Corporation and Its Affiliates [Filed: 3/19/07] (Docket No. 14891)

d. Certification of Counsel Regarding Order Disallowing and Expunging Certain of the Claims of Fresenius Medical Care Holdings, Inc. and its Affiliates [Filed: 3/14/07] (Docket No. 14865)

(i) [Signed] Order Disallowing and Expunging Certain of the Claims of Fresenius Medical Care Holdings, Inc. and Its Affiliates [Filed: 3/19/07] (Docket No. 14892)

e. Certification of Counsel Regarding Order Approving Stipulation Resolving Certain of G-I Holdings, Inc. and Its Affiliates [Filed: 3/19/07] (Docket No. 14899)

f. Certification of Counsel Regarding Order Approving Stipulation Resolving Certain of the Claims of Century Indemnity Company, et al. [Filed: 3/23/07] (Docket No. 14900)

g. Certification of Counsel Regarding Order Disallowing and Expunging Certain Claims of ICI Americas, Inc. [Filed: 3/23/07] (Docket No. 14955)

h. Certification of Counsel Regarding Order Disallowing and Expunging Certain Claim of Travelers Casualty and Surety Company [Filed: 3/23/07] (Docket No. 14956)

Response Deadline: March 16, 2007, at 4:00 p.m.

Responses Received:

a. Response of the State of Montana Department of Environmental Quality to Debtors' Twenty-First Omnibus Objection to Cross-Debtor Duplicative Claims (Substantive) [Filed: 3/16/07] (Docket No. 14875)

Status: This matter will go forward except for certain continued claims objections listed on the attached chart.

11. Debtors' Objection to the Royalty Claim of Circle Bar Ranch, Inc. [Filed: 2/26/07] (Docket No. 14682)

Related Documents:

a. [Proposed] Order Granting Relief Sough in the Debtors' Objection to the Royalty Claim of Circle Bar Ranch, Inc. [Filed: 2/26/07] (Docket No. 14682)

**b. Certification of Counsel and Certification of No Objection Regarding Debtors' Objection to the Royalty Claim of Circle Bar Ranch, Inc. [Filed: 3/30/07] (Docket No. 15050)**

Response Deadline: March 16, 2007, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: The Debtors have filed a certification of counsel and certification of no objection requesting that the Court enter the Order.**

12. Debtors' Objection to the Duplicate Medical Monitoring Claim Filed By Rapheal Jamie Palazzo [Filed: 2/26/07] (Docket No. 14683)

Related Documents:

a. [Proposed] Order Granting Relief Sough in the Debtors' Objection to the Duplicate Medical Monitoring Claim Filed By Rapheal Jamie Palazzo [Filed: 2/26/07] (Docket No. 14683)

b. Certification of No Objection Regarding Debtors' Objection to the Duplicate Medical Monitoring Claim Filed By Rapheal Jamie Palazzo [Filed: 3/26/07] (Docket No. 14983)

Response Deadline: March 16, 2007, at 4:00 p.m.

Responses Received:

**a. Letter Response of Rapheal Jamie Palazzo Dated 3/10/07 [Filed: 3/30/07] (Docket No. 15040)**

**Status: This matter will go forward.**

13. Debtors' Objection to Certain Claims Filed By Berger & Montague, P.C. and Richardson, Westbrook & Brockman, LLC [Filed: 2/27/07] (Docket No. 14693)

Related Documents:

a. Debtors' Motion for Leave From this Court's December 19, 2006 Scheduling Order and December 14, 2006 Case Management Order for the Debtors' Objection to Certain Claims Filed By Berger & Montague, P.C. and Richardson, Patrick , Westbrook & Brockman, LLC [Filed: 2/27/07] (Docket No. 14694)

(i) [Signed] Order Granting Debtors' Motion for Leave From this Court's December 19, 2006 Scheduling Order and December 14, 2006 Case Management Order for the Debtors' Objection to Certain Claims Filed By Berger & Montague, P.C. and Richardson, Patrick , Westbrook & Brockman, LLC [Filed: 3/1/07] (Docket No. 14716)

[Proposed] Response Deadline: March 19, 2007, at 12:00 p.m.

Responses Received:

a. Response of the College and University Class Action to Debtors' Objection to Certain Claims Filed By Berger & Montague, P.C. and Richardson, Patrick, Westbrook & Brickman, LLC [Filed: 3/14/07] (Docket No. 14860)

Status: This matter will go forward.

**MATTERS RELATING TO ASBESTOS PI CLAIMS**

14. The Law Offices of Peter G. Angelos, P.C.'s Motion for an Extension of Time to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 1/11/07] (Docket No. 14286)

Related Documents:

a. [Proposed] Order Granting the Law Offices of Peter G. Angelos, P.C.'s Motion for an Extension of Time to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 1/11/07] (Docket No. 14286)

b. Certification of Counsel Regarding the Law Offices of Peter G. Angelos, P.C.'s Motion for an Extension of Time to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 3/23/07] (Docket No. 14960)

**c. [Signed] Agreed Order Regarding the Motion of the Law Offices of Peter G. Angelos, P.C.'s Motion for an Extension of Time to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 3/30/07] (Docket No. 14286)**

Response Deadline: None.

Responses Received: None.

Status: This matter has been resolved.

15. Status Conference on PI Estimation

Status: This matter will go forward.

**MATTERS RELATING TO ASBESTOS PD CLAIMS**

16. Status Conference on ZAI Science Issues

Status: This matter is continued until May 2, 2007 at 2:00 p.m.

17. Conference on Procedures for April 23-25 Adjudication of PD Claim Objections Regarding Product Identification, Statutes of Limitations and Libby Claims

Status: This matter is continued until April 9, 2007 at 9:00 a.m.

18. Motion of Anderson Memorial Hospital for Class Certification [Filed: 10/21/05] (Docket No. 10014)

Related Documents:

a. [Proposed] Order Granting the Motion of Anderson Memorial Hospital for Class Certification [Filed: 10/21/05] (Docket No. 10014)

Response Deadline: December 2, 2005, at 4:00 p.m.

Responses Received:

a. Debtors' Brief in Opposition to Motion of Anderson Memorial Hospital for Class Certification [Filed: 12/2/05] (Docket No. 11245)

Supplemental Briefing:

a. Appendix of Documents in Support of Debtors' Opposition to Motion of Anderson Memorial for Class Certification [Filed: 9/8/06] (Docket No. 13186)

Response Deadline: January 20, 2006, at 4:00 p.m.

Status: This matter will go forward for a status conference.

**ADDITIONAL MATTERS**

19. Emergency Motion of the Official Committee of Asbestos Personal Injury Claimants and David T. Austern, The Court Appointed Legal Representative for Future Asbestos Personal Injury Claimant to Compel Debtors' Production of Complete Navigable Database [Filed: 3/19/07] (Docket No. 14903)

Related Documents:

a. [Proposed] Order Granting the Emergency Motion of the Official Committee of Asbestos Personal Injury Claimants and David T. Austern, The Court Appointed Legal Representative for Future Asbestos Personal Injury Claimant to Compel Debtors' Production of Complete Navigable Database [Filed: 3/1907] (Docket No. 14903)

b. Amended Motion to Shorten Notice with Respect to the Emergency Motion of the Official Committee of Asbestos Personal Injury Claimants and David T. Austern, The Court Appointed Legal Representative for Future Asbestos Personal Injury Claimant to Compel Debtors' Production of Complete Navigable Database [Filed: 3/20/07] (Docket No. 14909)

(i) [Signed] Amended Modified Order Granting the Amended Motion to Shorten Notice with Respect to the Emergency Motion of the Official Committee of Asbestos Personal Injury Claimants and David T. Austern, The Court Appointed Legal Representative for Future Asbestos Personal Injury Claimant to Compel Debtors' Production of Complete Navigable Database [Filed: 3/20/07] (Docket No. 14913)

Response Deadline: March 26, 2006, at 4:00 p.m.

Responses Received:

a. W. R. Grace & Co.'s Response to Emergency Motion of the Official Committee of Asbestos Personal Injury Claimants and David T. Austern, The Court Appointed Legal Representative for Future Asbestos Personal Injury Claimant to Compel Debtors' Production of Complete Navigable Database [Filed: 3/26/07] (Docket No. 14973)

Status: This matter will go forward.

Dated: March 30, 2007

KIRKLAND & ELLIS LLP
David M. Bernick P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and-

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

/s/ James E. O'Neill
Laura Davis Jones (Bar No. 2436)
James E. O'Neill, III (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession