# Status

# 20th Omnibus Objection

| Omnibus Objection | Creditor Name | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|---|
| 20th | CENDANT MOBILITY SERVICES CORPORATION | 14217 | 9837 | $270,250.62 | U | Reduce and Allow | Reduce and Allow | Continued to May 2, 2007 |
| 20th | ESTATE OF ROSARIO RAPISARDI | 14219, 14645 | 15073 | $680,060.44 | U | No Liability | Expunge | Continued to May 2, 2007 |
| 20th | GRAU JAMES AND ANNA | | 9688 | $800,000.00 | U | No Liability | Expunge | Continued to May 2, 2007 |
| 20th | HARY GRAU & SONS INC | | 9687 | $800,000.00 | U | No Liability | Expunge | Continued to May 2, 2007 |
| 20th | WALTER D. PELETT | 14525 | 2519 | $52,516.76 | U | No Liability | Expunge | Continued to May 2, 2007 |

# Status

# 21st Omnibus Objection

| Omnibus Objection | Creditor Name | Docket No.(s) of Response | Claim No.(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|---|
| 21st | ONEBEACON AMERICA INSURANCE COMPANY | - | 15592-15653 | Unknown | S/U | Cross-Debtor Duplicate | Expunge all but one claim | Continued to May 2, 2007 |
| 21st | SEATON INSURANCE COMPANY | - | 15530-15591 | Unknown | S/U | Cross-Debtor Duplicate | Expunge all but one claim | Continued to May 2, 2007 |
| 21st | MARYLAND CASUALTY COMPANY | - | 15376-15436, 15439 | Unknown | U | Cross-Debtor Duplicate | Expunge all but one claim | Continued to May 2, 2007 |
| 21st | STATE OF MONTANA DEPT. OF ENVIRONMENTAL QUALITY | 14875 | 15296-15298 | $8,510,022.16 | S/U | Cross-Debtor Duplicate | Expunge all but one claim | Continued to May 2, 2007 |