# **EXHIBIT 1**

## Firms With Claimants Whose X-rays No Longer Exist

| Firm | Claimants Whose X-rays No Longer Exist |
|---|---|
| Baldwin & Baldwin | 1 |
| Cascino Vaughan | 4 |
| Christopher E. Grell | 1 |
| Coady Law Firm | 23 |
| David Nutt | 1 |
| Early Ludwick Sweeney & Strauss | 2 |
| Edward O. Moody | 3 |
| George & Sipes | 3 |
| Goldberg Persky & White | 6 |
| Hartley & O'Brien | 60 |
| Locks Law Firm | 1 |
| Madeksho Law Firm | 1 |
| Martin & Jones | 3 |
| McGarvey Heberling Sullivan & McGarvey | 8 |
| Michael B. Serling | 10 |
| Michie Hamlett Lowry Rasumussen & Tweel | 4 |
| Rose Klein & Marias | 7 |
| Shein Law Center | 1 |
| Thornton & Naumes | 61 |
| Waters & Kraus | 1 |
| Zamler Mellen & Shiffman | 4 |
| **Total** | **205** |