# EXHIBIT 2

## Firms that Failed to Respond to the Supplemental X-ray Order

| Firm | Number of Claimants |
|---|---|
| Boechler PC | 11 |
| Byrd & Associates | 1 |
| Casoselli Beachler Mctiernan & Conboy | 9 |
| Christopher Whyland | 1 |
| David Odell Harville | 1 |
| Donaldson & Black | 21 |
| Galiher Derobertis Ono | 1 |
| Galligan Doyle Reid | 1 |
| Gertler Gertler Vincent & Plotkin | 1 |
| J. Donald Carona | 1 |
| Klamann & Hubbard | 1 |
| Lewis Slovak & Kovacich | 2 |
| Lipsitz Green Fahringer Roll Salisbury & Cambria | 1 |
| Lyons & Ranta | 1 |
| Law Offices of Joseph C. Maher II | 2 |
| Martens Ice Klass Legghio & Israel | 1 |
| McKay Law Firm | 1 |
| Nichol & Associates | 27 |
| Peter T. Nicholl | 2 |
| Paul D. Henderson | 1 |
| Popham Law firm | 1 |
| Robert G. Taylor II | 17 |
| Rossbach Hart Bechtold | 2 |
| Law Offices of Linda C. Sams | 1 |
| Shinaberry & Meade | 2 |
| SimmonsCooper | 41 |
| Stephen D. Colafella | 1 |
| Taunia Thompson Elick | 2 |
| Trine & Metcalf | 3 |
| Wilentz Goldman & Spitzer | 33 |
| **Total** | **190** |