# EXHIBIT 3

**Firms that Failed to Provide Certifications For the X-rays They Submitted**

| Firm | Number of Claimants For Whom X-rays Were Provided |
|---:|:---:|
| Anapol Schwartz | 9 |
| Ashcraft & Gerel | 4 |
| Bruegger & McCullough | 2 |
| Law Offices of James D. Burns | 2 |
| The Calwell Practice | 13 |
| Camp Fiorante Matthews | 1 |
| David Lipman | 36 |
| Embry & Neusner | 1 |
| George & Sipes | 12 |
| Gerald F. Maples | 4 |
| Gibson Law Firm | 19 |
| Goldenberg Miller Heller & Antogloni | 19 |
| Hartley & O'Brien | 57 |
| Heard Robbins Cloud & Lubel | 68 |
| James Hession | 2 |
| Hissey Kientz & Herron | 96 |
| Howard Brenner & Nass | 6 |
| James F. Humphreys & Associates | 49 |
| Koonz McKenney Johnson Depaolis & Lightfoot | 3 |
| Levy Phillips Konigsberg | 1 |
| Madeksho Law Firm | 1 |
| Martin & Jones | 41 |
| Peirce Raimond & Coulter | 17 |
| Pfeifer & Fabian | 3 |
| Porter & Malouf | 1 |
| Pro Se | 1 |
| Sieben Polk Laverdiere & Dusich | 12 |
| Schroeter Goldmark & Bender | 1 |
| Shein Law Center | 1 |
| Terrell Hogan | 12 |
| Thornton & Naumes | 16 |
| Wallace & Graham | 126 |
| Williams Bailey | 288 |
| Wysoker Glassner Weingartner Gonzales & Lockspeiser | 17 |
| **Total** | **941** |