# EXHIBIT 4

## Claimants Whose X-rays Were Not Located

| Firm | Claimants Whose X-Rays Were Not Located |
|---|---|
| Bevan & Associates | 8 |
| Bruegger & McCullough | 1 |
| Cooney & Conway | 9 |
| Law offices of Peter G. Angelos | 475 |
| Nix Patterson & Roach | 6 |
| Pfeifer & Fabian | 2 |
| Provost Umphrey | 83 |
| Stephen L. Shackelford | 1 |
| Sutter Law Firm | 13 |
| Wallace & Graham | 72 |
| Wartnick Law Firm | 44 |
| Waters & Kraus | 15 |
| **Total** | **729** |