# EXHIBIT 5

## Firms with Claimants' X-rays In The Hands of Third Parties

| Firm | X-Rays In Possession of Third Parties |
|---|---|
| Bogdan Law Firm | 168 |
| Early Ludwick Sweeney & Strauss | 6 |
| Foster & Sear | 14 |
| Goldbenberg Miller Heller & Antogloni | 3 |
| Goldberg Persky & White | 2 |
| Heard Robbins Cloud & Lubel | 11 |
| Hissey Kientz & Herron | 5 |
| Koonz McKenney Johnson Depaolis & Lightfoot | 1 |
| Law offices of Peter G. Angelos | 80 |
| Lipsitz and Ponterio | 7 |
| McGarvey Heberling | 2 |
| Thornton & Naumes | 104 |
| Weitz & Luxenberg | 35 |
| Wise & Julian | 3 |
| Zamler Mellen & Shiffman | 1 |
| **Total** | **442** |