IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. Grace & Co., et al., | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Hearing Date: May 21, 2007 @ 2:00 p.m. |
| | | Objection Deadline: May 4, 2007 @ 4:00 p.m. |

## ANDERSON MEMORIAL HOSPITAL'S MOTION TO COMPEL

Anderson Memorial Hospital ("Anderson"), by and through undersigned counsel, hereby moves the Court for an Order compelling the Debtors to produce a Privilege Log as required by the applicable rules with respect to Grace's December 13, 2006 Responses to Anderson's October 30, 2006 Amended Request for Production, a true and correct copy of which is attached as Exhibit "A" hereto.

Dated: Wilmington, Delaware
March 31, 2007

LOIZIDES, P.A.

Christopher D. Loizides (#3968)
Legal Arts Building
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728

SPEIGHTS & RUNYAN
Daniel A. Speights (SC Fed. ID No. 4252)
Marion C. Fairey, Jr. (SC Fed ID No. 6101)
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC 29924
Telephone: (803) 943-4444
Facsimile: (803) 943-4599

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. Grace & Co., et al., | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## **CERTIFICATION**

Pursuant to Local Bankruptcy Rule 9006-1(b), counsel for the moving party certifies that counsel has made a reasonable effort to reach agreement with the opposing attorneys for the Debtors on the matters set forth in the foregoing motion, but has not been able to resolve those matters.

Dated: Wilmington, Delaware
       March 31, 2007

LOIZIDES, P.A.

Christopher D. Loizides (#3968)
Legal Arts Building
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
E-mail: loizides@loizides.com

SPEIGHTS & RUNYAN
Daniel A. Speights (SC Fed. ID No. 4252)
Marion C. Fairey, Jr. (SC Fed ID No. 6101)
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC 29924
Telephone: (803) 943-4444
Facsimile: (803) 943-4599

070330185255

## SUMMARY OF EXHIBITS

Exhibit A    Anderson Memorial Hospital's Amended Requests for Production to the Debtors, dated October 30, 2006

070330185255