# EXHIBIT 2

## for WR Grace

Total number of parties: 4

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 24061 | BCL CAPITAL, ATTN CORPORATE ATTY, 115 WEST COLLEGE DR, MARSHALL, MN, 56258 | US Mail (1st Class) |
| 24061 | DELL RECEIVABLES, LP, C/O MS SABRINA STREUSSAND, HUGHES & LUCE, LLP, 111 CONGRESS AVE STE 900, AUSTIN, TX, 78701-4043 | US Mail (1st Class) |
| 24061 | RELIANT ENERGY HL&P, PO BOX 1700, HOUSTON, TX, 77001 | US Mail (1st Class) |
| 24061 | TRANSCAT, C/O COMMERCIAL COLLECTION CORP OF NY, PO BOX 740, BUFFALO, NY, 14217 | US Mail (1st Class) |

Subtotal for this group: 4