**EXHIBIT 2**

## for WR Grace

**Total number of parties: 16**

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 24060 | AMERICAN 1ST CU, C/O CORY W THOMPSON, BOX 446, HUNTSVILLE, UT, 84317 | US Mail (1st Class) |
| 24060 | CATERPILLAR FINANCIAL SERVICES CORP, LEGAL DEPT, 2120 WEST END AVE, NASHVILLE, TN, 37203 | US Mail (1st Class) |
| 24060 | CONTRARIAN CAPITAL TRADE CLAIMS LP, ASSIGNEE OF AT&T, 411 W PUTNAM AVE STE 225, ATTN ALPA JIMENEZ, GREENWICH, CT, 06830 | US Mail (1st Class) |
| 24060 | COOK COUNTY TREASURER, LAW DEPT, 118 N CLARK ST ROOM 212, CHICAGO, IL, 60602 | US Mail (1st Class) |
| 24060 | GALLET DREYER & BERKEY LLP, C/O DAVID L BERKEY ESQ, GALLET DREYER & BERKEY LLP, 845 THIRD AVENUE, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 24060 | GENERAL ELECTRIC CAPITAL BUSINESS ASSET, C/O CONRAD K CHIU ESQ, PITNEY HARDIN KIPP & SZUCH LLP, 685 THIRD AVE, NEW YORK, NY, 10017 | US Mail (1st Class) |
| 24060 | HEARTHSIDE RESIDENTIAL CORP, C/O ALLAN H ICKOWITZ ESQ, NOSSAMAN GUTHNER KNOX & ELLIOTT LLP, 445 S FIGUEROA ST, 31ST FLR, LOS ANGELES, CA, 90071 | US Mail (1st Class) |
| 24060 | IOS CAPITAL, BANKRUPTCY ADMIN, PO BOX 13708, MACON, GA, 31208-3708 | US Mail (1st Class) |
| 24060 | MICHIGAN DEPT OF TREASURY REVENUE DIV, PO BOX 30456, LANSING, MI, 48909-7955 | US Mail (1st Class) |
| 24060 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, BANKRUPTCY SECTION, PO BOX 5300, ALBANY, NY, 12205-0300 | US Mail (1st Class) |
| 24060 | OCCIDENTAL PERMIAN LTD FKA ALTURA ENERGY LTD, C/O JOHN W HAVINS, 1001 MCKINNEY, SUITE 500, HOUSTON, TX, 77002 | US Mail (1st Class) |
| 24060 | PALEY ROTHMAN ET AL, ATTN: ROBERT MACLAY & KAREN MOORE, 4800 HAMPDEN LANE 7TH FLOOR, BETHESDA, MD, 20814 | US Mail (1st Class) |
| 24060 | RYDER SHARED SERVICES CENTER, M/S2868, 6000 WINDWARD PKWY, ALPHARETTA, GA, 30005 | US Mail (1st Class) |
| 24060 | SIGNAL LANDMARK, C/O ALLAN H ICKOWITZ ESQ, NOSSAMAN GUTHNER KNOX & ELLIOTT LLP, 445 S FIGUEROA ST, 31ST FLR, LOS ANGELES, CA, 90071 | US Mail (1st Class) |
| 24060 | SPARTANBURG COUNTY TAX COLLECTOR, ATTN JEAN R JAMESON, PO BOX 3060, SPARTANBURG, SC, 29304 | US Mail (1st Class) |
| 24060 | STATE OF GEORGIA, DEPARTMENT OF REVENUE, P.O. BOX 161108, ATLANTA, GA, 30321USA | US Mail (1st Class) |

**Subtotal for this group: 16**