IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Hearing Date: May 21, 2007 @ 2:00 p.m. |
| | ) | Objection Deadline: May 4, 2007 @ 4:00 p.m. |

## ANDERSON MEMORIAL HOSPITAL'S AMENDED MOTION TO COMPEL

Anderson Memorial Hospital ("Anderson"), by and through undersigned counsel, hereby moves the Court for an Order compelling the Debtors to produce a Privilege Log as required by the applicable rules with respect to W.R. Grace's December 13, 2006 Responses to Anderson's October 30, 2006 Amended Request for Production, true and correct copies of which are attached hereto as Exhibit "A" and "B," respectively.

DATED: April 2, 2007

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:     (302) 654-0728

- and -

Daniel A. Speights (SC Fed. ID No. 4252)
Marion C. Fairey, Jr. (SC Fed ID No. 6101)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC 29924
Telephone:   (803) 943-4444
Facsimile:     (803) 943-4599

*Counsel to Anderson Memorial Hospital*

070330185255.doc

## SUMMARY OF EXHIBITS

EXHIBIT A:   Anderson Memorial Hospital's Amended Requests for Production to the Debtors, dated October 30, 2006

EXHIBIT B:   W.R. Grace's December 13, 2006 Responses to Anderson Memorial Hospital's Amended Requests for Production to the Debtors, dated October 30, 2006

070330185255.doc