IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## CERTIFICATION

Pursuant to Local Bankruptcy Rule 9006-1(b), counsel for the moving party certifies that counsel has made a reasonable effort to reach agreement with the opposing attorneys for the Debtors on the matters set forth in the foregoing motion, but has not been able to resolve those matters.

DATED: April 2, 2007

/s/ Christopher D. Loizides
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:   (302) 654-0248
Facsimile:    (302) 654-0728

- and -

Daniel A. Speights (SC Fed. ID No. 4252)
Marion C. Fairey, Jr. (SC Fed ID No. 6101)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC  29924
Telephone:   (803) 943-4444
Facsimile:    (803) 943-4599

*Counsel to Anderson Memorial Hospital*

070330185255.doc