IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Hearing Date: May 21, 2007 @ 2:00 p.m. |
| | ) | Objection Deadline: May 4, 2007 @ 4:00 p.m. |
| | ) | |
| | ) | Re: Docket No. _____ |

## ORDER GRANTING
## ANDERSON MEMORIAL HOSPITAL'S AMENDED MOTION TO COMPEL

Upon consideration of the above-referenced motion (the "Motion"), and due and adequate notice of the Motion having been given; and objections, if any, having been resolved or overruled; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Motion constituting a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and after a hearing on the Motion and the Court having considered the evidence and heard argument; it is hereby

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the above-captioned debtors shall produce a detailed privilege log in response to Anderson Memorial Hospital's Amended Requests for Production to the Debtors dated October 30, 2006, on or before _____, 2007.

DATED: _____, 2007

                                                        The Honorable Judith K. Fitzgerald
                                                        United States Bankruptcy Judge

070330185255.doc