IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 9, 2007, AT 9:00 A.M. BEFORE THE
HONORABLE JUDITH K. FITZGERALD, IN PITTSBURGH, PENNSYLVANIA**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST MAKE ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR FACSIMILE (866-533-2946), NO LATER THAN NOON ON THURSDAY, APRIL 5, 2007 AND OTHERWISE COMPLY WITH THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [DOCKET NO. 7709]**

**CONTINUED MATTERS:**

1. Debtors' Motion for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Six (6) Time Barred Asbestos Property Damage Claims Filed By Prudential Insurance Company of America [Filed: 11/17/07] (Docket No. 13700)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Related Documents:

a. [Proposed] Order Disallowing and Expunging Six (6) Time Barred Asbestos Property Damage Claims Filed By Prudential Insurance Company of America [Filed: 11/17/07] (Docket No. 13700, Exhibit K)

Response Deadline: March 19, 2007, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: This matter is continued pending finalization of potential settlement.

2. Debtors' Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging One Hundred Twenty (120) Time-Barred Louisiana Asbestos Property Damage Claims [Filed: 2/16/07] (Docket No. 14595)

    Related Documents:

    a. [Proposed] Order Disallowing and Expunging 120 Louisiana Asbestos Property Damage Claims Barred By Louisiana's One-Year Prescription Period [Filed: 2/16/07] (Docket No. 14595)

    b. Appendix to Rule 1006 Summaries with Information Attached [Filed: 2/17/07] (Docket No. 14600)

    Response Deadline: March 19, 2007, at 4:00 p.m.

    Responses Received: None as of the date of this Notice of Agenda.

    Status: This matter is continued pending finalization of potential settlement.

**UNCONTESTED MATTERS RELATING TO ASBESTOS PD CLAIMS**

3. Debtors' "Road Map" of Summary Judgment Motions to Expunge Various Asbestos Property Damage Claims [Filed: 2/16/07] (Docket No. 14592)

    Related Documents:

    a. Appendix to Rule 1006 Summaries with Information Attached [Filed: 2/17/07] (Docket No. 14600)

    Response Deadline: March 19, 2007, at 4:00 p.m.

    Responses Received: None as of the date of this Notice of Agenda.

    Status: This matter will go forward.

4.  Debtors' Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Fifty-Two (52) Libby Claims Presenting No Damage [Filed: 2/16/07] (Docket No. 14599)

    Related Documents:

    a.  [Proposed] Order Disallowing and Expunging Fifty-Two (52) Libby Asbestos PD Claims [Filed: 2/16/07] (Docket No. 14599)

    b.  Appendix to Rule 1006 Summaries with Information Attached [Filed: 2/17/07] (Docket No. 14600)

    Response Deadline: March 19, 2007, at 4:00 p.m.

    Responses Received: None as of the date of this Notice of Agenda.

    Status: This matter will go forward.

**CONTESTED MATTERS RELATING TO ASBESTOS PD CLAIMS**

5.  Debtors' Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Eleven (11) Asbestos Property Damage Claims Involving Products Not Made by the Debtors [Filed: 2/16/07] (Docket No. 14593)

    Related Documents:

    a.  [Proposed] Order Disallowing and Expunging Eleven (11) Asbestos Property Damage Claims Involving Products Not Made by the Debtors [Filed: 2/16/07] (Docket No. 14593)

    b.  Appendix to Rule 1006 Summaries with Information Attached [Filed: 2/17/07] (Docket No. 14600)

    Response Deadline: March 19, 2007, at 4:00 p.m.

    Responses Received:

    a.  Letter Response of Alfred V. Williams Regarding Debtors' Motion Disallowing Time-Barred Claims and Disallowing Claims Involving Products Not Made By the Debtors [Filed: 3/8/07] (Docket No. 14817)

    b.  Response of John M. Belferman, Claimant No. 12752, to Debtors' Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Eleven (11) Asbestos Property Damage Claims Involving Products Not Made by the Debtors [Filed: 3/19/07] (Docket No. 14886)

    **c.**  Anderson Memorial Hospital's Memorandum in Opposition to Debtor's Motion for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Claim Nos. 12315 and 12395 on Product Identification [Filed: 3/19/07] (Docket No. 14895)

    d.    Letter Response of Ron Skarie Regarding Debtors' Motion Disallowing Time-Barred Claims and Disallowing Claims Involving Products Not Made By the Debtors [Filed: 3/22/07] (Docket No. 14944)

Reply Deadline: March 23, 2006, at 4:00 p.m.

Replies Received:

    a.    Debtors' Reply to Responses to Debtors' Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Eleven (11) Asbestos Property Damage Claims Involving Products Not Made by the Debtors [Filed: 3/23/07] (Docket No. 14959)

Status: This matter will go forward.

6.    Debtors' Motion for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging 10 Time-Barred Asbestos Property Damage Claims Filed on Account of Buildings in the State of New York [Filed: 11/17/06] (Docket No. 13701)

Related Documents:

    a.    [Proposed] Order Disallowing and Expunging 10 Time-Barred Asbestos Property Damage Claims Filed on Account of Buildings in the State of New York [Filed: 11/17/06] (Docket No. 13701, Exhibit G)

Response Deadline: March 19, 2007, at 4:00 p.m.

Responses Received:

    a.    Anderson Memorial Hospital's Response to Debtors' Motion for Summary Judgment Directed to 10 Claims from the State of New York [Filed: 3/19/07] (Docket No. 14894)

Reply Deadline: March 23, 2006, at 4:00 p.m.

Replies Received:

    a.    Debtors' Reply In Support of an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging 10 Time-Barred NY Claims [Filed: 3/23/07] (Docket No. 14961)

    b.    Debtors' Reply and Objection to Anderson Memorial Hospital's Responses to Certain of Debtors' Motions for Summary Judgment Regarding Asbestos PD Claims [Filed: 3/23/07] (Docket No. 14964)

Status: This matter will go forward.

7.    Debtors' Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Eleven (11) Asbestos Property Damage Claims Barred By the Statutes of Repose in Minnesota, North Carolina, Iowa and Tennessee [Filed: 2/16/07] (Docket No. 14596)

Related Documents:

a. [Proposed] Order Disallowing and Expunging Eleven Property Damage Claims Barred By Statutes of Repose [Filed: 2/16/07] (Docket No. 14596)

b. Appendix to Rule 1006 Summaries with Information Attached [Filed: 2/17/07] (Docket No. 14600)

Response Deadline: March 19, 2007, at 4:00 p.m.

Responses Received:

a. Claimant's Response to Debtors' Motion for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Three (3) Property Damage Claims Barred By Statues of Repose in Minnesota [Filed: 3/19/07] (Docket No. 14893)

b. Anderson Memorial Hospital's Response to Debtors' Motion for Summary Judgment Alleging Certain Asbestos Property Damage Claims are Barred by Statutes of Repose [Filed: 3/19/07] (Docket No. 14896)

c. First Presbyterian Church Response to Debtors' Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Eleven (11) Asbestos Property Damage Claims Barred By the Statutes of Repose in Minnesota, North Carolina, Iowa and Tennessee [Filed: 3/20/07] (Docket No. 14925)

Reply Deadline:  March 23, 2006, at 4:00 p.m.

Replies Received:

a. Debtors' Reply In Support of Motion for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Eleven (11) Property Damage Claims Barred By Statutes of Repose in Minnesota, North Caroling, Iowa and Tennessee [Filed: 3/23/07] (Docket No. 14963)

b. Debtors' Reply and Objection to Anderson Memorial Hospital's Responses to Certain of Debtors' Motions for Summary Judgment Regarding Asbestos PD Claims [Filed: 3/23/07] (Docket No. 14964)

Status: This matter will go forward.

8.  Debtors' Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Eighty-Eight (88) Time-Barred Canadian Asbestos Property Damage Claims [Filed: 2/16/07] (Docket No. 14597)

    Related Documents:

    a.  [Proposed] Order Disallowing and Expunging 88 Time-Barred Canadian Asbestos PD Claims [Filed: 2/16/07] (Docket No. 14597)

    b.  Appendix to Rule 1006 Summaries with Information Attached [Filed: 2/17/07] (Docket No. 14600)

    Response Deadline: March 19, 2007, at 4:00 p.m.

    Responses Received:

    a.  Anderson Memorial Hospital's Response to Debtors' Motion for Summary Judgment Directed to 88 Claims from Canada Based Upon the Statute of Limitations [Filed: 3/19/07] (Docket No. 14898)

    Reply Deadline: March 23, 2006, at 4:00 p.m.

    Replies Received:

    a.  Debtors' Reply in Support of Their Motion for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Eighty-Eight (88) Time-Barred Canadian Asbestos Property Damage Claims [Filed: 3/23/07] (Docket No. 14965)

    b.  Debtors' Reply and Objection to Anderson Memorial Hospital's Responses to Certain of Debtors' Motions for Summary Judgment Regarding Asbestos PD Claims [Filed: 3/23/07] (Docket No. 14964)

    Status: This matter will go forward.

9.  Debtors' Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging One Hundred Nine (109) California Asbestos Property Damage Claims Barred By the Statute of Limitations [Filed: 2/16/07] (Docket No. 14594)

    Related Documents:

    a.  [Proposed] Order Disallowing and Expunging 109 Time-Barred California Asbestos Property Damage Claims [Filed: 2/16/07] (Docket No. 14594)

    b.  Appendix to Rule 1006 Summaries with Information Attached [Filed: 2/17/07] (Docket No. 14600)

    Response Deadline: March 19, 2007, at 4:00 p.m.

Responses Received:

a. Claimant California State University's Opposition to Grace's Motion for Summary Judgment Based on the Statute of Limitations [Filed: 3/19/07] (Docket No. 14884)

b. Claimant the Regents of the University of California's Opposition to Grace's Motion for Summary Judgment Based on the Statute of Limitations [Filed: 3/19/07] (Docket No. 14885)

c. Claimant State of California, Department of General Services, Opposition to Debtors' Motion for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging One Hundred Nine (109) California Asbestos Property Damage Claims Barred By the Statute of Limitations [Filed: 3/20/07] (Docket No. 14919)

Reply Deadline: March 23, 2006, at 4:00 p.m.

Replies Received:

a. Debtors' Reply in Further Support of Their Motion for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging One Hundred Nine (109) Time-Barred California Asbestos PD Claims [Filed: 3/23/07] (Docket No. 14966)

Status: This matter will go forward.

10. Macerich Fresno Limited Partnership's Motion for Summary Judgment with Respect to the Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims on Bases of Statute of Limitations, Laches, and Assumption of Risk [Filed: 2/16/07] (Docket No. 14584)

Related Documents:

a. [Proposed] Order Granting Macerich Fresno Limited Partnership's Motion for Summary Judgment with Respect to the Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims on Bases of Statute of Limitations, Laches, and Assumption of Risk [Filed: 2/16/07] (Docket No. 14584, Exhibit A)

b. Memorandum of Law In Support of Macerich Fresno Limited Partnership's Motion for Summary Judgment with Respect to the Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims on Bases of Statute of Limitations, Laches, and Assumption of Risk [Filed: 2/16/07] (Docket No. 14585)

c. Declaration of Aladdin Ghafari In Support of Macerich Fresno Limited Partnership's Motion for Summary Judgment with Respect to the Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims on Bases of Statute of Limitations, Laches, and Assumption of Risk [Filed: 2/16/07] (Docket No. 14586)

Response Deadline: March 19, 2007, at 4:00 p.m.

Responses Received:

a.  Debtors' Response to Claimant Macerich Fresno Limited Partnership's Motion for Summary Judgment and Debtors' Cross-Motion Pursuant to F.R.B.P. 7056 Disallowing and Expunging Macerich Fresno Limited Partnership's Claim [Filed: 3/19/07] (Docket No. 14897)

Replies Received:

a.  Reply to Debtors' Response to Claimant Macerich Fresno Limited Partnership's Motion for Summary Judgment and Response to Debtors' Cross-Motion Pursuant to F.R.B.P. 7056 Disallowing and Expunging Macerich Fresno Limited Partnership's Claim [Filed: 3/23/07] (Docket No. 14950)

Status: This matter will go forward.

11. Debtors' Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Sixteen (16) Time-Barred Asbestos Property Damage Claims [Filed: 2/16/07] (Docket No. 14598)

    Related Documents:

    a.  [Proposed] Order Disallowing and Expunging Sixteen (16) Property Damage Claims Barred By Statutes of Limitations [Filed: 2/16/07] (Docket No. 14598)

    b.  Appendix to Rule 1006 Summaries with Information Attached [Filed: 2/17/07] (Docket No. 14600)

    Response Deadline: March 19, 2007, at 4:00 p.m.

    Responses Received:

    a.  Anderson Memorial Hospital's Response to Debtors' Motion for Summary Judgment Directed to 9 Claims Based Upon the Statutes of Limitations of Arkansas, Georgia and Delaware [Filed: 3/19/07] (Docket No. 14904)

    Reply Deadline:  March 23, 2006, at 4:00 p.m.

    Replies Received:

    a.  Debtors' Reply in Support of Their Motion for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Sixteen (16) Time-Barred Asbestos Personal Property Damage Claims [Filed: 3/23/07] (Docket No. 14962)

    b.  Debtors' Reply and Objection to Anderson Memorial Hospital's Responses to Certain of Debtors' Motions for Summary Judgment Regarding Asbestos PD Claims [Filed: 3/23/07] (Docket No. 14964)

    Status: This matter will go forward.

**CONFERENCE ON PD PROCEDURES FOR APRIL 23-25**

12. Conference on Procedures for April 23-25 Adjudication of PD Claim Objections Regarding Product Identification, Statutes of Limitations and Libby Claims

    <u>Status:</u> This matter will go forward.


Dated: April 2, 2007

KIRKLAND & ELLIS LLP
David M. Bernick P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL  60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and-

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

   /s/ James E. O'Neill
Laura Davis Jones (Bar No. 2436)
James E. O'Neill, III (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession