# Exhibit II

## Fee Application for the period

### October 1, 2006 – October 31, 2006

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al.[1]; | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline:**
January 29, 2007 at 4:00 p.m.
Hearing date: To be scheduled only if objections
are timely filed and served.

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To: (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Capstone Advisory Group, LLC ("Capstone"), financial advisors to the Official Committee of Unsecured Creditors of the above captioned debtor and debtors in possession in the above-captioned chapter 11 cases, filed and served its Thirty-Third Interim Application for Allowance of Compensation and for Services Rendered and Reimbursement of Expenses

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

SSL-DOCS1 1765400v1

Incurred for the period from October 1, 2006 through October 31, 2006 (the "Monthly Fee Application"). Capstone is seeking compensation in the amount of $50,524.40, representing 80% of $63,155.50, which is the total amount of fees incurred, and reimbursement for actual and actual and necessary expenses in the amount of $206.40.

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **January 29, 2007 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale,

399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755) and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, New York 10022 (fax number 212-715-8000); and (vii) the Office of the United States Trustee, Attn: David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801

**(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)**

(fax number 302-573-6497); and (viii) the Fee Auditor, to Stephen L. Bossay, Warren H. Smith and Associates, Republic Center, 325 N. St. Paul, Suite 1275, Dallas, TX 75201.

Dated: January 9, 2007
      Wilmington, DE

**RESPECTFULLY SUBMITTED,**

*/s/ Michael R. Lastowski*

Michael R. Lastowski, Esq. (DE I.D. No. 3892)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:  (302) 657-4900
Facsimile:  (302) 657-4901
E-mail:  mlastowski@duanemorris.com

William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:  (973) 424-2000
Facsimile:  (973) 424-2001
E-mail:  wskatchen@duanemorris.com

and

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:  (212) 806-5400
Facsimile:  (212) 806-6006
E-mail:  lkruger@Stroock.com

Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & Co., et al., ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors ) | |
| ) | |

THIRTY-THIRD INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM OCTOBER 1, 2006 THROUGH OCTOBER 31, 2006)

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC (formerly known as Capstone Corporate Recovery, LLC) |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | October 1, 2006 through October 31, 2006 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $63,155.50): | $ 50,524.40 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | $     206.40 |
| Total Amount Due: | $ 50,730.80 |

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, nunc pro tunc to February 4, 2004, so ordered by the Court on June 8, 2004

The total time expended and included herein for fee application preparation 11.1 hours and corresponding compensation requested is approximately $3,966.00.

This is the Thirty-Third Interim Application filed by Capstone. Disclosure for the current period and prior periods is as follows:

THIRTY-THIRD INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM OCTOBER 1, 2006 THROUGH OCTOBER 31, 2006)

## ATTACHMENT A
## TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31, 2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

THIRTY-THIRD INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM OCTOBER 1, 2006 THROUGH OCTOBER 31, 2006)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
|  |  |  |  |  |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 6, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $ 494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | **$272,717.50** | **$2,498.72** | **$218,174.00** |
|  |  |  |  |  |
| June 3, 2005 | April 1, 2005 through April 30, 2005 | $ 87,936.00 | $ 435.16 | $ 70,348.80 |
| July 6, 2005 | May 1, 2005 through May 31, 2005 | $119,435.00 | $1,275.00 | $ 95,548.00 |
| July 15, 2005 | June 1, 2005 through June 30, 2005 | $89,859.00 | $542.69 | $71,887.20 |

THIRTY-THIRD INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM OCTOBER 1, 2006 THROUGH OCTOBER 31, 2006)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Sixth Quarterly** | **April 1, 2005 through June 30, 2005** | **$297,230.00** | **$2,252.85** | **$237,784.00** |
| September 19, 2005 | July 1, 2005 through July 31, 2005 | $90,014.50 | $621.03 | $72,011.60 |
| October 7, 2005 | August 1, 2005 through August 31, 2005 | $126,233.00 | $1,532.46 | $100,986.40 |
| October 31, 2005 | September 1, 2005 through September 30, 2005 | 75,983.50 | $482.03 | $60,786.80 |
| **Totals Seventh Quarterly** | **July 1, 2005 through September 30, 2005** | **$292,231.00** | **$2,635.52** | **$233,784.80** |
| December 16, 2005 | October 1, 2005 through October 31, 2005 | 95,742.50 | $750.36 | 76,594.00 |
| December 30, 2005 | November 1, 2005 through November 30, 2005 | $118,062.00 | $1,119.74 | $94,449.60 |
| February 9, 2006 | December 1, 2005 through December 31, 2005 | $122,018.50 | $938.82 | $97,614.80 |
| **Totals Eighth Quarterly** | **October 1, 2005 through December 31, 2005** | **$335,823.00** | **$2,808.92** | **$268,658.40** |
| March 21, 2006 | January 1, 2006 through January 31, 2006 | $85,745.00 | $631.01 | $68,596.00 |
| April 20, 2006 | February 1, 2006 through February 28, 2006 | $173,916.50 | $2,359.69 | $139,133.20 |

THIRTY-THIRD INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM OCTOBER 1, 2006 THROUGH OCTOBER 31, 2006)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| May 9, 2006 | March 1 through March 31, 2006 | $141,040.50 | $1,017.99 | $112,832.40 |
| **Totals Ninth Quarterly** | **January 1, 2006 through March 31, 2006** | $400,702.00 | $4,008.69 | $320,561.60 |
| May 23, 2006 | April 1, 2006 through April 30, 2006 | $125,055.00 | $1,929.46 | $100,044.00 |
| June 21, 2006 | May 1, 2005 Through May 31, 2006 | $146,396.50 | $965.43 | $117,117.20 |
| July 20, 2006 | June 1, 2006 Through June 30, 2006 | $140,368.50 | $1,263.86 | $140,368.50 |
| **Totals Tenth Quarterly** | **April 1, 2006 through June 30, 2006** | $411,820.00 | $4,158.75 | $329,456.00 |
| | Adjustment for July photocopies | | $(6.55) | |
| August 25, 2006 | July 1, 2006 through July 31, 2006 | $102,449.00 | $566.51 | $ 81,959.20 |
| October 2, 2006 | August 1, 2006 Through August 31, 2006 | $111,154.00 | $505.01 | $88,923.20 |
| November 13, 2006 | September 1, 2006 through September 30, 2006 | $75,103.50 | $633.57 | $ 60,082.80 |
| **Totals Eleventh Quarterly** | **July 1, 2006 through September 30, 2006** | $288,706.50 | $1,698.54 | $230,965.20 |
| December 20, 2006 | October 1, 2006 Through October 31, 2006 | $63,155.50 | $206.40 | $50,524.40 |

THIRTY-THIRD INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
<u>(FOR THE PERIOD FROM OCTOBER 1, 2006 THROUGH OCTOBER 31, 2006)</u>

## ATTACHMENT B
## TO FEE APPLICATION

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Time Description by Task Code
4. Expense Detail

# W.R. Grace & Co.
Capstone Advisory Group, LLC
Summary of Fees by Professional
For the Period 10/1/06 through 10/31/06

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $555 | 7.00 | $3,885.00 |
| S. Cunningham | Member | $555 | 33.50 | $18,592.50 |
| R. Frezza | Consultant | $450 | 11.80 | $5,310.00 |
| L. Hamilton | Consultant | $365 | 7.80 | $2,847.00 |
| J. Dolan | Consultant | $355 | 83.20 | $29,536.00 |
| M. Desalvio | Research | $150 | 19.60 | $2,940.00 |
| N. Backer | Paraprofessional | $90 | 0.50 | $45.00 |
| For the Period 10/1/06 through 10/31/06 | | | 163.40 | $63,155.50 |

Capstone Advisory Group, LLC
Invoice for the October Fee Application

Page 1 of 1

# W.R. Grace & Co.
Capstone Advisory Group, LLC
Summary of Fees by Task Code
For the Period 10/1/06 through 10/31/06

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions/Divestitures | During the Fee Application period, the Applicant analyzed information received from the Debtors and prepared numerous detailed analyses relating to a potential divestiture, Project Gemini, including a review of Debtors' presentation materials and financial model, and prepared a report to the Committee. | 45.50 | $19,043.50 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims, reviewed recovery scenarios under various assumptions and prepared interest claim scenarios for recovery. | 32.60 | $13,597.50 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed case issues including the PI/PD proposal, interest accruals, pension, acquisitions and divestitures with counsel and Committee members. | 15.00 | $5,405.00 |
| 05. Employee Matters/KERP/Other | During the Fee Application period, the Applicant read read and analyzed pension analyses and alternatives and discussed with Debtor, Debtor advisors and Counsel. Researched competitive practices regarding pension benefits. | 21.30 | $10,181.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the August and September Fee Statements. | 11.1 | $3,966.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant prepared numerous detailed analyses of the Debtors Monthly and Quarterly results of operations. The Applicant utilized these analyses as well as industry analyses in preparation of a detailed report to the Committee. | 13.0 | $5,920.50 |
| 20. Valuation | During the Fee Application period, the Applicant prepared an analysis of PI/PD proposal in light of changes to Sealed Air stock. | 1.10 | $610.50 |
| 21. Research | During the Fee Application period, the Applicant researched and mapped competitive markets related to pension benefits to determine that Grace's pension benefits to employees in certain markets were indeed competitive. | 19.60 | $2,940.00 |
| 26. Meetings with Debtors/Advisors | During the Fee Application Period, the Applicant prepared for and participated in a discussions regarding pension alternatives, acquisitions, divestitures and Q3 results. | 4.20 | $1,491.00 |

For the Period 10/1/06 through 10/31/06                                              163.40        $63,155.50

Capstone Advisory Group, LLC                                                                      Page 1 of 1
Invoice for the October Fee Application

# W.R. Grace & Co.

**Capstone Advisory Group, LLC**
**Detailed Time Description by Task Code**
**For the Period 10/1/06 through 10/31/06**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **01. Acquisitions/Divestitures** | | | |
| 10/3/2006 | S. Cunningham | 2.30 | Review of Project Gemini divestiture update and related financial information. |
| 10/3/2006 | J. Dolan | 2.30 | Read and analyzed Project Gemini presentation prepared by Debtor and developed additional questions for the Company. |
| 10/4/2006 | J. Dolan | 1.00 | Discussed latest issues regarding Spaghetti acquisition deal with Debtor's advisors and reviewed update of Spaghetti report to be provided to Committee upon completion. |
| 10/4/2006 | S. Cunningham | 3.30 | Review of Project Gemini divestiture update and related financial information. |
| 10/5/2006 | J. Dolan | 4.70 | Analyzed and reviewed Project Gemini financial information including valuation model and prepared questions related to the divestiture for submission to Debtor Advisor. |
| 10/9/2006 | S. Cunningham | 2.30 | Review of Project Spaghetti acquisition update and related financial information. |
| 10/9/2006 | R. Frezza | 1.60 | Discussed latest issues regarding Spaghetti acquisition deal with Debtor's Advisors and reviewed update of Spaghetti report to be provided to Committee upon completion. |
| 10/9/2006 | J. Dolan | 1.00 | Review of acquisition memos. |
| 10/10/2006 | J. Dolan | 2.70 | Prepared update memo for Project Gemini to Committee Counsel. Prepared update memo for Project Spaghetti to Committee Counsel. |
| 10/10/2006 | R. Frezza | 1.60 | Reviewed Project Gemini information request responses. Coordinated follow-up with Debtor Advisor, Blackstone. |
| 10/16/2006 | J. Dolan | 1.70 | Developed questions and participated in conference call with the Debtor and Debtor advisors related to Project Gemini. |
| 10/18/2006 | S. Cunningham | 3.00 | Review Project Gemini divestiture data. |
| 10/19/2006 | J. Dolan | 5.40 | Preparation of Committee memo related to Project Gemini divestiture to be distributed once transaction is complete. |
| 10/23/2006 | J. Dolan | 6.70 | Continued analyzing information and preparation of Committee memo related to Project Gemini divestiture to be distributed once transaction is complete. |
| 10/24/2006 | E. Ordway | 0.80 | Read/edited report on potential acquisition. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/24/2006 | J. Dolan | 0.70 | Final review of internal Project Gemini Memo to team to be distributed to Committee once transaction is complete. |
| 10/30/2006 | J. Dolan | 1.00 | Project Gemini divestiture memo final revisions and distribution to case team. |
| 10/30/2006 | R. Frezza | 2.60 | Prepared/revised memo regarding Project Gemini; prepared supplemental questions for Debtor. |
| 10/31/2006 | J. Dolan | 0.80 | Inquired of and discussed the status of the Project Cardinal acquisition with Debtor and team members. |
| Subtotal | | 45.50 | |

### 03. Claims Analysis & Valuation

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/23/2006 | J. Dolan | 0.30 | Discussed alternative interest calculation analysis for recovery with case team members. |
| 10/23/2006 | S. Cunningham | 3.30 | Update and review default interest calculation per credit agreement. |
| 10/24/2006 | S. Cunningham | 3.00 | Update and review alternative scenarios for recovery. |
| 10/24/2006 | E. Ordway | 1.10 | Directed staff in updating creditor interest claim analyses. |
| 10/24/2006 | J. Dolan | 7.50 | Researched interest rates for alternative interest calculation on the prepetition debt as compared to the current interest deal. Developed interest alternative model for recovery. |
| 10/25/2006 | J. Dolan | 2.80 | Continued work on alternative interest calculation model for recovery. |
| 10/26/2006 | E. Ordway | 0.90 | Reviewed Committee presentation regarding interest claims. |
| 10/26/2006 | J. Dolan | 2.50 | Review of Credit agreement related to interest payments and continued analysis of alternative interest calculations on prepetition debt for recovery. |
| 10/26/2006 | J. Dolan | 3.40 | Continued work on interest accrual model based on credit agreement's default interest language. |
| 10/26/2006 | J. Dolan | 2.90 | Preparation of internal memo related to the alternative interest calculation model and history. |
| 10/27/2006 | S. Cunningham | 1.30 | Review various recovery scenarios. |
| 10/30/2006 | J. Dolan | 2.50 | Finalized alternative interest calculation memo for case team to review. |
| 10/30/2006 | R. Frezza | 1.10 | Reviewed internal memo regarding alternative interest calculations on the prepetition debt as comparison to current interest deal. |
| Subtotal | | 32.60 | |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **04. Creditor Committee Matters** | | | |
| 10/3/2006 | J. Dolan | 1.50 | Read and analyzed recent U.S. Bankruptcy Court Docket items for WR Grace. |
| 10/9/2006 | J. Dolan | 3.20 | Read and analyzed recent Court docket items. |
| 10/10/2006 | J. Dolan | 1.40 | Management of on-going case issues. |
| 10/10/2006 | J. Dolan | 0.50 | Conference call with Committee member to discuss inquiry and case status. |
| 10/10/2006 | J. Dolan | 1.50 | Prepared open item listing of on-going case issues to discuss with Committee Counsel. |
| 10/11/2006 | J. Dolan | 1.50 | Read and analyzed recent Court docket items. |
| 10/17/2006 | E. Ordway | 0.40 | Called Committee member to discuss case status. |
| 10/17/2006 | J. Dolan | 1.10 | Update case management open items listing as a result of Committee Counsel update. |
| 10/17/2006 | J. Dolan | 1.40 | Update with Committee Counsel after its semi monthly meeting with Debtor to discuss current matters. |
| 10/18/2006 | J. Dolan | 0.50 | Review of Committee Counsel email related to Asbestos update and subsequent discussion thereof. |
| 10/20/2006 | J. Dolan | 1.00 | Read and analyzed recent U.S. Bankruptcy Court Docket items for WR Grace. |
| 10/26/2006 | J. Dolan | 1.00 | Read and analyzed recent U.S. Bankruptcy Court Docket items for WR Grace. |
| Subtotal | | 15.00 | |
| **05. Employee Matters/KERP/Other** | | | |
| 10/10/2006 | E. Ordway | 0.70 | Read and analyzed data regarding Lloyd's settlement. |
| 10/11/2006 | S. Cunningham | 2.30 | Review Pension information re: pension analysis and alternatives. |
| 10/12/2006 | S. Cunningham | 3.10 | Review historical pension information regarding alternatives. |
| 10/13/2006 | J. Dolan | 3.40 | Researched and analyzed prior pension motions issued as it relates to new pension alternative information received. |
| 10/16/2006 | S. Cunningham | 2.80 | Review pension. Prepare for follow up call with Debtor and Debtors advisors. |
| 10/16/2006 | J. Dolan | 1.00 | Researched pension information and motions and prepared package to discuss with case team members to review and relate to current pension alternatives. |
| 10/17/2006 | J. Dolan | 1.50 | Research competitors in surrounding plant locations to determine competitive practices regarding pension. |

**Capstone Advisory Group, LLC**  
**Invoice for the October Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/17/2006 | S. Cunningham | 3.30 | Review information regarding competitive practices regarding pension. Review recent trends regarding pension benefits. |
| 10/17/2006 | E. Ordway | 0.90 | Read pension data and summarized items for staff to further investigate. |
| 10/19/2006 | J. Dolan | 1.50 | Continued research of competitive practices in surrounding plant locations related to pensions. |
| 10/23/2006 | J. Dolan | 0.80 | Continued research on competitors in surrounding plant locations to determine if the comparability in the Watson Report is reasonable. |
| Subtotal | | 21.30 | |

### 07. Fee Applications & Invoices

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/2/2006 | L. Hamilton | 2.10 | Prepared August fee application. |
| 10/3/2006 | L. Hamilton | 2.30 | Prepared August fee application. |
| 10/7/2006 | E. Ordway | 0.40 | Finalized fee application. |
| 10/9/2006 | L. Hamilton | 1.00 | Prepared August fee application. |
| 10/11/2006 | J. Dolan | 1.00 | Review of fee application process. |
| 10/11/2006 | N. Backer | 0.50 | Prepared monthly fee statement for September. |
| 10/16/2006 | J. Dolan | 1.40 | September fee application. |
| 10/20/2006 | L. Hamilton | 2.40 | Prepared September fee application. |
| Subtotal | | 11.10 | |

### 08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/10/2006 | E. Ordway | 0.70 | Read August reporting package and summarized items for staff to further investigate. |
| 10/10/2006 | J. Dolan | 1.50 | Review August monthly financial package and other analyses. |
| 10/10/2006 | S. Cunningham | 3.50 | Review August financials and related analyses. |
| 10/30/2006 | J. Dolan | 2.40 | Review of press release and researched Debtors website and analyzed current information to include in the 3Q06 report to the Committee. |
| 10/30/2006 | R. Frezza | 2.30 | Reviewed Q3 06 press release; developed questions for management regarding latest issues. |
| 10/31/2006 | R. Frezza | 2.60 | Began Q3 06 Peer Analyses, focusing on most recent Chemical Industry reports and analyst reports. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| Subtotal | | 13.00 | |
| **20. Valuation** | | | |
| 10/30/2006 | E. Ordway | 1.10 | Prepared analysis of PI/PD proposal in light of changes to Sealed Air stock value. |
| Subtotal | | 1.10 | |
| **21. Research** | | | |
| 10/23/2006 | M. Desalvio | 3.00 | Began mapping Grace competitor locations through EPA Enviromapper |
| 10/24/2006 | M. Desalvio | 4.80 | Continue gathering of Grace peer information and mapping. |
| 10/25/2006 | M. Desalvio | 5.50 | Continue gathering of Grace peer information and mapping. |
| 10/26/2006 | M. Desalvio | 4.50 | Continue gathering of Grace peer information and mapping. |
| 10/27/2006 | M. Desalvio | 1.80 | Asbestos settlements for Armstrong, Fed Mogul, USG Owens Corning - for case team. |
| Subtotal | | 19.60 | |
| **26. Meetings with Debtors/Advisors** | | | |
| 10/6/2006 | J. Dolan | 0.80 | Prepared for and Participated in a call with Debtor Advisors and Debtor regarding Project Spaghetti update. |
| 10/16/2006 | J. Dolan | 1.00 | Prepared for and participated in conference call with the Debtor and Debtor advisors related to Project Gemini. |
| 10/17/2006 | J. Dolan | 2.40 | Preparation for and participation in conference call with Company related to pensions/Watson Wyatt report. |
| Subtotal | | 4.20 | |
| **Total Hours** | | **163.40** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 10/1/06 through 10/31/06

| Date | Professional | Detail | Amount |
|---|---|---|---|
| **Copies** | | | |
| 10/31/2006 | Capstone Expenses | Copies - 20 @ .10 ea | $2.00 |
| Subtotal - Copies | | | $2.00 |
| **Scans** | | | |
| 10/31/2006 | Capstone Expenses | Scans - 2 @1.00 ea | $2.00 |
| Subtotal - Scans | | | $2.00 |
| **Telecom Charges** | | | |
| 10/31/2006 | Capstone Expenses | October phone - Saddle Brook Office | $202.40 |
| Subtotal - Telecom Charges | | | $202.40 |
| For the Period 10/1/06 through 10/31/06 | | | $206.40 |

Capstone Advisory Group, LLC
Invoice for the October Fee Application

Page 1 of 1