Exhibit A
Other Cross-Debtor Duplicate Claims

| Creditor | Other Cross-Debtor Duplicate Claims to be Expunged | | | | Other Cross-Debtor Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim # | Case # Claim Filed In | Individual Claim Amount | Type of Claim (S/P/U) | Claim # | Case # Claim Filed In | Individual Claim Amount | Type of Claim (S/P/U) |
| Central Puget Sound Regional Transit Authority | 9223 | 01-01139 | $87,960.60 | U | 9123 | 01-01140 | $87,960.60 | U |
| Estate of Jeffrey Chwala | 4388 | 01-01188 | $8,000,000.00 | U | 4389 | 01-01140 | $8,000,000.00 | U |
| | 4391 | 01-01139 | $8,000,000.00 | U | | | | |
| Irving Shaffer as Trustee Shaffer Realty Nominee Trust | 6593 | 01-01139 | $75,000.00 | U | 6078 | 01-01140 | $75,000.00 | U |
| Kittl, Samantha | 4386 | 01-01139 | $8,000,000.00 | U | 4390 | 01-01140 | $8,000,000.00 | U |
| | 4387 | 01-01188 | $8,000,000.00 | U | | | | |
| Robertson-Ceco Corporation | 9559 | 01-01139 | Unknown | U | 9558 | 01-01140 | Unknown | U |
| Tyco Healthcare Group LP | 12787 | 01-01139 | $2,833,655.18 | P | 12789 | 01-01140 | $2,833,655.18 | P |
| Total # of Other Cross-Debtor Duplicate Claims to be Expunged | | | | 8 | Total # of Other Cross-Debtor Surviving Claims | | | 5 |

Exhibit B
Multiple Case Claims

| Creditor | Multiple Case Claims to be Expunged ||||| Multiple Case Surviving Claims ||||
|---|---|---|---|---|---|---|---|---|
| | Claim # | Case # Claim Filed In | Individual Claim Amount | Type of Claim (S/P/U) | Claim # | Case # Claim Filed In | Individual Claim Amount | Type of Claim (S/P/U) |
| H.H. Holmes Testing Labs, Inc. | 739 | 01-1139; 01-1141 - 01-1200 | $860.00 | U | 739 | 01-01140 | $860.00 | U |
| Master Pumps & Equipment Corp | 192 | 01-1139; 01-1141 - 01-1200 | $1,146.70 | U | 192 | 01-01140 | $1,146.70 | U |
| Underwood Air Systems, Inc. | 58 | 01-1139; 01-1141 - 01-1200 | $11,916.93 | U | 58 | 01-01140 | $11,916.93 | U |
| United Rentals (North America), Inc. | 677 | 01-1139; 01-1141 - 01-1200 | $1,008.00 | U | 677 | 01-01140 | $1,008.00 | U |

3/27/2007

Exhibit C
Continued Claims

| Omnibus Objection | Creditor Name | Docket No. of Response | Claim No(s). Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|---|
| 21st | ONEBEACON AMERICA INSURANCE COMPANY | -- | 15592-15653 | Unknown | S/U | Cross-Debtor Duplicate | Expunge all but one claim | Continued to May 2, 2007 |
| 21st | SEATON INSURANCE COMPANY | -- | 15530-15591 | Unknown | S/U | Cross-Debtor Duplicate | Expunge all but one claim | Continued to May 2, 2007 |
| 21st | MARYLAND CASUALTY COMPANY | -- | 15376-15436, 15439 | Unknown | U | Cross-Debtor Duplicate | Expunge all but one claim | Continued to May 2, 2007 |
| 21st | STATE OF MONTANA DEPT. OF ENVIRONMENTAL QUALITY | 14875 | 15296-15298 | $8,510,022.16 | S/U | Cross-Debtor Duplicate | Expunge all but one claim | Continued to May 2, 2007 |