IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | Re Docket No. 14680, 14899 |
| Debtors. | ) | 4/2/07 Agenda # 10 |

### ORDER DISALLOWING AND EXPUNGING CERTAIN OF THE CLAIMS OF G-I HOLDINGS, INC. AND ITS AFFILIATES

WHEREAS the Debtors and G-I Holdings, Inc., on behalf of itself and its affiliates, have stipulated and agreed that:

(a) claims numbered 7886 to 7946 shall be disallowed and expunged to the extent provided in the Stipulation attached hereto as Exhibit 1; and

(b) claim numbered 7497 shall remain on the claims register as provided in the Stipulation attached hereto as Exhibit 1.

IT IS HEREBY ORDERED.

Date: 4/2, 2007

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge