IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Re: Docket No. 14680, 14900 |
| | | 4/2/07 Agenda Item No. 10 |

### ORDER APPROVING STIPULATION RESOLVING CERTAIN OF THE CLAIMS OF CENTURY INDEMNITY COMPANY, ET AL.

WHEREAS Debtors[1] have filed Debtors' Twenty-First Omnibus Objection to Cross-Debtor Duplicate Claims (Substantive) [Doc. Num. 14680] (the "Objection") in which Debtors object to certain claims including, but not limited to, certain claims filed by Century Indemnity (the "Century Indemnity Claims");

WHEREAS, Debtors and Century Indemnity have agreed to resolve the Objection with respect to the Century Indemnity Claims pursuant to the terms set forth in the attached Stipulation;

WHEREAS, upon consideration of the Objection and the Stipulation, this Courts is satisfied that the Stipulation is in the best interest of the Debtors and their respective estates, creditors and parties in interest:

1.   It is hereby ORDERED AND DECREED that the Stipulation is hereby APPROVED.

---

[1] All capitalized terms not otherwise defined herein have the meanings ascribed to such terms in the Stipulation Resolving Certain of the Claims of Century Indemnity Company et al. (the "Stipulation") attached hereto as Exhibit "A".

2.  It is further ORDERED that the Debtors' claims agent is hereby directed to update Debtors' claims register to reflect the terms of the Stipulation.

Date: 4/2, 2007

*JK Fitzgerald*
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge