**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | * | Chapter 11 |
| | * | |
| W.R. GRACE & CO., et al., | * | Case No. 01-01139 (JKF) |
| | * | |
| Debtors. | * | (Jointly Administered) |
| | * | |

**GEORGIA DEPARTMENT OF REVENUE'S RESPONSE TO DEBTORS'
TWENTY-SECOND OMNIBUS OBJECTION TO CLAMS (SUBSTANTIVE)**

COMES NOW the Georgia Department of Revenue, by and through counsel, Thurbert E. Baker, Attorney General for the State of Georgia, and responds to the Debtors' Twenty-Second Omnibus Objection to Claims filed in the above case as follows:

The Debtors seek to disallow claim number 17048 filed by the Georgia Department of Revenue against W.R. Grace & Co. – Conn. ("Debtor") for unpaid sales and use taxes and withholding taxes in the total amount of $75,687.00. The Department's claim is based entirely on returns filed by the Debtor. The records of the Department indicate that the Debtor filed its June of 1997, October of 1997, and February of 1999 sales and use tax returns but failed to remit payment of the outstanding liability indicated on the returns. In addition, the Department's records indicate that the Debtor underreported its September of 1996 sales and use tax liability as it failed to account for the 1% local option sales and use tax resulting in an underpayment of $921.00. The Department's records also indicate that the Debtor underpaid its March of 2001 sales and use tax liability. The Debtor's March of 2001 sales and use tax return reveals that the

Debtor has a liability of $167.63 but the Debtor only remitted $6.05 to the Department. Finally, the Department's claim for November of 1998 withholding taxes is based on the Debtor's failure to timely file its November of 1998 withholding tax return.

Pursuant to O.C.G.A. § 48-8-49(a), dealers are required to file sales and use tax returns and remit sales and use tax payments on or before the twentieth day of the following month. If a dealer fails to timely pay its outstanding sales and use tax liability, the dealer's vendor's compensation deduction shall be disallowed. O.C.G.A. § 48-8-50(b). In addition, if a dealer fails to file and pay its sales and use tax liability in a timely fashion "a penalty to be added to the tax in the amount of 5 percent or $5.00, whichever is greater, if the failure is for not more than 30 days and an additional 5 percent or $5.00, whichever is greater, for each additional 30 days or fraction of 30 days during which the failure continues." O.C.G.A. § 48-8-66. Further O.C.G.A. § 48-2-40 provides that "taxes owed the state … shall bear interest at 1 percent per month from the date the tax is due until the date the tax is paid."

Pursuant to O.C.G.A. § 48-7-103(b), employers are required to file withholding tax returns and remit withholding tax payments on or before the fifteenth day of the following month. If a dealer fails to file and pay its withholding tax liability in a timely fashion "there shall be assessed a penalty of $25.00 against any employer for each such failure plus 5 percent of the amount of the tax if the failure is for not more than one month and an additional 5 percent for each additional month." O.C.G.A. § 48-7-126(c). Further O.C.G.A. § 48-2-40 provides that "taxes owed the state … shall bear interest at 1 percent per month from the date the tax is due until the date the tax is paid." See O.C.G.A. §48-7-126(e).

The individual at the Department who is authorized to reconcile, settle, or otherwise resolve the Department's claim is Acie McGhee.  Mr. McGhee can be reached at (404) 968-0409 and his fax number is (404) 968-0471.  In addition, undersigned counsel for the Department can be contacted about resolving this matter.

WHEREFORE, the Georgia Department of Revenue respectfully requests that its claim number 17048 be allowed as filed and that it be granted such other and further relief as this Court deems just and proper.

This 3rd day of April, 2007.

Respectfully submitted,

THURBERT E. BAKER    033887
Attorney General

R.O. LERER    446962
Deputy Attorney General

W. WRIGHT BANKS, JR.    036156
Senior Assistant Attorney General

/s/ Oscar B. Fears, III
OSCAR B. FEARS, III    257020
Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO:

OSCAR B. FEARS, III
Assistant Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 656-3303
Fax:  (404) 657-3239
bfears@law.ga.gov
Attorney for the Georgia Department of Revenue

**CERTIFICATE OF SERVICE**

I do hereby certify that I have this day served a copy of the foregoing GEORGIA DEPARTMENT OF REVENUE'S RESPONSE TO DEBTORS' TWENTY-SECOND OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) upon:

Lori Sinanyan, Esq.
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, California 90017

James E. O'Neill, Esq.
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street
17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705

Lewis Kruger, Esq.
Stroock & Stroock & Lavan
180 Maiden Lane
New York, New York 10038-4982

Michael R. Lastowski, Esq.
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, Delaware 19801-1246

Scott L. Baena, Esq.
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, Delaware 19899

Peter Van L. Lockwood, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, D.C. 20005

>Mark T. Hurford, Esq.
>Campbell & Levine, LLC
>800 N. King Street, Suite 300
>Wilmington, Delaware 19801
>
>Gary Becker, Esq.
>Kramer Levin Naftalis & Frankel LLP
>919 Third Avenue
>New York, New York 10022
>
>Teresa K.D. Currier, Esq.
>Buchanan, Ingersoll & Roney, P.C.
>1000 West Street, Suite 1410
>P.O. Box 1397
>Wilmington, Delaware 19899
>
>Richard H. Wyron, Esq.
>Herrington & Sutcliffe, LLP
>3050 K. Street, NW, Suite 300
>Washington, D.C. 20007
>
>John C. Phillips, Jr., Esq.
>Phillips, Goldman & Spence, P.A.
>1200 North Broom Street
>Wilmington, Delaware 19806
>
>David Klauder, Esq.
>Office of the U.S. Trustee
>844 N. King Street
>Wilmington, Delaware 19801

by placing the same into the United States mail with adequate, first-class postage placed thereon.

This 3rd day of April, 2007.

>/s/ Oscar B. Fears, III
>OSCAR B. FEARS, III
>Assistant Attorney General