# EXHIBIT "2"

# HR&A                                                    INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

March 13, 2007
Invoice No. HRA20071303

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

---

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al. For the month of February, 2007.

### FEES

| | |
|---|---:|
| Francine F. Rabinovitz<br>2.0 hours @ $ 600 per hour | $ 1,200.00 |
| Paul K. Honig<br>1.0 hours @ $ 300 per hour | 300.00 |
| Joshua S. Katz<br>2.5 hours @ $ 250 per hour | 625.00 |
| **TOTAL DUE:** | **$ 2,125.00** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351
NORTHERN CALIFORNIA         LOS ANGELES                    NEW YORK

FEBRUARY, 2007 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

<u>DATE</u>     <u>TIME</u>   <u>TASK</u>

02/05/07   0.5   Read update on resolution of issue of production of X-Rays.

02/13/07   1.0   Review files received to date on estimation data.

02/28/07   0.5   Talk with M. Kramer about new schedule for estimation.

TOTAL:     2.0

FEBRUARY, 2007 TIME LOG OF PAUL K. HONIG (PKH)

| DATE | TIME | TASK |
| --- | --- | --- |
| 02/27/07 | 1.0 | Receive 2 more DVDs from Wanda; make sure they're readable; examine the Access tables. |
| TOTAL: | 1.0 | |

FEBRUARY, 2007 TIME LOG OF JOSHUA S. KATZ (JSK)

| DATE | TIME | TASK |
|------|------|------|
| 02/08/07 | 0.5 | Weekly Grace conference call. |
| 02/13/07 | 0.5 | Review of recent news pertinent to Grace (WSJ, etc.) and SEC filings. |
| 02/22/07 | 0.7 | Weekly Grace conference call. |
| 02/27/07 | 0.3 | E-mails with Paul K. Honig, Robert H. Sims, and Wanda Roman re: PI database. |
| TOTAL: | 2.0 | |