IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>W.R. Grace & Co., *et al.*,<br><br>　　　　　　Debtors. | In Proceedings for a Reorganization under Chapter 11<br><br>Case No. 01-01139-JKF<br>Re:  DI  14149, 14150, 14927<br><br>Hearing Date: May 21, 2007 @ 2:00 p.m. ET<br>Objection Deadline: May 4, 2007 @ 4:00 p.m. ET |

### NOTICE OF MOTION OF EARLY, LUDWICK AND SWEENEY, LLC FOR A PROTECTIVE ORDER WITH RESPECT TO SUBPOENA ISSUED BY W.R. GRACE

To:  All Parties on the Service List

PLEASE TAKE NOTICE that the law firm of Early, Ludwick & Sweeney, LLC a/k/a Early, Ludwick, Sweeney & Strauss, LLC ("ELS") ("Movant") has filed its MOTION OF EARLY, LUDWICK AND SWEENEY, LLC FOR A PROTECTIVE ORDER WITH RESPECT TO SUBPOENA ISSUED BY W.R. GRACE (the "Motion"), which seeks the following relief:

> That the Court issue a Protective Order that the discovery sought by Grace in its subpoena "not be had."

You are required to respond to the attached Motion on or before: **May 4, 2007 at 4:00 p.m. ET.** At the same time, you must serve a copy of the response upon the Movant's attorneys:

Noel C. Burnham
Natalie D. Ramsey
Leonard A. Busby
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
and
123 South Broad Street
Philadelphia, PA 19109

AND

William J. Sweeney
SWEENEY & GRIFFEN
One Liberty Square
New Britain, Ct 06051

2171685v1

HEARING ON THE MOTION WILL BE SCHEDULED FOR THE FOLLOWING DATE: **May 21, 2007 @ 2:00 p.m. ET**, before the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street Mall, Wilmington, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

          MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP

Dated: April 3, 2007    By:    /s/ Noel C. Burnham
          Noel C. Burnham (DE Bar No. 3483)
          Natalie D. Ramsey (PA Only)
          Leonard A. Busby (PA Only)
          300 Delaware Avenue, Suite 750
          Wilmington, DE 19801
          (302) 504-7800
          (302) 504-7820 (facsimile)

          and

          123 South Broad Street
          Philadelphia, PA 19109
          (215) 772-1500
          (215) 772-7620 (facsimile)

          and

          SWEENEY & GRIFFEN
          William J. Sweeney (CT only)
          One Liberty Square
          New Britain, Ct 06051
          860-827-6453
          860-225-0626 (facsimile)

          Attorneys for the ELS

2171685v1