IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) <br> ) <br> W.R. Grace & Co., *et al.*, ) <br> ) <br> Debtors. ) <br> ) <br> ) | In Proceedings for a Reorganization under Chapter 11 <br><br> Case No. 01-01139-JKF <br> Re: 14149, 14150, 14927 |

## CERTIFICATION PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 26(c)

I hereby certify pursuant to Federal Rule of Civil Procedure 26(c) that counsel for the movant, Early, Ludwick & Sweeney, LLC, has in good faith conferred with the Debtors, the other affected parties, in an effort to resolve this dispute without court action.

Dated: April 3, 2007

*[signature]*
Natalie D. Ramsey

2171287v1