## AFFIDAVIT

STATE OF CONNECTICUT  )
                      )  ss. New Haven
COUNTY OF NEW HAVEN   )

I, JAMES F. EARLY, being duly sworn, depose and state as follows:

1. I am over the age of eighteen and I understand the meaning of an oath.

2. I am the managing partner of the law firm of Early, Ludwick & Sweeney LLC a/k/a Early Ludwick, Sweeney & Strauss LLC ("ELS").

3. I submit this affidavit in support of my firm's Motion for Protective Order that is being filed with respect to a subpoena served on ELS on March 19, 2007, and issued by counsel for W.R. Grace, et al., debtors in bankruptcy ("the Grace Subpoena").

4. I directed my staff to review our data base with respect to the claimants listed on the Grace Subpoena. The data base indicated that ELS represents in one form or another 132 of the claimants listed on the Grace Subpoena. More specifically, ELS itself represents 114 of these claimants in connection with the Grace Bankruptcy Proceeding and ELS has referred 18 of the claimants listed on the Grace Subpoena to the firm of Brayton, Purcell for all matters. Whether or not the firm of Brayton, Purcell has undertaken to represent these 18 clients in connection with the Grace Bankruptcy Proceeding is not presently known to ELS. The remaining 54 names set forth in the Grace Subpoena are not now, and have never been, clients of ELS.

2171729v1

5. I directed my staff to estimate the time required to review our 132 client files for responsiveness to the Grace subpoena and for the separate purpose of creating an attorney client and work product privilege log.

6. I understand that each of these client files typically contains from 1 to 4 "banker's boxes."

7. My firm does not have any single lawyer available on a full-time basis for this project. Instead, it would be necessary to juggle different lawyers on the task, each one assisted by paralegal or administrative personnel. It would take a total period of approximately three (3) months to review these files for responsive documents and to identify and log documents as to which a claim of privilege is asserted.

8. ELS is a small law firm with an active trial docket in three states. The entire firm has eleven full time attorneys and one part time attorney. All but one of these attorneys work almost exclusively in the representation of clients with asbestos related diseases. Presently we have trial dates pending or imminent in the states of CT, RI, NY, NJ and LA.

9. The task of reviewing these files and creating the appropriate privilege logs will place an extreme and unreasonable burden on my firm. In addition, there would be the added burden on my firm in responding to the requests for deposition testimony as set forth in the Grace Subpoena.

10. With respect to the case of <u>Kananian v. Lorillard Tobacco</u>, Cuyahoga Court of Common Pleas, Cuyahoga County, Ohio, Case No. CV 442750 (the "Ohio <u>Kananian</u> Case"), two lawyers and two paralegals from ELS were eventually

deposed in this case over a period of approximately 4 full business days. Despite such exhaustive discovery of the ELS firm in the Ohio <u>Kananian</u> case, and to the best of my knowledge, information, and belief, there was never any court criticism of the ELS firm in the Ohio <u>Kananian</u> case, or in any other case involving Harry Kananian or his estate.

11. Of the 114 claimants represented by ELS in connection with the Grace Bankruptcy, I understand that ELS has already delivered Questionnaire answers for each of these claimants with respect to Parts III, IV, V, and VI of the Grace Questionnaire, titled, respectively: "DIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS"; "INDIRECT EXPOSURE TO GRACE ASBESTOS-CONTAINING PRODUCTS"; "EXPOSURE TO NON-GRACE ASBESTOS-CONTAINING PRODUCTS"; and, "EMPLOYMENT HISTORY."

12. Supplemental answers to these Questionnaires were due "no later than January 12, 2007." ELS timely submitted supplemental answers for all 114 of its clients on or before the January 12, 2007 deadline.

Dated this 3 day of April, 2007.

*JAMES F. EARLY*

Subscribed and sworn to before me this 3rd day of April, 2007.

Notary Public
Commission Expires: 9/30/2007