**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: ) <br> ) <br> W.R. Grace & Co., *et al.*, ) <br> ) <br> Debtors. ) <br> ) <br> ) | In Proceedings for a Reorganization under Chapter 11 <br><br> Case No. 01-01149-JKF <br> Re:  14149, 14150, 14927 <br><br> Re Agenda Item # _____ <br><br> Re DI # _____ |

**ORDER GRANTING MOTION OF EARLY, LUDWICK AND SWEENEY, LLC**
**FOR A PROTECTIVE ORDER WITH RESPECT TO**
**<u>SUBPOENA ISSUED BY W.R. GRACE</u>**

Upon consideration of the Motion of Early, Ludwick And Sweeney, LLC For a Protective Order With Respect to Subpoena Issued by W.R. Grace, and any response(s) thereto, it is hereby ORDERED that discovery may not be had.

Dated: _____, 2007

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

2171825v1