# SIGN-IN-SHEET

**CASE NAME** WR Grace  **COURTROOM LOCATION:** Courtroom #6

**CASE NO.:** 01-1139 (JKF)  **DATE:** April 2, 2007 1:30 p.m.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Anton F. Volovsek | | |
| Steven M. Volovsek | | |
| Raymond Mullady | Orrick | FCR |
| John F. Dickinson, Jr. | Div. of Law, State of NJ | State of NJ NJDEP |
| Lewis Kruger | Stroock + Stroock + Lavan | Unsec. Cred. Comittee |
| Ken Pasquale | " | " |
| Michael R. Lastowski | Duane Morris | |
| Elizabeth DeCristofaro | Ford Marrin | CCC |
| Daniel Glosband | Goodwin Procter | CCC |
| Nate Finch | Caplin + Drysdale | ACC |
| Mark Hurford | Campbell + Levine | ACC |
| Amanda Basta | Kirkland + Ellis | WR Grace |
| Will Sparks | WR Grace | WR Grace |
| Anthony P. Marchetta | Day Pitney | WR Grace |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN-SHEET

**CASE NAME** WR Grace  **COURTROOM LOCATION:** Courtroom #6

**CASE NO.:** 01-1139 (JKF)  **DATE:** April 2, 2007 1:30 p.m.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Kevin Mumford | Landis Rath + Cobb | Libby Plaintiffs |
| James O'Neill | PSZYJW | Debtors |
| Tim Cairns | " | " |
| David Bernick | Kirkland + Ellis LLP | |
| Barbara Harding | | |
| Lisa Esayian | | |
| Amanda Basta | | |
| Lori Sinanyan | | |
| David Hogan | The Hogan Firm | Various Plaintiffs |
| Gary Becker | Kramer Levin | Equity Committee |
| William D. Sullivan | William D. Sullivan, LLC | ZAI Claimants |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN-SHEET

**CASE NAME:** WR Grace
**COURTROOM LOCATION:** Courtroom #6
**CASE NO.:** 01-1139 (JKF)
**DATE:** April 2, 2007 1:30 p.m.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Edward Devine | NJ Dept Law | NJDEP |
| David Primack | Drinker Biddle & Reath | Dr. Beach / Sealed Ins. Co. |
| Theodore Taccoelli | Ferry Joseph & Pearce P.A. | PD Committee |
| Garvan McDaniel | Bifferato Gentilotti LLC | Royal Indemnity Company |
| Carl Pernicone | Wilson Elser | " |
| Richard L. Schepacarter | OUST | UST |
| Jack Phillips | Phillips Goldman & Spence | FCR |
| Jeffrey Wisler | Connolly Bove | Maryland Casualty |
| James Carignan | Pepper | BNSF |
| Anne Aaronson | " | " |
| Edward Toole | " | " |
| Ted Weschler | Peninsula | Equity |
| Natalie Ramsey | Alick | MMWR Firms |
| John Denney | Stevens + Lee | Fresenius Fund |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Judith Fitzgerald (Visiting)**
**Courtroom**

Calendar Date: 04/02/2007
Calendar Time: 01:30 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1684295 | John O'Connell | 212-583-5677 | The Blackstone Group | Debtor, Financial Advisor to the Debtor/ LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1684330 | Guy Baron | 212-301-8312 | Dune Capital Management | Interested Party, Dune Capital Management/ LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1684377 | Dale R. Cockrell | 406-751-6003 | Christensen, Moore, Cockrell, | Interested Party, State of Montana / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1684777 | Christopher M. Candon | 617-951-2505 | Cohn Whitesell & Goldberg, LLP | Interested Party, Libby Claimants / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1684778 | Daniel C. Cohn | 617-951-2505 | Cohn Whitesell & Goldberg, LLP | Interested Party, Libby Claimants / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1684964 | Debra Felder | 202-339-8567 | Orrick, Herrington & Sutcliffe | Other Prof., David T. Austern, The Future Claimants Representative/ LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1684974 | Richard H. Wyron | 202-339-8514 ext. 00 | Orrick, Herrington & Sutcliffe | Other Prof., David T. Austern, The Future Claimants Representative/ LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1684976 | Joseph Radecki | 212-284-9588 | Piper Jaffray & Co. | Other Prof., David T. Austern, The Future Claimants Representative/ LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1684978 | Jason Solganick | 212-284-9586 | Piper Jaffray & Co. | Other Prof., David T. Austern, The Future Claimants Representative/ LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1684983 | Beau Harbour | 646-403-8236 | Citadel Investment Group | Interested Party, Citadel Investment Group/ LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1685011 | Peter Lockwood | 202-862-5000 | Caplin & Drysdale | Creditor, Committee of Asbestos Personal Injury Claimants / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1685016 | Walter Slocombe | 202-862-5000 | Caplin & Drysdale | Creditor, Official Committee of Asbestos Claimants / LIVE |

Raymond Reyes                                CourtConfCal                                Page 6 of 10

| Debtor | Case | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 1685100 | Elisa Alcabes | 212-455-3133 | Simpson Thacher & Bartlett LLP | Interested Party, Travelers Casualty Insurance Company / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1684060 | Oscar Mockridge | 212-303-9499 | Halcyon Asset Management, LLC | Other Prof., Halcyon Asset Management |
| W. R. Grace & Co. | 01-01139 | Hearing | 1682910 | Leslie A. Epley | 202-624-2500 | Crowell & Moring, LLP | Interested Party, Everest Reinsurance Company & McKinley Insurance Company/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1683054 | Sarah Edwards | 212-490-3000 ext. 2133 | Wilson, Elser, Moskowitz, Edelman & | Creditor, Royal Insurance/ LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1683503 | Paul Malek | 212-754-1624 | Latigo Partners | Creditor, Latigo Partners / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1683559 | Martin Dies | 512-476-4394 | Dies & Hile LLP | Creditor, Official Committee of Asbestos Property Damage Claimants/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1682537 | Andrew Chan | 212-526-4503 | Lehman Brothers | Creditor, Lehman Brothers/ LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1680493 | Kenneth Thomas | 707-553-9817 | Kenneth Thomas | Interested Party, Kenneth Thomas/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1682772 | David A. Klingler | 214-969-4900 ext. 1335 | Stutzman, Bromberg, Esserman & | Interested Party, Various Claimant Firms/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1682773 | David J. Parsons | 214-969-4900 | Stutzman, Bromberg, Esserman & | Interested Party, Various Claimant Firms/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1682881 | Brian L. Kasprzak | 302-658-6538 | Marks, O'Neill, O'Brien & Courtney, | Interested Party, Everest Reinsurance Company & McKinley Insurance Company/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1682889 | Michael J. Joyce | 302-658-6538 | Marks, O'Neill, O'Brien & Courtney, | Interested Party, Everest Reinsurance Company & McKinley Insurance Company/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1682893 | Mark Plevin | 202-624-2689 | Crowell & Moring, LLP | Interested Party, Everest Reinsurance Company & McKinley Insurance Company/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1683560 | Daniel Speights | 803-943-4444 | Speights & Runyan | Creditor, Official Committee of Asbestos Property Damage Claimants/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1683562 | Darrell Scott | 509-455-3966 | Scott Law Group | Creditor, Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1683564 | Edward J. Westbrook | 843-727-6513 | Richardson Patrick Westbrook | Creditor, Asbestos Property Damage Claimants / LIVE |

| Name | Firm | Phone | ID | Type | Case | Case Name | Representing |
|---|---|---|---|---|---|---|---|
| Sean Walsh | LECG | 202-973-9381 | 1683566 | Hearing | 01-01139 | W. R. Grace & Co. | Creditor, Official Committee of Asbestos Property Damage Claimants/ LISTEN ONLY |
| Scott L. Baena | Bilzin, Sumberg, Baena, Price & | 305-375-6156 | 1683567 | Hearing | 01-01139 | W. R. Grace & Co. | Creditor, Official Committee of Asbestos Property Damage Claimants/ LISTEN ONLY |
| David Siegel | W. R. Grace & Co. | 802-253-9264 | 1683577 | Hearing | 01-01139 | W. R. Grace & Co. | Debtor, W. R. Grace & Co./ LISTEN ONLY |
| Paul J. Norris | W. R. Grace & Co. | 410-531-4404 | 1683580 | Hearing | 01-01139 | W. R. Grace & Co. | Debtor, W. R. Grace & Co./ LISTEN ONLY |
| Jarrad Wright | Weil, Gotshal & Manges (Washington) | 202-682-7000 | 1683826 | Hearing | 01-01139 | W. R. Grace & Co. | Creditor, Ad Hoc Committee of Equity Secured Creditors/ LISTEN ONLY |
| Warren H. Smith | Warren H. Smith & Associates, P.C. | 214-698-3868 ext. 3 | 1683945 | Hearing | 01-01139 | W. R. Grace & Co. | Fee Auditor, Warren H. Smith/ LIVE |
| Barbara Seniawski | Simpson Thacher & Bartlett LLP | 212-455-3835 | 1679289 | Hearing | 01-01139 | W. R. Grace & Co. | Interested Party, Travelers Casualty Insurance Company/ LISTEN ONLY |
| Andrew Hain | Bank of New York | 973-226-8174 | 1652684 | Hearing | 01-01139 | W. R. Grace & Co. | Interested Party, Bank of New York/ LISTEN ONLY |
| David Hickerson | Weil, Gotshal & Manges (Washington) | 202-682-7105 | 1655084 | Hearing | 01-01139 | W. R. Grace & Co. | Creditor, Ad Hoc Committee of Equity Secured Creditors/ LISTEN ONLY |
| Natalie D. Ramsey | Montgomery, McCracken, Walker & | 215-772-7354 | 1674762 | Hearing | 01-01139 | W. R. Grace & Co. | Creditor, Grace Certain Cancer Claimants, et al/ LIVE |
| Alex Mueller | Mendes & Mount | 212-261-8296 | 1676527 | Hearing | 01-01139 | W. R. Grace & Co. | Interested Party, London Market Insurers/ LISTEN ONLY |
| Arlene Krieger | Stroock & Stroock & Lavan, LLP (New | 212-806-5544 | 1676685 | Hearing | 01-01139 | W. R. Grace & Co. | Creditor, Official Committee of Unsecured Creditors/ LISTEN ONLY |
| David J. Liebman | Cozen O'Connor | 215-665-2147 | 1681929 | Hearing | 01-01139 | W. R. Grace & Co. | Interested Party, Federal Insurance Company/ LIVE |
| Jacob C. Cohn | Cozen O'Connor | 215-665-2147 | 1681935 | Hearing | 01-01139 | W. R. Grace & Co. | Interested Party, Federal Insurance Company/ LIVE |
| Peter Shawn | Tocqueville Asset Management | 212-698-0822 | 1681941 | Hearing | 01-01139 | W. R. Grace & Co. | Creditor, Share Holder for W. R. Grace & Co./ LISTEN ONLY |
| George Calhoun | Steptoe & Johnson LLP | 202-429-6226 | 1681981 | Hearing | 01-01139 | W. R. Grace & Co. | Interested Party, US Fire Insurance Company/ LIVE |
| Marti Murray | Murray Capital Management, Inc. | 212-582-5505 | 1682275 | Hearing | 01-01139 | W. R. Grace & Co. | Interested Party, Murray Capital Management, Inc./ LISTEN ONLY |
| James J. Restivo | Reed, Smith, Shaw & McClay | 412-822-3122 | 1682342 | Hearing | 01-01139 | W. R. Grace & Co. | Debtor, W. R. Grace & Co./ LIVE |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Judith Fitzgerald (Visiting) Courtroom

Calendar Date: 04/02/2007
Calendar Time: 02:00 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1675073 | Lisa Esayian | 312-861-2226 | Kirkland & Ellis | Debtor, W. R. Grace & Co./ LIVE (CC-913) |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1676686 | Arlene Krieger | 212-806-5544 | Stroock & Stroock & Lavan, LLP | Creditor, Official Committee of Unsecured Creditors/ LISTEN ONLY (New York) |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1677418 | Tiffany Cobb | 614-464-8322 | Vorys, Sater, Seymour & Pease, LLP | Creditor, Scotts Company/ LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1680250 | Andrew Hain | 973-226-8174 | Bank of New York | Interested Party, Bank of New York/ LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1680272 | Andrew Craig | 973-734-3200 | Cuyler Burk, LLP | Creditor, Allstate Insurance Company/ LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1680287 | Elizabeth DeCristofaro | 212-269-4900 | Ford Marrin Esposito Witmeyer & | Creditor, Continental Casualty Company/ LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1680499 | Kenneth Thomas | 707-553-9817 | Kenneth Thomas | Interested Party, Kenneth Thomas/ LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1680926 | Curtis Plaza | 973-451-8488 | Riker, Danzig, Scherer, Hyland & | Claimant, Asbestos Property Damage Claimants/ LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1683700 | Cleve Preece | 970-326-7333 | Circle Bar Ranch, Inc. | Interested Party, Cleve Preece/ LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1675062 | Sam Blatnick | 312-861-2359 | Kirkland & Ellis | Debtor, W. R. Grace & Co./ LIVE (CC-913) |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 15736596 | Michael Davis | 212-826-5311 | Zeichner Ellman & Krause, LLP | AIG / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1573774 | Robert Guttmann | 212-223-0400 ext. 637 | Zeichner Ellman & Krause, LLP | Interested Party, National Union Fire Insurance/ LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1667374 | Steven Mandelsberg | 212-478-7360 | Hahn & Hessen | Claimant, State of California / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1675036 | Janet Baer | 312-861-2162 | Kirkland & Ellis | Debtor, W. R. Grace & Co./ LIVE (CC-913) |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1675045 | David Mendelson | 202-879-5167 | Kirkland & Ellis | Debtor, W. R. Grace & Co./ LIVE (CC-913) |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1675055 | Theodore Freedman | 212-446-4800 | Kirkland & Ellis | Debtor, W. R. Grace & Co./ LIVE (CC-913) |

Raymond Reyes

CourtConfCal

Page 10 of 10

| | | | | | | |
|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 1682349 | Douglas E. Cameron | 412-288-4104 | Reed, Smith, Shaw & McClay | Debtor, W. R. Grace & Co. /LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1682506 | Sander Esserman | 214-969-4910 | Stutzman, Bromberg, Esserman & Claimant Firms/ LIVE | Interested Party, Various Claimant Firms/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1682531 | Van J. Hooker | 214-969-4900 | Stutzman, Bromberg, Esserman & | Interested Party, Various Claimant Firms/ LIVE |