IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Re: Docket Nos. 14907, 14908 and |
| | ) | 14929 |

## AGREED ORDER PERMITTING ADDITIONAL TWO DAYS FOR CERTAIN RESPONSES REGARDING MOTIONS RELATED TO CONSULTING EXPERT ORDER

This matter, having come to be heard on the Debtors Emergency Motion For Entry of Agreed Order Permitting Additional Two Days for Response to be Filed Regarding Certain Motions Related to the Court's Consulting Expert Order, dated March 6, 2007 (Docket no. 14150); the parties being in agreement and the Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED:

1. The Motion is granted.

2. The Debtors may have two additional days, until Friday April 6, 2007, to respond to (i) Certain law firm's motion for extension of time to appeal the Consulting Expert Order (Docket no. 14907) and (ii) Certain law firm's motion for a stay pending appeal of the Consulting Expert Order (Docket no. 15020).

April ___, 2007

                                                                                                       Honorable Judith K. Fitzgerald
                                                                                                       U. S. Bankruptcy Judge