IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | In Proceedings for a Reorganization under Chapter 11 |
| ) | |
| W.R. Grace & Co., *et al.*, ) | Case No. 01-01139-JKF |
| ) | |
| Debtors. ) | RE: 15080 |
| ) | |

## MOTION AND ORDER
## FOR ADMISSIONS PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of: William J. Sweeney, Esquire of SWEENEY & GRIFFEN, One Liberty Square, New Britain, Ct 06051 to represent Early, Ludwick & Sweeney, LLC a/k/a Early, Ludwick, Sweeney & Strauss, LLC ("ELS") in this matter.

Dated: April 3, 2007                MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP

By:     /s/ Noel C. Burnham
Noel C. Burnham, Esquire (DE 3483)
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
(302) 504-7800
(302) 504-7820 (facsimile)
nburnham@mmwr.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admissions pro hac vice is granted.

Date: 4/4/07        /s/ Judith K. Fitzgerald
                    Judge   JFC

2171620v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Connecticut and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

April 3, 2007          Signed: _____
                                William J. Sweeney (CT  04325 )
                                SWEENEY & GRIFFEN
                                One Liberty Square
                                New Britain, Ct 06051
                                860-827-6453
                                860-225-0626 (facsimile)
                                wjs@sweeneygriffen.com

2

2171620v1