# EXHIBIT B

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

Lisa G. Esayian
To Call Writer Directly:
312 861-2226
lesayian@kirkland.com

(312) 861-2000

www.kirkland.com

Facsimile:
(312) 861-2200
Dir. Fax: 312 660-0663

April 4, 2007

**VIA FACSIMILE AND E:MAIL**

Daniel A. Speights
Marion C. Fairey, Jr.
Speights & Runyan
200 Jackson Avenue East
Hampton, South Carolina 29924

Christopher D. Loizides
Loizides, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801

Re:   *In re W. R. Grace*

Dear Counsel:

As indicated in an email message to Dan Speights at 12:30 PM central / 1:30 PM eastern time today, the Speights and Runyan firm served a subpoena upon Arthur Langer at some point between March 26 and April 2, but did not serve a copy of that subpoena to Grace, or to its counsel at Kirkland & Ellis LLP or Reed Smith.

The subpoena purported to be for a deposition of Dr. Langer in Pittsburgh on April 5, 2007 at 10:00 AM.

Because of lack of service of the subpoena to Grace and insufficient notice to Grace, as indicated in my email message to Dan Speights, there will be no deposition of Dr. Langer tomorrow.

As also indicated in my email message to Dan Speights, Grace will be filing a motion to quash.

Very truly yours,

Lisa D. Esayian

Lisa G. Esayian

LGE
cc:   Richard Finke
      Doug Cameron

Hong Kong    London    Los Angeles    Munich    New York    San Francisco    Washington, D.C.