# EXHIBIT C

|  |  |
|---|---|
| Lisa Esayian/Chicago/Kirkland-Ellis<br>04/04/2007 01:20 PM | To  DSpeights@speightsrunyan.com,<br>     bfairey@speightsrunyan.com<br>cc  dcameron@reedsmith.com, trea@reedsmith.com<br>bcc<br>Subject  WR Grace -- Langer deposition -- attached letter |

Please see attached letter.

Also, if you believe that you have something to say in the context of a meet and confer regarding the Langer deposition, please articulate it in an email to me, Doug Cameron and Traci Rea.

 - Grace Speights April 4 letter.pdf

Lisa G. Esayian
Kirkland & Ellis LLP
(312) - 861 - 2226 (phone)
(312) - 660 - 0663 (direct fax)
200 East Randolph Drive
Chicago, IL 60601
lesayian@kirkland.com