IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 4th day of April, 2007, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**DEBTORS' EMERGENCY MOTION TO QUASH SPEIGHTS & RUNYAN SUBPOENA OF DEPOSITION OF DR. ARTHUR LANGER.**

_____
James E. O'Neill (Bar No. 4042)

91100-001\DOCS_DE:123093.61

W. R. Grace Emergency Motion Service List
Case No. 01-1139 (JKF)
Document Number: 126359
19 – Electronic Delivery
19 - Facsimile


(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

*Facsimile 302-657-4901*
*Electronic Delivery*
*mlastowski@duanemorris.com*
*rriley@duanemorris.com*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Richard W. Riley, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

*Facsimile 302-658-6395*
*Electronic Delivery*
*syoder@bayardfirm.com.*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

*Facsimile 302-426-9947*
*Electronic Delivery*
*meskin@del.camlev.com;*
*mhurford@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Mark T. Hurford
Campbell & Levine
800 North King Street, Suite 300
Wilmington, DE 19801

*Facsimile 302-658-6548*
*Electronic Delivery*
*Collins@RLF.com*
(Counsel for The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Facsimile 302-575-1714*
*Electronic Delivery*
*mjoseph@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

*Facsimile 302-573-6497*
*Electronic Delivery*
*David.Klauder@usdoj.gov*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Facsimile 302-552-4295*
*Electronic Delivery*
*currier@klettrooney.com*
(Equity Committee Counsel)
Teresa K. D. Currier
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

*Facsimile 302-654-0728*
*Electronic Delivery*
*loizides@loizides.com*
Christopher D. Loizides, Esquire
Michael J. Joyce, Esaquire
Loizides & Associates
1225 King Street, Suite 800
Wilmington, DE  19801

*Facsimile 312-861-2200*
*Electronic Delivery*
*jbaer@kirkland.com*
*dbernick@kirkland.com*
 (Counsel to Debtor)
David B. Bernick, P.C.
Janet Baer, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

*Facsimile 410-531-4545*
*Electronic Delivery*
*mark.shelnitz@grace.com*
(W. R. Grace & Co.)
Mark Shelniz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

*Facsimile 212-806-6006*
*Electronic Delivery*
*akruger@stroock.com*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

*Facsimile 212-644-6755*
*Electronic Delivery*
ei@capdale.com
rct@capdale.com
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152

*Facsimile 305-374-7593*
*Electronic Delivery*
*sbaena@lilzin.com*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL  33131

*Facsimile 212-715-8000*
*Electronic Delivery*
*pbentley@kramerlevin.com*
*tmayer@kramerlevin.com*
(Equity Committee Counsel)
Philip Bentley, Esquire
Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

*Facsimile 202-429-3301*
*Electronic Delivery*
pvnl@capdale.com
jwd@capdale.com
tws@capdale.com
ndf@capdale.com
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

*Facsimile 973-424-2001*
*Electronic Delivery*
WSKatchen@duanemorris.com
(Counsel to Official Committee of Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street
Suite 1200
Newark, NJ  07102-3889

*Facsimile 202-339-8500*
*Electronic Delivery*
rfrankel@orrick.com
rwyron@orrick.com
mcheyney@orrick.com
(Counsel to David T. Austern, Future Claimant's Representative)
Roger Frankel
Richard H. Wyron
Matthew W. Cheney
Orrick Herrington & Sutcliffe LLP
3050 K Street, NW
Washington, DC  20007

*Facsimile 302-655-4210*
*Electronic Delivery*
jcp@pgslaw.com
(Counsel to David T. Austern, Future Claimant's Representative)
Phillips, Goldman & Spence, P.A.
John C. Phillips, Jr.
1200 North Broom Street
Wilmington, DE  19806

*Facsimile 803-943-4599*
*Electronic Delivery*
dspeights@speightsrunyan.com
Daniel A. Speights, Esquire
Speights & Runyan
200 Jackson Avenue East
PO Box 685
Hampton, SC  29924