**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline:  April 25, 2007 |
| | : | Hearing Date:  TBD, if necessary |

**FEE DETAIL FOR DAY PITNEY LLP'S**
**SIXTY-NINTH INTERIM FEE APPLICATION FOR THE PERIOD**
**FROM FEBRUARY 1, 2007 THROUGH FEBRUARY 28, 2007**

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

**EXHIBIT A**

**FEES FOR THE FEE PERIOD FEBRUARY 1, 2007 THROUGH FEBRUARY 28, 2007[2]**

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| | | | |
|---|---|---|---|
| 02/12/07 | Sent out audit survey; Created separate documents for each attorney who prepared an insert in the 2006 letter; Began working with attorneys re: preparation of inserts. | | |
| 14 | S. Parker | 1.5 | 217.50 |
| 02/13/07 | Conducted searches of SDNY website re: retrieval of current docket in the CCC action re: response to J. Posner's supplemental inquiries. | | |
| 14 | S. Parker | 0.2 | 29.00 |
| 02/13/07 | Worked with B. Moffitt re: current SDNY docket in the CCC action re: response to J. Posner's supplemental inquiries. | | |
| 14 | S. Parker | 0.2 | 29.00 |
| 02/13/07 | Conducted searches and reviewed file documents in NY Insurance action re: compilation of documents needed to respond to J. Posner's inquires. | | |
| 14 | S. Parker | 0.7 | 101.50 |
| 02/13/07 | Worked with B. Moffitt re: documents compiled in response to J. Posner's inquiries. | | |
| 14 | S. Parker | 0.3 | 43.50 |
| 02/16/07 | Followed up with attorneys re: responses to audit survey and updating prior inserts. | | |
| 14 | S. Parker | 1.2 | 174.00 |
| 02/19/07 | Worked with attorneys re: preparation of inserts; Preparation of draft letter. | | |
| 14 | S. Parker | 1.4 | 203.00 |
| 02/20/07 | Review and sign off on audit letter response. | | |
| 14 | M. Dunne | 0.4 | 202.00 |
| 02/20/07 | Drafted fee application for January 2007. | | |
| 18 | K. Piper | 1.3 | 403.00 |

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

1513783A01032307

| 02/20/07 | Prepared draft audit letter for A. Marchetta's review; Worked with A. Marchetta re: same; Prepared file for M. Dunne's review of same; Attention to delivery of same to auditor via facsimile and first class mail, and to clients via first class mail. | | |
|---|---|---|---|
| 14 | S. Parker | 0.8 | 116.00 |
| 02/21/07 | Drafted January 2007 fee application. | | |
| 18 | K. Piper | 1.6 | 496.00 |
| 02/22/07 | Receipt and review of CNO for December 2006 and forward same. | | |
| 18 | K. Piper | 0.2 | 62.00 |
| 02/27/07 | Review and revise DP's January, 2007 fee application, and follow up with K. Piper regarding same. | | |
| 18 | S. Zuber | 0.3 | 136.50 |
| 02/28/07 | Revised January 2007 fee application and forward same for service. | | |
| 18 | K. Piper | 0.7 | 217.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| M. Dunne | 14 | 0.4 | 505.00 | 202.00 |
| S. Zuber | 18 | 0.3 | 455.00 | 136.50 |
| K. Piper | 18 | 3.8 | 310.00 | 1,178.00 |
| S. Parker | 14 | 6.3 | 145.00 | 913.50 |
| TOTAL | | 10.8 | | 2,430.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 114715 NJDEP v. W.R. Grace et al.

| 02/01/07 | Telephone calls and follow up with client and co-defendants regarding meeting with state. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.6 | 354.00 |
| 02/01/07 | Follow up regarding arrangements for meeting and pre meeting. | | |
| 14 | A. Marchetta | 0.6 | 354.00 |
| 02/01/07 | Telephone calls with counsel for co-defendants re: settlement meeting; e-mail from D.A.G. re: same; follow up with A. Marchetta re: same; telephone call with K. Clark re: departure of W. Jacobson; continued preparation of letter to Judge Bongiovanni re: status. | | |
| 3 | B. Moffitt | 1.1 | 418.00 |
| 02/01/07 | Worked with B. Moffitt re: upcoming settlement meeting and created | | |

|          |                                                                                                          |      |       |
|----------|----------------------------------------------------------------------------------------------------------|------|-------|
|          | docket entry reflecting same.                                                                            |      |       |
| 14       | S. Parker                                                                                               | 0.3  | 43.50 |
|          |                                                                                                          |      |       |
| 02/01/07 | Attention to submission and service of status letter to Judge Bongiovanni; Created electronic version of same and forward to A. Marchetta and B. Moffitt. |      |       |
| 14       | S. Parker                                                                                               | 0.4  | 58.00 |
|          |                                                                                                          |      |       |
| 02/02/07 | Telephone call with W. Corcoran and follow up with B. Moffitt re settlement conference.                 |      |       |
| 14       | A. Marchetta                                                                                            | 0.6  | 354.00 |
|          |                                                                                                          |      |       |
| 02/05/07 | Work with B. Moffitt regarding information for settlement meeting.                                       |      |       |
| 14       | A. Marchetta                                                                                            | 0.5  | 295.00 |
|          |                                                                                                          |      |       |
| 02/05/07 | Work with A. Marchetta re: preparation for meeting with State; follow up re: same.                      |      |       |
| 3        | B. Moffitt                                                                                              | 0.5  | 190.00 |
|          |                                                                                                          |      |       |
| 02/05/07 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. |      |       |
| 14       | S. Parker                                                                                               | 0.3  | 43.50 |
|          |                                                                                                          |      |       |
| 02/06/07 | Telephone calls and follow up regarding settlement meeting.                                              |      |       |
| 14       | A. Marchetta                                                                                            | 0.3  | 177.00 |
|          |                                                                                                          |      |       |
| 02/06/07 | Worked with B. Moffitt re: upcoming settlement conference.                                               |      |       |
| 14       | S. Parker                                                                                               | 0.2  | 29.00 |
|          |                                                                                                          |      |       |
| 02/07/07 | Memos with URS and review draft and revised report sections.                                            |      |       |
| 14       | W. Hatfield                                                                                             | 1.5  | 585.00 |
|          |                                                                                                          |      |       |
| 02/07/07 | Call with URS on draft DEP report and case issues and strategy.                                          |      |       |
| 14       | W. Hatfield                                                                                             | 1.2  | 468.00 |
|          |                                                                                                          |      |       |
| 02/07/07 | Memo to clients and URS on draft DEP report and certification.                                          |      |       |
| 14       | W. Hatfield                                                                                             | 0.2  | 78.00 |
|          |                                                                                                          |      |       |
| 02/08/07 | Address case issues on DEP report and submission including emails and call with URS.                     |      |       |
| 14       | W. Hatfield                                                                                             | 1.1  | 429.00 |
|          |                                                                                                          |      |       |
| 02/08/07 | Emails and follow up regarding report and DEP.                                                           |      |       |
| 14       | A. Marchetta                                                                                            | 0.8  | 472.00 |
|          |                                                                                                          |      |       |
| 02/08/07 | Emails, telephone calls and follow up with W. Hatfield re report; follow up |      |       |

4

|  |  |  |  |
|---|---|---|---|
| | regarding settlement meeting. Review report. | | |
| 14 | A. Marchetta | 0.8 | 472.00 |
| | | | |
| 02/08/07 | Email exchange with B. Barry of Weil, Gotschall re: meeting with State. | | |
| 3 | B. Moffitt | 0.2 | 76.00 |
| | | | |
| 02/09/07 | Address issues on submission and extension on report to DEP. | | |
| 14 | W. Hatfield | 0.5 | 195.00 |
| | | | |
| 02/09/07 | Review report. | | |
| 14 | A. Marchetta | 0.8 | 472.00 |
| | | | |
| 02/12/07 | Address NJDEP invoice issues and memo to client on same. | | |
| 14 | W. Hatfield | 0.6 | 234.00 |
| | | | |
| 02/12/07 | Follow up re report of URM; telephone conference with client and W. Hatfield regarding same; follow up regarding state settlement meeting. | | |
| 14 | A. Marchetta | 1.0 | 590.00 |
| | | | |
| 02/12/07 | Follow up regarding request of client for information. | | |
| 14 | A. Marchetta | 0.4 | 236.00 |
| | | | |
| 02/12/07 | Conference call on URS draft report issues; DEP period rule; email issues; strategy. | | |
| 14 | W. Hatfield | 1.0 | 390.00 |
| | | | |
| 02/12/07 | Call with client and AJM on case issues and draft report. | | |
| 14 | W. Hatfield | 0.4 | 156.00 |
| | | | |
| 02/13/07 | Follow up regarding information for client as to Insurance issues. | | |
| 14 | A. Marchetta | 0.5 | 295.00 |
| | | | |
| 02/13/07 | Telephone calls regarding report and submission of same; follow up regarding materials for meeting. | | |
| 14 | A. Marchetta | 0.6 | 354.00 |
| | | | |
| 02/13/07 | Address report issues and strategy. | | |
| 14 | W. Hatfield | 0.5 | 195.00 |
| | | | |
| 02/13/07 | Review request from J. Posner for information re: litigation; work with A. Marchetta and S. Parker re: responding to same; review settlement agreement re: same and draft e-mail to J. Posner | | |
| 3 | B. Moffitt | 0.9 | 342.00 |
| | | | |
| 02/14/07 | Follow up regarding issues on report. | | |
| 14 | A. Marchetta | 0.5 | 295.00 |

5

| Date | Description | Hours | Amount |
|---|---|---|---|
| 02/15/07<br>14 | Address case issues and call with client on period rule and strategy.<br>W. Hatfield | 0.4 | 156.00 |
| 02/15/07<br>14 | Telephone call with client regarding testing issue and report.<br>A. Marchetta | 0.7 | 413.00 |
| 02/15/07<br><br>14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues.<br>S. Parker | 0.4 | 58.00 |
| 02/19/07<br>14 | Call with URS on final report.<br>W. Hatfield | 0.3 | 117.00 |
| 02/19/07<br>14 | Follow up regarding information for settlement meeting.<br>A. Marchetta | 0.7 | 413.00 |
| 02/19/07<br><br>14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues.<br>S. Parker | 0.3 | 43.50 |
| 02/20/07<br>14 | Follow up with B. Moffitt re issues and strategy for meeting with DEP.<br>A. Marchetta | 0.6 | 354.00 |
| 02/20/07<br><br>3 | Work with A. Marchetta re: preparation for meeting with State re: settlement; follow up re: same.<br>B. Moffitt | 0.7 | 266.00 |
| 02/21/07<br><br>14 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues.<br>S. Parker | 0.3 | 43.50 |
| 02/23/07<br>14 | Work with B. Moffitt re information to clients for settlement conference.<br>A. Marchetta | 0.7 | 413.00 |
| 02/23/07<br><br>3 | Preparation for meeting with NJDEP and Assistant Attorney Generals re: settlement; preparation of email to client re: same.<br>B. Moffitt | 3.1 | 1,178.00 |
| 02/23/07<br><br><br>14 | Preparation for upcoming settlement conference, including working with A. Marchetta and B. Moffitt, and compilation and organization of documents needed by A. Marchetta in preparation for same.<br>S. Parker | 1.8 | 261.00 |
| 02/27/07 | Searched re: compilation of information on current status of investigation of Hamilton plant and related issues. | | |

1513783A01032307

| 14 | S. Parker | | | 0.4 | | 58.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 10.7 | 590.00 | 6,313.00 |
| W. Hatfield | 14 | 7.7 | 390.00 | 3,003.00 |
| B. Moffitt | 3 | 6.5 | 380.00 | 2,470.00 |
| S. Parker | 14 | 4.4 | 145.00 | 638.00 |
| | TOTAL | 29.3 | | 12,424.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| 02/01/07 | Review/analysis various correspondences from Rozenholc, Laudor, Sherman and Special Referee Suter re scheduling depositions, document production, third party subpoenas. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.1 | 44.00 |

| 02/01/07 | Draft correspondence to D. Rozenholc re deposition of Tahari and other Tahari witnesses. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.2 | 88.00 |

| 02/05/07 | Draft correspondence to R. Laudor re dates for scheduling Lehr construction depositions. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.1 | 44.00 |

| 02/06/07 | Preparation for Tahari deposition - review pleadings, document production, client documents. | | |
|---|---|---|---|
| 3 | B. Benjamin | 1.2 | 528.00 |

| 02/06/07 | Draft correspondences to and telephone conferences with E. Sherman, C. Boubol and R. Laudor re issues re scheduling of depositions. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.2 | 88.00 |

| 02/07/07 | Telephone conference with D. Rozenholc re deposition of Tahari. | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.2 | 88.00 |

| 02/08/07 | Continue preparation for Tahari deposition - preparation of deposition outline, document and pleading review. | | |
|---|---|---|---|
| 3 | B. Benjamin | 1.3 | 572.00 |

| 02/08/07 | Review/analysis R. Laudor correspondence and E. Sherman correspondence re Lehr construction depositions, production of Tahari for deposition, analysis re Special Referee order re priority of depositions. | | |
|---|---|---|---|

7

| | | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.2 | 88.00 |
| 02/09/07 14 | Follow up regarding depositions. A. Marchetta | 0.3 | 177.00 |
| 02/09/07 3 | Review/analysis T. Soloway and D. Rozenholc correspondences re scheduling Tahari and other depositions. B. Benjamin | 0.1 | 44.00 |
| 02/09/07 3 | Draft correspondence to V. Finkelstein re Tahari deposition scheduling. B. Benjamin | 0.2 | 88.00 |
| 02/12/07 3 | Telephone conference with T. Soloway re Tahari deposition. B. Benjamin | 0.1 | 44.00 |
| 02/12/07 3 | Review/analysis multiple correspondences to and from all counsel and Special Referee re depositions. B. Benjamin | 0.2 | 88.00 |
| 02/13/07 3 | Review/analysis multiple correspondences from all counsel of record and special referee re scheduling depositions and draft correspondences re same. B. Benjamin | 0.3 | 132.00 |
| 02/14/07 3 | Review/analysis Bobrow document production re preparation for Tahari and Bobrow depositions. B. Benjamin | 1.7 | 748.00 |
| 02/15/07 3 | Preparation for deposition of E. Tahari. B. Benjamin | 3.7 | 1,628.00 |
| 02/15/07 3 | Preparation for deposition of Norman Bobrow. B. Benjamin | 1.2 | 528.00 |
| 02/16/07 3 | Deposition of Elie Tahari. B. Benjamin | 9.0 | 3,960.00 |
| 02/16/07 3 | Telephone conference with T. Soloway and C. Boubol re filing Note of Issue, ending discovery. B. Benjamin | 0.4 | 176.00 |
| 02/19/07 14 | Follow up regarding depositions and emails re same. A. Marchetta | 0.2 | 118.00 |
| 02/19/07 3 | Preparation of outline for Bobrow deposition - review Bobrow document production, Tahari documents, pleadings, etc. B. Benjamin | 2.6 | 1,144.00 |

| 02/19/07 | Draft Note of Issue and Certificate of Readiness, with supplemental affidavit explaining status of discovery demands. | | |
| 3 | B. Benjamin | 1.7 | 748.00 |

| 02/19/07 | Draft correspondence to V. Finkelstein re Tahari's deposition, strategy for filing Note of Issue, ending discovery. | | |
| 3 | B. Benjamin | 0.2 | 88.00 |

| 02/20/07 | Review/analysis deposition transcript of E. Tahari re preparation for deposition of N. Bobrow. | | |
| 3 | B. Benjamin | 1.0 | 440.00 |

| 02/21/07 | Review T. Soloway correspondence to Special Referee objecting to Tahari request for extension of time. | | |
| 3 | B. Benjamin | 0.1 | 44.00 |

| 02/21/07 | Deposition of Normon Bobrow. | | |
| 3 | B. Benjamin | 9.0 | 3,960.00 |

| 02/22/07 | Draft Verified Answer to Tahari's Amended Third Party Complaint. | | |
| 3 | B. Benjamin | 1.9 | 836.00 |

| 02/22/07 | Telephone conference with C. Boubol re service of Note of Issue, responding to Tahari's Amended Answer and Third Party Complaint. | | |
| 3 | B. Benjamin | 0.2 | 88.00 |

| 02/27/07 | Draft correspondence to and correspond with all counsel of record re letter to Judge Tolub re calendaring of case, request for Order of Consolidation. | | |
| 3 | B. Benjamin | 0.5 | 220.00 |

| 02/27/07 | Draft/revise correspondence to Judge Tolub re calendaring of Note of Issue, request for Order of Consolidation. | | |
| 3 | B. Benjamin | 0.5 | 220.00 |

| 02/27/07 | Review/analysis Special Referee correspondence re continuing with discovery post-filing of Note of Issue. | | |
| 3 | B. Benjamin | 0.1 | 44.00 |

| 02/27/07 | Review docket report; speak with clerk re why the case is marked as disposed and discuss same with B. Benjamin.. | | |
| 14 | L. Bellard | 0.2 | 75.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

TASK

9

| Timekeeper | CODE | HOURS | RATE | FEE |
|------------|------|-------|------|-----|
| A. Marchetta | 14 | 0.5 | 590.00 | 295.00 |
| B. Benjamin | 3 | 38.2 | 440.00 | 16,808.00 |
| L. Bellard | 14 | 0.2 | 375.00 | 75.00 |
| TOTAL | | 38.9 | | 17,178.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| | | | |
|---|---|---|---|
| 02/01/07 | Met with R. Rose re pre-judgment interest requirements of Rule 4:58. | | |
| 14 | S. Cleffi | 0.2 | 45.00 |
| 02/01/07 | Researched and drafted memo on the prejudgment interest requirements of Rule 4:58. | | |
| 14 | S. Cleffi | 1.6 | 360.00 |
| 02/05/07 | Address and review Shell reply brief. | | |
| 14 | W. Hatfield | 0.8 | 312.00 |
| 02/07/07 | Address case issues for RGR. | | |
| 14 | W. Hatfield | 0.2 | 78.00 |
| 02/07/07 | Letter to clients with Shell reply brief. | | |
| 14 | W. Hatfield | 0.1 | 39.00 |
| 02/07/07 | Review Shell reply brief in support of petition for certification. | | |
| 14 | R. Rose | 0.7 | 332.50 |
| 02/08/07 | Review correspondence and address Certification issues. | | |
| 14 | W. Hatfield | 0.3 | 117.00 |
| 02/09/07 | Review filing status of petitioners with W. Hatfield. | | |
| 14 | R. Rose | 0.1 | 47.50 |
| 02/09/07 | Address briefing status and strategy with defendants re: reply brief filings. | | |
| 14 | W. Hatfield | 0.3 | 117.00 |
| 02/12/07 | Address Sunoco request for settlement offer. | | |
| 14 | W. Hatfield | 0.3 | 117.00 |
| 02/12/07 | Telephone from Sunoco in-house counsel D. Carlos concerning settlement status; discuss preparation of offer with B. Hatfield. | | |
| 14 | R. Rose | 0.3 | 142.50 |
| 02/15/07 | Analyze settlement strategy and prepare memo on same to RGR. | | |
| 14 | W. Hatfield | 1.5 | 585.00 |

1513783A01032307

| 02/15/07 | Review Shell letter; address trial date issues. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.2 | 78.00 |

| 02/15/07 | Review settlement proposal for Sunoco with B. Hatfield. | | |
|---|---|---|---|
| 14 | R. Rose | 0.3 | 142.50 |

| 02/16/07 | Review settlement proposal from Sunoco as approved by client; telephone message to Sunoco counsel, D. Carlos, concerning same. | | |
|---|---|---|---|
| 14 | R. Rose | 0.3 | 142.50 |

| 02/16/07 | Follow up regarding settlement positions. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.4 | 236.00 |

| 02/16/07 | Address settlement strategy issues re: Sunoco and obtain client authorization for same. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.5 | 195.00 |

| 02/19/07 | Address settlement strategy. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.4 | 156.00 |

| 02/19/07 | Review Sunoco settlement position with B. Hatfield. | | |
|---|---|---|---|
| 14 | R. Rose | 0.2 | 95.00 |

| 02/20/07 | Telephone from Sunoco counsel re settlement and discuss with B. Hatfield. | | |
|---|---|---|---|
| 14 | R. Rose | 0.3 | 142.50 |

| 02/20/07 | Address settlement issues; memo to clients on matter. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.4 | 156.00 |

| 02/21/07 | Attention e-mails with client concerning Sunoco settlement position. | | |
|---|---|---|---|
| 14 | R. Rose | 0.1 | 47.50 |

| 02/21/07 | Prepare memo to client on settlement negotiations with Sunoco. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.4 | 156.00 |

| 02/23/07 | Follow up regarding settlement. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.2 | 118.00 |

| 02/27/07 | Follow up re orders from Supreme Court and review re same for trial. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.4 | 236.00 |

| 02/27/07 | Address denial of certifications; memo to clients on same and settlement issues. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.8 | 312.00 |

11

| 02/27/07 | Review Supreme Court orders denying petitions for certification and discuss with B. Hatfield. | | |
|----------|---------------------------------------------------------------------------------------------|------|--------|
| 14       | R. Rose                                                                                     | 0.3  | 142.50 |
| 02/28/07 | Address case issues and letter to court with Sup. Ct. orders.                               | | |
| 14       | W. Hatfield                                                                                 | 0.6  | 234.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper   | TASK CODE | HOURS | RATE   | FEE      |
|--------------|-----------|-------|--------|----------|
| R. Rose      | 14        | 2.6   | 475.00 | 1,235.00 |
| A. Marchetta | 14        | 1.0   | 590.00 | 590.00   |
| W. Hatfield  | 14        | 6.8   | 390.00 | 2,652.00 |
| S. Cleffi    | 14        | 1.8   | 225.00 | 405.00   |
| TOTAL        |           | 12.2  |        | 4,882.00 |

12

# EXHIBIT B

## EXHIBIT B

### EXPENSES FOR THE FEE PERIOD
### FEBRUARY 1, 2007 THROUGH FEBRUARY 28, 2007

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---|
| Computer Assisted Research | | 11.25 |
| | Matter Total Engagement Cost | 11.25 |

Engagement Costs -- NJDEP v. W.R. Grace et al.

| 01/06/07 | PD AMEX TO WRG/NJDEP/TRENTON; AJM; CK# 293843[3] | 23.00 |
|---|---|---|
| 01/07/07 | PD GENESYS CONFERENCING; AJM; CK# 293933[4] | 28.23 |
| 02/01/07 | PD UPS TO TRENTON NJ; SP; CK# 293954 | 9.18 |
| | Matter Total Engagement Cost | 60.41 |

Engagement Costs – Tahari, Ltd.

| 02/22/07 | PAID CLERK OF THE COURT NOTICE OF ISSUE FEE; BMB; S# 8807 | 30.00 |
|---|---|---|
| | Matter Total Engagement Cost | 30.00 |

Engagement Costs – Weja, Inc.

| 01/26/07 | PD GENCO SERVICES, LLC TO TRENTON NJ; WSH; CK# 294029[5] | 71.86 |
|---|---|---|
| 01/26/07 | PD GENCO SERVICES, LLC TO MT. LAUREL NJ; WSH; CK# 294029[6] | 137.54 |
| 01/26/07 | PD GENCO SERVICES, LLC TO ROSELAND NJ; WSH; CK# 294029[7] | 42.60 |
| 01/26/07 | PD GENCO SERVICES, LLC TO SPRINGFIELD NJ; WSH; CK# 294029[8] | 48.03 |
| 01/26/07 | PD GENCO SERVICES, LLC TO SUMMIT NJ; WSH; | 36.11 |

---

[3] American Express Expenses for A.J. Marchetta dated 1/6/07 attached hereto as Exhibit 1.
[4] Genesys Conferencing Invoice No. I-440391 dated 1/7/2007 attached hereto as Exhibit 2.
[5] Genco Services, LLC Invoice No. 118108 dated 1/29/07 attached hereto as Exhibit 3.
[6] *Id.*
[7] *Id.*
[8] *Id.*

13

**EXHIBIT B**

**EXPENSES FOR THE FEE PERIOD**
**FEBRUARY 1, 2007 THROUGH FEBRUARY 28, 2007**

Engagement Costs – Chapter 11 Administration

|  |  |
|---|---|
| Computer Assisted Research | 11.25 |
| Matter Total Engagement Cost | 11.25 |

Engagement Costs -- NJDEP v. W.R. Grace et al.

| | | |
|---|---|---|
| 01/06/07 | PD AMEX TO WRG/NJDEP/TRENTON; AJM; CK# 293843[3] | 23.00 |
| 01/07/07 | PD GENESYS CONFERENCING; AJM; CK# 293933[4] | 28.23 |
| 02/01/07 | PD UPS TO TRENTON NJ; SP; CK# 293954 | 9.18 |
| | Matter Total Engagement Cost | 60.41 |

Engagement Costs – Tahari, Ltd.

| | | |
|---|---|---|
| 02/22/07 | PAID CLERK OF THE COURT NOTICE OF ISSUE FEE; BMB; S# 8807 | 30.00 |
| | Matter Total Engagement Cost | 30.00 |

Engagement Costs – Weja, Inc.

| | | |
|---|---|---|
| 01/26/07 | PD GENCO SERVICES, LLC TO TRENTON NJ; WSH; CK# 294029[5] | 71.86 |
| 01/26/07 | PD GENCO SERVICES, LLC TO MT. LAUREL NJ; WSH; CK# 294029[6] | 137.54 |
| 01/26/07 | PD GENCO SERVICES, LLC TO ROSELAND NJ; WSH; CK# 294029[7] | 42.60 |
| 01/26/07 | PD GENCO SERVICES, LLC TO SPRINGFIELD NJ; WSH; CK# 294029[8] | 48.03 |
| 01/26/07 | PD GENCO SERVICES, LLC TO SUMMIT NJ; WSH; | 36.11 |

---

[3] American Express Expenses for A.J. Marchetta dated 1/6/07 attached hereto as Exhibit 1.

[4] Genesys Conferencing Invoice No. I-440391 dated 1/7/2007 attached hereto as Exhibit 2.

[5] Genco Services, LLC Invoice No. 118108 dated 1/29/07 attached hereto as Exhibit 3.

[6] *Id.*

[7] *Id.*

[8] *Id.*

13

# EXHIBIT 1



AMERICAN EXPRESS EXPENSES

A.J. MARCHETTA

JANUARY 2007

1/6/07    Cingular Wireless

✳   082910.114715 WRG/NJDEP/Trenton $ 23.00

# EXHIBIT 2

 **Genesys** Conferencing

| Account No. | Invoice No.<br>I - 440391 | Invoice Date<br>1/7/2007 | Due Date<br>2/28/2007 | Amount Due | Currency<br>USD |
|---|---|---|---|---|---|

# Basic Attended -Usage Details

| | | | | | |
|---|---|---|---|---|---|
| Conference date | 12/13/2006 12:54:14 | | | Duration 00:28 | |
| Meeting # | 65096316 None | | | | |
| Reservation ID | 995825 | Scheduler Mary Mccarthy | | Moderator: Marchetta Anthony | |
| Client Matter Number | | | | | |
| 082910.114715 | | | | | |

| Line | Participant | Phone Number | Item | Start time | Time zone | Quantity | Amount |
|---|---|---|---|---|---|---|---|
| 1 | @M*Marchetta, Anthon | 19739668032 | Basic Attended Dial Out | 12/13/2006 12:54:14 | US-CO | 28.00 mn | 8.12 |
| 2 | Egel, Richard | 16099844654 | Basic Attended Dial Out | 12/13/2006 12:58:11 | US-CO | 21.00 mn | 6.09 |
| 3 | McTiernan, Edward | 19735964500 | Basic Attended Dial Out | 12/13/2006 13:01:17 | US-CO | 18.00 mn | 5.22 |
| 4 | Judge | 16099892040 | Basic Attended Dial Out | 12/13/2006 13:03:32 | US-CO | 16.00 mn | 4.64 |
| 5 | Frangillo, Thomas | 8662919595 | Basic Attended toll free dial in | 12/13/2006 13:03:35 | US-CO | 16.00 mn | 4.16 |
| | | | | | Total Cost | | 28.23 |

**Basic Attended**                                      **Summary**

| Item | Quantity | Cost |
|---|---|---|
| Basic Attended Dial Out | 83.00 mn | 24.07 |
| Basic Attended toll free dial in | 16.00 mn | 4.16 |

# EXHIBIT 3

GENCO SERVICES, LLC
P.O. BOX 2104
MORRISTOWN, NJ 07962-2104
(973) 538-2239

PAID..................................................
APPROVED..............................................
VENDOR NO. 07454
CHECK NO. 299029
CHARGE. 54522        12150
87.40        402.16

| | |
|---|---|
| Invoice No. | Customer No. |
| 118108 | 800 |
| Invc Date | Total Due |
| 1/29/07 | 489.56 |

DAY PITNEY LLP
Attn: EILEEN LOUISA
200 CAMPUS DRIVE
FLORHAM PARK, NJ 07932

|||||| 119526

INVOICE PAYMENT
DUE UPON RECEIPT

ENTERED IN
COMPUTER BY:

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 800 | 118108 | 1/28/07 | 489.56 | 1 |

Service Detail

| Date | Ordr No. | Svc | | | | | Charges | Total |
|---|---|---|---|---|---|---|---|---|
| 1/25/07 | 778518 | RSH | DAY PITNEY LLP<br>200 CAMPUS DRIVE<br>FLORHAM PARK    NJ 07932<br>Caller: SHARICE 7220    Time: 10:03<br>Signed: MRS REED    Time: 10:45 | MORRIS COUNTY COURTHOUSE<br><br>MORRISTOWN    NJ 07960<br><br>Your Ref.:078624.113435 | | BASE RATE : 26.00<br>INSURANCE : .25<br>SURCHGFUEL: 1.30 | | 27.55 |

Total Charges for Ref. - 078624.113435:    27.55

| 1/26/07 | 778584 | ADD | DAY PITNEY LLP<br>200 CAMPUS DRIVE<br>FLORHAM PARK    NJ 07932<br>Caller: URSALA/HATFIELD Time: 13:00<br>Signed: MRS FOBLO/CLERK    Time: 15:49 | HUGHES JUSTICE COMPLEX<br>25 WEST MARKET STREET<br>TRENTON    NJ 08600<br>Wait:  25 Min<br>Your Ref.:082910.065656 | | BASE RATE : 62.25<br>WAIT TIME : 6.25<br>INSURANCE : .25<br>SURCHGFUEL: 3.11 | | 71.86 |
| 1/26/07 | 778585 | RSH | DAY PITNEY LLP<br>200 CAMPUS DRIVE<br>FLORHAM PARK    NJ 07932<br>Caller: URSALA/HATFIELD Time: 13:00<br>Signed: MISS SMITH/RCPTN    Time: 16:32 | SIEGAL NAPIERKOWSKI & PARK<br>533 FELLOWSHIP RD<br>MOUNT LAUREL    NJ 08054<br><br>Your Ref.:082910.065656 | | BASE RATE : 130.75<br>INSURANCE : .25<br>SURCHGFUEL: 6.54 | | 137.54 |
| 1/26/07 | 778586 | RSH | DAY PITNEY LLP<br>200 CAMPUS DRIVE<br>FLORHAM PARK    NJ 07932<br>Caller: URSALA/HATFIELD Time: 13:01<br>Signed: MRS DEBRA/RECEPTION    Time: 14:53 | SORIANIO HENKEL<br>75 EISENHOWER PKWY<br>ROSELAND    NJ 07068<br>Wait:  26 Min<br>Your Ref.:082910.065656 | | BASE RATE : 32.00<br>WAIT TIME : 8.75<br>INSURANCE : .25<br>SURCHGFUEL: 1.60 | | 42.60 |
| 1/26/07 | 778587 | RSH | DAY PITNEY LLP<br>200 CAMPUS DRIVE<br>FLORHAM PARK    NJ 07932<br>Caller: URSALA/HATFIELD Time: 13:02<br>Signed: MRS VULLANE/EMPLOYEE    Time: 14:28 | HARDIN, KUNKLA, MC KELN<br>673 MORRIS AVE<br>SPRINGFIELD    NJ 07081<br><br>Your Ref.:082910.065656 | | BASE RATE : 45.50<br>INSURANCE : .25<br>SURCHGFUEL: 2.28 | | 48.03 |
| 1/26/07 | 778588 | ADD | DAY PITNEY LLP<br>200 CAMPUS DRIVE<br>FLORHAM PARK    NJ 07932<br>Caller: URSALA/HATFIELD Time: 13:02<br>Signed: MRS NESTO/RECEPTION    Time: 14:15 | HARTLAUB DOTTEN & TERRY<br>573 SPRINGFIELD AVENUE<br>SUMMIT    NJ 07901<br><br>Your Ref.:082910.065656 | | BASE RATE : 34.15<br>INSURANCE : .25<br>SURCHGFUEL: 1.71 | | 36.11 |

ENTERED IN
COMPUTER BY: ____

Continued

GENCO SERVICES, LLC
P.O. BOX 2104
MORRISTOWN, NJ 07962-2104
(973) 538-2239

| Invoice No. | Customer No. |
|---|---|
| 118108 | 800 |
| Invc Date | Total Due |
| 1/29/07 | 489.56 |

DAY PITNEY LLP
Attn: EILEEN LOUISA
200 CAMPUS DRIVE
FLORHAM PARK, NJ 07932

INVOICE PAYMENT
DUE UPON RECEIPT

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | 800 | 118108 | 1/28/07 | 489.56 | 2 | | |
| Date | Ordr No. | Svc | | | Service Detail | | | Charges | Total |
| 1/26/07 | 778589 | ADD | DAY PITNEY LLP | | NORRIS MCLAUGHLIN | | BASE RATE : | 36.40 | |
| | | | 200 CAMPUS DRIVE | | 721 RT 202-206 | | INSURANCE : | .25 | |
| | | | FLORHAM PARK    NJ 07932 | | SOMERVILLE    NJ 08807 | | SURCHGFUEL: | 1.82 | 38.47 |
| | | | Caller: URSULA    Time: 13:52 | | | | | | |
| | | | Signed: MR MC CULLY/M-R    Time: 14:41 | | | | | | |
| | | | | | Your Ref.:082910.065656 | | | | |

Total Charges for Ref. - 082910.065656:    374.61

| 1/23/07 | 778382 | RSH | DAY PITNEY LLP | | NJ DEPT OF BANKING AND INS | | BASE RATE : | 83.00 | |
|---|---|---|---|---|---|---|---|---|---|
| | | | 200 CAMPUS DRIVE | | 20 WEST STATE STREET | | INSURANCE : | .25 | |
| | | | FLORHAM PARK    NJ 07932 | | TRENTON    NJ 08600 | | SURCHGFUEL: | 4.15 | 87.40 |
| | | | Caller: KIM EXT. 8143    Time: 17:27 | | | | | | |
| | | | Signed: TERESA DIAZ/RECEPTION    Time: 17:55 | | | | | | |
| | | | | | Your Ref.:099998.000022 | | | | |

Total Charges for Ref. - 099998.000022:    87.40

ENTERED IN
COMPUTER BY: ____

| | |
|---|---|
| Total | 489.56 |

# EXHIBIT 4

Skyline Duplication

# Document Management Technology LLC

**550 Broad Street**
**Basement**
**Newark, NJ 07102**

| Invoice Date | Invoice # |
|---|---|
| 1/29/2007 | N10268 |

**Bill To**

Day Pitney, LLP
200 Campus Drive
Florham Park, NJ 07932
Attn: Bill Hatfield

**Ship To**

| Reference/Case# | Date Requested | Ordered By |
|---|---|---|
| 082910.065656 | 1/29/2007 | Hatfield, Bill |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 9,195 | 8.5 x 11 Copy | 0.10 | 919.50T |
| 25 | 11x17 B/W Copy | 0.35 | 8.75T |
| 90 | Oversize (per sq. ft.)24x36 | 1.50 | 135.00T |
| 5 | Color Copies | 1.50 | 7.50T |
| 5 | 11 x 17 Color Copy | 2.00 | 10.00T |

PAID......
APPROVED......
VENDOR NO....05359
CHECK NO....293964
CHARGE....1150

118486

Phone #        973-648-0090

Fax #          973-648-0004

E-mail         newark@skylinelegal.com

| | |
|---|---|
| **Subtotal** | $1,080.75 |
| **Sales Tax  (7.0%)** | $75.65 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,156.40 |

Please make checks payable to: Document Management
Technology LLC

**Tax ID 03-0385240**