IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: April 25, 2007 |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION
FOR THE PERIOD FEBRUARY 1, 2007 THROUGH FEBRUARY 28, 2007**

---

[2] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f//k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## WRG-0071
## STUDY OF THIRD PARTY PATENTS DIRECTED
## TO CEMENT COMPOSITION PLASTICIZER

| 02/01/2007 | GHL | Further work on non-infringement opinion on third-party patents directed to cement dispersants; | 1.20 |
|---|---|---|---|
| 02/02/2007 | GHL | Review of detailed report from Dr. Jeknavorian on procedure and results of GPC analyses of proposed Grace dispersants, and continued drafting of the opinion of non-infringement; | 3.50 |
| 02/05/2007 | GHL | Continued drafting of non-infringement opinion; | 3.00 |
| 02/06/2007 | GHL | Telephone conference with Mr. Leon to discuss further information relating to Grace products; continued drafting of non-infringement opinion; | 4.20 |
| 02/07/2007 | GHL | Review of communications from Grace regarding marketing and end uses of its product, and further drafting of opinion of non-infringement; | 3.50 |
| 02/13/2007 | GHL | Review of further information as received from dr. Chun regarding procedures for replicating products of prior art patents; consideration of validity issues of the third-party patents in view of inherent properties of replicated prior art products; commence drafting of background sections of invalidity opinion; | 1.50 |
| 02/22/2007 | GHL | Drafting of invalidity opinion; | 3.00 |
| 02/23/2007 | GHL | Further drafting of invalidity opinion; | 4.50 |
| 02/26/2007 | GHL | Further drafting of invalidity opinion; | 1.50 |
| 02/27/2007 | GHL | Further work on invalidity opinion; | 2.40 |
| 02/28/2007 | GHL | Further work on invalidity opinion. | 2.00 |

SERVICES                                             $   16,059.00

| GHL | GARY H. LEVIN | 30.30 | hours @ | $530.00 |
|---|---|---|---|---|

**INVOICE TOTAL**                                    $   **16,059.00**

## WRG-GEN

| | | | |
|---|---|---|---|
| 02/02/2007 | GHL | Fee Application, Applicant – Preparation of fee petition for December 2006 | 0.50 |
| 02/12/2007 | GHL | Fee Application, Applicant – preparation of Quarterly Fee Petition for October-December 2006 | 0.90 |
| 02/16/2007 | GHL | Preparation of auditor letter for 2006. | 0.60 |

SERVICES $ 1,060.00

| | | | | | |
|---|---|---|---|---|---|
| | GHL | GARY H. LEVIN | 2.00 | hours @ | $530.00 |

**INVOICE TOTAL** $ 1,060.00