IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) <br> ) <br> W.R. Grace & Co., *et al.,* ) <br> ) <br> Debtors. ) <br> ) <br> ) | In Proceedings for a Reorganization under Chapter 11 <br><br> Case No. 01-01139-JKF |

**NOTICE OF SERVICE OF OBJECTIONS OF EARLY, LUDWICK AND SWEENEY, LLC'S A/K/A EARLY, LUDWICK, SWEENEY AND STRAUSS, LLC TO DEBTOR'S SUBPOENA**

I HEREBY CERTIFY that on April 2, 2007, copy(ies) of OBJECTIONS OF EARLY, LUDWICK AND SWEENEY, LLC A/K/A EARLY, LUDWICK, SWEENEY AND STRAUSS, LLC'S TO DEBTOR'S SUBPOENA was/were served on the following party by electronic mail and U.S. First Class Mail, postage pre-paid to:

Amanda Basta, Esquire
Barbara M. Harding, Esquire
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793

Dated: April 5, 2007

                                               MONTGOMERY, MCCRACKEN, WALKER &
                                                         RHOADS, LLP

                             By:      /s/ Noel C. Burnham
                                         Noel C. Burnham, Esquire (3483)
                                         300 Delaware Avenue, Suite 750
                                         Wilmington, DE 19801
                                         (302) 504-7800
                                         (302 504-7820 facsimile
                                         *Attorneys for ELS*

2172456v1