# EXHIBIT A

W.R. Grace (Bankruptcy)
Towers Perrin Time Records

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| | | | | **Feb-07** | |
| Jenni Biggs | 2/1/2007 | 5.20 | $625 | $3,250.00 | Filing pattern and PIQs |
| Jenni Biggs | 2/2/2007 | 1.30 | $625 | $812.50 | Filing pattern |
| Jenni Biggs | 2/3/2007 | 0.50 | $625 | $312.50 | Consideration of ranges |
| Jenni Biggs | 2/5/2007 | 4.70 | $625 | $2,937.50 | Analysis |
| Jenni Biggs | 2/6/2007 | 8.20 | $625 | $5,125.00 | Meeting preparation |
| Jenni Biggs | 2/7/2007 | 2.00 | $625 | $1,250.00 | 50% travel |
| Jenni Biggs | 2/7/2007 | 7.00 | $625 | $4,375.00 | Meeting preparation |
| Jenni Biggs | 2/8/2007 | 7.00 | $625 | $4,375.00 | Preparation and meeting with Orrick |
| Jenni Biggs | 2/9/2007 | 2.00 | $625 | $1,250.00 | 50% travel |
| Jenni Biggs | 2/12/2007 | 6.50 | $625 | $4,062.50 | Analysis |
| Jenni Biggs | 2/13/2007 | 5.00 | $625 | $3,125.00 | RUST/CMS |
| Jenni Biggs | 2/14/2007 | 5.00 | $625 | $3,125.00 | RUST/CMS |
| Jenni Biggs | 2/15/2007 | 3.20 | $625 | $2,000.00 | Questions re: CMS |
| Jenni Biggs | 2/16/2007 | 6.00 | $625 | $3,750.00 | RUST |
| Jenni Biggs | 2/19/2007 | 1.00 | $625 | $625.00 | Billing |
| Jenni Biggs | 2/19/2007 | 2.70 | $625 | $1,687.50 | RUST, CMS data issues |
| Jenni Biggs | 2/20/2007 | 0.50 | $625 | $312.50 | Billing |
| Jenni Biggs | 2/20/2007 | 3.60 | $625 | $2,250.00 | RUST, CMS data issues |
| Jenni Biggs | 2/21/2007 | 3.00 | $625 | $1,875.00 | RUST, CMS data issues |
| Jenni Biggs | 2/22/2007 | 1.50 | $625 | $937.50 | RUST, CMS data issues |
| Jenni Biggs | 2/23/2007 | 5.50 | $625 | $3,437.50 | Analysis |
| Jenni Biggs | 2/26/2007 | 2.00 | $625 | $1,250.00 | Analysis |
| Jenni Biggs | 2/27/2007 | 0.50 | $625 | $312.50 | Analysis |
| Jenni Biggs | 2/28/2007 | 4.50 | $625 | $2,812.50 | Analysis |
| | | 88.40 | | $55,250.00 | |
| Julianne Callaway | 2/1/2007 | 3.60 | $300 | $1,080.00 | Tech review Manville database |
| Julianne Callaway | 2/2/2007 | 1.00 | $300 | $300.00 | Database work |
| Julianne Callaway | 2/2/2007 | 4.90 | $300 | $1,470.00 | Tech review Manville Matching database |
| Julianne Callaway | 2/5/2007 | 3.80 | $300 | $1,140.00 | Tech review Manville Matching database |
| Julianne Callaway | 2/6/2007 | 6.40 | $300 | $1,920.00 | Match Libby law firm records to CMS |
| Julianne Callaway | 2/8/2007 | 2.30 | $300 | $690.00 | Prepared Libby lists |
| Julianne Callaway | 2/9/2007 | 3.00 | $300 | $900.00 | Prepare data for exhibits with Unknown Cancer split out |
| Julianne Callaway | 2/12/2007 | 3.80 | $300 | $1,140.00 | Identify Libby claimaints in Rust, CMS and Law firm data |
| Julianne Callaway | 2/13/2007 | 0.70 | $300 | $210.00 | Libby queries in database |
| Julianne Callaway | 2/15/2007 | 1.00 | $300 | $300.00 | Database queries |
| Julianne Callaway | 2/16/2007 | 4.40 | $300 | $1,320.00 | Matching February Rust database to CMS |
| Julianne Callaway | 2/19/2007 | 2.40 | $300 | $720.00 | Match February Rust to CMS |
| Julianne Callaway | 2/20/2007 | 9.20 | $300 | $2,760.00 | Match February Rust to CMS |
| Julianne Callaway | 2/21/2007 | 10.70 | $300 | $3,210.00 | Match February Rust to CMS |
| Julianne Callaway | 2/22/2007 | 8.40 | $300 | $2,520.00 | Match February Rust to CMS |
| Julianne Callaway | 2/23/2007 | 7.70 | $300 | $2,310.00 | Match February Rust to CMS |
| Julianne Callaway | 2/26/2007 | 5.90 | $300 | $1,770.00 | Database work |
| Julianne Callaway | 2/27/2007 | 4.50 | $300 | $1,350.00 | Database work, documentation and project planning |
| Julianne Callaway | 2/28/2007 | 1.50 | $300 | $450.00 | Discussed Manville database with Jenni and Jeff |
| | | 85.20 | | $25,560.00 | |
| Melissa Chung | 2/13/2007 | 0.20 | $250 | $50.00 | Analysis |
| Melissa Chung | 2/15/2007 | 6.00 | $250 | $1,500.00 | Analysis |
| Melissa Chung | 2/16/2007 | 3.30 | $250 | $825.00 | Analysis |
| Melissa Chung | 2/19/2007 | 7.20 | $250 | $1,800.00 | Prepare sample CMS database |
| Melissa Chung | 2/20/2007 | 2.50 | $250 | $625.00 | Analysis |
| Melissa Chung | 2/21/2007 | 11.00 | $250 | $2,750.00 | Match unknown cancers in CMS database to Manville |
| Melissa Chung | 2/22/2007 | 8.00 | $250 | $2,000.00 | Match unknown cancers in CMS database to Manville |
| Melissa Chung | 2/23/2007 | 4.80 | $250 | $1,200.00 | Match unknown cancers in CMS database to Manville |
| Melissa Chung | 2/26/2007 | 3.00 | $250 | $750.00 | Analysis |
| Melissa Chung | 2/27/2007 | 2.00 | $250 | $500.00 | Analysis |
| | | 48.00 | | $12,000.00 | |
| Bryan Gillespie | 2/1/2007 | 2.80 | $400 | $1,120.00 | Analysis and teleconference |
| Bryan Gillespie | 2/2/2007 | 0.90 | $400 | $360.00 | Analysis |
| Bryan Gillespie | 2/5/2007 | 0.90 | $400 | $360.00 | Analysis |
| Bryan Gillespie | 2/6/2007 | 1.20 | $400 | $480.00 | Analysis |
| Bryan Gillespie | 2/7/2007 | 2.90 | $400 | $1,160.00 | Analysis |
| Bryan Gillespie | 2/8/2007 | 5.70 | $400 | $2,280.00 | Meeting |
| Bryan Gillespie | 2/8/2007 | 2.50 | $400 | $1,000.00 | Analysis |
| Bryan Gillespie | 2/8/2007 | 2.40 | $400 | $960.00 | Travel at 50% |
| Bryan Gillespie | 2/9/2007 | 1.80 | $400 | $720.00 | Analysis |
| Bryan Gillespie | 2/11/2007 | 0.80 | $400 | $320.00 | Analysis |
| Bryan Gillespie | 2/12/2007 | 3.20 | $400 | $1,280.00 | Analysis |
| Bryan Gillespie | 2/13/2007 | 3.30 | $400 | $1,320.00 | Analysis |
| Bryan Gillespie | 2/14/2007 | 1.50 | $400 | $600.00 | Analysis |
| Bryan Gillespie | 2/15/2007 | 1.30 | $400 | $520.00 | Analysis |
| Bryan Gillespie | 2/15/2007 | 2.60 | $400 | $1,040.00 | Teleconference |
| Bryan Gillespie | 2/16/2007 | 3.30 | $400 | $1,320.00 | Analysis |
| Bryan Gillespie | 2/18/2007 | 1.20 | $400 | $480.00 | Analysis |
| Bryan Gillespie | 2/19/2007 | 2.30 | $400 | $920.00 | Preparation for and teleconference discussions |
| Bryan Gillespie | 2/20/2007 | 0.50 | $400 | $200.00 | Analysis |
| Bryan Gillespie | 2/21/2007 | 1.10 | $400 | $440.00 | Analysis |
| Bryan Gillespie | 2/22/2007 | 10.70 | $400 | $4,280.00 | Analysis |
| Bryan Gillespie | 2/23/2007 | 8.90 | $400 | $3,560.00 | Analysis |
| | | 61.80 | | $24,720.00 | |

**W.R. Grace (Bankruptcy)**
**Towers Perrin Time Records**

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| Chris Grant | 2/5/2007 | 1.70 | $210 | $357.00 | Data manipulation |
| Chris Grant | 2/7/2007 | 1.30 | $210 | $273.00 | Data manipulation |
| Chris Grant | 2/8/2007 | 1.00 | $210 | $210.00 | Data manipulation |
| | | 4.00 | | $840.00 | |
| Jeff Kimble | 2/1/2007 | 1.00 | $375 | $375.00 | Data analysis |
| Jeff Kimble | 2/2/2007 | 3.00 | $375 | $1,125.00 | Data analysis |
| Jeff Kimble | 2/5/2007 | 6.90 | $375 | $2,587.50 | Data analysis |
| Jeff Kimble | 2/6/2007 | 6.50 | $375 | $2,437.50 | Data analysis |
| Jeff Kimble | 2/7/2007 | 6.30 | $375 | $2,362.50 | Data analysis |
| Jeff Kimble | 2/21/2007 | 1.90 | $375 | $712.50 | Data analysis |
| Jeff Kimble | 2/28/2007 | 1.50 | $375 | $562.50 | Discuss data sources |
| | | 27.10 | | $10,162.50 | |
| Nicole King | 2/20/2007 | 0.20 | $250 | $50.00 | CMS database |
| Nicole King | 2/21/2007 | 5.50 | $250 | $1,375.00 | CMS/RUST database |
| Nicole King | 2/22/2007 | 5.50 | $250 | $1,375.00 | CMS/RUST database |
| | | 11.20 | | $2,800.00 | |
| Adam Luechtefeld | 2/7/2007 | 1.00 | $250 | $250.00 | Updating the model |
| Adam Luechtefeld | 2/19/2007 | 1.00 | $250 | $250.00 | Updating the model |
| Adam Luechtefeld | 2/20/2007 | 3.00 | $250 | $750.00 | Updating the model |
| Adam Luechtefeld | 2/21/2007 | 0.50 | $250 | $125.00 | Updating the model |
| Adam Luechtefeld | 2/22/2007 | 4.00 | $250 | $1,000.00 | Matching claims with Rust |
| Adam Luechtefeld | 2/23/2007 | 1.00 | $250 | $250.00 | Updating the model |
| Adam Luechtefeld | 2/26/2007 | 2.50 | $250 | $625.00 | Working with the model |
| Adam Luechtefeld | 2/27/2007 | 0.50 | $250 | $125.00 | Working with the model |
| | | 13.50 | | $3,375.00 | |
| Dave Powell | 2/5/2007 | 2.10 | $675 | $1,417.50 | Peer review |
| Dave Powell | 2/7/2007 | 2.20 | $675 | $1,485.00 | Peer review |
| Dave Powell | 2/8/2007 | 1.30 | $675 | $877.50 | Peer review |
| | | 5.60 | | $3,780.00 | |
| Rhamonda Riggins | 2/1/2007 | 3.00 | $260 | $780.00 | RUST PIQ database CMS match to BMC Mail out list BMC List to PIQ List - RUST database |
| Rhamonda Riggins | 2/2/2007 | 1.50 | $260 | $390.00 | RUST database CMS to BMC mail out list to BMC mail out list |
| Rhamonda Riggins | 2/5/2007 | 1.20 | $260 | $312.00 | PIQ database, BMC Mailout List |
| Rhamonda Riggins | 2/6/2007 | 2.00 | $260 | $520.00 | PIQ database, BMC Mailout List |
| Rhamonda Riggins | 2/12/2007 | 4.80 | $260 | $1,248.00 | RUST database |
| Rhamonda Riggins | 2/14/2007 | 4.50 | $260 | $1,170.00 | RUST database |
| Rhamonda Riggins | 2/15/2007 | 2.50 | $260 | $650.00 | RUST database |
| Rhamonda Riggins | 2/16/2007 | 4.20 | $260 | $1,092.00 | RUST database |
| Rhamonda Riggins | 2/18/2007 | 0.80 | $260 | $208.00 | RUST database |
| Rhamonda Riggins | 2/20/2007 | 0.30 | $260 | $78.00 | RUST database |
| Rhamonda Riggins | 2/21/2007 | 0.50 | $260 | $130.00 | RUST database |
| Rhamonda Riggins | 2/22/2007 | 2.50 | $260 | $650.00 | RUST database |
| Rhamonda Riggins | 2/23/2007 | 2.40 | $260 | $624.00 | RUST database |
| Rhamonda Riggins | 2/24/2007 | 1.50 | $260 | $390.00 | RUST database |
| Rhamonda Riggins | 2/26/2007 | 3.00 | $260 | $780.00 | RUST database |
| Rhamonda Riggins | 2/28/2007 | 1.00 | $260 | $260.00 | RUST database |
| | | 35.70 | | $9,282.00 | |
| Ollie Sherman | 2/7/2007 | 1.00 | $675 | $675.00 | Discussions re: expert report |
| Ollie Sherman | 2/8/2007 | 6.00 | $675 | $4,050.00 | Meeting with Orrick |
| Ollie Sherman | 2/13/2007 | 1.00 | $675 | $675.00 | Review of draft report |
| | | 8.00 | | $5,400.00 | |
| Patrick Yu | 2/19/2007 | 2.50 | $215 | $537.50 | Unknown cancer match |
| Patrick Yu | 2/22/2007 | 0.70 | $215 | $150.50 | Tech review database setup |
| | | 3.20 | | $688.00 | |
| | | 391.70 | | 153,857.50 | |