# EXHIBIT A



# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
WASHINGTON HARBOUR
3050 K STREET, NW
WASHINGTON, DC 20007-5135
*tel* 202-339-8400
*fax* 202-339-8500
WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

March 15, 2007
Client No. 17367
Invoice No. 1060013

Orrick Contact: Roger Frankel

FOR SERVICES RENDERED through February 28, 2007 in connection
with the matters described on the attached pages:                    $            384,551.00

DISBURSEMENTS as per attached pages:                                               17,183.12

**TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):**    $            401,734.12

Matter(s): 17367/11, 12, 13, 15, 2, 8, 9

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$666,128.41

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| REMITTANCE ADDRESS: | ELECTRONIC FUNDS | ELECTRONIC FUNDS |
|---|---|---|
| *Orrick, Herrington & Sutcliffe LLP* | **TRANSFERS:** | **TRANSFERS:** |
| *4253 Collections Center Drive* | *Wire Transfers Only:* | *ACH Transfers Only:* |
| *Chicago, IL 60693* | **ABA Number 0260-0959-3** | **ABA Number 121-000358** |
| *Reference: 17367/ Invoice: 1060013* | *Bank of America* | *Bank of America* |
| *E.I.N. 94-2952627* | *100 West 33rd Street, NY, NY 10001* | *San Francisco Main Branch* |
| *Overnight deliveries:  (312) 974-1642* | *Account of* | *Account of* |
| | *Orrick, Herrington & Sutcliffe LLP* | *Orrick, Herrington & Sutcliffe LLP* |
| | *Account Number: 1499-4-10382* | *Account Number: 1499-4-10382* |
| | *Reference: 17367/ Invoice: 1060013* | *Reference: 17367/ Invoice: 1060013* |
| | *E.I.N. 94-2952627* | *E.I.N. 94-2952627* |



ORRICK

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

March 15, 2007
Client No. 17367
Invoice No. 1060013

Orrick Contact: Roger Frankel

For Legal Services Rendered Through February 28, 2007 in Connection With:

**Matter:  2 - Case Administration**

| | | | |
|---|---|---|---|
| 02/01/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 02/01/07 | R. Barainca | Update case calendar. | 0.60 |
| 02/01/07 | D. Fullem | Review docket update. | 0.10 |
| 02/02/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 02/02/07 | R. Barainca | Update case calendar. | 0.50 |
| 02/02/07 | D. Fullem | Review docket update. | 0.10 |
| 02/02/07 | D. Fullem | Review calendar items. | 0.20 |
| 02/05/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 02/05/07 | D. Fullem | Review updated dockets. | 0.10 |
| 02/06/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 02/07/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 02/07/07 | R. Barainca | Update case calendar. | 0.80 |
| 02/08/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 02/08/07 | R. Barainca | Update case calendar. | 0.50 |
| 02/09/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 02/09/07 | R. Barainca | Update case calendar. | 0.50 |
| 02/12/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 02/13/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 02/14/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 02/15/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 02/15/07 | R. Barainca | Update case calendar. | 0.80 |
| 02/16/07 | R. Barainca | Update case calendar. | 0.60 |
| 02/16/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 02/20/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.40 |
| 02/21/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 02/22/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 02/22/07 | R. Barainca | Update case calendar. | 1.00 |
| 02/23/07 | R. Barainca | Update case calendar. | 0.70 |
| 02/23/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 02/26/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 02/27/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 02/28/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 2

March 15, 2007
Invoice No. 1060013

| | Total Hours | 10.50 | |
|---|---|---|---|
| | Total For Services | | $1,612.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 10.00 | 150.00 | 1,500.00 |
| Debra O. Fullem | 0.50 | 225.00 | 112.50 |
| Total All Timekeepers | 10.50 | $153.57 | $1,612.50 |

Disbursements
    Local Taxi Expense                        48.45
    Outside Services                         228.00
    Postage                                 1.59

                    Total Disbursements            $278.04

**Total For This Matter**            **$1,890.54**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 3

March 15, 2007
Invoice No. 1060013

For Legal Services Rendered Through February 28, 2007 in Connection With:

**Matter:  8 - Litigation**

| | | | |
|---|---|---|---|
| 02/01/07 | J. Cangialosi | Preparation and reviewing work sets of document binders for J. Ansbro. | 1.00 |
| 02/01/07 | C. Zurbrugg | Gather and review relevant documents. | 0.50 |
| 02/01/07 | C. Zurbrugg | Review background article (.4); draft questions for telephone conference with J. Biggs (.5); confer with J. Ansbro re preparation for conference call with J. Biggs (.3); telephone conference with J. Biggs, R. Riggins, B. Gillespie, J. Ansbro and D. Felder re J. Biggs' processing of information contained in Rust database (.8); confer with J. Ansbro re strategy (.3); review Rust protocol materials (1.9); confer with D. Felder re expert materials (.5); review e-mail correspondence from J. Biggs regarding Rust, CMS and Manville databases (.6). | 5.30 |
| 02/01/07 | S. Venegas | Prepare for Siegel deposition. | 3.70 |
| 02/01/07 | D. Felder | Revise and finalize FCR's memorandum in support and joinder in ACC's opposition to X-ray motion and e-mail correspondence with M. Hurford regarding same (1.1); prepare for telephone conference with E. Stallard and G. Rasmussen (.9); review ACC's opposition to X-ray motion (.4); telephone conference with E. Stallard and G. Rasmussen regarding estimation issues (1.3); telephone conference with J. Ansbro regarding estimation issues (.2); telephone conference with G. Rasmussen, R. Mullady, J. Ansbro, J. Biggs, R. Riggins, and B. Gillespie regarding estimation issues (.9); e-mail correspondence with J. Biggs regarding estimation issues and review materials regarding same (2.3); telephone conferences with J. Ansbro regarding same (.4); telephone conference with J. Ansbro and C. Zurbrugg regarding estimation issues (.4); attention to estimation issues and e-mail correspondence with estimation team and Tillinghast regarding same (3.0). | 10.90 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 4

March 15, 2007
Invoice No. 1060013

| 02/01/07 | J. Ansbro | Telephone conferences with D. Felder regarding PI Questionmaire issues and expert issues (1.3); e-mails to/from D. Felder regarding pertinent Manville Trust issues, review materials regarding same (1.6); review submissions on Grace's X-ray motion (.4); review and consider materials (rec'd today) regarding analysis of PI Questionnaires and Rust database (1.3); prepare for and conference call with Tillinghast team regarding case analysis (1.2); e-mails to/from team members and Tillinghast regarding case analysis (.6); e-mails regarding Grace proposal on X-rays (.3); review PI Questionnaire responses (.5). | 7.20 |
| 02/01/07 | R. Mullady, Jr. | Review 1/23/07 hearing transcript (.4); review and reply to e-mail from debtors' counsel regarding X-ray repository and discuss same with R. Frankel (.4); review and reply to e-mails from D. Felder (.2). | 1.00 |
| 02/01/07 | G. Rasmussen | Analysis of J. Biggs' draft report (1.5); conference with E. Stollard concerning the report (1.0). | 2.50 |
| 02/01/07 | R. Wyron | Review pleadings on emergency hearing on X-ray issue. | 0.40 |
| 02/01/07 | R. Frankel | Series of e-mails with R. Mullady, N. Finch re hearing on X-ray production (.3); telephone conferences, e-mails re appeal on exclusivity (.4). | 0.70 |
| 02/02/07 | C. Zurbrugg | Review Judge Jack opinion re silicosis. | 0.40 |
| 02/02/07 | D. Felder | Review local rules and internal operating procedures for Third Circuit appeal and prepare materials regarding same (2.0); review recently filed pleadings and e-mails to R. Barainca regarding same (1.1); telephonic participation in hearing on X-ray motion (.1); attention to estimation issues and e-mail correspondence with estimation team regarding same (2.1). | 5.30 |
| 02/02/07 | R. Mullady, Jr. | Prepare for and participate in telephonic hearing on X-rays issue (1.5); telephone conversation with N. N. Finch (.3); review subpoena to CRMC and related correspondence from D. Austern (.4); e-mail to D. Austern (.2). | 2.40 |
| 02/02/07 | G. Rasmussen | Analyze J. Biggs' draft report in preparation for meeting. | 0.80 |
| 02/04/07 | G. Rasmussen | Analysis of J. Bigg's draft report. | 1.00 |
| 02/04/07 | R. Frankel | Review series of e-mails with client, Caplin re estimation, discovery (.6); review chart from D. Felder re questionnaires (.3). | 0.90 |
| 02/05/07 | R. Barainca | Review pleadings for D. Felder regarding D. Austern subpoena. | 0.60 |
| 02/05/07 | J. Cangialosi | Preparation work sets of depositions for J. Ansbro. | 1.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 5

March 15, 2007
Invoice No. 1060013

| | | | |
|---|---|---|---|
| 02/05/07 | D. Felder | Prepare for telephonic hearing regarding X-rays (.3); telephone conferences with R. Mullady and J. Ansbro regarding same (.5); review materials from J. Biggs regarding estimation issues (1.8); telephonic participation in hearing regarding X-ray motion (1.5); following up telephone conference with R. Mullady and J. Ansbro regarding same (.1); telephone conference with R. Mullady and J. Ansbro regarding correspondence from J. Biggs and other estimation issues (2.0); telephone conference with R. Wyron, J. Radecki, J. Brownstein and I. Altman regarding pension issues (.3); e-mail correspondence with M. Hurford regarding estimation issues (.2); telephone conference with J. Biggs regarding estimation issues (.2); review spreadsheet from J. Biggs regarding same (1.0); follow-up e-mail correspondence with R. Mullady regarding same (.7); review pension motion and related materials (.5). | 9.10 |
| 02/05/07 | J. Ansbro | Review Grace subpoena to CRMC, e-mails to/from team regarding same (.5); attendance by telephone conference at Court hearing on Graces' X-ray motion (1.3); review depositions and documents from Sealed Air litigation (3.7); telephone conferences with R. Mullady and D. Felder regarding subpoena and upcoming depositions of Grace attorneys (.6); conference call with team members and D. Austern (.3); review materials regarding expert analysis of estimation (1.4), e-mails to/from and telephone conferences with D. Felder regarding same (.5); review submissions on Foster and Sear motion on PI Questionnaire responses (.4); further review materials regarding Manville Trust (.5). | 9.20 |
| 02/05/07 | R. Mullady, Jr. | Prepare for and participate in telephonic hearing on X-rays issue (2.5); conference call regarding CRMC subpoena (.5); review and reply to e-mails from N. N. Finch, D. Felder, R. Wyron and J. Ansbro (.8). | 3.80 |
| 02/05/07 | G. Rasmussen | Analysis of J. Biggs' report. | 0.70 |
| 02/05/07 | R. Wyron | Review pension materials (.2); call with consultant and Piper Jaffray regarding response to pension motion (.4). | 0.60 |
| 02/06/07 | J. Cangialosi | Preparation work sets of depositions and documents for J. Ansbro. | 0.50 |
| 02/06/07 | C. Zurbrugg | Review flow chart and other charts regarding Rust database. | 0.40 |
| 02/06/07 | A. Hermele | Attend weekly meeting with R. Mullady, J. Ansbro, G. Rasmussen, R. Wyron, D. Felder, and A. Venegas to discuss upcoming tasks and assignments. | 1.50 |
| 02/06/07 | S. Venegas | Weekly team meeting (1.0); review pleadings (.7). | 1.70 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 6

March 15, 2007
Invoice No. 1060013

| Date | Person | Description | Hours |
|---|---|---|---|
| 02/06/07 | D. Felder | Review notes and prepare agenda for status meeting (1.4); telephone conference with R. Wyron, J. Sakalo and M. Hurford regarding pension issues (.4); review materials from D. Austern (.4); telephone conference with J. Ansbro regarding estimation issues (.2); review materials from J. Biggs regarding estimation issues (1.2); status meeting with litigation team (1.8); follow-up regarding same (1.9); telephone conference with J. Biggs regarding estimation issues (.4); telephone conference with J. Ansbro regarding estimation issues (.8). | 8.50 |
| 02/06/07 | J. Ansbro | Review deposition transcripts and documents of Grace witnesses from Sealed Air case (4.0); review materials from D. Austern (.4); review and analysis regarding Rust database and PI Questionnaires, e-mails to/from D. Felder and J. Biggs regarding same (1.5); review materials from J. Biggs regarding basis for estimation (.7); review draft document from ACC counsel and review R. Mullady comments on same (1.3); team conference call regarding case status and strategy (1.0). | 9.00 |
| 02/06/07 | R. Mullady, Jr. | Review and revise draft trial memorandum (2.0); prepare for and attend meeting with estimation team (1.7); discussions with J. Ansbro, N. N. Finch and D. Felder regarding various discovery issues (.5); initial review of documents produced by debtors in advance of Beber, Siegel and Hughes depositions (.3). | 4.50 |
| 02/06/07 | G. Rasmussen | Preparation of list of issues for meeting with J. Biggs (.5); participation in team meeting with R. Mullady going over assignments (2.3). | 2.80 |
| 02/06/07 | R. Wyron | Conference call with counsel for PI and PD on pension issues, and follow-up (.4); review materials for team meeting (.6); meet with litigation team (1.4); confer with J. Radecki on expert report issues and follow-up (.6). | 3.00 |
| 02/06/07 | R. Frankel | Review preliminary draft brief re estimation from N. Finch. | 1.60 |
| 02/07/07 | C. Zurbrugg | Review questionnaires. | 1.50 |
| 02/07/07 | D. Felder | Review proposed X-ray order (.1); review Debtors' document production (.5); review exclusivity appeal issues (.5); attention to estimation issues and prepare for meeting with J. Biggs, D. Austern and E. Stallard and telephone conferences with G. Rasmussen and R. Mullady regarding same (4.1). | 5.20 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 7

March 15, 2007
Invoice No. 1060013

| 02/07/07 | J. Ansbro | Prepare for depositions of Grace attorneys (5.2); conference with Litigation Support Mgr., J. Mora, regarding Grace's ongoing document production (.4); e-mails to/from R. Mullady regarding Grace document production and article regarding claims estimation (.3); conference with C. Zurbrugg regarding P. I. Questionnaires (.6); e-mails to/from ACC counsel regarding case analysis (.4). | 6.90 |
| 02/07/07 | R. Mullady, Jr. | Review documents produced by debtors in advance of attorney depositions (1.0); further review of proposed modified order on X-ray evidence (.2); prepare for and participate in conference calls regarding same (2.0); review materials forwarded by D. Austern and e-mail discussions regarding same (.5); telephone conversations with N. Finch and estimation team regarding 2/14 telephonic hearing and February omnibus hearing issues (1.0). | 4.70 |
| 02/07/07 | G. Rasmussen | Preparation of list of issues to discuss with J. Biggs and tomorrow's meeting and further analysis of draft report. | 2.80 |
| 02/07/07 | R. Wyron | Review calendar for upcoming hearings and pending matters (.3); review e-mails regarding status of expert reports and schedule (.2); review e-mails on Certificate of Counsel for pension motion and follow-up (.3). | 0.80 |
| 02/07/07 | R. Frankel | Review R. Mullady revisions to N. Finch brief re estimation strategy. | 1.20 |
| 02/07/07 | R. Frankel | Review issues for discussion with J. Biggs, series of e-mails re same. | 0.90 |
| 02/07/07 | R. Frankel | Review various J. Radecki drafts re inflation rates. | 1.10 |
| 02/08/07 | J. Cangialosi | Prepare and review work sets of documents to be added to concordance database per J. Ansbro's request. | 1.00 |
| 02/08/07 | C. Zurbrugg | Review questionnaires (.4); participate in conference call re information in Rust, CMS, and Manville databases (1.4). | 1.80 |
| 02/08/07 | S. Venegas | Meeting with J. Biggs and team. | 6.10 |
| 02/08/07 | D. Felder | Prepare for call with N. N. Finch, J. Wehner and J. Ansbro regarding estimation issues (.5); telephone conference with N. N. Finch, J. Wehner and J. Ansbro regarding estimation issues (1.3); meeting with J. Biggs, B. Gillespie, D. Austern, E. Stallard, R. Wyron and litigation team regarding estimation issues (6.1); follow-up regarding same (1.2). | 9.10 |
| 02/08/07 | J. Ansbro | Review and prepare e-mails to/from D. Felder and Tillinghast team regarding case analysis (1.5); prepare for and conference call with ACC counsel regarding PI Questionnaires (1.6), prepare for and video conference with estimation team, Tillinghast expert team and D. Austern re case status and strategy (5.5). | 8.60 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 8

March 15, 2007
Invoice No. 1060013

| 02/08/07 | J. Guy | Review and revise draft motion. | 0.80 |
|---|---|---|---|
| 02/08/07 | R. Mullady, Jr. | Continue review of Grace documents (1.5); prepare for and attend meeting with estimation team and experts (5.0). | 6.50 |
| 02/08/07 | G. Rasmussen | Meeting with J. Biggs and other experts to consider issues relating to J. Biggs' estimate of future claims. | 6.00 |
| 02/08/07 | R. Wyron | Confer with J. Biggs, D. Austern and others on estimation issues and follow-up (5.6); call to J. Radecki on pension issues (.2); call to J. Radecki regarding expert report on estimation and follow-up (.4). | 6.20 |
| 02/08/07 | R. Frankel | Review presentation in detail from Towers Perrin. | 1.20 |
| 02/08/07 | R. Frankel | Read transcript of oral argument before Judge Buckwalter. | 1.40 |
| 02/08/07 | R. Frankel | Review J. Radecki draft rebuttal report in AWI re discount rate. | 0.70 |
| 02/08/07 | R. Frankel | Video conference with J. Biggs, G. Rasmussen, R. Mullady and others to review Towers Perrin presentation re expert estimation report. | 1.60 |
| 02/09/07 | J. Cangialosi | Preparation of work sets of documents per J. Ansbro's request. | 0.50 |
| 02/09/07 | S. Venegas | Call with ACC and FCR teams re litigation strategy. | 2.00 |
| 02/09/07 | D. Felder | Review local rules regarding Third Circuit appeal and prepare filings regarding same (2.0); telephone conference with R. Frankel, E. Inselbuch, S. Baena and J. Liesemer regarding exclusivity appeal issues (.5); telephone conference with M. Hurford regarding same (.5); attention to estimation issues and e-mails regarding same (2.0); prepare for call with ACC regarding strategy (.5); telephone conference with R. Frankel, R. Mullady, G. Rasmussen, R. Wyron and ACC's counsel regarding overall strategy (1.8); review materials from Grace regarding Rust database and letter to R. Riggins and J. Biggs regarding same (.6). | 7.90 |
| 02/09/07 | J. Ansbro | Telephone conferences with R. Mullady regarding expert and discovery issues (.8); telephone conference with R. Mullady regarding third-party subpoenas (.5); review materials regarding asbestos trusts (1.3); conference call with ACC counsel (1.5); review J. Jacoby expert materials (.5); numerous e-mails to/from D. Felder and ACC counsel regarding case analysis and strategy (.7); e-mails to/from team regarding Grace document production (.5); review Grace documents in preparation for attorney depositions (1.5). | 7.30 |
| 02/09/07 | R. Mullady, Jr. | Prepare for and participate in conference call with ACC counsel (2.8); continue review of Grace document production (1.2); attention to third-party subpoenas issued by debtors, including conference call (1.0). | 5.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 9

March 15, 2007
Invoice No. 1060013

| 02/09/07 | G. Rasmussen | Conference call with ACC lawyers regarding upcoming litigation issues. | 1.70 |
| 02/09/07 | R. Wyron | Strategy call with counsel for PI and follow-up (1.2); review e-mails and pleadings for 2/26 hearing (.6). | 1.80 |
| 02/09/07 | R. Frankel | Telephone conference with E. Inselbuch, N. Finch, R. Mullady, G. Rasmussen re estimation case issues, preliminary brief. | 1.60 |
| 02/09/07 | R. Frankel | Telephone conference with E. Inselbuch, S. Baena, J. Guy, D. Felder, others re appeal to Third Circuit (.9); review issues re motion to expedite (.3). | 1.20 |
| 02/09/07 | R. Frankel | Review series of docket entries and attached pleadings. | 0.60 |
| 02/10/07 | D. Felder | Review recently filed pleadings (.9); review document production from Debtors and e-mail correspondence with R. Mullady and J. Ansbro regarding same (1.2). | 2.10 |
| 02/10/07 | J. Ansbro | Prepare for depositions of Grace attorneys (2.2); e-mails to/from R. Mullady and D. Felder regarding Grace document production (.2); e-mail to ACC counsel regarding Rust data (.3). | 2.70 |
| 02/11/07 | D. Felder | Review and revise motion to expedite exclusivity appeal. | 1.50 |
| 02/11/07 | J. Ansbro | Review documents produced by Grace (1.4); e-mails to/from ACC counsel regarding Rust data (.1). | 1.50 |
| 02/11/07 | R. Mullady, Jr. | E-mails to/from estimation team regarding Grace document production (.2); continue review of Grace documents (1.0). | 1.20 |
| 02/11/07 | R. Wyron | Review case calendar (.3); organize notes for 2/26 hearing (.3). | 0.60 |
| 02/12/07 | C. Zurbrugg | Participate in conference call re updates to Rust database. | 1.00 |
| 02/12/07 | A. Hermele | Search transcripts for discussion of PIQ responses. | 5.20 |
| 02/12/07 | S. Venegas | Confer with A. Hermele re transcript review. | 0.30 |
| 02/12/07 | D. Felder | Attention to Grace's document production (1.2); telephone conference with R. Frankel and J. Guy regarding motion to expedite exclusivity appeal (.3); prepare for telephone conference with M. Peterson and D. Relles and review materials regarding same (.5); telephone conference with M. Peterson, D. Relles, J. Wehner and J. Ansbro regarding estimation issues (1.5); conference with J. Radecki, R. Wyron and litigation team regarding estimation issues (1.3); telephone conference with B. Gillespie regarding estimation issues (.3); telephone conference with J. Biggs regarding same (.3); telephone conferences with R. Mullady and J. Ansbro regarding estimation issues and review materials regarding same (4.2); conference with R. Mullady regarding status report (.3); being drafting status report (.5). | 10.40 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 10

March 15, 2007
Invoice No. 1060013

| 02/12/07 | J. Ansbro | Review documents produced by Grace (2.6); conference call with ACC counsel and experts regarding revised Rust data and PI Questionnaires (1.5); follow-up telephone conference with D. Felder regarding data analysis (.5); conference call with expert, J. Radecki and team members (1.0); review various updated data regarding PI Questionnaire responses (1.3); e-mails to/from J. Biggs and team members re data analysis (.4); telephone conference with D. Felder regarding review of Grace documents (.4); review depositions from Sealed Air litigation in preparation for upcoming Grace attorney depositions (2.6). | 10.30 |
| 02/12/07 | J. Guy | Telephone conference with R. Frankel and D. Felder re motion to expedite appeal (.4); review and revise same (.8); telephone conference with T. Freedman re consent to same and briefing schedule (.2). | 1.40 |
| 02/12/07 | R. Mullady, Jr. | Telephone conversations with N. N. Finch (.5); attend meeting with J. Radecki (1.5); conference calls regarding X-ray order and related e-mails (1.5); attention to status report and discovery (1.5). | 5.00 |
| 02/12/07 | G. Rasmussen | Review of Radecki report (.5); outline of questions for J. Radecki (.5); conference with J. Radecki concerning his report (1.0). | 2.00 |
| 02/12/07 | R. Wyron | Review draft reports from J. Radecki (.6;) meet with J. Radecki, R. Mullady and others regarding expert testimony and follow-up (1.1). | 1.70 |
| 02/12/07 | R. Frankel | Review, revise Third Circuit motion to expedite appeal (1.2); telephone conference with D. Felder, J. Guy re same (.4). | 1.60 |
| 02/13/07 | J. Cangialosi | Preparation of chronological sets of documents for J. Ansbro. | 2.00 |
| 02/13/07 | J. Mora | Conference with J. Ansbro regarding coding, scanning and database options for new matter (.4);  prepare preliminary lit support budget for database set up (.3);  e-mails re CaseMap licenses and to set up software training (.3); follow up e-mail to J. Ansbro outlining litigation support strategies (.2). | 1.20 |
| 02/13/07 | A. Hermele | Meet with R. Mullady, J. Ansbro and D. Felder regarding new documents from Grace and division of review of those documents (.5); discuss with attorney in CRMC's general counsel office whether previous work has been undertaken to compile a list of the status of tort reform all states, including both statutory and judicial (.3); begin document review (3.0). | 3.80 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 11

March 15, 2007
Invoice No. 1060013

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/13/07 | D. Felder | Review hearing transcripts and continue drafting status report (5.2); review documents from Grace and conference with R. Mullady and A. Hermele regarding same (.8); review draft certificate of counsel and proposed order regarding pension motion and e-mails to R. Wyron and M. Hurford regarding same (.4); telephone conference with J. Ansbro regarding estimation issues (.2); e-mail correspondence with J. Biggs regarding estimation issues (.5). | 7.10 |
| 02/13/07 | J. Ansbro | Review documents produced by Grace (3.5); conference call with R. Mullady and DC associates regarding review of Grace documents and deposition preparation (.5); review draft X-ray order and related e-mails (.2); follow-up telephone conferences with R. Mullady regarding Grace depositions and documents (.3); telephone conferences with D. Felder regarding J. Biggs' analysis and report, and e-mails to/from Biggs and Felder regarding same (.6); meeting with J. Mora regarding electronic litigation support tools for case analysis (.4); review depositions from Sealed Air litigation (3.8). | 9.40 |
| 02/13/07 | J. Guy | Work on motion to expedite (.8); analyze issues for appellate brief (.9). | 1.70 |
| 02/13/07 | R. Mullady, Jr. | Meet with estimation team regarding deposition preparation and document review (.5); review further iterations of X-ray order and related e-mails (.5); discussions with J. Ansbro regarding depositions and J. Biggs report (.3). | 1.30 |
| 02/13/07 | R. Wyron | Calls to and from D. Austin regarding database (.2); follow up with J. Biggs on expert report (.2); review docket for 2/26 hearing (.2); review pension order and Certificate of Counsel and follow-up with D. Felder (.4). | 1.00 |
| 02/13/07 | R. Frankel | Review revised motion to expedite at Third Circuit (.9); review E. Inselbuch comments re same (.3). | 1.20 |
| 02/13/07 | R. Frankel | Review issues re pending litigation. | 0.50 |
| 02/14/07 | A. Hermele | Review documents in box 1 of 3 and compile chart of documents contained therein (3.8); send e-mail memo to R. Mullady, J. Ansbro, D. Felder and A. Venegas regarding results and providing chart (.3). | 4.10 |
| 02/14/07 | S. Venegas | Review documents in latest production. | 4.70 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 12

March 15, 2007
Invoice No. 1060013

| 02/14/07 | D. Felder | Telephone conference with R. Frankel regarding estimation issues (.1); continue drafting status report (4.6); telephone conference with R. Mullady regarding update and status (.1); e-mail correspondence with R. Mullady, J. Ansbro and N. N. Finch regarding estimation issues (.4); review materials from Debtors (1.0); conference call with E. Inselbuch, S. Baena, J. Liesemer and J. Guy regarding exclusivity appeal issues (1.0); conference with R. Mullady, A. Hermele and J. Ansbro regarding estimation issues (.3); review hearing transcripts for status report (2.0); review materials and prepare for experts meeting (1.7); finalize motion to expedite exclusivity appeal (2.5). | 13.70 |
| 02/14/07 | J. Ansbro | Review Sealed Air depositions in preparation for Grace attorney depositions (1.6); e-mails to/from R. Mullady and estimation team regarding Grace documents (.3); e-mails with estimation team regarding J. Biggs/Tillinghast ongoing case analysis and other expert issues (.3); continue detailed review of Grace document production (6.8); meet with R. Wyron regarding document review (.2); prepare for 2/15 meeting with non-estimation experts (.3). | 9.50 |
| 02/14/07 | J. Guy | Review draft appellate brief (.8); analyze related issues (.7); work on motion to expedite (.5); telephone conference with co-appellants re brief (.5). | 2.50 |
| 02/14/07 | R. Mullady, Jr. | Review Grace documents in advance of attorney depositions (4.0); e-mails to/from estimation team regarding case preparation, motion practice and discovery (.5); review and edit draft status memorandum for 2/26 omnibus hearing (1.3). | 5.80 |
| 02/14/07 | G. Rasmussen | Consideration of J. Biggs' request to D. Austern. | 0.20 |
| 02/14/07 | R. Wyron | Call with J. Biggs re database and follow-up (.2); e-mails to D. Austern and others (.2); review e-mails on pension CoC and follow-up (.3). | 0.50 |
| 02/14/07 | R. Frankel | Review, edit Liesemer draft of Third Circuit brief on exclusivity. | 1.80 |
| 02/14/07 | R. Frankel | Consider protocol to get info from plaintiffs' firms, e-mails re same. | 0.60 |
| 02/14/07 | R. Frankel | Review J. Biggs' questions for attorneys (.5); telephone conference with D. Felder re same (.2); e-mails re same (.2). | 0.90 |
| 02/15/07 | S. Venegas | Review documents for depositions. | 0.40 |



**O R R I C K**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 13

March 15, 2007
Invoice No. 1060013

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/15/07 | D. Felder | Finalize motion to expedite exclusivity appeal and related filings and telephone conferences with M. Hurford regarding same (1.5); review estimation materials and prepare for experts meeting (1.5); conference with G. Rasmussen, J. Ansbro E. Stallard, V. Roggli J. Jacoby and B. Gillespie regarding expert issues (3.0); follow-up with G. Rasmussen regarding expert issues (.5). | 6.50 |
| 02/15/07 | J. Ansbro | Review draft Status Report (.2); review responses to Grace Questionnaire (2.2); review pertinent court submissions from Owens Corning estimation proceedings (1.5); review J. Biggs e-mails and Manville Trust materials and respond to Biggs regarding same (.4); prepare for and attend meeting with non-estimation experts and litigation consultants (4.0); review and respond to e-mails regarding Hughes and Beber deposions (.3). | 8.60 |
| 02/15/07 | J. Guy | Attention to motion to expedite and appeal issues. | 0.50 |
| 02/15/07 | R. Mullady, Jr. | Review and revise draft status report (.6); review and reply to e-mail from G. Rasmussen regarding non-estimation expert issues (.4). | 1.00 |
| 02/15/07 | G. Rasmussen | Prepare for and meet with Jacoby, Stallard and Rogglie to discuss expert reports (7.7); prepare list of projects and report to the team (1.0); return to D.C. from N.C. (1.5). | 10.20 |
| 02/15/07 | R. Wyron | Review docket for 2/26 hearing issues (.3); follow-up e-mails on status of open issues (.4). | 0.70 |
| 02/16/07 | K. Thomas | Review and respond to series of e-mails from D. Felder and R. Wyron re National Union adversary hearing on February 21. | 0.20 |
| 02/16/07 | S. Venegas | Review materials produced by Grace re settlement. | 2.20 |
| 02/16/07 | D. Felder | E-mail correspondence to R. Mullady regarding upcoming hearings (.1); review recently filed pleadings (1.0); finalize status report and e-mail correspondence with R. Mullady, N. N. Finch and M. Hurford regarding same (2.8); telephone conference with C. Hartman regarding filing (.1); finalize pro hac application for J. Ansbro and coordinate with C. Hartman regarding same (.6); telephone conference with J. Jacoby regarding expert issues (.1); e-mail correspondence regarding same (.1); review materials from J. Biggs and B. Gillespie regarding estimation issues (1.6); review status of upcoming matters (.3); review document production from Debtors (3.0). | 9.70 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 14

March 15, 2007
Invoice No. 1060013

| 02/16/07 | J. Ansbro | Attention to motion for admission pro hac vice (.3); e-mails to/from Orrick team members regarding discovery, expert issues and Grace document production (1.0); review data from J. Biggs, telephone conferences with D. Felder regarding same, e-mails to/from B. Gillespie (Tillinghast) regarding same (2.6); review Local Rules of Delaware District Court and Bankruptcy courts (.4); continue review of Grace documents (1.4); review pertinent law review article regarding asbestos bankruptcy and estimations, e-mail to Orrick team regarding same (1.3); review non-estimation expert reports (1.4). | 8.40 |
| 02/16/07 | R. Mullady, Jr. | Review Grace documents in preparation for Hughes deposition (1.0); e-mails to/from estimation team regarding discovery and expert report preparation (1.4); review data and materials from J. Biggs and D. Austern (.5). | 2.90 |
| 02/17/07 | D. Felder | Review document production from Debtors. | 3.00 |
| 02/17/07 | J. Ansbro | E-mails to/from R. Mullady and D. Felder regarding database issues and Grace document production (.5); review Grace document production (3.0); review depositions and exhibits from Sealed Air Action (1.0). | 4.50 |
| 02/17/07 | R. Mullady, Jr. | Review Grace document production (2.3); e-mails to/from J. Ansbro and D. Felder (.5). | 2.80 |
| 02/17/07 | R. Frankel | Review status report filed with court (.9); series of e-mails re omnibus hearing (.3). | 1.20 |
| 02/18/07 | D. Felder | Review document production from Debtors and prepare summary regarding same. | 4.00 |
| 02/18/07 | J. Ansbro | E-mails to/from D. Felder and R. Mullady regarding Grace documents (.4); review Grace document production and review depositions from Sealed Air litigation (7.6). | 8.00 |
| 02/18/07 | R. Wyron | Review hearing agenda and e-mails re same planning for hearing (.3); review pension CoC for hearing (.2;); review case calendar (.4). | 0.90 |
| 02/18/07 | R. Frankel | Review, consider D. Felder e-mail re data from other trusts. | 0.40 |
| 02/19/07 | J. Cangialosi | Assist J. Ansbro in preparation for depositions of Berber and Hughes. | 15.50 |
| 02/19/07 | S. Venegas | Review discovery material produced by Grace. | 8.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 15

March 15, 2007
Invoice No. 1060013

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/19/07 | D. Felder | Telephone conference with J. Ansbro and B. Gillespie regarding estimation issues (1.5); follow-up telephone conferences with J. Ansbro regarding same (1.3); telephone conference with B. Gillespie regarding same (.3); prepare outlines and review documents for R. Beber and J. Hughes depositions (5.3); telephone conference with J. Biggs regarding estimation issues (.3); telephone conference with J. Ansbro regarding deposition preparation (.2); review non-estimation experts reports and prepare summary for J. Ansbro regarding same (2.1). | 11.00 |
| 02/19/07 | J. Ansbro | Review case analysis questions prepared by J. Biggs and B. Gillespie (Tillinghast) (.5); conference call with Biggs and Gillespie regarding same (1.0); e-mails to/from, and telephone conference with, R. Mullady regarding Grace attorney depositions (.5); review memorandum from, and telephone conference with A. Venegas and D. Felder regarding Grace Document Production (.6); supervise J. Cangialosi preparation of deposition materials (.5); review D. Felder memorandum regarding Grace non-estimation experts (.4); prepare for Grace attorney depositions (7.0). | 10.50 |
| 02/19/07 | R. Mullady, Jr. | Conference call with B. Gillespie regarding CMS database (.8); e-mails regarding final X-ray order (.2); discussions with J. Ansbro and D. Felder regarding discovery matters (.6); review Third Circuit briefs in Owens Corning case (.8.) | 2.40 |
| 02/20/07 | J. Cangialosi | Assist J. Ansbro in preparation for the depositions of Berber and Hughes. | 8.50 |
| 02/20/07 | S. Venegas | Review summary of tort reform litigation. | 0.70 |
| 02/20/07 | D. Felder | Preparation for depositions and e-mails to J. Ansbro and D. Smith (1.0); telephonic participation in hearing (.5); review Grace document production and e-mails to R. Mullady and J. Ansbro regarding same (2.5); conference with J. Ansbro regarding deposition preparation (2.5). | 6.50 |
| 02/20/07 | J. Ansbro | E-mails to/from R. Mullady regarding upcoming Hugh and Beber depositions (.3); review data from J. Biggs, e-mails to/from D. Felder regarding same (.4); review reports from team members regarding review of Grace document production (.3); e-mails to/from D. Felder and R. Mullady regarding additional Grace documents, received today, and review related correspondence (.3); prepare for Hughs and Beber depositions (1.7); further preparation for depositions of Grace attorneys (2.0); meet with D. Felder to review and organize potential deposition exhibits (1.5); discussions with ACC counsel regarding attorney depositions (1.0). | 7.50 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 16

March 15, 2007
Invoice No. 1060013

| 02/20/07 | R. Mullady, Jr. | Attend telephonic hearing on discovery matters (1.0); e-mails to/from D. Felder and A. Venegas regarding discovery (.5). | 1.50 |
|---|---|---|---|
| 02/20/07 | G. Rasmussen | Conference call with J. Jacoby, E. Stallard and V. Roggli re expert reports. | 0.50 |
| 02/21/07 | J. Cangialosi | Prepare chronological work sets of documents to be forwarded to B. Gillespie (3.0); organize work sets of production documents (2.5); prepare work sets of documents (.5). | 6.00 |
| 02/21/07 | S. Venegas | Preparation for Siegel deposition. | 3.50 |
| 02/21/07 | D. Felder | Attend R. Beber deposition (8.5); conference with J. Ansbro regarding preparation for J. Hughes deposition (4.5). | 13.00 |
| 02/21/07 | J. Ansbro | Attend and examine at deposition of Grace witness, Robert Beber (8.0); prepare for 2/22 deposition of Jay Hughes with D. Felder (2.0). | 10.00 |
| 02/21/07 | J. Guy | Review proposed appellate brief (.6); strategize re same (.5); review opposition to same and motion to expedite (.3). | 1.40 |
| 02/21/07 | R. Mullady, Jr. | E-mails to/from D. Felder and J. Ansbro regarding discovery matters (.5); e-mail to B. Harding (.4). | 0.90 |
| 02/21/07 | R. Frankel | Review agenda for February 26th hearing (.3); review e-mails re estimation (.4). | 0.70 |
| 02/22/07 | J. Cangialosi | Organization of work sets of production documents used for deposition review and materials sent to B. Gillespie (3.0). | 3.00 |
| 02/22/07 | D. Felder | Attend J. Hughes deposition (11.0); review Debtors' opposition to motion to expedite Third Circuit exclusivity appeal and e-mail correspondence regarding same (.2). | 11.20 |
| 02/22/07 | J. Ansbro | Attend and examine at deposition of Grace witness, Jay Hughes (9.0); discussions with ACC counsel regarding case strategy and upcoming discovery (.5); telephone conference with R. Mullady (.2). | 9.70 |
| 02/22/07 | R. Mullady, Jr. | E-mails to/from D. Felder regarding Hughes deposition (.5); discussions with N. N. Finch and J. Ansbro regarding same (.5); prepare for 2/26 omnibus hearing (1.0) | 2.00 |
| 02/22/07 | R. Frankel | Review Grace Response to Motion to expedite appeal at Third Circuit, exhibits. | 0.80 |
| 02/22/07 | R. Frankel | Review amended agenda; exchange of e-mails with R. Mullady, others re same. | 0.60 |
| 02/22/07 | R. Frankel | Review, edit draft brief re exclusivity from Liesemer (1.6); draft e-mail, memo re same (.6). | 2.20 |
| 02/23/07 | S. Venegas | Team meeting re Grace (1.7); meeting with R. Mullady re deposition (.5). | 2.20 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 17

March 15, 2007
Invoice No. 1060013

| 02/23/07 | D. Felder | Conference with D. Smith regarding Grace's document production (.5); conference with R. Wyron and litigation team regarding status and next steps (1.5); telephone conference with J. Wehner and litigation team regarding update (.3); preparation for conference call with ACC and PD regarding exclusivity appeal (.6); telephone conference with M. Hurford, J. Liesemer and M. Kramer regarding exclusivity appeal (.5); telephone conference with M. Hurford regarding follow-up (.3); telephone conference with J. Ansbro, B. Gillespie and J. Ansbro regarding estimation issues (1.5); follow-up telephone conference with J. Ansbro regarding same (.4). | 5.60 |
| --- | --- | --- | --- |
| 02/23/07 | J. Ansbro | Further review of Grace witnesses' testimony in Sealed Air (2.0); prepare for and conference call with Orrick estimation team regarding overall case status reports and strategy (2.2); conference call with Orrick team and ACC counsel regarding case analysis and strategy (1.0); prepare for and conference call (with D. Felder) with J. Biggs and B. Gillespie (Tillinghast) regarding case analysis (1.6). | 6.80 |
| 02/23/07 | R. Mullady, Jr. | Prepare for and attend estimation team meeting and conference call with ACC counsel following same (2.7); prepare for 2/26 omnibus hearing (.5); prepare for deposition of D. Siegel (.7); review debtors' status report and discuss same with ACC counsel (.5). | 4.40 |
| 02/23/07 | G. Rasmussen | Analysis of deposition testimony by Hughes relating to CMS data base. | 0.80 |
| 02/23/07 | G. Rasmussen | Meet with R. Mullady re expert tasks (1.0); follow up conference with experts (1.7). | 2.70 |
| 02/23/07 | R. Wyron | Review e-mails on status of pending estimation matters (.4); attend team meeting on estimation litigation and follow-up (1.3); review orders for 2/26 hearing (.3). | 2.00 |
| 02/24/07 | D. Felder | Review Debtors' status report regarding PI estimation and amended agenda for February omnibus hearing. | 0.30 |
| 02/24/07 | R. Mullady, Jr. | Prepare for omnibus hearing. | 0.50 |
| 02/24/07 | G. Rasmussen | Review and consideration of response to Grace's status report. | 0.20 |
| 02/25/07 | D. Felder | Review recently filed pleadings. | 1.00 |
| 02/25/07 | R. Mullady, Jr. | Telephone conversation with N. N. Finch (.4); prepare for omnibus hearing (1.2); review transcript of D. Siegel deposition (.3). | 1.90 |
| 02/25/07 | R. Wyron | Review agenda and case calendar for 2/26 hearing (.3); review Debtors status report on PI estimation (.4). | 0.70 |
| 02/25/07 | R. Frankel | Review Grace status report, amended agenda in preparation for hearing (1.0); notes, e-mails re hearing (.3). | 1.30 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 18

March 15, 2007
Invoice No. 1060013

| | | | |
|---|---|---|---|
| 02/26/07 | R. Barainca | Review materials for joint appendix for Third Circuit exclusivity appeal. | 3.50 |
| 02/26/07 | A. Thorp | Assist D. Felder create PDF files of selected documents. | 0.20 |
| 02/26/07 | K. Thomas | Review and respond to e-mail from D. Felder re National Union adversary; conference with R. Barainca re new hearing date; series of e-mails to R. Barainca re same. | 0.20 |
| 02/26/07 | S. Venegas | Review e-mail from team. | 0.40 |
| 02/26/07 | D. Felder | Review questionnaires (1.0); telephone conference with J. Snyder, M. Kramer, J. Liesemer and M. Hurford regarding exclusivity appeal (.3); telephone conference with G. Rasmussen and J. Jacoby regarding questionnaire issues (.1); telephonic participation in omnibus hearing (2.3); telephone conferences with G. Rasmussen and J. Biggs regarding omnibus hearing (.3); telephone conference with J. Wehner and G. Rasmussen regarding estimation issues (.3); continue reviewing questionnaires for J. Biggs (3.4). | 7.70 |
| 02/26/07 | J. Ansbro | Telephone conference attendance at Omnibus hearing (1.5); telephone conference with R. Mullady regarding developments at Omnibus hearing and case strategy (.4); e-mails to/from N. N. Finch and R. Mullady (.2); review select PIQ responses (2.0); further review of testimony in Sealed Air litigation (1.4). | 5.50 |
| 02/26/07 | J. Guy | Work on issues related to exclusivity appeal and motion to expedite. | 1.50 |
| 02/26/07 | R. Mullady, Jr. | Telephone conversations with N. N. Finch (1.0); prepare for and attend omnibus hearing (4.5); telephone conversation with J. Ansbro (.4); e-mails to/from N. N. Finch and J. Ansbro (.2). | 6.10 |
| 02/26/07 | G. Rasmussen | Consideration of J. Biggs' draft questions for D. Austern. | 0.50 |
| 02/26/07 | G. Rasmussen | Conference with Caplan & Drysdale regarding questions for plaintiff firms. | 0.50 |
| 02/26/07 | G. Rasmussen | Conference with J. Jacoby regarding expert report. | 0.20 |
| 02/26/07 | R. Wyron | Review open items on agenda (.3); attend argument on scheduling for estimation and follow-up notes (1.3); confer with R. Frankel, R. Mullady and N. N. Finch re strategy (.3). | 1.90 |
| 02/26/07 | R. Frankel | Prepare for Omnibus Hearing during travel to Wilmington (1.5); attend Omnibus Hearing in Wilmington (2.8). | 4.30 |
| 02/27/07 | R. Barainca | Review materials for joint appendix for Third Circuit exclusivity appeal. | 4.20 |
| 02/27/07 | T. Hoye | Discuss issues with P. Parker re transcripts on LiveNote. | 0.20 |
| 02/27/07 | P. Parker | Load deposition into LiveNote (.6); compile deposition exhibit binder (.7); create binder labels as requested by J. Ansbro (.7). | 2.00 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 19

March 15, 2007
Invoice No. 1060013

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/27/07 | D. Felder | Review proposed order and certificate of counsel regarding Dr. Lucas's deposition testimony and e-mail to R. Mullady regarding same (.1); telephone conference with J. Ansbro regarding R. Beber and J. Hughes depositions (.1); review and revise Third Circuit exclusivity appeal brief (3.2); review questionnaires for J. Biggs (3.9). | 7.30 |
| 02/27/07 | J. Ansbro | Telephone conference with R. Mullady and N. N. Finch regarding proposed case scheduling (.6); telephone conferences with R. Mullady regarding same (.4); review and revise draft e-mail to Grace regarding proposed schedule (.2); discussions with Paralegal, P. Porter, regarding organization and preparation of discovery and deposition materials (.7); review additional materials from Sealed Air litigation (1.5); review and categorization of materials from Grace attorney depositions (1.0); begin to outline order of proof issue and current discovery projects (1.1); e-mails to/from R. Mullady regarding Hughes' testimony (.3); e-mails to/from R. Mullady and D. Felder regarding issues to be raised with D. Austern (.2); e-mails to/from D. Felder regarding Grace request for return of allegedly privileged document (.2); review materials sent today from N. N. Finch regarding expert issues (.5). | 6.70 |
| 02/27/07 | J. Guy | E-mails with Appellants and others re consent motion to intervene. | 0.20 |
| 02/27/07 | R. Mullady, Jr. | Telephone conversations with J. Ansbro regarding amendments to scheduling order (.4); conference call with N. N. Finch and J. Ansbro regarding same (.6); prepare proposed modifications to scheduling order and forward same to debtors' counsel (.6); review transcript of J. Hughes deposition (1.3); meet with A. Venegas (.2). | 3.10 |
| 02/27/07 | R. Frankel | Review series of e-mails re estimation, discovery schedule. | 0.40 |
| 02/28/07 | T. Hoye | Add case to LiveNote as requested by P. Parker; discuss issues re same with P. Parker. | 0.20 |
| 02/28/07 | P. Parker | Load deposition into LiveNote (.5); compile deposition exhibit binder (2.0); create binder labels (1.0); printout deposition as requested by J. Ansbro (.5). | 4.00 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 20

March 15, 2007
Invoice No. 1060013

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 02/28/07 | D. Felder | Telephone conference and e-mail correspondence with M. Hurford regarding reply to motion to expedite and concise summary (.5); review and revise same and e-mail correspondence with J. Snyder, M. Kramer, M. Hurford and J. Liesemer regarding same (1.5); review materials for J. Biggs regarding estimation issues (2.3); e-mail correspondence with R. Mullady and J. Ansbro regarding estimation issues (.5); review and revise exclusivity appeal brief (3.0); conference with R. Barainca regarding joint appendix and review and revise same (.5); review J. Hughes and R. Beber deposition transcripts and e-mail to J. Ansbro and R. Mullady regarding same (.1). | 8.40 |
| 02/28/07 | J. Ansbro | Telephone conference with R. Mullady regarding experts' analysis, case strategy and issues to be raised with D. Austern (.5); e-mails to/from ACC counsel regarding Grace PIQ issues, review analysis (received today) from counsel regarding same (.7); review materials from ACC counsel regarding pertinent portions of hearings in prior asbestos bankruptcy estimation proceedings (1.4); review pertinent law review articles and related estimation case law (3.7); further review and analysis of J. Biggs' draft report and e-mails with team members regarding same (.6); review selection portions of Hughes and Beber depositions (.6); dealings with Paralegal, P. Parker, regarding organization and preparation of discovery and depositon materials (.4). | 7.90 |
| 02/28/07 | J. Guy | Review reply to motion to expedite (.3); confer with R. Frankel re same (.2); attention to exclusivity appeal (.3); strategize re impairment issues (.4). | 1.20 |
| 02/28/07 | R. Mullady, Jr. | Continue review of Hughes deposition transcript (3.0); e-mails to/from N. N. Finch, J. Ansbro, G. Rasmussen and estimation team regarding expert issues and trial strategy (.5); confer with R. Wyron regarding same (.2); review articles and other materials forwarded by N. N. Finch (.3). | 4.00 |
| 02/28/07 | R. Frankel | Review and edit draft Reply re expedited appeal (2.3); confer with J. Guy re same (.4); telephone conference with Liesemer re same (.2). | 1.40 |

|  | Total Hours | 658.00 |  |
|---|---|---|---|
|  | Total For Services |  | $359,136.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| John Ansbro | 175.70 | 625.00 | 109,812.50 |
| Rachael Barainca | 8.30 | 150.00 | 1,245.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 21

March 15, 2007
Invoice No. 1060013

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| James Cangialosi | 39.00 | 235.00 | 9,165.00 |
| Debra Felder | 186.00 | 465.00 | 86,490.00 |
| Roger Frankel | 34.60 | 770.00 | 26,642.00 |
| Jonathan P. Guy | 11.20 | 650.00 | 7,280.00 |
| Annie L. Hermele | 14.60 | 390.00 | 5,694.00 |
| Timothy J. Hoye | 0.40 | 195.00 | 78.00 |
| John M. Mora | 1.20 | 240.00 | 288.00 |
| Raymond G. Mullady, Jr. | 74.70 | 695.00 | 51,916.50 |
| Patricia M. Parker | 6.00 | 205.00 | 1,230.00 |
| Garret G. Rasmussen | 36.10 | 700.00 | 25,270.00 |
| Katherine S. Thomas | 0.40 | 390.00 | 156.00 |
| Aaron R. Thorp | 0.20 | 195.00 | 39.00 |
| Shannon Dawn Venegas | 35.90 | 390.00 | 14,001.00 |
| Richard H. Wyron | 22.80 | 700.00 | 15,960.00 |
| Catharine L. Zurbrugg | 10.90 | 355.00 | 3,869.50 |
| Total All Timekeepers | 658.00 | $545.80 | $359,136.50 |

Disbursements

| | |
|---|---|
| Desktop Publishing standard per hour charge | 15.00 |
| Duplicating Expense | 2,921.85 |
| Expert; Consultants | 5,625.00 |
| Express Delivery | 101.47 |
| Facsimile | 7.00 |
| Local Taxi Expense | 30.00 |
| Other Business Meals | 507.32 |
| Out of Town Business Meals | 31.65 |
| Outside Reproduction Services | 4,307.83 |
| Outside Services | 25.00 |
| Overtime Meals | 15.39 |
| Parking Expense | 115.00 |
| Postage | 257.28 |
| Secretarial/Staff Overtime | 44.25 |
| Telephone | 45.14 |
| Travel Expense, Air Fare | 954.99 |
| Travel Expense, Local | 240.69 |
| Westlaw Research | 181.00 |

Total Disbursements                                                    $15,425.86



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 22

March 15, 2007
Invoice No. 1060013

**Total For This Matter**          $374,562.36



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 23

March 15, 2007
Invoice No. 1060013

For Legal Services Rendered Through February 28, 2007 in Connection With:

**Matter: 9 - Plan & Disclosure Statement**

| | | | |
|---|---|---|---|
| 02/09/07 | R. Frankel | Review with R. Wyron issues in preparation for meeting with D. Austern, Grace. | 0.30 |
| 02/12/07 | R. Frankel | Telephone conference with client in preparation for his meeting with       ; notes re same. | 0.30 |
| 02/13/07 | R. Frankel | Review spreadsheets re valuation in preparation for meeting with Piper Jaffray. | 1.10 |
| 02/14/07 | R. Wyron | Confer with D. Austern and Piper Jaffray on plan issues and follow-up (1.7); confer with R. Frankel on Plan strategy and issues and follow-up notes (1.1). | 2.80 |
| 02/14/07 | R. Frankel | Confer with D. Austern, J. Radecki re settlement issues, plan scenarios,        meeting with D. Austern. | 1.70 |
| 02/16/07 | R. Wyron | Confer with R. Frankel on plan options (.3); begin review of economic analysis (.5). | 0.80 |
| 02/16/07 | R. Frankel | Telephone conferences with      , D. Austern re settlement meeting (.5); e-mail re same (.2). | 0.70 |
| 02/21/07 | R. Frankel | Review Piper Jaffray plan scenarios for different enterprise values (.8); telephone conference with J. Radecki re same (.5). | 1.30 |
| 02/26/07 | R. Wyron | Review financial analysis on plan issues and follow-up with Piper Jaffray. | 0.40 |
| 02/26/07 | R. Frankel | Confer with N. N. Finch and R. Wyron during travel from Wilmington re possible plan scenarios. | 1.20 |

Total Hours      10.60

Total For Services      $7,882.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 6.60 | 770.00 | 5,082.00 |
| Richard H. Wyron | 4.00 | 700.00 | 2,800.00 |
| Total All Timekeepers | 10.60 | $743.58 | $7,882.00 |

Disbursements

    Duplicating Expense        71.40

Total Disbursements      $71.40



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 24

March 15, 2007
Invoice No. 1060013

**Total For This Matter**                    $7,953.40



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 25

March 15, 2007
Invoice No. 1060013

For Legal Services Rendered Through February 28, 2007 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| | | | |
|---|---|---|---|
| 02/01/07 | R. Barainca | Revise Tillinghast's November and December 2006 Monthly fee applications. | 1.20 |
| 02/02/07 | R. Barainca | Revise Tillinghast's November and December 2006 Monthly fee applications. | 0.40 |
| 02/05/07 | R. Barainca | Prepare D. Austern's January 2007 Monthly fee application. | 1.50 |
| 02/05/07 | R. Barainca | Prepare D. Austern's December 2006 Monthly fee application. | 1.20 |
| 02/09/07 | D. Fullem | Confer with R. Barainca regarding status of Piper Jaffray fourth quarterly fee application. | 0.10 |
| 02/09/07 | D. Fullem | Review and respond to e-mail from Piper Jaffray regarding fourth quarterly fee application. | 0.20 |
| 02/12/07 | R. Barainca | Edit D. Austern's December 2006 Monthly fee application. | 0.30 |
| 02/12/07 | R. Barainca | Prepare D. Austern's Eleventh Quarterly fee application. | 1.50 |
| 02/12/07 | R. Barainca | Edit D. Austern's January 2007 Monthly fee application. | 0.40 |
| 02/12/07 | R. Barainca | Prepare D. Austern's Certificate of No Objection for his October and November 2006 fee applications. | 0.80 |
| 02/13/07 | D. Fullem | Confer with R. Barainca regarding Piper Jaffray's current quarterly fee application. | 0.10 |
| 02/15/07 | R. Barainca | Prepare Piper Jaffray's Certificate of No Objection for their December 2006 Monthly fee application. | 0.50 |
| 02/18/07 | R. Wyron | Review CNOs for D. Austern (.2); review quarterly fee application for Piper Jaffray (.3). | 0.50 |
| 02/20/07 | R. Barainca | Prepare D. Austern's Certificates of No Objection for October and November 2006 for filing. | 0.30 |
| 02/21/07 | R. Barainca | Prepare D. Austern's Eleventh Quarterly fee application for filing. | 0.30 |
| 02/21/07 | R. Barainca | Prepare D. Austern's December 2006 Monthly fee application for filing. | 0.20 |
| 02/21/07 | R. Wyron | Review fee applications and CNOs for D. Austern and Piper Jaffray and provide comments. | 0.80 |
| 02/27/07 | R. Barainca | Review and edit Tillinghast's January 2007 Monthly fee application. | 0.50 |
| 02/28/07 | R. Barainca | Revise Tillinghast's Eighth Quarterly fee application. | 1.00 |
| 02/28/07 | R. Barainca | Prepare Tillinghast's Certificate of No Objection for their November 2006 fee application. | 0.50 |
| 02/28/07 | R. Barainca | Prepare Tillinghast's Certificate of No Objection for their November 2006 fee application. | 0.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 26

March 15, 2007
Invoice No. 1060013

|  | Total Hours | 12.80 |  |
|  | Total For Services |  | $2,665.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 11.10 | 150.00 | 1,665.00 |
| Debra O. Fullem | 0.40 | 225.00 | 90.00 |
| Richard H. Wyron | 1.30 | 700.00 | 910.00 |
| Total All Timekeepers | 12.80 | $208.20 | $2,665.00 |

Disbursements

| Duplicating Expense | 151.80 |  |
| Express Delivery | 99.48 |  |
| Postage | 288.34 |  |
| Total Disbursements |  | $539.62 |

| **Total For This Matter** |  | **$3,204.62** |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 27

March 15, 2007
Invoice No. 1060013

For Legal Services Rendered Through February 28, 2007 in Connection With:

**Matter: 12 - Retention of Professionals - Orrick**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 02/08/07 | D. Fullem | Review memo from B. Breen regarding ethical wall. | 0.10 |
| 02/20/07 | D. Fullem | Confer with R. Wyron regarding updating of conflict parties list (.1); review existing list (.4); review docket and begin updating list with additional appearances (.6). | 1.10 |
| 02/26/07 | D. Fullem | Review of recent docket entries; continue update of list of conflict parties. | 0.50 |
| 02/27/07 | D. Fullem | Review and update list of conflict parties to be updated. | 0.50 |

Total Hours          2.20

Total For Services          $495.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 2.20 | 225.00 | 495.00 |
| Total All Timekeepers | 2.20 | $225.00 | $495.00 |

**Total For This Matter**          $495.00



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 28

March 15, 2007
Invoice No. 1060013

For Legal Services Rendered Through February 28, 2007 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 02/02/07 | R. Barainca | Prepare Certificate of No Objection for Orrick's November 2006 Monthly fee application. | 0.50 |
| 02/02/07 | R. Barainca | Prepare Orrick's Fourth Quarterly fee application. | 3.40 |
| 02/05/07 | D. Fullem | Confer with R. Barainca regarding objection deadlines on pending fee applications. | 0.10 |
| 02/06/07 | D. Fullem | Confer with R. Barainca regarding Orrick's fourth quarterly and suggested language for description of corrected copy and postage expenses; review and revise same. | 0.50 |
| 02/06/07 | D. Fullem | Review CNO filed on Orrick's November fee application; prepare e-mail to W. Sparks at Grace regarding payment due on November monthly fee application; update spreadsheets with information on same. | 0.90 |
| 02/09/07 | D. Fullem | Confer with R. Barainca regarding status of Orrick's fourth quarterly fee application. | 0.20 |
| 02/12/07 | R. Barainca | Edit Orrick's Fourth Quarterly fee application. | 0.30 |
| 02/13/07 | R. Barainca | Edit Orrick's Fourth Quarterly fee application. | 0.30 |
| 02/13/07 | D. Fullem | Confer with R. Barainca regarding status of filing of Orrick's current quarterly fee application. | 0.10 |
| 02/13/07 | D. Fullem | Confer with R. Wyron (.1); review of Orrick's application to employ and disclosure billing rates (.6); prepare e-mail to R. Wyron regarding same (.3). | 1.00 |
| 02/14/07 | R. Barainca | Update R. Wyron on our current fee applications to be filed. | 0.20 |
| 02/15/07 | R. Barainca | Prepare Orrick's Certificate of No Objection for their December 2006 Monthly fee application. | 0.50 |
| 02/15/07 | D. Fullem | Prepare e-mail to P. Reyes regarding status of January prebills (.1); review response to e-mail (.3); review and make edits to January prebill (1.4). | 1.80 |
| 02/16/07 | R. Barainca | Begin preparing memo in regard to Fee Auditor's Report from other cases. | 1.30 |
| 02/16/07 | D. Fullem | Finish up review and revision to January prebills (.7); follow up with several attorneys to obtain more detail on their time descriptions and further breakdown of hours for services (.6). | 1.30 |
| 02/16/07 | D. Fullem | Prepare e-mail to R. Wyron regarding status of review of and revisions to January prebills. | 0.10 |
| 02/18/07 | R. Wyron | Review CNO for Orrick's Eleventh Interim Fee Application (.3); review Orrick's Fourth Quarterly Fee Application (.4). | 0.70 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 29

March 15, 2007
Invoice No. 1060013

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 02/19/07 | R. Wyron | Review January pre-bill. | 0.70 |
| 02/20/07 | R. Barainca | Prepare Orrick's Certificate of No Objection for their December 2006 Monthly fee application for filing. | 0.10 |
| 02/20/07 | R. Barainca | Edit Orrick's Fourth Monthly fee application. | 0.40 |
| 02/20/07 | R. Barainca | Continue preparing memo in regard to Fee Auditor's Report from other cases. | 2.00 |
| 02/20/07 | D. Fullem | Review edits to January prebills made by R. Wyron (.2); prepare various e-mails to attorneys regarding additional information needed for certain time entries (.5); follow up/insert information in prebills and forward same to P. Reyes for edits (.5). | 1.20 |
| 02/21/07 | R. Barainca | Prepare Orrick's Fourth Quarterly fee application for filing. | 0.30 |
| 02/22/07 | D. Fullem | Prepare follow up e-mail to G. Rasmussen regarding additional information needed for January billing. | 0.10 |
| 02/25/07 | R. Wyron | Review January pre-bill and note corrections. | 0.40 |
| 02/26/07 | D. Fullem | Review updated January prebills and make further edits and comments (1.0); review same with P. Reyes (.2). | 1.20 |

Total Hours          19.60

Total For Services          $4,567.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 9.30 | 150.00 | 1,395.00 |
| Debra O. Fullem | 8.50 | 225.00 | 1,912.50 |
| Richard H. Wyron | 1.80 | 700.00 | 1,260.00 |
| Total All Timekeepers | 19.60 | $233.04 | $4,567.50 |

Disbursements
　　Duplicating Expense          868.20

Total Disbursements          $868.20

**Total For This Matter**          **$5,435.70**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 30

March 15, 2007
Invoice No. 1060013

For Legal Services Rendered Through February 28, 2007 in Connection With:

**Matter: 15 - Travel Time (Non-Working)**

| | | | |
|---|---|---|---|
| 02/15/07 | D. Felder | Travel to and from Durham, North Carolina. | 5.50 |
| 02/15/07 | J. Ansbro | Travel to and from meeting in New York City with non-estimation expert. | 0.50 |
| 02/16/07 | R. Frankel | Travel from NY (meeting with D. Austern, etc.). | 2.00 |
| 02/20/07 | D. Felder | Travel to Boca Raton, Florida for R. Beber and J. Hughes depositions. | 4.00 |
| 02/20/07 | J. Ansbro | Travel time from New York City to Boca Raton, Florida to attend Grace depositions. | 3.30 |
| 02/23/07 | D. Felder | Return to Washington, D.C. from Boca Raton, Florida. | 4.50 |
| 02/23/07 | J. Ansbro | Non-working travel time during return from Boca Raton, Florida to New York City. | 3.30 |
| 02/26/07 | R. Mullady, Jr. | Non-working travel to Wilmington for omnibus hearing; non-working return travel. | 4.50 |
| 02/26/07 | R. Frankel | Travel to DC from Wilmington. | 1.00 |

Total Hours            28.60
Total For Services                         $8,192.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| John Ansbro | 7.10 | 312.50 | 2,218.75 |
| Debra Felder | 14.00 | 232.50 | 3,255.00 |
| Roger Frankel | 3.00 | 385.00 | 1,155.00 |
| Raymond G. Mullady, Jr. | 4.50 | 347.50 | 1,563.75 |
| Total All Timekeepers | 28.60 | $286.45 | $8,192.50 |

**Total For This Matter**                         $8,192.50

**\* \* \* COMBINED TOTALS \* \* \***

| | | |
|---|---|---|
| Total Hours | 742.30 | |
| Total Fees, all Matters | | $384,551.00 |
| Total Disbursements, all Matters | | $17,183.12 |
| Total Amount Due | | $401,734.12 |