**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: ) <br> ) <br> W.R. Grace & Co., *et al.,*  ) <br> ) <br> Debtors. ) <br> ) <br> ) | In Proceedings for a Reorganization under Chapter 11 <br><br> Case No. 01-01139-JKF <br><br> Re: DIs 15080, 15084 |

**NOTICE OF SERVICE OF DOCKET ENTRIES 15080, 15084**

I HEREBY CERTIFY that on April 4, 2007, a copy of Docket Entries 15080 & 15084 which had been previously e-notice served, were served on the following parties by first class postage prepaid mail or Hand Delivery if so noted:

SEE SERVICE LISTS ATTACHED

Dated: April 5, 2007                MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP

                        By:    /s/ Noel C. Burnham
                            Noel C. Burnham, Esquire (DE Bar No. 3483)
                            300 Delaware Avenue, Suite 750
                            Wilmington, DE 19801
                            (302) 504-7800
                            (302) 504-7820 (facsimile)
                            Counsel for ELS