IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | Re: Docket No. 15089 |

**CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING DEBTORS' REQUEST FOR A TELEPHONIC HEARING EXPEDITED ON DEBTORS' EMERGENCY MOTION TO QUASH SPEIGHTS & RUNYAN SUBPOENA OF DEPOSITION OF DR. ARTHUR LANGER**

1. On April 4, 2007, the Debtors and Debtors in Possession filed the *Debtors' Emergency Motion to Quash Speights & Runyan Subpoena of Deposition of Dr. Arthur Langer* (the "Emergency Motion") (Docket No. 15035) requesting expedited consideration and telephonic hearing on the Emergency Motion.

2. Attached hereto as Exhibit 1 is a proposed form of *Order Granting Debtors' Request for a Telephonic Hearing expedited on Debtors' Emergency Motion to Quash Speights & Runyan Subpoena of Deposition of Dr. Arthur Langer* (the "Proposed Order").

91100-001\DOCS_DE:126387.1

3. Accordingly, the Debtors respectfully request that the Court enter the attached Proposed Order at its earliest convenience.

Dated: April 5, 2007

> KIRKLAND & ELLIS LLP
> David M. Bernick, P.C.
> Janet S. Baer
> 200 East Randolph Drive
> Chicago, Illinois 60601
> (312) 861-2000
>
> and
>
> PACHULSKI STANG ZIEHL YOUNG JONES
> & WEINTRAUB LLP
>
> /s/ James E. O'Neill
> ──────────────────────────────
> Laura Davis Jones (Bar No. 2436)
> James E. O'Neill (Bar No. 4042)
> Timothy P. Cairns (Bar No. 4228)
> 919 North Market Street, 17th Floor
> P.O. Box 8705
> Wilmington, DE 19899-8705 (Courier 19801)
> Telephone: (302) 652-4100
> Facsimile: (302) 652-4400
>
> Co-Counsel for the Debtors and Debtors in Possession