# **EXHIBIT 1**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket No. 15089** |

**ORDER GRANTING DEBTORS' REQUEST FOR A TELEPHONIC HEARING EXPEDITED ON DEBTORS' EMERGENCY MOTION TO QUASH SPEIGHTS & RUNYAN SUBPOENA OF DEPOSITION OF DR. ARTHUR LANGER**

AND NOW this ___ day of **April 2007**, it is **ORDERED** that Debtors' request for expedited consideration and telephonic hearing on its Emergency Motion to Quash Speights & Runyan Subpoena of Deposition of Dr. Arthur Langer [Docket No. 15089] (the "Motion") is **GRANTED**;

It is **FURTHER ORDERED** that a hearing on the Motion is scheduled for _____ at _____, prevailing Eastern time, by telephone through CourtCall.

Dated: April ___, 2007

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

DOCS_DE:124801.3