**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | ) | In Proceedings for a Reorganization under Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.,* | ) | Case No. 01-01149-JKF |
| | ) | |
| Debtors. | ) | Re:  docket no. 14929 |
| | ) | |
| | ) | |

**ORDER DENYING DEBTORS' MOTION TO COMPEL THE MMWR FIRMS' COMPLIANCE WITH SUPPLEMENTAL ORDER REGARDING MOTIONS TO COMPEL CLAIMANTS TO RESPOND TO THE W.R. GRACE ASBESTOS PERSONAL INJURY QUESTIONNAIRE**

Upon consideration of the Debtors' Motion to Compel Compliance With Supplemental Order Regarding Motions to Compel Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire (the "Debtors' Motion"), of the Memorandum of the MMWR Firms in Opposition to Debtors' Motion, and of any other response(s) to the Debtors' Motion, it is hereby ORDERED that the Debtors' Motion against the MMWR Firms is DENIED in its entirety.

Dated: _____, 2007

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

2172604v1