IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors | ) | (Jointly Administered) |

## MEMORANDUM OF CLAIMANTS REPRESENTED BY COONEY & CONWAY LAW FIRM IN OPPOSITION TO DEBTOR'S MOTION TO COMPEL

NOW COME claimants represented by the Cooney & Conway law firm and in response to Debtor W.R. Grace's Motion to Compel, state as follows:

1. Claimants' concur and adopt the arguments made by the MMWR firms.

2. Counsel for the Cooney & Conway claimants has twice previously confirmed in writing to Grace's counsel that they withheld no B-Reads. (See attached letter from Kathy Byrne to Barbara Harding as Exhibit A & B.)

3. For the forgoing reasons and for the reasons stated in Counsel for MMWR's memorandum, Grace's motion should be denied.

Respecfully submitted,
COONEY & CONWAY

By one of its attorneys

KATHY BYRNE
COONEY & CONWAY
120 N. LaSalle St, Suite 3000
Chicago, IL 60602
(312) 236-6166
Firm ID #90200