LAW OFFICES

# COONEY & CONWAY

30TH FLOOR
120 NORTH LASALLE STREET
CHICAGO, ILLINOIS 60602

(312) 236-6166
FAX (312) 236-3029
MAINDESK@COONEYCONWAY.COM

ROBERT J. COONEY (1924-1995)
KEVIN J. CONWAY
ROBERT J. COONEY, JR.
JOHN D. COONEY
WILLIAM R. FAHEY

JAMES T. NEWMAN
TIMOTHY R. OCASEK
DANIEL T. STANTON
JAMES E. OCASEK
JAMES R. HOPKINSON
KATHY BYRNE
MICHAEL D. MULVIHILL
MICHAEL J. LUBECK
MICHAEL T. EGAN
LAWRENCE R. WEISLER
TIMOTHY G. MARTIN
DANIEL T. RYAN

March 28, 2007

Ms. Barbara Mack Harding
KIRKLAND & ELLIS
655 Fifteenth Street, N.W.
Washington, D.C. 20005

Re:   **In Re W.R. Grace & Co., Case No. 01-01139**
      **Cooney & Conway-Log of B-Reads**

Dear Ms. Harding:

   Please be advised that we have disclosed all b-readings in our possession to Rust Consulting, which were attached to the WR Grace Asbestos Personal Injury Questionnaires. If you have any questions or concerns, please feel free to contact us.

Very truly yours,

COONEY & CONWAY

Kathy Byrne



PLAINTIFF'S EXHIBIT A