LAW OFFICES

# COONEY & CONWAY

30TH FLOOR
120 NORTH LASALLE STREET
CHICAGO, ILLINOIS 60602

(312) 236-6166
FAX (312) 236-3029
MAINDESK@COONEYCONWAY.COM

ROBERT J. COONEY (1924-1995)
KEVIN J. CONWAY
ROBERT J. COONEY, JR.
JOHN D. COONEY
WILLIAM R. FAHEY

JAMES T. NEWMAN
TIMOTHY R. OCASEK
DANIEL T. STANTON
JAMES E. OCASEK
JAMES R. HOPKINSON
KATHY BYRNE
MICHAEL D. MULVIHILL
MICHAEL J. LUBECK
MICHAEL T. EGAN
LAWRENCE R. WEISLER
TIMOTHY G. MARTIN
DANIEL T. RYAN

April 3, 2007

Barbara Harding
Kirkland & Ellis
655 Fifteenth Street, N.W.
Washington, D.C. 20005

Re: W.R. Grace's motion to Compel

Dear Ms. Harding,

I am in receipt of Grace's motion to compel. Perhaps there is a misunderstanding. The attached authorizations were sent to Rust in conformance with Judge Fitzpatrick's order several months ago. The copies of x-rays that were in our possession long ago for these nine claims have either been returned to the health care provider or to other defendants. They are NOT in our possession. For your convenience, I am sending you additional copies of claimant's releases and an itemized list of the health care providers involved so that Grace can obtain these x-rays if it so chooses. Please note again that this information was provided to Rust Consulting Last January.

Please do not hesitate to contact me if you have any questions.

Very truly yours,

**COONEY & CONWAY**

Kathy Byrne

Enclosures



PLAINTIFF'S EXHIBIT
B