IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 15089 |

**ORDER GRANTING DEBTORS' REQUEST FOR A TELEPHONIC HEARING EXPEDITED ON DEBTORS' EMERGENCY MOTION TO QUASH SPEIGHTS & RUNYAN SUBPOENA OF DEPOSITION OF DR. ARTHUR LANGER**

AND NOW this **6th** day of **April 2007**, it is ORDERED that Debtors' request for expedited consideration and telephonic hearing on its Emergency Motion to Quash Speights & Runyan Subpoena of Deposition of Dr. Arthur Langer [Docket No. 15089] (the "Motion") is **GRANTED**;

It is **FURTHER ORDERED** that a hearing on the Motion is scheduled for April 13, 2007, at __9__, prevailing Eastern time, by telephone through CourtCall.\*\*

~~Dated: April ___, 2007~~

~~Honorable Judith K. Fitzgerald~~
~~United States Bankruptcy Judge~~

\*\*

**It is FURTHER ORDERED that responses shall be filed and served on or before April 12, 2007, by NOON, Eastern time.**

**It is FURTHER ORDERED that no replies are permitted.**

*Judith K. Fitzgerald*
rmab

DOCS_DE:124801.3