UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:  W. R. Grace & Co., et al.

      Debtors                                     Ch 11
                                                    01-01139

_____)

## RESPONSE BY NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE TO DEBTORS' TWENTY SECOND OMNIBUS OBJECTION TO CLAIMS

        The New York State Department of Taxation and Finance by Elaine Z. Cole, Esq., of counsel, responds to the Debtors' twenty second objection to claims as follows:

1. The Debtors object to claims numbered 17757 and 17769.

2. Claim number 17757 has been paid in full and we agree with the Debtors' objection.

3. Claim number 17769 is correct as filed.  It contains three assessments for sales taxes accrued post-petition.

4. The Debtor, W. R. Grace, Conn., filed sales tax returns for quarters ending August 31, 2005 and November 30,. 2005, but they were filed late and were not paid in full.

5. A claim is presumptively valid unless the Debtor presents evidence to overcome the presumption.  A bare assertion that the claim is incorrect, is insufficient, particularly where the Debtor filed returns admitting the liability.

6. The claim contains one assessment for quarter ending August 31, 2004, that is estimated because the Debtor failed to file a return.  Under NY Tax Law section 1138, the Department may estimate the liability for failure to file a return.

   Therefore, claim 17769 should be allowed as filed.

April 6, 2007                                    New York State Department
                                                  Of Taxation and Finance
                                                  _____/s/_____
                                                  Elaine Z. Cole, Esq.
                                                  340 E. Main St.
                                                  Rochester, NY  14604

(585) 530 8465
595) 530 2017 fax
elaine_cole@tax.state.ny.us

A copy was sent by U.S. Mail, postage prepaid, to

Lori Sinanyan
James E. O'Neill
Lewis Kruger
Michael R. Lastowski
Scott L. Baena
Michael B. Joseph
Peter Van L. Lockwood
Mark T. Hurford
Gary Becker
Teresa K. D. Currier
Richard H. Wyron
John C. Phillips, Jr.
U. S. Trustee, David Klauder