**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Hearing Date: TBD** |
| | ) | **Objection Deadline: TBD** |

**ANDERSON MEMORIAL HOSPITAL AND THE SPEIGHTS & RUNYAN
CANADIAN CLAIMANTS' MOTION TO STRIKE THE SUPPLEMENTAL
DECLARATION OF GRAEME MEW OR IN THE ALTERNATIVE, TO REQUIRE
FURTHER EXAMINATION AND FURTHER RELIEF**

Claimants Anderson Memorial Hospital and the Speights & Runyan Canadian Claimants

respectfully move the Court for an Order striking the Supplemental Declaration of Graeme Mew

filed by the Debtors on March 23, 2007. In the alternative, the above-named Claimants move

for an Order requiring the production of Mr. Mew for additional deposition at the expense of the

Debtors, and for an opportunity to designate an additional expert to respond to the new matters

raised in the Supplemental Mew Declaration. The reasons for this motion are further stated in

the accompanying memordandum of law.

Anderson and Canadian Claimants' Motion shall be based upon the Court's Case

Management Order entered on October 13 2006, setting deadlines for the disclosure of expert

witnesses and the filing of expert reports.


DATED: April 6, 2007

                                             /s/ Christopher D. Loizides
                                 Christopher D. Loizides (No. 3968)
                                 LOIZIDES, P.A.
                                 1225 King Street, Suite 800
                                 Wilmington, DE 19801
                                 Telephone:    (302) 654-0248
                                 Facsimile:    (302) 654-0728

- and -

Daniel A. Speights (SC Fed. ID No. 4252)
Marion C. Fairey, Jr. (SC Fed ID No. 6101)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC 29924
Telephone:     (803) 943-4444
Facsimile:     (803) 943-4599

*Counsel to Anderson Memorial Hospital*

070406151831

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## CERTIFICATION

Pursuant to Local Bankruptcy Rule 9006-1(b), counsel for the moving party certifies that counsel has made a reasonable effort to reach agreement with the opposing attorneys for the Debtors on the matters set forth in the foregoing motion, but has not been able to resolve those matters.

DATED:  April 6, 2007

      /s/ Christopher D. Loizides
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728

- and -

Daniel A. Speights (SC Fed. ID No. 4252)
Marion C. Fairey, Jr. (SC Fed ID No. 6101)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC  29924
Telephone:    (803) 943-4444
Facsimile:    (803) 943-4599
*Counsel to Anderson Memorial Hospital*