IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Hearing Date: TBD** |
| | ) | **Objection Deadline: TBD** |

**NOTICE OF
ANDERSON MEMORIAL HOSPITAL AND THE SPEIGHTS & RUNYAN
CANADIAN CLAIMANTS' MOTION TO STRIKE THE SUPPLEMENTAL
DECLARATION OF GRAEME MEW OR IN THE ALTERNATIVE, TO REQUIRE
FURTHER EXAMINATION AND FURTHER RELIEF**

PLEASE TAKE NOTICE that on April 6, 2007, Anderson Memorial Hospital ("Movant") filed the above-captioned amended motion (the "Motion").

PLEASE TAKE FURTHER NOTICE that responses to the Motion, if any, must be filed on or before a date and time to be determined (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the undersigned counsel to the Movant so that the response is received on or before the Objection Deadline.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

070406151831

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD AT ON A DATE AND TIME TO BE DETERMINED BEFORE THE HONORABLE JUDITH K. FITZGERALD, UNITED STATES BANKRUPTCY COURT, 824 MARKET STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

DATED: April 6, 2007

/s/ Christopher D. Loizides
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728

- and -

Daniel A. Speights (SC Fed. ID No. 4252)
Marion C. Fairey, Jr. (SC Fed ID No. 6101)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC 29924
Telephone: (803) 943-4444
Facsimile: (803) 943-4599

*Counsel to Anderson Memorial Hospital*