IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | Re: Docket No. _____ |

**ORDER GRANTING ANDERSON MEMORIAL HOSPITAL AND THE SPEIGHTS & RUNYAN CANADIAN CLAIMANTS' MOTION TO STRIKE THE SUPPLEMENTAL DECLARATION OF GRAEME MEW OR IN THE ALTERNATIVE, TO REQUIRE FURTHER EXAMINATION AND FURTHER RELIEF**

Upon consideration of the above-referenced motion (the "Motion"), and due and adequate notice of the Motion having been given; and objections, if any, having been resolved or overruled; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Motion constituting a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and after a hearing on the Motion and the Court having considered the evidence and heard argument; it is hereby

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the Supplemental Declaration of Graeme Mew filed by the Debtors on March 23, 2007 is hereby STRICKEN

DATED: _____, 2007

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

070406151831