IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that true and correct copies of the foregoing MOTION were served on the parties listed on the attached service list in the manner indicated thereon this 6TH day of April, 2007.

DATED: April 6, 2007

                                           /s/ Christopher D. Loizides
                                        Christopher D. Loizides (No. 3968)
                                         LOIZIDES, P.A.
                                         1225 King Street, Suite 800
                                         Wilmington, DE  19801
                                         Telephone:    (302) 654-0248
                                         Facsimile:    (302) 654-0728
                                         E-mail:         loizides@loizides.com

**SERVICE LIST**

**VIA HAND-DELIVERY AND TELECOPIER**

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 No. Market Street, 17th Floor
Wilmington, DE 19801

**VIA TELECOPIER AND FIRST CLASS MAIL**

James Restivo, Jr., Esquire
Reed Smith, LLP
435 Sixth Avenue
Pittsburgh, PA 15219
*Fax: (412) 288-3063*

David M. Bernick, Esquire
Janet S. Baer, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
*Fax: (312) 861-2200*

Teresa K. D. Currier, Esquire
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801

Marla R. Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

David M. Klauder, Esquire
Office of the United States Trustee
844 N. King Street, Room 2207
Wilmington, DE 19801


Theodore Tacconelli, Esquire
Ferry Joseph & Pearce, PA
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE 19899-1351

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806


Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982


Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Peter Van N. Lockwood, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

Roger Frankel, Esquire
Richard H. Wyron, Esquire
The Washington Harbour
Orrick Herrington & Sutcliffe LLP
3050 K Street, N.W., Suite 200
Washington, DC 20007-5135

Scott Baena, Esquire
Bilzin Sumberg Baena Price & Axelrod, LLP
First Union Financial Center
200 So. Biscayne Bl., Suite 2500
Miami, FL 33131-2336

**VIA FEDEX**

David B. Siegel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

070406151831