IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 15111 |

## ORDER GRANTING MOTION
## TO EXPEDITE AND TO SHORTEN NOTICE
## OF MOTION TO STRIKE

Upon consideration of the above-referenced Motion to Expedite; and due and adequate notice of the Motion to Expedite having been given; and objections, if any, having been resolved; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Motion to Expedite constituting a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and after deliberation and sufficient cause appearing therefore; it is hereby

ORDERED, that the Motion to Expedite is GRANTED; and it is further

ORDERED, that a hearing on the Motion for to Strike, as defined in the Motion to Expedite, shall be heard on _____; and it is further

ORDERED, that objections to the Motion to Strike must be filed with the Court and served on or before _____; and it is further

ORDERED that movants shall provide notice of the hearing and objection deadline to interested parties forthwith.

DATED: _____, 2007

                                            The Honorable Judith K. Fitzgerald
                                            United States Bankruptcy Judge