IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |

**Re: Docket No.**

## ORDER CONCERNING THE AMENDMENT OR SUPPLEMENTATION OF ASBESTOS PD CLAIMS

Upon consideration of *Debtors' Emergency Motion for an Order Concerning the Amendment or Supplementation of Asbestos PD Claims* (the "Motion); and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and it appearing that venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that good and sufficient notice of the Motion having been given and that no other or further notice of the Motion need be provided; and after due deliberation and sufficient cause appearing therefore, the Court hereby orders as follows:

1. The Motion is granted;

2. Asbestos PD Claimants (and their counsel) are enjoined from amending or supplementing Asbestos PD Claim Forms (and/or the related supporting-documentation) in any way that is related to or has any bearing on adjudication of Debtors objection in the Fifteenth Omnibus Objection based on property identification (Categories C-3(a) through (f)), claims brought too late (Categories D-1 through D-6), claims that fail to prove hazard (Categories E-1 through E-4) and/or Libby issues (Category G-2); and

3.  Parties that wish to otherwise change an Asbestos PD Claim Form (and/or supporting documentation), must <u>first</u> obtain leave from the Court <u>before</u> amending, supplementing and/or making any further changes to any Asbestos PD Claim Form and/or supporting documentation, including, but not limited to, changing responses to questions in the Asbestos PD Claim Form, providing answer(s) to question(s) in the Asbestos PD Claim Form that were not previously answered, submitting additional supporting documentation, and/or retracting supporting documentation that was previously submitted.

4.  This Court shall retain sole jurisdiction over any disputes or other matters arising from or related to this Order, which is a final order.

Dated: April __, 2007

_____
United States Bankruptcy Judge

11