IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

[Proposed] Hearing Date: May 2, 2007 at 2:00 p.m.
[Proposed] Objection Deadline: April 17, 2007 at 4:00 p.m.

## DEBTORS' MOTION FOR LEAVE TO SHORTEN NOTICE PERIOD OF DEBTORS' EMERGENCY MOTION FOR AN ORDER CONCERNING THE AMENDMENT OR SUPPLEMENTATION OF ASBESTOS PD CLAIMS

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby move this Court (the "Motion to Shorten"), pursuant to Del. Bankr. LR 9006-1(e), Rule 9006(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 102 of title 11 of the United States Code (as amended, the "Bankruptcy Code"), for an Order shortening the notice period with respect to the Debtors' Emergency Motion for an Order Concerning the Amendment or Supplementation of Asbestos PD Claims (the "Emergency

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:126407.1

Motion"), so that the Motion may be heard at the May 2, 2007 hearing.

Bankruptcy Rule 9006(c) provides that when an act is required to be done within a specified time by the Bankruptcy Rules "the court for cause shown may in its discretion with or without motion or notice order the period reduced." Similarly, Del.Bankr.LR 9006-1(e) provides in pertinent part that "no motion will be scheduled on less notice than required by these Rules or the Fed. R. Bankr. P. except by Order of the Court, on written motion . . . specifying the exigencies justifying shortened notice."

The Court has set the following schedule for litigation of the Asbestos PD Claims:

- for the adjudication of property identification, limitations periods, and the Libbby issues (i) February 16, 2007 as the deadline for filing motions for summary judgment, (ii) March 5, 2007 as the "conclusion of all discovery," (iii) April 9, 2007 as the date for argument on summary judgment motions, and (iv) April 23-25, 2007 as the dates for trial on these issues; and

- for the hazard issues described in Debtors' Fifteenth Omnibus Objection (i) March 20, 2007 as the deadline for filing motions for summary judgment, (ii) April 5, 2007 as the "conclusion of all discovery," and (iii) May 30-31, 2007 as the date for trial on the lack of hazard issues.

Despite the fact that the deadline for summary judgment motions has passed and discovery with respect to the aforementioned issues has closed, certain PD claimants continue to *sua sponte* supplement and amend their claims. The most recent purported amendments were submitted on February 16, 2007 and February 20, 2007. The Debtors assert that the schedule for pending litigation of Asbestos PD Claims warrants expedited consideration of the Motion.

Accordingly, the Debtors file this motion seeking an Order of this Court for leave shortening the notice period prescribed by Del. Bankr. LR 9006-1(c) to enable the Debtors to have the Motion heard at the May 2, 2007 hearing. The Debtors also respectfully request that the Court establish April 17, 2007 at 4:00 p.m. as the deadline to object to the Motion.

WHEREFORE, the Debtors respectfully request the entry of an Order (i) granting the Debtors leave from the Scheduling Order, (ii) shortening the notice period with respect to the Motion, and (iii) setting the objection deadline to the Motion at April 17, 2007 at 4:00 p.m., as set forth above.

Dated: April _6_, 2007

        KIRKLAND & ELLIS LLP
        David M. Bernick, P.C.
        Janet S. Baer
        Lisa G. Esayian
        200 East Randolph Drive
        Chicago, IL  60601
        Telephone:  (312) 861-2000
        Facsimile:  (312) 861-2200

        and

        PACHULSKI STANG ZIEHL YOUNG JONES
        & WEINTRAUB LLP

        /s/ James E. O'Neill
        Laura Davis Jones (Bar No. 2436)
        James E. O'Neill (Bar No. 4042)
        Timothy P. Cairns (Bar No. 4228)
        919 North Market Street, 17th Floor
        P.O. Box 8705
        Wilmington, DE  19899-8705 (Courier 19801)
        Telephone:  (302) 652-4100
        Facsimile:  (302) 652-4400

        Co-Counsel for the Debtors and
        Debtors in Possession