IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 13, 2007, AT 9:00 A.M. BEFORE THE
HONORABLE JUDITH K. FITZGERALD, IN PITTSBURGH, PENNSYLVANIA**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST MAKE ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR FACSIMILE (866-533-2946), NO LATER THAN NOON ON THURSDAY, APRIL 11, 2007 AND OTHERWISE COMPLY WITH THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [DOCKET NO. 7709]**

**UNCONTESTED MATTERS:**

1. Motion of Baron & Budd, P.C., Silber Pearlman, LLP, and LeBlanc & Waddell, LLP, to Extend the Time for Filing Their Notice of Appeal with Respect to the Court's Final Order Regarding the Consulting Expert Privilege Pursuant to Fed. R. Bankr. P. 8002(c)(2) [Filed: 3/19/07] (Docket No. 14907)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Related Documents:

a.  Motion of Baron & Budd, P.C., Silber Pearlman, LLP, and LeBlanc & Waddell, LLP, for Expedited Consideration of (i) Motion to Extend Time for Filing Notice of Appeal, and (ii) Motion to Stay Compliance with the Order on Motion to Compel [Filed 3/26/07] (Docket No. 14981)

b.  [Signed] [Modified] Order Granting Motion to Expedite Motion to Extend Time for Filing Notice of Appeal and Motion to Stay Compliance with the Order on Motion to Compel [Entered 3/29/07] (Docket No. 15020)

c.  **[Signed] Agreed Order Permitting Additional Two Days for Certain Responses Regarding Motions Related to Consulting Expert Order [Filed: 4/5/07] (Docket No. 15093)**

Response Deadline:  April 4, 2007 at 4:00 p.m. **(extended by the Court until April 6, 2007 at 4:00 p.m.)**

Responses Received:

a.  **Response to Motion of Certain Law Firms to Extend the Time for Filing Their Notice of Appeal with Respect to the Consulting Expert Order [Filed: 4/6/07] (Docket No. 15114)**

Status:  This matter will go forward.

2.  Motion of Baron & Budd, P.C., Silber Pearlman, LLP, and LeBlanc & Waddell, LLP, to Stay Compliance with the Order on Certain Claimants' Firms' Motion to Compel Claimants to Respond to the W.R. Grace & Co. Asbestos Personal Injury Questionnaire Pursuant to Fed. R. Bankr. P. 9023 and Alternative Request for Entry of a Protective order (D.I. 14763) and The Supplemental Order Regarding Motions to Compel Claimants to Respond to the W.R. Grace & Co. Personal Injury Questionnaire (D.I. 14150) [Filed: 3/19/07] (Docket No. 14908)

Related Documents:

a.  Notice of Appeal [Filed 3/19/07] (Docket No. 14901)

b.  Motion of Baron & Budd, P.C., Silber Pearlman, LLP, and LeBlanc & Waddell, LLP, for Expedited Consideration of (i) Motion to Extend Time for Filing Notice of Appeal, and (ii) Motion to Stay Compliance with the Order on Motion to Compel [Filed 3/26/07] (Docket No. 14981)

c.  [Signed] [Modified] Order Granting Motion to Expedite Motion to Extend Time for Filing Notice of Appeal and Motion to Stay Compliance with the Order on Motion to Compel [Entered 3/29/07] (Docket No. 15020)

  **d.**  **[Signed] Agreed Order Permitting Additional Two Days for Certain Responses Regarding Motions Related to Consulting Expert Order [Filed: 4/5/07] (Docket No. 15093)**

Response Deadline: April 4, 2007 at 4:00 p.m. **(extended by the Court until April 6, 2007 at 4:00 p.m.)**

Responses Received:

  **a.**  **Response to Motion of Certain Law Firms to Stay Compliance with the Consulting Expert Orders [Filed: 4/6/07] (Docket No. 15115)**

Status: This matter will go forward.

## CONTESTED MATTERS

3. Debtors' Motion to Compel Compliance with Supplemental Order Regarding Motions to Compel Claimants to Respond to the W. R. Grace & Co. Asbestos Personal Injury Questionnaire [Filed: 3/21/07] (Docket No. 14929)

    Related Documents:

    a. [Proposed] Order Granting Motion to Compel Compliance with Supplemental Order Regarding Motions to Compel Claimants to Respond to the W. R. Grace & Co. Asbestos Personal Injury Questionnaire [Filed: 3/21/07] (Docket No. 14929)

    b. Amended Notice of Debtors' Motion to Compel Compliance with Supplemental Order Regarding Motions to Compel Claimants to Respond to the W. R. Grace & Co. Asbestos Personal Injury Questionnaire [Filed: 3/27/07] (Docket No. 14991)

    Response Deadline: April 6, 2007, at 5:00 p.m.

    Responses Received:

    **a.** **Memorandum of the MMWR Firms in Opposition to Debtors' Motion to Compel Compliance with the Court's Supplemental Order of December 22, 2006 [Filed: 4/5/07] (Docket No. 15103)**

      **i.** **[Proposed] Order Denying Debtors' Motion to Compel the MMWR Firms' Compliance with Supplemental Order Regarding Motions to Compel Claimants to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 4/5/07] (Docket No. 15103)**

    b.    **Memorandum of Claimants Represented By Cooney & Conway Law Firm in Opposition to Debtor's Motion to Compel [Filed: 4/6/07] (Docket No.15104)**

    c.    **Motley Rice LLC's Combined Motion to Strike and Opposition to Debtor's Motion to Compel Compliance with Supplemental Order Regarding Motions to Compel Claimants to Respond to the W. R. Grace & Co. Asbestos Personal Injury Questionnaire [Filed: 4/6/07] (Docket No. 15107)**

    d.    **Response of Firms Represented By Stutzman, Bromberg, Esserman & Plifka in Opposition to Grace's Motion to Compel Compliance with Supplemental Order Regarding Motions to Compel Claimants to Respond to the W. R. Grace & Co. Asbestos Personal Injury Questionnaire [Filed: 4/6/07] (Docket No. 15108)**

    e.    **Objection of the Official Committee of Asbestos Personal Injury Claimants to Debtors' Motion to Compel Compliance with Supplemental Order Regarding Experts [Filed: 4/6/07] (Docket No. 15109)**

Status: This matter will go forward.

**ADDITIONAL MATTERS**

4.    **Debtors' Emergency Motion to Quash Speights & Runyan Subpoena of Deposition of Dr. Arthur Langer and Request for expedited hearing Thereon [Filed: 4/4/07] (Docket No. 15089)**

    **Related Documents:**

    a.    **Notice of Deposition of Arthur M. Langer, Ph.D. [Filed: 3/26/07] (Docket No. 14979)**

    b.    **[Signed] Order Granting Debtors' Request for a Telephonic Hearing Expedited on Debtors' Emergency Motion to Quash Speights & Runyan Subpoena of Deposition of Dr. Arthur Langer [Filed: 4/6/07] (Docket No. 15105)**

    **Response Deadline: April 12, 2007, at 12:00 noon**

    **Responses Received:** None as of the date of this Notice of Agenda.

91100-001\DOCS_DE:126136.3

**Status:** **This matter will go forward.**

Dated: April 6, 2007

KIRKLAND & ELLIS LLP
David M. Bernick P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL  60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and-

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

/s/ James E. O'Neill
Laura Davis Jones (Bar No. 2436)
James E. O'Neill, III (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession