**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | ) | In Proceedings for a Reorganization under Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.,* | ) | Case No. 01-01139-JKF |
| | ) | |
| Debtors. | ) | Re: DIs 15103 |
| | ) | |
| | ) | |

**NOTICE OF SERVICE OF DOCKET ENTRY 15103**

I HEREBY CERTIFY that on April 9, 2007, a copy of Docket Entry 15103 which had been previously e-notice served, was served on the following parties by first class postage prepaid mail or Hand Delivery if so noted:

SEE SERVICE LISTS ATTACHED

Dated: April 9, 2007               MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP

                    By:        /s/ Noel C. Burnham
                        Noel C. Burnham, Esquire (DE Bar No. 3483)
                        300 Delaware Avenue, Suite 750
                        Wilmington, DE 19801
                        (302) 504-7800
                        (302) 504-7820 (facsimile)