# EXHIBIT A

**EXHIBIT A(i)**

**Ad Hoc Committee of Equity Security Holders Members and Counsel**

Citadel Investment Group, L.L.C.
Silver Point Capital, L.P.
Dune Capital LLC
Halcyon Asset Management LLC
Duma Capital Partners, L.P.
The Bayard Firm
Weil, Gotshal & Manges LLP

**EXHIBIT A(ii)**

**Ordinary Course Professionals**

Casner & Edwards, LLP
Dickstein, Shapiro, & Morin
Forman, Perry, Watkins, Krutz & Tardy LLP
Gordon & Rees
Pepper Hamilton LLP
Perkins Coie
Potter Anderson & Corroon, LLP
Proskauer Rose LLP
Riddlesperger, Anthony G.
Baker, Thomas A.

## EXHIBIT A(iii)

### Post-Petition Claimants

Atlanta Gas Light Company
Atofina Chemicals Inc
Contrarian Capital Trade Claims LP
Contrarian Funds, LLC
Electric Power Board Of Chattanooga
Fredrick Brothers Corporation
Gischel Machine Co Inc
Greater Cincinnati Water Works
JC Ehrlich Co Inc
MSC Industrial Supply Co
Pollock Co
Radian International
United States Gypsum Co
URS Corporation

# EXHIBIT A(iv)

## Significant Customers

Abdulla Sayid Rajab Al-Rifai & Sons
AGIP
Asia Petrochemical Supplies
Ball Corp.
Boise Cascade
Borealis
BP
Cemex SA de CV
Chalmett
Chevron
Citgo
CRH PLC
Crown Cork & Seal Co. Inc.
CSR Investments Overseas Ltd.
Eni
Esso
Exxon
Fina Elf
Florida Rock Industries Inc.
FORMOSA
Hanson PLC
Heidelberger Zement
Holcim
Hovensa LLC
Husky
Imperial Oil
Impress USA Inc.
Kenseal Construction Products Corp.
Mobil
Motiva
Nomura
Polski
Qatar
Shell
Silgan Containers Co
SK Corporation - Korea
Societe Lafarge
S-Oil Corporation
Tesoro
Total

Total Raffinerie
Valero

**EXHIBIT A(v)**

**Unions**

International Brotherhood of Teamsters, Local Union No. 701
International Chemical Workers Union Council of the United Food and Commercial Workers, Local 976C
International Chemical Workers Union Council, United Food and Commercial Workers Union, Local 560-C
Lake Charles Metal Trades Council, AFL-CIO
Local Union No. 661, Warehouse, Production and Maintenance Employees of the International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America,
Paper, Allied, Industrial, Chemical & Energy Workers International Union, AFL-CIO (PACE), The, & its Local 6-0696
Union of Needletrades, Industrial & Textile Employees, Local 7587, AFL-CIO,CLC (UNITE)
United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union and its Local Union No. 9777-17
United Steelworkers of America, AFL-CIO-CLC, Local 14087
United Steelworkers of America, Local 9777-11

7

**EXHIBIT A(vi)**

**19th & 20th Omnibus Claims**

Calcasieu Parish Sheriff
Calcasieu Parish Tax Collector
Novigen Sciences Inc.
19th and M Street Associates LLC
Acton, Town of, Massachusetts
AG&F Investments LLC
American Brush Company
American Real Estate LP
Broward County Department Of Finance
Cendant Mobility Services Corporation
Clark County Treasurer
Dell Financial Services Inc
General Motors Acceptance Corporation
German American Real Estate Corporation
Graham Smolker, Alice
Grau, James
Harry Grau & Sons Inc
Leonard, Calvin L.
Nol-Tec
Pelett, Walter D
Peters Smith & Co
Potash Corp
Rapisardi, Rosario, Estate of
Shell Chemical LP
Sierra Liquidity Fund
Texas Comptroller Of Public Accounts
United States Department of Defense
LA Martin Company Inc
Martin, Paul J
MJ&P LLC
P&S Associates
Myers, Douglas C.

## EXHIBIT A(vii)

### Post Petition Third Party Motions

Early Ludwig Sweeney & Strauss, LLC
Hehn, Curtis
Luckey & Mullins LLC's Personal Injury Claimants
McDaniel, Garvan F.
Michael Sterling PC
Riker Danzig Scherer Hyland & Perretti LLP
Scotts Company LLC, The
Wartnick Law Firm, The
Wise & Julian, P.C.
Zonolite Attic Insulation Class Plaintiffs