# EXHIBIT B

## EXHIBIT B

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status | Nature of Representation |
|---|---|---|---|
| Ball Corp. | Ball Corp. | Closed | Representation in matters unrelated to the Debtors. |
| Silver Point Capital, L.P. | Silver Point Capital Europe LLP | Current | Representation in matters unrelated to the Debtors. |
|  | Silver Point Capital Fund L.P. | Current | Representation in matters unrelated to the Debtors. |
|  | Silver Point Capital Offshore Fund, Ltd. (Cayman) | Potential | Representation in matters unrelated to the Debtors. |
|  | Silver Point Finance LLC | Current | Representation in matters unrelated to the Debtors. |
|  | Silver Point Finance, LLC | Current | Representation in matters unrelated to the Debtors. |
| Boise Cascade | Boise Cascade LLC | Current | Representation in matters unrelated to the Debtors |
|  | Madison Dearborn Partners | Current | Representation in matters unrelated to the Debtors |
| Citadel Investment Group, LLC | Citadel Investment Group, LLC | Current | Representation in matters unrelated to the Debtors |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 9, 2007

/s/ Theodore L. Freedman
Theodore L. Freedman
Kirkland & Ellis LLP
153 E. 53rd Street
New York, New York 10022
Telephone: (212) 446-4934
Facsimile: (212) 446-4900

Subscribed and sworn to before me this 9th day of April, 2007.

/s/ Denise M. Earl
Notary Public
My Commission Expires:

DENISE M. EARL
Notary Public, State of New York
No. 01EA4519927
Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires Oct. 31, 2010
Dec 19

9

K&E 11440002.6