IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**WASHINGTON CLAIMANTS' SUPPLEMENTAL
RESPONSE TO DEBTORS' OBJECTIONS**

Eleven (11) claimants with Washington property damage claims[1] submit the following supplemental responses to Grace's objections to these claims. This filing is intended to supplement responses already filed by these claimants.

**1.      Objection D-2 (Statute of Limitations-Constructive Notice), Objection D-4 (Statute of Limitations-Actual Notice), and Objection D-6 (Doctrine of Laches).**

These eleven Washington claimants are not subject to statute of limitations, statutes of repose, or the doctrine of laches under the doctrine of *nullum tempus* recognized under Washington law. Bellevue Sch. Dist. No. 405 v. Brazier Constr. Co., 103 Wash.2d 111, 114, 691 P.2d 178 (1984); R.C.W. 4.16.160 (2006)

---

[1] Sea-Tac Main Terminal Building (Claim No. 9645), Sea-Tac North Satellite Building (Claim No. 9646), Sea-Tac South Satellite Building (Claim No. 9647), General Administration Building-Capitol Complex (Claim No. 6937), Edmunds Community College (Claim No. 6938), Washington State University-Krueger McAllister Central (Claim No. 6939), Washington State University-Johnson Hall and Annex (Claim No. 6940), Washington State University-Daggy Hall (Claim No. 6941), Washington State University-Dana Hall (Claim No. 6942), Washington State University-Beasley Performing Arts Center/Pullman Coliseum  (Claim No. 6943), Washington State University-McCoy Hall (Claim No. 6944).

**2.    Conclusion**

The eleven (11) Washington State claimants are not subject to statutes of limitations, repose, or the doctrine of laches under the doctrine of *nullum tempus.*

Mt. Pleasant, SC
April 9, 2007

Respectfully Submitted by:

JASPAN SCHLESINGER HOFFMAN LLP

/s/ Laurie Schenker-Polleck_____
Laurie Schenker-Polleck, Esquire (No. 4300)
913 N. Market Street, 12th Floor
Wilmington, Delaware 19801
Telephone: (302) 351-8000
Facsimile: (302) 351-8010

-and-

MOTLEY RICE LLC

/s/ Anne McGinness Kearse_____
Anne McGinness Kearse
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29465
Telephone: (843) 216-9140
Facsimile: (843) 216-9440
E-mail: akearse@motleyrice.com