IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.* | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related to Docket No. 15029** |
| | ) | |

**DEBTORS' RESPONSE IN OBJECTION TO PURPORTED APPELLANTS' DESIGNATION
OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL AND STATEMENT OF ISSUES
REGARDING APPEAL OF THE CONSULTING EXPERT ORDER**

The Debtors hereby object to the purported appellant's designation of items to be included in the record on appeal and statement of issues, regarding the requested appeal of the Bankruptcy Court's March 6, 2006 Consulting Expert Order (Docket No. 14763). For the reasons stated herein, the designation is premature pursuant to Bankruptcy Rule 8006, as the Bankruptcy Court has not entered an order granting leave to appeal, addressed motions relating to the Notice of Appeal (including motions that relate to the timeliness and propriety of the appeal), or disposed of the last timely motions outstanding with respect to the Consulting Expert Order. As a result, the Debtors object to the designation and reserve their right to file their designation of additional items to be included in the record pursuant to Bankruptcy Rule 8006, if leave to appeal is granted. In further support of this objection, the Debtors state as follows:

1.      On March 6, 2007, the Bankruptcy Court entered the Order On Certain Asbestos Claimants' Firms Motion to Alter or Amend Supplemental Order Regarding Motions to Compel Claimants to Response to the W.R. Grace & Co. Asbestos Personal Injury Questionnaire Pursuant to Fed R. Bankr. P. 9023 and Alternative Request for Entry of Protective Order (the "Consulting Expert Order")(Docket No. 14763).

2. On March 19, 2007, three days after the deadline had passed to file a notice of appeal with respect to the Consulting Expert Order, the law firms of Baron & Budd, P.A., Silber Pearlman, LLP, and LeBlanc & Waddell, LLP (collectively, "law firms") filed a notice of appeal of the Consulting Expert Order pursuant to 28 USC 158(a) (Docket No. 14901) and moved for additional time to file the appeal pursuant to Bankruptcy Rule 8002(c)(2)(the "Extension Motion")(Docket No. 14907).

3. On March 19, 2007, the law firms also moved for a stay pending appeal of the Consulting Expert Order pursuant to Bankruptcy Rule 8005. (the "Stay Motion.") (Docket No.14908).

4. Notably, the Consulting Expert Order is an interlocutory discovery order under 28 USC 158(a)(3), but the law firms did not seek permission to appeal the interlocutory order as required by Bankruptcy Rule 8003.

5. The Bankruptcy Court has set the Extension Motion and the Stay Motion for hearing on April 13, 2007. The Debtors have filed responses in objection to both motions. (Docket Nos. 15114 and 15115).

6. On March 29, 2007, despite the fact that the Court has not yet heard and ruled on the Extension Motion or the Stay Motion, the law firms filed their Designation of Items to Be Included in the Record on Appeal and Statement of Issues Presented on Appeal (the "Designation") (Docket No. 15029).

7. Pursuant to Bankruptcy Rule 8006, the Designation is due to be filed within 10 days after "entry of an order granting leave to appeal, or entry of an order disposing of the last timely motion outstanding of a type specified in Rule 8002(b)." This date has not yet passed, as

2

the Extension Motion and Stay Motion are set to be heard on April 13, 2007 and the law firms have not even filed a motion for leave to appeal required by Bankruptcy Rule 8003.

8. As a result, the law firms' Designation was premature and the Debtors do not need to file their designation of addition items, until at least 10 days after the Court rules on the Extension Motion and the Stay Motion. Thus, by this Response, the Debtors reserve their right to file such designation of addition items, if the Court ultimately grants the law firms permission to pursue the appeal.

Wilmington, Delaware
Dated: April 9, 2007

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

KIRKLAND & ELLIS LLP
Barbara M. Harding
David Mendelson
Amanda C. Basta
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone:    (202) 879-5000
Facsimile:    (202) 879-5200

*and*

DOCS_DE:126452.1

PACHULSKI, STANG, ZIEHL, YOUNG, JONES
& WEINTRAUB, PC

*[signature]*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100

Co-Counsel for the Debtors and Debtors in Possession

4