**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

    I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on April 10, 2007 I caused a copy of the *Notice of Further Rescheduled Deposition Duces Tecum of David B. Siegel* to be served upon the attached 2002 service list via first-class mail unless otherwise indicated.

                                               */s/ Mark T. Hurford*
                                               Mark T. Hurford (DE No. 3299)

Dated: April 10, 2007

{D0081256.1 }