IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. Grace & Co., *et al.*            Bankruptcy No. 01-1139-JKF
    Debtor(s)

                                                     Chapter 11

                                                     **Related to Dkt. No. 15110**
                                                     **Re: Hearing Date 04/09/07**

**ORDER GRANTING ANDERSON MEMORIAL HOSPITAL AND THE
SPEIGHTS & RUNYAN CANADIAN CLAIMANTS' MOTION FOR
FURTHER EXAMINATION OF GRAEME MEW**

Upon consideration of the above referenced motion, and due and adequate notice of the motion having been given, and objections, if any, having been resolved or overruled, and the Court having jurisdiction over this matter pursuant o 28 U.S.C. §157 and §1334, and the motion constituting a core proceeding pursuant to 28 U.S.C. §157(b)(2), and after a hearing on the motion and the Court having considered the evidence and heard argument, it is hereby

ORDERED that the motion is GRANTED in part and it is further

ORDERED that a Supplemental Deposition of Graeme Mew shall be rescheduled by Debtors.

DATED: April 10, 2007

*Judith K. Fitzgerald*    rmab
Judith K. Fitzgerald
United States Bankruptcy Judge