IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| W. R. GRACE & CO., et al. | ) Chapter 11 |
| | ) |
| Debtors. | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |

*Re DN 14599*
*Re 4/9/07 hearing agenda #4*

ORDER DISALLOWING AND EXPUNGING
FIFTY-TWO (52) LIBBY ASBESTOS PD CLAIMS

AND NOW, this __9__ day of __April__, 2007, it is ORDERED, ADJUDGED and DECREED that the following Libby Asbestos PD Claims are hereby disallowed and expunged: 4396, 4710, 4711, 4712, 4713, 4714, 5554, 5555, 5556, 5557, 5558, 5559, 5560, 5561, 5562, 5563, 5564, 6083, 6084, 6085, 6086, 6087, 6089, 6090, 6091, 6092, 6093, 6094, 6095, 6096, 9657, 9658, 9659, 9660, 9661, 9662, 9663, 9664, 9665, 9666, 9667, 9668, 9669, 9670, 9671, 9672, 9673, 9674, 13909, 13910, 13911, 13912. *No responses to Debtors' motion for summary judgment as to the objection to these claims were received and no claimant appeared for hearing.*

*Judith K. Fitzgerald*
Judith K. Fitzgerald
United States Bankruptcy Judge