IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE: )
)
W. R. GRACE & CO., et al. ) Chapter 11
)
    Debtors. ) Case No. 01-01139 (JKF)
) (Jointly Administered)

*Re Dkt # 14598*
*Re 4/9/07 hearing agenda #11*

## ORDER DISALLOWING AND EXPUNGING PROPERTY DAMAGE CLAIM NO. 9778

AND NOW, this 9 day of April, 2007, it is ORDERED, ADJUDGED, and DECREED that claim number 9778 is hereby disallowed and expunged.

_____
Judith K. Fitzgerald
United States Bankruptcy Judge