THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM

Pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure and that certain *Recoupment Agreement between Colowyo Coal Company L.P., Kennecott Colorado Coal Company, Gracoal, Inc. and Gracoal II, Inc.* dated March 28, 2007 (the "Recoupment Agreement," incorporated herein by reference), the Kennecott Colorado Coal Company hereby withdraws its: 1) claim numbered 7760 in the amount of $63,292.18 filed against W. R. Grace & Co. in Case No. 01-1139 ("Claim No. 7760"); 2) claim numbered 9491 in the amount of $930,478.60 filed against Gracoal I, Inc. in Case No. 01-1181 ("Claim No. 9491"); and 3) claim numbered 9492 in the amount of $930,478.60 filed against Gracoal II, Inc. in Case No. 01-1182 ("Claim No. 9492").

The withdrawal of Claim No. 7760 is with prejudice. The withdrawal of Claim No. 9491 and Claim No. 9492 is with prejudice to the extent that such claims cover expenses accrued in the past and covered by the Recoupment Agreement but is without prejudice to the extent such claims cover future expenses not yet accrued and not covered by the Recoupment Agreement.

4/9/07
April 9, 2007

/s/ _____ Legal Officer
Authorized Signature/ Title

Kennecott Colorado Coal Company

505 S. Gillette Ave
Address

Gillette, WY 82716

City, State, Zip Code

_307 687-6085_
Telephone Number

3679811_3.DOC