# EXHIBIT A

SSL-DOCS1 1791615v1

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**FEBRUARY 1, 2007 - FEBRUARY 28, 2007**

| MATTER CODE | PROJECT CATEGORY | HOURS | TOTAL FEES |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 62.9 | $   42,479.50 |
| 0013 | Business Operations | 3.2 | 2,005.00 |
| 0014 | Case Administration | 51.5 | 13,202.00 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 3.3 | 1,996.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 28.3 | 16,520.50 |
| 0018 | Fee Application, Applicant | 30.5 | 12,957.50 |
| 0020 | Fee Application, Others | 5.3 | 2,458.50 |
| 0021 | Employee Benefits, Pension | 1.0 | 656.00 |
| 0035 | Travel - Non Working | 15.5 | 11,720.00 |
| 0036 | Plan and Disclosure Statement | 13.9 | 9,598.50 |
| 0037 | Hearings | 16.0 | 11,043.50 |
| 0047 | Tax Issues | 0.6 | 363.00 |
| | | | |
| | **Sub Total** | **232.0** | **$ 125,000.50** |
| | **Less 50% Travel** | **(7.7)** | **(5,860.00)** |
| | **Total** | **224.3** | **$ 119,140.50** |

# STROOCK

## INVOICE

| DATE | March 22, 2007 |
|---|---|
| INVOICE NO. | 406246 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through February 28, 2007, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
|---|---|
| | 699843 0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/01/2007 | Attend to objections received from various asbestos claimants re opposing Debtors' motion to modify x-ray protocol order. | Krieger, A. | 0.6 |
| 02/01/2007 | Review Libby claimants objection and Motley Rice re opposition to debtors motion to modify order re production of X-rays. | Kruger, L. | 0.6 |
| 02/01/2007 | Attention to debtors' emergency X-ray motion and responses to same (1.0); attention to expert estimation issues (.8). | Pasquale, K. | 1.8 |
| 02/02/2007 | Attend to additional response/objection to Debtors emergency motion to modify x-ray protocol order (.2); office conference KP re estimation hearings (.1); attend to Grace pleadings re Foster & Sear pleading (.2). | Krieger, A. | 0.5 |
| 02/02/2007 | Office conference with K. Pasquale re court, X-ray hearing. | Kruger, L. | 0.2 |
| 02/05/2007 | Review Notice of Appeal to 3rd Circuit re exclusivity order by ACC and FCR (.2) and email from A. Krieger re hearing on debtors | Kruger, L. | 0.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | motion re X-ray protocol (.2). | | |
| 02/06/2007 | Attend to ACC opposition to x-ray modification motion (.3); attend to PD claimants' notice of service of interrogatories and production of documents and selected sets of interrogatories/discovery (.2). | Krieger, A. | 0.5 |
| 02/07/2007 | Attend to proposed order re revised x-ray protocol (.1); attend conference call re proposed resolution of protocol dispute (1.1); attend to Court's order re Anderson Memorial's motion to depose Grace's records custodian (.1); attend to deposition notices (.1). | Krieger, A. | 1.4 |
| 02/09/2007 | Memorandum to B. Harding re proposed revised schedule for pre-trial, trial. | Krieger, A. | 0.1 |
| 02/10/2007 | Attend to revised order re x-ray protocol. | Krieger, A. | 0.2 |
| 02/12/2007 | Preparation for and attend extended conference call re x-ray protocol and proposed supplemental order (1.7); office conference KP re substance of conference call (.1); attend to deposition notices, pd expert report supplements, other (.8); attend to further revised x-ray protocol order (.1). | Krieger, A. | 2.7 |
| 02/13/2007 | Attend to ACC objection to Debtors' motion re Dr. Lucas' testimony and HIPAA and exchanged memoranda with KP re same. | Krieger, A. | 0.2 |
| 02/13/2007 | Review rebuttal re PD claims (.2); make change in 2/14 hearing (.2). | Kruger, L. | 0.4 |
| 02/13/2007 | Attention to debtors (RJ Lee) rebuttal expert report re PD claims. | Pasquale, K. | 0.6 |
| 02/14/2007 | Attend to order re amended briefing schedule with respect to RMQ/ELG/National Union matter (.1); attend to deposition notices (.3). | Krieger, A. | 0.4 |
| 02/14/2007 | Office conference with A. Krieger re 2/20, 21 and 26 hearings (.1) and review memo re 2/26 hearing (.1). Review debtors objection to Volovsek claim (.3); review Capstone update materials (.5). | Kruger, L. | 1.0 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1791615v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/14/2007 | Preparation for Beber, Hughes depositions, including review of prior testimony. | Pasquale, K. | 2.3 |
| 02/15/2007 | Attend to expert reports (1.1); attend to order re expedited hearing on Dr. Lucas and HIPAA issues (.1). | Krieger, A. | 1.2 |
| 02/15/2007 | Review documents provided by Grace (Schonfeld, Mezey, Levin). | Kruger, L. | 0.8 |
| 02/15/2007 | Attention to estimation issues re Navigant work (1.5); prep for Siegel deposition and review of prior testimony (1.4); attention to third-party documents (Levin, Schonfeld, Mezey) provided by WR Grace (1.5). | Pasquale, K. | 4.4 |
| 02/16/2007 | Attend to FCR and PI Committee's statement of status of asbestos claims (.3); attend to revised stipulations re x-ray protocol (.3); attend to PD claimants summary judgment motion (.2). | Krieger, A. | 0.8 |
| 02/18/2007 | Attend to Debtors' summary judgment motions re pd claims (.9); attend to COC re supplemental order resolving consulting experts issue (.1). | Krieger, A. | 1.0 |
| 02/19/2007 | Attend to proposed agreed supplemental order re x-ray protocol (.2); attend to Baron & Budd, Silber Pearlman & LeBlanc & Waddell opposition to Debtors' motion to Dr. Lucas' testimony not within HIPPA (.1); Debtors' reply in support of their motion re Dr. Lucas' testimony not being within HIPPA (.3); attend to brief in support of Macerich Fresno Limited motion for summary judgment re Debtors 15th omnibus pd claims gateway objections under California law (.6). | Krieger, A. | 1.2 |
| 02/20/2007 | Attend to pd claimants' expert reports/ submissions re pd issues (1.6); attend to review of 12/12/06 hearing notes and other related materials for 2/21/07 hearing on National Union adversary (1.7); attend to Grace's expert reports/submission re pd issues (2.1); attend to signed supplemental order re production of x-rays (.1); attend to Grace reply on Dr. Lucas HIPAA issue (.2). | Krieger, A. | 5.7 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/20/2007 | Preparation for Beber & Hughes depositions. | Pasquale, K. | 1.2 |
| 02/21/2007 | Attend to Grace's expert report re pd issues (.9); exchanged memoranda with KP and A. Basta re Dr. Ballard deposition on 2/22/07 and other depositions (.3); attend to deposition notices and preparation of deposition schedule (1.3). | Krieger, A. | 2.5 |
| 02/21/2007 | Participated in deposition of R. Beber. | Pasquale, K. | 8.3 |
| 02/22/2007 | Exchanged memoranda with J. Baer re rescheduled hearing before Judge Buckwalter on ZAI's motion for leave to appeal (.2); attend (telephonically) Dr. Ballard's deposition (2.2); memo to and from KP re Ballard deposition, Beber deposition (.2); attend Halliwell deposition notice (.1); attend to BNSF Railway Corporation's motion for clarification or relief from the preliminary injunction and related pleadings, order (1.1); exchange memoranda with J. Baer re: District Court hearing on ZAI motion for leave and memoranda to LK, KP re same (.2); office conference LK re call with Grace representatives, rescheduled 2/21/07 hearing for 3/8/07, Ballard deposition (.2). | Krieger, A. | 4.2 |
| 02/22/2007 | Participated in Jay Hughes deposition. | Pasquale, K. | 9.5 |
| 02/23/2007 | Creating Livenote case and importing transcript. | Davison, A. | 0.5 |
| 02/23/2007 | Office conference KP re district court filing matter, Jay Hughes deposition and PI estimation schedule. | Krieger, A. | 0.3 |
| 02/23/2007 | Office conf. with A. Krieger re agenda for 2/26 hearing (.1) and review debtor status report seeking extension of trial date (.3); and review expert reports (.3). | Kruger, L. | 0.7 |
| 02/23/2007 | Attention to debtors' submission to extend schedule (.3); email Navigant re same (.1); attention to estimation expert issues (.4). | Pasquale, K. | 0.8 |
| 02/26/2007 | Confer A. Krieger re estimation scheduling issues (.2); email Navigant re same (.2). | Pasquale, K. | 0.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/27/2007 | Attention to Beber & Hughes deposition testimony for PI estimation issues. | Pasquale, K. | 2.0 |
| 02/28/2007 | Attend to Beber deposition transcript (3.1); attend to notices of depositions and postponements and memorandum to KP re same (.4). | Krieger, A. | 3.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Davison, Andrew S. | 0.5 | $ 165 | $ 82.50 |
| Krieger, Arlene G. | 27.0 | 605 | 16,335.00 |
| Kruger, Lewis | 4.1 | 860 | 3,526.00 |
| Pasquale, Kenneth | 31.3 | 720 | 22,536.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 42,479.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 42,479.50 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1791615v1

# STROOCK

| RE | Business Operations<br>699843 0013 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/06/2007 | Telephone call R. Frezza, J. Dolan re pending matters (.7); attend to Capstone memo re Project Gemini (.3); attend to DIP provisions and memorandum to RF and JD re same (.9). | Krieger, A. | 1.9 |
| 02/14/2007 | Attention to Capstone 2/12/07 update materials. | Pasquale, K. | 0.6 |
| 02/27/2007 | Telephone call J. Dolan re 2007 Business Plan, estimation trial schedule, recovery analysis. | Krieger, A. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.6 | $ 605 | $ 1,573.00 |
| Pasquale, Kenneth | 0.6 | 720 | 432.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,005.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,005.00 |
|---|---|

# STROOCK

| RE | Case Administration<br>699843 0014 |
|----|-----------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/01/2007 | Exchanged memoranda with Allison (Duane Morris) re by-laws. | Krieger, A. | 0.2 |
| 02/01/2007 | Review and update case docket no. 01-1139 (.7), retrieve and distribute recently filed pleadings in main case (1.4). | Mohamed, D. | 2.1 |
| 02/02/2007 | Office conference EH re Court Call arrangements for 2/5/07 (.1); attend to newly filed pleadings (.1). | Krieger, A. | 0.2 |
| 02/02/2007 | Review and update case docket no. 01-1139 (.6), retrieve and distribute recently filed pleadings in main case (.8), attention to retrieval of pleadings for attorney review (.4). | Mohamed, D. | 1.8 |
| 02/05/2007 | Exchanged memoranda with J. Dolan re conference call with Grace and scheduling Capstone call (.1); preparation of schedule of hearing dates, litigation deadlines, other events (.6); attend to newly filed applications, orders (.3). | Krieger, A. | 1.0 |
| 02/05/2007 | Review and update case docket no. 01-1139 (.6), retrieve and distribute recently filed pleadings in main case (.9), retrieve and distribute recently filed pleadings re: civil case docket no. 06-689 (exclusivity appeal) (.4), review case file documents in preparation for central file supplementation (.7), review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6). | Mohamed, D. | 3.2 |
| 02/06/2007 | Attend to recently filed notices, pleadings (.3); conference call with Grace representatives re pending matters (.5); preparation of hearing, other events schedule (1.5). | Krieger, A. | 2.3 |
| 02/06/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed | Mohamed, D. | 1.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | pleadings in main case (.7). | | |
| 02/07/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.6); review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6). | Mohamed, D. | 1.7 |
| 02/08/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.6). | Mohamed, D. | 1.1 |
| 02/09/2007 | Arranged for K. Pasquale and AGK to appear telephonically at hearing on 2/14 (.2); reviewed legal docket to update status (.9). | Holzberg, E. | 1.1 |
| 02/09/2007 | Exchanged memoranda with S. Cunningham re 2/12/07 meeting (.2); attend to recently filed motions, notices (.6); memorandum to EH re CourtCall arrangements (.1); memorandum to A. Macintosh (Navigant) re expense back up for October, November and December 2006 fee statements (.1). | Krieger, A. | 1.0 |
| 02/09/2007 | Review and update case docket no. 01-1139 (.3), retrieve and distribute recently filed pleadings in main case (.4), review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6), review civil case docket no. 06-689 (exclusivity appeal) (.2). | Mohamed, D. | 1.5 |
| 02/12/2007 | Attend to exchange of memoranda with A. Macintosh re Navigant expense detail (.1); attend to newly filed applications (.2). | Krieger, A. | 0.3 |
| 02/12/2007 | Review and update case docket no. 01-1139 (.6), retrieve and distribute recently filed pleadings in main case (1.4), review adversary proceeding case docket nos. 01-771 and 04-55083 (.4), retrieve and distribute recently filed pleading re: adversary proceeding case docket nos. 02-1657 and 05-52724 (.4), review civil case docket no. 06-689 (exclusivity appeal) (.3). | Mohamed, D. | 3.1 |
| 02/13/2007 | Attend to newly field applications, order rescheduling 2/14/07 hearing and memo to EH re same. | Krieger, A. | 0.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/13/2007 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.8); attention to retrieval of pleadings for attorney review (.6). | Mohamed, D. | 1.9 |
| 02/14/2007 | Review and update case docket number 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.7); review Adv. Pro. case docket numbers 01-771, 02-1657, 04-55083 and 05-52724 (.6); review civil action case docket number 06-689 (exclusivity appeal) (.2). | Mohamed, D. | 2.0 |
| 02/15/2007 | Office conference EH re court call arrangements for 2/21 hearings (.1); attend to recently filed pleadings (.4); office conference LK re rescheduling 2/21/07 semi-monthly call and exchanged memoranda with J. Baer re same (.2). | Krieger, A. | 0.7 |
| 02/15/2007 | Office conf. with A. Krieger re rescheduling 2/21/07 semi-monthly call. | Kruger, L. | 0.1 |
| 02/15/2007 | Review and update case docket number 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.6); retrieve pleadings for attorney review (.3). | Mohamed, D. | 1.4 |
| 02/16/2007 | Reviewed legal docket to update status. | Holzberg, E. | 0.9 |
| 02/16/2007 | Exchanged memoranda with D. Mohamed re National Union materials requested. | Krieger, A. | 0.1 |
| 02/16/2007 | Review and update case docket number 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.6); attention to retrieval of pleadings regarding Civil Action case docket number 06-745, Prudential v Grace (.9); review Adversary Proceeding case docket numbers 01-771, 02-1657, 04-55083 and 05-52724 (.6); review Civil Action case docket number 06-689 (exclusivity appeal) (.2); attention to retrieval of certain pleadings for attorney review (.7). | Mohamed, D. | 3.4 |
| 02/20/2007 | Reviewed legal docket to update status. | Holzberg, E. | 0.9 |
| 02/20/2007 | Memorandum to EH re Court Call | Krieger, A. | 0.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | arrangements for 2/26/07 hearing (.1); attend to newly filed certifications, order, deposition notice (.3). | | |
| 02/20/2007 | Retrieve and update case docket number 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.8); review adversary proceeding case docket numbers 02-1657, 04-55083, 05-52724 (.5); retrieve and distribute recently filed pleadings regarding adversary proceeding case docket number 01-771 (.3); review civil case docket number 06-689 (exclusivity appeal) (.2); retrieve pleadings for attorney review (.4). | Mohamed, D. | 2.7 |
| 02/21/2007 | Office conference EH re cancellation of 2/21/07 hearings (.1); attend to newly entered orders, certifications (.3). | Krieger, A. | 0.4 |
| 02/21/2007 | Review and update case docket number 01-1139 (.7); retrieve and distribute recently filed pleadings in main case (1.8); retrieve pleadings for attorney review (.5). | Mohamed, D. | 3.0 |
| 02/22/2007 | Attend to revised schedule of deadlines (.3); attend to newly filed applications, order (.3). | Krieger, A. | 0.6 |
| 02/22/2007 | Review and update case docket number 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.6). | Mohamed, D. | 1.1 |
| 02/23/2007 | Attend to newly filed certifications, orders. | Krieger, A. | 0.5 |
| 02/23/2007 | Review and update case docket number 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.5). | Mohamed, D. | 0.9 |
| 02/25/2007 | Attend to newly filed orders, certifications. | Krieger, A. | 0.2 |
| 02/26/2007 | Attend to newly filed orders. | Krieger, A. | 0.3 |
| 02/26/2007 | Review and update case docket number 01-1139 (.6); retrieve and distribute recently filed pleadings in main case (1.2); review adversary proceeding case docket numbers 01-771, 02-1657, 04-55083 (.5); retrieve and distribute recently filed pleadings regarding adversary proceeding case docket number 05-52724 (.3); review civil case docket number 06-689 | Mohamed, D. | 3.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (exclusivity appeal) (.2); retrieve final fee auditors reports for attorney review (.8). | | |
| 02/27/2007 | Attend to newly filed pleadings, orders, certifications. | Krieger, A. | 0.3 |
| 02/27/2007 | Review and update case docket number 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (1.1). | Mohamed, D. | 1.6 |
| 02/28/2007 | Call to CourtCall for A. Krieger to be at hearing telephonically on March 8th. | Holzberg, E. | 0.2 |
| 02/28/2007 | O/c EH re CourtCall arrangements for 3/8/07 hearing (.1); attend to newly filed certifications, applications (.8). | Krieger, A. | 0.9 |
| 02/28/2007 | Review and update case docket number 01-1139 (.5); attention to retrieval of pleadings for attorney review (.6). | Mohamed, D. | 1.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 3.1 | $ 255 | $ 790.50 |
| Krieger, Arlene G. | 9.9 | 605 | 5,989.50 |
| Kruger, Lewis | 0.1 | 860 | 86.00 |
| Mohamed, David | 38.4 | 165 | 6,336.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 13,202.00 | |
|---|---|---|

| TOTAL FOR THIS MATTER | $ 13,202.00 | |
|---|---|---|

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos)<br>699843 0015 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/01/2007 | Attend to stipulation resolving JP Morgan's claims. | Krieger, A. | 0.2 |
| 02/07/2007 | Attend to Debtor's objection to Del Taco and Baker claims and Del Taco's response thereto. | Krieger, A. | 0.6 |
| 02/14/2007 | Attend to DelTaco response to objections to claims (1.1); attend to Debtors' objection to claims of A. Volovsek (.5). | Krieger, A. | 1.6 |
| 02/15/2007 | Attend to Cartus response to Debtors' claim objection and Debtors' objection to A. Volovsek. | Krieger, A. | 0.6 |
| 02/22/2007 | Attend to order granting leave to file and Debtors' reply to Volovsek's claim. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 3.3 | $ 605 | $ 1,996.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,996.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,996.50 |
|---|---|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders' 699843 0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/01/2007 | Attend to memorandum to T. Maher re pension matters (.8); telephone call P. Pantaleo re case status (.3). | Krieger, A. | 1.1 |
| 02/01/2007 | Review memo to Maher re pension. | Kruger, L. | 0.2 |
| 02/02/2007 | Memorandum to the Committee re pension issues. | Krieger, A. | 0.5 |
| 02/02/2007 | Review memo to committee re pension. | Kruger, L. | 0.2 |
| 02/05/2007 | Attend to notices of appeal to the Third Circuit filed by FCR, ACC and PD Committee and attend to memorandum to the Committee re same (.4); attend to Capstone's revised memorandum re Project Gemini (.1). | Krieger, A. | 0.5 |
| 02/06/2007 | Conference call  Ed Ordway re substance of conversation with Grace representatives and meeting with C. Freedgood (.5); attend to 2/12/07 meeting (.3); conference call LK re stock price inquiry (.2). | Krieger, A. | 1.0 |
| 02/06/2007 | Office conference with A. Krieger and telephone conference with debtor, professionals re status (.6); call with Shelnitz re status and strategy (.3); Call with Ordway, Freedgood re meeting re update (.2); call with Ordway re view on values (.4); review Capstone memo re project Gemini (.2). | Kruger, L. | 1.7 |
| 02/06/2007 | Conference call with debtors, professionals re status. | Pasquale, K. | 0.6 |
| 02/07/2007 | Prepare memorandum to the Committee re FCR and asbestos committee's position on pension motion (.6); office conference LK re pension matter and 2/12/07 meeting (.1). | Krieger, A. | 0.7 |
| 02/08/2007 | Office conference LK re 2/12/07 meeting and Committee memorandum (.2); memorandum to | Krieger, A. | 0.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | J. Dolan re Committee memorandum inquiry (.1). | | |
| 02/08/2007 | Office conference with A. Krieger re 2/12/07 meeting and memo to Committee (.2); call with Freedgood re status (.3). | Kruger, L. | 0.5 |
| 02/09/2007 | Attend to memorandum to the Committee and responses from members. | Krieger, A. | 0.4 |
| 02/09/2007 | Emails to A. Krieger re Committee position on information sharing and benefit plans and ACC and FCR position on debtors position on motion (.2); emails from committee members position on motion (.2). | Kruger, L. | 0.4 |
| 02/12/2007 | Office conferences S. Cunningham re meeting information (.3); preparation for and participation  in meeting with T. Maher, C. Freedgood, S. Cunningham and E. Ordway re financial information, POR, litigation status, other (1.6). | Krieger, A. | 1.9 |
| 02/12/2007 | Office conference with Maher, Freedgood, K. Pasquale, A. Krieger, E. Ordway, Cunningham, re status and strategy. | Kruger, L. | 2.0 |
| 02/12/2007 | Meeting with T. Maher, C. Freedgood (JPMC), Capstone, L. Kruger, A. Krieger re status and issues. | Pasquale, K. | 1.0 |
| 02/13/2007 | Office conference LK, KP re Committee composition. | Krieger, A. | 0.1 |
| 02/13/2007 | Office conference with A. Krieger re Committee composition and addition of Charles Freedgood. | Kruger, L. | 0.4 |
| 02/16/2007 | Continued drafting memorandum summarizing expert reports filed by the W.R. Grace Debtors. | Gutierrez, J. | 4.3 |
| 02/20/2007 | Continued drafting memorandum summarizing expert reports filed by the W.R. Grace Debtors. | Gutierrez, J. | 5.8 |
| 02/21/2007 | Continued drafting memorandum summarizing expert reports filed by the W.R. Grace Debtors. | Gutierrez, J. | 2.0 |
| 02/27/2007 | Attend to memorandum to the Committee re | Krieger, A. | 2.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | 2/26/07 hearing, and status of project spaghetti. | | |
| 02/27/2007 | Review of memo to committee re court hearing and possible acquisition. | Kruger, L. | 0.3 |
| 02/28/2007 | O/c LK re memorandum for the Committee (.1); attend to Committee memorandum (.3). | Krieger, A. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Gutierrez, James S. | 12.1 | $ 420 | $ 5,082.00 |
| Krieger, Arlene G. | 8.9 | 605 | 5,384.50 |
| Kruger, Lewis | 5.7 | 860 | 4,902.00 |
| Pasquale, Kenneth | 1.6 | 720 | 1,152.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 16,520.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 16,520.50 |
|-----------------------|-------------|

# STROOCK

| RE | Fee Application, Applicant |
|---|---|
| | 699843 0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/05/2007 | Work on 23rd Quarterly Interim Fee Application. | Holzberg, E. | 1.9 |
| 02/07/2007 | Worked on 23rd Quarterly fee application. | Holzberg, E. | 2.4 |
| 02/08/2007 | Preparation for SSL's 23rd quarterly fee application. | Krieger, A. | 1.4 |
| 02/09/2007 | Attend to 23rd quarterly fee application. | Krieger, A. | 2.3 |
| 02/12/2007 | Preparation of 23rd quarterly fee application. | Krieger, A. | 2.4 |
| 02/13/2007 | Work on Application; discussed with AGK re disbursements. | Holzberg, E. | 2.5 |
| 02/13/2007 | Office conferences EH re expense back-up (.2); prepare fee application (2.8). | Krieger, A. | 3.0 |
| 02/14/2007 | Attend to fee application (23rd Quarterly). | Krieger, A. | 1.1 |
| 02/15/2007 | Worked on fee application and disbursement charts. | Holzberg, E. | 0.5 |
| 02/15/2007 | Office conferences EH re finalization of fee application charts. | Krieger, A. | 0.3 |
| 02/21/2007 | Work on revisions to monthly bill for January (1.8); reviewed Disbursements for fee app. (.8). | Holzberg, E. | 2.6 |
| 02/21/2007 | Office conference EH re expense detail inquiries (.2); attend to January 2007 fee statement (.7). | Krieger, A. | 0.9 |
| 02/22/2007 | Worked on charts for fee application (1.1); reviewed revisions to monthly bill (.9). | Holzberg, E. | 2.0 |
| 02/22/2007 | Attend to SSL's January 2007 fee statement (.6); attend to Navigant expense back up (.4). | Krieger, A. | 1.0 |
| 02/23/2007 | Work on Quarterly fee app (.9); worked on monthly app (.8). | Holzberg, E. | 1.7 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/23/2007 | Attend to Navigant expense back-up materials and telephone calls M. Lyman re same (.4); office conference EH re 23rd quarterly (.1). | Krieger, A. | 0.5 |
| 02/26/2007 | Worked on revisions to monthly bill. Discuss with A. Krieger re Quarterly fee application and disbursements. | Holzberg, E. | 2.1 |
| 02/26/2007 | Attend to additional changes to 23rd quarterly application. | Krieger, A. | 0.8 |
| 02/27/2007 | Exchanged memoranda with A. McIntosh re Navigant expense schedules (.2); exchanged memoranda with KP re fee application (.2). | Krieger, A. | 0.4 |
| 02/28/2007 | Attend to further changes to fee application. | Krieger, A. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 15.7 | $ 255 | $ 4,003.50 |
| Krieger, Arlene G. | 14.8 | 605 | 8,954.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 12,957.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 12,957.50 |
|-----------------------|-------------|

# STROOCK

| RE | Fee Application, Others |
|---|---|
| | 699843  0020 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/06/2007 | Attend to recently filed fee applications by other professionals in the case. | Krieger, A. | 1.6 |
| 02/07/2007 | Attend to recently filed fee applications. | Krieger, A. | 0.3 |
| 02/07/2007 | Review Capstone Advisory Group's November 2006 monthly fee statement in preparation for filing (.6), prepare notice and affidavit of service regarding same and forward to local counsel for filing (.5), prepare and effectuate service re: monthly fee statement (.6). | Mohamed, D. | 1.7 |
| 02/21/2007 | Attend to fee applications. | Krieger, A. | 1.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 3.6 | $ 605 | $ 2,178.00 |
| Mohamed, David | 1.7 | 165 | 280.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,458.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,458.50 |
|---|---|

# STROOCK

| RE | Employee Benefits, Pension |
|----|----------------------------|
|    | 699843 0021 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/07/2007 | Attend to R. Wyron's telephone message re FCR and asbestos committee's position on pension motion and memorandum thereto. | Krieger, A. | 0.2 |
| 02/09/2007 | Telephone call J. Baer re Committee's position on information sharing and consideration of alternatives to benefit plans. | Krieger, A. | 0.1 |
| 02/12/2007 | Memorandum from J. Baer re Debtors' agreement to provide information on pension issues. | Krieger, A. | 0.1 |
| 02/13/2007 | Attend to proposed pension order and certificate of service and memorandum to JB re comments thereon. | Krieger, A. | 0.2 |
| 02/13/2007 | Review pension order. | Kruger, L. | 0.2 |
| 02/14/2007 | Attend to J. Sakalo, memo re modification of proposed order approving pension motion. | Krieger, A. | 0.1 |
| 02/15/2007 | Attend to exchange of e-mails re final form of agreed order approving April 2007 payment. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.8 | $ 605 | $ 484.00 |
| Kruger, Lewis | 0.2 | 860 | 172.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 656.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 656.00 |
|-----------------------|----------|

# STROOCK

| RE | Expenses |
|----|----------|
|    | 699843  0024 |

## MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 70.00 |
| Meals | 160.47 |
| Local Transportation | 99.75 |
| Long Distance Telephone | 82.20 |
| Duplicating Costs-in House | 2.00 |
| Filing Fees | 271.00 |
| O/S Information Services | 148.64 |
| Travel Expenses - Transportation | 1301.48 |
| Travel Expenses - Lodging | 957.34 |

| | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 3,092.88 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1791615v1

# STROOCK

| RE | Travel - Non Working<br>699843  0035 |
|----|--------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/20/2007 | Travel to Boca Raton, FL for Beber & Hughes depositions. | Pasquale, K. | 5.0 |
| 02/22/2007 | Return travel from Beber & Hughes deposition. | Pasquale, K. | 6.5 |
| 02/26/2007 | Travel time to and from hearing in Delaware. | Kruger, L. | 4.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Kruger, Lewis | 4.0 | $ 860 | $ 3,440.00 |
| Pasquale, Kenneth | 11.5 | 720 | 8,280.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 11,720.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 11,720.00 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1791615v1

# STROOCK

| RE | Plan and Disclosure Statement<br>699843 0036 |
|----|----------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/15/2007 | Office conference LK, KP re response to Third Circuit on appellants' motion for an expedited hearing (.1); exchanged memoranda with KP re preparation of appearance and disclosure forms (.1); attend to motion to expedite (.3). | Krieger, A. | 0.5 |
| 02/15/2007 | Review Motion to Expedite Appeal to 3rd Cir. re exclusivity filed by appellants (.5) and call with 3rd Circuit Clerk's office re date for response to motion (.2); office conference with K. Pasquale and A. Krieger re response (.2). | Kruger, L. | 0.9 |
| 02/15/2007 | Attention to motion to expedite exclusivity appeal in Third Circuit. | Pasquale, K. | 0.3 |
| 02/16/2007 | Attend to exchange of multiple memoranda with KP and local counsel and preparation of appearance form for 3rd Circuit exclusivity appeal (1.3); further exchange of memoranda with local counsel re appearance (.5). | Krieger, A. | 1.8 |
| 02/19/2007 | Attend to Asbestos Committee/FCR motion for expedited consideration of appeal. | Krieger, A. | 0.2 |
| 02/20/2007 | Exchanged memoranda with KP and with M. Lastowski re Third Circuit filing (3.); attend to preparation of disclosure statement for Third Circuit filing (.3); memoranda to and from D. Ball re draft response to appellants' motion to expedite appeal (.1). | Krieger, A. | 0.7 |
| 02/20/2007 | Attention and revisions to draft opposition to appellants' motion to expedite Third Circuit exclusivity appeal. | Pasquale, K. | 0.8 |
| 02/21/2007 | Attend to draft response to motion to expedite and KP's comments thereon (.7); memoranda to | Krieger, A. | 2.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | D. Ball re SSL comments on draft response (.2); office conference LK re comments to draft response (.1); attend to further revised drafts; office conference LK re same and telephone call D. Ball re additional comments (1.3). | | |
| 02/21/2007 | Review and revise drafts of Debtors and Committee response to appellants request for expedited appeal re exclusivity (.8) and office conference with A. Krieger re same (.3). | Kruger, L. | 1.1 |
| 02/22/2007 | Office conference LK re POR discussion (.2); exchanged memoranda with D. Ball re Appellee's brief filed with the Third Circuit and related documents (.2);  attend to transcript of 1/22/07 hearing before Judge Buckwalter (.6). | Krieger, A. | 1.0 |
| 02/22/2007 | Call with potential lender re potential lender interest (.2); Call with Shelnitz re potential lender interest and status (.3);  review 1/22/07 transcript of argument before Judge Buckwalter re exclusivity (.3); and review Appellee's response (.4). | Kruger, L. | 1.2 |
| 02/23/2007 | Attend to transcript from 1/22/07 argument before Judge Buckwalter re exclusivity (.6); attend to memoranda re Third Circuit filing (.1). | Krieger, A. | 0.7 |
| 02/23/2007 | Telephone conference Third Circuit clerk re appearance on appeal (.2); attention to same (.2) | Pasquale, K. | 0.4 |
| 02/27/2007 | Attend to Committee's draft motion to intervene and related documentation. | Krieger, A. | 0.5 |
| 02/27/2007 | Calls with JPM Chase re POR. | Kruger, L. | 0.2 |
| 02/27/2007 | Drafted motion to intervene in Third Circuit exclusivity appeals (1.1); email parties re consent to same (.2). | Pasquale, K. | 1.3 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 7.7 | $ 605 | $ 4,658.50 |
| Kruger, Lewis | 3.4 | 860 | 2,924.00 |
| Pasquale, Kenneth | 2.8 | 720 | 2,016.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 9,598.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 9,598.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1791615v1

# STROOCK

| RE | Hearings |
| --- | --- |
| | 699843  0037 |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 02/02/2007 | Attend hearing on Debtors' emergency motion and advice to LK re results thereof. | Krieger, A. | 0.5 |
| 02/02/2007 | Telephonic Court hearing re X-ray protocol. | Pasquale, K. | 0.6 |
| 02/05/2007 | Exchanged memoranda with LK, KP re today's hearing and 2/9/07 hearing (.2); attend to 2/14/07 hearing on Debtors' expedited motion on Foster & Sear, LLP's request for extension of time to respond to PIQ (.1); attend to telephonic hearings re Debtors' motion to modify x-ray protocol (1.5). | Krieger, A. | 1.8 |
| 02/05/2007 | Telephonic Court hearing re X-ray protocol. | Pasquale, K. | 1.5 |
| 02/14/2007 | Office conference LK re 2/20, 21 and 26 hearings (.1); attend to KP, LK memoranda re 2/26/07 hearing (.1). | Krieger, A. | 0.2 |
| 02/18/2007 | Attend to agenda notice for 2/26/06 hearing. | Krieger, A. | 0.1 |
| 02/20/2007 | Preparation for and attend telephonic hearing re discovery of Dr. Lucas, filing of new PIQs by Foster & Sears and impact on estimation process (1.1); prepare memorandum re hearing results (.8); attend to pleadings to be considered at 2/26/07 hearing (.3); attend to J. Baer memorandum re 2/21/07 hearings cancelled (.1). | Krieger, A. | 2.3 |
| 02/21/2007 | Attend to pleadings for 2/26/07 hearing. | Krieger, A. | 0.6 |
| 02/22/2007 | Regular call with debtor and debtor professionals reviewing proposed agenda for 2/26 hearing. | Kruger, L. | 0.3 |
| 02/23/2007 | Office conference LK re 2/26/07 hearing (.1); exchanged memoranda with J. Baer re Debtors' response to ACC's/FCR's status report (.1). | Krieger, A. | 0.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/23/2007 | Review of FCR/ACC statement and review of agenda for hearing on 2/26/07. | Kruger, L. | 0.7 |
| 02/26/2007 | Attend to second amended agenda for 2/26/07 hearing and exchange memoranda with LK re same (.3); attend to review of materials for 2/26/07 hearing (.9); attend (telephonically) omnibus hearing (2.1); memorandum and then office conference KP re PI estimation schedule (.5). | Krieger, A. | 3.8 |
| 02/26/2007 | Review of status reports and revised agenda (.6);  attend Court hearing before Judge Fitzgerald at Omnibus hearing (2.8). | Kruger, L. | 3.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 9.5 | $ 605 | $ 5,747.50 |
| Kruger, Lewis | 4.4 | 860 | 3,784.00 |
| Pasquale, Kenneth | 2.1 | 720 | 1,512.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 11,043.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 11,043.50 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1791615v1

# STROOCK

| RE | Tax Issues |
|---|---|
| | 699843 0047 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/27/2007 | Attend to tax related information from J. Dolan and exchanged memoranda with MG and JD re 3/6/07 tax call. | Krieger, A. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.6 | $ 605 | $ 363.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 363.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 363.00 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 125,000.50 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 3,092.88 |
| BALANCE DUE | $ 128,093.38 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.