# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**FEBRUARY 1, 2007 - FEBRUARY 28, 2007**

| Name | Hours | Rate | Total Fees |
|------|-------|------|------------|
| | | | |
| **Partners** | | | |
| Kruger, Lewis | 21.9 | $ 860 | $ 18,834.00 |
| Pasquale, Kenneth | 49.9 | 720 | 35,928.00 |
| | | | |
| **Associates** | | | |
| Gutierrez, James S. | 12.1 | 420 | 5,082.00 |
| Krieger, Arlene G. | 88.7 | 605 | 53,663.50 |
| | | | |
| **Paraprofessionals** | | | |
| Holzberg, Ethel H. | 18.8 | 255 | 4,794.00 |
| Davison, Andrew S. | 0.5 | 165 | 82.50 |
| Mohamed, David | 40.1 | 165 | 6,616.50 |
| | | | |
| Sub Total | 232.0 | | $ 125,000.50 |
| Less 50% Travel | (7.7) | | (5,860.00) |
| Total | 224.3 | | $ 119,140.50 |