# EXHIBIT C

SSL-DOCS1 1791615v1

## WR GRACE & CO
## DISBURSEMENT SUMMARY
### FEBRUARY 1, 2007 - FEBRUARY 28, 2007

| | | |
|---|---|---|
| Outside Messenger Service | $ | 70.00 |
| Meals | $ | 160.47 |
| Local Transportation | | 99.75 |
| Long Distance Telephone | | 82.20 |
| Duplicating Costs-in House | | 2.00 |
| Filing Fees | | 271.00 |
| O/S Information Services | | 148.64 |
| Travel Expenses - Transportation | | 1,301.48 |
| Travel Expenses - Lodging | | 957.34 |
| | | |
| **TOTAL** | | **$3,092.88** |

# STROOCK

# STROOCK

## Disbursement Register

| DATE | March 22, 2007 |
|---|---|
| INVOICE NO. | 406246 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through February 28, 2007, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

**Outside Messenger Service**

| 02/05/2007 | VENDOR: UPS; INVOICE#: 0000010X827057; DATE: 02/03/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Alison T. Ash Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270190066996 on 01/29/2007 | 6.21 |
|---|---|---|
| 02/05/2007 | VENDOR: UPS; INVOICE#: 0000010X827057; DATE: 02/03/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270190427408 on 01/29/2007 | 6.21 |
| 02/05/2007 | VENDOR: UPS; INVOICE#: 0000010X827057; DATE: 02/03/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270194270623 on 01/29/2007 | 6.21 |
| 02/05/2007 | VENDOR: UPS; INVOICE#: 0000010X827057; DATE: 02/03/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270194620610 on 01/29/2007 | 8.56 |
| 02/12/2007 | VENDOR: UPS; INVOICE#: 0000010X827067; DATE: 02/10/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, | 6.27 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | MD 21044 Tracking #:1Z10X8270198940811 on 02/07/2007 | |
| 02/12/2007 | VENDOR: UPS; INVOICE#: 0000010X827067; DATE: 02/10/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270199787398 on 02/07/2007 | 6.27 |
| 02/12/2007 | VENDOR: UPS; INVOICE#: 0000010X827067; DATE: 02/10/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270197031804 on 02/07/2007 | 8.64 |
| 02/12/2007 | VENDOR: UPS; INVOICE#: 0000010X827067; DATE: 02/10/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Alison T. Ash Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270197291588 on 02/07/2007 | 6.27 |
| 02/20/2007 | VENDOR: UPS; INVOICE#: 0000010X827077; DATE: 02/17/2007; FROM Monika Lee, 180 Maiden Lane, New York, NY TO Kerim Ertug Navigant Consulting Inc., 1801 K Street NW, WASHINGTON, DC 20006 Tracking #:1Z10X8270192235031 on 02/13/2007 | 6.81 |
| 02/20/2007 | VENDOR: UPS; INVOICE#: 0000010X827077; DATE: 02/17/2007; FROM ACCTS PAYABLE, , NEW YORK, NY TO Kerim Ertug Navigant Consulting Inc., , WASHINGTON, DC 20006 Tracking #:1Z10X8270192235031 on 02/13/2007 | 1.74 |
| 02/27/2007 | VENDOR: UPS; INVOICE#: 0000010X827087; DATE: 02/24/2007; FROM Monika Lee, 180 Maiden Lane, New York, NY TO Kerim Ertug Navigant Consulting Inc., 1801 K Street NW, WASHINGTON, DC 20006 Tracking #:1Z10X8270199838967 on 02/20/2007 | 6.81 |
| | **Outside Messenger Service Total** | **70.00** |
| **Meals** | | |
| 02/21/2007 | VENDOR: Seamless Web; Invoice#: 168413; Date: 02/18/2007 - Bocca Catering; Lewis kruger; Order Date: 02/09/07 16:05:00 | 160.47 |
| | **Meals Total** | **160.47** |
| **Local Transportation** | | |
| 02/08/2007 | VENDOR: NYC Two Ways Inc.; Invoice#: N/A; Date: N/A; KRUGER 01/22/07 13:00 from 180 MAIDEN to 343 7 AVE | 62.22 |
| 02/08/2007 | VENDOR: Petty Cash; INVOICE#: 020807; DATE: 2/8/2007 L | 8.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1791615v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | Kruger cab 2/6 | |
| 02/27/2007 | VENDOR: Elite Limousine; Invoice#: 1225052; Invoice Date: N/A; KRUGER LEWIS 02/12/07 13:23:55 from 767 3 AVE to 180 MAIDEN LN | 29.03 |
| **Local Transportation Total** | | **99.75** |
| **Long Distance Telephone** | | |
| 02/01/2007 | EXTN.5562, TEL.518-213-6000, S.T.13:46, DUR.00:17:18 | 7.72 |
| 02/06/2007 | EXTN.5431, TEL.201-587-7114, S.T.10:30, DUR.00:09:18 | 4.58 |
| 02/06/2007 | EXTN.5431, TEL.201-587-7114, S.T.10:48, DUR.00:02:06 | 1.37 |
| 02/06/2007 | EXTN.5431, TEL.410-531-4212, S.T.16:25, DUR.00:00:30 | 0.46 |
| 02/06/2007 | EXTN.5431, TEL.410-531-4212, S.T.16:44, DUR.00:08:30 | 4.12 |
| 02/07/2007 | EXTN.5544, TEL.888-515-5348, S.T.16:18, DUR.01:08:18 | 0.00 |
| 02/09/2007 | EXTN.5544, TEL.312-861-2162, S.T.15:30, DUR.00:02:06 | 1.37 |
| 02/13/2007 | VENDOR: Teleconferencing Services, LLC; INVOICE#: 15805567; DATE: 2/1/2007 - Conf Calls - L. Kruger - 01/24/07 | 30.06 |
| 02/22/2007 | EXTN.5431, TEL.410-531-4212, S.T.14:09, DUR.00:10:24 | 5.04 |
| 02/23/2007 | EXTN.5544, TEL.202-973-4515, S.T.14:42, DUR.00:03:42 | 1.83 |
| 02/23/2007 | EXTN.5562, TEL.267-299-4904, S.T.12:41, DUR.00:01:24 | 0.92 |
| 02/23/2007 | EXTN.5562, TEL.215-979-1546, S.T.12:43, DUR.00:02:54 | 1.37 |
| 02/27/2007 | EXTN.5544, TEL.201-587-7144, S.T.15:35, DUR.00:37:00 | 16.95 |
| 02/27/2007 | EXTN.5562, TEL.215-665-2147, S.T.13:02, DUR.00:13:36 | 6.41 |
| **Long Distance Telephone Total** | | **82.20** |
| **Duplicating Costs-in House** | | |
| 02/13/2007 | | 0.20 |
| 02/13/2007 | | 0.20 |
| 02/16/2007 | | 0.30 |
| 02/23/2007 | | 1.00 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/23/2007 | | 0.10 |
| 02/23/2007 | | 0.10 |
| 02/28/2007 | | 0.10 |
| **Duplicating Costs-in House Total** | | **2.00** |
| **Filing Fees** | | |
| 02/14/2007 | VENDOR: Chase Card Services; INVOICE#: 020207; DATE: 2/2/2007 - visa charge 01/26/07 Court Call LLC | 135.50 |
| 02/14/2007 | VENDOR: Chase Card Services; INVOICE#: 020207; DATE: 2/2/2007 - visa charge 01/26/07 Court Call LLC | 135.50 |
| **Filing Fees Total** | | **271.00** |
| **O/S Information Services** | | |
| 02/02/2007 | Pacer Search Service on 10/3/2006 | 0.16 |
| 02/02/2007 | Pacer Search Service on 10/3/2006 | 4.80 |
| 02/02/2007 | Pacer Search Service on 10/9/2006 | 1.20 |
| 02/02/2007 | Pacer Search Service on 10/9/2006 | 0.56 |
| 02/02/2007 | Pacer Search Service on 10/11/2006 | 7.36 |
| 02/02/2007 | Pacer Search Service on 10/11/2006 | 2.40 |
| 02/02/2007 | Pacer Search Service on 10/12/2006 | 2.96 |
| 02/02/2007 | Pacer Search Service on 10/16/2006 | 1.04 |
| 02/02/2007 | Pacer Search Service on 10/16/2006 | 0.16 |
| 02/02/2007 | Pacer Search Service on 10/19/2006 | 2.40 |
| 02/02/2007 | Pacer Search Service on 10/20/2006 | 0.72 |
| 02/02/2007 | Pacer Search Service on 10/24/2006 | 0.72 |
| 02/02/2007 | Pacer Search Service on 10/27/2006 | 1.36 |
| 02/02/2007 | Pacer Search Service on 10/27/2006 | 2.56 |
| 02/02/2007 | Pacer Search Service on 11/1/2006 | 1.28 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1791615v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/02/2007 | Pacer Search Service on 11/2/2006 | 3.12 |
| 02/02/2007 | Pacer Search Service on 11/7/2006 | 3.44 |
| 02/02/2007 | Pacer Search Service on 11/7/2006 | 2.72 |
| 02/02/2007 | Pacer Search Service on 11/13/2006 | 2.48 |
| 02/02/2007 | Pacer Search Service on 11/15/2006 | 3.52 |
| 02/02/2007 | Pacer Search Service on 11/15/2006 | 0.72 |
| 02/02/2007 | Pacer Search Service on 11/16/2006 | 1.44 |
| 02/02/2007 | Pacer Search Service on 11/17/2006 | 7.76 |
| 02/02/2007 | Pacer Search Service on 11/17/2006 | 0.96 |
| 02/02/2007 | Pacer Search Service on 11/20/2006 | 3.60 |
| 02/02/2007 | Pacer Search Service on 11/21/2006 | 0.56 |
| 02/02/2007 | Pacer Search Service on 11/22/2006 | 11.52 |
| 02/02/2007 | Pacer Search Service on 11/27/2006 | 1.12 |
| 02/02/2007 | Pacer Search Service on 11/28/2006 | 0.32 |
| 02/02/2007 | Pacer Search Service on 11/28/2006 | 0.64 |
| 02/02/2007 | Pacer Search Service on 12/1/2006 | 0.24 |
| 02/02/2007 | Pacer Search Service on 12/5/2006 | 1.12 |
| 02/02/2007 | Pacer Search Service on 12/6/2006 | 0.64 |
| 02/02/2007 | Pacer Search Service on 12/7/2006 | 0.16 |
| 02/02/2007 | Pacer Search Service on 12/12/2006 | 2.32 |
| 02/02/2007 | Pacer Search Service on 12/15/2006 | 2.88 |
| 02/02/2007 | Pacer Search Service on 12/15/2006 | 11.28 |
| 02/02/2007 | Pacer Search Service on 12/19/2006 | 3.84 |
| 02/02/2007 | Pacer Search Service on 12/20/2006 | 7.28 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/02/2007 | Pacer Search Service on 12/21/2006 | 3.12 |
| 02/02/2007 | Pacer Search Service on 12/22/2006 | 2.32 |
| 02/02/2007 | Pacer Search Service on 12/22/2006 | 0.64 |
| 02/02/2007 | Pacer Search Service on 12/26/2006 | 0.40 |
| 02/02/2007 | Pacer Search Service on 12/7/2006 | 0.40 |
| 02/02/2007 | Pacer Search Service on 12/12/2006 | 0.32 |
| 02/02/2007 | Pacer Search Service on 12/21/2006 | 0.16 |
| 02/02/2007 | Pacer Search Service on 12/15/2006 | 21.60 |
| 02/02/2007 | Pacer Search Service on 11/20/2006 | 0.08 |
| 02/02/2007 | Pacer Search Service on 11/21/2006 | 4.80 |
| 02/02/2007 | Pacer Search Service on 11/27/2006 | 1.28 |
| 02/02/2007 | Pacer Search Service on 12/5/2006 | 0.08 |
| 02/02/2007 | Pacer Search Service on 12/7/2006 | 3.28 |
| 02/02/2007 | Pacer Search Service on 12/15/2006 | 0.32 |
| 02/02/2007 | Pacer Search Service on 12/20/2006 | 0.64 |
| 02/02/2007 | Pacer Search Service on 12/21/2006 | 0.64 |
| 02/02/2007 | Pacer Search Service on 11/21/2006 | 0.40 |
| 02/02/2007 | Pacer Search Service on 12/22/2006 | 4.80 |
| **O/S Information Services Total** | | **148.64** |

**Travel Expenses - Transportation**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/01/2007 | VENDOR: Chase Card Services INVOICE#: 110306; -Credit visa charge 11/15/06 L.Kruger 11/20/06 Penn Station to Wilmington, DE | -260.00 |
| 02/05/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PAPIR/RYAN LGA PIT EWR on 01/04/2007 | 108.80 |
| 02/05/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PAPIR/RYAN on 01/04/2007 | 32.25 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1791615v1


# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/05/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH EWR FLL EWR on 01/26/2007 | 658.80 |
| 02/05/2007 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH on 01/26/2007 | 32.25 |
| 02/14/2007 | VENDOR: Chase Card Services; INVOICE#: 020207; DATE: 2/2/2007 - visa charge 01/12/07 L Kruger 01/22/07 Penn NY to Philadelphia | 252.00 |
| 02/27/2007 | VENDOR: Ken Pasquale; INVOICE#: 2/23/2007; DATE: 2/27/2007 - 1/23 TRVL TO DELAWARE RE OMNIBUS HEARING | 140.75 |
| 02/27/2007 | 2/20-22 TRVL TO FLA RE DEPOSITIONS | 336.63 |
| **Travel Expenses - Transportation Total** | | **1,301.48** |

**Travel Expenses - Lodging**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/26/2007 | VENDOR: American Express; INVOICE#: 012607J; DATE: 1/26/2007 - amex law trav K Pasquale 1/26 hotel reservation fee | 10.00 |
| 02/27/2007 | VENDOR: Ken Pasquale; INVOICE#: 2/23/2007; DATE: 2/27/2007 - 2/20-22 HOTEL RE TRVL TO FLA RE DEPOSITIONS | 947.34 |
| **Travel Expenses - Lodging Total** | | **957.34** |

# STROOCK

| BILL DISBURSEMENT SUMMARY | |
|---|---|
| Outside Messenger Service | $ 70.00 |
| Meals | 160.47 |
| Local Transportation | 99.75 |
| Long Distance Telephone | 82.20 |
| Duplicating Costs-in House | 2.00 |
| Filing Fees | 271.00 |
| O/S Information Services | 148.64 |
| Travel Expenses – Transportation | 1301.48 |
| Travel Expenses – Lodging | 957.34 |
| **TOTAL DISBURSEMENTS/CHARGES** | **$ 3,092.88** |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.