

1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

March 29, 2007

Stroock, Stroock & Lavan
180 Maiden Lane
New York, NY 10038
Attn: Kenneth Pasquale

*For Services Rendered For*
*WR Grace Creditor's Committee - February 2007*

**Professional Fees:**

| | | |
|---|---|---|
| LC | 11.00 hrs. @ $550 | $6,050.00 |
| ML | 23.75 hrs. @ $325 | 7,718.75 |
| JM | 10.75 hrs. @ $325 | 3,493.75 |
| KE | 138.75 hrs. @ $225 | 31,218.75 |
| AM | 144.00 hrs. @ $200 | 28,800.00 |

**Total Professional Fees** ............................................................................ **$77,281.25**

**Expenses:**

| | | |
|---|---|---|
| Ground Transportation / Auto Expense | $ | 20.00 |

**Total Expenses** .......................................................................................... **$20.00**

**Total Amount Due for February Services and Expenses** ............................ **$77,301.25**

**Outstanding Invoices:**

| Inv No. | 187879 | December 13, 2006 | $133,438.70 |
|---|---|---|---|
| Inv No. | 189897 | January 12, 2007 | 55,245.22 |
| Inv No. | 193666 | February 28, 2007 | 90,474.74 |

**Total Outstanding Invoices** ...................................................................... **$279,158.66**

**Total Amount Due For February Services, Expenses and Outstanding Invoices** ...... **$356,459.91**

Navigant Consulting, Inc. Project No.: 113758                Invoice No.: 195509



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| CHAMBERS, LETITIA | 2/9/2007 | 1.00 | Worked on estimation issues |
| CHAMBERS, LETITIA | 2/12/2007 | 2.00 | Worked on estimation issues |
| CHAMBERS, LETITIA | 2/21/2007 | 1.50 | Worked on estimation issues |
| CHAMBERS, LETITIA | 2/22/2007 | 1.50 | Worked on estimation issues |
| CHAMBERS, LETITIA | 2/23/2007 | 1.00 | Worked on estimation issues |
| CHAMBERS, LETITIA | 2/26/2007 | 2.00 | Worked on estimation issues |
| CHAMBERS, LETITIA | 2/27/2007 | 1.00 | Worked on estimation issues |
| CHAMBERS, LETITIA | 2/28/2007 | 1.00 | Worked on estimation issues |
| ERTUG, KERIM CAN | 2/1/2007 | 9.25 | PIQ data analysis and summary of preliminary findings. |
| ERTUG, KERIM CAN | 2/2/2007 | 8.75 | PIQ data analysis and summary of preliminary findings. |
| ERTUG, KERIM CAN | 2/5/2007 | 8.50 | Meeting with staff, reviewing PIQ data and SAS programming. |
| ERTUG, KERIM CAN | 2/6/2007 | 8.25 | Matching survey data to historical claims data. |
| ERTUG, KERIM CAN | 2/7/2007 | 4.25 | Matching survey data to historical claims data. |
| ERTUG, KERIM CAN | 2/12/2007 | 9.75 | Uploading data received. Analyzing new PIQ database. |
| ERTUG, KERIM CAN | 2/13/2007 | 8.75 | Matching POC claims to historical database. |
| ERTUG, KERIM CAN | 2/14/2007 | 9.75 | SAS programming and matching POC claims to historical database. |
| ERTUG, KERIM CAN | 2/15/2007 | 9.50 | Matching POC claims to historical database. |
| ERTUG, KERIM CAN | 2/16/2007 | 8.50 | Meeting with staff and matching POC claims to historical database. |
| ERTUG, KERIM CAN | 2/20/2007 | 6.75 | Analysis of PIQ database. |
| ERTUG, KERIM CAN | 2/20/2007 | 1.25 | Meeting with staff review of PIQ data analysis. |



NAVIGANT CONSULTING

1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| ERTUG, KERIM CAN | 2/21/2007 | 7.75 | Analysis of PIQ database and review of questionnaires. |
| ERTUG, KERIM CAN | 2/21/2007 | 1.75 | Meeting with staff review of data analysis. |
| ERTUG, KERIM CAN | 2/22/2007 | 1.50 | Meeting with staff review of data analysis. |
| ERTUG, KERIM CAN | 2/22/2007 | 6.50 | Analysis of PIQ database and review of questionnaires. |
| ERTUG, KERIM CAN | 2/23/2007 | 6.25 | Analysis of PIQ database and review of questionnaires. |
| ERTUG, KERIM CAN | 2/23/2007 | 2.25 | Meeting with staff review of updated PIQ database. |
| ERTUG, KERIM CAN | 2/24/2007 | 4.75 | Summarizing current status of the PIQ analysis. |
| ERTUG, KERIM CAN | 2/27/2007 | 1.50 | Meeting with staff to review the current status of PIQ database. |
| ERTUG, KERIM CAN | 2/27/2007 | 5.50 | Review of estimates and assumptions. |
| ERTUG, KERIM CAN | 2/28/2007 | 7.75 | Uploading new PIQ database received, meeting with staff, review of new data. |
| LYMAN, MARY | 2/1/2007 | 1.75 | Research and update reform information |
| LYMAN, MARY | 2/2/2007 | 2.50 | Discussions with staff; research and update reform information |
| LYMAN, MARY | 2/5/2007 | 5.00 | Researched bankruptcy trusts |
| LYMAN, MARY | 2/7/2007 | 0.75 | Project management |
| LYMAN, MARY | 2/15/2007 | 0.25 | Discussion with staff |
| LYMAN, MARY | 2/20/2007 | 3.00 | Edits to draft report; project administration |
| LYMAN, MARY | 2/21/2007 | 4.50 | Research and revisions to draft |
| LYMAN, MARY | 2/22/2007 | 1.25 | Staff phone con; edits to draft |
| LYMAN, MARY | 2/23/2007 | 3.00 | Project administration -- discussed expenses with counsel; reviewed expenses billed for 4th quarter 2006 and revised pro formas with detailed information |
| LYMAN, MARY | 2/23/2007 | 0.75 | Reviewed and discussed debtor's filing; updated state tort reform research |
| LYMAN, MARY | 2/28/2007 | 1.00 | Project administration |
| MCINTIRE, JAMES | 2/2/2007 | 1.25 | Review POC data |



1801 K St NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| MCINTIRE, JAMES | 2/4/2007 | 2.00 | Draft report revisions |
| MCINTIRE, JAMES | 2/7/2007 | 1.50 | Draft report revisions |
| MCINTIRE, JAMES | 2/8/2007 | 0.50 | Draft report revisions |
| MCINTIRE, JAMES | 2/10/2007 | 1.50 | Draft report revisions |
| MCINTIRE, JAMES | 2/11/2007 | 0.75 | Draft report revisions |
| MCINTIRE, JAMES | 2/12/2007 | 1.25 | Follow-up with estimation team members |
| MCINTIRE, JAMES | 2/20/2007 | 1.50 | Review/discuss POC data matching |
| MCINTIRE, JAMES | 2/23/2007 | 0.50 | Scheduling issues |
| MHATRE, ARCHANA | 2/1/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 2/2/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 2/5/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 2/6/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 2/7/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 2/8/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 2/9/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 2/12/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 2/13/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 2/14/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 2/15/2007 | 7.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 2/16/2007 | 5.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 2/20/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 2/21/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 2/22/2007 | 4.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 2/23/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 2/26/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 2/27/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 2/28/2007 | 8.00 | PIQ database - data analysis & reporting. |