# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Re: Docket No. 14680** |
| | ) | **4/2/07 Agenda Item No. 10** |

**ORDER GRANTING RELIEF SOUGHT IN DEBTORS' TWENTY-FIRST OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)**

Upon the Twenty-First Omnibus Objection to Claims (Substantive) (the "Twenty-First Omnibus Objection") filed by the above captioned debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order expunging and disallowing certain claims (collectively, the "Cross-Debtor Duplicate Claims"); and no previous application having been made, and upon consideration of the matters set forth herein; and due and proper notice of the Twenty-First Omnibus Objection having been given, it is hereby

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DOCS_DE:126261.1

ORDERED that, except as hereinafter stated, the relief sought in the Twenty-First Omnibus Objection is granted to the extent not inconsistent with the language herein and with the Exhibits attached hereto; and it is further

ORDERED that, the Objection to each of the Cross-Debtor Duplicate Claims listed on Exhibit A to this Order is sustained, and each of the Cross-Debtor Duplicate Claims listed on Exhibit A is disallowed and expunged for all purposes; and it is further

ORDERED that, each of the Cross-Debtor Surviving Claims identified on Exhibit A is unaffected by this Order and the Debtors and Claimants reserve all rights with respect to the Cross-Debtor Surviving Claims listed on Exhibit A against Case 01-1140; and it is further

ORDERED that, the Objection to each of the Multiple Case Claims listed on Exhibit B against Cases 01-1139 and 01-1141 - 01-1200 is sustained, and each of the Multiple Case Claims listed on Exhibit B against Cases 01-1139 and 01-1141 - 01-1200 is disallowed and expunged for all purposed; and it is further

ORDERED that, each Multiple Case Claims listed on Exhibit B against Case 01-1140 is unaffected by this Order and the Debtors and Claimants reserve all rights with respect to the Multiple Case Claims listed on Exhibit B against Case 01-1140; and it is further

ORDERED that, the rights of the Debtors to object to any Claim listed on Exhibit C for any reason are expressly preserved, except as provided for herein; and it is further

ORDERED that, all supporting documentation filed with a disallowed Cross-Debtor Duplicate Claim shall be deemed to have been properly filed with the corresponding Cross-Debtor Surviving Claim; and it is further

ORDERED that, this Order is effective without further action of the Debtors and/or the Claimants; and it is further

ORDERED that, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, made applicable in the contested matter by Rule 7054 and 9014 of the Federal Rules of Bankruptcy Procedure, the Court hereby directs entry of a final judgment with respect to the Claims objected to in the Twenty-First Omnibus Objection as to which relief is entered by this Court, having determined that there is no just reason for delay in the entry of judgment on these matters; and it is further

ORDERED that, this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: April 2, 2007

Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

**Exhibit A**
**Other Cross-Debtor Duplicate Claims**

| | Other Cross-Debtor Duplicate Claims to be Expunged | | | | Other Cross-Debtor Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| *Creditor* | *Claim #* | *Case # Claim Filed In* | *Individual Claim Amount* | *Type of Claim (S/P/U)* | *Claim #* | *Case # Claim Filed In* | *Individual Claim Amount* | *Type of Claim (S/P/U)* |
| Central Puget Sound Regional Transit Authority | 9223 | 01-01139 | $87,960.60 | U | 9123 | 01-01140 | $87,960.60 | U |
| Estate of Jeffrey Chwala | 4388 | 01-01188 | $8,000,000.00 | U | 4389 | 01-01140 | $8,000,000.00 | U |
| | 4391 | 01-01139 | $8,000,000.00 | U | | | | |
| Irving Shaffer as Trustee Shaffer Realty Nominee Trust | 6593 | 01-01139 | $75,000.00 | U | 6078 | 01-01140 | $75,000.00 | U |
| Kitti, Samantha | 4386 | 01-01139 | $8,000,000.00 | U | 4390 | 01-01140 | $8,000,000.00 | U |
| | 4387 | 01-01188 | $8,000,000.00 | U | | | | |
| Robertson-Ceco Corporation | 9559 | 01-01139 | Unknown | U | 9558 | 01-01140 | Unknown | U |
| Tyco Healthcare Group LP | 12787 | 01-01139 | $2,833,655.18 | P | 12789 | 01-01140 | $2,833,655.18 | P |
| | **Total # of Other Cross-Debtor Duplicate Claims to be Expunged** | | | **8** | **Total # of Other Cross-Debtor Surviving Claims** | | | **5** |

3/27/2007

**Exhibit B**
**Multiple Case Claims**

| | Multiple Case Claims to be Expunged | | | | Multiple Case Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| *Creditor* | *Claim #* | *Case # Claim Filed in* | *Individual Claim Amount* | *Type of Claim (S/P/U)* | *Claim #* | *Case # Claim Filed in* | *Individual Claim Amount* | *Type of Claim (S/P/U)* |
| H.H. Holmes Testing Labs, Inc. | 739 | 01-1139; 01-1141 - 01-1200 | $860.00 | U | 739 | 01-01140 | $860.00 | U |
| Master Pumps & Equipment Corp | 192 | 01-1139; 01-1141 - 01-1200 | $1,146.70 | U | 192 | 01-01140 | $1,146.70 | U |
| Underwood Air Systems, Inc. | 58 | 01-1139; 01-1141 - 01-1200 | $11,916.93 | U | 58 | 01-01140 | $11,916.93 | U |
| United Rentals (North America), Inc. | 677 | 01-1139; 01-1141 - 01-1200 | $1,008.00 | U | 677 | 01-01140 | $1,008.00 | U |

Exhibit C
Continued Claims

| Omnibus Objection | Creditor Name | Docket No. of Response | Claim No.(s) Affected | Filed Claim Amount | Class | Basis for Objection | Relief Requested | Status |
|---|---|---|---|---|---|---|---|---|
| 21st | ONEBEACON AMERICA INSURANCE COMPANY | -- | 15592-15653 | Unknown | S/U | Cross-Debtor Duplicate | Expunge all but one claim | Continued to May 2, 2007 |
| 21st | SEATON INSURANCE COMPANY | -- | 15530-15591 | Unknown | S/U | Cross-Debtor Duplicate | Expunge all but one claim | Continued to May 2, 2007 |
| 21st | MARYLAND CASUALTY COMPANY | -- | 15376-15436, 15439 | Unknown | U | Cross-Debtor Duplicate | Expunge all but one claim | Continued to May 2, 2007 |
| 21st | STATE OF MONTANA DEPT. OF ENVIRONMENTAL QUALITY | 14875 | 15296-15298 | $8,510,022.16 | S/U | Cross-Debtor Duplicate | Expunge all but one claim | Continued to May 2, 2007 |