# EXHIBIT A
**(Fee Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

April 2, 2007

Bill Number 03612
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

Through February 28, 2007

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 02/01/07 | RAM | Emails from/to Reed Smith attorney and in-house counsel re: former employee's documents and Canadian documents; telephone call to in-house counsel re: same (.1). Telephone conference with MB re: same (.1). Telephone conference with in-house counsel re: search for documents re: government's involvement, if any, in vermiculite mines during WWII (.1). | 0.30 Hrs | $82.50 |
| 02/01/07 | ARA | Quality control documents that were pulled re: PI Creditors' Committee and return them to the production set (4.7); Per MB's call, search for and obtain former employee's memos per RAM's request (1.4). | 6.10 Hrs | $610.00 |
| 02/02/07 | RAM | Emails from/to in-house counsel and Reed Smith attorney re: Canadian documents and former employee's documents. | 0.10 Hrs | $27.50 |
| 02/02/07 | ARA | Quality control documents in the repository. | 5.00 Hrs | $500.00 |
| 02/05/07 | RAM | Read selected documents filed in bankruptcy court (.7). Read updated bankruptcy court docket entries to select documents to read (.2). | 0.90 Hrs | $247.50 |

Page 1

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| <ins>Date</ins> | <ins>Atty</ins> | <ins>Description</ins> | <ins>Time</ins> | <ins>Value</ins> |
|---|---|---|---|---|
| 02/05/07 | ARA | Quality control documents that were pulled re: PI Creditors' Committee and return them to the production set. | 6.80 Hrs | $680.00 |
| 02/06/07 | RAM | Emails from/to MTM re: whether charts of vermiculite test results are work product (.1). and re: bill from Merrill re: copying (.1). | 0.20 Hrs | $55.00 |
| 02/06/07 | MTM | Receipt and review of emails from in-house counsel re: sales of asbestos containing materials in Canada (.5); email from Reed Smith counsel re: testing summaries (.5); review testing summaries re: email from Reed Smith counsel (.8); email to RAM re: same (.2). | 2.00 Hrs | $480.00 |
| 02/06/07 | ARA | Quality control documents in the repository. | 1.90 Hrs | $190.00 |
| 02/07/07 | RAM | Telephone conference with MTM re: vermiculite test result compilation work product question (.1). and re: question whether government was involved in vermiculite mines during WWII (.1). | 0.20 Hrs | $55.00 |
| 02/07/07 | MTM | Email to in-house counsel re: potential work product testing summaries requested by Reed Smith counsel (.3); email to RAM and Reed Smith counsel re: same (.2); receipt and respond to email from Reed Smith counsel re: underlying documents summarized in work product documents (1.0); telephone call from RAM re: same and request from in-house counsel for information about Libby mine during WWII (.2); draft email to in-house counsel re: sale of ACM in Canada (.5); telephone call to ARA re: review of chron set for references to Libby mine during WWII (.3). | 2.50 Hrs | $600.00 |
| 02/07/07 | ARA | Quality control documents in the repository (5.2). Per MTM's call, search for documents for any reference to Libby mine during WWII (1.3). | 6.50 Hrs | $650.00 |
| 02/08/07 | MTM | Receipt and review of emails from in-house counsel re: Canadian document review (.2); conference call with in-house counsel and Reed Smith counsel re: testimony of former employees (.8); review documents re: same (.3); receipt and review of ledger documents from in-house counsel re: Canadian sales and former employees testimony (.1) | 1.40 Hrs | $336.00 |
| 02/08/07 | ARA | Quality control documents in the repository (5.5). Per MTM, review box of binders and confirm dates re: chronological documents received from former in-house counsel re: search re: search for Libby historical documents; telephone call to MTM re: same (.4). Retrieve Libby Common Exhibits from MTM and return them to the repository (.5). | 6.40 Hrs | $640.00 |

Mark A. Shelnitz

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/09/07 | MTM | Work on gathering documents for former employees' deposition preparation (.9); conference with RAM re: same (.2); letter to in-house counsel and Reed Smith counsel re: Grace documents (.2). | 1.30 Hrs | $312.00 |
| 02/09/07 | ARA | Quality control documents in the repository. | 6.50 Hrs | $650.00 |
| 02/12/07 | RAM | Conference with MTM re: status of locating documents for preparation of former employees for depositions (.1), re: status of locating any documents (none found) re: government involvement with vermiculite mines in WWII (.1), and re: government challenging claim of privilege of many OMF documents; read email re: latter (.1). | 0.30 Hrs | $82.50 |
| 02/12/07 | MTM | Telephone call from in-house counsel re: trade secret formula documents for certain products and request from Reed Smith counsel for testing summaries (.2); telephone call from RAM re: document collection for former employees' deposition preparation (.2); review former employees' testimony outlines (.6); review product appendix re: sale of acoustical products in Canada re: same (.4); receipt and review of email from K&E counsel and memo from U.S. Attorney seeking certain privileged documents at issue (.5); telephone call to K&E counsel re: same (.3); work on response to government memo (2.9). | 5.10 Hrs | $1,224.00 |
| 02/12/07 | ARA | Quality control invoices and return them to the production set (3.8). Per MTM's call, search for and obtain Zonolite Co. binder in the resource library (.7). Quality control documents that were pulled re: PI Creditors' Committee and return them to the production set (1.5). | 6.00 Hrs | $600.00 |
| 02/13/07 | MTM | Work on response to government motion regarding privileged documents (1.6); continue to gather documents for former employees' deposition preparation (.6); telephone call to in-house counsel re: same (.7). | 2.90 Hrs | $696.00 |
| 02/13/07 | ARA | Quality control documents that were pulled re: PI Creditors' Committee and return them to the production set. | 6.50 Hrs | $650.00 |
| 02/14/07 | MTM | Work on response to government motion regarding privilege documents (1.8); receipt and review of list of products for which in-house counsel needs formulas (.2); work on locating formulas (2.1); conference with ARA re: same (.3). | 4.40 Hrs | $1,056.00 |
| 02/14/07 | ARA | Quality control documents that were pulled re: PI Creditors' Committee and return them to the production set (3.0). Per MTM, locate binders on OP products and review these binders for formula documents (3.2). Discussion with MTM re: what was found (.3). | 6.50 Hrs | $650.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 02/15/07 | MTM | Work on locating formulas for various products (1.8); review formulas at Winthrop Square (.9); receipt and review of collection of documents from K&E counsel re: government's motion to produce privilege documents (1.9). | 4.60 Hrs | $1,104.00 |
| 02/16/07 | MTM | Work on response to government motion seeking privilege documents. | 3.50 Hrs | $840.00 |
| 02/18/07 | RAM | Read updated bankruptcy court docket entries to select documents to read (.2). | 1.80 Hrs | $495.00 |
| 02/19/07 | RAM | Read government's response to OMF's Motion for Protective Order and attached exhibits (1.0). Read selected documents filed in bankruptcy court. | 1.40 Hrs | $385.00 |
| 02/20/07 | RAM | Read selected documents filed in bankruptcy court (.6). Conference with MTM re: OMF privileged document issue (.3). | 0.90 Hrs | $247.50 |
| 02/20/07 | MTM | Work on response to government motion seeking privilege documents (2.0); conference with RAM re: same (.3). | 2.30 Hrs | $552.00 |
| 02/20/07 | ARA | Per MTM, review documents for OP product formulas. | 6.40 Hrs | $640.00 |
| 02/21/07 | MTM | Work on response to motion seeking privilege documents. | 5.80 Hrs | $1,392.00 |
| 02/21/07 | ARA | Review documents for OP product formulas (3.6). Per MTM, review previously privileged documents (2.5). | 6.10 Hrs | $610.00 |
| 02/22/07 | MTM | Conference with ARA re: previously privileged documents re: government's motion (.4); work on response to government's motion seeking privilege documents (4.8). | 5.20 Hrs | $1,248.00 |
| 02/22/07 | ARA | Review previously privileged documents (4.6); discussion with MTM re: same (.4). | 5.00 Hrs | $500.00 |
| 02/23/07 | MTM | Work on response to government's motion seeking privilege documents (2.0). Work on obtaining various product formula documents for in-house counsel (1.1). | 3.10 Hrs | $744.00 |
| 02/23/07 | ARA | Review documents for OP product formulas (5.5). Quality control documents in the production set (1.0). | 6.50 Hrs | $650.00 |
| 02/26/07 | RAM | Telephone conference with in-house counsel and telephone calls to MB re: checking expert's transcripts for testimony when product contains less than 1% asbestos. | 0.10 Hrs | $27.50 |
| 02/26/07 | MTM | Receipt and review of interrogatories and document requests from Prudential Insurance and Motley Rice and email from in-house counsel re: same (1.2); work on response to government's motion seeking privileged documents (1.5); telephone call to in-house counsel re: same and search for product formulas (.2); conference with ARA re: product formula project (.2); telephone call | 3.30 Hrs | $792.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| | | to K&E counsel re: government's motion seeking privilege documents (.2). | | |
| 02/26/07 | ARA | Quality control documents in the production set (4.3). Per MTM, arrange OP company binders to be copied by Merrill Corp. (1.1). Per MTM, check number range for privilege documents (2.0). | 7.40 Hrs | $740.00 |
| 02/27/07 | MTM | Review formula documents in Cambridge. | 4.10 Hrs | $984.00 |
| 02/27/07 | ARA | Check number range for privilege documents (.7). Return OP product binder to the resource library (.5). Quality control documents in the production set (1.1). Organize formula documents and produce them to MTM (1.1). Receipt of OP Company binders from copy service (.2). Review formula documents for OP products (2.7). | 6.30 Hrs | $630.00 |
| 02/28/07 | ARA | Quality control documents in the production set (4.5). Review documents for OP product formulas (2.0). | 6.50 Hrs | $650.00 |
| | | TOTAL LEGAL SERVICES | | $24,305.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 6.20 Hrs | 275/hr | $1,705.00 |
| MATTHEW T. MURPHY | 51.50 Hrs | 240/hr | $12,360.00 |
| ANGELA R. ANDERSON | 102.40 Hrs | 100/hr | $10,240.00 |
| | 160.10 Hrs | | $24,305.00 |

TOTAL THIS BILL    $24,305.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

April 2, 2007

Bill Number 03613
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## LEGAL SERVICES

Through February 28, 2007

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 02/01/07 | RAM | Telephone call from in-house counsel that December fee application may be filed. | 0.05 Hrs | No charge |
| 02/08/07 | RAM | Work on finalizing December fee application (.2). Work on quarterly fee application (.3). | 0.50 Hrs | $137.50 |
| 02/13/07 | RAM | Finalize quarterly fee application and send it with December fee application to local counsel to file. | 0.10 Hrs | $27.50 |
| 02/26/07 | RAM | Work on January fee application. | 0.60 Hrs | $165.00 |
| | | TOTAL LEGAL SERVICES | | $330.00 |

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 0.05 Hrs | 275/hr | No charge |
| ROBERT A. MURPHY | 1.20 Hrs | 275/hr | $330.00 |
| | 1.25 Hrs | | $330.00 |

Mark A. Shelnitz

|  |  |
|---|---|
| TOTAL THIS BILL | $330.00 |