# EXHIBIT B

**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

April 2, 2007

Bill Number 03614
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through February 28, 2007

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 02/21/07 | To Nathan Finch from MTM - 1/24/2007 | 93.71 | |
| 02/21/07 | To Anthony Klapper from MTM - 01/11/2007 | 50.26 | |
| 02/28/07 | To Raymond Mullady from MTM - 1/24/07 | 44.53 | |
| | | | $188.50 |

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 02/13/07 | 157 copies at .12 per copy | 18.84 | |
| 02/13/07 | 123 copies at .12 per copy | 14.76 | |
| 02/13/07 | 6 copies at .12 per copy | 0.72 | |
| 02/14/07 | 36 copies at .12 per copy | 4.32 | |
| 02/27/07 | 8 copies at .12 per copy | 0.96 | |
| | | | $39.60 |

TELEPHONE

| | | | |
|---|---|---|---|
| 02/09/07 | 329 | 5613621533 | 1.32 |
| 02/12/07 | 329 | 2028795177 | 1.43 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through February 28, 2007

TELEPHONE

| | | | | |
|---|---|---|---|---|
| 02/13/07 | 329 | 3026525340 | 0.66 | |
| 02/27/07 | 329 | 4122884104 | 0.44 | |
| | | | | $3.85 |

RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 02/26/07 | Rent and utilities for document repository at One Winthrop Square-February 2007 | 11,082.06 | |
| | | | $11,082.06 |

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 02/09/07 | RECORDKEEPER ARCHIVE - Monthly storage fee (2/07) | 402.30 | |
| | | | $402.30 |

| | |
|---|---|
| TOTAL DISBURSEMENTS | $11,716.31 |
| TOTAL THIS BILL | $11,716.31 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

April 2, 2007

Bill Number 03615
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through February 28, 2007

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 02/21/07 | To Patricia Cuniff from RAM - 01/11/2007 | 14.39 | |
| | | | $14.39 |
| | TOTAL DISBURSEMENTS | | $14.39 |
| | TOTAL THIS BILL | | $14.39 |