IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: April 30, 2007 at 4:00 p.m.
Hearing Date: TBD only if necessary

# FEE DETAIL FOR THE BLACKSTONE GROUP L.P.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JANUARY 1, 2007 THROUGH JANUARY 31, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45977.1
04/10/07 5:54 PM

-1-

# Blackstone Advisory Services L.P.

April 10, 2007

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---:|---:|
| Monthly advisory fee for the period of January 1, 2007 through January 31, 2007: | $ | 100,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | (20,000.00) |

Out-of-pocket expenses processed for the period through January 31, 2007: [1]

| | | | |
|---|---|---:|---:|
| Airfare | $ | 3,213.61 | |
| Ground Transportation | | 967.95 | |
| Communications | | 70.50 | |
| Meals | | 464.27 | |
| Lodging | | 694.11 | |
| Research | | 2.40 | 5,412.84 |
| **Total Amount Due** | | $ | **85,412.84** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 14388

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Services L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

W.R. Grace & Co.
Summary of Expenses
Invoice No. 14388

|  | GL Detail Jan-07 | Total Expenses |
|---|---:|---:|
| Airfare | $ 3,213.61 | $ 3,213.61 |
| Ground Transportation - Car Service - Elite | 287.55 | 287.55 |
| Ground Transportation - Local Travel | 12.40 | 12.40 |
| Ground Transportation - Out of Town Travel | 169.00 | 169.00 |
| Ground Transportation - Railroad | 499.00 | 499.00 |
| Communications - Teleconferencing | 70.50 | 70.50 |
| Employee Meals | 464.27 | 464.27 |
| Lodging | 694.11 | 694.11 |
| External Research - Online Database | 2.40 | 2.40 |
| **Total Expenses** | $ 5,412.84 | $ 5,412.84 |
|  |  |  |
| **Airfare** |  | $ 3,213.61 |
| **Ground Transportation** |  | 967.95 |
| **Communications** |  | 70.50 |
| **Meals** |  | 464.27 |
| **Lodging** |  | 694.11 |
| **Research** |  | 2.40 |
|  |  |  |
| **Total Expenses** |  | $ 5,412.84 |

W.R. Grace & Co.
Detail of Expenses Processed
Through January 31, 2007
Invoice No. 14388

### Airfare

| Description | Date | Amount |
|---|---|---|
| Istvan (travel agency fee for booking of round trip flight to/from Boston, MA from/to Queens, NY dated 12/13/06 | 12/12/06 | 40.00 |
| Istvan (round trip coach class flight to/from Boston, MA from/to Queens, NY | 12/13/06 | 319.45 |
| O'Connell (travel agency fee for booking of flight to Boston, MA from Queens, NY dated 12/12/06 | 12/11/06 | 20.00 |
| O'Connell (travel agency fee for booking of flight to Baltimore, MD from Boston, MA dated 12/13/06 | 12/11/06 | 20.00 |
| O'Connell (one-way coach class flight to Boston, MA from Queens, NY | 12/12/06 | 159.73 |
| O'Connell (one-way coach class flight to Baltimore, MD from Boston, MA | 12/13/06 | 272.30 |
| O'Connell (one-way coach class flight to Queens, NY from Baltimore, MD | 12/14/06 | 466.30 |
| O'Connell (travel agency fee for booking of round trip flight to/from Cincinnati, OH from/to Newark, NJ dated 01/08 - 01/09/07 | 01/03/07 | 40.00 |
| O'Connell (round trip coach class flight to/from Cincinnati, OH from/to Newark, NJ | 01/08/07 & 01/09/07 | 1,358.80 |
| Zilly (travel agency booking fee for one-way coach class flight to Baltimore, MD from Queens, NY | 11/15/06 | 20.00 |
| Zilly (one-way coach class flight to Baltimore, MD from Queens, NY | 11/16/06 | 466.30 |
| Zilly (credit for unused airline ticket billed previously on invoice no. 11814 | 12/04/06 | (421.30) |
| Zilly (travel agency fee for booking of flight to Baltimore, MD from Boston, MA dated 12/13/06 | 12/08/06 | 20.00 |
| Zilly (one-way coach class flight to Boston, MA from Queens, NY | 12/13/06 | 159.73 |
| Zilly (one-way coach class flight to Baltimore, MD from Boston, MA | 12/13/06 | 272.30 |
| **Subtotal - Airfare** | | **$ 3,213.61** |

### Ground Transportation - Car Service - Elite

| Description | Date | Amount |
|---|---|---|
| Istvan (car to LaGuardia Airport in Queens, NY from home | 12/13/06 | 44.73 |
| O'Connell (car home from Blackstone after working late | 11/02/06 | 86.70 |
| O'Connell (car to LaGuardia Airport in Queens, NY from Blackstone | 11/15/06 | 49.32 |
| Zilly (car to LaGuardia Airport in Queens, NY from home | 11/16/06 | 53.40 |
| Zilly (car to LaGuardia Airport in Queens, NY from home | 12/13/06 | 53.40 |
| **Subtotal - Ground Transportation - Car Service - Elite** | | **287.55** |

### Ground Transportation - Local Travel

| Description | Date | Amount |
|---|---|---|
| Zilly (taxi home from Pennsylvania Station in New York, NY | 12/14/06 | 12.40 |
| **Subtotal - Ground Transportation - Local Travel** | | **12.40** |

### Ground Transportation - Out of Town Travel

| Description | Date | Amount |
|---|---|---|
| Zilly (taxi to 62 Whitemore from airport in Boston, MA | 12/13/06 | 42.00 |
| Zilly (taxi to hotel in Columbia, MD from BWI Airport in Baltimore, MD | 12/13/06 | 46.00 |
| Zilly (taxi to BWI Airport in Baltimore, MD from client's offices in Columbia, MD | 12/13/06 | 42.00 |
| Zilly (taxi to BWI Airport in Baltimore, MD from client's offices in Columbia, MD | 12/14/06 | 39.00 |
| **Subtotal - Ground Transportation - Out of Town Travel** | | **169.00** |

### Ground Transportation - Railroad

| Description | Date | Amount |
|---|---|---|
| O'Connell (one-way trip to New York, NY from Baltimore, MD | 12/14/06 | 145.00 |
| Zilly (one-way trip to Baltimore, MD from New York, NY | 11/16/06 | 118.00 |
| Zilly for O'Connell (one-way trip to Baltimore, MD from New York, NY | 11/16/06 | 118.00 |
| Zilly (one-way trip to New York, NY from Baltimore, MD | 12/14/06 | 118.00 |
| **Subtotal - Ground Transportation - Railroad** | | **499.00** |

### Communications - Teleconferencing

| Description | Date | Amount |
|---|---|---|
| O'Connell (fee for attending Court hearing telephonically | 12/18/06 | 70.50 |
| **Subtotal - Communications - Teleconferencing** | | **70.50** |

### Employee Meals

| Description | Date | Amount |
|---|---|---|
| Istvan (weeknight working dinner meal @ Blackstone while working late | 11/21/06 | 25.00 |
| Istvan (weeknight working dinner meal @ Blackstone while working late | 12/01/06 | 25.00 |
| Istvan (weekend working meal @ Blackstone | 12/02/06 | 11.75 |
| Istvan (weekend working meal @ Blackstone | 12/03/06 | 25.00 |
| Istvan (weeknight working dinner meal @ Blackstone while working late | 12/04/06 | 25.00 |
| Istvan (weeknight working dinner meal @ Blackstone while working late | 12/06/06 | 25.00 |
| Istvan (weeknight working dinner meal @ Blackstone while working late | 12/07/06 | 25.00 |
| Istvan (weekend working meal @ Blackstone | 12/09/06 | 25.00 |
| Istvan (weekend working meal @ Blackstone | 12/10/06 | 25.00 |
| Istvan (weeknight working dinner meal @ Blackstone while working late | 12/11/06 | 25.00 |
| Istvan (weeknight working dinner meal @ Blackstone while working late | 12/12/06 | 25.00 |
| Istvan (weeknight working dinner meal @ Blackstone while working late | 12/18/06 | 25.00 |
| Istvan (weeknight working dinner meal @ Blackstone while working late | 12/20/06 | 25.00 |
| O'Connell (weeknight working dinner meal @ Blackstone while working lat | 11/27/06 | 25.00 |
| O'Connell (in-room breakfast meal @ hotel during stay in Cambridge, MA | 12/13/06 | 27.14 |
| O'Connell (in-room dinner meal @ hotel during stay in Columbia, MD | 12/13/06 | 35.78 |
| Zilly (in-room dinner meal @ hotel during stay in Columbia, MD | 12/13/06 | 64.60 |
| **Subtotal - Employee Meals** | | **464.27** |

### Lodging

| Description | Date | Amount |
|---|---|---|
| O'Connell (1 day hotel stay in Cambridge, MA | 12/12/06 - 12/13/06 | 202.41 |
| O'Connell (1 day hotel stay in Columbia, MD | 12/13/06 - 12/14/06 | 229.90 |
| Zilly (1 day hotel stay in Columbia, MD | 12/13/06 - 12/14/06 | 261.80 |
| **Subtotal - Lodging** | | **694.11** |

### External Research - Online Database

| Description | Date | Amount |
|---|---|---|
| de Almeida (fee for retrieval of document from Court docket via PACER | 10/17/06 | 2.40 |
| **Subtotal - External Research - Online Database** | | **2.40** |

| | | |
|---|---|---|
| **Total Expenses** | | **$ 5,412.84** |

**BLACKSTONE ADVISORY SERVICES L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JANUARY 1, 2007 THROUGH JANUARY 31, 2007**

| Professional | Title | Hours |
| --- | --- | --- |
| Pamela Zilly | Senior Managing Director | 31.1 |
| Jamie O'Connell | Vice President | 74.1 |
| Benjamin Istvan | Analyst | 26.1 |
| | Total | 131.3 |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JANUARY 1, 2007 THROUGH JANUARY 31, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Istvan | 01/02/07 | 0.3 | Business Analysis | Status meeting with J. O'Connell |
| Jamie O'Connell | 01/02/07 | 0.3 | Business Analysis | Status meeting with B. Istvan |
| Benjamin Istvan | 01/03/07 | 0.3 | Business Analysis | Call with C. Schult, J. O'Connell and Capstone regarding Project Gemini status |
| Jamie O'Connell | 01/03/07 | 0.3 | Business Analysis | Correspondence to P. Zilly regarding Project Gemini |
| Jamie O'Connell | 01/03/07 | 0.3 | Business Analysis | Correspondence to J. Baer regarding Project Gemini |
| Pamela Zilly | 01/03/07 | 0.2 | Business Analysis | Review update on Project Gemini |
| Jamie O'Connell | 01/04/07 | 0.3 | Business Analysis | Call with C. Schult regarding Project Gemini |
| Jamie O'Connell | 01/05/07 | 0.3 | Business Analysis | Call with C. Schult regarding Project Gemini |
| Jamie O'Connell | 01/06/07 | 0.3 | Business Analysis | Correspondence to J. Baer regarding Project Gemini |
| Jamie O'Connell | 01/08/07 | 6.5 | Business Analysis | Meeting with potential buyer in Project Gemini process |
| Jamie O'Connell | 01/08/07 | 0.8 | Business Analysis | Call with J. McFarland and J. Baer regarding Project Gemini |
| Jamie O'Connell | 01/08/07 | 3.0 | Business Analysis | Follow-up meeting with potential buyer in Project Gemini process |
| Jamie O'Connell | 01/09/07 | 7.0 | Business Analysis | Meeting with potential buyer in Project Gemini process |
| Jamie O'Connell | 01/10/07 | 0.5 | Business Analysis | Status meeting with P. Zilly |
| Jamie O'Connell | 01/10/07 | 3.3 | Business Analysis | Correspondence regarding Project Gemini |
| Pamela Zilly | 01/10/07 | 0.5 | Business Analysis | Status meeting with J. O'Connell |
| Pamela Zilly | 01/12/07 | 0.4 | Business Analysis | Review analysis of currency management plan |
| Jamie O'Connell | 01/14/07 | 0.3 | Business Analysis | Call with C. Schult regarding Project Gemini |
| Jamie O'Connell | 01/16/07 | 0.3 | Business Analysis | Correspondence to J. Baer regarding Project Gemini |
| Jamie O'Connell | 01/16/07 | 0.3 | Business Analysis | Call with C. Schult regarding Project Gemini |
| Jamie O'Connell | 01/16/07 | 0.3 | Business Analysis | Review Gemini correspondence |
| Jamie O'Connell | 01/16/07 | 0.3 | Business Analysis | Call with J. Baer, J. McFarland and C. Schult regarding Project Gemini |
| Jamie O'Connell | 01/16/07 | 0.5 | Business Analysis | Project Gemini call with potential buyer and its counsel, Kirkland and Grace management |
| Jamie O'Connell | 01/16/07 | 0.3 | Business Analysis | Correspondence to P. Zilly and B. Istvan regarding Project Gemini |
| Pamela Zilly | 01/16/07 | 0.6 | Business Analysis | Review materials re: subsidiary consolidation |
| Benjamin Istvan | 01/17/07 | 0.5 | Business Analysis | Conference call with Grace management and Kirkland & Ellis regarding legal entities |
| Benjamin Istvan | 01/17/07 | 0.8 | Business Analysis | Conference call with E. Filon, P. Zilly and J. O'Connell regarding subsidiaries |
| Jamie O'Connell | 01/17/07 | 0.3 | Business Analysis | Review correspondence from J. McFarland regarding legal entities |
| Jamie O'Connell | 01/17/07 | 0.5 | Business Analysis | Conference call with Grace management and Kirkland & Ellis regarding legal entities |
| Jamie O'Connell | 01/17/07 | 0.8 | Business Analysis | Conference call with E. Filon, P. Zilly and B. Istvan regarding subsidiary consolidation |
| Pamela Zilly | 01/17/07 | 0.8 | Business Analysis | Call with E. Filon, J. Baer re: subsidiary consolidation |
| Pamela Zilly | 01/17/07 | 0.6 | Business Analysis | Call with R. Tarola re: insurance |
| Jamie O'Connell | 01/18/07 | 0.3 | Business Analysis | Correspondence to S. Smith regarding Project Nike |
| Jamie O'Connell | 01/19/07 | 0.5 | Business Analysis | Review draft purchase agreement for Project Gemini |
| Jamie O'Connell | 01/20/07 | 0.3 | Business Analysis | Review correspondence from C. Schult regarding Project Gemini |
| Jamie O'Connell | 01/23/07 | 0.5 | Business Analysis | Review draft purchase agreement for Project Gemini |
| Jamie O'Connell | 01/25/07 | 0.3 | Business Analysis | Review Project Gemini materials uploaded to data room |
| Jamie O'Connell | 01/25/07 | 0.3 | Business Analysis | Call with C. Schult regarding Project Gemini |
| Jamie O'Connell | 01/25/07 | 0.3 | Business Analysis | Status meeting with P. Zilly |
| Jamie O'Connell | 01/25/07 | 0.3 | Business Analysis | Call with P. Zilly, B. Tarola and B. Sarikas regarding various issues |
| Jamie O'Connell | 01/25/07 | 0.5 | Business Analysis | Review annual earnings release |
| Pamela Zilly | 01/25/07 | 0.3 | Business Analysis | Status meeting with J. O'Connell |
| Pamela Zilly | 01/25/07 | 0.3 | Business Analysis | Call with R. Tarola, R. Sarikas, J. O'Connell re: various issues |
| Pamela Zilly | 01/25/07 | 0.4 | Business Analysis | Review earnings release |
| Jamie O'Connell | 01/26/07 | 0.5 | Business Analysis | Review letter of interest from potential buyer in the Project Gemini process |
| Jamie O'Connell | 01/26/07 | 0.5 | Business Analysis | Call with C. Schult regarding bids submitted for Project Gemini |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JANUARY 1, 2007 THROUGH JANUARY 31, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 01/29/07 | 2.0 | Business Analysis | Dinner meeting with R. Tarola, P. Zilly |
| Pamela Zilly | 01/29/07 | 2.0 | Business Analysis | Dinner meeting with R. Tarola, J. O'Connell |
| Jamie O'Connell | 01/30/07 | 0.3 | Business Analysis | Call with C. Schult regarding Project Gemini |
| Jamie O'Connell | 01/30/07 | 0.3 | Business Analysis | Call with J. Baer regarding status of Project Gemini |
| | | **41.7** | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JANUARY 1, 2007 THROUGH JANUARY 31, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 01/02/07 | 0.3 | Committee | Call with C. Schult to review Capstone information request |
| Jamie O'Connell | 01/02/07 | 0.3 | Committee | Correspondence with Capstone regarding information request |
| Jamie O'Connell | 01/03/07 | 0.5 | Committee | Call with C. Schult, B. Istvan and Capstone regarding Project Gemini status |
| Pamela Zilly | 01/09/07 | 1.0 | Committee | Meeting with J. Radecki |
| Benjamin Istvan | 01/10/07 | 0.5 | Committee | Claims summary for Piper Jaffray |
| Jamie O'Connell | 01/10/07 | 0.3 | Committee | Call with J. Brownstein regarding claims |
| Jamie O'Connell | 01/11/07 | 0.5 | Committee | Call with Piper Jaffray regarding claims |
| Jamie O'Connell | 01/11/07 | 0.3 | Committee | Call with L. Heaps regarding Piper Jaffray requests |
| Jamie O'Connell | 01/12/07 | 0.3 | Committee | Call with B. McGowan regarding pension information for committee advisors |
| Jamie O'Connell | 01/16/07 | 0.8 | Committee | Correspondence to financial advisors regarding draft pension motion |
| Benjamin Istvan | 01/17/07 | 0.3 | Committee | Call with L. Heaps following up on claims analysis for Piper Jaffray |
| Jamie O'Connell | 01/17/07 | 0.5 | Committee | Correspondence to B. McGowan and J. Forgach regarding pension information request |
| Jamie O'Connell | 01/17/07 | 0.3 | Committee | Correspondence to J. Brownstein regarding information request |
| Jamie O'Connell | 01/17/07 | 0.3 | Committee | Correspondence to B. McGowan and J. Forgach regarding pension information request |
| Jamie O'Connell | 01/17/07 | 0.3 | Committee | Correspondence to J. Brownstein regarding information request |
| Jamie O'Connell | 01/18/07 | 0.3 | Committee | Correspondence to J. Dolan regarding pension information request |
| Jamie O'Connell | 01/18/07 | 0.5 | Committee | Call with J. Forgach and Capstone regarding pension motion |
| Jamie O'Connell | 01/18/07 | 0.3 | Committee | Correspondence to Capstone regarding pension information request |
| Jamie O'Connell | 01/18/07 | 0.3 | Committee | Correspondence to J. Brownstein regarding information request |
| Pamela Zilly | 01/18/07 | 0.5 | Committee | Review Capstone questions and Grace responses to pension motion |
| Jamie O'Connell | 01/19/07 | 0.3 | Committee | Correspondence to B. McGowan and J. Forgach regarding pension information request |
| Jamie O'Connell | 01/19/07 | 0.3 | Committee | Conference call with J. Forgach and J. Brownstein regarding pension motion |
| Jamie O'Connell | 01/19/07 | 0.3 | Committee | Call with L. Heaps regarding Piper Jaffray requests |
| Jamie O'Connell | 01/22/07 | 0.3 | Committee | Call with J. Forgach regarding committee pension requests |
| Jamie O'Connell | 01/22/07 | 0.3 | Committee | Call with J. Sinclair regarding pension request |
| Jamie O'Connell | 01/22/07 | 0.3 | Committee | Correspondence to Capstone regarding information request |
| Jamie O'Connell | 01/23/07 | 0.3 | Committee | Correspondence to J. Brownstein regarding claims information request |
| Benjamin Istvan | 01/25/07 | 0.3 | Committee | Call with J. Sinclair and J. O'Connell regarding pre-petition bank debt interest |
| Jamie O'Connell | 01/25/07 | 0.3 | Committee | Call with J. Forgach regarding committee pension requests |
| Jamie O'Connell | 01/25/07 | 0.3 | Committee | Call with J. Sinclair regarding pension request |
| Jamie O'Connell | 01/25/07 | 0.3 | Committee | Manage committee information request regarding Project Gemini |
| Jamie O'Connell | 01/25/07 | 0.3 | Committee | Call with J. Forgach and J. Sinclair regarding pension information |
| Jamie O'Connell | 01/25/07 | 0.3 | Committee | Call with J. Sinclair and B. Istvan regarding pre-petition bank debt interest |
| Jamie O'Connell | 01/26/07 | 0.3 | Committee | Correspondence to Capstone regarding Project Gemini |
| Jamie O'Connell | 01/26/07 | 0.3 | Committee | Call with J. Sinclair regarding interest amounts disclosed in earnings release |
| Jamie O'Connell | 01/26/07 | 0.3 | Committee | Correspondence to B. Sarikas regarding committee information request |
| Jamie O'Connell | 01/29/07 | 0.3 | Committee | Call with J. Brownstein regarding pension information request |
| Jamie O'Connell | 01/30/07 | 0.3 | Committee | Correspondence to Capstone regarding Project Gemini |
| Jamie O'Connell | 01/31/07 | 0.5 | Committee | Call with Capstone and C. Schult regarding Project Gemini |
| Jamie O'Connell | 01/31/07 | 1.8 | Committee | Meeting with P. Zilly, B. Tarola and J. Radecki |
| Pamela Zilly | 01/31/07 | 1.8 | Committee | Meeting with J. Radecki, R. Tarola, J. O'Connell |
| | | **17.9** | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JANUARY 1, 2007 THROUGH JANUARY 31, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 01/05/07 | 1.4 | Employee Benefits/Pension | Review draft pension funding motion and funding analysis |
| Pamela Zilly | 01/11/07 | 1.2 | Employee Benefits/Pension | Review pension funding motion; call with B. McGowan |
| Pamela Zilly | 01/12/07 | 0.8 | Employee Benefits/Pension | Review revised draft of pension funding motion |
| Pamela Zilly | 01/12/07 | 0.3 | Employee Benefits/Pension | Call with B. McGowan re: pension funding documents |
| Pamela Zilly | 01/16/07 | 1.0 | Employee Benefits/Pension | Review and provide comments on pension funding motion |
| Pamela Zilly | 01/16/07 | 0.8 | Employee Benefits/Pension | Calls with R. McGowan; J. Forgach re: same |
| Jamie O'Connell | 01/16/07 | 1.0 | Employee Benefits/Pension | Review final draft of pension funding motion; calls with J. Forgach |
| Pamela Zilly | 01/17/07 | 0.5 | Employee Benefits/Pension | Review draft motion for pension funding |
| Pamela Zilly | 01/18/07 | 0.4 | Employee Benefits/Pension | Call with R. McGowan re: employee issues |
| Jamie O'Connell | 01/19/07 | 0.3 | Employee Benefits/Pension | Call with J. Forgach regarding pension motion |
| Jamie O'Connell | 01/21/07 | 0.5 | Employee Benefits/Pension | Research emergence payments in USG bankruptcy |
| Benjamin Istvan | 01/22/07 | 5.5 | Employee Benefits/Pension | USG compensation analysis |
| Jamie O'Connell | 01/22/07 | 0.5 | Employee Benefits/Pension | Review USG compensation analysis |
| Jamie O'Connell | 01/23/07 | 0.3 | Employee Benefits/Pension | Review USG compensation analysis |
| Pamela Zilly | 01/23/07 | 0.5 | Employee Benefits/Pension | Review materials re: USG compensation plans |
| Benjamin Istvan | 01/24/07 | 1.0 | Employee Benefits/Pension | USG compensation analysis |
| Benjamin Istvan | 01/29/07 | 0.5 | Employee Benefits/Pension | Owens Corning compensation analysis |
| Jamie O'Connell | 01/30/07 | 0.5 | Employee Benefits/Pension | Review Owens Corning compensation analysis |
| Jamie O'Connell | 01/30/07 | 0.3 | Employee Benefits/Pension | Correspondence to P. Zilly regarding Owens Corning compensation analysis |
| Pamela Zilly | 01/30/07 | 0.6 | Employee Benefits/Pension | Review Owens Corning plan documents |
| | | **17.9** | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JANUARY 1, 2007 THROUGH JANUARY 31, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Istvan | 01/23/07 | 1.0 | Hearings | Bankruptcy hearing call |
| | | 1.0 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JANUARY 1, 2007 THROUGH JANUARY 31, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 01/08/07 | 5.5 | Non-Working Travel Time | Travel from New York to Cincinnati, OH |
| Jamie O'Connell | 01/09/07 | 4.5 | Non-Working Travel Time | Travel from Cincinnati, OH to New York |
|  |  | **10.0** |  |  |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JANUARY 1, 2007 THROUGH JANUARY 31, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Istvan | 01/02/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Benjamin Istvan | 01/02/07 | 0.3 | Plan and Disclosure Statement | Claims analysis research for USG and Pittsburgh Corning |
| Jamie O'Connell | 01/02/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 01/02/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: pending motions and court hearings |
| Jamie O'Connell | 01/03/07 | 1.3 | Plan and Disclosure Statement | Analysis of Pittsburgh Corning bankruptcy |
| Pamela Zilly | 01/03/07 | 1.0 | Plan and Disclosure Statement | Read materials re: Pittsburgh Corning case |
| Benjamin Istvan | 01/04/07 | 1.3 | Plan and Disclosure Statement | Pittsburgh Corning claims analysis |
| Jamie O'Connell | 01/07/07 | 1.0 | Plan and Disclosure Statement | Analysis of Pittsburgh Corning bankruptcy |
| Pamela Zilly | 01/08/07 | 0.7 | Plan and Disclosure Statement | Read analysis of Pittsburgh Corning case |
| Benjamin Istvan | 01/09/07 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 01/09/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: pending motions and Court hearings |
| Pamela Zilly | 01/09/07 | 0.3 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 01/09/07 | 0.3 | Plan and Disclosure Statement | Call with F. Festa |
| Pamela Zilly | 01/10/07 | 1.5 | Plan and Disclosure Statement | Analysis of 9/30/06 claims schedule |
| Pamela Zilly | 01/10/07 | 0.3 | Plan and Disclosure Statement | Call with F. Festa |
| Pamela Zilly | 01/10/07 | 0.8 | Plan and Disclosure Statement | Read various motions and orders re: PI Questionnaires, Depositions, Protective Orders |
| Pamela Zilly | 01/12/07 | 0.7 | Plan and Disclosure Statement | Call with M. Shelnitz, R. Tarola |
| Jamie O'Connell | 01/18/07 | 0.4 | Plan and Disclosure Statement | Status meeting with P. Zilly |
| Pamela Zilly | 01/18/07 | 0.4 | Plan and Disclosure Statement | Status update with J. O'Connell |
| Benjamin Istvan | 01/24/07 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 01/24/07 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: pending motions, Court hearings |
| Pamela Zilly | 01/27/07 | 1.0 | Plan and Disclosure Statement | Read various motions and orders |
| Pamela Zilly | 01/30/07 | 1.0 | Plan and Disclosure Statement | Meeting with P. Norris |
| | | **16.8** | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JANUARY 1, 2007 THROUGH JANUARY 31, 2007**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Istvan | 01/25/07 | 1.0 | Tax Issues | Comparable company analysis |
| Jamie O'Connell | 01/29/07 | 0.3 | Tax Issues | Review analysis of historical valuation multiples |
| | | **1.3** | | |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAIL FOR THE PERIOD OF
JANUARY 1, 2007 THROUGH JANUARY 31, 2007

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Istvan | 01/03/07 | 2.5 | Valuation | Analysis of potential ElkCorp acquisition |
| Benjamin Istvan | 01/04/07 | 1.0 | Valuation | Analysis of potential ElkCorp acquisition |
| Jamie O'Connell | 01/04/07 | 1.5 | Valuation | Analysis of potential ElkCorp acquisition |
| Benjamin Istvan | 01/05/07 | 2.5 | Valuation | Analysis of potential ElkCorp acquisition |
| Jamie O'Connell | 01/05/07 | 0.5 | Valuation | Analysis of potential ElkCorp acquisition |
| Benjamin Istvan | 01/09/07 | 1.0 | Valuation | Analysis of potential ElkCorp acquisition |
| Jamie O'Connell | 01/11/07 | 1.0 | Valuation | Analysis of potential ElkCorp acquisition |
| Pamela Zilly | 01/12/07 | 0.5 | Valuation | Review analysis of comparable company ElkCorp acquisition |
| Benjamin Istvan | 01/25/07 | 0.5 | Valuation | ElkCorp acquisition overview |
| Jamie O'Connell | 01/25/07 | 1.3 | Valuation | Analysis of potential ElkCorp acquisition |
| Jamie O'Connell | 01/25/07 | 0.3 | Valuation | Correspondence to B. Tarola and B. Sarikas regarding ElkCorp acquisition activity |
| Benjamin Istvan | 01/26/07 | 1.0 | Valuation | Comparable company analysis |
| Jamie O'Connell | 01/26/07 | 1.5 | Valuation | Review comparable company analysis |
| Jamie O'Connell | 01/26/07 | 0.5 | Valuation | Status meeting with P. Zilly |
| Pamela Zilly | 01/26/07 | 0.5 | Valuation | Status meeting with J. O'Connell |
| Benjamin Istvan | 01/27/07 | 0.5 | Valuation | Comparable company analysis |
| Pamela Zilly | 01/27/07 | 1.5 | Valuation | Review comparable company analysis |
| Jamie O'Connell | 01/28/07 | 2.3 | Valuation | Comparable company analysis |
| Pamela Zilly | 01/28/07 | 1.2 | Valuation | Review comparable company analysis |
| Benjamin Istvan | 01/29/07 | 1.5 | Valuation | Historical comparable company EBITDA analysis |
| Jamie O'Connell | 01/29/07 | 0.3 | Valuation | Call with B. Frezza of Capstone regarding Project Gemini |
| Jamie O'Connell | 01/30/07 | 1.0 | Valuation | Comparable company analysis |
| Jamie O'Connell | 01/30/07 | 0.3 | Valuation | Correspondence to B. Tarola regarding comparable company analysis |
| | | 24.7 | | |