IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related to Doc. No. 14593** |
| | | **4/9/07 Agenda No. 5** |

## ORDER DISALLOWING AND EXPUNGING NINE (9) ASBESTOS PROPERTY DAMAGE CLAIMS RELATING TO PRODUCTS NOT MADE BY DEBTORS

AND NOW, this ___ day of April, 2007, it is hereby ORDERED, ADJUDGED, and DECREED that claim numbers 2636, 2763, 4382, 5986, 6582, 7092, 12750, 12751, and 12752 are hereby disallowed and expunged on the basis that they involve a product not manufactured by the Debtors. Claimants have thirty (30) days from the date of this order to file a motion for reconsideration with the Court along with an expert report sufficient to show that the products at issue were manufactured by the Debtors.

_____
Judith K. Fitzgerald
United States Bankruptcy Judge