IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Related to Dkt. No. 14594 |
| | ) | Agenda No. 9 |

**ORDER DISALLOWING AND EXPUNGING
COUNTY OF SONOMA'S PROPERTY DAMAGE CLAIM (CLAIM NO. 5586)**

AND NOW, this ____ day of _____, 2007, it is ORDERED, ADJUDGED, and DECREED that County of Sonoma's claim number 5586 is hereby disallowed and expunged.

_____
Judith K. Fitzgerald
United States Bankruptcy Judge