IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket No. 15138** |

## CERTIFICATE OF SERVICE

I, Timothy P. Cairns, hereby certify that on the 10th day of April, 2007, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**CERTIFICATION OF COUNSEL REGARDING AMENDED SCHEDULING ORDER FOR ADJUDICATION OF ASBESTOS PD CLAIMS.**

_____
Timothy P. Cairns (Bar No. 4228)

91100-001\DOCS_DE:125703.27

Grace PD Claimant E-mail Service List
Case Number: 01-1139 (JKF)
Document Number: 121012
14 - E-Mail

E-mail: mwdies@aol.com
(Counsel to Claimant)
Martin Dies, Esquire
Dies & Hile, LLP

E-mail: smandelsberg@hahnhessen.com
(Counsel to Claimant)
Steven Mandelsberg, Esquire
Hahn & Hesson, LLP

E-mail: ckang@hahnhessen.com
(Counsel to Claimant)
Christina J. Kang, Esquire
Hahn & Hesson, LLP

E-mail: sec@hfmlegal.com
(Counsel to Claimant)
Steven E. Crick, Esquire
Humphrey Farrington & McClain

E-mail: joseph.digiuseppe@phila.gov
(Counsel to Claimant)
Joseph Digiuseppe, Esquire
Law Department

E-mail: akearse@motleyrice.com
jhughes@motleyrice.com
(Counsel to Claimant)
Anne McGinness Kearse, Esquire
James M. Hughes, Esquire
Motley Rice LLC

E-mail: steven.davis@obermayer.com
(Counsel to Claimant)
Steven Davis, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP

E-mail: alexander.barnes@obermayer.com
(Counsel to Claimant)
D. Alexander Barnes, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP

E-mail: ewestbrook@rpwb.com
(Counsel to Claimant)
Edward J. Westbrook, Esquire
Richardson Patrick Westbrook & Brickman LLC

E-mail: jschwartz@riker.com
(Counsel to Claimant)
Joseph Schwartz, Esquire
Riker Danzig Scherer Hyland & PC

E-mail: rstoper@rotatori.com
(Counsel to Claimant)
Richard L. Stoper, Jr., Esquire
Rotatori Bender Gragel Stoper & Alexander Co. LPA

E-mail: dspeights@speightsrunyan.com
(Counsel to Claimant)
Daniel A. Speights, Esquire
Speights & Runyan

E-mail: sbaena@bilzin.com
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP

E-mail: jsakalo@bilzin.com
(Official Committee of Property Damage Claimants)
Jay Sakalo, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP

W.R. Grace - PD Claimants Fax Service List
Case No. 01-1139 (JKF)
Document # 124834
**21 – Facsimile**

*Facsimile 415-983-1200*
P. Brosnahan, Esquire
Pillsbury Winthrop LLP

*Facsimile 631-423-4536*
Avrum J Rosen, Esquire

*Facsimile 337-478-8946*
Robert C McCall, Esquire
Baggett McCall & Burgess

*Facsimile 318-676-1516*
Fred H Sutherland, Esquire
Beard & Sutherland

*Facsimile 707-565-2624*
William L Adams, Esquire
County Of Sonoma Office Of County Counsel

*Facsimile 302-658-8051*
Martin Dies, Esquire
Dies & Hile LLP

*Facsimile 504-368-7263*
Jack A Grant, Esquire
Grant & Barrow

*Facsimile 212-478-7400*
Steven Mandelsberg, Esquire
Christina J. Kang, Esquire
Hahn & Hessen, LLP

*Facsimile 225-923-0315*
Kenneth F Sills, Esquire
Hammonds & Sills Quad

*Facsimile 816-836-8966*
Steven E Crick, Esquire
Humphrey Farrington & McClain

*Facsimile 215-683-5296*
Joseph Digiuseppe, Esquire
Law Department

*Facsimile 406-761-5805*
Tom Lewis, Esquire
Lewis & Slovak PC

*Facsimile 843-216-9450*
Anne McGinness Kearse, Esquire
James M. Hughes, Esquire
Motley Rice LLC

*Facsimile 215-665-3165*
Steven Davis, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP

*Facsimile 215-665-3165*
D. Alexander Barnes, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP

*Facsimile 843-216-6509*
Edward J Westbrook, Esquire
Richardson Patrick Westbrook & Brickman LLC

*Facsimile 973-538-1984*
Joseph Schwartz, Esquire
Riker Danzig Scherer Hyland & PC

*Facsimile 216-928-1007*
Richard L Stoper Jr. , Esquire
Rotatori Bender Gragel Stoper & Alexander Co LPA

*Facsimile 803-943-4599*
Daniel A Speights, Esquire
Speights & Runyan

*Facsimile 302-654-0728*
Christopher D Loizides
Loizides & Associates

***Facsimile 305-374-7593***
Scott Baena, Esquire
Jay Sakalo, Esquire
Bilzin Sumberg Baena Price & Axelrod LLP