IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**ORDER DISALLOWING AND EXPUNGING CERTAIN OF THE CLAIMS OF THE STATE OF MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY**

WHEREAS the Debtors and the State of Montana Department of Environmental Quality ("MDEQ") have stipulated and agreed that:

(a)     claims numbered 15297 and 15298 shall be disallowed and expunged to the extent provided in the Stipulation attached hereto as Exhibit 1; and

(b)     claim numbered 15296 shall remain on the claims register as outlined in the Stipulation attached hereto as Exhibit 1.

IT IS HEREBY ORDERED.

Date: _____, 2007

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

7