UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| W.R. GRACE & CO., et al., | ) | **Case No. 01-01139(JKF)** |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |

## OBJECTION RESPONSE BY CLAIMANTS REPRESENTED BY GOLDBERG, PERSKY & WHITE TO DEBTORS' MOTION REGARDING NONCOMPLIANCE WITH X-RAY ORDER

Goldberg, Persky & White, on behalf of certain of its clients, state as follows in response to Debtors' Motion regarding Noncompliance with X-ray Order:

1.      Goldberg, Persky & White ("GPW") was listed in Exhibit 5 of Debtors' Motion for not producing two chest x-rays.

2.      GPW did not produce the two chest x-rays because these x-rays are in the possession of tort defendants who are in the process of having the chest x-rays reviewed by their experts for the pending tort case.

3.      Defendants in pending tort cases have the right under state court rules to have chest x-rays reviewed by their consulting experts.  To penalize plaintiffs for complying with a state court Order would be absolute nonsensical and would most likely invite objections by defendants in the state tort case.

WHEREFORE, certain claimants represented by Goldberg, Persky & White request that the Debtors' Motion be denied.

GOLDBERG, PERSKY & WHITE, P.C.

*/s/ Mark C. Meyer*
Mark C. Meyer, Esquire
1030 Fifth Avenue
Pittsburgh, PA  15219
412-471-3980
412-471-8308 (Fax)
mmeyer@gpwlaw.com

Date: April 11, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon counsel for Debtors listed via facsimile, first class mail, email transmission and/or electronic filing notification on this 11th day of April, 2007:

Kirkland & Ellis, LLP
David M. Bernick Esquire
200 East Randolph Drive
Chicago, IL  60601
Fax:  312-861-2200
dbernick@kirkland.com

Kirkland & Ellis, LLP
Barbara M. Harding, Esquire
655 Fifteenth Street, N.W.
Washington, DC  20005
Fax:  202-879-5200
bharding@kirkland.com

Pachulski Stang Ziehl Young Jones & Weintraub LLP
James E. O'Neill, Esquire
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
Fax: 302-652-4400
joneill@pszyjw.com

GOLDBERG, PERSKY & WHITE, P.C.

*/s/ Mark C. Meyer*
Mark C. Meyer, Esquire