IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. Grace & Co., *et al.*     Bankruptcy No. 01-1139-JKF
    Debtor(s)                   Jointly Administered
                                Chapter 11

**Related to Dkt. Nos. 15078, 12858, 14079 re: 2/26/07 Agenda Item 15**

## ORDER AMENDING DOCKET NO. 15078, "ORDER REGARDING AMENDED CASE MANAGEMENT ORDER FOR THE ESTIMATION OF ASBESTOS PERSONAL INJURY LIABILITIES"

AND NOW, this **11th** day of **April, 2007**, it is **ORDERED** that the hearing set for **May 14, 2007,** at 9:00 a.m., Eastern, by the order of April 2, 2007, at Docket No. 15078 is cancelled. All matters for May 14, 2007, shall be noticed for hearing on **May 29, 2007**, at **9:00 a.m.**, Eastern, in Pittsburgh, Pennsylvania.

It is **FURTHER ORDERED** that all other dates set forth in the April 2, 2007, order, Dkt. No. 15078, remain as stated therein.

It is **FURTHER ORDERED** that counsel for Debtors shall serve a copy of this order on all parties in interest and shall file a certificate of service forthwith.

*Judith K. Fitzgerald*     rmab
Judith K. Fitzgerald
United States Bankruptcy Judge