IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| W. R. GRACE & CO., et al. ) | Chapter 11 |
| ) | |
| Debtors. ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |

Related to Doc. No. 14598
Agenda No. 11

## ORDER DISALLOWING AND EXPUNGING NINE (9) PROPERTY DAMAGE CLAIMS BARRED BY STATUTES OF LIMITATIONS

AND NOW, this ____ day of _____, 2007, it is ORDERED, ADJUDGED, and DECREED that claim numbers 9912, 9913, 10789, 10962, 10998, 11106, 11144, 11179, and 11550 are hereby disallowed and expunged as barred by applicable statutes of limitations.

_____
Judith K. Fitzgerald
United States Bankruptcy Judge