IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. Grace & Co., *et al.*    Bankruptcy No. 01-1139-JKF
    Debtor(s)    Jointly Administered
        Chapter 11

**Related to Dkt. 10014, Motion of Anderson Memorial Hospital for Class Certification**

**ORDER SCHEDULING TRIAL ON MOTION OF ANDERSON MEMORIAL HOSPITAL FOR CLASS CERTIFICATION**

    **AND NOW**, this **11th** day of **April, 2007,** it is **ORDERED** that a trial on the above-captioned motion shall be held on **June 8, 2007**, at **9:00 a.m., Eastern time**, in Courtroom A, 54th Floor, US Steel Building, 600 Grant Street, Pittsburgh, Pennsylvania.

    It is **FURTHER ORDERED** that any telephone participants shall be in "Listen Only" mode.

    It is **FURTHER ORDERED** that counsel for Movant shall immediately serve a copy of this order on all parties in interest and shall file a certificate of service forthwith.

*/s/ Judith K. Fitzgerald*
Judith K. Fitzgerald
United States Bankruptcy Judge

rmab