IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## **CERTIFICATE OF SERVICE**

I, Timothy P. Cairns, hereby certify that on the 11th day of April, 2007, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**Notice of Service of Discovery [Debtors' Supplemental Responses and Objections to Claimant Anderson Memorial Hospital's Interrogatories Directed Toward Debtors].**

_____
Timothy P. Cairns (Bar No. 4228)

91100-001\DOCS_DE:125703.30

Grace Speights Fax & Email Service List
Case No. 01-1139 (JKF)
Document # 126553
02 – Facsimile
02 – Electronic Delivery

*Facsimile 803-943-4599*
Daniel A. Speights, Esquire
Marion C. Fairey, Jr., Esquire
(Counsel for various PD Claimants)

*Facsimile 302-654-0728*
Christopher D. Loizides, Esquire
(Counsel for Various PD Claimants)

*E-mail: dspeights@speightsrunyan.com*
Daniel A. Speights, Esquire
Speights & Runyan
(Counsel for various PD Claimants)

*E-mail: loizides@loizides.com*
Christopher D. Loizides, Esquire
Loizides & Associates
(Counsel for various PD Claimants)