IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., *et al.,*<br><br>Debtor. | In Proceedings for a<br>Reorganization under<br>Chapter 11<br><br>Case No. 01-01139-JKF<br>Jointly Administered<br><br>Related to Docket Nos.<br>13120, 13406, 14510 |

## MODIFIED  AMENDED SCHEDULING ORDER FOR
## ADJUDICATION OF ASBESTOS PD CLAIMS

On April 9, 2007, the Court heard argument on various motions for summary judgment

and conducted a status conference with respect to the hearing on certain specific objections to

Asbestos PD claims that are scheduled for April 23, 24 and 25, 2007.  As a result of that status

conference, certain dates set forth in the October 13, 2006 Amended Order Setting Forth Various

Deadlines Regarding Objections to Asbestos Property Damage Claims (Docket No. 13406) (the

"October 2006 CMO") were modified and additional dates for pretrial procedures for the April

23-25, 2007 hearing were established.

WHEREFORE, IT IS HEREBY ORDERED THAT:

1.      The hearing scheduled to take place on **April 23, 24 and 25, 2007, beginning at

9:00 a.m. Eastern Time** each day in Pittsburgh, Pennsylvania, will address only the remaining

objections to claims relating to product identification ("PID").

2.      The following *Pro Se* Claimants will not be required to participate in this hearing

on PID matters:  2636; 2763; 4382; 5986; 6582; 7092; 12750; 12751; and 12752.

3.      With respect to the April 23, 24 and 25, 2007 hearing, the following pre-trial schedule will apply:

    a.  By close of business Eastern Time, April 13, 2007, the Debtors will file a list of the claims to which the Debtors will pursue PID objections at the hearing, including the particular category of objection (i.e., C-1 through C-4), in the order that Debtors will address the claims.

    b.  By close of business Eastern Time, April 13, 2007, the parties will exchange the following:

        (1.)    Final witness lists for the PID hearing; and

        (2.)    *all* Exhibits, pre-marked, to be used at the April 23, 24 and 25, 2007 hearing;

    c.  By close of business Eastern Time, April 13, 2007, the Debtors will provide to the claimants witness declarations or witness affidavits for any witness the Debtors intend to present in their cases-in-chief on direct by declaration and not live.

    d.  On April 14, 2007, the Debtors shall hand deliver to Judge Fitzgerald's residence, binders that will include:  (1) final witness lists for all parties; (2) PID expert reports for all parties; (3) pre-marked Exhibits for all parties; and (4) the declarations or affidavits of any of the Debtors' witness who will not be called live on direct.

    e.  By noon, April 17, 2007:

        (1.)    parties will exchange any objections to exhibits;

        (2.)    claimants will provide objections to the affidavits/declarations, if any, submitted by Debtors; and

(3.)    claimants will provide to the Debtors witness declarations or witness affidavits for any witness such claimants intend to present in their cases-in-chief on direct by declaration and not live.

f.  By 3:00 p.m. on April 18, 2007, Debtors will deliver to Judge Fitzgerald's chambers the supplemental documents referenced in Para. 3(d) *e* above.

g.  The hearing on all remaining PID objections relating to the claims identified in the list that will be created by Debtors pursuant to Para. 3(a) above will be conducted on April 23, 24 and 25, 2007, beginning at 9:00 a.m. each day.  The Debtors shall have one day to present their cases-in-chief and the claimants shall have two days to present their cases-in-chief.  Claimants will proceed in the order set forth on the list created by Debtors pursuant to Para. 3(a) above. *The claimants may agree, otherwise, the court will limit the presentation of evidence so that all claimants share available time as circumstances shall warrant.*

4.    There will be a telephonic final pretrial conference via CourtCall on **April 19, 2007, at 10:00 a.m. Eastern Time.**

5.    The limitations period objections will not be adjudicated at the April 23, 24 and 25, 2007 hearing.  At the conclusion of the hearing on April 25, 2007, the Court will conduct a conference on the limitations period objections to determine (a) when those objections will be adjudicated, (b) the re-scheduling of responses and replies to motions *in limine* related thereto, and (c) the exchange of trial briefs and exhibits related thereto. *The scheduling order regarding items (a), (b), & (c) in this paragraph is stayed, pending*

6.    All other dates and deadlines in the October 13, 2006 Amended Order remain unchanged. *conference on April 25, 2007,*

7.    The Debtors will serve this Scheduling Order on counsel for all PD Claimants affected by the Order, or those Claimants themselves if not represented by counsel.

**DATED:  April 11, 2007**

–3–

*Judith K. Fitzgerald*

rmab