# TAB A

# ORIGINAL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

### NOTICE OF DEPOSITION OF ARTHUR M. LANGER, Ph.D.

PLEASE TAKE NOTICE that Speights & Runyan will take the deposition of **ARTHUR M. LANGER, Ph.D.** before an official Court Reporter, or before some other person authorized by law to administer oaths at 10:00 a.m., on Thursday, April 5, 2007, at Reed Smith LLP, 599 Lexington Avenue, New York, New York. The oral deposition will continue from day to day until completed.

The witness is requested to bring with him and produce any and all documents, writings, data and any other information as referred to in the attached list, Exhibit A.

DATED: March 26, 2007



Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
E-mail:      loizides@loizides.com

- and -

Daniel A. Speights (SC Fed. ID No. 4252)
Marion C. Fairey, Jr. (SC Fed. ID No. 6101)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC 29924
Telephone:   (803) 943-4444
Facsimile:   (803) 943-4599

*Counsel for Speights & Runyan Claimants*

14979
3/26/07

070326170417.doc

# EXHIBIT A

## Exhibit A

1. Documents reflecting any communication of any kind and nature between the deponent and W.R. Grace or the Safe Buildings Alliance.

2. Documents reflecting any work funded in whole or in part, directly or indirectly, by W.R. Grace or the Safe Buildings Alliance.

3. Documents relating to any review or attempted review of data relating to asbestos exposure or the incidence of asbestos-related disease in Russia, including, but not limited to, draft reports, notes, underlying data, correspondence, progress memos and time and billing records.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| | ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 26, 2007, true and correct copies of the **Notice of Deposition of Arthur M. Langer, PhD** were served on the parties listed on the attached service list in the manner indicated thereon.

DATED: March 26, 2007

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:  (302) 654-0248
Facsimile:  (302) 654-0728
E-mail:   loizides@loizides.com

070326170417.doc

**SERVICE LIST**

**VIA HAND-DELIVERY**

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 No. Market Street, 17th Floor
Wilmington, DE 19801

**VIA FACSIMILE AND FIRST CLASS MAIL**

Teresa K. D. Currier, Esquire
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801
*Fax: (302) 552-4295*

Marla R. Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
*Fax: (302) 426-9947*

Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
*Fax: (302) 657-4901*

David M. Klauder, Esquire
Office of the United States Trustee
844 N. King Street, Room 2207
Wilmington, DE 19801
*Fax: (302) 573-6497*

Theodore Tacconelli, Esquire
Ferry Joseph & Pearce, PA
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE 19899-1351
*Fax: (302) 575-1714*

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806
*Fax: (302) 655 4210*

David M. Bernick, Esquire
Janet S. Baer, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
*Fax: (312) 861-2200*

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
*Fax: (212) 806-1230*

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
*Fax: (212) 644-6755*

Peter Van N. Lockwood, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005
*Fax: (202) 429-3301*

Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
*Fax: (212) 715-8000*

Roger Frankel, Esquire
Richard H. Wyron, Esquire
The Washington Harbour
Orrick Herrington & Sutcliffe LLP
3050 K Street, N.W., Suite 200
Washington, DC 20007-5135
*Fax: (202) 339-8500*

Scott Baena, Esquire
Bilzin Sumberg Baena Price & Axelrod, LLP
First Union Financial Center
200 So. Biscayne Bl., Suite 2500
Miami, FL  33131-2336
*Fax:   (305) 374-7593*

James Restivo, Jr., Esquire
Reed Smith, LLP
435 Sixth Avenue
Pittsburgh, PA  15219
*Fax:   (412) 288-3063*

**VIA FEDEX**

David B. Siegel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## File a Notice:

<u>01-01139-JKF W.R. GRACE & CO. and Trumbull Memorial Hospital</u>
Type: bk                     Chapter: 11 v            Office: 1 (Delaware)
Judge: JKF                   Assets: y
Case Flag: LEAD, MEGA, APPEAL, CLMSAGNT, Sealed Doc(s)

**U.S. Bankruptcy Court**

**District of Delaware**

Notice of Electronic Filing

The following transaction was received from Loizides, Christopher Dean entered on 3/26/2007 at 5:22 PM EDT and filed on 3/26/2007
**Case Name:**       W.R. GRACE & CO. and Trumbull Memorial Hospital
**Case Number:**     01-01139-JKF
**Document Number:** 14979

**Docket Text:**
Notice of Deposition *of Arthur M. Langer, PhD* Filed by Speights & Runyan Claimants. (Attachments: # (1) Exhibit A# (2) Certificate of Service) (Loizides, Christopher)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** F:\tmw5e\data\files\Speights & Runyan\32607 Langer Depo Notice.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=3/26/2007] [FileNumber=5541297-0]
[06e01d24017caa3e12e337c7f07e1090caae785827a3b46fc53c70379fbbbbbe9541
d11d293d13c4ec79827828c186492a6b2e19ceab19ced7f0220ef9b1f251]]
**Document description:** Exhibit A
**Original filename:** F:\tmw5e\data\files\Speights & Runyan\32607 Langer Depo Notice Ex A.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=3/26/2007] [FileNumber=5541297-1]
[2ea716f2e209a0ea043124cf0385122fccd9ef9bc463b26eb21aac3558cc4f527e55
cbf1a03f2afc5945496246a37841eb7c93ef310511cf8590599b8bb1f31a]]
**Document description:** Certificate of Service
**Original filename:** F:\tmw5e\data\files\Speights & Runyan\32607 Langer Depo Notice NOS.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=3/26/2007] [FileNumber=5541297-2]
[37cf013b962712f346bdae2a9ebef818cfa3099883a6b517ce62681cfcd1cba20f32
709d476bc0de7d075590179333fcb45a774a4c054c821e3e057afe69e7bef]]

**01-01139-JKF Notice will be electronically mailed to:**

Eric B. Abramson     eabramson@serlinglaw.com