# TAB B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------
IN RE:

W.R. GRACE & CO., **ET AL.**,
                     Debtor(s).

                                                         CASE NO. 01-01139 (JFK)
                                                         (Jointly Administered)
                                                         Chapter 11
                                                         **AFFIDAVIT OF SERVICE**

-----------------------------------------------------X
STATE OF NEW YORK      )
                              s.s.:
COUNTY OF NEW YORK   )

      MICHAEL KEATING, being duly sworn, deposes and says that he is employed by
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and
is not a party to the action.

      That on the 31st day of March, 2007, at approximately 2:00 p.m., deponent served a
true copy of the **SUBPOENA IN AN ADVERSARY PROCEEDING UNDER THE
BANKRUPTCY CODE together with EXHIBIT A and a WITNESS FEE of $40.00** upon
Arthur Langer at 6 Rochambeau Drive, Hartsdale, New York by personally delivering and
leaving the same with Arthur Langer, at that address.

      Arthur Langer is a white male, approximately 55-60 years of age, is approximately 5
feet, 9 inches tall, weighs approximately 190-200 pounds, with short black/silver hair and
light eyes.


Sworn to before me this
3rd day of April, 2007.
                                                          MICHAEL KEATING #848345

JOHN J. WALKER
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-WA-4851557
Qualified in Queens County
Certificate filed in New York County
Commission expires February 17, 2010