# TAB C

# ReedSmith

Traci S. Rea
Direct Phone: 412.288.4184
Email: TRea@reedsmith.com

Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886
412.288.3131
Fax 412.288.3083

April 2, 2007

**VIA FACSIMILE AND REGULAR MAIL**

Christopher D. Loizides, Esq.
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801

Thomas J. Brandi, Esq.
Terence D. Edwards, Esq.
THE BRANDI LAW FIRM
44 Montgomery Street Suite 1050
San Francisco, CA 94104

C. Alan Runyan, Esq.
Daniel A. Speights, Esq.
Marion C. Fairey, Jr., Esq.
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC 29924

Re:   In re W. R. Grace & Co., et al.

Counsel:

We are in receipt of the Notice of Deposition of Arthur Langer that you filed last week. As you are aware, W. R. Grace has not designated Dr. Langer as an expert witness in these bankruptcy cases, nor to our knowledge has anyone else. We accordingly will not be producing Dr. Langer for deposition.

Very truly yours,

Traci S. Rea

Traci S. Rea

RECEIVED
APR - 5 2007

reedsmith.com
NEW YORK ♦ LONDON ♦ LOS ANGELES ♦ PARIS ♦ SAN FRANCISCO ♦ WASHINGTON, D.C. ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE