# TAB D

**From:** Dan Speights
**Sent:** Tuesday, April 03, 2007 10:04 AM
**To:** Rea, Traci S.
**Cc:** Bud Fairey
**Subject:** Langer

In regard to your letter, I have served Dr. Langer with a subpoena requiring his attendance. I took the liberty of scheduling the deposition at your <st1:place w:st="on">New York office. Please let me know if this is a problem. Also, I am not wedded to this date if it is inconvenient for the witness or the Grace Counsel who will be attending.