# TAB E

From: Dan Speights
Sent: Wednesday, April 04, 2007 1:10 PM
To: 'TRea@ReedSmith.com'
Cc: 'DCameron@ReedSmith.com'; 'JRestivo@ReedSmith.com'
Subject: Langer

You have not responded to my email of a day or two ago asking if I could take Langer at your office. When I telephoned you this morning and told you I needed to talk with the person who is covering this deposition, you said you didn't know. I requested that you email the identity of that person but I have not heard back from you.

---------------------------

Sent from my BlackBerry Wireless Handheld