# TAB I

From: Dan Speights
Sent: Wednesday, April 04, 2007 1:58 PM
To: 'lesayian@kirkland.com'
Subject: Re: Langer Deposition

We did have a meet and confer.
--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Lisa Esayian <lesayian@kirkland.com>
To: Dan Speights
CC: DCameron@ReedSmith.com <DCameron@ReedSmith.com>; TRea@ReedSmith.com <TRea@ReedSmith.com>
Sent: Wed Apr 04 13:39:34 2007
Subject: Re: Langer Deposition


You did not have a meet and confer with us before you filed your privilege log motion (and yet you represented to the court that you did.)



Lisa G. Esayian
Kirkland & Ellis LLP
(312) - 861 - 2226 (phone)
(312) - 660 - 0663 (direct fax)
200 East Randolph Drive
Chicago, IL 60601
lesayian@kirkland.com




"Dan Speights" <DSpeights@speightsrunyan.com>

04/04/2007 12:37 PM
To
        <lesayian@kirkland.com>
cc
        <DCameron@ReedSmith.com>, <TRea@ReedSmith.com>   Subject

Re: Langer Deposition

I understand that the deponent will not appear tomorrow. I also assume you will have a meet and confer before you file your motion.

----------------------------

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Lisa Esayian <lesayian@kirkland.com>
To: Dan Speights
CC: dcameron@reedsmith.com <dcameron@reedsmith.com>; trea@reedsmith.com <trea@reedsmith.com>
Sent: Wed Apr 04 13:33:41 2007
Subject: Langer Deposition

Dan,

You evidently served a subpoena on Dr. Langer at some point within the past few days or last week. However, you did not serve a copy of the subpoena to Grace, and therefore, the subpoena, and the request for a deposition tomorrow, is defective.

Because you did not serve a copy of the subpoena to Grace, neither Grace nor Kirkland nor Reed Smith knew of the subpoena until two days ago. This, obviously, is insufficient notice for a deposition tomorrow.

Because you have never served a copy of the subpoena to Grace, the Langer deposition will not be proceeding tomorrow. This is a courtesy email notification to you. You will also receive a letter via facsimile and email from me, and Grace will be filing a motion to quash the deposition.

To be very clear: Because of your defective subpoena, there will be no Langer deposition tomorrow.

Lisa G. Esayian
Kirkland & Ellis LLP
(312) - 861 - 2226 (phone)
(312) - 660 - 0663 (direct fax)
200 East Randolph Drive
Chicago, IL 60601
lesayian@kirkland.com

---

From: Dan Speights [mailto:DSpeights@speightsrunyan.com <mailto:DSpeights@speightsrunyan.com> ]
Sent: Wednesday, April 04, 2007 1:10 PM
To: Rea, Traci S.
Cc: Cameron, Douglas E.; Restivo, James J., Jr.
Subject: Langer


You have not responded to my email of a day or two ago asking if I could take Langer at your office. When I telephoned you this morning and told you I needed to talk with the person who is covering this deposition, you said you didn't know. I requested that you email the identity of that person but I have not heard back from you.

------------------------------
Sent from my BlackBerry Wireless Handheld

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this

communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
**********************************************************