# TAB K

From: Lisa Esayian [lesayian@kirkland.com]
Sent: Wednesday, April 04, 2007 2:21 PM
To: Dan Speights; Bud Fairey
Cc: dcameron@reedsmith.com; trea@reedsmith.com
Subject: WR Grace -- Langer deposition -- attached letter

Please see attached letter.

Also, if you believe that you have something to say in the context of a meet and confer regarding the Langer deposition, please articulate it in an email to me, Doug Cameron and Traci Rea.

Lisa G. Esayian
Kirkland & Ellis LLP
(312) - 861 - 2226 (phone)
(312) - 660 - 0663 (direct fax)
200 East Randolph Drive
Chicago, IL 60601
lesayian@kirkland.com

****************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
****************************************************************