# TAB M

**From:** Linda Ellis [LEllis@pszyjw.com]
**Sent:** Wednesday, April 04, 2007 5:54 PM
**To:** meskin@del.camlev.com; mhurford@del.camlev.com; Collins@RLF.com; mlastowski@duanemorris.com; rriley@duanemorris.com; mjoseph@ferryjoseph.com; David.Klauder@usdoj.gov; syoder@bayardfirm.com; currier@klettrooney.com; akruger@stroock.com; loizides@loizides.com; ei@capdale.com; rct@capdale.com; jbaer@kirkland.com; dbernick@kirkland.com; sbaena@lilzin.com; mark.shelnitz@grace.com; pbentley@kramerlevin.com; tmayer@kramerlevin.com; pvnl@capdale.com; jwd@capdale.com; tws@capdale.com; ndf@capdale.com; jcp@pgslaw.com; Dan Speights; WSKatchen@duanemorris.com; rfrankel@orrick.com; rwyron@orrick.com; mcheyney@orrick.com; jkf@pawb.uscourts.gov; Jennifer_cook@deb.uscourts.gob
**Cc:** Patricia Cuniff
**Subject:** In re W.R. Grace & Co., et al. Case No. 01-1139

*Counsel:*

*Please find attached the following document:*

*Debtors' Emergency Motion to Quash Speights & Runyan Subpoena of Deposition of Dr. Arthur Langer and Request for Expedited Hearing Thereon*

Linda Ellis
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
Direct Dial: 302.778.6437
Tel: 302.652.4100 | Fax: 302.652.4400
LEllis@pszyjw.com
www.pszyjw.com

Los Angeles | San Francisco | Wilmington, DE | New York

CONFIDENTIALITY
This e-mail message and any attachments thereto is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail message, you are hereby notified that any dissemination, distribution or copying of this e-mail message, and any attachments thereto is strictly prohibited. If you have received this e-mail message in error, please immediately notify me by telephone and permanently delete the original and any copies of this email and any prints thereof.

NOT INTENDED AS A SUBSTITUTE FOR A WRITING
Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance and effect, absent an express statement to the contrary hereinabove, this e-mail message, its contents, and any attachments hereto are not intended to represent an offer or acceptance to enter into a contract and are not otherwise intended to bind the sender, Pachulski Stang Ziehl Young Jones & Weintraub LLP, any of its clients, or any other person or entity.