IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____) | Re: Docket No. \_\_\_\_\_ |

**ORDER DENYING DEBTORS' EMERGENCY
MOTION TO QUASH SPEIGHTS & RUNYAN SUBPOENA OF DEPOSITION OF
DR. ARTHUR LANGER AND REQUEST FOR EXPEDITED HEARING THEREON**

Upon consideration of the above-referenced motion (the "Motion"), and due and adequate notice of the Motion having been given; and upon consideration of the objection thereto; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Motion constituting a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and after a hearing on the Motion; it is hereby

ORDERED, that Debtors' Motion is DENIED.

DATED: _____, 2007

                                                                     The Honorable Judith K. Fitzgerald
                                                                     United States Bankruptcy Judge