UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> W.R. GRACE & CO., *et al.* <br><br> Debtors. | Chapter 11 <br><br> Case No. 01-01139 (JKF) <br><br> (Jointly Administered) |

### NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY AND REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS

TO:  Clerk of the Court
     United States Bankruptcy Court
     District of Delaware
     824 Market Street
     Wilmington, DE 19801

Please enter the appearance of Jacqueline Dais-Visca., Esquire, as counsel for Her Majesty the Queen in Right of Canada as represented by The Attorney General of Canada (the "Crown"). The Crown is a party in interest and, pursuant to the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, hereby requests that all notices given or required to be given in these cases be given to and served upon:

**Jacqueline Dais-Visca**
**Senior Counsel**
**Business Law Section**
**Ontario Regional Office**
**Suite 2400, Box 34**
**The Exchange Tower**
**130 King Street West**
**Toronto, Ontario M5X 1K6**
**(416) 952-6010 (Tel)**
**(416) 973-0809 (Fax)**
**Jacqueline.dais-visca@justice.gc.ca (E-mail)**

Please take further notice that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices referred to in the Bankruptcy

Document#: 60816

Rules but also includes, without limitation, notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, filed in these chapter 11 cases.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of Crown's right: (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) or any other rights, claims, actions, defenses, setoffs, or recoupments to which the Crown is or may be entitled, in law or in equity, all of which the Crown expressly reserves.

_____
Jacqueline Dais-Visca
Senior Counsel, Business Law Section
Ontario Regional Office
Suite 3400, Box 34
The Exchange Tower
130 King Street West
Toronto, Ontario M5X 1K6

Attorney for Her Majesty the Queen in Right
of Canada as represented by The Attorney General
of Canada

Dated: April 12, 2007

Document#: 60816

## CERTIFICATE OF SERVICE

I, Kristie L. Dalton, certify that I am not less than 18 years of age, and that I caused service of the foregoing document to be made via hand delivery, electronic notice and U.S. Regular Mail April 12, 2007 upon:

Kirkland & Ellis LLP
David M. Bernick, P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601

Pachulski Stang Ziehl Young
Jones & Weintraub, LLP
Laura Davis Jones
James E. O'Neill, III
919 North Market Street, 17th Floor
Wilmington, DE 19801

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: April 12, 2007

Kristie L. Dalton

Document #: 5257