IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | **Related to Docket No. 15156** |

## AFFIDAVIT OF SERVICE

Linda M. Ellis being duly sworn according to law, deposes and says that she is employed

by the law firm of Pachulski Stang Ziehl Young Jones & Weintraub LLP and that on the 12th day

of April, 2007, she caused a copy of the following documents to be served upon the following

service list(s) in the manner indicated:

> **[Signed] Modified Amended Scheduling Order for Adjudication of Asbestos PD Claims**

_Linda M. Ellis_
Linda M. Ellis

Sworn to and subscribed before
me this 12th day of April, 2007

_Notary Public_
Notary Public

My Commission Expires: __11/4/07__

MARY E. CORCORAN
Notary Public
State of Delaware
My Commission Expires Nov. 4, 2007

**PD Claimants Overnight Service List**
Case No. 01-01139 (JKF)
Document No. 121006
33 – Federal Express
01 – Express Mail

**Express Mail**
P. Brosnahan, Esquire
Pillsbury Winthrop LLP
P.O. Box 7880
San Francisco, CA 94120-7880

**Federal Express**
Avrum J Rosen, Esquire
38 New St.
Huntington, NY 11743

**Federal Express**
Robert C McCall, Esquire
Baggett McCall & Burgess
3006 Country Club Rd
Lake Charles, LA 70605

**Federal Express**
Fred H Sutherland, Esquire
Beard & Sutherland
400 Travis St. Ste. 1610
Shreveport, LA 71101-5564

**Federal Express**
William L Adams, Esquire
County Of Sonoma Office Of County Counsel
575 Administration Dr Rm 105a
Santa Rosa, CA 95403

**Federal Express**
Martin Dies, Esquire
Dies & Hile LLP
1601 Rio Grande Suite 330
Austin, TX 78701

**Federal Express**
Jack A Grant, Esquire
Grant & Barrow
238 Huey P Long Ave.
Gretna, LA 70054

**Federal Express**
Steven Mandelsberg, Esquire
Hahn & Hessen, LLP
488 Madison Avenue
New York, New York 10022

**Federal Express**
Kenneth F Sills, Esquire
Hammonds & Sills Quad
1111 S. Foster Dr. Ste. C
Baton Rouge, LA 70806

**Federal Express**
Steven E Crick, Esquire
Humphrey Farrington & Mcclain
221 W. Lexington Suite 400
Independence, MO 64051

**Federal Express**
Joseph Digiuseppe, Esquire
Law Department City Of Philadelphia One Parkway
1515 Arch St. 15th Flr.
Philadelphia, PA 19102

**Federal Express**
Tom Lewis, Esquire
Lewis & Slovak PC
725 3rd Ave North
Great Falls, MT 59403

**Federal Express**
Anne McGinness Kearse, Esquire
James M. Hughes, Esquire
Motley Rice LLC
28 Bridgeside Blvd
Mount Pleasant, SC 29464

**Federal Express**
William R Wittenberg
6110 Panorama Dr NE
Tacoma, WA 98422

**Federal Express**
John Michael Belferman
21600 Beallsville Road
Barnesville, MD 20838

**Federal Express**
Jamie Guevara Shartzer
24172 Zorro Ct
Hayward, CA 94541

**Federal Express**
Woodbury Place Apartments LTD
3942 Pleasure Hill
San Antonio, TX 78229

**Federal Express**
Ronald Alan Skarie
7623 W Ryan Rd
Franklin, WI 53132

**Federal Express**
Kenneth D Smith
1711 Milton Manor Dr
El Cajon, CA 92021

**Federal Express**
First Presbyterian Church
516 12th Street
Dawson, MN 56232

**Federal Express**
Clifford M Spingler
1233 Nw 199th Pl
Shoreline, WA 98177

**Federal Express**
Virginia L Thrasher
3460 Pheasant Ct
Decatur, GA 30034

**Federal Express**
Fanette L Stewart
621 East 40th Ave
Spokane, WA 99203

**Federal Express**
Allegheny Center Associates
One And Two Allegheny Center
Pittsburgh, PA 15212

**Federal Express**
Dale M Johnson
4974 N. Fresno St., Suite 526
Fresno, CA 93726

**Federal Express**
Steven Davis, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
3 Mill Road, Suite 306A
Wilmington, DE 19806

**Federal Express**
D. Alexander Barnes, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
1617 John F. Kennedy Blvd.
One Penn Center, 19th Floor
Philadelphia, PA 19103-1895

**Federal Express**
Edward J Westbrook, Esquire
Richardson Patrick Westbrook & Brickman LLC
1037 Chuck Dawley Blvd. Bldg. A
Mount Pleasant, SC 29464

**Federal Express**
Joseph Schwartz, Esquire
Riker Danzig Scherer Hyland & PC
Headquarters Plaza
One Speedwell Ave
Morristown, NJ 07962

**Federal Express**
Richard L Stoper Jr. , Esquire
Rotatori Bender Gragel Stoper & Alexander Co LPA
800 Leader Bldg
526 Superior Ave E
Cleveland, OH 44114-1498

**Federal Express**
Daniel A Speights, Esquire
Speights & Runyan
200 Jackson Ave East
Hampton, SC 29924

**Federal Express**
Christopher D Loizides
Loizides & Associates
Legal Arts Building
1225 King Street, Suite 800
Wilmington, DE 19801

**Federal Express**
Scott L. Baena, Esquire
Jay Sakalo, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131

W.R. Grace - PD Claimants Fax Service List
Case No. 01-1139 (JKF)
Document # 124834
**21 – Facsimile**

*Facsimile 415-983-1200*
P. Brosnahan, Esquire
Pillsbury Winthrop LLP

*Facsimile 631-423-4536*
Avrum J Rosen, Esquire

*Facsimile 337-478-8946*
Robert C McCall, Esquire
Baggett McCall & Burgess

*Facsimile 318-676-1516*
Fred H Sutherland, Esquire
Beard & Sutherland

*Facsimile 707-565-2624*
William L Adams, Esquire
County Of Sonoma Office Of County
Counsel

*Facsimile 302-658-8051*
Martin Dies, Esquire
Dies & Hile LLP

*Facsimile 504-368-7263*
Jack A Grant, Esquire
Grant & Barrow

*Facsimile 212-478-7400*
Steven Mandelsberg, Esquire
Christina J. Kang, Esquire
Hahn & Hessen, LLP

*Facsimile 225-923-0315*
Kenneth F Sills, Esquire
Hammonds & Sills Quad

*Facsimile 816-836-8966*
Steven E Crick, Esquire
Humphrey Farrington & McClain

*Facsimile 215-683-5298*
Joseph Digiuseppe, Esquire
Law Department

*Facsimile 406-761-5805*
Tom Lewis, Esquire
Lewis & Slovak PC

*Facsimile 843-216-9450*
Anne McGinness Kearse, Esquire
James M. Hughes, Esquire
Motley Rice LLC

*Facsimile 215-665-3165*
Steven Davis, Esquire
Obermayer Rebmann Maxwell & Hippel,
LLP

*Facsimile 215-665-3165*
D. Alexander Barnes, Esquire
Obermayer Rebmann Maxwell & Hippel,
LLP

*Facsimile 843-216-6509*
Edward J Westbrook, Esquire
Richardson Patrick Westbrook & Brickman
LLC

*Facsimile 973-538-1984*
Joseph Schwartz, Esquire
Riker Danzig Scherer Hyland & PC

*Facsimile 216-928-1007*
Richard L Stoper Jr. , Esquire
Rotatori Bender Gragel Stoper & Alexander
Co LPA

*Facsimile 803-943-4599*
Daniel A Speights, Esquire
Speights & Runyan

*Facsimile 302-654-0728*
Christopher D Loizides, Esquire
Loizides & Associates

***Facsimile 305-374-7593***
Scott Baena, Esquire
Jay Sakalo, Esquire
Bilzin Sumberg Baena Price & Axelrod LLP