# EXHIBIT B

Page 1

```
 1              IN THE UNITED STATES BANKRUPTCY COURT
                    FOR THE DISTRICT OF DELAWARE
 2

 3

 4    IN RE:                          ) CHAPTER 11
                                      )
 5    W.R. GRACE & CO., et al.,       ) Case No. 01-01139(JFK)
                                      ) (Jointly administered)
 6              Debtors.              )
                                      ) Re: Docket No. 13406
 7

 8

 9

10                         DEPOSITION OF
11
                       WILLIAM E. LONGO, Ph.D.
12

13
                         February 23, 2007
14
                            9:30 a.m.
15

16
                         Hilton Garden Inn
17                   11695 Medlock Bridge Road
                         Duluth, Georgia
18

19
                Frances Buono, RPR, CCR-B-791
20

21

22

23

24

25
```

Page 2

1          APPEARANCES OF COUNSEL
2
3   On behalf of the Debtors:
4       HAROLD J. ENGEL, Esq.
        Reed Smith, LLP
5       1301 K. Street, N.W.
        Suite 1100 - East Tower
6       Washington, DC 20005
7
    On behalf of Speights & Runyan Claimants:
8
        MARION C. FAIREY, JR., Esq.
9       Speights & Runyan
        200 Jackson Avenue, East
10      Hampton, South Carolina 29924
11
    On behalf of Dies & Hile, L.L.P. Claimants:
12
        MARTIN W. DIES, Esq.
13      J. DONALD CAVONA, JR., Esq.
        Dies & Hile, L.L.P.
14      1009 West Green Avenue
        Orange, Texas 77630
15
16  On behalf of Official Committee of Equity Security
    Holders:
17
        GARY M. BECKER, Esq.
18      Kramer, Levin, Naftalis & Frankel LLP
        1177 Avenue of the Americas
19      New York, New York 10036
        (Appearance by telephone)
20
21                      - - -
22
23
24
25

Page 3

1        (Reporter disclosure made pursuant to
2    Article 8.B. of the Rules and Regulations of the
3    Board of Court Reporting of the Judicial Council
4    of Georgia.)
5           WILLIAM E. LONGO, Ph.D.,
6    having been first duly sworn, was examined and
7    testified as follows:
8                 EXAMINATION
9    BY MR. ENGEL:
10       Q.   Good morning, Dr. Longo. Would you please
11   state your name and address for the record?
12       A.   My name is William Edward Longo, my
13   address is 3945 Lakefield Court, Suwanee, Georgia,
14   30024.
15       Q.   Could you please mark this as Exhibit 1.
16           (Debtors' Exhibit 1 was marked for
17   identification.)
18       Q.   (By Mr. Engel) I show you what has been
19   marked as Exhibit 1, and that's the notice of your
20   deposition. Have you seen that before today?
21       A.   No.
22       Q.   Briefly by whom are you employed?
23       A.   I'm employed by MAS.
24       Q.   And in that capacity, you get involved
25   with testing for asbestos, among other things; is

Page 4

1    that correct?
2        A.   Yes, sir.
3        Q.   Okay, great. Could you tell me what you
4    do as your standard protocol when you get a sample in
5    that is suspected to be asbestos in order to identify
6    whose product it is?
7        A.   The sample was analyzed by polarized light
8    microscopy, and then depending on the results of that
9    analysis it may either have -- will have transmission
10   electron microscopy, it may have a starch analysis,
11   if it's a fireproofing and it's a vermiculite-based
12   fireproofing. If it's an acoustical plaster, it
13   typically is not given a starch analysis unless it is
14   close to a fireproofing look-alike acoustical
15   plaster.
16           That's pretty much it. Then I look at the
17   results or the results are conveyed to me and
18   typically we will call whose it is.
19       Q.   Are you familiar with W.R. Grace's formula
20   for MK-3?
21       A.   Yes.
22       Q.   Are you familiar with W.R. Grace's formula
23   for Zonolite Acoustical Plastic?
24       A.   Yes.
25       Q.   Are there other Grace formulas that you

Page 5

1    are familiar with?
2        A.   Yes.
3        Q.   Could you tell me what the constituent
4    part percentage range is for the MK-3?
5        A.   Sure. According to W.R. Grace they put in
6    approximately 55 to 59 percent gypsum, 28 to
7    32 percent vermiculite, the chrysotile is 10 to
8    14 percent, and according to Grace, they put in
9    surfactant, sodium lauryl sulfate, less than a
10   percent.
11       Q.   And what is the formula as you understand
12   it for Zonolite Acoustical Plastic?
13       A.   According to W.R. Grace, they put in 60 to
14   70 percent vermiculite, 15 to 19 percent bentonite,
15   15 to 19 percent chrysotile, and less than a percent
16   of the surfactant.
17       Q.   Have you analyzed any samples -- strike
18   that.
19           Of the samples that you have identified
20   for purposes of this deposition, or that will be the
21   subject of this deposition, as you understand them,
22   have you looked at other laboratories' test results
23   in addition to conducting your own test results?
24       A.   No.
25           MR. FAIREY: Let me interject. I'm not

Page 18

1  that's not surprising.
2      Q.   Could you mark this as Exhibit 2.
3           (Debtors' Exhibit 2 was marked for
4      identification.)
5      Q.   (By Mr. Engel)  That is the Designation
6  of Fact Witness and Expert Reports Relating to
7  Product Identification on Behalf of Certain Asbestos
8  Property Damage Claimants of Speights & Runyan and
9  the Brandi Law Firm.
10          Have you seen that before?
11     A.   No.
12     Q.   Am I right in suspecting that looking at
13 these claim numbers as they appear on this sheet have
14 absolutely no meaning to you as to whether you really
15 did that analysis; is that correct?
16     A.   Well, the claim numbers don't have any
17 meaning, but expert report with my name associated
18 and the date, I will be somewhat surprised if there
19 really wasn't an analysis associated with that.
20     Q.   Right.  And but that's not, at the moment,
21 in the record and it's not attached to this document,
22 correct?  All we have on this document is your name
23 and that you identified a Grace product and it was
24 with relation to a specific claim number and that in
25 itself doesn't have any meaning for you other than

Page 19

1  you probably did analysis on that claim; is that
2  correct?
3           MR. FAIREY:  Object to the form.
4           THE WITNESS:  I would say that's correct.
5           MR. ENGEL:  Okay.
6           THE WITNESS:  My guess.
7           MR. ENGEL:  Why don't we take a break and
8      mark some exhibits.
9           THE WITNESS:  Sure.
10          (Recess from 10:19 a.m. to 10:25 a.m.)
11          (Debtors' Exhibit 3 was marked for
12     identification.)
13     Q.   (By Mr. Engel)  Do you have Exhibit 3,
14 Dr. Longo?  Exhibit 3 contains papers from Grace
15 Claim Number 12388.  I believe it contains your
16 entire report, but it also contains data from another
17 laboratory.
18          Exhibit 3, and in fact none of the other
19 exhibits that I will show you with regard to lab
20 testing, have the complete Grace claim file, it's
21 just selected pages.
22          MR. FAIREY:  Selected by whom?
23          MR. ENGEL:  Pardon me?
24          MR. FAIREY:  When you say selected, by who
25     are they selected by?

Page 20

1           MR. ENGEL:  The pages?
2           MR. FAIREY:  Yes.
3           MR. ENGEL:  I selected the pages.
4           MR. FAIREY:  All right.  The
5  representation to him is that these came out of
6  that particular claim file.
7           MR. ENGEL:  Yeah, and each of the next, I
8  think seven or eight are the same.
9           MR. FAIREY:  I understand.
10     Q.   (By Mr. Engel)  Okay.  Dr. Longo,
11 Exhibit 3, as I indicated, comes from claim 12388 and
12 that involves the Edmonton Public High Schools
13 Allendale School; is that correct?
14     A.   Yes, sir.
15     Q.   And toward the back of the exhibit is a
16 letter on Page 81 from yourself to Dan Speights?
17     A.   Yes, sir.
18     Q.   And could you tell me if Pages 81 through
19 89 constitute your full report?
20     A.   Yes.
21     Q.   Let's go back to the beginning.  And if
22 you could turn to Page 53, which is actually the
23 third page of the exhibit, but I will use the Bates
24 Numbers.
25     A.   I have it.

Page 21

1      Q.   Towards the bottom or at the bottom of
2  that page, with regard to claim 129693, it has a
3  percent of asbestos which I believe is 15 percent,
4  it's not very clear.  Identified the type as
5  chrysotile, and then it has a category named percent
6  nonasbestos fibrous material, and that's got the
7  Number 10, and I take that to mean 10 percent under
8  that.  And then next to that it says type, and I
9  believe that is cellulose?
10     A.   Cellulose.
11     Q.   And the next column is percent of
12 nonfibrous material and that's listed as 75 percent.
13          With the data presented, as I just read
14 it, would you be able to make a product
15 identification with that data?
16     A.   No.
17     Q.   Okay.  And why is that?
18     A.   If this is all the information that I
19 have, no, I wouldn't do a product identification.  I
20 mean, if I look at the entire report and I see that
21 we have identified Zonolite Acoustical Plastic and I
22 would come back and look at this, I would have
23 questions about this.  Was this really a tan/gray
24 vinyl sheet with backing mosaic sample with
25 15 percent chrysotile and 10 percent cellulose,

Page 22

1  maybe, maybe it isn't. I would personally want to
2  look at that sample because it's not unusual for labs
3  to find a small percentage of cellulose in a product
4  that doesn't call for cellulose.
5     Q. Let's go to Page 54.
6     A. Okay.
7     Q. Claim at the bottom, claim Number 1219697.
8  As to that, and I won't go over all the percentages,
9  but could you make --
10        MR. CAVONA: Lab number.
11    Q. (By Mr. Engel) Pardon me, lab Number
12  1219697. Could you make a product identification
13  from that information alone?
14    A. No.
15    Q. What is the reason you couldn't do that
16  identification?
17    A. I don't have enough information.
18    Q. What would you need?
19    A. Our lab to analyze it.
20    Q. And get the actual constituent parts; is
21  that right?
22    A. Yes, sir.
23    Q. Now let's go to your report and what I
24  would like you to do for this and only this report,
25  just identify each page and what it is.

Page 23

1        So starting with Page 81, what is that?
2     A. This is our cover sheet where we transmit
3  the results of our finding for a typical product ID
4  sample.
5     Q. In this case the product was Zonolite
6  Acoustical Plastic?
7     A. Yes, sir.
8     Q. Okay. Tell me about Page 82?
9     A. Page 82 is the PLM analysis sheet in which
10  the microscopist, and I'm sure you remember,
11  Bill Egeland, would have performed the analysis to
12  determine, in his opinion, what type of asbestos is
13  present based on its optical data. He will estimate
14  the volume percent of the asbestos that he's
15  identified, and then he will attempt to provide as
16  accurate as he can a volume estimate of the other
17  ingredients, the primary aggregate and, if he can,
18  determine whatever the binder is. So it's
19  essentially our working PLM sheet.
20    Q. And on this sheet it indicates that the
21  chrysotile was 14 percent, correct?
22    A. Correct.
23    Q. And according to Grace's formula for
24  Zonolite Acoustical Plastic, it's 15 to 19 percent;
25  is that correct?

Page 24

1     A. That's correct.
2     Q. And would you say that that is
3  inconsistent with Grace's formula?
4     A. No.
5     Q. Why not?
6     A. It's a volume estimate versus a weight
7  percent. In fact, so I would certainly not call that
8  inconsistent.
9     Q. Is that because volume estimates have
10  varied greater than weight percent?
11    A. Well volume -- yes. In some cases.
12  Volume estimates of things that are exfoliated, and
13  for lack of a better word puffed up, is going to look
14  different than the actual weight percent. So our
15  guys are pretty good at getting it close, but you can
16  always have some differences in the volume estimate
17  versus the weight percent.
18    Q. And there is a percentage of 17, it
19  doesn't have a component to the left of it
20  identifying it.
21    A. Correct.
22    Q. What would that be?
23    A. Well, you have to flip over to the TEM to
24  see what the component is. In these types of
25  samples, these acoustical plasters, what Bill Egeland

Page 25

1  calls the fine grain aggregate is usually particles
2  of material that are too small or don't have the
3  right optical properties for him to identify.
4        So in this particular case, for these
5  types of products, we will always performed a TEM so
6  that we can know if there's -- what that other
7  ingredient is.
8     Q. Got it. And going on to Page 83, what is
9  that?
10    A. It's the TEM analysis that Mr. Egeland has
11  performed here to identify what I would call the
12  primary ingredients.
13    Q. And of course there he lists the
14  vermiculite -- pardon me, the montmorillonite?
15    A. Yeah, he is a geologist, he likes to use
16  the actual name. I just call it bentonite.
17    Q. Much easier to pronounce.
18    A. Easier to spell, too.
19    Q. Yes. The next page is 84, what is that?
20    A. These are EDXA spectras. And he's just
21  memorializing one of the typical spectras to show how
22  he's identified the ingredients. So the first one is
23  chrysotile, the second one would be one that is
24  consistent with vermiculite.
25    Q. Second one being Page 85?