# EXHIBIT A

# Thornton & Naumes LLP

ATTORNEYS AT LAW

Michael P. Thornton (NH, ME & MA)
John T. Barrett (NH & MA)
Robert T. Naumes
Neil T. Leifer (ME, NJ & MA)
David J. McMorris (NY & MA)
Edwin L. Wallace
Robert M. Byrne, Jr (NY & MA)
David C. Strouss
Joseph R. Donohue (ME & MA)

Andrew S. Wainwright (NY, MA)
Michael A. Lesser
Marilyn T. McGoldrick
Garrett J. Bradley (NY & MA)
Brad J. Mitchell
Kristen Marquis Fritz
Zoran Malesevic
Robert T. Naumes, Jr. (CT & MA)
Andrea C. Marino

Of Counsel
Elizabeth M. Shost
Admitted in NY & PA only

February 6, 2007

**Via Federal Express**
Rust Consulting, Inc.
Claims Processing Agent
Re: W.R. Grace & Co. Bankruptcy
201 S. Lyndale Avenue
P.O. Box 1620
Faribault, MN 55021

Dear Sir/Madam:

Pursuant to the Court Order regarding the production of original x-ray films, and our previous correspondence dated January 29, 2007, we are providing you with the x-ray film copies we have received thus far.

Enclosed in a number of envelopes are the x-ray copies on the following claimants:
John J. Corcoran
Thomas Horrigan
Frank Tavano
Charles Haefeli
Richard LeBeau
William J. Trainer, Sr.
Harold Moan
Alfred Scorzella
Marcus G. Bennett
John F. Sullivan
Lino Semprini

Per Barbara Harding's letter on January 10, 2007, I am sending the original certifications to her attention under a separate cover.

I am also enclosing an invoice for the copying charges we have incurred thus far. Please forward the payment to our office at your earliest convenience.



If you require anything else on this matter, or have any questions, please contact our office at the above number.

Thank you.

Sincerely,

*Garrett J. Bradley*

Garrett J. Bradley, Esq.

GB:lr
cc:     Barbara Harding
Enclosures