# EXHIBIT B

ATTORNEYS AT LAW
# Thornton & Naumes LLP

| | | |
|---|---|---|
| Michael P. Thornton (NH, ME & MA) | Andrew S. Wainwright (NY, MA) | Of Counsel |
| John T. Barrett (NH & MA) | Michael A. Lesser | Elizabeth M. Shost |
| Robert T. Naumes | Marilyn T. McGoldrick | Admitted in NY & PA only |
| Neil T. Leifer (ME, NJ & MA) | Garrett J. Bradley (NY & MA) | |
| David J. McMorris (NY & MA) | Brad J. Mitchell | |
| Edwin L. Wallace | Kristen Marquis Fritz | |
| Robert M. Byrne, Jr (NY & MA) | Zoran Malesevic | |
| David C. Strouss | Robert T. Naumes, Jr. (CT & MA) | |
| Joseph R. Donohue (ME & MA) | Andrea C. Marino | |

February 6, 2007

**Via Federal Express**
Barbara M. Harding
Kirkland & Ellis LLP
655 Fifteenth Street, NW
Washington, DC 20005

Dear Attorney Harding:

Pursuant to the Court Order regarding the production of original x-ray films, and your letter of January 10, 2007, we are providing you with the certifications provided by the hospital for the x-ray film copies have sent to Rust Consulting. Enclosed are certifications for the copies of films of the following claimants:

    John J. Corcoran
    Thomas Horrigan
    Frank Tavano
    Charles Haefeli
    Richard LeBeau
    William J. Trainer, Sr.
    Harold Moan
    Alfred Scorzella
    Marcus G. Bennett
    John F. Sullivan
    Lino Semprini

If you require anything else on this matter, or have any questions, please contact our office at the above number.

Thank you.

Sincerely,

Garrett J. Bradley, Esq.

GB:lr
Enclosures

