# EXHIBIT C

**MASSACHUSETTS GENERAL HOSPITAL**
*Department Of*
**Radiology**

January 29, 2007

Thornton & Naumes LLP
100 Summer Street
Boston, MA 02110

The copies of the films that you requested for John J. Corcoran, are true reproductions of the images that you sent to the Massachusetts General Hospital, Department of Radiology, Image Service Center on January 12, 2007 for duplication.

If you have further questions, please call me at 617-726-3072

Sincerely,

*[signature]*

Allen M. Flynn
Image Service Center
Department of Radiology
Massachusetts General Hospital

*[signature]*
1/29/07