# EXHIBIT D

ATTORNEYS AT LAW

# Thornton & Naumes LLP

Michael P. Thornton (NH, ME & MA)
John T. Barrett (NH & MA)
Robert T. Naumes
Neil T. Leifer (ME, NJ & MA)
David I. McMorris (NY & MA)
Edwin L. Wallace
Robert M. Byrne, Jr (NY & MA)
David C. Strouss
Joseph R. Donohue (ME & MA)

Andrew S. Wainwright (NY & MA)
Michael A. Lesser
Marilyn T. McGoldrick
Garrett J. Bradley (NY & MA)
Brad J. Mitchell
Kristen Marquis Fritz
Zoran Malesevic
Robert T. Naumes, Jr (CT & MA)
Andrea C. Marino

Of Counsel
Elizabeth M. Shost
Admitted in NY & PA only

February 27, 2007

**Via Federal Express**
Rust Consulting, Inc.
Claims Processing Agent
Re: W.R. Grace & Co. Bankruptcy
201 S. Lyndale Avenue
P.O. Box 1620
Faribault, MN 55021

Dear Sir/Madam:

Pursuant to the Court Order regarding the production of original x-ray films, and our previous correspondence dated January 29, 2007, we are providing you with the x-ray film copies we have received thus far.

Enclosed in a number of envelopes are the x-ray copies on the following claimants:
Daniel Donovan
Rocco DiGregorio
Rita Baglio
Albert Vozzella

Per Barbara Harding's letter on January 10, 2007, I am sending the original certifications to her attention under a separate cover. I am also enclosing an invoice for the copying charges we have incurred thus far. Please forward the payment to our office at your earliest convenience.

If you require anything else on this matter, or have any questions, please contact our office at the above number. Thank you.

Sincerely,

Garrett J. Bradley, Esq.

GB:lr
cc:     Barbara Harding
Enclosures

100 Summer St. • 30th Floor • Boston, MA 02110
Phone: 617-720-1333 • Toll Free: 800-431-4600 • Fax: 617-720-2445
www.tenlaw.com

# Thornton & Naumes LLP

Michael P. Thornton (NH, ME & MA)
John T. Barrett (NH & MA)
Robert T. Naumes
Neil T. Leifer (ME, NJ & MA)
David I. McMorris (NY & MA)
Edwin L. Wallace
Robert M. Byrne, Jr. (NY & MA)
David C. Strouss
Joseph R. Donohue (ME & MA)

Andrew S. Wainwright (NY & MA)
Michael A. Lesser
Marilyn T. McGoldrick
Garrett J. Bradley (NY & MA)
Brad J. Mitchell
Kristen Marquis Fritz
Zoran Malesevic
Robert T. Naumes, Jr. (CT & MA)
Andrea C. Marino

Of Counsel
Elizabeth M. Shost
Admitted in NY & PA only

February 27, 2007

**Via Federal Express**
Barbara M. Harding
Kirkland & Ellis LLP
655 Fifteenth Street, NW
Washington, DC 20005

Dear Attorney Harding:

    Pursuant to the Court Order regarding the production of original x-ray films, and your letter of January 10, 2007, we are providing you with the certifications provided by the hospital for the x-ray film copies have sent to Rust Consulting.

    Enclosed are certifications for the copies of films of the following claimants:
Rocco DiGregorio
Rita Baglio
Albert Vozzella
Daniel Donovan

    If you require anything else on this matter, or have any questions, please contact our office at the above number.

    Thank you.

Sincerely,

*Garrett J. Bradley*

Garrett J. Bradley, Esq.

GB:lr
Enclosures