**EXHIBIT E**

# CERTFICATION

I, Allen Flynn am the keeper of Records in the Image Service Center at Massachusetts General Hospital. I hereby certify that the enclosed _CD of films being sent radiologic films, are a true and complete copy of originals of those same radiologic films of Albert Vozzella in the possession of the Image Service Center at Massachusetts General Hospital. I state further that these records were made in good faith and are kept in the usual course of business.

Signed under the pains and penalties of perjury, this the 5th day of February 2007

*Ellen M Fly*