# EXHIBIT G

ATTORNEYS AT LAW

# Thornton & Naumes LLP

| | | |
|---|---|---|
| Michael P. Thornton (NH, ME & MA) | Andrew S. Wainwright | Of Counsel |
| John T. Barrett (NH & MA) | Michael A. Lesser | Elizabeth M. Shost |
| Robert T. Naumes | Marilyn T. McGoldrick | Admitted in NY & PA only |
| Neil T. Leifer (ME, NJ & MA) | Garrett J. Bradley (NY & MA) | |
| David J. McMorris (NY & MA) | Brad J. Mitchell | |
| Edwin L. Wallace | Kristen Marquis Fritz | |
| Robert M. Byrne, Jr. | Zoran Malesevic | |
| David C. Strouss | Robert T. Naumes, Jr. (CT, MA) | |
| Joseph R. Donohue (ME & MA) | Andrea C. Marino | |

March 13, 2007

I, Garrett J. Bradley, Counsel for the Plaintiffs, hereby certify that the original chest x-ray film(s) or a copy of the original chest x-ray for **McKinley Archie** have been requested from the facilities listed on the attached spreadsheet and no response has been received as of this date.