**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al*. | ) | Case No. 01-01139 (JFK) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the, 13th day of April, 2007 a true and correct copy of the foregoing Motion and Memorandum of Law in Opposition to Debtors' Motion to Compel Asbestos Personal Injury Claimants to Respond to the W.R. Grace Personal Injury Questionnaire served via the manner indicated to all of the parties on the 2002 service list.

/s/ Daniel K. Hogan_____
Daniel K. Hogan

7