# Exhibit 1

QXR, Inc.

13280 N.W. Freeway #F334

Houston, TX.  77040

713-777-XRAY

713-263-9327 (fax)

## Certification

I certify that the copy of the x-ray/x-rays for _____, is identical to the original x-ray/x-rays provided.

_____                              _____
Signature                                                                                      Date