# Exhibit 2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-1139 (JKF)** |
| | ) | |
| | ) | |
| **Debtors.** | ) | |

### DECLARATION OF ROBERT E. SHUTTLESWORTH, ASSOCIATE, WILLIAMS BAILEY LAW FIRM, L.L.P., IN RE SUPP. ORDER (X-RAYS)

1. I declare under penalty of perjury that the following is true and correct. I have personal knowledge of the matters stated herein.

2. My name is Robert E. Shuttlesworth. I am an attorney practicing law in the State of Texas with the law firm of Williams Bailey Law Firm, L.L.P. ("Williams Bailey"). Williams Bailey represents certain individuals with claims against W.R. Grace, et al. ("Debtors") for personal injuries caused by exposure to asbestos-containing products.

3. As one of the lawyers primarily responsible for Williams Bailey's asbestos clients, the firm has given me authority to act on its behalf in this matter. I am licensed to practice law in all Texas state courts, the USDC for the Southern District of Texas, the USDC for the Eastern District of Texas, the USDC for the Eastern District of Texas Bankruptcy Division, the United States Court of Appeals, Fifth Circuit, and the Supreme Court of the United States of America; and am in good standing in all the foregoing.

4. To comply with ¶ 2 of the Original X-Ray Order, I personally contacted several copy services in and around the Houston, Texas area and none were willing to certify that "any images in the original x-ray that are material to the Claimant's allegation that the x-ray demonstrates that his or her cancer is attributable to asbestos appear identically in the copy being provided."

5. To comply with ¶2 of the Supplemental X-Ray Order, we contacted Dee Starling, Vice President of Operations, Alliance Strategic Business Services, L.P, 6990 Porwest Drive, Ste. 170, Houston, Texas 77024. Alliance Strategic Business Services was instructed to make "true and accurate copies of the original x-rays" that it was being provided. Alliance Strategic Business Services was provided 546 original x-rays and certified that "to the best of [its] ability, [the copies are] as close to the original as it is possible...". A copy of this certification is attached to this declaration as "Exhibit A."

6. Attached as "Exhibit B" to this declaration is a list of Williams Bailey claimants that

have non-mesothelioma asbestos-related cancer that have provided x-rays ("'Exhibit B' claimants"). The x-rays belonging to the Exhibit B claimants are as true and accurate as is possible. Further, I certify that I am unaware of any material difference between the copies provided and the original chest x-rays.

7. Attached as "Exhibit C" to this declaration is a list of Williams Bailey claimants that have non-mesothelioma asbestos-related cancer that are not providing x-rays ("'Exhibit C' claimants"). After a diligent search none of the "Exhibit C" claimants' x-rays, either originals or copies of originals, have been located either in the possession of the claimant, the claimant's lawyer, the Williams Bailey Law Firm, or the original health care providers.

8. Attached as "Exhibit D" is an invoice from Alliance Strategic Business Services in the amount of $7,092.54. This invoice reflects the copying of 546 original x-rays. Together with the certification, the cost per x-ray copy is approximately $13.00. Williams Bailey expects to reimbursed by the debtor in due course.

9. Attached as "Exhibit E" is the transmittal letter to Rust Consulting, Inc. 201 South Lyndale Avenue, Faribault, MN 55021. This letter, along the lists identified in "Exhibit B" were shipped on Friday, March 2, 2007 from Houston, Texas.

10. This declaration as well as the identified "Exhibits," together with an additional letter, was mailed via Certified U.S. Mail, Return Receipt Requested, to Barbara M. Harding, Esq., Kirkland & Ellis, L.L.P., 655 Fifteenth St., N.W., Washington DC, 20005-5793 on Friday, March 2, 2007 from Houston, Texas.

Executed at _Houston_, Texas on March 2nd, 2007.

Robert E. Shuttlesworth