# Exhibit 3

LAW OFFICES
# Peter G. Angelos
A Professional Corporation

ONE CHARLES CENTER
100 N. CHARLES STREET
BALTIMORE, MARYLAND 21201-3804
(410) 649-2000    (800) 252-6622

PAUL M. MATHENY (MD)
DIRECT DIAL: (410) 649-2014
FAX: (410) 649-2111

E-MAIL: pmatheny@lawpga.com

OTHER OFFICES:
PHILADELPHIA, PENNSYLVANIA
HARRISBURG, PENNSYLVANIA
BETHLEHEM, PENNSYLVANIA
WILMINGTON, DELAWARE
KNOXVILLE, TENNESSEE

March 14, 2007

Rust Consulting, Inc.
201 South Lyndale
Fairbault, MN 55021

RE:  **PRODUCTION OF X-RAY FILM COPIES**
**In Re: W.R. Grace & Co., et al., Debtors**
**U.S. Bankruptcy Court for the District of Delaware**
**Chapter 11, Case No. 01-01139 (JFK)**

Dear Sir/Madam:

Accompanying this letter please find copies of 378 chest x-ray films for clients of the Law Offices of Peter G. Angelos, P.C. who have been diagnosed with a non-mesothelioma malignancy and there is an allegation of a non-malignant asbestos-related lung condition. See, the enclosed list marked "X-Ray Films Sent." This letter responds on behalf of our clients whose claims are filed in the District of Columbia, Maryland and Pennsylvania (Philadelphia area only). Clients of our office whose claims are filed in other jurisdictions, i.e., Delaware, Pennsylvania (Harrisburg and Bethlehem areas) and Tennessee are having their films sent directly from those locations.

To the extent that the enclosed copies are copies of the best available copy, I certify that the original film either does not exist, or pursuant to paragraph 3. of the Court's order dated February 20, 2007, the film is a copy which was already in the possession of Claimant's counsel. Furthermore, I am unaware of any material difference between the x-ray films copied and the Claimant's original film or the best available copy of the Claimant's film.

Regarding the enclosed list marked as "X-Ray Films At Trial" (total 36) these films are currently being reviewed by doctors for trial purposes and are therefore, presently unavailable. The list marked "X-Ray Films Closed or Referred Out" (total 25) indicates that the case is no longer with the Law Offices of Peter G. Angelos, P.C. and therefore the x-rays are not being forwarded. The list marked "X-Ray Films Missing"(total 474) indicates films which are still unlocated. Most of these films will never be located. On April 3, 2003, our Harford Road branch office's x-ray storage facility's roof collapsed destroying a substantial, but undetermined

LAW OFFICES
PETER G. ANGELOS

**PRODUCTION OF X-RAY FILM COPIES**
**In Re: W.R. Grace & Co., et al., Debtors**

**Page two**

number of original x-rays and best available x-ray copies. <u>See</u>, Affidavit of Anthony J. Covacevich, Esq. of the Law Offices of Peter G. Angelos, P.C. Nevertheless we have contacted the doctors who provided x-ray reports for these films asking whether they may have any of the films (originals or copies) in their possession. As we receive responses we will inform the debtor.

Finally, we have obtained medical releases for as many of those clients as possible and have them available for the debtor's use.

Should you have any questions, please contact me at 410-649-2014.

Sincerely,

Paul M. Matheny

Enclosures.

CC:
Barbara Mack Harding, Esq.
Sander L. Esserman, Esq.

In Re: W.R. Grace & Co., et al., Debtors
U.S. Bankruptcy Court for the District of Delaware
Chapter 11, Case No. 01-01139 (JFK)

Affidavit of
of
Anthony J. Covacevich, Esquire

State of Maryland
County of Baltimore

1. My name is Anthony J. Covacevich. I am over the age of eighteen (18), I have specific knowledge concerning the matters referred to herein and I am competent to testify.

2. I am an associate with the Law Offices of Peter G. Angelos, P.C. and have been with this firm for over nine (9) years, and have been the office manager for the Harford Road branch office of the Law Offices of Peter G. Angelos, P.C. for over five (5) years.

3. That on April 3, 2003 the roof to a rented storage facility adjacent to our office collapsed following a snow/rain storm. Among the items stored in this facility were the majority of our clients' chest x-ray films (originals and best available copies).

4. As a result of damage from the roof's collapsing, exposure to the elements and water damage, many of the x-ray films were destroyed and could not even be identified. An accurate inventory of the x-ray films lost could not be made.

5. Despite our efforts to recover the x-ray films, a substantial number were beyond redemption and could not be salvaged.

_____
Anthony J. Covacevich

WITNESSETH my hand and notarial seal this ___8___ day of March, 2007.

_____
Notary Public

My Commission Expires on: __12/27/08__

VALERIE A. SCHLEE
Notary Public
Baltimore County, MD
My Comm. Exps. 12/27/2008