CERTIFICATE OF SERVICE

This is to certify that, on April 13, 2007, true and correct copies of:

**RESPONSE OF VARIOUS CLAIMANT LAW FIRMS TO DEBTORS' MOTION REGARDING NONCOMPLIANCE WITH X-RAY ORDER**

were served via first-class mail, postage prepaid, upon the parties listed on the 2002 service list

/s/ Daniel K. Hogan
Daniel K. Hogan