# EXHIBIT A

DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

April 11, 2007

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001 Invoice# 1251080 IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED THROUGH 02/28/2007 IN CONNECTION WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DH STEIN | PARTNER | 0.80 | hrs. at | $430.00 | /hr. = | $344.00 | |
| MR LASTOWSKI | PARTNER | 22.00 | hrs. at | $595.00 | /hr. = | $13,090.00 | |
| RW RILEY | PARTNER | 1.90 | hrs. at | $480.00 | /hr. = | $912.00 | |
| WS KATCHEN | OF COUNSEL | 7.60 | hrs. at | $650.00 | /hr. = | $4,940.00 | |
| SL ROSS | ASSOCIATE | 1.00 | hrs. at | $280.00 | /hr. = | $280.00 | |
| ME HOFFMAN | ASSOCIATE | 0.30 | hrs. at | $265.00 | /hr. = | $79.50 | |
| MF HAHN | ASSOCIATE | 4.50 | hrs. at | $360.00 | /hr. = | $1,620.00 | |
| DM SPEERS | PARALEGAL | 4.40 | hrs. at | $240.00 | /hr. = | $1,056.00 | |
| BA GRUPPO | PARALEGAL | 2.20 | hrs. at | $235.00 | /hr. = | $517.00 | |
| AT ASH | LEGAL ASSISTANT | 3.30 | hrs. at | $175.00 | /hr. = | $577.50 | |
| | | | | | | | $23,416.00 |

| | | |
|---|---|---|
| DISBURSEMENTS | | |
| MESSENGER SERVICE | 20.00 | |
| OVERNIGHT MAIL | 44.26 | |
| PRINTING & DUPLICATING | 17.25 | |
| TOTAL DISBURSEMENTS | | $81.51 |
| BALANCE DUE THIS INVOICE | | $23,497.51 |
| PREVIOUS BALANCE | | $97,258.30 |
| TOTAL BALANCE DUE | | $120,755.81 |

File # K0248-00001 INVOICE # 1251080
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/1/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 2/1/2007 | 004 | DH STEIN | REVIEW AND ANALYZE RMQ MOTION | 0.60 | $258.00 |
| 2/1/2007 | 004 | DH STEIN | CONFERENCE WITH MICHAEL HAHN, ESQ. REGARDING RMQ MOTION | 0.20 | $86.00 |
| 2/1/2007 | 004 | MF HAHN | REVIEW COMMITTEE BY-LAWS; REVIEW MOTION BY CERTAIN ASBESTOS CLAIMANTS TO ALLOW LATE FILED PROOFS OF CLAIM; FORWARD ESTIMATION SCHEDULING ORDER TO STROOCK | 0.70 | $252.00 |
| 2/5/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 2/6/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 2/7/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 2/8/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |

File # K0248-00001 INVOICE # 1251080
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/8/2007 | 004 | MF HAHN | REVIEW DOCKET AND PROPERTY DAMAGE CLAIM SCHEDULING ORDER | 0.20 | $72.00 |
| 2/9/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 2/12/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 2/12/2007 | 004 | MF HAHN | REVIEW NEW FILINGS AND TRANSCRIPT OF HEARING HELD 2/7/07 | 0.50 | $180.00 |
| 2/13/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 2/13/2007 | 004 | RW RILEY | REVIEWING MATTERS FOR SCHEDULED FOR FEBRUARY OMNIBUS HEARING | 1.20 | $576.00 |
| 2/15/2007 | 004 | MF HAHN | REVIEW DOCKET AND NEW PLEADINGS FILED; FORWARD DOCUMENTS TO W. KATCHEN | 0.20 | $72.00 |
| 2/15/2007 | 004 | RW RILEY | REVIEWING RECENT FILINGS IN CASE AND MATTERS FOR FEBRUARY OMNIBUS HEARING | 0.70 | $336.00 |
| 2/16/2007 | 004 | DM SPEERS | REVIEWING 3RD CIRCUIT RULES AND TELEPHONE CLERK'S OFFICE RE FORM AND REQUIREMENTS FOR FILING EOA AND COS | 0.40 | $96.00 |

File # K0248-00001 INVOICE # 1251080
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/16/2007 | 004 | DM SPEERS | DRAFTING AND REVISING COS FOR EOA, REVIEW 3RD CRICUIT AND DISTRICT COURT DOCKETS AND COS FOR NOTICES OF APPEAL FILED TO CONFIRM ALL PARTIES TO BE INCLUDED ON SERVICE LIST, DRAFTING SERVICE LIST FOR COS, DRAFTING CORRESPONDENCE TO 3RD CIRCUIT CLERK FILING EOA AND COS, TELEPHONE MAILROOM TO ARRANGE FOR COURIER TO HAND DELIVER FOR FILING, PREPARING FILING AND TIME-STAMP COPIES, DELIVER TO MAILROOM FOR PICK UP BY COURIER | 2.30 | $552.00 |
| 2/16/2007 | 004 | DM SPEERS | PREPARING SERVICE COPIES OF EOA AND COS, PREPARING LABELS AND ENVELOPES FOR SERVICE, FORWARDING SAME VIA REGULAR MAIL | 0.50 | $120.00 |
| 2/20/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 1.00 | $235.00 |
| 2/20/2007 | 004 | DM SPEERS | PREPARING SERVICE COPIES OF CORPORATE DISCLOSURE STATEMENT AND COS, PREPARING LABELS AND ENVELOPES FOR SERVICE, FORWARDING SAME VIA REGULAR MAIL | 0.40 | $96.00 |
| 2/20/2007 | 004 | DM SPEERS | SCAN FILED AND DATE-STAMPED COPIES OF CORPORATE DISCLOSURE STATEMENTS AND COS, EMAIL SAME TO SLROSS | 0.10 | $24.00 |
| 2/20/2007 | 004 | DM SPEERS | DRAFTING AND REVISING COS FOR CORPORATE DISCLOSURE STATEMENT, REVIEWING 3RD LOCAL RULES RE ANY FILING REQUIREMENTS, DRAFTING CORRESPONDENCE TO 3RD CIRCUIT CLERK FILING CORPORATE DISCLOSURE STATEMENT AND COS, TELEPHONE MAILROOM TO ARRANGE FOR COURIER TO HAND DELIVER FOR FILING, PREPARING FILING AND TIME-STAMP COPIES, DELIVER TO MAILROOM FOR PICK UP BY COURIER | 0.70 | $168.00 |

File # K0248-00001 INVOICE # 1251080
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/21/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 2/23/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 2/27/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 2/28/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 2/28/2007 | 004 | WS KATCHEN | REVIEW STROOCK MEMORANDUM; REVIEW FUTURE'S REP. STATUS REPORT | 0.60 | $390.00 |
| | | | Code Total | 11.50 | $3,795.00 |

File # K0248-00001
W.R. GRACE & CO.

INVOICE # 1251080

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/1/2007 | 005 | MR LASTOWSKI | REVIEW APPEAL STATUS | 0.30 | $178.50 |
| 2/5/2007 | 005 | MR LASTOWSKI | REVIEW ASBESTOS PROPERTY DAMAGE DISCOVERY | 0.80 | $476.00 |
| 2/6/2007 | 005 | MR LASTOWSKI | REVIEW MEMORANDA RE: X-RAY ORDER | 0.80 | $476.00 |
| 2/16/2007 | 005 | MR LASTOWSKI | REVIEW PRODUCT IDENTIFICATION EXPERT REPORTS | 3.70 | $2,201.50 |
| 2/21/2007 | 005 | MF HAHN | REVIEW DOCKET; REVIEW SUPPLEMENTAL X-RAY ORDER AND CERTIFICATIONS OF COUNSEL REGARDING REPRODUCTIONS OF X-RAY ORDERS | 0.60 | $216.00 |
| 2/22/2007 | 005 | MF HAHN | REVIEW DOCKET AND NEW PLEADINGS; PROVIDE SAME TO W. KATHCEN | 0.20 | $72.00 |
| 2/22/2007 | 005 | MR LASTOWSKI | REVIEW PRODUCT IDENTIFICATION EXPERT REPORTS | 1.30 | $773.50 |
| 2/23/2007 | 005 | MF HAHN | REVIEW DOCKET AND TRANSCRIPT REGARDING X-RAY ORDER AND HIPPA ISSUES | 0.70 | $252.00 |
| 2/28/2007 | 005 | MF HAHN | REVIEW DEBTOR'S, COMMITTEE'S AND FCR'S STATUS REPORTS ON ESTIMATION; REVIEW DOCKET AND NEW PLEADINGS | 1.40 | $504.00 |
| | | | Code Total | 9.80 | $5,149.50 |

File # K0248-00001 INVOICE # 1251080
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/1/2007 | 006 | MR LASTOWSKI | ANALYSIS OF JP MORGAN CHASE SETTLEMENT | 0.50 | $297.50 |
| 2/12/2007 | 006 | MR LASTOWSKI | REVIEW WILLIAM M. EWING EXPERT REPORT | 0.50 | $297.50 |
| 2/12/2007 | 006 | MR LASTOWSKI | REVIEW KORN EXPERT REPORT | 0.20 | $119.00 |
| 2/12/2007 | 006 | MR LASTOWSKI | REVIEW HUGHSON EXPERT REPORT | 0.20 | $119.00 |
| 2/12/2007 | 006 | MR LASTOWSKI | REVIEW RICHARD J. LEE EXPERT REPORT | 0.70 | $416.50 |
| 2/16/2007 | 006 | MR LASTOWSKI | REVIEW BRIEFS RE PRUDENTIAL APPEAL | 1.30 | $773.50 |
| | | | Code Total | 3.40 | $2,023.00 |

File # K0248-00001
W.R. GRACE & CO.

INVOICE # 1251080

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/27/2007 | 009 | MR LASTOWSKI | REVIEW AND REVISE DUANE MORRIS 21ST QUARTERLY FEE APPLICATION | 0.80 | $476.00 |
| | | | Code Total | 0.80 | $476.00 |

File # K0248-00001 INVOICE # 1251080
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/1/2007 | 012 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE 60TH MONTHLY APPLICATION OF DUANE MORRIS. COORDINATE SERVICE OF SAME. | 0.30 | $52.50 |
| 2/23/2007 | 012 | AT ASH | PREPARATION OF 23RD QUARTERLY APPLICATION OF DUANE MORRIS. | 1.20 | $210.00 |
| 2/23/2007 | 012 | AT ASH | DRAFT 61ST MONTHLY FEE APPLICATION FOR DUANE MORRIS. | 0.30 | $52.50 |
| 2/23/2007 | 012 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF NO OBJECTION RE 60TH MONTHLY APPLICATION OF DUANE MORRIS. | 0.20 | $35.00 |
| 2/23/2007 | 012 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS 60TH MONTHLY FEE APPLICATION | 0.20 | $119.00 |
| 2/26/2007 | 012 | AT ASH | CONTINUE PREPARATION OF 23RD QUARTERLY FEE APPLICATION. | 0.60 | $105.00 |
| | | | Code Total | 2.80 | $574.00 |

File # K0248-00001
W.R. GRACE & CO.

INVOICE # 1251080

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/5/2007 | 013 | AT ASH | DRAFT CERTIFICATION OF NO OBJECTION RE 68TH MONTHLY APPLICATION OF STROOCK. | 0.20 | $35.00 |
| 2/7/2007 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE 34TH MONTHLY APPLICATION OF CAPSTONE. | 0.30 | $52.50 |
| 2/7/2007 | 013 | MR LASTOWSKI | SIGN NOTICE OF FILING OF CAPSTONE MONTHLY FEE APPLICATION | 0.10 | $59.50 |
| 2/22/2007 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF NO OBJECTION RE 69TH MONTHLY APPLICATION OF STROOCK. | 0.20 | $35.00 |
| | | | Code Total | 0.80 | $182.00 |

File # K0248-00001
W.R. GRACE & CO.

INVOICE # 1251080

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/1/2007 | 015 | MR LASTOWSKI | REVIEW ORDERS ENTERED AT JANUARY OMNIBUS HEARING | 0.50 | $297.50 |
| 2/2/2007 | 015 | MR LASTOWSKI | REVIEW ASBESTOS PERSONAL INJURY COMMITTEE'S OBJECTION TO DEBTORS' EXPEDITE MOTION TO MODIFY X-RAY ORDER | 0.50 | $297.50 |
| 2/24/2007 | 015 | MR LASTOWSKI | REVIEW ITEMS IN AGENDA FOR MARCH OMNIBUS HEARING | 2.90 | $1,725.50 |
| 2/26/2007 | 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND OMNIBUS HEARING | 2.60 | $1,547.00 |
| | | | Code Total | 6.50 | $3,867.50 |

File # K0248-00001 INVOICE # 1251080
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/16/2007 | 016 | SL ROSS | E-MAIL EXCHANGE WITH M. LASTOWSKI AND A. KRIEGER REGARDING K. PASQUALE'S ENTRY OF APPEARANCE; RECEIVED AND REVIEWED THE MOTION TO EXPEDITE THE APPEAL AND RELATED CERTIFICATE OF SERVICE; CONFIRMED WHAT PARTIES WERE TO RECEIVE SERVICE OF THE ENTRY OF APPEARANCE; CAUSED A CERTIFICATE OF SERVICE TO BE DRAFTED; REVIEWED THE CERTIFICATE OF SERVICE TO CONFIRM ALL SERVICE PARTIES AND ADDRESSES WERE CORRECT; CAUSED THE ENTRY OF APPEARANCE AND RELATED CERTIFICATE OF SERVICE TO BE FILED AND SERVED. | 0.50 | $140.00 |
| 2/23/2007 | 016 | ME HOFFMAN | LEGAL RESEARCH RE ABSOLUTE RIGHT OF COMMITTEE TO INTERVENE IN THIRD CIRCUIT. | 0.30 | $79.50 |
| 2/23/2007 | 016 | SL ROSS | E-MAIL EXCHANGE WITH K. PASQUALE REGARDING THE CALL HE RECEIVED FROM THE COURT CLERK WITH RESPECT TO THE ENTRY OF APPEARANCE THAT WAS FILED WITH THE THIRD CIRCUIT; TELEPHONE CALL WITH M. LASTOWSKI REGARDING SAME; TELEPHONE CALL WITH THE THIRD CIRCUIT CT. CLERK REGARDING SAME; CAUSED M. HOFFMAN TO PULL CERTAIN CASE LAW HOLDING A COMMITTEE HAS AN ABSOLUTE RIGHT TO INTERVENE; RECEIVED CASE LAW FROM M. HOFFMAN AND FORWARDED TO M. LASTOWSKI. | 0.20 | $56.00 |
| 2/27/2007 | 016 | SL ROSS | SEARCHED SYSTEM FOR A THIRD CIRCUIT CERTIFICATION OF UNCONTESTED MOTION FORM; DRAFTED A CERTIFICATION AND FORWARDED TO K. PASQUALE; E-MAIL EXCHANGE WITH K. PASQUALE REGARDING SAME. | 0.30 | $84.00 |
| | | | Code Total | 1.30 | $359.50 |

File # K0248-00001
W.R. GRACE & CO.

INVOICE # 1251080

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/5/2007 | 017 | MR LASTOWSKI | REVIEW ISSUES RE: EXCLUSIVITY APPEAL | 0.80 | $476.00 |
| 2/15/2007 | 017 | MR LASTOWSKI | REVIEW BRIEFS RE EXPEDITING EXCLUSIVITY APPEAL | 1.30 | $773.50 |
| 2/16/2007 | 017 | MR LASTOWSKI | REVIEW APPELLATE ISSUES RELATING TO COMMITTEE'S PARTICIPATION IN THIRD CIRCUIT APPEAL RE: EXCLUSIVITY | 0.30 | $178.50 |
| 2/23/2007 | 017 | MR LASTOWSKI | REVIEW APPELLATE ISSUES RELATING TO COMMITTEE'S PARTICIPATION IN THIRD CIRCUIT APPEAL RE: EXCLUSIVITY | 1.30 | $773.50 |
| 2/28/2007 | 017 | MR LASTOWSKI | REVIEW APPEAL STATUS | 0.40 | $238.00 |
| | | | Code Total | 4.10 | $2,439.50 |

File # K0248-00001 INVOICE # 1251080
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/1/2007 | 025 | WS KATCHEN | RESEARCH LATEST §524(G) OPINION AT 1/2. | 0.90 | $585.00 |
| 2/2/2007 | 025 | WS KATCHEN | REVIEW STROOCK MEMO; REVIEW DEBTOR'S OPPOSITION - FOSTER SEARS. | 0.40 | $260.00 |
| 2/5/2007 | 025 | WS KATCHEN | REVIEW STIPULATION RESOLVING CLAIMS JPM CHASE BANK; REVIEW DEBTOR'S CERTIFICATION AND STIPULATION REGARDING BNSF PROPERTY DAMAGE CLAIM; REVIEW CERTIFICATION OF COUNSEL REGARDING FEB. 21, 2007 CONFERENCE; REVIEW DEBTOR'S REPLY AND DECLARATION OF MARK SHELNITZ. | 0.50 | $325.00 |
| 2/5/2007 | 025 | WS KATCHEN | REVIEW FUTURE CLAIMANTS' MEMO AND JOINDER ON X-RAYS. | 0.10 | $65.00 |
| 2/5/2007 | 025 | WS KATCHEN | REVIEW LIBBY STATUS REPORT. | 0.20 | $130.00 |
| 2/6/2007 | 025 | WS KATCHEN | REVIEW NOTICE OF APPEAL TO 3D CIR. ON §1121(D). | 0.10 | $65.00 |
| 2/7/2007 | 025 | WS KATCHEN | REVIEW ZAI REPLY TO APPEAL MOTION UPDATE COMMITTEE MEMBER. | 0.70 | $455.00 |
| 2/8/2007 | 025 | WS KATCHEN | REVIEW CAPSTONE REPORT - CONFIDENTIAL TRANSACTIONS 2/6/07. | 0.20 | $130.00 |
| 2/9/2007 | 025 | WS KATCHEN | REVIEW STROOCK MEMO; REVIEW COMMITTEE EMAIL RESPONSES. | 0.30 | $195.00 |
| 2/9/2007 | 025 | WS KATCHEN | UPDATE ON PRODUCTION X-RAYS AND MOTION TO MODIFY ORDER DEC. 22, 2006; FORWARD MATERIAL TO STROOCK. | 0.50 | $325.00 |
| 2/12/2007 | 025 | WS KATCHEN | REVIEW SUBPOENA TO CLAIMS RESOLUTION MANAGEMENT CORP.; REVIEW CERTIFICATION OF COUNSEL REGARDING REAUD MORGAN & QUINN INC.; REVIEW DEBTOR'S MOTION FOR ENTRY ORDER REGARDING DEPOSITION OF LUCAS; REVIEW EXHIBIT A TO ABOVE MOTION. | 0.40 | $260.00 |
| 2/14/2007 | 025 | WS KATCHEN | STATUS UPDATE. | 0.20 | $130.00 |
| 2/15/2007 | 025 | WS KATCHEN | REVIEW MOTION FOR EXPEDITED APPEAL 3D CIR. | 1.30 | $845.00 |
| 2/26/2007 | 025 | WS KATCHEN | REVIEW APPEAL BRIEF 3D CIR. / MEMO OPINION ORDER. | 0.30 | $195.00 |
| 2/27/2007 | 025 | WS KATCHEN | REVIEW AND EXCHANGE EMAILS WITH K. PASQUALE REGARDING 3D CIR. APPEAL. | 0.30 | $195.00 |

File # K0248-00001 INVOICE # 1251080
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/27/2007 | 025 | WS KATCHEN | REVIEW STIPULATIONS EXTENDING TIME TO RESPOND TO QUESTIONNAIRES; REVIEW ORDER ON MINIMUM FUNDING TO PENSION PLANS; REVIEW ORDER ON CLAIMS OBJECTIONS; REVIEW STATUS REPORT CLAIMS ESTIMATION. | 0.60 | $390.00 |
| | | | Code Total | 7.00 | $4,550.00 |

File # K0248-00001 INVOICE # 1251080
W.R. GRACE & CO.

| | | |
|---|---|---|
| TOTAL SERVICES | 48.00 | $23,416.00 |

File # K0248-00001 INVOICE # 1251080
W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---|
| 2/1/2007 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B.SIEGELESQUIRE AT SENIOR VP & GENERAL COUNSEL - COLUMBIA, MD FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798598368201) | | 5.80 |
| 2/1/2007 | OVERNIGHT MAIL PACKAGE SENT TO STROOCK & STROOCK & LAVAN LLP - NEW YORK CITY, NY FROM WILLIAM S KATCHEN AT DUANE MORRIS LLP - NEWARK, NJ (TRACKING #857511286220) | | 8.02 |
| 2/1/2007 | OVERNIGHT MAIL PACKAGE SENT TO THE ODORE GEWERTZ ESQ AT WACHTELL LIPTON ROSEN & KATZ - NEW YORK CITY, NY FROM WILLIAM S KATCHEN AT DUANE MORRIS LLP - NEWARK, NJ (TRACKING #857511286231) | | 7.62 |
| 2/1/2007 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAYESQUIRE AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791222961033) | | 8.44 |
| 2/28/2007 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAYESQUIRE AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791242571528) | | 8.52 |
| 2/28/2007 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B. SIEGELESQUIRE AT SENIOR VP & GENERAL COUNSEL - COLUMBIA, MD FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798617981844) | | 5.86 |
| | | Total: | $44.26 |
| 2/28/2007 | MESSENGER SERVICE | | 20.00 |
| | | Total: | $20.00 |
| 2/28/2007 | PRINTING & DUPLICATING | | 17.25 |
| | | Total: | $17.25 |
| | TOTAL DISBURSEMENTS | | $81.51 |