## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| W.R. Grace & Co., et al., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

### CERTIFICATE OF SERVICE

I, Michael R. Lastowski, hereby certify that on April 13, 2007, I caused a copy of the foregoing Sixty-*Second Monthly Application of Duane Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period February 1, 2007 through February 28, 2007* to be served upon the Notice Parties as indicated on the attached service list.

Dated: April 13, 2007
Wilmington, Delaware

_____
Michael R. Lastowski (DE 3892)

DM3\504024.1

## W. R. GRACE FEE APPLICATION SERVICE LIST

### *Hand Delivery*

David Klauder, Esquire
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801

### *Via Overnight Mail*

David B. Siegel, Esquire
Senior Vice President and General Counsel
7500 Grace Drive
Columbia, MD 21044

Steve Bossay, Esquire
Warren H. Smith & Associates
Republic Center
325 N. St. Paul, Suite 4080
Dallas, TX 75201

### *Via E-Mail*

william.sparks@grace.com
james_kapp@chicago.kirkland.com
dcarickhoff@pszyj.com
syoder@bayardfirm.com
jsakalo@bilzin.com
ttacconelli@ferryjoseph.com
pvnl@capdale.com
mhurford@del.camlev.com
cl@del.camlev.com
pbentley@kramerlevin.com
currier@klettrooney.com
david.heller@lw.com
carol.hennessey@lw.com
feeaudit@whsmithlaw.com