# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

Claimants' Response to W.R. Grace's Motion for Summary Judgment

Darrell W. Scott, Esq.
Burke D. Jackowich, Esq.
Lukins & Annis, PS
717 W. Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Facsimile: (509) 747-2323
ADDITIONAL SPECIAL COUNSEL

Edward J. Westbrook, Esq.
Robert M. Turkewitz, Esq.
James L. Ward, Esq.
Robert S. Wood, Esq.
Richardson, Patrick, Westbrook & Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC 29464
Telephone: (843) 727-6513
Facsimile: (843) 727-6688
ZAI CLAIMANTS' SPECIAL COUNSEL

William D. Sullivan, Esq.
Charles Brown, Esq.
Eluzufon Auston Reardon Tarlov & Mondell
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899
Telephone: (302) 428-3181
Facsimile: (302) 777-7244
COUNSEL FOR THE ZONOLITE CLAIMANTS,
BARBANTI, BUSCH, PREBIL, AND PRICE

Dated: August 8, 2003

EXHIBIT A

disease, or because there are, as yet, no epidemiological studies concerning the health risks associated with asbestos contamination of office buildings.

City of Greenville, 827 F.2d at 980 n.2.[62] The absence of a ZAI epidemiological study is likewise not a viable defense for Grace.

The fact that exposure to Libby amphibole asbestos is capable of causing disease is undeniable. An epidemiological study of Libby mine workers showed significant asbestos disease.[63] An animal study[64] commissioned by Grace concluded that Libby amphibole asbestos is capable of causing disease.[65] Even the Libby ATSDR Report on which Grace so heavily relies concluded that the odds ratios for those who "handled vermiculite insulation" showed a "statistically significant elevation" of disease risk.[66] The Libby ATSDR report

---

[62] See Ferebee v. Chevron Chem. Co., 736 F.2d 1529, 1535-36 (D.C. Cir. 1984) (recovery not precluded until a "'statistically significant' number of people have been injured or until science has had the time and resources to complete sophisticated laboratory studies"); Bonner v. ISP Tech., Inc., 259 F.3d 924, 929 (8th Cir. 2001) ("there is no requirement that published epidemiological studies supporting an expert's opinion exist in order for the opinion to be admissible").

[63] J.C. McDonald, et al., Cohort Study of Mortality of Vermiculite Miners Exposed to Tremolite, British J. of Indus. Med. 43:436-44 (1986) [Attach. 70].

[64] Because of the limitations of epidemiology, animal testing presents an accepted alternative to determining the potential for a substance to cause disease in humans. See Science and Judgment in Risk Assessment, Nat'l Research Council at 2 (1994) [Attach. 71].

[65] William E. Smith, Final Report on Biologic Tests of Samples 22260p5 and 22263p2, Health Research Inst., Fairleigh Dickinson Univ. (Dec. 20, 1979) [Attach. 72]. Grace rejected Dr. Smith's suggestion to inject animals with smaller amounts of asbestos to test Grace's assertion that a safe level could be found. Dr. Smith stated: "I guess they felt they had the answer . . . . The material was carcinogenic." Michael Moss & Adriane Appel, Protecting the Product: A Special Rep.; Company's Silence Countered Safety Fears About Asbestos, N.Y. Times, July 9, 2001, at A1 [Attach. 73].

[66] ATSDR, Year 2000 Med. Testing of Individuals Potentially Exposed to Asbestiform Minerals Associated with Vermiculite in Libby, MT at 23 (Aug. 23, 2001) [Attach. 74]. The study concluded that 20.9% of those who "sometimes" handled vermiculite insulation showed pleural abnormality, and 26.6% of those who "frequently" handled showed pleural abnormality. Id. at 11. Those who "sometimes" handled vermiculite insulation were 1.8 times more likely, and those who "frequently" handled vermiculite insulation were 2.4 times more likely, to have pleural abnormality than someone who never handled vermiculite insulation. Id. at 12. However, because 40% of those tested reported six or more asbestos exposure pathways, including heavy exposures such as working in the Libby mine or mill, handling vermiculite insulation was not shown to be a factor "most strongly" related to pleural abnormality. Id. at 17, 23.

does not exonerate ZAI from disease causation. Rather, the numerous other exposures at Libby made it impossible to isolate and study ZAI exposure with any precision.

### D. Grace's Risk Assessment is Unnecessary to Prove Building Contamination and is Fatally Flawed.

Grace relies on a risk assessment by Dr. Elizabeth Anderson to persuade this Court that its asbestos-contaminated ZAI is safe. However, Claimants have already shown in Section I that no risk assessment or "doubling risk" is necessary to prove property contamination. Moreover, while Dr. Anderson is a qualified risk assessor, her calculations are totally dependent on the data supplied by Grace. This data is infected with unwarranted assumptions and totters on the three-legged stool of Dr. Lee's "creative" microscopy. The old adage "Garbage in, Garbage out", is amply proven here. Indeed, Dr. Anderson's equations condemn Grace's position when more realistic exposure scenarios are modeled.

Dr. Anderson produced a series of estimated risks to homeowners and contractors engaging in activities that disturb ZAI. The first significant problem with the risk assessment is its reliance on Dr. Lee's analysis. Without Dr. Lee's artificially low results, Grace's estimated risks would skyrocket. Even assuming that Dr. Lee's fiber counts were correct, Dr. Anderson's risk assessment still hurts Grace's case more than it helps. Her estimated risks are as high as 240 excess deaths per million.[67] Grace deems this risk acceptable for others. Claimants do not, both because it is higher than EPA's level of concern (one in a million), and because it severely underestimates the real risk when accurate numbers are used.

To justify its position, Grace advocates using the most severe end of the EPA risk range for CERCLA sites. That range is a cancer risk of 1 in 10,000 to 1 in 1,000,000. 40

---

[67] Elizabeth L. Anderson, Assessment of the Potential Risks to Homeowners and Residential Contractors From Asbestos Exposure Associated With Vermiculite Attic Insulation at 43, Table V-8 (Apr. 14, 2003) ("Anderson Rep.") [Attach. 75].

21