# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., [1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Re: Docket Nos. 4009 & 4204 |

### REPLY OF W. R. GRACE & CO. TO ZAI CLAIMANTS' RESPONSE TO GRACE'S MOTION FOR SUMMARY JUDGMENT

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Claimants also erroneously contend that the issue in this Science Trial is whether Libby amphibole asbestos is capable of causing disease. Claimants' Response at 20. This flies in the face of this Court's prior pronouncement:

> So, to the extent that there are documents that sho[w] some medical history of disease in Libby, Montana that's simply a result of the vermiculite mining operation, I don't consider that to be relevant. I don't see how at this stage of the trial that's going to advance anything.
>
> What we need to do is get the information to your expert that they're going to want in order to determine whether Z.A.I. poses some unreasonable risk of harm and that's what I'm trying to get to.
>
> \* \* \*
>
> It's not the product it goes into. It is the finished product that's in question. It doesn't matter what that vermiculite -- what danger level the vermiculite has in its nature state or in some work in process state. It matters about the finish[ed] product, doesn't it? That's what I'm trying.

Transcript of Omnibus Hearing Before Hon. Judith K. Fitzgerald, Sept. 23, 2002, at 52, 62.

Finally, Claimants contend that the Libby ATSDR Report concluded that persons who handled vermiculite insulation are at a "statistically significant elevation" of disease risk. Claimants' Response at 20-21. This contention is false. Claimants rely here on what the ATSDR calls a "crude analysis" of x-ray results, an analysis that does "not account for the possible influence of confounding variables or multiple exposures, and so cannot be used to establish a causal relationship." ATSDR Report, Appendix to Grace's Summary Judgment Brief, Exh. A at 10-12.

In fact, the ATSDR Report did not find that ZAI was linked to adverse health effects. *See* Whitman Letters, Appendix to Grace's Summary Judgment Brief, Exh. K, Responses at 2

---

Continued from previous page

tremolite in Libby vermiculite and were freely provided to Grace customers. *See, e.g.*, letters of March 29, June 1, and July 11, 1979, Appendix, Exh. B.