## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., <u>et</u> <u>al</u>. | Case No. 01-01139 (JKF)<br>Jointly Administered |
| Debtors. | **Regarding Docket No. 14933** |

## CERTIFICATION OF NO OBJECTION
## <u>REGARDING DOCKET NO. 14933</u>

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **Thirty-Fifth Interim Application of Capstone Advisory Group, LLC, Financial Advisors to the Official Committee of Unsecured Creditors, for Allowance of Compensation and for Services Rendered and Reimbursement of Expenses Incurred (For The Period December 1, 2006 Through December 31, 2006)** (the "Application") [Docket No. 14933] filed on March 22, 2007.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than April 11, 2007 at 4:00 p.m.

Pursuant to the Order Appointing Fee Auditor and Establishing Related Procedures

Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of

Professionals and Members of the Official Committees and Consideration of Fee Applications

signed November 20, 2001, the Debtors are hereby authorized to immediately pay eighty percent

(80%) of requested compensation ($47,704.40) and one hundred percent (100%) of expenses

($381.70) without further order from the court.


Dated: April 13, 2007
      Wilmington, Delaware

                                      Michael R. Lastowski (DE 3892)
                                      Richard W. Riley (DE 4052)
                                      DUANE MORRIS LLP
                                      1100 N. Market Street, Suite 1200
                                      Wilmington, DE 19801-1246
                                      Telephone:   (302)-657-4900
                                      Facsimile:   (302)-657-4901
                                      Email:       mlastowski@duanemorris.com
                                                          rwriley@duanemorris.com

                                      *Co-Counsel for the Official*
                                      *Committee of Unsecured Creditors*