## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

_____
                                    )
**In re:**                          )              **Chapter 11**
                                    )
**W.R.GRACE & CO., et al.,**        )              **Case No. 01-01139 (JKF)**
                                    )
                      **DEBTOR**    )
_____)


### CERTIFICATE OF SERVICE

I, Stephen G. Murphy, hereby certify that I have this day served a copy of the

within *Response By Commissioner Of Massachusetts Department Of Revenue To*

*Trustee's Omnibus Objection To Claims*, by first class mail, postage prepaid, upon the

parties or persons appearing on the accompanying SERVICE LIST attached hereto, in

addition to those who were listed as being served electronically.




                                    *// s // Stephen G. Murphy*

                                    Stephen G. Murphy, Esquire
                                    Dated: April 13, 2007

## SERVICE LIST

**In re W.R.GRACE & CO., et al.**
**Chapter 11, Case No. 01-01139 (JKF)**

Todd F. Maynes, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, ILL 60601

Lori Sinanyan, Esquire
Kirkland & Ellis, LLP
777 South Figueroa Street
Los Angeles, CA 90017

James E. O'Neill, Esquire
Pachulski, Stang, Ziehl, Young,
        Jones & Weintraub, LLP
919 North Market Street, 17th Flr.
P.O. Box 8705
Wilmington, DE 19899-8705

Lewis Kruger, Esquire
Stroock, Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esqiure
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246

Scott L. Baena, Esquire
Bilzin, Sumberg, Dunn, Beana
        Price & Axelrod
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Peter Van L. Lockwood, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

Gary Becker, Esquire
Kramer, Levin, Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esquire
Buchanan, Ingersoll & Roney, P.C.
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397

Richard H. Wyron, Esquire
Orrick, Herrington & Sutcliffe, LLP
3050 K Street, NW
Suite 300
Washington, DC 20007

John C. Phillips, Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Office of the U.S. Trustee
Attn: David Klauder, Esquire
844 N. King Street
Wilmington, DE 19801