# EXHIBIT 1

{D0015842:1 }

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------- x | : | Chapter 11 |
| In re | : | |
| | : | Delaware Bankruptcy |
| W.R. GRACE et al., | : | Case No. 01-01139 (JKF) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | Objection Deadline: December 3, 2004 |
| ------------------------------------------------------- x | | Hearing Date: December 20, 2004 at 12pm |

**APPLICATION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS FOR AN ORDER, *NUNC PRO TUNC* TO OCTOBER 29, 2004, APPROVING AND AUTHORIZING THE RETENTION AND EMPLOYMENT OF LEXECON LLC AS ASBESTOS CLAIMS CONSULTANT TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS**

The Official Committee of Equity Security Holders (the **"Equity Committee"**) of the above-captioned debtors and debtors in possession (the **"Debtors"**), by and through their undersigned attorneys, respectfully submit this application (the **"Application"**), which seeks entry of an order, *nunc pro tunc* to October 29, 2004, authorizing the Equity Committee to employ Lexecon LLC (**"Lexecon"**) as asbestos claims consultants to the Equity Committee pursuant to sections 1103(a) and 328(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the **"Bankruptcy Code"**), and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the **"Bankruptcy Rules"**). In support of this Application, the Equity Committee relies upon the Declaration of Dr. Gustavo E. Bamberger (the **"Bamberger Declaration"**), attached hereto as Exhibit A, and represents as follows:

asbestos claims. The Equity Committee therefore seeks to retain an asbestos valuation expert as described herein.

6.     Accordingly, by this Application, the Equity Committee respectfully requests that the Court enter an order pursuant to sections 1103(a) and 328(a) of the Bankruptcy Code, and Rules 2014(a) and 2016 of the Bankruptcy Rules:

> (a) authorizing the retention and employment of Lexecon as asbestos claims consultant to the Equity Committee for the purpose of providing the services described herein on the terms and conditions set forth in that certain Retention Agreement dated November 5, 2004 and attached as Exhibit B, and
>
> (b) granting such further and other relief as this Court deems just and proper.

7.     The Equity Committee requests that such retention be *nunc pro tunc* to October 29, 2004, the date Lexecon commenced services for the Equity Committee.

## LEXECON'S QUALIFICATIONS

8.     The Equity Committee has selected Lexecon as its asbestos claims consultant because of its extensive and diverse experience, knowledge and reputation in the field of economic and statistical analysis, including in the asbestos claims field. Lexecon is well-qualified to provide the asbestos claims consulting services and expertise that are required by the Equity Committee in these chapter 11 cases. Lexecon is a leading consulting firm that specializes in the analysis of complex economic and statistical issues in connection with legal and regulatory proceedings and other business activities. Lexecon often serves as an expert on such issues and has been retained by national and international companies to assist with litigation in numerous forums. Gustavo E. Bamberger, Ph.D., a Senior Vice President of Lexecon who will take the lead role in Lexecon's services to the Equity Committee, in addition to testifying as