# EXHIBIT 2

{D0015843:1 }

```
                    UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF DELAWARE

IN RE:                              . Case No.  01-01139
                                    .
  W. R. GRACE & CO., et al,         .
                                    . 5414 USX Tower Building
                        Debtors,    . Pittsburgh, PA 15222
                                    . December 20, 2004
. . . . . . . . . . . . . . . . . . . 12:09 p.m.

                    TRANSCRIPT OF OMNIBUS HEARING
              BEFORE HONORABLE JUDITH K. FITZGERALD
                UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

For the Debtor:             Kirkland & Ellis LLP
                            By:  JANET S. BAER, ESQ.
                            200 Randolph Drive
                            Chicago, IL 60601

For the Debtor:             Pachulski, Stang, Ziehl, Young,
                                Jones & Weintraub, P.C.
                            By:  DAVID W. CARICKHOFF, ESQ.
                            919 N. Market St., 16th Floor
                            P. O. Box 8705
                            Wilmington, DE 19899-8705

For the Official Committee  Kramer Levin Naftalis & Frankel
of Equity Security Holders:     LLP
                            By:  PHILIP BENTLEY, ESQ.
                            919 Third Avenue
                            New York, NY 10022




Audio Operator:             Janet Kozloski

Proceedings recorded by electronic sound recording, transcript
              produced by transcription service.
```

---

**J&J COURT TRANSCRIBERS, INC.**
268 Evergreen Avenue
Hamilton, New Jersey 08619
E-Mail:  jjcourt@optonline.net
(609) 586-2311    Fax No.  (609) 587-3599

1  you will, in that procedure vis a vis what role the debtor is
2  going to have in that.  So that's our view on the subject, Your
3  Honor.  Thank you.
4          THE COURT:  All right.  Mr. Baena?
5          MR. BAENA:  I'd only be duplicating the argument,
6  Your Honor.
7          THE COURT:  Well, I am a little confused, since there
8  is no settlement on the table and we're not close I think yet
9  to determining where and how the estimation process is actually
10 going to take place, as to why the Equity Committee needs an
11 expert now.  I'm not sure that the interests of equity and the
12 debtor or not aligned in this issue of the estimation.  It may
13 turn out they're not, and what I'm not clear about is is that
14 what you're trying to determine, meaning do you have had access
15 to the debtor's information, is there something about it that
16 you challenge?
17         MR. BENTLEY:  Does this microphone work, Your Honor?
18         THE COURT:  Yes.
19         MR. BENTLEY:  Yes.  Okay.  Your Honor, the reason
20 what crystallized in our minds the need for an expert now was
21 what happened in late October, and that was with no expectation
22 on anybody's part, I think that it -- that this would happen
23 the debtors apparently came extremely close to a settlement
24 with the tort claimants.
25         THE COURT:  Well, if that's the case, why are we

**J&J COURT TRANSCRIBERS, INC.**