# EXHIBIT 4

{D0015845:1 }

```
              UNITED STATES BANKRUPTCY COURT
                  DISTRICT OF DELAWARE

IN RE:                          . Case No.  01-01139
                                .
  W. R. GRACE & CO., et al,     .
                                . 5414 USX Tower Building
              Debtors,          . Pittsburgh, PA 15222
                                . December 20, 2004
. . . . . . . . . . . . . . . . . 12:09 p.m.

               TRANSCRIPT OF OMNIBUS HEARING
          BEFORE HONORABLE JUDITH K. FITZGERALD
           UNITED STATES BANKRUPTCY COURT JUDGE
```

APPEARANCES:

For the Debtor:                Kirkland & Ellis LLP
                               By:   JANET S. BAER, ESQ.
                               200 Randolph Drive
                               Chicago, IL 60601

For the Debtor:                Pachulski, Stang, Ziehl, Young,
                                   Jones & Weintraub, P.C.
                               By:   DAVID W. CARICKHOFF, ESQ.
                               919 N. Market St., 16th Floor
                               P. O. Box 8705
                               Wilmington, DE 19899-8705

For the Official Committee     Kramer Levin Naftalis & Frankel
of Equity Security Holders:        LLP
                               By:   PHILIP BENTLEY, ESQ.
                               919 Third Avenue
                               New York, NY 10022


Audio Operator:                Janet Kozloski

Proceedings recorded by electronic sound recording, transcript
          produced by transcription service.

---

**J&J COURT TRANSCRIBERS, INC.**
**268 Evergreen Avenue**
**Hamilton, New Jersey 08619**
**E-Mail:   jjcourt@optonline.net**
**(609) 586-2311   Fax No.   (609) 587-3599**

1        MR. BENTLEY:  We have not asked them to provide a
2   budget yet.  We can, Your Honor.
3        THE COURT:  I'd like a budget.
4        MR. BENTLEY:  Okay.  We'll come up with --
5        THE COURT:  Because I think part of this and whether
6   or not it's premature is going to be driven by how much this is
7   going to cost the estate, and I just don't know at this point,
8   since we're pretty far from estimation, and I'm not aware of
9   settlement talks.  Am I the last to know?
10       MS. BAER:  Your Honor, with respect to the Asbestos
11  Committees there has been no substantial progress since last we
12  were here.  With respect to equity and the unsecured, we do
13  have in fact a joint Chapter 11 plan we're about to prepare and
14  file.
15       MR. LOCKWOOD:  Those sort of settlement talks, Your
16  Honor, can best be characterized by the old phrase about
17  kissing your sister.
18       THE COURT:  Well, the issue, though, is if you're
19  actually going to have a settlement with the Equity Committee
20  do you need a separate estimation issue?  I mean, if you're
21  going to be co-proponents aren't you going to use the same
22  experts?
23       MS. BAER:  Your Honor, for example, we actually had
24  meetings last week with equity and with the unsecureds to go
25  through with them what we believe are the appropriate ways to