# EXHIBIT 5

{D0043451:1 }

```
                    UNITED STATES BANKRUPTCY COURT
                         DISTRICT OF DELAWARE

IN RE:                              . Case No.  01-01139
                                    .
  W. R. GRACE & CO., et al,         .
                                    . 5414 USX Tower Building
                         Debtors,   . Pittsburgh, PA 15222
                                    . December 20, 2004
. . . . . . . . . . . . . . . . . . . 12:09 p.m.

                    TRANSCRIPT OF OMNIBUS HEARING
              BEFORE HONORABLE JUDITH K. FITZGERALD
              UNITED STATES BANKRUPTCY COURT JUDGE

APPEARANCES:

For the Debtor:             Kirkland & Ellis LLP
                            By:  JANET S. BAER, ESQ.
                            200 Randolph Drive
                            Chicago, IL 60601

For the Debtor:             Pachulski, Stang, Ziehl, Young,
                                Jones & Weintraub, P.C.
                            By:  DAVID W. CARICKHOFF, ESQ.
                            919 N. Market St., 16th Floor
                            P. O. Box 8705
                            Wilmington, DE 19899-8705

For the Official Committee  Kramer Levin Naftalis & Frankel
of Equity Security Holders:     LLP
                            By:  PHILIP BENTLEY, ESQ.
                            919 Third Avenue
                            New York, NY 10022




Audio Operator:             Janet Kozloski

Proceedings recorded by electronic sound recording, transcript
              produced by transcription service.
```

---

**J&J COURT TRANSCRIBERS, INC.**
**268 Evergreen Avenue**
**Hamilton, New Jersey 08619**
**E-Mail:  jjcourt@optonline.net**
**(609) 586-2311    Fax No.   (609) 587-3599**

1  unimpaired.

2          MR. LOCKWOOD:  Under --

3          THE COURT:  That's what the --

4          MR. LOCKWOOD:  You're right.

5          THE COURT:  -- that's what the debtor is looking at.

6          MR. LOCKWOOD:  That's -- they're looking at 1126 --

7          THE COURT:  Yes.

8          MR. LOCKWOOD:  -- not 524.

9          THE COURT:  Okay.  Anyway, back to this.  It seems to
10 me that to the extent that what the Equity Committee does is
11 wants an opportunity to make sure that its support of the plan
12 is appropriate for its own constituency.  This is probably
13 appropriate, but it has to be within reasonable limits, because
14 I am not seeing how the debtor and the Equity Committee's
15 interests are at such a variance that the Equity Committee
16 needs its own expert for this estimation purpose.  I may be
17 convinced otherwise if your expert comes in and says the
18 debtor's experts did this, this, this and this wrong and
19 therefore we need to redo the information, but if they're
20 basically going to say, yes, the analysis is appropriate, and
21 you simply need an opportunity to say, yes, we agree, or no, we
22 don't, at least for that limited purpose I'm provided to permit
23 the Committee to retain an expert right now.  Whether you need
24 one after that I'm not convinced yet.
25          MR. BENTLEY:  Understood, Your Honor.  Our objective