**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

    I, Kathryn S. Keller, of Campbell & Levine, LLC, hereby certify that on April 13, 2007 I caused a copy of the *Objection of the Official Committee of Asbestos Personal Injury Claimants to the Official Committee of Equity Security Holders Motion to Modify Order Allowing Retention of Lexecon LLC as Asbestos Claims Consultant to the Official Committee of Equity Security Holders* to be served upon the attached 2002 service list via first-class mail unless otherwise indicated.

                                            */s/ Kathryn S. Keller*
                                            Kathryn S. Keller (DE No. 4660)

Dated: April 13, 2007

{D0082665.1 }