IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Related to: Docket No. 15156 |

**DEBTORS' SUBMISSION OF ASBESTOS PD CLAIMS
IN THE ORDER TO BE ADJUDICATED AT THE
APRIL 23-25, 2007 PRODUCT IDENTIFICATION HEARING**

In accordance with this Court's April 11, 2007 Modified Amended Scheduling Order Regarding Objections to Asbestos PD Claims, Docket No. 15156, the Debtors hereby submit the following claims in the order to be adjudicated at the April 23-25, 2007 product identification hearing .

I.  <u>Speights & Runyan – Canadian Claims (43)</u>

11323
11618
11620
11678
11683
12293
12303
12304
12305
12306
12307
12308
12309
12310
12311
12312
12313
12314
12316
12317
12322
12331

12346
12348
12368
12395
12396
12400
12401
12427
12430
12440
12443
12489
12490
12493
12525
12526
12527
12528
12532
12536
13950

II. <u>Motley Rice Claims (2)</u>

3406
6941

III. <u>Hahn & Hessen Claims (16)</u>

10648
10649
10650
10651
10652
10653
10654
10655
10656
10657
10658
10659
10660
10661
10662
14411

- 3 -

IV. <u>Speights & Runyan – U.S. Claims (20)</u>

    6637
    10516
    10523
    10668
    10672
    10696
    10700
    11018
    11026
    11039
    11104
    11124
    11128
    11133
    11226
    11262
    11389
    11428
    11550
    14410

V. <u>Miscellaneous – Pro Se Claims (4)</u>

    1724  (Whitenberg)
    5987  (Johnson)
    11314 (City of Philadelphia)
    12780 (First Presbyterian)

April 13, 2007

> REED SMITH LLP
> James J. Restivo, Jr.
> Lawrence E. Flatley
> Douglas E. Cameron
> Traci S. Rea
> 435 Sixth Avenue
> Pittsburgh, PA 15219
> (412) 288-3131
>
> and
>
> KIRKLAND & ELLIS LLP
> David M. Bernick, P.C.
> Lisa G. Esayian
> Janet S. Baer
> 200 East Randolph Drive
> Chicago, IL 60601
> (312) 861-2000
>
> and
>
> PACHULSKI STANG ZIEHL YOUNG
> JONES & WEINTRAUB LLP
>
> _____
> Laura Davis Jones (Bar No. 2436)
> James E. O'Neill (Bar No. 4042)
> Timothy P. Cairns (Bar No. 4228)
> 919 North Market Street, 17th Floor
> P. O. Box 8705
> Wilmington, DE 19899-8705
> (302) 652-4100
> Co-Counsel for the Debtors and
> Debtors in Possession