IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| _____ | ) | **Re: Docket No. 15156** |

**FINAL DESIGNATION OF EXHIBITS FOR CLAIMS
SCHEDULED FOR PRODUCT IDENTIFICATION OBJECTIONS
TO BE HEARD ON APRIL 23-25, 2007 ON BEHALF OF CERTAIN
ASBESTOS PROPERTY DAMAGE CLAIMANTS OF SPEIGHTS & RUNYAN**

Claimants submit herewith their list of exhibits that they will or may use or refer

to at the trial of this matter.

**EXHIBITS**

| Exhibit | Date | Description |
|---|---|---|
| 238. | 02/17/03 | Expert report for Dr. Donald Pinchin Claim No. 12536 (CIBC) |
| 242. | 03/26/03 | Expert Report of Dr. Donald Pinchin Claim No. 12310 (Toronto SD - Monarch) |
| 247. | 03/26/03 | Expert Report of Dr. Donald Pinchin Claim No. 12311 (Toronto SD - Oakwood) |
| 249. | 03/26/03 | Expert Report of Dr. Donald Pinchin Claim No. 12308 (Toronto SD - Humberside) |
| 250. | 03/28/03 | Expert Report of Dr. Donald Pinchin Claim No. 12346 (City of Vancouver - Parkade) |
| 253. | 03/25/03 | Expert Report of Dr. Donald Pinchin Claim No. 12443 (Calgary - William Aberhart) |
| 254. | 03/26/03 | Expert Report of Dr. Donald Pinchin |

|       |          | Claim No. 12303 (Toronto SD - Bloor) |
|-------|----------|--------------------------------------|
| 255.  | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12316 (Toronto SD - Western Tech) |
| 256.  | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12307 (Toronto SD - Fairmount) |
| 257.  | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12317 (Toronto SD - Withrow) |
| 259.  | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12304 (Toronto SD - Deer Park) |
| 260.  | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12305 (Toronto SD - Dewson) |
| 262.  | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12313 (Toronto SD - Perth Ave) |
| 266.  | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12312 (Toronto SD - Old Admin) |
| 268.  | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12322 (Canada - Wm Osler) |
| 272.  | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 11678 (Hamilton SD - Pauline Johnson) |
| 276.  | 03/25/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12293 (Calgary - Southwood) |
| 277.  | 03/25/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12331 (Calgary - Sir James Lougheed) |
| 279.  | 03/25/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12348 (Calgary - Colonel Irvine) |
| 287.  | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Caim No. 11618 (Hudson Bay - Zellers 347) |
| 290.  | 03/26/03 | Expert Report of Dr. Donald Pinchin<br>Claim No. 12306 (Toronto SD - Elm Lea) |

| | | |
|---|---|---|
| 327. | 12/21/70 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 (Baptist Health Med Center) |
| 328. | 1/27/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 (Baptist Health Med Center) |
| 329. | 1/28/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 (Baptist Health Med Center) |
| 330. | 2/2/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 (Baptist Health Med Center) |
| 331. | 3/1/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 (Baptist Health Med Center) |
| 332. | 3/2/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 (Baptist Health Med Center) |
| 333. | 3/7/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 (Baptist Health Med Center) |
| 334. | 3/7/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 (Baptist Health Med Center) |
| 335. | 3/8/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 (Baptist Health Med Center) |
| 336. | 3/9/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) |

|      |           | Claim No. 11128 (Baptist Health Med Center) |
|------|-----------|---------------------------------------------|
| 337. | 3/10/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 (Baptist Health Med Center) |
| 338. | 3/13/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 (Baptist Health Med Center) |
| 339. | 3/14/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 (Baptist Health Med Center) |
| 340. | 3/15/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 (Baptist Health Med Center) |
| 341. | 3/16/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 (Baptist Health Med Center) |
| 342. | 3/21/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 (Baptist Health Med Center) |
| 343. | 3/22/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 (Baptist Health Med Center) |
| 344. | 3/27/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 (Baptist Health Med Center) |
| 345. | 3/29/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) |

|       |            |                                                                                                             |
|-------|------------|-------------------------------------------------------------------------------------------------------------|
|       |            | Claim No. 11128 (Baptist Health Med Center)                                                                 |
| 346.  | 3/30/1972  | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 (Baptist Health Med Center)                |
| 347.  | 3/31/1972  | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 (Baptist Health Med Center)                |
| 348.  | 4/3/1972   | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 (Baptist Health Med Center)                |
| 349.  | 4/4/1972   | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 (Baptist Health Med Center)                |
| 350.  | 4/6/1972   | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 (Baptist Health Med Center)                |
| 351.  | 4/6/1972   | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 (Baptist Health Med Center)                |
| 352.  | 4/10/1972  | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 (Baptist Health Med Center)                |
| 353.  | 5/1/1972   | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 (Baptist Health Med Center)                |
| 354.  | 4/18/1972  | Invoice -- W.R. Grace & Company (Bags Mono-Kote)                                                            |

|       |            | Claim No. 11128 (Baptist Health Med Center) |
|-------|------------|---------------------------------------------|
| 355.  | 4/19/1972  | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 (Baptist Health Med Center) |
| 356.  | 4/19/1972  | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 (Baptist Health Med Center) |
| 357.  | 4/20/1972  | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 (Baptist Health Med Center) |
| 358.  | 5/5/1972   | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 (Baptist Health Med Center) |
| 359.  | 5/9/1972   | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 (Baptist Health Med Center) |
| 360.  | 5/10/1972  | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 (Baptist Health Med Center) |
| 361.  | 5/12/1972  | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 (Baptist Health Med Center) |
| 362.  | 6/1/1972   | Invoice -- W.R. Grace & Company (Bags Mono-Kote) Claim No. 11128 (Baptist Health Med Center) |
| 363.  | 5/31/1972  | Invoice -- W.R. Grace & Company (Bags Mono-Kote) |

|        |            | Claim No. 11128 (Baptist Health Med Center) |
|--------|------------|---------------------------------------------|
| 364.   | 6/18/1972  | Invoice -- W.R. Grace & Company (Bags Mono-Kote) <br> Claim No. 11128 (Baptist Health Med Center) |
| 365.   | 6/2/1972   | Invoice -- W.R. Grace & Company (Bags Mono-Kote) <br> Claim No. 11128 (Baptist Health Med Center) |
| 366.   | 6/13/1972  | Invoice -- W.R. Grace & Company (Bags Mono-Kote) <br> Claim No. 11128 (Baptist Health Med Center) |
| 367.   | 6/14/1972  | Invoice -- W.R. Grace & Company (Bags Mono-Kote) <br> Claim No. 11128 (Baptist Health Med Center) |
| 368.   | 6/15/1972  | Invoice -- W.R. Grace & Company (Bags Mono-Kote) <br> Claim No. 11128 (Baptist Health Med Center) |
| 369.   | 7/3/1972   | Invoice -- W.R. Grace & Company (Bags Mono-Kote) <br> Claim No. 11128 (Baptist Health Med Center) |
| 370.   | 8/3/1972   | Invoice -- W.R. Grace & Company (Bags Mono-Kote) <br> Claim No. 11128 (Baptist Health Med Center) |
| 371.   | 8/4/1972   | Invoice -- W.R. Grace & Company (Bags Mono-Kote) <br> Claim No. 11128 (Baptist Health Med Center) |
| 372.   | 8/6/1972   | Invoice -- W.R. Grace & Company (Bags Mono-Kote) |

|  |  | Claim No. 11128 (Baptist Health Med Center) |
|---|---|---|
| 373. | 8/9/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote)<br>Claim No. 11128 (Baptist Health Med Center) |
| 374. | 8/10/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote)<br>Claim No. 11128 (Baptist Health Med Center) |
| 375. | 8/15/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote)<br>Claim No. 11128 (Baptist Health Med Center) |
| 376. | 8/25/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote)<br>Claim No. 11128 (Baptist Health Med Center) |
| 377. | 8/25/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote)<br>Claim No. 11128 (Baptist Health Med Center) |
| 378. | 8/30/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote)<br>Claim No. 11128 (Baptist Health Med Center) |
| 379. | 9/13/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote)<br>Claim No. 11128 (Baptist Health Med Center) |
| 380. | 9/14/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote)<br>Claim No. 11128 (Baptist Health Med Center) |
| 381. | 9/15/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) |

|       |           | Claim No. 11128 (Baptist Health Med Center) |
|-------|-----------|---------------------------------------------|
| 382.  | 9/19/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) <br> Claim No. 11128 (Baptist Health Med Center) |
| 383.  | 9/21/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) <br> Claim No. 11128 (Baptist Health Med Center) |
| 384.  | 9/25/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) <br> Claim No. 11128 (Baptist Health Med Center) |
| 385.  | 9/26/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) <br> Claim No. 11128 (Baptist Health Med Center) |
| 386.  | 9/28/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) <br> Claim No. 11128 (Baptist Health Med Center) |
| 387.  | 10/2/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) <br> Claim No. 11128 (Baptist Health Med Center) |
| 388.  | 10/2/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) <br> Claim No. 11128 (Baptist Health Med Center) |
| 389.  | 10/4/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) <br> Claim No. 11128 (Baptist Health Med Center) |
| 390.  | 10/4/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) |

|  |  | Claim No. 11128 (Baptist Health Med Center) |
|---|---|---|
| 391. | 12/5/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote)<br>Claim No. 11128 (Baptist Health Med Center) |
| 392. | 10/5/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote)<br>Claim No. 11128 (Baptist Health Med Center) |
| 393. | 10/6/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote)<br>Claim No. 11128 (Baptist Health Med Center) |
| 394. | 10/6/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote)<br>Claim No. 11128 (Baptist Health Med Center) |
| 395. | 10/9/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote)<br>Claim No. 11128 (Baptist Health Med Center) |
| 396. | 10/10/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote)<br>Claim No. 11128 (Baptist Health Med Center) |
| 397. | 10/10/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote)<br>Claim No. 11128 (Baptist Health Med Center) |
| 398. | 10/11/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote)<br>Claim No. 11128 (Baptist Health Med Center) |
| 399. | 10/13/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote) |

|     |     |     |
|-----|-----|-----|
|     |     | Claim No. 11128 (Baptist Health Med Center) |
| 400. | 10/17/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote)<br>Claim No. 11128 (Baptist Health Med Center) |
| 401. | 10/19/1972 | Invoice -- W.R. Grace & Company (Bags Mono-Kote)<br>Claim No. 11128 (Baptist Health Med Center) |
| 410. | 9/21/1973 | Invoice showing sale of Monokote for jobsite<br>Claim No. 11262 (McKenzie Williamette Med Center) |
| 411. | 11/17/1967 | Letter re: Use of direct-to-steel fire protection on building<br>Claim No. 10696 (Pierre Laclede) |
| 412. | 11/1972 | Mono-Kote Jobsite Listings<br>Claim No. 11018/11227 (Santa Teresa Medical Office) |
| 413. | 3/3/1972 | Mono-Kote Jobsite Listings<br>Claim No. 11018/11227 (Santa Teresa Medical Office) |
| 446. | 4/27/1972 | Specific Job - Foxridge Office Building, Product Mono-Kote<br>Claim No. 10516 (Mission Towers aka Foxridge Towers) |
| 447. | 10/1971 – 12/1971 | Foxridge Building for Fireproofing with Date & Labor Control Information<br>Claim No. 10516 (Mission Towers aka Foxridge Towers) |
| 488. | 3/7/1972 | Mono-Kote Jobsite List<br>Claim No. 11026 (John Muir Med Center) |
| 506. | 8/4/1972 | Letter re: Mono-Kote Direct-to-Steel Fireproofing for Building |

|      |            |                                                                                                  |
|------|------------|--------------------------------------------------------------------------------------------------|
|      |            | Claim No. 10700 (St. Joseph's Hill Infirmary)                                                    |
| 507. | No Date    | Mono-Kote Project Report #5Specification Received<br>Claim No. 10700 (St. Joseph's Hill Infirmary) |
| 508. | 10/4/1966  | Letter re: Monokote Job List<br>Claim No. 11133 (Abbeville General Hospital)                     |
| 514. | No Date    | W.R. Grace State Jobsites<br>Claim No. 11039 (Fort Smith Convention Center)                      |
| 518. | 10/27/1966 | Memo referencing Monokote jobsite (12 pgs.)<br>Claim No. 11124 (Gundersen Lutheran Med Center)  |
| 519. | 10/4/1966  | Letter referencing Monokote jobsite (6 pgs)<br>Claim No. 11124 (Gundersen Lutheran Med Center)  |
| 520. | No Date    | List of WR Grace Jobsites by State<br>Claim No. 10672 (New Hanover Regional Med Center)         |
| 529. | 6/25/1970  | Invoice -- W.R. Grace & Company<br>Claim No. 11550 (Dodge County Hospital)                       |
| 532. | 1961       | Mono-Kote Jobs 1961 Jobsite Lists<br>Claim No. 10523 (Bethesda Rehab)                            |
| 533. | 10/4/1966  | Mono-Kote Job Lists<br>Claim No. 10523 (Bethesda Rehab)                                          |
| 535. | 5/12/1972  | Letter : Monokote Installations<br>Claim No. 11226 (Virtua Health - West Jersey Hospital Voorhees) |
| 536. | 5/12/1972  | Letter re:  Monokote Installations<br>Claim No. 11389 (Virtua West Jersey Hospital)             |

542.                                    Jobsite sheet
                                        Claim No. 9838 (Cal State - Fresno McKee
                                        Fisk)

543.                                    Jobsite sheet
                                        Claim No. 9839 (Cal State Humboldt -
                                        Forbes PE Complex)

544.                                    Jobsite sheet
                                        Claim No. 9842 (Cal State- Humboldt
                                        Natural Resources Bldg)

545.                                    Jobsite sheet
                                        Claim No. 9889 (Cal State Fresno- Science
                                        Bldg)

Claimants intend to use slides, demonstrative charts and/or graphs as

demonstrative exhibits and may use unlisted documents in rebuttal evidence. Claimants

may also use or refer to during the trial of this case any exhibits contained on Defendants'

lists of exhibits. Claimants intend to use any depositions taken in this litigation and any exhibits

used at that deposition.

**{PAGE INTENTIONALLY LEFT BLANK}**

Claimant reserves the right to use any and all documents or materials produced by any party in response to any discovery in this matter and any exhibit listed by any other party. Claimant reserves the right to supplement this list.

April 13, 2007

/s/ Christopher D. Loizides
Christopher D. Loizides (#3968)
LOIZIDES, P.A.
Legal Arts Bldg.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
E-mail: loizides@loizides.com

SPEIGHTS & RUNYAN
Daniel A. Speights (SC Fed. ID No. 4252)
Marion C. Fairey, Jr. (SC Fed. ID No. 6101)
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC 29924
Telephone: (803) 943-4444
Facsimile: (803) 943-4599