IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 01-01139 (JKF)<br><br>Hearing Dates: April 23-25, 2007 |

### CLAIMANT STATE OF CALIFORNIA, DEPARTMENT OF GENERAL SERVICES' FINAL DESIGNATION OF FACT AND EXPERT WITNESSES, EXHIBITS AND DEPOSITIONS FOR THE TRIAL ON DEBTORS' OBJECTIONS TO PROPERTY DAMAGE CLAIMS BASED ON PRODUCT IDENTIFICATION

Pursuant to this Court's October 13, 2006 Amended Order Setting Various Deadlines Regarding Objections to Asbestos Property Damage Claims and the April 11, 2007 Modified Amended Scheduling Order for Adjudication of Asbestos PD Claims, Claimant State of California, Department of General Services (the "Claimant"), by its counsel Hahn & Hessen LLP and Ballard Spahr Andrews & Ingersoll LLP, hereby provides the following designations of the fact and expert witnesses, exhibits and deposition testimony that Claimant presently intends to introduce at the trial of the product identification objections (the "Product ID Trial") to Claimant's proofs of claim.

A. **Fact Witnesses**

Claimant presently intends to call the following fact witness on the following identified issues:

| Fact Witness | Area(s) of Anticipated Testimony |
|---|---|
| Glenn Connor | (a) Facts concerning Claimant's 16 proofs of claim; (b) product identification, including the factual circumstances surrounding the preparation of the reports issued by Claimant's expert on product identification, MVA Scientific Consultants; and (c) |

|  | authentication of documents. |
|---|---|

### B. Expert Witnesses

Claimant presently intends to call the following expert witness on the following identified issue:

| Expert Witness | Area(s) of Anticipated Testimony |
|---|---|
| Tim Vander Wood, Ph.D. | Identification of the manufacturer or supplier of asbestos-containing products contained in Claimant's buildings and related matters. |

### C. Exhibits

1-16. The following 16 proofs of claim filed by Claimant (including all documents submitted with or referenced in any of Claimant's claim forms, including architectural plans, asbestos surveys and chain of custody records)

    1.    Claim No. 10648

    2.    Claim No. 10649

    3.    Claim No. 10650

    4.    Claim No. 10651

    5.    Claim No. 10652

    6.    Claim No. 10653

    7.    Claim No. 10654

    8.    Claim No. 10655

    9.    Claim No. 10656

    11.    Claim No. 10657

    11.    Claim No. 10658

    12.    Claim No. 10659

13. Claim No. 10660

14. Claim No. 10661

15. Claim No. 10662

16. Claim No. 14411

17. Claimant State of California, Department of General Services' compendium of Expert Reports by MVA, Inc. (Now Known As MVA Scientific Consultants) on Product Identification

18. Debtors' responses to Claimant's First Set of Interrogatories

19. Debtors' responses to Claimant's First Request for Admissions

20. Letter dated June 19, 1968 from C.P. Morgan of California Zonolite Co. to Pacific Plastering Corporation re: Atascadero State Hospital (produced by Debtors in response to Claimant's First Request for Production of Documents)

21. Letter dated September 30, 1966 from C.P. Morgan of California Zonolite Co. to V&C Plastering re: New Facilities – Phase I, Department of Corrections, California Correctional Institute, Tehachapi, California (produced by Debtors in response to Claimant's First Request for Production of Documents)

22. Revised Appendix I(S) produced by Debtors in response to Claimant's First Request for Production of Documents bearing bates numbers G133227-G133282

23. Formulae for Asbestos-Containing Fireproofing, Acoustical Plaster and Surface Texture Products Manufactured by Grace and/or Zonolite produced by Debtors in response to Claimant's First Request for Production of Documents bearing bates numbers G133219-G133226

25. Debtors' 15th Omnibus Objection (Substantive) to Asbestos Property Damage

        Claims

25. Claimant's response to Debtors' 15th Omnibus Objection (Substantive) to Asbestos Property Damage Claims

26. Debtors' reply to Claimant's response to Debtors' 15th Omnibus Objection (Substantive) to Asbestos Property Damage Claims

27. Claimant's supplemental response to Debtors' 15th Omnibus Objection (Substantive) to Asbestos Property Damage Claims

28. Exhibits 1-5 marked at Richard J. Lee's 2/14/07 Deposition (A.M.)

29. Demonstrative exhibit summarizing the reports issued by Claimant's expert on product identification MVA Scientific Consultants

**D.** **Deposition Designations**

1. Richard J. Lee's 2/14/07 Deposition (A.M.)
2. Richard J. Lee's 2/14/07 Deposition (P.M.)


[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

Dated: New York, New York
April 13, 2007

          **BALLARD SPAHR ANDREWS &**
          **INGERSOLL, LLP**
          919 N. Market Street, 12th Floor
          Wilmington, Delaware 19801-3034
          (302) 252-4446
          Leslie C. Heilman, Esq.
          Co-Counsel for Claimant
          State of California, Dep't of General Services

          - and -

          **HAHN & HESSEN LLP**
          Counsel for Claimant
          State of California, Dep't of General Services

          By: _/s/ Steven J. Mandelsberg_
               Steven J. Mandelsberg
          488 Madison Avenue
          New York, New York 10022
          (212) 478-7200