IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | **Chapter 11** |
| | ) | |
| W. R. Grace & Co., et al.[1], | ) | **Case No. 01-01139 (JKF)** |
| | ) | **Jointly Administered** |
| Debtors. | ) | |
| | ) | **Re: Docket No. 15156** |
| | ) | **Hearing Date: Currently April 23-25, 2007** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**ANDERSON MEMORIAL HOSPITAL AND ANDERSON CLAIMANTS'
PRE-TRIAL BRIEF WITH RESPECT TO THE APRIL 23-25, 2007
TRIAL ON PRODUCT IDENTIFICATION OBJECTIONS**

**I.      Claims Objections Scheduled for Adjudication**

On September 2, 2005, the Debtors' filed their 15th Omnibus Objection to asbestos

property damage claims, objecting to thousands of claims on specific bases, including lack of

---

[1] The Debtors consist of the following 62 entities: W. R Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Ins., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgracc, Inc., Coalgracc II, Ins., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp, Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B 11 Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe. Inc., Grace H-G Inc., Grace H-G II Inc,, Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Ins., MICA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

product identification (Objections C-3(c) – (f)). In July of 2006, the Debtors submitted a proposed CMO with respect to the 15th Omnibus Objections which sought to schedule claim objections to be heard in this Court in three proceedings (Methodology, Limitations and Product ID, and Hazard). Attached to the Debtors proposed CMO was a list of property damage claims and specific objections prepared by the Debtors indicating the specific claims and specific objections that would be adjudicated in the PD Claims allowance proceedings. The purpose of the attached list of claims and specific objections was to provide specific notice to the Court and the claimants of which specific objections the Debtors sought to adjudicate.

On August 31, 2006, this Court entered a CMO, and then an amended CMO on October 13, 2006 after a number of individual claimants filed objections. These CMO's entered by this Court and served upon all claimants specifically provided that

> Certain specific objections to PD Claims will be adjudicated on **April 23, 24 and 25, 2007, commencing at 9:00 a.m., Eastern time,** in Pittsburgh, Pennsylvania. The objections that will be adjudicated as to these PD Claims are those asserted in the 15[th] Omnibus Objection regarding product identification and limitations periods (specifically C-1 through C-4, D-1 through D-6, F-1 and F-4 and F-5) . . .. *These claims are listed on Exhibit A hereto.* The pre-trial schedule for these objections is set forth in the Schedule attached as Exhibit B to this Order.

October 13. 2006 Order, ¶2 (Dk. No. 13406) (bold in original, italics supplied). According to Exhibit A to the Scheduling Order, the following remaining Anderson claims are scheduled for Product Identification Objections:

1.    **US Claims**

| Claimant | State | Claim No. | Product ID Evidence |
|---|---|---|---|
| Mission Towers a.k.a Foxridge Towers | KS | 10516 | EXS SR-446 to SR-447 Mono-kote Job Information |
| Bethesda Rehabilitation Hospital | MN | 10523 | EXS SR-532 to SR-533 Mono-kote Job Lists |
| New Hanover Regional Medical Center | NC | 10672 | EX SR-520 List of W. R. Grace Jobsites by State |
| Pierre Laciede | MO | 10696 | EX SR-411 Letter re: Use of direct-to-steel fire protection on building |
| St. Joeseph's Hill Infirmary | MO | 10700 | EXS SR-506 to SR-507 Mono-kote Project Report and Letter re: Mono-kote Direct-to-Steel Fireproofing for Building |
| Santa Teresa Medical Office | CA | 11018 | EX SR-412 to SR-413 Mono-kote Job Listing |
| John Muir Medical Center | CA | 11026 | EX SR-488 Letter re: Mono-kote Job List  Ex. SR-488(a) Hazard Survey Report |
| Fort Smith Convention Center | AR | 11039 | EX SR-514 W. R. Grace List of State Jobsites |
| Gundersen Lutheran Medical Center | WI | 11124 | EXS SR-518 to SR-519 W. R. Grace & Co. memo and letter referencing Mono-kote Jobsites |
| Baptist Medical | AR | 11128 | EXS SR-327 to SR-401 W. R. Grace & Co. Sales Records for Bags of Mono-kote |
| Abbeville General Hospital | LA | 11133 | EX SR-508 Letter re: Mono-kote Job List |
| Virtua Health | NJ | 11226 | EX SR-535 Letter re: Mono-kote Installations |
| McKenzie Hospital | OR | 11262 | EX SR-410 Mono-kote Invoice |
| Virtua West | NJ | 11389 | EX SR-536 Letter re: Mono-kote Installations |
| Dodge County Hospital | GA | 11550 | EX SR-529 Invoice |

2.      **Canadian Claims**

| Claimant | Prov. | Claim No. | Product ID Evidence |
|---|---|---|---|
| Hudson's Bay Company – Zellers 347 | Ontario | 11618 | EX SR-287<br>Expert Report of Dr. Donald Pinchin |
| Hamilton District School Board – Pauline Johnson | Ontario | 11678 | EX SR-272<br>Expert Report of Dr. Donald Pinchin |
| Calgary Board of Education- Southwood Elem. | AL | 12293 | EX SR-276<br>Expert Report of Dr. Donald Pinchin |
| Toronto District School Board – Bloor Collegiate Institute | Ontario | 12303 | EX SR-254<br>Expert Report of Dr. Donald Pinchin |
| Toronto District School Board – Deer Park | Ontario | 12304 | EX SR-259<br>Expert Report of Dr. Donald Pinchin |
| Toronto District School Board – Dewson | Ontario | 12305 | EX SR-260<br>Expert Report of Dr. Donald Pinchin |
| Toronto District School Board – Elm Lea Jr. | Ontario | 12306 | EX SR-290<br>Expert Report of Dr. Donald Pinchin |
| Toronto District School Board – Fairmount | Ontario | 12307 | EX SR-256<br>Expert Report of Dr. Donald Pinchin |
| Toronto District School Board – Humberside | Ontario | 12308 | EX SR-249<br>Expert Report of Dr. Donald Pinchin |
| Toronto District School Board – Monarch Park | Ontario | 12310 | EX SR-242<br>Expert Report of Dr. Donald Pinchin |
| Toronto District School Board – Oakwood Collegiate | Ontario | 12311 | EX SR-247<br>Expert Report of Dr. Donald Pinchin |
| Toronto District School Board – Old Administration | Ontario | 12312 | EX SR-266<br>Expert Report of Dr. Donald Pinchin |

| Toronto District School Board – Perth Ave. Jr. | Ontario | 12313 | EX SR-262<br>Expert Report of Dr. Donald Pinchin |
|---|---|---|---|
| Toronto District School Board – Western Tech | Ontario | 12316 | EX SR-255<br>Expert Report of Dr. Donald Pinchin |
| Toronto District School Board – Withrow | Ontario | 12317 | EX SR-257<br>Expert Report of Dr. Donald Pinchin |
| William Osler Health Centre | Ontario | 12322 | EX SR-268<br>Expert Report of Dr. Donald Pinchin |
| Calgary Board of Education- Sir James Lougheed | AL | 12331 | EX SR-277<br>Expert Report of Dr. Donald Pinchin |
| City of Vancouver – Parkade | BC | 12346 | EX SR-250<br>Expert Report of Dr. Donald Pinchin |
| Calgary Board of Education- Colonel Irvine Jr. High | AL | 12348 | EX SR-279<br>Expert Report of Dr. Donald Pinchin |
| Calgary Board of Education- William Aberhart | AL | 12443 | EX SR-253<br>Expert Report of Dr. Donald Pinchin |
| Canadian Imperial Bank of Commerce | New foun dlan d | 12536 | EX SR-238<br>Expert Report of Dr. Donald Pinchin |

## II.    Nature of Anderson's Product Identification Evidence

Anderson will offer two different types of proof in support of Product Identification.

### A.    Grace Historical Sales Records

The first type of proof is direct proof through the Debtors' own historical sales

records.  These records are independently admissible pursuant to Rule 901, FRE as self-

authenticating documents.  As the Court will see when it examines this evidence, these

documents self-authenticating because they have distinctive characteristics which are unique

to Grace internal records; they demonstrate a consistent internal pattern and methodology and

are the types of records that a company like W. R. Grace would generate to track and
document sales and shipment of products. Moreover, all of these sales records are part of a
compilation of ancient documents (over twenty years old) assembled by the Debtors through
the years and maintained in its document repository of corporate documents for asbestos
litigation.

Anderson will offer these records to establish by a preponderance of the evidence that
asbestos-containing products designed, manufactured and sold by the Debtors' were utilized
in the construction of each claimants' building. Based upon the claim in question, some of
these records will show that the Debtors shipped or sold asbestos-containing materials to the
building jobsite of the claimant's building. Some of these records will show that the
Debtors' internally acknowledged that their asbestos-containing products were being
installed in specific buildings of the claimants. Other records will show that the Debtors'
used the claimants' buildings as references or examples of jobs in which their asbestos-
containing surfacing materials were used. These references are contained in sales literature,
advertisements or examples of prior applications of these products.

**B.    Expert Opinion of Dr. Donald Pinchin**

For certain Canadian claimants, the Plaintiffs' will offer the expert opinion of Dr.
Donald Pinchin as evidence of product identification. Dr. Pinchin is the leading expert in
Canada with respect to asbestos-containing materials in buildings and has inspected and
surveyed buildings with asbestos-containing materials for over 40 years. Dr. Pinchin is well
acquainted with the Debtors' fireproofing products and worked extensively with the
reformulation of the Debtors' product, and is also familiar through extensive experience, with
the asbestos-containing fireproofing products that were available on the Canadian market

through the relevant time frame. Through his own work and experience, Dr. Pinchin has knowledge about the process used to apply the Debtors' fireproofing product in buildings, the constituents of the Debtors' fireproofing product, the uses and location of the Debtors' asbestos-containing fireproofing in buildings and the absence of any similarly constituted products in the Canadian market.

Dr. Pinchin is expected to testify, based upon his own inspection and review of testing materials from the claimants' buildings, that the asbestos-containing fireproofing materials in claimants' buildings were manufactured and sold by the Debtors, and that they were Mono-kote MK-3.

## III.    Mode of Presentation of Evidence

Anderson anticipates publishing claim specific documentary evidence in support of Product Identification as each specific claim is called. Anderson will also present and publish summaries of the documentary evidence and demonstrative aides for the convenience of the Court.

## {PAGE INTENTIONALLY LEFT BLANK}

Anderson further anticipates calling Dr. Pinchin to testify and directly present his evidence to the Court and will most likely publish summaries and use demonstrative aides with Dr. Pinchin to allow him to efficiently present his evidence regarding all twenty-one Canadian claims scheduled to be adjudicated in this PID proceeding.

Respectfully submitted,

DATED:  April 13, 2007

/s/ Christopher D. Loizides
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
E-mail: loizides@loizides.com

-and-

Daniel A. Speights (SC Fed. ID No. 4252)
C. Alan Runyan (SC Fed ID No. 4837)
Marion C. Fairey, Jr. (SC Fed ID No. 6101)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC  29924
Telephone:    (803) 943-4444
Facsimile:    (803) 943-4599