DAGGY HALL #803

# GENERAL CONTRACT
# SPECIFICATIONS

# SPEECH BUILDING

## WASHINGTON STATE UNIVERSITY
## PULLMAN, WASHINGTON

INTERSECTION OF ADMINISTRATION ROAD

&

COLLEGE AVENUE



PLAINTIFF'S
EXHIBIT
CLAIM #6941
A

## Fred Bassetti & Company Architects
## 2027 Fifth Avenue Seattle Washington 98121

0983-1   GENERAL   (continued)

H.        CLEAN-UP
          After approval of spray fireproofing, remove equipment and clean
          walls and floors of fireproofing material.

I.        TEMPORARY HEAT
          Provide heat as necessary to maintain air temperature of at
          least 40°F. adjacent to spray operations 24-hours prior to
          beginning of spray operations and continuing for 24-hours
          following completion of fireproofing.

0983-2   MATERIAL

A.        FIREPROOFING MATERIAL shall be of cementitious type as listed
          in Underwriters' Laboratories Building Materials List No.
          40 U 18.3.  Dry density 16-18 pounds per cubic foot,
          non-dusting, non-flaking.  Material immune to erosion
          when subjected to sustained high wind.

B.        MATERIAL to be W.R. Grace & Company "Zonolite Monocote,"
          or approved.

0983-3   APPLICATION

A.        COMMENCEMENT OF WORK by spray fireproofing subcontractor
          constitutes his acceptance of steel surfaces and application
          conditions.

B.        APPLY material in accordance with Manufacturer's printed
          instructions and code requirements for protection specified.

END, SECTION 0983



GYPSUM DECK

FORMBOARD

CASING BEAD -
TIE TO MESH

3/4" COLD ROLLED C
24" O.C. - WELD TO BEAM

J-BOX WHERE OCCURS BY ELECT.

3/4 FLAT RIB DIAMOND
MESH METAL LATH -
TIE TO CHANNELS

VERMICULITE
PLASTER

1/4" CC 40"O.C. @ PART'N.

BULLNOSE CORNER TYP.

WALL TYPE SIM.

FURRING AROUND BEAM
3" = 1'-0"

CAULK @ EA. SIDE

FILL W/ FIREPROOFG
INSULATION

20 GA. C
METAL EDGE
22 GA. C

TYP. RUNNER, STUDS
& G.B. WALL

SCREW FRAME TO BOT. OF
SUB-PURLIN

PLAINTIFF'S
EXHIBIT
CLAIM # 6941
B

SHEET

LEVEL 2 & 4 REFLECTED
CEILING PLANS: SOUTH
1/8" = 1'-0"



TIGHT MITER JOINT

GYP. BD.

FILL GAP W/ FIREPROOFIG SPRAYED INSUL. ON WIRE LATHE

1½"L @ 4'-0" OC. WELDE TO BM. FOR PART. DEFLECTION E WHICH OCCURS

FIREPROOFING
3" = 1'-0"

DELETED
SLIDING PROC
FULL SIZ

DELETED
SLIDING BRICK

SCREW TO SUB FURONS

CAULK

20 GA STEEL

CONC., BRICK, LATH OR CMU.

VARIES

7½" MAX.

PROJECT

# SPEECH BUILDING
# WASHINGTON STATE UNIVERSITY
# PULLMAN, WASHINGTON

| REBID | 12 APR. '71 |
|---|---|
| REVISIONS | |
| DATE | 28 JAN 1971 |
| CHECKED | HAMILTON |
| DRAWN BY | GUENTHER |
| JOB NO. | 68153 |



SHEET

A·13

SHEET TITLE

LEVEL 3 REFLECTED
CEILING PLANS    1/8"=1'-0"



PROJECT

# SPEECH BUILDING
## WASHINGTON STATE UNIVERSITY
### PULLMAN,

| REBID | | 12 APRIL 1971 |
|---|---|---|
| REVISIONS | | |
| DATE | | 28 JAN 1971 |
| CHECKED | | HAMILTON |
| DRAWN | | LARSEN |





SPEECH BUILDING
WASHINGTON STATE UNIVERSITY
PULLMAN, WASHINGTON

| RESID. | 12 APR 1971 |
|---|---|
| REVISIONS | |
| DATE | 28 JAN 71 |
| CHECKED | C.H. |
| DRAWN BY | McINTYRE |

*Ex 57*    7190535

# ZONOLITE
### DIVISION W. R. GRACE & CO.

EXH. *57* DATE *6-26-86*
WITNESS *Culver*
Susan Cannon
Court Reporter

March 4, 1971

Gordon Brown, Inc.
6715 Empire Way South
Seattle, Washington

                    Subject:  W.S.U  Speech Building

Gentlemen:

The Washington State University speech building bids
March 16 with an Approved Applicator of Mono Kote
specification.  We will be advising the general plan
holders that you will be bidding it as approved
applicators.

An addendum should issue changing the rating on the
interior columns and beams to three hours instead of
four hours.

                         Very truly yours,


                         William V. Culver
                         District Manager

WVC:mp.



PLAINTIFF'S
EXHIBIT
CLAIM # 6941
C

NMLRP 0017323

GRACE

# ZONOLITE
DIVISION W. R. GRACE & CO.

7190538

EXH. _60_ DATE _6-26-80_
WITNESS _Culver_
Susan Cannon
Court Reporter

March 4, 1971

C.J. Lantz Company
2015 Center Street
Tacoma, Washington

Gentlemen:

The Washington State University speech building bids March 16 with an Approved Applicator of Mono Kote specification. We will be advising the general plan holders that you will be bidding it as approved applicators.

An addendum should issue changing the rating on the interior columns and beams to three hours instead of four hours.

Very truly yours,

William V. Culver
District Manager

WVC:mr

NMLRP 0017324

PARTIAL LIST OF RECENT ZONOLITE PLASTER JOBS

JUNE 1952

---

Lever House
New York, N.Y,

260 Madison Ave. Bldg.
New York, N.Y.

Atlantic Building
Syracuse, New York

Mayflower Apartment Bldg.
Virginia Beach, Virginia

Southern Desk Company
Hickory, South Carolina

Cornell Arms Apartment
Columbia, South Carolina

Peachtree on Peachtree Hotel
Atlanta, Georgia

Handy Elementary School
Florence, Alabama

Oakwood Hospital
Dearborn, Michigan

Great Lakes Greyhound Lines
Detroit, Michigan

Wayne University
Science Building
Detroit, Michigan

St. Brigid Catholic Church
Detroit, Michigan

Student Union Building
Ohio State University
Columbus, Ohio

L. S. Ayres Dept. Store
Indianapolis, Indiana

F. W. Woolworth Stores
State & Adams Streets
Chicago, Illinois

Central Solvents &
    Chemicals Company
Chicago, Illinois

Mercantile Bank Building
Dallas, Texas

Fair Foundation
Tyler, Texas

Whitefish Bay School
Milwaukee, Wisconsin

Prospect Heights Apts.
Park Ridge Apts.      ?
Milwaukee, Wisconsin

St. Monica School
Milwaukee, Wisconsin


PLAINTIFF'S
EXHIBIT
CLAIM # 3406
A
tabbies

NMLRP 0003808

PARTIAL LIST OF RECENT ZONOLITE PLASTER JOBS

JUNE 1952

Page 2

---

| | |
|---|---|
| Century Theatre<br>Milwaukee, Wisconsin | Mt. Olivet Lutheran Church<br>Minneapolis, Minnesota |
| Elizabeth Waters High School<br>Fond du Lac, Wisconsin | Coca-Cola Building<br>Minneapolis, Minnesota |
| High School<br>Manitowac, Wisconsin | Minneapolis & St. Louis Ry.<br>Minneapolis, Minnesota |
| H. C. Pronge Dept. Store<br>Sheboygan, Wisconsin | Park Terrace Apartments<br>Minneapolis, Minnesota |
| High School<br>Appleton, Wisconsin | St. Luke's Elementary School<br>St. Paul, Minnesota |
| Municipal Auditorium<br>Cedar Grove, Wisconsin | Younker's Department Store<br>Iowa City, Iowa |
| Hotel Mead<br>Wisconsin Rapids, Wisconsin | Surf Ballroom<br>Des Moines, Iowa |
| Vernon County Memorial Hospital<br>Viroqua, Wisconsin | Iowa Lutheran Mutual<br>Casualty Co.<br>Waverly, Iowa |
| Hogan School<br>LaCrosse, Wisconsin | Dormitory — Luther College<br>Decorah, Iowa |
| High School<br>Mankato, Minnesota | Register & Tribune Bldg.<br>Des Moines, Iowa |
| St. Luke's Hospital<br>Duluth, Minnesota | Meredith Publishing Co.<br>Des Moines, Iowa |
| Telephone Company<br>Red Wing, Minnesota | Art Center Building<br>Des Moines, Iowa |

PARTIAL LIST OF RECENT ZONOLITE PLASTER JOBS

JUNE 1952

Page 4

---

Junior High School
Fargo, North Dakota

American Legion Building
Fargo, North Dakota

Catholic Hospital
Bismark, North Dakota

State Office Building
Cheyenne, Wyoming

Rice Junior High School
Trinidad, Colorado

United American Life Bldg.
Denver, Colorado

J. C. Penny Store
Denver, Colorado

Shirley Ray Apartments
Denver, Colorado

Senile Ward
Eastern State Hospital
Spokane, Washington

Alameda Title Insurance Co.
Oakland, California

Blue Cross Office Bldg.
Oakland, California

Prudential Insurance Co.
Office Building
Los Angeles, California

Northwestern Mutual Fire Assn.
Building
Los Angeles, California

General Petroleum Building
Los Angeles, California

Petroleum Office Building
Calgary, Alberta, Canada