IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | In proceedings for a |
| ) | Reorganization under |
| W.R. GRACE CO., *et al.* ) | Chapter 11 |
| ) | |
| Debtors. ) | Case No. 01-01139-JKF |
| ) | Jointly Administered |

## EXHIBIT AND WITNESS LIST FOR DAGGY HALL AND AMERICAN LEGION FOR PRODUCT IDENTIFICATION HEARING

**Exhibit List for Daggy Hall** (Claim No. 6941):

A. Fireproofing Specification for Daggy Hall calling for W.R. Grace Monokote
B. Daggy Hall Structural Diagrams of Roof and Supporting Elements calling for Vermiculite
C. Letters re: WSU Speech Building (Daggy Hall) bids for Monokote (March 4, 1971)

**Witness List For American Legion**(Claim No. 3406):

1. Dr. William Longo
2. William Egeland

**Exhibit List for American Legion**(Claim No. 3406):

A. Partial List of Recent Zonolite Plaster Jobs, June 1952

These claimants reserve the right to call any witness should Debtor challenge the authenticity of documents.

Mt. Pleasant, SC
April 13, 2007

    Respectfully Submitted by:

                JASPAN SCHLESINGER HOFFMAN LLP

1

/s/ Laurie S. Polleck
Laurie S. Polleck, Esquire (No. 4300)
913 N. Market Street, 12th Floor
Wilmington, Delaware 19801
Telephone: (302) 351-8000
Facsimile: (302) 351-8010

And

MOTLEY RICE LLC


/s/ Anne McGinness Kearse
Anne McGinness Kearse
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29465