IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that:

1. On April 12, 2007, I caused copies of the exhibits that Claimant State of California, Department of General Services intends to introduce at the April 23-25, 2007 hearings on product identification to be served via overnight mail on:

> Douglas E. Cameron, Esq.
> Traci S. Rea, Esq.
> Reed Smith LLP
> 435 Sixth Avenue
> Pittsburgh, PA 15219
> Co-Counsel for Debtors

2. On April 13, 2007, I caused copies of Claimant State of California, Department of General Services' (a) final witness and exhibit list and (b) trial memorandum for the product identification hearings to be served via electronic mail on:

Anne McGinness Kearse, Esq.
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Daniel A. Speights, Esq.
Alan Runyan, Esq.
Speights & Runyan
200 Jackson Avenue East
Hampton, SC 29924

Douglas E. Cameron, Esq.
Traci S. Rea, Esq.
James J. Restivo, Jr., Esq.
Lawrence E. Flatley, Esq.
Reed Smith LLP
435 Sixth Avenue

Scott Baena, Esq.
Jay M. Sakalo, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
200 S. Biscayne Blvd., Ste. 2500
Miami, Florida 33131-5340
Counsel for PD Committee

Pittsburgh, PA 15219
Co-Counsel for Debtors

Thomas J. Brandi, Esq.
Terry Edwards, Esq.
The Brandi Law Firm
44 Montgomery Street, Suite 1050
San Francisco, CA 94104
*Via E-mail*

Dated: April 13, 2007

                                            **HAHN & HESSEN LLP**
                                            Co-Counsel for Claimant
                                            State of California, Dep't of General Services

                                            By: _____
                                               Steven J. Mandelsberg, Esq.
                                               John P. McCahey, Esq.
                                               Christina J. Kang, Esq.
                                             Alison M. Croessmann, Esq.

                                            488 Madison Avenue
                                            New York, New York 10022
                                            (212) 478-7200

                                                         - and -

                                            **BALLARD SPAHR ANDREWS &**
                                            **INGERSOLL, LLP**
                                            919 N. Market Street, 12th Floor
                                            Wilmington, Delaware 19801-3034
                                            (302) 252-4446
                                            Leslie C. Heilman, Esq.
                                            Co-Counsel for Claimant
                                            State of California, Dep't of General Services