IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: W.R. GRACE & CO., et al.,

Debtors.

)
)
)
)
)
)
)
)
)

Chapter 11
Case No. 01-01139 (JKF)
(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Alison M. Croessmann, certify that:

1. On April 12, 2007, I caused copies of the exhibits that Claimant State of California, Department of General Services intends to introduce at the April 23-25, 2007 hearings on product identification to be served via overnight mail on:

> Douglas E. Cameron, Esq.
> Traci S. Rea, Esq.
> Reed Smith LLP
> 435 Sixth Avenue
> Pittsburgh, PA 15219
> Co-Counsel for Debtors

2. On April 13, 2007, I caused copies of Claimant State of California, Department of General Services' (a) final witness and exhibit list and (b) trial memorandum for the product identification hearings to be served via electronic mail on:

| | |
|---|---|
| Anne McGinness Kearse, Esq.<br>Motley Rice LLC<br>28 Bridgeside Blvd.<br>Mount Pleasant, SC 29464 | Daniel A. Speights, Esq.<br>Alan Runyan, Esq.<br>Speights & Runyan<br>200 Jackson Avenue East<br>Hampton, SC 29924 |
| Douglas E. Cameron, Esq.<br>Traci S. Rea, Esq.<br>James J. Restivo, Jr., Esq.<br>Lawrence E. Flatley, Esq.<br>Reed Smith LLP<br>435 Sixth Avenue<br>Pittsburgh, PA 15219<br>Co-Counsel for Debtors | Scott Baena, Esq.<br>Jay M. Sakalo, Esq.<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S. Biscayne Blvd., Ste. 2500<br>Miami, Florida 33131-5340<br>Counsel for PD Committee |

Thomas J. Brandi, Esq.
Terry Edwards, Esq.
The Brandi Law Firm
44 Montgomery Street, Suite 1050
San Francisco, CA 94104
*Via E-mail*

_____
Alison M. Croessmann