# EXHIBIT 2

# KIRKLAND & ELLIS
PARTNERSHIPS INCLUDING PROFESSIONAL CORPORATIONS

200 East Randolph Drive
Chicago, Illinois 60601

Michelle H. Browdy
To Call Writer Directly:
(312) 861-2460
michelle_browdy@chicago.kirkland.com

312 861-2000

Facsimile:
312 861-2200

February 22, 2002

**VIA FEDERAL EXPRESS**

Scott Baena, Bilzin Sumberg Dunn Baena Price & Axelrod LLP
Peter Lockwood, Caplin & Drysdale
Arlene Krieger, Ken Pasquale, Stroock & Stroock & Lavan LLP
Thomas Mayer, Kramer Levin Naftalis & Frankel LLP

Re:    In re W.R. Grace

Dear Counsel:

Enclosed please find the final portion of the key document subset of documents relating to the fraudulent conveyance allegations in this case. This final installment of the rolling production of the key document subset described in my February 5, 2002 letter to you contains CD-ROMs from KPMG/ARPC containing asbestos analyses performed for W.R. Grace, 1995-1999. To the extent that we found these CD-ROMs also contained word processing-type files (as opposed to data files), we have printed out those files, Bates stamped them, and are including them in this production set in hard copy as well as electronically.

Please do not hesitate to contact me with any questions.

Sincerely,

Michelle H. Browdy

MHB:mrs
Enclosures

cc:    David M. Bernick, P.C. (w/out enclosures)
       Tom Sobol, Lieff, Cabraser, Heimann & Bernstein (w/out enclosures)
       David Rosenbloom, McDermott, Will & Emery (w/out enclosures)
       Henry Wasserstein, Skadden, Arps, Slate, Meagher & Flom (w/out enclosures)

London            Los Angeles            New York            Washington D.C.