IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | Related to: Docket No. 15156 |

**DEBTORS' FINAL WITNESS LIST FOR ADJUDICATION OF PRODUCT
IDENTIFICATION OBJECTIONS AT APRIL 23 – 25, 2007 HEARING**

In accordance with this Court's April 11, 2007 Modified Amended Scheduling Order Regarding Objections to Asbestos PD Claims, Docket No. 15156, the Debtors hereby submit their final witness list for the Adjudication of Product Identification Objections scheduled for April 23, 24 and 25, 2007.

I.    **Fact Witnesses**

   1.    **James Cintani**

   2.    **Thomas F. Egan**

II.   **Expert Witnesses**

   1.    **Richard J. Lee, Ph.D.**

In addition to the fact and expert witnesses listed above, the Debtors reserve the right to call to testify at the hearing, live or by deposition, any fact or expert witness listed on any other party's final witness disclosure for the Adjudication of Product Identification Objection and any

-2-

rebuttal witnesses to address evidence introduced at the hearing by Claimants in their cases-in-chief.

Dated: April 13, 2007

REED SMITH LLP
James J. Restivo, Jr.
Lawrence E. Flatley
Douglas E. Cameron
Traci S. Rea
435 Sixth Avenue
Pittsburgh, PA  15219
(412) 288-3131

and

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Lisa G. Esayian
Janet S. Baer
200 East Randolph Drive
Chicago, IL  60601
(312) 861-2000

and

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE  19899-8705
(302) 652-4100

Co-Counsel for the Debtors and
Debtors in Possession