IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Related to: Docket No. 15156 |

## DEBTORS' EXPERT WITNESS DISCLOSURE FOR
## LIVE TESTIMONY BY RICHARD J. LEE, PH.D.

Debtors intend to call Dr. Richard J. Lee to testify live at the April 23-25, 2007 hearing

on the adjudication of product identification objections to Asbestos PD claims. Dr. Lee's expert

report was filed on January 17, 2007 (Docket No. 14351) and his curriculum vitae is attached

hereto.

Dr. Richard J. Lee is a microscopist and materials scientist. Dr. Lee is engaged in and

specializes in materials characterization which is the science that uses a variety of analytical

techniques to determine the identity and amount of each component of a material. He has

performed materials characterization analyses on numerous building material samples (bulk

samples).

Dr. Lee will testify that he was retained by W. R. Grace (Grace): (1) to review and

compile laboratory data for bulk samples that were submitted with asbestos property damage

claims in this matter; (2) to compare the bulk sample results with Grace formulas for asbestos-

containing surfacing products; and, (3) to the extent permitted by the data, to make a

determination as to whether the results are inconsistent or not inconsistent with those formulas.

Dr. Lee will testify that over the years he has compared and contrasted the results of

numerous analyses of bulk building material samples with product formula at issue. He will

testify that he is familiar with product formulas for Grace's spray-on asbestos-containing

building products (i.e., fireproofing and acoustical plaster).  Dr. Lee will testify that Grace's asbestos-containing fireproofing generally consisted of gypsum, vermiculite and chrysotile asbestos and that while Grace's formulas for acoustical plaster varied to some degree the constituents generally included vermiculite, clay, chrysotile and sometimes titania.  Dr. Lee may also testify concerning the use of similar constituents in the asbestos-containing surfacing products of other manufacturers.

Dr. Lee will testify that Grace's product formulas (**Debtors' Pre-Marked Exhibit 1**) are like recipes—they specify the ingredients (i.e., constituents) and the amount (i.e., abundance) of each ingredient to be used in the products – and that the product material can be analyzed using conventional laboratory methods and compared to the formulas used at the time of manufacture. Dr. Lee may testify concerning the analytical methods used to identify and quantify constituents in building materials samples.

Dr. Lee will testify that in determining whether sample results are inconsistent or not inconsistent with particular product formulas, he evaluates whether the constituents named in the product formula are present or absent, whether constituents not called for in the product formulas are present and how estimated abundances of the constituents in the sample compare with the abundances specified in the product formulas (**Debtors' Pre-Marked Exhibit 2**).   He will further testify that comparing bulk material sample results to product formulas is similar to comparing a list of ingredients to a recipe.

Based on his review of analyses performed by other laboratories, Dr. Lee will testify that some laboratories do not always provide sufficient data to enable one to compare the results to a product formula.  For example, some laboratories issue reports for a bulk building material sample by identifying and quantifying only the asbestos component of the sample.  With such

limited information (i.e., the identity and quantity of only one constituent) one cannot determine to a reasonable degree of scientific certainty whether or not the material is consistent with a specific product formula (**Debtors' Pre-Marked Exhibit 3**).    Another example is that some laboratories identify and quantify the asbestos component of the sample and report all other constituents as "binder" or "non-fibrous material" (**Debtors' Pre-Marked Exhibit 3**).  Dr. Lee will testify that with such limited and nonspecific information about the constituents of the sample one cannot determine whether or not the material is consistent with a specific product formula.

Dr. Lee will testify that he was provided with and reviewed documents filed by claimants in this matter to which laboratory data were attached.  He will describe the process (**Debtors' Pre-Marked Exhibit 4**) used to review and compile the data (**Debtors' Pre-Marked Exhibit 5**) and to sort the samples into categories of:  (1) samples with laboratory data demonstrating the sample is not a Grace Surfacing Product (e.g., pipe insulation, mud, tape, floor tile, ceiling tile; glaze, mastic); (2) samples with insufficient laboratory data to render a product identification conclusion to a reasonable degree of scientific certainty; (3) samples with laboratory data inconsistent with Grace Surfacing Products (e.g., presence of component not called for in the Grace formulas such as non-chrysotile asbestos, cellulose, glass fiber, mineral wool or foam or the absence of component called for in the formulas); and (4) samples with laboratory data not inconsistent with Grace's formulas for asbestos-containing surfacing products (**Summary Spreadsheets – Debtors' Pre-Marked Exhibit 6**).

Dated:  April 13, 2007

REED SMITH LLP
James J. Restivo, Jr.
Lawrence E. Flatley
Douglas E. Cameron
Traci S. Rea
435 Sixth Avenue
Pittsburgh, PA   15219
(412) 288-3131

    and

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Lisa G. Esayian
Janet S. Baer
200 East Randolph Drive
Chicago, IL   60601
(312) 861-2000

    and

PACHULSKI STANG ZIEHL YOUNG
JONES & WEINTRAUB LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE  19899-8705
(302) 652-4100
Co-Counsel for the Debtors and
Debtors in Possession