IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al., | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Related to: Docket No. 15156 |

**DEBTORS' FINAL LIST OF PRE-MARKED EXHIBITS FOR
APRIL 23 – 25, 2007 PRODUCT IDENTIFICATION HEARING ON
CERTAIN ASBESTOS PROPERTY DAMAGE CLAIMS**

In accordance with this Court's April 11, 2007 Modified Amended Scheduling Order Regarding Objections to Asbestos PD Claims, Docket No. 15156, the Debtors hereby submit their final witness list for the Adjudication of Product Identification Objections scheduled for April 23, 24 and 25, 2007.

**EXHIBIT NO.**                                              **DOCUMENT**

| EXHIBIT NO. | DOCUMENT |
|---|---|
| 1. | Formulae for Asbestos – Containing Fireproofing, Acoustical Plaster and Surface Texture Products Manufactured by Grace and/or Zonolite |
| 2. | Examples of Claimants' Laboratory Data with "Wrong Components" |
| 3. | Examples of Claimants' Laboratory Data with "Insufficient Data" |
| 4. | R.J. Lee Chart: Product ID Claim Document Review Process |
| 5. | Sample R.J. Lee Spreadsheet Used to Enter Claimants' Laboratory Data |
| 6. | R.J. Lee Spreadsheets of Claimants' Laboratory Data |
| 7. | Product Formula for U.S. Gypsum Firecode |
| 8. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 11323 |
| 9. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 11618 |
| 10. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 11620 |

| 11. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 11678 |
|---|---|
| 12. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 11683 |
| 13. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 12293 |
| 14. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 12303 |
| 15. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 12304 |
| 16. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 12305 |
| 17. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 12307 |
| 18. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 12308 |
| 19. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 12310 |
| 20. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 12311 |
| 21. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 12312 |
| 22. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 12313 |
| 23. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 12316 |
| 24. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 12317 |
| 25. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 12322 |
| 26. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 12331 |
| 27. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 12346 |
| 28. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 12348 |
| 29. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 12368 |
| 30. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 12395 |

| 31. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 12396 |
|---|---|
| 32. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 12427 |
| 33. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 12430 |
| 34. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 12440 |
| 35. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 12443 |
| 36. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 12489 |
| 37. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 12490 |
| 38. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 12493 |
| 39. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 12526 |
| 40. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 12527 |
| 41. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 12528 |
| 42. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 12536 |
| 43. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 13950 |
| 44. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 3406 |
| 45. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 6941 |
| 46. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 10648 |
| 47. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 10649 |
| 48. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 10650 |
| 49. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 10651 |
| 50. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 10652 |
| 51. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 10653 |
| 52. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 10654 |

| 53. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 10655 |
| --- | --- |
| 54. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 10656 |
| 55. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 10657 |
| 56. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 10658 |
| 57. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 10659 |
| 58. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 10660 |
| 59. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 10661 |
| 60. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 10662 |
| 61. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 14411 |
| 62. | Documents from Proof of Claim for Claim No. 10700 – Claim form pages 002-011 |
| 63. | Documents from Proof of Claim for Claim No. 1724 – Claim form pages 002, 003 and 005 |
| 64. | Documents from Proof of Claim for Claim No. 5987 – Claim form pages 002 and 005 |
| 65. | R.J. Lee Summary and Claimants' Laboratory Data for Claim No. 12780 |

Dated: April 13, 2007

REED SMITH LLP

James J. Restivo, Jr.
Lawrence E. Flatley
Douglas E. Cameron
Traci S. Rea
435 Sixth Avenue
Pittsburgh, PA   15219
(412) 288-3131

and

91100-001\DOCS_DE:126625.1                4

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Lisa G. Esayian
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000
    and

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100
Co-Counsel for the Debtors and
Debtors in Possession