IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Re: Docket no. 15172 and 15156 |
| | ) | |
| | ) | Hearing Date: May 21, 2007 @ 2:00 p.m. |
| | ) | (unless expedited) |
| | ) | |
| | ) | Objection Deadline: May 4, 2007 @ 4:00 p.m. |
| | ) | (unless expedited) |

**NOTICE OF
ANDERSON MEMORIAL HOSPITAL'S MOTION TO EXTEND DEADLINES**

PLEASE TAKE NOTICE that on April 13, 2007, Anderson Memorial Hospital ("Movant") filed the above-captioned motion (the "Motion").

PLEASE TAKE FURTHER NOTICE that a proposed order granting the Motion is attached to this notice of motion.

PLEASE TAKE FURTHER NOTICE that *unless the Motion is heard on an expedited basis,* responses to the Motion, if any, must be filed on or before **May 4, 2007 AT 4:00 P.M. E.S.T.** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the undersigned counsel to the Movant so that the response is received on or before the Objection Deadline.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

PLEASE TAKE FURTHER NOTICE THAT *UNLESS THE MOTION IS HEARD ON AN EXPEDITED BASIS,* A HEARING ON THE MOTION WILL BE HELD AT ON **MAY 21, 2007 AT 2:00 P.M. E.S.T.** BEFORE THE HONORABLE JUDITH K. FITZGERALD, UNITED STATES BANKRUPTCY COURT, 824 MARKET STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

DATED:  April 13, 2007

/s/ Christopher D. Loizides
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728

- and -

Daniel A. Speights (SC Fed. ID No. 4252)
Marion C. Fairey, Jr. (SC Fed ID No. 6101)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC  29924
Telephone:    (803) 943-4444
Facsimile:    (803) 943-4599

*Counsel to Anderson Memorial Hospital*