**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that true and correct copies of the foregoing **Notice of Motion to Extend Deadlines (with proposed order)** were served on the parties listed on the attached service list in the manner indicated thereon this 13th day of April, 2007.

DATED: April 13, 2007

                                              /s/ Christopher D. Loizides
                                      Christopher D. Loizides (No. 3968)
                                      LOIZIDES, P.A.
                                      1225 King Street, Suite 800
                                      Wilmington, DE  19801
                                      Telephone:   (302) 654-0248
                                      Facsimile:    (302) 654-0728
                                      E-mail:         loizides@loizides.com