IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Timothy P. Cairns, hereby certify that on the 13th day of April, 2007, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**TRIAL EXHIBIT #64**

GOING TO:
*Via Overnight Delivery*
Dale M Johnson
2255 E Shaw Ave, Apt B
Fresno, CA 97710

_____
Timothy P. Cairns (Bar No. 4228)

91100-001\DOCS_DE:125703.37