## PART 1: CLAIMING PARTY INFORMATION

**NAME:**
DALE M JOHNSON
*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):** 8612
*(last four digits of SSN)*

**F.E.I.N. (Business Claimants)**

Other names by which claiming party has been known (such as maiden name or married name):

First / MI / Last

First / MI / Last

**GENDER:** ☒ MALE    ☐ FEMALE

**Mailing Address:**
2255 E SHAW AVE, APT B
*Street Address*

FRESNO    CA   93710
*City*    *State*    *Zip Code*
         *(Province) (Postal Code)*

USA
*Country*

## PART 2: ATTORNEY INFORMATION

The claiming party's attorney, if any (You do not need an attorney to file this form):

**Law Firm Name:**

**Name of Attorney:**
First / MI / Last

**Mailing Address:**
*Street Address*

*City*    *State*    *Zip Code*
         *(Province) (Postal Code)*

**Telephone:**
( ___ ) ___ - ____
*Area Code*

REC'D MAR 25 2003

9276101

EXHIBIT 64

WR Grace    PD.3.10.455
            00005987
SR=463

1019988

005987-000002

16. Do you have documentation relating to the purchase and/or installation of the product in the property?
    ☐ Yes   ☒ No
    If Yes, attach all such documents. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.
    If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

17. If you do not have any such documents, explain why not and indicate who may have possession or control of such documents with respect to the property.

    NO DOCUMENTATION EXISTS - COUNTY LOST ALL RECORDS

18. When did you first know of the presence of asbestos in the property of the Grace product for which you are making this claim?

    | 2 | 0 | 0 | 1 |
    Year
    Please attach all documents relating or referring to the presence of asbestos in the property for which you are making this claim. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.
    If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

19. How did you first learn of the presence of asbestos in the property of the Grace product for which you are making this claim?

    TEST WAS CONDUCTED BEFORE REMOVAL

20. When did you first learn that the Grace product for which you are making this claim contained asbestos?

    | 2 | 0 | 0 | 1 |
    Year

21. How did you first learn that the Grace product for which you are making the claim contained asbestos?

    FROM TESTING ABOVE

22. Have you or someone on your behalf made an effort to remove, contain and/or abate the Grace product for which you are making this claim?
    ☒ Yes   ☐ No
    If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.
    If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

23. If you do not have any such documents, explain why not and indicate who may have possession and control of such documents with respect to the property.

24. If you or someone on your behalf did not make an effort to remove, contain and/or abate the Grace product(s) for which you are making a claim, to the best of your knowledge, did anyone else make such an effort?
    ☐ Yes   ☒ No

9276104                                              1019988