## PART 1: CLAIMING PARTY INFORMATION

**NAME:** WILLIAM R WITTENBERG
*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):** 1724 (last four digits of SSN)

**F.E.I.N. (Business Claimants):**

Other names by which claiming party has been known (such as maiden name or married name):

First / MI / Last

First / MI / Last

**GENDER:** ☒ MALE   ☐ FEMALE

**Mailing Address:**
6110 PANORAMA DR NE
*Street Address*

TACOMA    WA    98422
*City*    *State*    *Zip Code*
         *(Province)*  *(Postal Code)*

PIERCE
*Country*

## PART 2: ATTORNEY INFORMATION

The claiming party's attorney, if any (You do not need an attorney to file this form):

**Law Firm Name:**

**Name of Attorney:**
First / MI / Last

**Mailing Address:**
*Street Address*

*City* / *State* / *Zip Code*
*(Province)* *(Postal Code)*

**Telephone:** ( ) -
*Area Code*

EXHIBIT 63

9276101

AUG 0 6 2002

WR Grace    PD.1.1.47
SR=89       00001724

1019275

001724-000002

# PART 3: PROPERTY INFORMATION

### A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

   Street Address: `6110 PANORAMA DR NE`

   City: `TACOMA`  State (Province): `WA`  Zip Code (Postal Code): `98422`

   Country: `US`

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?
   - ☐ Yes
   - ☒ No

3. Do you currently own the property listed in Question 1, above?
   - ☒ Yes
   - ☐ No

4. When did you purchase the property? `11` - `20` - `1965`
   Month  Day  Year

5. What is the property used for (check all that apply)
   - ☒ Owner occupied residence
   - ☐ Residential rental
   - ☐ Commercial
   - ☐ Industrial  Specify:
   - ☐ Other  Specify:

6. How many floors does the property have? `1`

7. What is the approximate square footage of the property? `1620`

8. When was the property built?
   - ☒ Before 1969
   - ☐ 1969 - 1973
   - ☐ After 1973

9. What is the structural support of the property?
   - ☒ Wood frame
   - ☐ Structural concrete
   - ☐ Brick
   - ☐ Steel beam/girder
   - ☐ Other  Specify:

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?
    - ☐ Yes
    - ☒ No

9276102

1019275

001724-000003

16. Do you have documentation relating to the purchase and/or installation of the product in the property?

    ☐ Yes   ☒ No

    If Yes, attach all such documents. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

    If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

17. If you do not have any such documents, explain why not and indicate who may have possession or control of such documents with respect to the property.

    > BUILDING CONTRACTOR DID NOT PROVIDE DOCUMENTS
    > HAROLD GESSET CONTRACTING COMPANY MAY HAVE DOCUMENTS
    > LOCATED AT 653 SW 199TH PL - BURIEN, WA    TEL# 206-824-3552

18. When did you first know of the presence of asbestos in the property of the Grace product for which you are making this claim?

    `1983`
    Year

    Please attach all documents relating or referring to the presence of asbestos in the property for which you are making this claim. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

    If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

19. How did you first learn of the presence of asbestos in the property of the Grace product for which you are making this claim?

    > PAINTING CONTRACTOR IN 1983

20. When did you first learn that the Grace product for which you are making this claim contained asbestos?

    `1983`
    Year

21. How did you first learn that the Grace product for which you are making the claim contained asbestos?

    > PAINTING CONTRACTOR

22. Have you or someone on your behalf made an effort to remove, contain and/or abate the Grace product for which you are making this claim?

    ☐ Yes   ☒ No

    If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

    If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

23. If you do not have any such documents, explain why not and indicate who may have possession and control of such documents with respect to the property.

    > BUILDER PROVIDED NO DOCUMENTS

24. If you or someone on your behalf did not make an effort to remove, contain and/or abate the Grace product(s) for which you are making a claim, to the best of your knowledge, did anyone else make such an effort?

    ☐ Yes   ☒ No

9276104

1019275