## FORMULAE FOR ASBESTOS-CONTAINING FIREPROOFING, ACOUSTICAL PLASTER AND SURFACE TEXTURE PRODUCTS MANUFACTURED BY GRACE AND/OR ZONOLITE

The following are formulae for W.R. Grace & Co.-Conn. and Zonolite Company asbestos-containing acoustical plaster, surface texture and fireproofing products.

### Zonolite Acoustical Plastic (Standard) (a/k/a Vermiculite Acoustical Plastic/Plaster)

Vermiculite (60-70%)
Bentonite (montmorillonite type)(15-19%)
Asbestos (15-19%)
Sodium Lauryl Sulfate (<1%)

### Zonolite Acoustical Plastic (Bermuda Tan) (a/k/a Vermiculite Acoustical Plastic/Plaster)

Vermiculite (56-64%)
Bentonite (montmorillonite type)(16-20%)
Asbestos (16-20%)
Sodium Lauryl Sulfate (<1%)
Dowicide (<1%)
Sodium Nitrate (<1%)

### Board of Education Hard Texture

Perlite (40-48%)
Bentonite (montmorillonite type)(23-27%)
Titanium Dioxide (13-15%)
Asbestos (9-12%)
North Carolina Clay (2-4%)
ZOD Concentrate (2-3%)
Calcium Carbonate (1-2%)
Sodium Lauryl Sulfate (<1%)
Fungicide (<.5%)

### Board of Education Texture

Perlite (41-49%)
Bentonite (montmorillonite type)(23-27%)
Titanium Dioxide (13-15%)
Asbestos (9-12%)
North Carolina Clay (2-3%)
Calcium Carbonate (1-2%)
Sodium Lauryl Sulfate (<1%)
Fungicide (<.5%)



EXHIBIT 1

### Ari-Zonolite Board Texture

This product was manufactured by the Ari-Zonolite Company for a two or three year period in the early 1960's. Grace believes the product contained approximately 10% commercial asbestos, but has no formula documents. The investigation is continuing.

### Econo-White 65 and Econo-White 70 (a/k/a Econo-White Acoustical Texture and Econo-White Super White)

Perlite (60-70%)
Bentonite (montmorillonite type)(13-17%)
Asbestos (13-17%)
Titanium Dioxide (2-8%)
Sodium Lauryl Sulfate(<1%)

### Zonolite Finish Coat (Decorator's White) (a/k/a Zonolite Acoustical Finish)

Vermiculite (63-72%)
Bentonite (montmorillonite type) (11-15%)
Asbestos (11-14%)
Titanium Dioxide (5-7%)
Sodium Lauryl Sulfate (<.5%)

### Zonolite Finish Coat (Decorator's White) (Extra Hard)

Vermiculite (61-69%)
Bentonite (montmorillonite type) (12-14%)
Asbestos (11-14%)
Titanium Dioxide (5-7%)
Sodium Lauryl Sulfate (2-3%)

### Hi Sorb Acoustical Plaster XX White HiSorb

South African Vermiculite (20-32%)
Perlite (4-13%)
Plaster of Paris (50-60%)
Asbestos (8-10%)
Bentonite (1.5-2.5%)
Cal. Concentrate (2.3%)
Titanium (1.5-2.5%)
Drywall Additive (<3%)

### Oyster White HiSorb

South African Vermiculite (18-27%)
Vermiculite (10-13%)

Plaster of Paris (50-60%)
Asbestos (8-10%)
Bentonite (1.5-2.5%)
Cal. Concentrate (1.8-2.5%)
Drywall Additive (<3%)

### Hi Temp Insulating Cement
### (a/k/a Zonolite High Temperature Cement, Zonolite Hi-Temperature Cement, Zonolite High Temperature Insulating Cement)

Vermiculite (60-70%)
Bentonite (montmorillonite Type) (15-19%)
Asbestos (15-19%)
Orvus Neutral Granule (<1%)

### Zonolite Mono-Kote (MK-1)

Vermiculite (40-45%)
Plaster of Paris (33-37%)
Asbestos (10-13%)
Portland Cement (7-9%)
ZOD Concentrate (1-2%)

### Spra-Insulation (MK-2)

Vermiculite (41-46%)
Plaster of Paris (33-37%)
Asbestos (10-13%)
White Portland Cement (6-9%)
ZOD Concentrate (1-2%)

### Zonolite Mono-Kote MK-3

Plaster of Paris (55-59%)
Vermiculite (28-32%)
Asbestos (10-14%)
Sodium Lauryl Sulfate (<1%)

### Perltex Super-40 Fog
### (a/k/a Perltex Fog)

Whiting (75-86%)
Talc (6-8%)
Asbestos (4-7%)
Staramic (3-5%)
Titanium Dioxide (1-2%)
Dowicil (<1%)
Methocel (<1%)
NTA (<1%)
Daxad-17 (<1%)

Ultramarine Blue (<.5%)

In two formula documents, one undated and one dated March 14, 1972, talc, titanium dioxide, Daxad 17 and ultramarine blue were eliminated from the above formula and replaced with lithopone (6-9%), casein (1-2%), TSP (<1%) and sodium nitrite (<.5%).

### Perltex Spray Surfacer
### (a/k/a PlasterTex, Perltex Super-40 Spray Surfacer, and Perltex Super-40) and Gun Coat Spray Surfacer)

Whiting (11-40%)
Sodium Nitrate (<1%)
Lithopone (5-25%)
Casein (2.5-11%)
Mica XX (7-10%)
Pryprophyllite (3-8%)
Soya Flour (0.5-4%)
Asbestos (6-13%)
Kalloid Clay (5-12%)
Tri Sodium Phosphate (0.5-4%)
KA 47 Titanium (0.5-4%)
Mica AA (7-16%)
Snow Flake Lime (<1%)
Dowicide G (<1%)
Calcium Sterate (<1%)
Perlite (4-18%)

### Perltex Super-40 Perlite
### (a/k/a Perltex Perlite and Super-40 Perlite)

Whiting (65-75%)
Perlite Aggregate (7-11%)
Asbestos (6-8%)
Lithopone (5-9%)
Staramic (4-6%)
Casein (1-2%)
Methocel (<1%)
Trisodium Phosphate (<1%)
Dowicil (<.5%)
Sodium Nitrite (<.5%)
NTA (<.5%)

### Perltex Super-40 Polycoarse
### (a/k/a Perltex Polycoarse, Perltex Super-40 Poly and Perltex Poly)

Whiting (64-74%)
Talc (14-16%)

4

Asbestos (4-6%)
Staramic (4-5%)
Lithopone (3-4%)
Methocel (1-2%)
Polystyrene Aggregate (1-2%)
NTA (<1%)
Dowicil (<.5%)
Daxad-17 (<.5%)
Ultramarine Blue (<.5%)

Two formula documents, one undated and one dated March 14, 1972, set forth the following formula for Super 40 Poly:

Whiting (38-42%)
Talc (38-42%)
Asbestos (1-2%)
Lithopone (11-15%)
Methocel (<1%)
Poly Beads (1-3%)
NTA (<1%)
Dowicil (<1%)
Casein (1-2%)
TSP (<1%)
Kalloid Clay (1-2%)
Natrosol (<1%)

### Perltex Super-40 SAV

Whiting (67-77%)
SAV Aggragate (6-8%)
Lithopone (6-8%)
Asbestos (5-7%)
Staramic (4-6%)
Casein (1-2%)
Trisodium Phosphate (<1%)
Methocel (<1%)
NTA (<1%)
Sodium Nitrite (<.5%)
Dowicil (<.5%)

### Zonolite Spra-Tex (Regular)

Kaolin Clay (31-35%)
Asbestos (30-36%)
Titanium Dioxide (15-17%)
Vermiculite (14-19%)
Sodium Lauryl Sulfate (<1%)

### Zonolite Spra-Tex EH (Extra Hard)

5

Kaolin Clay (30-34%)
ASbestos (29-35%)
Vermiculite (14-19%)
Titanium Dioxide (15-17%)
ZOD Concentrate (2-4%)
Sodium Lauryl Sulfate (<1%)

### Spra-Wyt
### (a/k/a Spra-Wyt Finish, Spra-Whyt Acoustical, and Spra-Wyt Acoustical Finish)

Perlite (50-60%)
Bentonite (montmorillonite type) (16-20%)
Asbestos (16-20%)
Titanox RA-50 (4-5%)
Double Hydrate Lime (4-5%)
Duponol WA Dry (<.5%)
Dowicide "6" (<.5%)

### Versakote (Prep Coat #4)

White Portland Cement (38-42%)
Whiting (26-30%)
Hydrated Lime (11-13%)
Perlite Aggregate (6-10%)
Asbestos (5-7%)
Titanium Dioxide (2-3%)
Aluminum Hydrate (1-3%)
Aluminum Stearate (<1%)
Gelvatol (<1%)
Hamaco (<1%)
Daxad-17 (<1%)
Darex Set Accel. (<1%)
Nopco PD-1 (<1%)
Dowicil (<.5%)

### Z-Tex
### (a/k/a EZ-Tex)

Plaster of Paris (40-50%)
Vermiculite (24-28%)
Asbestos (13-17%)
White Cement (11-13%)
ZOD Concentrate (<.5%)
Retarder (<.5%)
Dowicide (<.5%)

### Zono-Coustic 1

Vermiculite (75-85%)
Asbestos (11-14%)

Plaster of Paris (5-8%)

### Zono-Coustic 2

Vermiculite (41-46%)
Plaster of Paris (33-37%)
Asbestos (10-13%)
White Portland Cement (6-9%)
ZOD Concentrate (1-2%)

### Zono-Coustic 3

Plaster of Paris (35-39%)
Vermiculite (34-38%)
Asbestos (11-14%)
Hydrated Lime (8-11%)
Titanium Dioxide (3-4%)
Sodium Lauryl Sulfate (<1%)

### Zono-Coustic Z

Vermiculite (38-42%)
Plaster of Paris (34-38%)
Asbestos (11-14%)
Portland Cement (7-9%)
Sodium Lauryl Sulfate (<1%)

### Perlcoustic

Perlite (53-61%)
7 M Asbestos (15-17%)
Solka-Floc BW-20 (4.5-5.5%)
Bentonite (19-21%)
Sodium Nitrite (<1%)
Dowicide G (<1%)
Naconal DB Beads (<1%)

### Perltex Prep Coat #3

White Cement (40-44%)
Asbestos (4-5%)
Calcium Carbonate (18-20%)
Vermiculite (10.5-11.5%)
Finish Lime Double
Hydrated (10.5-11.5%)
Perlite (10.5-11.5%)

### Prep Coat #5 (Puerto Rico)

White Portland Cement (38-42%)

Whiting (14-19%)
Hydrated Lime (11-13%)
Asbestos (5-7%)
Vermiculite (18-22%)
Perlite Aggregate (7-11%)

### Satin White

Vermiculite (46-53%)
Bentonite (6-9%)
Asbestos (13-17%)
Whiting (20-24%)
Titanium Dioxide (1-2%)
Satin White Concentrate (2-5%)
MBS 40 (<.5%)

### Ari-Zonolite Natural

Vermiculite (55-60%)
Asbestos (15-19%)
Bentonite (15-19%)
Duponol (<.5%)
Sodium Nitrate (<1%)
Plaster of Paris (6-9%)

### Ari-Zonolite Oyster White

Vermiculite (38-42%)
Asbestos (28-32%)
Bentonite (10-14%)
Duponol (<1%)
Titanium (4-8%)
Perlite (10-13%)

### Ari-Zonolite Nu-White

Asbestos (41-46%)
Bentonite (9-13%)
Plaster of Paris (4-7%)
Perlite (36-41%)
Duponol (<1%)
Elvalol (<1%)

### Zonolite Finishing Cement

Asbestos (21-26%)
Bentonite (3-5%)
Plaster of Paris (42-50%)
Vermiculite (22-27%)
Gypsum Retarder (<.5%)

## Example
## Wrong Components

| Grace Formula | | Claim Document Sample Results | |
|---|---|---|---|
| **Zonolite Mono-Kote MK-3** | | | |
| Plaster of Paris (gypsum) | 55-59% | No Data Provided | |
| Vermiculite | 28-32% | No Data Provided | |
| Chrysotile Asbestos | 10-14% | Chrysotile Asbestos | 5% |
| Sodium Lauryl Sulfate | <1% | Amosite Asbestos | 5% |

## Example
## Wrong Components

| Grace Formula | | Claim Document Sample Results | |
|---|---|---|---|
| **Zonolite Mono-Kote MK-3** | | CaCO | 60% |
| Plaster of Paris (gypsum) | 55-59% | Mica (vermiculite) | 3% |
| Vermiculite | 28-32% | Chrysotile Asbestos | 3% |
| Chrysotile Asbestos | 10-14% | Quartz | 2% |
| Sodium Lauryl Sulfate | <1% | Cellulose | 2% |

## Example
## Wrong Components

| Grace Formula | | Claim Document Sample Results | |
|---|---|---|---|
| **Zonolite Acoustical Plastic (Standard)** | | | |
| Vermiculite | 60-70% | Misc. Material | 54% |
| Bentonite | 15-19% | Mineral Wool | 15% |
| Chrysotile Asbestos | 15-19% | Chrysotile Asbestos | 10% |
| Sodium Lauryl Sulfate | <1% | Amosite Asbestos | 20% |

EXHIBIT 2

## Example
## Insufficient Data

| Grace Formula | Claim Document Sample Results |
|---|---|
| **Zonolite Mono-Kote MK-3**<br><br>Plaster of Paris (gypsum)   55-59%<br>Vermiculite                          28-32%<br>Chrysotile Asbestos           10-14%<br>Sodium Lauryl Sulfate         <1% | No Data Provided<br>No Data Provided<br>Chrysotile Asbestos                    5% |

## Example
## Insufficient Data

| Grace Formula | Claim Document Sample Results |
|---|---|
| **Zonolite Mono-Kote MK-3**<br><br>Plaster of Paris (gypsum)   55-59%<br>Vermiculite                          28-32%<br>Chrysotile Asbestos           10-14%<br>Sodium Lauryl Sulfate         <1% | Nonfibrous material                    90%<br><br>Chrysotile Asbestos                    10% |

## Example
## Insufficient Data

| Grace Formula | Claim Document Sample Results |
|---|---|
| **Zonolite Mono-Kote MK-3**<br><br>Plaster of Paris (gypsum)   55-59%<br>Vermiculite                          28-32%<br>Chrysotile Asbestos           10-14%<br>Sodium Lauryl Sulfate         <1% | "Binder"                                     80%<br><br>Chrysotile Asbestos                    15% |



EXHIBIT 3

# Product ID Claims Document Review Process



| Field | Row 1 | Row 2 | Row 3 |
|---|---|---|---|
| Laboratory | GSA Asbestos Survey | Pinchin & Associates Ltd. | Materials Analytical Services, WC |
| Lab Report Date | 07/30/58 | 10/06/69 | 3/13/06 |
| Claimed Products (Question 13) | MK-3 | Surface Treatment | Zonolite Acoustical Plastic |
| Date Claim Rec'd | 3/31/2003 | 3/31/2003 | 3/31/2003 |
| Building Description (Question) | Office | University | Theatre |
| Building Type (Question 5) | O | O | O |
| State | CA | ON | BC |
| City | Santa Ana | Ottawa | Vancouver |
| Address | 28 Civic Center Plaza | 1125 Colonel By Drive | Q.E. And Playhouse Theatres 649-655 Cambie |
| First Name | Dept. of General Serv. | | |
| Last Name | State of California | Carleton University | City of Vancouver |
| Claim Number | 10848 | 12395 | 12476 |
| Sample Description | Acoustical (Sprayed) | 2nd Floor, Sprayed Ceiling Material | Texture Coat |
| Sample Type | spray-applied | spray-applied | spray-applied |
| Lab Sample ID | B24-M6-R20-S3 | 2-11 | M38270-002 |
| Number containing Asbestos | 28 | 9 | 1 |
| Number of Samples | 47 | 16 | 1 |
| Reason for Conclusion | Only asbestos reported | contains mineral wool | Tan. Flakes and books as well as fiber bundle Supporting Data Provided |
| Gross Description (Visual Ins) | Homogeneous, grey fibrous material | | |

Constituents (percentages):

| Constituent | Row 1 | Row 2 | Row 3 |
|---|---|---|---|
| Wollastonite | | | |
| Perlite | | | |
| Vermiculite | | | 72 |
| Undefined Asbestos | | | |
| Anthophyllite | | | |
| Tramolite | | | |
| Crocidolite | | | |
| Actinolite | | | |
| Amosite | | | |
| Chrysotile | 10 | 10.25 | 14 |
| Supporting Material | | | |
| other materials (no percentage) | | | |
| other | | | |
| Opaques | | | |
| Minerals | | | |
| talc | | | |
| Paint | | | |
| Synthetic | | | |
| Glass | | | |
| Non-Asbestos Fibrous | | | |
| Paper Fiber | | | |
| Glass Wool | | | |
| Wool/ Glass Wool | | | |
| Wood Fiber | | | |
| Synthetic Fiber/Polymer | | | |
| Fibrous Glass | | | |
| Mineral Wool | | 25-50 | |
| Cellulose | | | |
| Filler | | | |
| Matrix | | | |
| Binding Materials | | | 14 |
| Particulate | | | |
| Non-Fibrous | | 25-50 | |
| Misc. Materials | | | |
| Sand Grains | | | |
| Silicates | | | |
| Quartz | | | |
| Silica | | | |
| Mortar/Plaster | | | |
| cementatious | | | |
| Gypsum | | | |
| CaCO | | | |
| Binders: CaCO3/CaSO4 | | | |
| Calcite/Calcite Binders | | | |
| Carbonate Binder | | | |
| Calcite | | | |
| Mica | | | |
| | | | Chrysotile (EDS)(DIFF), Vermiculite (EDS), Montmorillonite (EDS) |

EXHIBIT 5

| Claim Number | Lab Sample ID | SampleType | Chrysotile | Amosite | Actinolite | Crocidolite | Tremolite | Anthophyllite | Undefined Asbestos | Vermiculite | Perlite | Mica | Carbonate Binder | Gypsum | cementatious | Quartz | Non-Fibrous | Particulate | Binding Materials | Cellulose | Mineral Wool | Fibrous Glass | Synthetic Fiber/Polymer | Wood Fiber | Non-Asbestos Fibrous | other | Supporting Material |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12760 | 3 | mud/j.cmpd./tape | 45 | | | | | | | | | | | | | | | | | 10 | 30 | | | | | 15 | |
| 12760 | 4 | spray-applied | 20 | | | | | | | | | 80 | | | | | | | | | | | | | | 20 | |
| 12760 | 2300 | possible | 20-40 | | | | | | | | | | | | | | 60-80 | | | | | | | | | | |

EXHIBIT 65

RJ Lee Summary of Lab Data for Claim No. 12760

PART 3: PROPERTY INFORMATION
26 & 18. (ATTACHED)

    A. ENVIROMENTAL PROPERTY AUDITS  4-24-01

    B. TWIN CITY TESTING  1-03-85

    C. UNIVERSITY OF MINNESOTA  MAY 1984

FIRST PRESBYTERIAN CHURCH, DAWSON, MN

21

**ENVIRONMENTAL PROPERTY AUDITS, INC.**                                    **EPA, INC.**

2701 4th Avenue N, Anoka, MN 55303                                         www.epaconsultant.com
Phone: 763.323.6700
Fax: 763.323.6677



Health & Safety
Consultants

April 24, 2001



FILE

Mr. Daryl Schutte
First Presbyterian Church
Dawson, MN 56232

Dear Mr. Schutte:

Enclosed is the laboratory report for the materials collected for asbestos content analysis from the duct insulation at First Presbyterian Church in Dawson, MN. As indicated in the report, **there was asbestos found in the following materials as collected by Environmental Property Audits, Inc. (EPA, Inc.) personnel.**

| SAMPLE # | LOCATION    | DESCRIPTION       | TYPE           |
|----------|-------------|-------------------|----------------|
| 3        | Boiler room | Mudded duct seam  | 45% Chrysotile |
| 4        | Ceiling     | Sprayed on texture| 20% Chrysotile |

The on-site material sampling and survey was conducted by a federally accredited asbestos inspector in accordance with the OSHA 1926.1101, Asbestos Standards and the State of Minnesota, Department of Health Asbestos Regulations, part 4620.3460. The laboratory analysis was performed in accordance with current U.S. Environmental Protection Agency (USEPA) protocols, "Method for the Determination of Asbestos in Bulk Materials," EPA 600/R-93/116, 1993.

If there are any questions concerning this project, please call our office at (763) 323-6700. Thank you for choosing EPA, Inc. for your asbestos concerns and I look forward to assisting you on future projects.

Sincerely,

Jim Lindahl
President

JL:eap

Enclosure:   Laboratory Data
             Inspector Accreditation
             Invoice

## EMSL Analytical, Inc.

14375 23rd Avenue North
Minneapolis, MN 55447
Phone: (763) 449-4922    Fax: (763) 449-4924

Attn.: Jim Lindahl
EPA, Inc.
2701 4th Avenue North
Anoka, MN 55303

Monday, April 23, 2001

Ref Number: MN01752

## POLARIZED LIGHT MICROSCOPY (PLM)
### Performed by EPA 600/R-93/116 Method*

Project: 1st Presbyterian - Dawson

| Sample | Location | Appearance | Sample Treatment | ASBESTOS % | ASBESTOS Type | NON-ASBESTOS % Fibrous | NON-ASBESTOS % Non-Fibrous |
|---|---|---|---|---|---|---|---|
| 1 | Taped duct seam insulation | Cream/Yellow Fibrous Heterogeneous | Teased/Dissolved | None Detected | | 80% Min. Wool 15% Cellulose | 5% Other |
| 2 | Duct insulation | Cream/Yellow Fibrous Heterogeneous | Teased/Dissolved | None Detected | | 80% Min. Wool 15% Cellulose | 5% Other |
| 3 | Mudded duct seam | Tan/Grey Fibrous Heterogeneous | Teased/Dissolved | 45% | Chrysotile | 30% Min. Wool 10% Cellulose | 15% Other |
| 4 | Sprayed on ceiling texture | Grey/Gold Fibrous Homogeneous | Teased/Dissolved | 20% | Chrysotile | None Detected | 60% Mica 20% Other |

Comments: For all obviously heterogeneous samples easily separated into subsamples, and for layered samples, each component is analyzed separately. Also, "# of Layers" refers to number of separable subsamples.
* NY samples analyzed by ELAP 198.1 Method.

Daria Gordhamer
Analyst

Approved Signatory

Disclaimers: PLM has been known to miss asbestos in a small percentage of samples which contain asbestos. Thus negative PLM results cannot be guaranteed. EMSL suggests that samples reported as <1% or none detected be tested with either SEM or TEM. The above test report relates only to the items tested. This report may not be reproduced, except in full, without written approval by EMSL. The above test must not be used by the client to claim product endorsement by NVLAP nor any agency of the United States Government. Laboratory is not responsible for the accuracy of results when requested to physically separate and analyze layered samples.

1

23

75 23rd Avenue North    Minneapolis, MN    Phone: 612-449-4922    Fax: 612-449-4924

MN01752

## ANALYTICAL CHAIN OF CUSTODY ASBESTOS

| Field | Value |
|---|---|
| EMSL Representative: | |
| Your Company Name: | E.P.A., Inc. |
| Street: | 2701 4th Avenue North |
| Box #: | |
| City/State: | Anoka, MN   Zip: 55303 |
| Verbal Results to: | Jim Lindahl |
| Telephone #: | (612) 323-6700 |
| Project Name/Number: | 1st Presbyterian - Dawson |
| EMSL-Bill to: | |
| Fax #: | (612) 323-6677 |

**MATERIAL**
- ☐ Air  ☐ Floor Tile  ☐ Soil  ☐ Wipe
- ☑ Bulk  ☐ Drinking Water  ☐ Dust  ☐ Wastewater

**TURNAROUND TIME**
- ☐ 6 Hours  ☐ 12 Hours  ☑ 24 Hours  ☐ 48 Hours
- ☐ 3 Days  ☐ 5 Days  ☐ 6-10 Days  ☐ RUSH Contact Lab

**PCM**
- ☐ NIOSH 7400
- ☐ OSHA
- ☐ Other:

**PLM**
- ☑ EPA 600
- ☐ NOB
- ☐ Point Count
- ☐ Other:

**TEM BULK**
- ☐ Drop Mount (Qualitative)
- ☐ Chatfield
- ☐ Chatfield / SEM QC
- ☐ Conventional (Quantitative)
- ☐ EMSL Method
- ☐ NOB
- ☐ NOB / SEM QC
- ☐ Micro Vac - Quantitative
- ☐ Micro Vac - Qualitative

**TEM WATER**
- ☐ Wastewater
- ☐ Drinking Water EPA 100.1
- ☐ Water - NY Wastewater
- ☐ Water-NY Drinking Water

**TEM AIR**
- ☐ AHERA
- ☐ NIOSH 7402
- ☐ Level I
- ☐ Level II

**SEM**
- ☐ Qualitative
- ☐ Quantitative

**TEM WIPE**
- ☐ Quantitative
- ☐ Qualitative

**XRD**
- ☐ Asbestos
- ☐ Silica

☐ OTHER
☐ COMMENTS

Client Sample # (s): 01-00309 - 1 - 4    Total Samples: 4
Relinquished: [signature]    Date: 4/21/01    Time: 10:00
Received: [signature]    Date: 4/20/06    Time: 0:00am
Received:    Date:    Time:

| SAMPLE DATE | SAMPLE NUMBER | LOCATION | VOLUME (if Applicable) |
|---|---|---|---|
| 4/19/01 | 1 | Taped Duct Seam & Insulation | |
| | 2 | Duct Insulation | |
| | 3 | Mudded Duct Seam | |
| | 4 | Sprayed on Ceiling Texture | |

24