EXHIBIT A

# EARLY
◆
# LUDWICK
◆
# SWEENEY &
◆
# STRAUSS





**ATTORNEYS AT LAW**
*An Association of Professional L.L.C.s*

**EARLY, LUDWICK & SWEENEY, L.L.C.**
One Century Tower, 11th Floor
265 Church Street
P.O. Box 1866
New Haven, CT 06508-1866
(203) 777-7799  (Fax) (203) 785-1671
web site: www.elslaw.com
e-mail: els@elslaw.com

*Please Reply to New Haven*

JAMES F. EARLY*
LINDALEA P. LUDWICK††
ROBERT J. SWEENEY*
ETHAN J. EARLY**
CHRISTOPHER MEISENKOTHEN***
BRIAN F. EARLY‡‡‡
JENNIFER R. LUCARELLI**
BRIAN P. KENNEY‡‡
DONNI E. YOUNG***
RICHARD P. BULLOCK***
RON M. MENEO
   Of Counsel

**EARLY & STRAUSS, L.L.C.**
360 Lexington Avenue
New York, NY 10017
(212) 986-2233  (Fax) (212) 986-2255
web site: www.elslaw.com
e-mail: els@elslaw.com

JAMES F. EARLY*
MARK G. STRAUSS**
LINDALEA P. LUDWICK††
MARK BIBRO*
ETHAN J. EARLY**
BRIAN F. EARLY‡‡‡
MICHAEL S. WEINSTOCK†

 * CT & NH Bar
 †† CT Bar
 * CT & RI Bar
 ** NY, NJ, PA, DC, MO & IL Bar
 ‡ CT, MA & NY Bar
 ** CT & NY Bar
 † NY Bar
 *** CT, NY, MA, ME & GA Bar
 *** LA Bar
 ††† CT , NY & CA Bar
 ‡‡ CT, RI & MA Bar
 ‡‡‡ NY, CA & DC Bar
 * CT & MA Bar
 ** CT, FL & DC
 * CT, NY & NJ Bar

March 14, 2007

<u>VIA FEDERAL EXPRESS</u>

Rust Consulting, Inc.
Claims Processing Agent
RE:  W.R. Grace & Co. Bankruptcy
201 S. Lyndale Ave.
Faribault, MN  55021

**RE:    JUDGE FITZGERALS'S X-RAY ORDER**
**      In Re: W.R. Grace & Co., et al.,**

Dear Claims Processing Agent:

Enclosed please find letters stating that the x-rays for the following clients have been destroyed:

| Client Name | Last four number of Social Security Number |
|---|---|
| Eugene Conroy | 6029 |
| Roosevelt DeVito | 4052 |

In closing, we thank you for your kind attention to this matter and request that you return these films to us within 90 days.  If you should have any questions, please contact us at our New Haven office.

Sincerely,
EARLY, LUDWICK & SWEENEY, L.L.C.

Ethan Early, Esq.

EE/to
Enclosure



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|                              |     |                                                      |
|------------------------------|-----|------------------------------------------------------|
| In Re:                       | )   | In Proceedings for a Reorganization under Chapter 11 |
|                              | )   |                                                      |
| W.R. Grace & Co., *et al.,*  | )   | Case No. 01-01139-JKF                                |
|                              | )   |                                                      |
| Debtors.                     | )   |                                                      |
|                              | )   |                                                      |
|                              | )   |                                                      |

**CERTIFICATION OF ETHAN EARLY, ESQ. IN SUPPORT OF EARLY, LUDWICK, SWEENEY & STRAUSS' COMPLIANCE WITH JUDGE FITZGERALD'S X-RAY ORDER, DATED DECEMBER 22, 2006**

I, Ethan Early, hereby declare as follows:

1.      I am an attorney duly licensed to practice in the States of Connecticut and New York and make this certification to comply with Judge Fitzgerald's x-Ray order, dated December 22, 2006.

2.      For the following claimants, I am unable to provide x-rays, as the x-rays have been destroyed:

      A. Eugene Conroy      (see attached letter)

      B. Roosevelt DeVito   (see attached fax)

3.      For the following claimants, my office has requested the relevant x-rays but have not yet received them from the hospital or third party:

      A. Charles Attardo

      B. John Killard

      C. Michael Labonia

      D. Leonard Sadowski

4.    Pursuant to 28 U.S.C. section 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 14 day of March 2007.

_____

Ethan Early


STATE OF:  Connecticut

COUNTY OF:  New Haven

Subscribed and sworn to before me this 14 day of March, 2007.

_____
Notary Public
My commission expires: 3/31/2012

2

SS# 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

# EARLY
◆
# LUDWICK
◆
# SWEENEY &
◆
# STRAUSS

**ATTORNEYS AT LAW**
*An Association of Professional L.L.C.s*

EARLY, LUDWICK & SWEENEY, L.L.C.
One Century Tower, 11th Floor
265 Church Street
P.O. Box 1866
New Haven, CT 06508-1866
(203) 777-7799  (Fax) (203) 785-1671
web site: www.elslaw.com
e-mail: els@elslaw.com

*Please Reply to New Haven*

JAMES F. EARLY♦
LINDALEA P. LUDWICK††
ROBERT J. SWEENEY♦
ETHAN J. EARLY♦♦
CHRISTOPHER MEISENKOTHEN♦♦♦
BRIAN F. EARLY‡‡‡
JENNIFER R. LUCARELLI♦♦
BRIAN P. KENNEY‡‡
DONNI E. YOUNG♦♦♦
RICHARD P. BULLOCK♦♦♦
RON M. MENEO
      Of Counsel

EARLY & STRAUSS, L.L.C.
360 Lexington Avenue
New York, NY 10017
(212) 986-2233  (Fax) (212) 986-2255
web site: www.elslaw.com
e-mail: els@elslaw.com

JAMES F. EARLY♦
MARK G. STRAUSS♦♦
LINDALEA P. LUDWICK††
MARK BIBRO♦
ETHAN J. EARLY♦♦
BRIAN F. EARLY‡‡‡
MICHAEL S. WEINSTOCK†

  ♦  CT & NH Bar
 ††  CT Bar
  ♦  CT & RI Bar
 ♦♦  NY, NJ, PA, DC, MO & IL Bar
  ‡  CT, MA & NY Bar
 ♦♦  CT & NY Bar
  †  NY Bar
♦♦♦  CT, NY, MA, ME & GA Bar
♦♦♦  LA Bar
†††  CT , NY & CA Bar
 ‡‡  CT, RI & MA Bar
‡‡‡  NY, CA & DC Bar
  ♦  CT & MA Bar
 ♦♦  CT, FL & DC
  ♦  CT, NY & NJ Bar

April 3, 2007

<u>VIA FEDERAL EXPRESS</u>

Rust Consulting, Inc.
Claims Processing Agent
RE:  W.R. Grace & Co. Bankruptcy
201 S. Lyndale Ave.
Faribault, MN  55021

**RE:    JUDGE FITZGERALS'S X-RAY ORDER**
**        In Re: W.R. Grace & Co., et al.,**

Dear Claims Processing Agent:

Enclosed please find the x-rays for the following client:

| Client Name | Last four number of Social Security Number |
|---|---|
| Charles Attardo | 4649 |

In closing, we thank you for your kind attention to this matter and request that you return these films to us within 90 days.  If you should have any questions, please contact us at our New Haven office.

Sincerely,
EARLY, LUDWICK & SWEENEY, L.L.C.

Ethan Early, Esq.

EE/to
Enclosure





## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | In Proceedings for a Reorganization under Chapter 11 |
| ) | |
| W.R. Grace & Co., *et al.,* ) | Case No. 01-01139-JKF |
| ) | |
| Debtors. ) | |
| ) | |
| ) | |

### CERTIFICATION OF ETHAN EARLY, ESQ. IN SUPPORT OF EARLY, LUDWICK, SWEENEY & STRAUSS' COMPLIANCE WITH JUDGE FITZGERALD'S X-RAY ORDER, DATED DECEMBER 22, 2006

I, Ethan Early, hereby declare as follows:

1.     I am an attorney duly licensed to practice in the States of Connecticut and New York and make this certification to comply with Judge Fitzgerald's x-Ray order, dated December 22, 2006.

2.     On April 3, 2007  I sent *via* Federal Express to Rust Consulting x-rays for the following claimant:

　　　　A.  Charles Attardo

　　　　For each of these claimants, I stipulate that the images contained on the x-rays are material to the claimant's allegation that the x-rays demonstrate that the claimant's cancer is attributable to asbestos appear identically in the x-ray provided.

3.     For the following claimants, my office has requested the relevant x-rays but have not yet received them from the hospital or third party:

　　　　A. John Killard
　　　　B.  Michael Labonia
　　　　C. Leonard Sadowski

4.      Pursuant to 28 U.S.C. section 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 3 day of April 2007.

_____
Ethan Early


STATE OF:  Connecticut

COUNTY OF:  New Haven

Subscribed and sworn to before me this 3 day of April, 2007.

_____
Notary Public
My commission expires: 3/31/2012

2

TO: CLAIM PROCESSING AGENT
RUST CONSULTING INC
201 S. LYNDALE AVE
FAIRBAULT, MN 55021

Ph:(800) 432-1909



FedEx
Express

(US)



Delivery Address
Barcode

STANDARD OVERNIGHT

WED
Deliver By:
04Apr07

TRK#      9035 2448 9916   Form
0201

MSP      AA

55021    -MN-US    NR FBLA



# EARLY
◆
# LUDWICK
◆
# SWEENEY &
◆
# STRAUSS

**ATTORNEYS AT LAW**
*An Association of Professional L.L.C.s*

EARLY, LUDWICK & SWEENEY, L.L.C.
One Century Tower, 11th Floor
265 Church Street
P.O. Box 1866
New Haven, CT 06508-1866
(203) 777-7799  (Fax) (203) 785-1671
web site: www.elslaw.com
e-mail: els@elslaw.com

*Please Reply to New Haven*

JAMES F. EARLY◆
LINDALEA P. LUDWICK††
ROBERT J. SWEENEY*
ETHAN J. EARLY**
CHRISTOPHER MEISENKOTHEN***
BRIAN F. EARLY‡‡‡
JENNIFER R. LUCARELLI**
BRIAN P. KENNEY‡ ‡
DONNI E. YOUNG◆◆◆
RICHARD P. BULLOCK◆◆◆
RON M. MENEO
    Of Counsel

EARLY & STRAUSS, L.L.C.
360 Lexington Avenue
New York, NY 10017
(212) 986-2233  (Fax) (212) 986-2255
web site: www.elslaw.com
e-mail: els@elslaw.com

JAMES F. EARLY◆
MARK G. STRAUSS◆◆
LINDALEA P. LUDWICK††
MARK BIBRO◆
ETHAN J. EARLY**
BRIAN F. EARLY‡‡‡
MICHAEL S. WEINSTOCK†

 ◆  CT & NH Bar
 ††  CT Bar
 *  CT & RI Bar
 ◆◆  NY, NJ, PA, DC, MO & IL Bar
 ‡  CT, MA & NY Bar
 **  CT & NY Bar
 †  NY Bar
 ***  CT, NY, MA, ME & GA Bar
 ◆◆◆  LA Bar
 †††  CT , NY & CA Bar
 ‡‡  CT, RI & MA Bar
 ‡‡‡  NY, CA & DC Bar
 +  CT & MA Bar
 ◆◆  CT, FL & DC
 ◆  CT, NY & NJ Bar

April 11, 2007

<u>VIA FEDERAL EXPRESS</u>

Rust Consulting, Inc.
Claims Processing Agent
RE:  W.R. Grace & Co. Bankruptcy
201 S. Lyndale Ave.
Faribault, MN  55021

**RE:    JUDGE FITZGERALS'S X-RAY ORDER**
**        In Re: W.R. Grace & Co., et al.,**

Dear Claims Processing Agent:

Enclosed please find the x-rays for the following clients:

| Client Name | Last four number of Social Security Number |
|---|---|
| Michael Labonia | 2321 |
| Leonard Sadowski | 6538 |

In closing, we thank you for your kind attention to this matter and request that you return these films to us within 90 days.  If you should have any questions, please contact us at our New Haven office.

Sincerely,
EARLY, LUDWICK & SWEENEY, L.L.C.

Ethan Early, Esq.

EE/to
Enclosure

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In Re: | ) | In Proceedings for a Reorganization under Chapter 11 |
|  | ) |  |
| W.R. Grace & Co., *et al.,* | ) | Case No. 01-01139-JKF |
|  | ) |  |
| Debtors. | ) |  |
|  | ) |  |
|  | ) |  |

## CERTIFICATION OF ETHAN EARLY, ESQ. IN SUPPORT OF EARLY, LUDWICK, SWEENEY & STRAUSS' COMPLIANCE WITH JUDGE FITZGERALD'S X-RAY ORDER, DATED DECEMBER 22, 2006

I, Ethan Early, hereby declare as follows:

1.     I am an attorney duly licensed to practice in the States of Connecticut and New York and make this certification to comply with Judge Fitzgerald's x-Ray order, dated December 22, 2006.

2.     On April 11, 2007  I sent *via* Federal Express to Rust Consulting x-rays for the following claimant:

      A.  Michael Labonia

      B.  Leonard Sadowski

For each of these claimants, I stipulate that the images contained on the x-rays are material to the claimant's allegation that the x-rays demonstrate that the claimant's cancer is attributable to asbestos appear identically in the x-ray provided.

3.     For the following claimants, my office has requested the relevant x-rays but have not yet received them from the hospital or third party:

      A. John Killard

4.      Pursuant to 28 U.S.C. section 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 11 day of April 2007.

_____
Ethan Early


STATE OF:  Connecticut

COUNTY OF:  New Haven

Subscribed and sworn to before me this 11 day of April, 2007.

_____
Notary Public
My commission expires: 3/31/2012

2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | ) | In Proceedings for a Reorganization under Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.,* | ) | Case No. 01-01139-JKF |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |

I, Ethan Early, hereby declare as follows:

1.      I am an attorney duly licensed to practice in the States of Connecticut and New York and make this affirmation regarding Judge Fitzgerald's x-Ray order, dated December 22, 2006, and the Supplemental Order Regarding Production of x-rays by non-mesothelioma cancer claimants, dated February 20, 2007.

2.      Our firm endeavored to produce x-rays for 18 non-mesothlioma cancer claimants. Our office produced the x-rays or confirmation of the destruction of x-rays for 13 of these claimants before the March 15, 2007 deadline. Our firm was unable to produce the x-rays for Charles Attardo, Michael Labonia, Leonard Sadowski and John Killard.

3.      On January 16, 2007 our office sent *via* Federal Express new medical authorizations to the claimants or their fiduciaries so that we could obtain the required x-rays.

4.      With regard to Charles Attardo, on February 20, 2007 and on February 28, 2007 our office called and left messages for Attorney Peri Swaniger, the fiduciary for the estate of Charles Attardo, to find the status of the medical authorization. On March 1,

2007 Attorney Swaniger returned our calls and indicated that she could not locate the authorization. A new authorization was faxed to Attorney Swaniger and she returned it to our office *via* Federal Express on March 2, 2007. Our office contacted Milford Hospital and spoke with "Michael" in the radiology film library. Our office was able to fax him our request. On March 5, 2007 our office received a faxed invoice in the amount of $104.00 for the copies of Mr. Attardo's x-rays. Our office sent *via* Federal Express the check in the amount of $104.00 to Milford Hospital on March 6, 2007. On March 12, 2007 and March 19, 2007 our office called Milford Hospital and spoke with Michael who informed us that the x-rays were in the process of being copied. On April 3, 2007, our office received the x-rays films and sent them *via* Federal Express to Rust Consulting.

5.      With regard to Leonard Sadowski, on January 19, 2007 our firm requested x-rays for Leonard Sadowski from Yale New Haven Hospital in New Haven, CT. On February 28, 2007 our office called and spoke with "Greg" in the radiology film library. He researched the request and called us back on the same day to state that the charge for the x-ray copies was $24.00. On March 1, 2007 our firm mailed a check in the amount of $24.00 to Greg's attention. On March 10, 2007 and March 12, 2007 our office called and left messages for Greg. On April 4, 2007 our office again called Greg and he was able to locate our check on a co-workers desk. On April 5, 2007 Greg called our office to state that the x-rays had been copied and sent them to our office *via* Federal Express. Our office received Mr. Sadowski's x-rays and sent them *via* Federal Express to Rust Consulting on April 11, 2007.

6.      With regard to Michael Labonia, on January 24, 2007 our office requested

x-rays for Michael Labonia from the Hospital of St. Raphael in New Haven, CT.  On

February 28, 2007 we spoke with "Rich" in the radiology film library.  He was going to

work with their archive warehouse to locate Mr. Lobonia's radiology films.  On March 3,

2007 and March 12, 2007 our office spoke with Rich who indicated that their warehouse

was having difficulties locating Mr. Labonia's folders and were going to continue to

search for them.  On April 4, 2007 our office again spoke with Rich, and they were

unable to locate the folder of Mr. Labonia's that contained his radiology films from 1991

through 1998.  Our office requested a letter stating that these films were unable to be

located.  Rich called our office April 5, 2007 to state that the films were found, and they

required a check in the amount of $18.00.  Our office sent *via* Federal Express the check

to the Hospital of St. Raphael.  On April 11, 2007 our office received Mr. Labonia's x-

rays and sent them *via* Federal Express to Rust Consulting on April 11, 2007.

7.      On January 23, 2007 our firm requested John Killard's x-rays from Sitron

Hammel Radiology Group in Bethpage, NY.  On February 28, 2007, March 2, 2007 and

March 12, 2007 our firm left messages for Kathy Hussey, the individual known to us as

in charge of x-ray requests at Sitron Hammel Radiology Group.  On April 3, 2007 our

firm called Ms. Hussey and was able to reach her.  She faxed an invoice to our office for

the copies of Mr. Killard's x-rays. On April 5, 2007 a check for $45.75 was sent directly

to Kathy Hussey and our firm is awaiting Mr. Killard's x-rays.

8.      Pursuant to 28 U.S.C. section 1746, I declare under penalty of perjury that

the foregoing is true and correct.  Executed on this 13 day of April 2007.

_____

Ethan Early

STATE OF:  New York

COUNTY OF:  New York

     Subscribed and sworn to before me this 13th day of April, 2007.

_____

Notary Public
My commission expires:


**BRIAN F. EARLY**
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02EA6065799
Qualified in New York County
Commission Expires Oct. 29, 2009