IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | In Proceedings for a Reorganization under Chapter 11 |
| ) | |
| W.R. Grace & Co., *et al.,* ) | Case No. 01-01149-JKF |
| ) | |
| Debtors. ) | Re: Docket No. 15057 |
| ) | |

**AFFIDAVIT OF LESLIE C. MACLEAN**

| | |
|---|---|
| STATE OF TEXAS ) | |
| ) ss. | |
| COUNTY OF DALLAS ) | |

I, Leslie C. MacLean, being duly subscribed and sworn, hereby depose and state as follows:

1. I am a partner with the law firm of Waters & Kraus, LLP ("Waters & Kraus"), and I have personal knowledge of the facts set forth herein.

2. Waters & Kraus' staff has spent, as of the date hereof, approximately 1400 hours in complying with the Order Regarding X-ray Evidence dated December 22, 2006 (the "X-ray Order") and the Supplemental Order Regarding Production of X-rays by Non-Mesothelioma Cancer Claimants dated February 20, 2007 (the "Supplemental X-ray Order") (together, the "X-ray Orders").

3. In accordance with the X-ray Order, Waters & Kraus notified Grace that it was unable to provide a certification in the form set forth in that Order, and therefore offered to make x-rays available for inspection at its offices. Compliance with the

Supplemental X-ray Order required pulling, verifying and counting every x-ray for each claimant, determining which films were original and which were copies, writing letters to defense firms which had not returned our clients' films, sending HIPAA-compliant authorizations to clients for whom films needed to be ordered or re-ordered, explaining to clients as to why they had to sign new authorizations and how to complete these authorizations, ordering and tracking films through our record retrieval service, drafting and reviewing all the letters, and assembling the letters, enclosures and films for delivery to Rust Consulting, Inc. ("Rust"), all within a three (3) week period.

4. Waters & Kraus represents 171 non-mesothelioma cancer claimants in this case. Waters & Kraus has processed thousands of x-rays pursuant to the X-ray Orders.

5. Of the 15 claimants represented by Waters & Kraus and claimed by Grace as non-compliant, four (4) are claimants not subject to the X-ray Orders in the first place. Specifically, Gustave Gloede, Ernest King, David Muston[1] and Louis Trdy did not "in a current Questionnaire response (or in a Questionnaire response filed on or before January 12, 2007) [produce, allege or indicate] that he has x-ray evidence that the cancer is attributable to asbestos exposure". See X-ray Order, ¶ 1.

6. Of the then remaining 11 claimants, one individual was discovered, prior to the time that the Supplemental Questionnaire responses were due, to have been incorrectly identified as a lung cancer claimant. This claimant, Doyla Batson, is not pursuing a cancer claim (but is pursuing a non-malignancy claim) against the Debtors and therefore is also not subject to the X-ray Orders.

---

[1] Although not required to do so by the X-ray Orders, Waters & Kraus obtained, and on April 13, 2007, provided a copy of an x-ray for claimant, David Muston, to Rust.

7.  Of the then remaining 10 claimants, two (2) are individuals who, prior to the time that Supplemental Questionnaire responses were due, were discovered to have settled with the Debtors before the filing of their bankruptcy case and therefore Questionnaires were not required to be submitted for these claimants and thus it is our understanding that the X-ray Orders did not apply to these claimants. The two claimants referenced are Quinton Cryer and Jess Lemons.[2]

8.  Of the then remaining eight (8) claimants, films for one claimant, Sylvanus Walterson, that Waters & Kraus did not believe that it had in its possession were located, and those films were provided to Rust under cover of letter from this firm dated April 12, 2007.

9.  Of the then remaining seven (7) claimants, Waters & Kraus's records indicated that it had possession of copies of x-rays for two (2) claimants and Waters & Kraus did not discover until the time that those x-rays were to be sent to Rust that the x-rays could not be located in the claimants' files. Promptly upon discovery that the x-rays could not be located at Waters & Kraus, we sought to obtain them from the facility of origin. Specifically,

---

[2] Notwithstanding this fact, CT Scans were provided to the Debtor with the original Questionnaire and, on March 22 and March 23, respectively, films were ordered for these claimants in an abundance of caution. As of the date of this Affidavit, Waters & Kraus has neither received the films nor received notice from the applicable medical facilities that the films have been destroyed.

    a.    Maurice Goupill: Films were re-ordered from the VA Medical Center in San Diego on January 26, 2007. The films have not been delivered to Waters & Kraus as of the date of this Affidavit.

    b.    James Taylor: Waters & Kraus requested a signed HIPAA-compliant authorization on March 13, 2007. To date, the HIPAA-compliant authorization from this claimant has not been returned.

While these films were not delivered to Rust by March 15, Waters & Kraus has made good faith efforts to obtain and deliver these films, and persists in such efforts. Any existing x-rays for claimants Maurice Goupill and James Taylor are not presently within the possession, custody, or control of Waters & Kraus.

10.    Of the then remaining five (5) claimants, films for three (3) claimants have not been returned by defense counsel to whom these records had previously been delivered despite multiple, and timely, written requests by Waters & Kraus. Specifically:

    a.    Jerry Mears: Waters & Kraus sent films to Germer & Gertz on June 20, 2002. Waters & Kraus had made multiple written requests for return of these materials, most recently by letter dated January 26, 2007. Failing their return, Waters & Kraus requested a signed HIPAA-compliant authorization from the claimant on March 15, 2007, and has since re-ordered the films from the facilities of origin. Films were ordered from Good Samaritan Hospital and O'Connor Hospital on March 21, 2007. Films are pending from each of these facilities, as of the date of this Affidavit.

    b.    Betty Oakes: Waters & Kraus sent films to Godwin & Gruber on April 22, 2002. Waters & Kraus has made multiple written requests for return of these materials, most recently by letter dated January 26, 2007. Failing their return, Waters & Kraus requested a signed HIPAA-complaint authorization from the claimant on March 15, 2007, and has since re-ordered the films from the facilities of origin. Films were ordered from DeQuincy Memorial Hospital and Christus St. Patrick Hospital on March 21, 2007. Films are pending from each of these facilities as of

       the date of this Affidavit.

    c.    Jack Walker: Waters & Kraus sent films to Bailey, Crowe, and Kugler on July 26, 2002. Waters & Kraus has made multiple written requests for return of these materials, most recently by letter dated January 26, 2007. Failing their return, Waters & Kraus requested a signed HIPAA-complaint authorization from the claimant on March 15, 2007, and has since re-ordered the films from the facility of origin. Films were ordered from Columbia Augusta Medical Center on March 26, 2007. Films are pending from this facility as of the date of this Affidavit.

As detailed above, Waters & Kraus has made a good faith effort to obtain and deliver x-rays for these claimants, and persists in such efforts. Any existing x-rays for claimants Jerry Mears, Betty Oakes, and Jack Walker are not presently within the possession, custody, or control of Waters & Kraus.

    11.    Of the then remaining two (2) claimants, Waters & Kraus did not originally obtain chest x-rays for claimants Donald Bowers and Lawrence Erdman because they were not pertinent in our medical evaluation. Following entry of the X-ray Orders, Waters & Kraus initiated a film retrieval process. On March 2, 2007, we requested a signed HIPAA-compliant authorization from each of these clients. Following receipt of the signed HIPAA-compliant authorization from Mr. Bowers, Waters & Kraus ordered his films on March 6, 2007. To date, Waters & Kraus has neither received the films nor notice from the facility that the films no longer exist. Waters & Kraus has not received a signed HIPAA-compliant form from Mr. Erdman as of the date of this Affidavit. Any existing x-rays for claimants Donald Bowers and Lawrence Erdman are not presently within the possession, custody, or control of Waters & Kraus.

12. As detailed above, we are continuing our best efforts to obtain these films as promptly as possible.

13. Waters & Kraus has kept Grace and Rust apprised of their efforts to deliver films on an ongoing basis. <u>See</u> correspondence attached hereto as Exhibit A.

Dated: __4.14.07__, 2007         _____

SUBSCRIBED AND SWORN
to before me this _____ day
of April 2007.

_____



# waterskraus

VIA FED EX    7912 7658 6334
VIA FACSIMILE 507-333-4330
April 13, 2007

Rust Consulting, Inc.
Claims Processing Agent
201 S. Lyndale Avenue
Faribault, MN 55021

RE:    David Muston,  – W. R. Grace & Company Bankruptcy

To Whom It May Concern:

Pursuant to the Supplemental X-ray Order entered by the Bankruptcy Court on February 20, 2007, please find the enclosed radiographic films and corresponding film identification forms for claimant David Muston, ▓▓▓▓. In accordance with the Supplemental X-ray Order, this letter, including the certification contained herein, and the enclosed x-rays are provided for purposes of the estimation hearing only and shall not be used for any other purpose.

On March 14, 2007, we sent correspondence advising you that we had never obtained chest x-rays for this claimant. Since then, we have obtained films for David Muston and they are enclosed. The films are copies. To our knowledge, these copies represent the best available copies. We are unaware of any material difference between these copies and our claimant's original films.

In accordance with paragraph 8 of the Supplemental Order, this letter shall constitute written request for return of these films within 60 days of receipt. Send to:

Waters and Kraus, LLP
2414 N. Akard, Suite 600
Dallas, TX 75201

If you have any questions about these claims, please contact our Bankruptcy Manager, Tracie Whetstone, at 214-357-6244.

Sincerely,

Carrie Waters /ARC

Carrie B. Waters, D.V.M., Ph.D.
Director, Medical Resources

Enclosures:    Previous letter March 14, 2007 (3 pages)
Film identification forms (2 pages)
Films (4)

cc:    Leslie MacLean
Tracie Whetstone
Natalie Ramsey
Brian Stansbury, via fax: 202-654-9469
Barbara Harding, via fax: 202-879-5200

rlb/CBW



EXHIBIT A

**PARTNERS**
C. Andrew Waters (CA,DC,NC,TX)
Peter A. Kraus (TX,VA)
Charles S. Siegel (TX)
Troyce G. Wolf (NY,TX)
Michael L. Armitage (CA,LA)
B. Scott Kruka (TX)
Leslie C. MacLean (TX)
Charles E. Valles (TN,TX)
Paul C. Cook (CA)
Gary M. Paul (CA)
Sean P. Tracey (TX)

**ASSOCIATES**
Michelle B. Norton (TX)
Greg W. Lisemby (TX)
Kyla Gail Cole (TX)
Loren Jacobson (NY,TX)
Joy Sparling (IL)
Demetria Frank (TX)
Kevin M. Loew (CA)
Sharon J. Zinns (CA)
Julie L. Celum (TX)
John S. Janofsky (CA,DC)
Daniel Amos (CA)
Michael B. Gurien (CA)
Dimitri N. Nichols (CA)
Marc I. Willick (CA)
Benjamin R. Couture (TX)
Rhonda R. Bartlett (TX)
D. Dawn Benjamin (CA)
Ashley C. Fisher (MD)
Emily M. Stout (TX)
Kevin A. Noland (TX)
Paul B. Gellich (TX)
Benno Ashrafi (CA)
Mark Bratt (CA)
Amanda L. Reichek (TX)
Scott C. Greenlee (TX)
Mark A. Lizarraga (CA)
Demetrios T. Zacharopoulos (MD)
Shawn P. Fox (TX)
Jason B. Fine (TX)

**OF COUNSEL**
Jonathan A. George (CA,TX,VA)
Mary H. Keyes (MD)
Scott L. Frost (GA,IN,KY,TX)

WATERS & KRAUS, LLP ATTORNEYS AND COUNSELORS

TEXAS: 3219 MCKINNEY AVENUE    DALLAS, TEXAS 75204    TEL 214 357 6244    FAX 214 357 7252 | LYRIC CENTER    HOUSTON, TEXAS 77002    FAX 713 223 7355
CALIFORNIA: 222 N. SEPULVEDA BLVD.    SUITE 1900    EL SEGUNDO, CALIFORNIA 90245    TEL 310 414 8146    FAX 310 414 8156

# waters

VIA FED EX    7906 9101 6030
VIA FACSIMILE    507-333-4330

March 14, 2007

Rust Consulting, Inc.
Claims Processing Agent
201 S. Lyndale Avenue
Faribault, MN 55021

RE:    W. R. Grace & Company Bankruptcy

To Whom It May Concern:

Pursuant to the Supplemental X-ray Order entered by the Bankruptcy Court on February 20, 2007, we discovered that we had never obtained chest x-rays for ten of our claimants.

- Doyla Batson,
- Donald Bowers,
- Quinton Cryer,
- Lawrence Erdman,
- Gustave Gloede
- Ernest King,
- Jess Lemons,
- David Muston,
- Louis Trdy,
- Sylvanus Walterson,

We are now attempting to determine whether films may be available from the facilities of origin. If films are available from the facility, we will forward them to you as soon as we receive them.

If you have any questions about these claims, please contact our Bankruptcy Manager, Tracie Whetstone, at 214-357-6244.

Sincerely,

Carrie Waters

Carrie B. Waters, D.V.M., Ph.D.
Director, Medical Resources

cc:    Leslie MacLean
       Tracie Whetstone
       Natalie Ramsey
       Brian Stansbury, via fax: 202-654-9469
       Barbara Harding, via fax: 202-879-5200

ac/CBW

PARTNERS
C. Andrew Waters (CA,DC,NC,TX)
Peter A. Kraus (TX,VA)
Charles S. Siegel (TX)
Troyce G. Wolf (NY,TX)
Michael L. Armitage (CA,LA)
B. Scott Kruka (TX)
Leslie C. MacLean (TX)
Charles E. Valles (TX,TX)
Paul C. Cook (CA)
Gary M. Paul (CA)
Sean P. Tracey (TX)

ASSOCIATES
Michelle B. Nonon (TX)
Greg W. Lisemby (TX)
Kyla Gail Cole (TX)
Loren Jacobson (NY,TX)
Joy Sparling (IL)
Demetrios Frank (TX)
Kevin M. Loew (CA)
Sharon J. Zinns (CA)
Julie L. Celum (TX)
John S. Janofsky (CA,DC)
Daniel Amos (CA)
Michael B. Gurien (CA)
Dimitri N. Nichols (CA)
Marc I. Willick (CA)
Benjamin R. Couture (TX)
Rhonda R. Bartlett (TX)
D. Dawn Benjamin (CA)
Ashley C. Fisher (MO)
Emily M. Stout (TX)
Kevin A. Noland (TX)
Paul B. Geilich (TX)
Benno Ashrafi (CA)
Mark Bratt (CA)
Amanda L. Reichek (TX)
Scott C. Greenlee (TX)
Mark A. Lizarraga (CA)
Demetrios T. Zacharopoulos (MO)
Shawn P. Fox (TX)
Jason B. Fine (TX)
Marc C. Lenahan (TX)

OF COUNSEL
Jonathan A. George (CA,TX,VA)
Mary H. Keyes (MO)
Scott L. Frost (CA,IN,KY,TX)



VIA FED EX   8568 1149 0779
April 12, 2007

Rust Consulting, Inc.
Claims Processing Agent
201 S. Lyndale Avenue
Faribault, MN 55021

RE:   W. R. Grace & Company Bankruptcy

To Whom It May Concern:

Pursuant to the Supplemental X-ray Order entered by the Bankruptcy Court on February 20, 2007, please find the enclosed radiographic films and corresponding film identification forms for claimant Sylvanus Walterson, ▓▓▓. In accordance with the Supplemental X-ray Order, this letter, including the certification contained herein, and the enclosed x-rays are provided for purposes of the estimation hearing only and shall not be used for any other purpose.

These films are copies. To our knowledge, these copies represent the best available copies. We are unaware of any material difference between these copies and our claimant's original films.

In accordance with paragraph 8 of the Supplemental Order, this letter shall constitute written request for return of these films within 60 days of receipt. Send to:

Waters and Kraus, LLP
2414 N. Akard, Suite 600
Dallas, TX 75201

If you have any questions about these claims, please contact our Bankruptcy Manager, Tracie Whetstone, at 214-357-6244.

Sincerely,

*Carrie Waters*

Carrie B. Waters, D.V.M., Ph.D.
Director, Medical Resources

Enclosures:   Film identification forms (3 pages)
              Films (58 films)

cc:   Leslie MacLean
      Tracie Whetstone
      Natalie Ramsey
      Brian Stansbury, via fax: 202-654-9469
      Barbara Harding, via fax: 202-879-5200

rlb/CBW

PARTNERS
C. Andrew Waters (CA,DC,NC,TX)
Peter A. Kraus (TX,VA)
Charles S. Siegel (TX)
Troyce G. Wolf (NY,TX)
Michael L. Armitage (CA,LA)
B. Scott Kruka (TX)
Leslie C. MacLean (TX)
Charles E. Valles (NY,TX)
Paul C. Cook (CA)
Gary M. Paul (CA)
Sean P. Tracey (TX)

ASSOCIATES
Michelle B. Norton (TX)
Greg W. Lisemby (TX)
Kyla Gall Cole (TX)
Loren Jacobson (NY,TX)
Joy Sparling (IL)
Demetria Frank (TX)
Kevin M. Loew (CA)
Sharon J. Zinns (CA)
Julie L. Celum (TX)
John S. Janofsky (CA,DC)
Daniel Amos (CA)
Michael B. Gurien (CA)
Dimitri N. Nichols (CA)
Marc I. Willick (CA)
Benjamin R. Couture (TX)
Rhonda R. Bartlett (TX)
D. Dawn Benjamin (CA)
Ashley C. Fisher (MD)
Emily M. Stout (TX)
Kevin A. Noland (TX)
Paul B. Gellich (TX)
Benno Ashrafi (CA)
Mark Bratt (CA)
Amanda L. Reichek (TX)
Scott C. Greenlee (TX)
Mark A. Lizarraga (CA)
Demetrios T. Zacharopoulos (MD)
Shawn P. Fox (TX)
Jason B. Fine (TX)

OF COUNSEL
Jonathan A. George (CA,TX,VA)
Mary H. Keyes (MD)
Scott L. Frost (CA,IN,KY,TX)

WATERS & KRAUS, LLP ATTORNEYS AND COUNSELORS

TEXAS: 3219 MCKINNEY AVENUE  DALLAS, TEXAS 75204  TEL 214 357 6244  FAX 214 357 7252 | LYRIC CENTER  HOUSTON, TEXAS 77002  FAX 713 223 7355
CALIFORNIA: 222 N. SEPULVEDA BLVD.  SUITE 1900  EL SEGUNDO, CALIFORNIA 90245  TEL 310 414 8146  FAX 310 414 8156

# waters kraus

VIA FED EX   8568 1149 1374

March 14, 2007

Rust Consulting, Inc.
Claims Processing Agent
201 S. Lyndale Avenue
Faribault, MN 55021

RE:   W. R. Grace & Company Bankruptcy

To Whom It May Concern:

Pursuant to the Supplemental X-ray Order entered by the Bankruptcy Court on February 20, 2007, we discovered that we do not have chest x-rays for claimant Maurice Goupill, ███. We have ordered the films from the Veterans Affairs Medical Center – San Diego. We are still attempting to determine whether the films may be available, and if so, we will forward to you once they are received.

If you have any questions about these claims, please contact our Bankruptcy Manager, Tracie Whetstone, at 214-357-6244.

Sincerely,

*Carrie Waters*

Carrie B. Waters, D.V.M., Ph.D.
Director, Medical Resources

cc:   Leslie MacLean
      Tracie Whetstone
      Natalie Ramsey
      Brian Stansbury, via fax: 202-654-9469
      Barbara Harding, via fax: 202-879-5200

rlb/CBW

**PARTNERS**
C. Andrew Waters (CA,DC,NC,TX)
Peter A. Kraus (TX,VA)
Charles S. Siegel (TX)
Troyce G. Wolf (NY,TX)
Michael L. Armitage (CA,LA)
B. Scott Kruka (TX)
Leslie C. MacLean (TX)
Charles E. Valles (TN,TX)
Paul C. Cook (CA)
Gary M. Paul (CA)
Sean P. Tracey (TX)

**ASSOCIATES**
Michelle B. Norton (TX)
Greg W. Lisemby (TX)
Kyla Gail Cole (TX)
Loren Jacobson (NY,TX)
Joy Sparling (IL)
Demetra Frank (TX)
Kevin M. Loew (CA)
Sharon J. Zinns (CA)
Julie L. Celum (TX)
John S. Janofsky (CA,DC)
Daniel Amos (CA)
Michael B. Gurien (CA)
Dimitri N. Nichols (CA)
Marc I. Willick (CA)
Benjamin R. Couture (TX)
Rhonda R. Bartlett (TX)
D. Dawn Benjamin (CA)
Ashley C. Fisher (MO)
Emily M. Stout (TX)
Kevin A. Noland (TX)
Paul B. Geilich (TX)
Benno Ashrafi (CA)
Mark Bratt (CA)
Amanda L. Reichek (TX)
Scott C. Greenlee (TX)
Mark A. Lizarraga (CA)
Demetrios T. Zacharopoulos (MO)
Shawn P. Fox (TX)
Jason B. Fine (TX)
Marc C. Lenahan (TX)

**OF COUNSEL**
Jonathan A. George (CA,TX,VA)
Mary H. Keyes (MO)
Scott L. Frost (CA,KS,KY,TX)

# waters kraus

VIA FED EX   8610 8818 1260

March 14, 2007

Rust Consulting, Inc.
Claims Processing Agent
201 S. Lyndale Avenue
Faribault, MN 55021

RE:   W. R. Grace & Company Bankruptcy

To Whom It May Concern:

Pursuant to the Supplemental X-ray Order entered by the Bankruptcy Court on February 20, 2007, we discovered that we do not have chest x-rays for claimant James Ellis Taylor, ▮▮▮▮. We are now attempting to determine whether the films may be available from the facility of origin.

If you have any questions about these claims, please contact our Bankruptcy Manager, Tracie Whetstone, at 214-357-6244.

Sincerely,

Carrie B. Waters, D.V.M., Ph.D.
Director, Medical Resources

cc:   Leslie MacLean
   Tracie Whetstone
   Natalie Ramsey
   Brian Stansbury, via fax: 202-654-9469
   Barbara Harding, via fax: 202-879-5200

sl/CBW

PARTNERS
C. Andrew Waters (CA,DC,NC,TX)
Peter A. Kraus (TX,VA)
Charles S. Siegel (TX)
Troyce G. Wolf (NY,TX)
Michael L. Armitage (CA,LA)
B. Scott Kruka (TX)
Leslie C. MacLean (TX)
Charles E. Valles (TX,TX)
Paul C. Cook (CA)
Gary M. Paul (CA)
Sean P. Tracey (TX)

ASSOCIATES
Michelle B. Norton (TX)
Greg W. Usemby (TX)
Kyla Gall Cole (TX)
Loren Jacobson (NY,TX)
Joy Sparling (IL)
Demetria Frank (TX)
Kevin M. Loew (CA)
Sharon J. Zinns (CA)
Julie L. Celum (TX)
John S. Janofsky (CA,DC)
Daniel Amos (CA)
Michael B. Gurien (CA)
Dimitri N. Nichols (CA)
Marc I. Willick (CA)
Benjamin R. Couture (TX)
Rhonda R. Bartlett (TX)
D. Dawn Benjamin (CA)
Ashley C. Fisher (MD)
Emily M. Stout (TX)
Kevin A. Noland (TX)
Paul B. Gellich (TX)
Benno Ashrafi (CA)
Mark Bratt (CA)
Amanda L. Reichek (TX)
Scott C. Greenlee (TX)
Mark A. Lizarraga (CA)
Demetrios T. Zacharopoulos (MC)
Shawn P. Fox (TX)
Jason B. Fine (TX)
Marc C. Lenahan (TX)

OF COUNSEL
Jonathan A. George (CA,TX,VA)
Mary H. Keyes (MD)
Scott L. Frost (CA,IN,KY,TX)

# waterskraus

VIA FED EX   7996 0295 5575
VIA FACSIMILE   507-333-4330

March 14, 2007

Rust Consulting, Inc.
Claims Processing Agent
201 S. Lyndale Avenue
Faribault, MN 55021

RE:   W. R. Grace & Company Bankruptcy

To Whom It May Concern:

Pursuant to the Supplemental X-ray Order entered by the Bankruptcy Court on February 20, 2007, we have made repeated efforts to reclaim the films sent to various defense firms for the following claimants:

1. Phillip Frederick, ▮ (Requests for return sent 02/05/04, 07/20/04 & 01/26/07)
2. Jack Walker, ▮ (Requests for return sent on 12/13/02, 01/08/07, 01/19/07 & 01/26/07)
3. Betty Oakes, ▮ (Requests for return sent on 08/23/02, 04/17/03, 07/02/03, 11/05/03 & 01/26/07)
4. Jerry Mears, ▮ (Requests for return sent on 10/28/02, 05/09/03, 08/06/03, 11/05/03, 09/10/04 & 01/26/07)

Unfortunately, the films are out of our custody and control; our multiple attempts to obtain either the originals or copies from the defense have been unsuccessful. Please find enclosed correspondence documenting our best efforts to obtain films for these claimants. We are now attempting to determine whether films may be available from the facilities of origin.

If you have any questions about these claims, please contact our Bankruptcy Manager, Tracie Whetstone, at 214-357-6244.

Sincerely,

*Carrie Waters*

Carrie B. Waters, D.V.M., Ph.D.
Director, Medical Resources

Enclosures:   Letters to Defense (18 pages)
              Film Identification Forms (6 pages)

cc:   Leslie MacLean
      Tracie Whetstone
      Natalie Ramsey
      Brian Stansbury, via fax: 202-654-9469
      Barbara Harding, via fax: 202-879-5200

ac/CBW

**PARTNERS**
C. Andrew Waters (CA,DC,NC,TX)
Peter A. Kraus (TX,VA)
Charles S. Siegel (TX)
Troyce G. Wolf (NY,TX)
Michael L. Armitage (CA,LA)
B. Scott Kruka (TX)
Leslie C. MacLean (TX)
Charles E. Valles (TX,TX)
Paul C. Cook (CA)
Gary M. Paul (CA)
Sean P. Tracey (TX)

**ASSOCIATES**
Michelle B. Norton (TX)
Greg W. Lisemby (TX)
Kyla Gail Cole (TX)
Loren Jacobson (NY,TX)
Joy Sparling (TX)
Demetria Frank (TX)
Kevin M. Loew (CA)
Sharon J. Zinns (CA)
Julie L. Celum (TX)
John S. Janofsky (CA,DC)
Daniel Amos (CA)
Michael B. Gurien (CA)
Dimitri N. Nichols (CA)
Marc I. Willick (CA)
Benjamin R. Couture (TX)
Rhonda R. Bartlett (TX)
D. Dawn Benjamin (CA)
Ashley C. Fisher (MO)
Emily M. Stout (TX)
Kevin A. Noland (TX)
Paul B. Geilich (TX)
Benno Ashrafi (CA)
Mark Bratt (CA)
Amanda L. Reichek (TX)
Scott C. Greenlee (TX)
Mark A. Lizarraga (CA)
Demetrios T. Zacharopoulos (MO)
Shawn P. Fox (TX)
Jason B. Fine (TX)
Marc C. Lenahan (TX)

**OF COUNSEL**
Jonathan A. George (CA,TX,VA)
Mary H. Keyes (MO)
Scott L. Frost (CA,IN,KY,TX)

WATERS & KRAUS, LLP ATTORNEYS AND COUNSELORS

# waters

VIA FED EX 7996 1703 1245
VIA FACSIMILE   507-333-4330

April 5, 2007

Rust Consulting, Inc.
Claims Processing Agent
201 S. Lyndale Avenue
Faribault, MN 55021

RE:   Phillip Frederick, ▇▇▇▇ – W. R. Grace & Company Bankruptcy

To Whom It May Concern:

Pursuant to the Supplemental X-ray Order entered by the Bankruptcy Court on February 20, 2007, please find the enclosed affidavit of no records and previous correspondence with your office regarding our diligent attempts to recover films that were previously forwarded to defense for claimant Phillip A. Frederick, ▇▇▇▇.

We sent letters to you on March 2 and March 14 informing you that we have sent several requests to Rodriguez, Colvin & Chaney to recover our films. Since the films were never returned, we re-ordered them from the facility of origin, Goshen General Hospital. As demonstrated by the enclosed affidavit of no records received from this facility, the films have been destroyed.

If you have any questions about these claims, please contact our Bankruptcy Manager, Tracie Whetstone, at 214-357-6244.

Sincerely,

*Carrie Waters*

Carrie B. Waters, D.V.M., Ph.D.
Director, Medical Resources

Enclosures:   Affidavit of no records from Goshen General Hospital (1 page)
Previous letters dated 03/02/07 & 03/14/07 (2 pages)
Film identification form (1 page)
Letters to defense dated 02/05/04, 07/20/04 & 01/26/07 (3 pages)

cc:   Leslie MacLean
Tracie Whetstone
Natalie Ramsey
Brian Stansbury, via fax: 202-654-9469
Barbara Harding, via fax: 202-879-5200

ac/CBW

PARTNERS
C. Andrew Waters (CA,DC,NC,TX)
Peter A. Kraus (TX,VA)
Charles S. Siegel (TX)
Troyce G. Wolf (NY,TX)
Michael L. Armitage (CA,LA)
B. Scott Kruka (TX)
Leslie C. MacLean (TX)
Charles E. Valles (TN,TX)
Paul C. Cook (CA)
Gary M. Paul (CA)
Sean P. Tracey (TX)

ASSOCIATES
Michelle B. Norton (TX)
Greg W. Lisemby (TX)
Kyla Gail Cole (TX)
Loren Jacobson (NY,TX)
Joy Sparling (NJ)
Demetria Frank (TX)
Kevin M. Loew (CA)
Sharon J. Zinns (CA)
Julie L. Celum (TX)
John S. Janofsky (CA,DC)
Daniel Amos (CA)
Michael B. Gurien (CA)
Dimitri N. Nichols (CA)
Marc I. Willick (CA)
Benjamin R. Couture (TX)
Rhonda R. Bartlett (TX)
D. Dawn Benjamin (CA)
Ashley C. Fisher (MD)
Emily M. Stout (TX)
Kevin A. Noland (TX)
Paul B. Gellich (TX)
Benno Ashrafi (CA)
Mark Bratt (CA)
Amanda L. Reichek (TX)
Scott C. Greenlee (TX)
Mark A. Lizarraga (CA)
Demetrios T. Zacharopoulos (MO)
Shawn P. Fox (TX)
Jason B. Fine (TX)
Marc C. Lenahan (TX)

OF COUNSEL
Jonathan A. George (CA,TX,VA)
Mary H. Keyes (MO)
Scott L. Frost (CA,NJ,KY,TX)

# waterskraus

VIA FED EX 8568 1149 2028

March 2, 2007

Rust Consulting, Inc.
Claims Processing Agent
201 S. Lyndale Avenue
Faribault, MN 55021

RE:   W. R. Grace & Company Bankruptcy

To Whom It May Concern:

Pursuant to the Supplemental X-ray Order entered by the Bankruptcy Court on February 20, 2007, please find the enclosed radiographic identification form and letters to defense, in which we have repeatedly requested the return of all imaging materials for claimant Phillip A. Frederick.

We are unable to send you the films from Goshen General Hospital, because they were never returned by Rodriguez Colvin & Chaney. We have enclosed our correspondence detailing multiple attempts to reclaim the films.

If you have any questions about these claims, please contact our Bankruptcy Manager, Tracie Whetstone, at 214-357-6244.

Sincerely,

Carrie Waters

Carrie B. Waters, D.V.M., Ph.D.
Director, Medical Resources

Enclosures:   Film identification form (1 page)
  1st request for material return dated 02/05/04 (1 page)
  2nd request for material return dated 07/20/04 (1 page)
  3rd request for material return dated 01/26/07 (1 page)

cc:   Leslie MacLean
  Tracie Whetstone
  Natalie Ramsey
  Brian Stansbury, via fax: 202-654-9469
  Barbara Harding, via fax: 202-879-5200

ac/CBW

PARTNERS
C. Andrew Waters (CA,DC,NC,TX)
Peter A. Kraus (TX,VA)
Charles S. Siegel (TX)
Troyce G. Wolf (NY,TX)
Michael L. Armitage (CA,LA)
B. Scott Kruka (TX)
Leslie C. MacLean (TX)
Charles E. Valles (NV,TX)
Paul C. Cook (CA)
Gary M. Paul (CA)
Sean P. Tracey (TX)

ASSOCIATES
Michelle B. Norton (TX)
Greg W. Usemby (TX)
Kyla Cali Cole (TX)
Loren Jacobson (NY,TX)
Joy Sparling (TX)
Demetria Frank (TX)
Kevin M. Loew (CA)
Sharon J. Zinns (CA)
Julie L. Celum (TX)
John S. Janofsky (CA,DC)
Daniel Amos (CA)
Michael B. Gurien (CA)
Dimitri N. Nichols (CA)
Marc I. Willick (CA)
Benjamin R. Couture (TX)
Rhonda R. Bartlett (TX)
D. Dawn Benjamin (CA)
Ashley C. Fisher (MS)
Emily M. Stout (TX)
Kevin A. Noland (TX)
Paul B. Gellich (TX)
Benno Ashrafi (CA)
Mark Bratt (CA)
Amanda L. Reichek (TX)
Scott C. Greenlee (TX)
Mark A. Lizarraga (CA)
Demetrios T. Zacharopoulos
Shawn P. Fox (TX)
Jason B. Fine (TX)

OF COUNSEL
Jonathan A. George (CA,TX,VA)
Mary H. Keyes (MO)
Scott L. Frost (CA,IN,KY,TX)

# watersKraus

VIA FED EX   7996 0295 5575
VIA FACSIMILE   507-333-4330

March 14, 2007

Rust Consulting, Inc.
Claims Processing Agent
201 S. Lyndale Avenue
Faribault, MN 55021

RE:   W. R. Grace & Company Bankruptcy

To Whom It May Concern:

Pursuant to the Supplemental X-ray Order entered by the Bankruptcy Court on February 20, 2007, we have made repeated efforts to reclaim the films sent to various defense firms for the following claimants:

1. Phillip Frederick, ▓▓▓ (Requests for return sent 02/05/04, 07/20/04 & 01/26/07)
2. Jack Walker, ▓▓▓ (Requests for return sent on 12/13/02, 01/08/07, 01/19/07 & 01/26/07)
3. Betty Oakes, ▓▓▓ (Requests for return sent on 08/23/02, 04/17/03, 07/02/03, 11/05/03 & 01/26/07)
4. Jerry Mears, ▓▓▓ (Requests for return sent on 10/28/02, 05/09/03, 08/06/03, 11/05/03, 09/10/04 & 01/26/07)

Unfortunately, the films are out of our custody and control; our multiple attempts to obtain either the originals or copies from the defense have been unsuccessful. Please find enclosed correspondence documenting our best efforts to obtain films for these claimants. We are now attempting to determine whether films may be available from the facilities of origin.

If you have any questions about these claims, please contact our Bankruptcy Manager, Tracie Whetstone, at 214-357-6244.

Sincerely,

*Carrie Waters*

Carrie B. Waters, D.V.M., Ph.D.
Director, Medical Resources

Enclosures:   Letters to Defense (18 pages)
             Film Identification Forms (6 pages)

cc:   Leslie MacLean
     Tracie Whetstone
     Natalie Ramsey
     Brian Stansbury, via fax: 202-654-9469
     Barbara Harding, via fax: 202-879-5200

PARTNERS
C. Andrew Waters (CA,DC,NC,TX)
Peter A. Kraus (TX,VA)
Charles S. Siegel (TX)
Troyce G. Wolf (NY,TX)
Michael L. Armitage (CA,IL)
B. Scott Kruka (TX)
Leslie C. MacLean (TX)
Charles E. Valles (TX,TN)
Paul C. Cook (CA)
Gary M. Paul (CA)
Sean P. Tracey (TX)

ASSOCIATES
Michelle B. Norton (TX)
Greg W. Lisemby (TX)
Kyla Gail Cole (TX)
Loren Jacobson (NY,TX)
Joy Sperling (TX)
Demetria Frank (TX)
Kevin M. Loew (CA)
Sharon J. Zinns (CA)
Julie L. Celum (TX)
John S. Janofsky (CA,DC)
Daniel Amos (CA)
Michael B. Gurien (CA)
Dimitri N. Nichols (CA)
Marc I. Willick (CA)
Benjamin R. Couture (TX)
Rhonda R. Bartlett (TX)
D. Dawn Benjamin (CA)
Ashley C. Fisher (MD)
Emily M. Stout (TX)
Kevin A. Noland (TX)
Paul B. Geilich (TX)
Benno Ashrafi (CA)
Mark Bratt (CA)
Amanda L. Reichek (TX)
Scott C. Greenlee (TX)
Mark A. Lizarraga (CA)
Demetrios T. Zacharopoulos
Shawn P. Fox (TX)
Jason B. Fine (TX)
Marc C. Lenahan (TX)

OF COUNSEL
Jonathan A. George (CA,TX,VA)
Mary H. Keyes (MD)
Scott L. Frost (CA,AK,KY,TX)

# waters

VIA FED EX   7906 9101 6030
VIA FACSIMILE   507-333-4330

March 14, 2007

Rust Consulting, Inc.
Claims Processing Agent
201 S. Lyndale Avenue
Faribault, MN 55021

RE:   W. R. Grace & Company Bankruptcy

To Whom It May Concern:

Pursuant to the Supplemental X-ray Order entered by the Bankruptcy Court on February 20, 2007, we discovered that we had never obtained chest x-rays for ten of our claimants.

- Doyla Batson,
- Donald Bowers,
- Quinton Cryer,
- Lawrence Erdman,
- Gustave Gloede,
- Ernest King,
- Jess Lemons,
- David Muston,
- Louis Trdy,
- Sylvanus Walterson,

We are now attempting to determine whether films may be available from the facilities of origin. If films are available from the facility, we will forward them to you as soon as we receive them.

If you have any questions about these claims, please contact our Bankruptcy Manager, Tracie Whetstone, at 214-357-6244.

Sincerely,

Carrie Waters

Carrie B. Waters, D.V.M., Ph.D.
Director, Medical Resources

cc:   Leslie MacLean
      Tracie Whetstone
      Natalie Ramsey
      Brian Stansbury, via fax: 202-654-9469
      Barbara Harding, via fax: 202-879-5200

ac/CBW

PARTNERS
C. Andrew Waters (CA,DC,AC,TX)
Peter A. Kraus (TX,VA)
Charles S. Siegel (TX)
Troyce G. Wolf (NY,TX)
Michael L. Armitage (CA,LA)
B. Scott Kruka (TX)
Leslie C. MacLean (TX)
Charles E. Valles (TN,TX)
Paul C. Cook (CA)
Gary M. Paul (CA)
Sean P. Tracey (TX)

ASSOCIATES
Michelle B. Norton (TX)
Greg W. Lisemby (TX)
Kyla Gail Cole (TX)
Loren Jacobson (NY,TX)
Joy Sparling (IL)
Demetria Frank (TX)
Kevin M. Loew (CA)
Sharon J. Zinns (CA)
Julie L. Celum (TX)
John S. Janofsky (CA,DC)
Daniel Amos (CA)
Michael B. Gurien (CA)
Dimitri N. Nichols (CA)
Marc I. Willick (CA)
Benjamin R. Couture (TX)
Rhonda R. Bartlett (TX)
D. Dawn Benjamin (CA)
Ashley C. Fisher (MO)
Emily M. Stout (TX)
Kevin A. Noland (TX)
Paul B. Gellich (TX)
Benno Ashrafi (CA)
Mark Bratt (CA)
Amanda L. Reichek (TX)
Scott C. Greenlee (TX)
Mark A. Lizarraga (CA)
Demetrios T. Zacharopoulos (MO)
Shawn P. Fox (TX)
Jason B. Fine (TX)
Marc C. Lenahan (TX)

OF COUNSEL
Jonathan A. George (CA,TX,VA)
Mary H. Keyes (MO)
Scott L. Frost (GA,IN,KY,TX)