PAMELA J. WISE (Retired)
JOHN BARRY JULIAN*
*Licensed in Illinois & Missouri



**WISE & JULIAN P.C.**

3555 College Avenue
P.O. Box 1108
Alton, Illinois 62002
Telephone: (618) 462-2600
Facsimile: (618) 462-2622

January 11, 2007

Rust Consulting, Inc.
201 South Lyndale Avenue
Faribault, MN 55021

   RE: ORDER REGARDING X-RAY EVIDENCE
    In re: W.R. Grace & Co., et al

Dear Sirs

   In response to the Court's Order regarding x-ray evidence please be advised that Wise & Julian, P.C. has been unable to obtain chest x-rays for the following claimants:
  William Hawkins, Case No. 00-L-694
  Robert Laemmel, Case No. 00-L-978
  Burrell Spurgeon, Case No. 00-L-718

X-rays of all of Wise & Julian's asbestos claimants had been deposited in the Madison County Illinois Asbestos Litigation Central Records Depository(CRD) in compliance with the Madison County Standing Order. On January 2, 2007, I requested the return of the relevant x-rays from the CRD. All but the above listed x-rays were promptly returned. X-rays for the three claimants listed above had been checked out by defense counsel on 10/07/02 and never returned. I then requested the x-rays from the law firm which had taken them from the CRD and was told they could not locate the x-rays.

The firm who last had possession of the x-rays is attempting to locate them. If they locate the x-rays I will forward them to you as soon as possible. All other x-rays will be produced by January 30, 2007.

           Sincerely
           Barry Julian