April 3, 2007

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Chapter 11 |
| | ) | Case No. 01-1139(JKF) |
| WR Grace & Co., et al | ) | Jointly Administered |
| | ) | Re: Docket Nos.: 13702, 13784, 13816, 13845 |
| Debtors | ) | 13848, 13877, 13879, 123881, 13883, 13889, 14093 |

Supplemental Response To Order Regarding X-Ray Evidence

   The attached x-rays are Wise & Julian, P.C.'s Supplemental compliance with the Court's Order of December 22, 2006, regarding X-Ray Evidence. Wise & Julian, P.C. previously submitted 125 x-rays of 30 claimants. X-rays for three claimants were in the control of defense attorneys. Wise & Julian, P.C. has obtained five x-rays of Robert Laemmel and four x-rays of Burrell Spurgeon. Each of those x-rays has been labeled with the claimant's name, last four digits of his social security number, the bankruptcy case caption and name of the firm which submitted a questionnaire for claimant, and are hereby submitted.
   By this letter and the signature below, counsel for the claimants stipulates that the attaché x-rays are identical copies of the original x-rays which are material to each claimant's allegation of asbestos related cancer.

The following x-rays are attached:

| Name | SS# | No, of Films |
|---|---|---|
| Laemmel, Robert | xxxx | 5 |
| Spurgeon, Burrell | xxxx | 4 |

              Sincerely

              _____

              John Barry Julian