IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ( | |
| | ( | |
| W.R. GRACE & CO., <u>et al.</u>, | ( | Bankruptcy No. 01-01139 (JKF) |
| | ( | Jointly Administered |
| | ( | |
| Debtor(s) | ( | Chapter 11 |
| | ( | |
| | ( | Related to Doc. No. 8582. |
| | ( | |

**ORDER DENYING MOTION OF THE STATE OF MONTANA FOR RELIEF FROM THE AUTOMATIC STAY**

AND NOW, this 13th day of April, 2007, for the reasons expressed in the foregoing Memorandum Opinion, it is **ORDERED, ADJUDGED, and DECREED** that the Motion of the State of Montana For Relief From the Automatic Stay, seeking to join Debtors, W.R. Grace & Co., et al. as Third-Party Defendants in one hundred and twenty (120) cases plus or minus currently pending against the State of Montana in Montana State Courts, is **DENIED.**

Debtors shall immediately serve a copy of this Opinion and Order on all parties in interest and file a certificate of service forthwith.

_____
Judith K. Fitzgerald    jmd
United States Bankruptcy Judge

9

Dated: 4/13/2007
16:33:41