**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | ) | In Proceedings for a Reorganization under Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.,* | ) | Case No. 01-01139-JKF |
| | ) | |
| Debtors. | ) | Re: DIs 15195, 15196 |
| | ) | |
| | ) | |

**NOTICE OF SERVICE OF DOCKET ENTRIES 15195, 15196**

I HEREBY CERTIFY that on April 16, 2007, a copy of Docket Entries 15195 & 15196 which had been previously e-notice served, were served on the following parties by first class postage prepaid mail:

SEE SERVICE LISTS ATTACHED

Dated:  April 16, 2007                           MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP


                                        By:        /s/ Noel C. Burnham
                                                Noel C. Burnham, Esquire (DE Bar No. 3483)
                                                300 Delaware Avenue, Suite 750
                                                Wilmington, DE 19801
                                                (302) 504-7800
                                                (302) 504-7820 (facsimile)