IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: W.R. GRACE & CO., et al., Debtors. | ) ) ) ) ) ) ) ) | Chapter 11<br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

**ORDER GRANTING EXPEDITED CONSIDERATION OF CLAIMANT STATE OF CALIFORNIA, DEPARTMENT OF GENERAL SERVICES' MOTION FOR ORDER TO PERMIT FACT WITNESSES DAN HOOD AND GLENN CONNOR TO TESTIFY BY TELEPHONE AT THE APRIL 23-25, 2007 HEARINGS ON PRODUCT IDENTIFICATION**

Upon consideration of the motion of Claimant State of California, Department of General Services, for an order granting expedited consideration (the "Motion to Shorten Notice") of the Claimant's motion for entry of an order permitting fact witnesses, Dan Hood and Glenn Connor, to testify at the April 23-25, 2007 hearings on product identification by telephone (the "Motion"), and after adequate notice, and good cause shown therefor, it is hereby

**ORDERED** that the Motion To Shorten Notice is **GRANTED**; and it is further

**ORDERED** that the hearing on the Motion shall be held on April 23, 2007 before the Honorable Judith K. Fitzgerald, at 9:00 a.m. (Eastern) (the "Hearing Time"); and it is further

**ORDERED** that responses, if any, to the Motion shall be filed on or before **4:00 p.m. on Friday, April 20, 2007**; and it is further

DMEAST #9767430 v2

2

**ORDERED** that the Claimant provide (i) counsel for the Debtors; (ii) counsel for the PD Committee, (iii) the Office of the United States Trustee, (iv) those parties whose rights are affected by the Motion, and (v) those parties requesting special notice in this case, with notice of the Hearing Time as soon as practicable prior to the Hearing Time.

Dated: _____, 2007

                                                The Honorable Judith K. Fitzgerald
                                              United States Bankruptcy Judge