**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re:  W.R. GRACE & CO., et al., | ) ) ) ) ) ) ) ) ) | Chapter 11<br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>**Hearing Dates on "Product Identification<br>Issues":  April 23-25, 2007** |
| Debtors. | | |

**OBJECTIONS OF CLAIMANT STATE OF CALIFORNIA, DEPARTMENT OF
GENERAL SERVICES, TO DEBTORS' EXHIBITS AND WITNESSES
DESIGNATED FOR THE PRODUCT IDENTIFICATION TRIAL**

Claimant State of California, Department of General Services hereby submits the

following objections to Debtors' exhibits and witnesses designated for the product

identification trial scheduled for April 23-35, 2007.

A. **Claimant's Objections to Debtors' Exhibits**

| Exhibit Number | Objection |
|---|---|
| 1. | Requires Authentication (FRE 901) |
| 2. | Requires Authentication (FRE 901) |
| 3. | Requires Authentication (FRE 901) |
| 5. | Not based upon sufficient facts or data and is not the product of reliable principles, methods and analyses (FRE 702) |
| 6. | Not based upon sufficient facts or data and is not the product of reliable principles, methods or analyses (FRE 702) |
| 46. | Object to R.J. Lee Summary to the extent that it is not based upon sufficient facts or data and is not the product of reliable principles, methods or analyses (FRE 702) |
| 47. | Object to R.J. Lee Summary to the extent that it is not based upon sufficient facts or data and is not the product of reliable principles, methods or analyses (FRE 702) |
| 48. | Object to R.J. Lee Summary to the extent that it is not based upon sufficient facts or data and is not the product of reliable principles, methods |

| | |
|---|---|
| | or analyses (FRE 702) |
| 49. | Object to R.J. Lee Summary to the extent that it is not based upon sufficient facts or data and is not the product of reliable principles, methods or analyses (FRE 702) |
| 50. | Object to R.J. Lee Summary to the extent that it is not based upon sufficient facts or data and is not the product of reliable principles, methods or analyses (FRE 702) |
| 51. | Object to R.J. Lee Summary to the extent that it is not based upon sufficient facts or data and is not the product of reliable principles, methods or analyses (FRE 702) |
| 52. | Object to R.J. Lee Summary to the extent that it is not based upon sufficient facts or data and is not the product of reliable principles, methods or analyses (FRE 702) |
| 53. | Object to R.J. Lee Summary to the extent that it is not based upon sufficient facts or data and is not the product of reliable principles, methods or analyses (FRE 702) |
| 54. | Object to R.J. Lee Summary to the extent that it is not based upon sufficient facts or data and is not the product of reliable principles, methods or analyses (FRE 702) |
| 55. | Object to R.J. Lee Summary to the extent that it is not based upon sufficient facts or data and is not the product of reliable principles, methods or analyses (FRE 702) |
| 56. | Object to R.J. Lee Summary to the extent that it is not based upon sufficient facts or data and is not the product of reliable principles, methods or analyses (FRE 702) |
| 57. | Object to R.J. Lee Summary to the extent that it is not based upon sufficient facts or data and is not the product of reliable principles, methods or analyses (FRE 702) |
| 58. | Object to R.J. Lee Summary to the extent that it is not based upon sufficient facts or data and is not the product of reliable principles, methods or analyses (FRE 702) |
| 59. | Object to R.J. Lee Summary to the extent that it is not based upon sufficient facts or data and is not the product of reliable principles, methods or analyses (FRE 702) |
| 60. | Object to R.J. Lee Summary to the extent that it |

| | |
|---|---|
| | is not based upon sufficient facts or data and is not the product of reliable principles, methods or analyses (FRE 702) |
| 61. | Object to R.J. Lee Summary to the extent that it is not based upon sufficient facts or data and is not the product of reliable principles, methods or analyses (FRE 702) |

### B.  Claimant's Objections to Debtors' Witnesses

Claimant objects to the anticipated testimony of Dr. Richard J. Lee, James Cintani and Thomas Egan.

Claimant objects to designated expert witness Dr. Lee's anticipated testimony on the grounds that, under Fed. R. Evid. 702, it is based on insufficient or incorrect facts or data, not a product of reliable principles or methods, and/or not based on application of the principles and methods reliably to the facts of the case, to the extent that he did not analyze any of the bulk samples analyzed by Claimant's expert, MVA Scientific Consultants, did not consider all data in the MVA Expert Reports, and/or improperly relied upon irrelevant or incomplete data.

Claimant objects to the anticipated testimony of designated fact witnesses James Cintani and Thomas Egan on the grounds that (a) according to Debtors' April 13, 2007 Disclosures as to their testimony, neither proposed fact witness has knowledge of any facts or issues relating to the DGS Claims, as was previously represented by Debtors' counsel, and (b) to the extent that either witnesses' testimony is to be offered in any way against or concerning the DGS Claims, neither person was previously identified by Debtors in response to Claimant's First Set of Interrogatories (Interrogatory Nos. 16 and 17) and Rule 30(b)(6) Notice of Deposition.  After service of Claimant's discovery requests, Debtors represented that no person presently employed by Debtors has any

knowledge of the sale or installation of Debtors' products in any of the buildings the

subject of the DGS Claims and that Debtors know of no former employees with relevant

knowledge.

Dated: Wilmington, Delaware
      April 17, 2007

                BALLARD SPAHR ANDREWS & INGERSOLL,
                LLP

By: /s/ Leslie C. Heilman
      Tobey Marie Daluz, Esq. (No. 3939)
      Leslie C. Heilman, Esq. (No. 4716)
      919 North Market Street, 12th Floor
      Wilmington, Delaware 19801
      Telephone: (302) 252-4465
      Facsimile: (302) 252-4466
      Email: daluzt@ballardspahr.com
           heilmanl@ballardspahr.com

            -and-

      HAHN & HESSEN LLP
      Steven J. Mandelsberg, Esq.
      Christina J. Kang, Esq.
      John P. McCahey, Esq.
      488 Madison Avenue
      New York, New York 10022
      Telephone: (212) 478-7200
      Facsimile: (212) 478-7400
      Email:  smandelsberg@hahnhessen.com
           ckang@hahnhessen.com
           jmccahey@hahnhessen.com

      Counsel for Claimant
      State of California, Dep't of General Services