IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>**Hearing Dates on "Product Identification Issues": April 23-25, 2007** |

## DECLARATION OF GLENN CONNOR

I, Glenn Connor, hereby declare under penalty of perjury that the following is true and correct:

1. I am the Project Director of Seismic & Special Programs at the State of California, Department of General Services ("DGS"). In this position, I am responsible for managing all aspects of DGS' asbestos program, including, but not limited to, surveying and coordinating the retrieval of bulk samples from buildings suspected of containing asbestos materials and overseeing the filing of asbestos property damage claims. I respectfully submit this declaration to (a) certify the authenticity of certain business records described below and (b) provide information concerning the preparation and transmittal of bulk samples to MVA Scientific Consultants for constituent analysis.

### A. Authentication of Business Records

2. DGS' Counsel in this matter has advised that, pursuant to the October 13, 2006 Amended Order Setting Forth Various Deadlines Regarding Objections to Asbestos Property Damage Claims and the April 11, 2007 Modified Amended Scheduling Order for Adjudication of Asbestos PD Claims, DGS has submitted, as pre-marked exhibits, the

following documents in connection with the product identification trial scheduled for April 23-25, 2007.

    a) Architectural Plans for the Orange County, City of Santa Ana Civic Center (DGS Pre-Marked Exhibits 1C, 1D, 1E, 1F, and 1G).

    b) Homogenous Material Summary Report for the Orange County, City of Santa Ana Civic Center (DGS Pre-Marked Exhibit 1H).

    c) Bulk Samples Summary Report for the Orange County, City of Santa Ana Civic Center (DGS Pre-Marked Exhibit 1H).

    d) Laboratory Survey Results: GSA Asbestos Survey for the Orange County, City of Santa Ana Civic Center (DGS Pre-Marked Exhibit 1H).

    e) Chain of Custody Records dated January 8, 2003 re: bulk samples taken from the 1416 9th Street Building (DGS Pre-Marked Exhibit 2B)

    f) Architectural Plans for the 1416 9th Street building (DGS Pre-Marked Exhibits 2C, 2D, and 2E).

    g) Architectural Plan for the Astascadero State Hospital (DGS Pre-Marked Exhibit 3C).

    h) Letter dated December 1, 1950 from Architects Associated to State of California, Department of Public Works re: Astascandero State Hospital building specifications (DGS Pre-Marked Exhibit 3D).

    i) Chain of Custody Records dated March 6, 2003 re: bulk samples taken from the Astascadero State Hospital (DGS Pre-Marked Exhibit 3D).

    j) Homogenous Material Summary Report for the Astascadero State Hospital (DGS Pre-Marked Exhibit 3D)

k) Room/Area Assessment Report for the Astascadero State Hospital (DGS Pre-Marked Exhibit 3D)

l) Homogenous Material Assessment Report for the Astascadero State Hospital (DGS Pre-Marked Exhibit 3D)

m) Homogenous Material Summary Report for the 1234 East Shaw Avenue building (DGS Pre-Marked Exhibit 4C)

n) Bulk Samples Summary Report Report for the 1234 East Shaw Avenue building (DGS Pre-Marked Exhibit 4C)

o) Homogenous Material Assessment Report for the 1234 East Shaw Avenue building (DGS Pre-Marked Exhibit 4C)

p) Chain of Custody Records dated March 6, 2003 re: bulk samples taken from 1234 East Shaw Avenue building (DGS Pre-Marked Exhibit 4C).

q) Architectural Plans for the 714 P Street building (DGS Pre-Marked Exhibits 5C, 5D, 5E, 5F and 5G)

r) Change Orders re: replacement work to be completed in the 714 P Street Building (DGS Pre-Marked Exhibit 5H)

s) Asbestos-Containing Material Inspection Form for the 714 P Street building (DGS Pre-Marked Exhibit 5H)

t) Chain of Custody Records dated February 26, 2003 re: bulk samples taken from the 714 P Street Building (DGS Pre-Marked Exhibit 5H).

u) Architectural Plans for the Auditorium/Chapel at Northern California Youth Center-Stockton (DGS Pre-Marked Exhibits 6C, 6D, and 6E).

v) Chain of Custody Records re: bulk samples taken from the Auditorium/Chapel at Northern California Youth Center-Stockton (DGS Pre-Marked Exhibit 6B).

w) Homogenous Material Summary Report for the Auditorium/Chapel at Northern California Youth Center-Stockton (DGS Pre-Marked Exhibit 6F)

x) Bulk Samples Summary Report Report for the for the Auditorium/Chapel at Northern California Youth Center-Stockton (DGS Pre-Marked Exhibit 6F)

y) Homogenous Material Assessment Report for the for the Auditorium/Chapel at Northern California Youth Center-Stockton (DGS Pre-Marked Exhibit 6F)

z) Room/Area Assessment Report for the for the Auditorium/Chapel at Northern California Youth Center-Stockton (DGS Pre-Marked Exhibit 6F)

aa) Architectural Plans for the 2501 Harbor Blvd. building (DGS Pre-Marked Exhibits 7C, 7D and 7E).

bb) Homogenous Material Assessment Report for the 2501 Harbor Blvd. building (DGS Pre-Marked Exhibit 7F).

cc) Homogenous Material Summary Report for the 2501 Harbor Blvd. building (DGS Pre-Marked Exhibit 7F).

dd) Bulk Samples Summary Report for the 2501 Harbor Blvd. building (DGS Pre-Marked Exhibit 7F).

ee) Lab Report for the 2501 Harbor Blvd. building (DGS Pre-Marked Exhibit 7F).

ff) Architectural Plan for the 5100 O'Byrnes Ferry Road building (DGS Pre-Marked Exhibit 8C).

gg) Asbestos Management Plan [Excerpt] dated March 1990 for the 5100 O'Byrnes Ferry Road building (DGS Pre-Marked Exhibit 8D).

hh) Building Specifications [Excerpt] for the 5100 O'Byrnes Ferry Road building which allowed for the installation of a W.R. Grace product "or equal." (DGS Pre-Marked Exhibit 8D).

ii) Chain of Custody Records dated March 5, 2003 re: bulk samples taken from the 5100 O'Byrnes Ferry Road building. (DGS Pre-Marked Exhibit 8D).

jj) Architectural Plans for the Kitchen at California Correctional Institution at Tehachapi (DGS Pre-Marked Exhibits 9C and 9D).

kk) Chain of Custody Records dated March 6, 2003 re: bulk samples taken from the Kitchen at California Correctional Institution at Tehachapi (DGS Pre-Marked Exhibit 9E).

ll) Architectural Plans for the Fairview State Hospital (DGS Pre-Marked Exhibits 10C, 10D, 10E, 10F, and 10G).

mm) CAPE Asbestos Survey Form for the Fairview State Hospital (DGS Pre-Marked Exhibit 10B).

nn) Architectural Plans for the Ventura Youth Correctional Facility (DGS Pre-Marked Exhibits 11C and 11D).

oo) Homogenous Material Summary Report for the Ventura Youth Correctional Facility (DGS Pre-Marked Exhibit 11E).

pp) Homogenous Material Assessment Report for the Ventura Youth Correctional Facility (DGS Pre-Marked Exhibit 11E).

qq) Room/Area Assessment Report for the Ventura Youth Correctional Facility (DGS Pre-Marked Exhibit 11E).

rr) Bulk Samples Summary Report for the Ventura Youth Correctional Facility (DGS Pre-Marked Exhibit 11E).

ss) CAPE Asbestos Survey Form for the Ventura Youth Correctional Facility (DGS Pre-Marked Exhibit 11E).

tt) Homogenous Material Summary Report for the 1234 East Shaw Avenue building (DGS Pre-Marked Exhibit 12C).

uu) Homogenous Material Assessment Report for the 1234 East Shaw Avenue building (DGS Pre-Marked Exhibit 12C).

vv) Chain of Custody Records dated March 3, 2003 re: bulk samples taken from 1234 East Shaw Avenue building (DGS Pre-Marked Exhibit 12C).

ww) Architectural Plans for the Educational Facility at California Correctional Institution at Tehachapi (DGS Pre-Marked Exhibits 13C and 13D).

xx) Asbestos Management Plan [Excerpt] dated March 1990 for the Educational Facility at California Correctional Institution at Tehachapi (DGS Pre-Marked Exhibit 13E).

yy) Chain of Custody Records dated March 6, 2003 re: bulk samples taken from the Educational Facility at California Correctional Institution at Tehachapi (DGS Pre-Marked Exhibit 13E).

zz) Building Specifications [Excerpt] for the Educational Facility at California Correctional Institution at Tehachapi (DGS Pre-Marked Exhibit 13E).

aaa) Architectural Plan for the 31 East Channel Street building (DGS Pre-Marked Exhibit 14C).

bbb) Chain of Custody Records re: bulk samples taken from the 31 East Channel Street building (DGS Pre-Marked Exhibit 14B).

ccc) Homogenous Material Summary Report for the 31 East Channel Street building (DGS Pre-Marked Exhibit 14D)

ddd) Bulk Samples Summary Report for the 31 East Channel Street building (DGS Pre-Marked Exhibit 14D)

eee) GSA Asbestos Survey for the 31 East Channel Street building (DGS Pre-Marked Exhibit 14D)

fff) Building Specifications [Excerpt] for the 31 East Channel Street building which allowed for the installation of a W.R. Grace product "or equal." (DGS Pre-Marked Exhibit 14D).

ggg) Architectural Plans for the 744 P Street Building (DGS Pre-Marked Exhibits 15C, 15D, 15E, 15F and 15G).

hhh) Asbestos Management Plan dated February 19, 1987 [Excerpt] for the 744 P Street Building (DGS Pre-Marked Exhibit 15H).

iii) GSA Asbestos Survey for the 744 P Street Building (DGS Pre-Marked Exhibit 15H)

jjj) Asbestos-Containing Material Inspection Form for the 744 P Street Building (DGS Pre-Marked Exhibit 15H).

kkk) Chain of Custody Records dated February 26, 2003 re: bulk samples taken from the 744 P Street Building (DGS Pre-Marked Exhibit 15H).

lll) Architectural Plans for the Hospital at Northern California Youth Center-Stockton (DGS Pre-Marked Exhibits 16C, 16D, 16E, 16F, 16G).

mmm) Chain of Custody Records dated January 8, 2003 re: bulk samples taken from the Hospital at Northern California Youth Center-Stockton (DGS Pre-Marked Exhibit 16B).

nnn) Homogenous Material Assessment Report for Hospital at Northern California Youth Center-Stockton (DGS Pre-Marked Exhibit 16H).

ooo) Homogenous Material Summary Report for Hospital at Northern California Youth Center-Stockton (DGS Pre-Marked Exhibit 16H).

ppp) Bulk Samples Summary Report for Hospital at Northern California Youth Center-Stockton (DGS Pre-Marked Exhibit 16H).

qqq) Polarized Light Analysis Results for Hospital at Northern California Youth Center-Stockton prepared by RJ Lee Group, Inc. (DGS Pre-Marked Exhibit 16H).

3. The documents identified in paragraph 2 were kept by DGS and are true copies of records maintained by DGS in the ordinary course of business.

4. The documents identified in paragraph 2 were prepared at or near the time of the events or circumstances to which the documents apply, by DGS personnel having knowledge of those matters or from information transmitted by persons having knowledge of those matters.

5. Copies of the documents identified in paragraph 2 were produced and maintained in the regular course of DGS' business.

### B. Process of Preparing and Transferring Bulk Samples to MVA Scientific Consultants

6. In January, 2003, DGS hired two third-party vendors which are engaged in the business of extracting bulk samples from buildings for asbestos testing.

7. Also in January, 2003, DGS oversaw the process of the vendors' retrieving of bulk samples from each of the sixteen buildings subject of DGS' proofs of claim.

8. State employees were present at the sixteen sites when the vendors retrieved such samples.

9. The vendors completed chain of custody records for all of the samples taken from the buildings. The chain of custody records indicate (1) on which date the vendor retrieved specific samples and (2) on which date the vendor relinquished possession of the samples to a common carrier for shipment to MVA Scientific Consultants.

10. After the bulk samples were taken, DGS directed the vendor to forward the samples, via Federal Express, to Dr. Tim Vander Wood at MVA Scientific Consultants for constituent analysis.

By: _____

GLENN CONNOR

970255.002 - 1245597.1