IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that:

1. On April 17, 2007, I caused copies of (a) Objections of Claimant State of California, Department of General Services, to Debtors' Exhibits and Witnesses Designated for the Product Identification Trial, (b) Declaration of Dr. Tim Vander Wood, (c) Declaration of Glenn Connor, and (d) Declaration of Dan Hood, to be served via e-mail on: :

Anne McGinness Kearse, Esq.
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Daniel A. Speights, Esq.
Alan Runyan, Esq.
Speights & Runyan
200 Jackson Avenue East
Hampton, SC 29924

Douglas E. Cameron, Esq.
Traci S. Rea, Esq.
James J. Restivo, Jr., Esq.
Lawrence E. Flatley, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
Co-Counsel for Debtors

Scott Baena, Esq.
Jay M. Sakalo, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
200 S. Biscayne Blvd., Ste. 2500
Miami, Florida 33131-5340
Counsel for PD Committee

Thomas J. Brandi, Esq.
Terry Edwards, Esq.
The Brandi Law Firm
44 Montgomery Street, Suite 1050
San Francisco, CA 94104

Dated: April 17, 2007

        **HAHN & HESSEN LLP**
        Co-Counsel for Claimant
        State of California, Dep't of General Services

By: _____
        Steven J. Mandelsberg, Esq.
        John P. McCahey, Esq.
        Christina J. Kang, Esq.
        Alison M. Croessmann, Esq.

488 Madison Avenue
New York, New York 10022
(212) 478-7200

        - and -

**BALLARD SPAHR ANDREWS & INGERSOLL, LLP**
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801-3034
(302) 252-4446
Leslie C. Heilman, Esq.
Co-Counsel for Claimant
State of California, Dep't of General Services