IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: W.R. GRACE & CO., et al., <br><br> Debtors. | ) <br> ) Chapter 11 <br> ) Case No. 01-01139 (JKF) <br> ) (Jointly Administered) <br> ) <br> ) **Related to Dkt. Nos. 15202, 15201** <br> ) |

**MODIFIED ORDER GRANTING EXPEDITED CONSIDERATION OF CLAIMANT
STATE OF CALIFORNIA, DEPARTMENT OF GENERAL SERVICES'
MOTION FOR ORDER TO PERMIT FACT WITNESSES DAN HOOD AND GLENN
CONNOR TO TESTIFY BY TELEPHONE AT THE APRIL 23-25, 2007
HEARINGS ON PRODUCT IDENTIFICATION**

Upon consideration of the motion of Claimant State of California, Department of General Services, for an order granting expedited consideration (the "Motion to Shorten Notice") of the Claimant's motion for entry of an order permitting fact witnesses, Dan Hood and Glenn Connor, to testify at the April 23-25, 2007 hearings on product identification by telephone (the "Motion"), and after adequate notice, and good cause shown therefor, it is hereby

**ORDERED** that the Motion To Shorten Notice is **GRANTED**; and it is further

**ORDERED** that the hearing on the Motion shall be held on April 23, 2007 before the Honorable Judith K. Fitzgerald, at 9:00 a.m. (Eastern) (the "Hearing Time"); and it is further

**ORDERED** that responses, if any, to the Motion shall be filed on or before **4:00 p.m. on** ~~Friday, April 20, 2007, and it is further~~ **Eastern time, on Thursday, April 19, 2007.**

**It is FURTHER ORDERED that if objections are timely filed, the underlying motion at Dkt. No 15201 will be denied.**

**It is FURTHER ORDERED that if no objections are timely filed the underlying motion at Dkt. No. 15201 will be granted.**

DMEAST #9767430 v2

2

~~ORDERED that the Claimant provide (i) counsel for the Debtors; (ii) counsel for the PD Committee, (iii) the Office of the United States Trustee, (iv) those parties whose rights are affected by the Motion, and (v) those parties requesting special notice in this case, with notice of the Hearing Time as soon as practicable prior to the Hearing Time.~~

~~Dated: _____, 2007~~

~~The Honorable Judith K. Fitzgerald~~
~~United States Bankruptcy Judge~~

**It is FURTHER ORDERED that Movant shall immediately serve a copy of this Order on all parties in interest, by facsimile or hand delivery, and shall file a certificate of service forthwith.**

**April 17, 2007**

*Judith K. Fitzgerald*
rmab

2