IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | In proceedings for a |
| ) | Reorganization under |
| W.R. GRACE CO., *et al.* ) | Chapter 11 |
| ) | |
| Debtors. ) | Case No. 01-01139-JKF |
| ) | Jointly Administered |

## MOTLEY RICE CLAIMANTS' 3406 AND 6941 OBJECTIONS TO DEBTORS' EXHIBIT NUMBERS 44 AND 45 AND PROPOSED TESTIMONY OF RICHARD J. LEE, PH.D., JAMES CINTANI AND THOMAS F. EGAN AND WITNESS DECLARATIONS

In accordance with this Court's April 11, 2007 Modified Amended Scheduling Order Regarding Objections to Asbestos PD Claims, Docket No. 15156, Claimants for Daggy Hall f/k/a The Speech Building a/k/a Theatre Building (Claim No. 6941) (hereinafter "Daggy Hall"), a building on the campus of Washington State University and American Legion in Fargo, North Dakota (Claim No. 3406) (hereinafter "American Legion"), by and through counsel, hereby submit their objections to Debtor's Exhibits 44 and 45 and proposed witness testimony of James Cintani, Thomas F. Egan and Expert Richard J. Lee, Ph.D. and Witness Declarations in anticipation of the April 23, 24, and 25, 2007 product identification hearing before this Court.

Motley Rice Claimants' objection to Debtor's Exhibits 44 and 45 regarding Expert Richard J. Lee's constituent analysis is presented to this Court in Claimants' Motion in Limine to Exclude Testimony of Expert Richard J. Lee, Ph.D. *See* Exhibit A, Claimants' Motion in Limine to Exclude Testimony of Expert Richard J. Lee, Ph.D. A

Reply to Debtor's Response to the Motion in Limine will be filed with the Court on this date.

Motley Rice Claimants further object to Debtor's proposed fact witness testimony of James Cintani and Thomas F. Egan. Claimants for Daggy Hall and American Legion have sufficient *prima facia* evidence to identify the installation of asbestos containing Grace products in their respective buildings. The testimony expected to be provided by Mr. Cintani and Mr. Egan is not specific to Claimants' buildings, as Mr. Cintani and Mr. Egan cannot deny that W.R. Grace product exists or existed in the Claimants' buildings. The proposed testimony fails to satisfy Debtor's burden as stated in Claimants' Product Identification Trial Brief submitted to this Court.

Based on the foregoing, Claimants object to Debtor's introduction of Exhibit 44 and 45, and the testimony of Expert of Richard J. Lee, Ph.D, and Fact Witness James Cintani and Thomas F. Egan at the Adjudication of Product Identification.

---

Witness Declarations of:
Dr. William Longo, Ph.D.
Dr. William Egeland
MAS, Inc.
3945 Lakefield Court
Suwanee, GA 30024

Dr. William Longo is the President of MAS, Inc. in Suwanee, Georgia. Dr. Longo will specifically testify to the identification of W.R. Grace's products in Claimants' buildings. Dr. Longo has conducted extensive research with asbestos-containing materials and various methods for analysis of asbestos fibers. He is expected to testify regarding the physical characteristics of asbestos and other minerals, including

the identification of their constituents within specific the W.R. Grace's products. He will also testify to various bulk samples collected from buildings at issue and identify those products or W.R. Grace/Zonolite products.

Claimants incorporate herein any and all chain of custody witnesses as they relate to bulk sample collections, surveys and analysis.

Claimants reserve the right to identify additional fact witnesses involved in the installation of W.R. Grace products.

Dated: April 17, 2007

        Respectfully Submitted by:

                JASPAN SCHLESINGER HOFFMAN LLP

                /s/ Laurie S. Polleck
                Laurie S. Polleck, Esquire (No. 4300)
                913 N. Market Street, 12th Floor
                Wilmington, Delaware 19801
                Telephone: (302) 351-8000
                Facsimile: (302) 351-8010

                And

                MOTLEY RICE LLC

                /s/ Anne McGinness Kearse
                Anne McGinness Kearse
                MOTLEY RICE LLC
                28 Bridgeside Blvd.
                P.O. Box 1792
                Mount Pleasant, SC 29465