IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

| | |
|---|---|
| W.R. Grace & Co. *et al.* | Bankruptcy No. 01-1139-JKF |
| Debtor(s) | Jointly Administered |
| | Chapter 11 |

**Related to Dkt. No. 15107, Objection to and Combined Motion to Strike Debtors' Motion to Compel Compliance with Supplemental Order Regarding Motions to Compel Claimants to Respond to the W.R. Grace & Co. Asbestos Personal Injury Questionnaire**

**ORDER STRIKING MOTION FILED AT DOCKET  NO. 15107**

**AND NOW**, this **17th** day of **April, 2007,** for the reasons expressed on the record at the hearing on April 13, 2007, it is **ORDERED** that the Motion to Compel Compliance filed in combination with the above referenced Objection is **stricken**.

It is **FURTHER ORDERED** that Movant shall immediately serve a copy of this Order on all parties in interest and shall file a certificate of service forthwith.

*Judith K. Fitzgerald*      rmab
Judith K. Fitzgerald
United States Bankruptcy Judge