IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE: )
)
W. R. GRACE & CO., et al. ) Chapter 11
)
Debtors. ) Case No. 01-01139 (JKF)
) (Jointly Administered)
)

Related to Doc. No. 14598, 14599 & 15153
Agenda No. 11

## ORDER DISALLOWING AND EXPUNGING NINE (9) PROPERTY DAMAGE CLAIMS BARRED BY STATUTES OF LIMITATIONS

AND NOW, this 17th day of April, 2007, it is ORDERED, ADJUDGED, and DECREED that claim numbers 9904, 9915, 10089, 10092, 10098, 11106, 11144, 11179, and 11550 are hereby disallowed and expunged as barred by applicable statutes of limitations.

_Judith K. Fitzgerald_
Judith K. Fitzgerald
United States Bankruptcy Judge

**VACATED**