IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | RE: 14680 + 15147 |
| | ) | 4/2/07 Agenda Item 10 |

## ORDER DISALLOWING AND EXPUNGING CERTAIN OF THE CLAIMS OF THE STATE OF MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY

WHEREAS the Debtors and the State of Montana Department of Environmental Quality ("MDEQ") have stipulated and agreed that:

(a) claims numbered 15297 and 15298 shall be disallowed and expunged to the extent provided in the Stipulation attached hereto as Exhibit 1; and

(b) claim numbered 15296 shall remain on the claims register as outlined in the Stipulation attached hereto as Exhibit 1.

IT IS HEREBY ORDERED.

Date: April 17, 2007

Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

7