# EXHIBIT 2

## for WRPIGrace

Total number of parties: 160

### Exhibit 2 - WR Grace PI

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23461 | ALLEN, WILLIAM B, HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 | DHL Overnight |
| 23461 | ARDORN, JULIE A/COHEN, MITCHELL S, LOCKS LAW FIRM PLLC, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3523 | DHL Overnight |
| 23461 | ARDORN, JULIE A/COHEN, MITCHELL S, LOCKS LAW FIRM PLLC, 457 HADDONFIELD RD STE 500, CHERRY HILL, NJ, 08002-2220 | DHL Overnight |
| 23461 | BALDWIN JR, SCOTT, BALDWIN & BALDWIN, PO BOX 1349, 400 W HOUSTON ST, MARSHALL, TX, 75670-4044 | USPS Express Mail |
| 23461 | BERG/HARLEY/HANLEY/CURTIS, PAUL HANLEY & HARLEY, 1608 4TH ST STE 300, BERKELEY, CA, 94710-1749 | DHL Overnight |
| 23461 | BERRY ESQ, KEVIN M/KIZIS, LYNNE M, WILENTZ GOLDMAN & SPITZER, 110 WILLIAM ST 26TH FL, NEW YORK, NY, 10038-3901 | DHL Overnight |
| 23461 | BEVAN, THOMAS, BEVAN & ASSOCIATES, 10360 NORTHFIELD RD, NORTHFIELD, OH, 44067-1445 | DHL Overnight |
| 23461 | BEZOU, JACQUES, BOGDAN LAW FIRM, 7322 SOUTHWEST FWY STE 868, STE 868, HOUSTON, TX, 77074-2009 | DHL Overnight |
| 23461 | BLACK, JANET W, DONALDSON & BLACK PA, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 | DHL Overnight |
| 23461 | BLACK, JANET W, WARD BLACK LAW, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 | DHL Overnight |
| 23461 | BOECHLER, JEANETTE, BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 | DHL Overnight |
| 23461 | BOGDAN, ERIC, THE BOGDAN LAW FIRM, 7322 SOUTHWEST FWY STE 868, STE 868, HOUSTON, TX, 77074-2009 | DHL Overnight |
| 23461 | BORRES-OTERO, ANTONIO, WOODS & WOODS LLP, PO BOX 193600, 105 PONCE DE LEON AVE, SAN JUAN, PR, 00917-1136 | USPS Express Mail |
| 23461 | BRAYTON, ALAN R, BRAYTON PURCELL, PO BOX 6169, 222 RUSH LANDING RD, NOVATO, CA, 94945-2469 | USPS Express Mail |
| 23461 | BRENNER ESQ, DAVID E, HOWARD BRENNER & NASS PC, 1608 WALNUT ST STE 1700, PHILADELPHIA, PA, 19103-5410 | DHL Overnight |
| 23461 | BRENNER ESQ, DAVID E, HOWARD BRENNER & NASS, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067 | DHL Overnight |
| 23461 | BRITTON-MENLISCH, SCOTT A, HUMPHREY FARRINGTON & MCCLAIN PC, 221 W LEXINGTON AVE STE 400, PO BOX 900, INDEPENDENCE, MO, 64051-0900 | USPS Express Mail |
| 23461 | BRUEGGER, JOSEPH F, BRUEGGER & MCCULLOUGH PC, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231-5069 | DHL Overnight |
| 23461 | BURNS, JAMES, BURNS, JAMES D LAW OFFICES OF, 2200 4TH AVE, SEATTLE, WA, 98121-2025 | DHL Overnight |
| 23461 | BURNS, JAMES, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 | DHL Overnight |
| 23461 | BYRNE, KATHY, COONEY & CONWAY, 120 N LASALLE ST 30TH FL, CHICAGO, IL, 60602-2424 | DHL Overnight |
| 23461 | CARLILE, DAVID C, CARLILE LAW FIRM LLP, 400 S ALAMO BLVD, MARSHALL, TX, 75670-4260 | DHL Overnight |
| 23461 | CARONA, J DONALD JR, J DONALD CARONA JR, 1009 W GREEN AVE, ORANGE, TX, 77630-5897 | DHL Overnight |
| 23461 | CASCINO, MICHAEL P, CASCINO VAUGHAN LAW OFFICES, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 | DHL Overnight |
| 23461 | CLACK, LANE/GOLDBERG, THEODORE, GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602 | DHL Overnight |
| 23461 | CLAPPER, JACK K, CLAPPER, PATTI, SCHWEIZER & MASON, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965-2847 | DHL Overnight |
| 23461 | CLOUD, IAN P, HEARD ROBINS CLOUD & LUBEL LLP, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 | DHL Overnight |
| 23461 | COADY, EDWARD P, COADY LAW FIRM, 205 PORTLAND ST, BOSTON, MA, 02114-1721 | DHL Overnight |
| 23461 | COHAN, LAWRENCE R, ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103-6716 | DHL Overnight |
| 23461 | COLAFELLA, STEPHEN D, STEPHEN D COLAFELLA AND ASSOCIATES, 113 GOLFVIEW DR, MONACA, PA, 15061-2432 | DHL Overnight |

**Exhibit 2 - WR Grace PI**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23461 | COLEMAN, ALICE W, BRENT COON & ASSOCIATES, 188 E CAPITOL ST STE 1375, JACKSON, MS, 39201-2133 | DHL Overnight |
| 23461 | COLEMAN, ALICE W, BRENT COON & ASSOCIATES, 44 MONTGOMERY ST STE 800, SAN FRANCISCO, CA, 94104-4620 | DHL Overnight |
| 23461 | COLEMAN, CRAIG E, CAROSELLI BEACHLER MCTIERNAN & CONBOY, 312 BLVD OF THE ALLIES 8TH FL, PITTSBURGH, PA, 15222-1917 | DHL Overnight |
| 23461 | CROCE, MICHAEL J, DEARIE & ASSOCIATES, JOHN C, 3265 JOHNSON AVE, BRONX, NY, 10463-3539 | DHL Overnight |
| 23461 | CUPIT, DANNY E/PERKINS, CHARLIE, CUPIT, DANNY E LAW OFFICES OF, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 | USPS Express Mail |
| 23461 | DAVID A JAGOLINZER, FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD STE 700, CORAL GABLES, FL, 33146-1434 | DHL Overnight |
| 23461 | DAVID M LIPMAN, THE LAW OFFICES OF DAVID M LIPMAN PA, 5901 SW 74TH ST STE 304, MIAMI, FL, 33143-5163 | DHL Overnight |
| 23461 | DEBRA GORMAN, ROSE KLEIN & MARIAS LLP, 801 S GRAND AVE 11TH FL, LOS ANGELES, CA, 90017-4613 | DHL Overnight |
| 23461 | DEPAOLIS, PETER C, KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT, 10300 EATON PL STE 200, FAIRFAX, VA, 22030-2239 | DHL Overnight |
| 23461 | DEPAOLIS, PETER C, KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT, GEORGE MASON SQUARE, 103 W BROAD ST STE 400, FALLS CHURCH, VA, 22046-4237 | DHL Overnight |
| 23461 | DEROBERTIS, L R, GALIHER DEROBERTIS ONO, 610 WARD AVE STE 200, HONOLULU, HI, 96814-3308 | DHL Overnight |
| 23461 | DOUGLAS, GLENN M, CROWLEY DOUGLAS & NORMAN LLP, 1301 MCKINNEY ST STE 3500, HOUSTON, TX, 77010-3034 | DHL Overnight |
| 23461 | DUNCAN, JENA LEBLANC, LEBLANC & WADDELL LLP, 6955 PERKINS RD STE 100, BATON ROUGE, LA, 70808-4267 | DHL Overnight |
| 23461 | DUNCAN, NATALIE, BARON & BUDD PC, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4283 | DHL Overnight |
| 23461 | DUSICH, BERNIE M/HERTOGS, SCOTT J, SIEBEN POLK LAVERDIERE & DUSICH PA, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 | DHL Overnight |
| 23461 | ELICK, JOHN, TAUNIA THOMPSON ELICK, PO BOX 803, 7 N HARRIS ST, BELLVILLE, TX, 77418-1515 | USPS Express Mail |
| 23461 | EMBRY, STEPHEN C, EMBRY & NEUSNER, 118 POQUONNOCK RD, PO BOX 1409, GROTON, CT, 06340-1409 | USPS Express Mail |
| 23461 | FABIAN, JAMES J, PFEIFER & FABIAN, 326 ST PAUL ST STE 100, BALTIMORE, MD, 21202-2111 | DHL Overnight |
| 23461 | GEORGE, LINDA, LAUDIG GEORGE RUTHERFORD & SIPES, 156 E MARKET ST STE 600, 156 E MARKET ST STE MEZ, INDIANAPOLIS, IN, 46204-4243 | DHL Overnight |
| 23461 | GIBSON III, CHARLES E, GIBSON LAW FIRM, 447 NORTHPARK DR, PO BOX 6005, RIDGELAND, MS, 39158-6005 | USPS Express Mail |
| 23461 | GORI, RANDY L, GALLIGAN DOYLE & REID PC, THE PLAZA, STE 5, 300 WALNUT ST, DES MOINES, IA, 50309-2224 | DHL Overnight |
| 23461 | GORI, RANDY L, GOLDENBERG MILLER HELLER & ANTOGNOLI, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 | DHL Overnight |
| 23461 | GRAHAM, WILLIAM M, WALLACE AND GRAHAM PA, 525 N MAIN ST, SALISBURY, NC, 28144-4303 | DHL Overnight |
| 23461 | GRAYZEL, RONALD B, LEVINSON AXELROD PA, 2 LINCOLN HWY, EDISON, NJ, 08820-3961 | DHL Overnight |
| 23461 | GRELL, CHRISTOPHER E, GRELL, CHRISTOPHER LAW OFFICES OF, 360 22ND ST STE 320, OAKLAND, CA, 94612-3002 | DHL Overnight |
| 23461 | HANNERS, MICHAEL J, SILBER PEARLMAN LLP, 2711 N HASKELL AVE FL 5LB32, DALLAS, TX, 75204-2911 | DHL Overnight |
| 23461 | HARRIS, WILLIE B, 897 54TH ST, OAKLAND, CA, 94608-3238 | DHL Overnight |
| 23461 | HART, JOHN W, ROSSBACH HART BECHTOLD PC, PO BOX 8988, MISSOULA, MT, 59807-8988 | USPS Express Mail |
| 23461 | HARVILLE JR, DAVID O, DAVID ODELL HARVILLE JR, 820 JORDAN ST STE 480, SHREVEPORT, LA, 71101-4522 | DHL Overnight |
| 23461 | HEBERLING, JON L, MCGARVEY HEBERLING SULLIVAN & MCGARVEY, 745 S MAIN ST, KALISPELL, MT, 59901-5341 | DHL Overnight |
| 23461 | HENDRICKS, SHEILA, CAMPBELL CHERRY HARRISON DAVIS DOVE, 5 RITCHIE ROAD, PO BOX 21387, WACO, TX, 76702-1387 | USPS Express Mail |
| 23461 | HESSION, JAMES, HESSION, JAMES LAW OFFICES OF, 200 N SAGINAW ST, SAINT CHARLES, MI, 48655-1442 | DHL Overnight |
| 23461 | HOGAN, TIMOTHY J, NICHOLL, PETER T, 36 S CHARLES ST STE 1700, BALTIMORE, MD, 21201-3101 | DHL Overnight |

**Exhibit 2 - WR Grace PI**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23461 | HUMPHREYS, JAMES F, JAMES F HUMPHREYS & ASSOCIATES, LC, 500 VIRGINIA ST E, 500 VIRGINIA ST E STE 800, CHARLESTON, WV, 25301-2125 | DHL Overnight |
| 23461 | JENSEN, MARGARET H, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 | DHL Overnight |
| 23461 | JENSEN, MARGARET H, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 | DHL Overnight |
| 23461 | JOHN M KLAMANN, KLAMANN & HUBBARD PA, 7101 COLLEGE BLVD STE 120, OVERLAND PARK, KS, 66210-2084 | DHL Overnight |
| 23461 | JULIAN, JOHN B, WISE & JULIAN PC, 3555 COLLEGE AVE, PO BOX 1108, ALTON, IL, 62002-1108 | USPS Express Mail |
| 23461 | KAZAN, STEVEN, KAZAN MCCLAIN ABRAMS FERNANDEZ LYONS FARRISE, 171 12TH ST 3RD FL, OAKLAND, CA, 94607-4911 | DHL Overnight |
| 23461 | KEAHEY, G PATTERSON, G PATTERSON KEAHEY PC, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 | DHL Overnight |
| 23461 | KENDALL, GARY W, MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL PLLC, 500 COURT SQ STE 300, PO BOX 298, CHARLOTTESVILLE, VA, 22902-0298 | USPS Express Mail |
| 23461 | KENNEY, BRIAN/EMBRY, STEPHEN C, EARLY LUDWICK SWEENEY & STRAUSS LLC, 265 CHURCH ST 11TH FL, PO BOX 1866, NEW HAVEN, CT, 06508-1866 | USPS Express Mail |
| 23461 | KENNEY, BRIAN/EMBRY, STEPHEN C, EARLY LUDWICK SWEENEY & STRAUSS LLC, 360 LEXINGTON AVE 20TH FL, NEW YORK, NY, 10017-6502 | DHL Overnight |
| 23461 | KEYS, SUZANNE, BYRD & ASSOCIATES, PO BOX 19, JACKSON, MS, 39205-0019 | USPS Express Mail |
| 23461 | KIZIS, LYNNE M/BERRY ESQ, KEVIN M, WILENTZ GOLDMAN & SPITZER, 90 WOODBRIDGE CENTER DRIVE, PO BOX 10, WOODBRIDGE, NJ, 07095-0958 | USPS Express Mail |
| 23461 | KOMITOR, ROBERT I, LEVY PHILLIPS & KONIGSBERG, 800 3RD AVE 13TH FL, NEW YORK, NY, 10022-7649 | DHL Overnight |
| 23461 | KREMER, JOSEPH T, LIPSITZ GREEN FAHRINGER ROLL SALISBURY & CAMBRIA, 42 DELAWARE AVE STE 300, BUFFALO, NY, 14202-3901 | DHL Overnight |
| 23461 | KRIEGER, ROBERT C, WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, 340 GEORGE ST, NEW BRUNSWICK, NJ, 08901-2011 | DHL Overnight |
| 23461 | LANGSTON, KEITH L, NIX PATTERSON & ROACH, 205 LINDA DR, DAINGERFIELD, TX, 75638-2107 | DHL Overnight |
| 23461 | LANGSTON, KEITH L, NIX PATTERSON & ROACH, 2900 SAINT MICHAEL DR 5TH FL, TEXARKANA, TX, 75503-2388 | DHL Overnight |
| 23461 | LANIER, W MARK, LANIER LAW FIRM, 6810 FM 1960 RD W, HOUSTON, TX, 77069-3804 | DHL Overnight |
| 23461 | LAVERDIERE RICHARD A/POLK, MICHAEL S, SIEBEN POLK LAVERDIERE & DUSICH, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 | DHL Overnight |
| 23461 | LAVERDIERE, RICHARD A/POLK, MICHAEL S, SIEBEN POLK LAVERDIERE & DUSICH PA, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 | DHL Overnight |
| 23461 | LAW OFFICES OF JON A SWARTZFAGER, 252 COMMERCE STREET, SUITE C, LAUREL, MS, 39440 | DHL Overnight |
| 23461 | LEH, MICHAEL B/LINDHEIM, JERRY A, LOCKS LAW FIRM PLLC, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA, 19102-3523 | DHL Overnight |
| 23461 | LEH, MICHAEL B/LINDHEIM, JERRY A, LOCKS LAW FIRM PLLC, 457 HADDONFIELD RD STE 500, CHERRY HILL, NJ, 08002-2220 | DHL Overnight |
| 23461 | LEWIS, TOM L, LEWIS SLOVAK & KOVACICH, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT, 59403-2325 | USPS Express Mail |
| 23461 | LIPSITZ, JOHN N, LIPSITZ & PONTERIO LLC, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410 | DHL Overnight |
| 23461 | LOVE IV, CHARLES M, MASTERS LAW FIRM LC, 181 SUMMERS ST, CHARLESTON, WV, 25301-2134 | DHL Overnight |
| 23461 | LUCKEY, ALWYN H, LUCKEY, ALWYN H, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39566-0724 | DHL Overnight |
| 23461 | LUCKEY, ALWYN H, LUCKEY, ALWYN H, PO BOX 724, OCEAN SPRINGS, MS, 39566-0724 | USPS Express Mail |
| 23461 | LUXENBERG, ARTHUR, WEITZ & LUXENBERG PC, 180 MAIDEN LN 17TH FL, NEW YORK, NY, 10038-4925 | DHL Overnight |
| 23461 | MACH, SCOTT W, POPHAM LAW FIRM PC, 323 W 8TH ST STE 200, KANSAS CITY, MO, 64105-1679 | DHL Overnight |
| 23461 | MADEKSHO, LAWRENCE, MADEKSHO LAW FIRM, 8866 GULF FWY STE 440, HOUSTON, TX, 77017-6548 | DHL Overnight |
| 23461 | MAPLES, F GERALD, MAPLES, F GERALD, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114 | DHL Overnight |
| 23461 | MAPLES, F GERALD, ZAMLER MELLEN & SHIFFMAN PC, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 | DHL Overnight |
| 23461 | MARK H IOLA, SHINABERRY & MEADE, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 | DHL Overnight |

**Exhibit 2 - WR Grace PI**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23461 | MARTENS, WILLIAM L, MARTENS ICE KLASS LEGGHIO & ISRAEL, 306 S WASHINGTON AVE STE 600, ROYAL OAK, MI, 48067-3837 | DHL Overnight |
| 23461 | MATHENY, PAUL M, ANGELOS, PETER G LAW OFFICES OF, 100 N CHARLES ST STE 2200, 1 CHARLES PLZ, BALTIMORE, MD, 21201-3933 | DHL Overnight |
| 23461 | MATHENY, PAUL M/MAHER II, JOSEPH C, MAHER II, JOSEPH C LAW OFFICES OF, 1925 CENTURY PARK E STE 500, LOS ANGELES, CA, 90067-2706 | DHL Overnight |
| 23461 | MATTHEWS, SHARON, CAMP FIORANTE MATTHEWS, 555 W GEORGIA ST STE 400, VANCOUVER, BC, V6B 1Z6 | DHL Overnight |
| 23461 | MCKAY, JOHN F, MCKAY LAW FIRM, 7465 EXCHANGE PL, BATON ROUGE, LA, 70806-1543 | DHL Overnight |
| 23461 | METCALF, J CONARD, TRINE & METCALF, 1435 ARAPAHOE AVE, BOULDER, CO, 80302-6307 | DHL Overnight |
| 23461 | MOODY, EDWARD O, EDWARD O MOODY PA, 801 W 4TH ST, LITTLE ROCK, AR, 72201-2107 | DHL Overnight |
| 23461 | MORGAN, GLEN W, REAUD MORGAN & QUINN, 801 LAUREL ST, PO BOX 26005, BEAUMONT, TX, 77720-6005 | USPS Express Mail |
| 23461 | MULRONEY, WILLIAM F/LAYTON, DAVID M, ASHCRAFT & GEREL, 10 E BALTIMORE ST STE 1212, BALTIMORE, MD, 21202-1624 | DHL Overnight |
| 23461 | MUTNICK, JEFFREY S, LANDYE BENNETT BLUMSTEIN LLP, 1300 SW 5TH AVE STE 3500, PORTLAND, OR, 97201-5641 | DHL Overnight |
| 23461 | NATHAN D FINCH, CAPLIN & DRYSDALE, ONE THOMAS CIRCLE NW, 27TH FL, WASHINGTON, DC, 20005 | DHL Overnight |
| 23461 | NICHOL, H DOUGLAS, NICHOL & ASSOCIATES, 6759 BAUM DR, KNOXVILLE, TN, 37919-7314 | DHL Overnight |
| 23461 | NUTT, DAVID H, DAVID NUTT & ASSOCIATES, 605 CRESCENT BLVD STE 200, RIDGELAND, MS, 39157-8659 | DHL Overnight |
| 23461 | OBRIEN, JAMES M, HARTLEY & O'BRIEN PLLC, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855 | DHL Overnight |
| 23461 | PARKS, CHRIS, CHRIS PARKS & ASSOCIATES, 1 PLAZA SQ 2ND FL, PORT ARTHUR, TX, 77642-5513 | DHL Overnight |
| 23461 | PARRON, DAVID D, PARRON FIRM, DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST ST, ARLINGTON, TX, 76010-1643 | DHL Overnight |
| 23461 | PAUL D HENDERSON, PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 | DHL Overnight |
| 23461 | PEIRCE JR, ROBERT N, ROBERT PEIRCE & ASSOCIATES, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 | DHL Overnight |
| 23461 | PHILLIPS, ROBERT W, SIMMONS COOPER LLC, 707 BERKSHIRE BLVD, PO BOX 521, EAST ALTON, IL, 62024-0519 | USPS Express Mail |
| 23461 | PORTER, TIMOTHY W/DUNCAN, JENA LEBLANC, PORTER & MALOUF, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157-4419 | DHL Overnight |
| 23461 | PORTER, TIMOTHY W/DUNCAN, JENA LEBLANC, PORTER & MALOUF, PO BOX 12768, JACKSON, MS, 39236-2768 | USPS Express Mail |
| 23461 | PRYOR, ANITA C, TERRELL HOGAN, BLACKSTONE BLDG 8TH FLR, 233 E BAY ST, JACKSONVILLE, FL, 32202-3452 | DHL Overnight |
| 23461 | RANTA, BRUCE A, LYONS & RANTA, 150 N SUNNY SLOPE RD STE 270, BROOKFIELD, WI, 53005-4816 | DHL Overnight |
| 23461 | REYES, ANGEL M/MATHENY, PAUL M, ANGELOS, PETER G LAW OFFICES OF, 111 S GEORGE ST STE 2, CUMBERLAND, MD, 21502-3087 | DHL Overnight |
| 23461 | REYES, ANGEL M/MATHENY, PAUL M, ANGELOS, PETER G LAW OFFICES OF, 1300 N MARKET ST STE 212, WILMINGTON, DE, 19801-1813 | DHL Overnight |
| 23461 | REYES, ANGEL M/MATHENY, PAUL M, ANGELOS, PETER G LAW OFFICES OF, 201 S CLEVELAND AVE, HAGERSTOWN, MD, 21740-5745 | DHL Overnight |
| 23461 | REYES, ANGEL M/MATHENY, PAUL M, ANGELOS, PETER G LAW OFFICES OF, 2643 KINGSTON PIKE FL 1, KNOXVILLE, TN, 37919-3334 | DHL Overnight |
| 23461 | REYES, ANGEL M/MATHENY, PAUL M, ANGELOS, PETER G LAW OFFICES OF, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 | DHL Overnight |
| 23461 | REYES, ANGEL M/MATHENY, PAUL M, ANGELOS, PETER G LAW OFFICES OF, 60 W BROAD ST STE 200, BETHLEHEM, PA, 18018-5721 | DHL Overnight |
| 23461 | REYES, ANGEL M/MATHENY, PAUL M, ANGELOS, PETER G LAW OFFICES OF, GOVERNOR'S PLAZA S, BLDG 3, 2001 N FRONT ST STE 330, HARRISBURG, PA, 17102-2109 | DHL Overnight |
| 23461 | REYES, ANGEL M/MATHENY, PAUL M, ANGELOS, PETER G LAW OFFICES OF, THE JOHN WANAMAKER BLDG 10TH FL, 100 PENN SQ E FL 1050, PHILADELPHIA, PA, 19107-3325 | DHL Overnight |
| 23461 | REYES, ANGEL, ANGELOS, PETER G LAW OFFICES OF, 100 N CHARLES ST STE 2200, 1 CHARLES PLZ, BALTIMORE, MD, 21201-3933 | DHL Overnight |
| 23461 | RICE, JANET L, SCHROETER GOLDMARK & BENDER, 810 3RD AVE STE 500, SEATTLE, WA, 98104-1619 | DHL Overnight |

**Exhibit 2 - WR Grace PI**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23461 | RILEY, J MICHAEL/PARRIS, E SPENCER, MARTIN & JONES, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 | DHL Overnight |
| 23461 | ROSEN, D/STAMOS, G, ROSE KLEIN & MARIAS LLP, 401 E OCEAN BLVD STE 301, PO BOX 22792, LONG BEACH, CA, 90801-5792 | USPS Express Mail |
| 23461 | ROSEN, D/STAMOS, G, ROSE KLEIN & MARIAS LLP, 801 S GRAND AVE 11TH FL, LOS ANGELES, CA, 90017-4613 | DHL Overnight |
| 23461 | SADLER, PAUL L, WELLBORN HOUSTON LLP, 300 W MAIN ST, HENDERSON, TX, 75652-3109 | DHL Overnight |
| 23461 | SAKALARIOS, ANTHONY/BLACKWELL, MORRIS SAKALARIOS & BLACKWELL PLLC, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 | DHL Overnight |
| 23461 | SALES, KENNETH L, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLZ, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 | DHL Overnight |
| 23461 | SAMS, LINDA C, SAMS, LINDA C LAW OFFICE OF, 7870 BROADWAY STE A, MERRILLVILLE, IN, 46410-5542 | DHL Overnight |
| 23461 | SANDLER, CARY L, BROOKMAN ROSENBERG BROWN & SANDLER, 30 S 15TH ST, 1 PENN SQ W 17TH FL, PHILADELPHIA, PA, 19102-4826 | DHL Overnight |
| 23461 | SATTERLEY, JOSEPH D, SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, 1900 WATERFRONT PLZ, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 | DHL Overnight |
| 23461 | SERLING, MICHAEL B, MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 | DHL Overnight |
| 23461 | SHACKELFORD, STEPHEN L, STEPHEN L SHACKELFORD, 3010 LAKELAND COVE, SUITE P, FLOWOOD, MS, 39232 | DHL Overnight |
| 23461 | SHEIN, BENJAMIN P, SHEIN LAW CENTER LTD, 121 S BROAD ST 21ST FL, PHILADELPHIA, PA, 19107-4533 | DHL Overnight |
| 23461 | SHINGLER, RONALD J, HOBIN SHINGLER & SIMON LLP, 1101 A ST, ANTIOCH, CA, 94509-2324 | DHL Overnight |
| 23461 | SKAGGS, JOHN H, CALWELL PRACTICE PLLC, 500 RANDOLPH ST, PO BOX 113, CHARLESTON, WV, 25321-0113 | USPS Express Mail |
| 23461 | SUTTER, JOHN E, SUTTER LAW FIRM, 1598 KANAWHA BLVD E STE 117A, CHARLESTON, WV, 25311-2413 | DHL Overnight |
| 23461 | SWARTZFAGER, JON A, JON A SWARTZFAGER PLLC, PO BOX 131, 442 N 6TH AVE, LAUREL, MS, 39440-3969 | USPS Express Mail |
| 23461 | TAVENS, JAMES E/TAYLOR II, ROBERT G, ROBERT G TAYLOR II, PC, 3365 RICHMOND RD STE 110, BEACHWOOD, OH, 44122-4171 | DHL Overnight |
| 23461 | TAVENS, JAMES E/TAYLOR II, ROBERT G, ROBERT G TAYLOR II, PC, ONE ALLEN CENTER, 500 DALLAS ST STE 3400, HOUSTON, TX, 77002-4806 | DHL Overnight |
| 23461 | THORNTON, MICHAEL P, THORNTON, EARLY & NAUMES LLP, 100 SUMMER ST 30TH FL, BOSTON, MA, 02110-2106 | DHL Overnight |
| 23461 | TIGERMAN, STEPHEN M, WARTNICK LAW FIRM, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3311 | DHL Overnight |
| 23461 | VALLE, RICHARD, BRANCH LAW FIRM, 2025 RIO GRANDE BLVD NW, ALBUQUERQUE, NM, 87104-2525 | DHL Overnight |
| 23461 | VARAS, JEFFREY A, VARAS, JEFFREY A LAW OFFICE OF, 119 CALDWELL DR, PO BOX 886, HAZLEHURST, MS, 39083-0886 | USPS Express Mail |
| 23461 | VINCENT, RODNEY P, GERTLER GERTLER VINCENT & PLOTKIN, 127-129 CARONDELET ST, NEW ORLEANS, LA, 70130-2524 | DHL Overnight |
| 23461 | WALSH, JANET, LOCKS LAW FIRM PLLC, 110 E 55TH ST 12TH FL, NEW YORK, NY, 10022-4540 | DHL Overnight |
| 23461 | WERT, SCOTT W, FOSTER & SEAR LLP, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 | DHL Overnight |
| 23461 | WHYLAND, CHRISTOPHER, CHRISTOPHER WHYLAND, 4500 BRICKYARD FALLS RD, MANLIUS, NY, 13104 | DHL Overnight |
| 23461 | WILSON, THOMAS M, KELLEY FERRARO LLP, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114-1503 | DHL Overnight |
| 23461 | WIMBERLEY, JAMES E, MCPHERSON MONK HUGHES BRADLEY WIMBERLEY, 3120 CENTRAL MALL DR, PORT ARTHUR, TX, 77642-8039 | DHL Overnight |
| 23461 | WINBURN, RUSSELL B, ODOM & ELLIOTT PA, 1 E MOUNTAIN ST, FAYETTEVILLE, AR, 72701-6067 | DHL Overnight |
| 23461 | WINBURN, RUSSELL B, ODOM & ELLIOTT PA, PO BOX 1868, FAYETTEVILLE, AR, 72702-1868 | USPS Express Mail |

**Subtotal for this group: 160**