### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

### AMENDED CERTIFICATE OF SERVICE REGARDING MODIFIED ORDER GRANTING EXPEDITED CONSIDERATION OF CLAIMANT STATE OF CALIFORNIA, DEPARTMENT OF GENERAL SERVICES' MOTION FOR ORDER TO PERMIT FACT WITNESSES DAN HOOD AND GLENN CONNOR TO TESTIFY BY TELEPHONE AT THE APRIL 23-25, 2007 HEARINGS ON PRODUCT IDENTIFICATION (RE: DOCKET NO. 15211)

I, Leslie C. Heilman, do hereby certify that on April 17, 2007, I caused a true and correct copy of the Modified Order Granting Expedited Consideration of Claimant State Of California, Department Of General Services' Motion For Order To Permit Fact Witnesses Dan Hood and Glenn Connor To Testify By Telephone At The April 23-25, 2007 Hearings On Product Identification, to be served upon (a) all parties in interest, listed on the service list attached hereto as Exhibit A, via facsimile; and (b) those persons requesting special notice in this case, listed on the service list attached hereto as Exhibit B, in the manner indicated.

Dated: Wilmington, Delaware
April 17, 2007

BALLARD SPAHR ANDREWS & INGERSOLL, LLP

By: /s/ Leslie C. Heilman
Leslie C. Heilman, Esq. (No. 4716)
919 North Market Street, 12th Floor
Wilmington, Delaware 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
Email: heilmanl@ballardspahr.com

Counsel for Claimant
State of California, Dep't of General Services