# EXHIBIT A

## W.R. Grace & Co., *et al.*

### DEBTORS AND PROPERTY DAMAGE CLAIMANTS
### FACSIMILE SERVICE LIST

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski Stang Ziehl Young Jones & Weintraub LLP
Facsimile 302-652-4400

James Restivo, Esq.
Douglas Cameron, Esq.
Traci S. Rea, Esq.
Reed Smith LLP
Facsimile 412-288-3063

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
Facsimile 302-575-1714

P. Brosnahan, Esq.
Pillsbury Winthrop LLP
Facsimile 415-983-1200

Avrum J. Rosen, Esq.
Facsimile 631-423-4536

Robert C. McCall, Esq.
Baggett McCall & Burgess
Facsimile 337-478-8946

Fred H. Sutherland, Esq.
Beard & Sutherland
Facsimile 318-425-8253

William L. Adams, Esq.
County of Sonoma Office of County Counsel
Facsimile 707-565-2624

Martin Dies, Esq.
Dies & Hile LLP
Facsimile 302-658-8051

David Bernick, P.C.
Janet Baer, Esq.
Kirkland & Ellis LLP
Facsimile 312-861-2200

Scott Baena, Esq.
Jay Sakalo, Esq.
Bilzin Sumberg Baena Price & Axelrod
Facsimile 305-374-7593

Tom Lewis, Esq.
Lewis & Slovak PC
Facsimile 406-761-5805

Anne McGinness Kearse, Esq.
Motley Rice LLC
Facsimile 843-216-9450

Steven Davis, Esq.
Obermayer Rebmann Maxwell & Hippel
Facsimile 215-665-3165

D. Alexander Barnes, Esq.
Obermayer Rebmann Maxwell & Hippel
Facsimile 215-665-3165

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook & Brickman
Facsimile 843-216-6509

Craig T. Moran, Esq.
Riker Danzig Scherer Hyland & PC
Facsimile 973-538-1984

Richard L. Stoper, Jr., Esq.
Rotatori Bender Gragel Stoper & Alexander Co LPA
Facsimile 216-928-1007

Jack A. Grant, Esq.
Grant & Barrow
Facsimile 504-368-7263

Kenneth F. Sills, Esq.
Hammonds & Sills Quad
Facsimile 225-923-0315

Steven E. Crick, Esq.
Humphrey Farrington & McClain
Facsimile 816-836-8966

Joseph Digiuseppe, Esq.
Law Department
Facsimile 215-683-5296

Daniel A. Speights, Esq.
Speights & Runyan
Facsimile 803-943-4599

Christopher D. Loizides
Loizides & Associates
Facsimile 302-654-0728