IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |

Hearing Date: April 23-25, 2007
Related Docket No: 15175

## DEBTORS' OBJECTIONS TO EXHIBITS IDENTIFIED ON BEHALF OF CERTAIN ASBESTOS PROPERTY DAMAGE CLAIMANTS OF SPEIGHTS & RUNYAN SCHEDULED FOR PRODUCT IDENTIFICATION OBJECTIONS TO BE HEARD ON APRIL 23-25, 2007

Debtors object to the following exhibits:

| Exhibit No. | Reason for Objection |
|---|---|
| 238 | Hearsay |
| 242 | Hearsay |
| 247 | Hearsay |
| 249 | Hearsay |
| 250 | Hearsay |
| 253 | Hearsay |
| 254 | Hearsay |
| 255 | Hearsay |
| 256 | Hearsay |
| 257 | Hearsay |
| 259 | Hearsay |
| 260 | Hearsay |
| 262 | Hearsay |

| | |
|---|---|
| 266 | Hearsay |
| 268 | Hearsay |
| 272 | Hearsay |
| 276 | Hearsay |
| 277 | Hearsay |
| 279 | Hearsay |
| 287 | Hearsay |
| 290 | Hearsay |
| 410 | Authenticity, Hearsay |
| 412 | Authenticity, Hearsay |
| 413 | Authenticity, Hearsay |
| 488 | Authenticity, Hearsay |
| 506 | Authenticity |
| 507 | Authenticity |
| 508 | Authenticity |
| 514 | Authenticity, Hearsay |
| 518 | Authenticity, Hearsay |
| 519 | Authenticity, Hearsay |
| 520 | Authenticity, Hearsay |
| 532 | Authenticity, Hearsay |
| 533 | Authenticity, Hearsay |

Dated: April 17, 2007

REED SMITH LLP

*/s/ Traci S. Rea*

James J. Restivo, Jr.
Lawrence E. Flatley
Douglas E. Cameron
Traci S. Rea
435 Sixth Avenue
Pittsburgh, PA  15219
(412) 288-3131

and

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Lisa G. Esayian
Janet S. Baer
200 East Randolph Drive
Chicago, IL  60601
(312) 861-2000

and

*/s/ James E. O'Neill*

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE  19899-8705
(302) 652-4100

Co-Counsel for the Debtors and Debtors in Possession