IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |

**Hearing Date: April 23-25, 2007**
**Related Docket No: 15176**

**DEBTORS' OBJECTIONS TO EXHIBITS IDENTIFIED BY CLAIMANT STATE OF
CALIFORNIA, DEPARTMENT OF GENERAL SERVICES FOR THE TRIAL ON
DEBTORS' OBJECTIONS TO PROPERTY DAMAGE CLAIMS BASED ON PRODUCT
<u>IDENTIFICATION</u>**

Debtors object to the following exhibits:

| <u>**Exhibit No.**</u> | <u>**Reason for Objection**</u> |
|---|---|
| 1A | Hearsay |
| 1B | Hearsay |
| 1H | Authenticity, Hearsay |
| 2A | Hearsay |
| 2B | Hearsay |
| 3A | Hearsay |
| 3B | Hearsay |
| 3D | Authenticity, Hearsay, Relevance |
| 4A | Hearsay |
| 4B | Hearsay |
| 4C | Hearsay |
| 5A | Hearsay |
| 5B | Hearsay |

| | |
|---|---|
| 5H | Hearsay |
| 6A | Hearsay |
| 6B | Hearsay |
| 6F | Authenticity, Hearsay |
| 7A | Hearsay |
| 7B | Hearsay |
| 7F | Authenticity, Hearsay |
| 8A | Hearsay |
| 8B | Hearsay |
| 8D | Authenticity, Hearsay |
| 9A | Hearsay |
| 9B | Authenticity, Hearsay |
| 9C | Hearsay |
| 9E | Authenticity, Hearsay |
| 10A | Hearsay |
| 10B | Hearsay |
| 10J | Authenticity, Hearsay |
| 11A | Hearsay |
| 11B | Hearsay |
| 11E | Hearsay, Authenticity |
| 12A | Hearsay |
| 12B | Hearsay |
| 13A | Hearsay |
| 13E | Hearsay |
| 14A | Hearsay |

| 15A | Hearsay |
| 16A | Hearsay |
| 16H | Authenticity, Hearsay |
| 17 | Hearsay |

Dated: April 17, 2007

REED SMITH LLP

_Traci S Rea_

James J. Restivo, Jr.
Lawrence E. Flatley
Douglas E.Cameron
Traci S. Rea
435 Sixth Avenue
Pittsburgh, PA  15219
(412) 288-3131

and

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Lisa G. Esayian
Janet S. Baer
200 East Randolph Drive
Chicago, IL  60601
(312) 861-2000

and

_James E O'Neill_

PACHULSKI STANG ZIEHL YOUNG
JONES & WEINTRAUB LLP
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE  19899-8705
(302) 652-4100

Co-Counsel for the Debtors and
Debtors in Possession

- 3 -