**IN THE UNITED STATES BANKRUPTCY COURT**    F I L E D
**FOR THE DISTRICT OF DELAWARE**

2007 APR 17 AM 10: 06

| | |
|---|---|
| IN RE: ) | **Chapter 11** |
| ) | |
| W.R. Grace & Co., et al., ) | U.S. BANKRUPTCY COUR, <br> **Case No. 01-1139 (JFK)** OF DELAWARE <br> **Jointly Administered** |
| ) | |
| Debtors. ) | **Re: Docket Nos. 9301, 11023, 11403** |
| ) | |

## RESPONSE OF THE JAMES F. HUMPHREYS & ASSOCIATES LAW FIRM TO W.R. GRACE & CO.'S MOTION REGARDING NONCOMPLIANCE WITH X-RAY ORDER

W.R. Grace moved to have the Humphreys Firm provide certification that forty-nine "copies" of x-rays submitted by the Humphreys firm (see W.R. Grace's motion at p. 5) were identical copies of the original x-rays of these forty-nine plaintiffs. The Humphreys firm is unable to make this certification because the x-rays sent to W.R. Grace by the Humphreys firm were the original x-rays Humphreys' offices obtained – the only x-rays the Humphreys firm ever saw or had in its possession. To the best of the Humphreys firm's belief and knowledge, these forty-nine x-rays were not copies of x-rays; these x-rays provided to W.R. Grace by the Humphreys firm were the only x-rays ever provided to the Humphreys firm, and the only x-rays the firm ever had in its possession. Humphreys did not have any x-rays copied, nor did Humphreys specifically request for any medical provider to provide copies of x-rays. The forty-nine x-rays provided by Humphreys to W.R. Grace were the original x-rays provided to the Humphreys firm and the only x-rays Humphreys' experts had to rely upon. Hence, since these x-rays were the only x-rays the Humphreys firm ever dealt with, the Humphreys firm cannot provide any certification regarding the fact that these x-rays were identical to any other x-rays (which the Humphreys firm never saw or had in its possession).

FOR THE FOREGOING REASONS, Plaintiffs respectfully request that defendant's motion

to have the Humphreys firm certify facts to which they do not have sufficient knowledge to certify

be DENIED.

RESPECTFULLY SUBMITTED,

_Cindy J. Kilbinger_
Cindy J. Kilbinger
West Virginia Bar No. 7471
James F. Humphreys & Associates, L.C.
United Center, Suite 800
500 Virginia Street, East
Charleston, WV 25301
304/347-5050

**Attorney for Claimants**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

FILED

2007 APR 17  AM 10: 06

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-1139 (JFK) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Re: Docket Nos. 9301, 11023, 11403 |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Cindy J. Kiblinger, counsel for the Plaintiffs, do hereby certify that I have, on this 12th day of April, 2007 served *"Response of the James F. Humphreys & Associates Law Firm to W.R. Grace & Co.'s Motion Regarding Noncompliance with X-ray Order"* via FACSIMILE TRANSMISSION to representing counsel on the attached Service List.

_____
Cindy J. Kiblinger, Esquire
West Virginia State Bar No. 7471
James F. Humphreys & Associates, L.C.
United Center, Suite 800
500 Virginia Street, East
Charleston, West Virginia 25301
(304) 347-5050

**SERVICE LIST**

Janet Baer, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
*Co-Counsel for Debtors*
*facsimile-312-861-2200*

Barbara Harding, Esquire
Kirkland & Ellis LLP
655 Fifteenth Street, NW
Suite 1200
Washington, DC 20005-5793
*Co-Counsel for Debtors*
*facsimile-202-879-5200*

James E. O'Neill, Esquire
Pachulski, Stang, Ziehl, Young, Jones &
Weintraub LLP
919 North Market Street
17th Floor
Post Office Box 8705
Wilmington, DE 19899-8705
*Co-Counsel for Debtors*
*facsimile-302-652-4400*

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
*Counsel to the Official Committee of*
*Unsecured Creditors*
*facsimile-212-806-6006*

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 N. Market Street
Suite 1200
Wilmington, DE 19801-1246
*Counsel to the Official Committee of*
*Unsecured Creditors*
*facsimile-302-657-4901*

Scott L. Baena, Esquire
Bilzin, Sumberg, Dunn, Baena, Price &
Axelrod
First Union Financial Center
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131
*Counsel to the Official Committee of Property*
*Damage Claimants*
*facsimile-305-374-7593*

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street
Suite 904
Post Office Box 1351
Wilmington, DE 19899
*Counsel to the Official Committee of Property*
*Damage Claimants*
*facsimile-302-575-1714*

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue
35th Floor
New York, NY 10152-3500
*Counsel to the Official Committee of Personal*
*Injury Claimants*
*facsimile-212-644-6755*

Marla Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street
Suite 300
Wilmington, DE 19801
*Counsel to the Official Committee of Personal*
*Injury Claimants*
*facsimile-302-426-9947*

Thomas M. Mayer, Esquire
Kramer, Levin, Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022
*Counsel to the Official Committee of Equity*
*Holders*
*facsimile-212-715-8000*

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street
Suite 1410
Post Office Box 1397
Wilmington, DE 19899-1397
*Counsel to the Official Committee of Equity Holders*
*facsimile-302-552-4220*

Richard H. Wyron, Esquire
Swidler, Berlin, Shereff, Friedman, LLP
3000 K Street, NW
Suite 300
Washington, DC 20007
*Counsel to the Official Committee of Equity Holders*
*facsimile-202-424-7643*

John C. Phillips, Esquire
Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
*Counsel to the Official Committee of Equity Holders*
*facsimile-302-655-4210*

The Office of the United States Trustee
Attention: David Klauder
844 N. King Street
Wilmington, DE 19801
*facsimile-302-573-6497*