## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Richard Levy, Jr., Esquire as co-counsel to Dies & Hile, LLP in the representation of the asbestos property damage claimants listed in Schedule A (attached hereto as Exhibit 1) in the above-captioned matter.

DATED: April 18, 2007

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:  (302) 654-0248
Facsimile:  (302) 654-0728
E-mail:  loizides@loizides.com

070417115657.DOC

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, I am admitted, practicing and in good standing as a member (in active status) of the Bar of the State of New York, that I am a member (in inactive status) of the Bar of the District of Columbia, and that I am a member in good standing (in active status) of the bars of the United States Courts of Appeals for the Second, Eleventh and District of Columbia Circuits, the United States District Courts for the Southern, Eastern and Northern Districts of New York, the District of Columbia, and the Eastern District of Michigan, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this case. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Dated: April 17, 2007

Richard Levy, Jr.
PRYOR CASHMAN LLP
410 Park Avenue
New York, NY 10022
Telephone:   (212) 421-4100
Facsimile:   (212) 326-0806

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

DATE: _____

The Honorable Judith K. Fitzgerald
United States Bankruptcy Court Judge