# EXHIBIT 1

## SCHEDULE A

CITY OF AMARILLO, TEXAS
CITY OF HOUSTON, TEXAS
CITY OF PHOENIX, ARIZONA
CITY OF TUCSON, ARIZONA
COLEMAN HOUSING AUTHORITY
COUNTY OF ORANGE
EL PASO CORPORATION
EL PASO COUNTY, TEXAS
HARLINGEN HOUSING AUTHORITY
COOK COUNTY, ILLINOIS
MARICOPA COUNTY, ARIZONA
OREGON - CITY OF EUGENE
OREGON - EASTERN OREGON UNIVERSITY
OREGON - HEALTH & SCIENCE UNIVERSITY
OREGON - OREGON STATE UNIVERSITY
OREGON - PORTLAND STATE UNIVERSITY
OREGON - SOUTHERN OREGON UNIVERSITY
OREGON - UNIVERSITY OF OREGON
OREGON - WESTERN OREGON UNIVERSITY
SABINE RIVER AUTHORITY OF TEXAS
STATE OF ARIZONA
STATE OF ARKANSAS
STATE OF CONNECTICUT
STATE OF OKLAHOMA
ACADIA PARISH SCHOOL BOARD
BROTHER MARTIN HIGH SCHOOL
CADDO PARISH SCHOOL BOARD
CALCASIEU PARISH SCHOOL BOARD
CONGREGATION OF IMMACULATE CONCEPTION CHURCH
CONGREGATION OF ST DOMINIC CATHOLIC CHURCH
CONGREGATION OF ST LOUISE DE MARILLAC CHURCH
CONGREGATION ST FRANCIS ASSISI CHURCH
CONGREGATION ST FRANCIS XAVIER CABRINI CHURCH
CONGREGATION ST JOAN ARC CHURCH LAPACE LA
CONGREGATION ST MARY MAGDALEN CATHOLIC CHURCH
CONGREGATION ST PHILIP NERI CATHOLIC CHURCH
CONGREGATION ST PIUS X ROMAN CATHOLIC CHURCH
CONGREGATION ST RAYMOND ROMAN CATHOLIC CHURCH
CONGREGATION ST RITA ROMAN CATHOLIC CHURCH
EAST BATON ROUGE PARISH SCHOOL BOARD
JEFFERSON DAVIS PARISH SCHOOL BOARD
JEFFERSON PARISH SCHOOL BOARD
LAFAYETTE PARISH SCHOOL BOARD
LAFOURCHE PARISH SCHOOL BOARD
LASALLE PARISH SCHOOL BOARD
MOUNT CARMEL ACADEMY OF NEW ORLEANS, LA
NACHITOCHES PARISH SCHOOL BOARD
ROMAN CATHOLIC CHURCH ARCHDIOCESE NEW ORLEANS
ST MARY'S ACADEMY OF THE HOLY FAMILY
ST. MARTIN PARISH SCHOOL BOARD
600 CORPORATION
BNC FORUM LP

070417115657.DOC