IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al. ) | Case No. 01-01139 (JKF) |
| ) | |
| Debtors. ) | Related to Dkt. No. 14594 + 15141 |
| ) | Agenda No. 9 |

### ORDER DISALLOWING AND EXPUNGING
### COUNTY OF SONOMA'S PROPERTY DAMAGE CLAIM (CLAIM NO. 5586)

AND NOW, this 17th day of April, 2007, it is ORDERED, ADJUDGED, and DECREED that County of Sonoma's claim number 5586 is hereby disallowed and expunged.

_Judith K. Fitzgerald_
Judith K. Fitzgerald
United States Bankruptcy Judge