**Attachment B**
**To Fee Application**

**Summary of PwC's Fees By Professional**
December 2006

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended December 31, 2006

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $655.60 | 7.5 | $ 4,917.00 |
| John E Newstead | Audit Partner | 10+ | Integrated Audit | $585.50 | 9.9 | $ 5,796.45 |
| George B. Baccash | Tax Partner | 30 | Integrated Audit | $651.90 | 9.0 | $ 5,867.10 |
| Lisa Slotznick | Director | 26 | Integrated Audit | $551.00 | 5.5 | $ 3,030.50 |
| Douglas Parker | Audit Senior Manager | 11 | Integrated Audit | $376.40 | 31.0 | $ 11,668.40 |
| Marvin de Guzman | Audit Manager | 4 | Integrated Audit | $285.40 | 30.5 | $ 8,704.70 |
| Sandra David | Audit Manager | 10+ | Integrated Audit | $285.40 | 10.0 | $ 2,854.00 |
| Josef Van Wyk | Audit Manager | 11 | Integrated Audit | $273.10 | 16.5 | $ 4,506.15 |
| Daniel Spratt | Tax Manager | 5 | Integrated Audit | $313.70 | 12.0 | $ 3,764.40 |
| Pamela Reinhardt | Audit Senior Associate | 3 | Integrated Audit | $207.90 | 80.0 | $ 16,632.00 |
| Maria Afuang | Audit Senior Associate | 4 | Integrated Audit | $207.90 | 109.5 | $ 22,765.05 |
| Cindy Y Chen | Audit Senior Associate | 2 | Integrated Audit | $201.70 | 42.0 | $ 8,471.40 |
| Michael McDonnell | Audit Senior Associate | 3 | Integrated Audit | $195.60 | 12.0 | $ 2,347.20 |
| Christopher W Park | Audit Associate | 2 | Integrated Audit | $183.30 | 42.8 | $ 7,845.24 |
| Keith Palmer | Audit Senior Associate | 5 | Integrated Audit | $273.10 | 11.5 | $ 3,140.65 |
| Lyndsay B Signori | Audit Senior Associate | 2 | Integrated Audit | $183.30 | 16.0 | $ 2,932.80 |

(02411)

| Name | Role | | Rate | Hours | Amount |
|------|------|------|------|-------|--------|
| Martin Burkard | Audit Senior Associate | 4 | Integrated Audit | $201.70 | 9.0 | $ 1,815.30 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | $145.10 | 94.5 | $ 13,711.95 |
| Lynda Keorlet | Audit Associate | 1 | Integrated Audit | $132.80 | 110.3 | $ 14,647.84 |
| Nicole Heisler | Audit Associate | 1 | Integrated Audit | $140.20 | 101.0 | $ 14,160.20 |
| Adam Lueck | Audit Associate | <1 | Integrated Audit | $111.90 | 96.0 | $ 10,742.40 |
| Karen Geung | Audit Associate | 1 | Integrated Audit | $132.80 | 13.0 | $ 1,726.40 |
| Youhan Lee | Audit Associate | <1 | Integrated Audit | $140.20 | 50.5 | $ 7,080.10 |
| Stephen Tapis | Audit Associate | <1 | Integrated Audit | $111.90 | 12.2 | $ 1,365.18 |
| Mary Adenle | Audit Associate | <1 | Integrated Audit | $118.10 | 10.0 | $ 1,181.00 |
| TOTAL | | | | | 942.2 | $ 181,673.41 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals        23.8        $   2,747.92

## Summary of PwC's Fees By Project Category:
### December 2006

| Project Category | Total Hours | Total Fees |
|------------------|-------------|------------|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, | | |

{02411}

| Applicant | | |
|---|---|---|
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 23.8 | $2,747.92 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 942.2 | $181,673.41 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 966 | $184,421.33 |

**Expense Summary**
**December 2006**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $1,230.81 |
| Lodging | N/A | $250.47 |
| Sundry | N/A | $130.30 |
| Business Meals | N/A | $316.91 |
| TOTAL: | | $1,928.49 |

{02411}