# EXHIBIT - A

WR Grace and Co.
Fee Application Preparation
Month ended December 31, 2006

| Date | Hours | Description of Services Provided | Bill Rate | Extended Cost |
|---|---|---|---|---|
| **FEE APPLICATION PREPARATION** | | | | |
| **Name: Marvin de Guzman** | | | | |
| 12/1/2006 | 1.0 | Review of October time charges | 285.4 | 285.4 |
| | **1.0** | | | |
| **Name: Ryan Neice** | | | | |
| 12/4/2006 | 1.1 | Prepare fee application. | $ 98.40 | $ 108.24 |
| 12/5/2006 | 1.0 | Prepare fee application. | $ 98.40 | $ 98.40 |
| 12/7/2006 | 1.9 | Prepare fee application. | $ 98.40 | $ 186.96 |
| 12/11/2006 | 3.5 | Prepare fee application. | $ 98.40 | $ 344.40 |
| 12/12/2006 | 2.8 | Prepare fee application. | $ 98.40 | $ 275.52 |
| 12/13/2006 | 2.9 | Prepare fee application. | $ 98.40 | $ 285.36 |
| 12/14/2006 | 2.7 | Prepare fee application. | $ 98.40 | $ 265.68 |
| 12/15/2006 | 1.6 | Prepare fee application. | $ 98.40 | $ 157.44 |
| 12/18/2006 | 0.7 | Prepare fee application. | $ 98.40 | $ 68.88 |
| 12/20/2006 | 0.6 | Prepare fee application. | $ 98.40 | $ 59.04 |
| 12/21/2006 | 2.0 | Prepare fee application. | $ 98.40 | $ 196.80 |
| | **20.8** | | | |
| **Name: Pamela Reinhardt** | | | | |
| 12/11/2006 | 2.0 | Reviewing the October time submissions to the bankruptcy courts | $ 207.90 | $ 415.80 |
| | **2.0** | | | |
| **Totals** | **23.8** | **Total Grace Time Tracking Charged Hours** | | **$ 2,747.92** |

**Professional Profiles**
**WR Grace Time Tracking - Audit**
**For the Month Ended December 31, 2006**

| Name of Professional | Position with the Firm | Number of Years In Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $655.60 | 7.5 | $ 4,917.00 |
| John E Newstead | Audit Partner | 10+ | Integrated Audit | $585.50 | 9.9 | $ 5,796.45 |
| George B. Baccash | Tax Partner | 30 | Integrated Audit | $651.90 | 9.0 | $ 5,867.10 |
| Lisa  Slotznick | Director | 26 | Integrated Audit | $551.00 | 5.5 | $ 3,030.50 |
| Douglas Parker | Audit Senior Manager | 11 | Integrated Audit | $376.40 | 31.0 | $ 11,668.40 |
| Marvin de Guzman | Audit Manager | 4 | Integrated Audit | $285.40 | 30.5 | $ 8,704.70 |
| Sandra David | Audit Manager | 10+ | Integrated Audit | $285.40 | 10.0 | $ 2,854.00 |
| Josef Van Wyk | Audit Manager | 11 | Integrated Audit | $273.10 | 16.5 | $ 4,506.15 |
| Daniel Spratt | Tax Manager | 5 | Integrated Audit | $313.70 | 12.0 | $ 3,764.40 |
| Pamela Reinhardt | Audit Senior Associate | 3 | Integrated Audit | $207.90 | 80.0 | $ 16,632.00 |
| Maria Afuang | Audit Senior Associate | 4 | Integrated Audit | $207.90 | 109.5 | $ 22,765.05 |
| Cindy Y Chen | Audit Senior Associate | 2 | Integrated Audit | $201.70 | 42.0 | $ 8,471.40 |
| Michael McDonnell | Audit Senior Associate | 3 | Integrated Audit | $195.60 | 12.0 | $ 2,347.20 |
| Christopher W Park | Audit Associate | 2 | Integrated Audit | $183.30 | 42.8 | $ 7,845.24 |
| Keith Palmer | Audit Senior Associate | 5 | Integrated Audit | $273.10 | 11.5 | $ 3,140.65 |
| Lyndsay B Signori | Audit Senior Associate | 2 | Integrated Audit | $183.30 | 16.0 | $ 2,932.80 |
| Martin Burkard | Audit Senior Associate | 4 | Integrated Audit | $201.70 | 9.0 | $ 1,815.30 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | $145.10 | 94.5 | $ 13,711.95 |
| Lynda  Keorlet | Audit Associate | 1 | Integrated Audit | $132.80 | 110.3 | $ 14,647.84 |
| Nicole Heisler | Audit Associate | 1 | Integrated Audit | $140.20 | 101.0 | $ 14,160.20 |
| Adam Lueck | Audit Associate | <1 | Integrated Audit | $111.90 | 96.0 | $ 10,742.40 |
| Karen Geung | Audit Associate | <1 | Integrated Audit | $132.80 | 13.0 | $ 1,726.40 |
| Youhan Lee | Audit Associate | <1 | Integrated Audit | $140.20 | 50.5 | $ 7,080.10 |
| Stephen Tapis | Audit Associate | <1 | Integrated Audit | $111.90 | 12.2 | $ 1,365.18 |
| Mary Adenle | Audit Associate | <1 | Integrated Audit | $118.10 | 10.0 | $ 1,181.00 |
| | TOTAL | | | | 942.2 | $ 181,673.41 |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  William T. Bishop, Jr.**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 12/1/2006 | 0.5 | Discuss audit planning for income taxes with D Parker, P Reinhardt, G Baccash and D Spratt (PwC) |
| 12/1/2006 | 0.5 | Discuss audit issues and planning with D Parker |
| 12/6/2006 | 0.5 | Discuss fraud risk assessment with E Ko (PwC) |
| 12/8/2006 | 0.5 | Read accounting memo from PwC Germany regarding financing agreement |
| 12/12/2006 | 0.3 | Discuss current status of bankruptcy process with B Tarola (Grace) |
| 12/12/2006 | 0.7 | Discuss audit status with P Reinhardt (PwC) |
| 12/13/2006 | 2.0 | Discuss status of internal control audit work and related issues with M de Guzman and P Reinhardt (PwC) |
| 12/19/2006 | 1.5 | Attend internal control audit update meeting |
| 12/19/2006 | 0.5 | Discuss status of audit issues with D Parker and M de Guzman (PwC) |
| 12/29/2006 | 0.5 | Review audit planning documents |
| | **7.5** | **Total Grace Integrated Audit Charged Hours** |
| | **7.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: John Newstead**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 12/1/2006 | 0.6 | email related to IT testing |
| 12/5/2006 | 0.4 | conversation with Josef Van Wyk PwC  re IT progress |
| 12/8/2006 | 0.8 | review of test documentation |
| 12/11/2006 | 1.2 | preparation for meeting with Ed Bull WR Grace |
| 12/14/2006 | 0.9 | review of test documentation |
| 12/19/2006 | 2.4 | preparation for meeting with Ed Bull and Brain Kenny WR Grace |
|  | 1.9 | compilation of test findings and results |
|  | 1.7 | meeting with Ed Bull and B Kenny WR Grace |
|  | **9.9** | **Total Grace Integrated Audit Charged Hours** |
|  | **9.9** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **Name: George Baccash** | | |
| **12/1/2006** | 2.0 | FIN 48 issues; meeting with client and review of Valuation allowance projections and discussions on need for Valuation; discuss timing of information. |
| **12/7/2006** | 2.0 | FIN 48 issues; meeting with client and review of Valuation allowance projections and discussions on need for Valuation; discuss timing of information. |
| **12/15/2006** | 2.0 | FIN 48 issues; meeting with client and review of Valuation allowance projections and discussions on need for Valuation; discuss timing of information. |
| **12/21/2006** | 3.0 | FIN 48 issues; meeting with client and review of Valuation allowance projections and discussions on need for Valuation; discuss timing of information. |
| | **9.0** | **Total Grace Integrated Audit Charged Hours** |
| | **9.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Lisa Slotznick**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 12/8/2006 | 0.8 | Self-Insurance follow up |
| 12/15/2006 | 0.2 | Self-Insurance follow up |
| 12/21/2006 | 0.5 | Self-Insurance follow up |
| 12/22/2006 | 0.5 | Self-Insurance follow up |
| 12/24/2006 | 3.0 | Self-Insurance follow up |
| 12/26/2006 | 0.5 | Self-Insurance follow up |
| | **5.5** | **Total Grace Integrated Audit Charged Hours** |
| | **5.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **Name: Douglas Parker** | | |
| 12/1/2006 | 2.5 | Call / meeting with PwC Grace Tax Team - FIN 48 |
| 12/4/2006 | 1.5 | 4Q Issues - net investment hedge of UK operations |
| 12/6/2006 | 2.0 | Audit strategy calls / meetings with GPC Cambridge team |
| 12/8/2006 | 2.0 | Review of staff work - interim |
| 12/12/2006 | 1.0 | SFAS 158 pension standard |
| | 1.0 | Interim & year-end "taking stock meetings" - PwC internal |
| 12/13/2006 | 3.5 | Internal consolidation meeting / call with PwC team |
| 12/19/2006 | 2.0 | Meeting with Grace IA (E. Bull) - 404 status |
| | 1.0 | CLC interviews |
| | 6.5 | Review of staff work - interim |
| 12/20/2006 | 3.0 | Review of staff work - interim |
| | 1.5 | Review of staff work - 404 |
| 12/21/2006 | 1.0 | Review of staff work - interim |
| | 2.5 | Review of staff work - 404 |
| | **31.0** | **Total Grace Integrated Audit Charged Hours** |
| | **31.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **Name: Marvin deGuzman** | | |
| 12/1/2006 | 1.0 | Update 404 call with Internal Audit |
| | 1.0 | Call to discuss income tax matter for Grace with Doug Parker, Pam Reinhardt, Dan Spratt, George Baccash |
| | 1.0 | Update/Status meeting with Bill Bishop |
| 12/6/2006 | 2.0 | Planning call with Boston team, Doug Parker, Pam Reinhardt, Sandra David and Michael Mcdonnell |
| 12/11/2006 | 2.0 | Call with Boston team, Michael Mcdonnell |
| | 1.0 | Update/Status meeting with Bill Bishop |
| | 0.5 | Coordinating CLC meetings |
| 12/12/2006 | 5.0 | Review of 404 work |
| | 1.0 | Responding to questions by the Boston team. |
| 12/13/2006 | 1.0 | Internal consolidation discussion with PwC team, Douglas Parker, Pamela Reinhardt |
| | 5.0 | Review of 404 work |
| 12/14/2006 | 2.0 | Review of October banckruptcy submission |
| 12/19/2006 | 2.0 | 404 update meeting with Internal Audit |
| | 1.0 | CLC interview with Bill Dockman, Ed Bull, Brian Kenny and Douglas Parker |
| | 5.0 | Review of 404 work |
| | **30.5** | **Total Grace Integrated Audit Charged Hours** |
| | **30.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name:  Sandra David** | | |
| **12/01/2006** | 8.0 | Review audit areas with team, a/r, inventory, accruals and PP&E |
| **12/04/2006** | 1.0 | Status meeting with German and Victor |
| | 1.0 | Update on audit status with team |
| | **10.0** | **Total Grace Integrated Audit Charged Hours** |
| | **10.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Josef Van Wyk**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 12/4/2006 | 0.5 | Weekly IT status update:  Barb.Summerson@grace.com, Greg.Covington@grace.com, Cindy Y Chen/ABAS/PwC@Americas-US, Martin Burkard/US/ABAS/PwC@Americas-US, Srinivasa.Vanga@grace.com |
| | 0.5 | Pre meeting with Cindy Chen for the weekly status meeting |
| 12/6/2006 | 1.5 | Research CLC questions within PwC audit guide |
| | 0.5 | Review notes. |
| | | Discuss the SOD review with Grace:Barb.Summerson@grace.com, Edward.Slotwinski@grace.com, Greg.Covington@grace.com, Cindy Y Chen/US/ABAS/PwC@Americas-US, Martin Burkard/US/ABAS/PwC@Americas-US, |
| 12/8/2006 | 0.5 | Srinivasa.Vanga@grace.com |
| | 0.5 | Review change management, prepare notes. |
| 12/12/2006 | 2.0 | Review the application control testing |
| | 1.0 | Review and finalize memo for international teams |
| | 2.0 | Review SAP user access controls. |
| 12/15/2006 | 2.0 | Review basis testing |
| | 1.0 | Prepare for weekly status meeting |
| | 1.0 | weekly status meeting: C.Chen-PwC, J.VanWyk-PwC; G.Bollock-Grace, E. Slotwinski, B.Summerson-Grace, S.Vanga-Grace, G.Covington-Grace |
| | 2.0 | Assist Cindy Chen with reviewing SAS 70 reports. |
| | 1.5 | Review SAP access controls testing |
| | **16.5** | **Total Grace Integrated Audit Charged Hours** |
| | **16.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **Name:  Daniel Spratt** | | |
| **12/14/2006** | 3.0 | Discussions regarding FIN 48. |
| **12/15/2006** | 4.0 | Meeting at Grace regadding valuation allowance analysis and discussions regarding FIN 48. |
| **12/20/2006** | 3.0 | Reviewing 2002-2004 and 2005 Darex Puerto Rico Tax Provision and draft financials and discussing with PwC audit and Rick Miranda. |
| **12/22/2006** | 2.0 | Reviewing 2005 Darex Puerto Rico Tax Provision and discussing with PwC audit and Rick Miranda. Also discussing DTA realization scenarios. |
| | **12.0** | **Total Grace Integrated Audit Charged Hours** |
| | **12.0** | **Total Hours** |

WR Grace & Co., Inc.
Time Summary Report - Audit
For the Month Ended December 31, 2006

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

**Name: Pamela Reinhardt**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| 12/1/2006 | 1.0 | Update meeting with Internal audit |
| | 1.0 | Meeting with the PwC Tax team |
| | 0.4 | Working on Commisions 404 issue |
| | 0.6 | Working on the controls needed to be tested by Germany for update testing |
| | 1.0 | Working on the FAS 123R checklis |
| | 0.3 | Working on scheduling CLC meetings |
| | 0.4 | Putting together the agenda for CLC meetings |
| | 2.3 | Working on documenting the planning steps in the database |
| 12/5/2006 | 1.0 | Meeting with client for environmental issues |
| | 0.5 | Reviewing the SAS 70 for Northern Trust |
| | 1.0 | Working on the testing strategy for Pension Testing at year end |
| | 2.0 | Documenting the pension 404 walkthrough |
| | 1.0 | Documenting the environmental corporate walkthrough |
| | 1.5 | Reviewing the completed 404 steps in the database |
| | 1.0 | Documenting the planning steps for 404 |
| 12/6/2006 | 1.0 | Status meeting with the GPC PwC team in Cambridge |
| | 1.0 | Reviewing Germany's testing for 404 |
| | 1.0 | Putting together the SAD |
| | 1.2 | Reviewing the Marsh reserve estimate for Workers compensation |
| | 0.4 | Working on the ART engagement letter |
| | 0.3 | Reviewing the consolidated request list for the year end work |
| | 0.3 | Reviewing the responsibility matrix |
| | 2.0 | Documenting the planning section of the database |
| | 0.8 | Reviewing sections of the database |
| 12/7/2006 | 1.0 | Reviewing controls that need to have update testing performed |
| | 1.0 | Reviewing the accounts receivable confirmations to be sent out |
| | 3.0 | Documenting some steps in the database |
| | 2.0 | Reviewing walkthroughs |
| | 1.0 | Working on planning documents |
| 12/11/2006 | 1.0 | Reading through new pension guidance for year end |
| | 0.5 | Working with the PwC english team on accounting questions |
| | 0.5 | Reviewing the SPA team's status of the audit |
| | 1.2 | Selecting payments for environmental spending |
| | 2.0 | Documenting the 404 scoping sections |
| | 0.8 | Reviewing the issues in the Protiviti Portal |
| 12/12/2006 | 2.0 | Testing Environmental payments |
| | 0.5 | Reviewing Corporate confirmations |
| | 2.0 | Documenting the completion steps |
| | 1.0 | Reading the new guidance on FAS 158 |
| | 2.5 | Reviewing the 404 issues in the database |
| 12/13/2006 | 1.0 | Call with the PwC German team to go over 404 issues |
| | 1.0 | Walkthrough with Michael Brown (Grace) to go through the consolidation process |
| | 0.5 | Reading through the up to date bankruptcy news |
| | 1.0 | Preparing agenda for upcoming 404 meeting with Internal audit |
| | 2.0 | Documenting the Environmental site selections |
| | 2.5 | Documenting the workers compensation section of the database |
| 12/14/2006 | 1.0 | Call with the PwC tax team to get status on 404 testing |
| | 1.0 | Reviewing the database |
| 12/18/2006 | 1.0 | Reviewing the SAD |
| | 3.0 | Reading through SAS 70s for 404 testing |
| | 1.0 | Reviewing the Environmental 404 testing |
| | 2.0 | Documenting 404 steps |
| | 1.0 | Reviewing Audit Strategy memo |
| 12/19/2006 | 2.0 | Meeting with Internal Audit to go over 404 status and issues |
| | 1.0 | Reviewing the Summary Plan of Results |
| | 2.0 | Documenting 404 steps |
| | 1.0 | Finish testing on environmental testing |
| | 2.0 | Reviewing the planning section of the database |
| 12/20/2006 | 1.0 | Meeting with client to go over specialized inventory process |
| | 1.0 | Reviewing the population of spreadsheets for testing |
| | 1.0 | Reading new guidance on AS 2 for the Grace audit |
| | 0.5 | Reviewing lead schedules for year end |
| | 2.0 | Reviewing the 404 issues and scheduling what needs to be finish testing |
| | 1.0 | Preparing the list of CLC interviews and collecting prior year documentation for review |
| | 2.0 | Documenting the completion steps |
| | 0.5 | Reviewing the AON reports |
| | **80.0** | **Total Grace Integrated Audit Charged Hours** |
| | **80.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| **Name:  Maria Afuang** | | |
| **12/1/2006** | 2.3 | Review of Curtis bay inventory documents sent by Ken Greeley (Grace) |
| | 1.9 | Review and research regarding Grace's FAS 34 |
| | 1.8 | Review last year's procedure on Capitalized Interest |
| | 1.0 | Attend Income Tax Call |
| | 0.6 | Discuss with Dena Nolte (Grace) regarding additions testing and FAS 34 |
| | 0.4 | Discuss with Bill Kelly (Grace) regarding stores reserve |
| **12/5/2006** | 1.8 | Update consolidated PBC list |
| | 0.8 | Discuss with Terry Puglisi (Grace) regarding testing of PP&E addtions |
| | 1.1 | Review of last year's PP&E testing |
| | 0.4 | Follow up with Victor Leo (Grace) regarding Chicago 65th Inventory count |
| | 0.7 | Prepare open items list - Interim |
| | 0.6 | Follow up with client contacts regarding open items |
| | 2.6 | Review of selections for additions and disposals of PPE testing |
| **12/6/2006** | 0.4 | Coordinate for the meeting with Bonita Harsh (Grace) |
| | 0.6 | Discuss with Will McDaniel (Grace) regarding FAS 34 |
| | 4.3 | Document Hydro walkthrough |
| | 1.0 | Attend Grace GPC (Cambrige) call |
| | 0.4 | Follow up with Dena Nolte (Grace) regarding open items |
| | 1.3 | Review of Grace's FAS 34 procedure |
| **12/7/2006** | 8.0 | Prepare periodic feedback for Adam Lueck and Lynda Keorlet |
| **12/8/2006** | 1.9 | Review prior year's Purchase Price Variance testing |
| | 6.1 | Document sampling template for Purchase Price Variance testing |
| **12/11/2006** | 2.1 | Review of Hydro walkthrough |
| | 1.0 | Attend Inventory Call with Chicago 65th (Dena Nolte, Victor Leo - both from Grace) |
| | 4.9 | Document Inventory walkthrough |
| **12/12/2006** | 1.1 | Review of Curtis Bay Inventory Checklist |
| | 0.4 | Discuss with Dena Nolte (Grace) regarding Purchase Price Variance |
| | 3.1 | Document Chicago 65th walkthrough and follow up on testing documentation |
| **12/13/2006** | 3.6 | Document Inventory Count walkthrough-Chicago 65th |
| | 0.3 | Discuss with Benoit Magrin (Grace) regarding Curtis Bay Inventory Count |
| | 0.2 | Follow up with Billie Davis (Grace) regarding PP&E testing |
| | 0.4 | Discuss with Dena Nolte (Grace) regarding PBC List |
| | 3.5 | Review list of bank accounts to be confirmed at year end |
| **12/14/2006** | 8.0 | Select samples for Interim PPV testing for Co. 32, 259 and 268 |
| **12/15/2006** | 0.3 | Discuss with Michael Brown (Grace) regarding accounts receivable rollforward |
| | 1.2 | Review Consolidated PBC List |
| | 6.5 | Review of 404 steps in the database |
| **12/18/2006** | 0.6 | Discuss with Terry Puglisi (Grace) regarding PP&E testing |
| | 0.4 | Update with Inventory count performed in Chicago |
| | 0.3 | Discuss with Leah Angle (Grace) regarding planning for 2007 audit scheduling |
| | 6.7 | Review of Grace inventory guidelines and research on Comperio relating to Inventory Capitalization |
| **12/19/2006** | 3.9 | Review Inventory Process |
| | 0.3 | Follow up with Grace.Chicago regarding the firefighting ID |
| | 0.6 | Discuss with Bill Kelly (Grace) regarding standard costing |
| | 3.2 | Review of firefighting ID information sent by Gayle Stasila (Grace) |
| **12/20/2006** | 1.0 | Meeting with Dena Nolte, Trent Walklett and Ed Henry (all Grace) for Inventory Capitalization and LIFO processes |
| | 0.6 | Meeting with Dena Nolte (Grace) regarding open items and purchase price variance |
| | 1.9 | Review implementation guide for Inventory Capitalization and LIFO |
| | 1.8 | Review 404 matrix for Inventory Process |
| | 2.7 | Reiview of 404 steps in the database |

| 12/21/2006 | 5.0 | Updating samples selected for PPV testing |
| 12/22/2006 | 1.3 | Update Consolidated PBC List |
| | 0.6 | Coordination with Ken Greeley (Grace) regarding open items for Curtis Bay |
| | 2.0 | Review of inventory count steps in the database |

**109.5**    **Total Grace Integrated Audit Charged Hours**

**109.5**    **Total Hours**

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Cindy Y Chen**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 12/1/2006 | 0.5 | Work on gather information step of the database. |
|  |  | Weekly IT status update: Barb.Summerson@grace.com, Greg.Covington@grace.com, Josef Van Wyk/US/ABAS/PwC@Americas-US, Martin Burkard/US/ABAS/PwC@Americas-US, |
| 12/4/2006 | 0.5 | Srinivasa.Vanga@grace.com |
|  | 0.5 | Pre meeting with J.VanWyk for the weekly status meeting |
| 12/5/2006 | 2.0 | Research CLC questions within PwC audit guide |
| 12/6/2006 | 0.5 | Work on P. Crosby's performance evaluation. |
| 12/7/2006 | 0.5 | CLC meeting: C.Chen, N. Heisler-PwC; G.Bollock- Grace, B.Summerson-Grace |
|  | 0.5 | CLC meeting: C.Chen, N. Heisler-PwC; Ed Slotwinski - Grace, G.Covington - Grace, B.Summerson-Grace |
|  | 5.0 | review the my client database |
|  | 2.0 | work on the SAP user review |
|  |  | Discuss the SOD review with Grace:Barb.Summerson@grace.com, Edward.Slotwinski@grace.com, Greg.Covington@grace.com, Josef Van Wyk/US/ABAS/PwC@Americas-US, Martin Burkard/US/ABAS/PwC@Americas-US, |
| 12/7/2006 | 0.5 | Srinivasa.Vanga@grace.com |
|  | 1.5 | Review change management, addressing notes. |
| 12/11/2006 | 2.0 | Review the application control testing |
|  |  | Write memo for international teams |
| 12/12/2006 | 5.0 | Document SAP user access controls. |
| 12/13/2006 | 2.0 | work on basis testing |
| 12/14/2006 | 0.5 | prepare status meeting |
|  |  | weekly status meeting: C.Chen-PwC, J.VanWyk-PwC; G.Bollock-Grace, E. Slotwinski, B.Summerson-Grace, S.Vanga-Grace, G.Covington-Grace |
| 12/15/2006 | 1.0 |  |
|  | 2.0 | Working on SAS 70 reports. |
| 12/18/2006 | 4.0 | Review security |
| 12/19/2006 | 5.0 | Review SAS 70, prepared for status meeting. |
| 12/20/2006 | 1.0 | Review CLC documentation |
| 12/21/2006 | 1.0 | Spreadsheet testing |
| 12/22/2006 | 4.5 | Wrap up workpaper for IT section, Spreadsheet testing |

|  | **42.0** | **Total Grace Integrated Audit Charged Hours** |
|--|----------|-----------------------------------------------|

|  | **42.0** | **Total Grace Hours** |
|--|----------|----------------------|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

**Name:  Michael McDonnell**

| | | |
|------|-------|-------------------------------|
| 12/1/2006 | 2.0 | Reviewing Inventory detailed testing, analytics and the documentation from interim |
| | 1.0 | Reviewing the and organczing interim audit results |
| | 1.0 | Communicating and reviewing interim results with Manager and team members |
| | 1.0 | Follow up with Client regarding interim audit results. |
| | 2.0 | Completing the interim Accounts receiveable review and communicating the results to the audit staff for follow up. |
| | 1.0 | Completing the review of the Property Plant and Equipment  interim results. |
| | 0.5 | Preparing closing agenda |
| | 0.5 | Closing meeting with Client |
| | 0.5 | Reviewing inventory documentation in the database |
| | 1.3 | Reviewing the accruals documentation and testing in the Database. |
| | 0.5 | Reviewing the Property Plant and Equipment in the database |
| | 0.7 | Reviewing the Account receivanble follow up documentation in the database. |
| | **12.0** | **Total Grace Integrated Audit Charged Hours** |
| | **12.0** | **Total Grace Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **Name:  Christopher W Park** | | |
| 12/11/2006 | 0.3 | Email P. Estes (Grace) regarding 2006 Payroll/Census Testing |
| | 0.5 | Email J. Couste (Grace) regarding outstanding Houston Inventory Documentation |
| | 2.0 | Review Curtis Bay Inventory Documentation |
| | 2.0 | Review Houston Inventory Documentation |
| 12/12/2006 | 2.7 | Prepare Confirmation Templates |
| | 1.0 | Review prior year confirmations to determine confirmations to be spent |
| | 4.0 | Document Houston Inventory Test Counts and Inventory Checklist |
| 12/13/2006 | 1.5 | Prepare Confirmation Templates |
| | 2.5 | Review and attach international deliverables received into database |
| | 1.7 | Review 2005 Corporate Database |
| 12/14/2006 | 1.0 | Reviewed status of outstanding international deliverables |
| | 2.0 | Document Houston Inventory in the Database |
| | 1.7 | Tailor Corporate Section of Database for year end work to be performed |
| | 1.0 | Review update testing required for Lake Charles |
| 12/15/2006 | 2.0 | Review Foreign Partners in Independence Database and enter new partners |
| | 1.7 | Review Open Items for Lake Charles Walkthroughs |
| 12/18/2006 | 0.5 | Email G. Rashti (PwC) regarding international deliverables |
| | 0.4 | Email P. Chollet (PwC) regarding international independence |
| | 0.4 | Email J. Couste regarding Houston Inventory Documentation |
| | 1.7 | Review Houston Shipments and Receipts received from R. Manuel (Grace) |
| 12/19/2006 | 0.4 | Email R. Manuel (Grace) regarding Houston Shipments and Receipts received |
| | 1.0 | Scan Lake Charles Walkthrough documents |
| | 1.0 | Document Houston Inventory Test Count Sampling |
| | 0.4 | Email R. Bejot (PwC) regarding international deliverables |
| | 0.4 | Email P. Ranaweera (PwC) regarding international deliverables |
| | 2.5 | Document Capital Asset Management Walkthrough for Lake Charles |
| 12/20/2006 | 1.0 | Review International Deliverable Submitted by PwC Germany |
| | 1.5 | Review User Considerations of Northern Trust SAS70 |
| | 0.3 | Email R. Lapidario & K. Blood (Grace) regarding Northern Trust User Considerations |
| | 0.5 | Review 404 Responsibility Matrix |
| | 1.0 | Scan Lake Charles Walkthrough documents |
| | 0.4 | Sent International Deliverable Reminder |
| 12/21/2006 | 1.8 | Perform Lake Charles Accounts Payable Process Update Testing |
| | **42.8** | **Total Grace Integrated Audit Charged Hours** |
| | **42.8** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Keith Palmer**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 12/11/2006 | 1.5 | Self-Insurance Review |
| 12/14/2006 | 5.0 | Self-Insurance Review |
| 12/15/2006 | 0.5 | Self-Insurance Review |
| 12/20/2006 | 2.0 | Self-Insurance Review |
| 12/21/2006 | 1.5 | Self-Insurance Review |
| 12/22/2006 | 1.0 | Self-Insurance Review |
| | **11.5** | **Total Grace Integrated Audit Charged Hours** |
| | **11.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name:  Lyndsay Signori** | | |
| 12/1/2006 | 3.0 | Tie-out of trial balance to respective lead schedule |
| | 1.0 | Follow-up of inventory notes |
| | 0.5 | Discussion with engagement manager regarding notes |
| | 1.5 | Preparation of year-end PBC schedule request |
| | 0.5 | SAS 99 Meeting documentation |
| | 1.0 | Discussion with client regarding PPE additions exceptions |
| | 0.5 | Discussion with client regarding preparation of inventory roll-forward for use in year-end audit |
| 12/4/2006 | 1.5 | Review of PPE fixed asset additions testing |
| | 0.5 | Discussion with new associate regarding testing exceptions |
| | 0.5 | Follow-up with client regarding fixed asset additions exceptions |
| | 2.0 | Review of physical inventory observation performed at Chicago 51st street |
| | 1.0 | Substantive analytical procedures with regard to the inventory balance |
| | 0.5 | Update with client regarding open items |
| | 0.5 | Discussion with client regarding capitalized interest |
| | 1.5 | documentation within various inventory steps (following discussion with the client) |
| | **16.0** | **Total Grace Integrated Audit Charged Hours** |
| | **16.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

**Name:  Martin Burkard**

| | | |
|------|-----|-------------------------------------------------|
| 12/1/2006 | 4.0 | Performing Segregation of Duties testing using the ACE tool |
| 12/4/2006 | 4.0 | Performing Segregation of Duties testing using the ACE tool |
| 12/6/2006 | 0.5 | Performing Segregation of Duties testing using the ACE tool |
| 12/7/2006 | 0.5 | Performing Segregation of Duties testing using the ACE tool |
| | **9.0** | **Total Grace Integrated Audit Charged Hours** |
| | **9.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Erica Margolius**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 12/1/2006 | 3.5 | Complete testing of Darex physical inventory. Document in step in database and mark completed. |
| 12/1/2006 | 1.5 | Review PwC Grace Germany team list of Sarbanes Oxley issues and questions about update testing. |
| 12/1/2006 | 1.0 | Email PwC Grace Germany team in regards to update testing and comments regarding Germany's list of 404 issues. |
| 12/1/2006 | 1.5 | Update Columbia team 404 matrix for work performed. Email team to update. |
| 12/4/2006 | 1.0 | Clear all issues in the database regarding independence issues for WR Grace. Email PwC Compliance Data Quality team to verify all issues have been cleared. |
| 12/4/2006 | 2.5 | Review corporate flowchart for general ledger closing process. Review prior year documentation and gain an understanding of how account reconciliations are performed in terms of appropriate performer and reviewer. |
| 12/4/2006 | 1.0 | Address notes in database. |
| 12/4/2006 | 2.5 | Create updated risk control matrix for the pensions process. |
| 12/4/2006 | 2.0 | Create testing plan for the environmental process. Update risk control matrix and add testing tabs. |
| 12/5/2006 | 1.5 | Discuss with D. Nolte how reviewers are chosen for reconciliations. Email P. Bray, Grace, to obtain the citrux report which governs overall account reconciliation performance and review. |
| 12/5/2006 | 1.5 | Review flowchart for managing environmental risk in preparation for walkthrough. |
| 12/5/2006 | 1.0 | Meet with S. Anderson, Grace, for environmental walkthrough. |
| 12/5/2006 | 0.5 | Email S. Dietz, Grace, on items needed to complete GPC inventory. |
| 12/5/2006 | 1.0 | Review the Citrix report obtained from P. Bray. Forward to L. Keorlet. |
| 12/5/2006 | 1.5 | Perform testing over "Manage Environmental Risk" process for sarbanes oxley procedures. |
| 12/5/2006 | 1.5 | Review draft of Responsibility Matrix sent by J. Afuang, PwC. |
| 12/6/2006 | 1.0 | Review prior year legal confirmation process to gain understanding of how to make selections of lawyers to confirm for 2006. |
| 12/6/2006 | 0.5 | Email J. Port, Grace, to obtain legal expense report for 2006. |
| 12/6/2006 | 1.8 | Review prior year listing of open cases and compare with third quarter in-house legal letter to see what cases are still outstanding at current year and create template for documentation of legal responses. |
| 12/7/2006 | 1.2 | Generate testing plan for the pension process. Update risk control matrix and create tabs. |
| 12/7/2006 | 1.0 | Meeting with M. McDonnell, PwC, to discuss expecations. |
| 12/7/2006 | 1.5 | Review financial reporting and disclosure flowchart. Map this process to general ledger closing for overlapping controls. |
| 12/7/2006 | 1.5 | Review pension and benefits process in preparation for walkthrough. |
| 12/7/2006 | 1.0 | Pension walkthrough with S. Anderson and K. Blood, Grace, for sarbanes oxley. |
| 12/7/2006 | 3.0 | Document treasury walkthrough. |
| 12/8/2006 | 0.5 | Review incentive compensation process in preparation for meeting with P. Stuard, Grace. |
| 12/8/2006 | 0.5 | Meet with E. Henry, Grace, to discuss incentive compensation process and expectations for meeting with P. Stuard, Grace. |
| 12/8/2006 | 1.0 | Meeting with P. Stuard and E. Henry, Grace, to walkthrough incentive compensation process for identification of any omitted controls. |
| 12/8/2006 | 0.5 | Meeting with D. Armstrong, Grace, to go over legal confirmations to be sent in January. |
| 12/8/2006 | 0.5 | Schedule fourth quarter legal update meeting. |
| 12/8/2006 | 1.5 | Continue to document treasury walkthrough. |
| 12/8/2006 | 1.0 | Review environmental process for omission of control related to accrual reserves in corporate. Email K. Eithier, Grace, about question concerning corporate's process for establishing environmental accruals. |
| 12/11/2006 | 0.8 | Perform internal audit reperformance testing for treasury process. |
| 12/11/2006 | 0.5 | Review response from K. Ethier, Grace, for corporate environmental accruals. Follow up with L. Gardner, Grace, of Remedium. |
| 12/11/2006 | 0.7 | Review non-remedium checklist obtained from L. Gardner, Grace. |
| 12/11/2006 | 1.5 | Continue to document treasury walkthrough. |

| Date | Hours | Description |
|---|---|---|
| 12/11/2006 | 2.5 | Review treasury 404 testing for controls needing update testing. Summarize a list of update testing documents needed and forward to B. Harsh, Grace. |
| 12/12/2006 | 0.5 | Meeting with B. McGowan, Grace, to perform walkthrough of incentive compensation process. |
| 12/12/2006 | 1.0 | Meet with B. Harsh, Grace, to discuss foreign currency movements outside of the netting system. |
| 12/12/2006 | 3.0 | Write up Credit & Collections Walkthrough. |
| 12/12/2006 | 0.5 | Review updated incentive compensation flowchart obtained from E. Henry, Grace. |
| 12/12/2006 | 1.0 | Meet with D. Nolte, Grace, to go over outstanding sarbanes oxley documents. |
| 12/13/2006 | 0.3 | Meet with M. Joy, Grace, to obtain accounts receivable aging reports for the month of November. |
| 12/13/2006 | 1.5 | Meet with M. Mears, Grace, to walkthrough cash application process. |
| 12/13/2006 | 0.5 | Meet with B. Magrin, Grace, to discuss physical inventory adjustments at Curtis Bay. |
| 12/13/2006 | 0.8 | Meet with D. Nolte, Grace, to discuss the accounts receivable control governing the entry made for the allowance for doubtful accounts. |
| 12/13/2006 | 2.0 | Review audit methodology in both PwCAudit and Comperio research databases to find support for update testing of reliance. |
| 12/13/2006 | 1.0 | Draft email explaining whether use of inquiry alone is allowed for update testing by internal audit and whether additional testing needs to be performed based on whether reliance may be used. |
| 12/14/2006 | 1.0 | Review outstanding bill of lading obtained from Victor Leo, Grace, for open item for test of goods issues at Chicago 65th Street Plant. Email follow up question to V. Leo, Grace. |
| 12/14/2006 | 1.5 | Update control documentation for walkthroughs to include a column on design deficiencies. |
| 12/15/2006 | 0.9 | Review updated support from GPC Cambridge Grace for goods issue question on sarbanes oxley testing goods issue testing for Chicago 65th St. Complete testing. Forward completed risk control matrix to J. Afuang and A. Lueck, PwC. |
| 12/15/2006 | 1.5 | Review Lake Charles controls listing and testing for controls needing update testing. Email update testing document request list to L. Breaux and J. Couste, Grace, for Lake Charles site. |
| 12/15/2006 | 3.5 | Perform tie out of SCC physical inventory (Chicago 51st St.). |
| 12/15/2006 | 0.5 | Document in step "obtain management's documentation of sub-process and controls" for Credit & Collections process in Columbia, MD. Mark step completed. |
| 12/15/2006 | 1.5 | Scan in credit & collections walkthrough documents and put in database. |
| 12/18/2006 | 3.0 | Compare listing of fees per J. Port's, Grace, legal expense report to listing of lawfirms confirmed in the prior year. Email D. Armstrong, Grace, to obtain explanations for those not confirmed. |
| 12/18/2006 | 1.0 | Perform walkthrough of creation of manual invoices with D. Collins, Grace. |
| 12/18/2006 | 2.5 | Complete SCC physical inventory for Chicago 51th St. GPC plant, document, and mark step as complete. |
| 12/19/2006 | 1.5 | Update documentation of credit and collections for the walkthrough of the manual invoice process. Mark step as complete. |
| 12/19/2006 | 0.5 | Review fraud risk spreadsheet for WR Grace. |
| 12/19/2006 | 2.0 | Begin to document phase 1 of fraud risk spreadsheet for Grace, mapping risks to internal controls testing performed. |
| 12/19/2006 | 2.0 | Continue to document Elkridge inventory. |
| 12/19/2006 | 1.5 | Review WR Grace year end legal letter confirmation for compliance with master template for 2006. Update prior year document and forward to D. Armstrong, Grace. |
| 12/19/2006 | 1.5 | Using documents emailed from J. Couste, Grace, perform update testing of Lake Charles controls. |
| 12/20/2006 | 2.0 | Finalize list of lawyers to be confirmed for WR Grace year end audit. Email to D. Armstrong, Grace. |
| 12/20/2006 | 0.5 | Meet with D. Nolte, Grace, to review approval process for allowance for doubtful accounts. |
| 12/20/2006 | 0.5 | Meet with M. Brown, Grace, to walkthrough corporate general ledger closing process, SOAR process, and financial reporting and disclosure process. |
| 12/20/2006 | 1.0 | Scan in treasury support. |
| 12/20/2006 | 1.5 | Update documentation for treasury walkthrough. |
| 12/20/2006 | 1.0 | Perform update testing of the treasury process. Mark step as completed. |
| 12/20/2006 | 1.5 | Review update testing document request lists for A. Lueck, PwC, to be sent to Curtis Bay and Chicago 71st St. |

**94.5**    **Total Grace Integrated Audit Charged Hours**

**94.5**    **Total Hours**

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2006**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Linda Keorlet** | | |
| **12/1/2006** | 1.5 | Update database with Incentive Compensation walkthrough support |
| | 2.0 | Investigation of large Shell credit memo identified through Sherlock report & documenting conclusions |
| | 4.0 | Complete Lake Charles inventory documentation |
| | 0.5 | Review Testing strategy document provided by PwC for applicability to Grace testing plan |
| **12/5/2006** | 2.5 | Make selections for account reconciliations to be reviewed at year end |
| | 0.5 | Review Responsibility Matrix for year end to determine areas for year end work |
| | 4.2 | Make year end selections for additions and disposals to Property, Plant & Equipment; document non-statistical template |
| | 1.3 | Review status of environmental risk matrix for 404 testing |
| **12/6/2006** | 0.3 | Schedule conference call for GPC inventory |
| | 0.5 | Resolve status of outstanding invoices with L.Anton (Grace) |
| | 3.5 | Test Grace Capital Asset addition forms for proper approval |
| | 4.2 | Perform & document sales order process price list testing |
| **12/7/2006** | 0.6 | Meet with B.Harsh (Grace) and A.Lueck (PwC) to discuss bank confirmations to send for 2006 |
| | 0.4 | Review bank confirmations sent in prior year for preparation for above meeting |
| | 4.0 | Create update testing matrix to show update testing needed for 404 and sample sizes |
| | 2.0 | Meet with L.Anton (Grace) to obtain additional sales order invoices for testing and test invoices obtained |
| | 1.5 | Sort accounts receivable agings to remove all inter-company and non-trade receivables |
| **12/8/2006** | 3.2 | Select accounts receivable to send confirmations on as of 11/30/2006 for Davison and Company 259; use non-statistical template to select & send selections to D.Nolte (Grace) |
| | 1.5 | Select accounts receivable to send confirmations on as of 11/30/2006 for ART; use non-statistical template to select & send selections to D.Nolte (Grace) |
| | 0.3 | Send email to M.Adenle (PwC) describing 65th street inventory procedures |
| | 3.5 | Create analytics template for Revenue & Receivables and Purchasing & Payables accounts for company 32 and 259; pulling in 9/30 data |
| **12/11/2006** | 3.2 | Create analytics template for Treasury and Inventory accounts for company 32 and 259; pulling in 9/30 data |
| | 0.5 | Conference call on Chicago 65th street inventory with 65th street personnel & J.Afuang (Grace) |
| | 1.5 | Prepare for conference call by reviewing prior year documentation of 65th street inventory |
| | 3.3 | Discuss inventory with M.Adenle (PwC), book travel, and determine areas to concentrate on during count |
| **12/12/2006** | 2.5 | Determine sales order invoices had exceptions; discuss with M.Guzman (PwC) and select 25 additional selections for testing |
| | 1.0 | Create sales order PBC list for L.Anton(Grace) detailing our requests for update / remediation testing |
| | 3.0 | Create analytics template for Investments & Property, Plant & Equipment accounts for company 32 and 259; pulling in 9/30 data |
| | 2.0 | Create analytics template for Goodwill & Tax accounts for company 32 and 259; pulling in 9/30 data |
| **12/13/2006** | 0.7 | Discuss status of accounts receivable confirmations with D.Nolte (Grace) and answer questions on their preparation |
| | 3.0 | Review Curtis Bay inventory documentation for silicas & send emails regarding adjustments not made |
| | 5.3 | Set up templates for lead schedules for Davison & company 259 accounts |
| **12/14/2006** | 1.5 | 50% hours charged portion of time spent traveling to Chicago for inventory |
| | 4.0 | Create analytics template for ART accounts; pulling in 9/30 data |
| **12/15/2006** | 2.0 | Attend Chicago 65th street planning session before inventory begins; go over areas to count, procedures, divide into teams |
| | 6.0 | Count inventory at Chicago 65th Street |
| | 4.5 | Observe Chicago 65th Street inventory reconciliation procedures |
| **12/18/2006** | 4.1 | Set up templates for lead schedules for ART accounts |
| | 1.9 | Create Accounts Receivable confirmation control logs for : Davison, company code 259, and ART |
| **12/19/2006** | 1.6 | Determine threshold language for substantive analytics and insert in all Davison & ART analytics templates set |
| | 4.2 | Review supporting files received from Chicago 65th street for the inventory and begin to compare to our records |
| **12/20/2006** | 2.2 | Complete Chicago 65th street inventory checklist |
| | 3.5 | Create testing sheet comparing counts to Grace tags for Chicago 65th Street inventory |

|  |  |  |
|---|---|---|
|  | 0.5 | Create sampling worksheet to support number of counts performed at Chicago 65th Street |
|  | 2.3 | Create analytics template for Corporate accounts; pulling in 9/30 data |
| 12/21/2006 | 2.3 | Set up templates for lead schedules for Corporate accounts |
|  | 1.7 | Reconcile Chicago 65th street inventory to ending SAP amounts |
|  | **110.3** | **Total Grace Integrated Audit Charged Hours** |
|  | **110.3** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Nicole Heisler**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 12/6/2006 | 1.0 | CLC meetings scheduling, prep, and agenda |
| | 2.0 | Examine the db and understand what had already been complete for update testing |
| 12/7/2006 | 1.0 | Preppring for CLC meeting w/ G. Bollock |
| | 0.5 | CLC meeting: C.Chen-PwC; G.Bollock- Grace, B.Summerson-Grace |
| | 1.0 | Preppring for CLC meeting w/ E.Slotwinski |
| | 0.5 | CLC meeting: C.Chen-PwC; Ed Slotwinski - Grace, G.Covington - Grace, B.Summerson-Grace |
| | 2.5 | Document notes from CLC meetings; Update/Document CLC step in db |
| | 1.5 | Review update testing document request list |
| | 1.0 | Set-up/schedule meetings to confirm control at udpate testing |
| 12/8/2006 | 3.0 | Operations, Data Center, Update testing |
| | 3.0 | Operations, Backup, update testing |
| | 2.0 | Security, WAN, update testing |
| 12/11/2006 | 2.0 | Documenting the update step in the database |
| | 3.0 | WAN Security update testing |
| | 1.5 | Secuity SAP update testing |
| | 1.5 | Security SOAR update testing |
| | 2.0 | Documenting testing results in the various testing spreadsheets |
| 12/12/2006 | 0.5 | Prep for J.Broderick-Grace meeeting |
| | 0.5 | Meeting w/ J.Broderick-Grace to discuss controls in place at update testing |
| | 1.0 | Document udpate testing confirmation from j.Broderick |
| | 1.0 | Schedule meetings for update testing |
| | 1.0 | Send additional requests for update testing evidence |
| | 2.5 | Operating System udpate testing |
| | 2.5 | Backups update testing |
| | 1.0 | SAP Security udpate testing |
| 12/13/2006 | 0.5 | Prep for meeting w/ P.Wood-Grace |
| | 0.5 | Meeting w/ P.Wood-Grace to discuss controls in place at update testing |
| | 0.5 | Prep for meeting w/ M.Hank-Grace |
| | 0.5 | Meeting w/ M.Hank-Grace to discuss controls in place at update testing |
| | 0.5 | Prep for meeting w/ C.Tremblay-Grace |
| | 0.5 | Meeting w/ C.Tremblay-Grace to discuss controls in place at update testing |
| | 0.5 | Prep for meeting w/ G.Covington-Grace |
| | 0.5 | Meeting w/ C.Tremblay-Grace to discuss controls in place at update testing |
| | 4.0 | Document confirmation of controls at update testng |
| | 2.0 | Update testing for Security- |
| 12/14/2006 | 0.5 | Prep for meeting w/ A.Barquin-Grace |
| | 0.5 | Meeting w/ A.Barquin-Grace to discuss controls in place at update testing |
| | 0.5 | Prep for meeting w/ R.Schoff-Grace |
| | 0.5 | Meeting w/ R.Schoff-Grace to discuss controls in place at update testing |
| | 2.0 | Document meetings above |
| | 2.0 | WAN Remote Access Security Update Testing |
| | 1.0 | SAP Security Update Testing |
| | 4.0 | WAN Change Mgt update testing |
| 12/15/2006 | 3.0 | Updating status for meeting and creating agenda |
| | | weekly status meeting: C.Chen-PwC, J.VanWyk-PwC; G.Bollock-Grace, E. Slotwinski, |
| | 1.0 | B.Summerson-Grace, S.Vanga-Grace, G.Covington-Grace |
| | 3.0 | WAN Change Mgt update testing |
| 12/18/2006 | 3.0 | Completing Reperformance testing |
| | 3.0 | SAS 70 mapping |
| 12/19/2006 | 2.5 | Adding/Documenting W/Ps into testing spreadsheets |
| | 1.0 | Attaching all the electronic workpapers |
| | 0.5 | Prep for meeting w/ D.Wilson-Grace |

|  |  |  |
|---|---|---|
|  | 0.5 | Meeting w/ D.Wilson-Grace to discuss controls in place at update testing |
|  | 1.0 | Document meeting w/ D.Wilson-Grace |
|  | 2.0 | Documenting and updating Update tesitng step in db |
|  | 2.0 | Spreadsheet testing |
| 12/20/2006 | 2.0 | Reperformance testing |
|  | 2.0 | SAS 70s |
|  | 3.0 | Spreadsheet testing |
| 12/21/2006 | 3.0 | Reconciling all SPA update testing work together |
|  | 1.0 | Document Termination reports evidence |
|  | 3.0 | Spreadsheet testing |
| 12/22/2006 | 4.5 | Reviewing update testing and documentation |

|  |  |  |
|---|---|---|
|  | **101.0** | **Total Grace Integrated Audit Charged Hours** |

|  |  |  |
|---|---|---|
|  | **101.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| **Name:  Adam Lueck** | | |
| **12/1/2006** | 8.00 | I am reconciling the Curtis Bay annual inventory. |
| **12/4/2006** | 2.00 | I am reconciling the Curtis Bay annual inventory. |
| | 1.00 | I am determining documentation needs and following up with Curtis Bay regarding the annual inventory. |
| | 5.0 | I am preparing documentation and performing conversions on inventory counts for the Curtis Bay inventory. |
| **12/6/2006** | 3.00 | I am researching the prior year database in preparation for the year-end audit. |
| **12/7/2006** | 2.50 | I am researching cash accounts in preparation for cash confirmations. |
| | 0.50 | I am meeting with Bonita Harsh (Grace) and Lynda Keorlet (PwC) regarding cash confirmations. |
| **12/8/2006** | 8.00 | I am reconciling the Curtis Bay annual inventory. |
| **12/11/2006** | 8.00 | I am reconciling the Curtis Bay annual inventory. |
| **12/12/2006** | 2.00 | I am documenting the Curtis Bay annual inventory. |
| | 3.00 | I am researching and planning update testing using PwC materials, in addition to the WR Grace prior year database. |
| | 3.00 | I am creating update testing plans & corresponding PBC lists for Chicago 51st St., 65th St., 71st St. and Curtis Bay. |
| **12/13/2006** | 2.0 | I am researching Grace cash accounts to finalize the cash confirmation selections |
| | 4.00 | I am creating the cash confirmations |
| | 1.50 | I am running inventory reports and making selections for Chicago 51st St, 65th St, 71st St and Curtis Bay update testing. |
| | 0.50 | I am documenting the Curtis Bay annual inventory. |
| **12/14/2004** | 1.00 | I am speaking with Bill McKenzie (Grace) regarding the November Chicago 71st Street Inventory roll-forward. |
| | 2.00 | I am creating the cash confirmations |
| | 0.50 | I am meeting with Bonita Harsh (Grace) regarding cash confirmations. |
| | 1.00 | I am following up with emails regarding the Curtis Bay inventory. |
| | 3.00 | I am researching property, plant & equipment and payables sections of the prior year database in preparation for the year-end audit. |
| | 0.50 | I am researching the Grace inventory transfer policy. |
| **12/15/2006** | 0.70 | I am preparing the accounts receivable confirmations. |
| | 1.30 | I am preparing the cash confirmations. |
| | 3.00 | I am documenting the Curtis Bay annual inventory. |
| | 1.50 | I am researching the receivables and treasury prior year database sections in preparation for the year end audit. |
| | 1.50 | I am running inventory reports and making selections for Chicago 51st St., 65th St. and 71st St. update testing. |
| **12/18/2006** | 0.80 | I am mailing confirmations for accounts receivable, defined benefit plans, cash and insurance balances at the U.S. post office. |
| | 1.20 | I am finalizing the documentation for the Chicago 71st Street annual inventory. |
| | 1.0 | I am researching procedures for property, plant & equipment using Grace and PwC resources, including the prior year database. |
| | 0.50 | I am preparing confirmations fro defined benefit plans and insurance balances. |
| | 0.50 | I am analyzing my performance evaluation for Grace and documenting my responses to the evaluation. |
| | 2.00 | I am running inventory reports and making selections for Chicago 51st St, 65th St and 71st St update testing. |
| | 2.00 | I am documenting the results of the Curtis Bay annual inventory. |
| **12/19/2006** | 2.00 | I am making selections for goods issue and goods receipts for Curtis Bay update testing. |
| | 0.80 | I reviewing the prior year database in preparation for Columbia, MD property, plant, and equipment test of details. |
| | 4.20 | I am documenting the Columbia Capital Asset Management Walkthrough. |

|  |  |  |
|---|---|---|
|  | 1.00 | I am organizing & scanning support documentation for the Columbia Capital Asset Management Walkthrough. |
| **12/20/2006** | 1.00 | I am testing fixed asset additions and disposals. |
|  | 4.00 | I am finalizing update testing selections and forwarding documentation requests to their respective process owners. |
| **12/21/2006** | 5.00 | I am testing fixed assets additions and disposals. |
|  | **96.0** | **Total Grace Integrated Audit Charged Hours** |
|  | **96.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **Name:  Karen Geung** | | |
| **12/1/2006** | 0.5 | Finalize year-end "provided by client" listing for responsible audit areas (accounts receivable, accruals, prepaids, other miscellaneous accounts payable) |
| **12/1/2006** | 1.0 | Obtained and sorted accounts receivable aged trial balance by invoice to determine the best approach to make selections to send accounts receivable confirmations |
| **12/1/2006** | 1.5 | Discussed with Sandy David, Engagement team manager, and Michael McDonnell, engagement team senior associate the methodology to utilize in order to make selections for accounts receivable confirmations |
| **12/1/2006** | 1.3 | Made selections to send out a total of 68 accounts receivable confirmations and communicate with Beth Dellorco, Grace Senior Accountant, selections made |
| **12/1/2006** | 1.5 | Discussed repair and maintenance variances noted in selections made for testing with Beth Dellorco, Grace Senior Accountant, and Victor Leo, Grace Accounting Manager and documented the results of these discussions. |
| **12/4/2006** | 2.5 | Documented non-statistacal and target testing approach the engagement team is taking with regards to sending out accounts receivable confirmations |
| **12/4/2006** | 0.8 | Discussed with Beth Dellorco, Grace Senior Accountant, the nature of prepaid sales with in accounts receivable detail listing |
| **12/4/2006** | 0.5 | Discussed with Michael McDonnell, engagement team senior associate, policy allowance accrual as of the interim date 9/30/2006 |
| **12/4/2006** | 0.5 | Review with Beth Dellorco, Grace Senior Accountant, Volume Rebate Detail needed for year-end field work |
| **12/4/2006** | 0.5 | Prepared accounts receivable confirmation log to be used when prepared confirmations are received back from Beth Dellorco, Grace Senior Accountant, to be sent out. |
| **12/12/2006** | 2.5 | |
| | **13.0** | **Total Grace Integrated Audit Charged Hours** |
| | **13.0** | **Total Hours** |

**Time Summary Report - Audit**
**For the Month Ended December 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Youhan Lee**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 12/1/2006 | 2.0 | Preparing Request lists for Grace Update Testing |
| 12/5/2006 | 3 | Pulling Evidence from SAP |
| 12/5/2006 | 3 | Pulling samples and requesting additional evidence for testing |
| 12/5/2006 | 3.6 | CM/Security update testing |
| 12/6/2006 | 3 | Security Update Testing |
| 12/6/2006 | 3. | SOAR CM Update testing |
| 12/6/2006 | 3.5 | SAP CM Update testing |
| 12/7/2006 | 3.4 | SAP CM Update Testing |
| 12/7/2006 | 2 | Secutiy Update Testing |
| 12/7/2006 | 4 | SOAR CM Update testing |
| 12/8/2006 | 3 | SAP Security update tesitng |
| 12/8/2006 | 5 | SAP CM Update Testing |
| 12/12/2006 | 2.5 | Update Tesitng documentation |
| 12/14/2006 | 0.5 | Security Update Testing |
| 12/18/2006 | 2 | Security Update Testing |
| 12/18/2006 | 3 | CM Update Testing Documentation |
| 12/19/2006 | 1 | Update Testing Documenation Wrap up |
| 12/20/2006 | 2 | CM Update Testing Coaching Note  Wrap up |
| 12/21/2006 | 1 | CM Update Testing Coaching Note  Wrap up |
| | **50.5** | **Total Grace Integrated Audit Charged Hours** |
| | **50.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

**Name:  Stephen Tapis**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| 12/1/2006 | 0.5 | Fixed asset Flux explanations |
| | 0.5 | Repairs and maintenance testing |
| | 2.5 | Trace and agree rollforward to detail |
| | 0.5 | Trace and agree FAS 34 interest |
| | 2.5 | Look through invoices and trace to additions detail for additions testing |
| 12/4/2006 | 3.5 | Look through invoices and trace to additions detail for additions testing |
| | 0.2 | Update Fixed Asset lead for new account |
| | 2.0 | Depreciation recalc test and document results |
| | **12.2** | **Total Grace Financial Statement Audit Charged Hours** |
| | **12.2** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended December 31, 2006**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Mary Adenle**

| 12/15/2006 | 10.0 | Physical Inventory Count |
|------------|------|--------------------------|
|            | 10.0 | **Total Grace Financial Statement Audit Charged Hours** |
|            | 10.0 | **Total Hours** |