# EXHIBIT - B

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the Month Ended December 31, 2006**

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Adam Lueck | Integrated Audit | 12/6/06 | $ 38.28 | | | | I am traveling between Baltimore & WR Grace's Columbia location. |
| | Integrated Audit | 12/4/06 | | | $ 13.17 | | Expense was incurred mailing accounts receivable, cash and benefit confirmations. |
| | Integrated Audit | 12/22/06 | | | $ 5.07 | | Expense was incurred mailing accounts receivable, cash and benefit confirmations. |
| | Integrated Audit | 12/18/06 | | | $ 15.99 | | Expense was incurred mailing accounts receivable, cash and benefit confirmations. |
| Youhan Lee | Integrated Audit | 12/5/06 | $ 29.37 | | | | Milage for travel to client minus normal commute: Vienna to Columbia |
| | Integrated Audit | 12/6/06 | $ 29.37 | | | | Milage for travel to client minus normal commute: Vienna to Columbia |
| | Integrated Audit | 12/7/06 | $ 29.37 | | | | Milage for travel to client minus normal commute: Vienna to Columbia |
| | Integrated Audit | 12/8/06 | $ 29.37 | | | | Milage for travel to client minus normal commute: Vienna to Columbia |
| Josef van Wyk | Integrated Audit | 12/4/06 | | | $ 6.18 | | Cellphone costs to dial into status update meetings |
| | Integrated Audit | 12/6/06 | | | $ 6.18 | | Cellphone costs to dial into status update meetings |
| | Integrated Audit | 12/8/06 | | | $ 6.18 | | Cellphone costs to dial into status update meetings |
| | Integrated Audit | 12/15/06 | | | $ 6.18 | | Cellphone costs to dial into status update meetings |
| | Integrated Audit | 12/19/06 | | | $ 6.18 | | Cellphone costs to dial into status update meetings |
| | Integrated Audit | 12/20/06 | | | $ 6.18 | | Cellphone costs to dial into status update meetings |
| Lynda Keidel | Integrated Audit | 12/16/2006 | | | $ 54.00 | | parking while in Chicago, IL for inventory |
| | Integrated Audit | 12/16/2006 | $ 172.83 | | | | rental car while in Chicago, IL for inventory |
| | Integrated Audit | 12/15/2006 | | $ 250.47 | | | Hotel stay while in Chicago, IL for inventory; includes dinner on 12/14 (travel day to Chicago) and parking overnight at hotel |
| | Integrated Audit | 12/15/2006 | | | $ | 40.00 | dinner while in Chicago, IL for inventory (12/15) |
| | Integrated Audit | 12/22/2006 | $ 361.10 | | | | flight to Chicago for inventory |
| | Integrated Audit | 12/14/2006 | | | $ 5.00 | | AMEX charge for booking travel |
| Nicole Heisler | Integrated Audit | 12/6/2006 | $ 32.04 | | | | Travel to and from Home/Grace office (less normal commute) |
| | Integrated Audit | 12/7/2006 | $ 32.04 | | | | Travel to and from Home/Grace office (less normal commute) |
| | Integrated Audit | 12/8/2006 | $ 32.04 | | | | Travel to and from Home/Grace office (less normal commute) |
| | Integrated Audit | 12/11/2006 | $ 32.04 | | | | Travel to and from Home/Grace office (less normal commute) |
| | Integrated Audit | 12/12/2006 | $ 32.04 | | | | Travel to and from Home/Grace office (less normal commute) |
| | Integrated Audit | 12/13/2006 | $ 32.04 | | | | Travel to and from Home/Grace office (less normal commute) |
| | Integrated Audit | 12/14/2006 | $ 32.04 | | | | Travel to and from Home/Grace office (less normal commute) |
| | Integrated Audit | 12/15/2006 | $ 32.04 | | | | Travel to and from Home/Grace office (less normal commute) |
| | Integrated Audit | 12/18/2006 | $ 32.04 | | | | Travel to and from Home/Grace office (less normal commute) |
| | Integrated Audit | 12/19/2006 | $ 32.04 | | | | Travel to and from Home/Grace office (less normal commute) |
| | Integrated Audit | 12/20/2006 | $ 32.04 | | | | Travel to and from Home/Grace office (less normal commute) |
| | Integrated Audit | 12/21/2006 | $ 32.04 | | | | Travel to and from Home/Grace office (less normal commute) |
| Stephen Tapis | Integrated Audit | 12/4/06 | $ 23.14 | | | | Travel to and from Home/Grace office (less normal commute) |
| William T. Bishop | Integrated Audit | 12/1/06 | | | $ | 44.65 | Lunch with D Parker (PwC) at Legal Sea Food to discuss audit status and issues. |
| | Integrated Audit | 12/13/06 | | | $ | 232.26 | Audit team dinner at Nick's Bel Kai - M de Guzman, P Reinhardt, C Park, J Aluang, E Margolius, L Keidel, A Lueck and WTB |
| Maria J. Aluang | Integrated Audit | 12/1/2006 | $ 8.90 | | | | Mileage in excess of normal commute ((52-32)*.445) |
| | Integrated Audit | 12/5/2006 | $ 8.90 | | | | Mileage in excess of normal commute ((52-32)*.445) |
| | Integrated Audit | 12/6/2006 | $ 8.90 | | | | Mileage in excess of normal commute ((52-32)*.445) |
| | Integrated Audit | 12/7/2006 | $ 8.90 | | | | Mileage in excess of normal commute ((52-32)*.445) |
| | Integrated Audit | 12/8/2006 | $ 8.90 | | | | Mileage in excess of normal commute ((52-32)*.445) |
| | Integrated Audit | 12/11/2006 | $ 8.90 | | | | Mileage in excess of normal commute ((52-32)*.445) |
| | Integrated Audit | 12/12/2006 | $ 8.90 | | | | Mileage in excess of normal commute ((52-32)*.445) |
| | Integrated Audit | 12/13/2006 | $ 8.90 | | | | Mileage in excess of normal commute ((52-32)*.445) |
| | Integrated Audit | 12/14/2006 | $ 8.90 | | | | Mileage in excess of normal commute ((52-32)*.445) |
| | Integrated Audit | 12/15/2006 | $ 8.90 | | | | Mileage in excess of normal commute ((52-32)*.445) |
| | Integrated Audit | 12/18/2006 | $ 8.90 | | | | Mileage in excess of normal commute ((52-32)*.445) |
| | Integrated Audit | 12/19/2006 | $ 8.90 | | | | Mileage in excess of normal commute ((52-32)*.445) |
| | Integrated Audit | 12/20/2006 | $ 8.90 | | | | Mileage in excess of normal commute ((52-32)*.445) |
| | Integrated Audit | 12/21/2006 | $ 8.90 | | | | Mileage in excess of normal commute ((52-32)*.445) |
| | Integrated Audit | 12/22/2006 | $ 8.90 | | | | Mileage in excess of normal commute ((52-32)*.445) |

| Personnel | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|
| Summary | Total | Transportation | Lodging | Sundry | Business Meals | |
| | $ 1,928.49 | $ 1,230.81 | $ 250.47 | $ 130.30 | $ 316.91 | |

CONSOLIDATED AUDIT EXPENSE DETAIL
For the Month Ended December 31, 2006

| Name | Date | Title | Expenses | Description |
|---|---|---|---|---|
| Adam Lueck | 12/6/06 | Audit Associate | $ 28.28 | I am traveling between Baltimore & WR Grace's Columbia location. |
| | 12/4/06 | Audit Associate | $ 13.17 | Expense was incurred mailing accounts receivable, cash and benefit confirmations. |
| | 12/22/06 | Audit Associate | $ 5.07 | Expense was incurred mailing accounts receivable, cash and benefit confirmations. |
| | 12/15/06 | Audit Associate | $ 15.99 | Expense was incurred mailing accounts receivable, cash and benefit confirmations. |
| | | | $ 72.51 | |
| Yocham Lee | 12/5/06 | Audit Associate | $ 29.37 | Mileage for travel to client minus normal commute; Vienna to Columbia |
| | 12/6/06 | Audit Associate | $ 29.37 | Mileage for travel to client minus normal commute; Vienna to Columbia |
| | 12/7/06 | Audit Associate | $ 29.37 | Mileage for travel to client minus normal commute; Vienna to Columbia |
| | 12/8/06 | Audit Associate | $ 29.37 | Mileage for travel to client minus normal commute; Vienna to Columbia |
| | | | $ 117.48 | |
| Josef Van Wyk | 12/4/06 | Audit Manager | $ 0.18 | Cellphone costs to dial into status update meetings |
| | 12/8/06 | Audit Manager | $ 0.18 | Cellphone costs to dial into status update meetings |
| | 12/8/06 | Audit Manager | $ 0.18 | Cellphone costs to dial into status update meetings |
| | 12/15/06 | Audit Manager | $ 0.18 | Cellphone costs to dial into status update meetings |
| | 12/19/06 | Audit Manager | $ 0.18 | Cellphone costs to dial into status update meetings |
| | 12/20/06 | Audit Manager | $ 0.18 | Cellphone costs to dial into status update meetings |
| | | | $ 37.07 | |
| Lynda Keorlet | 12/16/2006 | Audit Associate | $ 54.00 | parking while in Chicago, IL for inventory |
| | 12/16/2006 | Audit Associate | $ 172.83 | rental car while in Chicago, IL for inventory |
| | 12/16/2006 | Audit Associate | $ 255.47 | hotel stay while in Chicago, IL for inventory; includes dinner on 12/14 (travel day to Chicago) and parking overnight at hotel |
| | 12/15/2005 | Audit Associate | $ 45.00 | dinner while in Chicago, IL for inventory (12/15) |
| | 12/15/2005 | Audit Associate | $ 251.10 | flight to Chicago for inventory |
| | 12/14/2005 | Audit Associate | $ 5.00 | AMEX charge for booking travel |
| | | | $ 783.40 | |
| William T. Bishop | 12/1/2006 | Audit Partner | $ 44.55 | Lunch with D Parker (PwC) at Legal Sea Food to discuss audit status and issues. |
| | 12/13/2006 | Audit Partner | $ 232.29 | Audit team dinner at Nishi Bei Kai - M de Guzman, P Reinhardt, C Park, J Aluang, E Margolius, L Keorlet, A Lueck and WTB |
| | | | $ 276.81 | |
| Stephen Tapia | 12/4/06 | Audit Associate | $ 23.14 | Travel to and from Home/Grace office (less normal commute) |
| | | | $ 23.14 | |
| Nicole Halder | 12/26/2006 | Audit Senior Associate | $ 32.04 | Travel to and from Home/Grace office (less normal commute) |
| | 12/27/2006 | Audit Senior Associate | $ 32.04 | Travel to and from Home/Grace office (less normal commute) |
| | 12/28/2006 | Audit Senior Associate | $ 32.04 | Travel to and from Home/Grace office (less normal commute) |
| | 12/7/2006 | Audit Senior Associate | $ 32.04 | Travel to and from Home/Grace office (less normal commute) |
| | 12/8/2006 | Audit Senior Associate | $ 32.04 | Travel to and from Home/Grace office (less normal commute) |
| | 12/11/2006 | Audit Senior Associate | $ 32.04 | Travel to and from Home/Grace office (less normal commute) |
| | 12/12/2006 | Audit Senior Associate | $ 32.04 | Travel to and from Home/Grace office (less normal commute) |
| | 12/13/2006 | Audit Senior Associate | $ 32.04 | Travel to and from Home/Grace office (less normal commute) |
| | 12/14/2006 | Audit Senior Associate | $ 32.04 | Travel to and from Home/Grace office (less normal commute) |
| | 12/15/2006 | Audit Senior Associate | $ 32.04 | Travel to and from Home/Grace office (less normal commute) |
| | 12/18/2006 | Audit Senior Associate | $ 32.04 | Travel to and from Home/Grace office (less normal commute) |
| | 12/19/2006 | Audit Senior Associate | $ 32.04 | Travel to and from Home/Grace office (less normal commute) |
| | 12/21/2006 | Audit Senior Associate | $ 32.04 | Travel to and from Home/Grace office (less normal commute) |
| | | | $ 384.48 | |
| Maria J. Afuang | 12/1/2006 | Audit Senior Associate | $ 8.00 | Mileage in excess of normal commute (632-327 /445) |
| | 12/5/2006 | Audit Senior Associate | $ 8.00 | Mileage in excess of normal commute (632-327 /445) |
| | 12/6/2006 | Audit Senior Associate | $ 8.00 | Mileage in excess of normal commute (632-327 /445) |
| | 12/7/2006 | Audit Senior Associate | $ 8.00 | Mileage in excess of normal commute (632-327 /445) |
| | 12/8/2006 | Audit Senior Associate | $ 8.00 | Mileage in excess of normal commute (632-327 /445) |
| | 12/11/2006 | Audit Senior Associate | $ 8.00 | Mileage in excess of normal commute (632-327 /445) |
| | 12/12/2006 | Audit Senior Associate | $ 8.00 | Mileage in excess of normal commute (632-327 /445) |
| | 12/13/2006 | Audit Senior Associate | $ 8.00 | Mileage in excess of normal commute (632-327 /445) |
| | 12/14/2006 | Audit Senior Associate | $ 8.00 | Mileage in excess of normal commute (632-327 /445) |
| | 12/15/2006 | Audit Senior Associate | $ 8.00 | Mileage in excess of normal commute (632-327 /445) |
| | 12/18/2006 | Audit Senior Associate | $ 8.00 | Mileage in excess of normal commute (632-327 /445) |
| | 12/19/2006 | Audit Senior Associate | $ 8.00 | Mileage in excess of normal commute (632-327 /445) |
| | 12/20/2006 | Audit Senior Associate | $ 8.00 | Mileage in excess of normal commute (632-327 /445) |
| | 12/21/2006 | Audit Senior Associate | $ 8.00 | Mileage in excess of normal commute (632-327 /445) |
| | 12/22/2006 | Audit Senior Associate | $ 8.00 | Mileage in excess of normal commute (632-327 /445) |
| | | | $ 120.00 | |
| | | **Grand Total** | $ 1,635.40 | |