IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| W. R. GRACE & CO., et al. ) | Chapter 11 |
| ) | |
| Debtors. ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| | Related to Doc. No. 14598, 14599, 15153 and 15216 |

### CERTIFICATION OF COUNSEL REGARDING ORDER VACATING APRIL 17, 2007 ORDER DISALLOWING AND EXPUNGING NINE (9) PROPERTY DAMAGE CLAIMS BARRED BY STATUTES OF LIMITATIONS [DOCKET NO. 15216]

1.  On February 16, 2007, the Debtors and Debtors in Possession filed the *Debtors' Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Sixteen (16) Time-Barred Asbestos Property Damage Claims* (the "Motion") seeking an order disallowing and expunging the claims set forth in the exhibits attached to the Motion. (Docket No. 14598).

2.  A hearing on the Motion was held on April 9, 2007. At the hearing, counsel for the Debtors requested leave to file an amended proposed order in connection with the Motion that deleted claims covered by the Court's order on the "Not a Grace Product" motion or where no opposition to the Motion was received, deleted claims of Martin Dies, and corrected an errant claim number. The Court indicated that Debtors could file such an order.

3.  On April 11, 2007, Debtors filed the amended proposed Order Disallowing and Expunging Nine (9) Property Damage Claims Barred by Statutes of Limitations (the "Order") with the Court in connection with the Motion (Docket No. 15153). The Certificate of Counsel that was submitted with the Order, however, was submitted in error, suggested that the Court had made a decision on the Motion and did not adequately specify the limited purpose and nature of the Order.

4. On April 17, 2007, the Court entered the Order that was submitted by the Debtors. (Docket No. 15216).

5. Because the Debtors did not intend for the Court to enter the Order prior to full consideration of the pending summary judgment briefs, the Order should be vacated at this time.

6. Accordingly, Debtors respectfully request that the Court enter the attached Proposed Order vacating the April 17, 2007 Order at its earliest convenience.

Dated: April 18, 2007

REED SMITH LLP
James J. Restivo, Jr. (Bar No. 10113)
Douglas E. Cameron (Bar No. 41644)
Traci S. Rea (Bar No. 72658)
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone: (412) 288-3131
Facsimile: (412) 288-3063

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

_/s/ James E. O'Neill_
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession