IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| W. R. GRACE & CO., et al. ) | Chapter 11 |
| ) | |
| Debtors. ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |

Related to Doc. No. 14598, 14599, 15153 and 15216

### ORDER VACATING APRIL 17, 2007 ORDER DISALLOWING AND EXPUNGING NINE (9) PROPERTY DAMAGE CLAIMS BARRED BY STATUTES OF LIMITATIONS [DOCKET NO. 15216]

AND NOW, this ____ day of _____, 2007, it is ORDERED, ADJUDGED, and DECREED that the Order Disallowing and Expunging Nine (9) Property Damage Claims Barred by Statutes of Limitations [Docket No. 15216] entered on April 17, 2007 is hereby vacated.

_____
Judith K. Fitzgerald
United States Bankruptcy Judge