IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | * | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | * | Case No. 01-01139 (JKF) |
| Debtor. | * | Jointly Administered |

## STIPULATION CONCERNING MOTION REGARDING NONCOMPLIANCE WITH X-RAY ORDER

In response to the Debtors' March 30, 2007, Motion Regarding Noncompliance with X-Ray Order ("Noncompliance Motion"), the Debtors and the Libby Claimants identified in the Noncompliance Motion as "McGarvey claimants" (those claimants represented by the law firm of McGarvey, Heberling, Sullivan & McGarvey, hereinafter referenced as "McGarvey") enter and file the following stipulation to clarify and resolve the perceived obligations of the McGarvey claimants pursuant to the Court's February 20, 2007, Supplemental X-Ray Order ("Supplemental X-Ray Order").

1. As noted on Exhibit 1 to Debtors' Noncompliance Motion, no original chest x-ray or copy thereof exists for eight (8) McGarvey claimants. These eight (8) McGarvey claimants shall not offer chest x-ray evidence in support of their claims at the estimation proceeding. These eight (8) McGarvey claimants are in compliance with the Supplemental X-Ray Order.

2. As noted on Exhibit 5 to Debtors' Noncompliance Motion, chest x-rays exist for two (2) McGarvey claimants–James Olson & Patricia Kelly–but such x-rays are in the possession of third parties.

3. On or before April 20, 2007, McGarvey will arrange to send a copy of James Olson's chest x-ray to Rust, together with a written certification that McGarvey is unaware of any material difference between the copy and Mr. Olson's original chest x-ray.

Pursuant to ¶ 1 of the Supplemental X-Ray Order, Mr. Olson shall then have no further obligation under the Supplemental Order, and shall be considered by the parties to have complied with the Supplemental Order.

4. McGarvey has identified the existence of original chest x-rays for claimant Patricia Kelly. The medical provider that owns and controls Ms. Kelly's x-rays will not release the original x-rays. McGarvey <u>cannot</u> certify that no material difference exists between Ms. Kelly's original x-rays and any copy that might be made thereof.

Within twenty (20) days of an order from this Court pursuant to ¶ 6 of the Supplemental Order that Ms. Kelly's original x-rays be sent to a repository of the Court, McGarvey will attempt to ensure compliance from the medical provider so that Ms. Kelly's original x-rays are sent to the Court's repository.

Pursuant to ¶ 1 of the Supplemental X-Ray Order, Ms. Kelly shall then have no further obligation under the Supplemental Order, and shall be considered by the parties to have complied with the Supplemental Order.

5. In any subsequent motion or proposed order submitted by the Debtors to the Bankruptcy Court concerning implementation and compliance with the Court's Supplemental X-Ray Order as applied to the above McGarvey claimants,

the Debtors will expressly acknowledge that the McGarvey claimants are in compliance with the Supplemental X-Ray Order.

Respectfully submitted this 17th day of April, 2007.

| LIBBY CLAIMANTS | W.R. GRACE & CO., *et al.*, |
|---|---|
| By their attorneys, | By their attorneys, |
| */s/ Adam G. Landis* | */s/ James E. O'Neill* |
| Adam G. Landis (DE No. 3407) | Laura Davis Jones (DE No. 2436) |
| Kerri Mumford (DE No. 4186) | James E. O'Neill (DE No. 4042) |
| LANDIS RATH & COBB LLP | Timothy P. Cairns (DE No. 4228) |
| 919 Market Street, Suite 600 | PACHULSKI, STANG, ZIEHL, |
| P.O. Box 2087 | YOUNG, JONES & WEINTRAUB LLP |
| Wilmington, DE 19801 | 919 North Market Street, 17th Floor |
| (302) 467-4400 | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 |
| and | and |
| Daniel C. Cohn | David M. Bernick |
| Christopher M. Candon | Janet S. Baer |
| COHN WHITESELL & GOLDBERG LLP | Brain Stansbury |
| 101 Arch Street | KIRKLAND & ELLIS LLP |
| Boston, MA 02110 | 200 East Randolph Drive |
| (617) 951-2505 | Chicago, IL 60601 |
| | (312) 861-2000 |

877P\X-Ray Compliance Stipulation