# Exhibit A

# DEPARTMENT OF VETERANS AFFAIRS

CERTIFICATION OF FILMS

This is to certify that the copies of the films are identical to the original films.

*[signature]*

RANDALL L. BARKLEY, RT
SUPERVISOR, Diagnostic Imaging