IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. Grace & Co., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE ) 
                           ) SS
NEW CASTLE COUNTY )

      Cathy A. Adams, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for the Libby Claimants in the above-referenced cases, and on the 19th day of April, 2007, she caused a copy of the following

**RESPONSE TO DEBTORS' MOTION REGARDING ALLEGED NONCOMPLIANCE WITH X-RAY ORDER**

to be served upon the following parties via facsimile:

Janet Baer, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Facsimile: 312-861-2200

James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones
& Weintraub LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
Facsimile: 302-652-4400

Barbara Harding, Esquire
Kirkland & Ellis LLP
655 Fifteenth Street, NW
Washington, D.C. 20005
Facsimile: 213-680-8500

_____
Cathy A. Adams

SWORN TO AND SUBSCRIBED before me this 19th day of April, 2007.

_____
Notary Public

LINDA M. ROGERS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires June 20, 2007

393.001-16240