IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| W.R. GRACE & CO., <u>et al</u>. | ) Case No. 01-1139 (JKF) |
| Debtors. | ) Objection Deadline: April 16, 2007 at 4:00 p.m. |
| | ) Ref. No. 14975 |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 14975
### (NO ORDER REQUIRED)

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Twelfth Monthly Interim Application for Compensation for Services Rendered and Reimbursement of Expenses (the "Application") of Orrick, Herrington & Sutcliffe LLP ("Orrick"), Bankruptcy Counsel to David T. Austern, Future Claimants' Representative, for the period from January 1, 2007 through January 31, 2007 (the "Period"), filed with the Court on March 26, 2007, and entered on the Court's docket as Docket No. 14975. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed no later than April 16, 2007.

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Official Committee Members entered April 17, 2002, amending the Court's Administrative Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Allowance and Payment of Monthly Interim Compensation and Reimbursement of Expenses of

Professionals entered May 3, 2001 ("the Amended Administrative Order"), the Debtors are authorized to pay Orrick $303,965.00 (80% of $379,956.25) in fees and expenses in the amount of $14,046.25 for a total amount of $318,011.26 requested in the Application for the Period upon the filing of this Certification and without the need for entry of a Court order approving the Application.

                        ORRICK, HERRINGTON & SUTCLIFFE LLP

                        By: _____
                            Roger Frankel, admitted *pro hac vice*
                            Richard H. Wyron, admitted *pro hac vice*
                            The Washington Harbour
                            3050 K Street, NW
                            Washington, DC 20007
                            (202) 339-8400
                            Co-Counsel to David T. Austern, Future Claimants Representative

—and—

                        PHILLIPS, GOLDMAN & SPENCE, P.A.
                        John C. Phillips, Jr. (#110)
                        1200 North Broom Street
                        Wilmington, DE 19806
                        (302) 655-4200
                        (302) 655-4210 (fax)
                        Co-Counsel to David T. Austern, Future Claimants Representative

Dated: April 19, 2007

2