# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# FEBRUARY 1, 2007 THROUGH
# FEBRUARY 28, 2007

```
                Phillips, Goldman & Spence, P.A.
                       1200 N. Broom Street
                      Wilmington, DE  19806
                         (302) 655-4200
                       EI #: 51-0328786
```

April 17, 2007

Orrick, Herrington & Sutcliffe, LLP  
Washington Harbour  
3050 K Street, N.W.  
Washington DC  20007--5135

```
                                     File   WRG-AUS/JCP
                                     Invoice number  67688
```

Re: W. R. Grace & Co.  
    David T. Austern  
Case No.: 01-01139 (RLB)

```
          Subtotal for FEES only: 02/28/07      $8,698.00
          Subtotal for COSTS only: 02/28/07       $216.20
                                                --------------
    CURRENT PERIOD FEES AND COSTS: 02/28/07     $8,914.20
                                                --------------
```

****************************************************************

Please remit duplicate copy with payment.  Thank you.

****************************************************************

Phillips, Goldman & Spence, P.A.

April 17, 2007

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   67688

Re: W. R. Grace & Co.
    David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 22.4 | 7,628.00 |
| FEE/EMPLOYMENT APPLICATIONS | 5.9 | 1,014.00 |
| CASE ADMINISTRATION | 0.4 | 56.00 |
| Subtotal for FEES only: 02/28/07 | 28.7 | $8,698.00 |

| RATE | SUMM | HOURS | HOURS | | | |
|---|---|---|---|---|---|---|
| 375.00 | JCP | 17.10 | 17.10 | 6,412.50 | 0.00 | 0.00 |
| 275.00 | MLJ | 1.00 | 1.00 | 275.00 | 0.00 | 0.00 |
| 275.00 | BEF | 3.90 | 3.90 | 1,072.50 | 0.00 | 0.00 |
| 140.00 | CAH | 6.70 | 6.70 | 938.00 | 0.00 | 0.00 |
| Totals | | 28.70 | 28.70 | 8,698.00 | 0.00 | 0.00 |

WRG-AUS                                               LEGALMASTER MIRC For Transactions                                              04/17/07  Page 2
                                                                     -Fees-

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | BEF | 02/12/07 | Review of 2/7 Order; e-mail re: telephonic appearance at 2/21/07 Hearing. | 0.10 | 27.50 | Li |
| WRG | LITIGATION | BEF | 02/16/07 | Review of Confirmation from Court Call for 2/21/07 Hearing. | 0.10 | 27.50 | |
| WRG | LITIGATION | BEF | 02/21/07 | Phone conference with Court Call for 2/21 Hearing. | 0.10 | 27.50 | |
| WRG | LITIGATION | BEF | 02/22/07 | Review of Amended Agenda for 2/26 Hearing. | 0.10 | 27.50 | |
| WRG | LITIGATION | BEF | 02/26/07 | Review of Agenda (.1); attendance at Omnibus Hearing (3.2); e-mail to John C. Phillips, Jr. re: Hearing (.2). | 3.50 | 962.50 | |
|  |  |  |  |  | 3.90 | 1,072.50 | |
| WRG | LITIGATION | CAH | 02/01/07 | Phone conference with R. Meade; respond to e-mail from D. Felder re: filing (.2); download and file memorandum of FCR in support of Opposition to Debtors' Motion to Expedite Motion to Modify Order re: Production of X-Rays and e-mail receipt of filing to D. Felder and R. Meade (.4). | 0.60 | 84.00 | |
| WRG | LITIGATION | CAH | 02/16/07 | Download and e-mail Pro Hac of John Ansbro to Parcels to pay at District Court; file same and e-mail to Orrick and serve. | 0.60 | 84.00 | |
|  |  |  |  |  | 1.20 | 168.00 | |
| WRG | LITIGATION | JCP | 02/01/07 | Review of Future Claimants Representative's Memo and Joinder re: Personal Injury Committee's Opposition to Debtors' Expedited X-Ray Motion (.2); e-mail from Debbie Felder circulating same; review of Notice of Appeal of Judge Buckwalter's 1/24/07 Opinion and Order (.1); review of electronic notification re: same; e-mail from counsel for Personal Injury Committee (.1); review of Order Setting Expedited Hearing on Debtors' Motion to Modify X-Ray Order (.1); review of miscellaneous pleadings (.2); review of Stipulation Resolving Claims of JP Morgan Chase; review of Motley Rice's Opposition to Debtors' Expedited Motion to Amend X-Ray Order (.1); review of Libby Claimants' Opposition to same (.1). | 0.90 | 337.50 | |
| WRG | LITIGATION | JCP | 02/02/07 | Review of Debtors' Motion for Telephonic Hearing for Expedited Consideration of Foster & Sear's Motion for Extension to Respond to Personal Injury Questionnaire; review of Debtors' Opposition to Foster & Sear's Motion; review of Future Claimants Representative's and Personal Injury Committee's Notice of Appeal; review of electronic notification of 1/22/06 transcript availability. | 0.30 | 112.50 | |
| WRG | LITIGATION | JCP | 02/03/07 | Review of Debtors' Certification of Counsel re: 2/21/07 Conference (.2); review of Debtors' Certification of Counsel re: BNSF's Proof of Claims, Stipulation re: same | 1.30 | 487.50 | |

```
WRG-AUS                                      LEGALMASTER MRC For Transactions                              04/17/07   Page 3
                                                          -Fees-
```

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 02/05/07 | Review of Property Damage Committee's Notice of Appeal of Judge Buckwalter's 1/23/07 Opinion and Order; review of Speights & Runyan's Discovery Requestes (voluminous). | 0.40 | 150.00 | |
| WRG | LITIGATION | JCP | 02/06/07 | Review of Order re: BNSF's Property Damage Claims (.2); review of Order Setting Telephonic Hearing re: Foster & Sear's Motion to Extend Time to Respond to Personal Injury Questionnaire (.2); calendar same; review of Speights & Runyan's Notice of Deposition Richard Lee (.2); review of Speights & Runyan's Discovery Requests (voluminous)(.1). | 0.70 | 262.50 | |
| WRG | LITIGATION | JCP | 02/07/07 | Review of 1/31/07 Judge Buckwalter Order continuing ZAI oral argument; memorandum to file; review of Certification of Counsel re: Supplemental Briefing Schedule. | 0.30 | 112.50 | |
| WRG | LITIGATION | JCP | 02/08/07 | Review of miscellaneous pleadings and Order; review of Order Granting Anderson Memorial's Motion to Compel Records Deposition; review of Order re: 2/21/07 Conference re: Procedures for April 2007 Property Damage Claims Hearing; review of Notice Rescheduling Ballard deposition; review of Debtors' Notice of Deposition of Claims Resolution Management Corp.; memorandum to Brian E. Farnan re: 2/21/07 Hearing. | 0.50 | 187.50 | |
| WRG | LITIGATION | JCP | 02/09/07 | Review of Notice Rescheduling Siegel Deposition(.1); review of Dies & Hile's Supplemental Expert Report of Ewing (.3); review of Certification of Counsel re: Expunging claims by Moore & Paulette(.2); review of Agreed Motion for Order Confirming Deposition Testimony is Not Within Scope of HIPPA (.1); review of Debtors' Motion for Expedited Consideration of same; review of miscellaneous pleadings (.1); review of Speights & Runyan's multiple Discovery Requests (voluminous)(.2). | 1.00 | 375.00 | |
| WRG | LITIGATION | JCP | 02/12/07 | Review of miscellaneous pleadings (voluminous)(.3); review of Debtors' Designation of Rebuttal Experts re: Lack of Hazards (.1); review of Disclosure re: Hughson (.2); review of Dr. Mort Corn's 2/9/07 Report (.2); review of Notice of Filing of Exhibit re: Dr. Lucas' Deposition Testimony (.1); review of Richard Lee's Rebuttal Report (.1). | 1.00 | 375.00 | |
| WRG | LITIGATION | JCP | 02/13/07 | Review of miscellaneous pleadings; review of Debtors' Notice to Take Dr. Pinchin's deposition; review of 2/5/07 Hearing Transcript; review of Debtors' subpoena to Celotex | 0.50 | 187.50 | |

WRG-AUS                                    LEGALMASTER MIRC For Transactions                              04/17/07  Page 4
                                                      -Fees-

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 02/14/07 | Phone conference with Judge Fitzgerald (hearing cancelled)(.1); review of miscellaneous pleadings (.1); review of Personal Injury Committee's Objection to Debtors' Agreement Motion re: Testimony of Dr. Lucas (.1); review of Order Rescheduling 1/14/07 Hearing (.1); review of Amended Notice of Deposition of Ann Burke (.1); letter from local counsel for Property Damage Committee with enclosure (.1); review of enclosure (.1); review of two electronic notifications re: Property Damage Committee's and Personal Injury Committee's appeal to Third Circuit (.1); e-mail from local counsel for Personal Injury Committee with enclosure (.1); review of Re-Notices of Rescheduled Depositions of Beber, Hughes and Siegel. Trust. | 0.90 | 337.50 | |
| WRG | LITIGATION | JCP | 02/15/07 | Review of Debtors/Appellees' Brief on Prudential Appeal (.2); review of miscellaneous pleadings (.2); e-mail from counsel for Personal Injury Committee re: David Siegel's deposition (.1); e-mail from and e-mail to Brian E. Farnan re: hearing dates (.1); letter from Third Circuit Clerk with enclosure (2x)(.2); review of enclosure re: consolidated appeals (.1). | 0.90 | 337.50 | |
| WRG | LITIGATION | JCP | 02/16/07 | Review of Agenda for 2/21/07 Hearing (.1); conference with Brian E. Farnan re: covering same (.1); review of miscellaneous pleadings and Order (.3); review of BNSF's Motion for Clarification of Preliminary Injunction (.2); e-mail from Debbie Felder with enclosure (.1); review of and execute Ansbro's Pro Hac Motion (.1); review of Appellants' Motion to Expedite Appeal on Exclusivity (.1); review of Future Claimants Representative's Status Report re: Personal Injury Estimation (.1). | 1.10 | 412.50 | |
| WRG | LITIGATION | JCP | 02/17/07 | Review of Debtors' three Pro Hac Motions; review of Entry of Appearance for Creditors' Committee. | 0.20 | 75.00 | |
| WRG | LITIGATION | JCP | 02/19/07 | Review of Amended Notice of Deposition of N&M, Inc. (.1); review of Debtors' Reply in Support of Agreed Order Confirming Dr. Lucas' Deposition Testimony Not in Violation of HIPPA (.2); review of Macerich Fresno's Motion for Summary Judgment, memo of law and proposed Order (.3); review of Certification of Counsel re: Amended Supplemental Order re: Debtors' Motion to Compel Response to Personal Injury Questionnaire (.3); review of Agenda for 2/26/07 Hearing (.1); review of Debtors' "Road Map" of Summary Judgment Motions to Expunge Property Damage Claims (.3); review of Debtors' Motion and Memorandum of law re: Disallowing 109 California Property Damage Claims (Not Debtors' Product)(.3); review of Debtors' Motion and Memorandum re: Disallowing 120 Debtors' Motion and Memorandum re: Disallowing Louisiana Property Damage Claims (SL)(.2); review of Debtors' Motion and Memorandum re: Disallowing 11 Property | 2.70 | 1,012.50 | |

WRG-AUS                                                    LEGALMASTER MIRC For Transactions                                      04/17/07   Page 5
                                                                        -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG LITIGATION | JCP | 02/20/07 | Review of Notice of Intent to Take Tim Wood's deposition; review of Certification of Counsel re: Supplemental Order re: X-Rays; review of Debtors' Reply in Support of Motion re: Dr. Lucas' Deposition; review of Debtors' Motion and Memorandum re: Disallowing 52 Libby Property Damage Claims. | 0.50 | 187.50 | |
| WRG LITIGATION | JCP | 02/21/07 | letter from local counsel for Personal Injury Committee with enclosure; review of Transcript Purchase Order; review of Entry of Appearance of counsel for Personal Injury Committee; review of Entry of Appearance of counsel for Property Damage Committee (both re: Appeal); review of Dies & Hile's Supplemental Submission of Expert Reports; review of Order rescheduling 3/6/07 oral argument; review of Certification of Counsel re:Supplemental Order re: Production of X-Rays' and proposed Order; review of Order as signed; review of Motion and Order allowing Trumbull Hospital to appear at 2/21/07 Hearing by phone. | 0.50 | 187.50 | |
| WRG LITIGATION | JCP | 02/22/07 | Review of miscellaneous pleadings and two Orders; review of Certification of Counsel re: Foster & Sear's Motion for Extension to Respond to Personal Injury Questionnaire; review of Amended Agenda for 2/26/07 Hearing. | 0.40 | 150.00 | |
| WRG LITIGATION | JCP | 02/23/07 | E-mail from local counsel for Personal Injury Committee re: postponement of Siegel deposition; review of miscellaneous pleadings and Order; review of Notice of Intent to Depose Jack Halliwell; review of 2/26/07 Hearing Transcript. | 0.50 | 187.50 | |
| WRG LITIGATION | JCP | 02/26/07 | Review of Debtors' Status Report re: Estimation of Personal Injury Claims (.2); review of three Certifications of Counsel re: Extensions to Respond to Personal Injury Questionnaire (.2); review of miscellaneous pleadings and eight Orders (.2); review of Certification of Counsel re: 20th Omnibus Objection to Claims (.1); review of Second Amended Agenda for 2/26/07 Hearing (.1). | 0.80 | 300.00 | |
| WRG LITIGATION | JCP | 02/27/07 | Review of miscellaneous pleadings (various objections to claims); review of Order Rescheduling 2/21/07 Hearing; review of Debtors' Motion for Waiver of Local Rule 3007-1 to Permit Omnibus Objection to Claims; e-mail from counsel for Equity Committee; e-mail from Brian E. Farnan re: 2/26/07 Hearing. | 0.50 | 187.50 | |
| WRG LITIGATION | JCP | 02/28/07 | Review of Notice of Intent to Take Dr. Frank's Deposition; review of Certification of Counsel re: Dr. Lucas' | 0.40 | 150.00 | |

| WRG | Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| | LITIGATION | | | Deposition Testimony; review of Debtors' Objection to Berger & Montague Claims; review of Debtors' Motion for Leave to Object to Berger & Montague's Claims. | 16.30 | 6,112.50 | |
| | | MLJ | 02/20/07 | Court conference re: Motions Hearing. | 1.00 | 275.00 | |
| | | | | | 22.40 | 7,628.00 | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

04/17/07    Page 7

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/02/07 | Draft December Fee Application for Phillips, Goldman & Spence. | 0.80 | 112.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/05/07 | Scan, file and serve December Fee Application for Phillips, Goldman & Spence. | 0.40 | 56.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/06/07 | Download and file Certificate of No Objection for Phillips, November Fee Application. | 0.30 | 42.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/07/07 | Update docket to system. | 0.10 | 14.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/07/07 | Draft 11th Quarterly Fee Application and forwrd to John C. Phillips, Jr. | 1.30 | 182.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/07/07 | Download and file November abd December Fee Applications for Towers Perrin. | 0.40 | 56.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/20/07 | Scan and file Certificate of No Objection for Austern's October and November Fee Applications and for Orrick Herringtons December Fee Application. | 0.50 | 70.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/21/07 | Download and file December Fee Application for David Austern. | 0.20 | 28.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/21/07 | Download and file Piper Jaffray's fourth Quarterly Fee Application. | 0.30 | 42.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/21/07 | Download and file fourth Quarterly Fee Application for Orrick Harrington. | 0.30 | 42.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/21/07 | Download and file 11th Quarterly Fee Application for David Austern. | 0.30 | 42.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 02/23/07 | Download and file Certificate of No Objection for Piper Jaffray's December Fee Application. | 0.20 | 28.00 | |
| | | | | | 5.10 | 714.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 02/02/07 | Review of, revise and execute Phillips, Goldman & Spence's 31st Monthly Fee Application; conference with Celeste A. Hartman re: same. | 0.30 | 112.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 02/07/07 | Review of, revise and execute Phillips, Goldman & Spence, P.A.'s 11th Quarterly Fee Application; conference with Celeste A. Hartman re: same. | 0.30 | 112.50 | |

WRG-AUS                         LEGALMASTER MIRC For Transactions                    04/17/07  Page 8
                                              -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 02/16/07 | Review of and revise prebill for January 2007. | 0.20 | 75.00 | fa |
| | | | | 0.80 | 300.00 | |
| | | | | 5.90 | 1,014.00 | |
| | | | | 28.70 | 8,698.00 | |

47 records printed.

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

04/17/07   Page 1

Sort Fields:
  Grouping code     (Paginate)
  Client code
  Actual employee code
  Transaction date  (Subtotals)

Range Fields:
  Client code      I WRG - WRG
  Invoice Number   I 67688 - 67688

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | CASE ADMINISTRATION | CAH | 02/02/07 | Merge original signatures into filed documents. | 0.30 | 42.00 | Ca |
| WRG | CASE ADMINISTRATION | CAH | 02/02/07 | Update docket to system. | 0.10 | 14.00 | |
| | | | | | 0.40 | 56.00 | |
| | | | | | 0.40 | 56.00 | |