# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

## EXPENSE RECORDS

## FOR THE TIME PERIOD
## FEBRUARY 1, 2007 THROUGH
## FEBRUARY 28, 2007

Phillips, Goldman & Spence, P.A.

April 17, 2007

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   67688

Re:  W. R. Grace & Co.
     David T. Austern


COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 02/01/07 | Federal Express | 79.60 |
| 02/01/07 | Long distance phone charges | 1.14 |
| 02/01/07 | On-line docket research | 34.40 |
| 02/01/07 | Photocopies | 60.60 |
| 02/05/07 | Postage | 2.46 |
| 02/06/07 | Facsimile | 2.00 |
| 02/16/07 | Check No.: 33325 - Parcels - document retrieval/service/copy/mail, etc. | 10.00 |
| 02/21/07 | Check No.: 33371 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 20.00 |
| 02/28/07 | Check No.: 33447 - Brian E. Farnan - parking reimbursement. | 6.00 |
| | Subtotal for COSTS only: 02/28/07 | $216.20 |