IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: W.R. GRACE & CO., et al.,<br><br>Debtors. | ) Chapter 11<br>) Case No. 01-01139 (JKF)<br>) (Jointly Administered)<br>)<br>) **Related to Dkt. Nos. 15211, 15201** |

### ORDER PERMITTING CLAIMANT STATE OF CALIFORNIA, DEPARTMENT OF GENERAL SERVICES' FACT WITNESSES DAN HOOD AND GLENN CONNOR TO TESTIFY BY TELEPHONE AT THE APRIL 23-25, 2007 HEARINGS ON PRODUCT IDENTIFICATION

Upon consideration of the Claimant State of California, Department of General Services' Motion (the "Motion"), for entry of an Order permitting fact witnesses, Dan Hood and Glenn Connor, to testify at the April 23-25, 2007 hearings on product identification by telephone; and the Court having determined that the relief requested in the Motion is in the best interests of the parties; and after adequate notice, and good cause shown therefor; it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that fact witnesses Dan Hood and Glenn Connor are permitted to testify at the April 23-25, 2007 hearings on product identification by telephone.

**Dated: 4/19/2007**
Dated: __**16:07:27**__, 2007
Wilmington, Delaware

BY THE COURT:

*Judith K. Fitzgerald*
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

rmab