IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                        )
IN RE:                                  )
                                        )   Chapter 11
W.R. GRACE & CO., et al.,               )
                                        )   Case No. 01-01139 (JKF)
Debtors.                                )   Jointly Administered
                                        )
                                        )
                                        )
_____)

CERTIFICATE OF SERVICE

I, Susan E. Kaufman, Esquire hereby certify that I caused a true and correct copy of the within ORDER STRIKING MOTION FILED AT DOCKET NO. 15107 to be sent on April 19, 2007 to those on the attached list as indicated.

HEIMAN, GOUGE & KAUFMAN, LLP

*/s/ Susan E. Kaufman*
Susan E. Kaufman (DSB # 3381)
800 King Street
Suite 303
P.O. Box 1674
Wilmington, DE 19801
(302) 658-1800
(302) 658-1473 (fax)
skaufman@hgkde.com

**Via U.S. Mail, Postage Prepaid and Facsimile**

Laura Davis Jones, Esquire
James O'Neill, Esquire
Pachulski, Stang, Ziehl, Young, Jones &
Weintraub, LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705
302-652-4400 (fax)

Theresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney, PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
302-552-4295 (fax)

Michael R. Lastowski, Esquire
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
302-657-4901 (fax)

David Klauder, Esq.
Office of the United States Trustee
844 King St., Suite 2311
Wilmington, DE 19801
302-573-6497 (fax)

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 N. Market Street, Suite 904
Wilmington, DE 19801
302-575-1714 (fax)

Marla R. Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine
800 N. King Street, Suite 300
Wilmington DE 19801
302-426-9947 (fax)

David Bernick, Esquire
Janet S. Baer, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
And Via Facsimile:
(312) 861-2200

David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044
Via Facsimile 410-531-4367

Scott L. Baena, Esq.
Bilzin Sumberg Dunn Baena Price
& Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131
Via Facsimile 305-374-7593

Peter Van N. Lockwood, Esq.
Julie W. Davis, Esq.
Nathan D. Finch, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005
Via Facsimile 202-429-3301

Elihu Inselbuch, Esq.
Rita Tobin, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Via Facsimile 212-644-6755

Lewis Kruger, Esquire
Robert Raskin, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
Via Facsimile 212-806-6606

Philip Bentley, Esq.
Gary M. Becker, Esq.
Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Via Facsimile 212-715-8000

Barbara Harding, Esq.
Kirkland & Ellis, LLP
655 Fifteenth Street, NW
Suite 1200
Washington, DC 20005-5793
Via Facsimile  202-879-5200

Richard H. Wyron, Esq.
Swidler Berlin Shereff Friedman, LLP
3000 K Street, NW
Suite 300
Washington, DC 20007
Via Facsimile 202-424-7647

John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806
302-655-4210 (fax)