**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|                                  |   |                                                               |
|----------------------------------|---|---------------------------------------------------------------|
|                                  | ) | Chapter 11                                                    |
|                                  | ) | Case No. 01-01139 (JKF)                                       |
| In re:  W.R. GRACE & CO., et al.,| ) | (Jointly Administered)                                        |
|                                  | ) |                                                               |
|                    Debtors.      | ) |                                                               |
|                                  | ) |                                                               |

**CERTIFICATE OF SERVICE REGARDING ORDER PERMITTING CLAIMANT STATE OF CALIFORNIA, DEPARTMENT OF GENERAL SERVICES' FACT WITNESSES DAN HOOD AND GLENN CONNOR TO TESTIFY BY TELEPHONE AT THE APRIL 23-25, 2007 HEARINGS ON PRODUCT IDENTIFICATION (RE: DOCKET NO. 15250)**

I, Leslie C. Heilman, do hereby certify that on April 20, 2007, I caused a true and

correct copy of the Order Permitting Claimant State Of California, Department Of General

Services' Fact Witnesses Dan Hood and Glenn Connor To Testify By Telephone At The April

23-25, 2007 Hearings On Product Identification, to be served upon the persons listed on the

attached service list(s) in the manner indicated.

Dated: Wilmington, Delaware
    April 20, 2007

BALLARD SPAHR ANDREWS & INGERSOLL, LLP

By: /s/ Leslie C. Heilman
    Leslie C. Heilman, Esq. (No. 4716)
    919 North Market Street, 12th Floor
    Wilmington, Delaware 19801
    Telephone: (302) 252-4465
    Facsimile: (302) 252-4466
    Email: heilmanl@ballardspahr.com

    Counsel for Claimant
    State of California, Dep't of General Services

**W.R. Grace & Co.,** *et al.*

## DEBTORS AND PROPERTY DAMAGE CLAIMANTS
### FACSIMILE SERVICE LIST

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski Stang Ziehl Young Jones & Weintraub
LLP
Facsimile 302-652-4400

James Restivo, Esq.
Douglas Cameron, Esq.
Traci S. Rea, Esq.
Reed Smith LLP
Facsimile 412-288-3063

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
Facsimile 302-575-1714

P. Brosnahan, Esq.
Pillsbury Winthrop LLP
Facsimile 415-983-1200

Avrum J. Rosen, Esq.
Facsimile 631-423-4536

Robert C. McCall, Esq.
Baggett McCall & Burgess
Facsimile 337-478-8946

Fred H. Sutherland, Esq.
Beard & Sutherland
Facsimile 318-676-1516

William L. Adams, Esq.
County of Sonoma Office of County Counsel
Facsimile 707-565-2624

Martin Dies, Esq.
Dies & Hile LLP
Facsimile 302-658-8051

David Bernick, P.C.
Janet Baer, Esq.
Kirkland & Ellis LLP
Facsimile 312-861-2200

Scott Baena, Esq.
Jay Sakalo, Esq.
Bilzin Sumberg Baena Price & Axelrod
Facsimile 305-374-7593

Tom Lewis, Esq.
Lewis & Slovak PC
Facsimile 406-761-5805

Anne McGinness Kearse, Esq.
Motley Rice LLC
Facsimile 843-216-9450

D. Alexander Barnes, Esq.
Obermayer Rebmann Maxwell & Hippel
Facsimile 215-665-3165
Edward J. Westbrook, Esq.
Richardson Patrick Westbrook & Brickman
Facsimile 843-216-6509

Craig T. Moran, Esq.
Riker Danzig Scherer Hyland & PC
Facsimile 973-538-1984

Richard L. Stoper, Jr., Esq.
Rotatori Bender Gragel Stoper & Alexander
Co LPA
Facsimile 216-928-1007

Daniel A. Speights, Esq.
Speights & Runyan
Facsimile 803-943-4599

Jack A. Grant, Esq.
Grant & Barrow
Facsimile 504-368-7263

Christopher D. Loizides
Loizides & Associates
Facsimile 302-654-0728

Kenneth F. Sills, Esq.
Hammonds & Sills Quad
Facsimile 225-923-0315

Steven E. Crick, Esq.
Humphrey Farrington & McClain
Facsimile 816-836-8966

Joseph Digiuseppe, Esq.
Law Department
Facsimile 215-683-5296