IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| W.R. GRACE & CO., et al. | ) Case No. 01-1139 (JKF) |
| Debtors. | ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Matthew W. Cheney of Orrick, Herrington & Sutcliffe LLP ("Orrick"), hereby withdraws his appearance as counsel to David T. Austern, in his capacity as the Future Claimants' Representative for future asbestos personal injury claimants (the "FCR") in the above-referenced bankruptcy proceedings.

**PLEASE TAKE FURTHER NOTICE** that this withdrawal of appearance applies only to the undersigned attorney and Orrick continues to represent David T. Austern, in his capacity as the FCR.

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Matthew W. Cheney
The Washington Harbour
3050 K Street, N.W.
Washington, DC 20007
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

Dated: April 20, 2007