IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & Co., et al., ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors ) | |
| ) | |

THIRTY-SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JANUARY 1, 2007 THROUGH JANUARY 31, 2007)

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC (formerly known as Capstone Corporate Recovery, LLC) |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | January 1, 2007 through January 31, 2007 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $55,703.00 ): | $ 44,562.40 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | $    166.00 |
| Total Amount Due: | $ 44,728.40 |

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, nunc pro tunc to February 4, 2004, so ordered by the Court on June 8, 2004.

The total time expended and included herein for fee applications preparation for October, November and December is 18.5 hours and corresponding compensation requested is approximately $6,178.50.

This is the Thirty-Sixth Interim Application filed by Capstone. Disclosure for the current period and prior periods is as follows:

THIRTY-SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JANUARY 1, 2007 THROUGH JANUARY 31, 2007)

## ATTACHMENT A
## TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31, 2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

THIRTY-SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JANUARY 1, 2007 THROUGH JANUARY 31, 2007)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $ 57,592.50 | $ 229.77 | $ 46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $ 84,366.50 | $ 745.91 | $ 67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $ 82,351.00 | $1,943.96 | $ 65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| | | | | |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $ 55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $ 61,782.80 |
| May 6, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $ 494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | **$272,717.50** | **$2,498.72** | **$218,174.00** |
| | | | | |
| June 3, 2005 | April 1, 2005 through April 30, 2005 | $ 87,936.00 | $ 435.16 | $ 70,348.80 |
| July 6, 2005 | May 1, 2005 through May 31, 2005 | $119,435.00 | $1,275.00 | $ 95,548.00 |
| July 15, 2005 | June 1, 2005 through June 30, 2005 | $ 89,859.00 | $542.69 | $ 71,887.20 |

THIRTY-SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JANUARY 1, 2007 THROUGH JANUARY 31, 2007)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Sixth Quarterly** | **April 1, 2005 through June 30, 2005** | $297,230.00 | $2,252.85 | $237,784.00 |
| September 19, 2005 | July 1, 2005 through July 31, 2005 | $90,014.50 | $621.03 | $72,011.60 |
| October 7, 2005 | August 1, 2005 through August 31, 2005 | $126,233.00 | $1,532.46 | $100,986.40 |
| October 31, 2005 | September 1, 2005 through September 30, 2005 | 75,983.50 | $482.03 | $60,786.80 |
| **Totals Seventh Quarterly** | **July 1, 2005 through September 30, 2005** | $292,231.00 | $2,635.52 | $233,784.80 |
| December 16, 2005 | October 1, 2005 through October 31, 2005 | 95,742.50 | $750.36 | 76,594.00 |
| December 30, 2005 | November 1, 2005 through November 30, 2005 | $118,062.00 | $1,119.74 | $94,449.60 |
| February 9, 2006 | December 1, 2005 through December 31, 2005 | $122,018.50 | $938.82 | $97,614.80 |
| **Totals Eighth Quarterly** | **October 1, 2005 through December 31, 2005** | $335,823.00 | $2,808.92 | $268,658.40 |
| March 21, 2006 | January 1, 2006 through January 31, 2006 | $85,745.00 | $631.01 | $68,596.00 |
| April 20, 2006 | February 1, 2006 through February 28, 2006 | $173,916.50 | $2,359.69 | $139,133.20 |

THIRTY-SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JANUARY 1, 2007 THROUGH JANUARY 31, 2007)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| May 9, 2006 | March 1 through March 31, 2006 | $141,040.50 | $1,017.99 | $112,832.40 |
| **Totals Ninth Quarterly** | **January 1, 2006 through March 31, 2006** | **$400,702.00** | **$4,008.69** | **$320,561.60** |
| May 23, 2006 | April 1, 2006 through April 30, 2006 | $125,055.00 | $1,929.46 | $100,044.00 |
| June 21, 2006 | May 1, 2005 Through May 31, 2006 | $146,396.50 | $965.43 | $117,117.20 |
| July 20, 2006 | June 1, 2006 Through June 30, 2006 | $140,368.50 | $1,263.86 | $140,368.50 |
| **Totals Tenth Quarterly** | **April 1, 2006 through June 30, 2006** | **$411,820.00** | **$4,158.75** | **$329,456.00** |
|  | Adjustment for July photocopies |  | $(6.55) |  |
| August 25, 2006 | July 1, 2006 through July 31, 2006 | $102,449.00 | $566.51 | $ 81,959.20 |
| October 2, 2006 | August 1, 2006 Through August 31, 2006 | $111,154.00 | $505.01 | $88,923.20 |
| November 13, 2006 | September 1, 2006 through September 30, 2006 | $75,103.50 | $633.57 | $ 60,082.80 |
| **Totals Eleventh Quarterly** | **July 1, 2006 through September 30, 2006** | **$288,706.50** | **$1,698.54** | **$230,965.20** |
| December 20, 2006 | October 1, 2006 Through October 31, 2006 | $63,155.50 | $206.40 | $50,524.40 |
| January 22, 2007 | November 1, 2006 Through November 30, 2006 | $98,985.50 | $809.09 | $79,997.49 |

THIRTY-SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JANUARY 1, 2007 THROUGH JANUARY 31, 2007)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| March 20, 2007 | December 1, 2006 Through December 31, 2006 | $59,630.50 | $ 381.70 | $47,704.40 |
| **Totals Twelfth Quarterly** | **October 1, 2006 through December 31, 2006** | **$221,771.50** | **$1,397.19** | **$177,417.20** |
| April 13, 2007 | January 1, 2007 through January 31, 2007 | $55,703.00 | $ 166.00 | $44,562.40 |

THIRTY-SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JANUARY 1, 2007 THROUGH JANUARY 31, 2007)

## ATTACHMENT B
## TO FEE APPLICATION

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Time Description by Task Code
4. Expense Detail

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Professional
## For the Period 1/1/07 through 1/31/07

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $595 | 14.50 | $8,627.50 |
| S. Cunningham | Member | $595 | 15.30 | $9,103.50 |
| R. Frezza | Consultant | $485 | 22.70 | $11,009.50 |
| J. Dolan | Consultant | $375 | 71.10 | $26,662.50 |
| N. Backer | Paraprofessional | $100 | 3.00 | $300.00 |
| **For the Period 1/1/07 through 1/31/07** | | | **126.60** | **$55,703.00** |

Capstone Advisory Group, LLC
Invoice for the January Fee Application

Page 1 of 1

# W.R. Grace & Co.
Capstone Advisory Group, LLC
Summary of Fees by Task Code
For the Period 1/1/07 through 1/31/07

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions/Divestitures | During the Fee Application period, the Applicant prepared numerous detailed analyses regarding a divestiture including a review of Debtors' presentation materials and a multi-year financial model, and prepared a comprehensive report to the Committee. | 23.40 | $10,062.00 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various detailed analyses regarding interest on claims and distributable value scenarios, as well as cost of rights offering. | 7.30 | $3,892.50 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed case issues including the PI/PD proposal, interest accruals, pension and acquisitions/divestitures with counsel and Committee members. | 10.80 | $4,611.00 |
| 05. Employee Matters/KERP/Other | During the Fee Application period, the Applicant Prepared numerous detailed analyses regarding pension Funding request, impact of pension alternatives, and Historic pension funding. | 58.10 | $27,276.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the October, November and December Fee Statements. | 18.50 | $6,178.50 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding November results by comparing sales, EBIT, and gross margin to Plan and prior year, as well as a review of industry reports. | 4.70 | $2,202.50 |
| 26. Meetings with Debtors/Advisors | During the Fee Application Period, the Applicant prepared for and participated in discussions regarding pension funding and divestitures. | 3.80 | $1,480.00 |
| **For the Period 1/1/07 through 1/31/07** | | **126.60** | **$55,703.00** |

# W.R. Grace & Co.
Capstone Advisory Group, LLC
Detailed Time Description by Task Code
For the Period 1/1/07 through 1/31/07

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 01. Acquisitions/Divestitures | | | |
| 1/2/2007 | J. Dolan | 0.70 | Prepared an updated list of follow-up items related to Project Gemini in anticipation of status update call with Blackstone and the Debtor. |
| 1/2/2007 | R. Frezza | 1.50 | Prepared for and participated in update call with Blackstone and Company regarding follow-up questions on Project Gemini; began preparation of report to Committee to inform on findings. |
| 1/4/2007 | J. Dolan | 4.70 | Prepared a background and update report related to the divestiture, Project Gemini, to the Committee. |
| 1/5/2007 | S. Cunningham | 1.20 | Reviewed status of project Gemini and project Spaghetti. |
| 1/5/2007 | E. Ordway | 0.90 | Analyzed comparable transactions relative to Project Gemini. |
| 1/5/2007 | E. Ordway | 0.70 | Directed staff in preparation of report to the Committee regarding Project Gemini. |
| 1/5/2007 | J. Dolan | 1.60 | Continued preparation of the Project Gemini report to the Committee. |
| 1/8/2007 | J. Dolan | 4.50 | Prepared report to the Committee regarding the Debtor's proposed divestiture, Project Gemini and the impact on the Company. |
| 1/9/2007 | R. Frezza | 0.60 | Prepared/edited Project Gemini report to the Committee. |
| 1/11/2007 | S. Cunningham | 1.40 | Reviewed status of Project Gemini and Project Spaghetti versus original timeline. |
| 1/22/2007 | J. Dolan | 1.00 | Continued preparation of the Project Gemini report to the Committee. |
| 1/25/2007 | J. Dolan | 1.40 | Discussed Project Gemini divestiture report to the Committee with Counsel. Received comments and prepared additional information request to Debtors. |
| 1/30/2007 | E. Ordway | 0.60 | Reviewed/edited follow-up list/work plan for Project Gemini prepared by staff. |
| 1/30/2007 | J. Dolan | 2.60 | Updated report to Committee based on additional information received from management related to Project Gemini. |
| Subtotal | | 23.40 | |

03. Claims Analysis & Valuation

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/8/2007 | E. Ordway | 0.40 | Conference call with Committee member to discuss various scenarios for computing interest claim. |
| 1/9/2007 | R. Frezza | 1.30 | Updated interest and value scenarios analysis at request of counsel. |
| 1/10/2007 | E. Ordway | 0.80 | Updated analyses regarding interest accrued on creditor claims. |
| 1/11/2007 | J. Dolan | 1.40 | Review of updated distributable value and interest scenarios analyses and report to Counsel. |
| 1/12/2007 | E. Ordway | 0.90 | Continued to update analyses regarding accrued interest on creditor claims. |
| 1/18/2007 | E. Ordway | 0.50 | Reviewed cost of rights offerings in recent cases to determine cost/impact under a Grace scenario. |
| 1/18/2007 | E. Ordway | 1.60 | Prepared alternative plan scenario analysis which provided for a rights offering. |
| 1/24/2007 | E. Ordway | 0.40 | Continued to analyze a rights offering alternative. |
| Subtotal |  | 7.30 |  |

04. Creditor Committee Matters

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/2/2007 | J. Dolan | 1.10 | Read and analyzed recent docket submissions. |
| 1/4/2007 | J. Dolan | 1.00 | Read and analyzed Committee Memo prepared by Counsel. |
| 1/4/2007 | E. Ordway | 0.70 | Read and analyzed correspondence from Committee member regarding plan matters. |
| 1/9/2007 | R. Frezza | 0.80 | Held update call with counsel to discuss latest events/information on case. |
| 1/11/2007 | R. Frezza | 0.80 | Prepared for and participated in update call with committee. |
| 1/16/2007 | J. Dolan | 1.20 | Read and analyzed recent docket submissions. |
| 1/18/2007 | R. Frezza | 1.20 | Held update call with counsel regarding various case matters. |
| 1/18/2007 | R. Frezza | 0.50 | Prepared revised interest analysis and discussed with counsel. |
| 1/18/2007 | J. Dolan | 1.10 | Discussed the pension funding report and Capstone's observations with Counsel. |
| 1/25/2007 | J. Dolan | 1.50 | Reviewed and analyzed recent U.S. bankruptcy court docket items. |
| 1/29/2007 | J. Dolan | 0.70 | Reviewed and analyzed recent docket items. |
| 1/30/2007 | E. Ordway | 0.20 | Called Committee member to discuss implications of current market/trading in Debtor securities. |

**Capstone Advisory Group, LLC**
**Invoice for the January Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| | | | |
| Subtotal | | 10.80 | |
| 05. Employee Matters/KERP/Other | | | |
| 1/17/2007 | E. Ordway | 1.80 | Analyzed after tax cash flow impact of alternative methods of funding pension obligations. |
| 1/17/2007 | J. Dolan | 3.50 | Prepared analyses and a report to the Committee related to the Pension Funding Request motion. |
| 1/17/2007 | R. Frezza | 1.80 | Reviewed draft motion requesting approval of pension payments. Prepared questions list and set up call with Blackstone to discuss. |
| 1/17/2007 | J. Dolan | 2.40 | Reviewed and analyzed draft motion related to the Debtors' Request for Funding the 1st installment of 2007, as well as previous motions. |
| 1/18/2007 | J. Dolan | 2.50 | Prepared information request and reviewed and analyzed responses to those requests received from the Debtor. |
| 1/18/2007 | R. Frezza | 2.40 | Analyzed pension data provided by Blackstone in order to prepare report to Committee. |
| 1/18/2007 | J. Dolan | 2.70 | Prepared analyses and report to the Committee based on information obtained from the Debtor related to its pension funding request. |
| 1/19/2007 | J. Dolan | 1.80 | Prepared for and participated in conference call with Blackstone and Debtors to discuss Capstone's information request related to the Pension Funding Motion. |
| 1/19/2007 | S. Cunningham | 2.10 | Reviewed historical pension funding and current projections relating thereto. |
| 1/19/2007 | R. Frezza | 2.80 | Prepared/reviewed first draft of report to committee regarding pension motion. |
| 1/19/2007 | J. Dolan | 1.50 | Updated pension funding report to the Committee based on additional information received from the Debtor. |
| 1/22/2007 | J. Dolan | 1.40 | Revised pension funding report to incorporate changes from team members. |
| 1/23/2007 | J. Dolan | 2.70 | Preparation of analyses and report to the Committee related to filed pension motion by the Debtors. |
| 1/24/2007 | S. Cunningham | 2.50 | Reviewed historical pension funding and current projections relating thereto. |
| 1/24/2007 | R. Frezza | 2.30 | Prepared final draft of report to committee regarding pension motion. |
| 1/25/2007 | E. Ordway | 1.40 | Researched accounting rules regarding pension funding requirements and disclosure. |
| 1/25/2007 | J. Dolan | 2.60 | Discussed pension motion report to the Committee with Counsel. Received comments and incorporated into a revised report to the Committee. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/25/2007 | R. Frezza | 2.70 | Reviewed pension motion with counsel, discussed changes and finalized. |
| 1/29/2007 | S. Cunningham | 2.50 | Reviewed Watson Wyatt Pension update and funding requirements. |
| 1/29/2007 | J. Dolan | 2.30 | Reviewed and analyzed the updated Watson Wyatt pension report indicating the cash impact of years 2008 and 2009. Prepared questions for discussion with management. |
| 1/29/2007 | J. Dolan | 1.50 | Made final revisions to report to the Committee regarding the pension funding motion recently filed. |
| 1/29/2007 | R. Frezza | 1.10 | Reviewed 2008/2009 Cash Impact of Pension Alternatives. Discussed internally regarding potential suggestions. |
| 1/29/2007 | E. Ordway | 1.30 | Analyzed cash flow and liquidity impact of proposed changes to pension funding arrangements. |
| 1/30/2007 | R. Frezza | 0.70 | Revised previously prepared report and set up call with Company to discuss further details. |
| 1/30/2007 | J. Dolan | 0.50 | Coordination of conference call to discuss Watson Wyatt pension analysis. |
| 1/30/2007 | S. Cunningham | 3.00 | Reviewed and edited Pension update report to Committee. |
| 1/30/2007 | R. Frezza | 1.70 | Initial discussions held with Blackstone on Pension Alternatives. |
| 1/31/2007 | S. Cunningham | 2.60 | Reviewed and edited Pension update report to Committee. |
| Subtotal | | 58.10 | |

07. Fee Applications & Invoices

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/3/2007 | J. Dolan | 1.50 | Prepared and finalized October fee application. |
| 1/8/2007 | J. Dolan | 2.20 | Preparation of November fee application. |
| 1/9/2007 | J. Dolan | 1.00 | Review of final October fee application filed. |
| 1/12/2007 | J. Dolan | 0.50 | Preparation of November fee application. |
| 1/15/2007 | E. Ordway | 0.30 | Prepared/edited fee application. |
| 1/15/2007 | N. Backer | 1.00 | Prepared November Fee application. |
| 1/15/2007 | J. Dolan | 0.80 | Preparation of December fee application |
| 1/15/2007 | J. Dolan | 0.70 | Preparation of November fee application. |
| 1/16/2007 | J. Dolan | 0.70 | Reconciliation of outstanding receivables. |

**Capstone Advisory Group, LLC**
**Invoice for the January Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/16/2007 | N. Backer | 2.00 | Prepared November Fee application. |
| 1/22/2007 | J. Dolan | 1.50 | Finalized fee application for November. |
| 1/22/2007 | J. Dolan | 1.30 | Preparation of December fee application. |
| 1/23/2007 | J. Dolan | 1.70 | Prepared fee application for December. |
| 1/24/2007 | J. Dolan | 1.30 | Reconciled outstanding receivables to invoices. |
| 1/30/2007 | J. Dolan | 2.00 | Reconciliation of outstanding invoices to CNO's filed. |
| Subtotal |  | 18.50 |  |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/2/2007 | E. Ordway | 0.70 | Read and analyzed November operating report from Debtors and summarized items for staff to further investigate. |
| 1/2/2007 | J. Dolan | 2.70 | Review and analyzed November monthly operating and financial report package. |
| 1/5/2007 | E. Ordway | 1.30 | Continued reading and analyzing November operating report from Debtors and summarized items for staff to further investigate. |
| Subtotal |  | 4.70 |  |

26. Meetings with Debtors/Advisors

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 1/3/2007 | J. Dolan | 1.50 | Prepared for and participated in conference call with Blackstone and the Company to obtain an update on the sales process related to Project Gemini. |
| 1/18/2007 | R. Frezza | 0.50 | Held conference call with Blackstone and company to discuss Draft Pension motion. |
| 1/30/2007 | J. Dolan | 1.80 | Prepared for and participated in call with management and Blackstone related to Project Gemini sales update. |
| Subtotal |  | 3.80 |  |
| **Total Hours** |  | **126.60** |  |

**Capstone Advisory Group, LLC**  
**Invoice for the January Fee Application**

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 1/1/07 through 1/31/07

| Date | Professional | Detail | Amount |
|---|---|---|---|
| **Copies** | | | |
| 1/31/2007 | Capstone Expenses | January Copies - 72 @ .10 ea | $7.20 |
| Subtotal - Copies | | | $7.20 |
| **Research** | | | |
| 1/31/2007 | Capstone Expenses | January Pacer invoice | $6.62 |
| Subtotal - Research | | | $6.62 |
| **Scans** | | | |
| 1/31/2007 | Capstone Expenses | January Scans - 11 @$1.00 ea | $11.00 |
| Subtotal - Scans | | | $11.00 |
| **Telecom Charges** | | | |
| 1/31/2007 | Capstone Expenses | January telephone - Saddle Brook office | $141.18 |
| Subtotal - Telecom Charges | | | $141.18 |
| **For the Period 1/1/07 through 1/31/07** | | | $166.00 |