ORIGINAL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2007 APR 19  AM 10: 50

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Richard Levy, Jr., Esquire as co-counsel to Dies & Hile, LLP in the representation of the asbestos property damage claimants listed in Schedule A (attached hereto as Exhibit 1) in the above-captioned matter.

DATED: April 18, 2007

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:  (302) 654-0248
Facsimile:   (302) 654-0728
E-mail:       loizides@loizides.com

070417115657.DOC

15227
4/18/07

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, I am admitted, practicing and in good standing as a member (in active status) of the Bar of the State of New York, that I am a member (in inactive status) of the Bar of the District of Columbia, and that I am a member in good standing (in active status) of the bars of the United States Courts of Appeals for the Second, Eleventh and District of Columbia Circuits, the United States District Courts for the Southern, Eastern and Northern Districts of New York, the District of Columbia, and the Eastern District of Michigan, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this case. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Dated: April 17, 2007

Richard Levy, Jr.
PRYOR CASHMAN LLP
410 Park Avenue
New York, NY 10022
Telephone:   (212) 421-4100
Facsimile:   (212) 326-0806

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

DATE: April 23, 2007

The Honorable Judith K. Fitzgerald
United States Bankruptcy Court Judge

# EXHIBIT 1

## SCHEDULE A

CITY OF AMARILLO, TEXAS
CITY OF HOUSTON, TEXAS
CITY OF PHOENIX, ARIZONA
CITY OF TUCSON, ARIZONA
COLEMAN HOUSING AUTHORITY
COUNTY OF ORANGE
EL PASO CORPORATION
EL PASO COUNTY, TEXAS
HARLINGEN HOUSING AUTHORITY
COOK COUNTY, ILLINOIS
MARICOPA COUNTY, ARIZONA
OREGON - CITY OF EUGENE
OREGON - EASTERN OREGON UNIVERSITY
OREGON - HEALTH & SCIENCE UNIVERSITY
OREGON - OREGON STATE UNIVERSITY
OREGON - PORTLAND STATE UNIVERSITY
OREGON - SOUTHERN OREGON UNIVERSITY
OREGON - UNIVERSITY OF OREGON
OREGON - WESTERN OREGON UNIVERSITY
SABINE RIVER AUTHORITY OF TEXAS
STATE OF ARIZONA
STATE OF ARKANSAS
STATE OF CONNECTICUT
STATE OF OKLAHOMA
ACADIA PARISH SCHOOL BOARD
BROTHER MARTIN HIGH SCHOOL
CADDO PARISH SCHOOL BOARD
CALCASIEU PARISH SCHOOL BOARD
CONGREGATION OF IMMACULATE CONCEPTION CHURCH
CONGREGATION OF ST DOMINIC CATHOLIC CHURCH
CONGREGATION OF ST LOUISE DE MARILLAC CHURCH
CONGREGATION ST FRANCIS ASSISI CHURCH
CONGREGATION ST FRANCIS XAVIER CABRINI CHURCH
CONGREGATION ST JOAN ARC CHURCH LAPACE LA
CONGREGATION ST MARY MAGDALEN CATHOLIC CHURCH
CONGREGATION ST PHILIP NERI CATHOLIC CHURCH
CONGREGATION ST PIUS X ROMAN CATHOLIC CHURCH
CONGREGATION ST RAYMOND ROMAN CATHOLIC CHURCH
CONGREGATION ST RITA ROMAN CATHOLIC CHURCH
EAST BATON ROUGE PARISH SCHOOL BOARD
JEFFERSON DAVIS PARISH SCHOOL BOARD
JEFFERSON PARISH SCHOOL BOARD
LAFAYETTE PARISH SCHOOL BOARD
LAFOURCHE PARISH SCHOOL BOARD
LASALLE PARISH SCHOOL BOARD
MOUNT CARMEL ACADEMY OF NEW ORLEANS, LA
NACHITOCHES PARISH SCHOOL BOARD
ROMAN CATHOLIC CHURCH ARCHDIOCESE NEW ORLEANS
ST MARY'S ACADEMY OF THE HOLY FAMILY
ST. MARTIN PARISH SCHOOL BOARD
600 CORPORATION
BNC FORUM LP