## CERTIFICATE OF SERVICE

I, Theodore J. Tacconelli, Esquire, hereby certify that on this 23rd day of April, 2007, I caused one copy of the foregoing **Objection of Official Committee of Asbestos Property Damage Claimants to Debtors' Emergency Motion for an Order Concerning the Amendment or Supplementation of Asbestos Property Damage Claims** to be served upon the parties on the attached list in the manner indicated therein.

SEE ATTACHED SERVICE LIST

Upon penalty of perjury I declare that the foregoing is true and correct.

/s/Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)

## SERVICE LIST

**By Hand Delivery**

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski, Stang, Ziehl,
  Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

Vito I. DiMaio
Parcels, Inc.
10th and King Streets
Wilmington, DE 19801

Michael R. Lastowski, Esq.
Richard W. Riley, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE 19899

Marla Rosoff Eskin, Esq.
Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 King St., Suite 300
Wilmington, DE 19801

Mark D. Collins, Esq.
Deborah E. Spivack, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899

David M. Klauder, Esq.
Office of the U.S. Trustee
844 King Street, Room 2311
Wilmington, DE 19801

Teresa K. D. Currier, Esq.
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801

**By Hand Delivery and E-Mail**

Christopher D. Loizides, Esq.
Loizides & Associates
Legal Arts Building
1225 King Street, Suite 800
Wilmington, DE 19801
loizides@loizides.com

Laurie S. Polleck, Esq.
Jaspan Schlesinger Hoffman LLP
913 Market Street, 12th Floor
Wilmington, DE 19801
lpolleck@jshllp-de.com

Tobey M. Daluz, Esq.
Leslie C. Heilman, Esq.
Ballard Spahr Andrews
 & Ingersoll, LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801
daluzt@ballardspahr.com
heilmanl@ballardspahr.com

**By First-Class U.S. Mail**

David M. Bernick, Esq.
Janet S. Baer, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Mark Shelnitz
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Lewis Kruger, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Elihu Inselbuch, Esq.
Rita Tobin, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Philip Bentley, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Peter Van N. Lockwood, Esq.
Julie W. Davis, Esq.
Trevor W. Swett, III, Esq.
Nathan D. Finch, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

William S. Katchen, Esq.
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ 07102-3889

J. Douglas Bacon, Esq.
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Roger Frankel, Esq.
Richard H. Wyron, Esq.
The Washington Harbour
Orrick, Herrington & Sutcliffe LLP
3050 K Street, N.W., Suite 200
Washington, D.C. 20007-5135

John C. Phillips, Jr., Esq.
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Avrum J. Rosen, Esq.
38 New Street
Huntington, NY 11743

William L. Adams, Esq.
County of Sonoma
Office of County Counsel
575 Administration Dr., Rm. 105a
Santa Rosa, CA 95403

Steven E. Crick, Esq.
Humphrey Farrington & McClain
221 W. Lexington, Suite 400
Independence, MO 64051

Joseph Digiuseppe, Esq.
Law Department
City of Philadelphia
One Parkway
1515 Arch St., 15th Flr.
Philadelphia, PA 19102

William R. Wittenberg
6110 Panoramo Dr. NE
Tacoma, WA 98422

John Michael Belferman
21600 Beallsville Road
Barnseville, MD 20838

Jamie Guevara Shartzer
24172 Zorro Ct.
Hayward, CA 94541

Woodbury Place Apartments LTD
3942 Pleasure Hill
San Antonio, TX 78229

Ronald Alan Skarie
7623 W. Ryan Road
Franklin, WI 53132

Kenneth D. Smith
1711 Milton Manor Dr.
El Cajon, CA 92021

First Presbyterian Church
516 12th Street
Dawson, MN 56232
Clifford M. Spingler
1233 NW 199th Pl.
Shoreline, WA 98177

Virginia L. Thrasher
3460 Pheasant Court
Decatur, GA 30034

Fanette L. Strewart
621 East 40th Avenue
Spokane, WA 99203

Allegheny Center Associates
One and Two Allegheny Center
Pittsburgh, PA 15212

Dale M. Johnson
4974 N. Fresno St., Suite 526
Fresno, CA 93726

Steven Davis, Esquire
Obermayer, Rebmann Maxwell
 & Hippel, LLP
3 Mill Road, Suite 306A
Wilmington, DE 19806

Edward J. Westbrook, Esq.
richardson Patrick Westbrook &
Brickman LLC
1037 Chuck Dawley Blvd., Bldg. A
Mount Pleasant, SC 29464

Tom Lewis, Esq.
Lewis, Slovak & Kovacich, P.C.
725 Third Avenue North
P.O. Box 2325
Great Falls, MT 59403

Robert C. McCall, Esq.
Baggett McCall & Burgess
3006 Country Club Road
P.O. Drawer 7820
Lake Charles, LA 70606-7820

**By First-Class U.S. Mail and E-Mail**

Steven Mandelsberg, Esq.
Christina J. Kang, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
smandelsberg@hahnhessen.com
ckang@hahnhessen.com

Anne McGinness Kearse, Esq.
Motley Rice LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29465
akearse@motleyrice.com

Fred H. Sutherland, Esq.
Sutherland Law
400 Travis Street
Suite 1610
Shreveport, LA 71101
sutherlandlaw@bellsouth.net

D. Alexander Barnes, Esq.
Obermayer, Rebmann Maxwell
 & Hippel, LLP
One Penn Center, Suite 1900
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103
alexander.barnes@obermayer.com

Martin Dies, Esq.
Dies & Hile, LLP
1601 Rio Grande, Suite 330
Austin, TX 78701
mwdies@aol.com

Jack A. Grant, Esq.
Grant & Barrow
238 Huey P Long Avenue
Gretna, LA 70053
jgrant@grantbarrow.com

Kenneth F. Sills, Esq.
Hammonds & Sills
1111 S Foster Dr
Baton Rouge, LA 70806
ksills@hamsil.com

Scott L. Baena, Esq.
Bilzin Sumberg Baena
 Price & Axelrod LLP
Wachovia Financial Center
200 South Biscayne Blvd, Ste. 2500
Miami, FL 33131
sbaena@bilzin.com

Daniel A. Speights, Esq.
Alan Runyan, Esq.
Bud Fairey, Esq.
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924
dspeights@speightsrunyan.com
arunyan@speightsrunyan.com
bfairey@speightsrunyan.com

Richard A. Bordelon, Esq.
Denechaud and Denechaud LLP
1010 Common Street, Suite 3010
New Orleans, LA 70112
rablaw@bellsouth.net

Richard L. Stoper, Jr., Esq.
Cara L. Santosuosso, Esq.
Rotatori Bender Gragel Stoper
 & Alexander Co. LPA
800 Leader Building
526 Superior Avenue East
Cleveland, OH 44114-1498
rstoper@rotatori.com
Csantosuosso@Rotatori.com

Gerald F. George, Esq.
P. Brosnahan, Esq.
Pillsbury Winthrop
 Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105-2228
gerald.george@pillsburylaw.com

Joseph L. Schwartz, Esq.
Craig T. Moran, Esq.
Curtis M. Plaza, Esq.
Riker Danzig Scherer
 Hyland & Perretti LLP
Headquarters Plaza
One Speedwell Ave.
Morristown, NJ 07962-1981
jschwartz@riker.com
cmoran@riker.com
cplaza@riker.com

Terence D. Edwards, Esq.
The Brandi Law Firm
44 Montgomery Street
Suite 1050
San Francisco, CA 94104
tde@brandilaw.com