IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>Jointly Administered |

**JOINDER OF THE PRUDENTIAL INSURANCE COMPANY OF AMERICA TO OBJECTION OF THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS TO DEBTORS' EMERGENCY MOTION FOR AN ORDER CONCERNING THE AMENDMENT OR SUPPLEMENTATION OF ASBESTOS PD CLAIMS**

The Prudential Insurance Company of America ("Prudential"), by and through its undersigned co-counsel, Jaspan Schlesinger Hoffman LLP and Riker, Danzig, Scherer, Hyland & Perretti LLP, by way of this Response to Debtors' Emergency Motion for an Order Concerning the Amendment or Supplementation of Asbestos PD Claims (the "Motion"), hereby states as follows:

**Background**

1.  As represented to the Court, the Debtors and Prudential have reached an agreement in principle, pending final documentation, with respect to Prudential's asbestos property damage claims against the Debtors ("Prudential's Claims"). Additionally, as represented to the Court, in connection with the foregoing agreement, the parties have agreed to essentially stay any and all litigation related to Prudential's Claims pending the Court's consideration of a motion to approve the settlement between the Debtors and Prudential.

2.  The Debtors' Motion principally addresses issues of documentation related to claims for which active litigation is currently ongoing, "on the eve of oral argument." (See Motion at 1.) The Motion seeks to limit the ability of such claimants to amend their claims freely, as they would be able to do in ordinary bankruptcy practice.

### RESPONSE

3.  Given that Prudential and the Debtors have agreed to defer litigation related to Prudential's Claims pending documentation and approval of a settlement agreement, the Motion should not in any way affect Prudential's Claims. In the unlikely event of the resumption of litigation with respect to Prudential's Claims, the parties will need to confer about further discovery and fact and witness designations. Prudential respectfully submits that any such potential discussion, or the materials or evidence that the parties may produce or rely upon at any trial relating to the Prudential Claims, should not be in any way affected by the Motion or any order entered in connection therewith.

[remainder of page intentionally left blank]

## CONCLUSION

**WHEREFORE**, for the reasons stated above, Prudential respectfully requests that, absent an express provision to the contrary, any relief granted on account of the Motion be subject to the foregoing.

Dated: Wilmington, Delaware
April 23, 2007

*Laurie Schenker-Polleck, Esq.*
Laurie Schenker-Polleck, Esq. (No. 4300)
JASPAN SCHLESINGER HOFFMAN LLP
913 North Market Street, 12th Floor
Wilmington, DE  19801
(302) 351-8000

- and -

Joseph L. Schwartz, Esq.
RIKER, DANZIG, SCHERER, HYLAND
   & PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
P.O. Box 1981
Morristown, New Jersey 07962-1981
(973) 538-0800

Co-counsel for The Prudential Insurance Company of America