IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Laurie Schenker-Polleck, hereby certify that on this 23rd day of April 2007, I caused to be served one copy of *Joinder of the Prudential Insurance Company of America to Objection of The Official Committee of Asbestos Property Damage Claimants to Debtors' Emergency Motion for an Order Concerning the Amendment or Supplementation of Asbestos PD Claims*, upon the parties listed below, in the manner indicated:

**Hand Delivery**
Laura Davis Jones, Esq.
James E. O'Neill, Esq.
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**First Class Mail**
David M. Bernick, Esq.
Janet S. Baer, Esq.
Lisa Esayian, Esq.
Samuel Blatnick, Esq.
200 East Randolph Drive
Chicago, Illinois 60601

**Hand Delivery**
Lisa L. Coggins, Esq.
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, De 19899

Dated:  April 23, 2007

*/s/ Laurie Schenker-Polleck*
Laurie Schenker-Polleck (DE Bar No. 4300)

Jaspan Schlesinger Hoffman LLP
913 North Market Street, 12th Floor
Wilmington, DE  19801
Telephone: (302) 351-8000
Facsimile: (302) 351-8010
Delaware Counsel to The Prudential
Insurance Company of America