**Attachment B**
**To Fee Application**

**Summary of PwC's Fees By Professional**
**January 2007**

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended January 31, 2007

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $655.59 | 63.2 | $ 41,433.29 |
| John E Newstead | Audit Partner | 10+ | Integrated Audit | $585.48 | 12.2 | $ 7,142.86 |
| Robert Keehan | Audit Partner | 18 | Integrated Audit | $655.59 | 1.0 | $ 655.59 |
| George B. Baccash | Tax Partner | 30 | Integrated Audit | $556.50 | 14.0 | $ 7,791.00 |
| Bonnie Shub-Gayer | Director | 17 | Integrated Audit | $393.75 | 22.1 | $ 8,701.88 |
| Jennifer A James | Director | 15 | Integrated Audit | $590.40 | 18.0 | $ 10,627.20 |
| Lisa  Slotznick | Director | 26 | Integrated Audit | $551.04 | 3.3 | $ 1,818.43 |
| Patrick Devlin | Director | 18 | Integrated Audit | $551.04 | 0.9 | $ 495.94 |
| Thomas Kalinosky | Director | 25+ | Integrated Audit | $467.40 | 14.5 | $ 6,777.30 |
| Douglas Parker | Audit Senior Manager | 11 | Integrated Audit | $376.38 | 136.5 | $ 51,375.87 |
| Marvin de Guzman | Audit Manager | 4 | Integrated Audit | $285.36 | 85.0 | $ 24,255.60 |
| Sandra David | Audit Manager | 10+ | Integrated Audit | $285.36 | 65.0 | $ 18,548.40 |
| Josef Van Wyk | Audit Manager | 11 | Integrated Audit | $273.06 | 10.0 | $ 2,730.60 |
| Daniel Spratt | Tax Manager | 5 | Integrated Audit | $267.75 | 39.5 | $ 10,576.13 |
| Pamela Reinhardt | Audit Senior Associate | 3 | Integrated Audit | $207.87 | 188.0 | $ 39,079.56 |
| Maria Afuang | Audit Senior Associate | 4 | Integrated Audit | $207.87 | 181.9 | $ 37,811.55 |
| Cindy Y Chen | Audit Senior Associate | 2 | Integrated Audit | $201.72 | | $ 2,118.06 |

(02411)

| Name | Title | | | | 10.5 | |
|---|---|---|---|---|---|---|
| Michael McDonnell | Audit Senior Associate | 3 | Integrated Audit | $195.57 | 85.2 | $ 16,662.56 |
| Christopher W Park | Audit Senior Associate | 2 | Integrated Audit | $183.27 | 160.7 | $ 29,451.49 |
| Keith Palmer | Audit Senior Associate | 5 | Integrated Audit | $273.06 | 12.0 | $ 3,276.72 |
| Lyndsay B Signori | Audit Senior Associate | 2 | Integrated Audit | $183.27 | 137.5 | $ 25,199.63 |
| Martin Burkard | Audit Senior Associate | 4 | Integrated Audit | $201.70 | 0.2 | $ 40.34 |
| Craig T. Chu | Audit Senior Associate | 2 | Integrated Audit | $276.75 | 16.1 | $ 4,455.68 |
| Melissa Holt | Audit Senior Associate | 9 | Integrated Audit | $285.36 | 2.3 | $ 656.33 |
| Mohamed Yasin | Audit Senior Associate | 2 | Integrated Audit | $189.00 | 65.0 | $ 12,285.00 |
| Erica Margolius | Audit Associate | 1 | Integrated Audit | $145.14 | 150.2 | $ 21,800.03 |
| Lynda Keorlet | Audit Associate | 1 | Integrated Audit | $132.84 | 181.7 | $ 24,137.03 |
| Nicole Heisler | Audit Associate | 1 | Integrated Audit | $140.22 | 49.5 | $ 6,940.89 |
| Adam Lueck | Audit Associate | <1 | Integrated Audit | $111.93 | 194.7 | $ 21,792.77 |
| Karen Geung | Audit Associate | 1 | Integrated Audit | $132.84 | 118.6 | $ 15,754.82 |
| Todd Chesla | Audit Associate | <1 | Integrated Audit | $141.75 | 1.0 | $ 141.75 |
| Timothy Mitchell | Audit Associate | <1 | Integrated Audit | $215.25 | 9.0 | $ 1,937.25 |
| Cara Blackaby | Audit Associate | <1 | Integrated Audit | $111.93 | 16.0 | $ 1,790.88 |
| Colleen Sheehan | Audit Associate | <1 | Integrated Audit | $190.65 | 7.4 | $ 1,410.81 |
| Joshua Moniz | Audit Associate | <1 | Integrated Audit | $111.93 | 75.1 | $ 8,405.94 |
| Michelle Camara | Intern | <1 | Integrated Audit | $105.00 | 9.0 | $ 945.00 |
| TOTAL | | | | | 2,156.8 | $ 469,024.16 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

$ 1,193.16

Totals    9.9

{02411}

## Summary of PwC's Fees By Project Category:
### January 2007

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 9.9 | $1,193.16 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |

(02411)

| | | |
|---|---|---|
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | $469,024.16 |
| 25-Accounting/Auditing | 2156.8 | |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 2166.7 | $470,217.32 |

**Expense Summary**
**January 2007**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $2,203.65 |
| Lodging | N/A | $444.86 |
| Sundry | N/A | $110.70 |
| Business Meals | N/A | $1,876.41 |
| TOTAL: | | $4,634.99 |

{02411}