# EXHIBIT - B

CONSOLIDATED AUDIT-EXPENSE DETAIL
For the Month Ended January 31, 2007

| Name | Date | Title | Expenses | Description |
|---|---|---|---|---|
| William T. Bishop | 1/4/2007 | Audit Partner | $ 46.28 | Luch at That's Amore with D Parker (PwC) to discuss audit status |
| | 1/17/2007 | Audit Partner | $ 290.80 | Airfare- DCA to Ft. Lauderdale - for tax meeting - ($112.20 current charge plus $178.60 application of prior ticket charge) |
| | 1/17/2007 | Audit Partner | $ 170.60 | Hotel in Boca Raton - 1 night |
| | 1/17/2007 | Audit Partner | $ 70.36 | Rental car- Fort Lauderdale airport |
| | 1/17/2007 | Audit Partner | $ 34.00 | Airport parking- two days- DCA |
| | 1/18/2007 | Audit Partner | $ 256.80 | Airfare- BWI to Boston - for review of audit work in Cambridge |
| | 1/18/2007 | Audit Partner | $ 137.13 | Hotel - Hawthorne Suites - Cambridge |
| | 1/18/2007 | Audit Partner | $ 436.40 | Audit team dinner at Legal Sea Food - M de Guzman, S David, M McDonnell, L Signori, K Geung, C Blundell, J Moniz, C Blackaby |
| | 1/18/2007 | Audit Partner | $ 20.00 | Airport parking- 2 days BWI |
| | 1/18/2007 | Audit Partner | $ 40.00 | Cab- Boston airport to Cambridge |
| | 1/30/2007 | Audit Partner | $ 126.48 | Audit team lunch at Michael's Pub- P Reinhardt, J Afuang, E Margolius, L Keorlet, A Lueck (PwC) |
| | | | **$ 1,628.85** | |
| Marvin de Guzman | 1/8/07 | Audit Manager | $ 35.89 | Milleage in excess of normal commute (80 miles- 6 miles*.485) |
| | 1/9/07 | Audit Manager | $ 35.89 | Milleage in excess of normal commute (80 miles- 6 miles*.485) |
| | 1/11/07 | Audit Manager | $ 35.89 | Milleage in excess of normal commute (80 miles- 6 miles*.485) |
| | 1/12/07 | Audit Manager | $ 35.89 | Milleage in excess of normal commute (80 miles- 6 miles*.485) |
| | 1/16/07 | Audit Manager | $ 35.89 | Milleage in excess of normal commute (80 miles- 6 miles*.485) |
| | 1/17/07 | Audit Manager | $ 35.89 | Milleage in excess of normal commute (80 miles- 6 miles*.485) |
| | 1/18/07 | Audit Manager | $ 8.25 | Milleage going to the airport (17 miles*.485) |
| | 1/18/07 | Audit Manager | $ 132.80 | Airfare going to Boston (GPC) |
| | 1/19/07 | Audit Manager | $ 8.25 | Milleage from airport to home  (17 miles*.485) |
| | 1/19/07 | Audit Manager | $ 30.00 | Airport parking fee |
| | 1/19/07 | Audit Manager | $ 140.00 | Meals with Boston Team and Bill Bishop |
| | 1/19/07 | Audit Manager | $ 137.13 | Lodging |
| | 1/19/07 | Audit Manager | $ 14.02 | Airfare misc. charges |
| | 1/19/07 | Audit Manager | $ 125.55 | Rental car |
| | 1/19/07 | Audit Manager | $ 106.00 | Meals with Boston Team and Bill Bishop |
| | 1/22/07 | Audit Manager | $ 35.89 | Milleage in excess of normal commute (80 miles- 6 miles*.485) |
| | 1/23/07 | Audit Manager | $ 35.89 | Milleage in excess of normal commute (80 miles- 6 miles*.485) |
| | 1/24/07 | Audit Manager | $ 35.89 | Milleage in excess of normal commute (80 miles- 6 miles*.485) |
| | | | **$ 1,025.00** | |
| Josef van Wyk | 1/3/2007 | Audit Manager | $ 4.71 | Cellphone costs to dial into status update meetings |
| | 1/5/2007 | Audit Manager | $ 4.71 | Cellphone costs to dial into status update meetings |
| | | | **$ 9.42** | |
| Maria J. Afuang | 1/3/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | 1/4/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | 1/5/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | 1/8/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | 1/9/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | 1/10/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | 1/11/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | 1/12/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | 1/15/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | 1/16/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | 1/17/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | 1/18/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | 1/19/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | 1/20/07 | Audit Senior Associate | $ 25.22 | Mileage overtime work {52*.485} |
| | 1/22/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | 1/23/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | 1/24/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | 1/25/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | 1/26/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | 1/29/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | 1/30/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | 1/31/07 | Audit Senior Associate | $ 9.70 | Mileage in exces of normal commute {(52-32)*.485} |
| | | | **$ 228.92** | |
| Pamela Reinhardt | 1/8/07 | Audit Senior Associate | $ 18.43 | Excess mileage to the client site (38 miles * .485 = $18.43) |
| | 1/17/07 | Audit Senior Associate | $ 18.43 | Excess mileage to the client site (38 miles * .485 = $18.43) |
| | 1/18/07 | Audit Senior Associate | $ 18.43 | Excess mileage to the client site (38 miles * .485 = $18.43) |
| | 1/20/07 | Audit Senior Associate | $ 57.76 | Excess mileage to the client site (88 miles * .485 = $42.68); Breakfast for the team |
| | 1/22/07 | Audit Senior Associate | $ 18.43 | Excess mileage to the client site (38 miles * .485 = $18.43) |
| | 1/23/07 | Audit Senior Associate | $ 18.43 | Excess mileage to the client site (38 miles * .485 = $18.43) |
| | | | **$ 149.91** | |
| Michael McDonnell | 1/5/2007 | Audit Senior Associate | $ 22.00 | Parking in office, picking up files and supplies |
| | 1/8/2007 | Audit Senior Associate | $ 26.00 | Parking in office, picking up files and supplies |
| | | Audit Senior Associate | $ 8.31 | 13 milles net of normal commute  and $1 toll to and from grace=$2 |
| | 1/9/2007 | Audit Senior Associate | $ 8.31 | 13 milles net of normal commute  and $1 toll to and from grace=$2 |
| | 1/10/2007 | Audit Senior Associate | $ 8.31 | 13 milles net of normal commute  and $1 toll to and from grace=$2 |
| | | Audit Senior Associate | $ 91.81 | Team dinner MM, LS KG, JM, and client. |

| Name | Date | Role | Amount | Description |
|---|---|---|---|---|
| | 1/11/2007 | Audit Senior Associate | $ 8.31 | 13 milles net of normal commute and $1 toll to and from grace=$2 |
| | 1/12/2007 | Audit Senior Associate | $ 8.31 | 13 milles net of normal commute and $1 toll to and from grace=$2 |
| | 1/15/2007 | Audit Senior Associate | $ 8.31 | 13 milles net of normal commute and $1 toll to and from grace=$2 |
| | 1/16/2007 | Audit Senior Associate | $ 8.31 | 13 milles net of normal commute and $1 toll to and from grace=$2 |
| | 1/17/2007 | Audit Senior Associate | $ 8.31 | 13 milles net of normal commute and $1 toll to and from grace=$2 |
| | 1/18/2007 | Audit Senior Associate | $ 8.31 | 13 milles net of normal commute and $1 toll to and from grace=$2 |
| | 1/19/2007 | Audit Senior Associate | $ 8.31 | 13 milles net of normal commute and $1 toll to and from grace=$2 |
| | | | **$ 222.91** | |
| Christopher W Park | 1/20/2007 | Audit Senior Associate | $ 9.70 | Mileage to the client and home on Saturday, Januray 20th |
| | | | **$ 9.70** | |
| Lyndsay B Signori | 1/4/07 | Audit Senoir Assoicate | $ 22.00 | Parking to pick-up work papers |
| | 1/22/07 | Audit Senoir Assoicate | $ 22.00 | Parking to drop-off work papers |
| | 1/16/07 | Audit Senoir Assoicate | $ 101.81 | Team meal; Mike McDonnell, Karen Geung, Josh Moniz, Sandy David, Lyndsay Signori, Caitlin Blundell, Cara Blackaby |
| | | | **$ 145.81** | |
| Erica Margolius | 1/3/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | 1/8/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | 1/10/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | 1/11/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | 1/12/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | 1/15/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | 1/16/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | 1/17/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | 1/18/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | 1/19/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | 1/20/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | 1/22/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | 1/23/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | 1/24/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | 1/25/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | 1/26/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | 1/29/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | 1/30/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | 1/31/2007 | Audit Associate | $ 15.04 | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | | | **$ 285.67** | |
| Lynda Keorlet | 1/20/2007 | Audit Associate | $ 19.89 | Team breakfast during weekend work to prepare for Press Release |
| | | | **$ 19.89** | |
| Nicole Heisler | 1/2/2007 | Audit Associate | $ 34.92 | Travel to and from Home/Grace office (less normal commute) |
| | | | **$ 34.92** | |
| Adam Lueck | 1/10/07 | Audit Associate | $ 15.81 | Postage for cash confirmations |
| | 1/17/07 | Audit Associate | $ 121.26 | Overtime audit team meal |
| | 1/18/07 | Audit Associate | $ 3.34 | Overtime audit team meal |
| | 1/18/07 | Audit Associate | $ 71.58 | Overtime audit team meal |
| | 1/23/07 | Audit Associate | $ 0.84 | Postage for cash confirmations |
| | 1/23/07 | Audit Associate | $ 223.66 | Overtime audit team meal |
| | 1/22/07 | Audit Associate | $ 158.69 | Overtime audit team meal |
| | 1/20/07 | Audit Associate | $ 100.00 | Overtime audit team meal |
| | 1/20/07 | Audit Associate | $ 42.68 | Transportation |
| | | | **$ 737.86** | |
| Karen Geung | 1/22/2007 | Audit Associate | $ 22.00 | High Street |

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended January 31, 2007

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| William T Bishop | Integrated Audit | 1/4/07 | | | | $ 46.28 | Lunch at That's Amore with D Parker (PwC) to discuss audit status |
| | Integrated Audit | 1/17/07 | $ 290.80 | | | | Airfare - DCA to Ft. Lauderdale - for tax meeting - ($112.20 current charge plus $178.60 application of prior ticket charge) |
| | Integrated Audit | 1/17/07 | | $ 170.60 | | | Hotel in Boca Raton - 1 night |
| | Integrated Audit | 1/17/07 | $ 70.36 | | | | Rental car - Fort Lauderdale airport |
| | Integrated Audit | 1/17/07 | | | $ 34.00 | | Airport parking - two days - DCA |
| | Integrated Audit | 1/18/07 | $ 256.80 | | | | Airfare - BWI to Boston - for review of audit work in Cambridge |
| | Integrated Audit | 1/18/07 | | $ 137.13 | | | Hotel - Hawthorne Suites - Cambridge |
| | Integrated Audit | 1/18/07 | | | | $ 436.40 | Audit team dinner at Legal Sea Food - M de Guzman, S David, M McDonnell, L Signori, K Geung, C Blundell, J Moniz, C Bla |
| | Integrated Audit | 1/18/07 | | | $ 20.00 | | Airport parking - two days - BWI |
| | Integrated Audit | 1/18/07 | $ 40.00 | | | | Cab - Boston airport to Cambridge |
| | Integrated Audit | 1/30/07 | | | | $ 126.48 | Audit team lunch at Michael's Pub - P Reinhardt, J Afuang, E Margolius, L Keorlet, A Lueck (PwC) |
| Marvin de Guzman | Integrated Audit | 1/8/07 | $ 35.89 | | | | Mileage in excess of normal commute (80 miles- 6 miles*.485) |
| | Integrated Audit | 1/9/07 | $ 35.89 | | | | Mileage in excess of normal commute (80 miles- 6 miles*.485) |
| | Integrated Audit | 1/11/07 | $ 35.89 | | | | Mileage in excess of normal commute (80 miles- 6 miles*.485) |
| | Integrated Audit | 1/12/07 | $ 35.89 | | | | Mileage in excess of normal commute (80 miles- 6 miles*.485) |
| | Integrated Audit | 1/16/07 | $ 35.89 | | | | Mileage in excess of normal commute (80 miles- 6 miles*.485) |
| | Integrated Audit | 1/17/07 | $ 35.89 | | | | Mileage in excess of normal commute (80 miles- 6 miles*.485) |
| | Integrated Audit | 1/18/07 | $ 8.25 | | | | Mileage going to the airport (17 miles*.485) |
| | Integrated Audit | 1/18/07 | $ 132.80 | | | | Airfare going to Boston (GPC) |
| | Integrated Audit | 1/19/07 | $ 8.25 | | | | Mileage from airport to home (17 miles*.485) |
| | Integrated Audit | 1/19/07 | | | $ 30.00 | | Airport parking fee |
| | Integrated Audit | 1/19/07 | | | | $ 140.00 | Meals with Boston Team and Bill Bishop |
| | Integrated Audit | 1/19/07 | | $ 137.13 | | | Lodging |
| | Integrated Audit | 1/19/07 | $ 14.02 | | | | Airfare misc. charges |
| | Integrated Audit | 1/19/07 | $ 125.55 | | | | Rental car |
| | Integrated Audit | 1/19/07 | | | | $ 106.00 | Meals with Boston Team and Bill Bishop |
| | Integrated Audit | 1/22/07 | $ 35.89 | | | | Mileage in excess of normal commute (80 miles- 6 miles*.485) |
| | Integrated Audit | 1/23/07 | $ 35.89 | | | | Mileage in excess of normal commute (80 miles- 6 miles*.485) |
| | Integrated Audit | 1/24/07 | $ 35.89 | | | | Mileage in excess of normal commute (80 miles- 6 miles*.485) |
| Josef van Wyk | Integrated Audit | 1/3/07 | | | $ 4.71 | | Cellphone costs to dial into status update meetings |
| | Integrated Audit | 1/5/07 | | | $ 4.71 | | Cellphone costs to dial into status update meetings |
| Pam Reinhardt | Integrated Audit | 1/8/07 | $ 18.43 | | | | Excess mileage to the client site (38 miles * .485 = $18.43) |
| | Integrated Audit | 1/17/07 | $ 18.43 | | | | Excess mileage to the client site (38 miles * .485 = $18.43) |
| | Integrated Audit | 1/18/07 | $ 18.43 | | | | Excess mileage to the client site (38 miles * .485 = $18.43) |
| | Integrated Audit | 1/20/07 | $ 42.68 | | | $ 15.08 | Excess mileage to the client site (88 miles * .485 = $42.68); Breakfast for the team |
| | Integrated Audit | 1/22/07 | $ 18.43 | | | | Excess mileage to the client site (38 miles * .485 = $18.43) |
| | Integrated Audit | 1/23/07 | $ 18.43 | | | | Excess mileage to the client site (38 miles * .485 = $18.43) |
| Maria J. Afuang | Integrated Audit | 1/3/07 | $ 9.70 | | | | Mileage in exces of normal commute ((52-32)*.485) |
| | Integrated Audit | 1/4/07 | $ 9.70 | | | | Mileage in exces of normal commute ((52-32)*.485) |
| | Integrated Audit | 1/5/07 | $ 9.70 | | | | Mileage in exces of normal commute ((52-32)*.485) |
| | Integrated Audit | 1/8/07 | $ 9.70 | | | | Mileage in exces of normal commute ((52-32)*.485) |
| | Integrated Audit | 1/9/07 | $ 9.70 | | | | Mileage in exces of normal commute ((52-32)*.485) |
| | Integrated Audit | 1/10/07 | $ 9.70 | | | | Mileage in exces of normal commute ((52-32)*.485) |
| | Integrated Audit | 1/11/07 | $ 9.70 | | | | Mileage in exces of normal commute ((52-32)*.485) |
| | Integrated Audit | 1/12/07 | $ 9.70 | | | | Mileage in exces of normal commute ((52-32)*.485) |
| | Integrated Audit | 1/15/07 | $ 9.70 | | | | Mileage in exces of normal commute ((52-32)*.485) |
| | Integrated Audit | 1/16/07 | $ 9.70 | | | | Mileage in exces of normal commute ((52-32)*.485) |
| | Integrated Audit | 1/17/07 | $ 9.70 | | | | Mileage in exces of normal commute ((52-32)*.485) |
| | Integrated Audit | 1/18/07 | $ 9.70 | | | | Mileage in exces of normal commute ((52-32)*.485) |
| | Integrated Audit | 1/19/07 | $ 9.70 | | | | Mileage in exces of normal commute ((52-32)*.485) |
| | Integrated Audit | 1/20/07 | $ 25.22 | | | | Mileage overtime work (52*.485) |
| | Integrated Audit | 1/22/07 | $ 9.70 | | | | Mileage in exces of normal commute ((52-32)*.485) |
| | Integrated Audit | 1/23/07 | $ 9.70 | | | | Mileage in exces of normal commute ((52-32)*.485) |
| | Integrated Audit | 1/24/07 | $ 9.70 | | | | Mileage in exces of normal commute ((52-32)*.485) |
| | Integrated Audit | 1/25/07 | $ 9.70 | | | | Mileage in exces of normal commute ((52-32)*.485) |
| | Integrated Audit | 1/26/07 | $ 9.70 | | | | Mileage in exces of normal commute ((52-32)*.485) |
| | Integrated Audit | 1/29/07 | $ 9.70 | | | | Mileage in exces of normal commute ((52-32)*.485) |
| | Integrated Audit | 1/30/07 | $ 9.70 | | | | Mileage in exces of normal commute ((52-32)*.485) |
| | Integrated Audit | 1/31/07 | $ 9.70 | | | | Mileage in exces of normal commute ((52-32)*.485) |
| Michael McDonnell | Integrated Audit | 1/5/2007 | $ 22.00 | | | | Parking in office, picking up files and supplies |
| | Integrated Audit | 1/8/2007 | $ 26.00 | | | | Parking in office, picking up files and supplies |
| | Integrated Audit | 1/8/2007 | $ 8.31 | | | | 13 miles net of normal commute and $1 toll to and from grace=$2 |
| | Integrated Audit | 1/9/2007 | $ 8.31 | | | | 13 miles net of normal commute and $1 toll to and from grace=$2 |
| | Integrated Audit | 1/10/2007 | $ 8.31 | | | | 13 miles net of normal commute and $1 toll to and from grace=$2 |
| | Integrated Audit | 1/10/2007 | | | | $ 91.81 | Team dinner MM, LS KG, JM, and client. |
| | Integrated Audit | 1/11/2007 | $ 8.31 | | | | 13 miles net of normal commute and $1 toll to and from grace=$2 |
| | Integrated Audit | 1/12/2007 | $ 8.31 | | | | 13 miles net of normal commute and $1 toll to and from grace=$2 |
| | Integrated Audit | 1/15/2007 | $ 8.31 | | | | 13 miles net of normal commute and $1 toll to and from grace=$2 |
| | Integrated Audit | 1/16/2007 | $ 8.31 | | | | 13 miles net of normal commute and $1 toll to and from grace=$2 |
| | Integrated Audit | 1/17/2007 | $ 8.31 | | | | 13 miles net of normal commute and $1 toll to and from grace=$2 |
| | Integrated Audit | 1/18/2007 | $ 8.31 | | | | 13 miles net of normal commute and $1 toll to and from grace=$2 |
| | Integrated Audit | 1/19/2007 | $ 8.31 | | | | 13 miles net of normal commute and $1 toll to and from grace=$2 |
| Christopher W Park | Integrated Audit | 1/20/07 | $ 9.70 | | | | Mileage to the client and home on Saturday, January 20th |
| Lyndsay Signori | Integrated Audit | 1/4/07 | $ 22.00 | | | | Parking to pick-up work papers |
| | Integrated Audit | 1/22/07 | $ 22.00 | | | | Parking to drop-off work papers |
| | Integrated Audit | 1/16/07 | | | | $ 101.81 | Team meal; Mike McDonnell, Karen Geung, Josh Moniz, Sandy David, Lyndsay Signori, Caitlin Blundell, Cara Blackaby |
| Erica Margolius | Integrated Audit | 1/3/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | Integrated Audit | 1/8/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | Integrated Audit | 1/10/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | Integrated Audit | 1/11/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | Integrated Audit | 1/12/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | Integrated Audit | 1/15/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | Integrated Audit | 1/16/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | Integrated Audit | 1/17/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | Integrated Audit | 1/18/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | Integrated Audit | 1/19/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | Integrated Audit | 1/20/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | Integrated Audit | 1/22/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | Integrated Audit | 1/23/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | Integrated Audit | 1/24/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | Integrated Audit | 1/25/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | Integrated Audit | 1/26/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | Integrated Audit | 1/29/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | Integrated Audit | 1/30/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| | Integrated Audit | 1/31/2007 | $ 15.04 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.485/mile) |
| Lynda Keorlet | Integrated Audit | 1/20/2007 | | | | 19.89 | Team breakfast during weekend work to prepare for Press Release |
| Nicole Heister | Integrated Audit | 1/2/2007 | $ 34.92 | | | | Travel to and from Home/Grace office (less normal commute) |
| Adam Lueck | Integrated Audit | 1/10/07 | | | $ 15.81 | | Postage for cash confirmations |
| | Integrated Audit | 1/17/07 | | | | $ 121.26 | Overtime audit team meal |
| | Integrated Audit | 1/18/07 | | | | $ 3.34 | Overtime audit team meal |
| | Integrated Audit | 1/18/07 | | | | $ 71.58 | Overtime audit team meal |
| | Integrated Audit | 1/23/07 | | | $ 0.84 | | Postage for cash confirmations |
| | Integrated Audit | 1/23/07 | | | | $ 223.66 | Overtime audit team meal |
| | Integrated Audit | 1/22/07 | | | | $ 158.89 | Overtime audit team meal |
| | Integrated Audit | 1/20/07 | | | | $ 100.00 | Overtime audit team meal |

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| | Integrated Audit | 1/20/07 | $ 42.68 | | | | |
| Karen Geung | Integrated Audit | 1/22/07 | $ 22.00 | | | | Drop off audit binders ande work papers upon return from field work to the Boston PricewaterhouseCoopers office at 125 Hi |
| Josh Moniz | Integrated Audit | 1/17/07 | | | | $ 85.39 | Dinnerwith Michael McDonnel, Lyndsay Signori, Karen Geung, Josh Moniz, Cara Blackaby |
| | Integrated Audit | 1/19/07 | | | | $ 28.74 | Breakfast for Partner Bill, Sr. Manager Melvin, Josh Moniz, Michael McDonnel, Lyndsay Signori, Karen Geung, and Cara Bla |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| | $ 4,634.99 | $ 2,203.65 | $ 444.86 | $ 110.07 | $ 1,876.41 |