IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Deadline: May 14, 2007 at 4:00 p.m. |

# FEE DETAIL FOR NELSON MULLINS RILEY & SCARBOROUGH, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM MARCH 1, 2007 THROUGH MARCH 31, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45797.5

-1-

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

April 6, 2007  
Invoice 798440  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06000 | For Services Through 03/31/07 |
| WR Grace # | 063-KL-721490-01-501251 | |
| Name of Matter: | General | |

03/01/07  Research regarding air emissions issue.  
R.T. CARLISLE  6.10 hrs.  270.00/hr  $1,647.00

03/04/07  Confirming research regarding air issues.  
R.T. CARLISLE  0.90 hrs.  270.00/hr  $243.00

03/05/07  Additional confirming research on air issue.  
R.T. CARLISLE  0.50 hrs.  270.00/hr  $135.00

03/08/07  Detailed voice mail message to Mr. Roberts requesting further information.  
R.T. CARLISLE  0.10 hrs.  270.00/hr  $27.00

03/09/07  Confer with Mr. Roberts regarding status; communication with Mr. Obradovic regarding same.  
R.T. CARLISLE  0.20 hrs.  270.00/hr  $54.00

03/13/07  Confirm receipt of documents from consulting firm; confer with client regarding same.  
R.T. CARLISLE  0.20 hrs.  270.00/hr  $54.00

**Fees for Legal Services** ................................................................. **$2,160.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 8.00 | 270.00 | 2,160.00 |
| TOTAL | 8.00 | $270.00 | $2,160.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 03/02/2007 | Service: LEXIS LEGAL SERVICES; Charge Type: COMBINED SEARCH COMPONENT; Quantity: 44.00 | 265.61 |
| 03/02/2007 | Service: LEXIS LEGAL SERVICES; Charge Type: DOCUMENT PRINTING; Quantity: 9.00 | 4.75 |
| 03/02/2007 | Service: LEXIS LEGAL SERVICES; Charge Type: SEARCHES; Quantity: 1.00 | 2.87 |
| 03/02/2007 | Service: NEXIS SERVICE; Charge Type: COMBINED SEARCH | 20.08 |

W. R. Grace & Co.

April 6, 2007
Invoice 798440  Page 2

|  |  |  |
|---|---|---|
|  | COMPONENT; Quantity: 7.00 |  |
| 03/05/2007 | Telephone 1-901-820-2065 | 0.20 |
| 03/13/2007 | Federal Express charge | 45.26 |
| 03/13/2007 | Telephone 1-901-820-2065 | 0.05 |
| 03/20/2007 | VENDOR: DER Consulting, Inc.; INVOICE#: 936; DATE: 3/20/2007 - Payment for services rendered - WRGrace v. BASF (TX documents) | 578.46 |

**Total Charges for Other Services Provided/Expenses Incurred** ................................... **$917.28**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Fed Ex | 45.26 |
| Lexis | 293.31 |
| Outside Services | 578.46 |
| Telephone | 0.25 |
| TOTAL | $917.28 |

**Net current billing for this invoice** ................................................................. **$3,077.28**

**GRAND TOTAL**................................................................................................. **$3,077.28**

W. R. Grace & Co.

April 6, 2007
Invoice 798440  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 03/31/07

W. R. Grace & Co.
General
Our Matter # 02399/06000

---

| | |
|---|---|
| Fees for Professional Services | $2,160.00 |
| Charges for Other Services Provided/Expenses Incurred | $917.28 |

**Net current billing for this invoice** .................................................................. **$3,077.28**

**GRAND TOTAL**........................................................................................................ **$3,077.28**

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

## WIRING INSTRUCTIONS
CB&T
**ABA#**: 061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**: 053200666
**Beneficiary Customer**: Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**: Columbia Operating Account
**Beneficiary Account Number**: 00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

April 6, 2007
Invoice 798441  Page  1

| | | |
|---|---|---|
| Our Matter # | 02399/06030 | For Services Through 03/31/07 |
| WR Grace # | 032-KL-721400-00-5250472 | |
| Name of Matter: | Aiken-Title V Permit App. Iss | |

03/01/07   Review NOV on failure to sample stack test issues.
           B.F. HAWKINS, JR.                                0.40 hrs.     310.00/hr              $124.00

**Fees for Legal Services** ...................................................................................................  **$124.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 0.40 | 310.00 | 124.00 |
| TOTAL | 0.40 | $310.00 | $124.00 |

**Net current billing for this invoice** .....................................................................  **$124.00**

**GRAND TOTAL**.............................................................................................................  **$124.00**

W. R. Grace & Co.

April 6, 2007
Invoice 798441  Page 2

## **REMITTANCE COPY**

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 03/31/07

W. R. Grace & Co.
Aiken-Title V Permit App. Iss
Our Matter # 02399/06030

---

| | |
|---|---:|
| Fees for Professional Services | $124.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** ................................................................ | **$124.00** |
| **GRAND TOTAL**................................................................................................ | **$124.00** |

| |
|---|
| **Terms of Payment:  Balance due within thirty days of invoice date** |

### WIRING INSTRUCTIONS
CB&T
**ABA#**: 061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**: 053200666
**Beneficiary Customer**: Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**: Columbia Operating Account
**Beneficiary Account Number**: 00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

April 6, 2007
Invoice 798442  Page  1

| | | |
|---|---|---|
| Our Matter # | 02399/06032 | For Services Through 03/31/07 |
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/20/07 | Review and revise audit response letter.<br>M.D. BRYAN | 0.40 hrs. | 500.00/hr | $200.00 |
| 03/01/07 | Review status report to DHEC from Mr. Bucens.<br>N.J. SMITH | 0.10 hrs. | 310.00/hr | $31.00 |
| 03/06/07 | Calls with Mr. Bucens regarding report of minor incident onsite; discussion on reporting requirements, recommend reporting and including local DHEC district office.<br>N.J. SMITH | 0.20 hrs. | 310.00/hr | $62.00 |
| 03/07/07 | Telephone conference with Mr. Bucens regarding test results in creek, exceedance of pH caused by discharge from detention pond at concrete manufacturer, approach to reporting and coordination with DHEC.<br>N.J. SMITH | 0.20 hrs. | 310.00/hr | $62.00 |
| 03/08/07 | Review draft correspondence from Mr. Bucens to DHEC with post construction lab data, and comment on same.<br>N.J. SMITH | 0.20 hrs. | 310.00/hr | $62.00 |

**Fees for Legal Services** ................................................................................................ **$417.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 0.70 | 310.00 | 217.00 |
| M.D. BRYAN | 0.40 | 500.00 | 200.00 |
| TOTAL | 1.10 | $379.09 | $417.00 |

**Net current billing for this invoice** ............................................................................. **$417.00**

**GRAND TOTAL**................................................................................................................ **$417.00**

W. R. Grace & Co.

April 6, 2007
Invoice 798442  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 03/31/07

W. R. Grace & Co.
Charleston
Our Matter # 02399/06032

| | |
|---|---|
| Fees for Professional Services | $417.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** | **$417.00** |
| **GRAND TOTAL** | **$417.00** |

**Terms of Payment:  Balance due within thirty days of invoice date**

### WIRING INSTRUCTIONS
CB&T
**ABA#**: 061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**: 053200666
**Beneficiary Customer**: Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**: Columbia Operating Account
**Beneficiary Account Number**: 00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

April 6, 2007
Invoice 798443  Page 1

Our Matter #          02399/06091                       For Services Through 03/31/07
Name of Matter:       Fee Applications

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/19/07 | Review and edit February fee application.<br>B.J. BURN | 0.30 hrs. | 230.00/hr | $69.00 |
| 03/19/07 | Review bills and draft February 2007 fee application for attorney signature.<br>A.R. PRICE | 2.60 hrs. | 115.00/hr | $299.00 |

**Fees for Legal Services** .................................................................................. **$368.00**

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.J. BURN | 0.30 | 230.00 | 69.00 |
| A.R. PRICE | 2.60 | 115.00 | 299.00 |
| TOTAL | 2.90 | 126.90 | 368.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date | Description | Amount |
|---|---|---|
| 02/20/2007 | Federal Express charge | 12.06 |
| 02/20/2007 | Federal Express charge | 12.06 |

Total Charges for Other Services Provided/Expenses Incurred ................... **$24.12**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Fed Ex | 24.12 |
| TOTAL | $24.12 |

**Net current billing for this invoice** ................................................................. **$392.12**

**GRAND TOTAL** ............................................................................................... **$392.12**

W. R. Grace & Co.
April 6, 2007
Invoice 798443  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 03/31/07

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

| | |
|---|---|
| Fees for Professional Services | $368.00 |
| Charges for Other Services Provided/Expenses Incurred | $24.12 |
| **Net current billing for this invoice** | **$392.12** |
| **GRAND TOTAL** | **$392.12** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS
CB&T
**ABA#**: 061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**: 053200666
**Beneficiary Customer**: Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**: Columbia Operating Account
**Beneficiary Account Number**: 00322407701