# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Date: May 14, 2007.**

**Hearing Deadline: to be scheduled, if necessary**

## FEE DETAIL FOR OGILVY RENAULT LLP'S SECOND MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM FEBRUARY 1, 2007 THROUGH FEBRUARY 28, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# OGILVY
# RENAULT

LLP / S.E.N.C.R.L., s.r.l.

| | | |
|---|---|---|
| Client: | W.R. GRACE & CO. | March 16, 2007 |
| RE: | Chapter 11 Proceedings, General Matters | INVOICE: 697416 |
| Matter No.: | 01016442-0001 | |

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:    Richard Finke
Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending February 28, 2007

| | |
|---|---|
| FEES | $153.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 0.00 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $153.00 |

Please return a copy with payment to our address below.

**Bank Transfer**
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
**including invoice number on transfer order.**

Suite 3800                          Telephone (416) 216-4000
Royal Bank Plaza, South Tower       Fax (416) 216-3930
200 Bay Street
P.O. Box 84                         ogilvyrenault.com
Toronto, Ontario  M5J 2Z4
Canada

Payable upon receipt

# OGILVY
# RENAULT
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                    01016442-0001

RE:   Chapter 11 Proceedings, General Matters

**FEE DETAIL**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 2/2/07 | Teresa Walsh | E-mail correspondence with M. Dierkes concerning Mew deposition. | 0.30 | $153.00 |
| | | **TOTAL FEES** | | **$153.00** |

INVOICE: 697416

# OGILVY
# RENAULT

LLP / S.E.N.C.R.L., s.r.l.

| | | |
|---|---|---|
| Client: | W.R. GRACE & CO. | March 16, 2007 |
| RE: | Case Administration | INVOICE: 697408 |
| Matter No.: | 01016442-0003 | |

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:    Richard Finke
              Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending February 28, 2007

| | |
|---|---|
| FEES | $139.50 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 5.00 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $144.50 |

Canadian Funds

---

Please return a copy with payment to our address below.

**Bank Transfer**
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
Including invoice number on transfer order.

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario  M5J 2Z4
Canada

Telephone (416) 216-4000
Fax (416) 216-3930

ogilvyrenault.com

Payable upon receipt

# OGILVY
# RENAULT
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                          01016442-0003

**RE:  Case Administration**

---

### FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 7/2/07 | Jennifer Stam | Conversation with J. Baer regarding the status hearings. | 0.30 | $139.50 |
| | | **TOTAL FEES** | | **$139.50** |

### DISBURSEMENTS - NON TAXABLE

| | |
|---|---|
| Photocopies | 5.00 |
| | $5.00 |

INVOICE: 697408

# OGILVY
# RENAULT

LLP / S.E.N.C.R.L., s.r.l.

| | | |
|---|---|---|
| Client: | W.R. GRACE & CO. | March 16, 2007 |
| RE: | Claims analysis objection and resolution (Asbestos) | INVOICE: 697410 |
| Matter No.: | 01016442-0005 | |

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:    Richard Finke
              Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending February 28, 2007

| | |
|---|---|
| FEES | $35,815.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 109.80 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $35,924.80 |

Canadian Funds

---

Please return a copy with payment to our address below.

**Bank Transfer**
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
**including invoice number on transfer order.**

---

Payable upon receipt

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario  M5J 2Z4
Canada

Telephone (416) 216-4000
Fax (416) 216-3930

ogilvyrenault.com



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.

01016442-0005

RE:  Claims analysis objection and resolution (Asbestos)

---

**FEE DETAIL**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 1/2/07 | Ian A. Ness | Attend to claims issues. | 1.50 | $975.00 |
| 6/2/07 | Ian A. Ness | Review materials for claims review. | 0.80 | $520.00 |
| 8/2/07 | Ian A. Ness | Review proposed affidavits (1.0); comments and response (1.0); review proposed motion materials (0.80). | 2.80 | $1,820.00 |
| 9/2/07 | Ian A. Ness | Review draft reports (1.0); provide comments(0.50); update charts (1.0); correspondence and communications (0.30); motion materials (0.50). | 3.30 | $2,145.00 |
| 11/2/07 | Ian A. Ness | Review report (0.80); claims analysis (1.0). | 1.80 | $1,170.00 |
| 12/2/07 | Ian A. Ness | Review information (1.0); claims review (1.50). | 2.50 | $1,625.00 |
| 13/2/07 | Ian A. Ness | Claims review. | 3.50 | $2,275.00 |
| 14/2/07 | Ian A. Ness | Detailed claims review (2.80); report for Kirkland Ellis (1.0). | 3.80 | $2,470.00 |
| 15/2/07 | Ian A. Ness | Correspondence and communication (2.0); deal with Canadian claims issues (2.50). | 4.50 | $2,925.00 |
| 16/2/07 | Ian A. Ness | Canadian property damage claim (1.0); review of filing (1.30); claim back-up information (1.0); comments (1.0). | 4.30 | $2,795.00 |
| 19/2/07 | Ian A. Ness | Correspondence with M. Dierkes and D. Cameron regarding pending claims depositions (1.0); deal with claims information (1.50); review filing material (0.50); claims review (2.0). | 5.00 | $3,250.00 |
| 20/2/07 | Ian A. Ness | Deal with claims matters. | 3.30 | $2,145.00 |
| 21/2/07 | Ian A. Ness | Engaged regarding claims matters (1.50); review for purposes of pending deposition (2.0). | 3.50 | $2,275.00 |
| 22/2/07 | Ian A. Ness | Continue work on claims. | 2.80 | $1,820.00 |
| 23/2/07 | Ian A. Ness | Telephone conversation with M. Dierkes (1.0); correspondence (0.80); review reports (1.0). | 2.80 | $1,820.00 |
| 26/2/07 | Ian A. Ness | Continue with claims review for deposition purposes. | 3.30 | $2,145.00 |

INVOICE: 697410



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.

01016442-0005

RE:   **Claims analysis objection and resolution (Asbestos)**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 27/2/07 | Ian A. Ness | Correspondence with Kirkland & Ellis. | 0.30 | $195.00 |
| 27/2/07 | Ian A. Ness | Claims review. | 2.80 | $1,820.00 |
| 28/2/07 | Ian A. Ness | Claims review and reporting for deposition purposes and Canadian PD claims. | 2.50 | $1,625.00 |

**TOTAL FEES**                    **$35,815.00**

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---|
| Long distance calls | 11.93 |
| Courier service | 97.87 |
| | $109.80 |

INVOICE: 697410

# OGILVY
# RENAULT

LLP / S.E.N.C.R.L., s.r.l.

| | | |
|---|---|---|
| Client: | W.R. GRACE & CO. | March 16, 2007 |
| RE: | Litigation and litigation consulting | INVOICE: 697411 |
| Matter No.: | 01016442-0006 | |

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:    Richard Finke
              Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending February 28, 2007

| | |
|---|---|
| FEES | $6,866.50 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 29.79 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $6,896.29 |

Canadian Funds

---

Please return a copy with payment to our address below.

**Bank Transfer**
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
**including invoice number on transfer order.**

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario  M5J 2Z4
Canada

Telephone (416) 216-4000
Fax (416) 216-3930

ogilvyrenault.com

Payable upon receipt



**OGILVY
RENAULT**

LLP / S.E.N.C.R.L., s.r.L

W.R. GRACE & CO.                                                          01016442-0006

<u>RE:   Litigation and litigation consulting</u>

## FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 2/2/07 | Derrick C. Tay | Conference with government lawyers regarding request for further scientific input (0.4); dealing with same (0.1). | 0.50 | $437.50 |
| 5/2/07 | Teresa Walsh | Review of CD provided by R. Finke with information in response to request from Dr. Chatfield, Government of Canada expert (0.2); letter to Government of Canada counsel enclosing information and requesting proposed dates for attendance at Pennsylvania facility to review microscope samples (0.1); telephone conversation with Government of Canada counsel (0.1); follow-up with M. Dierkes regarding G. Mew deposition in Toronto on February 20, 2007 (0.1). | 0.50 | $255.00 |
| 8/2/07 | Derrick C. Tay | Reviewing draft Canadian Schedule of Limitations motion (0.7); communications with government lawyer regarding Health Canada assessment (0.3). | 1.00 | $875.00 |
| 19/2/07 | Teresa Walsh | Email communications with M. Dierkes regarding Mew and Pinchin depositions. | 0.50 | $255.00 |
| 24/2/07 | Teresa Walsh | Completing secondary document review of documents collected at Ajax, Ontario office for Grace Canada, Inc. and Whitby storage facility (2.0); review of original mandate for data collection (0.3); preparing report to R. Finke of results of document review conducted to date (1.5); seeking instructions to commence document review at other Canadian locations (0.2). | 4.00 | $2,040.00 |
| 26/2/07 | Karen Whibley | Voicemails from and to T. Walsh. | 0.30 | $64.50 |
| 26/2/07 | Derrick C. Tay | Following up on matters being working on internally. | 1.00 | $875.00 |
| 27/2/07 | Karen Whibley | Organizing relevant documents (1.0); conference with T. Walsh regarding status of file (0.3). | 1.30 | $279.50 |

INVOICE: 697411



**OGILVY
RENAULT**

LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                          01016442-0006

RE:  Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 27/2/07 | Teresa Walsh | Continued work on draft letter to client regarding proposed additional document review to be carried out in connection with Chapter 11 proceedings and parallel proceedings in Canada. | 2.50 | $1,275.00 |
| 28/2/07 | Teresa Walsh | Revising letter to R. Finke on proposed Canadian document review and related matters for use in Chapter 11 proceedings. | 1.00 | $510.00 |

**TOTAL FEES**                                                          **$6,866.50**

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---|
| Photocopies | 15.75 |
| Courier service | 14.04 |
| | $29.79 |

INVOICE: 697411

# OGILVY
# RENAULT

LLP / S.E.N.C.R.L., s.r.l.

| | | |
|---|---|---|
| Client: | W.R. GRACE & CO. | March 16, 2007 |
| RE: | Fee Applications, Applicant | INVOICE: 697413 |
| Matter No.: | 01016442-0008 | |

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:    Richard Finke
             Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending February 28, 2007

| | |
|---|---|
| FEES | $2,694.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 1.75 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $2,695.75 |

Please return a copy with payment to our address below.

**Bank Transfer**
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
**Including invoice number on transfer order.**

Suite 3800                           Telephone (416) 216-4000
Royal Bank Plaza, South Tower        Fax (416) 216-3930
200 Bay Street
P.O. Box 84                          ogilvyrenault.com
Toronto, Ontario  M5J 2Z4
Canada

Payable upon receipt



**OGILVY
RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.

01016442-0008

RE:  Fee Applications, Applicant

---

**FEE DETAIL**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 6/2/07 | Teresa Walsh | Work on materials for pending fee approval application. | 0.80 | $408.00 |
| 14/2/07 | Penny Adams | Preparing fee application. | 1.00 | $160.00 |
| 15/2/07 | Penny Adams | Preparing fee affidavit (1.50); reviewing and revising same (0.50). | 2.00 | $320.00 |
| 16/2/07 | Penny Adams | Drafting quarterly fee affidavit (1.50); reviewing and revising same (0.50). | 2.00 | $320.00 |
| 21/2/07 | Penny Adams | Reviewing and revising quarterly fee application. | 1.00 | $160.00 |
| 22/2/07 | Penny Adams | Reviewing and revising monthly and quarterly fee applications (1.30); email to Ms. Coniff at Pachulski Stang requesting additional precedents for the quarterly application (0.20). | 1.50 | $240.00 |
| 26/2/07 | Teresa Walsh | Work on revisions to fee application materials (0.50); conference with law clerk P. Adams regarding materials (0.50). | 1.00 | $510.00 |
| 26/2/07 | Penny Adams | Meeting with Ms. Walsh regarding monthly fee affidavit (0.50); reviewing and revising same (0.30); circulating draft of monthly application to U.S. counsel and Mr. Finke for comment (0.20). | 1.00 | $160.00 |
| 27/2/07 | Penny Adams | Correspondence with Ms. Johnson at Kirkland Ellis regarding monthly fee affidavit (0.20); reviewing and revising same (1.0); conference call with Ms. Walsh and Ms. Johnson regarding fee affidavit (0.50); email to working group outlining docketing practices on this file going forward (0.50); meeting with Ms. Walsh regarding same (0.20). | 2.30 | $368.00 |
| 28/2/07 | Penny Adams | Forwarding additional docketing information to the working group. | 0.30 | $48.00 |

**TOTAL FEES**  $2,694.00

INVOICE: 697413

**OGILVY
RENAULT**

LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.

01016442-0008

RE:  Fee Applications, Applicant

DISBURSEMENTS - NON TAXABLE

| Photocopies | 1.75 |
|---|---|
| | $1.75 |

INVOICE: 697413

# OGILVY RENAULT

LLP / S.E.N.C.R.L., s.r.l.

| | |
|---|---|
| Client:     W.R. GRACE & CO. | March 16, 2007 |
| RE:        Employment Application | INVOICE: 697415 |
| Matter No.:   01016442-0011 | |

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:    Richard Finke
               Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending February 28, 2007

| | |
|---|---|
| FEES | $255.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 182.33 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $437.33 |

Canadian Funds

Please return a copy with payment to our address below.

**Bank Transfer**
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
including invoice number on transfer order.

Payable upon receipt

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario  M5J 2Z4
Canada

Telephone (416) 216-4000
Fax (416) 216-3930

ogilvyrenault.com



**OGILVY
RENAULT**

LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                    01016442-0011

RE:   **Employment Application**

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 28/2/07 | Teresa Walsh | Preparing supplementary affidavit clarifying certain statements made in affidavit in support of application for Ogilvy Renault to be appointed as special counsel for debtors. | 0.50 | $255.00 |
| | | **TOTAL FEES** | | **$255.00** |

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---|
| Courier service | 182.33 |
| | $182.33 |

INVOICE: 697415