## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 15006** |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION FOR AN ORDER PURSUANT TO SECTION 107(B) OF THE BANKRUPTCY
CODE, RULE 9018 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE,
AND LOCAL RULE 9018-1(B) AUTHORIZING THE OFFICIAL COMMITTEE OF
ASBESTOS PERSONAL INJURY CLAIMANTS AND DAVID T. AUSTERN, THE
COURT APPOINTED LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS
PERSONAL INJURY CLAIMANTS, AND DIRECTING THE CLERK OF THE COURT,
TO FILE UNDER SEAL THREE EXHIBITS OF THE MOTION OF THE OFFICIAL
COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS AND DAVID T.
AUSTERN, THE COURT APPOINTED LEGAL REPRESENTATIVE FOR FUTURE
ASBESTOS PERSONAL INJURY CLAIMANTS TO COMPEL TESTIMONY AND
DOCUMENT PRODUCTION CONCERNING GRACE'S PRE-PETITION ESTIMATES
OF ITS PERSONAL INJURY ASBESTOS LIABILITY**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Motion For An Order Pursuant To Section 107(B) Of The Bankruptcy Code, Rule 9018 Of The Federal Rules Of Bankruptcy Procedure, And Local Rule 9018-1(B) Authorizing The Official Committee Of Asbestos Personal Injury Claimants and David T. Austern, the Court Appointed Legal Representative for Future Asbestos Personal Injury Claimants, And Directing The Clerk Of The Court, To File Under Seal Three Exhibits Of The Motion Of The Official Committee Of Asbestos Personal Injury Claimants And David T. Austern, The Court Appointed Legal Representative For Future Asbestos Personal Injury Claimants To Compel Testimony And Document Production Concerning Grace's Pre-Petition Estimates Of Its Personal Injury Asbestos Liability (the "Motion") filed on March 28, 2007 (D.I. 15006). The undersigned further certifies that he has reviewed the Court's docket in this case,

{D0084682.1 }

and no answer, objection or other responsive pleading to the Motion appears thereon. Furthermore, the undersigned certifies that he has not received any informal objection to the Motion or request for an extension of the objection deadline. Pursuant the Notice of Motion, a response or objection to the Motion was due on or before April 13, 2007.

It is hereby respectfully requested that the Proposed Order approving the Motion, attached hereto as Exhibit A, be entered at the earliest convenience of the Court.

Dated: April 24, 2007

CAMPBELL & LEVINE, LLC

/s/ Mark Hurford

Marla R. Eskin (DE 2989)
Mark T. Hurford (DE 3299)
800 King Street, Suite 300
Wilmington, DE 19801
(302) 426-1900

Counsel to the Official Committee of Asbestos Personal Injury Claimants

{D0084682.1}