# EXHIBIT 2

# W.R. Grace & Co. Privilege Log

| Begin Bates Number | End Bates Number | Date | Document Description | Author | Recipient | Copyees | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| BOCA 0516741 | BOCA 0516743 | 06/06/1994 | Memorandum re various asbestos bankruptcies and their effect on future legal strategy | Jay W. Hughes, Jr.* | R. H. Beber* | N/A | ACC/AWP |
| BOCA 0517029 | BOCA 0517030 | 11/17/1992 | Memorandum re legal implications of Manville Trust Contribution claims and feasibility of individualized review | Jay W. Hughes, Jr.* | R. H. Beber* | N/A | ACC/AWP |
| BOCA 0517047 | BOCA 0517047 | 03/22/1994 | Memorandum re legal significance of Manville Trust Restructuring and projections of numbers of future claims | Jay W. Hughes, Jr.* | R. H. Beber* | N/A | ACC/AWP |
| BOCA 0517216 | BOCA 0517221 | 10/15/1993 | Memorandum re aggregate amount of paid claims and predicted legal fees associated with claims against Manville Personal Injury Settlement Trust. [Redacted Pages] | Jay W. Hughes, Jr.* | Dori Anne Kuchinsky* | Margaret Foley** | ACC/AWP |
| BOCA 0517222 | BOCA 0517229 | 09/27/1993 | Memorandum re effect of potential amendment to Bankruptcy rules on co-defendants of Manville Trust and review of draft settlement agreement re co-defendant liability. | Jay W. Hughes, Jr.* | Dori Kuchinsky* | Robert H. Beber*, Judith L. Hofmann | ACC/AWP |
| BOCA 0517230 | BOCA 0517234 | 05/27/1992 | Revisions to draft letter re potential legal effects of proposed Bankruptcy Reform Act. | Jay W. Hughes, Jr.* | J.M. Johnson* | R. H. Beber* | ACC/AWP |
| BOCA 0518593 | BOCA 0518604 | 08/06/1998 | Letter discussing legal strategy in asbestos litigation and enclosing draft pleadings and communications for consideration. | Robert J. O'Hare* | Jay W. Hughes, Jr. Esq.* | John R. Hargrove, Esq.* | ACC/AWP |
| BOCA 0519666 | BOCA 0519666 | 12/15/1997 | Memorandum requesting legal opinion re letter from insurance auditor regarding proposed process for review and approval of legal bills. [Redacted Page] | J.W. Hughes, Jr.* | R.H. Beber* |  | ACC/AWP |
| BOCA 0519701 | BOCA 0519726 | 09/29/1999 | Faxed letter enclosing report for legal analysis of factors in estimating potential liability. | Henry Lyons | Jay Hughes* | N/A | ACC/AWP |
| BOCA 0519727 | BOCA 0519754 | 06/11/1999 | Report re current status of asbestos litigation claims and settlements. | J.V. Port** | R. H. Beber*, R.J Bettacchi, K.A. Browne, L. Ellberger, P. McMahon, P.J. Norris, J.S. Nouss, J.M. Posner, D.B. Siegel*, R.M. Tarola, T. Hayes | N/A | ACC/AWP |
| BOCA 0519755 | BOCA 0519761 | 03/15/1999 | Report to in-house counsel re current and estimated future costs of asbestos litigation. | Kathy Browne | Jay Hughes* | N/A | ACC/AWP |
| BOCA 0519762 | BOCA 0519770 | 03/15/1999 | Report to in-house counsel re current and estimated future costs of asbestos litigation. | Kathy Browne | Jay Hughes* | N/A | ACC/AWP |
| BOCA 0519784 | BOCA 0519785 | 12/28/1998 | Updated report re current status of asbestos litigation claims and settlements. | J.V. Port** | R.H. Beber*, K.A. Browne, A.J. Costello, L. Ellberger, P. McMahon, P. J. Norris, J.S. Nouss, J.M. Posner, D.B. Siegel*, T. Hayes | N/A | ACC/AWP |
| BOCA 0519793 | BOCA 0519794 | 12/17/1998 | Fax to counsel enclosing draft discovery | Frederick H. Mike Starczewski* | Jeff Posner, Jay | ACC/AWP |

*denotes attorney     **denotes legal staff

# W.R. Grace & Co. Privilege Log

| Begin Bates Number | End Bates Number | Date | Document Description | Author | Recipient | Copyees | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| BOCA 0519795 | BOCA 0519796 | 11/13/1998 | Internal fax re legal implications of providing requested information for proposed study of asbestos liability. responses. | Zaremby | R.H. Beber*, J.W. Hughes* | Hughes* | ACC/AWP |
| BOCA 0519804 | BOCA 0519804 | 09/28/1998 | Internal memorandum explaining bases for legal fees and costs incurred in asbestos litigation. | David B. Siegel* | | N/A | ACC/AWP |
| BOCA 0519805 | BOCA 0519816 | 08/31/1998 | Memorandum with attachments discussing draft of an Offering Memorandum and requesting legal review and comment. | Jay W. Hughes, Jr.* | Jeff Posner | N/A | ACC/AWP |
| BOCA 0519817 | BOCA 0519824 | 08/17/1998 | Fax forwarding report on forecast of estimated asbestos litigation liability, prepared at request of counsel. | J.M. Mattson* | R.H. Beber*, K.A. Browne, T.G. Hayes, J.D. McGuinness, P. McMahon, J.S. Nouss, T.J. Scanlon, D.B. Siegel*, L.M. Durbin*, E. Eichhorn**, J.R. Hyde, J. Maselli, R.J. Bettacchi, S.E. Farnsworth, O.M. Favorito*, P.W. Hanlon, S.H. Ahern*, J.J. Hession, B. Wagner, S.T. Trinker*, J.E. Casey, M. Stoler*, J.W. Hughes, Jr.*, J. Port**, J.M. Posner, R.S. Strange*, T. Marchetta*, M. Wolinsky*, J.E. Casey, S.G. Eccher, J-E. Feery, J.P. Forgach*, B.A. Goldin, W.B. McGowan, P. Milici, W.L. Monroe, E. Napoli* | H.S. Goldfeld, C.E. Jameson* | ACC |
| BOCA 0519831 | BOCA 0519835 | 07/08/1998 | Fax enclosing memorandum re questions regarding forecasts of estimated asbestos litigation liability and seeking information from legal counsel. | Jeff Posner | R.H. Beber*, J.W. Hughes*, J.V. Port**, P. McMahon, and other Grace employees [illegible] | N/A | ACC/AWP |
| BOCA 0519836 | BOCA 0519887 | 08/18/1998 | Fax forwarding revised report estimating future asbestos claims and liabilities, prepared at request of counsel. | Daniel Rourke | Jay Hughes*, John Port** | N/A | ACC/AWP |
| BOCA 0519971 | BOCA 0519974 | 01/24/2002 | Fax enclosing draft response to audit letter. | Jeff Posner | P. McMahon, R.H. Beber*, J.W. Hughes*, J.V. Port**, and other Grace employees [illegible] | N/A | ACC/AWP |
| BOCA 0519975 | BOCA 0519976 | 11/09/2000 | Memorandum enclosing estimated future asbestos liability payments. | Robert A. Murphy* | Jay W. Hughes, Jr.* | N/A | ACC |
| BOCA 0519977 | BOCA 0519980 | 09/28/2000 | Fax enclosing memorandum analyzing asbestos liabilities of other corporations. | Jay W. Hughes, Jr.* | Robert Tarola | Robert H. Beber, David Siegel* | ACC/AWP |
| BOCA 0519981 | BOCA 0519984 | 05/23/2000 | Draft memorandum analyzing terms of settlement agreements for purposes of predicting future asbestos settlement liabilities. | Brian E. Kenny | Kevin J. Coghlan | N/A | ACC/AWP |
| | | | | | Jay W. Hughes* | N/A | ACC/AWP |

*denotes attorney    **denotes legal staff    Page 2 of 12

# W.R. Grace & Co. Privilege Log

| Begin Bates Number | End Bates Number | Date | Document Description | Author | Recipient | Copyees | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| BOCA 0519985 | BOCA 0519989 | 05/15/2000 | Letter enclosing confidential analysis of asbestos liability amounts. | Jay W. Hughes, Jr.* | James H. Price, III* | N/A | ACC/AWP/ Joint Defense |
| BOCA 0519990 | BOCA 0519994 | 03/22/2000 | Memorandum providing requested analysis of asbestos liabilities of and claims against other asbestos manufacturers. | Jay W. Hughes, Jr.* | Kevin J. Coghlan | N/A | ACC/AWP |
| BOCA 0519995 | BOCA 0519996 | 03/15/2000 | Memorandum analyzing asbestos liabilities of other corporations. | Jay W. Hughes, Jr.* | Kevin J. Coghlan | David Siegel* | ACC/AWP |
| BOCA 0519997 | BOCA 0519999 | 00/00/1998 | Presentation for Grace management prepared by Grace legal counsel and consulting firm of legal assessment of estimated asbestos liabilities and analysis of effect thereof on ability to gain insurance coverage. | W.R. Grace & Co. Legal Dept. and Analysis Research & Planning Corp. | W.R. Grace Management, W.R. Grace Legal Dept., J.W. Hughes* | N/A | ACC/AWP |
| BOCA 0520003 | BOCA 0520003 | 07/24/1998 | Memorandum re open asbestos litigation claims and review of litigation history. | Jay W. Hughes, Jr.* | Jeffrey Posner | N/A | ACC/AWP |
| BOCA 0520004 | BOCA 0520025 | 09/10/1999 | Report reviewing methods and assumptions for estimating asbestos liability. | Analysis Research & Planning Corp. | J.W. Hughes**, W.R. Grace Legal Dept. and other W.R. Grace employees | N/A | ACC/AWP |
| BOCA 0520026 | BOCA 0520028 | 04/03/1997 | Memorandum providing requested analysis of numbers of asbestos litigation matters pending against various corporations. | Jay W. Hughes, Jr.* | Tod Nestor | N/A | ACC/AWP |
| BOCA 0520044 | BOCA 0520067 | 04/21/1997 | Draft analysis estimating future claims and costs from asbestos-related injuries, prepared at request of counsel. | KPMG | J.W. Hughes**, W.R. Grace Legal Dept. | N/A | ACC/AWP |
| BOCA 0520077 | BOCA 0520078 | 10/24/1994 | Memorandum re estimated future expenses and costs of asbestos litigation, prepared for settlement discussions. | John Port** | Phil J. Ryan III | Robert H. Beber*, Jay W. Hughes, Jr.*, Jeff M. Posner | ACC/AWP |
| BOCA 0520079 | BOCA 0520081 | 10/18/1995 | Memorandum re review of estimated future asbestos-related claims and settlement costs. | Jay W. Hughes, Jr.* | R.H. Beber* | N/A | ACC/AWP |
| BOCA 0520082 | BOCA 0520083 | 11/28/1995 | Memorandum re analysis of bases for numbers of recent asbestos claim filings and resulting effect on estimate of future filings. | Jay W. Hughes, Jr.* | R.H. Beber* | N/A | ACC/AWP |
| BOCA 0520084 | BOCA 0520086 | 12/06/1995 | Memorandum re legal analysis of current and estimated future asbestos bodily injury claims and anticipated liability. | Jay W. Hughes, Jr.* | R.H. Beber* | N/A | ACC/AWP |
| BOCA 0520087 | BOCA 0520090 | 12/31/1995 | Analysis by Grace Legal Dept. comparing anticipated asbestos personal injury settlements, claims filed, and claims disposed of from previous year to current year. | W.R. Grace Legal Dept. | W.R. Grace Legal Dept. | | AWP |

*denotes attorney   **denotes legal staff

# W.R. Grace & Co. Privilege Log

| Begin Bates Number | End Bates Number | Date | Document Description | Author | Recipient | Copyees | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| BOCA 0520136 | BOCA 0520137 | 06/19/1993 | Memorandum re legal analysis of bases for increase in number of asbestos personal injury claims being filed. | Jay W. Hughes, Jr.* | R.H. Beber* | N/A | ACC/AWP |
| BOCA 0520138 | BOCA 0520140 | 04/21/1993 | Memorandum re legal analysis of bases for increased number of asbestos personal injury claims being filed. | Jay W. Hughes, Jr.* | R.H. Beber* | N/A | ACC/AWP |
| BOCA 0520141 | BOCA 0520142 | 03/16/1993 | Memorandum re legal review of historical costs and estimated future costs relating to asbestos litigation and discussion of need for additional staff to address litigation matters. | Jay W. Hughes, Jr.* | R.H. Beber* | N/A | ACC/AWP |
| BOCA 0520143 | BOCA 0520144 | 10/29/1992 | Memorandum re projection of future asbestos litigation costs. | B.B. Burns | R.H. Beber*, H.L. Carey*, J.W. Hughes, Jr.*, J.V. Port**, J.M. Posner, J.R. Wright, Jr. | N/A | ACC/AWP |
| BOCA 0520150 | BOCA 0520157 | 09/07/1993 | Memorandum prepared at request of counsel re estimate of Grace liability for pending asbestos bodily injury cases, with enclosed prior analysis of and recommendations regarding process used to estimate same. | Jay W. Hughes, Jr.* | R.H. Beber* | N/A | ACC/AWP |
| BOCA 0520158 | BOCA 0520216 | 06/24/1997 | Internal report and analysis of asbestos litigation costs and expenses incurred by individual Grace companies. | W.R. Grace Legal Dept. | P. McMahon, L. Ellberger, Legal Dept. | N/A | ACC/AWP |
| BOCA 0520217 | BOCA 0520273 | 06/00/1997 | Internal report and analysis of asbestos litigation costs and expenses incurred by individual Grace companies. | W.R. Grace Legal Dept. | P. McMahon, L. Ellberger, Grace Legal Dept. | N/A | ACC/AWP |
| BOCA 0520274 | BOCA 0520275 | 05/23/1997 | Memorandum providing requested legal analysis of other companies' litigation strategies. | Jay W. Hughes, Jr.* | David Lambertson | N/A | ACC/AWP |
| BOCA 0520276 | BOCA 0520279 | 10/17/1996 | Financial analysis of historical costs of asbestos litigation and projection of estimated future costs, prepared at request of counsel. | W.R. Grace & Co. Legal Dept. | J.W. Hughes*, Grace Legal Dept. | N/A | ACC/AWP |
| BOCA 0520280 | BOCA 0520308 | 07/31/1996 | Report re analysis of costs and results in historical asbestos litigation and projections of future costs and results, as compared to previous analyses, for purposes of meeting with outside counsel to obtain legal advice re SEC filings. | J. Port**, Grace Legal Dept. | J.W. Hughes*, Grace Legal Dept. | N/A | ACC/AWP |
| BOCA 0520309 | BOCA 0520310 | 07/31/1996 | Report re analysis of costs and results in historical asbestos litigation and projections of future costs and results, prepared at request of counsel. | J. Port**, Grace Legal Dept. | J.W. Hughes*, Grace Legal Dept. | N/A | ACC/AWP |
| BOCA 0520311 | BOCA 0520314 | 03/25/1996 | Fax enclosing report re analysis of costs and results in historical asbestos litigation and projections of future costs and results for purposes of preparing analysis requested by counsel. | Jay W. Hughes, Jr.* | Daniel Rourke | N/A | ACC/AWP |
| BOCA 0520315 | BOCA 0520316 | 03/19/1996 | Letter enclosing analysis of numbers of pending | Jay W. | R.H. Beber* | N/A | ACC/AWP |

# W.R. Grace & Co. Privilege Log

| Begin Bates Number | End Bates Number | Date | Document Description | Author | Recipient | Copyees | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| BOCA 0520317 | BOCA 0520319 | 03/31/1996 | asbestos litigation claims. | Hughes, Jr.* | Jay W. Hughes* | N/A | ACC/AWP |
| BOCA 0520320 | BOCA 0520324 | 03/21/1996 | Report requested by counsel re numbers of pending personal injury asbestos claims by State. | John V. Port** | Jay Hughes, Esq.* | N/A | ACC/AWP |
| BOCA 0520325 | BOCA 0520326 | 02/29/1996 | Fax requesting additional information for use in requested analysis of anticipated asbestos liability. | Daniel Rourke | J.W. Hughes*, Grace Legal Dept. | N/A | ACC/AWP |
| BOCA 0520327 | BOCA 0520331 | 03/20/1998 | Analysis comparing changes in numbers of anticipated asbestos claims settlements over time, created at request of counsel. | J. Port** | W.R. Grace Legal Dept. | N/A | ACC/AWP |
| BOCA 0520332 | BOCA 0520377 | 06/16/1998 | Analysis of parties and counts in asbestos personal injury claims in various cases, prepared at the request of counsel. | W.R. Grace Legal Dept. | R. Beber*, J. Hughes*, P. McMahon, J. Port** | N/A | ACC/AWP |
| BOCA 0520378 | BOCA 0520387 | 10/10/1997 | Memorandum enclosing report prepared at the request of counsel re analysis of estimated volume, timing, and cost of current and future asbestos claims. | Jeffrey M. Posner | R.H. Beber*, J.M. Bloom, K.A. Browne, T.G. Hayes, M.L. Kromer, J.D. McGuinness, P. McMahon, E.R. Napoli*, J.S. Nouss, N.L. Pasley, T.J. Scanlon, D.B. Siegel*, L.M. Durbin*, J.R. Hyde, R.J. Bettacchi, O.M. Favorito*, C.F. Graves, S.H. Ahern*, J.J. Hession, B. Wagner, J.E. Casey, P.J. Hamilton, M. Stoler*, D.M. Cleary**, J.W. Hughes, Jr.*, J. Port**, J.M. Posner, R.S. Strange*, T. Marchetta*, S.T. Trinker* | J.M. Mattson* | ACC |
| BOCA 0520388 | BOCA 0520395 | 12/02/1997 | Memorandum seeking legal review of attached draft information statement for proposed corporate entity. | R.B. Lamm* | Jay W. Hughes* | N/A | ACC/AWP |
| BOCA 0520396 | BOCA 0520403 | 01/19/1998 | Letter seeking review and comment on enclosed draft analysis of projected asbestos liability and costs. | Robert H. Beber* | R.H. Beber*, J.M. Bloom, K.A. Browne, T.G. Hayes, J.D. McGuinness, P. McMahon, E.R. Napoli*, J.S. Nouss, T.J. Scanlon, D.B. Siegel*, L.M. Durbin*, E. Eichhorn**, J.R. Hyde, J. Maselli, R.J. Bettacchi, O.M. Favorito*, C.F. Graves, S.H. Ahern*, J.J. Hession, B. Wagner, J.E. Casey, P.J. Hamilton, M. Stoler*, D.M. | J.M. Mattson* | ACC |
| | | | Memorandum seeking legal review of attached draft information statement for proposed corporate entity. | R.B. Lamm* | | | |

# W.R. Grace & Co. Privilege Log

| Begin Bates Number | End Bates Number | Date | Document Description | Author | Recipient | Copyees | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| BOCA 0520404 | BOCA 0520416 | 06/11/1998 | Fax enclosing analysis done by consultant of effect of new asbestos claims on estimates of volume, timing, and costs of future asbestos claims, prepared at request of counsel. | Jeff Posner | Cleary**, J.W. Hughes, Jr.*, J. Port**, J.M. Posner, R.S. Strange*, T. Marchetta*, S.T. Trinker* | N/A | ACC/AWP |
| BOCA 0520417 | BOCA 0520419 | 04/29/1998 | Fax enclosing comparative analysis done by consultant of 1996 and 1997 estimates of volume, timing, and costs of future asbestos claims, prepared at request of counsel. | Jeff Posner | R.H. Beber*, J.W. Hughes*, J.V. Port**, P. McMahon | N/A | ACC/AWP |
| BOCA 0520420 | BOCA 0520422 | 05/15/1998 | Fax enclosing amended estimate done by consultant of volume, timing, and costs of future asbestos claims, prepared at request of counsel. | Jeff Posner | P. McMahon, R.H. Beber*, J.W. Hughes*, J.V. Port** | N/A | ACC/AWP |
| BOCA 0520423 | BOCA 0520424 | 04/30/1998 | Fax enclosing revised analysis of estimated volume and costs of future asbestos claims. | J.M. Posner | R.H. Beber*, J.W. Hughes*, P. McMahon, J.V. Port** | N/A | ACC/AWP |
| BOCA 0520425 | BOCA 0520437 | 01/29/1998 | Memorandum re proposed internal process for analyzing, monitoring, and predicting costs of future asbestos claims. | Tod A. Nestor | R.H. Beber*, Larry Ellberger | Jay Hughes*, David Lambertson, Paul McMahon, John Port**, Jeff Posner | ACC/AWP |
| BOCA 0520438 | BOCA 0520439 | 02/04/1997 | Handwritten note enclosing draft projections of costs of future asbestos claims and seeking review and comment. | John V. Port** | R.H. Beber*, Jay W. Hughes*, Jeff Posner | N/A | ACC/AWP |
| BOCA 0524413 | BOCA 0524421 | 08/11/1999 | Fax enclosing request for additional information regarding specified asbestos claims. | Thomas C. Crosby, Esq.* | Jay W. Hughes, Jr.* | N/A | ACC/AWP |
| BOCA 0525443 | BOCA 0525444 | 01/25/1999 | Email responding to requests for legal advice regarding upcoming earnings disclosure teleconference. | David Siegel* | Susan Eccher | Mark Shelnitz*, Jay Hughes* | ACC/AWP |
| BOCA 0525445 | BOCA 0525445 | 12/18/1998 | Email seeking comment on proposed talking points re effect of settlement by other companies on asbestos liability. | David Siegel* | Jay Hughes*, Carmita Joaquin** | Paul J. Norris, Larry Ellberger, Paul McMahon | ACC/AWP |
| BOCA 0525446 | BOCA 0525446 | 08/14/1997 | Memorandum re review of financial affidavit of separate corporation and discussion therein of costs of asbestos litigation. [Redacted Page] | Jay W. Hughes, Jr.* | R.H. Beber* | N/A | ACC |
| BOCA 0527145 | BOCA 0527146 | 01/09/1995 | Memorandum re legal implications of Hillsborough Holdings Corp.'s Chapter 11 proceedings and assessment of opportunity to opt out of class action settlement. | Jay W. Hughes* | R.H. Beber* | N/A | ACC/AWP |

# W.R. Grace & Co. Privilege Log

| Begin Bates Number | End Bates Number | Date | Document Description | Author | Recipient | Copyees | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| BOCA 0527147 | BOCA 0527148 | 12/22/1994 | Joint defense letter discussing legal implications of Hillsborough Holdings bankruptcy and recommendation re opting out of class action settlement. | Roberta A. Colton* | Anne Cohen, Esq.*; James J. Restivo, Jr. Esq.*; Stephen M. Snyder, Esq.*; Scott D. Gilbert, Esq.*; Richard D. Shore, Esq.*; David L. Gray, Esq.*; Jay Hughes, Esq.* | N/A | ACC |
| BOCA 0529287 | BOCA 0529287 | 05/14/1993 | Memorandum with enclosures analyzing recent filings in specified asbestos litigation. **[Redacted Page]** | Jay W. Hughes, Jr.* | R.H. Beber* | N/A | ACC/AWP |
| BOCA 0529725 | BOCA 0529729 | 02/25/1994 | Memorandum analyzing potential evidence to be used at fairness hearing for CCR Class Action Settlement and summarizing recent teleconference with Court re fairness hearing. | James J. Restivo, Jr.* | David M. Ellis, Esq.*; Jay Hughes, Esq.*; R. Cornelius Danaher, Jr., Esq.*; Robert A. Murphy, Esq.* | N/A | ACC/AWP |
| BOCA 0530642 | BOCA 0530644 | 10/06/1999 | Letter enclosing information requested for use in analysis of estimated volume and costs of future asbestos claims. | John V. Port** | Dan Rourke | D.B. Siegel*, J.W. Hughes* | ACC/AWP |
| BOCA 0530668 | BOCA 0530669 | 01/20/1998 | Letter enclosing information requested for use in analysis of estimated volume and costs of future asbestos claims. | John V. Port** | Dan Rourke | R.H. Beber*, J.M. Posner | ACC/AWP |
| BOCA 0531724 | BOCA 0531725 | 05/27/1997 | Letter to counsel re discussion of enclosed press release from Fibreboard. **[Redacted Pages]** | Stephen M. Snyder* | Robert H. Beber*, Jay Hughes* | N/A | ACC |
| BOCA 0531729 | BOCA 0531729 | 01/31/1997 | Memorandum enclosing recently-filed pleadings in *Ahearn v. Fibreboard* and seeking legal opinion re response to same. **[Redacted Page]** | Harold H. Hunter* | Jay W. Hughes* | N/A | ACC |
| BOCA 0531754 | BOCA 0531755 | 01/08/1997 | Fax re enclosed pleadings in *Ahearn v. Fibreboard* for review, with handwritten notations. **[Redacted Pages]** | John C. Ivins, Jr.* | Jay W. Hughes, Jr.* | N/A | ACC/AWP |
| BOCA 0531917 | BOCA 0531917 | 06/06/1995 | Letter re enclosed pleading in *Ahearn v. Fibreboard Corp.* for review. **[Redacted Page]** | Randy J. Curato* | Jay W. Hughes, Jr.* | Robert Murphy* | ACC Joint Defense |
| BOCA 0532131 | BOCA 0532131 | 01/15/1996 | Memorandum re enclosed article on effects of toxic tort settlements. **[Redacted Page]** | Jay W. Hughes, Jr.* | R.H. Beber* | N/A | ACC |
| BOCA 0532597 | BOCA 0532599 | 07/25/2001 | Memorandum forwarding correspondence with insurance company and seeking legal advice re next steps. | Jay W. Hughes, Jr.* | David Siegel* | N/A | ACC |
| BOCA 0532600 | BOCA 0532601 | 07/25/2001 | Memorandum enclosing correspondence with insurance company and seeking legal advice re next steps. | Jeffrey M. Posner | Frederick Zaremby* | N/A | ACC |
| BOCA 0532777 | BOCA 0532777 | 04/26/2001 | Memorandum seeking legal advice re possible effect of bankruptcy filing on potential dispute with insurance company. | Grace Legal Dept. | David Siegel* | N/A | ACC |
| BOCA 0532912 | BOCA 0532947 | Unknown | Handwritten notes on exhibit to American Re-Insurance Company's Answers and Objections to | | Grace Legal Dept. | N/A | AWP |

# W.R. Grace & Co. Privilege Log

| Begin Bates Number | End Bates Number | Date | Document Description | Author | Recipient | Copyees | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| BOCA 0535779 | BOCA 0535781 | 12/28/1998 | W.R. Grace & Co. and W.R. Grace - Conn's Interrogatories [Redacted Pages] | | | | ACC Joint Defense |
| | | | Fax enclosing letter re recent decisions in *In re Eagle Picher Industries* and recommending future action. [Redacted Pages] | Donald J. Rafferty* | Anne E. Cohen*, Jay Hughes*, James E. Hipolit*, Judy Blanchard, Michael F. Rooney, Frank H. Griffin*, Philip McWeeney, Kathy Condo*, Jim Restivo*, William Hanlon*, David Gray* | David Craig Landin*, John R. Repcheck*, Roberta Colton* | ACC |
| BOCA 0535863 | BOCA 0535863 | 07/31/2000 | Memorandum re enclosed summons and complaint in insurance dispute. [Redacted Page] | Jay W. Hughes, Jr.* | Anthony J. Marchetta* | N/A | ACC |
| BOCA 0535878 | BOCA 0535878 | 07/14/2000 | Memorandum re enclosed complaint and summons in insurance dispute. [Redacted Page] | Jay W. Hughes, Jr.* | Jeffrey M. Posner, David Siegel* | N/A | ACC |
| BOCA 0535925 | BOCA 0535929 | 08/27/1999 | Letter with enclosures sent to local counsel at the request of counsel to obtain information and assistance in completing asbestos contribution claim form in *In Re Eagle-Picher Bankruptcy*. | Norma Leardi** | Virginia E. Johnson* | Jay W. Hughes, Jr.* | ACC/AWP |
| BOCA 0535930 | BOCA 0535934 | 08/27/1999 | Letter with enclosures sent to local counsel at the request of counsel to obtain information and assistance in completing asbestos contribution claim form in *In Re Eagle-Picher Bankruptcy*. | Norma Leardi** | Virginia E. Johnson* | Jay W. Hughes, Jr.* | ACC/AWP |
| BOCA 0535935 | BOCA 0535938 | 08/27/1999 | Letter with enclosures sent to local counsel at the request of counsel to obtain information and assistance in completing asbestos contribution claim form in *In Re Eagle-Picher Bankruptcy*. | Norma Leardi** | Jonathan C. Hollingshead* | Jay W. Hughes, Jr.* | ACC/AWP |
| BOCA 0535939 | BOCA 0535942 | 08/27/1999 | Letter with enclosures sent to local counsel at the request of counsel to obtain information and assistance in completing asbestos contribution claim form in *In Re Eagle-Picher Bankruptcy*. | Norma Leardi** | John B. Moore* | Jay W. Hughes, Jr.* | ACC/AWP |
| BOCA 0535943 | BOCA 0535946 | 08/27/1999 | Letter with enclosures sent to local counsel at the request of counsel to obtain information and assistance in completing asbestos contribution claim form in *In Re Eagle-Picher Bankruptcy*. | Norma Leardi** | John B. Moore* | Jay W. Hughes, Jr.* | ACC/AWP |
| BOCA 0535947 | BOCA 0535949 | 08/27/1999 | Letter with enclosures sent to local counsel at the request of counsel to obtain information and assistance in completing asbestos contribution claim form in *In Re Eagle-Picher Bankruptcy*. | Norma Leardi** | Dennis O'Connell* | Jay W. Hughes, Jr.* | ACC/AWP |
| BOCA 0535950 | BOCA 0535954 | 08/27/1999 | Letter with enclosures sent to local counsel at the request of counsel to obtain information and assistance in completing asbestos contribution claim form in *In Re Eagle-Picher Bankruptcy*. | Norma Leardi** | Dennis O'Connell* | Jay W. Hughes, Jr.* | ACC/AWP |
| BOCA 0535955 | BOCA 0535958 | 08/27/1999 | Letter with enclosures sent to local counsel at the | Norma | Fred R. Jacobberger* | Jay W. Hughes, | ACC/AWP |

*denotes attorney   **denotes legal staff

W.R. Grace & Co. Privilege Log

| Begin Bates Number | End Bates Number | Date | Document Description | Author | Recipient | Copyees | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| BOCA 0535959 | BOCA0535961 | 08/27/1999 | Letter with enclosures sent to local counsel at the request of counsel to obtain information and assistance in completing asbestos contribution claim form in *In Re Eagle-Picher* Bankruptcy. | Leardi** | James P. Gannon* | Jr.* | ACC/AWP |
| BOCA 0535962 | BOCA 0535966 | 08/27/1999 | Letter with enclosures sent to local counsel at the request of counsel to obtain information and assistance in completing asbestos contribution claim form in *In Re Eagle-Picher* Bankruptcy. | Norma Leardi** | James P. Gannon* | Jay W. Hughes, Jr.* | ACC/AWP |
| BOCA 0535967 | BOCA 0535969 | 08/27/1999 | Letter with enclosures sent to local counsel at the request of counsel to obtain information and assistance in completing asbestos contribution claim form in *In Re Eagle-Picher* Bankruptcy. | Norma Leardi** | James P. Gannon* | Jay W. Hughes, Jr.* | ACC/AWP |
| BOCA 0535970 | BOCA 0535973 | 08/27/1999 | Letter with enclosures sent to local counsel at the request of counsel to obtain information and assistance in completing asbestos contribution claim form in *In Re Eagle-Picher* Bankruptcy. | Norma Leardi** | James P. Gannon* | Jay W. Hughes, Jr.* | ACC/AWP |
| BOCA 0535974 | BOCA 0535977 | 08/27/1999 | Letter with enclosures sent to local counsel at the request of counsel to obtain information and assistance in completing asbestos contribution claim form in *In Re Eagle-Picher* Bankruptcy. | Norma Leardi** | Reed Rasmussen* | Jay W. Hughes, Jr.* | ACC/AWP |
| BOCA 0535978 | BOCA 0535980 | 08/27/1999 | Letter with enclosures sent to local counsel at the request of counsel to obtain information and assistance in completing asbestos contribution claim form in *In Re Eagle-Picher* Bankruptcy. | Norma Leardi** | Sandra F. Clark* | Jay W. Hughes, Jr.* | ACC/AWP |
| BOCA 0535982 | BOCA 0535985 | 08/27/1999 | Letter with enclosures sent to local counsel at the request of counsel to obtain information and assistance in completing asbestos contribution claim form in *In Re Eagle-Picher* Bankruptcy. | Norma Leardi** | Sandra F. Clark* | Jay W. Hughes, Jr.* | ACC/AWP |
| BOCA 0535986 | BOCA 0535989 | 08/27/1999 | Letter with enclosures sent to local counsel at the request of counsel to obtain information and assistance in completing asbestos contribution claim form in *In Re Eagle-Picher* Bankruptcy. | Norma Leardi** | Sandra F. Clark* | Jay W. Hughes, Jr.* | ACC/AWP |
| BOCA 0535990 | BOCA 0535993 | 08/27/1999 | Letter with enclosures sent to local counsel at the request of counsel to obtain information and assistance in completing asbestos contribution claim form in *In Re Eagle-Picher* Bankruptcy. | Norma Leardi** | Harold H. Hunter* | Jay W. Hughes, Jr.* | ACC/AWP |
| BOCA 0535994 | BOCA 0535997 | 08/27/1999 | Letter with enclosures sent to local counsel at the request of counsel to obtain information and assistance in completing asbestos contribution claim form in *In Re Eagle-Picher* Bankruptcy. | Norma Leardi** | Harold H. Hunter* | Jay W. Hughes, Jr.* | ACC/AWP |

*denotes attorney

**denotes legal staff

W.R. Grace & Co. Privilege Log

| Begin Bates Number | End Bates Number | Date | Document Description | Author | Recipient | Copyees | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| BOCA 0536009 | BOCA 0536009 | 08/27/1999 | Handwritten notes re revisions to claim forms submitted in *In Re Eagle-Picher Bankruptcy*. | Jay W. Hughes, Jr.* | Grace Legal Dept. | N/A | AWP |
| BOCA 0536014 | BOCA 0536027 | 09/25/1998 | Draft claim form in *In Re Eagle-Picher Industries* for review and comment. | Debevoise & Plimpton* | W.R. Grace Legal Dept.* | N/A | ACC/AWP |
| BOCA 0536029 | BOCA 0536029 | 08/22/1994 | Letter to counsel enclosing recently-filed pleadings for review. **[Redacted Pages]** | Norma Leardi** | Jay W. Hughes, Jr.* | R.H. Beber* | ACC |
| BOCA 0536046 | BOCA 0536048 | 01/07/1999 | Letter from outside counsel re summary of scheduling conference and discussion of strategy for upcoming depositions and trial preparation. | David M. Stillwell* | Jay W. Hughes, Jr.* | Robert A. Murphy*, Cathi Hession* | ACC |
| BOCA 0536049 | BOCA 0536052 | 01/04/1999 | Letter summarizing current litigation status, recommending further course of action, and enclosing recent correspondence from opposing counsel. **[Redacted Pages]** | Donald J. Rafferty* | Anne E. Cohen*, Rob Goodman, Jay Hughes*, James E. Hipolit*, Judy Blanchard, Michael F. Rooney, Frank H. Griffin*, Philip McWeeney, Kathy Condo*, Jim Restivo*, William Hanlon*, David Gray* | David Craig Landin*, John R. Repcheck*, Roberta Colton* | ACC Joint Defense |
| BOCA 0536081 | BOCA 0536084 | 03/16/1992 | Memorandum to Joint Defense Group summarizing recent developments in litigation and strategy in *In Re The Celotex Corporation*. **[Redacted Pages]** | Linda S. Brener*, William Knight Zewadski* | Anne Cohen*, James J. Restivo, Jr.*, Stephen M. Snyder*, Scott D. Gilbert*, David L. Gray*, Jay Hughes* | N/A | ACC/AWP Joint Defense |
| BOCA 0536091 | BOCA 0536094 | 03/03/1992 | Letter to Steering Committee summarizing recent developments in litigation and strategy in *In Re The Celotex Corporation*. **[Redacted Pages]** | Linda S. Brener*, William Knight Zewadski* | Anne Cohen*, James J. Restivo, Jr.*, Stephen M. Snyder*, Scott D. Gilbert*, David L. Gray*, Jay Hughes* | N/A | ACC/AWP Joint Defense |
| BOCA 0536153 | BOCA 0536157 | 02/07/1992 | Letter to Steering Committee summarizing recent developments in litigation and strategy in *In Re The Celotex Corporation*. **[Redacted Pages]** | Linda S. Brehmer*, William K. Zewadski* | Anne Cohen*, James J. Restivo, Jr.*, Stephen M. Snyder*, Scott D. Gilbert*, David L. Gray*, Jay W. Hughes* | N/A | ACC/AWP Joint Defense |
| BOCA 0536235 | BOCA 0536237 | 02/06/1992 | Draft Proposed Order for comment and review. | Bush Ross Gardner* | Grace Legal Dept. | N/A | ACC/AWP Joint Defense |
| BOCA 0536271 | BOCA 0536273 | 01/21/1992 | Letter to Steering Committee summarizing recent developments in litigation and strategy in *In Re The Celotex Corporation*. **[Redacted Pages]** | Linda S. Brener*, William Knight Zewadski* | Anne Cohen*, James J. Restivo, Jr.*, Stephen M. Snyder*, Scott D. Gilbert*, David L. Gray*, Jay Hughes* | N/A | ACC/AWP Joint Defense |
| BOCA 0536406 | BOCA 0536406 | 04/21/1992 | Letter re enclosed exhibits requested by counsel **[Redacted Page]** | Donald J. Rafferty* | Anne Cohen* | William T. Hayden* | ACC Joint Defense |
| BOCA 0536474 | BOCA 0536489 | Unknown | Draft proposal re review and analysis of claims filed in *In Re Eagle-Picher Bankruptcy* for | Unknown | Grace Legal Dept. | N/A | ACC/AWP Joint Defense |

*denotes attorney     **denotes legal staff

# W.R. Grace & Co. Privilege Log

| Begin Bates Number | End Bates Number | Date | Document Description | Author | Recipient | Copyees | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| BOCA 0536531 | BOCA 0536535 | 04/28/1992 | Letter from Joint Defense counsel re summary of current litigation status, discussion of ongoing research projects, updates from other counsel and recommendations re future action and enclosing recently-filed pleadings in *In Re Eagle-Picher Industries*. **[Redacted Pages]** | Anne E. Cohen* | Defense Steering Committee* | N/A | ACC/AWP Joint Defense |
| BOCA 0536789 | BOCA 0536789 | 08/11/1992 | Letter re enclosed filing and summary of discussion with opposing counsel re litigation. **[Redacted Page]** | David K. Rudov* | Anne Cohen* | N/A | ACC/AWP Joint Defense |
| BOCA 0537004 | BOCA 0537004 | 05/01/1992 | Memorandum re legal strategy in responding to Debtors' Motion to Disallow contingent claims in *In re H.K. Porter Company, Inc.* **[Redacted Page]** | Jay W. Hughes, Jr.* | R.H. Beber* | N/A | ACC/AWP |
| BOCA 0537128 | BOCA 0537218 | 12/20/1990 | Letter to local counsel reviewing and commenting on draft responses to interrogatories, with enclosed revised draft for review. | Jay W. Hughes, Jr.* | Philip Barber* | N/A | ACC/AWP |
| BOCA 0537219 | BOCA 0537252 | 12/7/1990 | Memorandum re enclosed draft responses to document requests for review and comment. | Philip G. Barber | Robert Beber*, Jay Hughes*, Jeffrey Posner | R. Paar*, E. Sorensen | ACC/AWP |
| BOCA 0537253 | BOCA 0537254 | 11/12/1990 | Memorandum to counsel re responding to enclosed document requests and other discovery matters in ongoing litigation. **[Redacted Pages]** | Philip G. Barber* | Jay W. Hughes, Jr. | Randy Paar* Erik Sorensen Rosa Ross | ACC/AWP |
| BOCA 0537973 | BOCA 0537980 | 06/27/1993 | Revised draft pleading sent to co-defendants in Joint Defense Group in In Re Eagle-Pitcher Industries, Inc. for review and comment. | Anne E. Cohen* | Defense Steering Committee* | N/A | ACC/AWP Joint Defense |
| BOCA 0538266 | BOCA 0538266 | 02/26/1997 | Letter enclosing recent filing and seeking review and comment re need for amended pleading. **[Redacted Page]** | Donald J. Rafferty* | Members of Unofficial Committee of Co-Defendants* | N/A | ACC Joint Defense |
| BOCA 0538374 | BOCA 0538400 | 11/09/1994 | Letter to local counsel re enclosed memorandum summarizing Fibreboard Corporation Global Settlement Agreement and potential impact on Grace. | Jay W. Hughes, Jr.* | Christopher P. Ieyoub* | N/A | ACC/AWP |
| BOCA 0538401 | BOCA 0538401 | 12/14/1994 | Letter from outside counsel enclosing recently-received information on Fibreboard Global Settlement Claim and discussing effect of same on Grace litigation. **[Redacted Page]** | Sandra F. Clark* | Jay Hughes, Jr.* | N/A | ACC |
| BOCA 0538436 | BOCA 0538436 | 10/17/1994 | Memorandum re results of requested legal analysis of basis for notice being provided to Homco International in *Ahearn* class action. | Jay W. Hughes, Jr.* | Anthony G. Riddlesperger* | N/A | ACC/AWP |
| BOCA 0538437 | BOCA 0538438 | 10/7/1994 | Memorandum re legal basis for and effect of notice sent to Homco in *Ahearn v. Fibreboard*. | Jay W. Hughes, Jr.* | R.H. Beber* | R.H. Beber* R.S. Strange* | ACC/AWP |
| BOCA 0539542 | BOCA 0539543 | 07/19/1996 | Letter to Joint Defense Group re update on status of litigation and discussion of potential legal effect | Donald J. Rafferty* | Members of the Unofficial Committee of Co-Defendants* | N/A | ACC Joint Defense |

*denotes attorney    **denotes legal staff

# W.R. Grace & Co. Privilege Log

| Begin Bates Number | End Bates Number | Date | Document Description | Author | Recipient | Copyees | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| BOCA 0539566 | BOCA 0539568 | 07/19/1996 | Fax enclosing update on litigation status to Joint Defense Group. [Redacted Pages] of recent pleadings. [Redacted Pages] | Donald J. Rafferty* | Richard Shore*, Jay Hughes*, David L. Gray*, Frederick D. Holden, Jr.*, James J. Restivo, Jr.*, Frank H. Griffin, III*, Anne Cohen* | N/A | ACC/AWP Joint Defense |

*denotes attorney

**denotes legal staff