# EXHIBIT 3

# FILED UNDER SEAL

{D0084860.1 }