# EXHIBIT 4

# FILED UNDER SEAL

{D0084863.1}