# EXHIBIT 5

# FILED UNDER SEAL

{D0084864.1}