# EXHIBIT 6

```
                    UNITED STATES BANKRUPTCY COURT
                         DISTRICT OF DELAWARE


IN RE:                           .    Chapter 11
                                 .
W.R. GRACE & CO., et al.,        .    Case No. 01-01139(JKF)
                                 .    (Jointly Administered)
          Debtors.               .
                                 .    Jan. 23, 2007 (10:18 a.m.)
                                 .    (Wilmington)


                     TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE JUDITH K. FITZGERALD
               UNITED STATES BANKRUPTCY COURT JUDGE
```

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

1   any way for your SEC financial reporting?  They're going to

2   instruct the witness not to answer, I would anticipate and

3   imagine.  I would prefer not to come back here in March or

4   April and tee this up.  So I think that that's why we're

5   asking for a motion to compel, both to get the documents in

6   advance of the deposition and to have the witness prepared to

7   testify on that topic.

8            THE COURT: Well, with respect to the testimony, it

9   seems to me that asking a very, you know, simple question,

10  Were these documents used for some purpose other than that

11  which is listed on the privilege log? may be an appropriate

12  question, and I'm not suggesting the question.  I'm trying to

13  get to whether or not in fact the documents were used for

14  some public filing purpose.  I don't see how there is a

15  privilege that can be asserted for that question if in fact

16  the documents were used for some public purpose.  But a

17  disclosure of the documents which would by itself disclose

18  the nature of the documents that may be subject to a

19  privilege before you can assert that in fact they were used

20  for another purpose seems not proper.

21           MR. FINCH: Your Honor, I think we have established

22  that the documents were used -

23           THE COURT: No, you have to at least with respect to

24  this one that you just mentioned, the ARPC document, in 2004

25  that's listed specifically for purposes of having been