IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-1139 (JKF) |
| Debtors. | ) Jointly Administered |
| | ) Hearing Date: May 2, 2007 @ 2:00pm in Pittsburgh, PA |
| | ) Related Docket Nos.: 15005, 15185 |

## ORDER GRANTING THE MOTION FOR LEAVE TO FILE A REPLY TO W.R. GRACE'S OBJECTION TO MOTION TO COMPEL TESTIMONY AND DOCUMENT PRODUCTION CONCERNING GRACE'S PRE-PETITION ESTIMATES OF ITS PERSONAL INJURY ASBESTOS LIABILITY

Upon the motion (the "Motion") of the Official Committee of Asbestos Personal Injury Claimants ("ACC") and David T. Austern, the Court Appointed Legal Representative for Future Asbestos Personal Injury Claimants ("FCR") for the entry of an order, as set forth in the motion, for leave to file a reply to W.R. Grace's objection to motion to compel testimony an document production concerning Grace's pre-petition estimates of its personal injury asbestos liability; and due and proper notice of the Motion having been given, and cause appearing for the relief sought in the Motion, it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that leave is granted for the ACC and FCR to file the Reply with the Court.

Date: _____, 2007

                                                          The Honorable Judith K. Fitzgerald
                                                          United States Bankruptcy Judge

{D0084673.1 }