## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## <u>CERTIFICATE OF SERVICE</u>

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on April 24, 2007 I caused a copy of the *Motion To Shorten Notice With Respect To The Motion For An Order Pursuant To Section 107(B) Of The Bankruptcy Code, Rule 9018 Of The Federal Rules Of Bankruptcy Procedure, And Local Rule 9018-1(B) Authorizing The Official Committee Of Asbestos Personal Injury Claimants And David T. Austern, The Court Appointed Legal Representative For Future Asbestos Personal Injury Claimants, And Directing The Clerk Of The Court, To File Under Seal Four Exhibits To The Reply Of Official Committee Of Asbestos Personal Injury Claimants And David T. Austern, The Court Appointed Legal Representative For Future Asbestos Personal Injury Claimants, In Support Of Motion To Compel Testimony And Document Production Concerning Grace's Pre-Petition Estimates Of Its Personal Injury Asbestos Liability* to be served upon the attached 2002 service list via first-class mail unless otherwise indicated.

*/s/ Mark T. Hurford*
Mark T. Hurford (DE No. 3299)

Dated: April 24, 2007

{D0084932.1 }