IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related Docket Nos. 14608 and 15057** |

## DEBTORS' MOTION FOR LEAVE TO FILE STATUS REPORT IN FURTHER SUPPORT OF MOTION REGARDING NONCOMPLIANCE WITH X-RAY ORDER

The Debtors hereby respectfully request that this Court grant them leave to file the attached Status Report of Compliance with X-Ray Order (the "Status Report") in further support of their previously filed Motion Regarding Noncompliance with X-Ray Order [Docket No. 15057]. In support of the filing of the Status Report, Debtors state:

On March 30, 2007, pursuant to the CMO, the Debtor filed a Motion Regarding Noncompliance with X-ray Order (the "Motion"). Since the filing of the Motion, the Debtors have received additional correspondence and oppositions to the Motion that provide additional information about the extent of compliance and noncompliance by various firms. Such additional information alters the data provided to the Court in the Motion.

This status report is filed to provide the Court with updated information regarding the extent of compliance and non-compliance with the Court's Supplemental X-ray Order. This matter is already set for hearing on May 2, 2007.

WHEREFORE, the Debtors respectfully request the entry of an Order granting them authority to file the Status Report, with exhibits, which is attached hereto as <u>Exhibit A</u>.

Dated: April 24, 2007

                Respectfully submitted,

                KIRKLAND & ELLIS LLP
                David M. Bernick
                Janet S. Baer
                Salvatore F. Bianca
                200 East Randolph Drive
                Chicago, IL 60601
                Telephone:    (312) 861-2000
                Facsimile:    (312) 861-2200

                KIRKLAND & ELLIS LLP
                Barbara M. Harding
                David E. Mendelson
                Brian T. Stansbury
                Amanda C. Basta
                655 Fifteenth Street, NW
                Washington, D.C. 20005
                Telephone:    (202) 879-5000
                Facsimile:    (202) 879-5200

                and

                PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

                /s/ *signature*
                _____
                Laura Davis Jones (Bar No. 2436)
                James E. O'Neill (Bar No. 4042)
                Timothy P. Cairns (Bar No. 4228)
                Pachulski, Stang, Ziehl, Young, Jones & Weintraub LLP
                919 North Market Street, 17th Floor
                P. O. Box 8705
                Wilmington, DE 19899-8705
                (302) 652-4100