IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Docket Ref. No.** _____ |

### ORDER GRANTING DEBTORS' MOTION FOR LEAVE TO FILE STATUS REPORT IN FURTHER SUPPORT OF MOTION REGARDING <u>NONCOMPLIANCE WITH X-RAY ORDER</u>

Upon the motion (the "Motion") of the above-captioned debtors and debtors in possession (the "Debtors") for leave to file the Status Report of Compliance with X-Ray Order (the "Status Report") in further support of their previously filed Motion Regarding Noncompliance with X-Ray Order; and due and proper notice of the Motion having been given, and cause appearing for the relief sought in the Motion, it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that leave is granted for the Debtors to file the Status Report with the Court.


Dated: _____, 2007            _____
                                     The Honorable Judith K. Fitzgerald