IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: April 23-24, 2007 PID Hearing |
| | ) | Docket No. 9315 - 15th omnibus objection to claims |

### ORDER DISALLOWING AND EXPUNGING
### PROPERTY DAMAGE CLAIMS, NOS. 1724, 5987 AND 12780

AND NOW, this 24th day of April, 2007, it is ORDERED, ADJUDGED and DECREED that claim numbers 1724 (William R. Wittenberg), 5987 (Dale Johnson) and 12780 (First Presbyterian Church) are hereby disallowed and expunged for failure to introduce evidence of product identification.

_____
Judith K. Fitzgerald
United States Bankruptcy Judge