IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JFK) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that, pursuant to Fed. R. Bankr. P. 9010, the undersigned hereby appears as co-counsel to Dies & Hile LLP in the representation of the asbestos property damage claimants listed on Schedule A in the above-captioned case.

PLEASE TAKE FURTHER NOTICE that, pursuant to Fed. R. Bankr. P. 2002 of the Bankruptcy Rules, the undersigned hereby requests that copies of all notices and other papers in this case be sent to:

> PRYOR CASHMAN LLP
> Attn:  Richard Levy, Jr., Esq.
> 410 Park Avenue
> New York, New York 10022-4441

Dated:  New York, New York
April 25, 2007

> PRYOR CASHMAN LLP
>
> By: _____
>     Richard Levy, Jr.
> 410 Park Avenue
> New York, NY 10022
> Tel.:  (212) 421-4100
> Fax:  (212) 326-0806

514773

## SCHEDULE A

CITY OF AMARILLO, TEXAS
CITY OF HOUSTON, TEXAS
CITY OF PHOENIX, ARIZONA
CITY OF TUCSON, ARIZONA
COLEMAN HOUSING AUTHORITY
COUNTY OF ORANGE
EL PASO CORPORATION
EL PASO COUNTY, TEXAS
HARLINGEN HOUSING AUTHORITY
COOK COUNTY, ILLINOIS
MARICOPA COUNTY, ARIZONA
OREGON - CITY OF EUGENE
OREGON - EASTERN OREGON UNIVERSITY
OREGON - HEALTH & SCIENCE UNIVERSITY
OREGON - OREGON STATE UNIVERSITY
OREGON - PORTLAND STATE UNIVERSITY
OREGON - SOUTHERN OREGON UNIVERSITY
OREGON - UNIVERSITY OF OREGON
OREGON - WESTERN OREGON UNIVERSITY
SABINE RIVER AUTHORITY OF TEXAS
STATE OF ARIZONA
STATE OF ARKANSAS
STATE OF CONNECTICUT
STATE OF OKLAHOMA
ACADIA PARISH SCHOOL BOARD
BROTHER MARTIN HIGH SCHOOL
CADDO PARISH SCHOOL BOARD
CALCASIEU PARISH SCHOOL BOARD
CONGREGATION OF IMMACULATE CONCEPTION CHURCH
CONGREGATION OF ST DOMINIC CATHOLIC CHURCH
CONGREGATION OF ST LOUISE DE MARILLAC CHURCH
CONGREGATION ST FRANCIS ASSISI CHURCH
CONGREGATION ST FRANCIS XAVIER CABRINI CHURCH
CONGREGATION ST JOAN ARC CHURCH LAPACE LA
CONGREGATION ST MARY MAGDALEN CATHOLIC CHURCH
CONGREGATION ST PHILIP NERI CATHOLIC CHURCH
CONGREGATION ST PIUS X ROMAN CATHOLIC CHURCH
CONGREGATION ST RAYMOND ROMAN CATHOLIC CHURCH
CONGREGATION ST RITA ROMAN CATHOLIC CHURCH
EAST BATON ROUGE PARISH SCHOOL BOARD
JEFFERSON DAVIS PARISH SCHOOL BOARD
JEFFERSON PARISH SCHOOL BOARD
LAFAYETTE PARISH SCHOOL BOARD
LAFOURCHE PARISH SCHOOL BOARD
LASALLE PARISH SCHOOL BOARD
MOUNT CARMEL ACADEMY OF NEW ORLEANS, LA
NACHITOCHES PARISH SCHOOL BOARD
ROMAN CATHOLIC CHURCH ARCHDIOCESE NEW ORLEANS
ST MARY'S ACADEMY OF THE HOLY FAMILY
ST. MARTIN PARISH SCHOOL BOARD
600 CORPORATION
BNC FORUM LP

514773

## IN THE UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W. R. GRACE & CO.,** *et al.,* | ) | **Case No. 01-01139 (JFK)** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |
| | ) | |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                          ) ss:
COUNTY OF NEW YORK   )

Dave Stevens, being duly sworn, deposes and says:

1.       I reside in Bronxville, New York, am over 18 years of age and am not a party to this action.

2.       On April 25, 2007, I caused to be served true copies of the annexed Notice of Appearance and Request for Notices upon the parties listed on the attached service list by placing same in properly addressed, postage prepaid envelopes and depositing said envelopes in an official depository under the exclusive care and custody of the U.S. Postal Service.

_____
/s/ David Stevens
David Stevens

Sworn to before me this
25th day of April, 2007

_____
Notary Public

Notary Public, State of New York
No.02AL6072378
Qualified in Queens County
Certificate Filed in Queens County
Commission Expires ~~4/01/06~~ 5/2/10

514773

## SERVICE LIST

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Jonathan P. Friedland
Samuel L. Blatnick
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000

and

KIRKLAND & ELLIS LLP
Bennet L. Spiegel
Lori Sinanyan
777 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 680-8400

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.
Laura Davis Jones (Bar No. 2436)
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100

514773