IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al., | Case No. 01-01139(JKF) |
| Debtors. | Jointly Administered<br>RE: 15248 |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Brian H. Mukherjee to represent CNA Financial Corporation and its subsidiaries.

> Signed: /s/ Carmella P. Keener
> Carmella P. Keener (DSBA No. 2810)
> ROSENTHAL, MONHAIT & GODDESS, P.A.
> 919 N. Market Street, Suite 1401
> P.O. Box 1070
> Wilmington, DE 19899-1070
> (302) 656-4433
> ckeener@rmgglaw.com
> *Attorneys for CNA Financial Corporation and its subsidiaries*

Dated: April 19, 2007

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: April 25, 2007

*/s/ Judith K. Fitzgerald*

UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al., | Case No. 01-01139(JKF) |
| Debtors. | Jointly Administered |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the courts of the Commonwealth of Massachusetts, in addition to the Federal District Court for the District of Massachusetts and the Federal Bankruptcy Court for the District of Massachusetts, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: /s/ Brian H. Mukherjee
Brian H. Mukherjee (BBO# 643954)
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
(617) 570-1477

Date: April 17, 2007