IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related Docket No. 13406** |

## NOTICE OF STATUS CONFERENCE REGARDING SCHEDULING OF ADJUDICATION FOR CERTAIN ASBESTOS PROPERTY DAMAGE CLAIMS

**PLEASE TAKE NOTICE** that the Court has directed that a status conference be held during the omnibus hearing on **May 2, 2007 at 2:00 p.m. in Pittsburgh, Pennsylvania** to address the scheduling of adjudication of statute of limitations and lack of hazard issues with respect to asbestos property damage claims.

**PLEASE TAKE FURTHER NOTICE** that, based on the discussions of the parties to the status conference, the Court intends to enter an order amending certain deadlines set forth in the Amended Order Setting Fort Various Deadlines Regarding Objections to Asbestos Property Damage Claims (Docket No. 13406). All parties that wish to be heard on this matter should participate in the status conference.

**PLEASE TAKE FURTHER NOTICE** that parties wishing to participate in the status conference by telephone must make arrangements through Courtcall by telephone (866-582-6878) or facsimile (866-533-2946) no later than noon on Monday, April 30, 2007 and otherwise comply with the *Amended Order Establishing Case Management Procedures and Hearing Schedule* (Docket No. 7709).

**PLEASE TAKE FURTHER NOTICE** that this notice shall be provided to counsel for all PD Claimants, or such PD Claimants themselves if not represented by counsel.

Dated: April 25, 2007

KIRKLAND & ELLIS LLP
David M. Bernick
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
Telephone:    (312) 861-2000
Facsimile:    (312) 861-2200

REED SMITH LLP
James J. Restivo, Jr.
Lawrence E. Flatley
Douglas E. Cameron
Traci S. Rea
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone:    (412) 288-3131
Facsimile:    (412) 288-3063

and

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE 19899-8705
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession