## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtor. | ) | Jointly Administered |

### NOTICE OF WITHDRAWAL FROM CASE AND
### REQUEST TO STOP ELECTRONIC NOTICE

PLEASE TAKE NOTICE that Mark Minuti, Esquire withdraws his appearance as counsel for CMGI, Inc. and requests that the Clerk remove him from the electronic filing notice list.

SAUL EWING LLP

By: _____
Mark Minuti (No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6840
(302) 421-5873 (Fax)

Attorneys for CMGI, Inc.

Dated: April 25, 2007

547187.1 4/25/07