IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MAY 2, 2007, AT 2:00 P.M. BEFORE THE
HONORABLE JUDITH K. FITZGERALD AT THE UNITED STATES
BANKRUPTCY COURT, IN PITTSBURGH, PENNSYLVANIA**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST MAKE
ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR
FACSIMILE (866-533-2946), NO LATER THAN NOON ON MONDAY, APRIL 30, 2007
AND OTHERWISE COMPLY WITH THE *AMENDED ORDER ESTABLISHING CASE
MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [DOCKET NO. 7709]**

## CONTINUED MATTERS

1.    Debtors' Fifth Omnibus Objection to Claims (Substantive) [Filed: 05/05/04]
      (Docket No. 5527)

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Related Documents:

a.      Notice of Submission of Claim Numbers 602 and 604 to Mediation [Filed: 5/1/06] (Docket No. 12353)

b.      [Signed] Thirtieth Continuation Order Granting the Related Relief Sought in Debtors' Fifth Omnibus Objection to Claims (Substantive) as to Continued Objection [Filed: 2/23/07] (Docket No. 14657)

Response Deadline:  June 4, 2004, at 4:00 p.m.

Status:  The hearing on the claims of Weatherford International, Inc. is continued to May 21, 2007, at 2:00 p.m.

2.      Debtors' Eighteenth Omnibus Objection to Claims (Substantive) [Filed: 10/16/06] (Docket No. 13415)

Related Documents:

a.      [Signed] Continuation Order Regarding the Debtors' the Debtors' Eighteenth Omnibus Objection to Claims (Substantive) [Filed: 2/23/07] (Docket No. 14658)

Response Deadline: November 3, 2006 at 4:00 p.m.

Responses Received:

a.      Objection of NL Industries, Inc. to Debtors' Eighteenth Omnibus Objection to Claims (Substantive) as to Claims Numbers 2625, 2626, and 2627 [Filed: 11/30/06] (Docket No. 13846)

Status This matter is continued to May 21, 2007, at 2:00 p.m.

3.      Debtors' Twentieth Omnibus Objection to Claims (Substantive) [Filed: 12/18/06] (Docket No. 14063)

Related Documents:

a.      [Signed] Third Order Granting Relief Sought Debtors' Twentieth Omnibus Objection to Claims (Substantive) [Filed: 4/3/07] (Docket No. 15071)

Response Deadline:  January 5, 2007, at 4:00 p.m.

Responses Received:

a.      Response of Cartus Corporation, Formerly Known as Cendant Mobility Services Corporation, to Debtors' Twentieth Objection to Claims (Substantive) [Filed: 1/3/07] (Docket No. 14217)

b.    Response of James Rapisardi, Executor of the Estate of Rosario Rapisardi to Debtors' Twentieth Objection to Claims (Substantive) [Filed: 1/4/07] (Docket No. 14219)

c.    Response of Claimant Walter D. Pelett to Debtors' Twentieth Omnibus Objection to Claims [Filed: 2/9/07] (Docket No. 14525)

d.    Response of James Rapisardi, Executor of the Estate of Rosario Rapisardi to Debtors' Request for Additional Documents [Filed: 2/22/07] (Docket No. 14645)

Status: This matter is continued to May 21, 2007, at 2:00 p.m.

4.    Debtors' Twenty-First Omnibus Objection to Claims (Substantive) [Filed: 2/26/07] (Docket No. 14680)

Related Documents:

a.    [Signed] Order Granting Relief Sought in Debtors' Twenty-First Omnibus Objection to Claims (Substantive) [Filed: 4/3/07] (Docket No. 15072)

b.    Debtors' Motion for Limited Waiver of Del.Bankr.L.R. 3007-1 to Permit Filing Omnibus Objection to Approximately 550 Cross-Debtor Duplicate Claims [Filed: 2/26/07] (Docket No. 14681)

(i)    [Proposed] Order Granting Limited Waiver of Del.Bankr.L.R. 3007-1 to Permit Filing Omnibus Objection to Approximately 550 Cross-Debtor Duplicate Claims [Filed: 2/26/07] (Docket No. 14681)

Response Deadline:  March 16, 2007, at 4:00 p.m.

Responses Received:

a.    Response of the State of Montana Department of Environmental Quality to Debtors' Twenty-First Omnibus Objection to Cross-Debtor Duplicative Claims (Substantive) [Filed: 3/16/07] (Docket No. 14875)

Status:  This matter is continued to May 21, 2007, at 2:00 p.m.

5.    Debtors' Twenty-Second Omnibus Objection to Claims (Substantive) [Filed: 3/28/07] (Docket No. 15012)

Related Documents:

a.    [Proposed] Order Granting Relief Sought in Debtors' Twenty-Second Omnibus Objection to Claims (Substantive) [Filed: 3/28/07] (Docket No. 3/28/07)

Response Deadline: April 13, 2007, at 4:00 p.m.

Responses Received:

a.     Georgia Department of Revenue's Response to Debtors' Twenty-Second Omnibus Objection to Claims (Substantive) [Filed: 4/3/07] (Docket No. 15079)

b.     Response by New York State Department of Taxation and Finance to Debtors' Twenty-Second Omnibus Objection to Claims [Filed: 4/6/07] (Docket No. 15106)

Status:  This matter is continued to May 21, 2007, at 2:00 p.m.

## UNCONTESTED MATTERS

6.     Debtors' Motion for an Order Modifying the Automatic Stay so that Debtors May Commence Tax Court Litigation to Resolve Certain Tax Claims [Filed: 3/28/07] (Docket No. 15014)

Related Documents:

a.     [Proposed] Order Modifying the Automatic Stay so that Debtors May Commence Tax Court Litigation to Resolve Certain Tax Claims [Filed: 3/28/07] (Docket No. 15014)

**b.     Certification of No Objection Regarding Debtors' Motion for an Order Modifying the Automatic Stay so That the Debtors May Commence Tax Court Litigation to Resolve Certain Tax Claims [Filed: 4/25/07] (Docket No. 15298)**

Response Deadline: April 13, 2007, at 4:00 p.m. (extended until April 18, 2007 for the Official Committee of Unsecured Creditors)

Responses Received: None as of the date of this Notice of Agenda.

**Status: No parties have objected to the relief requested in the Motion.  Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.**

7.     Motion for Leave in Accordance with the Orders Authorizing the Debtors to Employ and Compensate Ordinary Course Professionals as it Pertains to Socha, Perczak, Setter & Anderson, P.C. [Filed: 3/28/07] (Docket No. 15015)

Related Documents:

a.     [Proposed] Order Granting Leave in Accordance with the Orders Authorizing the Debtors to Employ and Compensate Ordinary Course Professionals as it Pertains to Socha, Perczak, Setter & Anderson, P.C. [Filed: 3/28/07] (Docket No. 15015)

b.     Certification of No Objection Regarding Motion for Leave in Accordance with the Orders Authorizing the Debtors to Employ and Compensate Ordinary Course Professionals as it Pertains to Socha, Perczak, Setter & Anderson, P.C. **[Filed: 4/25/07] (Docket No. 15299)**

4

Response Deadline:  April 13, 2007, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: No parties have objected to the relief requested in the Motion.  Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.

## CONTESTED MATTERS

8.      Motion to Modify Order Allowing Retention of Lexecon LLC as Asbestos Claims Consultant to the Official Committee of Equity Security Holders [Filed: 3/28/07] (Docket No. 14992)

Related Documents:

a.      [Proposed] Modified Order Authorizing and Approving the Employment and Retention of Lexecon LLC, Nunc Pro Tunc From October 29, 2004, as Asbestos Claims Consultant to the Official Committee of Equity Security Holders [Filed: 3/28/07] (Docket No. 14992, Exhibit A)

Response Deadline:  April 13, 2007, at 4:00 p.m.

Responses Received:

a.      Objection of the Official Committee of Asbestos Personal Injury Claimants to the Official Committee of Equity Security Holders Motion to Modify Order Allowing Retention of Lexecon LLC as Asbestos Claims Consultant to the Official Committee of Equity Security Holders [Filed: 4/13/07] (Docket No. 15171)

Status: This matter will go forward.

9.      Motion of BNSF for Clarification of the Scope of the Preliminary Injunction, or in the Alternative, for Relief From the Preliminary Injunction [Filed: 2/15/07] (Adv. Pro. No. 01-771, Docket No. 389)

Related Documents:

a.      Affidavit of James Roberts [Filed: 2/15/07] (Adv. Pro. No. 01-771, Docket No. 389)

Response Deadline:  March 16, 2007, at 4:00 p.m.

Responses Received:

a.      Libby Claimants' Statement Concerning Motion of BNSF Concerning Preliminary Injunction [Filed: 2/28/07] (Adv. Pro. No. 01-771, Docket No. 390)

91100-001\DOCS_DE:126664.8

b.      Objection of Continental Casualty Company to Motion of BNSF for Clarification of the Scope of the Preliminary Injunction, or in the Alternative, for Relief From the Preliminary Injunction [Filed: 3/16/07] (Adv. Pro. No. 01-771, Docket No. 391)

c.      Royal Indemnity Company's Opposition to Motion of BNSF for Clarification of the Scope of the Preliminary Injunction, or in the Alternative, for Relief From the Preliminary Injunction [Filed: 3/16/07] (Adv. Pro. No. 01-771, Docket No. 392)

d.      Objection of Maryland Casualty Company to the Motion of BNSF for Clarification of the Scope of the Preliminary Injunction, or in the Alternative, for Relief From the Preliminary Injunction [Filed: 3/16/07] (Adv. Pro. No. 01-771, Docket No. 393)

e.      Debtors' Response to Motion of BNSF for Clarification of the Scope of the Preliminary Injunction and Cross-Motion to Expand the Preliminary Injunction to Include Actions Against BNSF [Filed: 3/16/07] (Adv. Pro. No. 01-771, Docket No. 394)

Status:  This matter is going forward.

10.     Motion for Leave to Further Amend Complaint [Filed: 3/16/07] (Adv. Pro. No. 01-771, Docket No. 395)

Related Documents:

a.      [Proposed] Order Granting Plaintiffs' Motion for Leave to Amend Complaint [Filed: 3/16/07] (Adv. Pro. No. 01-771, Docket No. 395)

Response Deadline:  April 13, 2007, at 4:00 p.m.

Responses Received:

a.      Response of BNSF to Debtors' Motion for Leave to Further Amend Complaint [Filed: 4/13/07] (Adv. Pro. No. 01-771, Docket No. 412)

b.      Opposition of the Official Committee of Asbestos Personal-Injury Claimants to Debtors' Motion for Leave to Further Amend Complaint [Filed: 4/13/07] (Adv. Pro. No. 01-771, Docket No. 415)

c.      Opposition of Libby Claimants to Debtors' Motion for Leave to Further Amend Complaint [Filed: 4/13/07] (Adv. Pro. No. 01-771, Docket No. 416)

Status: This matter will go forward.

11.     Debtors' Motion to Expand the Preliminary Injunction to Include Action Against BNSF [Filed: 3/26/07] (Adv. Pro. No. 01-771, Docket No. 398)

6

Related Documents:

a.      [Proposed] Order Expanding the Preliminary Injunction to Include Actions
        Against BNSF [Filed: 3/26/07] (Adv. Pro. No. 01-771, Docket No. 398)

Response Deadline: April, 2007 at 4:00 p.m.

Responses Received:

a.      Royal Indemnity Company's Response to Debtors Response to Motion of BNSF
        for Clarification of the Scope of the Preliminary Injunction and Cross-Motion to
        Expand the Preliminary Injunction to Include Actions Against BNSF [Filed:
        3/26/07] (Adv. Pro. No. 01-771, Docket No. 397)

b.      Response of BNSF to Debtors' Motion to Expand the Preliminary Injunction to
        Include Actions Against BNSF [Filed: 4/13/07] (Adv. Pro. No. 01-771, Docket
        No. 413)

c.      Opposition of the Official Committee of Asbestos Personal-Injury Claimants to
        Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against
        BNSF [Filed: 4/13/07] (Adv. Pro. No. 01-771, Docket No. 414)

d.      Opposition of the Libby Claimants to Debtors' Motion to Expand the Preliminary
        Injunction to Include Actions Against BNSF [Filed: 4/13/07] (Adv. Pro. No. 01-
        771, Docket No. 417)

        **(i)     Libby Claimants' Motion in Limine [Filed: 4/13/07] (Adv. Pro. No. 01-
                771, Docket No. 418)**

        **(ii)    [Proposed] Order Granting Libby Claimants' Motion in Limine
                [Filed: 4/13/07] (Adv. Pro. No. 01-771, Docket No. 418)**

        **Responses Received:**

        **a.      Objection of Maryland Casualty Company to the Libby Claimants'
                Motion in Limine [Filed: 4/25/07] (Adv. Pro. No. 01-771, Docket No.
                425)**

**Replies Received:**

**a.      Maryland Casualty Company's Reply in Support of Debtors' Motion to
        Expand the Preliminary Injunction to Include Actions Against BNSF [Filed:
        4/23/07] (Adv. Pro. No. 01-771, Docket No. 422)**

**b.      Debtors' Motion for Leave to File a Reply in Further Support of Their
        Motion to Expand Preliminary Injunction to Include Actions Against BNSF
        [Filed: 4/24/07] (Adv. Pro. No. 01-771, Docket No. 424)**

      **(i)**      **[Proposed] Order Granting Debtors' Motion for Leave to File a Reply in Further Support of Their Motion to Expand Preliminary Injunction to Include Actions Against BNSF [Filed: 4/24/07] (Adv. Pro. No. 01-771, Docket No. 424)**

      **(ii)**     **Debtors' Reply in Support of Their Motion to Expand Preliminary Injunction to Include Actions Against BNSF [Filed: 4/24/07] (Adv. Pro. No. 01-771, Docket No. 424, Exhibit 1)**

Status: This matter will go forward.

## CLAIM OBJECTIONS

12.    Motion and Objection Seeking Entry of an Order (A) Expunging or (B) Reducing and Allowing Claim Paid Post-Petition [Filed: 3/28/07] (Docket No. 15011)

    Related Documents:

    a.    [Proposed] Order (A) Expunging or (B) Reducing and Allowing Claim Paid Post-Petition [Filed: 3/28/07] (Docket No. 15011)

    b.    Certification of No Objection Regarding Motion and Objection Seeking Entry of an Order (A) Expunging or (B) Reducing and Allowing Claim Paid Post-Petition **[Filed: 4/25/07] (Docket No. 15297)**

    Response Deadline: April 13, 2007, at 4:00 p.m.

    Responses Received: None as of the date of this Notice of Agenda.

    Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.

13.    Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 3/28/07] (Docket No. 15013)

    Related Documents:

    a.    [Proposed] Order Granting Relief Sought in Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 3/28/07] (Docket No. 15013)

    Response Deadline: April 13, 2007, at 4:00 p.m.

    Responses Received:

    a.    Response in Opposition By Commissioner of Massachusetts Department of Revenue to Debtors' Objection to the Claim Filed By Massachusetts Department of Revenue [Filed: 4/13/07] (Docket No. 15170)

    Status: This matter will go forward.

## MATTERS RELATING TO ASBESTOS PI CLAIMS

14.     Debtors' Motion to Compel Compliance with Supplemental Order Regarding Motions to Compel Claimants to Respond to the W. R. Grace & Co. Asbestos Personal Injury Questionnaire [Filed: 3/21/07] (Docket No. 14929)

Related Documents:

a.      [Proposed] Order Granting Motion to Compel Compliance with Supplemental Order Regarding Motions to Compel Claimants to Respond to the W. R. Grace & Co. Asbestos Personal Injury Questionnaire [Filed: 3/21/07] (Docket No. 14929)

b.      Amended Notice of Debtors' Motion to Compel Compliance with Supplemental Order Regarding Motions to Compel Claimants to Respond to the W. R. Grace & Co. Asbestos Personal Injury Questionnaire [Filed: 3/27/07] (Docket No. 14991)

Response Deadline: April 6, 2007, at 5:00 p.m.

Responses Received:

a.      Memorandum of the MMWR Firms in Opposition to Debtors' Motion to Compel Compliance with the Court's Supplemental Order of December 22, 2006 [Filed: 4/5/07] (Docket No. 15103)

    i.      [Proposed] Order Denying Debtors' Motion to Compel the MMWR Firms' Compliance with Supplemental Order Regarding Motions to Compel Claimants to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 4/5/07] (Docket No. 15103)

b.      Memorandum of Claimants Represented By Cooney & Conway Law Firm in Opposition to Debtor's Motion to Compel [Filed: 4/6/07] (Docket No. 15104)

c.      Motley Rice LLC's Combined Motion to Strike and Opposition to Debtor's Motion to Compel Compliance with Supplemental Order Regarding Motions to Compel Claimants to Respond to the W. R. Grace & Co. Asbestos Personal Injury Questionnaire [Filed: 4/6/07] (Docket No. 15107)

    i.      [Signed] Order Striking Motion Filed at Docket No. 15107 [Filed: 4/17/07] (Docket No. 15214)

d.      Response of Firms Represented By Stutzman, Bromberg, Esserman & Plifka in Opposition to Grace's Motion to Compel Compliance with Supplemental Order Regarding Motions to Compel Claimants to Respond to the W. R. Grace & Co. Asbestos Personal Injury Questionnaire [Filed: 4/6/07] (Docket No. 15108)

9

e.   Objection of the Official Committee of Asbestos Personal Injury Claimants to Debtors' Motion to Compel Compliance with Supplemental Order Regarding Experts [Filed: 4/6/07] (Docket No. 15109)

Status: This matter will go forward.

15.   Debtors' Motion Regarding Noncompliance with X-Ray Order [Filed: 3/30/07] (Docket No. 15057)

Related Documents:

a.   [Proposed] Order [Filed: 3/30/07] (Docket No. 15057)

**b.   Debtors' Motion for Leave to File Status Report in Further Support of Motion Regarding Noncompliance with X-Ray Order [Filed: 4/24/07] (Docket No. 15295)**

**(i)   [Proposed] Order Granting Debtors' Motion for Leave to File Status Report in Further Support of Motion Regarding Noncompliance with X-Ray Order [Filed: 4/24/07] (Docket No. 15295)**

**(ii)   Status Report of Compliance with X-Ray Order [Filed: 4/24/07] (Docket No. 15295, Exhibit A)**

Response Deadline: April 13, 2007, at 4:00 p.m.

Responses Received:

a.   Objection Response By Claimants Represented by Goldberg, Persky & White to Debtors' Motion Regarding Noncompliance with X-Ray Order [Filed: 4/11/07] (Docket No. 15151)

b.   Thornton & Naumes' Opposition to Debtors' Motion Regarding Noncompliance with X-Ray Order [Filed: 4/13/07] (Docket No. 15164)

c.   Response of Various Claimant Law Firms to Debtors' Motion Regarding Noncompliance with X-Ray Order [Filed: 4/13/07] (Docket No. 15165)

d.   Memorandum of Early, Ludwick, Sweeney & Strauss, LLC, The Wartnick Law Firm, Waters & Kraus, LLP, and Wise & Julian, LLP in Response to Debtors' Motion Alleging Noncompliance with X-Ray Order [Filed: 4/14/07] (Docket No. 15195)

(i)   Exhibits to Memorandum of Early, Ludwick, Sweeney & Strauss, LLC, The Wartnick Law Firm, Waters & Kraus, LLP, and Wise & Julian, LIP in Response to Debtors' Motion Alleging Noncompliance with X-Ray Order [Filed: 4/15/07] (Docket No. 15196)

**e.   Response to Debtors' Motion Regarding Alleged Noncompliance with X-Ray Order [Filed: 4/19/07] (Docket No. 15243)**

Status: This matter will go forward.

16.    Motion of the Official Committee of Asbestos Personal Injury Claimants and David T. Austern, the Court Appointed Legal Representative for Future Asbestos Personal Injury Claimants to Compel Testimony and Document Production Concerning Grace's Pre-Petition Estimates of its Personal Injury Asbestos Liability [Filed: 3/28/07] (Docket No. 15005)

Related Documents:

a.    [Proposed] Order Granting the Motion of the Official Committee of Asbestos Personal Injury Claimants and David T. Austern, the Court Appointed Legal Representative for Future Asbestos Personal Injury Claimants to Compel Testimony and Document Production Concerning Grace's Pre-Petition Estimates of its Personal Injury Asbestos Liability [Filed: 3/28/07] (Docket No. 15005)

b.    Motion for an Order Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Rule 9018-1(b) Authorizing the Official Committee of Asbestos Personal Injury Claimants and David T. Austern, the Court Appointed Legal Representative for Future Asbestos personal Injury Claimants, and Directing the Clerk of the Court, to file Under Seal Three Exhibits of the Motion of the Official Committee of Asbestos Personal Injury and David T. Austern, the Court Appointed Legal Representative for Future Asbestos Personal Injury Claimants to Compel Testimony and Document Production Concerning Grace's Pre-Petition Estimates of its Personal Injury Asbestos Liability [Filed: 3/28/07] (Docket No. 15006)

(i)    [Proposed] Order Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Rule 9018-1(b) Authorizing the Official Committee of Asbestos Personal Injury Claimants and David T. Austern, the Court Appointed Legal Representative for Future Asbestos personal Injury Claimants, and Directing the Clerk of the Court, to file Under Seal Three Exhibits of the Motion of the Official Committee of Asbestos Personal Injury and David T. Austern, the Court Appointed Legal Representative for Future Asbestos Personal Injury Claimants to Compel Testimony and Document Production Concerning Grace's Pre-Petition Estimates of its Personal Injury Asbestos Liability [Filed: 3/28/07] (Docket No. 15006)

**(ii)    Certification of No Objection Regarding Motion for an Order Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Rule 9018-1(b) Authorizing the Official Committee of Asbestos Personal Injury Claimants and David T. Austern, the Court Appointed Legal Representative for Future Asbestos personal Injury Claimants, and Directing the Clerk of the Court, to file Under Seal Three Exhibits of the Motion of the Official Committee of Asbestos Personal Injury and David T. Austern, the Court Appointed Legal Representative for Future Asbestos Personal Injury Claimants to Compel Testimony and**

11

Document Production Concerning Grace's Pre-Petition Estimates of its Personal Injury Asbestos Liability [Filed: 4/24/07] (Docket No. 15287)

c.    Motion for an Order Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Rule 9018-1(b) Authorizing the Official Committee of Asbestos Personal Injury Claimants and David T. Austern, the Court Appointed Legal Representative for Future Asbestos Personal Injury Claimants, and Directing the Clerk of the Court, to File Under Seal Four Exhibits to the Reply of Official Committee of Asbestos Personal Injury Claimants ("ACC") and David T. Austern, Legal Representative for Future Asbestos Personal Injury Claimants ("FCR"), in Support of Motion to Compel Testimony and Document Production Concerning Grace's Pre-Petition Estimates of Its Personal Injury Asbestos Liability [Filed: 4/24/07] (Docket No. 15294)

(i)    Motion to Shorten Notice with Respect to the Motion for an Order Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Rule 9018-1(b) Authorizing the Official Committee of Asbestos Personal Injury Claimants and David T. Austern, the Court Appointed Legal Representative for Future Asbestos Personal Injury Claimants, and Directing the Clerk of the Court, to File Under Seal Four Exhibits to the Reply of Official Committee of Asbestos Personal Injury Claimants ("ACC") and David T. Austern, Legal Representative for Future Asbestos Personal Injury Claimants ("FCR"), in Support of Motion to Compel Testimony and Document Production Concerning Grace's Pre-Petition Estimates of Its Personal Injury Asbestos Liability [Filed: 4/24/07] (Docket No. 15293)

(ii)    [Proposed] Order Granting the Motion to Shorten Notice with Respect to the Motion to Shorten Notice with Respect to the Motion for an Order Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Rule 9018-1(b) Authorizing the Official Committee of Asbestos Personal Injury Claimants and David T. Austern, the Court Appointed Legal Representative for Future Asbestos Personal Injury Claimants, and Directing the Clerk of the Court, to File Under Seal Four Exhibits to the Reply of Official Committee of Asbestos Personal Injury Claimants ("ACC") and David T. Austern, Legal Representative for Future Asbestos Personal Injury Claimants ("FCR"), in Support of Motion to Compel Testimony and Document Production Concerning Grace's Pre-Petition Estimates of Its Personal Injury Asbestos Liability [Filed: 4/24/07] (Docket No. 15293)

(iii)    [Proposed] Order Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Rule 9018-1(b) Authorizing the Official Committee of Asbestos Personal Injury Claimants and David T. Austern, the Court Appointed Legal Representative for Future Asbestos Personal Injury Claimants, and Directing the Clerk of the Court, to File Under Seal

**Four Exhibits to the Reply of Official Committee of Asbestos Personal Injury Claimants ("ACC") and David T. Austern, Legal Representative for Future Asbestos Personal Injury Claimants ("FCR"), in Support of Motion to Compel Testimony and Document Production Concerning Grace's Pre-Petition Estimates of Its Personal Injury Asbestos Liability [Filed: 4/24/07] (Docket No. 15294)**

Response Deadline: April 13, 2007, at 4:00 p.m.

Responses Received:

a.      W. R. Grace's Objection to Motion to Compel Testimony and Document Production Concerning Grace's Pre-Petition Asbestos Liability Estimates [Filed: 4/13/07] (Docket No. 15185)

**Replies Received:**

**a.      Motion for Leave to File a Reply to W. R. Grace's Objection to Motion to Compel Testimony and Document Production Concerning Grace's Pre-Petition Asbestos Liability Estimates [Filed: 4/24/07] (Docket No. 15292)**

> **(i)      [Proposed] Order Granting the Motion for Leave to File a Reply to W. R. Grace's Objection to Motion to Compel Testimony and Document Production Concerning Grace's Pre-Petition Asbestos Liability Estimates [Filed: 4/24/07] (Docket No. 15292)**

> **(ii)     Reply of Official Committee of Asbestos Personal Injury Claimants ("ACC") and David T. Austern, the Court Appointed Legal Representative for Future Asbestos Personal Injury Claimants ("FCR"), in Support of Motion to Compel Testimony and Document Production Concerning Grace's Pre-Petition Estimates of Its Personal Injury Asbestos Liability [Filed: 4/24/07] (Docket No. 15292, Exhibit 1)**

Status: This matter will go forward.


## MATTERS RELATING TO ASBESTOS PD CLAIMS

17.    Debtors' Emergency Motion for an Order Concerning the Amendment or Supplementation of Asbestos PD Claims [Filed: 4/6/07] (Docket No. 15112)

Related Documents:

a.      [Proposed] Order Concerning the Amendment or Supplementation of Asbestos PD Claims [Filed: 4/6/07] (Docket No. 15112)

b.      Debtors' Motion for Leave to Shorten Notice Period of Debtors' Emergency Motion for an Order Concerning the Amendment or Supplementation of Asbestos PD Claims [Filed: 4/6/07] (Docket No. 15113)

91100-001\DOCS_DE:126664.8

(i)    [Signed] Order Granting Motion for Leave to Shorten Time Period for Notice and Hearing on Debtors' Emergency Motion for an Order Concerning the Amendment or Supplementation of Asbestos PD Claims [Filed: 4/17/07] (Docket No. 15215)

<u>Response Deadline</u>: April 23, 2007, at 4:00 p.m.

<u>Responses Received</u>:

a.    Objection of the Official Committee of Asbestos Property Damage Claimants to Debtors' Motion for Leave to Shorten Notice Period of Debtors' Emergency Motion for an Order Concerning the Amendment or Supplementation of Asbestos Property Damage Claims [Filed: 4/13/07] (Docket No. 15179)

**b.    Objection of the Official Committee of Asbestos Property Damage Claimants to Debtors' Emergency Motion for an Order Concerning the Amendment or Supplementation of Asbestos Property Damage Claims [Filed: 4/23/07] (Docket No. 15271)**

**c.    Joinder of the Prudential Insurance Company of America to Objection of the Official Committee of Asbestos Property Damage Claimants to Debtors' Emergency Motion for an Order Concerning the Amendment or Supplementation of Asbestos Property Damage Claims [Filed: 4/23/07] (Docket No. 15273)**

<u>Status</u>: This matter will go forward.

18.    ZAI Claimants' Motion for Discovery Concerning W. R. Grace's Conduct in the ZAI Summary Judgment Proceedings [Filed: 3/28/07] (Docket No. 15004)

<u>Related Documents</u>:

a.    [Proposed] Order Granting ZAI Claimants' Motion for Discovery Concerning W. R. Grace's Conduct in the ZAI Summary Judgment Proceedings [Filed: 3/28/07] (Docket No. 15004)

<u>Response Deadline</u>: April 13, 2007, at 4:00 p.m.

<u>Responses Received</u>:

a.    Debtors' Response to ZAI Claimants' Motion for Discovery Concerning W. R. Grace's Conduct in the ZAI Summary Judgment Proceedings [Filed: 4/13/07] (Docket No. 15168)

<u>Status</u>: This matter will go forward.

19.    Status Conference on ZAI Science Issues

<u>Status</u>: This matter will go forward.

14

## ADDITIONAL MATTERS

20.     **Status Conference on Issues related to Asbestos PD Claims**

        **Related Documents:**

        a.      **Notice of Status Conference Regarding Scheduling of Adjudication for Certain Asbestos Property Damage Claims [Filed: 4/25/07] (Docket No. 15302)**

        **Status:  A status conference will go forward.**

Dated: April 25, 2007

KIRKLAND & ELLIS LLP
David M. Bernick P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL  60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and-

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

      /s/ James E. O'Neill, III
Laura Davis Jones (Bar No. 2436)
James E. O'Neill, III (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession