**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No.01-01139 (JKF) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING MOTION OF STATE OF NEW JERSEY, DEPARTMENT OF ENVIRONMENTAL PROTECTION, FOR LEAVE TO FILE A LATE PROOF OF CLAIM**

This matter having been opened to the Court by Stuart Rabner, Attorney General of New Jersey, by Rachel Jeanne Lehr, Deputy Attorney General appearing, attorney for movant State of New Jersey, Department of Environmental Protection ("Department" or "State"), and the Court having considered the Brief submitted in support herein; the oral argument of counsel; and for good cause shown;

**IT IS** on this         day of May     ,     ;

**ORDERED** that pursuant to Fed. R. Bankr. P. 9006(b)(1) the State of New Jersey, Department of Environmental Protection, is hereby granted leave to file its Proof of Claim; and

**IT IS FURTHER ORDERED** that within five days of this date, the movant's attorney shall serve all counsel of record with a true and correct copy of this Order.

_____
Judith K. Fitzgerald
United States Bankruptcy Judge