IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1] | ) | |
| | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Objection Deadline: May 16, 2007 at 4:00 P.M. |
| | ) | (Prevailing Eastern Time) |

## SUMMARY APPLICATION OF FORMAN PERRY WATKINS KRUTZ & TARDY LLP FOR REIMBURSEMENT OF EXPENSES AND COMPENSATION FOR SERVICES IN EXCESS OF THE ORDINARY COURSE PROFESSIONAL CAP FOR PERIOD APRIL 2006 TO MARCH 2007

| | |
|---|---|
| Name of Applicant: | **Forman Perry Watkins Krutz & Tardy LLP** |
| Authorized to Provide Professional Services to: | **W.R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order Entered October 31, 2005 (Ordinary Course Professional)** |
| Period for Compensation and Reimbursement: | **April 1, 2006 through March 31, 2007** |
| Amount of Compensation Sought As Actual, Reasonable, and Necessary: | **$1,763,152.50** |
| Amount of Expense Reimbursement Sought As Actual, Reasonable, and Necessary: | **$253,394.42** |

This is a __X__ monthly _____ interim _____ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

The total time expended for the preparation of this first, multi-month application is approximately 130 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $39,000. Future applications are expected to take no more than 35 hours, or $10,000, to prepare.

This is Forman Perry Watkins Krutz & Tardy LLP's ("FPWKT") monthly application for interim compensation of services in excess of the OCP cap for the fee periods April 1, 2006 through March 31, 2007. FPWKT has never before filed a fee application in this matter. Pursuant to the *Order Granting Leave in Accordance with the Orders Authorizing the Debtors to Employ and Compensate Ordinary Course Professionals As It Pertains to Forman Perry Watkins Krutz & Tardy LLP* dated April 2, 2007, FPWKT is permitted to file its fee application for excess OCP fees and expenses for "all previous months and any future month" in which it incurs excess OCP fees and expenses. Although this first fee application covers all excess fees and expenses incurred over a period of several months prior to the Court's April 2, 2007 Order, all future applications, if necessary, will be submitted on a monthly basis as required by the interim compensation order.

For April 2006 through March 2007, FPWKT incurred excess OCP fees and un-reimbursed expenses as summarized in the two charts below:

| Month | Excess Fees | Expenses | Total |
|---|---|---|---|
| April 2006 | $58,159.00 | $0.00 | $58,159.00 |
| May 2006 | $60,914.00 | $0.00 | $60,914.00 |
| June 2006 | $152,560.50 | $0.00 | $152,560.50 |
| July 2006 | $162,335.00 | $21,317.43 | $183,652.43 |
| August 2006 | $128,899.50 | $25,399.61 | $154,299.11 |
| September 2006 | $114,316.00 | $4,802.72 | $119,118.72 |
| October 2006 | $246,333.50 | $51,016.38 | $297,349.88 |

---

[2] FPWKT received partial compensation and reimbursement of expenses for the April 2006 through October 2006 fee periods. The amounts indicated on this chart for those months (and the corresponding compensation and reimbursement requested in this fee application) represent only the remaining unpaid excess fees and expenses for that time period.

| Month | Excess Fees | Expenses | Total | Expected Standard OCP Payment | Remaining Balance |
|---|---|---|---|---|---|
| November 2006 | $337,498.50 | $51,035.95 | $388,534.45 | <$50,000> | $338,534.45 |
| December 2006 | $159,197.50 | $43,648.50 | $202,846.00 | <$50,000> | $152,846.00 |
| January 2007 | $178,774.50 | $23,784.53 | $202,559.03 | <$50,000> | $152,559.03 |
| February 2007 | $264,589.50 | $24,303.02 | $288,892.52 | <$50,000> | $238,892.52 |
| March 2007 | $149,575.00 | $8,086.28 | $157,661.28 | <$50,000> | $107,661.28 |

The FPWKT attorneys who rendered excess OCP professional services in these cases during the applicable fee periods are:

| Name of Professional | Position with Applicant and Year Admitted to Practice | | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| KRUTZ, FRED | Partner | 29 Years | $435.00 | 128.8 | $56,028.00 |
| WATKINS, JR., WALTER G. | Partner | 28 Years | $435.00 | 29.1 | $12,658.50 |
| MULHOLLAND, DANIEL J | Sr. Associate | 21 Years | $345.00 | 223.0 | $76,935.00 |
| CROFT, MARCY B. | Partner | 9 Years | $345.00 | 66.6 | $22,977.00 |
| MCLEOD, CHAN E. | Associate | 3 Years, 7 Months | $185.00 | 30.9 | $5,716.50 |
| DEARMAN, TANYA K. | Associate | 2 Years, 6 Months | $185.00 | 19.0 | $3,515.00 |
| HANNULA, BRIAN B. | Associate | 3 Years, 7 Months | $185.00 | 40.2 | $7,437.00 |
| METCALF, JOSHUA J. | Associate | 5 Years, 7 Months | $195.00 | 126.6 | $24,687.00 |
| GARNER, SHARON M. | Associate | 5 Years, 7 Months | $195.00 | 3.0 | $585.00 |
| HUTH, JONATHAN K. | Sr. Associate | 6 Years, 7 Months | $225.00 | 33.5 | $7,537.50 |
| CALHOUN, ASHLEY | Associate | 3 Years | $185.00 | 96.6 | $17,871.00 |
| RATLIFF, MARY MARGARET | Sr. Associate | 4 Years, 7 Months | $225.00 | 392.0 | $88,200.00 |
| RAGGIO, JOHN W. | Associate | 3 Years, 5 Months | $200.00 | 1.4 | $280.00 |
| KAMRANI, NATASHA M. | Sr. Associate | 6 Years, 5 Months | $225.00 | 1.4 | $315.00 |
| PUJOL, PATRICE | Sr. Associate | 11 Years, 7 Months | $225.00 | 2.2 | $495.00 |
| BUFFINGTON, KEVIN A. | Associate | 2 Years, 6 Months | $185.00 | 62.7 | $11,599.50 |
| BLUMROSEN, AMY J. | Sr. Associate | 9 Years, 5 Months | $225.00 | 1.4 | $315.00 |
| MOELLER, EVAN A. | Associate | 1 Year, 5 Months | $185.00 | 1.1 | $203.50 |
| CARSON, HEATHER J. | Associate | 1 Year, 6 Months | $185.00 | 28.6 | $5,291.00 |
| SNEDDON, CEEJAYE | Associate | 1 Year, 6 Months | $185.00 | 98.1 | $18,148.50 |
| TOTAL FOR ATTORNEYS | | | | 1386.2 | $360,795.00 |

---

[3] FPWKT has not yet received any compensation or reimbursement of expenses for the November 2006 through March 2007 fee periods. FPWKT has submitted invoices covering these months to Debtors for payment. Therefore, the amount of compensation and reimbursement of expenses requested in this fee application for each of these months has been reduced by $50,000 per month in anticipation of the payment of that amount by Debtors through the normal OCP process.

The FPWKT paraprofessionals who rendered professional services in these cases during the applicable fee periods are:

| Name of Paraprofessional | | Position with Applicant and Number of Years as a Paraprofessional | | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Last Name | First Name | | | | | |
| ALAYA | STEPHANIE D. | Paralegal/Document Analyst | 2 Months | $95.00 | 2.60 | $247.00 |
| ALDERSON | JUSTIN M. | Paralegal | 2 Years, 10 Months | $95.00 | 240.70 | $22,866.50 |
| ALLEN | DEBORAH S. | Paralegal/Document Analyst | 1 Year, 4 Months | $95.00 | 311.10 | $29,554.50 |
| ALLEN | JUDY D. | Paralegal/Document Analyst | 1 Year | $95.00 | 143.20 | $13,604.00 |
| ANDERSON | SHAN | Paralegal/Document Analyst | 2 Years | $95.00 | 7.20 | $684.00 |
| AVERY | MAYA D. | Paralegal/Document Analyst | 3 Months | $95.00 | 14.60 | $1,387.00 |
| BARTON | JANEKIA W. | Paralegal/Document Analyst | 8 Months | $95.00 | 66.70 | $6,336.50 |
| BATES | TRACEY C. | Paralegal/Document Analyst | 1 Year, 8 Months | $95.00 | 564.50 | $53,627.50 |
| BAXLEY | ALICE L. | Paralegal/Document Analyst | 6 Months | $95.00 | 8.50 | $807.50 |
| BENNINGHOFF | COURTNEY E. | Paralegal/Document Analyst | 1 Year, 11 Months | $95.00 | 368.10 | $34,969.50 |
| BLACKMON | ERICA M. | Paralegal/Document Analyst | 1 Year | $95.00 | 74.80 | $7,106.00 |
| BOLER | KIM L. | Paralegal/Document Analyst | 1 Year | $95.00 | 68.60 | $6,517.00 |
| BOWIE | BRIDGETT T. | Paralegal/Document Analyst | 3 Years | $95.00 | 117.60 | $11,172.00 |
| BRELAND | SUSAN | Sr. Paralegal/Document Analyst | 2 Years, 10 Months | $95.00 | 874.50 | $83,077.50 |
| BROWN | BRIAN W. | Paralegal/Document Analyst | 4 Years | $95.00 | 60.60 | $5,757.00 |
| BRYANT | ROBERT NEIL | Paralegal/Document Analyst | 3 Years | $95.00 | 30.40 | $2,888.00 |
| BUTLER | ASHLEY N. | Paralegal/Document Analyst | 1 Year, 2 Months | $95.00 | 475.80 | $45,201.00 |
| BYRD | KIM A. | Paralegal/Document Analyst | 2 Years | $95.00 | 189.60 | $18,012.00 |
| COUSIN | THELMA B. | Paralegal/Document Analyst | 6 Months | $95.00 | 201.20 | $19,114.00 |
| CRABTREE | CHERYL L. | Paralegal/Document Analyst | 2 Years, 8 Months | $95.00 | 354.00 | $33,630.00 |
| CRUMP | DEVIN D. | Paralegal/Document Analyst | 2 Months | $95.00 | 57.80 | $5,491.00 |
| CRUMP-RILEY | ESANDRA D. | Paralegal/Document Analyst | 1 Year, 7 Months | $95.00 | 458.70 | $43,576.50 |
| DAVIS | LACEY E. | Paralegal/Document Analyst | 1 Year, 8 Months | $95.00 | 492.20 | $46,759.00 |
| DAVIS | JACKIE A. | Paralegal/Document Analyst | 1 Year | $95.00 | 284.60 | $27,037.00 |
| DEEMER, JR. | WILLIAM M. | Sr. Paralegal/Document Analyst | 9 Years | $95.00 | 162.40 | $15,428.00 |
| DELAUGHTER | PATRICIA M. | Paralegal/Document Analyst | 2 Years, 6 Months | $95.00 | 35.90 | $3,410.50 |
| DIAL | MAYA M. | Sr. Paralegal/Document Analyst | 5 Years, 6 Months | $95.00 | 33.90 | $3,220.50 |
| DINKINS | SHIVOCHIE | Paralegal/Document Analyst | 3 Years, 6 Months | $95.00 | 63.80 | $6,061.00 |
| DURHAM | S. MARCHUNE | Paralegal/Document Analyst | 7 Years | $95.00 | 71.40 | $6,783.00 |
| EPPS | REGINA D. | Paralegal/Document Analyst | 1 Year, 4 Months | $95.00 | 420.10 | $39,909.50 |
| ESTES | JACKIE F. | Paralegal/Document Analyst | 5 Years, 6 Months | $95.00 | 14.20 | $1,349.00 |
| FICKLIN | ASHLEY M. | Paralegal/Document Analyst | 3 Years | $95.00 | 497.50 | $47,262.50 |
| FORD | JACKIE D. | Paralegal/Document Analyst | 1 Year, 10 Months | $95.00 | 2.60 | $247.00 |
| FOREST-WILDER | MACHANDRA | Paralegal/Document Analyst | 1 Year, 8 Months | $95.00 | 544.30 | $51,708.50 |
| GRAY | SHIRLEY A. | Paralegal/Document Analyst | 1 Year, 8 Months | $95.00 | 670.30 | $63,678.50 |
| HAGER | CHERLYN | Paralegal | 3 Years | $95.00 | 0.40 | $38.00 |
| HAIRSTON | DARCUS L. | Paralegal/Document Analyst | 6 Months | $95.00 | 0.60 | $57.00 |
| HALES | MICHELLE W. | Sr. Paralegal/Document Analyst | 2 Years, 2 Months | $95.00 | 498.90 | $47,395.50 |
| HALES | TONIA M. | Paralegal | 1 Year, 4 Months | $95.00 | 0.90 | $85.50 |
| HATCH | BRIDGET | Paralegal/Document Analyst | 2 Years | $95.00 | 246.40 | $23,408.00 |
| HITCHCOCK | JAY | Paralegal/Document Analyst | 1 Year | $95.00 | 4.70 | $446.50 |
| HUBBS | LESHUNDA R. | Paralegal/Document Analyst | 6 Months | $95.00 | 62.10 | $5,899.50 |
| HUTTON | PRISCILLA | Paralegal/Document Analyst | 1 Year, 1 month | $95.00 | 759.90 | $72,190.50 |
| INGLE | SHONDRA L. | Paralegal/Document Analyst | 1 Year | $95.00 | 280.40 | $26,638.00 |
| JACKSON | CLAY | Paralegal/Document Analyst | 2 Years, 6 Months | $95.00 | 73.10 | $6,944.50 |
| JEFFCOATS | CHRISTEL A. | Paralegal | 9 Years | $105.00 | 10.50 | $1,102.50 |
| JEFFERSON | KIMBERLY L. | Paralegal/Document Analyst | 6 Months | $95.00 | 65.70 | $6,241.50 |
| JOHNSON | SALLIE D. | Paralegal/Document Analyst | 8 Months | $95.00 | 50.30 | $4,778.50 |
| KALAHAR | JULIE C. | Paralegal/Document Analyst | 1 Year, 6 Months | $95.00 | 144.80 | $13,756.00 |
| KELLY | SHARON | Paralegal/Document Analyst | 3 Years | $95.00 | 359.70 | $34,171.50 |
| KNIGHT | MARY H. | Paralegal/Document Analyst | 8 Months | $95.00 | 11.60 | $1,102.00 |
| LANCASTER | LEA ANNE | Paralegal/Document Analyst | 2 Years | $95.00 | 5.80 | $551.00 |
| LAURO | VALERIE M. | Paralegal/Document Analyst | 2 Years, 2 Months | $95.00 | 82.40 | $7,828.00 |

| Name of Paraprofessional | | Position with Applicant and Number of Years as a Paraprofessional | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Last Name | First Name | | | | |
| LIPSEY | MARY | Paralegal/Document Analyst | 1 Year, 6 Months | $95.00 | 97.30 | $9,243.50 |
| MARTIN | EBONIQUE | Paralegal/Document Analyst | 6 Months | $95.00 | 68.10 | $6,469.50 |
| MCGEE | RODNEY | Paralegal | 2 Years | $95.00 | 12.60 | $1,197.00 |
| MCKINNEY-POPE | KRISTIE N. | Paralegal/Document Analyst | 2 Years | $95.00 | 405.00 | $38,475.00 |
| MCLIN | JOYCE | Paralegal/Document Analyst | 3 Months | $95.00 | 25.40 | $2,413.00 |
| MCMILLAN | SHELLY B. | Sr. Paralegal/Document Analyst | 5 Years, 5 Months | $95.00 | 336.10 | $31,929.50 |
| MERRITT | SHERLITERCE | Paralegal/Document Analyst | 3 Years, 4 Months | $95.00 | 364.20 | $34,599.00 |
| MILLER | VIRGINIA | Sr. Paralegal/Document Analyst | 4 Years | $95.00 | 118.90 | $11,295.50 |
| MILLS | MARILYN | Legal Assistant | 20 Years | $95.00 | 2.70 | $256.50 |
| MITCHELL | DANA K. | Paralegal/Document Analyst | 1 Year, 2 Months | $95.00 | 392.40 | $37,278.00 |
| MOORE | JONI L. | Paralegal/Document Analyst | 1 Year, 5 Months | $95.00 | 450.20 | $42,769.00 |
| MOORE | DWANESE | Paralegal/Document Analyst | 3 Months | $95.00 | 9.40 | $893.00 |
| MURRAY | KELSEY Y. | Paralegal/Document Analyst | 6 Months | $95.00 | 47.10 | $4,474.50 |
| MYERS | MARIAH M. | Paralegal/Document Analyst | 1 Year, 4 Months | $95.00 | 202.40 | $19,228.00 |
| NORWOOD | KELSEY | Paralegal/Document Analyst | 1 month | $95.00 | 13.00 | $1,235.00 |
| OLSON | JUANITA | Sr. Paralegal/Document Analyst | 9 Years, 9 Months | $95.00 | 19.30 | $1,833.50 |
| PARKS | JENNIFER | Legal Assistant | 2 Years, 6 Months | $95.00 | 52.80 | $5,016.00 |
| PAYTON | SHANTAYE Q. | Paralegal/Document Analyst | 5 Years, 2 Months | $95.00 | 84.20 | $7,999.00 |
| PEETS | HALEY E. | Paralegal/Document Analyst | 1 Year, 9 Months | $95.00 | 661.90 | $62,880.50 |
| PENNINGTON | SHARRON | Paralegal/Document Analyst | 7 Years | $95.00 | 20.60 | $1,957.00 |
| POLK | SUSAN K. | Paralegal/Document Analyst | 1 Year | $95.00 | 339.30 | $32,233.50 |
| POLLARD | VICKIE L. | Paralegal/Document Analyst | 3 Years, 7 Months | $95.00 | 1.60 | $152.00 |
| REDMOND | TAMMIE A. | Sr. Paralegal/Document Analyst | 2 Years, 11 Months | $95.00 | 49.50 | $4,702.50 |
| REEDY | HOLLY | Paralegal/Document Analyst | 3 Months | $95.00 | 17.70 | $1,681.50 |
| ROBIRDS | CHELSEA D. | Paralegal/Document Analyst | 3 Months | $95.00 | 42.00 | $3,990.00 |
| SANDERS | JENNIFER L. | Paralegal/Document Analyst | 1 Year | $95.00 | 378.40 | $35,948.00 |
| SAYLES | BARBARA | Paralegal/Document Analyst | 9 Months | $95.00 | 413.40 | $39,273.00 |
| SMITH | GLINDA R. | Sr. Paralegal/Document Analyst | 13 Years, 6 Months | $95.00 | 17.20 | $1,634.00 |
| SMITH | JENNIFER L. | Paralegal/Document Analyst | 2 Months | $95.00 | 3.20 | $304.00 |
| SMITH | NINA W. | Paralegal | 2 Years, 3 Months | $95.00 | 1.40 | $133.00 |
| SPEIR | ANDREW | Law Clerk - 2nd Year | 2 Years | $105.00 | 4.80 | $504.00 |
| SPIRES | MARY | Paralegal/Document Analyst | 2 Months | $95.00 | 14.80 | $1,406.00 |
| TAYLOR | RENEE L. | Paralegal/Document Analyst | 1 Year, 6 Months | $95.00 | 24.40 | $2,318.00 |
| THOMAS | RITA J. | Paralegal | 6 Years, 4 Months | $95.00 | 34.70 | $3,296.50 |
| THOMPSON | DEMITRESS L. | Paralegal/Document Analyst | 6 Months | $95.00 | 1.00 | $95.00 |
| TOIGO | DANTE W. | Paralegal/Document Analyst | 2 Years | $95.00 | 528.80 | $50,236.00 |
| TROLIO | BILL H. | Paralegal/Document Analyst | 3 Months | $95.00 | 198.50 | $18,857.50 |
| WALKER | JIMMY D | Paralegal/Document Analyst | 2 Years, 2 Months | $95.00 | 476.00 | $45,220.00 |
| WANSLEY | TENE D. | Sr. Paralegal | 4 Years | $105.00 | 0.40 | $42.00 |
| WARREN | J. TYLER | Paralegal | 1 Year | $95.00 | 19.00 | $1,805.00 |
| WATKINS | LARRY D. | Sr. Paralegal | 3 Years, 5 Months | $105.00 | 34.40 | $3,612.00 |
| WILLIAMS | KIMBERLYN L. | Paralegal/Document Analyst | 6 Months | $95.00 | 130.40 | $12,388.00 |
| WILLIAMS | NAKEISHA | Paralegal/Document Analyst | 2 Months | $95.00 | 8.10 | $769.50 |
| WILLIAMSON | ANNA L. | Sr. Paralegal | 13 Years | $105.00 | 4.40 | $462.00 |
| WOLF | PAUL A. | Paralegal/Document Analyst | 2 Years | $95.00 | 142.10 | $13,499.50 |
| YOUNG | ASHLEE C. | Paralegal/Document Analyst | 1 Year, 1 month | $95.00 | 476.20 | $45,239.00 |
| TOTAL FOR PARAPROFESSIONALS | | | | | 17,387.50 | $1,652,357.50 |

**GRAND TOTAL FOR FEES:** $2,013,152.50

**BLENDED RATE:** $107.23

**EXPECTED NORMAL COURSE OCP COMPENSATION:** <$250,000.00>

**BALANCE OF COMPENSATION SOUGHT IN APPLICATION:** $1,763,152.50

## FPWKT COMPENSATION BY MATTER

| Matter Number | Matter Description | Total Billed Hours | Total Fees |
|---|---|---|---|
| 21 | Claims Analysis Objection and Resolution (Asbestos) | 18,773.7 | $2,013,152.50 |
| **TOTAL FOR ALL MATTERS** | | 18,773.7 | $2,013,152.50 |
| **<MINUS EXPECTED OCP PAYMENTS>** | | | <$250,000.00> |
| **TOTAL FEES REQUESTED IN APPLICATION** | | | $1,763,152.50 |

## FPWKT EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Airfare | $25,726.49 |
| Computer Westlaw Research | $666.90 |
| Court Reporter Fee/Deposition | $5,490.36 |
| Express Mail | $3,493.81 |
| Filing Fees | $756.00 |
| Hotel Total | $22,302.31 |
| Other Travel Expenses | $7,924.80 |
| Outside Computer Consultant | $73,975.60 |
| Outside Copy Services | $17,830.18 |
| Outside Copy/Binding Services/Document Preparation Services | $69,048.24 |
| Outside Messenger Service | $297.27 |
| Outside Video Services | $1,395.00 |
| Photocopy | $3,549.15 |
| Postage | $9.66 |
| Process Server Fees | $16,146.56 |
| Telephone | $36.28 |
| Working Meals/FPWK&T and Others | $1,492.66 |
| Working Meals/FPWK&T Only | $3,253.15 |
| **TOTAL EXPENSES** | **$253,394.42** |

**WHEREFORE**, FPWKT respectfully requests (a) that an allowance be made to it, as fully described above for (i) 80% of the amount of $1,763,152.50 for reasonable and necessary professional services FPWKT has rendered to the Debtors in excess of the OCP cap during the applicable fee periods ($1,410,522.00) and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by FPWKT during the applicable fee periods ($253,394.42); (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) that this Court grant such further relief as is equitable and just.

Wilmington, Delaware
Dated: April 25, 2007

Respectfully Submitted,

FORMAN PERRY WATKINS KRUTZ & TARDY LLP

_____
Marcy B. Croft
200 South Lamar St., Suite 100
Jackson, Mississippi 39201
Telephone: 601.960.8630