IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1] | ) | |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| Debtors. | ) | (Jointly Administered) |

# EXPENSE DETAIL FOR FORMAN PERRY WATKINS KRUTZ & TARDY LLP'S FEE APPLICATION FOR THE PERIOD APRIL 1, 2006 TO MARCH 31, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT B

## Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Expenses

| Service Description | Amount |
|---|---:|
| Airfare | $25,726.49 |
| Computer Westlaw Research | $666.90 |
| Court Reporter Fee/Deposition | $5,490.36 |
| Express Mail | $3,493.81 |
| Filing Fees | $756.00 |
| Hotel Total | $22,302.31 |
| Other Travel Expenses | $7,924.80 |
| Outside Computer Consultant | $73,975.60 |
| Outside Copy Services | $17,830.18 |
| Outside Copy/Binding Services/Document Preparation Services | $69,048.24 |
| Outside Messenger Service | $297.27 |
| Outside Video Services | $1,395.00 |
| Photocopy | $3,549.15 |
| Postage | $9.66 |
| Process Server Fees | $16,146.56 |
| Telephone | $36.28 |
| Working Meals/FPWK&T and Others | $1,492.66 |
| Working Meals/FPWK&T Only | $3,253.15 |
| Grand Total | $253,394.42 |

**Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Expenses**

| Date | Amount | Description |
|---|---|---|
| 7/5/2006 | $9,321.67 | Process server fees for investigation and service of subpoena on third parties |
| 7/18/2006 | $10,595.98 | Scanning of 520,424 pages produced by subpoenaed third party screening company |
| 7/20/2006 | $391.70 | Process server fees for investigation and service of subpoena on third parties |
| 7/25/2006 | $395.66 | Computer consulting fees for review of the first batch of x-rays obtained from subpoenaed third party screening company |
| 7/26/2006 | $556.79 | Mary Margaret Ratliff-Airfare-Attorney, July 20-21, 2006, Houston, Texas |
| 7/26/2006 | $55.63 | Mary Margaret Ratliff-FPWK&T Only (1 person), July 18-19, 2006 |
| 8/1/2006 | $4,362.75 | Expenses incurred by subpoenaed third party screening company in Jackson, Mississippi for production of documents and materials |
| 8/1/2006 | $5,000.00 | Additional expenses incurred by subpoenaed third party screening company in Jackson, Mississippi for production of documents and materials |
| 8/1/2006 | $1.80 | Photocopy |
| 8/3/2006 | $1,516.05 | Photocopy |
| 8/24/2006 | $3,627.30 | Continued attendance and participation in document production for third party screening company in Jackson, Mississippi |
| 8/24/2006 | $355.65 | Computer consulting fees for document imaging conducted in July, 2006 |
| 8/24/2006 | $4,795.00 | Computer consulting fees for participation in document productions by third parties in July, 2006 |
| 8/24/2006 | $285.00 | Computer consulting fees for continued participation in document productions by third parties in July, 2006 |
| 8/24/2006 | $1,741.71 | Computer consulting fees for supervision of standard copying and complex copying with breakdown of files for copying in July, 2006 |
| 8/24/2006 | $3,712.85 | Computer consulting fees for supervision of standard copying and complex copying with breakdown of files for copying in July, 2006 |
| 8/31/2006 | $1.50 | Photocopy |
| 9/14/2006 | $4.05 | Photocopy |
| 9/21/2006 | $1,091.76 | Mary Margaret Ratliff, Airfare-Attorney, Jennifer Parks, Airfare-Staff member, September 18-19, 2006 to Charleston, West Virginia |
| 9/25/2006 | $1.80 | Photocopy |
| 9/28/2006 | $1,609.90 | Mary Margaret Ratliff, Airfare-Attorney, Pricilla Hutton, Shirley Gray, Ardonna Breland, and Justin Alderson, Airfare-Staff members, September 25, 2006-October 5, 2006 to Charleston, West Virginia |
| 9/28/2006 | $17.50 | Mary Margaret Ratliff, Airfare, September 19-22, 2006, Charleston, West Virginia |
| 9/28/2006 | $332.24 | Mary Margaret Ratliff, Other Travel-Hotel, September 19-22, 2006, Charleston, West Virginia |
| 9/28/2006 | $147.30 | Ceejaye Sneddon, Mileage Reimbursement-Attorney, September 15, 2006, Jackson, Mississippi to Gulfport, Mississippi |
| 9/28/2006 | $37.74 | Susan Breland, Other Travel-Parking-Staff member, September 19-22, 2006, Charleston, West Virginia |
| 9/28/2006 | $187.39 | Mary Margaret Ratliff, Other Travel-Taxi, Miscellaneous Tips, Car Rental, Charleston, West Virginia |
| 9/28/2006 | $1,367.22 | Computer consulting fees for September 18-22, 2006 |
| 9/28/2006 | $5.82 | Mary Margaret Ratliff, Working Meals-FPWK&T Only (1 person), Charleston, West Virginia |

# Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Expenses

| Date | Amount | Description |
|---|---|---|
| 10/3/2006 | $17.70 | Express Mail |
| 10/5/2006 | $452.95 | Mary Margaret Ratliff, Other Travel Hotel-Attorney, Justin Alderson, Hotel-Staff member, September 27-29, 2006, Charleston, West Virginia |
| 10/5/2006 | $138.71 | Justin Alderson, Other Travel-Car Rental-Staff member, September 26-30, 2006, Charleston, West Virginia |
| 10/5/2006 | $143.74 | Mary Margaret Ratliff, Other Travel Working Meals/FPWK&T Only, Breakfast, lunch, and dinner (2 people), September 27-29, 2006 |
| 10/5/2006 | $12.00 | Mary Margaret Ratliff, Other Travel Miscellaneous Tips, September 27-29, 2006 |
| 10/5/2006 | $1,061.52 | Computer consulting fees for participation in document productions by third parties September 25-27, 2006 |
| 10/9/2006 | $2.91 | Telephone Call To: Washington, D.C. |
| 10/10/2006 | $279.93 | Express Mail |
| 10/10/2006 | $0.36 | Telephone Call To: Washington, D.C. |
| 10/10/2006 | $1.23 | Telephone Call To: Denver, CO |
| 10/11/2006 | $707.70 | Mary Margaret Ratliff, Ceejaye Sneddon, Airfare-Attorneys, Susan Ardonna, Pricilla Hutton, Justin Alderson, Airfare-Staff members, September 26-October 5, 2006, Charleston, West Virginia |
| 10/11/2006 | $454.31 | Mary Margaret Ratliff, Other Travel Hotel-Attorney, October 4-5, 2006, Washington, D.C. |
| 10/11/2006 | $1,946.56 | Mary Margaret Ratliff, Ceejaye Sneddon, Other Travel Hotel-Attorney Susan Ardonna, Pricilla Hutton, Justin Alderson, Other Travel Hotel-Staff members, September 26-October 5, 2006, Charleston, West Virginia |
| 10/11/2006 | $5.00 | Mary Margaret Ratliff, Other Travel Data Connection at Hotel-Attorney, September 26-October 5, 2006, Charleston, West Virginia |
| 10/11/2006 | $11.62 | Mary Margaret Ratliff, Other Travel Working Meals/FPWK&T Only (1 person), October 4-5, 2006 Washington, D.C. |
| 10/11/2006 | $34.00 | Mary Margaret Ratliff, Other Travel Taxi, October 5, 2006, Washington, D.C. |
| 10/11/2006 | $12.00 | Mary Margaret Ratliff, Other Travel Miscellaneous Tips, October 4-5, 2006 |
| 10/11/2006 | $710.57 | Computer consulting fees for participation in document production by third party September 25, 2006-October 6, 2006, Charleston, West Virginia |
| 10/12/2006 | $0.20 | Telephone Call To: Denver, CO |
| 10/13/2006 | $1.37 | Telephone Call To: Washington, D.C. |
| 10/13/2006 | $0.41 | Telephone Call To: Washington, D.C. |
| 10/13/2006 | $0.23 | Telephone Call To: Chicago, IL |
| 10/13/2006 | $0.26 | Telephone Call To: Chicago, IL |
| 10/13/2006 | $0.29 | Telephone Call To: Chicago, IL |
| 10/16/2006 | $12.90 | Photocopy |
| 10/16/2006 | $0.08 | Telephone Call To: Huntington, WV |
| 10/18/2006 | $1,684.06 | Priscilla Hutton, Shirley Gray, Ardonna Breland, and Justin Alderson, Airfare-Staff members, October 16-20, 2006, Charleston, West Virginia |
| 10/18/2006 | $1,404.20 | Mary Margaret Ratliff, Airfare-Attorney, October 16-18, 2006, Charleston, West Virginia |
| 10/18/2006 | $10,603.08 | Expenses for production of documents and materials by subpoenaed third party screening doctor in Charleston, West Virginia |

## Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Expenses

| Date | Amount | Description |
|---|---|---|
| 10/18/2006 | $675.00 | Additional expenses incurred by subpoenaed third party screening doctor to retrieve records for document production in Charleston, West Virginia |
| 10/19/2006 | $126.89 | Working Meals-FPWK&T Only (7 people), October 11-13, 2006 |
| 10/20/2006 | $495.28 | Absalom, Inc. review of the third batch of x-rays obtained from subpoenaed third party screening company to extract screening information - 528 x-rays reviewed |
| 10/20/2006 | $1,871.37 | Absalom, Inc. continued review of the third batch of x-rays obtained from subpoenaed third party screening company to extract screening information - 1955 x-rays reviewed |
| 10/20/2006 | $9,929.60 | Absalom, Inc. importation, reorganization of digital images, and the exportation of reorganized files obtained via subpoenas to third party screening companies and screening doctors |
| 10/20/2006 | $1,378.16 | Absalom, Inc. create program to combine all converted electronic files produced by third party screening company into database |
| 10/20/2006 | $7,072.70 | Absalom, Inc. attend and participate in document production by third party screening doctor in Charleston, West Virginia |
| 10/20/2006 | $0.75 | Photocopy |
| 10/23/2006 | $401.76 | Mary Margaret Ratliff, Other Travel Hotel-Attorney, October 16-17, 2006, Charleston, West Virginia |
| 10/23/2006 | $906.08 | Mary Margaret Ratliff-Hotel-Attorney, October 16-20, 2006, Charleston, West Virginia |
| 10/23/2006 | $166.61 | Mary Margaret Ratliff, Other Travel-Car Rental-Attorney, October 16-18, 2006, Charleston, West Virginia |
| 10/23/2006 | $23.00 | Mary Margaret Ratliff, Other Travel Miscellaneous Tips, October 16-18, 2006, Charleston, West Virginia |
| 10/23/2006 | $36.00 | Mary Margaret Ratliff, Other Travel Parking-Attorney, October 16-18, 2006, Charleston, West Virginia |
| 10/23/2006 | $775.92 | Mary Margaret Ratliff, Other Travel-Meeting Room, October 20, 2006, Charleston, West Virginia |
| 10/23/2006 | $3.60 | Photocopy |
| 10/23/2006 | $162.21 | Mary Margaret Ratliff, Working Meals/FPWK&T and Others (5 people), October 16-17, 2006, Charleston, West Virginia |
| 10/25/2006 | $34.95 | Photocopy |
| 10/26/2006 | $1,404.20 | Daniel Mulholland, Airfare-Attorney, October 16-18, 2006, Charleston, West Virginia |
| 10/26/2006 | $389.76 | Daniel Mulholland, Other Travel Hotel-Attorney, October 16-18, 2006, Charleston, West Virginia |
| 10/26/2006 | $68.35 | Susan Breland, Other Travel-Working Meals-FPWK&T Only (1 person), October 15-20, 2006, Charleston, West Virginia |
| 10/26/2006 | $10.00 | Susan Breland, Other Travel Miscellaneous Tips, October 15-20, 2006, Charleston, West Virginia |
| 10/26/2006 | $2.50 | Susan Breland, Other Travel Car Rental Gas-Staff member, October 15-20, 2006, Charleston, West Virginia |
| 10/26/2006 | $71.58 | Shirley Gray, Other Travel Working Meals-FPWK&T Only (1 person), October 15-20, 2006, Charleston, West Virginia |
| 10/26/2006 | $65.77 | Priscilla Hutton, Other Travel Working Meals-FPWK&T Only (1 person), October 15-20, 2006, Charleston, West Virginia |
| 10/26/2006 | $29.01 | Justin Alderson, Other Travel Working Meals-FPWK&T Only (1 person), September 26-October 6, 2006, Charleston, West Virginia |

## Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Expenses

| Date | Amount | Description |
|---|---|---|
| 10/26/2006 | $10.00 | Justin Alderson, Other Travel Car Rental Gas-Staff member, September 26-October 5, 2006, Charleston, West Virginia |
| 10/26/2006 | $1.05 | Justin Alderson, Other Travel Parking-Staff member, September 26-October 5, 2006, Charleston, West Virginia |
| 10/26/2006 | $94.52 | Priscilla Hutton, Other Travel Working Meals-FPWK&T Only (1 person), September 26-October 5, 2006, Charleston, West Virginia |
| 10/26/2006 | $78.73 | Susan Breland, Other Travel Working Meals-FPWK&T Only (1 person), September 26-October 5, 2006, Charleston, West Virginia |
| 10/26/2006 | $8.50 | Susan Breland, Other Travel Miscellaneous Tips, September 26-October 5, 2006, Charleston, West Virginia |
| 10/26/2006 | $7.50 | Susan Breland, Other Travel Telephone Charges, September 26-October 5, 2006, Charleston, West Virginia |
| 10/26/2006 | $3.75 | Susan Breland, Other Travel Parking-Staff member, September 26-October 5, 2006, Charleston, West Virginia |
| 10/26/2006 | $29.93 | Susan Breland, Other Travel Car Rental Gas-Staff member, September 26-October 5, 2006, Charleston, West Virginia |
| 10/26/2006 | $93.62 | Shirley Gray, Other Travel Working Meals-FPWK&T Only (1 person), September 26-October 5, 2006, Charleston, West Virginia |
| 10/26/2006 | $2.00 | Shirley Gray, Other Travel Parking-Staff member, September 26-October 5, 2006, Charleston, West Virginia |
| 10/26/2006 | $20.00 | Daniel Mulholland, Other Travel Taxi-Attorney, October 16-18, 2006, Charleston, West Virginia |
| 10/26/2006 | $36.00 | Daniel Mulholland, Other Travel Parking-Attorney, October 16-18, 2006, Charleston, West Virginia |
| 10/26/2006 | $347.56 | Computer consulting fees for participation in document production by third party October 15-20, 2006, Charleston, West Virginia |
| 10/26/2006 | $2,781.00 | Computer consulting fees for participation in document production by third party October 15-19, 2006, Charleston, West Virginia |
| 10/26/2006 | $322.42 | Expenses incurred by subpoenaed third party to produce documents and materials |
| 10/26/2006 | $1,260.00 | Expenses incurred by subpoenaed third party to retrieve documents and materials for production |
| 10/26/2006 | $9.30 | Photocopy |
| 10/26/2006 | $42.51 | Justin Alderson, Working Meals-FPWK&T Only (1 person), October 15-20, 2006, Charleston, West Virginia |
| 10/27/2006 | $56.50 | Shelly McMillan, Working Group Meal/FPWK&T Only |
| 10/27/2006 | $9.50 | Shelly McMillan, Working Group Meal/FPWK&T Only-Parking Fees |
| 10/30/2006 | $1.05 | Photocopy |
| 11/1/2006 | $0.06 | Telephone Call To: Washington, D.C. |
| 11/2/2006 | $360.93 | Marcy Croft, Airfare, October 26-27, 2006, Mobile, Alabama |
| 11/2/2006 | $91.26 | Marcy Croft, Other Travel-Hotel-Attorney, October 26-27, 2006, Mobile, Alabama |
| 11/2/2006 | $1,565.40 | Priscilla Hutton, Shirley Gray, Ardonna Breland, and Justin Alderson, Airfare-Staff members, October 30-November 3, 2006, Charleston, West Virginia |
| 11/2/2006 | $130.31 | Marcy Croft, Other Travel-Car Rental, Miscellaneous Tips, Parking Fees, Mobile, Alabama |
| 11/2/2006 | $2.69 | Telephone Call To: Washington, D.C. |
| 11/2/2006 | $21.00 | Marcy Croft, Working Meals-FPWK&T Only (1 person), Mobile, Alabama |
| 11/3/2006 | $0.36 | Telephone Call To: Essington, PA |

## Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Expenses

| Date | Amount | Description |
|---|---|---|
| 11/7/2006 | $189.45 | Express Mail |
| 11/7/2006 | $0.72 | Telephone Call To: Biloxi, MS |
| 11/8/2006 | $0.45 | Photocopy |
| 11/8/2006 | $0.18 | Telephone Call To: Biloxi, MS |
| 11/8/2006 | $0.48 | Telephone Call To: Biloxi, MS |
| 11/8/2006 | $0.30 | Telephone Call To: Chicago, IL |
| 11/8/2006 | $0.53 | Telephone Call To: Biloxi, MS |
| 11/9/2006 | $1,679.94 | Priscilla Hutton, Shirley Gray, Ardonna Breland, and Justin Alderson, Other Travel Hotel-Staff members, October 29-November 3, 2006 |
| 11/9/2006 | $0.71 | Telephone Call To: Washington, D.C. |
| 11/13/2006 | $200.00 | Fee for pro hac vice for co-counsel for deposition of third party |
| 11/13/2006 | $3,188.60 | Creation of sets of produced documents |
| 11/13/2006 | $3,445.40 | Prepare reports in preparation for deposition of subpoenaed third party doctor |
| 11/13/2006 | $2,568.00 | Create, import, and verify importation of materials produced under subpoena by third party |
| 11/13/2006 | $8,592.10 | Attend and participate in document production of subpoenaed third party in Charleston, West Virginia |
| 11/13/2006 | $3,540.14 | Attend and participate in document production of subpoenaed third party in Jackson, Mississippi |
| 11/13/2006 | $4,809.07 | Scan and insert color images, convert files, create folder structure, and insert barcode sheets for third party document production |
| 11/13/2006 | $18.15 | Photocopy |
| 11/13/2006 | $0.24 | Telephone Call To: Washington, D.C. |
| 11/14/2006 | $623.47 | Express Mail |
| 11/14/2006 | $15.90 | Photocopy |
| 11/15/2006 | $100.00 | Fee for pro hac vice for co-counsel for deposition of third party |
| 11/15/2006 | $22.05 | Photocopy |
| 11/16/2006 | $1,641.40 | Fred Krutz, Airfare-Attorney, November 8-9, 2006, Washington, D.C. |
| 11/16/2006 | $39.00 | Fee for pro hac vice for co-counsel for deposition of third party |
| 11/16/2006 | $20.00 | Justin Alderson, Other Travel Taxi-Staff person, October 13-November 3, 2006, Charleston, West Virginia |
| 11/16/2006 | $309.70 | Justin Alderson, Other Travel Car Rental-Staff member, October 13-November 3, 2006, Charleston, West Virginia |
| 11/16/2006 | $14.00 | Susan Breland, Other Travel Gas for Rental Car-Staff member, October 30-November 3, 2006, Charleston, West Virginia |
| 11/16/2006 | $6.75 | Susan Breland, Other Travel Telephone Charges, October 30-November 3, 2006, Charleston, West Virginia |
| 11/16/2006 | $0.75 | Susan Breland, Other Travel Parking-Staff member, October 30-November 3, 2006, Charleston, West Virginia |
| 11/16/2006 | $37.50 | Computer consultant fees for participation in third party document production, October 15-19, 2006, Charleston, West Virginia |
| 11/16/2006 | $61.35 | Photocopy |
| 11/16/2006 | $0.18 | Telephone Call To: Denver, CO |
| 11/16/2006 | $1.44 | Telephone Call To: Gulfport, MS |
| 11/16/2006 | $480.71 | Fred Krutz, Working Meals-FPWK&T and Others, November 13, 2006, Jackson, Mississippi |
| 11/16/2006 | $109.33 | Shelly McMillan, Working Group Meal/FPWK&T Only, November 3, 2006, Jackson, Mississippi |
| 11/16/2006 | $53.24 | Justin Alderson Working Meals, October 13-November 3, 2006, Charleston, West Virginia |

## Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Expenses

| Date | Amount | Description |
| --- | --- | --- |
| 11/16/2006 | $93.93 | Susan Breland, Working Meals/FPWK&T Only, October 30-November 3, 2006, Charleston, West Virginia |
| 11/17/2006 | $149.08 | Outside Messenger Service, Cedric Livingston, Jackson to Gulfport, Mississippi for filing |
| 11/17/2006 | $245.70 | Photocopy |
| 11/17/2006 | $0.26 | Telephone Call To: Biloxi, MS |
| 11/17/2006 | $1.29 | Telephone Call To: Biloxi, MS |
| 11/17/2006 | $0.18 | Telephone Call To: Gulfport, MS |
| 11/17/2006 | $0.08 | Telephone Call To: Biloxi, MS |
| 11/17/2006 | $0.20 | Telephone Call To: Biloxi, MS |
| 11/18/2006 | $168.00 | Photocopy |
| 11/21/2006 | $0.23 | Telephone Call To: Pascagoula, MS |
| 11/21/2006 | $1.67 | Telephone Call To: Gulfport, MS |
| 11/21/2006 | $0.09 | Telephone Call To: New York, NY |
| 11/27/2006 | $7.20 | Photocopy |
| 11/28/2006 | $1,352.00 | Deposition of third party expert |
| 11/28/2006 | $39.00 | Fee for pro hac vice for co-counsel for deposition of third party |
| 11/28/2006 | $12,245.40 | Expenses for production of documents and materials by subpoenaed third party screening doctor in Charleston, West Virginia |
| 11/28/2006 | $1,395.00 | Video tape of deposition of third party expert |
| 11/28/2006 | $0.78 | Postage |
| 11/29/2006 | $368.30 | Deposition of third party expert |
| 11/30/2006 | $144.48 | Fred Krutz, Hotel-Attorney, September 15, 2006, Gulfport, Mississippi |
| 11/30/2006 | $173.55 | Fred Krutz, Mileage Reimbursement-Attorney, September 15, 2006, Jackson, Mississippi to Gulfport, Mississippi |
| 11/30/2006 | $6.00 | Fred Krutz, Other Travel Miscellaneous Tips, October 4-5, 2006 |
| 11/30/2006 | $250.40 | Computer consultant fees for November 20, 2006 deposition of subpoenaed third party |
| 11/30/2006 | $1.85 | Telephone Call To: Chicago, IL |
| 11/30/2006 | $448.04 | Fred Krutz, Working Meal, November 19, 2006, Biloxi, Mississippi |
| 12/1/2006 | $0.39 | Postage |
| 12/1/2006 | $0.15 | Telephone Call To: Washington, D.C. |
| 12/4/2006 | $15.99 | Express Mail |
| 12/4/2006 | $1.95 | Photocopy |
| 12/5/2006 | $3,385.06 | Deposition of third party expert on 11/20/06 |
| 12/5/2006 | $0.78 | Postage |
| 12/5/2006 | $94.97 | Working Meals-FPWK&T and outside vendors, November 26, 2006-December 1, 2006 |
| 12/7/2006 | $14.40 | Photocopy |
| 12/11/2006 | $20,570.52 | Production of tens of thousands of documents and materials by subpoenaed third-party |
| 12/13/2006 | $66.28 | Express Mail |
| 12/13/2006 | $100.00 | Fee for pro hac vice for co-counsel for deposition of third party |
| 12/13/2006 | $39.00 | Fee for pro hac vice for co-counsel for deposition of third party |
| 12/13/2006 | $609.90 | Import file created for second batch of documents produced by subpoenaed third party in Charleston, West Virginia and merge with scanned images |
| 12/13/2006 | $599.20 | Prepare for scanning second batch of documents produced by subpoenaed third party in Charleston, West Virginia |
| 12/13/2006 | $246.60 | Photocopy |

## Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Expenses

| Date | Amount | Description |
|---|---|---|
| 12/13/2006 | $0.39 | Postage |
| 12/13/2006 | $0.11 | Telephone Call To: Moss Point, MS |
| 12/13/2006 | $0.20 | Telephone Call To: Moss Point, MS |
| 12/13/2006 | $0.14 | Telephone Call To: Washington, D.C. |
| 12/13/2006 | $0.14 | Telephone Call To: Denver, CO |
| 12/14/2006 | $1,375.50 | Mary Margaret Ratliff, Airfare-Attorney, Dante Toigo, Susan Breland, Shirley Gray, Priscilla Hutton, Airfari-Staff members, December 11-15, 2006, Charleston, West Virginia |
| 12/14/2006 | $41.62 | Express Mail |
| 12/14/2006 | $0.39 | Telephone Call To: Charleston, WV |
| 12/14/2006 | $0.21 | Telephone Call To: Biloxi, MS |
| 12/15/2006 | $3,417.72 | Review of fifth batch of x-rays obtained from subpoenaed third party screening company to extract screening information - 2429 x-rays reviewed |
| 12/15/2006 | $0.59 | Telephone Call To: Biloxi, MS |
| 12/15/2006 | $0.66 | Telephone Call To: Biloxi, MS |
| 12/18/2006 | $0.29 | Telephone Call To: Biloxi, MS |
| 12/19/2006 | $1.20 | Photocopy |
| 12/20/2006 | $13.52 | Computer Westlaw Research |
| 12/21/2006 | $97.44 | Mary Margaret Ratliff, Other Travel Hotel-Attorney, December 11, 2006 |
| 12/21/2006 | $235.85 | Mary Margaret Ratliff, Mileage Reimbursement-Attorney, December 15, 2006, Jackson, Mississippi to Moss Point, Mississippi |
| 12/21/2006 | $260.88 | Mary Margaret Ratliff, Other Travel-Meeting Room, December 15, 2006, Deposition of Third Party |
| 12/21/2006 | $238.80 | Mary Margaret Ratliff, Other Travel Car Rental-Attorney, December 11-14, 2006, Charleston, West Virginia |
| 12/21/2006 | $5.28 | Mary Margaret Ratliff, Other Travel-Telecom Expenses, December 11, 2006, Charleston, West Virginia |
| 12/21/2006 | $40.26 | Susan Breland, Other Travel-Miscellaneous Tips, Supplies, Telephone Charges, Parking Fees, December 11-14, 2006, Charleston, West Virginia |
| 12/21/2006 | $325.16 | Computer consultant fees for participation in third party deposition, December 15, 2006 |
| 12/21/2006 | $2,072.20 | Computer consulting fees for participation in document production by third party December 11-14, 2006, Charleston, West Virginia |
| 12/21/2006 | $148.19 | Outside Messenger Service, Cedric Livingston, Jackson to Gulfport, Mississippi for filing |
| 12/21/2006 | $125.93 | Mary Margaret Ratliff, Working Meals/FPWK&T Only, Breakfast, lunch, and dinner (6 people), December 11-14, 2006 |
| 12/21/2006 | $23.87 | Mary Margaret Ratliff, Working Meals/FPWK&T, December 15, 2006, Deposition of Third Party |
| 12/21/2006 | $73.42 | Susan Breland, Working Meals/FPWK&T Only, December 11-14, 2006, Charleston, West Virginia |
| 12/22/2006 | $36.16 | Express Mail |
| 12/27/2006 | $4,246.50 | Process server fees for investigation and service of subpoena on third parties |
| 12/27/2006 | $639.29 | Process server fees for investigation and service of subpoena on third parties |
| 12/28/2006 | $1,299.70 | Daniel Mulholland, Airfare-Attorney, December 17-18, 2006, Cleveland, Ohio |

## Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Expenses

| Date | Amount | Description |
| --- | --- | --- |
| 12/28/2006 | $144.48 | Fred Krutz, Hotel-Attorney, November 19, 2006, Biloxi, MS |
| 12/28/2006 | $205.85 | Daniel Mulholland, Hotel-Attorney, December 17, 2006, Cleveland, Ohio |
| 12/28/2006 | $571.95 | Daniel Mulholland, Other Travel-Hotel-Attorney, November 19, 2006, Biloxi, Mississippi |
| 12/28/2006 | $40.00 | Daniel Mulholland, Other Travel Taxi-Attorney, December 17-18, 2006, Cleveland, Ohio |
| 12/28/2006 | $24.00 | Daniel Mulholland, Other Travel Parking-Attorney, December 17-18, 2006, Cleveland, Ohio |
| 12/28/2006 | $12.43 | Computer consulting fees for participation in deposition of third party, December 15, 2006, Moss Point, Mississippi |
| 12/28/2006 | $2,009.22 | Computer consulting fees for participation in deposition of third party, December 19, 2006, Cleveland, Ohio |
| 12/28/2006 | $67.40 | Daniel Mulholland, Working Meals, December 17-18, 2006, Cleveland, Ohio |
| 12/29/2006 | $106.37 | Express Mail |
| 1/2/2007 | $17.70 | Photocopy |
| 1/3/2007 | $225.00 | Deposition of third party on October 27, 2006 |
| 1/3/2007 | $5,000.00 | Additional expenses incurred by subpoenaed third party screening company in Jackson, Mississippi for production of documents and materials |
| 1/3/2007 | $4,200.00 | Additional expenses incurred by subpoenaed third party screening company in Jackson, Mississippi for production of documents and materials |
| 1/4/2007 | $0.75 | Photocopy |
| 1/4/2007 | $0.09 | Telephone Call To: Charleston, WV |
| 1/8/2007 | $22.50 | Photocopy |
| 1/8/2007 | $2.52 | Postage |
| 1/8/2007 | $0.23 | Telephone Call To: Charleston, WV |
| 1/9/2007 | $0.15 | Telephone Call To: Moss Point, MS |
| 1/10/2007 | $14.65 | Express Mail |
| 1/10/2007 | $0.12 | Telephone Call To: Washington, D.C. |
| 1/11/2007 | $1,107.60 | Shelly McMillian, Shirley Gray, Susan Breland, and Haley Peets, Airfare-Staff members, January 8-12, 2007, Charleston, West Virginia |
| 1/11/2007 | $0.14 | Telephone Call To: Charleston, WV |
| 1/12/2007 | $0.30 | Photocopy |
| 1/12/2007 | $0.09 | Telephone Call To: Charleston, WV |
| 1/12/2007 | $0.09 | Telephone Call To: Charleston, WV |
| 1/16/2007 | $1,805.52 | Preparing and scanning documents produced by third party screening doctor |
| 1/17/2007 | $2,368.45 | Haley Peets, Shelly McMillan, Shirley Gray, Susan Breland, Dante Toigo, Courtney Benninghoff, and Priscilla Hutton, Airfare-Staff members, January 8-19, 2007 |
| 1/17/2007 | $1,559.04 | Hotel-Staff members, January 8-19, 2007 |
| 1/17/2007 | $21.10 | Other Travel-Telephone Charges |
| 1/17/2007 | $12.00 | Other Travel-Parking Charges |
| 1/17/2007 | $1,379.48 | Computer consulting fees for participation in third party document production, January 8-11, 2007, Charleston, West Virginia |
| 1/18/2007 | $73.01 | Computer Westlaw Research |
| 1/18/2007 | $113.29 | Computer Westlaw Research |
| 1/18/2007 | $467.08 | Computer Westlaw Research |

# Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Expenses

| Date | Amount | Description |
|---|---|---|
| 1/18/2007 | $88.40 | Working Meals-FPWK&T Only (1 person), October 30-November 3, 2006, Charleston, West Virginia |
| 1/18/2007 | $87.58 | Working Meals-FPWK&T Only (1 person), October 30-November 3, 2006, Charleston, West Virginia |
| 1/18/2007 | $47.43 | Working Meals-FPWK&T Only (1 person), December 11-14, 2006, Charleston, West Virginia |
| 1/18/2007 | $42.29 | Working Meals-FPWK&T Only (1 person), December 11-14, 2006, Charleston, West Virginia |
| 1/22/2007 | $272.96 | Express Mail |
| 1/22/2007 | $9.70 | Michelle Hales-Staff member, Mileage Reimbursement to travel to document production, January 15-19, 2007, Charleston, West Virginia |
| 1/22/2007 | $240.29 | Michelle Hales-Staff member, Other Travel-Car Rental, January 15-19, 2007, Charleston, West Virginia |
| 1/22/2007 | $7.00 | Michelle Hales-Staff member, Other Travel-Miscellaneous Tips, January 15-19, 2007, Charleston, West Virginia |
| 1/22/2007 | $275.38 | Susan Breland-Staff member, Other Travel-Car Rental, Mileage Reimbursement, Miscellaneous Tips, Telephone, January 15-19, 2007 |
| 1/22/2007 | $37.63 | Michelle Hales-Staff member, Working Meals-FPWK&T Only (1 person), January 15-19, 2007, Charleston, West Virginia |
| 1/22/2007 | $67.66 | Susan Breland-Staff member, Working Meals-FPWK&T Only (1 person), January 15-19, 2007, Charleston, West Virginia |
| 1/25/2007 | $3,207.68 | Other Travel-Hotel, Courtney Benninghoff, Priscilla Hutton, Michelle Hales, Susan Breland, Haley Peets, Machandra Forest, Tracey Bates, and Dante Toigo-Staff members, January 15-19, 1007, Charleston, West Virginia |
| 1/25/2007 | $39.83 | Other Travel-Parking Charges, Telephone Charges, January 15-19, 1007, Charleston, West Virginia |
| 1/25/2007 | $10.50 | Shelly McMillan-Staff member, Other Travel-Parking Fees, January 17-19, 2007, Jackson, Mississippi |
| 1/25/2007 | $70.20 | Photocopy |
| 1/25/2007 | $5.59 | Shelly McMillan-Staff member, Working Meals-FPWK&T Only (1 person), January 19, 2007, Jackson, Mississippi |
| 1/26/2007 | $9.90 | Photocopy |
| 1/26/2007 | $0.26 | Telephone Call To: Charleston, WV |
| 1/26/2007 | $0.09 | Telephone Call To: Charleston, WV |
| 1/30/2007 | $3.50 | Shirley Gray-Staff member, Miscellaneous Tips, Gas for Rental Car, January 8-12, 2007, Charleston, West Virginia |
| 1/30/2007 | $44.32 | Haley Peets-Staff member, Working Meals-FPWK&T Only (1 person), January 8-12, 2007, Charleston, West Virginia |
| 1/30/2007 | $59.79 | Shirley Gray-Staff member, Working Meals-FPWK&T Only (1 person), January 8-12, 2007, Charleston, West Virginia |
| 1/30/2007 | $58.19 | Dante Toigo-Staff member, Working Meals-FPWK&T Only (1 person), January 8-12, 2007, Charleston, West Virginia |
| 1/30/2007 | $83.08 | MaChandra Forest Wilder-Staff member, Working Meals-FPWK&T Only (1 person), January 15-19, 2007, Charleston, West Virginia |
| 1/30/2007 | $69.14 | Tracey Bates-Staff member, Working Meals-FPWK&T Only (1 person), January 15-19, 2007, Charleston, West Virginia |
| 1/30/2007 | $60.07 | Courtney Benninghoff-Staff member, Working Meals-FPWK&T Only (1 person), January 15-19, 2007, Charleston, West Virginia |

**Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Expenses**

| Date | Amount | Description |
|---|---|---|
| 1/30/2007 | $86.82 | Priscilla Hutton-Staff member, Working Meals-FPWK&T Only (1 person), January 15-19, 2007, Charleston, West Virginia |
| 1/30/2007 | $66.89 | Haley Peets-Staff member, Working Meals-FPWK&T Only (1 person), January 15-19, 2007, Charleston, West Virginia |
| 1/31/2007 | $341.01 | Express Mail |
| 1/31/2007 | $0.45 | Photocopy |
| 2/6/2007 | $0.59 | Telephone Call To: Washington, D.C. |
| 2/6/2007 | $0.30 | Telephone Call To: Washington, D.C. |
| 2/6/2007 | $0.08 | Telephone Call To: Washington, D.C. |
| 2/7/2007 | $30.07 | Shelly McMillan-Staff member, Parking Fees, Gas for Rental Car, Computer Cable, January 8-12, 2007, Charleston, West Virginia |
| 2/7/2007 | $30.15 | Photocopy |
| 2/7/2007 | $58.83 | Shelly McMillan-Staff member, Working Meals-FPWK&T Only (1 person), January 15-19, 2007, Charleston, West Virginia |
| 2/9/2007 | $2.85 | Photocopy |
| 2/9/2007 | $0.48 | Telephone Call To: Chicago, IL |
| 2/9/2007 | $0.80 | Telephone Call To: Chicago, IL |
| 2/9/2007 | $0.90 | Telephone Call To: Ocean Springs, MS |
| 2/12/2007 | $126.00 | Photocopy |
| 2/13/2007 | $31.60 | Express Mail |
| 2/13/2007 | $60.30 | Photocopy |
| 2/14/2007 | $1,510.60 | Walter G. Watkins, Jr., Airfare-Attorney, February 5-6, 2007, Washington, D.C. |
| 2/14/2007 | $1,592.80 | Marcy Croft, Other Travel-Airfare, February 5-6, 2007, Washington, D.C. |
| 2/14/2007 | $1,153.00 | Mary Margaret Ratliff, Other Travel-Airfare, February 2-8, 2007, Washington, D.C., Denver, Colorado |
| 2/14/2007 | $7,310.97 | Tracy Bates, Ashlee Young, Shirley Gray, Bill Trolio, Priscilla Hutton, Haley Peets, and Susan Breland, Other Travel-Hotel-Staff members, January 29-February 9, 2007, Charleston, West Virginia |
| 2/14/2007 | $403.04 | Walter G. Watkins, Jr., Other Travel-Hotel-Attorney, February 5-6, 2007, Washington, D.C. |
| 2/14/2007 | $403.04 | Marcy Croft, Other Travel-Hotel, February 5-6, 2007, Washington, D.C. |
| 2/14/2007 | $555.54 | Mary Margaret Ratliff, Other Travel-Hotel, February 2-8, 2007, Washington, D.C., Denver, Colorado |
| 2/14/2007 | $91.02 | Tracy Bates, Ashlee Young, Shirley Gray, Bill Trolio, Priscilla Hutton, Haley Peets, and Susan Breland, Other Travel-Parking Fee, Telephone Charges, January 29-February 9, 2007, Charleston, West Virginia |
| 2/14/2007 | $43.20 | Walter G. Watkins, Jr., Other Travel-Miscellaneous Tips, Airfare Fees, February 5-6, 2007, Washington, D.C. |
| 2/14/2007 | $492.75 | Marcy Croft, Other Travel-Taxi, Parking Fee, Internet Connection Fee, February 5-6, 2007, Washington, D.C. |
| 2/14/2007 | $10.80 | Photocopy |
| 2/14/2007 | $32.30 | Walter G. Watkins, Jr., Working Meals-FPWK&T Only (1 person), February 6, 2007, Washington, D.C. |
| 2/14/2007 | $132.42 | Marcy Croft, Working Meals-FPWK&T Only (3 people), February 5-6, 2007, Washington, D.C. |
| 2/14/2007 | $96.71 | Mary Margaret Ratliff, Working Meals-FPWK&T Only (3 people), February 2-8, 2007, Washington, D.C., Denver, Colorado |

**Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Expenses**

| Date | Amount | Description |
|---|---|---|
| 2/15/2007 | $10.00 | Deposition of third party February 21, 2007 |
| 2/15/2007 | $594.60 | Photocopy |
| 2/16/2007 | $5.70 | Photocopy |
| 2/19/2007 | $37.64 | Express Mail |
| 2/19/2007 | $2.70 | Photocopy |
| 2/19/2007 | $0.15 | Telephone Call To: Ocean Springs, MS |
| 2/20/2007 | $979.24 | Express Mail |
| 2/20/2007 | $27.30 | Photocopy |
| 2/21/2007 | $0.15 | Telephone Call To: Ocean Springs, MS |
| 2/21/2007 | $0.23 | Telephone Call To: Ocean Springs, MS |
| 2/22/2007 | $402.80 | Mary Margaret Ratliff, Airfare-Attorney, February 19, 2007 |
| 2/22/2007 | $13.25 | Other Travel-Telephone Charges, January 29-12, 2007, Charleston, West Virginia |
| 2/22/2007 | $2.50 | Other Travel-Washing Clothes, January 29-February 9, 2007, Charleston, West Virginia |
| 2/22/2007 | $559.05 | Other Travel-Car Rental, January 29-February 9, 2007, Charleston, West Virginia |
| 2/22/2007 | $12.50 | Other Travel-Miscellaneous Tips, January 29-February 9, 2007, Charleston, West Virginia |
| 2/22/2007 | $23.70 | Other Travel, January 29-February 9, 2007, Charleston, West Virginia |
| 2/22/2007 | $29.00 | Other Travel-Fuel for Rental Car, January 29-February 9, 2007, Charleston, West Virginia |
| 2/22/2007 | $80.00 | Mary Margaret Ratliff, Other Travel Taxi, February 19, 2007, Washington, D.C. |
| 2/22/2007 | $12.00 | Mary Margaret Ratliff, Other Travel Parking Fees, February 19, 2007, Washington, D.C. |
| 2/22/2007 | $0.75 | Photocopy |
| 2/22/2007 | $38.41 | Working Meals-FPWK&T Only (1 person), January 29-February 9, 2007, Charleston, West Virginia |
| 2/22/2007 | $40.90 | Working Meals-FPWK&T Only (1 person), January 29-February 9, 2007, Charleston, West Virginia |
| 2/22/2007 | $36.76 | Working Meals-FPWK&T Only (1 person), January 29-February 9, 2007, Charleston, West Virginia |
| 2/22/2007 | $51.29 | Working Meals-FPWK&T Only (1 person), January 29-12, 2007, Charleston, West Virginia |
| 2/22/2007 | $17.54 | Working Meals-FPWK&T Only (1 person), January 29-February 9, 2007, Charleston, West Virginia |
| 2/22/2007 | $20.64 | Working Meals-FPWK&T Only (1 person), January 29-February 9, 2007, Charleston, West Virginia |
| 2/22/2007 | $903.67 | Working Meals-FPWK&T Only (7 people), January 29-February 9, 2007, Charleston, West Virginia |
| 2/22/2007 | $22.27 | Working Meals-FPWK&T Only (1 person), Chicago, Illinois |
| 2/23/2007 | $100.00 | Fee for pro hac vice for co-counsel for deposition of third party |
| 2/23/2007 | $1,809.56 | Preparing and scanning documents produced by third party screening doctor |
| 2/23/2007 | $1,809.56 | Preparing and scanning documents produced by third party screening enterprise |
| 2/23/2007 | $1,809.56 | Preparing and scanning documents produced by third party screening doctor |
| 2/26/2007 | $90.00 | Photocopy |
| 2/27/2007 | $0.75 | Photocopy |

## Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Expenses

| Date | Amount | Description |
| --- | --- | --- |
| 2/27/2007 | $0.14 | Telephone Call To: Chicago, IL |
| 2/27/2007 | $0.12 | Telephone Call To: Denver, CO |
| 2/28/2007 | $150.00 | Deposition of Third Party-Room Rental, February 21, 2007 |
| 2/28/2007 | $300.70 | Ashley Calhoun-Mileage Reimbursement for Travel to Deposition, February 22, 2007 |
| 2/28/2007 | $3.75 | Ashley Calhoun-Other Travel Parking Fee, February 22, 2007 |
| 2/28/2007 | $2.61 | Telephone Call To: Washington, D.C. |
| 2/28/2007 | $95.88 | Ashley Calhoun-Working Meal/FPWK&T and Others (3 people), Lunch, February 22, 2007 |
| 2/28/2007 | $34.51 | Working Meals-FPWK&T Only (1 person), January 29-February 9, 2007, Charleston, West Virginia |
| 3/1/2007 | $0.45 | Photocopy |
| 3/2/2007 | $373.15 | Express Mail |
| 3/5/2007 | $6.90 | Photocopy |
| 3/7/2007 | $0.24 | Telephone Call To: Ocean Springs, MS |
| 3/8/2007 | $223.10 | Joshua Metcalf, Airfare-Attorney, February 27, 2007, Mobile, Alabama |
| 3/8/2007 | $100.00 | Fee for pro hac vice for co-counsel for deposition of third party |
| 3/8/2007 | $39.00 | Fee for pro hac vice for co-counsel for deposition of third party |
| 3/8/2007 | $210.85 | Joshua Metcalf, Other Travel-Hotel-Attorney, February 27, 2007, Mobile Alabama |
| 3/8/2007 | $44.75 | Joshua Metcalf, Working Meals-FPWK&T Only (1 person), February 27, 2007, Mobile, Alabama |
| 3/12/2007 | $4.35 | Photocopy |
| 3/14/2007 | $7.35 | Photocopy |
| 3/14/2007 | $2.91 | Postage |
| 3/14/2007 | $646.00 | Expenses incurred for investigation and service of subpoenas on third party |
| 3/14/2007 | $113.70 | Expenses incurred for investigation and service of subpoenas on third party |
| 3/14/2007 | $617.50 | Expenses incurred for investigation and service of subpoenas on third party |
| 3/14/2007 | $170.20 | Expenses incurred for investigation and service of subpoenas on third party |
| 3/15/2007 | $1,498.30 | Joshua Metcalf, Airfare-Attorney, March 8-9, 2007, Denver, Colorado |
| 3/15/2007 | $354.89 | Joshua Metcalf, Other Travel-Hotel-Attorney, March 8-9, 2007, Denver, Colorado |
| 3/15/2007 | $50.00 | Joshua Metcalf, Other Travel-Taxi, March 8-9, 2007, Denver, Colorado |
| 3/15/2007 | $27.74 | Mary Margaret Ratliff, Working Meal-FPWK&T and Others (2 people), March 2, 2007, Jackson, Mississippi |
| 3/15/2007 | $19.70 | Joshua Metcalf, Working Meals/FPWK&T Only, March 8-9, 2007, Denver, Colorado |
| 3/16/2007 | $0.08 | Telephone Call To: Denver, CO |
| 3/22/2007 | $1,674.50 | Mary Margaret Ratliff, Ceejaye Sneddon, Airfare-Attorneys, Justin Alderson, Airfare-Staff member, March 20-21, 2007, Cleveland, Ohio |
| 3/22/2007 | $0.08 | Telephone Call To: Wilmington, DE |
| 3/26/2007 | $2.10 | Photocopy |
| 3/26/2007 | $0.09 | Telephone Call To: Gulfport, MS |
| 3/26/2007 | $0.24 | Telephone Call To: Gulfport, MS |
| 3/26/2007 | $0.09 | Telephone Call To: Gulfport, MS |
| 3/27/2007 | $12.79 | Express Mail |

**Matter 21 - Claims Analysis Objection and Resolution (Asbestos) - Expenses**

| Date | Amount | Description |
|---|---|---|
| 3/27/2007 | $3.00 | Photocopy |
| 3/27/2007 | $1.89 | Postage |
| 3/27/2007 | $0.33 | Telephone Call To: New Castle, DE |
| 3/28/2007 | $53.80 | Express Mail |
| 3/28/2007 | $60.60 | Photocopy |
| 3/29/2007 | $1,041.70 | Mary Margaret Ratliff, Ceejaye Sneddon, Airfare-Attorneys, Justin Alderson, Airfare-Staff member, March 27-29, 2007, Austin, Texas |
| 3/29/2007 | $473.20 | Mary Margaret Ratliff, Hotel-Attorney, Justin Alderson, Hotel-Staff member, March 20, 2007, Cleveland, Ohio |
| 3/29/2007 | $119.64 | Mary Margaret Ratliff, Other Travel Car Rental-Attorney, March 20-21, 2007, Charleston, West Virginia |
| 3/29/2007 | $12.00 | Mary Margaret Ratliff, Other Travel Parking-Attorney, March 20-21, 2007, Charleston, West Virginia |
| 3/29/2007 | $1.68 | Telephone Call To: Fort Lupton, CO |
| 3/29/2007 | $115.71 | Mary Margaret Ratliff, Working Meals-FPWK&T and others (2 people), March 20-21, 2007, Cleveland, Ohio |
| 3/30/2007 | $0.18 | Telephone Call To: Wilmington, DE |
| 3/30/2007 | $1.50 | Telephone Call To: Wilmington, DE |