IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Related to Docket No. 15302 |

**SUPPLEMENTAL AFFIDAVIT OF SERVICE**

STATE OF DELAWARE )
)SS
COUNTY OF NEW CASTLE )

Rasheda S. Stewart, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl Young Jones & Weintraub LLP, co-counsel for the Debtors, in the above-captioned action, and that on the 26th day of April 2007 she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Notice of Status Conference Regarding Scheduling of Adjudication for Certain Asbestos Property Damage Claims.**

Dated: April 26, 2007

Rasheda S. Stewart

Sworn to and subscribed before me this 26th day of April, 2007

Notary Public
My Commission Expires: 11/4/07

MARY E. CORCORAN
Notary Public
State of Delaware
My Commission Expires Nov. 4, 2007

Grace PD Claimant E-mail Service List
Case Number: 01-1139 (JKF)
Document Number: 121012
14 - E-Mail

*E-mail:* *mwdies@aol.com*
(Counsel to Claimant)
Martin Dies, Esquire
Dies & Hile, LLP

*E-mail:* *smandelsberg@hahnhessen.com*
(Counsel to Claimant)
Steven Mandelsberg, Esquire
Hahn & Hesson, LLP

*E-mail:* *ckang@hahnhessen.com*
(Counsel to Claimant)
Christina J. Kang, Esquire
Hahn & Hesson, LLP

*E-mail:* *sec@hfmlegal.com*
(Counsel to Claimant)
Steven E. Crick, Esquire
Humphrey Farrington & McClain

*E-mail:* *joseph.digiuseppe@phila.gov*
(Counsel to Claimant)
Joseph Digiuseppe, Esquire
Law Department

*E-mail:* *akearse@motleyrice.com*
*jhughes@motleyrice.com*
(Counsel to Claimant)
Anne McGinness Kearse, Esquire
James M. Hughes, Esquire
Motley Rice LLC

*E-mail:* *steven.davis@obermayer.com*
(Counsel to Claimant)
Steven Davis, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP

*E-mail:* *alexander.barnes@obermayer.com*
(Counsel to Claimant)
D. Alexander Barnes, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP

*E-mail:* *ewestbrook@rpwb.com*
(Counsel to Claimant)
Edward J. Westbrook, Esquire
Richardson Patrick Westbrook &Brickman LLC

*E-mail:* *jschwartz@riker.com*
(Counsel to Claimant)
Joseph Schwartz, Esquire
Riker Danzig Scherer Hyland & PC

*E-mail:* *rstoper@rotatori.com*
(Counsel to Claimant)
Richard L. Stoper, Jr., Esquire
Rotatori Bender Gragel Stoper & Alexander Co. LPA

*E-mail:* *dspeights@speightsrunyan.com*
(Counsel to Claimant)
Daniel A. Speights, Esquire
Speights & Runyan

*E-mail:* **sbaena@bilzin.com**
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP

*E-mail:* **jsakalo@bilzin.com**
(Official Committee of Property Damage Claimants)
Jay Sakalo, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP

W.R. Grace - PD Claimants Fax Service List
Case No. 01-1139 (JKF)
Document # 124834
**21 – Facsimile**

***Facsimile 415-983-1200***
P. Brosnahan, Esquire
Pillsbury Winthrop LLP

***Facsimile 631-423-4536***
Avrum J Rosen, Esquire

***Facsimile 337-478-8946***
Robert C McCall, Esquire
Baggett McCall & Burgess

***Facsimile 318-676-1516***
Fred H Sutherland, Esquire
Beard & Sutherland

***Facsimile 707-565-2624***
William L Adams, Esquire
County Of Sonoma Office Of County Counsel

***Facsimile 302-658-8051***
Martin Dies, Esquire
Dies & Hile LLP

***Facsimile 504-368-7263***
Jack A Grant, Esquire
Grant & Barrow

***Facsimile 212-478-7400***
Steven Mandelsberg, Esquire
Christina J. Kang, Esquire
Hahn & Hessen, LLP

***Facsimile 225-923-0315***
Kenneth F Sills, Esquire
Hammonds & Sills Quad

***Facsimile 816-836-8966***
Steven E Crick, Esquire
Humphrey Farrington & McClain

***Facsimile 215-683-5298***
Joseph Digiuseppe, Esquire
Law Department

***Facsimile 406-761-5805***
Tom Lewis, Esquire
Lewis & Slovak PC

***Facsimile 843-216-9450***
Anne McGinness Kearse, Esquire
James M. Hughes, Esquire
Motley Rice LLC

***Facsimile 215-665-3165***
Steven Davis, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP

***Facsimile 215-665-3165***
D. Alexander Barnes, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP

***Facsimile 843-216-6509***
Edward J Westbrook, Esquire
Richardson Patrick Westbrook & Brickman LLC

***Facsimile 973-538-1984***
Joseph Schwartz, Esquire
Riker Danzig Scherer Hyland & PC

***Facsimile 216-928-1007***
Richard L Stoper Jr. , Esquire
Rotatori Bender Gragel Stoper & Alexander Co LPA

***Facsimile 803-943-4599***
Daniel A Speights, Esquire
Speights & Runyan

***Facsimile 302-654-0728***
Christopher D Loizides
Loizides & Associates

***Facsimile 305-374-7593***
Scott Baena, Esquire
Jay Sakalo, Esquire
Bilzin Sumberg Baena Price & Axelrod LLP