# EXHIBIT A

## In re: W.R. GRACE & CO., et al
## EXHIBIT A - FULLY SATISFIED POSTPETITION CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | BCL CAPITAL ATTN CORPORATE ATTY 115 WEST COLLEGE DR MARSHALL, MN 56258 | 01-01139 W.R. GRACE & CO. | 107 | $10,686.34 | (S) | DEBTOR MADE A POST-PETITION PAYMENT TO U.S. BANCORP OFFICE EQUIPMENT IN THE FULL AMOUNT OF THE CLAIM. |
| | | | Totals: | $10,686.34 | (S) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.  **(A) - Administrative     (S) - Secured
                                                                                                                    (P) - Priority          (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

# EXHIBIT B

## In re: W.R. GRACE & CO., et al
## OMNIBUS : EXHIBIT B - PARTIALLY SATISFIED POSTPETITION CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 1 | DELL RECEIVABLES, LP C/O MS SABRINA STREUSSAND HUGHES & LUCE, LLP 111 CONGRESS AVE STE 900 AUSTIN, TX 78701-4043 | 849 | $64,918.34 $73,791.94 | (P) (U) | $0.00 $109,049.79 | (P) (U) | REDUCED IN THE AMOUNT CORRESPONDING TO PAYMENTS MADE POST-PETITION ON 07/18/2001 (CHECK # 310975) AND 05/02/2001 (CHECK # 50887, # 50886); NO BASIS FOR PRIORITY CLAIM. |
| 2 | RELIANT ENERGY HL&P PO BOX 1700 HOUSTON, TX 77001 | 131 | $13,831.70 | (U) | $4,317.82 | (U) | PAYMENT MADE POST-PETITION ON 06/13/2001 (CHECK # 307332). |
| 3 | TRANSCAT C/O COMMERCIAL COLLECTION CORP OF NY PO BOX 740 BUFFALO, NY 14217 | 208 | $1,762.97 | (U) | $849.07 | (U) | PAYMENTS MADE POST-PETITION ON 04/10/2001 (CHECK # 4415), 05/01/2001 (EDI # 2000007460), AND 05/24/2001 (EDI # 2000009360, EDI # 2000009551). |
| | Totals: | | $64,918.34 $89,386.61 | (P) (U) | $0.00 $114,216.68 | (P) (U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative     (S) - Secured
(P) - Priority     (U) - Unsecured