IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 15027** |

**NO ORDER REQUIRED
CERTIFICATION OF NO OBJECTION REGARDING
THE SIXTY-SEVENTH MONTHLY APPLICATION OF L TERSIGNI
CONSULTING P.C., ACCOUNTANT AND FINANCIAL ADVISOR TO THE
OFFICIAL COMMITTEE OF PERSONAL INJURY CLAIMANTS, FOR
INTERIM COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR THE PERIOD OF
FEBRUARY 1, 2007 THROUGH FEBRUARY 28, 2007
<u>(DOCKET NO. 15027)</u>**

I, Kathleen Campbell Davis, of Campbell & Levine, LLC, hereby certify the following:

1.   Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative Order"), L Tersigni Consulting P.C., submitted on March 29, 2007 a Sixty-seventh monthly application ("Application") [Docket No. 15027] for services rendered and reimbursement of expenses incurred as accountant and financial advisor to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

{D0085284.1 }

2. Objections to the Application were to be filed and served on or before, April 19, 2007. No objections to the Application have been received by the undersigned. Moreover, the Court's docket reflects that no objections to the Application were filed.

        L TERSIGNI CONSULTING P.C.

        Loreto T. Tersigni
        350 Bedford Street, Suite 301
        Stamford, CT 06901
        (203) 252-2564

        - and -

        CAMPBELL & LEVINE, LLC

        */s/Kathleen Campbell Davis*
        Kathleen Campbell Davis (I.D. #4229)
        800 North King Street
        Suite 300
        Wilmington, DE 19899
        (302) 426-1900

        Delaware and Associated Counsel for the Official Committee of Asbestos Personal Injury Claimants

Dated: April 26, 2007