# EXHIBIT "A"

1  request for exclusivity extension and on -- well, I thought I
2  had on this seventh period fee applications. I'll make sure
3  that gets docketed. And on the debtors' request to file a
4  reply with respect to item five, the item that we've just
5  addressed now, so I have signed those orders that permit those
6  documents to be filed.
7          Anything else today?
8          MS. BAER: Your Honor, if you look at the agenda,
9  item number six was the debtors' motion for leave to amend its
10 adversary complaint to add the State of Montana. It probably
11 should be carried along with the item number five being taken
12 under advisement.
13         THE COURT: Yeah, I think items five and six should
14 go together. Montana's motion for relief from stay, I think
15 Mr. Monaco's indicated would simply be withdrawn and I could do
16 that if the injunction's granted. And if it's not granted,
17 then it needs to be scheduled promptly and I would put it back
18 on the next agenda for hearing.
19         MS. BAER: Thank you, Your Honor.
20         THE COURT: Mr. Monaco?
21         MR. MONACO: Your Honor, there is one slight problem
22 with taking it under advisement. We currently have an
23 agreement among the parties to stay discovery in the underlying
24 Montana actions. I spoke to both Ms. Baer and Mr. Cohn before
25 the hearing started to see if they would agree to extend that

1  stay until we -- if Your Honor did take it under advisement.
2  Mr. Cohn is refusing to stay discovery underlying action, so I
3  would at least request that Your Honor stay the Libby claimants
4  from taking discovery or proceeding any further with the
5  actions until Your Honor renders a decision on this.
6        THE COURT: Yeah.
7        Mr. Cohn, that seems to me to be appropriate, until I
8  know whether or not there is going to be an injunction, to stay
9  discovery. I don't really see why that should go forward. I
10 don't think -- I want to go back and take a look at the cases
11 that have been cited. I don't expect this to take a long time.
12       MR. COHN: Well, Your Honor, I do need to make clear
13 the discussion that we had was in the context that we might not
14 reach this matter for argument today. And that was the context
15 in which I said I wouldn't agree to a further stay. So I'd
16 really just ask you what period are we talking about?
17       THE COURT: Well, I think until -- well, if the
18 injunction's issued, it would be stayed until the injunction's
19 lifted. If the injunction isn't issued, how about until the
20 motion for relief from stay is scheduled on -- because it would
21 come up on the next omnibus agenda, but since I don't know
22 exactly when I'm going to get an opinion out, I don't know what
23 agenda that would be. But I would then take the issue of
24 lifting the stay of discovery up in connection with motion for
25 relief from stay --

1           MR. COHN:  Well, the --

2           THE COURT:  -- filed by the State.

3           MR. COHN:  Well, the -- okay, the difficulty that I
4  have, Your Honor, is that this is regarded as a matter of
5  terrible urgency out in Montana, so obviously I can -- I guess
6  what I'm saying is I can't agree to something that's open-
7  ended.

8           THE COURT:  Well, I don't know when I'm going to
9  rule.  So, how about until the omnibus hearing after I rule so
10 that I can discover -- I mean, I -- you know, I can't --

11          MR. COHN:  Well --

12          THE COURT:  -- give you a specific date.  I can give
13 you --

14          MR. COHN:  Well --

15          THE COURT:  -- something like December 31st of 2006
16 and then lift it earlier, but I don't think that makes a great
17 deal of sense either.

18          MR. COHN:  Well, no, if you -- if this ruling is --
19 I'm sorry, 2006?

20          THE COURT:  '7  Thank you.  Yes.

21          MR. COHN:  2007?

22          THE COURT:  No, '6.

23          MR. COHN:  Well, Your Honor --

24          THE COURT:  2006.  This is '5.  I was talking about
25 '6.

**J&J COURT TRANSCRIBERS, INC.**

1    MR. COHN:  Well, Your Honor, we -- in the <u>Montana</u>
2 <u>Vermiculite</u> matter, we actually argued it at the same time of
3 year.  The decision was not forthcoming until it turned out
4 maybe August -- or, I'm sorry, October or November of the
5 following year and in light of the fact that this is an
6 injunction that they're just not entitled to, we have great
7 difficulty just assenting to the relief --
8    THE COURT:  All right, then I'll just order it.
9    MR. COHN:  -- for an extended period of time.
10    THE COURT:  I'll order a stay of discovery until I
11 have an opportunity to determine whether or not there -- it is
12 appropriate to issue this injunction because it appears that,
13 to the extent that the plaintiffs will want discovery from the
14 State, the State in turn may want discovery against Grace.  And
15 at this point, these appear to be all pre-petition claims for
16 the most part.  The allegations are that the State has known
17 since the 1950's or approximately that the debtor was allegedly
18 operating a hazardous mine and did not reveal that circumstance
19 to the plaintiffs.
20    Quite frankly, I think an action that has been
21 pending or possibly pending for 50 years is not the kind of
22 emergency action that a brief stay of discovery would burden
23 people.  As to, however, in the event that you have tort
24 plaintiffs who are likely to die or are in some extremis
25 situation, I would certainly permit discovery to go forward so

1  that their depositions could be taken and preserved for
2  testimony.
3      MR. COHN:  Thank you, Your Honor.
4      THE COURT:  So, I've ordered it.
5      Now, somebody want to give me an order to reflect
6  what I've said?
7      MS. BAER:  We'll prepare an order and work with Mr.
8  Cohn.
9      THE COURT:  All right, and also with respect to the
10 relief from stay that it will be continued in the event -- to
11 the next omnibus in the event that the injunction is not issued
12 and withdrawn in the event that the injunction is.
13     MS. BAER:  Yes, Your Honor.
14     THE COURT:  Anything more in Grace today?
15     MS. BAER:  No, Your Honor.  That's the agenda.
16     THE COURT:  All right.
17     Well, I don't know whether it has been issued yet or
18 not, but you might want to check your dockets later today
19 because hopefully the Combustion Engineering confirmation order
20 and proposed findings will be docketed.
21     It's on?
22     MR. BERNICK:  Yeah, everybody's been --
23     THE COURT:  It's docketed today.
24     MR. BERNICK:  -- clicking back and forth.
25     THE COURT:  Oh, okay.  So, I will be transmitting the