# EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al., ) | Case No. 01-01139 (JKF) |
| ) | Jointly Administered |
| Debtors. ) | |
| _____) | |
| ) | |
| W. R. GRACE & CO., et al., ) | |
| ) | |
| Plaintiffs. ) | |
| ) | |
| -against- ) | |
| ) | Adversary No. A-01-771 |
| MARGARET CHAKARIAN, ) | |
| ROBERT H. LOCKE, JACKIE ) | |
| ELLISON, MARCIA ELLISON, ) | |
| CARY YOUPEE, RUPPLE K. PERRY, ) | Re: Docket Nos. 359, 360 and 8582 |
| THE STATE OF MICHIGAN, ALICE ) | December 19, 2005 Agenda Items 5,6, and 7 |
| SMOLKER, GARY SMOLKER, ) | |
| HOME SAVING TERMITE ) | |
| CONTROL, GLORIA MUNOZ, ) | |
| EXXON MOBILE CORPORATION ) | |
| ET AL., AND JOHN DOES 1-1000, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

*Modified* **ORDER REGARDING DEBTORS' MOTION TO EXPAND ITS PRELIMINARY INJUNCTION TO INCLUDE ACTIONS AGAINST THE STATE OF MONTANA**

Upon consideration of the *Debtors' Motion To Expand Its Preliminary Injunction To Include Actions Against The State Of Montana* (Docket No. 359) (the "Injunction Motion") and related *Plaintiffs' Motion for Leave to Amend Complaint* (Docket No. 360) (the "Motion to Amend"), and *Motion of State of Montana for Relief from the Automatic Stay* (Docket No. 8582) (the "Lift Stay Motion")(collectively the "Motions") and due and proper notice of the Motions having been given; objections having been filed, and the Court having heard arguments of counsel with respect to the Injunction Motion;, it is hereby

K&E 10903621.1

ORDERED that the Injunction Motion and the Motion to Amend are taken under advisement; and it is further

ORDERED that the Lift Stay Motion shall be held in abeyance pending ruling by this Court on the Injunction Motion; and it is further

ORDERED that in the event the Court grants the relief requested in the Injunction Motion and the Motion to Amend, the Lift Stay Motion shall be withdrawn without prejudice so long as such relief remains in effect; and it is further

ORDERED that in the event the Court denies the relief requested in the Injunction Motion and Motion to Amend, the Lift Stay Motion shall be set for hearing at the next Omnibus Hearing after the entry of the Order denying the Injunction Motion and the Motion to Amend; and it is further

ORDERED that pending the Court's ruling on the Injunction Motion and the Motion to Amend, the Montana Actions and all other similar actions that have been or may be brought against the State that arise from alleged exposure to asbestos indirectly or directly caused by the Debtors shall be temporarily stayed, *so as to preserve the status quo pending resolution.*

*The court notes that I orally ordered a stay of discovery in the Montana suits until I can address the injunction on the merits. I did not (and was not asked to) enter a TRO.*

January 17, 2006

*Judith K. Fitzgerald*
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

2