UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Case No. 01-01139 (JKF)** |
| | : | **Jointly Administered** |
| **W.R. GRACE & CO., et al.,** | : | |
| | : | **Chapter 11** |
| Debtors. | : | |
| | : | Re: Docket No. _____ |
| | : | |

## ORDER

Upon the motion dated April ___, 2007 of the State of Montana for Reconsideration of Court's Opinion and Order Denying Motion of the State of Montana for Relief from the Automatic Stay entered April 16, 2007 (the "Motion"); and such Motion having been heard at the _____, 2007 hearing; and due and sufficient notice of the Motion and hearing having been provided; and the Court having considered and heard the evidence and argument of counsel, it is the opinion of the Court that the Relief from Automatic Stay should be allowed as requested.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT the State of Montana be granted relief from the Automatic Stay in order to permit it to joint W.R. Grace & Co. and W.R. Grace & Co.-Conn. as Third-Party Defendants in the State Court Actions, as identified in the Motion, in order to liquidate the claims against Debtors relating to the State Court Actions.

Date: _____, 2007      _____
                            The Honorable Judith K. Fitzgerald
                            United States Bankruptcy Judge