IN THE UNITED STATES BANKRUTPCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | **Hearing Date: 5/21/07 at 2:00 p.m.** |
| | ) | **Objection Deadline: 5/14/07 at 4:00 p.m.** |
| | ) | |

Related To Doc. No. 8582, 15197
and 15198

## NOTICE OF MOTION FOR RECONSIDERATION OF COURT'S OPINION AND ORDER DENYING MOTION OF THE STATE OF MONTANA FOR RELIEF FROM THE AUTOMATIC STAY ENTERED APRIL 16, 2007

TO:   ALL PARTIES ON THE ATTACHED SERVICE LIST

The State of Montana has filed its **Motion For Reconsideration of Court's Opinion and Order Denying Motion of the State of Montana For Relief From the Automatic Stay Entered April 16, 2007**.

Responses, if any, to the Motion must be filed with the United State Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 on or before **MAY 14, 2007, 2002 AT 4:00 P.M.** (the "Objection Deadline"). At the same time, you must also serve a copy of the response so as to be received by the following by no later than the Objection Deadline:

>Francis A. Monaco, Jr.
>Kevin J. Mangan
>Edward M. Lilly
>Monzack and Monaco, PA
>1201 N. Orange Street, Suite 400
>Wilmington, DE 19801
>(302) 656-8162

A HEARING ON THIS MATTER WILL BE HELD ON **MAY 21, 2007 AT 2:00 P.M** BEFORE THE HONORABLE JUDITH K. FITZGERALD, UNITED STATES BANKRUPTCY COURT JUDGE.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  April 26, 2007                          MONZACK AND MONACO, P.A.

/s/ Francis A. Monaco, Jr.
Francis A. Monaco, Jr. (#2078)
Kevin J. Mangan (#3810)
Edward M. Lilly (#3967)
1201 Orange Street, Suite 400
Wilmington, DE  19801
Telephone:    (302) 656-8162
Attorney for the State of Montana