UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Case No. 01-01139 (JKF) |
| | : | Jointly Administered |
| W.R. GRACE & CO., et al., | : | |
| | : | Chapter 11 |
| Debtors. | : | |
| | : | |
| | : | |

ORDER GRANTING THE MOTION TO SHORTEN NOTICE WITH RESPECT TO STATE OF MONTANA'S MOTION FOR RECONSIDERATION OF COURT'S OPINION AND ORDER DENYING MOTION OF THE STATE OF MONTANA FOR RELIEF FROM THE AUTOMATIC STAY ENTERED APRIL 16, 2007

Upon the motion dated April 26, 2007 of the State of Montana for Order Shortening Notice Regarding State of Montana's Motion for Reconsideration of Court's Opinion and Order Denying Motion of the State of Montana for Relief from the Automatic Stay entered April 16, 2007 (the "Motion"), requesting that Montana's Motion for Reconsideration be heard during the May 21, 2007 omnibus hearing; and due and sufficient notice of the Motion having been provided; and upon due deliberation and sufficient cause appearing therefore:

IT IS HEREBY ORDERED:

1. The Motion is hereby GRANTED; and

2. The Motion for Reconsideration is hereby scheduled to be heard at the May 21, 2007 omnibus hearing; and

3. Any objections to the Motion for Reconsideration must be filed and served so as to be received by May 14, 2007, at 4:00 p.m.; and

4. The Court shall retain jurisdiction to hear and determine all matters

arising from the implementation of this Order which is final; and

       5.      Movant shall immediately serve a copy of this Order on all parties in interest and shall file a certificate of service forthwith.

Date: April ___, 2007

                                                                        The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge