THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on the 25th day of April, 2007, a true and correct copy of the **Objections and Responses to Libby Claimants' First Interrogatories Propounded Upon Debtors** was served on the individuals on the attached certificate of service in the matter indicated therein.

Dated: April 26, 2007

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Lisa G. Esayian
Samuel Blatnick
Michael Dierkes
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and-

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

_/s/ James E. O'Neill_
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

91100-001\DOCS_DE:126181.3

## CERTIFICATE OF SERVICE

I, David E. Mendelson, the undersigned, certify that on this 25th day of April, 2007, I caused a true and correct copy of the attached **Objections and Responses to Libby Claimants' First Interrogatories Propounded Upon Debtors** to be served by First Class U.S. Mail and Electronic Mail upon Counsel for Libby Claimants.

David Mendelson
Kirkland & Ellis LLP
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone:   (202) 879-5167
Facsimile:    (202) 879-5200
dmendelson@kirkland.com

W.R. Grace & Co., et al.
Libby Discovery Service List
Case No. 01-1139
Document No. 126942
01 – First Class Mail
01 – Electronic Delivery


*First Class Mail*
Daniel Cohn, Esquire
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA  02110

*E-Mail* cohn@cwgll.com
Daniel Cohn, Esquire
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA  02110