**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

      I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on April 26, 2007 I caused a copy of the *Motion For An Order Pursuant To Section 107(B) Of The Bankruptcy Code, Rule 9018 Of The Federal Rules Of Bankruptcy Procedure, And Local Rule 9018-1(B) Authorizing The Official Committee Of Asbestos Personal Injury Claimants, And Directing The Clerk Of The Court, To File Under Seal One Exhibit To The Response And Opposition Of The Official Committee Of Asbestos Personal Injury Claimants ("ACC") And David T. Austern, Legal Representative For Future Asbestos Personal Injury Claimants ("FCR") To The Debtors' Motion For Leave To File Status Report In Further Support Of Motion Regarding Noncompliance With X-Ray Order And Response To The "Status Report" Of Compliance With X-Ray Order Filed By W.R. Grace & Company* to be served upon the attached 2002 service list via first-class mail unless otherwise indicated.

                                */s/ Mark T. Hurford*
                                Mark T. Hurford (DE No. 3299)

Dated: April 26, 2007

{D0085318.1 }