# EXHIBIT 1

# FILED UNDER SEAL

{D0084859.1 }