# EXHIBIT 2

{D0015843:1 }

```
                    UNITED STATES BANKRUPTCY COURT
                         DISTRICT OF DELAWARE


IN RE:                              .   Case No. 01-1139(JKF)
                                    .   Chapter 11
W.R. GRACE, et al.,                 .
                                    .   Bankruptcy Courtroom No. 2
                                    .   824 Market Street
                 Debtors.           .   Wilmington, Delaware 19801
                                    .
                                    .
                                    .   September 25, 2006
. . . . . . . . . . . . . . . . . ..    2:03 P.M.


                    TRANSCRIPT OF OMNIBUS HEARING
              BEFORE HONORABLE JUDITH K. FITZGERALD
                   UNITED STATES BANKRUPTCY JUDGE


APPEARANCES:

For Debtors:                Kirkland & Ellis
                            By:  DAVID M. BERNICK, ESQ.
                                 JANET BAER, ESQ.
                                 SAMUEL BLATNICK, ESQ.
                                 LISA G. ESAYIAN, ESQ.
                            200 East Randolph Drive
                            Chicago, Illinois 60601

                            Pachulski Stang Ziehl Young & Jones
                            By:  DAVID CARICKHOFF, JR., ESQ.
                            919 North Market Street, 16th Floor
                            Post Office Box 8705
                            Wilmington, Delaware 19899-8705



Audio Operator:             Brandon McCarthy


       Proceedings recorded by electronic sound recording,
          transcript produced by transcription service.
```
_____

### TRANSCRIPTS PLUS
**435 Riverview Circle, New Hope, Pennsylvania 18938**
e-mail <courttranscripts@aol.com>

**215-862-1115   (FAX) 215-862-6639**

1  haven't --

2        THE COURT:  This process is to help anybody's expert
3  that the information that they need to try to convince me of
4  what the existing and future asbestos personal injury claims
5  will be, and how much it's going to cost to resolve them.
6  That's what this is for.  And nothing else.

7        I can't say, and I'm sure the debtor can't at this
8  point in time, who and what they're going to file motions for
9  summary judgment about.  That's not a proper request at this
10 point in time.

11       But the issue is if somebody checks other, yes, I
12 have lung cancer, but I don't know why and I don't have a
13 diagnosis, there is going to be a serious question as to
14 whether it's related to asbestos, isn't there?

15       MR. FINCH:  No, not if --
16       THE COURT:  Yes.
17       MR. FINCH:  If they've been exposed --
18       THE COURT:  Yes, there is.
19       MR. FINCH:  If they have been exposed to asbestos and
20 they have lung cancer --

21       THE COURT:  And they don't check anything that
22 indicates that they have exposed -- been exposed to asbestos
23 and they don't know why they have it, that claim is going to be
24 challenged by experts.  How can they put it into a package
25 related to asbestos if there isn't any information related to

1        **THE COURT:  Well, it --**

2        **MR. BERNICK:  I'll stipulate they'll collide.**

3        **THE COURT:  All right, we're off this -- we are off the subject.  And I apologize.  I don't know how I led us down that path.  We're off the subject.**

6        **The point was that this is for estimation purposes, not for allowance and disallowance purposes.  So, I don't expect to see something like I'm not going to tell you that my client also worked for U.S.G. because it's work product.  Un-un't.  If your client worked for U.S.G., that's a fact.  So, put it in there.**

12        **MR. BERNICK:  Your Honor, on the objections, counsel pointed out -- just to get us back on track.  Your Honor said you want to know the objections within the 30-day supplementation period.**

16        **Counsel then responded, well, a lot of those -- a lot of objections have already been made.  And it is true that when people submitted responses to our motion to compel, the kind of global motion to compel, they stated a bunch of objections to the questionnaire.  And some of them, as like lawyers do, maybe are obliged to do, is I object to this, this, and this and this.**

23        **Your Honor now has provided additional elucidation, particularly with regard to the issue of relevance.  And I think that it's only fair if there are objections that Your**