**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

     I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on April 26, 2007 I caused a copy of the *Response And Opposition Of The Official Committee Of Asbestos Personal Injury Claimants ("ACC") And David T. Austern, Legal Representative For Future Asbestos Personal Injury Claimants ("FCR") To The Debtors' Motion For Leave To File Status Report In Further Support Of Motion Regarding Noncompliance With X-Ray Order And Response To The "Status Report" Of Compliance With X-Ray Order Filed By W.R. Grace & Company* to be served upon the attached 2002 service list via first-class mail unless otherwise indicated.

                                                    */s/ Mark T. Hurford*
                                                    Mark T. Hurford (DE No. 3299)

Dated: April 26, 2007

{D0085305.1 }