## Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Related to Docket No.14903 |

**ORDER REGARDING THE EMERGENCY MOTION OF**
**THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL**
**INJURY CLAIMANTS AND DAVID T. AUSTERN TO COMPEL**
**DEBTORS' PRODUCTION OF COMPLETE NAVIGABLE DATABASE**

Upon the motion dated March 19, 2007 (the "Motion") of the Official Committee of Asbestos Personal Injury Claimants and David T. Austern, the Court-appointed legal representative for future asbestos personal injury claimants (collectively, the "Movants") for the entry of an order to compel the Debtors to produce certain information in the navigable database prepared in connection with the Estimation of Asbestos Personal Injury Liabilities [Docket No. 14903]; and any responses, replies or other filings related thereto; and due and sufficient notice of the Motion having been provided; and upon due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED:

1.      The Debtors shall have Rust Consulting, Inc. ("Rust") incorporate the data contained in the Motley Rice excel spreadsheet attachments to the Questionnaire into the Navigable Database by May 11, 2007.

2.      Rust shall have no obligation to incorporate any other data contained in attachments to the Questionnaires into the Navigable Database. Rust and/or the Debtors shall provide to all parties to the Estimation Proceeding copies of any attachments to the Questionnaires or supplemental or cured Questionnaires in accordance with footnote 1 of the

Court's April 2, 2007 Case Management Order for the Estimation of Asbestos Personal Injury Liabilities.

      3.     The Motion is denied without prejudice except to the extent specified in the preceding two paragraphs.

April __, 2007

_____

Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

2