## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline: 5/17/07** |
|  | ) | **Hearing Date: Scheduled if Necessary** |

## COVER SHEET
### THIRTY-FOURTH MONTHLY INTERIM APPLICATION
### OF PHILLIPS, GOLDMAN & SPENCE, P.A. AS LOCAL COUNSEL TO
### DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
### COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
### PERIOD OF MARCH 1, 2007 TO MARCH 31, 2007

Name of Applicant: Phillips, Goldman & Spence, P.A. ("PG&S")

Authorized to Provide Professional
Services to: David T. Austern, Future Claimants' Representative
(the "FCR")

Date of Retention: PG&S Retention Order entered September 27, 2004

Period for which Compensation is
Sought: March 1, 2007 through March 31, 2007

Amount of Compensation (100%) sought
as actual, reasonable, and necessary: $14,039.00

80% of Fees to be Paid: $11,231.20

Amount of Expense Reimbursement
sought as actual, reasonable, and necessary: $755.74

Total Fees @ 80% and Expenses: $11,986.94

This is an:     __X__ interim     ____ monthly     ____ final application

The total time expended for fee application preparation during this time period was 2.10 hours and the corresponding fees were $364.50. The time spent for this matter will be requested in subsequent monthly interim applications.

## PREVIOUS APPLICATIONS

| Fee Application Filing Date, Docket No | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No | 80% of Fees Paid or To be Paid | Amount of Holdback Fees | Amount Paid |
|---|---|---|---|---|---|---|
| 1st Monthly Application 5.24.04-6.30.04 Filed 10.6.04 Dkt. No. 6549 | $5,034.50 | $0.00 | Filed 10.27.04 Dkt No. 6751 | $4,027.60 | $1,006.90 | $4,027.60 |
| 1st Quarterly Fee Application 5.24.04-6.30.04 Filed 10.27.04 Dkt. No. 6752 | $5,034.50 | $0.00 | Filed 11.19.04 Dkt No. 6696 | N/A | $1,006.90 | 1,006.90 |
| 2nd Monthly Application 7.1.04-7.31.04 Filed 10.6.04 Dkt. No. 6550 | $2,619.00 | $852.87 | Filed 11.11.04 Dkt No. 6883 | $2,095.20 | $523.80 | $2,948.07 |
| 3rd Monthly Application 8.1.04-8.31.04 Filed 10.8.04 Dkt. 6569 | $3,110.00 | $450.36 | Filed 11.11.04 Dkt No. 6884 | $2,488.00 | $622.00 | $2,938.36 |
| 4th Monthly Application 9.1.04-9.30.04 Filed 10.28.04 Dkt. No. 6783 | $5,034.50 | $419.64 | Filed 11.19.04 Dkt No. 6997 | $4,107.20 | $1,026.80 | $4,526.84 |
| 2nd Quarterly Fee Application 7.1.04-9.30.04 Filed 11.16.04 Dkt. No. 6940 | $10,863.00 | $1,722.87 | Filed 3.9.05 Dkt No. 7997 | N/A | $2,187.6 | N/A |
| 5th Monthly Application 10.1.04-10.31.02 Filed 11.29.04 Dkt. No. 7041 | $6,273.00 | $582.11 | Filed 12.21.04 Dkt No. 7278 | $5,018.40 | $1,254.60 | $5,600.51 |
| 6th Monthly Application 11.1.04-11.30.04 Filed 12.28.04 Dkt. No. 7370 | $7,128.00 | $249.55 | Filed 1.28.05 Dkt No. 7643 | $5,702.40 | $1,425.60 | $5,951.95 |
| 7th Monthly Application 12.1.04-12.31.04 Filed 1.28.05 Dkt No. 7644 | $7,245.00 | $186.54 | Filed 2.28.05 Dkt No. 7917 | $5,796.00 | $1,449.00 | $5,982.54 |
| 3rd Quarterly Fee Application 10.1.04-12.31.04 Filed 2.15.05 Dkt. No. 7783 | $20,646.00 | $1,018.20 | Filed 6.14.05 Dkt No. 8613 | N/A | $4,129.20 | N/A |

| Fee Application Filing Date, Docket No | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No | 80% of Fees Paid or To be Paid | Amount of Holdback Fees | Amount Paid |
|---|---|---|---|---|---|---|
| 8th Monthly Application 1 1 05-1 31 05 Filed 2 28 05 Dkt No 7918 | $9,247 00 | $2,039 47 | Filed 3 29 05 Dkt No 8135 | $7,397 60 | $1,850 00 | $9,437 07 |
| 9th Monthly Application 2 2 05-2 28 058 Filed 4 8 05 Dkt No 8191 | $3,373 00 | $164 44 | Filed 4 26 05 Dkt No 8284 | $2,862 84 | $674 60 | $2,862.84 |
| 10th Monthly Application 3 1 05-3 31 05 Filed 4 26 05 Dkt No 8285 | $4,127 50 | $461 38 | Filed 6 6 05 Dkt No 8553 | $3,763.38 | 825 00 | $3,763.38 |
| 4th Quarterly Application 1 1 05-3 31 05 Filed 4 29 05 Dkt No 8303 | $16,747 50 | $2,665 29 | Filed 9 14 05 Dkt No 9418 | N/A | $3349 49 | $3349 49 |
| 11th Monthly Application 4 1 05-4 30 05 Filed 6 6 05 Dkt No 8554 | $4,910.00 | $195.51 | Filed 7 26 05 Dkt No 9094 | $3,928 00 | $982 00 | $4,123.51 |
| 12th Monthly Application 5 1 05-5 31 05 Filed 6 27 05 Dkt No 8686 | $3,596 00 | $309 93 | Filed 7 20 05 Dkt No 9029 | $2,876 80 | $719 20 | $3,186.73 |
| 13th Monthly Application 6 1 05-6 30 05 Filed 7 26 05 Dkt No 9095 | $5,395 00 | 1,093.35 | Filed 8 31 05 Dkt No 9288 | $4,316 00 | $1,079 00 | 5,409.35 |
| 5th Quarterly Application Filed 7 27 05 Dkt No 9096 | $13,901 00 | $1,598 79 | Filed 12 5 05 Dkt No 11250 | N/A | $2,780 20 | $2,780.20 |
| 14th Monthly Application Filed 1 3 06 Dkt No 11474 | $13,174 50 | $212 31 | Filed 1 30 06 Dkt No 11643 | $10,539 60 | $2,634 90 | $10,751.91 |
| 15th Monthly Application Filed 1 3 06 Dkt No 11475 | $6,226 00 | $113 00 | Filed 1 30 06 Dkt No 11644 | $4,980 80 | $1,245 20 | $5,093.80 |
| 16th Monthly Application Filed 1 3 06 Dkt No 11476 | $6,258 00 | $95 26 | Filed 1 30 06 Dkt No 11645 | $5,006.4 | $1,251 60 | $5,101 66 |
| 6th Quarterly Application Filed 1 3 06 Dkt No 11477 | $25,658 50 | $420 57 | Filed 3 21 06 Dkt No 12097 | N/A | $5,131.70 | $5,131.70 |
| 17th Monthly Application Filed 1 3 06 Dkt No 11478 | $10,201 00 | $9 11 | Filed 1 30 06 Dkt No 11646 | $8,160.80 | $2,040 20 | $8,169.91 |

| Fee Application Filing Date, Docket No | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No | 80% of Fees Paid or To be Paid | Amount of Holdback Fees | Amount Paid |
|---|---|---|---|---|---|---|
| 18th Monthly Application Filed 1.3.06 Dkt No. 11479 | $5,406.50 | $10.88 | Filed 1.30.06 Dkt No. 11647 | $4,325.20 | $1,302.90 | $4,336.08 |
| 19th Monthly Application Filed 2.6.06 Dkt No. 11722 | $7,533.00 | $133.39 | Filed 3.1.06 Dkt No. 11918 | $6,026.40 | $1,506.60 | $6,159.79 |
| 7th Quarterly Application Filed 2.10.06 Dkt No. 11746 | $23,140.50 | $153.38 | Filed 3.21.06 Dkt No. 12098 | N/A | $4,849.70 | $4,849.70 |
| 20th Monthly Application Filed 2.27.06 Dkt No. 11910 | $8,479.50 | $371.71 | Filed 4.28.06 Dkt No. 12332 | $6,783.60 | $1,695.90 | $7,155.31 |
| 21st Monthly Application Filed 3.23.06 Dkt No. 12109 | $6,008.50 | $469.08 | Filed 4.28.06 Dkt No. 12333 | $4,806.80 | $1,201.70 | $5,275.88 |
| 22nd Monthly Application Filed 4/28/06 Dkt No. 12334 | $5,694.00 | $580.22 | Filed 12555 Dkt No. 5/31/06 | $4,555.20 | $1,138.80 | $5,135.42 |
| 8th Quarterly Application Filed 5/31/06 Dkt No. 12556 | $20,182.00 | $1,421.01 | Filed 9/11/06 Dkt No. 13188 | N/A | $4,036.40 | 4,036.40 |
| 23rd Monthly Application Filed 8.23.26 Dkt No. 13042 | $5,289.50 | $1,080.15 | Filed 9/20/06 Dkt No. 13270 | $4,231.60 | $1,057.90 | $5,311.75 |
| 24th Monthly Application Filed 8.23.06 Dkt No. 13043 | $4,235.00 | $2,740.09 | Filed 9/20/06 Dkt No. 13271 | $3,338.00 | $847.00 | $6,128.09 |
| 25th Monthly Application Filed 8.23.06 Dkt No. 13044 | $3,753.50 | $564.12 | Filed 9/20/06 Dkt No. 13272 | $3,002.80 | $750.70 | $3,566.92 |
| 9th Quarterly Application Filed 8.29.06 Dkt No. 13078 | $13,278.00 | $4,384.36 | Filed 12.7.06 Dkt No. 13941 | N/A | $2,655.60 | $2,655.60 |
| 26th Monthly Application Filed 8/29/06 Dkt No. 13079 | $7,094.50 | $62.04 | Filed 9.20.06 Dkt No. 13273 | $5,675.60 | $1,418.90 | $5,737.64 |
| 27th Monthly Application Filed 10.2.06 Dkt No. 13333 | $11,850.50 | $270.91 | Filed 10.30.06 Dkt No. 13517 | $9,480.40 | $2,370.10 | $9,751.31 |
| 28th Monthly Application Filed 10.30.06 Dkt No. 13518 | $11,649.00 | $1,264.75 | Filed 11.27.06 Dkt No. 13786 | $9,319.20 | $2,329.80 | $10,583.95 |
| 10th Quarterly Application Filed 11.9.06 Dkt No. 13611 | $30,594.00 | $1,597.70 | Filed 12.7.06 Dkt No. 13942 | N/A | $6,118.80 | |

| Fee Application Filing Date, Docket No | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No. | 80% of Fees Paid or To be Paid | Amount of Holdback Fees | Amount Paid |
|---|---|---|---|---|---|---|
| 29th Monthly Application Filed 11.27.06 Dkt No. 13787 | $7,261.00 | $358.99 | Filed 12.20.06 Dkt No. | $5,808.80 | $1,452.20 | 6,167.79 |
| 30th Monthly Application Filed 12.20.006 Dkt No. 14082 | $8,944.50 | $97.57 | Filed 1.30.07 Dkt No. 14424 | $7,155.60 | $1788.90 | $7,253.17 |
| 31st Monthly Application Filed 2.5.07 Dkt No. 14485 | $17,130.50 | $857.47 | Filed 3.5.07 Dkt No. 14747 | $13,704.40 | $3,426.10 | $14,561.87 |
| 11th Quarterly Application Filed 2.7.07 Dkt No. 14511 | $33,336.00 | $1,314.03 | Filed Dkt. No. | N/A | $6,667.20 | |
| 32nd Monthly Application Filed 3.14.07 Dkt No. 14859 | $14,348.50 | $56.44 | Filed 4.19.07 Dkt. No. 15244 | $11,478.80 | $2,869.70 | |
| 33rd Monthly Application Filed 4.19.07 Dkt No. 15247 | $8,698.00 | $216.20 | Filed Dkt. No. | $6,958.40 | | |

## CURRENT COMPENSATION SUMMARY

## MARCH 1, 2007 THROUGH MARCH 31, 2007

| Name of Professional Person | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| John C. Phillips, Jr. | Director/17 years/1974/ litigation/bankruptcy | $375 | 34.60 | $12,975.00 |
| Celeste A. Hartman | Sr. Paralegal/10 years/20 years prior experience | $140 | 7.60 | $1,064.00 |
| Grand Total | | | 42.20 | $14,039.00 |
| Blended Rate: | | | | $332.68 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Litigation | 36.1 | $13,091.00 |
| Fee/Employment Applications | 3.5 | $584.00 |
| Case Administration | 2.6 | $364.00 |
| Total | | $14,039.00 |

## EXPENSE SUMMARY

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| In-House Reproduction (10¢ per page) | N/A | $34.90 |
| Postage | N/A | $1.98 |
| Facsimile (billed at $1 outgoing, only) | N/A | $1.00 |
| Overnight Courier | Federal Express | $65.36 |
| Copy, delivery service, mail service | Parcels, Inc. | $652.50 |
| Total | | $755.74 |

The FCR was appointed effective May 24, 2004. Since his appointment, the FCR and his professionals have focused on due diligence with respect to the Debtors and events occurring in these cases over the previous three years, and on protecting the rights of the future claimants with respect to actions taken by the Debtors, the Committees and other parties in interest.

PHILLIPS, GOLDMAN & SPENCE, P.A.


_____
JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
Local Counsel to David T. Austern, as Future
Claimants' Representative

Date:    April 27, 2007