# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# MARCH 1, 2007 THROUGH
# MARCH 31, 2007

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

April 23, 2007

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File   WRG-AUS/JCP
Invoice number   68171

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

```
           Subtotal for FEES only:  03/31/07      $14,039.00
          Subtotal for COSTS only:  03/31/07         $755.74
                                                ------------
   CURRENT PERIOD FEES AND COSTS:   03/31/07      $14,794.74
                                                ------------
```

************************************************************

Please remit duplicate copy with payment.  Thank you.

************************************************************

Phillips, Goldman & Spence, P.A.

April 23, 2007

Orrick, Herrington & Sutcliffe, LLP

File  WRG-AUS/JCP
Invoice number  68171

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 36.1 | 13,091.00 |
| FEE/EMPLOYMENT APPLICATIONS | 3.5 | 584.00 |
| CASE ADMINISTRATION | 2.6 | 364.00 |
| Subtotal for FEES only: 03/31/07 | 42.2 | $14,039.00 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 375.00 | JCP | 34.60 | 34.60 | 12,975.00 | 0.00 | 0.00 |
| 140.00 | CAH | 7.60 | 7.60 | 1,064.00 | 0.00 | 0.00 |
| Totals | | 42.20 | 42.20 | 14,039.00 | 0.00 | 0.00 |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

04/23/07  Page 2

| Cl Code | Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | CAH | 03/05/07 | Provide John C. Phillips, Jr. with District Court case docket and items up for oral argument today. | 0.20 | 28.00 | Li |
| WRG | LITIGATION | CAH | 03/26/07 | Print, scan and file Notices of Deposition for James Cintani, Thomas Egan, Robert Tarola and Fred Zaremby. | 0.60 | 84.00 | |
| WRG | LITIGATION | CAH | 03/29/07 | Review of various e-mails concerning status of litigation and Motions filed. | 0.50 | 70.00 | |
| WRG | LITIGATION | CAH | 03/29/07 | Review of and revise Notice of Deposition; e-mail to Orrick counsel after signing by John C. Phillips, Jr. | 0.50 | 70.00 | |
| WRG | LITIGATION | CAH | 03/29/07 | E-mail on filing rules and how to file Notice of Subpoena. | 0.10 | 14.00 | |
| | | | | | 1.90 | 266.00 | |
| WRG | LITIGATION | JCP | 03/01/07 | Review of Certification of Counsel re: Order Confirming Dr. Lucas' Deposition Testimony (.1); review of Notice of Deposition of Dr. Arthur Frank (.1); review of 3 Notices of Postponement of Depositions (.1); review of Debtors' Response to Expedite Exclusivity Appeal in 3rd Circuit (.2); review of Debtors' Motion for Leave to Object to Claims Filed by Berger and Montague and Richardson and Patrick (.3); review of Debtors' Objection to those claims (.3); review of Libby Claimants' Statement re: BNSF's Motion for Clarification (.1). | 1.20 | 450.00 | |
| WRG | LITIGATION | JCP | 03/02/07 | Review of Amended Notice of Deposition of Dr. Pinchin (.1); review of miscellaneous pleadings and 2 Orders (.2); review of Debtors' Motion for Waiver of legal research 3007-1 to Object to Claims (.1); review of Debtors' Motion to Employ Forman Perry(.1); review of Debtors' Motion for Leave from CMO re: Application to Employ Forman Perry (.1). | 0.60 | 225.00 | |
| WRG | LITIGATION | JCP | 03/03/07 | Review of miscellaneous pleadings; review of MeMaster University's Interrogatories and Request for Production to Debtors; review of Debtors' Motion to File Sur-Reply to ZAI Claimant's Motion for Leave to Appeal; review of Debtors' Sur-Reply. | 0.50 | 187.50 | |
| WRG | LITIGATION | JCP | 03/05/07 | Review of and execute Certificate of No Objection re: Phillips, Goldman & Spence 31st Monthly Fee Application. | 0.20 | 75.00 | |
| WRG | LITIGATION | JCP | 03/05/07 | Review of miscellaneous pleadings and Order (.6); e-mail to Jonathan Guy re: 3/6/07 ZAI oral argument (.3); e-mail from and e-mail to Rick Wyron (2x) re: same; e-mail from and e-mail to Debbie Felder (3x)(.3); review of Order rescheduling ZAI argument to 3/5/07(.2); conference with Celeste A. Hartman re: 3/5/07 oral argument (2x)(.1); review of docket and 3 Orders re: 3/5/07 oral argument (.3); travel to and from Philadelphia, Pennsylvania (billed at | 4.50 | 1,687.50 | |

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| LITIGATION | JCP | 03/06/07 | 1/2 time)(1.0); court appearance re: ZAI Claimant's Motion for Leave to Appeal (1.7). | 2.60 | 975.00 | |
| LITIGATION | JCP | 03/07/07 | Review of 2/26/07 Hearing transcript (.3); memorandum to file; review of Personal Injury Committee's Objection to Debtors' Amended Statement of Amounts Paid to Forman Perry (.2); review of Prudential's Reply Brief re: Expungement of it's Building Claims (.3); draft and revise summary (.3); e-mail to Rick Wyron, Jonathan Guy and Debbie Felder re: 3/5/07 ZAI oral argument (.2); review of creditors' Committee's Motion to Intervene in Exclusivity Appeal (.6); review of Anderson Memorial's Interrogatories to Debtors (.3); review of counsel for Debtors' letter to Personal Injury Claimants' counsel re: Responding to Personal Injury Questionnaire (.2); review of miscellaneous pleadings (.2). | | | |
| LITIGATION | JCP | 03/07/07 | Review of miscellaneous pleadings and 2 Orders (.2); review of Notice of Intention to Depose Todd Hilsee (.2); review of National Union's Joinder in Debtors' Supplemental Section 108 Brief (.1); review of Reaud Morgan's Section 108 Brief (.1). | 0.60 | 225.00 | |
| LITIGATION | JCP | 03/08/07 | Review of Notices of Intent to take Depositions of William and James Millette; review of Debtors' Supplemental Brief re: section 108 Issues/Reaud Morgan and Quinn; review of miscellaneous pleadings. | 0.50 | 187.50 | |
| LITIGATION | JCP | 03/09/07 | Review of Prudential's request for oral argument; review of Notice Re-Scheduling Hearing. | 0.10 | 37.50 | |
| LITIGATION | JCP | 03/10/07 | Review of Notice of Intent to Take Franco's Seif's deposition; review of 3/8/07 Order Amending CMO re: Delaware Courtroom Deputy; memorandum to paralegal re: same; review of Debtors' Notice of Service re: Responses to Prudential's discovery; review of Woodbury Place Apartments Response to Debtors' Motion to Disallow Claim. | 0.50 | 187.50 | |
| LITIGATION | JCP | 03/12/07 | Review of Speights and Runyan's Notice of Deposition of Graeme Mew; review of Notice of Rescheduling Hearing. | 0.20 | 75.00 | |
| LITIGATION | JCP | 03/13/07 | Review of Certification of Counsel and proposed Order re: Expunging Certain Sealed Air Claims; review of Debtors' Notice of Intention to Depose Dr. Richard Lemen; review of Debtors' Amended Notice of Intent to Depose Todd Hilsee; review of Debtors' Notice of Intent to Depose Dr. Henry Anderson. | 0.30 | 112.50 | |
| LITIGATION | JCP | 03/14/07 | Review of Certification of Counsel re: Order Amending Personal Injury Estimation CMO; review of proposed Order Amending Personal Injury Estimation CMO (.1); review of Brandi's Final Designation of Experts re: Statute of Limitations and Product Identification (.1); review of Speights and Runyan's Final Designation of Experts re: Statute of Limitations and Product Identification (.1); | 1.00 | 375.00 | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

04/23/07  Page 4

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| LITIGATION | JCP | 03/15/07 | Review of Property Damage Committee's Notice of Service and Final Witness List re: Constructive Notice; review of Debtors' Final Witness Disclosure re: Product Identification, Statute of Limitations and Libby Claims Issues; review of Central Wesleyan's Response to Debtors' Objection to Claims; review of Certification of Counsel re Fresenius Medical's Claims. | 0.40 | 150.00 | |
| LITIGATION | JCP | 03/16/07 | Review of Libby Claimants' Objection to Proposed Order Amending Personal Injury Case Management Order; review of Debtors' 4 Notices of Services re: various discovery responses (.1); review of Speights and Runyan's Amended Notice of Deposition of Graeme Mew (.1); review of Debtors' Notice of Intent to Depose Dr. Arnold Brody; review of Debtors' Notice of Intent to Depose Dr. William Longo (.1); review of miscellaneous pleadings (.1); review of letter from counsel for Personal Injury Committee with enclosure (.1); review of Personal Injury Committee's Corp.(.1); review of Macerich Fresno's Designation of Witnesses (.1). | 0.20 | 75.00 | |
| LITIGATION | JCP | 03/17/07 | Review of Debtors' Motion for Leave to Further Amend Injunction Complaint; review of Second Amended Complaint; review of Debtors' Amended Notice of Deposition of Pamela Hare; review of Debtors' Notice of Intent to Depose Dr. Hammer; review of miscellaneous pleadings; review of Debtors' Response to BNSF Motion for Clarification of Scope of Preliminary Injunction. | 0.50 | 187.50 | |
| LITIGATION | JCP | 03/19/07 | Review of Montana's Response to Debtors' Objection to Claims(.2); review of Maryland Casualty's Objection to BNSF's Motion for Clarification re: Scope of Injunction (.2); review of Emergency Motion to Compel Navigable Database and proposed Order (.1); review of Notice of Motion (.1); review of electronic confirmation of filing Emergency Motion (.1). | 0.70 | 262.50 | |
| LITIGATION | JCP | 03/20/07 | Review of Continental Casualty's Objection to BNSF's Motion for Clarification of Scope of Injuction (.3); review of Royal Indemnity's Objection to same (.2); review of Notice Rescheduling Hearing on Procedures for 4/23 - 25/07 Property Damage Claims Objection Hearing (.1); memorandum to paralegal re: same (.2); review of Debtors' Response to Macerich Fresno's Motion for Summary Judgment (.2); review of Anderson Memorial's Response to Debtors' five Motions for Summary Judgment re: SL as to 88 Canadian claims & 10 New York claims (.1); 7 statute of repose claims (.2); 9 Arkansas, Georgia and Delaware claims (.2); 2 claims on Product Identification; all with voluminous attachments (.1); RO Brandi's response to Debtors' two Motions for Summary Judgment on SL re: California State University & Regents of University of California (.2); e-mail from | 3.90 | 1,462.50 | |

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| LITIGATION | JCP | 03/21/07 | Review of and execute Notice of Service re: Future Claimants Representative's Request for Production of Documents to Debtors (.1); e-mail to Celeste A. Hartman forwarding same (.1); review of Debtors' Notice of Intention to Take Dr. Laura Welch's Deposition (.1); review of National Union's Joinder to Debtors' Response Brief re: Reaud Morgan (.2); review of Amended Motion to Shorten Notice re: Personal Injury Committee's Emergency Motion to Compel Production of Navigable Database and proposed Order (.2); review of Modified Order Granting Motion to Shorten Notice (.1); review of Amended Modified Order (.1); calendar hearing date (.1); review of Motley Rice's Motion to Preclude Richard Lee's Testimony with exhibits (.1); review of Property Damage Committee's Motion to Exclude Debtors' Expert re: Constructive Notice (.1); review of Debtors' Response Brief re: Section 108 Issues (.1); review of miscellaneous pleadings (.1); review of Debtors' Response to Personal Injury Committee's Objection to Amended Statement re: Payment to Ordinary Course Professionals (.1). | 1.50 | 562.50 | |
| LITIGATION | JCP | 03/22/07 | Review of 3/8/07 Hearing Transcript (.3); review of California's Opposition to Debtors' Motion re: statute of limitations Bar (.1); review of Debtors' Motion and Memorandum re: Statute of Repose in Minnesota, North Carolina and Tennessee (.2); review of Debtors' Notice of Deposition and Subpoena to Early Ludwich (.1); review of Debtors' Motion to Compel Compliance with Supplemental Order re: Personal Injury Questionnaire (.1); review of Debtors' Exhibit list re: Product Identification and statute of limitations (.1); review of Debtors' Amended Exhibit List re: same (.1). | 1.10 | 412.50 | |
| LITIGATION | JCP | 03/23/07 | Review of Order re: BNSF's Motion for Clarification (.2); review of ZAI Claimants' Notice of Supplemental Authority in Support of Motion for Leave to Appeal (.1); review of Baron & Budd's Motion to Extend Time to Appeal Order re: Consulting Expert Privilege (.1); review of Baron & Budd's Notice of Appeal of Same (.1); review of Baron & Budd's | 0.60 | 225.00 | |

```
WRG-AUS                                                              LEGALMASTER MIRC For Transactions                                           04/23/07  Page 6
                                                                                    -Fees-

WRG
Cl Code Grouping code description              Act  Trans                                                                                    Billable    Billable    Grp
                                               Emp  Date     Transaction description                                                         Hours       Dollars     Cd

LITIGATION                                     JCP  03/26/07  Review of Debtors' Amended Exhibit List re: Statute of                         3.40        1,275.00
                                                              limitations, Product Identification and Libby Claims (.2);
                                                              review of Debtors' Reply Brief re: Disallowing 10 New York
                                                              Claims (.2); review of Debtors' Reply Brief re: Disallowing
                                                              109 California Claims (.1); review of Debtors' Reply Brief re:
                                                              Extending Time for Peter Angelos Claimants to
                                                              Respond to Personal Injury Questionnaire and proposed Order
                                                              (.1); review of Certification of Counsel re: Expunging ICI
                                                              Claims and proposed Order (.1); review of Certification of
                                                              Counsel re: Expunging Travelers Claims and proposed Order
                                                              (.1); review of Debtors' Reply Brief re: Disallowing 11
                                                              Minnesota, North Carolina, Iowa and Tennessee Claims (.1);
                                                              review of Debtors' Reply re: Expunging 88 Canadian Claims;
                                                              review of Debtors' Reply re: Expunging 16 Property Damage
                                                              Claims; review of Debtors' Reply re: Expunging 11 Property
                                                              Damage Claims (.2); review of Debtors' Reply re: Macerich's
                                                              Motion for Summary Judgment (.2); review of Debtors' Motion
                                                              to Exceed Page Limitation on Macerich Reply (.2); review of
                                                              Debtors' Reply in Support of Motion for Summary Judgment
                                                              re: Anderson Memorial's Property Damage Claims (.2); review
                                                              of U.S. Trustee's Objection to Debtors' Application to
                                                              Employ Forman Perry (.2); review of miscellaneous pleadings
                                                              (.2); review of Macerich's Reply to Debtors' Response to
                                                              Macerich's Motion for Summary Judgment (.2); review of
                                                              Debtors' Reply in Support of Proposed Order Amending
                                                              Personal Injury Case Management Order (.2); review of
                                                              Debtors' Motion to File Reply in Support of Application to
                                                              Hire Foreman Perry (.2); review of Debtors' Reply (.2);
                                                              review of Debtors' Motion to Exceed Page Limit re: Reply in
                                                              Support of Hearing Forman Perry Application on 4/2/07 (.1);
                                                              review of Reply; e-mail from Debbie Felder re: filings on
                                                              3/26/07; e-mail from Debbie Felder with enclosure (.2);
                                                              review of 4 Notices of Depositions (Cintan, Egan, Tarola &
                                                              Zaremby); e-mail from local counsel for Personal Injury
                                                              Committee re: same; letter from local counsel for Personal
                                                              Injury Committee with enclosure (.1); review of 4 as filed
                                                              Notices of Depositions (.1).

LITIGATION                                     JCP  03/27/07  Review of Agenda for 4/2/07 Hearing (.2); review of           2.30        862.50
                                                              Speights & Runyan's Notice of Deposition of Dr. lange and
                                                              Notice of Deposition of Dr. Mort Corn (.2); review of
                                                              Brandi Amended Final Designation of Exhibits re: Statute of
                                                              Limitations/Product Identification for Property Damage
                                                              Claimants (.3); review of Debtors' Motion and Brief in
                                                              Support of Summary Judgment as to ZAI Claims; review of
                                                              Debtors' motion to Expand Preliminary Injunction to Include
                                                              BNSF (.5); review of Debtors' Response to Personal Injury
                                                              Committee's and Future Claimants Representative's Emergency
                                                              Motion to Compel Production of Navigable Database (.3);
                                                              review of Baron & Budd's Motion for Expedited Consideration
                                                              of Motion to Extend Time for Appeal and to Stay Compliance
                                                              with Order on Motion to Compel (.4); review of Royal

                                                              Motion to Stay Compliance with same (.1).
```

```
WRG-AUS                              LEGALMASTER MIRC For Transactions                      04/23/07  Page 7
                                                  -Fees-
```

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG LITIGATION | JCP | 03/28/07 | Indemnity's Response re: Debtors' Motion for Clarification of Scope of Preliminary Injunction (.4). | 0.40 | 150.00 | |
| WRG LITIGATION | JCP | 03/29/07 | Review of Prudential Stipulation re: Extending Appeal Schedule (.3); review of Equity Committee's Motion to Modify Retention of Lexecon and proposed Order (.2); review of Cal.'s Joinder in Property Damage Committee's Motion to Strike Debtors' Constructive Notice Expert (.3); review of ZAI Claimants' Motion for Discovery (.3); review of Personal Injury Committee's Motion to File 3 Exhibits Under Seal and proposed Order (.4); review of Stipulation re: Expunging Speights & Runyan Property Damage Claims (.4); review of Debtors' Motion re: Order to Expunge Paid Claims (.3); review of Debtors' Objection to Massachussets' Revenue Department's Tax Claim (.3); review of Debtors' Motion to Modify Automatic Stay to Allow Debtor to Commence Litigation to Resolve Tax Claims (.3); review of Debtors' Motion re: Socha Perczak's fees (.3); review of Personal Injury Committee's/FRC's Motion to Compel Production re: Debtors' Pre-Petition Personal Injury Liability Estimates and multiple exhibits thereto (.3); e-mail from and e-mail to Debbie Felder (4x) re: service of subpoenas (.3); e-mail from Catharine Zurbrugg with enclosure (.3); review of and execute Rust & BMC 30(b)(6) Notice of Deposition (.3); conference with Celeste A. Hartman re: same (.2); e-mail to and e-mail from Catharine Zurbrugg re: same (.3); phone conference with local counsel for Personal Injury Committee (2x)(.2); e-mail from and e-mail to local counsel for Personal Injury Committee (.2); legal research re: service of subpoenas (.6). | 5.70 | 2,137.50 | |
| WRG LITIGATION | JCP | 03/30/07 | Review of Modified Order Granting Baron & Budd's Motion to Expedite Motion to Extend Time for Filing Appeal (.1); review of Baron & Budd's Designation of Items to be Included in Record and Statement of Issues Presented on Appeal (.1); review of original signed Notices for Rust and BMC subpoenas(.1); review of miscellaneous pleadings(.1); review of Notice of Deposition of Lewis Klar (.1); review of Notice of Deposition of Gordon Spratt (.1). | 0.60 | 225.00 | |
| WRG LITIGATION | JCP | 03/31/07 | Review of miscellaneous pleadings. | 0.10 | 37.50 | |

```
                                                                                    ----------  ----------
                                                                                         34.20   12,825.00
                                                                                    ----------  ----------
                                                                                         36.10   13,091.00
                                                                                    ==========  ==========
```

WRG-AUS                                                LEGALMASTER MIRC For Transactions                                          04/23/07  Page 8
                                                                  -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG   FEE/EMPLOYMENT APPLICATIONS | CAH | 03/05/07 | Draft Certificate of No Objection for Phillips, Goldman & Spence December Fee Application. | 0.30 | 42.00 | fa |
| WRG   FEE/EMPLOYMENT APPLICATIONS | CAH | 03/05/07 | Scan file and serve Certificate of No Objection for Phillips, Goldman & Spence December Fee Application. | 0.20 | 28.00 | |
| WRG   FEE/EMPLOYMENT APPLICATIONS | CAH | 03/07/07 | Download 8th Quarterly and January Fee Application for Towers Perrin; file both with Bankruptcy Court. | 0.50 | 70.00 | |
| WRG   FEE/EMPLOYMENT APPLICATIONS | CAH | 03/07/07 | Download and file January Fee Application for David T. Austern. | 0.30 | 42.00 | |
| WRG   FEE/EMPLOYMENT APPLICATIONS | CAH | 03/07/07 | Code December prebill to comply with local Rules. | 0.50 | 70.00 | |
| WRG   FEE/EMPLOYMENT APPLICATIONS | CAH | 03/12/07 | Further review of and revise pre-bill. | 0.20 | 28.00 | |
| WRG   FEE/EMPLOYMENT APPLICATIONS | CAH | 03/13/07 | Draft January Fee Application and forward to John C. Phillips, Jr. to execute. | 0.80 | 112.00 | |
| WRG   FEE/EMPLOYMENT APPLICATIONS | CAH | 03/14/07 | Scan file and serve Phillips, Goldman & Spence January Fee Application. | 0.30 | 42.00 | |
|  |  |  |  | 3.10 | 434.00 | |
| WRG   FEE/EMPLOYMENT APPLICATIONS | JCP | 03/13/07 | Review of, revise and execute Phillips, Goldman & Spence 32nd Monthly Fee Application; conference with Celeste A. Hartman re: same. | 0.30 | 112.50 | |
| WRG   FEE/EMPLOYMENT APPLICATIONS | JCP | 03/28/07 | Review of Fee Auditor's Report. | 0.10 | 37.50 | |
|  |  |  |  | 0.40 | 150.00 | |
|  |  |  |  | 3.50 | 584.00 | |
|  |  |  |  | 42.20 | 14,039.00 | |

18 records printed.

WRG-AUS                                        LEGALMASTER MRC For Transactions                                        04/23/07  Page 1
                                                           -Fees-

Sort Fields:
  Grouping code                (Paginate)
  Client code
  Actual employee code         (Subtotals)
  Transaction date

Range Fields:
  Client code        I  WRG  -  WRG
  Invoice Number     I  68171  -  68171

| Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd | Ca Cd |
|---|---|---|---|---|---|---|---|
| CASE ADMINISTRATION | CAH | 03/12/07 | Merge original signatures into filed documents. | 0.40 | 56.00 | | |
| CASE ADMINISTRATION | CAH | 03/12/07 | Update docket to system and check status of Pro Hac Vice for J. Arsbro; e-mail to Judge's deputy. | 0.30 | 42.00 | | |
| CASE ADMINISTRATION | CAH | 03/13/07 | E-mail to Jennifer Coak and send another copy of Aston Pro Hac Vice to her via hand delivery. | 0.30 | 42.00 | | |
| CASE ADMINISTRATION | CAH | 03/16/07 | Update docket and complete updating of all pleadings. | 1.20 | 168.00 | | |
| CASE ADMINISTRATION | CAH | 03/20/07 | E-mail to D. Felder re: service filing tomorrow. | 0.10 | 14.00 | | |
| CASE ADMINISTRATION | CAH | 03/21/07 | Download and file Certificate of Service for service of discovery. | 0.30 | 42.00 | | |
| | | | | 2.60 | 364.00 | | |
| | | | | 2.60 | 364.00 | | |