# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# MARCH 1, 2007 THROUGH
# MARCH 31, 2007

Phillips, Goldman & Spence, P.A.

April 23, 2007

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   68171

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 03/01/07 | Federal Express | 65.36 |
| 03/02/07 | Check No.: 33479 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 43.80 |
| 03/02/07 | Check No.: 33479 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 598.70 |
| 03/05/07 | Postage | 1.98 |
| 03/05/07 | Photocopies | 34.90 |
| 03/21/07 | Facsimile | 1.00 |
| 03/28/07 | Check No.: 33713 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 5.00 |
| 03/28/07 | Check No.: 33713 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 5.00 |

Subtotal for COSTS only: 03/31/07       $755.74