IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

| | |
|---|---|
| W.R. Grace & Co., *et al.* | Bankruptcy No. 01-1139-JKF |
| Debtor(s) | Jointly Administered |
| | Chapter 11 |

**Related to Dkt. No. 15295, Debtors' Motion for Leave to File Status Report in Further Support of Motion Regarding Noncompliance With X-Ray Order;**

**Related to Dkt. No. 15413, Response and Opposition of the Official Committee of Asbestos Personal Injury Claimants and David T. AUstern, Legal Representative for Future Asbestos Personal Injury Claimants to the Debtors' Motion for Leave to File Status Report in Further Support of Motion Regarding Noncompliance With X-Ray Order**

**Related to Dkt. No. 15412, Motion to File Under Seal One Exhibit to the ACC's and FCR's Response and Opposition to Debtors' Motion for Leave to File Status Report filed at Dkt. No. 15413**

**Related to 5/2/07 Hearing Agenda Item 15**

**ORDER DENYING DEBTORS' MOTION FOR LEAVE TO FILE STATUS REPORT
IN FURTHER SUPPORT OF MOTION REGARDING NONCOMPLIANCE
AND DENYING MOTION FOR LEAVE TO FILE UNDER SEAL WITH RESPECT TO
THE RESPONSE AND OPPOSITION OF THE ACC AND FCR AND
DETERMINING THAT SAID RESPONSE AND OPPOSITION IS MOOT**

AND NOW, this **27**th day of **April, 2007,** it is **ORDERED** that the above-captioned motion is **DENIED** inasmuch as the underlying "Status Report" is not a status report but requests affirmative relief.

It is **FURTHER ORDERED** that the Response and Opposition to said motion filed by the ACC and the FCR at Dkt. No. 15413 is **moot** inasmuch as the motion is denied.

It is **FURTHER ORDERED** that the motion to file under seal the exhibit to the ACC's

and FCR's response to Debtors' Motion for Leave to File Status Report is **DENIED as moot** and the sealed documents delivered to Pittsburgh and Wilmington Chambers shall be returned to Mark Hurford, Esquire, the filing party.

It is **FURTHER ORDERED** that counsel for Debtors shall immediately serve a copy of this Order on all parties in interest and shall file a certificate of service forthwith.

*Judith K. Fitzgerald*
Judith K. Fitzgerald
United States Bankruptcy Judge

rmab