**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

IN RE:

W.R. Grace & Co., *et al.*                    Bankruptcy No. 01-1139-JKF
      Debtor(s)                              Jointly Administered
                                      Chapter 11

**Related to Dkt. No. 15243, Libby Claimant's
Response to Debtors' Motion Regarding Alleged
Noncompliance with X-Ray Order;**

**Related to 5/2/07 Hearing Agenda Item 15**

**ORDER STRIKING LIBBY CLAIMANTS' RESPONSE TO DEBTORS' MOTION
REGARDING ALLEGED NONCOMPLIANCE WITH X-RAY ORDER**

     **AND NOW**, this **27**th day of **April, 2007**, inasmuch as the above-captioned response was late filed under the terms of the Case Management Order and no motion for leave to file a late response was filed, it is **ORDERED** that response is **stricken.**

     It is **FURTHER ORDERED** that counsel for Libby Claimants shall immediately serve a copy of this Order on all parties in interest and shall file a certificate of service forthwith.

                                         *Judith K. Fitzgerald*
                                       Judith K. Fitzgerald   **rmab**
                                        United States Bankruptcy Judge