## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al., | ) ) ) | (Jointly Administered) |
| Debtors. | ) ) ) |  |

### NOTICE OF SERVICE

TO:

| Kirkland & Ellis LLP | Reed Smith, LLP | Pachulski Stang Ziehl Young |
| David M. Bernick, P.C. | James J. Restivo, Jr. | Jones & Weintraub LLP |
| Janet S. Baer | 435 Sixth Avenue | Laura Davis Jones |
| Salvatore F. Bianca | Pittsburgh, Pennsylvania | James E. O'Neill |
| 200 East Randolph Drive | 15210 | 919 North Market Street, 17th |
| Chicago, Illinois 60601 | Telephone: (412) 288-3122 | Floor |
| Telephone: (312) 861-2000 |  | P.O. Box 8705 |
|  |  | Wilmington, Delaware |
|  |  | 19899-8705 |
|  |  | (Courier 19801) |
|  |  | Telephone: (302) 652-4100 |

**PLEASE TAKE NOTICE,** that counsel for the ZAI Claimants has served upon you this 27th day of April, 2007, their Requests For Production Regarding Class Action Issues, responses to which must be served upon undersigned counsel in accordance with the applicable Federal Rules of Civil Procedures, Federal Rules of Bankruptcy Procedure, and this Court's local rules and orders.

*(signature on following page)*

Dated: April 27, 2007
       Wilmington, Delaware

                                      RICHARDSON, PATRICK,
                                      WESTBROOK & BRICKMAN, LLC
                                      Edward J. Westbrook
                                      Robert M. Turkewitz
                                      1037 Chuck Dawley Blvd., Bldg. A
                                      Mt. Pleasant, South Carolina 29464
                                      Telephone: (843) 727-6500

                                      THE SCOTT LAW GROUP, P.S.
                                      Darrell W. Scott
                                      926 W. Sprague Avenue
                                      Chronicle Building, Suite 583
                                      Spokane, Washington 99201
                                      Telephone: (509) 455-3966

                                      WILLIAM D. SULLIVAN, LLC

                                      */s/ E.E. Allinson III*
                                      William D. Sullivan (No. 2820)
                                      Elihu E. Allinson, III (No. 3476)
                                      4 East 8th Street, Suite 400
                                      Wilmington, Delaware 19801
                                      Telephone: (302) 428-8191

                                      *Special Counsel for ZAI Claimants*