**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## NOTICE OF SERVICE

TO:

Kirkland & Ellis LLP
David M. Bernick, P.C.
Janet S. Baer
Salvatore F. Bianca
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000

Reed Smith, LLP
James J. Restivo, Jr.
435 Sixth Avenue
Pittsburgh, Pennsylvania 15210
Telephone: (412) 288-3122

Pachulski Stang Ziehl Young Jones & Weintraub LLP
Laura Davis Jones
James E. O'Neill
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: (302) 652-4100

**PLEASE TAKE NOTICE,** that counsel for the ZAI Claimants has served upon you this 27th day of April, 2007, their First Set Of Interrogatories Regarding Class Action Issues, responses to which must be served upon undersigned counsel in accordance with the applicable Federal Rules of Civil Procedures, Federal Rules of Bankruptcy Procedure, and this Court's local rules and orders.

*(signature on following page)*

Dated: April 27, 2007
Wilmington, Delaware

RICHARDSON, PATRICK,
WESTBROOK & BRICKMAN, LLC
Edward J. Westbrook
Robert M. Turkewitz
1037 Chuck Dawley Blvd., Bldg. A
Mt. Pleasant, South Carolina 29464
Telephone: (843) 727-6500

THE SCOTT LAW GROUP, P.S.
Darrell W. Scott
926 W. Sprague Avenue
Chronicle Building, Suite 583
Spokane, Washington 99201
Telephone: (509) 455-3966

WILLIAM D. SULLIVAN, LLC

E.E. Allinson III

William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 428-8191

*Special Counsel for ZAI Claimants*