IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> W.R. GRACE & CO., et al., <br><br> Debtors. | Chapter 11 <br> Case No. 01-1139 (JKF) <br> (Jointly Administered) |

## NOTICE OF SERVICE

TO:

| Kirkland & Ellis LLP | Reed Smith, LLP | Pachulski Stang Ziehl Young |
|---|---|---|
| David M. Bernick, P.C. | James J. Restivo, Jr. | Jones & Weintraub LLP |
| Janet S. Baer | 435 Sixth Avenue | Laura Davis Jones |
| Salvatore F. Bianca | Pittsburgh, Pennsylvania | James E. O'Neill |
| 200 East Randolph Drive | 15210 | 919 North Market Street, 17th |
| Chicago, Illinois 60601 | Telephone: (412) 288-3122 | Floor |
| Telephone: (312) 861-2000 | | P.O. Box 8705 |
| | | Wilmington, Delaware |
| | | 19899-8705 |
| | | (Courier 19801) |
| | | Telephone: (302) 652-4100 |

**PLEASE TAKE NOTICE,** that counsel for the ZAI Claimants has served upon you this 27th day of April, 2007, their Requests to Admit Concerning Class Action Issues, responses to which must be served upon undersigned counsel in accordance with the applicable Federal Rules of Civil Procedures, Federal Rules of Bankruptcy Procedure, and this Court's local rules and orders.

*(signature on following page)*

Dated: April 27, 2007
      Wilmington, Delaware

    RICHARDSON, PATRICK,
    WESTBROOK & BRICKMAN, LLC
    Edward J. Westbrook
    Robert M. Turkewitz
    1037 Chuck Dawley Blvd., Bldg. A
    Mt. Pleasant, South Carolina 29464
    Telephone: (843) 727-6500

    THE SCOTT LAW GROUP, P.S.
    Darrell W. Scott
    926 W. Sprague Avenue
    Chronicle Building, Suite 583
    Spokane, Washington 99201
    Telephone: (509) 455-3966

    WILLIAM D. SULLIVAN, LLC

    */s/ E.E. Allinson III*
    William D. Sullivan (No. 2820)
    Elihu E. Allinson, III (No. 3476)
    4 East 8th Street, Suite 400
    Wilmington, Delaware 19801
    Telephone: (302) 428-8191

    *Special Counsel for ZAI Claimants*

2