# Exhibit 1

**Exhibit 2**

March _____, 2003

RE:    In re Bankruptcy claims for asbestos-containing products

I Hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcy as deemed appropriate due to asbestos-containing products located or previously located in our building(s): W.R. Grace & Co. and W.R. Grace & Co.-Conn. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

Building Name and Physical Address:

BAYSHORE COMMUNITY HOSP

727 N. BEERS ST

HOLMDEL, NJ 07733

_____

Contact Person: CHARLES FAELLA

Phone Number: 732 739 5932

Fax Number: 732 290 7034

E-Mail Address: CFAELLA @ BCHS.COM

ACKNOWLEDGED AND AGREED:

By: Charles Caroline Nowacyk

    Name:

