# Exhibit 2

Exhibit 2

March _____, 2003

RE:   In re Bankruptcy claims for asbestos-containing products

I Hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcies as deemed appropriate due to asbestos-containing products located or previously located in our building: Federal Mogul and W.R. Grace & Co.; W.R. Grace & Co.-Ct. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

Building Name and Physical Address:
Children's Hospital of Pittsburgh of UPMC Health System
3705 Fifth Avenue
Pittsburgh, PA  15213

Contact Person: Lorina W. Wise, Associate Counsel
Phone Number: (412) 692-8073
Fax Number: (412) 693-5639
E-Mail Address: lorina.wise@chp.edu

ACKNOWLEDGED AND AGREED:

By: _[signature]_
Name: