# Exhibit 3

Exhibit 2

March ____, 2003

RE:   In re Bankruptcy claims for asbestos-containing products

I Hereby authorize Speights & Runyan law firm to file proof of claims on our behalf in the following bankruptcies as deemed appropriate due to asbestos-containing products located or previously located in our building: Federal Mogul and W.R. Grace & Co.; W.R. Grace & Co,-Ct. By signing below, I acknowledge and agree that Speights & Runyan has the authority to file proof of claims on our behalf in these bankruptcies.

Building Name and Physical Address:
Jameson Memorial Hospital
1211 Wilmington Ave.
New Castle, PA 16105

Contact Person: Rachel Verdi
Phone Number: 724-656-4089
Fax Number: 724-656-4180
E-Mail Address: rverdi@jamesonhealthsystem.com

ACKNOWLEDGED AND AGREED:

By: _Rachel C. Verdi_
    Name: