IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 01-1139 (JKF)<br>(Jointly Administered) |

## NOTICE OF SERVICE

TO:

| | | |
|---|---|---|
| Kirkland & Ellis LLP<br>David M. Bernick, P.C.<br>Janet S. Baer<br>Salvatore F. Bianca<br>200 East Randolph Drive<br>Chicago, Illinois 60601<br>Telephone: (312) 861-2000 | Reed Smith, LLP<br>James J. Restivo, Jr.<br>435 Sixth Avenue<br>Pittsburgh, Pennsylvania 15210<br>Telephone: (412) 288-3122 | Pachulski Stang Ziehl Young Jones & Weintraub LLP<br>Laura Davis Jones<br>James E. O'Neill<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705<br>(Courier 19801)<br>Telephone: (302) 652-4100 |

**PLEASE TAKE NOTICE,** that counsel for the ZAI Claimants has served upon you this 27th day of April, 2007, their Notice of Rule 30(b)(6) Deposition and Rule 45 Subpoena, responses to which must be served upon undersigned counsel in accordance with the applicable Federal Rules of Civil Procedures, Federal Rules of Bankruptcy Procedure, and this Court's local rules and orders.

*(signature on following page)*

Dated: April 27, 2007
      Wilmington, Delaware

          RICHARDSON, PATRICK,
          WESTBROOK & BRICKMAN, LLC
          Edward J. Westbrook
          Robert M. Turkewitz
          1037 Chuck Dawley Blvd., Bldg. A
          Mt. Pleasant, South Carolina 29464
          Telephone: (843) 727-6500

          THE SCOTT LAW GROUP, P.S.
          Darrell W. Scott
          926 W. Sprague Avenue
          Chronicle Building, Suite 583
          Spokane, Washington 99201
          Telephone: (509) 455-3966

          WILLIAM D. SULLIVAN, LLC

          */s/ E.E. Allinson III*
          William D. Sullivan (No. 2820)
          Elihu E. Allinson, III (No. 3476)
          4 East 8th Street, Suite 400
          Wilmington, Delaware 19801
          Telephone: (302) 428-8191

          *Special Counsel for ZAI Claimants*