IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | |
| W.R. GRACE & CO., et al., | * | Chapter 11 |
| Debtor. | * | Case No. 01-01139 (JKF) (Jointly Administered) |
| ---------------------------------------------------------x | | |
| W.R. GRACE & CO., et al. | * | |
| Plaintiffs, | * | |
| -against- | * | Adversary No. A-01-771 |
| MARGARET CHAKARIAN, et al. and JOHN DOES 1-1000, | * | Ref. Nos. 398, 413, 414, 417 |
| Defendants. | | Hearing Date : May 2, 2007 @ 2:00 p.m. |
| ---------------------------------------------------------x | | |

**ORDER APPROVING CONTINENTAL CASUALTY COMPANY MOTION'S FOR LEAVE TO FILE A REPLY (I) TO VARIOUS RESPONSES TO DEBTORS' MOTION TO EXPAND THE PRELIMINARY INJUNCTION TO INCLUDE ACTIONS AGAINST BNSF, AND (II) IN SUPPORT OF DEBTORS' MOTION TO EXPAND THE PRELIMINARY INJUNCTION <u>TO INCLUDE ACTIONS AGAINST BNSF</u>**

Upon the motion, dated April 27, 2007 (the "Motion") of Continental Casualty Company , by and through its co-counsel, Rosenthal, Monhait & Goddess, P.A. and Ford Marrin Esposito Witmeyer & Gleser, L.L.P, for the entry of an order granting *Motion for Leave to File a Reply (I) To Various Responses to Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF, and (II) in Support of Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF* in its entirety.

Dated: May _____, 2007

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

LIBC/2970176.1