## CERTIFICATE OF SERVICE

I, Edward B. Rosenthal, hereby certify that on this 27th day of April, 2007, that a copy of the foregoing *Notice and Continental Casualty Company Motion's for leave to File a Reply (I) To Various Responses to Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF, and (II) in Support of Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF* was served by facsimile on the individuals listed on the attached service list.

Edward B. Rosenthal (Bar No. 3131)

## SERVICE LIST

| Recipient | Fax Number |
|---|---|
| Mark T. Hurford, Esquire, Marla Rosoff Eskin, Esquire, Matthew G. Zaleski, III, Esquire (Counsel for Asbestos Personal Injury Claimants) | 302-426-9947 |
| William H. Sudell, Jr., Esquire, Eric D. Schwartz, Esquire, Donna L. Culver, Esquire (Counsel for National Medical Care, Inc. and The Scotts Company) | 302-658-3989 |
| Mark D. Collins, Esquire (Counsel for The Chase Manhattan Bank) | 302-658-6548 |
| Jeffrey C. Wisler, Esquire, Michelle McMahon, Esquire, Marc J. Phillips, Esquire (Counsel for Maryland Casualty Company) | 302-658-0380 |
| Francis A. Monaco, Jr., Esquire (Counsel for Ingersoll-Rand Fluid Products, State of Montana and Keri Evans and Her Majesty the Queen in Right of Canada) | 302-656-2769 |
| Michael B. Joseph, Esquire, Theodore J. Tacconelli, Esquire (Counsel for Property Damage Claimants) | 302-575-1714 |
| Mark S. Chehi, Esquire (Counsel for Sealed Air Corporation) | 302-651-3001 |
| James Kapp, III, Esquire (Counsel to Debtor) | 312-660-0624 |
| Warren H. Smith, Esquire (Fee Auditor) | 214-722-0081 |
| Steven M. Yoder, Esquire (Local Counsel to DIP Lender) | 302-658-6395 |
| David Klauder, Esquire (United States Trustee) | 302-573-6497 |
| Derrick Tay, Esquire (Canadian Counsel for Debtor) | 416-216-3930 |
| Mark Shelnitz (W. R. Grace & Co.) | 410-531-4545 |
| William Sparks, Esquire (Counsel to W. R. Grace & Co.) | 302-652-5338 |
| Elihu Inselbuch, Esquire, Rita Tobin, Esquire (Official Committee of Personal Injury Claimants) | 212-644-6755 |
| Lewis Kruger, Esquire (Official Committee of Unsecured Creditors) | 212-806-6006 |

| Recipient | Fax Number |
|---|---|
| Scott L. Baena, Esquire (Official Committee of Property Damage Claimants) | 305-374-7593 |
| Philip Bentley, Esquire (Counsel for Equity Committee) | 212-715-8000 |
| J. Douglas Bacon, Esquire (Counsel to DIP Lender) | 312-993-9767 |
| Nancy Worth Davis, Esquire (Counsel to Asbestos Claimants) | 843-216-9410 |
| Joseph Grey, Esquire | 610-371-7390 |
| Michael R. Lastowski, Esquire (Counsel to Official Committee of Unsecured Creditors) | 302-657-4901 |
| Mary M. Maloney-Huss, Esquire (Counsel for General Electric Company) | 302-777-5863 |
| Selinda A. Melnik, Esquire (Counsel for Gamma Holding NV) | 302-652-8405 |
| Laurie Selber Silverstein, Esquire (Counsel for Norfolk Southern Corp.) | 302-658-1192 |
| Curtis Crowther, Esquire (Counsel for Century Indemnity Company) | 302-654-0245 |
| David Blechman, Blackstone Group (Financial Advisor to Debtor) | 212-583-5707 |
| John D. Demmy, Esquire (Counsel for First Union Leasing) | 610-371-7390 |
| Thomas G. Whalen, Esquire (Counsel for Mark Hankin and HanMar Associates) | 610-371-7390 |
| William D. Sullivan, Esquire (Counsel for Zonolite Attic Litigation Plaintiffs, Medical Monitoring Claimants and Solow) | 302-428-3996 |
| Francis J. Murphy, Esquire, John S. Spadaro, Esquire, Chase T. Brockstedt, Esquire (Counsel for Certain Underwriters of Lloyd's of London) | 302-472-8135 |
| William S. Katchen, Esquire | 973-424-2001 |
| Allison E. Reardon, Esquire (Counsel for the Delaware Division of Revenue) | 302-577-8656 |
| Robert J. Dehney, Esquire, Michael G. Busenkell, Esquire (Counsel for Travelers Casualty and Surety Company) | 302-658-3989 |
| Teresa K.D. Currier, Esquire (Equity Committee Counsel) | 302-428-8195 |
| Rachel B. Mersky, Esquire (Counsel for Union Tank Car Company) | 302-656-2769 |

| Recipient | Fax Number |
|---|---|
| Megan N. Harper, Esquire (Counsel for Royal Insurance) | 302-429-8600 |
| Peter Van N. Lockwood, Esquire, Albert G. Lauber, Esquire, Nathan D. Finch, Esquire, Max C. Heerman, Esquire (Counsel for Asbestos Personal Injury Claimants) | 202-429-3301 |
| Darrell W. Scott, Esquire (Special Counsel for ZAI Claimants) | 509-747-2323 |
| James J. Restivo, Jr., Esquire, Lawrence E. Flatley, Esquire, Douglas E. Cameron, Esquire, James W. Bentz, Esquire, Andrew Muha, Esquire (Special Counsel to the Debtors for ZAI) | 412-288-3063 |
| Edward J. Westbrook, Esquire, Robert M. Turkewitz, Esquire (Counsel for ZAI Claimants and Solow) | 843-216-6509 |
| John C. Phillips, Jr., Esquire (Counsel to David T. Austern as Future Claimants' Representative) | 302-655-4210 |
| Roger Frankel, Esquire, Richard H. Wyron, Esquire, Matthew W. Cheney, Esquire (Counsel to David T. Austern as Future Claimants' Representative) | 202-339-8500 |
| James S. Yoder, Esquire (Counsel for Allstate Insurance Company, Solely as Successor-in-Interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company) | 302-467-4554 |
| Brian L. Kasprzak, Esquire (Counsel to Everest Reinsurance Company f/k/a Prudential Reinsurance Company and Mt. McKinley Insurance Company f/k/a Gibraltar Insurance Company) | 302-658-6537 |
| Brian A. Sullivan, Esquire, Amy D. Brown, Esquire (Counsel for Peters, Smith & Company) | 302-652-1111 |
| Ellen W. Slights, Esquire (United States Attorney) | 302-573-6220 |
| Sander L. Esserman, Esquire, Van J. Hooker, Esquire, David A. Klingler, Esquire, David J. Parsons, Esquire (Counsel for Various Firms Representing Asbestos Claimants, Reaud, Morgan & Quinn, Inc and Environmental Litigation Group, P.C.) | 214-969-4999 |
| Daniel K. Hogan, Esquire (Counsel for Various Firms Representing Asbestos Claimants) | 302-656-7599 |

| Recipient | Fax Number |
|---|---|
| Carl N. Kunz, III, Esquire, Thomas M. Horan, Esquire (Counsel for Cartus Corporation) | 302-571-1750 |
| Kevin O'Connell, Esquire (Counsel for Claimant, Walter D. Pelett) | 503-227-3870 |
| Edward B. Rosenthal, Esquire (Counsel for Continental Casualty Co.) | 302-658-7567 |
| Elizabeth DeCristofaro, Esquire (Counsel for Continental Casualty Co.) | 212-344-4294 |
| Ian Connor Bifferato, Esquire, Garvan F. McDaniel, Esquire (Counsel for Royal Indemnity Co.) | 302-429-8600 |
| Carl J. Pernicone, Esquire (Counsel for Royal Indemnity Co.) | 212-490-3038 |
| Adam G. Landis, Esquire, Kerri K. Mumford, Esquire (Counsel for the Libby Claimants) | 302-467-4450 |
| Daniel C. Cohn, Esquire, Christopher M. Candon, Esquire, Nathan R. Soucy, Esquire (Counsel for the Libby Claimants) | 617-951-0679 |
| Laura Davis Jones, Esq., James E. O'Neill, Esq., Paula A. Galbraith, Esq., David W. Carickhoff, Jr., Esq. (Counsel to Debtors and Debtors in Possession) | 302 652-4400 |
| David M. Bernick, P.C., Janet S. Baer, Esq., Lori Sinanyan, Esq., James W. Kapp, III, Esq. (Counsel to W. R. Grace & Co., et. al.) | 312 861-2200 |
| Evelyn J. Meltzer, Esq. (Counsel to BNSF) | 302 421-8390 |

LIBA/1780361.1

5