**mmacalpine**

| | |
|---|---|
| **From:** | "Nicole Salato" <nsalato@elslaw.com> |
| | "Maya MacAlpine" <mmacalpine@elslaw.com> |
| | Tuesday, March 21, 2006 10:09 AM |
| **Subject:** | Fw: Harry Kananian |

Maya-I know you said you forwarded some stuff to co counsel-Celotex is getting bombarded with calls-what do I do?
----- Original Message -----
From: Hirsch, Amy
To: Nicole Salato
Sent: Tuesday, March 21, 2006 7:11 AM
Subject: RE: Harry Kananian

Nicole,

If you would let me know as soon as possible, I would appreciate it.  Defense counsel in the case is calling, calling.

Thank you!

Amy Hirsch

---

From: Nicole Salato [mailto:nsalato@elslaw.com]
Sent: Mon 3/20/2006 8:43 PM
To: Hirsch, Amy
Subject: Re: Harry Kananian

...t yet.  If we don't hear by tomorrow-I guess we don't have a choice.

----- Original Message -----
From: Hirsch, Amy
To: Nicole Salato
Sent: Monday, March 20, 2006 2:01 PM
Subject: RE: Harry Kananian

Nicole,

Any word yet?

Thanks,
Amy

---

From: Nicole Salato [mailto:nsalato@elslaw.com]
Sent: Monday, March 20, 2006 11:23 AM
To: Ryan Poole
Cc: Hirsch, Amy
Subject: Harry Kananian

Dear Ryan:

I am not sure what the procedure is, bu I got a phone call from the Celotex Trust this morning regarding the above named case. I know that your firm is handling the trial end of this so I am hoping you will help.  The defense counsel has served a subpoena Mr. Kananian's claim and wanted to know how we'd like to proceed.  Please let me know at your earliest convenience- ...ks!

Nicole L. Salato
Early, Ludwick & Sweeney, LLC

265 Church Street
PO Box 1866
New Haven, CT 06508-1866
(203) 777-7799
(203) 785-1785 (f)

**mmacalpine**

| | |
|---|---|
| From: | "mmacalpine" <mmacalpine@elslaw.com> |
| | "Felicia Jimmink" <FJimmink@braytonlaw.com> |
| Cc: | "Ryan Poole" <RPoole@braytonlaw.com>; "Nicole Salato" <nsalato@elslaw.com> |
| Sent: | Tuesday, March 21, 2006 10:46 AM |
| Subject: | Re: Harry Kananian |

Hi Felicia,

The Celotex trust is being bombarded with phone calls regarding Mr. Kananian's bankruptcy claim. The defense counsel has served a subpoena for his claim. They have not yet complied with the subpoena and have called us to see how best to proceed. How would you like the trust to handle to subpoena? Would you like them to comply or does the attorney plan on raising any objection? Please let us know ASAP as the trust has been receiving numerous calls the last couple of days and will have to comply if they don't get an answer soon. Thank you.

Maya

## Nicole Salato

| | |
|---|---|
| From: | mmacalpine [mmacalpine@elslaw.com] |
| Sent: | Tuesday, March 21, 2006 2:11 PM |
| To: | Nicole Salato |
| Subject: | Fw: Harry Kananian |

Nicole,

Did Ryan respond to you?  I know they got the email.  I feel like we've done our part in warning them so if CX complies, our bases are covered.

-Maya

----- Original Message -----
From: "mmacalpine" <mmacalpine@elslaw.com>
To: "Felicia Jimmink" <FJimmink@braytonlaw.com>
Cc: "Ryan Poole" <RPoole@braytonlaw.com>; "Nicole Salato"
<nsalato@elslaw.com>
Sent: Tuesday, March 21, 2006 9:46 AM
Subject: Re: Harry Kananian

> Hi Felicia,
>
> The Celotex trust is being bombarded with phone calls regarding Mr.
> Kananian's bankruptcy claim.  The defense counsel has served a subpoena
> for his claim.  They have not yet complied with the subpoena and have
> called us to see how best to proceed.  How would you like the trust to
> handle to subpoena?  Would you like them to comply or does the attorney
> plan on raising any objection?  Please let us know ASAP as the trust has
> been receiving numerous calls the last couple of days and will have to
> comply if they don't get an answer soon.  Thank you.
>
> -Maya

**Nicole Salato**

| | |
|---|---|
| From: | Felicia Jimmink [FJimmink@braytonlaw.com] |
| Sent: | Tuesday, March 21, 2006 3:07 PM |
| To: | mmacalpine |
| Cc: | Ryan Poole; Nicole Salato |
| Subject: | Re: Harry Kananian |

Maya:

I have a message into the trial attorney, and once he advises on how to proceed, I will
let you know.  Hope to hear something today or tomorrow morning.  Thank you for alerting
us.

Felicia M. Jimmink, Paralegal
Brayton<>Purcell LLP
felicia@braytonlaw.com

>>> "mmacalpine" <mmacalpine@elslaw.com> 3/21/2006 6:46 AM >>>
Hi Felicia,

The Celotex trust is being bombarded with phone calls regarding Mr.
Kananian's bankruptcy claim.  The defense counsel has served a subpoena for his claim.
They have not yet complied with the subpoena and have called us to see how best to
proceed.  How would you like the trust to handle to subpoena?  Would you like them to
comply or does the attorney plan on raising any objection?  Please let us know ASAP as
trust has been receiving numerous calls the last couple of days and will have to comply
they don't get an answer soon.  Thank you.

Maya

## mmacalpine

**From:**    "mmacalpine" <mmacalpine@elslaw.com>
          "Nicole Salato" <nsalato@elslaw.com>
**Se...:**   Tuesday, March 21, 2006 3:10 PM
**Subject:**  Fw: Harry Kananian

Nicole,

Did Ryan respond to you?  I know they got the email.  I feel like we've done
our part in warning them so if CX complies, our bases are covered.

Maya

--- Original Message -----
From: "mmacalpine" <mmacalpine@elslaw.com>
To: "Felicia Jimmink" <FJimmink@braytonlaw.com>
Cc: "Ryan Poole" <RPoole@braytonlaw.com>; "Nicole Salato"
<nsalato@elslaw.com>
Sent: Tuesday, March 21, 2006 9:46 AM
Subject: Re: Harry Kananian

>Hi Felicia,
>
>The Celotex trust is being bombarded with phone calls regarding Mr.
>Kananian's bankruptcy claim.  The defense counsel has served a subpoena
>for his claim.  They have not yet complied with the subpoena and have
>called us to see how best to proceed.  How would you like the trust to
>handle to subpoena?  Would you like them to comply or does the attorney
>plan on raising any objection?  Please let us know ASAP as the trust has
>been receiving numerous calls the last couple of days and will have to
>comply if they don't get an answer soon.  Thank you.
>
>-Maya

**mmacalpine**

| | |
|---|---|
| From: | "Felicia Jimmink" <FJimmink@braytonlaw.com> |
| To: | "mmacalpine" <mmacalpine@elslaw.com> |
| Cc: | "Ryan Poole" <RPoole@braytonlaw.com>; "Nicole Salato" <nsalato@elslaw.com> |
| Sent: | Tuesday, March 21, 2006 4:06 PM |
| Subject: | Re: Harry Kananian |

Maya:

have a message into the trial attorney, and once he advises on how to proceed, I will let you know. Hope to hear something today or tomorrow morning. Thank you for alerting us.

Felicia M. Jimmink, Paralegal
Brayton <>Purcell LLP
felicia@braytonlaw.com

>>>"mmacalpine" <mmacalpine@elslaw.com>3/21/2006 6:46 AM >>>
Hi Felicia,

The Celotex trust is being bombarded with phone calls regarding Mr.
Kananian's bankruptcy claim. The defense counsel has served a subpoena for
his claim. They have not yet complied with the subpoena and have called us
to see how best to proceed. How would you like the trust to handle to
subpoena? Would you like them to comply or does the attorney plan on
raising any objection? Please let us know ASAP as the trust has been
getting numerous calls the last couple of days and will have to comply if
they don't get an answer soon. Thank you.

Maya

**Nicole Salato**

| | |
|---|---|
| From: | Hirsch, Amy [AHirsch@CelotexTrust.com] |
| Sent: | Wednesday, March 22, 2006 8:52 AM |
| To: | Nicole Salato |
| Subject: | RE: Harry Kananian |

Nicole,

Please let me know as soon as you do.

Thank you – I appreciate it.

Amy

-----Original Message-----
From: Nicole Salato [mailto:nsalato@elslaw.com]
Sent: Tuesday, March 21, 2006 9:34 PM
To: Hirsch, Amy
Subject: Fw: Harry Kananian

Hopefully I'll have something today!
----- Original Message -----
From: "Felicia Jimmink" <FJimmink@braytonlaw.com>
To: "mmacalpine" <mmacalpine@elslaw.com>
Cc: "Ryan Poole" <RPoole@braytonlaw.com>; "Nicole Salato"
<nsalato@elslaw.com>
Sent: Tuesday, March 21, 2006 3:06 PM
Subject: Re: Harry Kananian

Maya:

I have a message into the trial attorney, and once he advises on how to proceed, I will
let you know. Hope to hear something today or tomorrow morning. Thank you for alertin
us.

Felicia M. Jimmink, Paralegal
Brayton<>Purcell LLP
felicia@braytonlaw.com

>>> "mmacalpine" <mmacalpine@elslaw.com> 3/21/2006 6:46 AM >>>
Hi Felicia,

The Celotex trust is being bombarded with phone calls regarding Mr.
Kananian's bankruptcy claim. The defense counsel has served a subpoena for his claim.
They have not yet complied with the subpoena and have called us to see how best to
proceed. How would you like the trust to handle to subpoena? Would you like them to
comply or does the attorney plan on raising any objection? Please let us know ASAP as
trust has been receiving numerous calls the last couple of days and will have to comply
they don't get an answer soon. Thank you.

-Maya

**Nicole Salato**

| | |
|---|---|
| From: | Christina Skubic [CSkubic@braytonlaw.com] |
| Sent: | Wednesday, March 22, 2006 1:21 PM |
| To: | Chris Andreas; Felicia Jimmink; Jacqueline Loveless; BruceCarterEsq@cinci.rr.com; nsalato@elslaw.com |
| Subject: | RE: Fwd: Harry Kananian |

I spoke with Amy Hirsch at the Celotex Trust and requested that they send their usual f
letter citing the confidentiality section of the Claims Resolution Procedures.  This
letter will go out, but she also wanted to touch bases with Dan Donaldson, Celotex gene
counsel, because the defense counsel is being so aggressive (calling her 2-3 times a da
requesting the documents).  I told her I would be happy to speak with Don.  I will let
know what comes of that conversation.
Christina

>>> Chris Andreas 3/21/2006 2:59 PM >>>
Christina- can you handle this?

>>> "Bruce Carter" <BruceCarterEsq@cinci.rr.com> 3/21/2006 2:26 PM >>>
I would not file a motion to quash. I would respond to them via phone requesting that t
resist, pursuant to the trust procedures that the forms are confidential.


This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized review, use, disclosure or
distribution is prohibited. Recipients are requested not to disclose, share or forward
this e-mail without permission of the sender.
If you are not the intended recipient, please contact the sender by reply email and
destroy all copies of the original message.

Bruce Carter, Esq.
5458 Yosemite Drive
Fairfield, OH 45014
Phone (513) 829-7553
Fax (513) 829-4579
E-Mail: BruceCarterEsq@cinci.rr.com
Licensed in Ohio, West Virginia, Texas and Pennsylvania




-----Original Message-----
From: Chris Andreas [mailto:CAndreas@braytonlaw.com]
Sent: Tuesday, March 21, 2006 4:59 PM
To: Christina Skubic; Jacqueline Loveless; Ryan Poole; BruceCarterEsq@cinci.rr.com
Cc: Felicia Jimmink
Subject: Re: Fwd: Harry Kananian


Bruce- do you see any reason to file a motion to quash? I guess it would have to be fi
out here.  It would only delay things and Judge Hanna would probably not be too happy.

We could urge Celotex to resist I guess.

>>> Christina Skubic 3/21/2006 10:49 AM >>>
Chris needs to know about this and tell us/Early how to proceed.  I thought they alread
did this and the claim was already produced but maybe not.
CEA- please advise and we can get back to Nicole at Early.

>>> Ryan Poole 03/21/06 9:35 AM >>>
Can one of you please let her know what to do?   Thanks.

>> "Nicole Salato" <nsalato@elslaw.com> 3/20/2006 8:23:14 AM >>>
Dear Ryan:

I am not sure what the procedure is, bu I got a phone call from the Celotex Trust this
morning regarding the above named case.   I know that your firm is handling the trial en
of this so I am hoping you will help.   The defense counsel has served a subpoena for Mr
Kananian's claim and wanted to know how we'd like to proceed.   Please let me know at yo
earliest convenience-Thanks!

Nicole L. Salato
Early, Ludwick & Sweeney, LLC
265 Church Street
PO Box 1866
New Haven, CT 06508-1866
(203) 777-7799
(203) 785-1785 (f)

# Nicole Salato

| | |
|---|---|
| **From:** | Nicole Salato [nsalato@elslaw.com] |
| **Sent:** | Wednesday, March 22, 2006 1:26 PM |
| **To:** | Maya MacAlpine |
| **Subject:** | Fw: Fwd: Harry Kananian |

Ok-They are working on it.  Any advice I get from her would help us to quash future requests!


----- Original Message -----
From: "Christina Skubic" <CSkubic@braytonlaw.com>
To: "Chris Andreas" <CAndreas@braytonlaw.com>; "Felicia Jimmink"
<FJimmink@braytonlaw.com>; "Jacqueline Loveless" <JLoveless@braytonlaw.com>;
<BruceCarterEsq@cinci.rr.com>; <nsalato@elslaw.com>
Sent: Wednesday, March 22, 2006 1:20 PM
Subject: RE: Fwd: Harry Kananian


I spoke with Amy Hirsch at the Celotex Trust and requested that they send
their usual form letter citing the confidentiality section of the Claims
Resolution Procedures.  This letter will go out, but she also wanted to
touch bases with Dan Donaldson, Celotex general counsel, because the defense
counsel is being so aggressive (calling her 2-3 times a day requesting the
documents).  I told her I would be happy to speak with Don.  I will let you
know what comes of that conversation.
Christina

>>> Chris Andreas 3/21/2006 2:59 PM >>>
Christina- can you handle this?

>>> "Bruce Carter" <BruceCarterEsq@cinci.rr.com> 3/21/2006 2:26 PM >>>
I would not file a motion to quash. I would respond to them via phone
requesting that they resist, pursuant to the trust procedures that the forms
are confidential.


This email message is for the sole use of the intended recipient(s) and may
contain confidential and privileged information. Any unauthorized review,
use, disclosure or distribution is prohibited. Recipients are requested not
to disclose, share or forward this e-mail without permission of the sender.
If you are not the intended recipient, please contact the sender by reply
email and destroy all copies of the original message.

Bruce Carter, Esq.
5458 Yosemite Drive
Fairfield, OH 45014
Phone (513) 829-7553
Fax (513) 829-4579
E-Mail: BruceCarterEsq@cinci.rr.com
Licensed in Ohio, West Virginia, Texas and Pennsylvania


-----Original Message-----
From: Chris Andreas [mailto:CAndreas@braytonlaw.com]
Sent: Tuesday, March 21, 2006 4:59 PM

To: Christina Skubic; Jacqueline Loveless; Ryan Poole;
BruceCarterEsq@cinci.rr.com
c: Felicia Jimmink
ubject: Re: Fwd: Harry Kananian

Bruce- do you see any reason to file a motion to quash?  I guess it would
have to be filed out here.  It would only delay things and Judge Hanna would
probably not be too happy.

We could urge Celotex to resist I guess.

>>> Christina Skubic 3/21/2006 10:49 AM >>>
Chris needs to know about this and tell us/Early how to proceed.  I thought
they already did this and the claim was already produced but maybe not.
CEA- please advise and we can get back to Nicole at Early.

>>> Ryan Poole 03/21/06 9:35 AM >>>
Can one of you please let her know what to do?  Thanks.

>>> "Nicole Salato" <nsalato@elslaw.com> 3/20/2006 8:23:14 AM >>>
Dear Ryan:

I am not sure what the procedure is, bu I got a phone call from the Celotex
Trust this morning regarding the above named case.  I know that your firm is
handling the trial end of this so I am hoping you will help.  The defense
counsel has served a subpoena for Mr. Kananian's claim and wanted to know
how we'd like to proceed.  Please let me know at your earliest
convenience-Thanks!

Nicole L. Salato
Early, Ludwick & Sweeney, LLC
265 Church Street
PO Box 1866
New Haven, CT 06508-1866
(203) 777-7799
(203) 785-1785 (f)

**Nicole Salato**

| | |
|---|---|
| **From:** | Chris Andreas [CAndreas@braytonlaw.com] |
| **Sent:** | Wednesday, March 22, 2006 1:27 PM |
| **To:** | Christina Skubic; Felicia Jimmink; Jacqueline Loveless; BruceCarterEsq@cinci.rr.com; nsalato@elslaw.com |
| **Subject:** | RE: Fwd: Harry Kananian |

Yes....we saw the letter....it is already out to ELS and copied to us. Just came in.

I would love if Celotex gave these assholes a hard time.

>>> Christina Skubic 3/22/2006 10:20 AM >>>
I spoke with Amy Hirsch at the Celotex Trust and requested that they send their usual f
letter citing the confidentiality section of the Claims Resolution Procedures. This
letter will go out, but she also wanted to touch bases with Dan Donaldson, Celotex gene
counsel, because the defense counsel is being so aggressive (calling her 2-3 times a da
requesting the documents). I told her I would be happy to speak with Don. I will let :
know what comes of that conversation.
Christina

>>> Chris Andreas 3/21/2006 2:59 PM >>>
Christina- can you handle this?

>>> "Bruce Carter" <BruceCarterEsq@cinci.rr.com> 3/21/2006 2:26 PM >>>
I would not file a motion to quash. I would respond to them via phone requesting that t
resist, pursuant to the trust procedures that the forms are confidential.

This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized review, use, disclosure or
distribution is prohibited. Recipients are requested not to disclose, share or forward
this e-mail without permission of the sender.
If you are not the intended recipient, please contact the sender by reply email and
destroy all copies of the original message.

Bruce Carter, Esq.
5458 Yosemite Drive
Fairfield, OH 45014
Phone (513) 829-7553
Fax (513) 829-4579
E-Mail: BruceCarterEsq@cinci.rr.com
Licensed in Ohio, West Virginia, Texas and Pennsylvania

-----Original Message-----
From: Chris Andreas [mailto:CAndreas@braytonlaw.com]
Sent: Tuesday, March 21, 2006 4:59 PM
To: Christina Skubic; Jacqueline Loveless; Ryan Poole; BruceCarterEsq@cinci.rr.com
Cc: Felicia Jimmink
Subject: Re: Fwd: Harry Kananian

Bruce- do you see any reason to file a motion to quash? I guess it would have to be fi
out here. It would only delay things and Judge Hanna would probably not be too happy.

We could urge Celotex to resist I guess.

>>> Christina Skubic 3/21/2006 10:49 AM >>>
Chris needs to know about this and tell us/Early how to proceed.   I thought they alread
did this and the claim was already produced but maybe not.
EA- please advise and we can get back to Nicole at Early.

>>> Ryan Poole 03/21/06 9:35 AM >>>
Can one of you please let her know what to do?   Thanks.

>>> "Nicole Salato" <nsalato@elslaw.com> 3/20/2006 8:23:14 AM >>>
Dear Ryan:

I am not sure what the procedure is, bu I got a phone call from the Celotex Trust this
morning regarding the above named case.   I know that your firm is handling the trial en
of this so I am hoping you will help.   The defense counsel has served a subpoena for Mr
Kananian's claim and wanted to know how we'd like to proceed.   Please let me know at yo
earliest convenience-Thanks!

Nicole L. Salato
Early, Ludwick & Sweeney, LLC
265 Church Street
PO Box 1866
New Haven, CT 06508-1866
(203) 777-7799
(203) 785-1785 (f)

**Nicole Salato**

| | |
|---|---|
| **From:** | Nicole Salato [nsalato@elslaw.com] |
| **Sent:** | Wednesday, March 22, 2006 1:32 PM |
| **To:** | Maya MacAlpine |
| **Subject:** | Fw: Fwd: Harry Kananian |

For your reading enjoyment-looks like all the plaintiffs have had it with the defense.
Very nice.....

----- Original Message -----
From: "Chris Andreas" <CAndreas@braytonlaw.com>
To: "Christina Skubic" <CSkubic@braytonlaw.com>; "Felicia Jimmink"
<FJimmink@braytonlaw.com>; "Jacqueline Loveless" <JLoveless@braytonlaw.com>;
<BruceCarterEsq@cinci.rr.com>; <nsalato@elslaw.com>
Sent: Wednesday, March 22, 2006 1:27 PM
Subject: RE: Fwd: Harry Kananian


Yes....we saw the letter....it is already out to ELS and copied to us. Just came in.

I would love if Celotex gave these assholes a hard time.

>>> Christina Skubic 3/22/2006 10:20 AM >>>
I spoke with Amy Hirsch at the Celotex Trust and requested that they send their usual f
letter citing the confidentiality section of the Claims Resolution Procedures.  This
letter will go out, but she also wanted to touch bases with Dan Donaldson, Celotex gene
counsel, because the defense counsel is being so aggressive (calling her 2-3 times a day
requesting the documents).  I told her I would be happy to speak with Don.  I will let
know what comes of that conversation.
Christina

>>> Chris Andreas 3/21/2006 2:59 PM >>>
Christina- can you handle this?

>>> "Bruce Carter" <BruceCarterEsq@cinci.rr.com> 3/21/2006 2:26 PM >>>
I would not file a motion to quash. I would respond to them via phone requesting that t
resist, pursuant to the trust procedures that the forms are confidential.


This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized review, use, disclosure or
distribution is prohibited. Recipients are requested not to disclose, share or forward
this e-mail without permission of the sender.
If you are not the intended recipient, please contact the sender by reply email and
destroy all copies of the original message.

Bruce Carter, Esq.
5458 Yosemite Drive
Fairfield, OH 45014
Phone (513) 829-7553
Fax (513) 829-4579
E-Mail: BruceCarterEsq@cinci.rr.com
Licensed in Ohio, West Virginia, Texas and Pennsylvania


-----Original Message-----
From: Chris Andreas [mailto:CAndreas@braytonlaw.com]

Sent: Tuesday, March 21, 2006 4:59 PM
To: Christina Skubic; Jacqueline Loveless; Ryan Poole; BruceCarterEsq@cinci.rr.com
:: Felicia Jimmink
ubject: Re: Fwd: Harry Kananian

Bruce- do you see any reason to file a motion to quash?  I guess it would have to be fi
out here.  It would only delay things and Judge Hanna would probably not be too happy.

We could urge Celotex to resist I guess.

>>> Christina Skubic 3/21/2006 10:49 AM >>>
Chris needs to know about this and tell us/Early how to proceed.  I thought they alread
did this and the claim was already produced but maybe not.
CEA- please advise and we can get back to Nicole at Early.

>>> Ryan Poole 03/21/06 9:35 AM >>>
Can one of you please let her know what to do?  Thanks.

>>> "Nicole Salato" <nsalato@elslaw.com> 3/20/2006 8:23:14 AM >>>
Dear Ryan:

I am not sure what the procedure is, bu I got a phone call from the Celotex Trust this
morning regarding the above named case.  I know that your firm is handling the trial en
of this so I am hoping you will help.  The defense counsel has served a subpoena for Mr
Kananian's claim and wanted to know how we'd like to proceed.  Please let me know at yo
earliest convenience~Thanks!

Nicole L. Salato
Early, Ludwick & Sweeney, LLC
55 Church Street
) Box 1866
New Haven, CT 06508-1866
(203) 777-7799
(203) 785-1785 (f)

mmacalpine

From:    "Nicole Salato" <nsalato@elslaw.com>
         "Maya MacAlpine" <mmacalpine@elslaw.com>
         Wednesday, March 22, 2006 2:25 PM
Subject:    Fw: Fwd: Harry Kananian

k-They are working on it.  Any advice I get from her would help us to quash
.ture requests!


--- Original Message -----
rom: "Christina Skubic"  <CSkubic@braytonlaw.com>
o: "Chris Andreas"  <CAndreas@braytonlaw.com>; "Felicia Jimmink"
FJimmink@braytonlaw.com>, "Jacqueline Loveless"  <JLoveless@braytonlaw.com>;
BruceCarterEsq@cinci.rr.com>; <nsalato@elslaw.com>
:nt: Wednesday, March 22, 2006 1:20 PM
.bject: RE: Fwd: Harry Kananian


spoke with Amy Hirsch at the Celotex Trust and requested that they send
.eir usual form letter citing the confidentiality section of the Claims
.esolution Procedures.  This letter will go out, but she also wanted to
.uch bases with Dan Donaldson, Celotex general counsel, because the defense
.unsel is being so aggressive (calling her 2-3 times a day requesting the
.c··ments).  I told her I would be happy to speak with Don.  I will let you
.what comes of that conversation.
hristina

·>>Chris Andreas 3/21/2006 2:59 PM >>>
hristina- can you handle this?

·>>"Bruce Carter" <BruceCarterEsq@cinci.rr.com>3/21/2006 2.26 PM >>>
would not file a motion to quash. I would respond to them via phone
.questing that they resist, pursuant to the trust procedures that the forms
.e confidential.


his email message is for the sole use of the intended recipient(s) and may
.ontain confidential and privileged information. Any unauthorized review,
.se, disclosure or distribution is prohibited. Recipients are requested not
.) disclose, share or forward this e-mail without permission of the sender.
: you are not the intended recipient, please contact the sender by reply
.mail and destroy all copies of the original message.

ruce Carter, Esq.
458 Yosemite Drive
.·  ld, OH 45014
  (513) 829-7553
ax (513) 829-4579
.-Mail: BruceCarterEsq@cinci.rr.com

censed in Ohio, West Virginia, Texas and Pennsylvania

-----Original Message-----
om: Chris Andreas [mailto:CAndreas@braytonlaw.com]
:nt: Tuesday, March 21, 2006 4:59 PM
>: Christina Skubic; Jacqueline Loveless; Ryan Poole;
uceCarterEsq@cinci.rr.com
:: Felicia Jimmink
ibject: Re: Fwd: Harry Kananian

ruce- do you see any reason to file a motion to quash? I guess it would
ive to be filed out here. It would only delay things and Judge Hanna would
:obably not be too happy.

'e could urge Celotex to resist I guess.

->>Christina Skubic 3/21/2006 10:49 AM >>>
hris needs to know about this and tell us/Early how to proceed. I thought
:ey already did this and the claim was already produced but maybe not.
EA- please advise and we can get back to Nicole at Early.

->>Ryan Poole 03/21/06 9:35 AM >>>
ie of you please let her know what to do? Thanks.

->>"Nicole Salato" <nsalato@elslaw.com>3/20/2006 8:23:14 AM >>>
'ear Ryan:

am not sure what the procedure is, bu I got a phone call from the Celotex
rust this morning regarding the above named case. I know that your firm is
andling the trial end of this so I am hoping you will help. The defense
ounsel has served a subpoena for Mr. Kananian's claim and wanted to know
ow we'd like to proceed. Please let me know at your earliest
onvenience-Thanks!

licole L. Salato
arly, Ludwick & Sweeney, LLC
65 Church Street
O Box 1866
Jew Haven, CT 06508-1866
!03) 777-7799
!03) 785-1785 (f)

## James F. Early ESQ.

| | |
|---|---|
| **From:** | Al Brayton [ABrayton@braytonlaw.com] |
| **Sent:** | Wednesday, March 22, 2006 2:10 PM |
| **To:** | James F. Early ESQ. |
| **Subject:** | Fwd: URGENT MATTER- KANANIAN CASE |
| **Importance:** | High |
| **Attachments:** | 2006 03-22 Lorillard Response to Motion to File Under Seal_1.pdf; 2006 03-22 Lorillard Bankruptcy Claims Form Status.pdf |

## macalpine

**'om:** "Nicole Salato" <nsalato@elslaw.com>
**▌:** "Maya MacAlpine" <mmacalpine@elslaw.com>
**▌:** Wednesday, March 22, 2006 2:31 PM
**ubject:** Fw: Fwd: Harry Kananian

r your reading enjoyment-looks like all the plaintiffs have had it with
: defense. Very nice......

-- Original Message -----
om: "Chris Andreas" <CAndreas@braytonlaw.com >
>: "Christina Skubic" <CSkubic@braytonlaw.com >, "Felicia Jimmink"
-Jimmink@braytonlaw.com >; "Jacqueline Loveless" <JLoveless@braytonlaw.com >;
BruceCarterEsq@cinci.rr.com >; <nsalato@elslaw.com >
:nt: Wednesday, March 22, 2006 1:27 PM
ıbject: RE: Fwd: Harry Kananian

es....we saw the letter....it is already out to ELS and copied to us. Just
ame in.

would love if Celotex gave these assholes a hard time.

>>>Christina Skubic 3/22/2006 10:20 AM >>>
spoke with Amy Hirsch at the Celotex Trust and requested that they send
h▌ 'sual form letter citing the confidentiality section of the Claims
▌tion Procedures. This letter will go out, but she also wanted to
ouch bases with Dan Donaldson, Celotex general counsel, because the defense
:ounsel is being so aggressive (calling her 2-3 times a day requesting the
locuments). I told her I would be happy to speak with Don. I will let you
now what comes of that conversation.
:hristina

>>>Chris Andreas 3/21/2006 2:59 PM >>>
:hristina- can you handle this?

>>>"Bruce Carter" <BruceCarterEsq@cinci.rr.com >3/21/2006 2:26 PM >>>
would not file a motion to quash. I would respond to them via phone
equesting that they resist, pursuant to the trust procedures that the forms
ıre confidential.

This email message is for the sole use of the intended recipient(s) and may
:ontain confidential and privileged information. Any unauthorized review,
ıse, disclosure or distribution is prohibited. Recipients are requested not
:o disclose, share or forward this e-mail without permission of the sender.
f you are not the intended recipient, please contact the sender by reply
▌ ınd destroy all copies of the original message.

3ruce Carter, Esq.
;458 Yosemite Drive

Page 2 of 3

irfield, OH 45014
hone (513) 829-7553
ax (513) 829-4579
-Mail: BruceCarterEsq@cinci.rr.com
d in Ohio, West Virginia, Texas and Pennsylvania

---Original Message-----
rom: Chris Andreas [mailto:CAndreas@braytonlaw.com]
ent: Tuesday, March 21, 2006 4:59 PM
o: Christina Skubic; Jacqueline Loveless; Ryan Poole;
ruceCarterEsq@cinci.rr.com
c: Felicia Jimmink
ubject: Re: Fwd: Harry Kananian

iruce- do you see any reason to file a motion to quash?  I guess it would
ave to be filed out here.  It would only delay things and Judge Hanna would
robably not be too happy.

Ve could urge Celotex to resist I guess.

>>>Christina Skubic 3/21/2006 10:49 AM >>>
Chris needs to know about this and tell us/Early how to proceed.  I thought
I    ceady did this and the claim was already produced but maybe not.
LA- please advise and we can get back to Nicole at Early.

>>>Ryan Poole 03/21/06 9:35 AM >>>
Can one of you please let her know what to do?  Thanks.

>>>"Nicole Salato" <nsalato@elslaw.com>3/20/2006 8:73:14 AM >>>
Dear Ryan:

am not sure what the procedure is, bu I got a phone call from the Celotex
Trust this morning regarding the above named case.  I know that your firm is
landling the trial end of this so I am hoping you will help.  The defense
counsel has served a subpoena for Mr. Kananian's claim and wanted to know
now we'd like to proceed.  Please let me know at your earliest
convenience-Thanks!

Nicole L. Salato
Early, Ludwick & Sweeney, LLC
265 Church Street
PO Box 1866
New Haven, CT 06508-1866
?^^` 777-7799
.    , /85-1785 (f)

7/26/2006





Page 1 of 3

nmacalpine

**rom:**     "mmacalpine" <mmacalpine@elslaw.com>
            "Nicole Salato" <nsalato@elslaw.com>
            Wednesday, March 22, 2006 3:10 PM
**ubject:**  Re: Fwd: Harry Kananian

at's great :)

faya

-- Original Message -----
oun: "Nicole Salato" <nsalato@elslaw.com>
): "Maya MacAlpine" <mmacalpine@elslaw.com>
nt: Wednesday, March 22, 2006 1:31 PM
bject: Fw: Fwd: Harry Kananian


For your reading enjoyment-looks like all the plaintiffs have had it with
the defense.  Very nice.....

----- Original Message -----
From: "Chris Andreas"  <CAndreas@braytonlaw.com>
To: "Christina Skubic" <CSkubic@braytonlaw.com>; "Felicia Jimmink"
<FJimmink@braytonlaw.com>; "Jacqueline Loveless"
<JLoveless@braytonlaw.com>; <BruceCarterEsq@cinci.rr.com>;
          lato@elslaw.com>
        Wednesday, March 22, 2006 1:27 PM
Subject: RE: Fwd: Harry Kananian


Yes....we saw the letter....it is already out to ELS and copied to us.
Just came in.

·I would love if Celotex gave these assholes a hard time.

·>>> Christina Skubic 3/22/2006 10:20 AM >>>
·I spoke with Amy Hirsch at the Celotex Trust and requested that they send
·their usual form letter citing the confidentiality section of the Claims
·Resolution Procedures.  This letter will go out, but she also wanted to
·touch bases with Dan Donaldson, Celotex general counsel, because the
·defense counsel is being so aggressive (calling her 2-3 times a day
·requesting the documents).  I told her I would be happy to speak with Don.
·I will let you know what comes of that conversation.
·Christina

·>>> Chris Andreas 3/21/2006 2:59 PM >>>
·Christina- can you handle this?

        "Bruce Carter" <BruceCarterEsq@cinci.rr.com> 3/21/2006 2:26 PM >>>
       ·ould not file a motion to quash. I would respond to them via phone
·requesting that they resist, pursuant to the trust procedures that the
·forms

Page 2 of 3

are confidential.

⬤ email message is for the sole use of the intended recipient(s) and
may
contain confidential and privileged information. Any unauthorized review,
use, disclosure or distribution is prohibited. Recipients are requested
not
to disclose, share or forward this e-mail without permission of the
sender.
·If you are not the intended recipient, please contact the sender by reply
·email and destroy all copies of the original message.

·Bruce Carter, Esq.
·5458 Yosemite Drive
·Fairfield, OH 45014
·Phone (513) 829-7553
·Fax (513) 829-4579
·E-Mail: BruceCarterEsq@cinci.rr.com
·Licensed in Ohio, West Virginia, Texas and Pennsylvania
·
·
·
·
·
·
·⬤·Original Message-----
⬤: n: Chris Andreas [mailto:CAndreas@braytonlaw.com]
·Sent: Tuesday, March 21, 2006 4:59 PM
·To: Christina Skubic; Jacqueline Loveless; Ryan Poole;
·BruceCarterEsq@cinci.rr.com
·Cc: Felicia Jimmink
·Subject: Re: Fwd: Harry Kananian
>
>
>Bruce- do you see any reason to file a motion to quash?  I guess it would
>have to be filed out here.  It would only delay things and Judge Hanna
>would
>probably not be too happy.
>
>We could urge Celotex to resist I guess.
>
>>>>Christina Skubic 3/21/2006 10:49 AM >>>
>Chris needs to know about this and tell us/Early how to proceed.  I
>thought
>they already did this and the claim was already produced but maybe not.
>CEA- please advise and we can get back to Nicole at Early.
>
>>>>Ryan Poole 03/21/06 9:35 AM >>>
⬤ one of you please let her know what to do?  Thanks.

>>>>"Nicole Salato"  <nsalato@elslaw.com>3/20/2006 8:23:14 AM >>>
>Dear Ryan:

7/26/2006

·I am not sure what the procedure is, bu I got a phone call from the
·Celotex
·Trust this morning regarding the above named case.  I know that your firm

·handling the trial end of this so I am hoping you will help.  The defense
·counsel has served a subpoena for Mr. Kananian's claim and wanted to know
·how we'd like to proceed.  Please let me know at your earliest
·convenience-Thanks!
·
·

›Nicole L. Salato
›Early, Ludwick & Sweeney, LLC
›265 Church Street
›PO Box 1866
›New Haven, CT 06508-1866
›(203) 777-7799
·(203) 785-1785 (f)
·
·
·
·

## James F. Early ESQ.

Current status.

>
Thanks Bruce I Well                                              And

>>> "Bruce Carter" <BruceCarterEsq@cinci.rr.com> 3/23 4:01 am >>>







Bruce

This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized review, use, disclosure or
distribution is prohibited. Recipients are requested not to disclose, share or forward
this e-mail without permission of the sender.
If you are not the intended recipient, please contact the sender by reply email and
destroy all copies of the original message.

Bruce Carter, Esq.
5458 Yosemite Drive
Fairfield, OH 45014
Phone (513) 829-7553
Fax (513) 829-4579
E-Mail: BruceCarterEsq@cinci.rr.com
Licensed in Ohio, West Virginia, Texas and Pennsylvania


-----Original Message-----
From: Chris Andreas [mailto:CAndreas@braytonlaw.com]
Sent: Wednesday, March 22, 2006 11:58 PM
To: Gil Purcell
Cc: BruceCarterEsq@cinci.rr.com
Subject: Re: Kannanian


Bruce- can you give your take to Gil?

>>> Gil Purcell 3/22/2006 7:28 PM >>>

2



Bruce

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. Recipients are requested not to disclose, share or forward this e-mail without permission of the sender.
If you are not the intended recipient, please contact the sender by reply email and ⬤troy all copies of the original message.

Bruce Carter, Esq.
5458 Yosemite Drive
Fairfield, OH 45014
Phone (513) 829-7553
Fax (513) 829-4579
E-Mail: BruceCarterEsq@cinci.rr.com
Licensed in Ohio, West Virginia, Texas and Pennsylvania

-----Original Message-----
From: Chris Andreas [mailto:CAndreas@braytonlaw.com]
Sent: Wednesday, March 22, 2006 11:58 PM
To: Gil Purcell
Cc: BruceCarterEsq@cinci.rr.com
Subject: Re: Kannanian

Bruce- can you give your take to Gil?

>>> Gil Purcell 3/22/2006 7:28 PM >>>



James F. Early ESQ.

From:                    James F. Early ESQ.
t:                       Thursday, March 23, 2006 11:46 AM
                         'Al Brayton'
Subject:                 RE: Re: Kannanian

tell them that tod                                              the
                                                               st

                                                               We
                                                               the claims

-----Original Message-----
From: Al Brayton [mailto:A    yton@braytonlaw.com]
Sent: Thursday, March 23, 20   10:24 AM
To: James F. Early ESQ.
Subject: Fwd: Re: Kannanian

"Bruce Carter" <BruceCarterEsq@cinci.rr.com>   /23    01 am >>>
er

the
on

M
R
a

·1

3

James F. Early ESQ.

| | |
|---|---|
| From: | Al Brayton [ABrayton@braytonlaw.com] |
| nt: | Thursday, March 23, 2006 12:03 PM |
| o: | James F. Early ESQ. |
| Cc: | Chris Andreas |
| Subject: | RE: Re: Kannanian |



-----Original Message-----
From: Al Brayton [mailto:ABrayton@braytonlaw.com]
Sent: Thursday, March 23, 2006 10:2  AM
To: James F. Early ESQ.
ject: Fwd: Re: Kannanian

Current status.

>>> "Bruce Carter" <BruceCarterEsq@cinci.rr.c  3/ 3 4:01 am >>>

1



This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized review, use, disclosure or
distribution is prohibited. Recipients are requested not to disclose, share or forward
this e-mail without permission of the sender.
If you are not the intended recipient, please contact the sender by reply email and
destroy all copies of the original message.

Bruce Carter, Esq.
5458 Yosemite Drive
Fairfield, OH 45014
Phone (513) 829-7553
Fax (513) 829-4579
E-Mail: BruceCarterEsq@cinci.rr.com
Licensed in Ohio, West Virginia, Texas and Pennsylvania


-----Original Message-----
From: Chris Andreas [mailto:CAndreas@braytonlaw.com]
Sent: Wednesday, March 22, 2006 11:58 PM
To: Gil Purcell
Cc: BruceCarterEsq@cinci.rr.com
Subject: Re: Kannanian

2

->>> Gil Purcell 3/22/2006 7:28 PM >>>



## James F. Early ESQ.

From:        Al Brayton [ABrayton@braytonlaw.com]
nt:          Wednesday, March 22, 2006 3:53 PM
o:           Christina Skubic; Ryan Poole
Cc:          James F. Early ESQ.
Subject:     Kananian

Please send Jim Early the deposition transcript, and anything else we have that would
assist him in doing amended claim forms.    Thanks.

1

**James F. Early ESQ.**

| | |
|---|---|
| **From:** | Ryan Poole [RPoole@braytonlaw.com] |
| **Sent:** | Wednesday, March 22, 2006 4:07 PM |
| **To:** | James F. Early ESQ. |
| **Cc:** | Al Brayton; Christina Skubic |
| **Subject:** | Re: Kananian |

   

Static copy of  Static copy of  Static copy of  Static copy of
CR DEPO & EXII 4240 Kananian,..4240 Kananian,..4240 Kananian,..

Jim, attached are documents that should
help.  Let me know if you need anything else.

J. Ryan Poole (JRP)
Supervisor
Bankruptcy Department
Brayton Purcell, LLP
(415) 899-1011 x406
rpoole@braytonlaw.com
www.braytonlaw.com

>>> Al Brayton 3/22/2006 12:52:42 PM >>>
Please send Jim Early the deposition transcript, and anything else we have that would
assist him in doing amended claim forms.  Thanks.

1

James F. Early ESQ.

From:          Al Brayton [ABrayton@braytonlaw.com]
nt:            Thursday, March 23, 2006 7:23 AM
To:            James F. Early ESQ.
Subject:       RE: Kananian

>>> "James F. Early ESQ." <jfe@elslaw.com> 3/23/2006 4:00 AM >>>
Got it.  Thanks.

-----Original Message-----
From: "Al Brayton" <ABrayton@braytonlaw.com>
To: "James F. Early ESQ." <jfe@elslaw.com>
Sent: 3/22/06 4:55 PM
Subject: RE: Kananian

You should have it by now.  If not, let me know.

>>> "James F. Early ESQ." <jfe@elslaw.com> 3/22/2006 12:59 PM >>>
Please either email it or overnight it to my attention.  Thanks.

-----Original Message-----
From: Al Brayton [mailto:ABrayton@braytonlaw.com]
Sent: Wednesday, March 22, 2006 3:53 PM
To: Christina Skubic; Ryan Poole
Cc: James F. Early ESQ.
Subject: Kananian

case send Jim Early the deposition transcript, and anything else we have that would
assist him in doing amended claim forms.  Thanks.

1

**Nicole Salato**

| | |
|---|---|
| From: | Felicia Jimmink [FJimmink@braytonlaw.com] |
| Sent: | Thursday, March 23, 2006 4:58 PM |
| To: | mmacalpine |
| Cc: | Ryan Poole; Nicole Salato |
| Subject: | Re: Harry Kananian |

Maya:

It is my understanding this has been taken care of and there is nothing more for you to do.  Thank you again for your assistance.

Felicia M. Jimmink, Paralegal
Brayton<>Purcell LLP
felicia@braytonlaw.com

>>> Felicia Jimmink 3/21/2006 12:06 PM >>>
Maya:

I have a message into the trial attorney, and once he advises on how to proceed, I will let you know.  Hope to hear something today or tomorrow morning.  Thank you for alertin us.

Felicia M. Jimmink, Paralegal
Brayton<>Purcell LLP
felicia@braytonlaw.com

>> "mmacalpine" <mmacalpine@elslaw.com> 3/21/2006 6:46 AM >>>
i Felicia,

The Celotex trust is being bombarded with phone calls regarding Mr.
Kananian's bankruptcy claim.  The defense counsel has served a subpoena for his claim.
They have not yet complied with the subpoena and have called us to see how best to proceed.  How would you like the trust to handle to subpoena?  Would you like them to comply or does the attorney plan on raising any objection?  Please let us know ASAP as trust has been receiving numerous calls the last couple of days and will have to comply they don't get an answer soon.  Thank you.

-Maya

**Nicole Salato**

| | |
|---|---|
| From: | mmacalpine [mmacalpine@elslaw.com] |
| Sent: | Thursday, March 23, 2006 5:03 PM |
| To: | Felicia Jimmink |
| Cc: | Nicole Salato |
| Subject: | Re: Harry Kananian |

Great!  Thanks Felicia.

-Maya
----- Original Message -----
From: "Felicia Jimmink" <FJimmink@braytonlaw.com>
To: "mmacalpine" <mmacalpine@elslaw.com>
Cc: "Ryan Poole" <RPoole@braytonlaw.com>; "Nicole Salato"
<nsalato@elslaw.com>
Sent: Thursday, March 23, 2006 4:58 PM
Subject: Re: Harry Kananian


Maya:

It is my understanding this has been taken care of and there is nothing more
for you to do.  Thank you again for your assistance.

Felicia M. Jimmink, Paralegal
Brayton<>Purcell LLP
felicia@braytonlaw.com

>> Felicia Jimmink 3/21/2006 12:06 PM >>>
Maya:

I have a message into the trial attorney, and once he advises on how to
proceed, I will let you know.  Hope to hear something today or tomorrow
morning.  Thank you for alerting us.

Felicia M. Jimmink, Paralegal
Brayton<>Purcell LLP
felicia@braytonlaw.com

>>> "mmacalpine" <mmacalpine@elslaw.com> 3/21/2006 6:46 AM >>>
Hi Felicia,

The Celotex trust is being bombarded with phone calls regarding Mr.
Kananian's bankruptcy claim.  The defense counsel has served a subpoena for
his claim.  They have not yet complied with the subpoena and have called us
to see how best to proceed.  How would you like the trust to handle to
subpoena?  Would you like them to comply or does the attorney plan on
raising any objection?  Please let us know ASAP as the trust has been
receiving numerous calls the last couple of days and will have to comply if
they don't get an answer soon.  Thank you.

-Maya

mmacalpine

| | |
|---|---|
| From: | "Felicia Jimmink" <FJimmink@braytonlaw.com> |
| | "mmacalpine" <mmacalpine@elslaw.com> |
| | "Ryan Poole" <RPoole@braytonlaw.com>; "Nicole Salato" <nsalato@elslaw.com> |
| Sent: | Thursday, March 23, 2006 5:58 PM |
| Subject: | Re: Harry Kananian |

Maya:

It is my understanding this has been taken care of and there is nothing more for you to do.  Thank you again for your assistance.

Felicia M. Jimmink, Paralegal
Brayton <>Purcell LLP
elicia@braytonlaw.com

>>>Felicia Jimmink 3/21/2006 12:06 PM >>>
Maya:

Have a message into the trial attorney, and once he advises on how to proceed, I will let you know.  Hope to hear something today or tomorrow morning.  Thank you for alerting us.

Felicia M. Jimmink, Paralegal
Brayton <>Purcell LLP
elicia@braytonlaw.com

"mmacalpine" <mmacalpine@elslaw.com>3/21/2006 6:46 AM >>>
Hi Felicia,

The Celotex trust is being bombarded with phone calls regarding Mr. Kananian's bankruptcy claim.  The defense counsel has served a subpoena for his claim.  They have not yet complied with the subpoena and have called us to see how best to proceed.  How would you like the trust to handle to subpoena?  Would you like them to comply or does the attorney plan on raising any objection?  Please let us know ASAP as the trust has been receiving numerous calls the last couple of days and will have to comply if they don't get an answer soon.  Thank you.

Maya

_mmacalpine_

| | |
|---|---|
| **From:** | "mmacalpine" <mmacalpine@elslaw.com> |
| | "Felicia Jimmink" <FJimmink@braytonlaw.com> |
| | "Nicole Salato" <nsalato@elslaw.com> |
| **Sent:** | Thursday, March 23, 2006 6:02 PM |
| **Subject:** | Re: Harry Kananian |

reat! Thanks Felicia.

Maya

----- Original Message -----
rom: "Felicia Jimmink" <FJimmink@braytonlaw.com>
o: "mmacalpine" <mmacalpine@elslaw.com>
c: "Ryan Poole" <RPoole@braytonlaw.com>; "Nicole Salato"
nsalato@elslaw.com>
:nt: Thursday, March 23, 2006 4:58 PM
ibject: Re: Harry Kananian

laya:

is my understanding this has been taken care of and there is nothing more
r you to do.  Thank you again for your assistance.

:licia M. Jimmink, Paralegal
rayton <>Purcell LLP
braytonlaw.com

>> Felicia Jimmink 3/21/2006 12:06 PM >>>
laya:

have a message into the trial attorney, and once he advises on how to
:oceed, I will let you know.  Hope to hear something today or tomorrow
:orning.  Thank you for alerting us.

:licia M. Jimmink, Paralegal
rayton <>Purcell LLP
licia@braytonlaw.com

>> "mmacalpine" <mmacalpine@elslaw.com> 3/21/2006 6:46 AM >>>
i Felicia,

he Celotex trust is being bombarded with phone calls regarding Mr.
ananian's bankruptcy claim.  The defense counsel has served a subpoena for
s claim.  They have not yet complied with the subpoena and have called us
) see how best to proceed.  How would you like the trust to handle to
ibpoena?  Would you like them to comply or does the attorney plan on
ising any objection?  Please let us know ASAP as the trust has been
ng numerous calls the last couple of days and will have to comply if
on't get an answer soon.  Thank you.

Maya

7/26/2006

**Nicole Salato**

| | |
|---|---|
| From: | mmacalpine [mmacalpine@elslaw.com] |
| Sent: | Friday, March 24, 2006 12:21 PM |
| To: | Nicole Salato |
| Subject: | Fw: Harry Kananian |

      

Static copy of OCR   Static copy of OCR   Static copy of OCR   Static copy of OCR
  DEPO 041849...      DEPO 041850...       DEPO 041875...        DEPO 041876...

```
----- Original Message -----
From: "Felicia Jimmink" <FJimmink@braytonlaw.com>
To: "mmacalpine" <mmacalpine@elslaw.com>
Sent: Friday, March 24, 2006 12:16 PM
Subject: Re: Harry Kananian


Maya:

Here are the depositions of Harry Kananian.  Thank you.

Felicia M. Jimmink, Paralegal
Brayton<>Purcell LLP
felicia@braytonlaw.com
```

**Nicole Salato**

| | |
|---|---|
| **From:** | James F. Early ESQ. [jfe@elslaw.com] |
| **Sent:** | Friday, March 24, 2006 12:24 PM |
| **To:** | Eric Mudry; Nicole Salato |
| **Subject:** | Kannian bankruptcy |

Nicole, as you know this is a priority matter.  However we must be precise in the produ
I.d. Data we submit.  As I will have to review all the submissions, you will have to ke
a list of page and line designations from the depo to which I can refer to verify every
pid claim we make.  Please work diligently on this stuff so we can correct it quickly a
accurately.  Please review it with Eric before I see it.  Thanks.

Page 1 of 1

**mmacalpine**

| | |
|---|---|
| From: | "Felicia Jimmink" <FJimmink@braytonlaw.com> |
| To: | "mmacalpine" <mmacalpino@clslaw.com> |
| | Friday, March 24, 2006 1:16 PM |
| Attach: | Static copy of OCR DEPO 041849 Kananian, Harry 06-08-00 PLFDEP.pdf; Static copy of OCR DEPO 041850 Kananian, Harry 06-09-00 PLFDEP.pdf; Static copy of OCR DEPO 041875 Kananian, Harry 06-09-00 PLFDEP.pdf; Static copy of OCR DEPO 041876 Kananian, Harry 06-10-00 PLFDEP.pdf |
| Subject: | Re: Harry Kananian |

Maya:

Here are the depositions of Harry Kananian.  Thank you.

Felicia M. Jimmink, Paralegal
Brayton <>Purcell LLP
felicia@braytonlaw.com

>>> "mmacalpine" <mmacalpine@elslaw.com> 3/24/2006 7:47 AM >>>
Hi Felicia,

Could you, as soon as possible, send me Harry Kananian's deposition(s).
Apparently we have Jack Kananian's deposition, but we need Harry's.  If you
could send it by way of email today if at all possible that'd be great.
Thanks!

7/31/2006

**mmacalpine**

| | |
|---|---|
| **From:** | "mmacalpine" <mmacalpine@elslaw.com> |
| | "Felicia Jimmink" <FJimmink@braytonlaw.com> |
| | Friday, March 24, 2006 1:29 PM |
| **Subject:** | Re: Harry Kananian |

Thank you!

Maya
--- Original Message -----
From: "Felicia Jimmink" <FJimmink@braytonlaw.com>
To: "mmacalpine" <mmacalpine@elslaw.com>
Sent: Friday, March 24, 2006 12:16 PM
Subject: Re: Harry Kananian


Maya:

Here are the depositions of Harry Kananian.  Thank you.

Felicia M. Jimmink, Paralegal
Brayton <>Purcell LLP
felicia@braytonlaw.com


>>> "mmacalpine" <mmacalpine@elslaw.com> 3/24/2006 7:47 AM >>>
Felicia,

Could you, as soon as possible, send me Harry Kananian's deposition(s).
Apparently we have Jack Kananian's deposition, but we need Harry's.  If you
could send it by way of email today if at all possible that'd be great.
Thanks!

Maya

**mmacalpine**

| | |
|---|---|
| **From:** | "mmacalpine" <mmacalpine@elslaw.com> |
| | "Nicole Salato" <nsalato@elslaw.com> |
| **:** | Friday, March 24, 2006 1:36 PM |
| **Subject:** | Fw: Kananian Depositions |

orry, I guess the email did go through.

--- Original Message -----
rom: mmacalpine
o: Nicole Salato
ent: Friday, March 24, 2006 12:28 PM
ubject: Kananian Depositions

Jicole,

'elicia sent me the depositions.  I dumped them into your folder.  I tried emailing them, but for some reason it wasn't
ending.  Hope this is what you need.

Maya

mmacalpine

From:      "Ryan Poole" <RPoole@braytonlaw.com>
           <mmacalpine@elslaw.com>
           Friday, March 24, 2006 2:30 PM
Attach:    Static copy of 23544 White, Jim DECL Courtney McClellan SII.pdf
Subject:   Fwd: Re: White, James Dec.

e attached. Also, are you currently doing amended claim forms in the Kananian case?

>>Joanna Jones 3/24/2006 10:10 AM >>>
our records, he is listed as jim white and yes carol is deceased as of 7-22-05.

ourtney mcclellan is the child of jim and carol and is our successor in interest. her conatct info is:

60 North Mariposa # 101
resno, CA 93720
9) 432-5451

än: i don't have outside e-mail so please forward to maya. thx!

>>Ryan Poole 3/24/2006 9:35 AM >>>
do not, but our Probate Department should be able to assist you with whatever it is that you need. I have blind copied
em and one of them should get back with you soon. Thanks.

>>"mmacalpine" <mmacalpine@elslaw.com >3/16/2006 7:19 AM >>>
[image ·n,

o you know if Carol passed away and/or if their is an alternate heir?
hanks.

Maya

Original Message -----
rom: "Rikki Bambauer" <RBambauer@braytonlaw.com>
o: "Ryan Poole" <RPoole@braytonlaw.com>; "mmacalpine"
mmacalpine@elslaw.com>
ent: Friday, March 10, 2006 4:34 PM
ubject: Re: White, James Dec.


>Sorry Maya, that is the address we had for Carol also. Ryan, can you
>please give Maya the name/address of whichever alternate heir has been
>our contact?
>.
>Rikki Bambauer
>Paralegal Manager
>BRAYTON<>PURCELL LLP
>(415) 899-1011 x251


>>>>"mmacalpine" <mmacalpine@elslaw.com >3/10/2006 11:46 AM >>>
>Hi Rikki,

7/31/2006

>
>We recently sent an HKP check to Carol White in the above case. It was
>returned to us by the post office with a sticker that says deceased. Do
>you have any updated information in regards to this case? The address
> ●  using is 1900 Dartmouth # 107 Clovis, CA 93612. If the post
> ● e's information is accurate we would need the paperwork for the new
>fiduciary and new distribution agreement. Thank you.
>
>-Maya
>
>
>Maya A. MacAlpine
>Early, Ludwick & Sweeney, LLC
>Legal Assistant
>p. (203) 777-7799
>f. (203) 785-1671
> mmacalpine@elslaw.com
>

**mmacalpine**

From:       "mmacalpine" <mmacalpine@elslaw.com>
            "Ryan Poole" <RPoole@braytonlaw.com>
  :         Friday, March 24, 2006 3:03 PM
Subject:    Re: Re: White, James Dec.

)ur bankruptcy dept. is currently working on them.

Maya
---- Original Message -----
rom: "Ryan Poole" <RPoole@braytonlaw.com>
`o: <mmacalpine@elslaw.com>
ent: Friday, March 24, 2006 1:30 PM
ubject: Fwd: Re: White, James Dec.


ee attached.  Also, are you currently doing amended claim forms in the
`ananian case?

>>>Joanna Jones 3/24/2006 10:10 AM >>>
1 our records, he is listed as jim white and yes carol is deceased as of
-22-05.

ourtney mcclellan is the child of jim and carol and is our successor in
iterest. her conatct info is:

North Mariposa # 101
`resno, CA 93720
559) 432-5451

yan: i don't have outside e-mail so please forward to maya. thx!

>>>Ryan Poole 3/24/2006 9:35 AM >>>
do not, but our Probate Department should be able to assist you with
vhatever it is that you need.  I have blind copied them and one of them
hould get back with you soon.  Thanks.

>>>"mmacalpine" <mmacalpine@elslaw.com>3/16/2006 7:19 AM >>>
`i Ryan,

)o you know if Carol passed away and/or if their is an alternate heir?
Thanks.

Maya

---- Original Message -----
`rom: "Rikki Bambauer" <RBambauer@braytonlaw.com>
`o: "Ryan Poole" <RPoole@braytonlaw.com>; "mmacalpine"
calpine@elslaw.com>
en.. Friday, March 10, 2006 4:34 PM
`ubject: Re: White, James Dec.

>Sorry Maya, that is the address we had for Carol also. Ryan, can you
>please give Maya the name/address of whichever alternate heir has been
>our contact?

> ●ki Bambauer
>Paralegal Manager
>BRAYTON ◇ PURCELL LLP
>(415) 899-1011 x251
>
>
>>>> "mmacalpine" <mmacalpine@elslaw.com>3/10/2006 11:46 AM >>>
>Hi Rikki,
>
>We recently sent an HKP check to Carol White in the above case. It was
>returned to us by the post office with a sticker that says deceased. Do
>you have any updated information in regards to this case? The address
>we're using is 1900 Dartmouth # 107 Clovis, CA 93612. If the post
>office's information is accurate we would need the paperwork for the new
>fiduciary and new distribution agreement. Thank you.
>
>-Maya
>
>
>Maya A. MacAlpine
>Early, Ludwick & Sweeney, LLC
>Legal Assistant
> ● 03) 777-7799
>f. (203) 785-1671
>mmacalpine@elslaw.com
>

**Nicole Salato**

| | |
|---|---|
| From: | James F. Early ESQ. [jfe@elslaw.com] |
| Sent: | Friday, March 24, 2006 4:24 PM |
| To: | Nicole Salato |
| Subject: | RE: Kannian bankruptcy |

Thank you Derrick Jeter.

-----Original Message-----
From: "Nicole Salato" <nsalato@elslaw.com>
To: "'James F. Early ESQ.'" <jfe@elslaw.com>; "'Eric Mudry'" <ericm@iimsnet.com>
Cc: "jschweiss@elslaw.com" <jschweiss@elslaw.com>
Sent: 3/24/06 2:22 PM
Subject: RE: Kannian bankruptcy

I absolutely will do my best-Jack's depo was not very informative, but Maya got 4 depos
Harry's that I will read over the weekend and I will have everything to Eric 1st thing
Monday morning.

-----Original Message-----
From: James F. Early ESQ. [mailto:jfe@elslaw.com]
Sent: Friday, March 24, 2006 12:24 PM
To: Eric Mudry; Nicole Salato
Subject: Kannian bankruptcy

Nicole, as you know this is a priority matter.  However we must be precise in the produ
I.d. Data we submit.  As I will have to review all the submissions, you will have to ke
list of page and line designations from the depo to which I can refer to verify every
id claim we make.  Please work diligently on this stuff so we can correct it quickly a
accurately.
Please review it with Eric before I see it.  Thanks.

**mmacalpine**

| | |
|---|---|
| **From:** | "Felicia Jimmink" <FJimmink@braytonlaw.com> |
| **T___** | "Jim Early (E-mail)" <jfe@elslaw.com>; "mmacalpine" <mmacalpine@clslaw.com> |
| | Friday, March 24, 2006 7:43 PM |
| **Subject:** | Harry Kananian - Revised Bankruptcy Claims |



\* High Priority \*\*

)ear Attorney Early and Maya:

\s you may know, I am the paralegal working with attorneys Chris Andreas and Bruce Carter on the Harry Kananian trial 1 Ohio. Today, the attorneys advised me that your office if preparing revised bankruptcy claim forms and you will be orwarding them to us in pdf format next week.

)ue to the trial issues in this case, we need to get your revised bankruptcy claims to the defendants by Tuesday morning /28/06. Can you please be sure to forward these to us by then? If you anticipate or encounter any problems meeting this eadline, please alert us as soon as possible.

'lease forward the revised bankruptcy forms in pdf format to the following email addresses:

andreas@braytonlaw.com
rucecarteresq@msn.com
elicia@braytonlaw.com
skubic@braytonlaw.com
poole@braytonlaw.com

.atly appreciate your assistance in this matter. Thank you.

'elicia M. Jimmink, Paralegal
;rayton <>Purcell LLP
elicia@braytonlaw.com

**James F. Early ESQ.**

| | |
|---|---|
| From: | Felicia Jimmink [FJimmink@braytonlaw.com] |
| nt: | Friday, March 24, 2006 6:44 PM |
| o: | James F. Early ESQ.; mmacalpine |
| Subject: | Harry Kananian - Revised Bankruptcy Claims |

Importance:    High

** High Priority **

Dear Attorney Early and Maya:

As you may know, I am the paralegal working with attorneys Chris Andreas and Bruce Carter on the Harry Kananian trial in Ohio.  Today, the attorneys advised me that your office if preparing revised bankruptcy claim forms and you will be forwarding them to us in pdf format next week.

Due to the trial issues in this case, we need to get your revised bankruptcy claims to the defendants by Tuesday morning 3/28/06.  Can you please be sure to forward these to us by then?  If you anticipate or encounter any problems meeting this deadline, please alert us as soon as possible.

Please forward the revised bankruptcy forms in pdf format to the following email addresses:

Candreas@braytonlaw.com
brucecarteresq@msn.com
felicia@braytonlaw.com
Cskubic@braytonlaw.com
oole@braytonlaw.com

We greatly appreciate your assistance in this matter.  Thank you.

Felicia M. Jimmink, Paralegal
Brayton<>Purcell LLP
felicia@braytonlaw.com

## Nicole Salato

| | |
|---|---|
| **From:** | mmacalpine [mmacalpine@elslaw.com] |
| **Sent:** | Monday, March 27, 2006 8:58 AM |
| **To:** | Nicole Salato; Eric Mudry |
| **Cc:** | Steven Rinaldi |
| **Subject:** | Fw: Harry Kananian - Revised Bankruptcy Claims |

**Importance:**        High


FYI...

----- Original Message -----
From: "Felicia Jimmink" <PJimmink@braytonlaw.com>
To: "Jim Early (E-mail)" <jfe@elslaw.com>; "mmacalpine"
<mmacalpine@elslaw.com>
Sent: Friday, March 24, 2006 6:43 PM
Subject: Harry Kananian - Revised Bankruptcy Claims


** High Priority **

Dear Attorney Early and Maya:

As you may know, I am the paralegal working with attorneys Chris Andreas and
Bruce Carter on the Harry Kananian trial in Ohio.  Today, the attorneys
advised me that your office if preparing revised bankruptcy claim forms and
you will be forwarding them to us in pdf format next week.

Due to the trial issues in this case, we need to get your revised bankruptcy
claims to the defendants by Tuesday morning 3/28/06.  Can you please be sure
to forward these to us by then?  If you anticipate or encounter any problems
meeting this deadline, please alert us as soon as possible.

Please forward the revised bankruptcy forms in pdf format to the following
email addresses:

Candreas@braytonlaw.com
brucecarteresq@msn.com
felicia@braytonlaw.com
Cskubic@braytonlaw.com
Rpoole@braytonlaw.com

We greatly appreciate your assistance in this matter.  Thank you.

Felicia M. Jimmink, Paralegal
Brayton<>Purcell LLP
felicia@braytonlaw.com

**Nicole Salato**

| | |
|---|---|
| From: | Eric Mudry [EricM@iimsnet.com] |
| Sent: | Monday, March 27, 2006 9:05 AM |
| To: | mmacalpine; Nicole Salato |
| Cc: | Steve Rinaldi |
| Subject: | RE: Harry Kananian - Revised Bankruptcy Claims |

N,

Whatever you have ready please bring them up so Maya and I can review.

Eric

-----Original Message-----
From: mmacalpine [mailto:mmacalpine@elslaw.com]
Sent: Monday, March 27, 2006 8:58 AM
To: Nicole Salato; Eric Mudry
Cc: Steve Rinaldi
Subject: Fw: Harry Kananian - Revised Bankruptcy Claims
Importance: High

FYI...

----- Original Message -----
From: "Felicia Jimmink" <FJimmink@braytonlaw.com>
To: "Jim Early (E-mail)" <jfe@elslaw.com>; "mmacalpine"
<mmacalpine@elslaw.com>
Sent: Friday, March 24, 2006 6:43 PM
Subject: Harry Kananian - Revised Bankruptcy Claims

** High Priority **

Dear Attorney Early and Maya:

As you may know, I am the paralegal working with attorneys Chris Andreas and
Bruce Carter on the Harry Kananian trial in Ohio.  Today, the attorneys
advised me that your office if preparing revised bankruptcy claim forms and
you will be forwarding them to us in pdf format next week.

Due to the trial issues in this case, we need to get your revised bankruptcy
claims to the defendants by Tuesday morning 3/28/06.  Can you please be sure
to forward these to us by then?  If you anticipate or encounter any problems
meeting this deadline, please alert us as soon as possible.

Please forward the revised bankruptcy forms in pdf format to the following
email addresses:

Candreas@braytonlaw.com
brucecarteresq@msn.com
felicia@braytonlaw.com
Cskubic@braytonlaw.com
Rpoole@braytonlaw.com

We greatly appreciate your assistance in this matter.  Thank you.

Felicia M. Jimmink, Paralegal
Brayton<>Purcell LLP
felicia@braytonlaw.com

**Nicole Salato**

| | |
|---|---|
| From: | mmacalpine [mmacalpine@elslaw.com] |
| Sent: | Monday, March 27, 2006 9:09 AM |
| To: | Nicole Salato |
| Subject: | Re: Harry Kananian - Revised Bankruptcy Claims |

Thanks Nicole.  Let me know if you need any help with this.

-Maya
----- Original Message -----
From: "Nicole Salato" <nsalato@elslaw.com>
To: "mmacalpine" <mmacalpine@elslaw.com>; "Eric Mudry" <EricM@iimsnet.com>
Cc: "Steven Rinaldi" <SteveR@iimsnet.com>
Sent: Monday, March 27, 2006 9:05 AM
Subject: Re: Harry Kananian - Revised Bankruptcy Claims


> All depos were reviewed this weekend and forms will be to Eric hopefully
> within the next hour.
>
> Eric-one issue.  Mr. Kannanian's depos were very in depth as far as his
> jobsites and duties and exposure to asbestos, however, he could not
> identify any products-  I will give you all the revised forms (Except
> Manville, we did not do that one), but the products will be blank, unless
> you tell me otherwise when you review them.
>
>
>
> ----- Original Message -----
> From: "mmacalpine" <mmacalpine@elslaw.com>
> To: "Nicole Salato" <nsalato@elslaw.com>; "Eric Mudry" <EricM@iimsnet.com>
> Cc: "Steven Rinaldi" <SteveR@iimsnet.com>
> Sent: Monday, March 27, 2006 8:58 AM
> Subject: Fw: Harry Kananian - Revised Bankruptcy Claims
>
>
>> FYI...
>>
>> ----- Original Message -----
>> From: "Felicia Jimmink" <FJimmink@braytonlaw.com>
>> To: "Jim Early (E-mail)" <jfe@elslaw.com>; "mmacalpine"
>> <mmacalpine@elslaw.com>
>> Sent: Friday, March 24, 2006 6:43 PM
>> Subject: Harry Kananian - Revised Bankruptcy Claims
>>
>>
>> ** High Priority **
>>
>> Dear Attorney Early and Maya:
>>
>> As you may know, I am the paralegal working with attorneys Chris Andreas
>> and Bruce Carter on the Harry Kananian trial in Ohio.  Today, the
>> attorneys advised me that your office if preparing revised bankruptcy
>> claim forms and you will be forwarding them to us in pdf format next
>> week.
>>
>> Due to the trial issues in this case, we need to get your revised
>> bankruptcy claims to the defendants by Tuesday morning 3/28/06.  Can you
>> please be sure to forward these to us by then?  If you anticipate or
>> encounter any problems meeting this deadline, please alert us as soon as
>> possible.

```
>>
>> Please forward the revised bankruptcy forms in pdf format to the
>> following email addresses:
>>
>> Candreas@braytonlaw.com
>> brucecarteresq@msn.com
>> felicia@braytonlaw.com
>> Cskubic@braytonlaw.com
>> Rpoole@braytonlaw.com
>>
>> We greatly appreciate your assistance in this matter.  Thank you.
>>
>> Felicia M. Jimmink, Paralegal
>> Brayton<>Purcell LLP
>> felicia@braytonlaw.com
>>
>>
>>
>>
>
>
```

**Nicole Salato**

| | |
|---|---|
| **From:** | mmacalpine [mmacalpine@elslaw.com] |
| **Sent:** | Monday, March 27, 2006 9:15 AM |
| **To:** | Nicole Salato |
| **Subject:** | Re: Harry Kananian - Revised Bankruptcy Claims |

I don't. I started here at the time they stopped accepting claims unfortunately. Hmmm can't think of anyone else here that might have any.

```
    - Original Message -----
From: "Nicole Salato" <nsalato@elslaw.com>
To: "'mmacalpine'" <mmacalpine@elslaw.com>
Sent: Monday, March 27, 2006 9:09 AM
Subject: RE: Harry Kananian - Revised Bankruptcy Claims


>I actually might-Do you have any leftover 48 Ins. Forms?  I'm freaking out
> about all this-Jim is scrutinizing everything at the moment!!!!!!!!
>
> -----Original Message-----
> From: mmacalpine [mailto:mmacalpine@elslaw.com]
> Sent: Monday, March 27, 2006 9:09 AM
> To: Nicole Salato
> Subject: Re: Harry Kananian - Revised Bankruptcy Claims
>
> Thanks Nicole.  Let me know if you need any help with this.
>
> -Maya
        Original Message  ---
> From: "Nicole Salato" <nsalato@elslaw.com>
> To: "mmacalpine" <mmacalpine@elslaw.com>; "Eric Mudry" <EricM@iimsnet.com>
> Cc: "Steven Rinaldi" <SteveR@iimsnet.com>
> Sent: Monday, March 27, 2006 9:05 AM
> Subject: Re: Harry Kananian - Revised Bankruptcy Claims
>
>
>> All depos were reviewed this weekend and forms will be to Eric hopefully
>> within the next hour.
>>
>> Eric-one issue.  Mr. Kannanian's depos were very in depth as far as his
>> jobsites and duties and exposure to asbestos, however, he could not
>> identify any products-  I will give you all the revised forms (Except
>> Manville, we did not do that one), but the products will be blank, unless
>> you tell me otherwise when you review them.
>>
>>
>>
>> ----- Original Message -----
>> From: "mmacalpine" <mmacalpine@elslaw.com>
>> To: "Nicole Salato" <nsalato@elslaw.com>; "Eric Mudry"
>> <EricM@iimsnet.com>
>> Cc: "Steven Rinaldi" <SteveR@iimsnet.com>
>> Sent: Monday, March 27, 2006 8:58 AM
>> Subject: Fw: Harry Kananian - Revised Bankruptcy Claims
>>
>>
>>> FYI...
>>
>>> ----- Original Message -----
>>> From: "Felicia Jimmink" <FJimmink@braytonlaw.com>
>>> To: "Jim Early (E-mail)" <jfe@elslaw.com>; "mmacalpine"
```

```
>>> <mmacalpine@elslaw.com>
>>> Sent: Friday, March 24, 2006 6:43 PM
>>> Subject: Harry Kananian - Revised Bankruptcy Claims
>>
>>>
>>> ** High Priority **
>>>
>>> Dear Attorney Early and Maya:
>>>
>>> As you may know, I am the paralegal working with attorneys Chris Andreas
>>> and Bruce Carter on the Harry Kananian trial in Ohio.  Today, the
>>> attorneys advised me that your office if preparing revised bankruptcy
>>> claim forms and you will be forwarding them to us in pdf format next
>>> week.
>>>
>>> Due to the trial issues in this case, we need to get your revised
>>> bankruptcy claims to the defendants by Tuesday morning 3/28/06.  Can you
>>> please be sure to forward these to us by then?  If you anticipate or
>>> encounter any problems meeting this deadline, please alert us as soon as
>>> possible.
>>>
>>> Please forward the revised bankruptcy forms in pdf format to the
>>> following email addresses:
>>>
>>> Candreas@braytonlaw.com
>>> brucecarteresq@msn.com
>>> felicia@braytonlaw.com
>>> Cskubic@braytonlaw.com
>>> Rpoole@braytonlaw.com
>>>
>>> We greatly appreciate your assistance in this matter.  Thank you.
>>>
>>> Felicia M. Jimmink, Paralegal
>>> Brayton<>Purcell LLP
>>> felicia@braytonlaw.com
>>>
>>>
>>>
>>>
>>
>>
>
>
>
```