**mmacalpine**

| | |
|---|---|
| **From:** | "Nicole Salato" <nsalato@elslaw.com> |
| | "mmacalpine" <mmacalpine@elslaw.com>; "Eric Mudry" <EricM@iimsnet.com> |
| | "Steven Rinaldi" <SteveR@iimsnet.com> |
| **Sent:** | Monday, March 27, 2006 10:05 AM |
| **Subject:** | Re: Harry Kananian - Revised Bankruptcy Claims |

all depos were reviewed this weekend and forms will be to Eric hopefully
within the next hour.

Eric-one issue. Mr. Kannanian's depos were very in depth as far as his
websites and duties and exposure to asbestos, however, he could not identify
any products- I will give you all the revised forms (Except Manville, we
did not do that one), but the products will be blank, unless you tell me
otherwise when you review them.

----- Original Message -----
From: "mmacalpine" <mmacalpine@elslaw.com>
To: "Nicole Salato" <nsalato@elslaw.com>, "Eric Mudry" <EricM@iimsnet.com>
Cc: "Steven Rinaldi" <SteveR@iimsnet.com>
Sent: Monday, March 27, 2006 8:58 AM
Subject: Fw: Harry Kananian - Revised Bankruptcy Claims


>
>----- Original Message -----
>From: "Felicia Jimmink" <FJimmink@braytonlaw.com>
>To: "Jim Early (E-mail)" <jfe@elslaw.com>; "mmacalpine"
> <mmacalpine@elslaw.com>
>Sent: Friday, March 24, 2006 6:43 PM
>Subject: Harry Kananian - Revised Bankruptcy Claims
>
>
>** High Priority **
>
>Dear Attorney Early and Maya:
>
>As you may know, I am the paralegal working with attorneys Chris Andreas
>and Bruce Carter on the Harry Kananian trial in Ohio. Today, the
>attorneys advised me that your office if preparing revised bankruptcy
>claim forms and you will be forwarding them to us in pdf format next week.
>
>Due to the trial issues in this case, we need to get your revised
>bankruptcy claims to the defendants by Tuesday morning 3/28/06. Can you
>please be sure to forward these to us by then? If you anticipate or
>encounter any problems meeting this deadline, please alert us as soon as
>possible.
>
>Please forward the revised bankruptcy forms in pdf format to the following

Page 2 of 2

>email addresses:
>
>Candreas@braytonlaw.com
>brucecarteresq@msn.com
● a@braytonlaw.com
● ubic@braytonlaw.com
>Rpoole@braytonlaw.com
>
>We greatly appreciate your assistance in this matter.  Thank you.
>
>Felicia M. Jimmink, Paralegal
>Brayton ⬠Purcell LLP
>felicia@braytonlaw.com
>
>
>
>

7/26/2006

nmacalpine

| | |
|---|---|
| From: | "Eric Mudry" <EricM@iimsnet.com> |
| | "mmacalpine" <mmacalpine@elslaw.com>; "Nicole Salato" <nsalato@elslaw.com> |
| | "Steve Rinaldi" <SteveR@iimsnet.com> |
| Sent: | Monday, March 27, 2006 10:05 AM |
| Subject: | RE: Harry Kananian - Revised Bankruptcy Claims |

Whatever you have ready please bring them up so Maya and I can review.

Eric

-----Original Message-----
From: mmacalpine [mailto:mmacalpine@elslaw.com]
Sent: Monday, March 27, 2006 8:58 AM
To: Nicole Salato; Eric Mudry
Cc: Steve Rinaldi
Subject: Fw: Harry Kananian - Revised Bankruptcy Claims
Importance: High

FYI...

----- Original Message -----
From: "Felicia Jimmink" <FJimmink@braytonlaw.com>
n Early (E-mail)" <jfe@elslaw.com>; "mmacalpine"
mmacalpine@elslaw.com>
Sent: Friday, March 24, 2006 6:43 PM
Subject: Harry Kananian - Revised Bankruptcy Claims

** High Priority **

Dear Attorney Early and Maya:

As you may know, I am the paralegal working with attorneys Chris Andreas and
Bruce Carter on the Harry Kananian trial in Ohio.  Today, the attorneys
advised me that your office if preparing revised bankruptcy claim forms and
you will be forwarding them to us in pdf format next week.

Due to the trial issues in this case, we need to get your revised bankruptcy
claims to the defendants by Tuesday morning 3/28/06.  Can you please be sure
to forward these to us by then?  If you anticipate or encounter any problems
meeting this deadline, please alert us as soon as possible.

Please forward the revised bankruptcy forms in pdf format to the following
email addresses:

reas@braytonlaw.com
brucecarteresq@msn.com
felicia@braytonlaw.com

skubic@braytonlaw.com
poole@braytonlaw.com

We greatly appreciate your assistance in this matter.  Thank you.

elicia M. Jimmink, Paralegal
Brayton <>Purcell LLP
elicia@braytonlaw.com

mmacalpine
_____

From:      "mmacalpine" <mmacalpine@elslaw.com>
           "Nicole Salato" <nsalato@elslaw.com>
           Monday, March 27, 2006 10:08 AM
Subject:   Re: Harry Kananian - Revised Bankruptcy Claims

hanks Nicole. Let me know if you need any help with this.

Maya
--- Original Message -----
rom: "Nicole Salato" <nsalato@elslaw.com>
'o: "mmacalpine" <mmacalpine@elslaw.com>; "Eric Mudry" <EricM@iimsnet.com>
'c: "Steven Rinaldi" <SteveR@iimsnet.com>
ent: Monday, March 27, 2006 9:05 AM
ubject: Re: Harry Kananian   Revised Bankruptcy Claims


>All depos were reviewed this weekend and forms will be to Eric hopefully
>within the next hour.
>
>Eric-one issue. Mr. Kannanian's depos were very in depth as far as his
>jobsites and duties and exposure to asbestos, however, he could not
>identify any products- I will give you all the revised forms (Except
>Manville, we did not do that one), but the products will be blank, unless
>you tell me otherwise when you review them.

>
>----- Original Message -----
>From: "mmacalpine" <mmacalpine@elslaw.com>
>To: "Nicole Salato" <nsalato@elslaw.com>; "Eric Mudry" <EricM@iimsnet.com>
>Cc: "Steven Rinaldi" <SteveR@iimsnet.com>
>Sent: Monday, March 27, 2006 8:58 AM
>Subject: Fw: Harry Kananian - Revised Bankruptcy Claims
>
>
>>FYI...
>>
>>----- Original Message -----
>>From: "Felicia Jimmink" <FJimmink@braytonlaw.com>
>>To: "Jim Early (E-mail)" <jfe@elslaw.com>; "mmacalpine"
>> <mmacalpine@elslaw.com>
>>Sent: Friday, March 24, 2006 6:43 PM
>>Subject: Harry Kananian - Revised Bankruptcy Claims
>>
>>
>>** High Priority **
>>

:ar Attorney Early and Maya:

>> As you may know, I am the paralegal working with attorneys Chris Andreas
>>and Bruce Carter on the Harry Kananian trial in Ohio.  Today, the

>> attorneys advised me that your office if preparing revised bankruptcy
>> claim forms and you will be forwarding them to us in pdf format next
>> week.
>>
>> ⬤ te to the trial issues in this case, we need to get your revised
>> bankruptcy claims to the defendants by Tuesday morning 3/28/06. Can you
>> please be sure to forward these to us by then?  If you anticipate or
>> encounter any problems meeting this deadline, please alert us as soon as
>> possible.
>>
>> Please forward the revised bankruptcy forms in pdf format to the
>> following email addresses:
>>
>> Candreas@braytonlaw.com
>> brucecarteresq@msn.com
>> felicia@braytonlaw.com
>> Cskubic@braytonlaw.com
>> Rpoole@braytonlaw.com
>>
>> We greatly appreciate your assistance in this matter.  Thank you.
>>
>> Felicia M. Jimmink, Paralegal
>> Brayton <>Purcell LLP
>> felicia@braytonlaw.com
>>
>>
>>
⬤
>
>

**mmacalpine**
_____

From:       "Nicole Salato" <nsalato@elslaw.com>
⬤:          "'mmacalpine'" <mmacalpine@elslaw.com>
            Monday, March 27, 2006 10:09 AM
Subject:    RE: Harry Kananian - Revised Bankruptcy Claims

actually might-Do you have any leftover 48 Ins. Forms? I'm freaking out
bout all this-Jim is scrutinizing everything at the moment!!!!!!!!

----Original Message-----
from: mmacalpine [mailto:mmacalpine@elslaw.com]
ent: Monday, March 27, 2006 9:09 AM
'o: Nicole Salato
ubject: Re: Harry Kananian - Revised Bankruptcy Claims

hanks Nicole. Let me know if you need any help with this.

Maya
--- Original Message -----
rom: "Nicole Salato"  <nsalato@elslaw.com>
'o: "mmacalpine"  <mmacalpine@elslaw.com>, "Eric Mudry"  <EricM@iimsnet.com>
Cc: "Steven Rinaldi"  <SteveR@iimsnet.com>
ent: Monday, March 27, 2006 9:05 AM
ubject: Re: Harry Kananian - Revised Bankruptcy Claims


⬤        depos were reviewed this weekend and forms will be to Eric hopefully
>within the next hour.
>
>Eric-one issue.  Mr. Kannanian's depos were very in depth as far as his
>jobsites and duties and exposure to asbestos, however, he could not
>identify any products-  I will give you all the revised forms (Except
>Manville, we did not do that one), but the products will be blank, unless
>you tell me otherwise when you review them.
>
>
>
>----- Original Message -----
>From: "mmacalpine"  <mmacalpine@elslaw.com>
>To: "Nicole Salato"  <nsalato@elslaw.com>, "Eric Mudry"  <EricM@iimsnet.com>
>Cc: "Steven Rinaldi"  <SteveR@iimsnet.com>
>Sent: Monday, March 27, 2006 8:58 AM
>Subject: Fw: Harry Kananian - Revised Bankruptcy Claims
>
>
>>FYI...
>>
>>----- Original Message -----
⬤    om: "Felicia Jimmink"  <FJimmink@braytonlaw.com>
⬤    o: "Jim Early (E-mail)"  <jfe@elslaw.com>, "mmacalpine"
>> <mmacalpine@elslaw.com>
>>Sent: Friday, March 24, 2006 6:43 PM

\>\> Subject: Harry Kananian - Revised Bankruptcy Claims
\>\>
\>\>
\>\> ** High Priority **

●ear Attorney Early and Maya:
\>\>
\>\> As you may know, I am the paralegal working with attorneys Chris Andreas
\>\> and Bruce Carter on the Harry Kananian trial in Ohio.  Today, the
\>\> attorneys advised me that your office if preparing revised bankruptcy
\>\> claim forms and you will be forwarding them to us in pdf format next
\>\> week.
\>\>
\>\> Due to the trial issues in this case, we need to get your revised
\>\> bankruptcy claims to the defendants by Tuesday morning 3/28/06.  Can you
\>\> please be sure to forward these to us by then?  If you anticipate or
\>\> encounter any problems meeting this deadline, please alert us as soon as
\>\> possible.
\>\>
\>\> Please forward the revised bankruptcy forms in pdf format to the
\>\> following email addresses:
\>\>
\>\> Candreas@braytonlaw.com
\>\> brucecarteresq@msn.com
\>\> felicia@braytonlaw.com
\>\> Cskubic@braytonlaw.com
\>\> Rpoole@braytonlaw.com

●We greatly appreciate your assistance in this matter.  Thank you.
\>\>
\>\> Felicia M. Jimmink, Paralegal
\>\> Brayton <> Purcell LLP
\>\> felicia@braytonlaw.com
\>\>
\>\>
\>\>
\>\>
\>
\>

`· ·`                                                                    `rage i oi s`

**mmacalpine**

| | |
|---|---|
| **From:** | "Nicole Salato" <nsalato@elslaw.com> |
| | "mmacalpine" <mmacalpine@elslaw.com> |
| | Monday, March 27, 2006 10:13 AM |
| **Subject:** | RE: Harry Kananian - Revised Bankruptcy Claims |

Oh boy.......

---Original Message-----
From: mmacalpine [mailto:mmacalpine@elslaw.com]
Sent: Monday, March 27, 2006 9:15 AM
To: Nicole Salato
Subject: Re: Harry Kananian - Revised Bankruptcy Claims

don't.  I started here at the time they stopped accepting claims
unfortunately.  Hmmm, I can't think of anyone else here that might have any.

--- Original Message -----
From: "Nicole Salato" <nsalato@elslaw.com>
To: "'mmacalpine'" <mmacalpine@elslaw.com>
Sent: Monday, March 27, 2006 9:09 AM
Subject: RE: Harry Kananian - Revised Bankruptcy Claims


I actually might-Do you have any leftover 48 Ins. Forms?  I'm freaking out
about all this-Jim is scrutinizing everything at the moment!!!!!!!!

>-----Original Message-----
>From: mmacalpine [mailto:mmacalpine@elslaw.com]
>Sent: Monday, March 27, 2006 9:09 AM
>To: Nicole Salato
>Subject: Re: Harry Kananian - Revised Bankruptcy Claims
>
>Thanks Nicole.  Let me know if you need any help with this.
>
>--Maya
>----- Original Message -----
>From: "Nicole Salato" <nsalato@elslaw.com>
>To: "mmacalpine" <mmacalpine@elslaw.com>; "Eric Mudry" <EricM@iimsnet.com>
>Cc: "Steven Rinaldi" <SteveR@iimsnet.com>
>Sent: Monday, March 27, 2006 9:05 AM
>Subject: Re: Harry Kananian - Revised Bankruptcy Claims
>
>
>> All depos were reviewed this weekend and forms will be to Eric hopefully
>> within the next hour.
>>
>> Eric-one issue. Mr. Kannanian's depos were very in depth as far as his
>> jobsites and duties and exposure to asbestos, however, he could not
>> identify any products-  I will give you all the revised forms (Except
>> Manville, we did not do that one), but the products will be blank, unless
>> you tell me otherwise when you review them.

7/26/2006

```
>
>
>
>----- Original Message -----
●m: "mmacalpine" <mmacalpine@elslaw.com>
●o: "Nicole Salato" <nsalato@elslaw.com>, "Eric Mudry"
> <EricM@iimsnet.com>
>Cc: "Steven Rinaldi" <SteveR@iimsnet.com>
>Sent: Monday, March 27, 2006 8:58 AM
>Subject: Fw: Harry Kananian - Revised Bankruptcy Claims
>
>
>>FYI...
>>
>>----- Original Message -----
>>From: "Felicia Jimmink" <FJimmink@braytonlaw.com>
>>To: "Jim Early (E-mail)" <jfe@elslaw.com>, "mmacalpine"
>> <mmacalpine@elslaw.com>
>>Sent: Friday, March 24, 2006 6:43 PM
>>Subject: Harry Kananian - Revised Bankruptcy Claims
>>
>>
>>** High Priority **
>>
>>Dear Attorney Early and Maya:
>>
>> As you may know, I am the paralegal working with attorneys Chris Andreas
●nd Bruce Carter on the Harry Kananian trial in Ohio.  Today, the
>>attorneys advised me that your office if preparing revised bankruptcy
>>claim forms and you will be forwarding them to us in pdf format next
>>week.
>>
>>Due to the trial issues in this case, we need to get your revised
>>bankruptcy claims to the defendants by Tuesday morning 3/28/06.  Can you
>>please be sure to forward these to us by then?  If you anticipate or
>>encounter any problems meeting this deadline, please alert us as soon as
>>possible.
>>
>>Please forward the revised bankruptcy forms in pdf format to the
>>following email addresses:
>>
>>Candreas@braytonlaw.com
>> brucecarteresq@msn.com
>>felicia@braytonlaw.com
>>Cskubic@braytonlaw.com
>>Rpoole@braytonlaw.com
>>
>>We greatly appreciate your assistance in this matter.  Thank you.
>>
●elicia M. Jimmink, Paralegal
●rayton <>Purcell LLP
>>felicia@braytonlaw.com
>>>
```

>>
>>
>>
>

>
>

nmacalpine
_____

⬤  From:     "mmacalpine" <mmacalpine@elslaw.com>
        "Nicole Salato" <nsalato@elslaw.com>
Sent:   Monday, March 27, 2006 10:14 AM
Subject:  Re: Harry Kananian - Revised Bankruptcy Claims

don't.  I started here at the time they stopped accepting claims
unfortunately.  Hmmm, I can't think of anyone else here that might have any.

--- Original Message -----
rom: "Nicole Salato" <nsalato@elslaw.com>
o: "mmacalpine" <mmacalpine@elslaw.com>
nt: Monday, March 27, 2006 9:09 AM
ibject: RE: Harry Kananian - Revised Bankruptcy Claims


[ actually might-Do you have any leftover 48 Ins. Forms?  I'm freaking out
about all this-Jim is scrutinizing everything at the moment!!!!!!!!

-----Original Message-----
From: mmacalpine [mailto:mmacalpine@elslaw.com]
Sent: Monday, March 27, 2006 9:09 AM
To: Nicole Salato
Subject: Re: Harry Kananian - Revised Bankruptcy Claims


⬤  ks Nicole.  Let me know if you need any help with this.

-Maya
----- Original Message -----
From: "Nicole Salato" <nsalato@elslaw.com>
To: "mmacalpine" <mmacalpine@elslaw.com>; "Eric Mudry" <EricM@iimsnet.com>
Cc: "Steven Rinaldi" <SteveR@iimsnet.com>
Sent: Monday, March 27, 2006 9:05 AM
Subject: Re: Harry Kananian - Revised Bankruptcy Claims


>All depos were reviewed this weekend and forms will be to Eric hopefully
>within the next hour.
>
>Eric-one issue.  Mr. Kannanian's depos were very in depth as far as his
>jobsites and duties and exposure to asbestos, however, he could not
>identify any products-  I will give you all the revised forms (Except
>Manville, we did not do that one), but the products will be blank, unless
>you tell me otherwise when you review them.
>
>
>
>----- Original Message -----
⬤  m: "mmacalpine" <mmacalpine@elslaw.com>
>To: "Nicole Salato" <nsalato@elslaw.com>; "Eric Mudry"
> <EricM@iimsnet.com>
>Cc: "Steven Rinaldi" <SteveR@iimsnet.com>

&gt;&gt;Sent: Monday, March 27, 2006 8:58 AM
&gt;&gt;Subject: Fw: Harry Kananian - Revised Bankruptcy Claims
&gt;&gt;
&gt;&gt;
&gt;    YI...
&gt;
&gt;&gt;----- Original Message -----
&gt;&gt;From: "Felicia Jimmink" &lt;FJimmink@braytonlaw.com&gt;
&gt;&gt;To: "Jim Early (E-mail)" &lt;jfe@elslaw.com&gt;, "mmacalpine"
&gt;&gt; &lt;mmacalpine@elslaw.com&gt;
&gt;&gt;Sent: Friday, March 24, 2006 6:43 PM
&gt;&gt;Subject: Harry Kananian - Revised Bankruptcy Claims
&gt;&gt;
&gt;&gt;
&gt;&gt;** High Priority **
&gt;&gt;
&gt;&gt;Dear Attorney Early and Maya:
&gt;&gt;
&gt;&gt;As you may know, I am the paralegal working with attorneys Chris Andreas
&gt;&gt;and Bruce Carter on the Harry Kananian trial in Ohio.  Today, the
&gt;&gt;attorneys advised me that your office if preparing revised bankruptcy
&gt;&gt;claim forms and you will be forwarding them to us in pdf format next
&gt;&gt;week.
&gt;&gt;
&gt;&gt;Due to the trial issues in this case, we need to get your revised
&gt;&gt;bankruptcy claims to the defendants by Tuesday morning 3/28/06.  Can you
&gt;    lease be sure to forward these to us by then?  If you anticipate or
         ncounter any problems meeting this deadline, please alert us as soon as
&gt;&gt;possible.
&gt;&gt;
&gt;&gt;Please forward the revised bankruptcy forms in pdf format to the
&gt;&gt;following email addresses:
&gt;&gt;
&gt;&gt;Candreas@braytonlaw.com
&gt;&gt;brucecarteresq@msn.com
&gt;&gt;felicia@braytonlaw.com
&gt;&gt;Cskubic@braytonlaw.com
&gt;&gt;Rpoole@braytonlaw.com
&gt;&gt;
&gt;&gt;We greatly appreciate your assistance in this matter.  Thank you.
&gt;&gt;
&gt;&gt;Felicia M. Jimmink, Paralegal
&gt;&gt;Brayton &lt;&gt;Purcell LLP
&gt;&gt;felicia@braytonlaw.com
&gt;&gt;
&gt;&gt;
&gt;&gt;
&gt;&gt;
&gt;

**mmacalpine**

 From: "mmacalpine" <mmacalpine@elslaw.com>
"Nicole Salato" <nsalato@elslaw.com>
Monday, March 27, 2006 10:16 AM
Subject:    Re: Harry Kananian - Revised Bankruptcy Claims

im Curnane is taking a look.

--- Original Message -----
:om: "Nicole Salato" <nsalato@elslaw.com>
o: "'mmacalpine'" <mmacalpine@elslaw.com>
:nt: Monday, March 27, 2006 9:13 AM
ibject: RE: Harry Kananian - Revised Bankruptcy Claims


Oh boy........

-----Original Message-----
From: mmacalpine [mailto:mmacalpine@elslaw.com]
Sent: Monday, March 27, 2006 9:15 AM
To: Nicole Salato
Subject: Re: Harry Kananian - Revised Bankruptcy Claims

I don't.  I started here at the time they stopped accepting claims
unfortunately.  Hmmm, I can't think of anyone else here that might have



----- Original Message -----
From: "Nicole Salato" <nsalato@elslaw.com>
To: "'mmacalpine'" <mmacalpine@elslaw.com>
Sent: Monday, March 27, 2006 9:09 AM
Subject: RE: Harry Kananian - Revised Bankruptcy Claims


>I actually might-Do you have any leftover 48 Ins. Forms?  I'm freaking out
>about all this-Jim is scrutinizing everything at the moment!!!!!!!!
>
>-----Original Message-----
>From: mmacalpine [mailto:mmacalpine@elslaw.com]
>Sent: Monday, March 27, 2006 9:09 AM
>To: Nicole Salato
>Subject: Re: Harry Kananian - Revised Bankruptcy Claims
>
>Thanks Nicole.  Let me know if you need any help with this.
>
>-Maya
>----- Original Message -----
>From: "Nicole Salato" <nsalato@elslaw.com>
     "mmacalpine" <mmacalpine@elslaw.com>; "Eric Mudry"
    EricM@iimsnet.com>
>Cc: "Steven Rinaldi" <SteveR@iimsnet.com>
>Sent: Monday, March 27, 2006 9:05 AM

>Subject: Re: Harry Kananian - Revised Bankruptcy Claims
>
>
>> 'll depos were reviewed this weekend and forms will be to Eric hopefully
>> ithin the next hour.
>>
>> Eric one issue. Mr. Kannanian's depos were very in depth as far as his
>> jobsites and duties and exposure to asbestos, however, he could not
>> identify any products- I will give you all the revised forms (Except
>> Manville, we did not do that one), but the products will be blank,
>> unless
>> you tell me otherwise when you review them.
>>
>>
>>
>> ----- Original Message -----
>> From: "mmacalpine" <mmacalpine@elslaw.com>
>> To: "Nicole Salato" <nsalato@elslaw.com>, "Eric Mudry"
>> <EricM@iimsnet.com>
>> Cc: "Steven Rinaldi" <SteveR@iimsnet.com>
>> Sent: Monday, March 27, 2006 8:58 AM
>> Subject: Fw: Harry Kananian - Revised Bankruptcy Claims
>>
>>
>>>FYI...
>>>
>>> ----- Original Message -----
>>> From: "Felicia Jimmink" <FJimmink@braytonlaw.com>
>>> To: "Jim Early (E-mail)" <jfe@elslaw.com>, "mmacalpine"
>>> <mmacalpine@elslaw.com>
>>> Sent: Friday, March 24, 2006 6:43 PM
>>> Subject: Harry Kananian - Revised Bankruptcy Claims
>>>
>>>
>>> ** High Priority **
>>>
>>> Dear Attorney Early and Maya:
>>>
>>> As you may know, I am the paralegal working with attorneys Chris
>>> Andreas
>>> and Bruce Carter on the Harry Kananian trial in Ohio.  Today, the
>>> attorneys advised me that your office if preparing revised bankruptcy
>>> claim forms and you will be forwarding them to us in pdf format next
>>> week.
>>>
>>> Due to the trial issues in this case, we need to get your revised
>>> bankruptcy claims to the defendants by Tuesday morning 3/28/06.  Can
>>> you
>>> please be sure to forward these to us by then?  If you anticipate or
>>> encounter any problems meeting this deadline, please alert us as soon
>>> as
>>> possible.
>>>

>>>Please forward the revised bankruptcy forms in pdf format to the
>>>following email addresses:
>>>
>>> Candreas@braytonlaw.com
   brucecarteresq@msn.com
>>> felicia@braytonlaw.com
>>> Cskubic@braytonlaw.com
>>> Rpoole@braytonlaw.com
>>>
>>>We greatly appreciate your assistance in this matter.  Thank you.
>>>
>>>Felicia M. Jimmink, Paralegal
>>>Brayton <>Purcell LLP
>>> felicia@braytonlaw.com
>>>
>>>
>>>
>>>
>>
>>
>
>
>

nmacalpine



From:        "mmacalpine" <mmacalpine@elslaw.com>
To:          "Felicia Jimmink" <FJimmink@braytonlaw.com>
Sent:        Monday, March 27, 2006 10:25 AM
Subject:     Re: Harry Kananian - Revised Bankruptcy Claims

The claims are being worked on today.  I will forward them to you as soon as
they are finished and scanned.

Maya

----- Original Message -----
From: "Felicia Jimmink" <FJimmink@braytonlaw.com>
To: "Jim Early (E-mail)" <jfe@elslaw.com>, "mmacalpine"
<mmacalpine@elslaw.com>
Sent: Friday, March 24, 2006 6:43 PM
Subject: Harry Kananian - Revised Bankruptcy Claims


** High Priority **

Dear Attorney Early and Maya:

As you may know, I am the paralegal working with attorneys Chris Andreas and
Bruce Carter on the Harry Kananian trial in Ohio.  Today, the attorneys
advised me that your office if preparing revised bankruptcy claim forms and
that will be forwarding them to us in pdf format next week.

Due to the trial issues in this case, we need to get your revised bankruptcy
claims to the defendants by Tuesday morning 3/28/06.  Can you please be sure
to forward these to us by then?  If you anticipate or encounter any problems
meeting this deadline, please alert us as soon as possible.

Please forward the revised bankruptcy forms in pdf format to the following
email addresses:

candreas@braytonlaw.com
brucecarteresq@msn.com
ejlicia@braytonlaw.com
sskubic@braytonlaw.com
jpoole@braytonlaw.com

We greatly appreciate your assistance in this matter.  Thank you.

Felicia M. Jimmink, Paralegal
Brayton <>Purcell LLP
fjlicia@braytonlaw.com

## Nicole Salato

| | |
|---|---|
| From: | Nicole Salato [nsalato@clslaw.com] |
| Sent: | Monday, March 27, 2006 11:09 AM |
| To: | Maya MacAlpine |
| Cc: | Eric Mudry |
| Subject: | Kananian |

Maya:

Can you please do me a favor-

I need to fill out the lawsuit section.  Any chance you can get me the info on this?  I need to know where and when filed (court name too!).  Thanks!

Nicole

## Nicole Salato

| | |
|---|---|
| **From:** | mmacalpine [mmacalpine@elslaw.com] |
| **Sent:** | Monday, March 27, 2006 11:17 AM |
| **To:** | Nicole Salato |
| **Subject:** | Re: Kananian |

Superior Court of California, County of San Francisco, March 27, 2000.  Case # is 311064.

----- Original Message -----
**From:** Nicole Salato
**To:** Maya MacAlpine
**Cc:** Eric Mudry
**Sent:** Monday, March 27, 2006 11:09 AM
**Subject:** Kananian

Maya:

Can you please do me a favor-

I need to fill out the lawsuit section.  Any chance you can get me the info on this?  I need to know where and when fil
(court name too!).  Thanks!

Nicole

**Nicole Salato**

| | |
|---|---|
| From: | James F. Early ESQ. [jfe@elslaw.com] |
| Sent: | Monday, March 27, 2006 11:55 AM |
| To: | Felicia Jimmink; Jim Early (E-mail); mmacalpine |
| Cc: | Eric Mudry; Nicole Salato |
| Subject: | RE: Harry Kananian - Revised Bankruptcy Claims |

By copy of this email to the people in my office handling this matter I am asking them be sure to have these done and emailed to you by Tuesday morning. Hopefully they will be done today and I will review them this afternoon.

-----Original Message-----
From: "Felicia Jimmink" <FJimmink@braytonlaw.com>
To: "Jim Early (E-mail)" <jfe@elslaw.com>; "mmacalpine" <mmacalpine@elslaw.com>
Sent: 3/24/06 6:44 PM
Subject: Harry Kananian - Revised Bankruptcy Claims

** High Priority **

Dear Attorney Early and Maya:

As you may know, I am the paralegal working with attorneys Chris Andreas and Bruce Cart on the Harry Kananian trial in Ohio. Today, the attorneys advise me that your office preparing revised bankruptcy claim forms and you will be forwarding them to us in pdf format next week.

Due to the trial issues in this case, we need to get your revised bankruptcy claims to defendants by Tuesday morning 3/28/06. Can you please be sure to forward these to us by then? If you anticipate or encounter any problems meeting this deadline, please alert us as soon as possible.

Please forward the revised bankruptcy forms in pdf format to the following email addresses:

Candreas@braytonlaw.com
brucecarteresq@msn.com
felicia@braytonlaw.com
Cskubic@braytonlaw.com
Rpoole@braytonlaw.com

We greatly appreciate your assistance in this matter.  Thank you.

Felicia M. Jimmink, Paralegal
Brayton<>Purcell LLP
felicia@braytonlaw.com

mmacalpine

From: "James F. Early ESQ." <jfe@elslaw.com>
"Felicia Jimmink" <FJimmink@braytonlaw.com>; "Jim Early (E-mail)" <jfe@elslaw.com>; "mmacalpine" <mmacalpine@elslaw.com>
Cc: "Eric Mudry" <ericm@iimsnet.com>; "Nicole Salato" <nsalato@elslaw.com>
Sent: Monday, March 27, 2006 12:54 PM
Subject: RE: Harry Kananian - Revised Bankruptcy Claims

y copy of this email to the people in my office handling this matter I am asking them to be sure to have
iese done and emailed to you by Tuesday morning.  Hopefully they will be done today and I will review
iem this afternoon.

---Original Message-----
rom: "Felicia Jimmink" <FJimmink@braytonlaw.com>
o: "Jim Early (E-mail)" <jfe@elslaw.com>; "mmacalpine" <mmacalpine@elslaw.com>
ent: 3/24/06 6:44 PM
ubject: Harry Kananian - Revised Bankruptcy Claims

' High Priority **

'ear Attorney Early and Maya:

.s you may know, I am the paralegal working with attorneys Chris Andreas and Bruce Carter on the Harry
ananian trial in Ohio.  Today, the attorneys advised me that your office if preparing revised bankruptcy
laim forms and you will be forwarding them to us in pdf format next week.

⬤ the trial issues in this case, we need to get your revised bankruptcy claims to the defendants by
uesday morning 3/28/06.  Can you please be sure to forward these to us by then?  If you anticipate or
ncounter any problems meeting this deadline, please alert us as soon as possible.

'lease forward the revised bankruptcy forms in pdf format to the following email addresses:

:andreas@braytonlaw.com
rucecarteresq@msn.com
:licia@braytonlaw.com
:skubic@braytonlaw.com
:poole@braytonlaw.com

/e greatly appreciate your assistance in this matter.  Thank you.

'elicia M. Jimmink, Paralegal
;rayton<>Purcell LLP
:licia@braytonlaw.com

7/26/2006

nmacalpine

| | |
|---|---|
| rom: | "Ryan Poole" <RPoole@braytonlaw.com> |
| | <mmacalpine@elslaw.com> |
| | Monday, March 27, 2006 1:02 PM |
| ttach: | Static copy of 24240 Kananian, Harry MANVLL AMD CLM FORM BK.pdf |
| ubject: | Harry Kananian |

High Priority **
Reply Requested by 3/27/2006 (Monday) **

iya, per Chris Andreas, the attorney trying Mr. Kananian's case in Ohio, we would like to see the amended claim forms
fore you submit them to the trust(s). Is this possible? I guess he is already getting some guff from defense counsel over
e amended JM claim that we filed last week, which I have attached hereto. Again, we would really appreciate it if you
uld let us see them before you resubmit. Thanks.

Ryan Poole (JRP)
pervisor
nkruptcy Department
ayton Purcell, LLP
l5) 899-1011 x406
oole@braytonlaw.com
vw.braytonlaw.com

nmacalpine
_____

From:       "mmacalpine" <mmacalpine@elslaw.com>
            "Ryan Poole" <RPoole@braytonlaw.com>
            "Felicia Jimmink" <FJimmink@braytonlaw.com>; "Nicole Salato" <nsalato@elslaw.com>
Sent:       Monday, March 27, 2006 4:30 PM
Attach:     CLAIMS KANANIAN HARRY 48.PDF; CLAIMS KANANIAN HARRY AM.PDF; CLAIMS KANANIAN HARRY
            CX.PDF; CLAIMS KANANIAN HARRY EP.PDF; CLAIMS KANANIAN HARRY HK.PDF; CLAIMS KANANIAN
            HARRY UNR.PDF
Subject:    Re: Harry Kananian

i Ryan,

ttached are the revised (& not yet submitted) CX, EP, 48, AM, UNR & HKP
aim forms for the Harry Kananian matter.  We'll submit them once you
view them and give us the go ahead.  Thanks.

laya

---- Original Message -----
om: "Ryan Poole" <RPoole@braytonlaw.com>
o: <mmacalpine@elslaw.com>
:nt: Monday, March 27, 2006 12:02 PM
ibject: Harry Kananian


· High Priority **
· ·      'y Requested by 3/27/2006 (Monday) **

aya, per Chris Andreas, the attorney trying Mr. Kananian's case in Ohio, we
ould like to see the amended claim forms before you submit them to the
ast(s).  Is this possible?  I guess he is already getting some guff from
:fense counsel over the amended JM claim that we filed last week, which I
ve attached hereto.  Again, we would really appreciate it if you could let
see them before you resubmit.  Thanks.

Ryan Poole (JRP)
ipervisor
inkruptcy Department
:ayton Purcell, LLP
15) 899-1011 x406
oole@braytonlaw.com
ww.braytonlaw.com

7/26/2006

James F. Early ESQ.

| | |
|---|---|
| From: | Chris Andreas [CAndreas@braytonlaw.com] |
| : | Monday, March 27, 2006 5:05 PM |
| | James F. Early ESQ. |
| Cc: | Al Brayton; Gil Purcell; BruceCarterEsq@cinci.rr.com |
| Subject: | Conference call re Kananian |

Tim,

Thanks,

Chris Andreas

1

## nmacalpine



|        |                                              |
|--------|----------------------------------------------|
| **:**   | "mmacalpine" <mmacalpine@elslaw.com> |
|        | "Nicole Salato" <nsalato@elslaw.com> |
| **Sent:** | Tuesday, March 28, 2006 10:21 AM |
| **Subject:** | Re: Harry Kananian |

e didn't get back to me about this yesterday.  I guess we'll wait to submit
em until we get a response.

Maya

--- Original Message -----
om: "mmacalpine" <mmacalpine@elslaw.com>
o: "Ryan Poole"  <RPoole@braytonlaw.com>
c: "Felicia Jimmink"  <FJimmink@braytonlaw.com>; "Nicole Salato"
nsalato@elslaw.com>
nt: Monday, March 27, 2006 3:30 PM
ibject: Re: Harry Kananian


·Hi Ryan,
·
·Attached are the revised (& not yet submitted) CX, EP, 48, AM, UNR & HKP
·claim forms for the Harry Kananian matter.  We'll submit them once you
·review them and give us the go ahead.  Thanks.
·
a

·----- Original Message -----
·From: "Ryan Poole"  <RPoole@braytonlaw.com>
·To: <mmacalpine@elslaw.com>
·Sent: Monday, March 27, 2006 12:02 PM
·Subject: Harry Kananian
;
·
·** High Priority **
·** Reply Requested by 3/27/2006 (Monday) **
·
>Maya, per Chris Andreas, the attorney trying Mr. Kananian's case in Ohio,
>we
>would like to see the amended claim forms before you submit them to the
>trust(s).  Is this possible?  I guess he is already getting some guff from
>defense counsel over the amended JM claim that we filed last week, which I
>have attached hereto.  Again, we would really appreciate it if you could
>let
>us see them before you resubmit.  Thanks.
>
>J. Ryan Poole (JRP)
>ervisor
>:ruptcy Department
>Brayton Purcell, LLP
>(415) 899-1011 x406
>rpoole@braytonlaw.com

www.braytonlaw.com

mmacalpine

 F̲ ̲ ̲ ̲:      "Nicole Salato" <nsalato@elslaw.com>
           "'mmacalpine'" <mmacalpine@elslaw.com>
Sent:      Tuesday, March 28, 2006 10:28 AM
Subject:   RE: Harry Kananian

ɔunds like it-Maybe he has Brayton actually doing the reviewing....

---Original Message-----
rom: mmacalpine [mailto:mmacalpine@elslaw.com]
ɛnt: Tuesday, March 28, 2006 9:21 AM
o: Nicole Salato
ɹbject: Re: Harry Kananian

Ie didn't get back to me about this yesterday.  I guess we'll wait to submit
ɪem until we get a response.

√aya
--- Original Message -----
rom: "mmacalpine"  <mmacalpine@elslaw.com>
ɔ: "Ryan Poole"  <RPoole@braytonlaw.com>
ɔ: "Felicia Jimmink"  <FJimmink@braytonlaw.com>; "Nicole Salato"
ɪnsalato@elslaw.com>
ɛnt: Monday, March 27, 2006 3:30 PM
ɹbject: Re: Harry Kananian

⬤

›Hi Ryan,
›
›Attached are the revised (& not yet submitted) CX, EP, 48, AM, UNR & HKP
›claim forms for the Harry Kananian matter.  We'll submit them once you
›review them and give us the go ahead.  Thanks.
›
›-Maya
›
›----- Original Message -----
›From: "Ryan Poole"  <RPoole@braytonlaw.com>
›To: <mmacalpinc@clslaw.com>
›Sent: Monday, March 27, 2006 12:02 PM
›Subject: Harry Kananian
›
›
›** High Priority **
›** Reply Requested by 3/27/2006 (Monday) **
›
›Maya, per Chris Andreas, the attorney trying Mr. Kananian's case in Ohio,
›we
›⬤ɹld like to see the amended claim forms before you submit them to the
⬤    ;s).  Is this possible?  I guess he is already getting some guff from
›defense counsel over the amended JM claim that we filed last week, which I
›have attached hereto.  Again, we would really appreciate it if you could
›let

·us see them before you resubmit.  Thanks.

·J. Ryan Poole (JRP)
·Supervisor
⬤ruptcy Department
·Brayton Purcell, LLP
·(415) 899-1011 x406
·rpoole@braytonlaw.com
·www.braytonlaw.com

nmacalpine

| | |
|---|---|
| From: | "Bruce Carter" <BruceCarterEsq@cinci.rr.com> |
| | "James F. Early ESQ." <jfe@elslaw.com>; "Chris Andreas" <CAndreas@braytonlaw.com> |
| | "Al Brayton" <ABrayton@braytonlaw.com>; "Gil Purcell" <GPurcell@braytonlaw.com> |
| Sent: | Friday, March 31, 2006 2:56 PM |
| Attach: | Kananian Probate entry.pdf; 6-26-00 Kananian Death Certificate.pdf |
| Subject: | RE: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06) |

ere are my comments:
ach claim needs to have the estate papers and death certificate attached. I
n attaching them.

think we need to insert a statement between the signature statement and
e signature boxes that this is an amended claim form, superceding the
eviously submitted form.

n the UNR Form
age 1, the person filing the claim is not Ann, but Jack on behalf of the
state of Harry.
age 2, have you ever filed a claim against the Manville Trust? The answer
ould be yes. Settlement amount $20,000. (I don't know the number of the
lanville claim.)
age three, the statement "Claimant believe he could have been exposed to
NR products as stated above has a typo. (believes not believe)

K Porter- Page 3, the person filing the claim again should be Jack
ian, on behalf of Harry's estate, not Ann.

elotex: Page 2 Jack, not Ann is submitting the claim. Relationship would be
dministrator. The signature page lacks check marks for death certificate
nd certificate of offical capacity.
matex: Jack, not Ann submitting the form, 6c - Personal Represetnative -
xecutor.
ﬁ·
agle Picher: Need to check Death Certificate and Certificate of Official
apacity on page 1 and 13.  Page 2- Jack, not Ann, as Executor is submiting
ie claim.

ruce

his email message is for the sole use of the intended recipient(s) and may
ontain confidential and privileged information. Any unauthorized review,
se, disclosure or distribution is prohibited. Recipients are requested not
) disclose, share or forward this e-mail without permission of the sender.
 you are not the intended recipient, please contact the sender by reply
mail and destroy all copies of the original message.

ruce Carter, Esq.
'osemite Drive
airfield, OH 45014
hone (513) 829-7553
ax (513) 829-4579

Mail: BruceCarterEsq@cinci.rr.com <mailto:BruceCarterEsq@cinci.rr.com>
:ensed in Ohio, West Virginia, Texas and Pennsylvania

●iginal Message-----
●James F. Early ESQ. [mailto:jfe@elslaw.com]
:nt: Friday, March 31, 2006 9:37 AM
:: James F. Early ESQ.; Chris Andreas
:: Al Brayton; Gil Purcell; BruceCarterEsq@cinci.rr.com
.bject: RE: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)

,ould like to file the amended proofs of claim today.

`:--Original Message-----
`om: James F. Early ESQ.
:nt: Friday, March 31, 2006 8:40 AM
): 'Chris Andreas'
:: Al Brayton; Gil Purcell; BruceCarterEsq@cinci.rr.com
.bject: RE: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)

'e received a copy of the subpoena by the defendants of the Celotex trust
:cords as well as the Turst's response.

:--Original Message-----
`om: Chris Andreas [mailto:CAndreas@braytonlaw.com]
:nt: Monday, March 27, 2006 5:09 PM
): James F. Early ESQ.
●  Brayton; Gil Purcell; BruceCarterEsq@cinci.rr.com
●  :t: Fwd: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)

.rther the prior e-mail, here is the transcript of what Judge Hanna wants
, have resolved before we start the trial back up.

>> <Dcmpovinel@aol.com> 3/27/2006 1:57 PM >>>
:entlemen,

ttached please find the subject E-Transcript.

hank you,

laureen Povinelli

nmacalpine



**From:**      "Chris Andreas" <CAndreas@braytonlaw.com>
**To:**        "Bruce Carter" <BruceCarterEsq@cinci.rr.com>; "James F. Early ESQ." <jfe@elslaw.com>
**Cc:**        "Al Brayton" <ABrayton@braytonlaw.com>; "Gil Purcell" <GPurcell@braytonlaw.com>
**Sent:**      Friday, March 31, 2006 3:13 PM
**Subject:**   RE: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)



>> "Bruce Carter" <BruceCarterEsq@cinci.rr.com> 3/31/2006 10:56:53 AM >>>



7/26/2006

ə claim.

uce



iis email message is for the sole use of the intended recipient(s) and may
ɔntain confidential and privileged information. Any unauthorized review,
ɜe, disclosure or distribution is prohibited. Recipients are requested not
: disclose, share or forward this e-mail without permission of the sender.
you are not the intended recipient, please contact the sender by reply
mail and destroy all copies of the original message.

ruce Carter, Esq.
458 Yosemite Drive
airfield, OH 45014
hone (513) 829-7553
ax (513) 829-4579
-Mail: BruceCarterEsq@cinci.rr.com <mailto:BruceCarterEsq@cinci.rr.com>
icensed in Ohio, West Virginia, Texas and Pennsylvania

-—Original Message-—-
rom: James F. Early ESQ. [mailto:jfe@elslaw.com]
ent: Friday, March 31, 2006 9:37 AM
o: James F. Early ESQ.; Chris Andreas
:c: Al Brayton; Gil Purcell; BruceCarterEsq@cinci.rr.com
ubject: RE: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)

,d like to file the amended proofs of claim today.

-—Original Message-----
rom: James F. Early ESQ.
;ent: Friday, March 31, 2006 8:40 AM
o: 'Chris Andreas'
:c: Al Brayton; Gil Purcell; BruceCarterEsq@cinci.rr.com
iubject: RE: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)

Ve received a copy of the subpoena by the defendants of the Celotex trust
ecords as well as the Turst's response.

:—-Original Message-----
rom: Chris Andreas [mailto:CAndreas@braytonlaw.com]
;ent: Monday, March 27, 2006 5:09 PM
o: James F. Early ESQ.
:c: Al Brayton; Gil Purcell; BruceCarterEsq@cinci.rr.com
iubject: Fwd: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)

:urther the prior e-mail, here is the transcript of what Judge Hanna wants
o have resolved before we start the trial back up.

Dcmpovinel@aol.com> 3/27/2006 1:57 PM >>>
o..emen,

\ttached please find the subject E-Transcript.

1ank you,

aureen Povinelli

nmacalpine



From: "James F. Early ESQ." <jfe@elslaw.com>
To: "Bruce Carter" <BruceCarterEsq@cinci.rr.com>; "'James F. Early ESQ.'" <jfe@elslaw.com>; "'Chris Andreas'" <CAndreas@braytonlaw.com>
Cc: "'Al Brayton'" <ABrayton@braytonlaw.com>; "'Gil Purcell'" <GPurcell@braytonlaw.com>; "Eric Mudry" <ericm@iimsnet.com>; "Maya MacAlpine" <mmacalpine@elslaw.com>; "Nicole Salato" <nsalato@elslaw.com>; "Steve Rinaldi" <stever@iimsnet.com>; "Chris Meisenkothen" <cmeisenkothen@elslaw.com>; "Chris Meisenkothen" <cmeisenkothen@elslaw.com>
Sent: Friday, March 31, 2006 4:55 PM
Subject: RE: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)



-----Original Message-----
From: "Bruce Carter" <BruceCarterEsq@cinci.rr.com>
To: "'James F. Early ESQ.'" <jfe@elslaw.com>; "'Chris Andreas'" <CAndreas@braytonlaw.com>
Cc: "'Al Brayton'" <ABrayton@braytonlaw.com>; "'Gil Purcell'" <GPurcell@braytonlaw.com>
Sent: 3/31/06 1:57 PM
Subject: RE: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)

Case 01-01139-AMC    Doc 15424-4    Filed 04/27/07    Page 35 of 73

iis email message is for the sole use of the intended recipient(s) and may
intain confidential and privileged information. Any unauthorized review,
disclosure or distribution is prohibited. Recipients are requested not
lose, share or forward this e-mail without permission of the sender.
you are not the intended recipient, please contact the sender by reply
nail and destroy all copies of the original message.

ruce Carter, Esq.
158 Yosemite Drive
airfield, OH 45014
hone (513) 829-7553
ax (513) 829-4579
-Mail: BruceCarterEsq@cinci.rr.com <mailto:BruceCarterEsq@cinci.rr.com>
censed in Ohio, West Virginia, Texas and Pennsylvania

---Original Message-----
rom: James F. Early ESQ. [mailto:jfe@elslaw.com]
ent: Friday, March 31, 2006 9:37 AM
o: James F. Early ESQ.; Chris Andreas
c: Al Brayton; Gil Purcell; BruceCarterEsq@cinci.rr.com
ubject: RE: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)

would like to file the amended proofs of claim today.

---Original Message-----
r: James F. Early ESQ.
Friday, March 31, 2006 8:40 AM
o: 'Chris Andreas'
:c: Al Brayton; Gil Purcell; BruceCarterEsq@cinci.rr.com
ubject: RE: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)

Je received a copy of the subpoena by the defendants of the Celotex trust
ecords as well as the Turst's response.

---Original Message-----
rom: Chris Andreas [mailto:CAndreas@braytonlaw.com]
ient: Monday, March 27, 2006 5:09 PM
o: James F. Early ESQ.
:c: Al Brayton; Gil Purcell; BruceCarterEsq@cinci.rr.com
ubject: Fwd: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)

urther the prior e-mail, here is the transcript of what Judge Hanna wants
o have resolved before we start the trial back up.

>> <Dcmpovinel@aol.com> 3/27/2006 1:57 PM >>>
ientlemen,

ittached please find the subject E-Transcript.

 k you,

/laureen Povinelli



macalpine

"James F. Early ESQ." <jfe@elslaw.com>
"Chris Andreas" <CAndreas@braytonlaw.com>; "Bruce Carter" <BruceCarterEsq@cinci.rr.com>; "'James F. Early
ESQ.'" <jfe@elslaw.com>
:c:     "Al Brayton" <ABrayton@braytonlaw.com>; "Gil Purcell" <GPurcell@braytonlaw.com>; "Eric Mudry"
        <ericm@iimsnet.com>; "Steve Rinaldi" <stever@iimsnet.com>; "Maya MacAlpine" <mmacalpine@elslaw.com>;
        "Nicole Salato" <nsalato@elslaw.com>; "Chris Meisenkothen" <cmeisenkothen@elslaw.com>
ient:   Friday, March 31, 2006 5:04 PM
iubject: RE: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)

e will change accordingly.
ianks

--Original Message-----
om: "Chris Andreas" <CAndreas@braytonlaw.com>
): "Bruce Carter" <BruceCarterEsq@cinci.rr.com>; "'James F. Early ESQ.'" <jfe@elslaw.com>
:: "Al Brayton" <ABrayton@braytonlaw.com>; "Gil Purcell" <GPurcell@braytonlaw.com>
:nt: 3/31/06 2:13 PM
ibject: RE: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)



>> "Bruce Carter" <BruceCarterEsq@cinci.rr.com> 3/31/2006 10:56:53 AM >>>





claim.

uce

iis email message is for the sole use of the intended recipient(s) and may ntain confidential and privileged information. Any unauthorized review, e. disclosure or distribution is prohibited. Recipients are requested not disclose, share or forward this e-mail without permission of the sender. you are not the intended recipient, please contact the sender by reply nail and destroy all copies of the original message.

uce Carter, Esq.
⬤ ⁄osemite Drive
⬤d, OH 45014
1one (513) 829-7553
ax (513) 829-4579
·Mail: BruceCarterEsq@cinci.rr.com <mailto:BruceCarterEsq@cinci.rr.com>
censed in Ohio, West Virginia, Texas and Pennsylvania

---Original Message-----
·om: James F. Early ESQ. [mailto:jfe@elslaw.com]
ent: Friday, March 31, 2006 9:37 AM
⊃: James F. Early ESQ.; Chris Andreas
c: Al Brayton; Gil Purcell; BruceCarterEsq@cinci.rr.com
ubject: RE: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)

would like to file the amended proofs of claim today.

---Original Message-----
rom: James F. Early ESQ.
ent: Friday, March 31, 2006 8:40 AM
⊃: 'Chris Andreas'
c: Al Brayton; Gil Purcell; BruceCarterEsq@cinci.rr.com
ubject: RE: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)

⬤ceived a copy of the subpoena by the defendants of the Celotex trust
⊃rds as well as the Turst's response.

---Original Message-----
rom: Chris Andreas [mailto:CAndreas@braytonlaw.com]

7/5/2006

:nt: Monday, March 27, 2006 5:09 PM
: James F. Early ESQ.
:: Al Brayton; Gil Purcell; BruceCarterEsq@cinci.rr.com
ι├_ ·t: Fwd: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)

inther the prior e-mail, here is the transcript of what Judge Hanna wants
have resolved before we start the trial back up.

·> <Dcmpovinel@aol.com> 3/27/2006 1:57 PM >>>
:ntlemen,

tached please find the subject E-Transcript.

hank you,

aureen Povinelli

nmacalpine
_____

**From:**  "Eric Mudry" <EricM@iimsnet.com>
    <mmacalpine@elslaw.com>
**Sent:**  Friday, March 31, 2006 5:18 PM
**Attach:**  RE_ Kananian vs. Lorillard Hearing Transcript Excerpt(3_27_06).eml
**Subject:**  FW: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)

M

ease incorporate these as well

---Original Message-----
rom: James F. Early ESQ. [mailto:jfe@elslaw.com]
ent: Friday, March 31, 2006 4:06 PM
o: Eric Mudry; Janet Abaray; Steve Rinaldi
ubject: FW: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)

et's make these changes as well.

nmacalpine

"Eric Mudry" <EricM@iimsnet.com>
"James F. Early ESQ." <jfe@elslaw.com>; "Steve Rinaldi" <SteveR@iimsnet.com>
<nmacalpine@elslaw.com>
Sent:    Friday, March 31, 2006 5:19 PM
Subject:    RE: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)

am working on it with Maya !


---Original Message-----
om: James F. Early ESQ. [mailto:jfe@elslaw.com]
ent: Friday, March 31, 2006 4:03 PM
o: Eric Mudry; Steve Rinaldi
ubject: FW: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)


uys, can we get these worked on quickly incorporating Bruce Carter's comments and suggestions?

nmacalpine

From:      "Eric Mudry" <EricM@iimsnet.com>
            <mmacalpine@elslaw.com>
Sent:      Friday, March 31, 2006 5:22 PM
Attach:    RE_ Kananian vs. Lorillard Hearing Transcript Excerpt(3_27_06).eml
Subject:   FW: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)


---Original Message-----
From: James F. Early ESQ. [mailto:jfe@elslaw.com]
Sent: Friday, March 31, 2006 3:59 PM
To: Eric Mudry; Steve Rinaldi
Subject: FW: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)


Guys, can we get these worked on quickly and incorporate Bruce Carter's helpful comments?

nmacalpine



"Chris Andreas" <CAndreas@braytonlaw.com>
"Bruce Carter" <BruceCarterEsq@cinci.rr.com>; "James F. Early ESQ." <jfe@elslaw.com>
"Al Brayton" <ABrayton@braytonlaw.com>; "Christina Skubic" <CSkubic@braytonlaw.com>; "Gil Purcell"
<GPurcell@braytonlaw.com>; "Chris Meisenkothen" <cmeisenkothen@elslaw.com>; "Maya MacAlpine"
<mmacalpine@elslaw.com>; "Nicole Salato" <nsalato@elslaw.com>; "Eric Mudry" <ericm@iimsnet.com>; "Steve
Rinaldi" <stever@iimsnet.com>
Sent:      Friday, March 31, 2006 5:43 PM
Subject:   RE: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)



>>> "James F. Early ESQ." <jfe@elslaw.com> 3/31/2006 1:04 PM >>>

---Original Message-----
rom: "Chris Andreas" <CAndreas@braytonlaw.com>
o: "Bruce Carter" <BruceCarterEsq@cinci.rr.com>; "James F. Early ESQ.'" <jfe@elslaw.com>
c: "Al Brayton" <ABrayton@braytonlaw.com>; "Gil Purcell" <GPurcell@braytonlaw.com>
ent: 3/31/06 2:13 PM
ubject: RE: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)



>>> "Bruce Carter" <BruceCarterEsq@cinci.rr.com> 3/31/2006 10:56:53 AM >>>
Iere are my comments:



ruce

his email message is for the sole use of the intended recipient(s) and may
ontain confidential and privileged information. Any unauthorized review,
se, disclosure or distribution is prohibited. Recipients are requested not
 disclose, share or forward this e-mail without permission of the sender.
f you are not the intended recipient, please contact the sender by reply
mail and destroy all copies of the original message.

ruce Carter, Esq.
458 Yosemite Drive
airfield, OH 45014
hone (513) 829-7553
ax (513) 829-4579
-Mail: BruceCarterEsq@cinci.rr.com  <mailto:BruceCarterEsq@cinci.rr.com>
icensed in Ohio, West Virginia, Texas and Pennsylvania

-----Original Message-----
rom: James F. Early ESQ. [mailto:jfe@elslaw.com]
 riday, March 31, 2006 9:37 AM
o: James F. Early ESQ.; Chris Andreas
Cc: Al Brayton; Gil Purcell; BruceCarterEsq@cinci.rr.com
ubject: RE: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)

would like to file the amended proofs of claim today.

-----Original Message-----
James F. Early ESQ.
nt: Friday, March 31, 2006 8:40 AM
o: 'Chris Andreas'
c: Al Brayton; Gil Purcell; BruceCarterEsq@cinci.rr.com
ubject: RE: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)

'e received a copy of the subpoena by the defendants of the Celotex trust
cords as well as the Turst's response.

-----Original Message-----
rom: Chris Andreas [mailto:CAndreas@braytonlaw.com]
ent: Monday, March 27, 2006 5:09 PM
o: James F. Early ESQ.
c: Al Brayton; Gil Purcell; BruceCarterEsq@cinci.rr.com
ubject: Fwd: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)

urther the prior e-mail, here is the transcript of what Judge Hanna wants
have resolved before we start the trial back up.

>> <Dcmpovinel@aol.com>3/27/2006 1:57 PM >>>
entlemen,

d please find the subject E-Transcript.

hank you,

Maureen Povinelli

## nmacalpine



From:   "mmacalpine" <mmacalpine@elslaw.com>
To:     "Nicole Salato" <nsalato@elslaw.com>
Sent:   Friday, March 31, 2006 5:51 PM
Subject: Re: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)

ic asked me to work on these on Monday, so don't worry about doing them.

Maya

--- Original Message -----
From: "James F. Early ESQ." <jfe@elslaw.com>
To: "Bruce Carter" <BruceCarterEsq@cinci.rr.com>; "James F. Early ESQ."
<jfe@elslaw.com>; "Chris Andreas" <CAndreas@braytonlaw.com>
Cc: "Al Brayton" <ABrayton@braytonlaw.com>; "Gil Purcell"
<GPurcell@braytonlaw.com>; "Eric Mudry" <ericm@iimsnet.com>; "Maya
MacAlpine" <mmacalpine@elslaw.com>; "Nicole Salato" <nsalato@elslaw.com>;
"Steve Rinaldi" <stever@iimsnet.com>; "Chris Meisenkothen"
<cmeisenkothen@elslaw.com>; "Chris Meisenkothen" <cmeisenkothen@elslaw.com>
Sent: Friday, March 31, 2006 3:55 PM
Subject: RE: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)



-----Original Message-----
From: "Bruce Carter" <BruceCarterEsq@cinci.rr.com>
To: "James F. Early ESQ." <jfe@elslaw.com>; "Chris Andreas"
<CAndreas@braytonlaw.com>
Cc: "Al Brayton" <ABrayton@braytonlaw.com>; "Gil Purcell"
<GPurcell@braytonlaw.com>
Sent: 3/31/06 1:57 PM
Subject: RE: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)

7/26/2006



ruce

his email message is for the sole use of the intended recipient(s) and may
ontain confidential and privileged information. Any unauthorized review,
se, disclosure or distribution is prohibited. Recipients are requested not
) disclose, share or forward this e-mail without permission of the sender.
you are not the intended recipient, please contact the sender by reply
mail and destroy all copies of the original message.

ruce Carter, Esq.
458 Yosemite Drive
airfield, OH 45014
hone (513) 829-7553
a    13) 829-4579
     : BruceCarterEsq@cinci.rr.com <mailto:BruceCarterEsq@cinci.rr.com>
icensed in Ohio, West Virginia, Texas and Pennsylvania

---Original Message-----
rom: James F. Early ESQ. [mailto:jfe@elslaw.com]
ent: Friday, March 31, 2006 9:37 AM
o: James F. Early ESQ.; Chris Andreas
:c: Al Brayton; Gil Purcell; BruceCarterEsq@cinci.rr.com
ubject: RE: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)

would like to file the amended proofs of claim today.

---Original Message-----
rom: James F. Early ESQ.
ent: Friday, March 31, 2006 8:40 AM
o: 'Chris Andreas'
:c: Al Brayton; Gil Purcell; BruceCarterEsq@cinci.rr.com
ubject: RE: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)

Je received a copy of the subpoena by the defendants of the Celotex trust
ecords as well as the Turst's response.

iginal Message-----
     . Chris Andreas [mailto:CAndreas@braytonlaw.com]
ent: Monday, March 27, 2006 5:09 PM
o: James F. Early ESQ.
:c: Al Brayton; Gil Purcell; BruceCarterEsq@cinci.rr.com

7/26/2006

bject: Fwd: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)

rther the prior e-mail, here is the transcript of what Judge Hanna wants
h... resolved before we start the trial back up.

> <Dcmpovinel@aol.com> 3/27/2006 1:57 PM >>>
entlemen,

tached please find the subject E-Transcript.

iank you,

aureen Povinelli

## nmacalpine



**From:** "mmacalpine" <mmacalpine@elslaw.com>
"Felicia Jimmink" <FJimmink@braytonlaw.com>
"Ryan Poole" <RPoole@braytonlaw.com>
**Sent:** Monday, April 03, 2006 10:21 AM
**Subject:** Re: Harry Kananian

Would someone send me Jack Kananian's social security number for the amended claim forms? We have Ann's but since Jack is the administrator, we need his. Thank you!

----- Original Message -----
From: "Felicia Jimmink" <FJimmink@braytonlaw.com>
To: "mmacalpine" <mmacalpine@elslaw.com>
Sent: Friday, March 24, 2006 1:16 PM
Subject: Re: Harry Kananian

Maya:

Here are the depositions of Harry Kananian. Thank you.

Felicia M. Jimmink, Paralegal
Brayton <>Purcell LLP
felicia@braytonlaw.com

>>> "mmacalpine" <mmacalpine@elslaw.com> 3/24/2006 7:47 AM >>>
Hi Felicia,

Would you, as soon as possible, send me Harry Kananian's deposition(s). Apparently we have Jack Kananian's deposition, but we need Harry's. If you could send it by way of email today if at all possible that'd be great. Thanks!

Maya

## nmacalpine



"mmacalpine" <mmacalpine@elslaw.com>
"Eric Mudry" <EricM@iimsnet.com>
"Nicole Salato" <nsalato@elslaw.com>
Sent:      Monday, April 03, 2006 10:52 AM
Subject:   Re: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)

Have made all the requested edits.  I've emailed Brayton's office because
don't believe we have Jack's SS#.  We need it since he is the
Administrator for the estate.  Other than that, they're pretty much good to
o.

Maya

--- Original Message -----
rom: "Eric Mudry" <EricM@iimsnet.com>
o: <mmacalpine@elslaw.com>
ent: Friday, March 31, 2006 5:22 PM
Jbject: FW: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)

-----Original Message-----
From: James F. Early ESQ. [mailto:jfe@elslaw.com]
Se... · Friday, March 31, 2006 3:59 PM
        Eric Mudry; Steve Rinaldi
Subject: FW: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)

Guys, can we get these worked on quickly and incorporate Bruce Carter's
helpful comments?

ımacalpine



"Eric Mudry" <EricM@iimsnet.com>
"mmacalpine" <mmacalpine@elslaw.com>
:c:      "Nicole Salato" <nsalato@elslaw.com>; "Linda Molinari" <Lindam@iimsnet.com>; <jfe@elslaw.com>
ent:    Monday, April 03, 2006 11:07 AM
ubject:  RE: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)

aya,

an you leave them with me to review with JFE this afternoon.

ease mark the claim with post its ms where you added the suggested modifications from each email.
ease print our each email as well so that we can easily review what was asked to be added with what you
tually did.

x,
:

---Original Message-----
om: mmacalpine [mailto:mmacalpine@elslaw.com]
ent: Monday, April 03, 2006 10:53 AM
: Eric Mudry
c: Nicole Salato
ubject: Re: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)



have made all the requested edits.  I've emailed Brayton's office because
don't believe we have Jack's SS#.  We need it since he is the
dministrator for the estate.  Other than that, they're pretty much good to
o.

.
Maya

---.Original Message ----
rom: "Eric Mudry" <EricM@iimsnet.com>
o: <mmacalpine@elslaw.com>
ent: Friday, March 31, 2006 5:22 PM
ubject: FW: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)

'---Original Message-----
From: James F. Early ESQ. [mailto:jfe@elslaw.com]
Sent: Friday, March 31, 2006 3:59 PM
To: Eric Mudry; Steve Rinaldi
Subject: FW: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)

Guys, can we get these worked on quickly and incorporate Bruce Carter's
helpful comments?

## mmacalpine



"Ryan Poole" <RPoole@braytonlaw.com>
"Felicia Jimmink" <FJimmink@braytonlaw.com>; "mmacalpine" <mmacalpine@elslaw.com>
ent:    Monday, April 03, 2006 12:22 PM
ubject:    Re: Harry Kananian

1-46-0945

>> "mmacalpine"  <mmacalpine@elslaw.com > 4/3/2006 7:21 AM >>>
uld someone send me Jack Kananian's social security number for the
ended
im forms?  We have Ann's but since Jack is the administrator, we
ed
.  Thank you!

-- Original Message -----
om: "Felicia Jimmink" <FJimmink@braytonlaw.com >
: "mmacalpine"  <mmacalpine@elslaw.com >
nt: Friday, March 24, 2006 1:16 PM
bject: Re: Harry Kananian


rya:

ere are the depositions of Harry Kananian.  Thank you.

licia M. Jimmink, Paralegal
ayton <>Purcell LLP
icia@braytonlaw.com


>> "mmacalpine"  <mmacalpine@elslaw.com > 3/24/2006 7:47 AM >>>
Felicia,

uld you, as soon as possible, send me Harry Kananian's
position(s).
pparently we have Jack Kananian's deposition, but we need Harry's.  If
u
uld send it by way of email today if at all possible that'd be
eat.
anks!

Maya

nmacalpine

From: "mmacalpine" <mmacalpine@elslaw.com>
To: "Ryan Poole" <RPoole@braytonlaw.com>
Sent: Monday, April 03, 2006 3:24 PM
Subject: Re: Harry Kananian

hank you.

--- Original Message -----
rom: "Ryan Poole" <RPoole@braytonlaw.com>
o: "Felicia Jimmink" <FJimmink@braytonlaw.com>; "mmacalpine"
mmacalpine@elslaw.com>
ent: Monday, April 03, 2006 12:22 PM
ubject: Re: Harry Kananian


·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

·>>> "mmacalpine" <mmacalpine@elslaw.com> 4/3/2006 7:21 AM >>>
·Could someone send me Jack Kananian's social security number for the
·amended
·claim forms? We have Ann's but since Jack is the administrator, we
·need
·his. Thank you!
·
·       Original Message -----
·      m: "Felicia Jimmink" <FJimmink@braytonlaw.com>
·To: "mmacalpine" <mmacalpine@elslaw.com>
·Sent: Friday, March 24, 2006 1:16 PM
·Subject: Re: Harry Kananian
·
·
·Maya:
·
·Here are the depositions of Harry Kananian. Thank you.
·
·Felicia M. Jimmink, Paralegal
·Brayton <>Purcell LLP
·felicia@braytonlaw.com
·
·
·>>> "mmacalpine" <mmacalpine@elslaw.com> 3/24/2006 7:47 AM >>>
·Hi Felicia,
·
·Could you, as soon as possible, send me Harry Kananian's
·deposition(s).
·Apparently we have Jack Kananian's deposition, but we need Harry's. If
·you
·     I send it by way of email today if at all possible that'd be
·great.
·Thanks!
·

Maya

James F. Early ESQ.

|  | Chris Andreas [CAndreas@braytonlaw.com] |
|---|---|
| **:** | Wednesday, April 05, 2006 1:31 PM |
| **To:** | James F. Early ESQ. |
| **Cc:** | Al Brayton; Felicia Jimmink; BruceCarterEsq@cinci.rr.com; Chris Meisenkothen |
| **Subject:** | Bill- Legal Consult (Kananian) |

Attachments:     24240 bill Atty.pdf



24240 bill Atty.pdf
(12 KB)

Jim,



Regards,

Chris

1

## POTTS & NOVOTNEY

ATTORNEYS AT LAW

600 STANDARD BUILDING

1370 ONTARIO STREET

CLEVELAND, OHIO 44113

FAX (216) 687-4235

TIMOTHY J. POTTS
(216) 348-0800

GEORGE C. NOVOTNEY
(216) 696-6200

March 27, 2006

Jack Kananian
6507 Tudor Circle
Brecksville, OH 44141

### STATEMENT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*Please Make Check Payable to Timothy J. Potts*

Thank you.

nmacalpine



    "James F. Early ESQ." <jfe@elslaw.com>
    <mmacalpine@elslaw.com>
;c:  "Eric Mudry" <ericm@iimsnet.com>; <stever@iimsnet.com>
Sent:  Friday, April 07, 2006 12:07 PM
Subject:  FW: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)

---Original Message-----
:om: Chris Andreas [mailto:CAndreas@braytonlaw.com]
:nt: Friday, March 31, 2006 4:43 PM
): Bruce Carter; James F. Early ESQ.
:: Al Brayton; Christina Skubic; Gil Purcell; Chris Meisenkothen; Maya
:acAlpine; Nicole Salato; Eric Mudry; Steve Rinaldi
ibject: RE: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)



>> "James F. Early ESQ." <jfe@elslaw.com>3/31/2006 1:04 PM >>>



---Original Message-----
rom: "Chris Andreas" <CAndreas@braytonlaw.com>
'o: "Bruce Carter" <BruceCarterEsq@cinci.rr.com>; "James F. Early
SQ.'" <jfe@elslaw.com>
:: "Al Brayton" <ABrayton@braytonlaw.com>; "Gil Purcell"
GPurcell@braytonlaw.com>
:nt: 3/31/06 2:13 PM
ubject: RE: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)





>>"Bruce Carter" <BruceCarterEsq@cinci.rr.com>3/31/2006 10:56:53 AM
>> >>>



mail message is for the sole use of the intended recipient(s) and
contain confidential and privileged information. Any unauthorized
view, use, disclosure or distribution is prohibited. Recipients are
quested not to disclose, share or forward this e-mail without



Carter, Esq.
58 Yosemite Drive
irfield, OH 45014
one (513) 829-7553
x (513) 829-4579
Mail: BruceCarterEsq@cinci.rr.com <mailto:BruceCarterEsq@cinci.rr.com>
censed in Ohio, West Virginia, Texas and Pennsylvania

--Original Message-----
om: James F. Early ESQ. [mailto:jfe@elslaw.com]
nt: Friday, March 31, 2006 9:37 AM
: James F. Early ESQ.; Chris Andreas
: Al Brayton; Gil Purcell; BruceCarterEsq@cinci.rr.com
ibject: RE: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)

would like to file the amended proofs of claim today.

--Original Message-----
rom: James F. Early ESQ.
nt: Friday, March 31, 2006 8:40 AM
o: 'Chris Andreas'
c: Al Brayton; Gil Purcell; BruceCarterEsq@cinci.rr.com
: RE: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)

7e received a copy of the subpoena by the defendants of the Celotex
ust records as well as the Turst's response.

--Original Message-----
rom: Chris Andreas [mailto:CAndreas@braytonlaw.com]
ent: Monday, March 27, 2006 5:09 PM
o: James F. Early ESQ.
: Al Brayton; Gil Purcell; BruceCarterEsq@cinci.rr.com
ubject: Fwd: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)

urther the prior e-mail, here is the transcript of what Judge Hanna
ants to have resolved before we start the trial back up.

>>> <Dcmpovinel@aol.com>3/27/2006 1:57 PM >>>
entlemen,

ttached please find the subject E-Transcript.

hank you,

areen Povinelli

 ımacalpine

"ımmacalpine" <mmacalpine@elslaw.com>
"Chris Andreas" <CAndreas@braytonlaw.com>
ent:       Friday, April 07, 2006 4:42 PM
ıubject:   Re: Kananian

torney Andreas,

ıich office do you work out of?  I am going to send you copies of the
⁊ised claims submitted for the Kananian case as well as the reimbursement
eck you requested from Jim.  Thank you.

Iaya

-- Original Message -----
om: "Chris Andreas"  <CAndreas@braytonlaw.com>
⁊: "Bruce Carter"  <BruceCarterEsq@cinci.rr.com>; "James F. Early ESQ."
fe@elslaw.com>
:: "Al Brayton"  <ABrayton@braytonlaw.com>; "Christina Skubic"
⁊Skubic@braytonlaw.com>; "Gil Purcell"  <GPurcell@braytonlaw.com>; "Chris
eisenkothen"  <cmeisenkothen@elslaw.com>; "Maya MacAlpine"
ımmacalpine@elslaw.com>; "Nicole Salato"  <nsalato@elslaw.com>; "Eric Mudry"
⁊ricm@iimsnet.com>; "Steve Rinaldi"  <steven@iimsnet.com>
nt: Friday, March 31, 2006 5:43 PM
.bject: RE: Kananian vs. Lorillard Hearing Transcript Excerpt(3/27/06)



ıanks Jim.

**ımacalpine**



"Chris Andreas" <CAndreas@braytonlaw.com>
"mmacalpine" <mmacalpine@elslaw.com>
"Felicia Jimmink" <FJimmink@braytonlaw.com>
c:
ent:        Friday, April 07. 2006 6:17 PM
ubject:    Re: Kananian

ase send the check to Felicia Jimmink of my office

ıyton Purcell
? Rush Landing Road
ıvato, CA  94945

n you scan and send me the copies of the amended forms by e-mail?

anks.
:
>>"mmacalpine" <mmacalpine@elslaw.com>4/7/2006 1:42 PM >>>
torney Andreas,

hich office do you work out of?  I am going to send you copies of the
:.
ıised claims submitted for the Kananian case as well as the
ınbursement
eck you requested from Jim.  Thank you.


laya

-- Original Message -----
om: "Chris Andreas"  <CAndreas@braytonlaw.com>
): "Bruce Carter"  <BruceCarterEsq@cinci.rr.com>; "James F. Early ESQ."

fe@elslaw.com>
:: "Al Brayton"  <ABrayton@braytonlaw.com>; "Christina Skubic"
CSkubic@braytonlaw.com>; "Gil Purcell"  <GPurcell@braytonlaw.com>;
)hris
eisenkothen"  <cmeisenkothen@elslaw.com>; "Maya MacAlpine"
ıimmacalpine@clslaw.com>; "Nicole Salato"  <nsalato@elslaw.com>; "Eric
iidry"
ericm@iimsnet.com>; "Steve Rinaldi"  <stever@iimsnet.com>
:nt: Friday, March 31, 2006 5:43 PM
ıbject: RE: Kananian vs. Lorillard Hearing Transcript
xcerpt(3/27/06)


ıreat…..and I agree that you should send a letter to the trusts with
ıe
ınınded forms.

his is what we put in ours to JM……

We identified a clerical error in the claim form when reviewing the
:.
:ıs                                                                      7/26/2006

m

esponse to subpoena.  The amended claim form is being submitted so

s the correct data with regard to this claimant. Please advise

; in any way affects the prior disposition of this claim.

anks Jim.

nmacalpine



| | "mmacalpine" <mmacalpine@elslaw.com> |
| | "Chris Andreas" <CAndreas@braytonlaw.com> |
| | Tuesday, April 11, 2006 9:04 AM |
| Subject: | Re: Kananian |

was not in the office yesterday, but I can scan and send them to you
day.

Maya

----- Original Message -----
om: "Chris Andreas" <CAndreas@braytonlaw.com>
o: "mmacalpine" <mmacalpine@elslaw.com>
c: "Felicia Jimmink" <FJimmink@braytonlaw.com>
nt: Friday, April 07, 2006 6:17 PM
ibject: Re: Kananian


Please send the check to Felicia Jimmink of my office

Brayton Purcell
222 Rush Landing Road
Novato, CA 94945

Can you scan and send me the copies of the amended forms by e-mail?

 nks.

>>> "mmacalpine" <mmacalpine@elslaw.com> 4/7/2006 1:42 PM >>>
Attorney Andreas,

Which office do you work out of? I am going to send you copies of the

revised claims submitted for the Kananian case as well as the
reimbursement
check you requested from Jim. Thank you.

--Maya

----- Original Message -----
From: "Chris Andreas" <CAndreas@braytonlaw.com>
To: "Bruce Carter" <BruceCarterEsq@cinci.rr.com>; "James F. Early ESQ."

<jfe@elslaw.com>
Cc: "Al Brayton" <ABrayton@braytonlaw.com>; "Christina Skubic"
<CSkubic@braytonlaw.com>; "Gil Purcell" <GPurcell@braytonlaw.com>;
"Chris
Meisenkothen" <cmeisenkothen@elslaw.com>; "Maya MacAlpine"
macalpine@elslaw.com>; "Nicole Salato" <nsalato@elslaw.com>; "Eric
Mudry"
<ericm@iimsnet.com>; "Steve Rinaldi" <stever@iimsnet.com>
Sent: Friday, March 31, 2006 5:43 PM

7/06/2006

**ımacalpine**



c:   "mmacalpine" <mmacalpine@elslaw.com>
     "Chris Andreas" <CAndreas@braytonlaw.com>
     "Felicia Jimmink" <FJimmink@braytonlaw.com>
ent:  Tuesday, April 11, 2006 10:52 AM
.ttach:  CLAIMS KANANIAN HARRY 48 REVISED.PDF; CLAIMS KANANIAN HARRY AM REVISED.PDF; CLAIMS
        KANANIAN HARRY CX REVISED.PDF; CLAIMS KANANIAN HARRY EP REVISED.PDF; CLAIMS KANANIAN
        HARRY HK REVISED.PDF; CLAIMS KANANIAN HARRY UNR REVISED.PDF
;ubject:  Re: Kananian

tached are the revised claim forms.

faya
-- Original Message -----
ɔnı: "Chris Andreas"  <CAndreas@braytonlaw.com>
ı: "mmacalpine"  <mmacalpine@elslaw.com>
:: "Felicia Jimmink"  <FJimmink@braytonlaw.com>
ını: Friday, April 07, 2006 6:17 PM
bject: Re: Kananian

Please send the check to Felicia Jimmink of my office

Brayton Purcell
222 Rush Landing Road
N   ato, CA 94945
Can you scan and send me the copies of the amended forms by e-mail?

Thanks.

>>> "mmacalpine" <mmacalpine@elslaw.com>4/7/2006 1:42 PM >>>
Attorney Andreas,

Which office do you work out of?  I am going to send you copies of the

revised claims submitted for the Kananian case as well as the
reimbursement
check you requested from Jim.  Thank you.

-Maya

>----- Original Message -----
>From: "Chris Andreas"  <CAndreas@braytonlaw.com>
>To: "Bruce Carter"  <BruceCarterEsq@cinci.rr.com>, "James F. Early ESQ."
>
> <jfe@elslaw.com>
>Cc: "Al Brayton"  <ABrayton@braytonlaw.com>, "Christina Skubic"
>   kubic@braytonlaw.com>, "Gil Purcell"  <GPurcell@braytonlaw.com>,
    ris
>Meisenkothen"  <cmeisenkothen@elslaw.com>, "Maya MacAlpine"
> <mmacalpine@elslaw.com>, "Nicole Salato"  <nsalato@elslaw.com>, "Eric
>Mudry"

7/26/2006

<ericm@iimsnet.com>, "Steve Rinaldi" <stever@iimsnet.com>
Sent: Friday, March 31, 2006 5:43 PM
Subject: RE: Kananian vs. Lorillard Hearing Transcript
⬤ rpt(3/27/06)

Great.....and I agree that you should send a letter to the trusts with
the
amended forms.

This is what we put in ours to JM......

We identified a clerical error in the claim form when reviewing the
claim
in response to subpoena. The amended claim form is being submitted so
the
Trust has the correct data with regard to this claimant. Please advise
if
this in any way affects the prior disposition of this claim.

Thanks Jim.

macalpine

    "Chris Andreas" <CAndreas@braytonlaw.com>
"mmacalpine" <mmacalpine@elslaw.com>
ent:    Tuesday, April 11, 2006 9:07 PM
ubject:    Re: Kananian

l you send these out to the trusts already?

>>"mmacalpine" <mmacalpine@elslaw.com> 4/11/2006 7:56 AM >>>
:ached please find the Eagle Picher and Celotex revised claim forms.

aya

r Original Message -----
>m: "Chris Andreas" <CAndreas@braytonlaw.com>
: "mmacalpine" <mmacalpine@elslaw.com>
; "Felicia Jimmink" <FJimmink@braytonlaw.com>
at! Friday, April 07, 2006 6:17 PM
bject: Re: Kananian

Please send the check to Felicia Jimmink of my office

Brayton Purcell
222 Rush Landing Road
Novato, CA 94945

Can you scan and send me the copies of the amended forms by e-mail?

Thanks.

>>>"mmacalpine" <mmacalpine@elslaw.com> 4/7/2006 1:42 PM >>>
Attorney Andreas,

Which office do you work out of? I am going to send you copies of the

revised claims submitted for the Kananian case as well as the
reimbursement
check you requested from Jim. Thank you.

Maya

----- Original Message -----
From: "Chris Andreas" <CAndreas@braytonlaw.com>
To: "Bruce Carter" <BruceCarterEsq@cinci.rr.com>; "James F. Early ESQ."
<jfe@elslaw.com>
Cc: "Al Brayton" <ABrayton@braytonlaw.com>; "Christina Skubic"
<Skubic@braytonlaw.com>; "Gil Purcell" <GPurcell@braytonlaw.com>;
ris
Meisenkothen" <cmeisenkothen@elslaw.com>; "Maya MacAlpine"
<mmacalpine@elslaw.com>; "Nicole Salato" <nsalato@elslaw.com>; "Eric
Mudry"

4/26/2006

ericm@iimsnet.com >, "Steve Rinaldi" <steve@iimsnet.com>
ent: Friday, March 31, 2006 5:43 PM
ubject: RE: Kananian vs. Lorillard Hearing Transcript
pt(3/27/06)



mmacalpine

---

"Chris Andreas" <CAndreas@braytonlaw.com>
"mmacalpine" <mmacalpine@elslaw.com>
ent:     Tuesday, April 11, 2006 12:11 PM
ubject:   Re: Kananian

anks

>>"mmacalpine" <mmacalpine@elslaw.com>4/11/2006 6:04:31 AM >>>
vas not in the office yesterday, but I can scan and send them to you
lay.

laya
- Original Message -----
om: "Chris Andreas" <CAndreas@braytonlaw.com>
): "mmacalpine" <mmacalpine@elslaw.com>
:: "Felicia Jimmink" <FJimmink@braytonlaw.com>
nt: Friday, April 07, 2006 6:17 PM
bject: Re: Kananian
>·
>,.
Please send the check to Felicia Jimmink of my office

Brayton Purcell
22? Rush Landing Road
⬤ ato, CA  94945
·Can you scan and send me the copies of the amended forms by e-mail?
·
·Thanks.
·.
·>>>"mmacalpine" <mmacalpine@elslaw.com>4/7/2006 1:42 PM >>>
·Attorney Andreas,
·.
·Which office do you work out of?  I am going to send you copies of the
·:.
·revised claims submitted for the Kananian case as well as the
·reimbursement
·check you requested from Jim.  Thank you.
>
>-Maya
>
>----- Original Message -----
>From: "Chris Andreas" <CAndreas@braytonlaw.com>
>To: "Bruce Carter" <BruceCarterEsq@cinci.rr.com>; "James F. Early ESQ."
> :
> <jfe@elslaw.com>
> ⬤ "Al Brayton" <ABrayton@braytonlaw.com>; "Christina Skubic"
> ⬤ skubic@braytonlaw.com>; "Gil Purcell" <GPurcell@braytonlaw.com>;
>"Chris
>Meisenkothen" <cmeisenkothen@elslaw.com>; "Maya MacAlpine"
>·<mmacalpine@elslaw.com>; "Nicole Salato" <nsalato@elslaw.com>; "Eric
·?.

ludry"
ericm@iimsnet.com>, "Steve Rinaldi" <stever@iimsnet.com>
ent: Friday, March 31, 2006 5:43 PM
t: RE: Kananian vs. Lorillard Hearing Transcript
pt(3/27/06)



nmacalpine
_____



    "mmacalpine" <mmacalpine@elslaw.com>
    "Chris Andreas" <CAndreas@braytonlaw.com>
ient:    Wednesday, April 12, 2006 8:59 AM
iubject:    Re: Kananian

s, they went out to the trusts on Friday.

-- Original Message -----
om: "Chris Andreas"  <CAndreas@braytonlaw.com>
): "mmacalpine"  <mmacalpine@elslaw.com>
nt: Tuesday, April 11, 2006 9:07 PM
bject: Re: Kananian


id you send these out to the trusts already?

>>"mmacalpine"  <mmacalpine@elslaw.com>4/11/2006 7:56 AM >>>
:tached please find the Eagle Picher and Celotex revised claim forms.

Iaya
-- Original Message -----
om: "Chris Andreas"  <CAndreas@braytonlaw.com>
): "mmacalpine"  <mmacalpine@elslaw.com>
:: "Felicia Jimmink"  <FJimmink@braytonlaw.com>
    riday, April 07, 2006 6:17 PM
ibject: Re: Kananian


Please send the check to Felicia Jimmink of my office

Brayton Purcell
222 Rush Landing Road
Novato, CA 94945

Can you scan and send me the copies of the amended forms by e-mail?

Thanks.

>>>"mmacalpine"  <mmacalpine@elslaw.com>4/7/2006 1:42 PM >>>
Attorney Andreas,

Which office do you work out of?  I am going to send you copies of the

revised claims submitted for the Kananian case as well as the
reimbursement
check you requested from Jim.  Thank you.

aya
>
>----- Original Message -----
>From: "Chris Andreas"  <CAndreas@braytonlaw.com>

Subject: RE: Kananian vs. Lorillard Hearing Transcript
Excerpt(3/27/06)



macalpine



"Chris Andreas" <CAndreas@braytonlaw.com>
"mmacalpine" <mmacalpine@elslaw.com>
Wednesday, April 12, 2006 11:54 AM
.bject:    Re: Kananian

nks

>> "mmacalpine" <mmacalpine@elslaw.com> 4/12/2006 5:59:08 AM >>>
;, they went out to the trusts on Friday.

- Original Message -----
om: "Chris Andreas" <CAndreas@braytonlaw.com>
: "mmacalpine" <mmacalpine@elslaw.com>
it: Tuesday, April 11, 2006 9:07 PM
ject: Re: Kananian

d you send these out to the trusts already?

>> "mmacalpine" <mmacalpine@elslaw.com> 4/11/2006 7:56 AM >>>
ached please find the Eagle Picher and Celotex revised claim forms.

aya
-- Original Message -----
Chris Andreas" <CAndreas@braytonlaw.com>
mmacalpine" <mmacalpine@elslaw.com>
: "Felicia Jimmink" <FJimmink@braytonlaw.com>
nt: Friday, April 07, 2006 6:17 PM
bject: Re: Kananian

Please send the check to Felicia Jimmink of my office

Brayton Purcell
222 Rush Landing Road
Novato, CA 94945

Can you scan and send me the copies of the amended forms by e-mail?

Thanks.

>>> "mmacalpine" <mmacalpine@elslaw.com> 4/7/2006 1:42 PM >>>
Attorney Andreas,

Which office do you work out of?  I am going to send you copies of the

ed claims submitted for the Kananian case as well as the
bursement
check you requested from Jim.  Thank you.

-Maya

--- Original Message -----
rom: "Chris Andreas" <CAndreas@braytonlaw.com>
    Bruce Carter" <BruceCarterEsq@cinci.rr.com>; "James F. Early ESQ."

fe@elslaw.com>
c: "Al Brayton" <ABrayton@braytonlaw.com>; "Christina Skubic"
CSkubic@braytonlaw.com>; "Gil Purcell" <GPurcell@braytonlaw.com>;
Chris
Meisenkothen" <cmeisenkothen@elslaw.com>; "Maya MacAlpine"
mmacalpine@elslaw.com>; "Nicole Salato" <nsalato@elslaw.com>; "Eric
Audry"
ericm@iimsnet.com>; "Steve Rinaldi" <stever@iimsnet.com>
ent: Friday, March 31, 2006 5:43 PM
Subject: RE: Kananian vs. Lorillard Hearing Transcript
Excerpt(3/27/06)

