# EXHIBIT 2



From: Felicia Jimmink
To: Chris Andreas; Christina Skubic
Date: Mon, Mar 13, 2006 12:40 PM
Subject: Re: We need to get the complete file .....

Please see attached. This is the ?aire from ELS, although I'm not sure if this is what you are looking for, they are FED EX'ing their file to me today, so I'll have more info tomorrow.

>>> Chris Andreas 3/13/2006 10:45 AM >>>
Thanks

>>> Felicia Jimmink 3/13/2006 10:33 AM >>>
I've got an email into ELS office, will advise and f/u with a phone call.. ..

>>> Chris Andreas 3/13/2006 9:34 AM >>>
We already have the "fictional" claims from ELS. Jack Kananian said in his depo at page 9 that he and his father filled out some sort of info sheet for ELS and sent it in. When asked about the claim form information at his depo he said he could only guess that it was transcribed from the info sheet they sent in. I would like to see that form if ELS still has it

>>> Christina Skubic 3/13/2006 9:10 AM >>>
FMJ, can you call Early and find out what docs they have re intake for BK claims? I can get the BK claims themselves, but I think CEA already has them.

>>> Chris Andreas 3/12/2006 3:27 PM >>>
for the Kananian case from Early Ludwick & Sweeney. Clients filled out info form(s) sent to them by ELS and then ELS took that info and prepared and submitted some horribly misleading BK forms. There is no way what our client sent them matches what they put in these forms.

I want to see exactly what the clients submitted to ELS.

Can we get a copy of their file regarding BK submissions asap? In particular the info form(s) filled out by Harrry and/or Jack and Ann Kananian?

Thanks

CC: Jacqueline Loveless