# EXHIBIT 6

| Chris Andreas - Bill- Legal Consult (Kananian) | Page 1 |
|---|---|

| From: | Chris Andreas |
|---|---|
| To: | jfe@elslaw.com |
| Date: | Wed, Apr 5, 2006 10:31 AM |
| Subject: | Bill- Legal Consult (Kananian) |

Jim,

Attached please find a bill from criminal attorney Timothy J. Potts of Cleveland, OH, in the amount of $350.00, to cover his fee for a consultation with Jack Kananian

Mr. Potts advised Jack he had nothing to worry about.

I am requesting that you remit pament of half this bill: $175.00

Can you please confirm you will forward him a check in this amount? We are forwarding our half.

I would also like to receive copies of the final versions of the amended claim forms your office prepared and submitted as we are required to turn those over to Lorillard asap.

We should coordinate our response to the discovery that is forthcoming from Lorillard. I expect to start seeing it in the next several weeks. Depositions of folks from both our offices to follow.

Regards,

Chris

CC:    .Al Brayton;  Brucecarteresq@cinci.rr com;  Chris Meisenkothen;  Felicia Jimmink