IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al. | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Re: Docket No. 15089 and 15303 |

**ORDER DISMISSING AS MOOT DEBTORS' EMERGENCY MOTION TO QUASH SPEIGHT & RUNYAN SUBPOENA OF DEPOSITION OF DR. ARTHUR LANGER**

Upon consideration of the Debtors' Emergency Motion to Quash Speights & Runyan Subpoena of Deposition of Dr. Arthur Langer and Request for Expedited Hearing Thereon, and the response thereto, and the Debtors' having indicated that they will make Dr. Langer available for deposition;

IT IS HEREBY ORDERED:

1. Debtors' Motion to Quash is DISMISSED as moot.

April 28, 2007

_Judith K. Fitzgerald_
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

DOCS_DE:126910.1