IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., et al.. | : | Case No. 01-01139 (JKF) |
| | : | |
| Debtor | : | Re: DI 15428 |
| | : | |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 15428

1.  On April 28, 2007, ASBESTOS CLAIMANTS REPRESENTED BY WATERS & KRAUS LLP filed a VERIFIED STATEMENT OF WATERS AND KRAUS, LLP PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019 [DI Ref. No. 15428] which was filed under an incorrect title of document.

2.  Accordingly, ASBESTOS CLAIMANTS REPRESENTED BY WATERS & KRAUS LLP hereby withdraw the entry, Docket No. 15428, which has been properly filed and noticed at Docket No. 15429.

Dated: April 28, 2007

Montgomery, McCracken, Walker
   & Rhoads, LLP

By: ___/s/ Noel C. Burnham_____
Noel C. Burnham (3483)
300 Delaware Avenue, Suite 750
Wilmington, DE  19801
(302) 504-7800
(302) 504-7820 (facsimile)

2179197v1