# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : APRIL 17, 2007
MATTER : 0066609-000004
INVOICE : 10001326

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/07    6548

RE: CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 03/01/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 03/02/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 03/05/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 03/06/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 03/07/07 | MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |

**Buchanan Ingersoll & Rooney** PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   APRIL 17, 2007
                                            MATTER :  0066609-000004
                                            INVOICE : 10001326


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/07   6548

     RE:  CASE ADMINISTRATION
```

| | | |
|---|---|---|
| 03/08/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 03/09/07 TC | Reviewed Order Amending Case Management Order With Respect To Identification of Judge Fitzgerald's Delaware Courtroom Deputy | .30 |
| 03/09/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 03/15/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 03/16/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 03/19/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚖ Rooney PC
**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : APRIL 17, 2007
MATTER : 0066609-000004
INVOICE : 10001326

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/07    6548

RE:  CASE ADMINISTRATION

| | | |
|---|---|---|
| 03/20/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 03/21/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 03/22/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 03/26/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 03/27/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | 1.00 |
| 03/28/07 MNF | Maintained and organized case files by reviewing each incoming pleading, matching the pleading to the docket, and arranging the pleadings and correspondence in chronological order | .50 |

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE  :   APRIL 17, 2007
                                            MATTER :  0066609-000004
                                            INVOICE : 10001326


   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/07   6548

   RE:  CASE ADMINISTRATION


03/30/07 MNF   Maintained and organized case files by         1.00
               reviewing each incoming pleading, matching the
               pleading to the docket, and arranging the
               pleadings and correspondence in chronological
               order
```

```
                T I M E   S U M M A R Y
                -----------------------

                        RATE     HOURS          TOTALS
                        ----     -----          ------

   T. Currier          500.00      .30          150.00
   M. Flores           165.00    16.50         2722.50
                TOTALS           16.80         2872.50


                TOTAL FEES :                        2,872.50


                TOTAL DUE  :                        2,872.50
```

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney pc
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    APRIL 17, 2007
MATTER :  0066609-000005
INVOICE : 10001327

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/07    6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 03/07/07 | TC | Reviewed Order (MODIFIED) Disallowing and Expunging Claim of Anton F. Volovsek | .50 |
| 03/07/07 | TC | Reviewed Debtor-In-Possession Monthly Operating Report for Filing Period January 1, 2007 through January 31, 2007 Filed by W.R. Grace & Co., et al | .70 |
| 03/09/07 | TC | Reviewed Response to Debtor Motion Disallowing Time Barred Claims and Disallowing Claims Involving Products Not Made by the Debtors. Filed by Alfred V. Williams | .60 |
| 03/12/07 | TC | Reviewed Reply Enquiring about Settlement Agreement of Claim #1010 | .60 |
| 03/12/07 | TC | Reviewed Order Expunging Claim No. 14400 Filed by Phillip Shawn Moore and Claim No. 15352 Filed by Marcella Paulette. | .50 |
| 03/12/07 | TC | Reviewed Order on Certain Asbestos Claimants' Firms' Motion to Alter or Amend Supplemental Order Regarding Motions to Compel Claimants to Respond to the W.R. Grace & Co. Asbestos Personal Injury Questionnaire Pursuant to Fed.R.Bankr.P. 9023 and Alternative Request for Entry of a Protective Order. | .40 |
| 03/15/07 | TC | Reviewed Response to Debtors' Objection to Certain Claims Filed by Berger & Montague, P.C. and Richardson, Patrick, Westbrook & Brickman, LLC Filed by Central Wesleyan College, as Representative of the Certified Class of Colleges and Universities | .70 |

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚓ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS           DATE :    APRIL 17, 2007
                                               MATTER :  0066609-000005
                                               INVOICE : 10001327


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/07    6548

     RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)
```

| Date | | Description | Hours |
|------|---|-------------|-------|
| 03/16/07 | TC | Reviewed Order Disallowing and Expunging Claim of Anton F. Volovsek | .30 |
| 03/16/07 | TC | Reviewed Response to Debtors' Twenty-First Omnibus Objection to Cross-Debtor Duplicative Claims (Substantive) Filed by State of Montana Department of Environmental Quality | .60 |
| 03/19/07 | TC | Reviewed Notice of Hearing on Procedures for the April 23 - 25 Adjudication of PD Claim Objections Regarding Product Identification, Statutes of Limitations and Libby Claims on April 9, 2007 at 9:00 A.M. Before The Honorable Judith K. Fitzgerald, in Pittsburgh, Pennsylvania Filed by W.R. Grace & Co., et al.. | .30 |
| 03/19/07 | TC | Reviewed Order Disallowing and Expunging Certain of the Claims of Fresenius Medical Care Holdings, Inc. and Its Affiliates. | .30 |
| 03/19/07 | TC | Reviewed Response to Debtors' Motion for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Three (3) Property Damage Claims Barred by Statues of Repose in Minnesota Filed by Claimants Filed by Motley Rice LLC | 1.10 |
| 03/19/07 | TC | Reviewed Response to Debtors' Motion for Summary Judgment Directed to 10 Claims from the State of New York Filed by Anderson Memorial Hospital | .70 |
| 03/19/07 | TC | Reviewed Objection to Debtors' Motion for an Order Pursuant to F.R.B.P 7056 Disallowing and Expunging Claim Nos. 12315 and 12395 on Product Identification | .60 |

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :     APRIL 17, 2007
                                              MATTER :   0066609-000005
                                              INVOICE : 10001327


       FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/07    6548

       RE:   CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)
```

| Date | | Description | Hours |
|---|---|---|---|
| 03/20/07 | TC | Reviewed Certification of Counsel Regarding Order Approving Stipulation Resolving Certain of G-I Holdings, Inc. and Its Affiliates Filed by W.R. Grace & Co., et al. and proposed form of Order | .80 |
| 03/20/07 | TC | Reviewed Response to Claimant Macerich Fresno Limited Partnership's Motion for Summary Judgment and Debtors' Cross-Motion Pursuant to F.R.B.P. 7056 Disallowing and Expunding Macerich Fresno Limited Partnership's Claim Filed by W.R. Grace & Co., et al. | .60 |
| 03/20/07 | TC | Reviewed Certification of Counsel Regarding Order Approving Stipulation Resolving Certain of the Claims of Century Indemnity Company, et al. Filed by W.R. Grace & Co., et al.. | .60 |
| 03/23/07 | TC | Reviewed Response to Motion to Disallow and Expunge Claims Filed by Ron Skarie | .30 |
| 03/29/07 | TC | Reviewed Joint Motion to Compel Pre-Petition Estimates including confidential exhibits | 1.20 |
| 03/29/07 | TC | Reviewed Objection to Claim Number by Claimant(s) Massachusetts Department of Revenue. . Filed by W.R. Grace & Co., et al | .90 |
| 03/29/07 | TC | Reviewed Omnibus Objection to Claims Twenty-Second (Substantive). Filed by W.R. Grace & Co., et al | .80 |

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    APRIL 17, 2007
                                              MATTER :  0066609-000005
                                              INVOICE : 10001327


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/07   6548

    RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)
```

| | | |
|---|---|---|
| 03/29/07 TC | Reviewed Motion to Expunge Claims Motion and Objection Seeking Entry of an Order (A) Expunging or (B) Reducing and Allowing Claims Paid Post-Petition [Hearing Date: May 2, 2007 at 2:00 PM (in Pittsburgh, PA), Objection Deadline: April 13, 2007 at 4:00 pm. Filed by W.R. Grace & Co., et al | .90 |
| 03/30/07 TC | Reviewed Motion to Compel (Motion Of The Official Committee Of Asbestos Personal Injury Claimants And David T. Austern, The Court Appointed Legal Representative For Future Asbestos Personal Injury Claimants To Compel Testimony And Document Production Concerning Grace's Pre-Petition Estimates Of Its Personal Injury Asbestos Liability) Filed by Official Committee of Asbestos Personal Injury Claimants. Hearing scheduled for 5/2/2007 at 02:00 PM at United States Bankruptcy Court - District of Western PA, Pittsburgh, PA. Objections due by 4/13/2007. | .80 |
| 03/30/07 TC | Reviewed Appellant Designation of Items For Inclusion in Record On Appeal Filed by Baron & Budd, P.C., LeBlanc & Waddell, LLP, Silber Pearlman, LLP | .70 |

```
                    T I M E   S U M M A R Y
                    -----------------------

                            RATE    HOURS           TOTALS
                            ----    -----           ------

    T. Currier              500.00  15.50           7750.00
                    TOTALS          15.50           7750.00
```

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE  :    APRIL 17, 2007
MATTER  :  0066609-000005
INVOICE :  10001327

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/07    6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

. TOTAL FEES :                          7,750.00

TOTAL DUE  :                          7,750.00

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    APRIL 17, 2007
                                              MATTER :  0066609-000006
                                              INVOICE : 10001328


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/07   6548

     RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)



DATE   ATTY   DESCRIPTION OF SERVICES RENDERED                     HOURS
----   ----   -------------------------------                      -----

03/21/07 TC   Reviewed Response to Debtors' Motion for an           .50
              Order Pursuant to F.R.B.P. 7056 Disallowing and
              Expunging Eleven (11) Property Damaged Claims
              Barred by Statutes of Repose in Minnesota,
              North Caroline, Iowa and Tennessee Filed by
              First Presbyterian Church



                     T I M E   S U M M A R Y
                     -----------------------

                          RATE    HOURS        TOTALS
                          ----    -----        ------

T. Currier               500.00    .50         250.00
                TOTALS             .50         250.00


                     TOTAL FEES :                    250.00


                     TOTAL DUE  :                    250.00
```

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC

**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE   :   APRIL 17, 2007
MATTER :   0066609-000010
INVOICE :  10001329

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/07   6548

RE:   EMPLOYMENT APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 03/23/07 | TC | Reviewed Objection to Debtors' Application to Employ nunc pro tunc Forman Perry Watkins Krutz & Tardy LLP as Special Asbestos Personal Injury Third Party Discovery Counsel Filed by United States Trustee for Region 3 | .60 |
| 03/27/07 | TC | Reviewed our motion to raise cap on Lexecon's fees, in preparation for filing tomorrow. | .60 |
| 03/28/07 | TC | Prepared lexecon cap motion for filing; filed same | .50 |
| 03/28/07 | FAP | File Notice and Motion to Modify Order Allowing Lexecon LLC as Asbestos Claims Consultants | .50 |
| 03/28/07 | FAP | Review and revise Notice and Motion to Modify Order Allowing Lexecon LLC as Asbestos Claims Consultants | .30 |
| 03/28/07 | FAP | Discussion with TKC re: filing of Notice and Motion to Modify Order Allowing Lexecon LLC as Asbestos Claims Consultants | .10 |
| 03/28/07 | FAP | Discussion with MNF re: service of Notice and Motion to Modify Order Allowing Lexecon LLC as Asbestos Claims Consultants on special parties and update of 2002 list for same | .20 |
| 03/28/07 | MNF | T/c to Pachulski re: 2002 service list (.1); Serve Motion to Modify Order to Allow Retention of Lexecon (.5); Draft AOS re: same and e-file same (.4) | 1.00 |

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE   : APRIL 17, 2007
MATTER : 0066609-000010
INVOICE : 10001329

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/07   6548

RE:  EMPLOYMENT APPLICATIONS, OTHERS

## T I M E   S U M M A R Y
-----------------------

|              | RATE   | HOURS | TOTALS  |
|--------------|--------|-------|---------|
| T. Currier   | 500.00 | 1.70  | 850.00  |
| F. A. Panchak| 165.00 | 1.10  | 181.50  |
| M. Flores    | 165.00 | 1.00  | 165.00  |
| TOTALS       |        | 3.80  | 1196.50 |

TOTAL FEES :                                    1,196.50

TOTAL DUE  :                                    1,196.50

---

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC

**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    APRIL 17, 2007
                                              MATTER :  0066609-000011
                                              INVOICE : 10001330


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/07   6548

     RE:  FEE APPLICATIONS, APPLICANT
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 03/01/07 | MNF | E-file and serve 63rd monthly fee app of BIR for January 2007; calendar dates(1.0); convert and send same to fee auditor(.5) | 1.50 |
| 03/16/07 | MNF | Review/make edits to pre-bills for February 2007 | 1.00 |
| 03/19/07 | MNF | Review final bills for February 2007 time | .50 |
| 03/20/07 | MNF | Draft/Prepare 64th Monthly fee app of BIR and exhibits re : same for February 2007 | 2.00 |
| 03/21/07 | MNF | Draft, E-file and serve CNO re: 23rd quarterly fee request of BIR for 10/1/06-12/31/06 | 1.50 |
| 03/23/07 | MNF | E-file and serve CNO re: 63rd monthly fee app of BIR (.8); edits to 64th monthly fee app of BIR (.2) | 1.00 |
| 03/29/07 | MNF | E-file and serve 64th monthly fee app of BIR(1.0); calendar dates(.1); convert and send same to fee auditor(.4) | 1.50 |

```
                   T I M E   S U M M A R Y
                   -----------------------

                        RATE    HOURS         TOTALS
                        ----    -----         ------

   M. Flores          165.00     9.00        1485.00
                TOTALS           9.00        1485.00
```

# Buchanan Ingersoll ⚙ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    :   APRIL 17, 2007
MATTER  :   0066609-000011
INVOICE :   10001330

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/07   6548

RE:  FEE APPLICATIONS, APPLICANT


TOTAL FEES :                          1,485.00

TOTAL DUE  :                          1,485.00

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚓ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS       DATE :    APRIL 17, 2007
                                           MATTER :  0066609-000012
                                           INVOICE : 10001331

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/07    6548

    RE:  FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 03/07/07 | MNF | E-file and serve 66th monthly fee app of Kramer Levin for January 2007 | 1.00 |
| 03/19/07 | MNF | Review docket re: objections to 65th monthly fee app of Kramer Levin (.1); Draft CNO re: amended 65th monthly fee app of Kramer Levin (.4); efile and serve CNO re: same (1.0) | 1.50 |
| 03/21/07 | MNF | Draft, E-file and serve 19th quarterly fee request of Kramer Levin for 10/1/06-12/31/06 | 1.50 |
| 03/23/07 | TC | Reviewed cnos for us and kramer levin for fee applications | .60 |
| 03/26/07 | MNF | Edits to 67th monthly fee app of Kramer Levin | .50 |
| 03/29/07 | MNF | E-file and serve 67th monthly fee app of Kramer Levin(1.0); calendar dates(.1; convert and send same to fee auditor (.4) | 1.50 |
| 03/29/07 | MNF | Review docket re: obj. to 66th monthly fee app of Kramer Levin (.2); Draft CNO re: 66th monthly fee app of Kramer Levin (.4) | .60 |

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    APRIL 17, 2007
MATTER :  0066609-000012
INVOICE : 10001331

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/07   6548

RE:  FEE APPLICATIONS, OTHERS

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 500.00 | .60 | 300.00 |
| M. Flores | 165.00 | 6.60 | 1089.00 |
| TOTALS | | 7.20 | 1389.00 |

TOTAL FEES :                1,389.00

TOTAL DUE  :                1,389.00

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚘ Rooney pc
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE :    APRIL 17, 2007
                                             MATTER :  0066609-000014
                                             INVOICE : 10001332

     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/07   6548

     RE:  HEARINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 03/19/07 | TC | Reviewed Notice of Hearing on Procedures for the April 23 - 25 Adjudication of PD Claim Objections Regarding Product Identification, Statutes of Limitations and Libby Claims on April 9, 2007 at 9:00 A.M. Before The Honorable Judith K. Fitzgerald, in Pittsburgh, Pennsylvania Filed by W.R. Grace & Co., et al.. | .30 |

### T I M E   S U M M A R Y

| | RATE | HOURS | | TOTALS |
|---|------|-------|---|--------|
| T. Currier | 500.00 | .30 | | 150.00 |
| TOTALS | | .30 | | 150.00 |

                         TOTAL FEES :              150.00

                         TOTAL DUE  :              150.00

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney pc
**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE :    APRIL 17, 2007
                                             MATTER :  0066609-000015
                                             INVOICE : 10001333


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/07   6548

     RE:  LITIGATION AND LITIGATION CONSULTING
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 03/07/07 | TC | Reviewed Application to Employ nunc pro tunc Forman Perry Watkins Krutz & Tardy LLP as Special Asbestos Personal Injury Third Party Discovery Counsel Filed by W.R. Grace & Co., et al.. | .70 |
| 03/07/07 | TC | Reviewed Motion for Leave from this Court's December 19, 2006 Scheduling Order and December 14, 2006 Case Management Order Regarding the Debtors' Application to Employ Forman Perry Watkins Krutz & Tardy LLP [Related to Docket No. 14720 Filed by W.R. Grace & Co., et al | .70 |
| 03/07/07 | TC | Reviewed Notice of Deposition Postponement [Claims Processing Facility Incorporated Filed by W.R. Grace & Co., et al.. | .40 |
| 03/07/07 | TC | Reviewed Notice of Deposition Postponement [Celotex Trust Filed by W.R. Grace & Co., et al. | .40 |
| 03/07/07 | TC | Reviewed Notice of Deposition Postponement [Claims Management Resource Corporation Filed by W.R. Grace & Co., et al | .40 |
| 03/07/07 | TC | Reviewed Order Regarding Debtors' Agreed Motion for Entry of an Order Confirming That Deposition Testimony of Dr. Philip H. Lucas Is Not Within the Scope of the Health Insurance Portability and Accountability Act. | .40 |

---

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

# Buchanan Ingersoll ⩘ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :      APRIL 17, 2007
MATTER :   0066609-000015
INVOICE : 10001333

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/07   6548

RE:   LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---:|
| 03/07/07 | TC | Reviewed Order Granting Debtors' Motion For Leave From This Court's December 19, 2006 Scheduling Order And December 14, 2006 Case Management Order For The Debtors' Objection To Certain Claims Filed By Berger & Montague, P.C. And Richardson, Patrick, Westbrook & Brockman, LLC | .40 |
| 03/07/07 | TC | Reviewed Amended Notice of Intetion to Take the Deposition of Dr. Donald Pinchin [Related Document No. 13406 Filed by W.R. Grace & Co., et al.. | .50 |
| 03/07/07 | TC | Reviewed third circuit appeal materials for appeal by personal injury claimants committee, including motions to intervene, motion to expedite appeal | 1.40 |
| 03/08/07 | TC | Reviewed Notice of Service of Supplemental and Amended Proof of Claim (Supplementing Claim No. 11308) of San Diego Gas & Electric Company, Sempra Energy and Enova Corporation Filed by San Diego Gas & Electric Company | .50 |
| 03/08/07 | TC | Reviewed Notice of Deposition of Dr. James Millette, Ph.D. Filed by W.R. Grace & Co., et al.. | .60 |
| 03/08/07 | TC | Reviewed Notice of Deposition of Mr. William M. Ewing, CIH Filed by W.R. Grace & Co., et al.. | .60 |
| 03/08/07 | TC | Reviewed Notice of Service of Discovery re Debtors' Responses and Objections to Certain Canadian Property Damage Claimants' First Set of Interrogatories and First Request for Production of Documents (Altadore Elemental, et al) (related document(s) [14493 ) Filed by W.R. Grace & Co., et al | .60 |

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   APRIL 17, 2007
MATTER : 0066609-000015
INVOICE : 10001333

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/07    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---:|
| 03/08/07 TC | Reviewed Notice of Service of Discovery re Debtors' Responses and Objections to Certain Canadian Property Damage Claimants' First Set of Interrogatories, First Request for Admissions and First Request for Production of Documents (Calgary Board of Education, et al.) | .70 |
| 03/08/07 TC | Reviewed third circuit appeal materials in david austern appeal, including motion to expedite appeal | 1.40 |
| 03/08/07 TC | Reviewed third circuit appeal of prudential insurance company dispute; reviewed appellee brief filed by wr grace | .90 |
| 03/09/07 TC | Reviewed Notice of Intention to Take Deposition of Mr. Franco Seif Filed by W.R. Grace & Co., et al.. | .40 |
| 03/09/07 TC | Reviewed Notice of Service of Interrogatories Directed to Debtors Filed by Anderson Memorial Hospital | .60 |
| 03/09/07 TC | Reviewed Notice of Service of Discovery re Debtors' Responses and Objections to Panda Prints (Claim No. 11257) First Set of Interrogatories, First Set of Admissions and First Request for Production of Documents Filed by W.R. Grace & Co., et al.. | .50 |
| 03/09/07 TC | Reviewed Notice of Service of Discovery re Debtors' Responses and Objections to Gulf Atlantic Properties, Inc. (Claim No. 6637) First Set of Interrogatories and First Request for Production of Documents Filed by W.R. Grace & Co., et al.. | .50 |

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   APRIL 17, 2007
MATTER :  0066609-000015
INVOICE : 10001333

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/07   6548

RE:  LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 03/09/07 TC | Reviewed Notice of Service of Discovery re Debtors' Responses and Objections to Certain Property Damage Claimants' First Set of Interrogatories, First Request for Admissions and First Request for Production of Documents (Port Smith Convention Center, et al.) Filed by W.R. Grace & Co., et al.. | | .40 |
| 03/09/07 TC | Reviewed Notice of Service of Discovery re Debtors' Responses and Objection to Certain Property Damage Claimants' First Set of Interrogatories, First Request for Admissions and First Request for Production of Documents (KARK-TV, Inc., et al.)(Claim Nos. 9912/9913) Filed by W.R. Grace & Co., et al.. | | .40 |
| 03/09/07 TC | Reviewed Notice of Service of Discovery re Debtors' Responses and Objections to Certain Property Damage Claimants' First Set of Interrogatories and First Request for Production of Documents (Washington Township Health Care District)(Claim No. 10668) Filed by W.R. Grace & Co., et al | | .50 |
| 03/09/07 TC | Reviewed Notice of Deposition of Todd B. Hilsee on March 14, 2007 at 11:00 am Filed by W.R. Grace & Co., et al.. | | .40 |
| 03/12/07 TC | Reviewed Notice of Service of Discovery re Debtors' Responses and Objections to Claimant Prudential Insurance Company of America's First Set of Document Requests Directed to Debtors as to the Issues of Product Identification, Limitation Periods and Lack of Hazard Filed by W.R. Grace & Co., et al | | .50 |

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

# Buchanan Ingersoll & Rooney PC

Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     APRIL 17, 2007
MATTER :   0066609-000015
INVOICE :  10001333

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/07    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 03/12/07 TC | Reviewed Notice of Service of Discovery re Debtors' Responses and Objections to Claimant Prudential Insurance Company of America's First Set of Interrogatories Directed to Debtors as to the Issues of Product Identification, Limitation Periods, and Lack of Hazard Filed by W.R. Grace & Co., et al.. | .50 |
| 03/12/07 TC | Reviewed Notice of Deposition /Intention to Take Deposition of Dr. Richard A. Lemen, Ph.D [on April 6, 2007 at 10:00 am Filed by W.R. Grace & Co., et al.. | .40 |
| 03/12/07 TC | Reviewed Notice of Deposition /Intention to Take Deposition of Todd B. Hilsee [to commence on March 14, 2007 at 9:00 am Filed by W.R. Grace & Co., et al.. | .40 |
| 03/12/07 TC | Reviewed Notice of Deposition /Intention to Take Deposition of Dr. Henry A. Anderson, M.D. [commencing on March 30, 2007 at 9:30 am Filed by W.R. Grace & Co., et al.. | .40 |
| 03/12/07 TC | Reviewed Notice of Service of Discovery [Debtors' Responses and Objections to CSU Dominguez Hills - Education Resource Center (Claim No. 9888) First Set of interrogatories, First Request for Admissions and First Request for Production of Documents Filed by W.R. Grace & Co., et al. | .30 |
| 03/12/07 TC | Reviewed Notice of Service of Discovery [Debtors' Responses and Objections to Certain CSU Property Damage Claimants' (Claim No. 12616, et al) First Set of interrogatories, First Request for Admissions and First Request for Production of Documents Filed by W.R. Grace & Co., et al.. | .40 |

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :     APRIL 17, 2007
                                             MATTER :   0066609-000015
                                             INVOICE :  10001333

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/07    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 03/12/07 TC | Reviewed Amended Notice of Deposition of Graeme Mew Filed by Speights & Runyan Claimants. | .40 |
| 03/13/07 TC | Reviewed Order (MODIFIED) Granting Amended Motion to Shorten Time With Respect to Emergency Motion of Official Committee of Asbestos Personal Injury Claimants and David T. Austern, Court Appointed Legal Representative for Future Asbestos Personal Injury Claimants to Compel Production of Complete Navigable Database. | .40 |
| 03/13/07 TC | Reviewed Order (AMENDED TO CHANGE TIME OF HEARING on April 2, 2007, to 1:30 p.m. instead of Noon) Granting Amended Motion to Shjorten Time With Respect to Emergency Motion of Official Committee of Asbestos Personal Injury Claimants and David T. Austern, Court Appointed Legal Representative for Future Asbestos Personal Injury Claimants to Compel Production of Complete Navigable Database. | .20 |
| 03/13/07 TC | Reviewed Motion in Limine of Motley Rice Claimants to Exclude Testimony of Debtor W.R. Grace's Expert Richard J. Lee, Ph.D. Filed by Motley Rice LLC | .60 |
| 03/13/07 TC | Reviewed Motion in Limine To Strike And Exclude Debtors' Expert And Expert Report Regarding Constructive Notice For Property Damage Claims And Memorandum Of Law Filed by Official Committee of Asbestos Property Damage Claimants | .70 |
| 03/13/07 TC | Reviewed Notice of Service of Debtors' Exhibit List for Adjudication of Product Identification, Limitation Periods and The Libby Claims Issues Filed by W.R. Grace & Co., et al. | .60 |

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : APRIL 17, 2007
MATTER : 0066609-000015
INVOICE : 10001333

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/07   6548

RE:  LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 03/13/07 TC | Reviewed Notice of Deposition / Notice of Intention to Take Deposition of Dr. Laura S. Welch, M.D. Filed by W.R. Grace & Co., et al. | .40 |
| 03/14/07 TC | Notice of Service Final Designation of Fact and Expert Witnesses, Reviewed Exhibits and Deposition for the Trail on Debtor's Objection to Property Damage Claims Based on Statute of Limitations and Product Identification.  Filed by State of California Department of General Service. | .70 |
| 03/14/07 TC | Reviewed Notice of Service of Discovery [Debtors' Responses and Objections to UC Property Damage Claimants' (Claim No. 9892, et al) First Set of interrogatories, First Request for Admissions and First Request for Production of Documents Filed by W.R. Grace & Co., et al.. | .50 |
| 03/14/07 TC | Reviewed Notice of Service of Discovery [Debtors' Responses and Objections to UC Property Damage Claimants' (Claim No. 9881, et al) First Set of interrogatories, First Request for Admissions and First Request for Production of Documents Filed by W.R. Grace & Co., et al. | .60 |
| 03/14/07 TC | Reviewed Notice of Deposition /Intention to take Deposition of Dr. Arnold R. Brody, Ph.D (to commence on April 16, 2007 at 9:00 am) Filed by W.R. Grace & Co., et al.. | .40 |
| 03/14/07 TC | Reviewed Notice of Deposition /Intention to take Deposition of Dr. William Longo, Ph.D. (to commence on March 22, 2007 at 9:00 am) Filed by W.R. Grace & Co., et al.. | .50 |

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney pc
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    APRIL 17, 2007
MATTER :  0066609-000015
INVOICE : 10001333

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/07    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 03/14/07 TC | Reviewed Debtors' Final Witness Disclosure for Adjudication of Product Identification, Limitations Periods and the Libby Claims Issues Filed by W.R. GRACE & CO. | .70 |
| 03/14/07 TC | Reviewed Notice of Service of Future Claimants' Representative's First Set of Requests to Debtors for the Production of Documents Filed by David Austern | .40 |
| 03/14/07 TC | Reviewed Response to Debtors' Motion for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Claimant's Sixteen (16) Claims Among One Hundred Nine (109) California Asbestos Property Damage Claims Barred by the Statute of Limitations Filed by State of California Department of General Service | .40 |
| 03/15/07 TC | Reviewed Limited Objection to Proposed Order Amending Case Management Order for the Estimation of Asbestos Personal Injury Liabilities Filed by Libby Claimants | .40 |
| 03/15/07 TC | Reviewed Notice of Service Regarding Claimants Represented by the Law Firm of Motley Rice LLC's Designation of Final Fact and Expert Witnesses; Exhibit Lists; and Deposition Designations Regarding Product Identification and Limitations Periods Issued as Described In Debtors' Fifteenth Omnibus Objection Filed by Motley Rice LLC | .60 |
| 03/16/07 TC | Reviewed Notice of Service of Designation of Fact and Expert Witnesses, Exhibits and Deposition Testimony of Macerich Fresno Limited Partnership for April 23-25, 2007 Hearing Filed by Macerich Fresno Limited Partnership | .40 |

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    APRIL 17, 2007
MATTER :  0066609-000015
INVOICE : 10001333

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/07   6548

RE:   LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---:|
| 03/16/07 TC | Reviewed Designation by San Diego Gas & Electric Company, Sempra Energy and Enova Corporation of Final Fact and Expert Witnesses, Exhibit List and Deposition Designations Regarding Product Identification and Limitations Periods Issues as Described in Debtors Fifteenth Omnibus Objection Filed by San Diego Gas & Electric Company. | .50 |
| 03/16/07 TC | Reviewed Final Witness List, Exhibit List And Deposition Designations Of The Official Committee Of Asbestos Property Damage Claimants Regarding Constructive Notice For Property Damage Claims Filed by Official Committee of Asbestos Property Damage Claimants. | .40 |
| 03/16/07 TC | Reviewed Final Designation of Issues for Fact and Expert Witnesses, Designations and Exhibits Relating to the Statute of Limitations and Product Identification Filed by Certain Asbestos Property Damage Claimants represented by Speights & Runyan and the Brandi Law Firm | .80 |
| 03/16/07 TC | Reviewed Final Designation of Issues for Fact and Expert Witnesses, Designations and Exhibits Relating to the Statute of Limitations and Product Identification Filed by Certain Asbestos Property Damage Claimants represented by the law firm of Speights & Runyan, Anderson Memorial Hospital | .80 |
| 03/19/07 TC | Reviewed Objection to Grace's Motion for Summary Judgment Based on the Statute of Limitations (related document(s)[14594 ) Filed by Regents of the University of California | 1.20 |

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE  :    APRIL 17, 2007
MATTER :  0066609-000015
INVOICE : 10001333

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/07    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 03/19/07 TC | Reviewed Response to Debtor's Motion For Summary Judgment Debtors' Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Eleven (11) Asbestos Property Damage Claims Involving Products Not Made by the DebtorsFiled by John M Belferman | | .70 |
| 03/19/07 TC | Reviewed Notice of Deposition /Notice of Intention to Take Deposition of Dr. Samuel P. Hammar, M.D. Filed by W.R. GRACE & CO.. | | .40 |
| 03/19/07 TC | Reviewed Notice of Deposition , AMENDED, for Pamela (May) Hare Filed by W.R. GRACE & CO. | | .40 |
| 03/19/07 TC | Reviewed Response to the PI Committee's Objection to Amended Debtors' Statement of Amounts Paid to Ordinary Course Professionals from October 1, 2006 through December 31, 2006 Filed by W.R. GRACE & CO. | | .70 |
| 03/19/07 TC | Reviewed Objection to the Debtors' Motion for Leave from this Court's December 19, 2006 Scheduling Order and December 14, 2006 Case Management Order Regarding Debtors' Application to Employ Forman, Perry, Watkins, Krutz, & Tardy, LLP Filed by Official Committee of Asbestos Personal Injury Claimants | | .50 |
| 03/19/07 TC | Reviewed Objection to Grace's Motion for Summary Judgment Based on the Statute of Limitations Filed by California State University System | | 1.40 |
| 03/20/07 TC | Reviewed Response to Debtors' Motion for Summary Judgment Directed to 88 Claims from Canada Based Upon the Statute of Limitations Filed by Anderson Memorial Hospital | | 1.40 |

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    APRIL 17, 2007
                                              MATTER :  0066609-000015
                                              INVOICE : 10001333
```

```
      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/07   6548

      RE:  LITIGATION AND LITIGATION CONSULTING
```

| | | |
|---|---|---|
| 03/20/07 TC | Reviewed Notice of Appeal Under 28 U.S.C. Section 158(a) from (i) the Order on Certain Claimants' Firms' Motion to Compel Claimants to Respond to the WRGrace & Co. Asbestos personal Injury Questionnaire. Filed by Baron & Budd, P.C., LeBlanc & Waddell, LLP, Silver Pearlman, LLP | .60 |
| 03/20/07 TC | Reviewed Notice of Appeal Under 28 U.S.C. Section 158(a) from (i) the Order on Certain Claimants' Firms' Motion to Compel Claimants to Respond to the WRGrace & Co. Asbestos personal Injury Questionnaire. Filed by Baron & Budd, P.C., LeBlanc & Waddell, LLP, Silver Pearlman, LLP | .50 |
| 03/20/07 TC | Reviewed Emergency Motion to Compel of the Official Committee of Asbestos Personal Injury Claimants and David T. Austern, Legal Representative for Future Claimants to Compel Debtors' Production of Complete Navigable Database Filed by Official Committee of Asbestos Personal Injury Claimants. | .60 |
| 03/20/07 TC | Reviewed Response to Debtors' Motion for Summary Judgment Alleging Certain Asbestos Property Damage Claimans are Barred by Statutes of Repose Filed by Anderson Memorial Hospital | .80 |
| 03/21/07 TC | Reviewed Motion to Shorten Time (Amended Motion To Shorten Notice With Respect To The Emergency Motion Of The Official Committee Of Asbestos Personal Injury Claimants And David T. Austern, Court-Appointed Legal Representative For Future Asbestos Personal Injury Claimants To Compel Production Of Complete Navigable Database) Filed by Official Committee of Asbestos Personal Injury Claimants. | .60 |

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    APRIL 17, 2007
                                            MATTER :  0066609-000015
                                            INVOICE : 10001333
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/07    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---:|
| 03/21/07 | TC | Reviewed Response to Debtors' Motion for Summary Judgment Directed to 9 Claims Based Upon the Statutes of Limitation of Arkansas, Georgia and Delaware Filed by Anderson Memorial Hospital | .60 |
| 03/21/07 | TC | Reviewed Motion for Leave to Schedule Emergency Motion to Compel Debtors Production of Navigable Database for April 2, 2007 Hearing Filed by Official Committee of Asbestos Personal Injury Claimants. | .50 |
| 03/21/07 | TC | Reviewed Notice of Service of Debtors' Notice of Proceedings Since Entry of Order Regarding Claim Nos. 15352, 2360 and 2361 Filed by W.R. Grace & Co., et al.. | .50 |
| 03/21/07 | TC | Reviewed Motion to Extend Time to Appeal Under Rule 8002(c) Filed by Baron & Budd, P.C., LeBlanc & Waddell, LLP, Silber Pearlman, LLP. | .50 |
| 03/21/07 | TC | Reviewed Motion To Stay Pending Appeal / To stay compliance with the order of certain claimants' firms' motion to compel claimants to respond to the WRGrace & Co. asbestos personal injury questionnaire pursuant to Fed. R. Bankr. P 9023 and Alternative request for entry of a protective order (D.I. 14763) and the supplemental order regarding motions to compel claimants to respond to the WRGrace & Co., personal injury questionnaire (D.I. 14150) Filed by Baron & Budd, P.C., LeBlanc & Waddell, LLP, Silber Pearlman, LLP. | .70 |

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll &amp; Rooney PC
### Attorneys &amp; Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :     APRIL 17, 2007
                                            MATTER :   0066609-000015
                                            INVOICE :  10001333


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/07   6548

     RE:   LITIGATION AND LITIGATION CONSULTING


| | | | |
|---|---|---|---|
| 03/21/07 TC | Reviewed Declaration of Claimant's Counsel in Opposition to Debtors' Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging One Hundred Nine (109) California Asbestos Property Damage Claims Barred by the Statute of Limitations Filed by State of California Department of General Service | | .60 |
| 03/21/07 TC | Reviewed Notice of Service /Amended Designation of Expert Witness Regarding Estimation of Asbestos Personal Injury Claims Filed by Official Committee of Equity Security Holders | | .50 |
| 03/21/07 TC | Reviewed zai claimants' submissions to district court re motion for leave to appeal & debtors' response re same | | .80 |
| 03/22/07 TC | Reviewed Motion to Compel Compliance with Supplemental Order Regarding Motions to Compel Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire Filed by W.R. Grace & Co., et al.. | | .80 |
| 03/22/07 TC | Reviewed Notice of Deposition and Subpoena for Early Ludwick & Sweeney, LLC scheduled for May 4, 2007 beginning at 9:00 am, EST Filed by W.R. Grace & Co., et al.. | | .40 |
| 03/22/07 TC | Reviewed Notice of Service of Debtors' Amended Exhibit List for Adjudication of Product Identification, Limitation Periods and The Libby Claims Issues Filed by W.R. Grace & Co., et al.. | | .70 |

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney pc
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    APRIL 17, 2007
                                            MATTER :  0066609-000015
                                            INVOICE : 10001333


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/07   6548

     RE:   LITIGATION AND LITIGATION CONSULTING
```

| | | |
|---|---|---|
| 03/26/07 TC | Reviewed Reply of Debtors in Support of Their Motion for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Sixteen (16) Time-Barred Asbestos Property Damage Claims [Hearing Date: April 9, 2007 at 9:00 A.M. in Pittsburgh, PA Filed by W.R. Grace & Co., et al. | .40 |
| 03/26/07 TC | Reviewed Notice of Deposition of Thomas Egan Filed by David Austern | .40 |
| 03/26/07 TC | Reviewed Notice of Deposition of Robert Tarola Filed by David Austern | .40 |
| 03/26/07 TC | Reviewed Notice of Deposition of Fred Zaremby Filed by David Austern | .40 |
| 03/26/07 TC | Reviewed Motion for Leave to File a Reply in Support of Their Motion for Leave Regarding Debtors' Application to Employ Forman Perry Watkins Kurtz & Tardy, LLP in Excess of Five (5) Pages Filed by W.R. Grace & Co., et al.. | .70 |
| 03/26/07 TC | Reviewed Motion for Leave to File a Reply in Support of Their Application to Employ Forman Perry Watkins Kurtz & Tardy in Excess of Five (5) Pages Filed by W.R. Grace & Co., et al.. | .60 |
| 03/26/07 TC | Reviewed Reply in Further Support of Their Motion for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging One Hundred None (109) Time-Barred California Asbestos PD Claims Filed by W.R. Grace & Co., et al | .80 |

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :      APRIL 17, 2007
MATTER :   0066609-000015
INVOICE : 10001333

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/07    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 03/26/07 TC | Reviewed Reply in Support of Their Motion for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Eighty-Eight (88) Time-Barred Canadian Asbestos Property Damage Claims Filed by W.R. Grace & Co., et al. | | .90 |
| 03/26/07 TC | Reviewed Reply and Objection to Anderson Memorial Hospital's Responses to Certain of Debtors' Motions for Summary Judgment Regardin Asbestos PD Claims [Hearing Date: April 9, 2007 at 9:00 A.M. in Pittsburgh, PA Filed by W.R. Grace & Co., et al. | | .70 |
| 03/26/07 TC | Reviewed Reply of Debtors in Support of Motion for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Eleven (11) Property Damage Claims Barred by Statutes or Repose in Minnesota, North Carolina, Iowa and Tennessee [Hearing Date: April 9, 2007 at 9:00 A.M. in Pittsburgh, PA Filed by W.R. Grace & Co., et al. | | .60 |
| 03/26/07 TC | Reviewed Notice of Deposition of James Cintani Filed by David Austern. | | .40 |
| 03/27/07 TC | Reviewed Memorandum and Order Denying the Motion for Leave to Appeal Bankruptcy Court's Order Entered December 14, 2006 | | .40 |
| 03/27/07 TC | Reviewed Reply TO DEBTORS' RESPONSE TO CLAIMANT MACERICH FRESNO LIMITED PARTNERSHIP'S MOTION FOR SUMMARY JUDGMENT AND RESPONSE TO DEBTORS' CROSS-MOTION PURSUANT TO F.R.B.P. 7056 DISALLOWING AND EXPUNGING MARCERICH FRESNO LIMITED PARTNERSHIP'S CLAIM Filed by Macerich Fresno Limited Partnership | | .50 |

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : APRIL 17, 2007
MATTER : 0066609-000015
INVOICE : 10001333

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/07   6548

RE:  LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 03/27/07 TC | Reviewed Motion for Leave to Exceed Page Limit for Reply to Debtors' Response to Claimant Macerich Fresno Limited Partnership's Motion for Summary Judgment and Response to Debtors' Cross-Motion Pursuant to F.R.B.P. 7056 Disallowing and Expunging Macerich Fresno Limited Partnership's Claim Filed by Macerich Fresno Limited Partnership | .30 |
| 03/27/07 TC | Reviewed Motion to Extend Time / Motion for Expedited Hearing for Consideration of (i) Motion to Extend Time for Filing Notice of Appeal, and (ii) Motion to Stay Compliance with the Order on Motion to Compel. Filed by Baron & Budd, P.C., LeBlanc & Waddell, LLP, Silber Pearlman, LLP. | .40 |
| 03/27/07 TC | Reviewed Notice of Agenda of Matters Scheduled for Hearing Before the Honorable Judith K. Fitzgerald Filed by W.R. Grace & Co., et al.. Hearing scheduled for 4/2/2007 | .70 |
| 03/27/07 TC | Reviewed Notice of Hearing AMENDED Notice of Debtors' Motion to Compel Compliance with Supplemental Order Regarding Motions to Compel Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire Filed by W.R. Grace & Co., et al.. | .40 |
| 03/27/07 TC | Reviewed Notice of Service of Libby Claimants' First Interrogatories Propounded Upon Debtors Filed by Libby Claimants | .20 |
| 03/27/07 TC | Reviewed Notice of Deposition of Arthur M. Langer, PhD Filed by Speights & Runyan Claimants | .30 |

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    APRIL 17, 2007
MATTER :  0066609-000015
INVOICE : 10001333

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/07    6548

RE:   LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 03/27/07 TC | Reviewed Exhibit B (AMENDED) to Final Designation of Issues for Fact and Expert Witnesses, Designations and Exhibits Relating to the Statute of Limitations and Product Identification Filed by Anderson Memorial Hospital, Certain Asbestos Property Damage Claimants represented by the law firm of Speights & Runyan. | | .60 |
| 03/27/07 TC | Reviewed Exhibit B (AMENDED) to Final Designation of Issues for Fact, Expert Witnesses, Designations and Exhibits Relating to the Statute of Limitations and Product Identification (related document(s)[14848 ) Filed by Certain Asbestos Property Damage Claimants represented by Speights & Runyan and the Brandi Law Firm | | .40 |
| 03/27/07 TC | Reviewed Notice of Deposition of Morton Corn Filed by Speights & Runyan Claimants | | .20 |
| 03/27/07 TC | Reviewed Response to Emergency Motion of the Official Committee of Asbestos Personal Injury Claimants and David T. Austern the Court Appointed Legal Representative for Future Asbestos Personal Injury Claimants to Compel Production of Complete Navigable Database Filed by W.R. Grace & Co., et al. | | .70 |
| 03/27/07 TC | Reviewed Reply of Debtors in Support of an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging 10 Time-Barred NY Claims [Hearing Date: April 9, 2007 at 9:00 A.M. in Pittsburgh, PA related document(s)[14894, [13701, [9315 ) Filed by W.R. Grace & Co., et al. | | .50 |

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     APRIL 17, 2007
MATTER :   0066609-000015
INVOICE :  10001333

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/07    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 03/28/07 TC | Reviewed debtors' motion to expand the preliminary injunction to include actions against bnsf | .80 |
| 03/28/07 TC | Reviewed Reply of W.R. Grace & Co., et al., In Support of Proposed Order Amending Case Management Order for the Estimation of Asbestos Personal Injury Liabilities Filed by W.R. Grace & Co., et al. | .60 |
| 03/28/07 TC | Reviewed Reply of Debtors' to Responses to Debtors Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Eleven (11) Asbestos Property Damage Claims Involving Products Not Made by the Debtors [Hearing Date: April 9, 2007 at 9:00 am in Pittsburgh, PA Filed by W.R. Grace & Co., et al. | .80 |
| 03/28/07 TC | Reviewed Joinder of Department of General Service to the Motion in Limine of the Official Committee of Asbestos Property Damage Claimants and Exclude Debtor'sExpert and Expert Reports Regarding Constructive Notice for Property Damage Claim. | .40 |
| 03/29/07 TC | Reviewed Notice of Service of Discovery Regarding Debtors' Reponses and Objections to Claimants Represented by the Law Firm of Motley Rice LLC's Interrogatories and Request for Production of Documents to W. R. Grace and Company Filed by W.R. Grace & Co., et al.. | .20 |
| 03/29/07 TC | Reviewed Motion to Approve Debtors' Motion for an Order Modifying the Automatic Stay so that Debtors May Commence Tax Court Litigation to Resolve Certain Tax Claims Filed by W.R. Grace & Co., et al | .80 |

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   APRIL 17, 2007
                                            MATTER : 0066609-000015
                                            INVOICE : 10001333
```

```
    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/07   6548

    RE:   LITIGATION AND LITIGATION CONSULTING
```

| | | |
|---|---|---|
| 03/29/07 TC | Reviewed Order (MODIFIED) Granting Motion of Baron & Budd, P.C., et al., to Expedite Motion to Extend Time for Filing Notice of Appeal and Motion to Stay Compliance with the Order on Motion to Compel | .40 |
| 03/29/07 TC | Reviewed Motion for 2004 Examination Notice of Motion Filed by Zonolite Attic Insulation Class Plaintiffs. Hearing scheduled for 5/2/2007 at 02:00 PM at United States Bankruptcy Court - District of Western PA, Pittsburgh, PA. Objections due by 4/13/2007. (Attachments: # (1) ZAI Claimants' Motion for Discovery Concerning W.R. Grace's Conduct in the ZAI Summary Judgment Proceedings# (2) Proposed Form of Order # (3) Exhibit A# (4) Exhibit B# (5) Exhibit C# (6) Exhibit D# (7) Exhibit E# (8) Exhibit F# (9) Exhibit G# (10) Exhibit H# | .80 |
| 03/30/07 TC | Reviewed Notice of Deposition (AMENDED) of Morton Corn Filed by Speights & Runyan Claimants. | .20 |
| 03/30/07 TC | Reviewed Notice of Deposition of Gordon Spratt Filed by Canadian Claimants represented by Speights & Runyan | .40 |
| 03/30/07 TC | Reviewed Notice of Service for Notice of Deposition of Lewis Klar Filed by Canadian Claimants represented by Speights & Runyan | .30 |

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE   :   APRIL 17, 2007
MATTER :   0066609-000015
INVOICE :   10001333

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/07   6548

RE:   LITIGATION AND LITIGATION CONSULTING

## T I M E   S U M M A R Y
------------------------

| | | RATE | HOURS | TOTALS |
|---|---|---|---|---|
| T. Currier | | 500.00 | 62.60 | 31300.00 |
| | TOTALS | | 62.60 | 31300.00 |

TOTAL FEES :                     31,300.00

TOTAL DUE  :                     31,300.00

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    APRIL 17, 2007
                                              MATTER :  0066609-001000
                                              INVOICE : 10001334


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/07   6548

     RE:  EXPENSES



          DESCRIPTION OF EXPENSE ADVANCES             AMOUNT
          ------------------------------              ------
03/01/07 Photocopies M. Flores                         12.00
03/07/07 Photocopies M. Flores                         11.70
03/08/07 Photocopies M. Flores                          0.45
03/09/07 Photocopies M. Flores                          0.75
03/19/07 Photocopies M. Flores                          0.45
03/19/07 Photocopies M. Flores                          7.20
03/19/07 Photocopies M. Flores                          0.60
03/20/07 Photocopies M. Flores                          5.40
03/21/07 Photocopies M. Flores                         11.70
03/26/07 Photocopies M. Flores                          3.00
03/28/07 Photocopies M. Flores                         39.15
03/28/07 Photocopies M. Flores                          1.80
03/28/07 Messenger/Delivery Service - PARCELS, INC. - 579.83
         Copy document, delivery, document retrieval
03/29/07 Photocopies M. Flores                          0.60
03/29/07 Photocopies M. Flores                         13.50
03/29/07 Photocopies M. Flores                         13.20

                    TOTAL EXPENSE ADVANCES :         701.33

                    TOTAL DUE   :                    701.33
```

Pennsylvania :: New York :: Washington, DC :: Virginia :: Florida :: New Jersey :: Delaware :: Ohio :: California

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA