alp_132rc: Client Analysis Sheet

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 04/12/07 08:34:08
Worked 12/31/99 thru 04/12/07

| Matter Number | Name | Hours | Fees | Disbursements | Total Charges | Resp. Partner | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | CASE ADMINISTRATION | 0.00 | 0.00 | 627.53 | 627.53 | BENTLEY PHILIP - 02495 | | M | B |
| 00002 | CREDITOR COMMITTEE | 0.00 | 0.00 | 31.58 | 31.58 | BENTLEY PHILIP - 02495 | | M | B |
| 00008 | FEE APPLICATIONS, APPLIC | 0.00 | 0.00 | 31.83 | 31.83 | BENTLEY PHILIP - 02495 | | M | B |
| 00012 | CLAIM ANALYSIS OBJECTION | 0.00 | 0.00 | 3,311.02 | 3,311.02 | BENTLEY PHILIP - 02495 | | M | B |
| 00019 | HEARINGS | 0.00 | 0.00 | 857.70 | 857.70 | BENTLEY PHILIP - 02495 | | M | B |
| | CLIENT TOTAL | 0.00 | 0.00 | 4,859.66 | 4,859.66 | | | | |

nlp_132c: Client Summary

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 04/12/2007 09:14:07
Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

| U N B I L L E D   C O S T S   S U M M A R Y | | | | |
| Code  Description | Oldest Entry | Latest Entry | Total Unbilled Amount | |

| U N B I L L E D   C O S T S   S U M M A R Y | | | | |
| Code  Description | Oldest Entry | Latest Entry | Total Unbilled Amount | |

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0820 | PHOTOCOPYING | 03/01/07 | 03/27/07 | 271.05 |
| 0842 | DOCUMENT PREP. | 03/07/07 | 03/07/07 | 12.00 |
| 0930 | MESSENGER/COURIER | 02/23/07 | 03/07/07 | 51.41 |
| 0940 | CAB FARES | 02/20/07 | 03/12/07 | 1,231.69 |
| 0950 | OUT-OF-TOWN TRAVEL | 02/27/07 | 03/10/07 | 2,877.50 |
| 0951 | MEALS/T. & E | 03/12/07 | 03/12/07 | 12.38 |
| 0980 | TRANSCRIPT FEES | 02/20/07 | 03/20/07 | 1,637.58 |
| 0990 | OTHER FEES | 03/20/07 | 03/20/07 | 554.45 |
| | Total | | | 4,859.66 |
| | Grand Total | | | 4,859.66 |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   1

Run Date & Time: 04/12/2007 09:11:03

Matter No: 056772-00601
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    1256116
Bill Frequency: M

Status      : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:
UNBILLED DISB FROM:   02/20/2007

TO:
TO:       03/21/2007

                          FEES            COSTS

GROSS BILLABLE AMOUNT:    0.00            627.53
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                                03/21/2007

CLOSE MATTER/FINAL BILLING?   YES   OR   NO

EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                          UNAPPLIED CASH

FEES:                      0.00      UNIDENTIFIED RECEIPTS:        0.00
DISBURSEMENTS:           627.53      PAID FEE RETAINER:            0.00
FEE RETAINER:              0.00      PAID DISB RETAINER:           0.00
DISB RETAINER:            0.00      TOTAL AVAILABLE FUNDS:        0.00
TOTAL OUTSTANDING:       627.53      TRUST BALANCE:

                                     BILLING HISTORY

DATE OF LAST BILL:        02/28/07      LAST PAYMENT DATE:        02/12/07
LAST BILL NUMBER:         456517      ACTUAL FEES BILLED TO DATE:     268,126.50
                                      ON ACCOUNT FEES BILLED TO DATE:      0.00
                                      TOTAL FEES BILLED TO DATE:      268,926.50
LAST BILL THRU DATE:      01/31/07      FEES WRITTEN OFF TO DATE:       79,999.50
                                      COSTS WRITTEN OFF TO DATE:      19,393.26

FOR ACCTG USE ONLY:      Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee       (4) Excessive Legal Time       (7) Fixed Fee
(2) Late Time & Costs Posted (5) Business Development        (8) Premium
(3) Pre-arranged Discount    (6) Summer Associate           (9) Rounding       (10) Client Arrangement

                DATE OF BILL:              Processed by:                    FRC:                          CRC:

BILL NUMBER:

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*"PRIVILEGED AND CONFIDENTIAL"*

Run Date & Time: 04/12/2007 09:14:03

Matter No: 056772-00001                          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:   2256116
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status :   ACTIVE

**U N B I L L E D   C O S T S   S U M M A R Y   ----------- Total Unbilled -------------**

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0940 | CAB FARES | 02/20/07 | 02/20/07 | 75.48 |
| 0980 | TRANSCRIPT FEES | 03/21/07 | 03/21/07 | 552.05 |
|      | Total | | | 627.53 |

**U N B I L L E D   C O S T S   D E T A I L**

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|------------------|--|----------|------|--------|--------|----------|-----------|
| CAB FARES | 0940 | | | | | | |
| CAB FARES - ODYSSEY | | RECCHIA G N | 02/20/07 | 75.48 | 7813324 | 395854 | 03/05/07 |
| | | 0940 CAB FARES Total : | | 75.48 | | | |
| TRANSCRIPT FEES | 0980 | | | | | | |
| VERITEXT/NEW JERSEY REPO | | WAGNER, R W | 03/21/07 | 552.05 | 7815894 | 395357 | 03/21/07 |
| TRANSCRIPT FEES - VENDOR- VERITEXT/NEW JERSEY | | | | | | | |
| REPORTING | | 0980 TRANSCRIPT FEES Total : | | 552.05 | | | |
| | | Costs Total : | | 627.53 | | | |

alp_132r: Matter Detail

Run Date & Time: 04/12/2007 09:14:03

PAGE   3

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Sold Prtnr : DEHNEY ROTH - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 2156156
Bill Frequency: M
Status : ACTIVE

BILLING INSTRUCTIONS FOR UNBILLED COSTS SUMMARY

| Code | Description | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|------|-------------|--------|------|-----------|----------------------|---------------|
| 0940 | CAB FARES | 75.48 | | | | |
| 0980 | TRANSCRIPT FEES | 552.05 | | | | |
| | Total | 627.53 | | | | |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    4

Run Date & Time: 04/12/2007 09:14:03

Matter No: 056772/00002                                    Orig Prtnr : CRED. RGTS - 06975   Proforma Number:      1256116
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                              TO: 03/05/2007
UNBILLED DISB FROM: 02/28/2007                   TO: 03/05/2007

GROSS BILLABLE AMOUNT:          FEES              COSTS
AMOUNT WRITTEN DOWN:            0.00              31.58
PREMIUM
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
THRU DATE:                                       03/05/2007
CLOSE MATTER/FINAL BILLING?      YES      OR      NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH
DISBURSEMENT FEES:              0.00              UNIDENTIFIED RECEIPTS:        0.00
FEE RETAINER:                  31.58             PAID FEE RETAINER:            0.00
DISB RETAINER:                  0.00             PAID DISB RETAINER:           0.00
TOTAL OUTSTANDING:             31.58             TOTAL AVAILABLE FUNDS:        0.00
                                                 TRUST BALANCE:
                                                 BILLING HISTORY:
DATE OF LAST BILL:           03/20/07            LAST PAYMENT DATE:        02/12/07
LAST BILL NUMBER:            458408              ACTUAL FEES BILLED TO DATE:    285,718.50
                                                 ON ACCOUNT FEES BILLED TO DATE:     0.00
                                                 TOTAL FEES BILLED TO DATE:     285,718.50
LAST BILL THRU DATE:         03/13/07            FEES WRITTEN OFF TO DATE:       22,515.50
                                                 COSTS WRITTEN OFF TO DATE:       1,709.32

FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:
(1) Exceeded Fixed Fee        (4) Excessive Legal Time    (7) Fixed Fee
(2) Late Time & Costs Posted  (5) Business Development     (8) Premium
(3) Pre-arranged Discount     (6) Summer Associate         (9) Rounding          (10) Client Arrangement

BILL NUMBER:           DATE OF BILL:         Processed by:              FRC:         CRC:

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    5

Run Date & Time: 04/12/2007 09:14:03

Matter No: 056772-00002                                Coordinating Atty: CRD_ACCT - 06915          Proforma Number:    215616
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status    ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y  ------------  Total Unbilled -------------

| Code  | Description       | Oldest Entry | Latest Entry | Total Amount |
|-------|-------------------|--------------|--------------|--------------|
| 0930  | MESSENGER/COURIER | 02/28/07     | 03/05/07     | 31.58        |
|       | Total             |              |              | 31.58        |

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|------------------|----------|------|--------|--------|----------|------------|

MESSENGER/COURIER          0930
FEDERAL EXPRESS CORPORAT            BECKER, G M    02/28/07    10.50    701697    359838    03/30/07
Leskin, Inc
FEDERAL EXPRESS CORPORAT            BECKER, G M    03/05/07    21.08    7831180   395838    03/30/07
Tenecon Inc
                                   0930 MESSENGER/COURIER Total :    31.58

                                   Costs Total :    31.58

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

alp_132r: Matter Detail

PAGE   6

Run Date & Time: 04/12/2007 09:14:03

Matter No: 056772-00002                    Orig Prtnr : CRED. RGTS - 06975            Proforma Number:   2416116
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

Code Description              Amount          Bill          W/o / W/u    Transfer To    Clnt/Mtr    Carry Forward

0930 MESSENGER/COURIER         31.58          _____       _____

          Costs Total :        31.58          _____       _____

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   7

Run Date & Time: 04/12/2007 09:14:43

Matter No.: 056772-00008                                    Perform Number: 1256116
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                  Bill Prtnr : BENTLEY PHILIP - 02495
Matter Opened : 07/27/2001                                 Supr Prtnr : MAYER THOMAS MOERS - 03976  Status :  ACTIVE

Special Billing Instructions:

                                                        PRE-BILLING SUMMARY REPORT

                            UNBILLED TIME FROM:                        TO:   03/07/2007
                            UNBILLED DISB FROM:  02/23/2007            TO:   03/07/2007

                                                      FEES                   COSTS

GROSS BILLABLE AMOUNT:                                0.00                   31.83
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:                                                              03/07/2007
THRU DATE:
CLOSE MATTER/FINAL BILLING?    YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

                                        ACCOUNTS RECEIVABLE TOTALS                        UNAPPLIED CASH
                                                                           UNIDENTIFIED RECEIPTS:          0.00
FEES:                                                 0.00                  PAID FEE RETAINER:             0.00
DISBURSEMENTS:                                       31.83                  PAID DISB RETAINER:            0.00
FEE RETAINER:                                         0.00                  TOTAL AVAILABLE FUNDS:         0.00
DISB RETAINER:                                                              TRUST BALANCE:
TOTAL OUTSTANDING:                                   31.83

                                                           BILLING HISTORY

DATE OF LAST BILL:         03/20/07               LAST PAYMENT DATE:         02/12/07
LAST BILL NUMBER:          458408     ACTUAL FEES BILLED TO DATE:      127,254.50
                                         ON ACCOUNT FEES BILLED TO DATE:         0.00
                                              TOTAL FEES BILLED TO DATE:   127,254.50
LAST BILL THRU DATE:       03/13/07         FEES WRITTEN OFF TO DATE:      5,970.50
                                            COSTS WRITTEN OFF TO DATE:        431.74

                                          Write Down/Up Reason Codes:

FOR ACCTG USE ONLY:
    (1) Exceeded Fixed Fee           (4) Excessive Legal Time        (7) Fixed Fee
    (2) Late Time & Costs Posted     (5) Business Development        (8) Premium
    (3) Pre-arranged Discount        (6) Summer Associate            (9) Rounding           CLON Client Arrangement
    Processed by:                                  FRC:                          CRC:

BILL NUMBER:              DATE OF BILL:

alp_1321: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
"PRIVILEGED AND CONFIDENTIAL"

PAGE    8

Run Date & Time: 04/13/2007 09:14:03

Matter No.: 056772/00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 2456816
Bill Frequency: M

Status : ACTIVE

UNBILLED COSTS SUMMARY ----------- Total Unbilled -----------

| Code | Description | Oldest Entry | Latest Entry | Total Amount | Status |
|------|-------------|--------------|--------------|--------------|--------|
| 0842 | DOCUMENT PREP. | 03/07/07 | 03/07/07 | 12.00 | |
| 0930 | MESSENGER/COURIER | 02/23/07 | 03/07/07 | 19.83 | |
| | Total | | | 31.83 | |

UNBILLED COSTS DETAIL

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch/Dall |
|------------------|--|----------|------|--------|--------|----------|------------|

DOCUMENT PREP.                      0842

DOCUMENT PREP.
  03/07/2007                    BAILEY, R M                03/07/07       12.00     7801083    3950533    03/13/07

                    0842 DOCUMENT PREP. Total :                          12.00

MESSENGER/COURIER                   0930
FEDERAL EXPRESS CORPORAT          GAVIGAN, J C             02/23/07       11.33     7838133    396095     04/03/07
  Klet Rooney Lieber & Shorling
FEDERAL EXPRESS CORPORAT          GAVIGAN, J C             03/07/07        8.50     7826444    398522     03/27/07
  Klet Rooney Lieber & Shorling

                    0930 MESSENGER/COURIER Total :                       19.83

                    Costs Total :                                        31.83

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   9

Run Date & Time: 04/12/2007 09:14:03
Matter No: 056772-00008                      Orig Prtnr : CRED. RGTS - 06975      Proforma Number:     2256116
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                       Status    : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|------|-------------|--------|------|-----------|-------------|----------|---------------|
| 0842 | DOCUMENT PREP. | 12.00 | | | | | |
| 0930 | MESSENGER/COURIER | 19.83 | | | | | |
| | Costs Total : | 31.83 | | | | | |

alp_132: Matter Detail

Run Date & Time: 04/12/2007 09:14:03

PAGE  10

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00112
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)
Matter Opened : 07/27/2001

Resp Prtnr : GRAY MOORE - 03575
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Federal Number: 3256116
Bill Frequency: M
Status : ACTIVE

PRE-BILLING SUMMARY REPORT

Special Billing Instructions:

UNBILLED TIME FROM:
UNBILLED DISB FROM: 02/27/2007        TO: 03/30/2007

|  | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 0.00 | 3,311.02 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | 03/30/2007 |

CLOSE MATTER/FINAL BILLING?    YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

| FEES: | | 3,311.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
|---|---|---|---|---|
| DISBURSEMENTS: | | 0.00 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | | | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | | | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | | 3,311.02 | TRUST BALANCE: | |

BILLING HISTORY

| DATE OF LAST BILL: | 03/20/07 | LAST PAYMENT DATE: | 04/09/07 |
|---|---|---|---|
| LAST BILL NUMBER: | 458408 | ACTUAL FEES BILLED TO DATE: | 844,511.50 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| | | TOTAL FEES BILLED TO DATE: | 844,511.50 |
| LAST BILL THRU DATE: | 03/13/07 | FEES WRITTEN OFF TO DATE: | 4,417.50 |
| | | COSTS WRITTEN OFF TO DATE: | 2,203.40 |

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:
(1) Exceeded Fixed Fee        (4) Excessive Legal Time        (7) Fixed Fee
(2) Late Time & Costs Posted        (5) Business Development        (8) Premium
(3) Pre-arranged Discount        (6) Summer Associate        (9) Rounding

BILL NUMBER:        DATE OF BILL:        Processed by:        FRC:        CRC:

alp_132r: Matter Detail

Run Date & Time: 04/12/2007 09:14:03

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 11

Matter No: 056772-00001                                 Orig Prtnr : CRED. RGTS - 06975          Proforma Number: 2266116
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : W.R. GRACE & CO. EQUITY COMMITTEE          Supv Prtnr : MAYER THOMAS MOERS - 03976   Status : ACTIVE
Matter Opened : 07/27/2001

U N B I L L E D   C O S T S   S U M M A R Y    --------- Total Unbilled ---------

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 03/01/07 | 03/27/07 | 171.75 |
| 0940 | CAB FARES | 03/12/07 | 03/12/07 | 429.50 |
| 0950 | OUT OF TOWN TRAVEL | 02/27/07 | 03/30/07 | 1,551.86 |
| 0951 | MEALS/T & E | 03/22/07 | 03/12/07 | 2.38 |
| 0980 | TRANSCRIPT FEES | 03/19/07 | 03/22/07 | 1,145.53 |

Total                                                                      3,731.02

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING 0820 | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 03/01/07 | 20.25 | 7801327 | 394677 | 03/08/07 |
| BENTLEY PHILIP | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 03/05/07 | 12.00 | 7801328 | 394677 | 03/08/07 |
| BENTLEY PHILIP | | | | | | |
| PHOTOCOPYING | HOROWITZ, G A | 03/09/07 | 43.60 | 7807743 | 394838 | 03/12/07 |
| HOROWITZ GREGORY A | | | | | | |
| PHOTOCOPYING | GLASS, J J | 03/16/07 | 12.00 | 7816446 | 395227 | 03/19/07 |
| GLASS JESSICA J | | | | | | |
| PHOTOCOPYING | GLASS, J J | 03/20/07 | .20 | 7822255 | 395468 | 03/23/07 |
| GLASS JESSICA J | | | | | | |
| PHOTOCOPYING | CHEN, A F | 03/20/07 | 1.20 | 7822256 | 395468 | 03/23/07 |
| CHEN ANNET F | | | | | | |
| PHOTOCOPYING | FARBER, P F | 03/20/07 | 21.15 | 7822257 | 395468 | 03/23/07 |
| FARBER PEGGY | | | | | | |
| PHOTOCOPYING | FARBER, P F | 03/20/07 | .60 | 7822258 | 395468 | 03/23/07 |
| FARBER PEGGY | | | | | | |
| PHOTOCOPYING | GLASS, J J | 03/21/07 | 14.70 | 7822259 | 395468 | 03/23/07 |
| GLASS JESSICA J | | | | | | |
| PHOTOCOPYING | FARBER, P F | 03/22/07 | 1.05 | 7824474 | 395544 | 03/26/07 |
| FARBER PEGGY | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 03/27/07 | 24.20 | 7827951 | 395686 | 03/28/07 |
| BENTLEY PHILIP | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 03/27/07 | 20.40 | 7827952 | 395686 | 03/28/07 |
| BENTLEY PHILIP | | | | | | |

0820 PHOTOCOPYING Total :                                                  171.75

| CAB FARES 0940 | | | | | | |
| | HOROWITZ, G A | 03/12/07 | 329.50 | 7830801 | 395799 | 03/29/07 |
| GREGORY A. HOROWITZ | | | | | | |
| | HOROWITZ, G A | 03/12/07 | 50.00 | 7830794 | 395799 | 03/29/07 |
| GREGORY A. HOROWITZ | | | | | | |
| | HOROWITZ, G A | 03/12/07 | 50.00 | 7830795 | 395799 | 03/29/07 |
| GREGORY A. HOROWITZ | | | | | | |

0940 CAB FARES Total :                                                     429.50

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    12

Run Date & Time: 04/12/2007 09:14:03

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CRED/AVOIDANCE, OBJECTION & RESOLUTION (ASBESTOS)
Matter Opened : 07/27/2001

Proforma Number: 2259016
Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976      Status : ACTIVE

UNBILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|

OUT-OF-TOWN TRAVEL      0950

DINERS CLUB CITICORP DIN
OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB
CITICORP DINERS CLUB 02/13/07/ LGA TO PHIL

MAYER, T M      02/27/07      200.81      7790683      393895      02/27/07

DINERS CLUB CITICORP DIN
OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB
CITICORP DINERS CLUB 03/12/07/PHL TO ORD TO LGA

HOROWITZ, G A      03/30/07      1,351.05      7835293      395959      04/02/07

0950 OUT-OF-TOWN TRAVEL Total :      1,551.86

MEALS/T & E      0951

REIMBURSEMENT - WORKING MEAL
Replenish America food at Airport/Guests: Self, A
filiation: KLNF; Business Discussed: c/a

HOROWITZ, G A      03/22/07      12.38      7830800      395998      03/29/07

0951 MEALS/T & E Total :      12.38

TRANSCRIPT FEES      0380

BROWN REPORTING, INC.
TRANSCRIPT FEES - VENDOR- BROWN REPORTING, INC.

GLASS, J J      03/19/07      395.76      7817621      395249      03/19/07

BROWN REPORTING, INC.
TRANSCRIPT FEES - VENDOR- BROWN REPORTING, INC.

GLASS, J J      03/19/07      230.47      7817623      395249      03/19/07

A. WILLIAM ROBERTS, JR.
TRANSCRIPT FEES - VENDOR- A. WILLIAM ROBERTS,
JR. & ASSOCIATES

GLASS, J J      03/22/07      519.30      7821087      395414      03/22/07

0380 TRANSCRIPT FEES Total :      1,145.53

Costs Total :      3,321.02

alp 132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   13

Run Date & Time  04/12/2007 08:14:03
Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE/EMPLOYMENT OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001

Resp. Prtnr : CRED. RGTS - 06975          Proforma Number : 2256136
Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976

Status :   ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|------|-------------|--------|------|-----------|-------------|----------|---------------|
| 0820 | PHOTOCOPYING | 171.75 | | | | | |
| 0940 | CAB FARES | 420.50 | | | | | |
| 0950 | OUT-OF-TOWN TRAVEL | 1,551.86 | | | | | |
| 0955 | MEALS/T & E | 22.38 | | | | | |
| 0980 | TRANSCRIPT FEES | 1,145.53 | | | | | |
| | Costs Total : | 3,311.02 | | | | | |

alp_112r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE  14

Run Date & Time: 04/12/2007 09:14:03

Matter No: 056772-00018                                    Orig Prtnr : CRED. RGTS - 06975                    Proforma Number:  2256116
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495               Bill Frequency: M
Matter Name : HEARINGS                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                   Status      : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                                        TO:
UNBILLED DISB FROM: 02/26/2007                             TO: 03/30/2007

                                    FEES                        COSTS

GROSS BILLABLE AMOUNT:             0.00                        857.70
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                                                    03/30/2007

CLOSE MATTER/FINAL BILLING?        YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:          BENTLEY PHILIP - 02495                    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                                     UNAPPLIED CASH

                                                         UNIDENTIFIED RECEIPTS:          0.00
FEES:                     0.00                            PAID FEE RETAINER:             0.00
DISBURSEMENTS:          857.70                            PAID DISB RETAINER:            0.00
FEE RETAINER:                                            TOTAL AVAILABLE FUNDS:          0.00
DISB RETAINER:                                           TRUST BALANCE:
TOTAL OUTSTANDING:      857.70
                                                         BILLING HISTORY

                                                         LAST PAYMENT DATE:           04/09/07
DATE OF LAST BILL:     03/20/07           456408         ACTUAL FEES BILLED TO DATE:  202,967.50
LAST BILL NUMBER:                                        ON ACCOUNT FEES BILLED TO DATE:   0.00
                                                         TOTAL FEES BILLED TO DATE:   202,967.50
LAST BILL THRU DATE:   03/13/07                          FEES WRITTEN OFF TO DATE:      5,087.68
                                                         COSTS WRITTEN OFF TO DATE:        11.04

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:
(1) Exceeded Fixed Fee                  (4) Excessive Legal Time           (7) Fixed Fee
(2) Late Time & Costs Posted            (5) Business Development            (8) Premium
(3) Pre-arranged Discount               (6) Summer Associate               (9) Rounding

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 04/12/2007 09:14:03

Matter No: 056772K00045                                 Resource Name : 2256016
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Cost Prtnr : REED, DAVID W. - 03715
Matter Name : FRAINGS                                   Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Opened : 05/06/2002                              Supv Prtnr : MAYER THOMAS MOERS - 03976   Status   : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y  ----------- Total Unbilled -----------
Code Description                    Oldest      Latest        Total
                                   Entry       Entry         Amount

0940 CAB FARES                     02/26/07    02/26/07        12.00
0950 OUT-OF-TOWN TRAVEL            03/30/07    03/30/07       291.25
0990 OTHER FEES                    03/20/07    03/20/07       554.45

     Total                                                    857.70

U N B I L L E D   C O S T S   D E T A I L
Description/Code                   Employee          Date         Amount      Index#    Batch No  Batch Date

CAB FARES                 0940
JULIET RAMDIN, CASHIER
   Cab Fares - VENDOR- JULIET RAMDIN, CASHIER         BECKER, G. M.    02/26/07       12.00     7805876    394731    03/08/07

0940 CAB FARES Total :                                                               12.00

OUT-OF-TOWN TRAVEL       0950
   DINERS CLUB CITICORP DIN
   OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB           BECKER, G. M.    03/30/07      291.25     7835275    395959    04/02/07
   CITICORP DINERS CLUB 03/26/07 NYP- NO WHL

0950 OUT-OF-TOWN TRAVEL Total :                                                      291.25

OTHER FEES               0990
   ATKINSON-BAKER, INC.
   OTHER FEES - VENDOR- ATKINSON-BAKER, INC.          BECKER, G. M.    03/20/07      554.45     7816918    395106    03/26/07
   CERTIFIED COPY

0990 OTHER FEES Total :                                                              554.45

Costs Total :                                                                        857.70

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE  16

Run Date & Time: 04/12/2007 09:14:03

Matter No: 056772-00015                                    Orig Prtnr : CRED. RGTS - 06975                    Proforma Number: 2225616
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495               Bill Frequency: M
Matter Name : HEARINGS                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/09/2001                                                                                   Status   : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

Code Description                Amount        Bill          W/o / W/u          Transfer  To    Clnt/Mtr    Carry Forward

0940 CAB FARES                   12.00        _____     _____

0950 OUT-OF-TOWN TRAVEL         291.25        _____     _____

0990 OTHER FEES                 554.45        _____     _____

        Costs Total :           857.70

Report Name: alp_132cs
Filename:[/elite/alp/TENF.a038776]
Date:04/12/2007
Time:09:14:07
User Id:06932/
Service Id:859203

slp_1130: Client Summary

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   1

Run Date & Time: 04/12/2007 09:14:05
Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

PRE-BILLING SUMMARY REPORT

|  | FEES | COSTS |
|---|---|---|
| UNBILLED HOURS FROM: | 02/01/2007 | 02/01/2007 |
| UNBILLED DISB FROM: | 02/28/2007 | 02/28/2007 |
| TO: | 7/5/918 | 03/30/2007 |
| TO: | | 03/30/2007 |

| GROSS BILLABLE AMOUNT: | 0.00 | 4,859,564 |

AMOUNT WRITTEN DOWN:

PREMIUM:

ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:

AMOUNT BILLED:

THRU DATE: -7/-5/918

CLOSE MATTER/ YES OR NO:
FINAL BILL    YES OR NO:

WRITE OFF APPROVAL (necessary for write downs over $2,000.00):

BILLING PARTNER APPROVAL:

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH

| | FEES | | |
|---|---|---|---|
| DISBURSEMENTS: | 4,859.66 | UNIDENTIFIED RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 4,859.66 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

BILLING HISTORY

| DATE OF LAST BILL: | 03/20/07 | LAST PAYMENT DATE: | 04/09/07 |
| LAST BILL NUMBER: | 456408 | ACTUAL FEES BILLED TO DATE: | 2,248,564.50 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| | | TOTAL FEES BILLED TO DATE: | 2,248,564.50 |
| LAST BILL THRU DATE: | 03/13/07 | FEES WRITTEN OFF TO DATE: | 168,108.18 |
| | | COSTS WRITTEN OFF TO DATE: | 24,801.86 |

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:
(1) Exceeded Fixed Fee        (4) Excessive Legal Time     (7) Fixed Fee
(2) Late Time & Costs Posted  (5) Business Development      (8) Premium
(3) Pre-arranged Discount     (6) Summer Associate         (9) Rounding     (10) Client Arrangement

DATE OF BILL:           Processed by:                                        FRC:    CRC:

BILL NUMBER: