IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. Grace & Co. *et al.*                    Bankruptcy No. 01-1139-JKF
    Debtor(s)

                                           Chapter 11

                                           **Related to Dkt. No. 15425, Debtors' Motion for Expedited Consideration of Motion of Early, Ludwick and Sweeney, LLC, for Protective Order With Respect to Subpoena Issued by W.R. Grace; Dkt. No. 15084, Motion of Early, Ludwick and Sweeney, LLC, for Protective Order**

**ORDER DISMISSING WITHOUT PREJUDICE MOTION AT DKT. NO. 15425, DEBTORS' MOTION FOR EXPEDITED CONSIDERATION REGARDING DKT. NO. 15084**

**AND NOW**, this **30th** day of **April, 2007,** it is **ORDERED** that the above-captioned motion is dismissed without prejudice to being refiled in accordance with Delaware Local Rules, the Case Management Order in effect in this case, Chambers Procedures, and/or other Rules and Procedures, as applicable, including but not limited to, Local Rule 9013-1(f).

It is **FURTHER ORDERED** that Debtor shall immediately serve a copy of this Order on all parties in interest and shall file a certificate of service forthwith.

*/s/ Judith K. Fitzgerald*   rmab
Judith K. Fitzgerald
United States Bankruptcy Judge