IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | |
| W.R. GRACE & CO., et al., | * | Chapter 11 |
| Debtor. | * | Case No. 01-01139 (JKF) (Jointly Administered) |
| ------------------------------------------------------x | | |
| W.R. GRACE & CO., et al. | * | |
| Plaintiffs, | * | |
| -against- | * | Adversary No. A-01-771 |
| MARGARET CHAKARIAN, et al. and JOHN DOES 1-1000, | * | Ref. Nos. 398, 413, 414, 417 |
| Defendants. | | Hearing Date : May 2, 2007 @ 2:00 p.m. |
| ------------------------------------------------------x | | |

**NOTICE OF WITHDRAWAL OF DOCUMENT**
**(Re: Docket No. 428)**

PLEASE TAKE NOTICE that Continental Casualty Company, hereby withdraws Docket No. 428 "*Omnibus Reply (I) to Various Responses to Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF, and (II) in support of Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF*", filed on April 27, 2007. The document was filed in error.

Dated: April 30, 2007

ROSENTHAL, MONHAIT, & GODDESS, P.A.

Edward B. Rosenthal (Del. Bar No. 3131)
919 Market Street
Mellon Bank Center, Suite 1401
Wilmington, Delaware 19899-1070
(302) 656-4433
(302) 658-7567
Counsel for Continental Casualty Company