IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - -x
                              :
In re:                        :   Chapter 11
                              :
W.R. GRACE & CO., et al.,     :   Case No. 01-1139 (JKF)
                              :
         Debtors.             :   Jointly Administered
                              :
                              :   **Related to Docket No. 145**
- - - - - - - - - - - - - - -x
```

### AMENDED NOTICE OF APPEARANCE AND
### DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Skadden, Arps, Slate, Meagher & Flom LLP, hereby amends its notice of appearance on behalf of Sealed Air Corporation ("Sealed Air"), a creditor and party in interest in the above-captioned chapter 11 cases, pursuant to Bankruptcy Rules 2002, 9007 and 9010 and 11 U.S.C. § 1109(b), and demands that all notices and pleadings given or filed in these cases be given and served upon each of the following:

        Katherine White
        Sealed Air Corporation
        200 Riverfront Boulevard
        Elmwood Park, New Jersey  07407
        (201) 791-7600 (telephone)
        (201) 703-4205 (facsimile)
        Katherine.White@sealedair.com

    - and -

D.J. Baker
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036-6522
(212) 735-3000 (telephone)
(212) 735-2000 (facsimile)
jbaker@skadden.com

- and -

Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636
(302) 651-3000 (telephone)
(302) 651-3001 (facsimile)
mchehi@skadden.com

PLEASE TAKE FURTHER NOTICE THAT, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Amended Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of Sealed Air's right (1) to trial by jury

in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, or (2) to assert any other rights, claims, actions, setoffs or recoupments to which Sealed Air is or may be entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments Sealed Air expressly reserves.

Dated:  Wilmington, Delaware
        April 30, 2007

/s/ David R. Hurst
Mark S. Chehi (No. 2855)
David R. Hurst (No. 3743)
SKADDEN, ARPS, SLATE, MEAGHER
     & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636
(302) 651-3000

Attorneys for Sealed Air Corporation