## EXHIBIT A

### W. R. Grace & Co., et al.

### District of Delaware, Bankruptcy Case No. 01-1139

### Report on *De Minimis* Asset Sales January 1, 2007 through March 31, 2007

**Part I – Sales in excess of $25,000, but less than $250,000**

NONE

**Part II – Sales equal to or less than $25,000**

NONE

DOCS_DE:127001.1