## EXHIBIT A

### W. R. Grace & Co., et al., District of Delaware, Bankruptcy Case No. 01-1139

### Report on Settlements of Certain Claims and Causes of Action January 1, 2007 through March 31, 2007

| | | |
|---|---|---|
| NONE | | |

4