IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related to Docket. No. 15084 and 15424** |

**DEBTORS' MOTION FOR EXPEDITED CONSIDERATION
OF MOTION OF EARLY, LUDWICK AND SWEENEY, LLC
FOR A PROTECTIVE ORDER WITH RESPECT TO
SUBPOENA ISSUED BY W. R. GRACE**

Debtors hereby request that the Court expedite consideration of the Motion Of Early, Ludwick and Sweeney, LLC For A Protective Order With Respect To Subpoena Issued By W.R. Grace (the "Motion") and rule on the Motion prior to the next scheduled hearing. Under the present schedule, the Motion is set to be taken up by the Court at the May 21, 2007 omnibus hearing. Grace asks that the Court rule on the motion without hearing, or alternatively, set an immediate telephonic hearing on the matter.

Expedited consideration and resolution of the Motion is warranted because prompt resolution of the Motion is necessary to ensure that the requested discovery is obtained in a timely manner and in accordance with the dates contained in the Case Management Order for the Estimation of Asbestos Personal Injury Liabilities.

DOCS_DE:126984.2

2

WHEREFORE, W.R. Grace & Co. respectfully requests that the Court grant this motion for expedited consideration and rule on and approve the Motion at the Court's earliest convenience.

Dated: April 30, 2007

> KIRKLAND & ELLIS LLP
> David M. Bernick, P.C.
> Janet S. Baer
> Ellen Therese Ahern
> 200 East Randolph Drive
> Chicago, Illinois 60601
> (312) 861-2000
>
> And
>
> KIRKLAND & ELLIS LLP
> Barbara M. Harding
> David E. Mendelson
> Amanda C. Basta
> Brian T. Stansbury
> 655 Fifteenth Street, NW
> Washington, D.C. 20005
> (202) 879-5000
>
> And
>
> PACHULSKI STANG ZIEHL YOUNG
> JONES & WEINTRAUB LLP
>
> _____
> Laura Davis Jones (Bar No. 2436)
> James E. O'Neill (Bar No. 4042)
> Timothy P. Cairns (Bar No. 4228)
> 919 North Market Street, 17th Floor
> P.O. Box 8705
> Wilmington, DE 19899-8705 (Courier 19801)
> Telephone: (302) 652-4100
> Facsimile: (302) 652-4400
>
> Co-Counsel for the Debtors and Debtors-in-Possession

2

DOCS_DE:126984.2