IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related to Docket. No. 15084 and 15424** |

**ORDER GRANTING DEBTORS' REQUEST FOR EXPEDITED CONSIDERATION OF MOTION OF EARLY, LUDWICK AND SWEENEY, LLC FOR A PROTECTIVE ORDER WITH RESPECT TO SUBPOENA ISSUED BY W. R. GRACE**

AND NOW this ___ day of _____ 2007, it is **ORDERED** that Debtors' request for expedited consideration of the Motion Of Early, Ludwick and Sweeney, LLC For A Protective Order With Respect To Subpoena Issued By W.R. Grace [Docket No. 15084] (the "Motion") is **GRANTED**;

It is **FURTHER ORDERED** that a hearing on the Motion is scheduled for _____, 2007 at _____, prevailing Eastern time, by telephone through CourtCall.

Dated: _____, 2007

Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

DOCS_DE:126984.2