# EXHIBIT 2

## for WR Grace

Total number of parties: 3

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 24395 | FIRST PRESBYTERIAN CHURCH, PO BOX 425, DAWSON, MN, 56232 | US Mail (1st Class) |
| 24395 | JOHNSON, DALE M, 2255 E SHAW AVE, APT B, FRESNO, CA, 93710 | US Mail (1st Class) |
| 24395 | WITTENBERG, WILLIAM R, 6110 PANORAMA DR NE, TACOMA, WA, 98422 | US Mail (1st Class) |

Subtotal for this group: 3