IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. Grace & Co., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Ref. No. _____ |

**ORDER GRANTING MOTION FOR RECONSIDERATION OF
ORDER STRIKING RESPONSE TO DEBTORS' MOTION REGARDING ALLEGED
<u>NONCOMPLIANCE WITH X-RAY ORDER</u>**

Upon the Motion for Reconsideration of Order Striking Response to Debtors' Motion Regarding Alleged Noncompliance with X-ray Order (the "Motion"); and due and proper notice of the Motion having been given, and cause appearing for the relief sought in the Motion, it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that the Response to Debtors' Motion Regarding Alleged Noncompliance With X-Ray Order [Docket No. 15243] is allowed.

Dated: _____, 2007
      Wilmington, Delaware

 

                                              The Honorable Judith K. Fitzgerald
                                              United States Bankruptcy Court Judge

393.001-16422