IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. Grace & Co., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE  )
                                    ) SS
NEW CASTLE COUNTY  )

      Cathy A. Adams, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for the Libby Claimants in the above-referenced cases, and on the 30th day of April, 2007, she caused a copy of the following

### MOTION FOR LEAVE TO FILE LATE RESPONSE

to be served upon the following parties on the attached service list via first class mail or in the manner as otherwise indicated

_____
Cathy A. Adams

SWORN TO AND SUBSCRIBED before me this 30th day of April, 2007.

_____
Notary Public

Kerri K. Mumford
Attorney at Law
Notary Public, State of Delaware
My Commission Has No Expiration Date
29 Del C §4323(a)(3)

393.001-16425

**W. R. Grace Motion to Compel SL**
Case No. 01-1139 (JKF)
Document Number: 123695
06 – Hand Delivery
46 – First Class mail

*Hand Delivery*
Susan E. Kaufman, Esquire
Heiman, Gouge & Kaufman, LLP
800 King Street, Suite 303
Wilmington, DE 19801

*Hand Delivery*
(Counsel for the Official Committee of Asbestos Personal-Injury Claimants)
Kathleen Campbell Davis, Esquire
Marla R. Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Asbestos Injury Creditors)
Robert Jacobs, Esquire
Jacobs & Crumplar, P.A.
2 East 7th Street
Wilmington, DE 19899

*Hand Delivery*
(Counsel for the Libby Claimants)
Adam G. Landis, Esquire
Kerri Mumford, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Grace Certain Cancer Claimants)
Noel C. Burnham, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Respondents Reaud, Morgan & Quinn, Inc. & Environmental Litigation Group, P.C.)
Kathleen M. Miller, Esquire
Smith, Katzenstein & Furlow, LLP
800 Delaware Avenue, 7th Floor
Wilmington, DE 19899

*First Class mail*
Joseph F. Rice, Esquire
Motley Rice LLC
P.O. Box 1792
Mt. Pleasant, SC 29465

*First Class mail*
Paul L. Sadler, Esquire
Law Offices of Paul Sadler
P.O. Box 2200
Henderson, TX 75653

*First Class mail*
Alwyn H. Luckey, Esquire
Luckey & Mullins, LLC
P.O. Box 724
Ocean Springs, MS 39566

*First Class mail*
(Counsel for David Slaughter)
Jennifer Peachey
Edward O. Moody, P.A.
801 W. 4th St.
Little Rock, AR 72201

*First Class mail*
Garrett J. Bradley, Esquire
Thornton & Naumes, LLP
100 Summer Street, 30th Floor
Boston, MA 02110

*First Class mail*
Mark C. Meyer, Esquire
David B. Rodes, Esquire
Goldberg, Persky & White, P.C.
1030 Fifth Avenue
Pittsburgh, PA 15219

*First Class mail*
(Counsel for Claimants Ellen Ashdown, et al)
Christopher E. Grell, Esquire
Richard F. Rescho, Esquire
Law Offices of Christopher E. Grell
The Broadlake Plaza
360 22nd Street, Suite 230
Oakland, CA 94612

*First Class mail*
Linda George, Esquire
W. Russell Sipes, Esquire
Kathleen Farinas, Esquire
George & Sipes
156 East Market Street, Suite 600
Indianapolis, IN 46204

*First Class mail*
(Counsel for the Official Committee of Asbestos Personal-Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10022

*First Class mail*
(Counsel for the Official Committee of Asbestos Personal-Injury Claimants)
Peter Van. N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, D.C. 20005

*First Class mail*
Thomas M. Wilson, Esquire
Kelley & Ferraro LLP
2200 Key Tower
127 Public Square
Cleveland, OH 44114

*First Class mail*
R. Dean Hartley, Esquire
Hartley & O'Brien, PLLC
2001 Main Street, Suite 600
Wheeling, WV 26003

*First Class mail*
Russell B. Winburn, Esquire
Odom & Elliott, P.A.
1 East Mountain
Fayetteville, AR 72701

*First Class mail*
James D. Shannon, Esquire
Kelley M. Berry, Esquire
Shannon Law Firm, PLLC
100 West Gallatin Street
Hazlehurst, MS 39083

*First Class mail*
Cindy J. Kiblinger, Esquire
James F. Humphreys & Associates, L.C.
United Center, Suite 800
500 Virginia Street, East
Charleston, WV 25301

*First Class mail*
Hal Pitkow, Esquire
138 N. State Street
Newtown, PA 18940

*First Class mail*
(Counsel for Respondents, Various Law Firms Representing Personal Injury Claimants)
Van J. Hooker, Esquire
David A. Klinger, Esquire
David J. Parsons, Esquire
Stutzman, Bromberg, Esserman & Plifka, PC
2323 Bryan Street, Suite 2200
Dallas, TX 75201

*First Class mail*
(Counsel for the Libby Claimants)
Daniel C. Cohn, Esquire
Christopher M. Candon, Esquire
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA 02110

*First Class mail*
(Counsel for Campbell-Cherry-Harrison-Davis-Dove, P.C.; Robins, Cloud, Greenwood & Lubel; and The Eaves Law Firm)
Joseph D. Frank, Esquire
Frank/Gecker LLP
325 North LaSalle Street, Sutie 625
Chicago, IL 60610

*First Class mail*
(Counsel for the Libby Claimants)
Ethan Early, Esquire
Early, Ludwick, Sweeney & Strauss
360 Lexington Ave., 20th Floor
New York, NY 10017

*First Class mail*
Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

*First Class mail*
James L. Ferraro, Esquire
The Ferraro Law Firm
4000 Ponce de Leon Blvd., Suite 700
Miami, FL 33146

*First Class mail*
Kathy Byrne, Esquire
Cooney and Conway
120 N. Lasalle St., 30th Floor
Chicago, IL 60602

*First Class mail*
(Counsel for Grace Certain Cancer Claimants)
Natalie D. Ramsey, Esquire
Leonard A. Busby, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109

*First Class mail*
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281

*First Class mail*
LeBlanc & Waddell
6955 Perkins Road, Suite 100
Baton Rouge, LA 70808

*First Class mail*
Silber Pearlman, LLP
3102 Oak Lawn Ave, Suite 400
Dallas, TX 75219

*First Class mail*
Colin D. Moore, Esquire
Provost Umphey LLP
490 Park Street
Beaumont, TX 77704

*First Class mail*
Law Offices of Peter G. Angelos, PC
5905 Hartford Road
Baltimore, MD 21214-1846

*First Class mail*
Ferraro & Associates PA
4000 Ponce De Leon Blvd., Ste. 590
Coral Gables, FL 33146-1431

*First Class mail*
Morris, Sakalarios & Blackwell, PLLC
1817 Hardy Street
Hattiesburg, MS 39401

*First Class mail*
Foster & Sear LLP
524 E. Lamar Blvd., Suite 200
Arlington, TX 76011

*First Class mail*
Lipsitz & Ponterio, LLC
135 Delaware Avenue, Suite 210
Buffalo, NY 14202-2410

*First Class mail*
Arthur Luxenburg, Esquire
Weitz & Luxenburg, P.C.
180 Maiden Lane
New York, NY 10038

*First Class mail*
Robert Phillips, Esquire
SimmonsCooper LLC
700 Berkshire Boulevard
East Alton, IL 62024

*First Class mail*
Deidre Woulfe Pacheco, Esquire
Wilentz Goldman & Spitzer, P.A.
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, NJ 07095-0958

*First Class mail*
Mark S. Bostick, Esquire
Wendel, Rosen, Black & Dean, LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

*First Class mail*
Steven Kazan, Esquire
Kazan, McClain, Abrams, Fernandez,
Lyons, Farrise, & Greenwood, A
Professional Law Corporation
171 Twelfth Street, Third Floor
Oakland, CA 94607

*First Class mail*
Peter Kraus, Esquire
Waters & Kraus LLP
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

*First Class mail*
Ronald Shingler, Esquire
Hobin, Shingler, & Simon, LLP
1011 A Street
Antioch, CA 94509

*First Class mail*
Philip A. Harley, Esquire
Paul, Hanley & Harley LLP
1608 Fourth Street, Suite 300
Berkley, CA 94710

*First Class mail*
Brian Kenney, Esquire
Early Ludwick & Sweeney, LLC
One Century Tower, 11th Floor
265 Church Street
P.O. Box 1866
New Haven, CT 06508-1866

*First Class mail*
Stephen M. Tigerman, Esquire
Harowitz & Tigerman LLP
450 Sansome, Third Floor
San Francisco, CA 94111

***First Class mail***
Stephen M. Tigerman, Esquire
The Wartnick Law Firm
450 Sansome Street, 3rd Floor
San Francisco, CA 94111

***First Class mail***
Michael B. Serling, PC
280 N. Old Woodward Ave., Suite 406
Birmingham, MI 48009

***First Class mail***
Williams Bailey
Williams bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, TX 77017-5051

W. R. Grace Core Group Service List
Case No. 01-1139 (JKF)
Document Number: 27348
07 – Hand Delivery
11 – First Class Mail

(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Richard W. Riley, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

*Hand Delivery*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Mark T. Hurford
Campbell & Levine
800 North King Street, Suite 300
Wilmington, DE 19801

*Hand Delivery*
(Counsel for The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Hand Delivery*
(Equity Committee Counsel)
Teresa K. D. Currier
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

*First Class Mail*
(Counsel to Debtor)
David B. Bernick, P.C.
Janet Baer, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

*First Class Mail*
(W. R. Grace & Co.)
Mark Shelniz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*First Class Mail*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

*First Class Mail*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

*First Class Mail*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131

*First Class Mail*
(Equity Committee Counsel)
Philip Bentley, Esquire
Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*First Class Mail*
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

*First Class Mail*
(Counsel to Official Committee of Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street
Suite 1200
Newark, NJ 07102-3889

*First Class Mail*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

*First Class Mail*
(Counsel to David T. Austern, Future Claimant's Representative)
Roger Frankel
Richard H. Wyron
Matthew W. Cheney
Orrick Herrington & Sutcliffe LLP
3050 K Street, NW
Washington, DC 20007

*First Class Mail*
(Counsel to David T. Austern, Future Claimant's Representative)
Phillips, Goldman & Spence, P.A.
John C. Phillips, Jr.
1200 North Broom Street
Wilmington, DE 19806