IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No.  01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Related to Docket No. 9315 |
| | ) | |

## DEBTORS' UPDATED OBJECTIONS TO CERTAIN
## SPEIGHTS & RUNYAN ASBESTOS PROPERTY DAMAGE CLAIMS

The Debtors hereby update their objections as set forth in Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims (Docket No. 9315), the terms of which are incorporated herein by reference, to the following claims:

| CLAIM NO. | CLAIMANT | OBJECTIONS |
|---|---|---|
| 6637 | Gulf Atlantic Properties Inc. | C-2, C-3(d), C-3(e), C-3(f), D-2, D-4, D-6, E-1 |
| 11104 | Chicago Historical Society | C-2, C-3(d), C-3(e), D-2, D-5, D-6, E-1, F-2 |
| 11323 | Hamilton District School Board | C-2, C-3(d), C-3(e), C-3(f), D-2, D-4, D-6, E-1, F-2, F-5 |
| 11620 | 354401 Alberta LTD. | C-2, C-3(d), C-3(e), C-3(f), D-2, D-3, D-4, D-5, D-6, E-1, F-2, F-5 |
| 11627 | School District 68 Nanaimo-Ladysmith | C-2, D-2, D-4, D-5, D-6, E-1, F-2, F-5 |
| 11632 | School District 68 Nanaimo-Ladysmith | C-2, D-2, D-4, D-5, D-6, E-1, F-2, F-5 |
| 11683 | Hamilton District School Board | C-2, C-3(d), C-3(e), C-3(f), D-2, D-4, D-6, E-1, F-2, F-5 |

| 12309 | Toronto District School Board | C-2, C-3(d), C-3(e), C-3(f), D-2, D-4, D-6, E-1, F-2, F-5 |
| 12314 | Toronto District School Board | C-2, C-3(d), C-3(e), C-3(f), D-2, D-4, D-6, E-1, F-2, F-5 |
| 12346 | City of Vancouver | C-1(b), C-2, C-3(d), D-2, D-4, D-5, D-6, E-1, F-2, F-5 |
| 12348 | Calgary Board of Education | C-2, C-3(d), C-3(e), D-2, D-4, D-5, D-6, E-1, F-2, F-5 |
| 12368 | McMaster University | C-2, C-3(d), C-3(e), C-3(f), D-2, D-4, D-6, E-1, F-5 |
| 12377 | Edmonton Public Schools | C-2, D-2, D-4, D-5, D-6, E-1, F-2, F-5 |
| 12388 | Edmonton Public Schools | C-2, D-2, D-4, D-5, D-6, E-1, F-2, F-5 |
| 12394 | Edmonton Public Schools | C-2, D-2, D-4, D-5, D-6, E-1, F-2, F-5 |
| 12395 | Carleton University | C-2, C-3(d), C-3(e), C-3(f), D-2, D-4, D-6, E-1, F-2, F-5 |
| 12396 | Fairmall Leasehold Inc. | C-2, C-3(d), C-3(e), C-3(f), D-2, D-4, D-6, E-1, F-2, F-5 |
| 12400 | City of Edmonton | C-2, C-3(d), C-3(e), D-2, D-4, D-5, D-6, E-1, F-5 |
| 12401 | City of Edmonton | C-2, C-3(d), C-3(e), D-2, D-4, D-5, D-6, E-1, F-5 |
| 12410 | Calgary Board of Education | C-2, D-2, D-4, D-5, D-6, E-1, F-2, F-5 |
| 12412 | Calgary Board of Education | C-2, D-2, D-4, D-5, D-6, E-1, F-2, F-5 |
| 12421 | Oxford Properties Group | B-1, C-2, D-1(a), D-2, D-4, D-5, D-6, E-1, F-5 |
| 12422 | Oxford Properties Group | B-1, C-2, D-1(a), D-2, D-4, D-5, D-6, E-1, F-5 |

| 12423 | Oxford Properties Group | B-1, C-2, D-1(a), D-2, D-4, D-5, D-6, E-1, F-5 |
|---|---|---|
| 12427 | Morguard Investments Limited | C-2, C-3(d), C-3(e), C-3(f), D-2, D-3, D-4, D-6, E-1, F-5 |
| 12430 | Morguard Investments Limited | C-2, C-3(d), C-3(e), C-3(f), D-1(a), D-2, D-3, D-4, D-5, D-6, E-1, F-2, F-5 |
| 12438 | Calgary Board of Education | C-2, D-2, D-4, D-5, D-6, E-1, F-2, F-5 |
| 12439 | Calgary Board of Education | C-2, D-2, D-4, D-5, D-6, E-1, F-2, F-5 |
| 12440 | Calgary Board of Education | C-2, C-3(d), C-3(e), C-3(f), D-2, D-4, D-5, D-6, E-1, F-2, F-5 |
| 12442 | Calgary Board of Education | C-2, D-2, D-4, D-5, D-6, E-1, F-2, F-5 |
| 12443 | Calgary Board of Education | C-2, C-3(d), C-3(e), D-2, D-4, D-5, D-6, E-1, F-2, F-5 |
| 12454 | Calgary Board of Education | C-2, D-2, D-4, D-5, D-6, E-1, F-2, F-5 |
| 12457 | Calgary Board of Education | C-2, D-2, D-4, D-5, D-6, E-1, F-2, F-5 |
| 12476 | City of Vancouver | C-1(b), C-2, D-2, D-4, D-5, D-6, E-1, F-2, F-5 |
| 12489 | City of Edmonton | C-2, C-3(d), C-3(e), C-3(f), D-1(a), D-2, D-3, D-4, D-5, D-6, E-1, F-5 |
| 12490 | Atlantic Shopping Centres LTD | C-2, C-3(d), C-3(e), C-3(f), D-1(a), D-2, D-3, D-4, D-6, E-1, F-2, F-5 |
| 12491 | Avalon East School Board | D-1(a), D-2, D-4, D-5, D-6, E-1, F-2, F-5 |

| 12493 | Health Care Corporation of St. John's | C-2, C-3(d), C-3(e), C-3(f), D-1(a), D-2, D-4, D-5, D-6, E-1, F-2, F-5 |
|---|---|---|
| 12496 | Edmonton Public Schools | C-2, D-2, D-4, D-5, D-6, E-1, F-2, F-5 |
| 12498 | Edmonton Public Schools | C-2, D-2, D-4, D-5, D-6, E-1, F-2, F-5 |
| 12500 | Edmonton Public Schools | C-2, D-2, D-4, D-5, D-6, E-1, F-2, F-5 |
| 12501 | Edmonton Public Schools | C-2, D-2, D-4, D-5, D-6, E-1, F-2, F-5 |
| 12503 | Edmonton Public Schools | C-2, D-2, D-4, D-5, D-6, E-1, F-2, F-5 |
| 12525 | Hudson's Bay Co. | C-1(d), C-2, C-3(d), C-3(e), D-2, D-4, D-5, D-6, E-1, F-2, F-5 |
| 12526 | Hudson's Bay Co. | C-2, C-3(d), C-3(e), C-3(f), D-2, D-4, D-5, D-6, E-1, F-2, F-5 |
| 12527 | Hudson's Bay Co. | C-2, C-3(d), C-3(e), C-3(f), D-1(a), D-2, D-4, D-5, D-6, E-1, F-2, F-5 |
| 12528 | Hudson's Bay Co. | C-2, C-3(d), C-3(e), C-3(f), D-2, D-4, D-5, D-6, E-1, F-2, F-5 |
| 12532 | Hudson's Bay Co. | C-2, C-3(d), C-3(e), D-2, D-4, D-5, D-6, E-1, F-2, F-5 |
| 12536 | Canadian Imperial Bank of Commerce | C-2, C-3(d), D-1(a), D-2, D-3, D-4, D-5, D-6, E-1, F-2, F-5 |
| 12537 | Edmonton Public Schools | C-2, D-2, D-4, D-5, D-6, E-1, F-2, F-5 |
| 12541 | Edmonton Public Schools | C-2, D-2, D-4, D-5, D-6, E-1, F-2, F-5 |

| 12542 | Edmonton Public Schools | C-2, D-2, D-4, D-5, D-6, E-1, F-2, F-5 |
|-------|-------------------------|----------------------------------------|
| 12546 | Edmonton Public Schools | C-2, D-2, D-4, D-5, D-6, E-1, F-2, F-5 |
| 12548 | Edmonton Public Schools | C-2, D-2, D-4, D-5, D-6, E-1, F-2, F-5 |
| 12549 | Edmonton Public Schools | C-2, D-2, D-4, D-5, D-6, E-1, F-2, F-5 |
| 12554 | Edmonton Public Schools | C-2, D-2, D-4, D-5, D-6, E-1, F-2, F-5 |
| 12557 | Edmonton Public Schools | C-2, D-2, D-4, D-5, D-6, E-1, F-2, F-5 |
| 12570 | Calgary Board of Education | C-2, D-2, D-4, D-5, D-6, E-1, F-2, F-5 |
| 12576 | Edmonton Public Schools | C-2, D-2, D-4, D-5, D-6, E-1, F-2, F-5 |
| 12590 | Calgary Board of Education | C-2, D-2, D-4, D-5, D-6, E-1, F-2, F-5 |
| 12591 | Calgary Board of Education | C-2, D-2, D-4, D-5, D-6, E-1, F-2, F-5 |
| 13950 | Hamilton District School Board | C-2, C-3(d), C-3(e), C-3(f), D-2, D-4, D-6, E-1, F-2, F-5 |
| 14885 | Calgary Board of Education | C-2, D-2, D-4, D-5, D-6, E-1, F-2, F-5 |

In addition, and by way of clarification, objection F-5 as defined in Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims (Docket No. 9315) includes Debtors' objection to the claim on the basis of all applicable limitations periods under Canadian law, including but not limited to "ultimate" limitations periods.

REED SMITH LLP
James J. Restivo, Jr.
Lawrence E. Flatley
Douglas E. Cameron
Traci S. Rea
435 Sixth Avenue
Pittsburgh, PA   15219
(412) 288-3131

and

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Lisa G. Esayian
Janet S. Baer
200 East Randolph Drive
Chicago, IL  60601
(312) 861-2000

and

PACHULSKI STANG ZIEHL YOUNG
JONES & WEINTRAUB LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE  19899-8705
(302) 652-4100
Co-Counsel for the Debtors and
Debtors in Possession

DOCS_DE:127018.1