# EXHIBIT 2

## for WR Grace

Total number of parties: 1

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 24394 | STATE OF MONTANA DEPT OF ENVIRONMENTAL Q, ATTORNEY GENERAL, BANKRUPTCY UNIT, PO BOX 201440, HELENA, MT, 59620-1440 | US Mail (1st Class) |

Subtotal for this group: 1