IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Re: 9/25/06 Agenda Item No. 4
Related Docket Nos.: 12712 and 13298

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING FIFTEENTH QUARTERLY INTERIM FEE APPLICATION OF BLACKSTONE GROUP L.P., AS FINANCIAL ADVISOR TO W.R. GRACE & CO AND AFFILIATES FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF OCTOBER 1, 2005 THROUGH DECEMBER 31, 2005**

The undersigned counsel states as follows:

1. On, September 15, 2006 the Debtors filed their Certification of Counsel with respect to proposed order on the quarterly fee application for the twentieth period (the "Proposed Order") (Docket No. 13235).

2. On September 26, 2006, the Court entered the *Order Approving Quarterly Fee Applications for the Twentieth Period* (Docket No. 13298) (the "Order").

3. After entry of the Order, the Debtors discovered that the Order on the *Fifteenth Quarterly Interim Fee Application of The Blackstone Group L.P. as Financial Advisor*

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DOCS_DE:126912.1

*to W.R. Grace & Co. and Affiliates for Compensation and Reimbursement of Expenses Incurred for the Period of October 1, 2005 through December 31, 2005* (Docket No. 12712) ("Blackstone's Fifteenth Quarterly") had been omitted from the Proposed Order.

4. Attached hereto as Exhibit A is the Order on Blackstone's Fifteenth Quarterly (the "Blackstone Order").

5. The Fee Auditor has reviewed the Blackstone Order prior to its submission to the Court.

6. Accordingly, the undersigned respectfully requests that the Court enter the Proposed Order at the Court's earliest convenience.

Dated: April 30, 2006

KIRKLAND & ELLIS LLP
David M. Bernick., P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

and

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17[h] Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and the Debtors in Possession

DOCS_DE:126912.1

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: 9/25/06 Agenda Item No. 4 |
| | | Related Docket Nos.: 12712 and 13298 |

**ORDER APPROVING FIFTEENTH QUARTERLY
INTERIM FEE APPLICATION OF BLACKSTONE GROUP L.P.,
AS FINANCIAL ADVISOR TO W.R. GRACE & CO AND AFFILIATES FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR
THE PERIOD OF OCTOBER 1, 2005 THROUGH DECEMBER 31, 2005**

Upon consideration of the fifteenth quarterly interim fee applications of Blackstone Group L.P. [Docket Nos.: 12712] (the "Application") ("Blackstone") hereto for the period of October 1, 2005 through December 31, 2005 (the "Compensation Period"), pursuant to sections 105(a) and 331 of title 11 of the United States Code (the "Bankruptcy Code"), and it appearing that the Court has jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and these Applications is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Applications having been given; and it appearing that the relief requested in the Application is in the best interests of the Debtors, and the Debtors' estates and their creditors; and after due deliberation and sufficient cause appearing therefor, it is hereby:

91100-001\DOCS_DE:126916.1

ORDERED that the Fifteenth Quarterly Application is GRANTED on an interim basis; and it is further

ORDERED that the Debtors shall pay to Blackstone the sum of $300,000.00 as compensation and $3,129.40 as reimbursement of expenses, for a total of $303,129.40 for services rendered and disbursements incurred by Blackstone for the period October 1, 2005 through December 31, 2005, less any amounts previously paid in connection with the monthly fee applications; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: _____, 2007

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge