IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Re: 4/2/07 Agenda Item No. 1**
**Various Docket Numbers**

## CERTIFICATION OF COUNSEL REGARDING AMENDED ORDER APPROVING QUARTERLY FEE APPLICATIONS FOR THE TWENTY-SECOND PERIOD

1.      The undersigned counsel hereby submits, on behalf of the Fee Auditor,

Warren H. Smith, the proposed *Amended Order Approving Quarterly Fee Applications for the*

*Twenty-Second Period* (the "Amended Order"). The Order is attached hereto as Exhibit 1.

---

[1]      The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty
Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife
Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc.,
Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco
Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife
Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management,
Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC
Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc.,
Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace
Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc.,
Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International
Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated,
Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital
Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land
Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai
Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace
JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA
Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA,
Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a
Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern
Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a
Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.      The amounts set forth in the Order are the amounts that the Fee Auditor

recommends the Court approve for payment.   All parties have agreed to accept the fee auditor's

recommendations.

3.      The Court entered an order approving the fees on March 30, 2007 [Docket

No. 15044], however, the Exhibit attached to the order was incomplete.

4.      The Debtors hereby submit an Amended Order with the correct Exhibit

attached.

5.      Accordingly, the Debtors respectfully request that the Court enter the

attached Proposed Amended Order at its earliest convenience.

Dated: April 30, 2007            KIRKLAND & ELLIS LLP
                                 David M. Bernick, PC
                                 Janet S. Baer
                                 200 East Randolph Drive
                                 Chicago, Illinois  60601
                                 (312) 861-2000
                                 (312) 861-2200 (fax)

                                 and

                                 PACHULSKI STANG ZIEHL YOUNG JONES &
                                 WEINTRAUB LLP

                                 _____
                                 Laura Davis Jones (Bar No. 2436)
                                 James E. O'Neill (Bar. No. 4042)
                                 Timothy P. Cairns (Bar No. 4228)
                                 919 North Market Street, 17th Floor
                                 P.O. Box 8705
                                 Wilmington, Delaware  19899-8705 (Courier 19801)
                                 Telephone:  (302) 652-4100
                                 Facsimile:  (302) 652-4400

                                 Co-Counsel for the Debtors and Debtors in Possession