IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-1139 (JKF) |
|  | ) Jointly Administered |
| Debtors. | ) |

## NOTICE OF WITHDRAWAL OF DOCKET NUMBERS 15293 AND 15294

The Official Committee of Asbestos Personal Injury Claimants and David T. Austern, the

Court Appointed Legal Representative for Future Asbestos Personal Injury Claimants, by and

through their undersigned counsel, hereby withdraw the following filings:

1.      **Motion To Shorten Notice With Respect To The Motion For An Order Pursuant To Section 107(B) Of The Bankruptcy Code, Rule 9018 Of The Federal Rules Of Bankruptcy Procedure, And Local Rule 9018-1(B) Authorizing The Official Committee Of Asbestos Personal Injury Claimants And David T. Austern, The Court Appointed Legal Representative For Future Asbestos Personal Injury Claimants, And Directing The Clerk Of The Court, To File Under Seal Four Exhibits To The Reply Of Official Committee Of Asbestos Personal Injury Claimants And David T. Austern, The Court Appointed Legal Representative For Future Asbestos Personal Injury Claimants, In Support Of Motion To Compel Testimony And Document Production Concerning Grace's Pre-Petition Estimates Of Its Personal Injury Asbestos Liability; Docket Number 15293; and**

2.      **Motion For An Order Pursuant To Section 107(B) Of The Bankruptcy Code, Rule 9018 Of The Federal Rules Of Bankruptcy Procedure, And Local Rule 9018-1(B) Authorizing The Official Committee Of Asbestos Personal Injury Claimants And David T. Austern, The Court Appointed Legal Representative For Future Asbestos Personal Injury Claimants, And Directing The Clerk Of The Court, To File Under Seal Four Exhibits To The Reply Of Official Committee Of Asbestos Personal Injury Claimants ("ACC") And David T. Austern, Legal Representative For Future Asbestos Personal Injury Claimants ("FCR"), In Support Of Motion To Compel Testimony And Document Production Concerning Grace's Pre-Petition Estimates Of Its Personal Injury Asbestos Liability; Docket Number 15294.**

Dated: May 1, 2007

Respectfully submitted,

CAMPBELL & LEVINE, LLC

PHILLIPS, GOLDMAN & SPENCE, P.A.

Marl R. Eskin (No. 2989)
Mark T. Hurford (No. 3299)
800 North King Street, Suite 300
Wilmington, DE 19801
Telephone (302) 426-1900

   -and-

Elihu Inselbuch
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue
New York, NY 10151
Telephone (212) 319-7125

Nathan D. Finch
James P. Wehner
Jeanna Rickards
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W.
Washington, D.C. 20005
Telephone:  (202) 862-5000

*Counsel to the Official Committee of
Asbestos Personal-Injury Claimants*

John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
Telephone (302) 655-4200

   -and-

Roger Frankel
Richard H. Wyron
Raymond G. Mullady, Jr.
ORRICK, HERRINGTON & SUTCLIFFE LLP
3050 K Street, NW
Washington, DC 20007
Telephone (202) 339-8400

John Ansbro
ORRICK, HERRINGTON & SUTCLIFFE LLP
6566 Fifth Avenue
New York, NY 10113-0001
Telephone (212) 506-5000

*Counsel for David T. Austern,
Future Claimants' Representative*

{D0085602.1 }

Respectfully submitted,

CAMPBELL & LEVINE, LLC

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
Marl R. Eskin (No. 2989)
Mark T. Hurford (No. 3299)
800 North King Street, Suite 300
Wilmington, DE 19801
Telephone (302) 426-1900

-and-

Elihu Inselbuch
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue
New York, NY 10151
Telephone (212) 319-7125

Nathan D. Finch
James P. Wehner
Jeanna Rickards
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W.
Washington, D.C. 20005

*Counsel to the Official Committee of
Asbestos Personal-Injury Claimants*

_____
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
Telephone (302) 655-4200

-and-

Roger Frankel
Richard H. Wyron
Raymond G. Mullady, Jr.
ORRICK, HERRINGTON & SUTCLIFFE LLP
3050 K Street, NW
Washington, DC 20007
Telephone (202) 339-8400

John Ansbro
ORRICK, HERRINGTON & SUTCLIFFE LLP
6566 Fifth Avenue
New York, NY 10113-0001
Telephone (212) 506-5000

*Counsel for David T. Austern,
Future Claimants' Representative*