IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on May 1, 2007 I caused a copy of the foregoing *Reply Of Official Committee Of Asbestos Personal Injury Claimants And David T. Austern, Legal Representative For Future Asbestos Personal Injury Claimants, In Support Of Motion To Compel Testimony And Document Production Concerning Grace's Pre-Petition Estimates Of Its Personal Injury Asbestos Liability* to be served upon the individuals on the attached service list via first-class mail unless otherwise indicated.

                                                               */S/ Mark Hurford*
                                                               Mark T. Hurford (DE No. 3299)

Dated: May 1, 2007

{D0082834.1 }