# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In Re: ) | In Proceedings for a Reorganization under Chapter 11 |
| ) | |
| W.R. Grace & Co., *et al.*, ) | |
| ) | Case No. 01-01139-JKF |
| Debtors. ) | |
| ) | Re: DI 15429 |
| ) | |

## NOTICE OF FILING OF VERIFIED STATEMENT OF WATERS AND KRAUS, LLP PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

I HEREBY CERTIFY that on April 28, 2007 Waters & Kraus, LLP filed its VERIFIED STATEMENT OF WATERS AND KRAUS, LLP PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019 [Docket Entry 15429].

Dated: April 30, 2007              Waters & Kraus, LLP


                                   By:___/s/ Leslie MacLean_____
                                       Leslie MacLean
                                       Texas State Bar No. 00794209
                                       **Waters & Kraus LLP**
                                       3219 McKinney Avenue, Suite 3000
                                       Dallas, Texas 75204
                                       Telephone: (214) 357-6244
                                       Facsimile:  (214) 357-7252

                                   Attorneys for Asbestos Claimants