# EXHIBIT A

## WR GRACE & CO
## COMPENSATION BY PROJECT CATEGORY
### MARCH 1, 2007 - MARCH 31, 2007

| MATTER CODE | PROJECT CATEGORY | HOURS | TOTAL FEES |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 97.20 | $ 64,416.50 |
| 0013 | Business Operations | 5.10 | 3,213.00 |
| 0014 | Case Administration | 67.60 | 15,477.50 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 3.70 | 2,238.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 37.60 | 22,719.50 |
| 0018 | Fee Application, Applicant | 22.10 | 7,042.50 |
| 0019 | Creditor Inquiries | 0.30 | 216.00 |
| 0020 | Fee Application, Others | 1.90 | 313.50 |
| 0035 | Travel - Non Working | 3.50 | 2,520.00 |
| 0036 | Plan and Disclosure Statement | 1.80 | 1,089.00 |
| 0037 | Hearings | 9.60 | 6,586.50 |
| 0040 | Employment Applications - Others | 7.10 | 4,295.50 |
| 0047 | Tax Issues | 10.00 | 6,360.00 |
| | | | |
| | Sub Total | 267.5 | $136,488.00 |
| | Less 50% Travel | (1.8) | (1,260.00) |
| | Total | 265.8 | $135,228.00 |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | April 19, 2007 |
| INVOICE NO. | 408753 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through March 31, 2007, including:

| | |
|---|---|
| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos)<br>699843 0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/01/2007 | Exchanged memoranda with KP re deposition (.1); BNSF pleading, telephone call JB re motion, background information and Debtors' position thereon (1.3); attend to order re Lucas/HIPPA and order re motion for leave re claims objection (.1); attend to Beber deposition (.4). | Krieger, A. | 1.9 |
| 03/01/2007 | Review Rust and K&E materials. | Kruger, L. | 1.1 |
| 03/01/2007 | Attention to scheduling issues and emails Navigant re same (.3); attention to materials recently provided by K&E/Rust (2.0). | Pasquale, K. | 2.3 |
| 03/02/2007 | Memorandum to LK, KP re expert retained by Grace in respect of the PIQs (.1); exchanged memoranda with A. Basta re depositions (.1); attend to revised events calendar (.4); attend to estimation related pleadings, notices (.8). | Krieger, A. | 1.4 |
| 03/02/2007 | Review notices and pleading re estimation. | Kruger, L. | 0.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/02/2007 | Attention to draft amended PI estimation CMO. | Pasquale, K. | 0.3 |
| 03/05/2007 | Attend to proposed revised PI CMO from Amanda Basta and exchange e-mails with KP re same (.4); memorandum to A. Basta re comment to draft PI CMO (.2); attend to pleadings relating to the preliminary injunction issued by the Court (1.8); attend to Libby Claimants statement concerning BNSF motion re clarification/modification of PI injunction (.1);  attend to Debtors' objection to duplicate medical monitoring claim filed by R. Plazzo (.1); attend to Debtors' objection to claims filed by Berger & Montague, P.C. and Richardson, Patrick Westbrook & Brockman, LLC (.8); attend to Debtors' sur reply pleading re ZAI (.4). | Krieger, A. | 3.8 |
| 03/05/2007 | Review Basta email re proposed PI CMO (.3); review preliminary injunction issues by court (.6); review sur  reply re ZAI (.2); review motion nunc- pro time to retain Froman Perry (.2);  Emails K. Pasquale result of ZAI hearing on leave to appeal (.3). | Kruger, L. | 1.6 |
| 03/06/2007 | Attend to order on motion to amend consulting expert order (.1); attend to PI Committee's objection to Debtor OCP payment schedule (.1). | Krieger, A. | 0.2 |
| 03/06/2007 | Conference call with parties re proposed CMO. | Kruger, L. | 0.3 |
| 03/06/2007 | Conference call with all constituencies re proposed amended CMO order. | Pasquale, K. | 0.8 |
| 03/08/2007 | Exchanged memoranda with J. Baer re PI CMO and related dates (.2); exchanged memoranda with KP re same (.2); attend to Debtors' pleadings re PD Claims (1.7). | Krieger, A. | 2.1 |
| 03/08/2007 | Office conference with A. Krieger and K. Pasquale re court hearing re PD claims and April 2, 2007 hearing (.2); review debtor pleadings re PD claims (.8); review memo to Committee re BNSF (.3). | Kruger, L. | 1.3 |
| 03/09/2007 | Attend to revised CMO (.1); attend conference call with representatives for ACC/FCR/Debtors | Krieger, A. | 4.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
|  | re PI CMO (.8); memorandum to B. Harding re PI CMO information (.1); memorandum to KP, LK re PI CMO changes and issue (.6); attend to JB memorandum re hearing dates for PI and PD matters (.2); attend to BNSF motion and related materials (.8); attend to memoranda from the Court re revised hearing dates and attend to revised schedule of dates (1.3); exchanged memoranda with LK and JB re April 2, 2007 hearing (.2). |  |  |
| 03/09/2007 | Review memo from A. Krieger re PI CMO changes and issues. | Kruger, L. | 0.3 |
| 03/12/2007 | Attend to revised PI CMO and exchanged memoranda with J. Baer re same. | Krieger, A. | 0.3 |
| 03/12/2007 | Review Notice of Depositions of Millette and Ewing. | Kruger, L. | 0.2 |
| 03/13/2007 | Exchanged memoranda with KP re proposed final form of PI CMO and review of same (.5); attend to deposition notices and schedule (.8): attend to PD trial-related material (.4). | Krieger, A. | 1.7 |
| 03/13/2007 | Review memo to committee re BNSF motion (.3); review revisions to PI CMO and COC (.6); review motion re depositions (.5). | Kruger, L. | 1.4 |
| 03/13/2007 | Reviewed email from A. Krieger re: recent telephonic conference with Court re: remaining PD claims. | Papir, R. | 0.2 |
| 03/13/2007 | Attention to PD claims status (.3); attention to draft memos to Committee re PD, injunction (.4); attention to latest drafts of proposed PI CMO (.4). | Pasquale, K. | 1.1 |
| 03/14/2007 | Attend to witness designations, and exhibit filings re PD trials (.5); attend to new deposition notices and hearing dates and revisions to schedule (.6); attend to certificate of counsel re revised PI CMO submitted to the Court (.1). | Krieger, A. | 1.2 |
| 03/14/2007 | Review 10K (.8); review memo to Committee with respect to pending matters (.6). Review Sealed Air re counsel certification and stipulation (.3); review deposition notices (.3). | Kruger, L. | 2.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/15/2007 | Review memo to committee re pending matters and legal issues (.6) and review pleadings by debtor re PD (.3). | Kruger, L. | 0.9 |
| 03/15/2007 | Attention to debtors' PD pleadings. | Pasquale, K. | 1.1 |
| 03/16/2007 | Attend to final witness disclosures from Debtors, Motley Rice, ACC, other claimants (.3); attend to deposition transcripts (1.7); attend to Brickman article re asbestos claims (.3); attend to new deposition notices (.1). | Krieger, A. | 2.4 |
| 03/16/2007 | Office conference with A. Krieger re 4/2/07 hearing (.2); review transcripts of deposition (1.1). | Kruger, L. | 1.3 |
| 03/18/2007 | Attend to new article on asbestos claims. | Krieger, A. | 1.7 |
| 03/19/2007 | Exchanged memoranda with JB re transcript of ZAI argument before Judge Buckwalter (.1); attend to Debtors' cross-motion in response to BNSF's motion for clarification of preliminary injunction (1.2); attend to Royal Indemnity Company opposition to BNSF's motion (.7); attend to other insurance companies separate objections to BNSF's motion (.7); attend to amended deposition notice for P. Hare and exchanged memoranda with A. Basta re same (.2); amend schedule of PI estimation-related dates (.3); attend to Debtors' motion for leave to further amend complaint to include actions against BNSF (.3); attend to objection filed by various claimants to Debtors PD-related summary judgment motions (1.3); attend to notice of appeal, related motions filed by Motley Rice, Silber Pearlman, LeBlanc & Waddell the consulting experts privilege orders (.4); attend to PI/FCR emergency motion re compel production of complete navigable database (.2). | Krieger, A. | 5.4 |
| 03/19/2007 | Review BNSF pleadings (.6); review debtors response re Forman Perry fees as ordinary course professionals; (.3) and review memo re same (.2); review objections to debtors PD summary judgment motion (.6). | Kruger, L. | 1.7 |
| 03/19/2007 | Attention to various pleadings re extension of | Pasquale, K. | 0.5 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1801410v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | injunction/BNSF. | | |
| 03/20/2007 | Memo to LK, KP re appeal and related pleadings filed by Motley, Rice and other claimants (.2); attend to PI/FCR emergency motion to compel Debtors' complete database and related motions to shorten notice (.6); attend to orders re scheduling Emergency Motion and exchanged memoranda with LK, KP re same (.2); attend to Debtors' motion for leave to amend complaint to include BNSF (1.9). | Krieger, A. | 2.9 |
| 03/20/2007 | Review memo from A. Krieger re appeal and related Motley Rice pleadings (.2); emails to A. Krieger and K. Pasquale re scheduling of emergency motion (.2); review debtors motion for leave to amend BNSF complaint (.4); review memo to committee re PI/FCR motion seeking discovery of information from PIQ's (.6); review ACC/FCR motion re RUST database (.4). | Kruger, L. | 1.8 |
| 03/20/2007 | Attention to ACC/FCR motion to compel production of Rust database (.5); attention to FCR's document demand re same (.3); attention to documents previously produced by debtors (1.1) | Pasquale, K. | 1.9 |
| 03/21/2007 | Attend to Baron and Budd, et al. notice of appeal and related motions (1.8); attended to revised schedules of PI estimation and PD matters (.4); attend to National Union pleadings and case law re 4/3/07 argument (3.9); attend to Hamilton action orders, pleadings (.6). | Krieger, A. | 6.7 |
| 03/21/2007 | Review Baron & Budd motions and notice of appeal (.6); review pleadings re National Union (.6); review ACC/FCR emergency motion (.2) and memo to committee re same (.1). | Kruger, L. | 1.5 |
| 03/22/2007 | Attend to National Union pleadings for 4/3/07 argument (.6); attend to Debtors' motion for stay/injunctive relief re Hamilton action (.6) attend to Debtors' motion to compel compliance re x-rays, b-reads, other (1.3); attend to Debtors' motion to compel compliance with supplemental order | Krieger, A. | 3.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (consulting expert privilege) (.8); attend to case law re civil penalties, fines (.6). | | |
| 03/22/2007 | Review debtors' motion re PIQs re x-rays, b-reads (.6); review National Union pleadings (.4). | Kruger, L. | 1.0 |
| 03/22/2007 | Attention to debtors' motion to compel PIQ responses. | Pasquale, K. | 0.5 |
| 03/23/2007 | Attend to Hamilton action-related pleadings (1.3); attend to consulting expert privilege-related documents (.4); attend to RMQ/EGL reply brief and Debtors' reply brief re section 108 issues (1.8); attend to Debtors' response to Libby claimants objection to proposed revised PI CMO (.3); attend to PI e-mails re hearing date for motion to compel (.2). | Krieger, A. | 4.0 |
| 03/23/2007 | Review Hamilton pleadings. | Kruger, L. | 0.7 |
| 03/25/2007 | Attend to transcript of March 2007 hearing before Judge Buckwalter. | Krieger, A. | 0.6 |
| 03/26/2007 | Attend to transcript of ZAI argument before Judge Buckwalter (1.3); attend to deposition notices (.2); attend to Debtors' replies to responses received to PD summary judgment motions (.8); attend to BNSF motion related pleadings (.6), attend to case law re post-petition fines (.7); attend to NJDEP brief re opposition to Debtors complaint and motion for injunctive relief (.9); attend to Debtors' summary judgment motion re PD claims (2.9). | Krieger, A. | 7.4 |
| 03/26/2007 | Review database pleadings (.3). Review debtor summary judgment motion re PD (.6). | Kruger, L. | 0.9 |
| 03/26/2007 | Attention to debtors' filed pleadings re database motion, proposed CMO (.5); attention to debtors' filed PD-related pleadings (1.0) | Pasquale, K. | 1.5 |
| 03/26/2007 | Review case and supporting documentation on asbestosis in preparation for Pamela May Hare deposition, communicate with K. Pasquale regarding same. | Pearsall, A. | 1.5 |
| 03/27/2007 | Attend to memorandum and order from the Court on motion for leave to appeal (.3); | Krieger, A. | 3.4 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1801410v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | attend to Debtors' response to ACC/FCR's emergency motion to compel production of complete database and office conferences KP re same (.9); attend to additional responses, pleadings re BNSF motion for clarification of the scope of the injunction (1.4); attend to FCR's first set of document requests (.4); attend to Debtors' reply in support of amended PI CMO proposed (.1); attend to counsel certification re P. Angelo's motion for an extension of time to respond (.1); exchanged memoranda with A. Basta re depositions of Tarola, Siegel and others (.2). | | |
| 03/27/2007 | Review decision by Judge Buckwalter on ZAI (.2); review results of debtors document discovery (1.2); review debtors response to ACC/FCR re motion to compel debtors (.3). | Kruger, L. | 1.7 |
| 03/27/2007 | Attention to Judge Buckwalter ZAI appeal decision (.2); confer A. Krieger re PI issues (.3); attention to documents from debtors' third party discovery (2.5). | Pasquale, K. | 3.0 |
| 03/27/2007 | Represent the unsecured creditors' committee at the deposition of Pamela May Hare, prepare notes/summary of proceeding for K. Pasquale. | Pearsall, A. | 4.3 |
| 03/28/2007 | Attend to revised event schedule for new deposition notices, hearings. | Krieger, A. | 0.4 |
| 03/29/2007 | Attend to ZAI motion for discovery re Debtors' conduct of litigation (.2); office conference LK, KP re same (.2). | Krieger, A. | 0.4 |
| 03/29/2007 | Review claimants re ZAI motion on AISDR study (.4) and office conference with A. Krieger and K. Pasquale re same (.2). | Kruger, L. | 0.6 |
| 03/29/2007 | Attention to ZAI claimants' discovery motion re AISDR study (.8); attention to ACC/FCR's motion to compel estimation discovery (.6) | Pasquale, K. | 1.4 |
| 03/30/2007 | Attention to deposition notices to BMC, Rust. | Pasquale, K. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1801410v1

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 55.9 | $ 605 | $ 33,819.50 |
| Kruger, Lewis | 20.6 | 860 | 17,716.00 |
| Papir, Ryan M. | 0.2 | 465 | 93.00 |
| Pasquale, Kenneth | 14.7 | 720 | 10,584.00 |
| Pearsall, Alison | 5.8 | 380 | 2,204.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 64,416.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 64,416.50 |
|---|---|

# STROOCK

| RE | Business Operations 699843 0013 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 03/07/2007 | Attend to Grace 10K. | Krieger, A. | 0.8 |
| 03/07/2007 | Review 10K. | Kruger, L. | 0.5 |
| 03/14/2007 | Attend to 12/06 10K filed. | Krieger, A. | 1.3 |
| 03/15/2007 | Attend to 10K for period ending 12/06. | Krieger, A. | 1.8 |
| 03/20/2007 | Conference call S. Cunningham, J. Dolan re Washcoat Sale, business report review, tax motion, other matters. | Krieger, A. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Krieger, Arlene G. | 4.6 | $ 605 | $ 2,783.00 |
| Kruger, Lewis | 0.5 | 860 | 430.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,213.00 |
| --- | --- |

| TOTAL FOR THIS MATTER | $ 3,213.00 |
| --- | --- |

# STROOCK

| RE | Case Administration |
|----|---------------------|
|    | 699843  0014        |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/01/2007 | Exchanged memoranda with KP re ZAI hearings before Judge Backwalter on 3/9/07 (.1); attend to newly filed applications (.2). | Krieger, A. | 0.3 |
| 03/01/2007 | Review and update case docket number 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.7). | Mohamed, D. | 1.2 |
| 03/02/2007 | Review and update case docket no. 01-1139 (.6), retrieve and distribute recently filed pleadings in main case (1.5), review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6), review civil action case docket no. 06-689 (exclusivity appeal) (.2). | Mohamed, D. | 2.9 |
| 03/05/2007 | Attend to newly filed certification, orders, applications, notices (.7); exchanged memo with DM re preliminary injunction adversary docket (.1). | Krieger, A. | 0.8 |
| 03/05/2007 | Review monthly operating report. | Kruger, L. | 0.2 |
| 03/05/2007 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed pleadings in main case (.6), review adversary proceeding case docket nos. 02-1657, 04-55083 and 05-52724 (.5), retrieve and distribute recently filed pleadings re: adversary proceeding case docket no. 01-771 (.3). | Mohamed, D. | 1.9 |
| 03/06/2007 | Attend to Fee Auditor's reports, applications. | Krieger, A. | 0.3 |
| 03/06/2007 | Review and update case docket no. 01-1139 (.4), retrieve and distribute recently filed pleadings in main case (.5), attention to retrieval of certain pleadings for attorney review (.4). | Mohamed, D. | 1.3 |
| 03/07/2007 | Attended to Fee Examiner's final report on | Krieger, A. | 1.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | SSL's 21st Quarterly (.1); attend to newly filed applications, reports by the Fee Examiner, orders (1.1). | | |
| 03/07/2007 | Review 3rd Circuit decision denying expedited appeal re exclusivity. | Kruger, L. | 0.2 |
| 03/07/2007 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed pleadings in main case (1.8), review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6). | Mohamed, D. | 2.9 |
| 03/08/2007 | Reviewed legal docket to update status. | Holzberg, E. | 1.0 |
| 03/08/2007 | Attend to newly filed applications, notices. | Krieger, A. | 0.6 |
| 03/08/2007 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed pleadings in main case (.5), attention to retrieval of certain pleadings for attorney review (.6). | Mohamed, D. | 1.6 |
| 03/09/2007 | Emails with A. Krieger re April 2, 2007 hearing (.2); review memo from court re new hearing dates (.3); review memo to Committee re BNSF motion (.2) | Kruger, L. | 0.7 |
| 03/09/2007 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed pleadings in main case (.7), review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6), review civil action case docket no. 06-689 (exclusivity appeal) (.2). | Mohamed, D. | 2.0 |
| 03/12/2007 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed pleadings in main case (1.4), retrieve and distribute recently filed pleadings re: adversary proceeding case docket no. 02-1657 (.6), review adversary proceeding case docket no. 01-771, 04-55083 and 05-52724 (.5), review civil action case docket no. 06-689 (exclusivity appeal) (.2). | Mohamed, D. | 3.2 |
| 03/13/2007 | Reviewed docket to update status. | Holzberg, E. | 0.9 |
| 03/13/2007 | Attend to newly filed certifications, notices. | Krieger, A. | 0.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/13/2007 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed pleadings in main case (1.1). | Mohamed, D. | 1.6 |
| 03/14/2007 | Review and update case docket no. 01-1139 (.6), retrieve and distribute recently filed pleadings in main case (.8), review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6), review and update court of appeals for the third circuit case docket nos. 07-1344 and 07-1378 (.4), review and update district court docket no. 07-0005 (.3), attention to retrieval of certain pleadings for attorney review (.7). | Mohamed, D. | 3.4 |
| 03/15/2007 | Reviewed legal docket to update status. | Holzberg, E. | 1.1 |
| 03/15/2007 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed pleadings in main case (.6). | Mohamed, D. | 1.1 |
| 03/16/2007 | Attend to memoranda re rescheduling of 4/2/07 hearing and office conference LK re same (.2); exchanged memoranda with J. Baer re 4/2/07 hearing (.1); attend to update of deposition schedule (.2); attend to US Trustee's inquiry re Capstone fee application (.1); memorandum to D. Mohamed re transcript of ZAI argument before Judge Buckwalter (.1). | Krieger, A. | 0.7 |
| 03/16/2007 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed pleadings in main case (.6), retrieve and distribute recently filed pleadings re adversary proceeding case docket nos. 01-771 (.5), review adversary proceeding case docket nos. 02-1657, 04-55083 and 05-52724 (.5), review and update civil action case docket no. 07-0005 (.2), review court of appeals for the third circuit re case docket nos. 07-1344 and 07-1378 (.3). | Mohamed, D. | 2.6 |
| 03/19/2007 | Reviewed for backup on disbursements. | Holzberg, E. | 1.3 |
| 03/19/2007 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed pleadings in main case (1.2), review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6), review civil | Mohamed, D. | 2.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | action case docket no. 07-0005 (.2), review Stroock figures regarding fee auditors chart for the twenty-second interim fee period (.4). | | |
| 03/20/2007 | Memorandum to M. Lyman re compensation inquiry. | Krieger, A. | 0.5 |
| 03/20/2007 | Review and update case docket no. 01-1139 (.6), retrieve and distribute recently filed pleadings in main case (2.7), attention to retrieval of pleadings for attorney review (.4). | Mohamed, D. | 3.7 |
| 03/21/2007 | T/c Court call to set up for AGK teleconference attendance at hearing for April 2 &3. | Holzberg, E. | 0.5 |
| 03/21/2007 | Exchanged memoranda with DM re newly docketed matters (.2); office conference EH re court call arrangements for 4/2, 4/3/07 hearings (.1); attend to newly filed pleadings (.4). | Krieger, A. | 0.7 |
| 03/21/2007 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed pleadings in main case (.9), retrieve and distribute recently filed pleadings re adversary proceeding case docket no. 02-1657 (.4), review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.5), review civil action case docket no. 07-0005 (.2), review court of appeals for the third circuit case docket nos. 07-1344 and 07-1378 (.3). | Mohamed, D. | 2.8 |
| 03/22/2007 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed pleadings in main case (.8). | Mohamed, D. | 1.3 |
| 03/23/2007 | Reviewed Legal Docket and update status. | Holzberg, E. | 0.6 |
| 03/23/2007 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed pleadings in main case (.6), review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6), review civil action case docket no. 07-0005 (.2), review court of appeals for the third circuit case docket nos. 07-1344 and 07-1378 (.3). | Mohamed, D. | 2.2 |
| 03/26/2007 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed pleadings in main case (1.4), retrieve and | Mohamed, D. | 3.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | distribute recently filed pleadings re adversary proceeding case docket no. 01-771 (.4), retrieve and distribute recently filed pleading re civil action case docket no. 07-0005 (.2), review adversary proceeding case docket nos. 02-1657, 04-55083 and 05-52724 (.5), review and update court of appeals for the third circuit case docket no. 07-1344 and 07-1378 (.3). | | |
| 03/27/2007 | Attend to certifications, applications and other newly filed and served documents. | Krieger, A. | 0.6 |
| 03/27/2007 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed pleadings in main case (.7). | Mohamed, D. | 1.2 |
| 03/28/2007 | Reviewed legal docket to update status. | Holzberg, E. | 0.9 |
| 03/28/2007 | Review and update case docket no. 01-1139 (.5), retrieve and distribute recently filed pleadings in main case (1.5), review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6), review civil action case docket no. 07-0005 (.2), review court of appeals for the third circuit case docket nos. 07-1344 and 07-1378 (.3). | Mohamed, D. | 3.1 |
| 03/29/2007 | Attend to newly filed application, notices. | Krieger, A. | 0.3 |
| 03/29/2007 | Review and update case docket no. 01-1139 (.6), retrieve and distribute recently filed pleadings in main case (2.1), retrieve and distribute recently filed pleading re: civil action case docket no. 07-0005 (.3), retrieve and distribute recently filed pleading re: adversary proceeding case docket no. 02-1657 (.3), retrieval of certain pleadings for attorney review (.4). | Mohamed, D. | 3.7 |
| 03/30/2007 | Attend to newly filed applications, pleadings. | Krieger, A. | 0.4 |
| 03/30/2007 | Review and update case docket no. 01-1139 (.6), retrieve and distribute recently filed pleadings in main case (1.3), review adversary proceeding case docket nos. 01-771, 02-1657, 04-55083 and 05-52724 (.6), review civil action case docket no. 07-0005 (.2), review court of appeals for the third circuit case docket nos. 07-1344 and 07-1378 (.3), attention to | Mohamed, D. | 3.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
|  | retrieval of pleadings for attorney review (.5). |  |  |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 6.3 | $ 255 | $ 1,606.50 |
| Krieger, Arlene G. | 6.8 | 605 | 4,114.00 |
| Kruger, Lewis | 1.1 | 860 | 946.00 |
| Mohamed, David | 53.4 | 165 | 8,811.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 15,477.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 15,477.50 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1801410v1

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos)<br>699843 0015 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/04/2007 | Attend to Debtors' objection to Circle Bar Ranch claim and memorandum to the Committee thereon. | Krieger, A. | 1.4 |
| 03/05/2007 | Attend to Debtors' 21st omnibus objection to claims (cross-debtor, duplicates) and related motion for limited waiver of Delaware bankruptcy rule 3007-1 (.8); attend to exhibits to objection to Circle Bar Ranch claims (.6). | Krieger, A. | 1.4 |
| 03/14/2007 | Attend to counsel's certification re Sealed Air claims stipulation and underlying stipulation and memo to Debtors' counsel re same (.5). | Krieger, A. | 0.7 |
| 03/16/2007 | Attend to State of Montana's DEP response to Debtors' claims objection. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 3.7 | $ 605 | $ 2,238.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,238.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,238.50 |
|---|---|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843  0017 |
|----|---|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/02/2007 | Memo from A. Krieger re PIQ expert retained by Grace (.1); office conference K. Pasquale re status and strategy (.2). | Kruger, L. | 0.3 |
| 03/06/2007 | Attend to draft memorandum to the Committee re pending motions including BNSF. | Krieger, A. | 3.1 |
| 03/06/2007 | Conference call with debtors' professionals (.5); review prose email to committee re pending motions. (.4). | Kruger, L. | 0.9 |
| 03/06/2007 | Conference call with debtors' professionals re status. | Pasquale, K. | 0.5 |
| 03/08/2007 | Attend to memorandum to the Committee re BNSF and related matters. | Krieger, A. | 2.8 |
| 03/09/2007 | Attend to Committee memorandum re BNSF motion (.9); attend to Committee memoranda re 3/8/07 hearing before the Court, 3rd Circuit ruling on exclusivity motion (1.9). | Krieger, A. | 2.8 |
| 03/09/2007 | Review memo to Committee re March 8, 2007 court hearing and hearing by 3rd Circuit on exclusivity. | Kruger, L. | 0.5 |
| 03/13/2007 | Memoranda to KP re Committee memoranda (.1); memorandum to the Committee re 3/8/07 hearings (.2); memorandum to T. Maher BNSF memorandum to the Committee (.2); memorandum to the Committee re BNSF motion (.2). | Krieger, A. | 0.7 |
| 03/14/2007 | Attend to memorandum to the Committee re various pending matters. | Krieger, A. | 3.7 |
| 03/15/2007 | Attend to memorandum to the Committee re pending matters and related case law. | Krieger, A. | 6.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/16/2007 | Finalize Committee memo re pending matters. | Krieger, A. | 1.6 |
| 03/16/2007 | Review memo to Committee re pending matter. | Kruger, L. | 0.4 |
| 03/19/2007 | Attend to memo re Debtors' response to ACC's objection to Forman & Perry's fees. | Krieger, A. | 0.4 |
| 03/20/2007 | Attend to Committee memorandum re PI/FCR emergency motion seeking production of information from PIQ attachments. | Krieger, A. | 1.6 |
| 03/20/2007 | Office conference with K. Pasquale and A. Krieger and regular call with debtor and debtor professionals re agenda and strategy. | Kruger, L. | 0.7 |
| 03/20/2007 | Conference call with debtors, professionals re status. | Pasquale, K. | 0.7 |
| 03/21/2007 | Attend to memorandum to the Committee re ACC/FCR emergency motions. | Krieger, A. | 0.4 |
| 03/22/2007 | Continued drafting memorandum summarizing expert reports filed by the W.R. Grace Debtors. | Gutierrez, J. | 6.0 |
| 03/27/2007 | Attend to revised memorandum to the Committee re PI/FCR emergency motion for production of navigable database (1.4); attend to memorandum to the Committee re ZAI appeal and decision (.9). | Krieger, A. | 2.3 |
| 03/27/2007 | Review revised memo to committee re ACC/FCR database motion (.4) and review memo to committee re ZAI decision (.2). | Kruger, L. | 0.6 |
| 03/28/2007 | Attend to memoranda for the Committee re ZAI decision and PI/FCR emergency motion and response. | Krieger, A. | 1.2 |
| 03/28/2007 | Review memo to Committee re ZAI and ACC/FCR emergency motion and debtors response. | Kruger, L. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Gutierrez, James S. | 6.0 | $ 420 | $ 2,520.00 |
| Krieger, Arlene G. | 26.7 | 605 | 16,153.50 |
| Kruger, Lewis | 3.7 | 860 | 3,182.00 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 1.2 | 720 | 864.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 22,719.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 22,719.50 |
|---|---|

# STROOCK

| RE | Fee Application, Applicant |
|----|---------------------------|
|    | 699843  0018              |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/01/2007 | Completed quarterly, had signed and prep for filing. | Holzberg, E. | 0.3 |
| 03/01/2007 | Exchanged memoranda with M. Lyman re fee applications (.2); attend to review of January 2007 fee statement (.8); office conference EH re filing of 23rd quarterly (.1). | Krieger, A. | 1.1 |
| 03/01/2007 | Review Stroock's twenty-third quarterly fee application in preparation for filing (.9), prepare affidavit of service regarding same and forward to local counsel for filing (.6); prepare and effectuate service regarding fee application (.8). | Mohamed, D. | 2.3 |
| 03/02/2007 | Worked on monthly bill and disbursements. | Holzberg, E. | 0.9 |
| 03/02/2007 | Attend to SSL's January 2007 fee statement (.6); office conference EH same (.1); attend to Navigant's January 2007 bill and support detail (.6). | Krieger, A. | 1.3 |
| 03/05/2007 | Worked on monthly bill. | Holzberg, E. | 1.4 |
| 03/05/2007 | Exchanged memoranda with A. McIntosh, M. Lyman re revised January 2007 bill to reflect credit, expenses detail. | Krieger, A. | 0.5 |
| 03/06/2007 | Made revision to January bill. | Holzberg, E. | 1.3 |
| 03/08/2007 | Had 70th Monthly Application served. | Holzberg, E. | 0.6 |
| 03/08/2007 | Attend to final form of Navigant's January 2007 bill. | Krieger, A. | 0.2 |
| 03/08/2007 | Review Stroock's seventieth monthly fee statement for January 2007 in preparation for filing (.8), prepare affidavit of service and forward to local counsel for filing (.4), prepare and effectuate service regarding fee statement | Mohamed, D. | 1.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.7). | | |
| 03/14/2007 | Reviewed and edited time in prep of working on February 2007 monthly. | Holzberg, E. | 0.8 |
| 03/16/2007 | Attend to SSL's February 2007 fee statement. | Krieger, A. | 1.6 |
| 03/19/2007 | Reviewed time edits for additional revisions. | Holzberg, E. | 1.1 |
| 03/19/2007 | Attend to February 2007 fee statement. | Krieger, A. | 0.4 |
| 03/21/2007 | Worked on monthly bill and revisions. | Holzberg, E. | 1.5 |
| 03/22/2007 | Reviewed and made revisions to bill. | Holzberg, E. | 2.8 |
| 03/28/2007 | Worked on monthly statement, reviewed disbursements. | Holzberg, E. | 1.5 |
| 03/29/2007 | Reviewed charts for bill. | Holzberg, E. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 12.8 | $ 255 | $ 3,264.00 |
| Krieger, Arlene G. | 5.1 | 605 | 3,085.50 |
| Mohamed, David | 4.2 | 165 | 693.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 7,042.50 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 7,042.50 |
|-----------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1801410v1

# STROOCK

| RE | Creditor Inquiries<br>699843  0019 | | |
|---|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/20/2007 | Telephone conference bank debt holder re status. | Pasquale, K. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 0.3 | $ 720 | $ 216.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 216.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 216.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1801410v1

# STROOCK

| RE | Fee Application, Others<br>699843 0020 | | |
|----|----|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/22/2007 | Review Capstone Advisory Group's 35th monthly fee statement in preparation for filing (.7), prepare notice and affidavit of service regarding same and forward to local counsel for filing (.6), prepare and effectuate service re: fee statement (.6). | Mohamed, D. | 1.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Mohamed, David | 1.9 | $ 165 | $ 313.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 313.50 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 313.50 |
|-----------------------|----------|

# STROOCK

| RE | Expenses |
|---|---|
| | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 139.21 |
| Local Transportation | 241.61 |
| Long Distance Telephone | 12.81 |
| Duplicating Costs-in House | 26.00 |
| Filing Fees | 197.50 |
| Court Reporting Services | 5078.76 |
| Word Processing | 30.00 |
| Travel Expenses - Transportation | 628.25 |
| Westlaw | 281.11 |

| TOTAL DISBURSEMENTS/CHARGES | $ 6,635.25 |
|---|---|

| TOTAL FOR THIS MATTER | $ 6,635.25 |
|---|---|

# STROOCK

| RE | Travel - Non Working<br>699843  0035 |
|----|--------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/05/2007 | Attendant travel to and from Philadelphia for court hearing re leave to appeal ZAI decision. | Pasquale, K. | 3.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Pasquale, Kenneth | 3.5 | $ 720 | $ 2,520.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,520.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 2,520.00 |
|-----------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1801410v1

# STROOCK

| RE | Plan and Disclosure Statement<br>699843 0036 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/01/2007 | Exchanged memoranda with D. Ball re Third Circuit filings and docketing matters (.4); exchanged memoranda with KP re status of consent for intervention (.1). | Krieger, A. | 0.5 |
| 03/07/2007 | Attend to 3rd Circuit's order denying asbestos parties motion to expedite the appeal and exchanged memoranda with KP re briefing schedule. | Krieger, A. | 0.3 |
| 03/09/2007 | Exchanged memoranda with D. Ball re briefing schedule for exclusivity appeal. | Krieger, A. | 0.5 |
| 03/14/2007 | Office conferences DM re third circuit filings re exclusivity appeal (.3); memorandum to KP re exclusivity appeal (.2). | Krieger, A. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.8 | $ 605 | $ 1,089.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,089.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,089.00 |
|---|---|

# STROOCK

| RE | Hearings<br>699843  0037 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 03/05/2007 | Preparation for and attended court hearing re leave to appeal ZAI decision. | Pasquale, K. | 1.4 |
| 03/06/2007 | Conference call with Grace representatives re ZAI argument before Judge Buckwalter, meeting with NJDEP (Hamilton litigation), other. | Krieger, A. | 0.7 |
| 03/08/2007 | Attend Court hearing re conference on status of PD Claims and April 23-25, 2007 trial process and prepare memoranda thereon (2.6); office conference LK, KP re hearing and April 2, 2007 hearing (.2); memorandum to D. Hickerson, G. Becker re PD Charts referred to during trial (.2). | Krieger, A. | 3.0 |
| 03/20/2007 | Conference call w/Grace representatives April 2, 2007 calendar, PI/FCR emergency motion, appeal on consulting expert orders, other. | Krieger, A. | 0.7 |
| 03/26/2007 | Attend to agenda notice for 04/02/07 omnibus hearing. | Krieger, A. | 0.2 |
| 03/26/2007 | Review agenda for 4/2/07 (.2); review pleadings re NJDEP (.4). | Kruger, L. | 0.6 |
| 03/30/2007 | Attend to agendas for hearings on 4/2 and 4/3/07 and office conference LK re same. | Krieger, A. | 0.3 |
| 03/30/2007 | Review of agenda and preparation for 4/2/07 court hearing (.8) and office conference with A. Krieger re 4/2/07 court hearing (.3). | Kruger, L. | 1.1 |
| 03/30/2007 | Preparation for April 2 omnibus hearing. | Pasquale, K. | 1.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1801410v1

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 4.9 | $ 605 | $ 2,964.50 |
| Kruger, Lewis | 1.7 | 860 | 1,462.00 |
| Pasquale, Kenneth | 3.0 | 720 | 2,160.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,586.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 6,586.50 |
|---|---|

# STROOCK

| RE | Employment Applications - Others<br>699843  0040 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/02/2007 | Attend to newly filed fee applications. | Krieger, A. | 1.3 |
| 03/05/2007 | Attend to motion to retain Fragomen, Del Rey, Bernsen & Loewy LLP (special immigration counsel) (.6); attend to motion to employ Forman Perry firm nunc pro tunc to April 1, 2006 and related motion for leave from the Court's scheduling orders (.6). | Krieger, A. | 1.2 |
| 03/13/2007 | Attend to newly filed fee applications and newly filed fee examiners final reports. | Krieger, A. | 1.4 |
| 03/16/2007 | Attend to fee applications of other professionals. | Krieger, A. | 1.1 |
| 03/19/2007 | Attend to Debtors motion re application to employ Forman Perry and ACC's objection to motion for leave (.4); attend to Debtors' response to ACC's objection to OCP payments (.3), attend to Fee Auditor's final reports (.2); attend to Debtors' response to ACC's objection to the payment of Forman Perry's fees as ordinary course professionals (.5). | Krieger, A. | 1.4 |
| 03/21/2007 | Attend to PI/FCR objection to Debtors motion for leave to have Forman Perry application heard on 4/2/07. | Krieger, A. | 0.2 |
| 03/23/2007 | Attend to US Trustee's objection to Debtors' Forman & Perry application. | Krieger, A. | 0.3 |
| 03/27/2007 | Attend to additional responses, pleadings re retention and payment of Forman Perry. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 7.1 | $ 605 | $ 4,295.50 |

# STROOCK

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,295.50 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 4,295.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1801410v1

# STROOCK

| RE | Tax Issues 699843 0047 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/05/2007 | Reviewing presentation re: cash management and tax impact of foreign repatriation. | Eichler, M. | 0.3 |
| 03/05/2007 | Attend to presentation on repatriation of cash. | Krieger, A. | 0.3 |
| 03/06/2007 | Conference call re: tax consequences of foreign repatriation. | Eichler, M. | 1.2 |
| 03/06/2007 | Taxes - review materials and call re repatriation; discussion with ME and AK re same. | Greenberg, M. | 2.0 |
| 03/06/2007 | Conference call with E. Filon, J. O'Connell, M. Greenberg, M. Eichler and representatives for Capstone re repatriation of cash and restructuring under consideration (.6); follow-up conference call S. Cunningham, M. Greenberg and M. Eichler re restructuring (.4). | Krieger, A. | 1.0 |
| 03/19/2007 | Attend to draft tax litigation motion and exchanged memoranda with J. Dolan re same. | Krieger, A. | 0.5 |
| 03/20/2007 | Attend to draft motion for stay relief to file suit in tax court (.4); memorandum to MG and ME re same (.2). | Krieger, A. | 0.6 |
| 03/22/2007 | Reviewing motion re: tax court suit and related material. | Eichler, M. | 1.0 |
| 03/23/2007 | Reviewing tax suit motion and related material. | Eichler, M. | 1.9 |
| 03/26/2007 | Research re: benefits (if any) of filing suit in tax court. | Eichler, M. | 1.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Eichler, Mark | 5.6 | $ 605 | $ 3,388.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1801410v1

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Greenberg, Mayer | 2.0 | 760 | 1,520.00 |
| Krieger, Arlene G. | 2.4 | 605 | 1,452.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,360.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 6,360.00 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 136,488.00 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 6,635.25 |
| TOTAL BILL | $ 143,123.25 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1801410v1