# EXHIBIT B

## WR GRACE & CO
## SUMMARY OF FEES
## MARCH 1, 2007- MARCH 31, 2007

|  | Hours | Rate | Total Fees |
|---|---:|---:|---:|
| **Partners** | | | |
| Greenberg, Mayer | 2.0 | 760 | $ 1,520.00 |
| Kruger, Lewis | 27.6 | 860 | 23,736.00 |
| Pasquale, Kenneth | 22.7 | 720 | 16,344.00 |
| | | | |
| **Associates** | | | |
| Eichler, Mark | 5.6 | 605 | 3,388.00 |
| Gutierrez, James S. | 6.0 | 420 | 2,520.00 |
| Krieger, Arlene G. | 119.0 | 605 | 71,995.00 |
| Papir, Ryan M. | 0.2 | 465 | 93.00 |
| Pearsall, Alison | 5.8 | 380 | 2,204.00 |
| | | | |
| **Paraprofessionals** | | | |
| Holzberg, Ethel H. | 19.1 | 255 | 4,870.50 |
| Mohamed, David | 59.5 | 165 | 9,817.50 |
| | | | |
| Sub Total | 265.5 | | $ 136,488.00 |
| Less 50% Travel | (1.8) | | (1,260.00) |
| Total | 263.8 | | $ 135,228.00 |

SSL-DOCS1 1801410v1