# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**MARCH 1, 2007 - MARCH 31, 2007**

| | |
|---|---:|
| Outside Messenger Service | 139.21 |
| Local Transportation | 241.61 |
| Long Distance Telephone | 12.81 |
| Duplicating Costs-in House | 26.00 |
| Filing Fees | 197.50 |
| Court Reporting Services | 5,078.76 |
| Travel Expenses - Transportation | 628.25 |
| Word Processing | 30.00 |
| Westlaw | 281.11 |
| | |
| **TOTAL** | **$ 6,635.25** |

# STROOCK

## Disbursement Register

| DATE | April 25, 2007 |
|---|---|
| INVOICE NO. | 408753 |
| CLIENT | W R Grace & Co |
|  | 7500 Grace Drive |
|  | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through March 31, 2007, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 03/05/2007 | VENDOR: UPS; INVOICE#: 0000010X827097; DATE: 03/03/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270198020743 on 03/01/2007 | 9.10 |
| 03/05/2007 | VENDOR: UPS; INVOICE#: 0000010X827097; DATE: 03/03/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270198983936 on 03/01/2007 | 9.10 |
| 03/05/2007 | VENDOR: UPS; INVOICE#: 0000010X827097; DATE: 03/03/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Alison T. Ash Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270198999723 on 03/01/2007 | 9.10 |
| 03/05/2007 | VENDOR: UPS; INVOICE#: 0000010X827097; DATE: 03/03/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270199266156 on 03/01/2007 | 13.74 |
| 03/05/2007 | VENDOR: UPS; INVOICE#: 0000010X827097; DATE: 03/03/2007; FROM Monika Lee, 180 Maiden Lane, New York, NY TO Kerim Ertug Navigant Consulting Inc., 1801 K Street NW, WASHINGTON, DC 20006 Tracking #:1Z10X8270190911410 on 02/27/2007 | 6.81 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1801410v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/12/2007 | VENDOR: UPS; INVOICE#: 0000010X827107; DATE: 03/10/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270193065375 on 03/08/2007 | 8.49 |
| 03/12/2007 | VENDOR: UPS; INVOICE#: 0000010X827107; DATE: 03/10/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Alison T. Ash Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270193262152 on 03/08/2007 | 6.15 |
| 03/12/2007 | VENDOR: UPS; INVOICE#: 0000010X827107; DATE: 03/10/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270193296189 on 03/08/2007 | 6.15 |
| 03/12/2007 | VENDOR: UPS; INVOICE#: 0000010X827107; DATE: 03/10/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270194235368 on 03/08/2007 | 6.15 |
| 03/12/2007 | VENDOR: UPS; INVOICE#: 0000010X827107; DATE: 03/10/2007; FROM Monika Lee, 180 Maiden Lane, New York, NY TO Kerim Ertug Navigant Consulting Inc., 1801 K Street NW, WASHINGTON, DC 20006 Tracking #:1Z10X8270198728828 on 03/02/2007 | 6.81 |
| 03/12/2007 | VENDOR: UPS; INVOICE#: 0000010X827107; DATE: 03/10/2007; FROM Monika Lee, 180 Maiden Lane, New York, NY TO Sommer L. Ross Duane Morris, 30 South 17th Street, PHILADELPHIA, PA 19103 Tracking #:1Z10X8274492910908 on 03/02/2007 | 20.08 |
| 03/12/2007 | VENDOR: UPS; INVOICE#: 0000010X827107; DATE: 03/10/2007; FROM Monika Lee, 180 Maiden Lane, New York, NY TO Kerim Ertug Navigant Consulting Inc., 1801 K Street NW, WASHINGTON, DC 20006 Tracking #:1Z10X8270193037851 on 03/06/2007 | 10.59 |
| 03/26/2007 | VENDOR: UPS; INVOICE#: 0000010X827127; DATE: 03/24/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Alison T. Ash Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270196129452 on 03/22/2007 | 6.15 |
| 03/26/2007 | VENDOR: UPS; INVOICE#: 0000010X827127; DATE: 03/24/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270196166046 on 03/22/2007 | 6.15 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/26/2007 | VENDOR: UPS; INVOICE#: 0000010X827127; DATE: 03/24/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270197746079 on 03/22/2007 | 6.15 |
| 03/26/2007 | VENDOR: UPS; INVOICE#: 0000010X827127; DATE: 03/24/2007; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Steve Bossay Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270198897468 on 03/22/2007 | 8.49 |

**Outside Messenger Service Total** — **139.21**

**Local Transportation**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/02/2007 | VENDOR: NYC Two Ways Inc.;  Invoice#: N/A; Date: N/A; KRUGER 02/12/07 11:30 from 180   MAIDEN to 767   3 AVE | 41.78 |
| 03/12/2007 | VENDOR: NYC Two Ways Inc.;  Invoice#: N/A; Date: N/A; PASQUALE 02/20/07 12:00 from 767   3 AVE to NWK Airport | 69.58 |
| 03/13/2007 | VENDOR: Petty Cash; INVOICE#: 030507; DATE: 3/13/2007 L Kruger taxi 2/26 | 12.10 |
| 03/14/2007 | VENDOR: Ken Pasquale; INVOICE#: 2/28/07; DATE: 3/14/2007 - 2/28 - 3/12 TRVL TO WILM,DELAWARE & PHILADELPHIA, PA RE DEPOSITION /HEARING | 118.15 |

**Local Transportation Total** — **241.61**

**Long Distance Telephone**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/01/2007 | EXTN.5475, TEL.302-657-4957, S.T.14:54, DUR.00:02:00 | 0.92 |
| 03/01/2007 | EXTN.5006, TEL.312-861-2162, S.T.18:01, DUR.00:21:18 | 10.08 |
| 03/16/2007 | EXTN.5431, TEL.310-281-5905, S.T.13:01, DUR.00:01:06 | 0.92 |
| 03/19/2007 | EXTN.5562, TEL.518-213-6000, S.T.11:50, DUR.00:00:48 | 0.43 |
| 03/27/2007 | EXTN.5431, TEL.410-531-4212, S.T.10:03, DUR.00:00:42 | 0.46 |

**Long Distance Telephone Total** — **12.81**

**Duplicating Costs-in House**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/01/2007 | | 0.20 |
| 03/05/2007 | | 0.90 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/08/2007 | | 0.40 |
| 03/13/2007 | | 1.00 |
| 03/16/2007 | | 7.60 |
| 03/19/2007 | | 11.20 |
| 03/29/2007 | | 4.70 |
| **Duplicating Costs-in House Total** | | **26.00** |

**Filing Fees**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/02/2007 | VENDOR: Chase Card Services; INVOICE#: 030207; DATE: 3/2/2007 - Visa charge 02/05/07 Court Call LLC | 31.50 |
| 03/21/2007 | VENDOR: Chase Card Services; INVOICE#: 030207; DATE: 3/2/2007 - Visa charge 02/05/07 Court Call LLC | 38.00 |
| 03/21/2007 | VENDOR: Chase Card Services; INVOICE#: 030207; DATE: 3/2/2007 - Visa charge 02/06/07 Court Call LLC | 57.50 |
| 03/21/2007 | VENDOR: Chase Card Services; INVOICE#: 030207; DATE: 3/2/2007 - Visa charge 02/28/07 Court Call LLC | 70.50 |
| **Filing Fees Total** | | **197.50** |

**Court Reporting Services**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/27/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1063938; DATE: 3/13/2007 - Deposition of: Robert Beber - February 21 07. | 1,619.06 |
| 03/27/2007 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1063944; DATE: 3/13/2007 - Deposition of: Jay Hughes - February 22 07. | 3,459.70 |
| **Court Reporting Services Total** | | **5,078.76** |

**Word Processing**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/31/2007 | 3/1/07 | 30.00 |
| **Word Processing Total** | | **30.00** |

**Travel Expenses - Transportation**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/14/2007 | VENDOR: American Express; INVOICE#: 020807; DATE: 2/8/2007 - amex law trav K Pasquale NYP WAS NYP 2/8 | 330.00 |
| 03/14/2007 | VENDOR: American Express; INVOICE#: 020807C; DATE: 2/8/2007 - amex law trav fee K Pasquale 2/8 | 32.25 |
| 03/21/2007 | VENDOR: Chase Card Services; INVOICE#: 030207; DATE: | 266.00 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | 3/2/2007  -  Visa charge 02/22/07 L Kruger 02/26/07 Penn NY to Wilmington, DE | |

**Travel Expenses - Transportation Total**                                                  **628.25**

**Westlaw**

| | | |
|------|-------------|--------|
| 03/15/2007 | Transactional search; by Krieger, Arlene G. | 110.67 |
| 03/21/2007 | Transactional search; by Krieger, Arlene G. | 127.83 |
| 03/28/2007 | Transactional search; by Krieger, Arlene G. | 42.61 |

**Westlaw Total**                                                                            **281.11**

---

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 139.21 |
| Local Transportation | 241.61 |
| Long Distance Telephone | 12.81 |
| Duplicating Costs-in House | 26.00 |
| Filing Fees | 197.50 |
| Court Reporting Services | 5078.76 |
| Word Processing | 30.00 |
| Travel Expenses - Transportation | 628.25 |
| Westlaw | 281.11 |

---

| TOTAL DISBURSEMENTS/CHARGES | $ 6,635.25 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.