

1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

April 27, 2007

Stroock, Stroock & Lavan
180 Maiden Lane
New York, NY 10038
Attn: Kenneth Pasquale

*For Services Rendered For*
*WR Grace Creditor's Committee - March 2007*

**Professional Fees:**

| | | |
|---|---|---:|
| LC | 34.00 hrs. @ $550 | $18,700.00 |
| ML | 32.50 hrs. @ $325 | 10,562.50 |
| JM | 11.50 hrs. @ $325 | 3,737.50 |
| JS | 2.25 hrs. @ $325 | 731.25 |
| KE | 136.75 hrs. @ $225 | 30,768.75 |
| AH | 24.25 hrs. @ $200 | 4,850.00 |
| AM | 166.00 hrs. @ $200 | 33,200.00 |
| MF | 3.00 hrs. @ $175 | 525.00 |

**Total Professional Fees** ............................................................................... $103,075.00

**Expenses:**

| | | |
|---|---|---:|
| Copying / Reproduction | $ | 750.00 |
| Ground Transportation / Auto Expense | | 60.00 |
| Per Diems | | 174.00 |
| Research | | 615.53 |

**Total Expenses** ............................................................................................. $1,599.53

**Total Amount Due for March Services and Expenses** ............................ $104,674.53

**Outstanding Invoices:**

| | | | |
|---|---|---|---:|
| Inv No. | 193666 | February 28, 2007 | $90,474.74 |
| Inv No. | 195509 | March 29, 2007 | 77,301.25 |

**Total Outstanding Invoices** ....................................................................... $167,775.99

**Total Amount Due For March Services, Expenses and Outstanding Invoices** ......... $272,450.52

Navigant Consulting, Inc. Project No.: 113758                    Invoice No.: 198069



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

# REMITTANCE PAGE

Please return this sheet with your payment.

Project Name: WR Grace Creditor's Committee

Project #: 113758

Invoice #: 198069

Invoice Date: April 27, 2007

Balance Due: $272,450.52

Federal Tax ID #: 36 - 4094854

| | |
|---|---|
| Please mail or Fedex Payment to: | Navigant Consulting, Inc.<br>4511 Paysphere Circle<br>Chicago, IL 60674 |
| or<br>Wire your Payment to: | LaSalle Bank<br>135 S. LaSalle<br>Chicago, IL 60674<br>ABA# 071000505<br>ACCT# 5800151127 |

Thank you for your business.



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| CHAMBERS, LETITIA | 3/1/2007 | 4.50 | Work on asbestos estimation issues. |
| CHAMBERS, LETITIA | 3/2/2007 | 1.50 | Work on asbestos estimation issues. |
| CHAMBERS, LETITIA | 3/7/2007 | 2.00 | Estimation issues |
| CHAMBERS, LETITIA | 3/15/2007 | 4.50 | Work on asbestos estimation issues. |
| CHAMBERS, LETITIA | 3/16/2007 | 1.50 | Work on asbestos estimation issues. |
| CHAMBERS, LETITIA | 3/21/2007 | 4.00 | Work on estimation related issues. |
| CHAMBERS, LETITIA | 3/23/2007 | 3.00 | Work on estimation related issues. |
| CHAMBERS, LETITIA | 3/27/2007 | 2.50 | Work on estimation related issues. |
| CHAMBERS, LETITIA | 3/28/2007 | 5.00 | Work on estimation related issues. |
| CHAMBERS, LETITIA | 3/29/2007 | 5.50 | Work on estimation related issues. |
| ERTUG, KERIM CAN | 3/2/2007 | 4.50 | Updating summary of PIQ analysis. |
| ERTUG, KERIM CAN | 3/5/2007 | 7.75 | Review of case materials and meeting with staff. |
| ERTUG, KERIM CAN | 3/6/2007 | 4.75 | Review of case materials. |
| ERTUG, KERIM CAN | 3/7/2007 | 7.50 | Review of case materials and meeting with staff. |
| ERTUG, KERIM CAN | 3/8/2007 | 8.25 | Review of case materials. |
| ERTUG, KERIM CAN | 3/9/2007 | 6.75 | Review of PIQ database and case materials. |
| ERTUG, KERIM CAN | 3/9/2007 | 1.75 | Meeting with staff to review data analysis. |
| ERTUG, KERIM CAN | 3/12/2007 | 4.75 | Data analysis and SAS programming. |
| ERTUG, KERIM CAN | 3/12/2007 | 2.00 | Meeting with staff to review analysis. |
| ERTUG, KERIM CAN | 3/13/2007 | 6.75 | Review of POC forms and database. |
| ERTUG, KERIM CAN | 3/14/2007 | 9.25 | Review of database and prepare materials for the meeting with staff and expert. |
| ERTUG, KERIM CAN | 3/15/2007 | 4.00 | Meeting with expert to review analysis. |
| ERTUG, KERIM CAN | 3/15/2007 | 4.50 | Data analysis and document review. |
| ERTUG, KERIM CAN | 3/16/2007 | 7.75 | Document review and printing case materials. |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| ERTUG, KERIM CAN | 3/19/2007 | 7.75 | Checking historical claims database and SAS programing. |
| ERTUG, KERIM CAN | 3/20/2007 | 4.75 | Review of case materials. |
| ERTUG, KERIM CAN | 3/21/2007 | 7.25 | Review of case materials and meeting with staff. |
| ERTUG, KERIM CAN | 3/22/2007 | 5.75 | Review of case materials and historical claims database. |
| ERTUG, KERIM CAN | 3/23/2007 | 5.75 | Review of case materials and historical claims database. |
| ERTUG, KERIM CAN | 3/26/2007 | 5.75 | Review of claims data and case materials. |
| ERTUG, KERIM CAN | 3/27/2007 | 4.25 | Review of case materials. |
| ERTUG, KERIM CAN | 3/28/2007 | 4.50 | Review of claims data and case materials. |
| ERTUG, KERIM CAN | 3/29/2007 | 1.00 | Conference call with staff to review analysis. |
| ERTUG, KERIM CAN | 3/29/2007 | 3.75 | Review of claims data and case materials. |
| ERTUG, KERIM CAN | 3/30/2007 | 1.25 | Conference call with staff to review analysis. |
| ERTUG, KERIM CAN | 3/30/2007 | 4.75 | Review of claims data and case materials. |
| FRAGALE, MATTHEW | 3/19/2007 | 3.00 | Printed and organized case materials |
| HLAVIN, ANDREW | 3/1/2007 | 4.00 | Update filings database with new 10-ks. |
| HLAVIN, ANDREW | 3/2/2007 | 5.75 | Update 10-k filings database. |
| HLAVIN, ANDREW | 3/5/2007 | 5.75 | Update 10-K filings database. |
| HLAVIN, ANDREW | 3/15/2007 | 1.50 | Update 10-k claims database. |
| HLAVIN, ANDREW | 3/16/2007 | 0.75 | Update 10-K claims database. |
| HLAVIN, ANDREW | 3/21/2007 | 1.50 | Update 10-K claims filing database. |
| HLAVIN, ANDREW | 3/22/2007 | 0.75 | Update 10-K claim filings database. |
| HLAVIN, ANDREW | 3/26/2007 | 3.75 | Update 10-K claims database and tables. |
| HLAVIN, ANDREW | 3/27/2007 | 0.50 | Update claim filings tables. |
| LYMAN, MARY | 3/1/2007 | 3.75 | Reviewed depositions and project administration |
| LYMAN, MARY | 3/6/2007 | 3.00 | Edited revised draft report |
| LYMAN, MARY | 3/9/2007 | 0.50 | Staff discussions |



1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| LYMAN, MARY | 3/12/2007 | 1.75 | Meeting with expert |
| LYMAN, MARY | 3/14/2007 | 3.50 | Edits to draft and staff discussion |
| LYMAN, MARY | 3/15/2007 | 4.50 | Prep for and meeting with expert |
| LYMAN, MARY | 3/15/2007 | 2.50 | Document review |
| LYMAN, MARY | 3/16/2007 | 2.00 | Document review |
| LYMAN, MARY | 3/19/2007 | 0.50 | Project administration |
| LYMAN, MARY | 3/20/2007 | 0.50 | Staff discussions |
| LYMAN, MARY | 3/21/2007 | 3.50 | Project administration and updates to state tort reform table |
| LYMAN, MARY | 3/22/2007 | 0.50 | Project administration |
| LYMAN, MARY | 3/23/2007 | 3.00 | Document review; updates and additions to state reform table |
| LYMAN, MARY | 3/27/2007 | 0.75 | Document review, discussion |
| LYMAN, MARY | 3/28/2007 | 0.25 | Project administration |
| LYMAN, MARY | 3/29/2007 | 1.00 | Call with staff and expert, prep and follow-up discussion |
| LYMAN, MARY | 3/30/2007 | 1.00 | Staff meeting |
| MCINTIRE, JAMES | 3/1/2007 | 0.50 | Scheduling issues |
| MCINTIRE, JAMES | 3/2/2007 | 0.50 | Scheduling issues |
| MCINTIRE, JAMES | 3/5/2007 | 1.50 | Review new data for POC/PIQ |
| MCINTIRE, JAMES | 3/8/2007 | 0.50 | Scheduling issues |
| MCINTIRE, JAMES | 3/8/2007 | 2.50 | Review new depositions |
| MCINTIRE, JAMES | 3/9/2007 | 1.50 | Team conference call to review strategy, data and methodology |
| MCINTIRE, JAMES | 3/13/2007 | 0.50 | Scheduling issues |
| MCINTIRE, JAMES | 3/14/2007 | 2.00 | Review report draft and comment |
| MCINTIRE, JAMES | 3/21/2007 | 1.00 | Review documents and filings |
| MCINTIRE, JAMES | 3/29/2007 | 1.00 | Team conference call regarding data and sampling methodology issues |
| MHATRE, ARCHANA | 3/1/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 3/2/2007 | 8.00 | PIQ database - data analysis & reporting. |



**NAVIGANT CONSULTING**

1801 K St. NW
Suite 500
Washington, DC 20006
202-973-2400 phone
202-973-2401 fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| MHATRE, ARCHANA | 3/5/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 3/6/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 3/7/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 3/8/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 3/12/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 3/13/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 3/14/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 3/15/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 3/16/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 3/19/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 3/20/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 3/21/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 3/22/2007 | 6.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 3/23/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 3/26/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 3/27/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 3/28/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 3/29/2007 | 8.00 | PIQ database - data analysis & reporting. |
| MHATRE, ARCHANA | 3/30/2007 | 8.00 | PIQ database - data analysis & reporting. |
| SIRGO, JORGE | 3/14/2007 | 1.00 | Assist with methodology analyses. |
| SIRGO, JORGE | 3/30/2007 | 1.25 | Assist with estimation methodology. |