# Exhibit A

# DuaneMorris

FIRM and AFFILIATE OFFICES

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

April 23, 2007

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001     Invoice# 1252998                                IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 03/31/2007 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| RJ DIMASSA | PARTNER | 0.30 hrs. at | $540.00 /hr. = | $162.00 |
| MR LASTOWSKI | PARTNER | 21.70 hrs. at | $595.00 /hr. = | $12,911.50 |
| RW RILEY | PARTNER | 2.80 hrs. at | $480.00 /hr. = | $1,344.00 |
| WS KATCHEN | OF COUNSEL | 3.60 hrs. at | $650.00 /hr. = | $2,340.00 |
| SL ROSS | ASSOCIATE | 1.60 hrs. at | $280.00 /hr. = | $448.00 |
| MF HAHN | ASSOCIATE | 5.40 hrs. at | $360.00 /hr. = | $1,944.00 |
| DM SPEERS | PARALEGAL | 2.30 hrs. at | $240.00 /hr. = | $552.00 |
| BA GRUPPO | PARALEGAL | 0.70 hrs. at | $235.00 /hr. = | $164.50 |
| AT ASH | LEGAL ASSISTANT | 3.10 hrs. at | $175.00 /hr. = | $542.50 |
|  |  |  |  | $20,408.50 |

DISBURSEMENTS
DINNER - LOCAL                          13.77
MESSENGER SERVICE                       10.00
OVERNIGHT MAIL                          19.27
PRINTING & DUPLICATING                  59.70
RESEARCH                                 8.05
TOTAL DISBURSEMENTS                                              $110.79

BALANCE DUE THIS INVOICE                                       $20,519.29

PREVIOUS BALANCE                                              $114,269.61

TOTAL BALANCE DUE                                             $134,788.90

DUANE MORRIS LLP

Duane Morris
April 23, 2007
Page 2

File # K0248-00001 INVOICE # 1252998
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 3/29/2007 | 003 | MR LASTOWSKI | ERVIEW DEBTOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO COMMENCE TAX COURT LITIGATION | 0.80 | $476.00 |
| | | | Code Total | 0.80 | $476.00 |

File # K0248-00001            INVOICE # 1252998
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 3/2/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 3/2/2007 | 004 | DM SPEERS | SAVING AND REVISING 3RD CIRCUIT MOTION TO INTERVENE TO ADD CAPTION AND SIGNATURE BLOCK, DRAFTING COS FOR SAME | 0.50 | $120.00 |
| 3/5/2007 | 004 | DM SPEERS | REVISING 3RD CIRCUIT MOTION TO INTERVENE AND COS, PREPARING MAILING LABELS FOR SERVICE | 0.40 | $96.00 |
| 3/5/2007 | 004 | DM SPEERS | PREPARING MULTIPLE COPIES OF 3RD CIRCUIT MOTIONS TO INTERVENE FOR FILING WITH COURT, DRAFTING CORRESPONDENCE TO 3RD CIRCUIT ENCLOSING MOTIONS AND COS' FOR FILING, PREPARING MESSENGER REQUEST FORM, DELIVERING MOTIONS AND LETTER TO MAILROOM FOR HAND DELIVERY TO 3RD CIRCUIT | 0.50 | $120.00 |
| 3/5/2007 | 004 | DM SPEERS | PREPARING COPIES OF 3RD CIRCUIT MOTIONS TO INTERVENE FOR SERVICE ON ALL COUNSEL, FORWARDING COPIES TO ALL COUNSEL VIA REGULAR MAIL | 0.60 | $144.00 |
| 3/5/2007 | 004 | DM SPEERS | DRAFTING CORRESPONDENCE TO KEN PASQUALE FORWARDING DATE-STAMPED COPIES OF MOTIONS TO INTERVENE, FORWARDING FILE COPIES TO MLASTOWSKI | 0.30 | $72.00 |
| 3/6/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 3/8/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |

File # K0248-00001                                                                                    INVOICE # 1252998
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 3/9/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 3/9/2007 | 004 | MF HAHN | REVIEW DOCKET ENTRIES FOR 3-5 THROUGH 3-7, OBTAIN AND REVIEW TRANSCRIPTS AND SUPPLEMENTAL ESTIMATION ORDERS ENTERED | 0.70 | $252.00 |
| 3/9/2007 | 004 | RW RILEY | REVIEWING RECENT FILINGS IN CASE | 1.60 | $768.00 |
| 3/13/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 3/16/2007 | 004 | MF HAHN | REVIEW DOCKET ENTRIES AND NEW PLEADINGS AND ORDERS ENTERED | 0.30 | $108.00 |
| 3/16/2007 | 004 | RW RILEY | REVIEWING RECENT PLEADINGS IN CASE | 0.90 | $432.00 |
| 3/21/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| 3/27/2007 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN, AND M.HAHN | 0.10 | $23.50 |
| | | | Code Total | 6.50 | $2,276.50 |

File # K0248-00001
W.R. GRACE & CO.

INVOICE # 1252998

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 3/1/2007 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR LEAVE TO FILE OBJECTIONS TO BERGER AND MONTAGUE CLAIMS | 0.20 | $119.00 |
| 3/1/2007 | 005 | MR LASTOWSKI | REVIEW OBJECTIONS TO BERGER AND MONTAGUE CLAIMS | 1.10 | $654.50 |
| 3/1/2007 | 005 | MR LASTOWSKI | REVIEW BNSF INJUNCTION FILINGS | 0.60 | $357.00 |
| 3/5/2007 | 005 | MR LASTOWSKI | REVIEW BRIEFING RE: ZONOLITE CLAIMANT'S MOTION FOR LEAVE TO APPEAL | 0.30 | $178.50 |
| 3/6/2007 | 005 | MR LASTOWSKI | REVIEW JANUARY 2007 MONTHLY OPERATING REPORTS | 0.20 | $119.00 |
| 3/13/2007 | 005 | MF HAHN | REVIEW MEMO REGARDING TRIAL PROCEDURES FOR PROPERTY DAMAGE CLAIMS AND STATUS REPORT REGARDING SAME | 0.30 | $108.00 |
| 3/14/2007 | 005 | MR LASTOWSKI | REIVEW SPEIGHTS & RUNYAN FINAL EXPERT DESIGNATIONS | 1.20 | $714.00 |
| 3/14/2007 | 005 | MR LASTOWSKI | REVIEW ANDERSON HOSPITAL'S FINAL WITNESS DESIGNATION | 0.60 | $357.00 |
| 3/19/2007 | 005 | MR LASTOWSKI | REVIEW CLAIMANTS' OBJECTION TO DEBTOR'S OBJECTION TO CLAIMS BARRED BY MINNESOTA STATUTE OF REPOSE | 0.60 | $357.00 |
| 3/19/2007 | 005 | MR LASTOWSKI | REVIEW BRIEFING RE: SCOPE OF CHAKARIAN INJUNCTION | 0.60 | $357.00 |
| 3/19/2007 | 005 | MR LASTOWSKI | REVIEW MOTION FOR LEAVE TO AMEND CHAKARIAN COMPLAINT | 0.60 | $357.00 |
| 3/20/2007 | 005 | MR LASTOWSKI | REVIEW DEBTORS' OBJECTION TO PAULETTE'S CLAIM | 0.50 | $297.50 |
| 3/20/2007 | 005 | MR LASTOWSKI | REVIEW OBJECTIONS AND RESPONSE TO MOTION TO DISALLOW MACERICH CLAIM | 0.40 | $238.00 |
| 3/23/2007 | 005 | MF HAHN | REVIEW ASBESTOS CLAIMANT'S MOTION TO COMPEL PRODUCTION OF NAVIGABLE DATABASE | 0.30 | $108.00 |
| 3/23/2007 | 005 | MF HAHN | REVIEW TRANSCRIPT OF HEARING HELD 2/26/07 AND NEW ESTIMATION TRIAL DATES | 1.30 | $468.00 |
| 3/23/2007 | 005 | MR LASTOWSKI | REVIEW RENEWED MOTION TO COMPEL COMPLIANCE WITH PERSONAL INJURY QUESTIONNAIRE | 1.10 | $654.50 |
| 3/23/2007 | 005 | MR LASTOWSKI | REVIEW BARON AND BUDD'S MOTION TO STAY COMPLIANCE WITH COURT ORDER RE ASBESTOS QUESTIONNAIRES | 1.10 | $654.50 |
| 3/23/2007 | 005 | MR LASTOWSKI | REVIEW OBJECTION TO MOTION TO CLARIFY BNSF INJUNCTION | 0.60 | $357.00 |

Case 01-01139-AMC    Doc 15458-1    Filed 05/01/07    Page 7 of 17

File # K0248-00001
W.R. GRACE & CO.

INVOICE # 1252998

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 3/27/2007 | 005 | MF HAHN | REVIEW ZONOLITE ATTIC INSULATION P.D. OPINION; REVIEW DEBTOR'S REPLY IN SUPPORT OF ORDER AMENDING CASE MANAGEMENT ORDER; REVIEW DEBTOR'S RESPONSE TO ASBESTOS COMMITTEE'S EMERGENCY MOTION FOR PRODUCTION OF NAVIGABLE DATABASE; PROVIDE COPIES OF SAME FOR WSK | 2.20 | $792.00 |
| 3/27/2007 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION TO EXPAND PRELIMINARY INJUNCTION TO INCLUDE CLAIMS AGAINST BNSF | 1.30 | $773.50 |
| 3/28/2007 | 005 | MR LASTOWSKI | REVIEW AMENDED FINAL DESIGNATION OF ANDERSON MEMORIAL HOSPITAL EXHIBITS | 0.80 | $476.00 |
| 3/28/2007 | 005 | MR LASTOWSKI | REVIEW AMENDED FINAL DESIGNATION OF SPEIGHTS AND RUNYAN'S MEMORIAL HOSPITAL EXHIBITS | 0.80 | $476.00 |
| 3/28/2007 | 005 | MR LASTOWSKI | REVIEW ROYAL INDEMNITY'S RESPONSE TO MOTION EXPAND BNSF INJUNCTION | 0.60 | $357.00 |
| 3/29/2007 | 005 | MR LASTOWSKI | REVIEW PERSONAL INJURY COMMITTEE'S MOTION TO COMPEL PRODUCTION OF GRACE'S PREPETITION ESTIMATES | 1.20 | $714.00 |
| 3/29/2007 | 005 | MR LASTOWSKI | REVIEW ZAI CLAIMANTS' MOTION FOR DISCOVERY INTO DEBTOR'S CONDUCT DURING ZAI SUMMARY JUDGMENT PROCEEDINGS | 1.10 | $654.50 |
| 3/30/2007 | 005 | MF HAHN | REVIEW DOCKET AND NEW PLEADINGS REGARDING ESTIMATION ISSUES; PULL MATERIALS FOR WSK | 0.30 | $108.00 |
| | | | Code Total | 19.90 | $10,806.50 |

File # K0248-00001                                                      INVOICE # 1252998
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 3/29/2007 | 006 | MR LASTOWSKI | REVIEW OBJECTION TO CLAIM OF MASSACHUSETTS DEPARTMENT OF REVENUE | 0.50 | $297.50 |
| 3/29/2007 | 006 | MR LASTOWSKI | REVIEW MOTION TO DISALLOW CLAIMS PAID POST PETITION | 0.50 | $297.50 |
| | | | Code Total | 1.00 | $595.00 |

File # K0248-00001						INVOICE # 1252998
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 3/2/2007 | 010 | MR LASTOWSKI | REVIEW DEBTOR'S APPLICATION TO EMPLOY FORMAN PERRY | 0.30 | $178.50 |
| | | | Code Total | 0.30 | $178.50 |

File # K0248-00001                                              INVOICE # 1252998
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 3/1/2007 | 012 | AT ASH | FINALIZE 23RD QUARTERLY APPLICATION OF DUANE MORRIS. CONVERT TO PDF FORMAT AND E-FILE SAME. | 0.70 | $122.50 |
| 3/9/2007 | 012 | MR LASTOWSKI | REVIEW STATUS OF FEE APPLICATIONS | 0.20 | $119.00 |
| 3/19/2007 | 012 | AT ASH | DRAFT, CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF NO OBJECTION RE DUANE MORRIS 22ND QUARTERLY APPLICATION | 0.30 | $52.50 |
| | | | Code Total | 1.20 | $294.00 |

File # K0248-00001  
W.R. GRACE & CO.

INVOICE # 1252998

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 3/1/2007 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE 23RD QUARTERLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN. | 0.40 | $70.00 |
| 3/6/2007 | 013 | AT ASH | DRAFT, CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF NO OBJECTION RE 34TH MONTHLY APPLICATION OF CAPSTONE. | 0.30 | $52.50 |
| 3/8/2007 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE STROOCK & STROOCK & LAVAN 70TH MONTHLY APPLICATION. | 0.30 | $52.50 |
| 3/19/2007 | 013 | AT ASH | DRAFT, CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF NO OBJECTION RE STROOCK & STROOCK & LAVAN 22ND QUARTERLY APPLICATION. | 0.30 | $52.50 |
| 3/19/2007 | 013 | AT ASH | DRAFT, CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF NO OBJECTION RE CAPSTONE 11TH QUARTERLY APPLICATION. | 0.30 | $52.50 |
| 3/19/2007 | 013 | MR LASTOWSKI | REVIEW OBJECTIONS AND RESPONSE TO PAYMENTS TO ORDINARY COURSE PROFESSIONALS | 0.60 | $357.00 |
| 3/22/2007 | 013 | AT ASH | CONVERT TO PDF FORMAT AND E-FILE CAPSTONE'S DECEMBER 2006 FEE APPLICATION. | 0.30 | $52.50 |
| 3/30/2007 | 013 | AT ASH | DRAFT, CONVERT TO PDF FORMAT AND E-FILE CERTIFICATION OF NO OBJECTION RE 70TH MONTHLY APPLICATION FOR STROOCK. | 0.20 | $35.00 |
| 3/30/2007 | 013 | MR LASTOWSKI | EXECUTE CNO FOR STROOCK 70TH MONTHLY FEE APPLICATION | 0.10 | $59.50 |
| | | | Code Total | 2.80 | $784.00 |

File # K0248-00001  
    W.R. GRACE & CO.

INVOICE # 1252998

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 3/28/2007 | 015 | MR LASTOWSKI | REVIEW 4/2/07 AGENDA AND ITEMS IDENTIFIED THEREON | 2.20 | $1,309.00 |
| | | | Code Total | 2.20 | $1,309.00 |

File # K0248-00001  INVOICE # 1252998
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 3/5/2007 | 016 | RW RILEY | DISCUSSIONS WITH SOMMER ROSS REGARDING MOTION TO INTERVENE TO BE FILED IN THIRD CIRCUIT | 0.30 | $144.00 |
| 3/5/2007 | 016 | SL ROSS | REVIEWED THIRD CIRCUIT RULES REGARDING MOTION PRACTICE; REVIEWED AND EDITED THE MOTION TO INTERVENE AND RELATED CERTIFICATE OF SERVICE TO COMPLY WITH THIRD CIRCUIT RULES; CAUSED DOCUMENTS TO BE FILED AND SERVED. | 1.60 | $448.00 |
| 3/6/2007 | 016 | MR LASTOWSKI | REVIEW PRUDENTIAL REPLY BRIEF | 0.60 | $357.00 |
| | | | Code Total | 2.50 | $949.00 |

File # K0248-00001            INVOICE # 1252998
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 3/1/2007 | 017 | MR LASTOWSKI | REVIEW COMMITTEE'S MOTION TO INTERVENE IN THE 3RD CIRCUIT APPEAL | 0.40 | $238.00 |
| | | | Code Total | 0.40 | $238.00 |

File # K0248-00001　　　　　　　　　　　　　　　　　　　　　　　　INVOICE # 1252998
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 3/2/2007 | 025 | WS KATCHEN | REVIEW DESIGNATION OF RECORD ON APPEAL ZAI ISSUE AND STATEMENT OF ISSUES ON APPEAL SUBMITTED BY ZAI CLAIMANTS. | 0.20 | $130.00 |
| 3/5/2007 | 025 | RJ DIMASSA | REVIEWING AND REVISING MOTION TO INTERVENE AND CERTIFICATE OF SERVICE; FILING SAME. | 0.30 | $162.00 |
| 3/5/2007 | 025 | WS KATCHEN | REVIEW CERTIFICATION THAT DEP TESTIMONY IS NOT WITHIN HIPA; NOTICES REGARDING DEPOSITION SCHEDULING; REVIEW LIBBY CLAIMANTS STATEMENT REGARDING BNSF; APPLICATION TO RETAIN FORMAN PERRY AS SPECIAL COUNSEL FOR DEBTORS. | 0.50 | $325.00 |
| 3/5/2007 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION TO FILE SUR-REPLY - ZAI APPEAL | 0.20 | $130.00 |
| 3/13/2007 | 025 | WS KATCHEN | REVIEW COMMITTEE EMAILS; TELEPHONE CONVERSATION WITH COMMITTEE MEMBER. | 0.40 | $260.00 |
| 3/26/2007 | 025 | WS KATCHEN | REVIEW DEBTOR'S RESPONSE RE §108 ISSUES; REVIEW DEBTOR'S CERT : (I) CENTURY INDEMNITY; AND (II) G-I HOLDINGS; REVIEW ASBESTOS COMMITTEE OBJECTIONS TO DEBTOR'S RETENTION OF FORMAN PERRY. | 0.60 | $390.00 |
| 3/26/2007 | 025 | WS KATCHEN | REVIEW DEBTOR'S NOTICE OF PROCEEDINGS, ET. AL. | 0.20 | $130.00 |
| 3/26/2007 | 025 | WS KATCHEN | REVIEW DEBTOR'S EXHIBIT LIST FOR PRODUCT IDENTIFICATION LIMITATIONS AND LIABILITY CLAIMS ISSUES; REVIEW ZAI CLAIMANTS SUPPLEMENTAL AUTHORITY - SUP. CT. TRAVELERS CASUALTY & SURETY (2007). | 0.70 | $455.00 |
| 3/26/2007 | 025 | WS KATCHEN | REVIEW FUTURE CLAIMANTS' REQUEST FOR PRODUCTION OF DOCUMENTS. | 0.20 | $130.00 |
| 3/27/2007 | 025 | WS KATCHEN | REVIEW 3/26/07 MEMO OPINION AND ORDER FROM DISTRICT COURT ON ZAI CLAIMS; REVIEW P. ANGELO'S ORDER; REVIEW DEBTOR'S REPLY ON CMO; REVIEW DEBTOR'S RESPONSE ON EMERGENCY MOTION FOR PRODUCTION DATABASE. | 0.50 | $325.00 |
| 3/28/2007 | 025 | WS KATCHEN | REVIEW COMMITTEE MEMO. | 0.10 | $65.00 |
| | | | Code Total | 3.90 | $2,502.00 |

DUANE MORRIS LLP

File # K0248-00001  
    W.R. GRACE & CO.

INVOICE # 1252998

|  | | |
|---|---|---|
| TOTAL SERVICES | 41.50 | $20,408.50 |

File # K0248-00001  
    W.R. GRACE & CO.

INVOICE # 1252998

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---|
| 2/28/2007 | DINNER - LOCAL | | 13.77 |
| | | Total: | $13.77 |
| 3/1/2007 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B. SIEGEL ESQUIRE AT SENIOR VP & GENERAL COUNSEL - COLUMBIA, MD FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790192395694) | | 6.36 |
| 3/1/2007 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY ESQUIRE AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM ALISON ASH AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798619322050) | | 12.91 |
| | | Total: | $19.27 |
| 3/31/2007 | MESSENGER SERVICE | | 10.00 |
| | | Total: | $10.00 |
| 3/31/2007 | RESEARCH | | 8.05 |
| | | Total: | $8.05 |
| 3/31/2007 | PRINTING & DUPLICATING | | 59.70 |
| | | Total: | $59.70 |
| | TOTAL DISBURSEMENTS | | $110.79 |