IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) Case No. 01-1139 (JKF) <br> ) (Jointly Administered) <br> ) <br> ) <br> ) |
| W.R. GRACE & CO., et al., | |
| Debtors. | |

## NOTICE OF DEPOSITION OF GARY FARRAR

**PLEASE TAKE NOTICE** that, commencing at 10:00 a.m. on May 11, 2007 (or a mutually convenient date agreed to by the parties), the Official Committee of Asbestos Personal Injury Claimants (the "ACC") and David T. Austern, the Court-appointed legal representative for future asbestos claimants (the "FCR"), by and through their respective undersigned counsel, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7026 and 7030, will take the deposition upon oral examination of Gary Farrar at the offices of Orrick, Herrington & Sutcliffe LLP, 3050 K Street, N.W., Washington, D.C., 20007. The deposition will be taken before a notary public or some other officer authorized to administer oaths and take testimony, and will be used for all lawful purposes. The testimony will be recorded by stenographic means, and by audio/videotape.

The ACC and FCR reserve the right to notice further depositions of Mr. Farrar. The ACC and FCR further reserve the right to supplement or amend this Notice in connection with any matters arising in these bankruptcy proceedings.

Dated: May 1, 2007

| | |
|---|---|
| CAMPBELL & LEVINE, LLC | PHILLIPS, GOLDMAN & SPENCE, P.A. |
| *(signature)* | *(signature)* |
| Marla R. Eskin (#2989) | John C. Phillips, Jr. (#110) |
| Mark T. Hurford (#3299) | 1200 North Broom Street |
| 800 King Street, Suite 300 | Wilmington, DE 19806 |
| Wilmington, DE 19801 | Telephone: (302) 655-4200 |
| Telephone: (302) 426-1900 | |
| | - and - |
| - and – | |
| | Roger Frankel |
| Elihu Inselbuch | Richard H. Wyron |
| CAPLIN & DRYSDALE, CHARTERED | Raymond G. Mullady, Jr. |
| 375 Park Avenue, 35th Floor | Debra L. Felder |
| New York, NY 10152-3500 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| Telephone: (212) 319-7125 | 3050 K Street, NW |
| | Washington, DC 20007 |
| Peter Van N. Lockwood | Telephone: (202) 339-8400 |
| Nathan D. Finch | |
| CAPLIN & DRYSDALE, CHARTERED | John Ansbro |
| One Thomas Circle, NW | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| Washington, DC 20005 | 666 Fifth Avenue |
| Telephone: (202) 862-5000 | New York, N.Y. 10103-0001 |
| | Telephone: (212) 506-5000 |
| *Counsel for the Official Committee of Asbestos Personal Injury Claimants* | *Counsel for David T. Austern, Future Claimants' Representative* |