

**Hilsoft Notifications**
123 E. Broad St
Souderton, PA 18964

Remit To Address:
Hilsoft, Inc.
Dept. 0266
P.O. Box 120266
Dallas, TX 75312-0266

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/31/2007 | 44646 |

**BILL TO**

Bilzin Sumberg Dunn Baena Price & Axelrod
Luisa Flores
First Union Financial Center,
200 S. Biscayne Blvd. Suite 2500
Miami, Florida 33131

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| S. Baena | Due on receipt | W.R. Grace Bankrup... |

| ITEM | QUANTITY | SERVICED | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | | Staff time and out of pocket expenses in connection with the W. R. Grace Bankruptcy. TH: Todd Hilsee, BC: Barbara Coyle, GI: Gina Intrepido, CP: Carla Peak, JK: JoAnn King, SW: Shannon Wheatman, SLB: Sandy Lee Brown; JAK: Judith Kooker; SC: Sally Costello | | |
| GI | 2.2 | 1/2/2007 | | 300.00 | 660.00 |
| SW | 0.8 | 1/2/2007 | | 300.00 | 240.00 |
| TH | 1.2 | 1/2/2007 | | 425.00 | 510.00 |
| GI | 3.7 | 1/3/2007 | | 300.00 | 1,110.00 |
| SW | 2.7 | 1/3/2007 | | 300.00 | 810.00 |
| TH | 1.3 | 1/3/2007 | | 425.00 | 552.50 |
| BC | 0.5 | 1/4/2007 | | 325.00 | 162.50 |
| GI | 1.9 | 1/4/2007 | | 300.00 | 570.00 |
| SW | 6.3 | 1/4/2007 | | 300.00 | 1,890.00 |

All credits are in US dollars.
Thank You

**Total**

*REDACTED*



**Hilsoft Notifications**
*123 E. Broad St*
*Souderton, PA 18964*

Remit To Address:
Hilsoft, Inc.
Dept. 0266
P.O. Box 120266
Dallas, TX 75312-0266

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/31/2007 | 44646 |

| BILL TO |
|---|
| Bilzin Sumberg Dunn Baena Price & Axelrod<br>Luisa Flores<br>First Union Financial Center,<br>200 S. Biscayne Blvd. Suite 2500<br>Miami, Florida 33131 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| S. Baena | Due on receipt | W.R. Grace Bankrup... |

| ITEM | QUANTITY | SERVICED | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|---|
| SW | 4.1 | 1/5/2007 | | 300.00 | 1,230.00 |
| TH | 1.2 | 1/5/2007 | | 425.00 | 510.00 |
| GI | 4.2 | 1/8/2007 | | 300.00 | 1,260.00 |
| SW | 3.3 | 1/8/2007 | | 300.00 | 990.00 |
| TH | 2.3 | 1/8/2007 | | 425.00 | 977.50 |
| SW | 7.3 | 1/9/2007 | | 300.00 | 2,190.00 |
| TH | 2.5 | 1/9/2007 | | 425.00 | 1,062.50 |

REDACTED

All credits are in US dollars.
Thank You

**Total**



**Hilsoft Notifications**
*123 E. Broad St*
*Souderton, PA 18964*

Remit To Address:
Hilsoft, Inc.
Dept. 0266
P.O. Box 120266
Dallas, TX 75312-0266

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/31/2007 | 44646 |

| BILL TO |
|---|
| Bilzin Sumberg Dunn Baena Price & Axelrod<br>Luisa Flores<br>First Union Financial Center,<br>200 S. Biscayne Blvd. Suite 2500<br>Miami, Florida 33131 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| S. Baena | Due on receipt | W.R. Grace Bankrup... |

| ITEM | QUANTITY | SERVICED | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|---|
| GI | 3.8 | 1/10/2007 | | 300.00 | 1,140.00 |
| SW | 4.1 | 1/10/2007 | | 300.00 | 1,230.00 |
| TH | 3.3 | 1/10/2007 | | 425.00 | 1,402.50 |
| GI | 2.2 | 1/11/2007 | | 300.00 | 660.00 |
| SW | 8.2 | 1/11/2007 | | 300.00 | 2,460.00 |
| TH | 2.3 | 1/11/2007 | | 425.00 | 977.50 |
| SW | 6.9 | 1/12/2007 | | 300.00 | 2,070.00 |

*REDACTED*

All credits are in US dollars.
Thank You

**Total**



**Hilsoft Notifications**
123 E. Broad St
Souderton, PA 18964
Notifications

Remit To Address:
Hilsoft, Inc.
Dept. 0266
P.O. Box 120266
Dallas, TX 75312-0266

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/31/2007 | 44646 |

| BILL TO |
|---|
| Bilzin Sumberg Dunn Baena Price & Axelrod<br>Luisa Flores<br>First Union Financial Center,<br>200 S. Biscayne Blvd. Suite 2500<br>Miami, Florida 33131 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| S. Baena | Due on receipt | W.R. Grace Bankrup... |

| ITEM | QUANTITY | SERVICED | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|---|
| TH | 3.1 | 1/12/2007 | | 425.00 | 1,317.50 |
| TH | 4.1 | 1/13/2007 | | 425.00 | 1,742.50 |
| GI | 0.4 | 1/15/2007 | | 300.00 | 120.00 |
| SW | 0.7 | 1/15/2007 | | 300.00 | 210.00 |
| GI | 2.6 | 1/16/2007 | | 300.00 | 780.00 |
| SW | 4.8 | 1/16/2007 | | 300.00 | 1,440.00 |
| TH | 3.4 | 1/16/2007 | | 425.00 | 1,445.00 |
| GI | 0.9 | 1/17/2007 | | 300.00 | 270.00 |
| MCI | | | Phone charges from 01/10/07-01-11-07. | 5.98 | 5.98 |
| Reim. Internet | | | Proquest Archiver Internet research for W. R. Grace. | 10.95 | 10.95 |
| Reim. Internet | | | NY Times Digit Internet research for W. R. Grace. | 10.95 | 10.95 |
| COPY | 2,343 | | Photocopies of documents through 01/31/07. | 0.04 | 93.72 |

All credits are in US dollars.
Thank You

**Total** $32,111.60

(REDACTED)



**Hilsoft Notifications**
123 E. Broad St
Souderton, PA 18964

Remit To Address:
Hilsoft, Inc.
Dept. 0266
P.O. Box 120266
Dallas, TX 75312-0266

# Invoice

| DATE | INVOICE # |
|---|---|
| 2/28/2007 | 44669 |

**BILL TO**

Bilzin Sumberg Dunn Baena Price & Axelrod
Luisa Flores
First Union Financial Center,
200 S. Biscayne Blvd. Suite 2500
Miami, Florida 33131

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| S. Baena | Due on receipt | W.R. Grace Bankrup... |

| ITEM | QUANTITY | SERVICED | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | | Staff time and out of pocket expenses in connection with the W. R. Grace Bankruptcy. TH: Todd Hilsee, BC: Barbara Coyle, GI: Gina Intrepido, CP: Carla Peak, JK: JoAnn King, SW: Shannon Wheatman, SLB: Sandy Lee Brown; JAK: Judith Kooker; SC: Sally Costello | | |
| TH | 0.4 | 2/21/2007 | Correspondence, re: deposition | 450.00 | 180.00 |
| TH | 0.3 | 2/28/2007 | Correspondence, re: deposition | 450.00 | 135.00 |
| MCI | | | Phone charges on 01/16/2007. | 1.65 | 1.65 |

Fed. ID 23-2785427
Thank You

**Total** $316.65



**Hilsoft Notifications**
123 E. Broad St
Souderton, PA 18964

Remit To Address:
Hilsoft, Inc.
Dept. 0266
P.O. Box 120266
Dallas, TX  75312-0266

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/30/2007 | 44695 |

**BILL TO**

Bilzin Sumberg Dunn Baena Price & Axelrod
Luisa Flores
First Union Financial Center,
200 S. Biscayne Blvd. Suite 2500
Miami, Florida  33131

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| J. Sakalo | Due on receipt | W.R. Grace Bankrup... |

| ITEM | QUANTITY | SERVICED | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|---|
|  |  |  | Staff time and out of pocket expenses in connection with the W. R. Grace Bankruptcy. |  |  |
| GI | 0.6 | 3/7/2007 |  | 325.00 | 195.00 |
| SW | 0.6 | 3/7/2007 |  | 325.00 | 195.00 |
| TH | 1.3 | 3/7/2007 |  | 450.00 | 585.00 |
| SLB | 2 | 3/8/2007 |  | 150.00 | 300.00 |
| TH | 1.8 | 3/8/2007 |  | 450.00 | 810.00 |
| SLB | 1.83333 | 3/9/2007 |  | 150.00 | 275.00 |
| TH | 2.2 | 3/9/2007 |  | 450.00 | 990.00 |
| SLB | 2 | 3/12/2007 |  | 150.00 | 300.00 |
| SW | 2.4 | 3/12/2007 |  | 325.00 | 780.00 |
| TH | 3.2 | 3/12/2007 |  | 450.00 | 1,440.00 |
| GI | 4.3 | 3/13/2007 |  | 325.00 | 1,397.50 |
| SW | 2.3 | 3/13/2007 |  | 325.00 | 747.50 |
| TH | 12.3 | 3/13/2007 |  | 450.00 | 5,535.00 |
| TH | 12.8 | 3/14/2007 |  | 450.00 | 5,760.00 |
| SW | 1.2 | 3/15/2007 |  | 325.00 | 390.00 |

*REDACTED*

Fed. ID 23-2785427
Thank You

**Total**

Page 1

**Hilsoft Notifications**
123 E. Broad St
Souderton, PA 18964

Remit To Address:
Hilsoft, Inc.
Dept. 0266
P.O. Box 120266
Dallas, TX  75312-0266

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/30/2007 | 44695 |

**BILL TO**

Bilzin Sumberg Dunn Baena Price & Axelrod
Luisa Flores
First Union Financial Center,
200 S. Biscayne Blvd. Suite 2500
Miami, Florida  33131

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| J. Sakalo | Due on receipt | W.R. Grace Bankrup... |

| ITEM | QUANTITY | SERVICED | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|---|
| TH | 2.3 | 3/15/2007 | | 450.00 | 1,035.00 |
| SW | 4.8 | 3/16/2007 | | 325.00 | 1,560.00 |
| TH | 1.8 | 3/16/2007 | | 450.00 | 810.00 |
| TH | 2.3 | 3/21/2007 | | 450.00 | 1,035.00 |
| TH | 1.3 | 3/23/2007 | REDACTED | 450.00 | 585.00 |
| GI | 4.7 | 3/26/2007 | | 325.00 | 1,527.50 |
| TH | 3.1 | 3/26/2007 | | 450.00 | 1,395.00 |
| GI | 4.2 | 3/27/2007 | | 325.00 | 1,365.00 |
| GI | 1.8 | 3/28/2007 | | 325.00 | 585.00 |
| TH | 1.8 | 3/28/2007 | | 450.00 | 810.00 |

Fed. ID 23-2785427
Thank You

**Total**



**Hilsoft Notifications**
123 E. Broad St
Souderton, PA 18964

Remit To Address:
Hilsoft, Inc.
Dept. 0266
P.O. Box 120266
Dallas, TX  75312-0266

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/30/2007 | 44695 |

**BILL TO**

Bilzin Sumberg Dunn Baena Price & Axelrod
Luisa Flores
First Union Financial Center,
200 S. Biscayne Blvd. Suite 2500
Miami, Florida 33131

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| J. Sakalo | Due on receipt | W.R. Grace Bankrup... |

| ITEM | QUANTITY | SERVICED | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|---|
| MILES | | | T. Hilsee-Mileage to and from airport for deposition. | 34.92 | 34.92 |
| Reim. Park | | | T. Hilsee-Parking expenses while in Miami for deposition. | 34.00 | 34.00 |
| Reim. Meal | | | T. Hilsee-snack at Miami airport. | 9.18 | 9.18 |
| Reim. Auto | | | T. Hilsee-cabs to and from airport. | 53.80 | 53.80 |
| Reim. Auto | | | T. Hilsee-tolls to and from airport. | 1.50 | 1.50 |
| Reim. Internet | | | T. Hilsee Internet at hotel and wireless at airport. | 24.95 | 24.95 |
| Reim. Meal | | | T. Hilsee food at hotel while in Miami for deposition. | 107.48 | 107.48 |
| Reim. Lodging | | | T. Hilsee- hotel in Miami. | 484.77 | 484.77 |
| Reim. Meal | | | T. Hilsee breakfast at airport before flight. | 3.70 | 3.70 |
| Reimb. Air & ... | | | T. Hilsee airfare to Miami, Fl, for deposition. | 1,436.81 | 1,436.81 |
| Reim. Shipping | | 3/9/2007 | Sent J. Sakalo research documents. | 91.87 | 91.87 |
| Reim. Shipping | | 3/9/2007 | Sent J. Sakalo research documents. | 91.87 | 91.87 |
| MCI | | | Phone charges from 03/09/07 to 03/13/07. | 10.75 | 10.75 |
| COPY | 3,822 | | Photocopies of documents through March 30, 2007. | 0.04 | 152.88 |

Fed. ID 23-2785427
Thank You

**Total** $32,945.98

Page 3