MJK

# HR&A                                              INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

April 11, 2007
Invoice No. HRA20071104

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al. For the month of March, 2007.

**FEES**

| | |
|---|---:|
| Francine F. Rabinovitz<br>2.3 hours @ $ 600 per hour | $ 1,380.00 |
| Robert H. Sims<br>0.5 hours @ $ 500 per hour | 250.00 |
| Paul K. Honig<br>5.0 hours @ $ 300 per hour | 1,500.00 |
| **TOTAL DUE:** | **$ 3,130.00** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922 TEL: (831) 626-1350 FAX: (831) 626-1351

NORTHERN CALIFORNIA          LOS ANGELES          NEW YORK

MARCH, 2007 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
| --- | --- | --- |
| 03/02/07 | 1.0 | Reorganize briefs and memos on questionnaires leading to final questionnaire. |
| 03/05/07 | 0.8 | Read 02/26/07 transcript sent by J. Sakalo re rescheduling of estimation dates. |
| 03/13/07 | 0.5 | Read revised timing order re PI estimation. |
| TOTAL: | 2.3 | |

MARCH, 2007 TIME LOG OF ROBERT H. SIMS (RHS)

| DATE | TIME | TASK |
|---|---|---|
| 03/26/07 | 0.5 | Review latest data distribution from Bilzin. |
| TOTAL: | 0.5 | |

MARCH, 2007 TIME LOG OF PAUL K. HONIG (PKH)

| DATE | TIME | TASK |
|---|---|---|
| 03/26/07 | 1.5 | Sort through March 22, 2007 data and documentation delivery. |
| 03/27/07 | 3.5 | Review August 2006 changes to code. Review method for not selecting PCN (consortium) claims and definition of closed; review for any impact on dedup results for 2 field projid & review manmrg. |
| TOTAL: | 5.0 | |