IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Christina J. Kang, certify that:

1. On May 1, 2007, I caused *Claimant State of California, Department of General Services' Post-Trial Citations and References to Trial Record Regarding Claimant's Three Claims Involving Debtors' Zonolite Acoustical Plastic and/or Zonolite Finish Coat*, to be served via e-mail on:

Douglas E. Cameron, Esq.
Traci S. Rea, Esq.
James J. Restivo, Jr., Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
Co-Counsel for Debtors

Scott Baena, Esq.
Jay M. Sakalo, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
200 S. Biscayne Blvd., Ste. 2500
Miami, Florida 33131-5340
Counsel for PD Committee

_____
Christina J. Kang