Blackline

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Related to Docket Nos. ~~14908~~ |
| | | ~~April 13, 2007 Agenda Item No. 2~~14150 and 14763 |

## ORDER DENYING BARON & BUDD, P.C., LEBLANC & WADDELL, LLP, AND SILBER PEARLMAN, LLP, REQUEST TO STAY COMPLIANCE WITH THE CONSULTING EXPERT ORDER PENDING APPEAL

Before the Court is the motion (the "Motion") of the firms Baron & Budd, P.C., Silber Pearlman, LLP and LeBlanc & Waddell, LLP (collectively, the "Firms") [Docket No. 14908], pursuant to Fed. R. Bankr. P. 8005 to stay the Order on Certain Claimants' Firms' Motion to Compel Claimants to Respond to the W.R. Grace & Co. Asbestos Personal Inquiry Questionnaire Pursuant to Fed. R. Bankr. P. 9023 and Alternative Request for Entry of a Protective Order [Docket No. 14763] and the Supplemental Order Regarding Motions to Compel Claimants to Respond to the W. R. Grace & Co. Personal Injury Questionnaire [Docket No. 14150] (collectively, the "Consulting Expert Order"). The Court, having reviewed the Motion and the responses thereto and after considering arguments of counsel;

IT IS HEREBY ORDERED:

1. The request for a stay is DENIED; and

K&E ~~11778408.3~~11783176.1
K&E 11783250.1

2

2. Any information provided to the Debtors pursuant to the Consulting Expert Order<u>s</u> may only be used by <u>or disclosed to</u> the parties ~~to the proceeding to estimate Debtors' liability for pending and future asbestos personal injury claims~~, their counsel, agents and experts ~~for use in connection with the bankruptcy~~<u>with respect to the estimation proceedings in these chapter 11 cases</u> only and may not be used for any ~~other purpose.~~ <u>purpose other than these chapter 11 cases, and such information shall not be placed into or otherwise made part of any database containing information on persons who are not claimants in this case. Any person unable to assure that the information will not be used or disclosed beyond the limits imposed herein may not have access to the information. All information provided, and all copies thereof, whether in paper or electronic form, must be destroyed when the Order confirming a plan of reorganization for these cases becomes final, unless such destruction is ordered earlier. Such destruction shall then be affirmed by a person with personal knowledge in affidavits or declarations filed with this Court.</u>

April ___, 2007

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

K&E ~~11778408.3~~<u>11783176.1</u>
K&E 11783250.1