IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | **Related Docket No. 15325** |

## AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 2, 2007, AT 2:00 P.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD AT THE UNITED STATES BANKRUPTCY COURT, IN PITTSBURGH, PENNSYLVANIA

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST MAKE ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR FACSIMILE (866-533-2946), NO LATER THAN NOON ON MONDAY, APRIL 30, 2007 AND OTHERWISE COMPLY WITH THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [DOCKET NO. 7709]**

## CONTINUED MATTERS

1.　　Debtors' Fifth Omnibus Objection to Claims (Substantive) [Filed: 05/05/04] (Docket No. 5527)

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Related Documents:

a.      Notice of Submission of Claim Numbers 602 and 604 to Mediation [Filed: 5/1/06] (Docket No. 12353)

b.      [Signed] Thirtieth Continuation Order Granting the Related Relief Sought in Debtors' Fifth Omnibus Objection to Claims (Substantive) as to Continued Objection [Filed: 2/23/07] (Docket No. 14657)

Response Deadline:  June 4, 2004, at 4:00 p.m.

Status:  The hearing on the claims of Weatherford International, Inc. is continued to May 21, 2007, at 2:00 p.m.

2.      Debtors' Eighteenth Omnibus Objection to Claims (Substantive) [Filed: 10/16/06] (Docket No. 13415)

Related Documents:

a.      [Signed] Continuation Order Regarding the Debtors' the Debtors' Eighteenth Omnibus Objection to Claims (Substantive) [Filed: 2/23/07] (Docket No. 14658)

Response Deadline: November 3, 2006 at 4:00 p.m.

Responses Received:

a.      Objection of NL Industries, Inc. to Debtors' Eighteenth Omnibus Objection to Claims (Substantive) as to Claims Numbers 2625, 2626, and 2627 [Filed: 11/30/06] (Docket No. 13846)

Status This matter is continued to May 21, 2007, at 2:00 p.m.

3.      Debtors' Twentieth Omnibus Objection to Claims (Substantive) [Filed: 12/18/06] (Docket No. 14063)

Related Documents:

a.      [Signed] Third Order Granting Relief Sought Debtors' Twentieth Omnibus Objection to Claims (Substantive) [Filed: 4/3/07] (Docket No. 15071)

Response Deadline:  January 5, 2007, at 4:00 p.m.

Responses Received:

a.      Response of Cartus Corporation, Formerly Known as Cendant Mobility Services Corporation, to Debtors' Twentieth Objection to Claims (Substantive) [Filed: 1/3/07] (Docket No. 14217)

2

b.  Response of James Rapisardi, Executor of the Estate of Rosario Rapisardi to Debtors' Twentieth Objection to Claims (Substantive) [Filed: 1/4/07] (Docket No. 14219)

c.  Response of Claimant Walter D. Pelett to Debtors' Twentieth Omnibus Objection to Claims [Filed: 2/9/07] (Docket No. 14525)

d.  Response of James Rapisardi, Executor of the Estate of Rosario Rapisardi to Debtors' Request for Additional Documents [Filed: 2/22/07] (Docket No. 14645)

Status: This matter is continued to May 21, 2007, at 2:00 p.m.

4.  Debtors' Twenty-First Omnibus Objection to Claims (Substantive) [Filed: 2/26/07] (Docket No. 14680)

Related Documents:

a.  [Signed] Order Granting Relief Sought in Debtors' Twenty-First Omnibus Objection to Claims (Substantive) [Filed: 4/3/07] (Docket No. 15072)

b.  Debtors' Motion for Limited Waiver of Del.Bankr.L.R. 3007-1 to Permit Filing Omnibus Objection to Approximately 550 Cross-Debtor Duplicate Claims [Filed: 2/26/07] (Docket No. 14681)

(i)  [Proposed] Order Granting Limited Waiver of Del.Bankr.L.R. 3007-1 to Permit Filing Omnibus Objection to Approximately 550 Cross-Debtor Duplicate Claims [Filed: 2/26/07] (Docket No. 14681)

Response Deadline: March 16, 2007, at 4:00 p.m.

Responses Received:

a.  Response of the State of Montana Department of Environmental Quality to Debtors' Twenty-First Omnibus Objection to Cross-Debtor Duplicative Claims (Substantive) [Filed: 3/16/07] (Docket No. 14875)

**Status: This matter is resolved. We will submit a stipulation resolving certain claim(s) and an order withdrawing the remaining claims.**

5.  Debtors' Twenty-Second Omnibus Objection to Claims (Substantive) [Filed: 3/28/07] (Docket No. 15012)

Related Documents:

a.  [Proposed] Order Granting Relief Sought in Debtors' Twenty-Second Omnibus Objection to Claims (Substantive) [Filed: 3/28/07] (Docket No. 3/28/07)

Response Deadline: April 13, 2007, at 4:00 p.m.

3

Responses Received:

a.    Georgia Department of Revenue's Response to Debtors' Twenty-Second
      Omnibus Objection to Claims (Substantive) [Filed: 4/3/07] (Docket No. 15079)

b.    Response by New York State Department of Taxation and Finance to Debtors'
      Twenty-Second Omnibus Objection to Claims [Filed: 4/6/07] (Docket No. 15106)

**Status:  This matter will go forward on an uncontested basis.  The responses noted
above will be continued to May 21, 2007, at 2:00 p.m.**


## UNCONTESTED MATTERS

6.    Debtors' Motion for an Order Modifying the Automatic Stay so that Debtors May
      Commence Tax Court Litigation to Resolve Certain Tax Claims [Filed: 3/28/07] (Docket
      No. 15014)

      Related Documents:

      a.    [Proposed] Order Modifying the Automatic Stay so that Debtors May Commence
            Tax Court Litigation to Resolve Certain Tax Claims [Filed: 3/28/07] (Docket No.
            15014)

      b.    Certification of No Objection Regarding Debtors' Motion for an Order Modifying
            the Automatic Stay so That the Debtors May Commence Tax Court Litigation to
            Resolve Certain Tax Claims [Filed: 4/25/07] (Docket No. 15298)

      c.    **Order Modifying The Automatic Stay So That Debtors May Commence Tax
            Court Litigation To Resolve Certain Tax Claims [Filed 4/26/07] (Docket No.
            15369)**

      Response Deadline: April 13, 2007, at 4:00 p.m. (extended until April 18, 2007 for the
      Official Committee of Unsecured Creditors)

      Responses Received: None as of the date of this Notice of Agenda.

      **Status:  An Order has been entered resolving this matter.  This matter will not go
      forward.**

7.    Motion for Leave in Accordance with the Orders Authorizing the Debtors to Employ and
      Compensate Ordinary Course Professionals as it Pertains to Socha, Perczak, Setter &
      Anderson, P.C. [Filed: 3/28/07] (Docket No. 15015)

      Related Documents:

      a.    [Proposed] Order Granting Leave in Accordance with the Orders Authorizing the
            Debtors to Employ and Compensate Ordinary Course Professionals as it Pertains
            to Socha, Perczak, Setter & Anderson, P.C. [Filed: 3/28/07] (Docket No. 15015)

b.      Certification of No Objection Regarding Motion for Leave in Accordance with the Orders Authorizing the Debtors to Employ and Compensate Ordinary Course Professionals as it Pertains to Socha, Perczak, Setter & Anderson, P.C. [Filed: 4/25/07] (Docket No. 15299)

Response Deadline:  April 13, 2007, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: No parties have objected to the relief requested in the Motion.  Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.


**CONTESTED MATTERS**

8.      Motion to Modify Order Allowing Retention of Lexecon LLC as Asbestos Claims Consultant to the Official Committee of Equity Security Holders [Filed: 3/28/07] (Docket No. 14992)

Related Documents:

a.      [Proposed] Modified Order Authorizing and Approving the Employment and Retention of Lexecon LLC, Nunc Pro Tunc From October 29, 2004, as Asbestos Claims Consultant to the Official Committee of Equity Security Holders [Filed: 3/28/07] (Docket No. 14992, Exhibit A)

Response Deadline:  April 13, 2007, at 4:00 p.m.

Responses Received:

a.      Objection of the Official Committee of Asbestos Personal Injury Claimants to the Official Committee of Equity Security Holders Motion to Modify Order Allowing Retention of Lexecon LLC as Asbestos Claims Consultant to the Official Committee of Equity Security Holders [Filed: 4/13/07] (Docket No. 15171)

Status: This matter will go forward.


9.      Motion of BNSF for Clarification of the Scope of the Preliminary Injunction, or in the Alternative, for Relief From the Preliminary Injunction [Filed: 2/15/07] (Adv. Pro. No. 01-771, Docket No. 389)

Related Documents:

a.      Affidavit of James Roberts [Filed: 2/15/07] (Adv. Pro. No. 01-771, Docket No. 389)

Response Deadline:  March 16, 2007, at 4:00 p.m.

Responses Received:

a.       Libby Claimants' Statement Concerning Motion of BNSF Concerning
         Preliminary Injunction [Filed: 2/28/07] (Adv. Pro. No. 01-771, Docket No. 390)

b.       Objection of Continental Casualty Company to Motion of BNSF for Clarification
         of the Scope of the Preliminary Injunction, or in the Alternative, for Relief From
         the Preliminary Injunction [Filed: 3/16/07] (Adv. Pro. No. 01-771, Docket No.
         391)

c.       Royal Indemnity Company's Opposition to Motion of BNSF for Clarification of
         the Scope of the Preliminary Injunction, or in the Alternative, for Relief From the
         Preliminary Injunction [Filed: 3/16/07] (Adv. Pro. No. 01-771, Docket No. 392)

d.       Objection of Maryland Casualty Company to the Motion of BNSF for
         Clarification of the Scope of the Preliminary Injunction, or in the Alternative, for
         Relief From the Preliminary Injunction [Filed: 3/16/07] (Adv. Pro. No. 01-771,
         Docket No. 393)

e.       Debtors' Response to Motion of BNSF for Clarification of the Scope of the
         Preliminary Injunction and Cross-Motion to Expand the Preliminary Injunction to
         Include Actions Against BNSF [Filed: 3/16/07] (Adv. Pro. No. 01-771, Docket
         No. 394)

Status:  This matter is going forward.

10.      Motion for Leave to Further Amend Complaint [Filed: 3/16/07] (Adv. Pro. No. 01-771,
         Docket No. 395)

Related Documents:

a.       [Proposed] Order Granting Plaintiffs' Motion for Leave to Amend Complaint
         [Filed: 3/16/07] (Adv. Pro. No. 01-771, Docket No. 395)

Response Deadline:  April 13, 2007, at 4:00 p.m.

Responses Received:

a.       Response of BNSF to Debtors' Motion for Leave to Further Amend Complaint
         [Filed: 4/13/07] (Adv. Pro. No. 01-771, Docket No. 412)

b.       Opposition of the Official Committee of Asbestos Personal-Injury Claimants to
         Debtors' Motion for Leave to Further Amend Complaint [Filed: 4/13/07] (Adv.
         Pro. No. 01-771, Docket No. 415)

c.       Opposition of Libby Claimants to Debtors' Motion for Leave to Further Amend
         Complaint [Filed: 4/13/07] (Adv. Pro. No. 01-771, Docket No. 416)

Status: This matter will go forward.

6

11.     Debtors' Motion to Expand the Preliminary Injunction to Include Action Against BNSF [Filed: 3/26/07] (Adv. Pro. No. 01-771, Docket No. 398)

        Related Documents:

        a.      [Proposed] Order Expanding the Preliminary Injunction to Include Actions Against BNSF [Filed: 3/26/07] (Adv. Pro. No. 01-771, Docket No. 398)

        Response Deadline: April, 2007 at 4:00 p.m.

        Responses Received:

        a.      Royal Indemnity Company's Response to Debtors Response to Motion of BNSF for Clarification of the Scope of the Preliminary Injunction and Cross-Motion to Expand the Preliminary Injunction to Include Actions Against BNSF [Filed: 3/26/07] (Adv. Pro. No. 01-771, Docket No. 397)

        b.      Response of BNSF to Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF [Filed: 4/13/07] (Adv. Pro. No. 01-771, Docket No. 413)

        c.      Opposition of the Official Committee of Asbestos Personal-Injury Claimants to Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF [Filed: 4/13/07] (Adv. Pro. No. 01-771, Docket No. 414)

        d.      Opposition of the Libby Claimants to Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF [Filed: 4/13/07] (Adv. Pro. No. 01-771, Docket No. 417)

                (i)     Libby Claimants' Motion in Limine [Filed: 4/13/07] (Adv. Pro. No. 01-771, Docket No. 418)

                (ii)    [Proposed] Order Granting Libby Claimants' Motion in Limine [Filed: 4/13/07] (Adv. Pro. No. 01-771, Docket No. 418)

                Responses Received:

                a.      Objection of Maryland Casualty Company to the Libby Claimants' Motion in Limine [Filed: 4/25/07] (Adv. Pro. No. 01-771, Docket No. 425)

        Replies Received:

        a.      Maryland Casualty Company's Reply in Support of Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF [Filed: 4/23/07] (Adv. Pro. No. 01-771, Docket No. 422) *[Stricken by Docket No. 429]*

                **(i)     [Signed] Order Striking Reply Filed by Maryland Casualty Company at Adv. Dkt. No. 422 [Filed: 4/27/07] (Adv. Pro. No. 01-771, Docket No. 429)**

b.    Debtors' Motion for Leave to File a Reply in Further Support of Their Motion to Expand Preliminary Injunction to Include Actions Against BNSF [Filed: 4/24/07] (Adv. Pro. No. 01-771, Docket No. 424)

   (i)    [Proposed] Order Granting Debtors' Motion for Leave to File a Reply in Further Support of Their Motion to Expand Preliminary Injunction to Include Actions Against BNSF [Filed: 4/24/07] (Adv. Pro. No. 01-771, Docket No. 424)

   (ii)    Debtors' Reply in Support of Their Motion to Expand Preliminary Injunction to Include Actions Against BNSF **[Filed: 4/27/07] (Adv. Pro. No. 01-771, Docket No. 432)**

   (iii)    **[Signed] Order Granting Debtors' Motion for Leave to File a Reply in Further Support of Their Motion to Expand Preliminary Injunction to Include Actions Against BNSF [Filed: 4/27/07] (Adv. Pro. No. 01-771, Docket No. 431)**

c.    **Continental Casualty Company's Motion for Leave to File a Reply (I) to Various Responses to Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF, and (II) in Support of Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF [Filed: 4/27/07] (Docket No. 15423) (Adv. Pro. No. 01-771, Docket No. 433)**

   (i)    **[Proposed] Order Approving Continental Casualty Company's Motion for Leave to File a Reply (I) to Various Responses to Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF, and (II) in Support of Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF [Filed: 4/27/07] (Docket No. 15423) (Adv. Pro. No. 01-771, Docket No. 433)**

   (ii)    **Omnibus Reply of Continental Casualty Company (I) to Various Responses to Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF, and (II) in Support of Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF [Filed: 4/27/07] (Docket No. 15423, Exhibit 1) (Adv. Pro. No. 01-771, Docket No. 433, Exhibit 1)**

d.    **Maryland Casualty Company's Motion for Leave to File a Reply in Support of Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF [Filed: 4/30/07] (Docket No. 435)**

   (i)    **[Proposed] Order Granting Maryland Casualty Company's Motion for Leave to File a Reply in Support of Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF [Filed: 4/30/07] (Adv. Pro. No. 01-771, Docket No. 435, Exhibit 1)**

   (ii)    **Maryland Casualty Company's Reply in Support of Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF [Filed: 4/30/07] (Adv. Pro. No. 01-771, Docket No. 435, Exhibit 2)**

8

Status: This matter will go forward.

## CLAIM OBJECTIONS

12.    Motion and Objection Seeking Entry of an Order (A) Expunging or (B) Reducing and
       Allowing Claim Paid Post-Petition [Filed: 3/28/07] (Docket No. 15011)

       Related Documents:

       a.    [Proposed] Order (A) Expunging or (B) Reducing and Allowing Claim Paid Post-
             Petition [Filed: 3/28/07] (Docket No. 15011)

       b.    Certification of No Objection Regarding Motion and Objection Seeking Entry of
             an Order (A) Expunging or (B) Reducing and Allowing Claim Paid Post-Petition
             [Filed: 4/25/07] (Docket No. 15297)

       c.    **Order (A) Expunging Or (B) Reducing And Allowing Claims Paid Post-
             Petition [Filed 4/26/07] (Docket No. 15371)**

       Response Deadline: April 13, 2007, at 4:00 p.m.

       Responses Received: None as of the date of this Notice of Agenda.

       **Status: An Order has been entered resolving this matter.  This matter will not go
       forward.**

13.    Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed:
       3/28/07] (Docket No. 15013)

       Related Documents:

       a.    [Proposed] Order Granting Relief Sought in Debtors' Objection to Claim Filed By
             Massachusetts Department of Revenue [Filed: 3/28/07] (Docket No. 15013)

       Response Deadline: April 13, 2007, at 4:00 p.m.

       Responses Received:

       a.    Response in Opposition By Commissioner of Massachusetts Department of
             Revenue to Debtors' Objection to the Claim Filed By Massachusetts Department
             of Revenue [Filed: 4/13/07] (Docket No. 15170)

       **Status: This matter is continued to May 21, 2007, at 2:00 p.m.**

91100-001\DOCS_DE:126664.11

## MATTERS RELATING TO ASBESTOS PI CLAIMS

14.     Debtors' Motion to Compel Compliance with Supplemental Order Regarding Motions to Compel Claimants to Respond to the W. R. Grace & Co. Asbestos Personal Injury Questionnaire [Filed: 3/21/07] (Docket No. 14929)

Related Documents:

a.      [Proposed] Order Granting Motion to Compel Compliance with Supplemental Order Regarding Motions to Compel Claimants to Respond to the W. R. Grace & Co. Asbestos Personal Injury Questionnaire [Filed: 3/21/07] (Docket No. 14929)

b.      Amended Notice of Debtors' Motion to Compel Compliance with Supplemental Order Regarding Motions to Compel Claimants to Respond to the W. R. Grace & Co. Asbestos Personal Injury Questionnaire [Filed: 3/27/07] (Docket No. 14991)

Response Deadline: April 6, 2007, at 5:00 p.m.

Responses Received:

a.      Memorandum of the MMWR Firms in Opposition to Debtors' Motion to Compel Compliance with the Court's Supplemental Order of December 22, 2006 [Filed: 4/5/07] (Docket No. 15103)

      i.      [Proposed] Order Denying Debtors' Motion to Compel the MMWR Firms' Compliance with Supplemental Order Regarding Motions to Compel Claimants to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 4/5/07] (Docket No. 15103)

b.      Memorandum of Claimants Represented By Cooney & Conway Law Firm in Opposition to Debtor's Motion to Compel [Filed: 4/6/07] (Docket No. 15104)

c.      Motley Rice LLC's Combined Motion to Strike and Opposition to Debtor's Motion to Compel Compliance with Supplemental Order Regarding Motions to Compel Claimants to Respond to the W. R. Grace & Co. Asbestos Personal Injury Questionnaire [Filed: 4/6/07] (Docket No. 15107)

      i.      [Signed] Order Striking Motion Filed at Docket No. 15107 [Filed: 4/17/07] (Docket No. 15214)

d.      Response of Firms Represented By Stutzman, Bromberg, Esserman & Plifka in Opposition to Grace's Motion to Compel Compliance with Supplemental Order Regarding Motions to Compel Claimants to Respond to the W. R. Grace & Co. Asbestos Personal Injury Questionnaire [Filed: 4/6/07] (Docket No. 15108)

10

e.     Objection of the Official Committee of Asbestos Personal Injury Claimants to Debtors' Motion to Compel Compliance with Supplemental Order Regarding Experts [Filed: 4/6/07] (Docket No. 15109)

Status: This matter will go forward.

15.    Debtors' Motion Regarding Noncompliance with X-Ray Order [Filed: 3/30/07] (Docket No. 15057)

Related Documents:

a.     [Proposed] Order [Filed: 3/30/07] (Docket No. 15057)

b.     Debtors' Motion for Leave to File Status Report in Further Support of Motion Regarding Noncompliance with X-Ray Order [Filed: 4/24/07] (Docket No. 15295) *Denied by Order at Docket No. 15416*

       (i)     [Proposed] Order Granting Debtors' Motion for Leave to File Status Report in Further Support of Motion Regarding Noncompliance with X-Ray Order [Filed: 4/24/07] (Docket No. 15295)

       (ii)    Status Report of Compliance with X-Ray Order [Filed: 4/24/07] (Docket No. 15295, Exhibit A)

       (iii)   **Motion For An Order Pursuant To Section 107(B) Of The Bankruptcy Code, Rule 9018 Of The Federal Rules Of Bankruptcy Procedure, And Local Rule 9018-1(B) Authorizing The Official Committee Of Asbestos Personal Injury Claimants, And Directing The Clerk Of The Court, To File Under Seal One Exhibit To The Response And Opposition Of The Official Committee Of Asbestos Personal Injury Claimants And David T. Austern, Legal Representative For Future Asbestos Personal Injury Claimants To The Debtors Motion For Leave To File Status Report In Further Support Of Motion Regarding Noncompliance With X-Ray Order And Response To The Status Report Of Compliance With X-Ray Order Filed By W.R. Grace & Company [Filed 4/26/07] (Docket No. 15412) *Denied as moot by Docket No. 15416***

       (iv)    **Response And Opposition Of The Official Committee Of Asbestos Personal Injury Claimants And David T. Austern, Legal Representative For Future Asbestos Personal Injury Claimants To The Debtors Motion For Leave To File Status Report In Further Support Of Motion Regarding Noncompliance With X-Ray Order And Response To The Status Report Of Compliance With X-Ray Order Filed By W.R. Grace & Company [Filed 4/26/07] (Docket No. 15413) *Denied as moot by Docket No. 15416***

       (v)     **[Signed] Order Denying Debtors' Motion for Leave to File Status Report in Further Support of Motion Regarding Noncompliance and Denying Motion for Leave to File Under Seal with Respect to the Response and Opposition of the ACC and FCR and Determining that**

**Said Response and Opposition is Moot [Filed: 4/27/07] (Docket No. 15416)**

Response Deadline: April 13, 2007, at 4:00 p.m.

Responses Received:

a.    Objection Response By Claimants Represented by Goldberg, Persky & White to Debtors' Motion Regarding Noncompliance with X-Ray Order [Filed: 4/11/07] (Docket No. 15151)

b.    Thornton & Naumes' Opposition to Debtors' Motion Regarding Noncompliance with X-Ray Order [Filed: 4/13/07] (Docket No. 15164)

c.    Response of Various Claimant Law Firms to Debtors' Motion Regarding Noncompliance with X-Ray Order [Filed: 4/13/07] (Docket No. 15165)

d.    Memorandum of Early, Ludwick, Sweeney & Strauss, LLC, The Wartnick Law Firm, Waters & Kraus, LLP, and Wise & Julian, LLP in Response to Debtors' Motion Alleging Noncompliance with X-Ray Order [Filed: 4/14/07] (Docket No. 15195)

    (i)    Exhibits to Memorandum of Early, Ludwick, Sweeney & Strauss, LLC, The Wartnick Law Firm, Waters & Kraus, LLP, and Wise & Julian, LIP in Response to Debtors' Motion Alleging Noncompliance with X-Ray Order [Filed: 4/15/07] (Docket No. 15196)

e.    Response to Debtors' Motion Regarding Alleged Noncompliance with X-Ray Order [Filed: 4/19/07] (Docket No. 15243) *[Stricken by Docket No. 15417]*

    **(i)    [Signed] Order Striking Libby Claimants' Response to Debtors' Motion Regarding Alleged Noncompliance with X-Ray Order [Filed: 4/27/07] (Docket No. 15417)**

**f.    Motion for Reconsideration of Order Striking Response to Debtors' Motion Regarding Alleged Noncompliance with X-Ray Order [Filed: 4/30/07] (Docket No. 15443)**

    **(i)    Response to Debtors' Motion Regarding Alleged Noncompliance with X-Ray Order [Filed: 4/30/07] (Docket No. 15443, Exhibit A)**

    **(ii)   [Proposed] Order Granting Motion for Reconsideration of Order Striking Response to Debtors' Motion Regarding Alleged Noncompliance with X-Ray Order [Filed: 4/30/07] (Docket No. 15443)**

**g.    Motion for Leave to File Late Response [Filed: 4/30/07] (Docket No. 15444)**

    **(i)    Response to Debtors' Motion Regarding Alleged Noncompliance with X-Ray Order [Filed: 4/30/07] (Docket No. 15444, Exhibit A)**

Case 01-01139-AMC    Doc 15466    Filed 05/01/07    Page 13 of 17


       (ii)     **[Proposed] Order Granting Motion for Leave to File Late Response [Filed: 4/30/07] (Docket No. 1544)**

<u>Status:</u> This matter will go forward.

16.    Motion of the Official Committee of Asbestos Personal Injury Claimants and David T. Austern, the Court Appointed Legal Representative for Future Asbestos Personal Injury Claimants to Compel Testimony and Document Production Concerning Grace's Pre-Petition Estimates of its Personal Injury Asbestos Liability [Filed: 3/28/07] (Docket No. 15005)

<u>Related Documents:</u>

a.    [Proposed] Order Granting the Motion of the Official Committee of Asbestos Personal Injury Claimants and David T. Austern, the Court Appointed Legal Representative for Future Asbestos Personal Injury Claimants to Compel Testimony and Document Production Concerning Grace's Pre-Petition Estimates of its Personal Injury Asbestos Liability [Filed: 3/28/07] (Docket No. 15005)

b.    Motion for an Order Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Rule 9018-1(b) Authorizing the Official Committee of Asbestos Personal Injury Claimants and David T. Austern, the Court Appointed Legal Representative for Future Asbestos personal Injury Claimants, and Directing the Clerk of the Court, to File Under Seal Three Exhibits of the Motion of the Official Committee of Asbestos Personal Injury and David T. Austern, the Court Appointed Legal Representative for Future Asbestos Personal Injury Claimants to Compel Testimony and Document Production Concerning Grace's Pre-Petition Estimates of its Personal Injury Asbestos Liability [Filed: 3/28/07] (Docket No. 15006)

       (i)     [Proposed] Order Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Rule 9018-1(b) Authorizing the Official Committee of Asbestos Personal Injury Claimants and David T. Austern, the Court Appointed Legal Representative for Future Asbestos Personal Injury Claimants, and Directing the Clerk of the Court, to File Under Seal Three Exhibits of the Motion of the Official Committee of Asbestos Personal Injury and David T. Austern, the Court Appointed Legal Representative for Future Asbestos Personal Injury Claimants to Compel Testimony and Document Production Concerning Grace's Pre-Petition Estimates of its Personal Injury Asbestos Liability [Filed: 3/28/07] (Docket No. 15006)

       (ii)    Certification of No Objection Regarding Motion for an Order Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Rule 9018-1(b) Authorizing the Official Committee of Asbestos Personal Injury Claimants and David T. Austern, the Court Appointed Legal Representative for Future Asbestos Personal Injury Claimants, and Directing the Clerk of the Court, to File Under Seal Three Exhibits of the Motion of the Official Committee of Asbestos Personal Injury and David T. Austern, the Court Appointed Legal Representative for Future Asbestos Personal Injury Claimants to Compel

13

Testimony and Document Production Concerning Grace's Pre-Petition
Estimates of its Personal Injury Asbestos Liability [Filed: 4/24/07]
(Docket No. 15287)

c.     Motion for an Order Pursuant to Section 107(b) of the Bankruptcy Code, Rule
9018 of the Federal Rules of Bankruptcy Procedure, and Local Rule 9018-1(b)
Authorizing the Official Committee of Asbestos Personal Injury Claimants and
David T. Austern, the Court Appointed Legal Representative for Future Asbestos
Personal Injury Claimants, and Directing the Clerk of the Court, to File Under
Seal Four Exhibits to the Reply of Official Committee of Asbestos Personal
Injury Claimants ("ACC") and David T. Austern, Legal Representative for Future
Asbestos Personal Injury Claimants ("FCR"), in Support of Motion to Compel
Testimony and Document Production Concerning Grace's Pre-Petition Estimates
of Its Personal Injury Asbestos Liability [Filed: 4/24/07] (Docket No. 15294)

   (i)     Motion to Shorten Notice with Respect to the Motion for an Order
Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the
Federal Rules of Bankruptcy Procedure, and Local Rule 9018-1(b)
Authorizing the Official Committee of Asbestos Personal Injury Claimants
and David T. Austern, the Court Appointed Legal Representative for
Future Asbestos Personal Injury Claimants, and Directing the Clerk of the
Court, to File Under Seal Four Exhibits to the Reply of Official
Committee of Asbestos Personal Injury Claimants ("ACC") and David T.
Austern, Legal Representative for Future Asbestos Personal Injury
Claimants ("FCR"), in Support of Motion to Compel Testimony and
Document Production Concerning Grace's Pre-Petition Estimates of Its
Personal Injury Asbestos Liability [Filed: 4/24/07] (Docket No. 15293)

   (ii)    [Proposed] Order Granting the Motion to Shorten Notice with Respect to
the Motion for an Order Pursuant to Section 107(b) of the Bankruptcy
Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and
Local Rule 9018-1(b) Authorizing the Official Committee of Asbestos
Personal Injury Claimants and David T. Austern, the Court Appointed
Legal Representative for Future Asbestos Personal Injury Claimants, and
Directing the Clerk of the Court, to File Under Seal Four Exhibits to the
Reply of Official Committee of Asbestos Personal Injury Claimants
("ACC") and David T. Austern, Legal Representative for Future Asbestos
Personal Injury Claimants ("FCR"), in Support of Motion to Compel
Testimony and Document Production Concerning Grace's Pre-Petition
Estimates of Its Personal Injury Asbestos Liability [Filed: 4/24/07]
Personal Injury Asbestos Liability [Filed: 4/24/07] (Docket No. 15293)

   (iii)   [Proposed] Order Pursuant to Section 107(b) of the Bankruptcy Code,
Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Rule
9018-1(b) Authorizing the Official Committee of Asbestos Personal Injury
Claimants and David T. Austern, the Court Appointed Legal
Representative for Future Asbestos Personal Injury Claimants, and
Directing the Clerk of the Court, to File Under Seal Four Exhibits to the
Reply of Official Committee of Asbestos Personal Injury Claimants
("ACC") and David T. Austern, Legal Representative for Future Asbestos
Personal Injury Claimants ("FCR"), in Support of Motion to Compel

14

Testimony and Document Production Concerning Grace's Pre-Petition
Estimates of Its Personal Injury Asbestos Liability [Filed: 4/24/07]
(Docket No. 15294)

**(iv)     Notice of Withdrawal of Docket Numbers 15293 and 15294 [Filed:
5/1/07] (Docket No. 15451)**

Response Deadline: April 13, 2007, at 4:00 p.m.

Responses Received:

a.      W. R. Grace's Objection to Motion to Compel Testimony and Document
Production Concerning Grace's Pre-Petition Asbestos Liability Estimates [Filed:
4/13/07] (Docket No. 15185)

Replies Received:

a.      Motion for Leave to File a Reply to W. R. Grace's Objection to Motion to
Compel Testimony and Document Production Concerning Grace's Pre-Petition
Asbestos Liability Estimates [Filed: 4/24/07] (Docket No. 15292)

        (i)      [Proposed] Order Granting the Motion for Leave to File a Reply to W. R.
                 Grace's Objection to Motion to Compel Testimony and Document
                 Production Concerning Grace's Pre-Petition Asbestos Liability Estimates
                 [Filed: 4/24/07] (Docket No. 15292)

        (ii)     Reply of Official Committee of Asbestos Personal Injury Claimants
                 ("ACC") and David T. Austern, the Court Appointed Legal Representative
                 for Future Asbestos Personal Injury Claimants ("FCR"), in Support of
                 Motion to Compel Testimony and Document Production Concerning
                 Grace's Pre-Petition Estimates of Its Personal Injury Asbestos Liability
                 [Filed: 4/24/07] (Docket No. 15292, Exhibit 1)

        **(iii)    Modified Order Granting the Motion for Leave to File a Reply to W.
                 R. Grace's Objection to Motion to Compel Testimony and Document
                 Production Concerning Grace's Pre-Petition Estimates of Its Personal
                 Injury Asbestos Liability [Filed: 4/30/07] (Docket No. 15436)**

b.      **Reply of Official Committee of Asbestos Personal Injury Claimants ("ACC")
        and David T. Austern, the Court Appointed Legal Representative for Future
        Asbestos Personal Injury Claimants ("FCR"), in Support of Motion to
        Compel Testimony and Document Production Concerning Grace's Pre-
        Petition Estimates of Its Personal injury Asbestos Liability [Filed: 5/1/07]
        (Docket No. 15452)**

Status: This matter will go forward.

91100-001\DOCS_DE:126664.11

**MATTERS RELATING TO ASBESTOS PD CLAIMS**

17.    Debtors' Emergency Motion for an Order Concerning the Amendment or Supplementation of Asbestos PD Claims [Filed: 4/6/07] (Docket No. 15112)

Related Documents:

a.    [Proposed] Order Concerning the Amendment or Supplementation of Asbestos PD Claims [Filed: 4/6/07] (Docket No. 15112)

b.    Debtors' Motion for Leave to Shorten Notice Period of Debtors' Emergency Motion for an Order Concerning the Amendment or Supplementation of Asbestos PD Claims [Filed: 4/6/07] (Docket No. 15113)

(i)    [Signed] Order Granting Motion for Leave to Shorten Time Period for Notice and Hearing on Debtors' Emergency Motion for an Order Concerning the Amendment or Supplementation of Asbestos PD Claims [Filed: 4/17/07] (Docket No. 15215)

Response Deadline: April 23, 2007, at 4:00 p.m.

Responses Received:

a.    Objection of the Official Committee of Asbestos Property Damage Claimants to Debtors' Motion for Leave to Shorten Notice Period of Debtors' Emergency Motion for an Order Concerning the Amendment or Supplementation of Asbestos Property Damage Claims [Filed: 4/13/07] (Docket No. 15179)

b.    Objection of the Official Committee of Asbestos Property Damage Claimants to Debtors' Emergency Motion for an Order Concerning the Amendment or Supplementation of Asbestos Property Damage Claims [Filed: 4/23/07] (Docket No. 15271)

c.    Joinder of the Prudential Insurance Company of America to Objection of the Official Committee of Asbestos Property Damage Claimants to Debtors' Emergency Motion for an Order Concerning the Amendment or Supplementation of Asbestos Property Damage Claims [Filed: 4/23/07] (Docket No. 15273)

Status: This matter will go forward.

18.    ZAI Claimants' Motion for Discovery Concerning W. R. Grace's Conduct in the ZAI Summary Judgment Proceedings [Filed: 3/28/07] (Docket No. 15004)

Related Documents:

a.    [Proposed] Order Granting ZAI Claimants' Motion for Discovery Concerning W. R. Grace's Conduct in the ZAI Summary Judgment Proceedings [Filed: 3/28/07] (Docket No. 15004)

Response Deadline: April 13, 2007, at 4:00 p.m.

Responses Received:

a.    Debtors' Response to ZAI Claimants' Motion for Discovery Concerning W. R. Grace's Conduct in the ZAI Summary Judgment Proceedings [Filed: 4/13/07] (Docket No. 15168)

Status: This matter will go forward.

19.    Status Conference on ZAI Science Issues

Status: This matter will go forward.


**ADDITIONAL MATTERS**

20.    Status Conference on Issues related to Asbestos PD Claims

Related Documents:

a.    Notice of Status Conference Regarding Scheduling of Adjudication for Certain Asbestos Property Damage Claims [Filed: 4/25/07] (Docket No. 15302)

Status:  A status conference will go forward.


Dated: **May 1**, 2007                    KIRKLAND & ELLIS LLP
                                          David M. Bernick P.C.
                                          Janet S. Baer
                                          200 East Randolph Drive
                                          Chicago, IL  60601
                                          Telephone: (312) 861-2000
                                          Facsimile: (312) 861-2200

                                          -and-

                                          PACHULSKI STANG ZIEHL YOUNG JONES
                                          & WEINTRAUB LLP

                                                  /s/ James E. O'Neill, III
                                          Laura Davis Jones (Bar No. 2436)
                                          James E. O'Neill, III (Bar No. 4042)
                                          Timothy P. Cairns (Bar No. 4228)
                                          919 North Market Street, 17th Floor
                                          P.O. Box 8705
                                          Wilmington, DE  19899-8705 (Courier 19801)
                                          Telephone:  (302) 652-4100
                                          Facsimile:  (302) 652-4400

                                          Co-Counsel for Debtors and Debtors in Possession

17