# EXHIBIT B

3. I am a partner at _____ law firm and have authority to bind the law firm and its members.

4. _____ law firm has submitted W.R. Grace Asbestos Personal Injury Questionnaires for Claimants listed on Exhibit A (attached).

5. I hereby certify that for each of the Claimants listed on Exhibit A, all B-reads (whether in narrative form or as memorialized on the International Labor Organization ("ILO") standard form) in the Claimant's possession, custody or control have been produced and I further certify that no B-reads are being withheld on the grounds of a claim of privilege (whether it be attorney-client, work product, or consulting expert privilege).

Signed under penalty of perjury this \_\_\_\_ of May 2007.

_____
**Name**
**Law Firm**

- 2 -

K&E 11775307.2