IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Related to Docket No. 14929 |
| | | April 13, 2007 Agenda Item No. 3 |
| | | May 2, 2007 Agenda Item No. 14 |

### ORDER REGARDING DEBTORS' MOTION TO COMPEL COMPLIANCE WITH THE CONSULTING EXPERT ORDER[1] AND APPROVING INTERROGATORIES

Upon consideration of the Debtors' Motion to Compel Compliance With the Supplemental Order Regarding Motions to Compel Claimants to Respond to the W.R. Grace & Co. Asbestos Personal Injury Questionnaire [Docket No. 14929], Debtors' Certification of Counsel dated May 1, 2007 with respect to proposed interrogatories and an affidavit of compliance, all oppositions and responses thereto, and all argument on the Motion on April 13, 2007 and May 2, 2007,

IT IS HEREBY ORDERED:

1. As directed at the April 13, 2007 hearing, Rust Consulting, Inc. shall compile into the Navigable Database and make available to the parties any information received up to and including April 13, 2007 provided as a result of the Consulting Expert Order; however, Rust shall have no obligation to compile into the Navigable Database or otherwise process any subsequent responses or supplemental submissions received after April 13, 2007, but instead will

---

[1] The "Supplemental Order Regarding Motions to Compel Claimants to Respond to the W. R. Grace & Co Asbestos Personal Injury Questionnaire" [Docket No. 14150] as amended by the "Order on Certain Asbestos Claimant' Firms' Motion to Alter or Amend Supplemental Order Regarding Motions to Compel Claimants to Respond to the W. R. Grace & Co. Asbestos Personal Injury Questionnaire Pursuant to Fed. R. Bankr. P. 9023, and Alternative Request for Entry of a Protective Order" [Docket No.14763] (collectively, the "Consulting Expert Order")

simply acknowledge receipt of such information. Debtors will provide copies of such information to the parties to the Estimation Proceedings in accordance with footnote 1 of the Court's April 2, 2007 Case Management Order for the Estimation of Asbestos Personal Injury Liabilities.

2. The form of the interrogatories submitted by the Debtors on May 1, 2007 are hereby approved.

3. The plaintiffs' law firms that are the subject of Debtors' Motion are ordered to answer the interrogatories within 30 days of the date they are sent by the Debtors to plaintiffs' law firms.

4. In lieu of responding to the interrogatories, the plaintiffs' law firms may provide Debtors with an affidavit of compliance attesting to the fact that Claimants have produced to Debtors all documents subject to the Consulting Expert Order in Claimants' possession, custody or control and that no such documents are being withheld on the grounds of a claim of privilege or otherwise. The form of the affidavit submitted by the Debtors is hereby approved. In order for the affidavit to be considered a sufficient response, it may not be altered or amended. If it is altered or amended, the plaintiffs' law firms must also respond to the interrogatories.

5. Any plaintiffs' firm that has not complied with Fed. R. Bankr. P. 2019 by filing an appropriate statement must do so promptly.

6. The Debtors shall serve this Order, the Interrogatories and the Affidavit of Compliance on the plaintiffs' law firms within 5 days of entry of this Order.

Dated: May ____, 2007

                                              Honorable Judith K. Fitzgerald
                                              United States Bankruptcy Judge