```
Date: 04/18/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 1


                W. R. Grace, Inc. % Elihu Inselbuch
                Caplin & Drysdale
                399 Park Avenue, 27th Floor
                New York, New York 10022


Date/Slip# Description                              HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
03/01/07   Ebener    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.6    180.00
#4801      email Eveland about proposed project              300.00

03/01/07   Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.6    255.00
#4501      communication (several emails) with Orrick and    425.00
           Tillinghast re: image data

03/07/07   Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.3    127.50
#4533      telephone Eveland re: proposed Rust survey        425.00

03/15/07   Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.7    297.50
#4549      emails to Eveland at Verus re: data samples       425.00

03/16/07   Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.4    170.00
#4552      email Eveland re: sampling issues                 425.00

03/19/07   Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.7    297.50
#4558      correspondence with Eveland re: problem cases     425.00
```

```
Date: 04/18/07            Legal Analysis Systems, Inc.
Time: 10:00am                                                        Page 2

          W. R. Grace


Date/Slip# Description                                     HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
03/01/07  Peterson  / (07) Committee, Creditors'               0.3    210.00
#4303     review Wehner flow charts                          700.00

03/01/07  Relles   / (07) Committee, Creditors'               0.3    127.50
#4502     review Wehner flow charts                          425.00

03/02/07  Peterson  / (07) Committee, Creditors'              1.0    700.00
#4305     conference call with Relles, Finch, Slocombe, and  700.00
          Wehner re: latest Rust data

03/02/07  Peterson  / (07) Committee, Creditors'              0.5    350.00
#4309     conference call with Relles, Finch and Wehner re:   700.00
          latest Rust data

03/02/07  Relles   / (07) Committee, Creditors'               1.0    425.00
#4510     conference call with Peterson, Finch, Slocombe, and 425.00
          Wehner re: latest Rust data

03/02/07  Relles   / (07) Committee, Creditors'               0.8    340.00
#4511     prepare input for Wehner to resolve questions with  425.00
          claimants' attorneys

03/02/07  Relles   / (07) Committee, Creditors'               0.5    212.50
#4515     conference call with Peterson, Finch and Wehner re: 425.00
          latest Rust data

03/04/07  Peterson  / (07) Committee, Creditors'              2.8   1960.00
#4315     review estimation issues raised by Slocombe         700.00

03/05/07  Relles   / (07) Committee, Creditors'               0.3    127.50
#4526     email correspondence with Wehner                    425.00

03/07/07  Relles   / (07) Committee, Creditors'               0.4    170.00
#4532     telephone Wehner re: proposed Rust survey           425.00

03/08/07  Peterson  / (07) Committee, Creditors'              1.3    910.00
#4322     conference call with Relles, Finch, Slocombe, and   700.00
          Wehner re: latest Rust data

03/08/07  Relles   / (07) Committee, Creditors'               1.3    552.50
#4536     conference call with Peterson, Finch, Slocombe, and 425.00
          Wehner re: latest Rust data

03/09/07  Relles   / (07) Committee, Creditors'               1.5    637.50
#4543     conference call with Finch, Slocombe, Wehner, and   425.00
          Eveland re: auxiliary survey
```

{D0085251.1 }

Date: 04/18/07            Legal Analysis Systems, Inc.
Time: 10:00am                                                      Page 3

            W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 03/15/07 | Relles    / (07) Committee, Creditors' | 0.3 | 127.50 |
| #4548 | email Wehner re: latest counts from Rust | 425.00 | |
| 03/16/07 | Relles    / (07) Committee, Creditors' | 0.7 | 297.50 |
| #4551 | attachment page 4 | 425.00 | |
| 03/20/07 | Relles    / (07) Committee, Creditors' | 0.3 | 127.50 |
| #4559 | review Finch emails | 425.00 | |
| 03/27/07 | Relles    / (07) Committee, Creditors' | 1.2 | 510.00 |
| #4572 | edit report based on Slocombe's suggestions | 425.00 | |
| 03/28/07 | Relles    / (07) Committee, Creditors' | 0.3 | 127.50 |
| #4573 | telephone Wehner re: summary of Rust data | 425.00 | |
| 03/28/07 | Relles    / (07) Committee, Creditors' | 1.2 | 510.00 |
| #4575 | email Wehner re: summary of Rust data | 425.00 | |

{D0085251.1 }

```
Date: 04/18/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 5

            W. R. Grace


Date/Slip# Description                        HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
03/24/07  Peterson  / (14) Hearings               5.6    3920.00
#4338     review depositions and documents for report  700.00

03/25/07  Peterson  / (14) Hearings               7.3    5110.00
#4339     review depositions and documents for report  700.00
```

{D0085251.1 }

Date: 04/18/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                           Page 6

          W. R. Grace


Date/Slip# Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
03/01/07  Brelsford / (28) Data Analysis                      0.5      110.00
#5001     telephone Relles re: names matching              220.00

03/01/07  Ebener    / (28) Data Analysis                      1.1      330.00
#4802     read draft protocol for coding and email comments on 300.00
          draft

03/01/07  Peterson  / (28) Data Analysis                      2.4     1680.00
#4301     review summaries of new PIQ/Rust data            700.00

03/01/07  Peterson  / (28) Data Analysis                      0.6      420.00
#4302     telephone Relles re: new data                    700.00

03/01/07  Relles    / (28) Data Analysis                      0.5      212.50
#4503     telephone Brelsford re: names matching           425.00

03/01/07  Relles    / (28) Data Analysis                      2.4     1020.00
#4504     prepare new Rust data for analysis               425.00

03/01/07  Relles    / (28) Data Analysis                      3.5     1487.50
#4505     review new Rust data, summarize differences and  425.00
          inconsistencies

03/01/07  Relles    / (28) Data Analysis                      2.2      935.00
#4506     prepare analysis files                           425.00

03/01/07  Relles    / (28) Data Analysis                      1.8      765.00
#4507     prepare input for conference call                425.00

03/01/07  Relles    / (28) Data Analysis                      0.6      255.00
#4508     telephone Peterson re: new data                  425.00

03/02/07  Brelsford / (28) Data Analysis                      0.3       66.00
#5002     telephone Relles re: names matching              220.00

03/02/07  Brelsford / (28) Data Analysis                      0.2       44.00
#5003     work on report                                   220.00

03/02/07  Peterson  / (28) Data Analysis                      0.6      420.00
#4304     review materials for conference call             700.00

03/02/07  Peterson  / (28) Data Analysis                      2.4     1680.00
#4306     review exposure information and product information 700.00

03/02/07  Peterson  / (28) Data Analysis                      0.5      350.00
#4307     telephone Relles re: conference call issues      700.00


{D0085251.1 }

Date: 04/18/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 7

          W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 03/02/07<br>#4308 | Peterson  / (28) Data Analysis<br>review emails re: data issues (.5); telephone Relles<br>(.3) re: same | 0.8<br>700.00 | 560.00 |
| 03/02/07<br>#4509 | Relles    / (28) Data Analysis<br>review data issues for conference call | 2.5<br>425.00 | 1062.50 |
| 03/02/07<br>#4512 | Relles    / (28) Data Analysis<br>prepare images of meso claims for Caplin-Drysdale<br>review | 2.5<br>425.00 | 1062.50 |
| 03/02/07<br>#4513 | Relles    / (28) Data Analysis<br>review new Rust data, summarize differences and<br>inconsistencies | 2.8<br>425.00 | 1190.00 |
| 03/02/07<br>#4514 | Relles    / (28) Data Analysis<br>revisit methods for determining exposure from Verus<br>data | 1.6<br>425.00 | 680.00 |
| 03/02/07<br>#4516 | Relles    / (28) Data Analysis<br>telephone Brelsford re: names matching | 0.3<br>425.00 | 127.50 |
| 03/02/07<br>#4517 | Relles    / (28) Data Analysis<br>telephone Peterson (two calls) re: conference call<br>issues | 0.8<br>425.00 | 340.00 |
| 03/03/07<br>#5004 | Brelsford / (28) Data Analysis<br>telephone Relles re: report, names matching | 0.5<br>220.00 | 110.00 |
| 03/03/07<br>#5005 | Brelsford / (28) Data Analysis<br>work on tables for report | 0.2<br>220.00 | 44.00 |
| 03/03/07<br>#4310 | Peterson  / (28) Data Analysis<br>work on report | 7.8<br>700.00 | 5460.00 |
| 03/03/07<br>#4518 | Relles    / (28) Data Analysis<br>telephone Brelsford re: names matching | 0.5<br>425.00 | 212.50 |
| 03/03/07<br>#4519 | Relles    / (28) Data Analysis<br>receive new images hard disk, process for general<br>retrieval | 6.5<br>425.00 | 2762.50 |
| 03/03/07<br>#4520 | Relles    / (28) Data Analysis<br>prepare new images of meso claims for<br>Caplin-Drysdale review | 1.2<br>425.00 | 510.00 |

{D0085251.1 }

```
Date: 04/18/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 8

          W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
03/04/07  Peterson  / (28) Data Analysis                  2.0   1400.00
#4311     review issues about funding of Cooper claims   700.00

03/04/07  Peterson  / (28) Data Analysis                  0.3    210.00
#4312     review Relles analyses of received data        700.00

03/04/07  Peterson  / (28) Data Analysis                  1.0    700.00
#4313     review PIQ claims                              700.00

03/04/07  Peterson  / (28) Data Analysis                  0.5    350.00
#4314     telephone Relles re: PIQ data and claims       700.00

03/04/07  Relles    / (28) Data Analysis                  2.6   1105.00
#4521     document and send files to Caplin-Drysdale     425.00

03/04/07  Relles    / (28) Data Analysis                  1.3    552.50
#4522     prepare summary analysis of Rust data for Peterson  425.00
          discussion

03/04/07  Relles    / (28) Data Analysis                  0.5    212.50
#4523     telephone Peterson re: PIQ data and claims     425.00

03/05/07  Brelsford / (28) Data Analysis                  0.8    176.00
#5006     work on names matching                         220.00

03/05/07  C_Thomas  / (28) Data Analysis                  4.0    800.00
#5201     convert Rust data to spreadsheet tables        200.00

03/05/07  Peterson  / (28) Data Analysis                  1.0    700.00
#4316     review article on vermiculite medical issues   700.00

03/05/07  Peterson  / (28) Data Analysis                  1.6   1120.00
#4317     review matters re: coding PIQ data             700.00

03/05/07  Peterson  / (28) Data Analysis                  5.3   3710.00
#4318     work on report                                 700.00

03/05/07  Relles    / (28) Data Analysis                  1.2    510.00
#4524     work with C_Thomas re: conversion of latest Rust  425.00
          data to spreadsheet tables

03/05/07  Relles    / (28) Data Analysis                  2.5   1062.50
#4525     work on names standardization to match Rust and  425.00
          history data
```

```
Date: 04/18/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 9

             W. R. Grace


Date/Slip# Description                                   HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
03/06/07  Peterson  / (28) Data Analysis                      4.8   3360.00
#4319     work on report                                   700.00

03/06/07  Relles    / (28) Data Analysis                      3.6   1530.00
#4527     update and develop analysis files from latest Rust  425.00
          shipment

03/06/07  Relles    / (28) Data Analysis                      2.4   1020.00
#4528     check correspondence of history file with latest 425.00
          data from Rust

03/06/07  Relles    / (28) Data Analysis                      0.5    212.50
#4529     review emails from Caplin-Drysdale               425.00

03/06/07  Relles    / (28) Data Analysis                      2.3    977.50
#4530     update databases sent by Verus                   425.00

03/07/07  Brelsford / (28) Data Analysis                      1.0    220.00
#5007     work on names matching                           220.00

03/07/07  Brelsford / (28) Data Analysis                      0.3     66.00
#5008     telephone Relles re: report, names matching      220.00

03/07/07  Peterson  / (28) Data Analysis                      3.2   2240.00
#4320     review PIQ claims                                700.00

03/07/07  Peterson  / (28) Data Analysis                      3.4   2380.00
#4321     work on report                                   700.00

03/07/07  Relles    / (28) Data Analysis                      2.3    977.50
#4531     analyze differences between latest and previous Rust 425.00
          data shipments, summarize results

03/07/07  Relles    / (28) Data Analysis                      3.2   1360.00
#4534     prepare image samples for Verus review           425.00

03/07/07  Relles    / (28) Data Analysis                      0.3    127.50
#4535     telephone Brelsford re: report, names matching   425.00

03/08/07  Brelsford / (28) Data Analysis                      1.5    330.00
#5009     work on names matching                           220.00

03/08/07  Peterson  / (28) Data Analysis                      0.5    350.00
#4323     review materials for call                        700.00
```

{D0085251.1 }

```
Date: 04/18/07           Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 10

            W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
-------------------------------------------------------------------------
03/08/07  Peterson  / (28) Data Analysis              0.6     420.00
#4324     telephone Relles re: PIQ data and claims  700.00

03/08/07  Peterson  / (28) Data Analysis              2.6    1820.00
#4325     work on report                            700.00

03/08/07  Relles    / (28) Data Analysis              0.4     170.00
#4537     prepare for conference call               425.00

03/08/07  Relles    / (28) Data Analysis              0.6     255.00
#4538     look through databases to provide current summary of  425.00
          disparities between history and Rust files

03/08/07  Relles    / (28) Data Analysis              2.2     935.00
#4539     experiment with names matching             425.00

03/08/07  Relles    / (28) Data Analysis              4.2    1785.00
#4540     set up files for names matching within law firm  425.00

03/08/07  Relles    / (28) Data Analysis              0.6     255.00
#4541     telephone Peterson re: PIQ data and claims 425.00

03/09/07  Brelsford / (28) Data Analysis              0.4      88.00
#5010     telephone Relles re: report, names matching 220.00

03/09/07  Brelsford / (28) Data Analysis              0.2      44.00
#5011     work on names matching                     220.00

03/09/07  Peterson  / (28) Data Analysis              5.1    3570.00
#4326     work on report                            700.00

03/09/07  Relles    / (28) Data Analysis              3.4    1445.00
#4542     look at names matching success rates       425.00

03/09/07  Relles    / (28) Data Analysis              0.4     170.00
#4544     telephone Brelsford re: expanded data files for  425.00
          names matching

03/09/07  Relles    / (28) Data Analysis              1.5     637.50
#4545     work on names matching issues              425.00

03/12/07  Peterson  / (28) Data Analysis              3.4    2380.00
#4327     work on report, send to Caplin and Drysdale 700.00

03/14/07  Brelsford / (28) Data Analysis              0.5     110.00
#5012     work on names matching                     220.00
```

{D0085251.1 }

Date: 04/18/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 11

            W. R. Grace


Date/Slip# Description                                  HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
03/14/07   Ebener   / (28) Data Analysis                      4.0   1200.00
#4803      audit discrepant cases                       300.00

03/14/07   Peterson  / (28) Data Analysis                     1.4    980.00
#4328      review issues re: coding PIQ data            700.00

03/14/07   Relles   / (28) Data Analysis                      2.0    850.00
#4546      develop capability to print Rust data in an  425.00
           understandable format spreadsheet for Verus
           pre-loading

03/15/07   Relles   / (28) Data Analysis                      2.5   1062.50
#4547      develop spreadsheet for Verus to pre-load data  425.00

03/15/07   Relles   / (28) Data Analysis                      1.0    425.00
#4550      prepare random samples for Verus             425.00

03/16/07   Peterson  / (28) Data Analysis                     2.5   1750.00
#4329      analyses of states                           700.00

03/16/07   Peterson  / (28) Data Analysis                     4.9   3430.00
#4330      work on report                               700.00

03/16/07   Relles   / (28) Data Analysis                      3.3   1402.50
#4553      work on improving linking and duplicates     425.00
           identification methods

03/17/07   Relles   / (28) Data Analysis                      2.2    935.00
#4554      work on improving linking and duplicates     425.00
           identification methods

03/18/07   Peterson  / (28) Data Analysis                     3.4   2380.00
#4331      work on report                               700.00

03/18/07   Relles   / (28) Data Analysis                      2.3    977.50
#4555      work on updating analysis files              425.00

03/18/07   Relles   / (28) Data Analysis                      1.5    637.50
#4556      develop methods to update transition matrices  425.00

03/19/07   Peterson  / (28) Data Analysis                     1.0    700.00
#4332      review emails re: epidemiological forecasts  700.00

03/19/07   Peterson  / (28) Data Analysis                     5.1   3570.00
#4333      work on report                               700.00

Date: 04/18/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                        Page 12

            W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
03/19/07  Relles   / (28) Data Analysis                        2.2    935.00
#4557     develop methods to edit jury verdict and other    425.00
          analytical files

03/20/07  Ebener   / (28) Data Analysis                        1.0    300.00
#4804     supervise coder; check completed cases            300.00

03/20/07  Ebener   / (28) Data Analysis                        0.1     30.00
#4805     telephone programmer about data entry            300.00

03/20/07  Ebener   / (28) Data Analysis                        0.2     60.00
#4806     deliver completed forms to programmer            300.00

03/21/07  Ebener   / (28) Data Analysis                        0.2     60.00
#4807     telephone Relles about data audit updates        300.00

03/21/07  Ebener   / (28) Data Analysis                        0.4    120.00
#4808     review audit spreadsheets from Relles            300.00

03/21/07  Peterson / (28) Data Analysis                        5.8   4060.00
#4334     review information about continuing asbestos     700.00
          litigation v. other defendants

03/21/07  Relles   / (28) Data Analysis                        1.5    637.50
#4560     update spreadsheet for Verus                     425.00

03/21/07  Relles   / (28) Data Analysis                        0.3    127.50
#4561     telephone Ebener re: cleaning jury verdict data  425.00

03/21/07  Relles   / (28) Data Analysis                        2.2    935.00
#4562     develop spreadsheets for cleaning jury verdict data 425.00

03/22/07  Peterson / (28) Data Analysis                        4.2   2940.00
#4335     work on report                                   700.00

03/22/07  Relles   / (28) Data Analysis                        2.7   1147.50
#4563     revisit methods for duplicates identification and 425.00
          elimination

03/23/07  Peterson / (28) Data Analysis                        1.0    700.00
#4336     review verdict data                              700.00

03/23/07  Peterson / (28) Data Analysis                        3.4   2380.00
#4337     review information about continuing asbestos     700.00
          litigation v. other defendants

Date: 04/18/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                        Page 13

            W. R. Grace


| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|------------|-------------|-----------|--------|
| 03/23/07 #4564 | Relles    / (28) Data Analysis<br>update jury verdict data files | 3.4<br>425.00 | 1445.00 |
| 03/24/07 #4565 | Relles    / (28) Data Analysis<br>work on names matching algorithms | 2.7<br>425.00 | 1147.50 |
| 03/26/07 #5013 | Brelsford / (28) Data Analysis<br>work on firm names standardization to facilitate<br>matching | 1.8<br>220.00 | 396.00 |
| 03/26/07 #5014 | Brelsford / (28) Data Analysis<br>telephone Relles re: names and law firm matching | 0.8<br>220.00 | 176.00 |
| 03/26/07 #5015 | Brelsford / (28) Data Analysis<br>work on names matching | 2.1<br>220.00 | 462.00 |
| 03/26/07 #4340 | Peterson  / (28) Data Analysis<br>review analyses of verdicts histories and values<br>among other defendants | 1.5<br>700.00 | 1050.00 |
| 03/26/07 #4341 | Peterson  / (28) Data Analysis<br>work on report | 6.4<br>700.00 | 4480.00 |
| 03/26/07 #4566 | Relles    / (28) Data Analysis<br>review meso sample data from Verus | 2.8<br>425.00 | 1190.00 |
| 03/26/07 #4567 | Relles    / (28) Data Analysis<br>telephone Brelsford re: names and law firm matching | 0.8<br>425.00 | 340.00 |
| 03/26/07 #4568 | Relles    / (28) Data Analysis<br>set up names matching files | 1.2<br>425.00 | 510.00 |
| 03/26/07 #4569 | Relles    / (28) Data Analysis<br>review Grace verdict data, develop text for report | 2.3<br>425.00 | 977.50 |
| 03/27/07 #5016 | Brelsford / (28) Data Analysis<br>work on names matching | 2.9<br>220.00 | 638.00 |
| 03/27/07 #4342 | Peterson  / (28) Data Analysis<br>work on report | 4.9<br>700.00 | 3430.00 |
| 03/27/07 #4570 | Relles    / (28) Data Analysis<br>create and send additional random samples of meso<br>data to Verus | 1.8<br>425.00 | 765.00 |

{D0085251.1 }

```
Date: 04/18/07            Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 14

            W. R. Grace


Date/Slip# Description                              HOURS/RATE    AMOUNT
------------------------------------------------------------------------
03/27/07  Relles    / (28) Data Analysis                 0.8     340.00
#4571     summarize meso sample data from Verus        425.00

03/28/07  Brelsford / (28) Data Analysis                 0.9     198.00
#5017     work on names matching                       220.00

03/28/07  Peterson  / (28) Data Analysis                 1.2     840.00
#4343     review information about PIQ forms           700.00

03/28/07  Relles    / (28) Data Analysis                 1.8     765.00
#4574     develop summaries of Rust exposure data      425.00

03/29/07  Brelsford / (28) Data Analysis                 1.5     330.00
#5018     work on names matching                       220.00

03/29/07  Peterson  / (28) Data Analysis                 5.6    3920.00
#4344     work on report                               700.00

03/29/07  Relles    / (28) Data Analysis                 1.2     510.00
#4576     work on names matching                       425.00

03/30/07  Brelsford / (28) Data Analysis                 3.0     660.00
#5019     work on names matching                       220.00

03/31/07  Brelsford / (28) Data Analysis                 3.7     814.00
#5020     work on names matching with standardized names for 220.00
          law firms

03/31/07  Peterson  / (28) Data Analysis                 6.3    4410.00
#4345     work on report                               700.00

03/31/07  Relles    / (28) Data Analysis                 1.3     552.50
#4577     work on matching law firms                   425.00
------------------------------------------------------------------------
```

{D0085251.1 }

```
Date: 04/18/07            Legal Analysis Systems, Inc.
Time: 10:00am                                                Page 15

        W. R. Grace

        Summary Of Time Charges, By Month and Activity
                 March 2007 - March 2007


MONTH       ACTIVITY                                HOURS    AMOUNT
-----------------------------------------------------------------------
March     - (05) Claims Anal Objectn/Resolutn (Asbest)   3.3   1327.50
March     - (07) Committee, Creditors'                  16.0   8422.50
March     - (14) Hearings                               12.9   9030.00
March     - (28) Data Analysis                         252.6 130819.50
March     - (99) Total                                 284.8 149599.50


Total     - (05) Claims Anal Objectn/Resolutn (Asbest)   3.3   1327.50
Total     - (07) Committee, Creditors'                  16.0   8422.50
Total     - (14) Hearings                               12.9   9030.00
Total     - (28) Data Analysis                         252.6 130819.50
Total     - (99) Total                                 284.8 149599.50

-----------------------------------------------------------------------
```

```
Date: 04/18/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 16

        W. R. Grace

        Summary Of Time Charges, By Month and Person
              March 2007 - March 2007

MONTH      PERSON                                   HOURS    AMOUNT
---------------------------------------------------------------------
March    - Relles                                   122.3  51977.50
March    - Peterson                                 127.8  89460.00
March    - Ebener                                     7.6   2280.00
March    - C_Thomas                                   4.0    800.00
March    - Brelsford                                 23.1   5082.00
March    - Total                                    284.8 149599.50

Total    - Relles                                   122.3  51977.50
Total    - Peterson                                 127.8  89460.00
Total    - Ebener                                     7.6   2280.00
Total    - C_Thomas                                   4.0    800.00
Total    - Brelsford                                 23.1   5082.00
Total    - Total                                    284.8 149599.50

--------------------------------------------------------------------------------
```

{D0085251.1 }

```
Date: 04/18/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                    Page 17

              W. R. Grace

          Summary Of Time Charges, By Activity, Month, and Person
                    March 2007 - March 2007

MONTH      PERSON                         HOURS   RATE    AMOUNT
------------------------------------------------------------------------
(05) Claims Anal Objectn/Resolutn (Asbest)

March      - Relles                         2.7   425.   1147.50
March      - Ebener                         0.6   300.    180.00

(07) Committee, Creditors'

March      - Relles                        10.1   425.   4292.50
March      - Peterson                       5.9   700.   4130.00

(14) Hearings

March      - Peterson                      12.9   700.   9030.00

(28) Data Analysis

March      - Relles                       109.5   425.  46537.50
March      - Peterson                     109.0   700.  76300.00
March      - Ebener                         7.0   300.   2100.00
March      - C_Thomas                       4.0   200.    800.00
March      - Brelsford                     23.1   220.   5082.00

--------------------------------------------------------------------------------
```

{D0085251.1 }