**L TERSIGNI CONSULTING, P.C.**
**Certified Public Accountant**

350 Bedford Street - Suite 301
Stamford, CT. 06901
Telephone: 203-252-2564
Facsimile: 203-252-2562

**April 18, 2007**

**Invoice No. 02207**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.  19801**

# RE:    W.R.Grace

For services rendered in connection with the above-captioned matter during the period March 1, 2007 through March 31, 2007 as per the attached analysis.

| Professional Fees  (see Schedule A) | Hours | Amount |
|---|---|---|
| Loreto Tersigni - President | 1.00 | $575.00 |
| James Sinclair - Senior Managing Director | 45.50 | $25,025.00 |
| Susan Plotzky - Managing Director | 45.40 | $23,835.00 |
| Aaron Prills - Director | 10.20 | $4,233.00 |
| Dottie-Jo Collins - Manager | 6.50 | $2,047.50 |

| Expenses   (see Schedule C) | | |
|---|---|---|
| Telephone, Xerox, Research | | $222.87 |
| **T O T A L** | | $55,938.37 |

Please Note:  Schedule B (attached) reflects Professional Services Summary
                        by Task Codes for Court Approved Professionals

**L TERSIGNI CONSULTING, P.C.**
**Certified Public Accountant**

350 Bedford Street - Suite 301
Stamford, CT. 06901
Telephone: 203-252-2564
Facsimile: 203-252-2562

April 18, 2007

**Invoice No. 02207**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.  19801**

# RE:    W.R.Grace

Summary of Professional Services Rendered:   March 1-31, 2007

| Name | Position | Schedule | Rate (2007) | Hours | Amount |
|---|---|---|---|---|---|
| Loreto Tersigni | President | Schedule A | $575 | 1.00 | $575.00 |
| James Sinclair | Senior Managing Director | Schedule A | $550 | 45.50 | $25,025.00 |
| Susan Plotzky | Managing Director | Schedule A | $525 | 45.40 | $23,835.00 |
| Aaron Prills | Director | Schedule A | $415 | 10.20 | $4,233.00 |
| Dottie-Jo Collins | Manager | Schedule A | $315 | 6.50 | $2,047.50 |
| **Total Professional Services- Schedule A:** | | | | 108.60 | $55,715.50 |
| **Total Out of Pocket Expenses- Schedule C:** | | | | | $222.87 |
| **TOTAL   DUE   THIS   INVOICE** | | | | | $55,938.37 |

Please Note:  Schedule B (attached) reflects Professional Services Summary
            by Task Codes for Court Approved Professionals

# W.R. Grace

**Schedule A**

**Services Rendered during the Period: March 1, 2007 through March 31, 2007**

| Date | | Comment | Task Code | Hours | 2007 Rate | Total |
|---|---|---|---|---|---|---|
| **James Sinclair - Senior Managing Director** | | | | | | |
| 3/1/07 | JS | Discuss with A.Prills the environmental liabilities, and Company schedules and estimates of 2/20/07, for due diligence and recovery analysis purposes | 26 | 0.40 | $550.00 | $220.00 |
| 3/5/07 | JS | Call with B.Rapp to discuss environmental liabilities and meeting with Company on 2/20/07 for due diligence and recovery analysis purposes | 26 | 0.50 | $550.00 | $275.00 |
| 3/5/07 | JS | Commence review and analysis of 2007 10-K for due diligence and valuation monitoring | 28 | 2.60 | $550.00 | $1,430.00 |
| 3/8/07 | JS | Review ACC counsel's inquiry regarding Libby legal defense costs. Write memorandum to ACC counsel for due diligence and monitoring purposes | 28 | 0.90 | $550.00 | $495.00 |
| 3/9/07 | JS | Review performance analysis regarding further inquiry of ACC counsel relating to Libby legal defense costs for due diligence and recovery analysis purposes | 28 | 1.80 | $550.00 | $990.00 |
| 3/9/07 | JS | Discussion with A.Prills regarding Libby legal defense costs for due diligence and recovery analysis purposes, at the request of ACC counsel | 26 | 0.40 | $550.00 | $220.00 |
| 3/9/07 | JS | Conference call with ACC counsel to discuss counsel's inquiry regarding Libby legal defense costs for due diligence and recovery analysis purposes | 07 | 0.30 | $550.00 | $165.00 |
| 3/9/07 | JS | Write memorandum to Blackstone and Company regarding Libby legal defense costs for due diligence and recovery analysis purposes | 26 | 0.90 | $550.00 | $495.00 |
| 3/9/07 | JS | Write memorandum to ACC counsel regarding counsel's inquiry to Libby legal defense costs for due diligence and recovery analysis purposes | 07 | 2.30 | $550.00 | $1,265.00 |
| 3/13/07 | JS | Review and analyze historic data in response to inquiry of ACC and counsel for settlement discussions | 28 | 1.70 | $550.00 | $935.00 |
| 3/13/07 | JS | Discuss historic data with A.Prills in response to inquiry of ACC and counsel for settlement discussions | 16 | 0.40 | $550.00 | $220.00 |
| 3/13/07 | JS | Revise data from Company regarding detail of Libby legal defense costs, note variances and draft questions for Blackstone in response to ACC inquiry for due diligence and recovery analysis purposes | 26 | 0.90 | $550.00 | $495.00 |
| 3/14/07 | JS | Write memorandum to Blackstone regarding Libby legal defense costs for due diligence and recovery analysis purposes | 26 | 1.20 | $550.00 | $660.00 |
| 3/19/07 | JS | Review and analyze ACC counsel's inquiry regarding Sealed Air claim against WR Grace for recovery analysis | 07 | 1.90 | $550.00 | $1,045.00 |
| 3/19/07 | JS | Further review and analysis of Sealed Air claim against Grace, write and send memorandum to Blackstone and WR Grace relating to Sealed Air claim for recovery analysis purposes | 26 | 2.40 | $550.00 | $1,320.00 |
| 3/19/07 | JS | Call with Blackstone regarding Sealed Air claim against WR Grace for recovery analysis purposes | 26 | 0.30 | $550.00 | $165.00 |
| 3/21/07 | JS | Review and analyze additional information regarding Sealed Air claim against WR Grace for recovery analysis purposes at the request of counsel | 26 | 2.20 | $550.00 | $1,210.00 |
| 3/21/07 | JS | Review Motions and tax information for specified liability NOL carryforward and refund for hearing before Tax Court and for ACC action for recovery | 26 | 2.90 | $550.00 | $1,595.00 |
| 3/22/07 | JS | Further review of additional information (Tax Sharing Agreement, 1988 Reorganization Company's memorandum of facts: Exhibit D) for Motions relating to specified liability NOL carryback and tax refund for hearing before Tax Court and for ACC action for recovery | 26 | 2.70 | $550.00 | $1,485.00 |
| 3/23/07 | JS | Commence review and analysis of revised Libby legal defense expenses for memorandum to ACC counsel for recovery analysis purposes | 28 | 0.60 | $550.00 | $330.00 |
| 3/26/07 | JS | Continue review and analysis of revised Libby legal defense expenses for memorandum to ACC counsel for recovery analysis purposes | 28 | 2.60 | $550.00 | $1,430.00 |
| 3/26/07 | JS | Outline memorandum to ACC counsel regarding revised Libby legal defense expenses for recovery analysis purposes | 07 | 1.30 | $550.00 | $715.00 |
| 3/26/07 | JS | Write memorandum to ACC counsel regarding revised Libby legal defense expenses for recovery analysis purposes | 07 | 2.30 | $550.00 | $1,265.00 |

# W.R. Grace

**Schedule A**

### Services Rendered during the Period: March 1, 2007 through March 31, 2007

| Date | | Comment | Task Code | Hours | 2007 Rate | Total |
|---|---|---|---|---|---|---|
| 3/27/07 | JS | Review Weekly ACC counsel's memoranda regarding Calendar and Recommendations for planning of work and assignments | 26 | 1.30 | $550.00 | $715.00 |
| 3/27/07 | JS | Commence review of IRS Deficiency Notice and Motion to lift stay on 1998 NOL carryback for specified liability loss and move to Tax Court (Tax Court Motion) and attendant Exhibits for recovery | 26 | 1.90 | $550.00 | $1,045.00 |
| 3/28/07 | JS | Continue review of Tax Court Motion, and attendant Exhibits, and IRS Deficiency Notice for recovery | 26 | 1.80 | $550.00 | $990.00 |
| 3/28/07 | JS | Further review and analysis of Libby legal defense costs for recovery analysis at the request of ACC counsel | 26 | 0.80 | $550.00 | $440.00 |
| 3/28/07 | JS | Review and analyze claims for claims and recovery analysis at the request of ACC and ACC counsel | 26 | 1.90 | $550.00 | $1,045.00 |
| 3/29/07 | JS | Further review and analysis of claims for claims and recovery analysis at the request of ACC and ACC counsel | 26 | 1.40 | $550.00 | $770.00 |
| 3/29/07 | JS | Review Weekly ACC counsel's memoranda regarding Calendar and Recommendations for planning of work and assignments | 26 | 1.60 | $550.00 | $880.00 |
| 3/30/07 | JS | Draft Agenda for conference call with ACC counsel regarding claims and the Libby defense costs for claims and recovery analysis | 07 | 0.80 | $550.00 | $440.00 |
| 3/30/07 | JS | Two calls with ACC, and ACC counsel, regarding claims and the Libby defense costs | 07 | 0.50 | $550.00 | $275.00 |
| | | **Sub-Total** | | 45.50 | | $25,025.00 |

### Susan Plotzky - Managing Director

| Date | | Comment | Task Code | Hours | 2007 Rate | Total |
|---|---|---|---|---|---|---|
| 3/14/07 | SP | Research of solvent companies with comparable asbestos liabilities in connection with the estimation hearing | 16 | 3.60 | $525.00 | $1,890.00 |
| 3/19/07 | SP | Analysis of solvent comparable company with comparable asbestos liabilities in connection with the estimation hearing | 16 | 1.50 | $525.00 | $787.50 |
| 3/19/07 | SP | Analysis of solvent comparable company, for the years 2000 through 2006, with comparable asbestos liabilities in connection with the estimation hearing | 16 | 3.40 | $525.00 | $1,785.00 |
| 3/19/07 | SP | Analysis of solvent comparable company, for the years 2000 through 2002, with comparable asbestos liabilities for in connection with the estimation hearing | 16 | 1.50 | $525.00 | $787.50 |
| 3/20/07 | SP | Analysis of solvent comparable company, for the years 2003 through 2006, with comparable asbestos liabilities for in connection with the estimation hearing | 16 | 2.80 | $525.00 | $1,470.00 |
| 3/20/07 | SP | Analysis of solvent comparable company, for the years 2000 through 2003, with comparable asbestos liabilities for in connection with the estimation hearing | 16 | 1.90 | $525.00 | $997.50 |
| 3/20/07 | SP | Analysis of solvent comparable company, for the years 2004 through 2006, with comparable asbestos liabilities for in connection with the estimation hearing | 16 | 1.60 | $525.00 | $840.00 |
| 3/20/07 | SP | Analysis of solvent comparable company, for the years 2000 through 2006, with comparable asbestos liabilities for in connection with the estimation hearing | 16 | 2.40 | $525.00 | $1,260.00 |
| 3/21/07 | SP | Analysis of solvent comparable company, for the years 2000 through 2003, with comparable asbestos liabilities for in connection with the estimation hearing | 16 | 2.80 | $525.00 | $1,470.00 |
| 3/21/07 | SP | Analysis of solvent comparable company, for the years 2004 through 2006, with comparable asbestos liabilities for in connection with the estimation hearing | 16 | 1.60 | $525.00 | $840.00 |
| 3/21/07 | SP | Analysis of solvent comparable company, for the years 2000 through 2006, with comparable asbestos liabilities for in connection with the estimation hearing | 16 | 2.10 | $525.00 | $1,102.50 |
| 3/22/07 | SP | Analysis of solvent comparable company, for the years 2000 through 2004, with comparable asbestos liabilities for in connection with the estimation hearing | 16 | 2.70 | $525.00 | $1,417.50 |
| 3/23/07 | SP | Analysis of solvent comparable company, for the years 2005 through 2006, with comparable asbestos liabilities for in connection with the estimation hearing | 16 | 1.20 | $525.00 | $630.00 |
| 3/23/07 | SP | Analysis of solvent comparable company, for the years 2000 through 2006, with comparable asbestos liabilities for in connection with the estimation hearing | 16 | 2.40 | $525.00 | $1,260.00 |

# W.R. Grace

## Schedule A

**Services Rendered during the Period: March 1, 2007 through March 31, 2007**

| Date | | Comment | Task Code | Hours | 2007 Rate | Total |
|---|---|---|---|---|---|---|
| 3/28/07 | SP | Analysis of solvent comparable company, for the years 2000 through 2006, with comparable asbestos liabilities for in connection with the estimation hearing | 16 | 3.10 | $525.00 | $1,627.50 |
| 3/28/07 | SP | Analysis of solvent comparable company, for the years 2000 through 2002, with comparable asbestos liabilities for in connection with the estimation hearing | 16 | 2.10 | $525.00 | $1,102.50 |
| 3/29/07 | SP | Analysis of solvent comparable company, for the years 2003 through 2006, with comparable asbestos liabilities for in connection with the estimation hearing | 16 | 1.90 | $525.00 | $997.50 |
| 3/30/07 | SP | Analysis of solvent comparable company, for the years 2000 through 2006, with comparable asbestos liabilities for in connection with the estimation hearing | 16 | 3.60 | $525.00 | $1,890.00 |
| 3/30/07 | SP | Analysis of solvent comparable company, for the years 2000 through 2006, with comparable asbestos liabilities for in connection with the estimation hearing | 16 | 3.20 | $525.00 | $1,680.00 |
| | | **Sub-Total** | | 45.40 | | $23,835.00 |

**Aaron Prills - Director**

| Date | | Comment | Task Code | Hours | 2007 Rate | Total |
|---|---|---|---|---|---|---|
| 3/9/07 | AP | Prepared updates to the Grace Libby legal expense schedule to roll schedule forward through January 2007. | 26 | 1.40 | $415.00 | $581.00 |
| 3/9/07 | AP | Reviewed Grace 10K section regarding Libby legal expense to analyze the company's guidance on costs for 2007. | 28 | 0.60 | $415.00 | $249.00 |
| 3/10/07 | AP | Prepared exhibits for the Grace 2006 full-year financial review to counsel. | 26 | 1.50 | $415.00 | $622.50 |
| 3/13/07 | AP | Prepared summary chart and schedule of Grace's stock price to analyze the impact of certain events on the price of the stock. | 26 | 2.00 | $415.00 | $830.00 |
| 3/13/07 | AP | Prepared updates to the stock price chart and schedule for counsel. | 26 | 1.10 | $415.00 | $456.50 |
| 3/19/07 | AP | Reviewed the Grace equity price and volume chart to analyze the recent trend for the company. | 28 | 0.50 | $415.00 | $207.50 |
| 3/20/07 | AP | Prepared schedule to analyze the asbestos liability of companies at various points in time as part of the analysis for counsel. | 26 | 2.00 | $415.00 | $830.00 |
| 3/22/07 | AP | Reviewed the WR Grace weekly summary of outstanding issues. | 28 | 0.40 | $415.00 | $166.00 |
| 3/28/07 | AP | Reviewed the Grace liabilities subject to compromise schedule to analyze the liabilities for the environmental cleanup. | 28 | 0.70 | $415.00 | $290.50 |
| | | **Sub-Total** | | 10.20 | | $4,233.00 |

**Dottie-Jo Collins  -  Manager**

| Date | | Comment | Task Code | Hours | 2007 Rate | Total |
|---|---|---|---|---|---|---|
| 3/30/07 | DC | Compilation and consolidation of services rendered in the month of March 2007 | 11 | 5.60 | $315.00 | $1,764.00 |
| 3/30/07 | DC | Category coding and preparation of March 2007 fee application | 11 | 0.90 | $315.00 | $283.50 |
| | | **Sub-Total** | | 6.50 | | $2,047.50 |

| | | **TOTAL   Schedule A:** | | 108.60 | | $55,715.50 |

5

# W.R. Grace                                                                                      Schedule B

**Services Rendered during the Period: March 1, 2007 through March 31, 2007**

| Date | | Comments | Task Code | Hours | 2007 Rate | Total |
|---|---|---|---|---|---|---|
| 3/9/07 | JS | Conference call with ACC counsel to discuss counsel's inquiry regarding Libby legal defense costs for due diligence and recovery analysis purposes | 07 | 0.30 | $550.00 | $165.00 |
| 3/9/07 | JS | Write memorandum to ACC counsel regarding counsel's inquiry to Libby legal defense costs for due diligence and recovery analysis purposes | 07 | 2.30 | $550.00 | $1,265.00 |
| 3/19/07 | JS | Review and analyze ACC counsel's inquiry regarding Sealed Air claim against WR Grace for recovery analysis | 07 | 1.90 | $550.00 | $1,045.00 |
| 3/26/07 | JS | Outline memorandum to ACC counsel regarding revised Libby legal defense expenses for recovery analysis purposes | 07 | 1.30 | $550.00 | $715.00 |
| 3/26/07 | JS | Write memorandum to ACC counsel regarding revised Libby legal defense expenses for recovery analysis purposes | 07 | 2.30 | $550.00 | $1,265.00 |
| 3/30/07 | JS | Draft Agenda for conference call with ACC counsel regarding claims and the Libby defense costs for claims and recovery analysis | 07 | 0.80 | $550.00 | $440.00 |
| 3/30/07 | JS | Two calls with ACC, and ACC counsel, regarding claims and the Libby defense costs | 07 | 0.50 | $550.00 | $275.00 |
| | | **TOTAL  Category 07:  Committee, Creditor's Noteholders** | | **9.40** | | **$5,170.00** |
| 3/13/07 | LT | Review monthly fee application of February 2007, including timekeeper daily entries | 11 | 0.30 | $575.00 | $172.50 |
| 3/30/07 | DC | Compilation and consolidation of services rendered in the month of March 2007 | 11 | 5.60 | $315.00 | $1,764.00 |
| 3/30/07 | DC | Category coding and preparation of March 2007 fee application | 11 | 0.90 | $315.00 | $283.50 |
| | | **TOTAL  Category 11:  Fee Application-Applicant** | | **6.80** | | **$2,220.00** |
| 3/13/07 | JS | Discuss historic data with A.Prills in response to inquiry of ACC and counsel for settlement discussions | 16 | 0.40 | $550.00 | $220.00 |
| 3/14/07 | SP | Research of solvent companies with comparable asbestos liabilities in connection with the estimation hearing | 16 | 3.60 | $525.00 | $1,890.00 |
| 3/19/07 | SP | Analysis of solvent comparable company with comparable asbestos liabilities in connection with the estimation hearing | 16 | 1.50 | $525.00 | $787.50 |
| 3/19/07 | SP | Analysis of solvent comparable company, for the years 2000 through 2006, with comparable asbestos liabilities in connection with the estimation hearing | 16 | 3.40 | $525.00 | $1,785.00 |
| 3/19/07 | SP | Analysis of solvent comparable company, for the years 2000 through 2002, with comparable asbestos liabilities for in connection with the estimation hearing | 16 | 1.50 | $525.00 | $787.50 |
| 3/20/07 | SP | Analysis of solvent comparable company, for the years 2003 through 2006, with comparable asbestos liabilities for in connection with the estimation hearing | 16 | 2.80 | $525.00 | $1,470.00 |
| 3/20/07 | SP | Analysis of solvent comparable company, for the years 2000 through 2003, with comparable asbestos liabilities for in connection with the estimation hearing | 16 | 1.90 | $525.00 | $997.50 |
| 3/20/07 | SP | Analysis of solvent comparable company, for the years 2004 through 2006, with comparable asbestos liabilities for in connection with the estimation hearing | 16 | 1.60 | $525.00 | $840.00 |
| 3/20/07 | SP | Analysis of solvent comparable company, for the years 2000 through 2006, with comparable asbestos liabilities for in connection with the estimation hearing | 16 | 2.40 | $525.00 | $1,260.00 |
| 3/21/07 | SP | Analysis of solvent comparable company, for the years 2000 through 2003, with comparable asbestos liabilities for in connection with the estimation hearing | 16 | 2.80 | $525.00 | $1,470.00 |
| 3/21/07 | SP | Analysis of solvent comparable company, for the years 2004 through 2006, with comparable asbestos liabilities for in connection with the estimation hearing | 16 | 1.60 | $525.00 | $840.00 |
| 3/21/07 | SP | Analysis of solvent comparable company, for the years 2000 through 2006, with comparable asbestos liabilities for in connection with the estimation hearing | 16 | 2.10 | $525.00 | $1,102.50 |
| 3/22/07 | SP | Analysis of solvent comparable company, for the years 2000 through 2004, with comparable asbestos liabilities for in connection with the estimation hearing | 16 | 2.70 | $525.00 | $1,417.50 |
| 3/23/07 | SP | Analysis of solvent comparable company, for the years 2005 through 2006, with comparable asbestos liabilities for in connection with the estimation hearing | 16 | 1.20 | $525.00 | $630.00 |
| 3/23/07 | SP | Analysis of solvent comparable company, for the years 2000 through 2006, with comparable asbestos liabilities for in connection with the estimation hearing | 16 | 2.40 | $525.00 | $1,260.00 |

# W.R. Grace                                                                                    Schedule B

**Services Rendered during the Period: March 1, 2007 through March 31, 2007**

| Date | | Comments | Task Code | Hours | 2007 Rate | Total |
|---|---|---|---|---|---|---|
| 3/28/07 | SP | Analysis of solvent comparable company, for the years 2000 through 2006, with comparable asbestos liabilities for in connection with the estimation hearing | 16 | 3.10 | $525.00 | $1,627.50 |
| 3/28/07 | SP | Analysis of solvent comparable company, for the years 2000 through 2002, with comparable asbestos liabilities for in connection with the estimation hearing | 16 | 2.10 | $525.00 | $1,102.50 |
| 3/29/07 | SP | Analysis of solvent comparable company, for the years 2003 through 2006, with comparable asbestos liabilities for in connection with the estimation hearing | 16 | 1.90 | $525.00 | $997.50 |
| 3/30/07 | SP | Analysis of solvent comparable company, for the years 2000 through 2006, with comparable asbestos liabilities for in connection with the estimation hearing | 16 | 3.60 | $525.00 | $1,890.00 |
| 3/30/07 | SP | Analysis of solvent comparable company, for the years 2000 through 2006, with comparable asbestos liabilities for in connection with the estimation hearing | 16 | 3.20 | $525.00 | $1,680.00 |
| | | **TOTAL  Category 16: POR and Disclosure Statement** | | **45.80** | | **$24,055.00** |
| 3/1/07 | JS | Discuss with A.Prills the environmental liabilities, and Company schedules and estimates of 2/20/07, for due diligence and recovery analysis purposes | 26 | 0.40 | $550.00 | $220.00 |
| 3/5/07 | JS | Call with B.Rapp to discuss environmental liabilities and meeting with Company on 2/20/07 for due diligence and recovery analysis purposes | 26 | 0.50 | $550.00 | $275.00 |
| 3/9/07 | JS | Discussion with A.Prills regarding Libby legal defense costs for due diligence and recovery analysis purposes, at the request of ACC counsel | 26 | 0.40 | $550.00 | $220.00 |
| 3/9/07 | JS | Write memorandum to Blackstone and Company regarding Libby legal defense costs for due diligence and recovery analysis purposes | 26 | 0.90 | $550.00 | $495.00 |
| 3/9/07 | AP | Prepared updates to the Grace Libby legal expense schedule to roll schedule forward through January 2007. | 26 | 1.40 | $415.00 | $581.00 |
| 3/10/07 | AP | Prepared exhibits for the Grace 2006 full-year financial review to counsel. | 26 | 1.50 | $415.00 | $622.50 |
| 3/13/07 | LT | Review engagement status | 26 | 0.20 | $575.00 | $115.00 |
| 3/13/07 | JS | Revise data from Company regarding detail of Libby legal defense costs, note variances and draft questions for Blackstone in response to ACC inquiry for due diligence and recovery analysis purposes | 26 | 0.90 | $550.00 | $495.00 |
| 3/13/07 | AP | Prepared summary chart and schedule of Grace's stock price to analyze the impact of certain events on the price of the stock. | 26 | 2.00 | $415.00 | $830.00 |
| 3/13/07 | AP | Prepared updates to the stock price chart and schedule for counsel. | 26 | 1.10 | $415.00 | $456.50 |
| 3/14/07 | JS | Write memorandum to Blackstone regarding Libby legal defense costs for due diligence and recovery analysis purposes | 26 | 1.20 | $550.00 | $660.00 |
| 3/19/07 | JS | Further review and analysis of Sealed Air claim against Grace, write and send memorandum to Blackstone and WR Grace relating to Sealed Air claim for recovery analysis purposes | 26 | 2.40 | $550.00 | $1,320.00 |
| 3/19/07 | JS | Call with Blackstone regarding Sealed Air claim against WR Grace for recovery analysis purposes | 26 | 0.30 | $550.00 | $165.00 |
| 3/20/07 | LT | Reviewed Calendar of Upcoming Events transmitted by counsel | 26 | 0.50 | $575.00 | $287.50 |
| 3/20/07 | AP | Prepared schedule to analyze the asbestos liability of companies at various points in time as part of the analysis for counsel. | 26 | 2.00 | $415.00 | $830.00 |
| 3/21/07 | JS | Review and analyze additional information regarding Sealed Air claim against WR Grace for recovery analysis purposes at the request of counsel | 26 | 2.20 | $550.00 | $1,210.00 |
| 3/21/07 | JS | Review Motions and tax information for specified liability NOL carryforward and refund for hearing before Tax Court and for ACC action for recovery | 26 | 2.90 | $550.00 | $1,595.00 |
| 3/22/07 | JS | Further review of additional information (Tax Sharing Agreement, 1988 Reorganization Company's memorandum of facts: Exhibit D) for Motions relating to specified liability NOL carryback and tax refund for hearing before Tax Court and for ACC action for recovery | 26 | 2.70 | $550.00 | $1,485.00 |
| 3/27/07 | JS | Review Weekly ACC counsel's memoranda regarding Calendar and Recommendations for planning of work and assignments | 26 | 1.30 | $550.00 | $715.00 |
| 3/27/07 | JS | Commence review of IRS Deficiency Notice and Motion to lift stay on 1998 NOL carryback for specified liability loss and move to Tax Court (Tax Court Motion) and attendant Exhibits for recovery | 26 | 1.90 | $550.00 | $1,045.00 |

# W.R. Grace

**Schedule B**

**Services Rendered during the Period: March 1, 2007 through March 31, 2007**

| Date | | Comments | Task Code | Hours | 2007 Rate | Total |
|---|---|---|---|---|---|---|
| 3/28/07 | JS | Continue review of Tax Court Motion, and attendant Exhibits, and IRS Deficiency Notice for recovery | 26 | 1.80 | $550.00 | $990.00 |
| 3/28/07 | JS | Further review and analysis of Libby legal defense costs for recovery analysis at the request of ACC counsel | 26 | 0.80 | $550.00 | $440.00 |
| 3/28/07 | JS | Review and analyze claims for claims and recovery analysis at the request of ACC and ACC counsel | 26 | 1.90 | $550.00 | $1,045.00 |
| 3/29/07 | JS | Further review and analysis of claims for claims and recovery analysis at the request of ACC and ACC counsel | 26 | 1.40 | $550.00 | $770.00 |
| 3/29/07 | JS | Review Weekly ACC counsel's memoranda regarding Calendar and Recommendations for planning of work and assignments | 26 | 1.60 | $550.00 | $880.00 |
| | | **TOTAL  Category 26:  Business Analysis** | | **34.20** | | **$17,747.50** |
| 3/5/07 | JS | Commence review and analysis of 2007 10-K for due diligence and valuation monitoring | 28 | 2.60 | $550.00 | $1,430.00 |
| 3/8/07 | JS | Review ACC counsel's inquiry regarding Libby legal defense costs. Write memorandum to ACC counsel for due diligence and monitoring purposes | 28 | 0.90 | $550.00 | $495.00 |
| 3/9/07 | JS | Review performance analysis regarding further inquiry of ACC counsel relating to Libby legal defense costs for due diligence and recovery analysis purposes | 28 | 1.80 | $550.00 | $990.00 |
| 3/9/07 | AP | Reviewed Grace 10K section regarding Libby legal expense to analyze the company's guidance on costs for 2007. | 28 | 0.60 | $415.00 | $249.00 |
| 3/13/07 | JS | Review and analyze historic data in response to inquiry of ACC and counsel for settlement discussions | 28 | 1.70 | $550.00 | $935.00 |
| 3/19/07 | AP | Reviewed the Grace equity price and volume chart to analyze the recent trend for the company. | 28 | 0.50 | $415.00 | $207.50 |
| 3/22/07 | AP | Reviewed the WR Grace weekly summary of outstanding issues. | 28 | 0.40 | $415.00 | $166.00 |
| 3/23/07 | JS | Commence review and analysis of revised Libby legal defense expenses for memorandum to ACC counsel for recovery analysis purposes | 28 | 0.60 | $550.00 | $330.00 |
| 3/26/07 | JS | Continue review and analysis of revised Libby legal defense expenses for memorandum to ACC counsel for recovery analysis purposes | 28 | 2.60 | $550.00 | $1,430.00 |
| 3/28/07 | AP | Reviewed the Grace liabilities subject to compromise schedule to analyze the liabilities for the environmental cleanup. | 28 | 0.70 | $415.00 | $290.50 |
| | | **TOTAL  Category 28:  Data Analysis** | | **12.40** | | **$6,523.00** |
| | | **TOTAL   Schedule B:** | | **108.60** | | **$55,715.50** |

# W.R. Grace

**Schedule C**

**Summary of Expenses Incurred by L Tersigni Consulting P.C.**
**Accountant and Financial Advisor**

| **Descriptions** | **Amount** |
|---|---:|
| Telephone | $27.67 |
| Xerox    ( 1,592 @ $.10 per page) | $159.20 |
| Research via PACER- 1st Quarter 2007 | $36.00 |
| **Total Expenses incurred from March 1-31, 2007** | **$222.87** |