**EXHIBIT A**

**Case Administration (33.00 Hours; $ 7,009.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .90 | $800 | 720.00 |
| Trevor W. Swett | .20 | $630 | 126.00 |
| Ronald E. Reinsel | .20 | $610 | 122.00 |
| Rita C. Tobin | .60 | $480 | 288.00 |
| Kevin M. Carson | 4.60 | $185 | 851.00 |
| Carrie D. Kelly | 26.50 | $185 | 4,902.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/02/07 | CDK | 185.00 | 2.00 | Create labels for case files; index documents for future review by attorney group. |
| 03/05/07 | PVL | 800.00 | 0.10 | Review 9 miscellaneous filings. |
| 03/05/07 | RCT | 480.00 | 0.20 | Review local counsel recommendation and docket re EI update (.2). |
| 03/06/07 | PVL | 800.00 | 0.10 | Review 8 miscellaneous filings. |
| 03/09/07 | KMC | 185.00 | 1.00 | Review and help with production of responses with DBS |
| 03/10/07 | PVL | 800.00 | 0.10 | Review 5 miscellaneous filings. |
| 03/12/07 | PVL | 800.00 | 0.10 | Review 8 miscellaneous filings. |
| 03/12/07 | CDK | 185.00 | 7.70 | Organize, review and digest pleadings and various documents into firm's master document repository for future reference, review and or retrieval by the attorney group |
| 03/13/07 | PVL | 800.00 | 0.10 | Review 6 miscellaneous filings. |
| 03/13/07 | CDK | 185.00 | 2.30 | Organize, review and digest pleadings and various documents into firm's master document repository for future reference, review and or retrieval by the attorney group |
| 03/14/07 | TWS | 630.00 | 0.20 | Discuss staffing with PVNL, NDF and RER |

| 03/14/07 | RER | 610.00 | 0.20 | Discussion re: staffing and briefing. |
| 03/15/07 | CDK | 185.00 | 6.50 | Organize, review and digest pleadings and various documents into firm's master document repository for future reference, review and or retrieval by the attorney group |
| 03/16/07 | CDK | 185.00 | 1.00 | Organize, review and digest pleadings and various documents into firm's master document repository for future reference, review and or retrieval by the attorney group |
| 03/17/07 | PVL | 800.00 | 0.10 | Review 10 miscellaneous filings. |
| 03/19/07 | PVL | 800.00 | 0.10 | Review 9 miscellaneous filings. |
| 03/19/07 | RCT | 480.00 | 0.20 | Review local counsel recommendations and docket re EI update (.2). |
| 03/20/07 | PVL | 800.00 | 0.10 | Review 10 miscellaneous filings. |
| 03/20/07 | KMC | 185.00 | 2.40 | Review pleadings for document request from NEF for DBS |
| 03/21/07 | CDK | 185.00 | 3.50 | Organize, review and digest pleadings and various documents into firm's master document repository for future reference, review and or retrieval by the attorney group |
| 03/22/07 | KMC | 185.00 | 1.20 | Review and compile document for DBS |
| 03/23/07 | PVL | 800.00 | 0.10 | Review 9 miscellaneous filings. |
| 03/23/07 | CDK | 185.00 | 3.50 | Organize, review and digest pleadings and various documents into firm's master document repository for future reference, review and or retrieval by the attorney group |
| 03/26/07 | RCT | 480.00 | 0.20 | Review local counsel recommendation re EI update (.2). |

**Total Task Code .04**       **33.00**

## Claim Analysis Objection & Resolution (Asbestos) (7.30 Hours; $ 5,840.00)

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Peter Van N. Lockwood | 7.30 | $800 | 5,840.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 03/02/07 | PVL | 800.00 | 0.10 | Review Grace surreply re ZAI. |
| 03/05/07 | PVL | 800.00 | 0.10 | Review email. |
| 03/06/07 | PVL | 800.00 | 0.40 | Confer NDF. |
| 03/10/07 | PVL | 800.00 | 0.50 | Review 2/26/07 hearing transcript. |
| 03/13/07 | PVL | 800.00 | 0.40 | Review Grace suppl brief re RMQ claims (.2); review 3/5/07 D. Ct. transcript (.2). |
| 03/14/07 | PVL | 800.00 | 1.00 | Review email re CMO (.1); review revised CMO and email NDF (.1); confer NDF (.1); review Donnellon letter to Basta (.1); confer NDF, RER, TWS (.2); review 2 PD filings re witnesses (.1); review 3.5/07 D. Ct. hearing transcript (.3). |
| 03/16/07 | PVL | 800.00 | 0.10 | Review Libby Cls CMO objection. |
| 03/19/07 | PVL | 800.00 | 0.20 | Review filings and email re BNSF motion. |
| 03/20/07 | PVL | 800.00 | 0.10 | Review email. |
| 03/21/07 | PVL | 800.00 | 0.60 | Review Travelers v. PG&E opinion (.2); review Grace and RMQ responses re section 108(b) (.3); review B&B motions re appeal (.1). |
| 03/23/07 | PVL | 800.00 | 1.30 | Teleconference Hurford and NDF re BNSF motions (.5); review email (.1); review 3 ins responses to BNSF motion (.2); review ACC motion to compel (.1); review Grace motion to compel (.1); review FCR discovery requests to Grace (.1); review Grace response re BNSF (.2). |
| 03/26/07 | PVL | 800.00 | 0.10 | Review email. |
| 03/27/07 | PVL | 800.00 | 2.20 | Review draft Peterson report. |
| 03/29/07 | PVL | 800.00 | 0.10 | Review email. |

| 03/30/07 | PVL | 800.00 | 0.10 | Review email. |
|----------|-----|--------|------|---------------|

**Total Task Code .05**    **7.30**

### Claims Analysis Objection & Resolution (Non-Asbestos) (.20 Hours; $ 160.00)

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Peter Van N. Lockwood | .20 | $800 | 160.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 03/06/07 | PVL | 800.00 | 0.10 | Review objections to B&M and RW&B claims. |
| 03/17/07 | PVL | 800.00 | 0.10 | Review Montana response to Grace cls. objection. |

**Total Task Code .06**    **.20**

### Employment Applications, Others (2.10 Hours; $ 1,680.00)

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Peter Van N. Lockwood | 2.10 | $800 | 1,680.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 03/02/07 | PVL | 800.00 | 1.40 | Review Forman Perry retention application and Hurford email re same (.4); confer NDF re same (.4); teleconference Hurford and NDF re same (.3); email EI et al re same (.2); review Baer et al email re same (.1). |
| 03/05/07 | PVL | 800.00 | 0.10 | Review Hurford email re FP retention and reply. |
| 03/17/07 | PVL | 800.00 | 0.10 | Review draft ACC objection re motion to shorten Forman Perry retention application. |

| 03/23/07 | PVL | 800.00 | 0.50 | Teleconference Hurford and NDF re Forman Perry retention (.4); review UST objection re same (.1). |
| --- | --- | --- | --- | --- |

**Total Task Code .10**       **2.10**

**Fee Applications, Applicant (6.20 Hours; $ 2,406.00)**

| Attorney | Number of Hours | Billing Rate | Value |
| --- | --- | --- | --- |
| Rita C. Tobin | 4.20 | $480 | 2,016.00 |
| Andrew D. Katznelson | 2.00 | $195 | 390.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
| --- | --- | --- | --- | --- |
| 03/01/07 | RCT | 480.00 | 0.90 | Address fee issues (.9). |
| 03/07/07 | RCT | 480.00 | 0.20 | Review file for status report re fees (.2). |
| 03/08/07 | RCT | 480.00 | 0.30 | Status report re fees (.3). |
| 03/09/07 | RCT | 480.00 | 0.80 | Review pre-bill (.8) |
| 03/13/07 | RCT | 480.00 | 0.80 | Review exhibits (.8) |
| 03/22/07 | RCT | 480.00 | 0.50 | Review Monthly Fee Application (.5). |
| 03/22/07 | ADK | 195.00 | 1.00 | Worked on monthly fee application. |
| 03/22/07 | ADK | 195.00 | 0.50 | Prepare fee and expense report for fee application exhibit. |
| 03/23/07 | ADK | 195.00 | 0.50 | Worked on fee application. |
| 03/29/07 | RCT | 480.00 | 0.20 | Review April Fee Application Schedule (.2). |
| 03/30/07 | RCT | 480.00 | 0.50 | Address fee issues (.5). |

**Total Task Code .12**       **6.20**

## Fee Applications, Others (.20 Hours; $ 160.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $800 | 160.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/12/07 | PVL | 800.00 | 0.10 | Review 4 fee applications. |
| 03/17/07 | PVL | 800.00 | 0.10 | Review Grace response re Forman Perry comp. |

**Total Task Code .13**          **.20**

## Litigation and Litigation Consulting (690.10 Hours; $ 287,208.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 14.20 | $875 | 12,425.00 |
| Walter B. Slocombe | 59.00 | $685 | 40,415.00 |
| Bernard S. Bailor | 11.90 | $600 | 7,140.00 |
| Nathan D. Finch | 138.60 | $580 | 80,388.00 |
| Jeffrey A. Liesemer | 44.20 | $445 | 19,669.00 |
| James P. Wehner | 106.60 | $425 | 45,305.00 |
| Danielle K. Graham | 28.30 | $320 | 9,056.00 |
| Adam L. VanGrack | 154.90 | $275 | 42,597.50 |
| Jeanna M. Rickards | 42.30 | $235 | 9,940.50 |
| Erroll G. Butts | .80 | $225 | 180.00 |
| David B. Smith | 89.30 | $225 | 20,092.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/01/07 | EI | 875.00 | 0.20 | Scheduling meeting. |
| 03/01/07 | NDF | 580.00 | 8.00 | Prepare for expert depositions on medical and IH topics (5.5); questionnaire analysis issues (1.5); emails to Mullady re case strategy (0.5); telephone conference with Peterson re expert report (0.5). |
| 03/01/07 | DBS | 225.00 | 5.10 | Digest the deposition of J. Hughes (3.6); compile deposition transcripts for attorney review (.2); review |

| | | | | and compile correspondence re Sealed Air document production for attorney review (1.1); review docket for filing dates of certain key pleadings (.2). |
|---|---|---|---|---|
| 03/01/07 | DKG | 320.00 | 6.50 | Draft memo re 15 state survey; read and analyze case law re the same. |
| 03/01/07 | JAL | 445.00 | 0.90 | Review and analysis of materials relating to estimation. |
| 03/01/07 | ALV | 275.00 | 3.90 | Review documents and transcripts for relevance and use in future pleadings. |
| 03/01/07 | JPW | 425.00 | 8.90 | Draft flow chart of Rust processing (3.2); meet with NDF re questionnaires (1.0); draft questions for questionnaire team (1.7); e-mails re questionnaires (1.0); read Hughes deposition (2.0) |
| 03/02/07 | WBS | 685.00 | 1.00 | Conference call with Peterson, Relles re new Rust Database and tabulation to be checked/made. |
| 03/02/07 | NDF | 580.00 | 7.90 | Telephone conference with Peterson and Relles re questionnaire analysis issues (1.5); analyze comparable defendant 10K's re claim filings and liability estimates for use in Grace estimation hearing (2.1); review Grace privilege log (0.3); memo/email to WBS, et al. re motion to compel (0.5); work on expert response reports (3.5). |
| 03/02/07 | DBS | 225.00 | 5.30 | Digest the deposition of J. Hughes (3.8); compile and organize deposition transcripts and exhibits, correspondence, and document productions for case files (1.5). |
| 03/02/07 | DKG | 320.00 | 8.20 | Draft 15 state survey memo re causation. |
| 03/02/07 | JAL | 445.00 | 0.50 | Review and analysis of materials relating to estimation discovery. |
| 03/02/07 | ALV | 275.00 | 4.60 | Review documents and transcripts for relevance and use in future pleadings. |
| 03/02/07 | JPW | 425.00 | 8.00 | Telephone conference with D. Relles, M. Peterson, NDF and WBS re estimation issues (1.0); review data analysis of Rust output (2.9); telephone conference with J. Ansbro re Rust output (.3); telephone conference with T. Wilson re questionnaires (.4); read deposition of J. Hughes (1.2); e-mails re Rust output (.9); telephone |

|  |  |  |  | conference D. Relles, M. Peterson and NDF (.7); meet with NDF re estimation issues (.6) |
|---|---|---|---|---|
| 03/03/07 | ALV | 275.00 | 1.20 | Review documents and transcripts for relevance and use in future pleadings. |
| 03/04/07 | NDF | 580.00 | 0.70 | Review and respond to email correspondence from plaintiff lawyers re case issues. |
| 03/04/07 | DBS | 225.00 | 5.00 | Digest the deposition of J. Hughes. |
| 03/05/07 | WBS | 685.00 | 3.10 | Continue review of Grade legal production (2.8); rev memo re results of consulting expert analysis of sample of PIQs (.3). |
| 03/05/07 | NDF | 580.00 | 1.50 | Emails to Harding and Mullady re CMO issues (0.5); review Grace 10K 2006 (1.0). |
| 03/05/07 | DBS | 225.00 | 5.20 | Digest the deposition of J. Hughes (1.7); digest the deposition of R. Beber (2.8); review transcript of February 26, 2007 hearing (.7). |
| 03/05/07 | DKG | 320.00 | 1.30 | Read and analyze case law re 15 state survey. |
| 03/05/07 | JAL | 445.00 | 1.90 | Review and analysis of estimation discovery materials. |
| 03/05/07 | ALV | 275.00 | 3.90 | Review document produced from Grace's Boston Repository for relevance, and from Grace's Boca Raton Repository for use by experts. |
| 03/05/07 | JPW | 425.00 | 7.90 | Review spreadsheets from D. Relles (1.9); e-mails re questionnaire analysis (.7); review Meso questionnaires (2.0); meet with NDF re questionnaires (.4); analyze questionnaire data (2.9) |
| 03/06/07 | WBS | 685.00 | 2.80 | Research and drafting on privilege/WP issues for motion to compel. |
| 03/06/07 | NDF | 580.00 | 6.50 | Telephone conference with Mullady re case issues (1.0); telephone conference with Harding, et al. re CMO (1.5); review protocols re viewing mesothelioma claims in Rust questionnaire (0.5); work on expert witness rebuttal reports (0.7); work on case outline, updating from Beber and Hughes depositions (2.1); telephone conference with PVNL re CMO issue (0.3); telephone conference with Mullady re CMO issue (0.2); review email correspondence from Heberling re CMO issue (0.2). |

| | | | | |
|---|---|---|---|---|
| 03/06/07 | DBS | 225.00 | 6.60 | Digest the deposition of R. Beber. |
| 03/06/07 | DKG | 320.00 | 2.80 | Draft memo re 15 state survey. |
| 03/06/07 | JAL | 445.00 | 0.90 | Review and analysis of materials relating to estimation. |
| 03/06/07 | ALV | 275.00 | 5.40 | Review documents produced by debtor and transcripts for relevance and use in future pleadings (4.5); research case law relevant to discovery (0.9). |
| 03/06/07 | JPW | 425.00 | 4.70 | Questionnaire analysis (3.3); draft discovery requests (1.2); meet with ALV re discovery requests (.2) |
| 03/07/07 | WBS | 685.00 | 4.10 | Work on privilege motion and discovery plans (3.5), plan for conference call with experts on PIQ analysis (.6). |
| 03/07/07 | EI | 875.00 | 0.20 | T/c Hurford re: 3d Circuit inquiry. |
| 03/07/07 | NDF | 580.00 | 3.30 | Send and receive memos via email with JPW, WBS, VERUS and Mullady re various case issues (1.1); edit Hays and Welch rebuttal reports (2.2). |
| 03/07/07 | DBS | 225.00 | 1.10 | Digest the deposition of J. Hughes (.7); digest the deposition of R. Beber (.4). |
| 03/07/07 | DKG | 320.00 | 1.50 | Draft memo re 15 state survey. |
| 03/07/07 | JAL | 445.00 | 0.30 | Review and analysis of materials relating to estimation discovery. |
| 03/07/07 | ALV | 275.00 | 6.60 | Case status and discovery discussions (0.4); review past pleadings and documents produced by debtor for relevance (3.9); research case law relevant to discovery (2.3). |
| 03/07/07 | JPW | 425.00 | 6.90 | Telephone conference with D. Relles x 2 (.7); analyze questionnaire charts (2.1); e-mails to experts re supplemental analysis (1.1); review coding protocol (1.2); draft document request (1.8) |
| 03/08/07 | WBS | 685.00 | 4.80 | Conference call with est experts re preliminary results of analysis of PIQs, additional analysis (1.3); conference call counsel for FCR re questionnaires, motions to compel, poss witness (1.1), disc NDF JPW re strategy, plans for discovery management |

{D0085695.1 }

|          |     |        |      |                                                                                                                                                                                                                                                     |
|----------|-----|--------|------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |     |        |      | analysis of POCs and PIQs (.3), research and drafting re discovery motions (2.1).                                                                                                                                                                    |
| 03/08/07 | EI  | 875.00 | 0.20 | Libby inquiry.                                                                                                                                                                                                                                       |
| 03/08/07 | NDF | 580.00 | 7.30 | Negotiate revised CMO (1.0); review documents produced by Grace for use with fact witnesses (3.4); review asbestos medical journal articles re mesothelioma (1.4); review other company 10K's for asbestos liability information relevant to Grace (1.5). |
| 03/08/07 | DBS | 225.00 | 0.20 | Compile expert report back-up materials for attorney review.                                                                                                                                                                                         |
| 03/08/07 | DKG | 320.00 | 5.00 | Draft memo re 15 state survey.                                                                                                                                                                                                                       |
| 03/08/07 | ALV | 275.00 | 5.20 | Review document from Grace Boca Raton repository for relevance and potential expert use.                                                                                                                                                             |
| 03/08/07 | JPW | 425.00 | 5.30 | Telephone conference with D. Relles, M. Peterson, and NDF (1.2); revise document request (1.0); questionnaire analysis (2.1); telephone conference with Legal Representative re questionnaire                                                          |
| 03/09/07 | WBS | 685.00 | 6.20 | Conference call with consulting expert re PIQ work on meso cases (2.0), conference NDF, JPW re followup work (.4), review privilege logs and deposition transcript of Hughes, Beber ICW motion to compel and work on memo in support of motion (3.8). |
| 03/09/07 | EI  | 875.00 | 0.50 | Libby expense issues:  t/c Sinclair and memos (.5).                                                                                                                                                                                                  |
| 03/09/07 | NDF | 580.00 | 5.60 | Negotiate and edit revised CMO (1.1); emails to Mullady re case issues (0.5); telephone conference with Eveland, et al. re mesothelioma questionnaire analysis (1.5); review Castleman documents re W.R. Grace (2.5).                                 |
| 03/09/07 | DBS | 225.00 | 0.50 | Compile expert report back-up materials and Sealed Air deposition exhibits for attorney review.                                                                                                                                                      |
| 03/09/07 | DKG | 320.00 | 3.00 | Draft memo re 15 state survey.                                                                                                                                                                                                                       |
| 03/09/07 | ALV | 275.00 | 4.40 | Review document from Grace Boca Raton repository for relevance and potential expert use.                                                                                                                                                             |
| 03/09/07 | JPW | 425.00 | 2.60 | Telephone conference with Venis, NDF, WBS, D. Relles re questionnaire review (1.3); meet with NDF                                                                                                                                                     |

{D0085695.1 }

| | | | | and WBS re questionnaires (.6); e-mails re questionnaire issues (.7) |
|---|---|---|---|---|
| 03/11/07 | NDF | 580.00 | 0.40 | Review and respond to emails from K&E and Orrick re CMO and other issues. |
| 03/12/07 | WBS | 685.00 | 3.90 | Revise draft memo on MTC re liability est pre petition to reflect analysis of overlap of privilege log and delivered Sealed Air dep exhibits and other changes (1.8); review consulting expert proposed protocol for PIQ review and write comments (2.1). |
| 03/12/07 | EI | 875.00 | 0.10 | T/c NDF re: Speights call. |
| 03/12/07 | NDF | 580.00 | 6.90 | Telephone conference with Baer and Harding re CMO (0.3); review draft CMO prepared by Grace (0.5); telephone conference with Ansbro re same (0.3); review Grace documents for use in Cintani and Egan depositions (5.8). |
| 03/12/07 | DBS | 225.00 | 2.20 | Review and compare recently produced privilege log to documents produced in the Sealed Air litigation. |
| 03/12/07 | ALV | 275.00 | 4.60 | Review of documents produced by debtor and debtors experts (2.7); research documents and database information relevant to Grace's knowledge of asbestos material and jobsites (1.9) |
| 03/12/07 | JPW | 425.00 | 4.30 | Review FCR draft document requests (1.0); e-mail to FCR redraft of document requests (.7); review draft proposals (2.0); e-mails re draft protocols (.6) |
| 03/13/07 | NDF | 580.00 | 0.50 | Review and respond to email correspondence re Grace issues. |
| 03/13/07 | DBS | 225.00 | 1.60 | Review and compile deposition transcripts and exhibits for electronic case files. |
| 03/13/07 | JAL | 445.00 | 1.80 | Review and analysis of materials relating to estimation discovery. |
| 03/13/07 | ALV | 275.00 | 5.10 | Multiple strategy discussions and conversations (.6); review document from Grace Boca Raton repository for relevance and use during expert deposition (4.5) |
| 03/13/07 | JPW | 425.00 | 7.10 | Review and comment on Verus protocols (4.9); e-mails re Verus protocols (1.8); telephone conference with J. Ansbro re mesothelioma (.4) |

| | | | | |
|---|---|---|---|---|
| 03/14/07 | BSB | 600.00 | 5.20 | Review of files and expert report - deposition preparation |
| 03/14/07 | NDF | 580.00 | 7.60 | Meet with PVNL, TWS, RER to discuss case planning (0.2); review and edit motion to compel (1.5); review Peterson estimation reports (2.1); review 10K's of asbestos defendants and memo to LTC re same (1.4); confer with JPW re motion to compel database (0.3); telephone conference with EI re Celotex Trust letter to Grace (0.1); read Celotex letter (0.1); draft insert to discovery requests (0.2); emails to Ansbro and Mullady re case issues (0.2); email to Peterson re questionnaires (0.5); review VERUS protocols for questionnaire review and WBS, JPW comments to same (0.5); draft memo to Grace ACC re case scheduling (0.5). |
| 03/14/07 | DBS | 225.00 | 5.00 | Review and compile deposition transcripts and exhibits, correspondence, and discovery materials for case files (3.6); compile deposition transcripts for local counsel review (1.0); compile expert report and back-up materials for attorney review (.4). |
| 03/14/07 | JAL | 445.00 | 0.40 | Reviewed  memo from NDF and M. Hurford re: revised estimation schedule and proposed amended CMO (.20); reviewed letter from D. Donnellon re: Grace's subpoena to Celotex trust (.20). |
| 03/14/07 | ALV | 275.00 | 7.00 | Review documents for relevance and use at depositions |
| 03/14/07 | JPW | 425.00 | 8.10 | Questionnaire analysis (2.1); review and comment on Verus protocol (1.0); e-mails re protocol (1.2); telephone conference with Future Representative re questionnaire issues (1.5); meet with NDF re Motion to Compel (.3); research re Motion to Compel (1.2); draft Motion to Compel (.8) |
| 03/15/07 | BSB | 600.00 | 6.70 | Review backup material for Longo deposition |
| 03/15/07 | EI | 875.00 | 0.50 | Read ZAI argument. |
| 03/15/07 | NDF | 580.00 | 8.30 | Review Peterson expert reports and questionnaire analysis (4.5); revise and edit motion to compel (2.4); read transcript of ZAI appeal argument (0.5); read Castleman liability documents (0.9). |
| 03/15/07 | DBS | 225.00 | 4.20 | Review and compile deposition transcripts and exhibits, correspondence, and discovery materials for |

{D0085695.1 }

| | | | | |
|---|---|---|---|---|
| | | | | case files (3.8); compile discovery materials for co-counsel review (.2); compile expert back-up materials for attorney review (.2). |
| 03/15/07 | ALV | 275.00 | 8.20 | Review documents for relevance and use at depositions (7.4); Review and organize past pleadings in this matter and in Sealed Air (.8) |
| 03/15/07 | JPW | 425.00 | 8.70 | Analyze questionnaire issues (1.8); review Rust database summary; e-mails re same (1.1); memo re FCR expert issues (1.0); meet with NDF re expert issues (.4); draft Motion to Compel (2.7); research attachments (1.7) |
| 03/16/07 | EI | 875.00 | 0.20 | T/c NDF re: transcripts (.2). |
| 03/16/07 | NDF | 580.00 | 6.90 | Review and edit motions to compel (4.8); review and edit expert witness reports (2.1). |
| 03/16/07 | DBS | 225.00 | 5.20 | Review and compile deposition transcripts and exhibits, correspondence, and discovery materials for case files (3.1); analyze pleadings filed in Sealed Air litigation to assist attorney in assessing whether or not certain privilege arguments were asserted (.6); analyze and compile requested deposition transcripts for attorney review (1.5). |
| 03/16/07 | JAL | 445.00 | 0.10 | Review and analysis of Libby Claimants' limited objection to amended CMO. |
| 03/16/07 | ALV | 275.00 | 9.40 | Review documents for relevance and use at depositions (6.8); review recent pleadings and transcripts (.8); meetings with ACC attorneys regarding future pleadings (.3); review recent pleadings and transcripts; review caselaw regarding access to claimed-privileged documents (1.5) |
| 03/16/07 | JPW | 425.00 | 7.90 | Telephone conference with D. Relles re questionnaire (.2); draft Motion to Compel (2.9); confer with NDF re Motion to Compel (.3); questionnaire analysis (1.4); review draft expert report (.9); analyze and research estimation issues (1.2); e-mails re questionnaires (1.0) |
| 03/17/07 | NDF | 580.00 | 0.50 | Respond to emails about conference call and questionnaire issues. |
| 03/17/07 | ALV | 275.00 | 8.80 | Review documents and expert reports/material produced by debtor (1.2); review documents for |

{D0085695.1 }

|          |     |        |      | relevance and use at depositions (5.9); review recent pleadings and ACC motion to be filed (.8); analyze issues concerning questionnaire (.4); Research caselaw relevant to discovery (.5) |
|----------|-----|--------|------|---|
| 03/17/07 | JPW | 425.00 | 1.10 | Estimation issues - research (.6); review draft expert report (.5) |
| 03/19/07 | WBS | 685.00 | 1.80 | Conference call re motions to be filed and organization of briefs, assignment of work with Orrick and NDF (1.8). |
| 03/19/07 | EI  | 875.00 | 0.20 | Sealed Air question (.2). |
| 03/19/07 | NDF | 580.00 | 8.10 | Revise and edit motions to compel (5.7); telephone conference with Mullady and Hurford re timing of motions (0.6); telephone conference with Hurford re call to court and motions (0.4); review and edit of expert reports (0.9); review FCR draft discovery and edits to same (0.5). |
| 03/19/07 | JAL | 445.00 | 2.20 | Review and analysis of estimation-related discovery materials. |
| 03/20/07 | WBS | 685.00 | 4.70 | Review draft Peterson estimation report and notes of issues to raise (3.0); conference NDF re status, strategy, MP report (.5), review Rourke docs and comments (5), revise notes of points from Hughes docs (.7). |
| 03/20/07 | EI  | 875.00 | 0.20 | Memos re: discovery (.2). |
| 03/20/07 | NDF | 580.00 | 7.40 | Review draft Peterson report and prior reports in other cases (4.9); confer with WBS re case strategy and Peterson report (2.0); review FCR draft discovery and edits to same (0.5). |
| 03/20/07 | DBS | 225.00 | 1.70 | Compile relevant estimation decisions and transcripts of Armstrong confirmation hearing for attorney review (.7); review and compile relevant Sealed Air documents for attorney review (1.0). |
| 03/20/07 | JAL | 445.00 | 2.60 | Review and analysis of Committee's and FCR's motion to compel production of navigable database and related papers (.50); review and analysis of estimation-related discovery materials (2.10). |
| 03/20/07 | ALV | 275.00 | 6.60 | Review documents for relevance and use at depositions (5.9); expert report analysis (0.7). |

{D0085695.1 }

| 03/20/07 | JMR | 235.00 | 1.20 | Analysis of issues related to upcoming trial |
|---|---|---|---|---|
| 03/21/07 | WBS | 685.00 | 5.50 | Review MPeterson draft (3.0) and conference call with him re it (2.5). |
| 03/21/07 | NDF | 580.00 | 5.00 | Review Cintani and Egan deposition transcripts (0.5); review Grace liability outlines (0.2); telephone conference with Peterson re report (1.8); review Grace liability documents for meeting with plaintiff lawyer (2.5). |
| 03/21/07 | DBS | 225.00 | 4.20 | Compile discovery materials for attorney review (.3); research and compile documents re liability issues (1.5); compile transcripts, correspondence, and other documents for case files (2.4). |
| 03/21/07 | JAL | 445.00 | 0.80 | Review and analysis of materials relating to estimation discovery |
| 03/21/07 | ALV | 275.00 | 6.60 | Meeting with JMR regarding review of documents and expert materials (1.0); meeting with JMR and NDF regarding interview of P. Kraus (0.3); review documents for relevance and use at depositions (5.3). |
| 03/21/07 | JMR | 235.00 | 4.40 | Analysis of issues related to upcoming trial |
| 03/22/07 | WBS | 685.00 | 0.90 | Additional review of Peterson draft (.4) and conference call with him and NDF re additional comments (.5). |
| 03/22/07 | EI | 875.00 | 3.20 | Reviewing draft Peterson report in transit (3.0); t/c Frankel (.2). |
| 03/22/07 | NDF | 580.00 | 7.00 | Pull together record materials from OC, AWI, T&N and B&W cases for use in Peterson estimation report and Grace trial (5.6); review Siegal deposition transcript for use in motion to compel (0.5); review medical articles re asbestos exposure for use in expert depositions (0.9). |
| 03/22/07 | DBS | 225.00 | 5.10 | Compile past deposition transcripts of upcoming deponents for case files and co-counsel review (1.6); review signed errata from J. Hughes deposition and mark transcript to reflect changes (1.4); compile case materials for electronic files (2.1). |
| 03/22/07 | JAL | 445.00 | 2.20 | Review and analysi    consulting expert order and drafted and revised memo to PVNL and NDF re: |

| | | | | same (.90); review and analysis of materials relating to estimation discovery (1.3). |
|---|---|---|---|---|
| 03/22/07 | ALV | 275.00 | 6.70 | Review grace documents for relevance and use in future depositions (4.5); edit motion to compel (1.9); meetings with JMR regarding current document review (0.3). |
| 03/22/07 | JMR | 235.00 | 11.20 | Review and analysis of documents to determine relevance for expert witness discussion |
| 03/23/07 | EI | 875.00 | 1.50 | Review of status (1.0); memo re: same (.2); t/c Peterson re: same (.2); Libby costs inquiry (.1). |
| 03/23/07 | NDF | 580.00 | 2.50 | Prepare for depositions of Cintani, Tarola and Egan. |
| 03/23/07 | DBS | 225.00 | 5.30 | Compile past deposition transcripts of upcoming deponents (.4); cite check motion to compel for attorney review (4.6); assist attorney with navigating Concordance database (.3). |
| 03/23/07 | JAL | 445.00 | 4.10 | Drafted and revised opposition to debtors' motion to compel qualified expert discovery. |
| 03/23/07 | ALV | 275.00 | 2.10 | Review case law regarding future pleadings (1.0); edit motion to compel (1.1). |
| 03/23/07 | JMR | 235.00 | 3.70 | Review and analysis of documents to determine relevance for expert witness discussion |
| 03/25/07 | ALV | 275.00 | 3.70 | Review case law regarding future pleadings (1.2); edit motion to compel (1.5); review grace documents for relevance and use in future depositions (1.0). |
| 03/26/07 | WBS | 685.00 | 3.30 | Review draft expert est report and prepare commments/suggestions (2.4), review and research re issues of waiver of ACP in Sealed Air and memo to colleagues (.4), reviw filings on CMO and discovry issues (.5). |
| 03/26/07 | EI | 875.00 | 0.30 | T/c Cooney re: status (.3). |
| 03/26/07 | NDF | 580.00 | 2.30 | Meet with Rice and Kearse to discuss estimation case strategy issues (1.5); review revised Peterson report (0.8). |
| 03/26/07 | DBS | 225.00 | 6.90 | Compile past deposition transcripts of upcoming deponents for attorney and co-counsel review (.8); cite check and edit motion to compel for attorney |

|  |  |  |  | review (4.5); compile relevant estimation decisions for attorney review (.3); research and compile information on potential expert witness for attorney review (.8); research and analyze answers to Sealed Air complaint (.5). |
| 03/26/07 | JAL | 445.00 | 3.50 | Review and analysis of materials in connection with preparing opposition to Grace motion to compel re: qualified experts. |
| 03/26/07 | ALV | 275.00 | 12.40 | Review case law regarding future pleadings and motion to compel to be filed (4.2); edit motion to compel (2.2); review Grace documents for relevance and use in future depositions (5.3); review Sealed Air pleadings (0.7). |
| 03/26/07 | JMR | 235.00 | 8.20 | Review and analysis of documents for potential expert witness interview (6.5); review and analysis of issues for upcoming litigation (1.7) |
| 03/27/07 | WBS | 685.00 | 2.10 | Review Orrick redraft of "reserves" disc memo and write comments (1.1), read and respond to e-mails re Sealed Air background (.5), revise and send to MP suggestions/comments on draft est report (.5). |
| 03/27/07 | EI | 875.00 | 0.70 | Memo re: strategies (.5); t/c NDF re: same (.2). |
| 03/27/07 | NDF | 580.00 | 2.10 | Revise and edit ACC motion to compel (1.1); review edits to Peterson report (0.5); review FCR edits to ACC motion (0.5). |
| 03/27/07 | DBS | 225.00 | 5.70 | Cite check, edit, and compile exhibits for motion to compel for attorney review (5.2); review and compile transcripts for case files (.3); compile expert report for attorney review (.2). |
| 03/27/07 | JAL | 445.00 | 5.70 | Review and analysis of legal research in connection with preparing opposition to Grace motion to compel (1.2); drafting and revising of opposition to debtors' motion to compel consulting expert discovery (4.5). |
| 03/27/07 | ALV | 275.00 | 12.90 | Draft and edit motion to compel (4.6); research case law regarding motion to compel (5.9); status discussion and meeting (0.3); review and prioritize documents for relevance and deposition testimony (2.1). |
| 03/27/07 | JMR | 235.00 | 2.60 | Review deposition transcriptions in preparation for upcoming witness interview |

| 03/28/07 | WBS | 685.00 | 5.10 | Review nearly final draft of reserve motion memo and provide comments (.5); conference with NDF, ALV, JMR re witnesses and elements of liability proof (1.1), conference NDF re depositions, research to be done, concepts from resp to KE arguments on nature of "real" liability (1.3), review memo in state standards of liability (1.2); prep for meeting with FCR counsel in NY (.4), review reports of analysis of PIQs (.6). |
| --- | --- | --- | --- | --- |
| 03/28/07 | NDF | 580.00 | 10.90 | Review liability documents and prepare for witness interview and Egan and Cintani depositions (8.5); final review and edits to ACC motion to compel (0.5); review pleadings re injunction issue (0.9); review case law re bankruptcy jurisdiction for injunction issue (1.0). |
| 03/28/07 | DBS | 225.00 | 5.20 | Cite check, edit, and compile exhibits for motion to compel for attorney review (3.7); analyze hearing transcripts and docket for materials re discovery on claimants' attorneys (1.2); compile transcripts, correspondence, and other discovery materials for case files (.3). |
| 03/28/07 | JAL | 445.00 | 3.80 | Further drafting and revisions to opposition to Grace's motion to compel qualified expert discovery (3.5); meeting w/NDF re: estimation discovery and next steps ahead (.10); review and analysis of materials relating to estimation discovery (.20). |
| 03/28/07 | ALV | 275.00 | 12.00 | Review case law regarding motion to compel (2.3); edit and file motion to compel (4.4); review and prioritize documents related to potential exhibits (5.3). |
| 03/28/07 | JPW | 425.00 | 8.30 | Questionnaire analysis (2.9); telephone conference with D. Relles re questionnaire (.4); e-mails to vendor re analysis (1.0); review deposition notices (.3); telephone conference with D. Relles (.5); e-mail to NDF, WBS re analysis (.5); review Rust protocol (1.1); meet with ALV re Castleman documents (.4); revise chart on Rust process (1.2) |
| 03/28/07 | JMR | 235.00 | 3.40 | Review and analysis of documents necessary to prove liability case; meeting to discuss establishing Grace liability case (ALV/NDF/JMR) |

| 03/29/07 | WBS | 685.00 | 7.50 | Prep for meeting (2.3), meeting in NYO with EI, NDF and FCR counsel (4.8); notes re followup (.4). |
| 03/29/07 | EI | 875.00 | 5.60 | Conf. NDF to prepare (.2); conf. NDF, WBS, JPW, Frankel, Wyron, Mullady, Ansbro to review status of estimation work (5.0); conf. NDF to review (.2); t/c Sinclair re: Libby inquiry (.2). |
| 03/29/07 | NDF | 580.00 | 8.10 | Meet with EI and FCR lawyers re estimation case strategy (4.5); review documents to prepare for 3/30 witness interview (3.6). |
| 03/29/07 | DBS | 225.00 | 3.90 | Analyze hearing transcripts and docket for materials re discovery on claimants' attorneys (.2); compile transcripts, correspondence, and other discovery materials for electronic and hard case files (3.7). |
| 03/29/07 | JAL | 445.00 | 4.50 | Further revisions and editing to draft opposition to Grace motion to compel qualified expert discovery (1.2); review and analysis of materials relating to estimation discovery (3.3). |
| 03/29/07 | ALV | 275.00 | 7.10 | Review documents related to potential exhibits (6.2); review and analyze material related to Grace's experts (0.9). |
| 03/29/07 | JPW | 425.00 | 9.10 | Review analysis from D. Relles (1.3); meeting with FCR attorneys in New York regarding estimation issues (5.8); travel New York to DC (2.0) |
| 03/30/07 | WBS | 685.00 | 2.20 | Review and comment on draft resp re sanctions for dis defects (.8), review orders on attachment responses and nav databank and note to NDF and Orrick (1.0), phone participation in hearing (.1), summary of decisions, actions from NY meeting (.3). |
| 03/30/07 | EI | 875.00 | 0.40 | T/c Rice re: status (.1); t/c Cooney re: status (.1); attempt to t/c NDF re: same (.1); t/c Sinclair re: Libby questions (.1). |
| 03/30/07 | NDF | 580.00 | 10.20 | Interview witness for Grace liability case (5.5); review documents re Grace liability case (3.5); prepare for 4/2 omnibus hearing (0.5); telephone conference with Harding re scheduling issue (0.2); emails to Mullady, et al. re scheduling and 4/2 hearing (0.5). |
| 03/30/07 | DBS | 225.00 | 4.10 | Research and compile case management orders for attorney review (.5); compile transcripts, |

| | | | | |
|---|---|---|---|---|
| | | | | correspondence, and other discovery materials for electronic and hard case files (3.6). |
| 03/30/07 | JAL | 445.00 | 8.00 | Further drafting and revision to opposition to Grace motion to compel consulting expert discovery (2.4); review and analysis of materials relating to estimation discovery (2.5); legal research and analysis relating to estimation issues (1.4); office conf. (2x) with WBS re: comments and edits on draft opposition to Grace motion to compel (.30); review and analysis of motions filed recently in case (1.10); review and analysis of debtors' proposed slide presentation for Monday's hearing (.30). |
| 03/30/07 | ALV | 275.00 | 6.50 | Review recent pleadings (0.4); review document from Grace Boca Raton repository for relevance and potential expert use (4.0); review and analyze material related to Grace's experts (2.1). |
| 03/30/07 | JPW | 425.00 | 7.70 | Emails to M. Eveland regarding sample (1.1); review attachment analysis (2.7); review Rust protocol (.9); draft task list and schedule (1.8); questionnaire issues (1.2) |
| 03/30/07 | EGB | 225.00 | 0.80 | Upload transcript to LiveNote; quality check and review transcript. |
| 03/30/07 | JMR | 235.00 | 7.60 | Attend meeting with potential fact witness; review documents utilized by fact witness to establish liability case for asbestos related personal injury claims; record notes of meeting |
| 03/31/07 | EI | 875.00 | 0.20 | T/c NDF re: Budd's status (.2). |
| 03/31/07 | NDF | 580.00 | 3.10 | Review pleadings and case law to prepare for 4/2 omnibus hearing and possible argument on scope of injunction (2.6); review pleadings re Grace motions to compel (0.5). |

**Total Task Code.16        690.10**

## Plan & Disclosure Statement (15.50 Hours; $ 7,069.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Elihu Inselbuch | | .40 | | $875 | 350.00 |
| Jeffrey A. Liesemer | | 15.10 | | $445 | 6,719.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/01/07 | JAL | 445.00 | 1.60 | Review and analysis of PD Committee's comments and changes re: exclusivity brief. |
| 03/02/07 | JAL | 445.00 | 0.40 | Reviewed e-mail correspondence re: draft appellants' brief (.20); drafted and revised memo re: prep. of joint appendix (.20). |
| 03/05/07 | JAL | 445.00 | 0.70 | Review and analysis of materials relating to exclusivity appeal to Third Circuit (.60); telephone call w/M. Hurford re: exclusivity appeal (.10). |
| 03/13/07 | EI | 875.00 | 0.40 | T/c Rice re: his meeting (.2); memo to Plotzky re: Rice request (.1); and memo to Rice with response (.1). |
| 03/14/07 | JAL | 445.00 | 0.40 | Drafted and revised e-mail to M. Hurford re: exclusivity appeal; e-mail exchanges w/M. Hurford re: same. |
| 03/15/07 | JAL | 445.00 | 4.80 | Review and analysis of legal research and other materials relating to exclusivity appeal. |
| 03/16/07 | JAL | 445.00 | 2.60 | Review and analysis of legal research and other materials relating to exclusivity appeal. |
| 03/19/07 | JAL | 445.00 | 4.60 | Review and analysis of legal research and other materials relating to exclusivity appeal. |

**Total Task Code .17**       **15.50**

**Tax Issues (18.20 Hours; $ 10,880.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .70 | $800 | 560.00 |
| Bernard S. Bailor | 13.50 | $600 | 8,100.00 |
| Christopher S. Rizek | 4.00 | $555 | 2,220.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/20/07 | CSR | 555.00 | 1.50 | Review motion re tax issues. |
| 03/21/07 | CSR | 555.00 | 1.90 | Review motion re tax issues. |
| 03/22/07 | BSB | 600.00 | 6.00 | Longo deposition |
| 03/23/07 | BSB | 600.00 | 1.20 | Email to NDF regarding Longo deposition. |
| 03/27/07 | BSB | 600.00 | 3.10 | Review Expert Report of Laura Welch, MD. |
| 03/27/07 | PVL | 800.00 | 0.70 | Review Grace draft motion re tax court pet'n. |
| 03/29/07 | CSR | 555.00 | 0.30 | Review statute notice. |
| 03/30/07 | BSB | 600.00 | 3.20 | Place files in order and storage for litigation hold. |
| 03/30/07 | CSR | 555.00 | 0.30 | Teleconference with NDF re status. |

**Total Task Code .19          18.20**

**<u>Travel – Non Working (43.30 Hours; $ 11,075.00)</u>**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Walter B. Slocombe | 4.00 | $342.50 | 1,370.00 |
| Bernard S. Bailor | 10.20 | 300 | 3,060.00 |
| Nathan D. Finch | 18.70 | $290 | 5,423.00 |
| Jeanna M. Rickards | 10.40 | $117.50 | 1,222.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/21/07 | BSB | 300.00 | 5.10 | Travel to Duluth, GA for deposition |
| 03/22/07 | BSB | 300.00 | 5.10 | Travel back to DC |
| 03/26/07 | NDF | 290.00 | 8.60 | Travel to South Carolina to meet with ACC member to discuss case issues (4.5); travel back to D.C. (4.1). |
| 03/29/07 | WBS | 342.50 | 4.00 | Travel time to and from NYC meeting. |

| | | | | |
|---|---|---|---|---|
| 03/29/07 | NDF | 290.00 | 5.00 | Travel to New York for meeting (2.5); travel to Dallas to interview witness (2.5). |
| 03/29/07 | JMR | 117.50 | 5.20 | Travel to Dallas, TX |
| 03/31/07 | NDF | 290.00 | 5.10 | Travel back to D.C. from Dallas. |
| 03/31/07 | JMR | 117.50 | 5.20 | Travel from Dallas to Washington, DC |

**Total Task Code .21**          **43.30**

<u>Other Charges</u>:

| | |
|---|---:|
| Air & Train Transportation | 5,840.10 |
| Air Freight & Express Mail | 2,433.93 |
| Charge of Cell and/or Home Phone Useage | 286.24 |
| Conference Meals | 197.64 |
| Court Reporting/Transcript Service | 9,373.82 |
| Database Research | 10,095.49 |
| Local Transportation - DC | 77.60 |
| Long Distance-Equitrac In-House | 13.93 |
| Meals Related to Travel | 891.60 |
| Outside Local Deliveries | 8.21 |
| Outside Photocopying/Duplication Service | 9,446.86 |
| Professional Fees & Expert Witness Fees | 38,846.30 |
| Telecopier/Equitrac | 0.45 |
| Travel Expenses - Ground Transportation | 483.89 |
| Travel Expenses - Hotel Charges | 175.56 |
| Xeroxing | 795.00 |

**Total:** **$78,966.62**