**EXHIBIT B**

**Case Administration (33.0 Hours; $ 7,009.50)**

      Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04        33.0**

**Claim Analysis Objection & Resolution (Asbestos) (7.3 Hours; $ 5,840.00)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .05        7.3**

**Claim Analysis Objection & Resolution (Non-Asbestos) (.2 Hours; $ 160.00)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .06        .2**

**Employment Applications, Others (2.1 Hours; $ 1,680.00)**

      Services rendered in this category pertain to the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .10        2.1**

**Fee Applications, Applicant (6.2 Hours; $ 2,406.00)**

      Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12        6.2**

**Fee Applications, Others (.2 Hours; $ 160.00)**

{D0085696.1 }
DOC#151898

Case 01-01139-AMC    Doc 15479-2    Filed 05/02/07    Page 2 of 2

- 2 -

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13**      **.2**

**Litigation and Litigation Consulting (690.1 Hours; $ 287,208.50)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16**      **690.1**

**Plan & Disclosure Statement (15.5 Hours; $ 7,069.50)**

Services rendered in this category pertain to the efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17**      **15.5**

**Tax Issues (18.2 Hours; $ 10,880.00)**

Services rendered in this category pertain to the identification and analysis of tax issues concerning the Debtor's estates and a possible reorganization plan.

**Total Task Code .19**      **18.2**

**Travel Non-Working (43.3 Hours; $ 11,075.00)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21**      **43.3**