## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 5,840.10 |
| Air Freight & Express Mail | 2,433.93 |
| Charge of Cell and/or Home Phone Useage | 286.24 |
| Conference Meals | 197.64 |
| Court Reporting/Transcript Service | 9,373.82 |
| Database Research | 10,095.49 |
| Local Transportation - DC | 77.60 |
| Long Distance-Equitrac In-House | 13.93 |
| Meals Related to Travel | 891.60 |
| Outside Local Deliveries | 8.21 |
| Outside Photocopying/Duplication Service | 9,446.86 |
| Professional Fees & Expert Witness Fees | 38,846.30 |
| Telecopier/Equitrac | 0.45 |
| Travel Expenses - Ground Transportation | 483.89 |
| Travel Expenses - Hotel Charges | 175.56 |
| Xeroxing | 795.00 |
| **Total:** | **$78,966.62** |

{D0085697.1}