```
Client Number:    4642           Grace Asbestos Personal Injury Claimants                                      Page:     1
Matter     000                   Disbursements                                                                 4/23/2007
                                                                                                               Print Date/Time:
                                                                                                               04/23/2007
                                                                                                               4:47:09PM
Attn:                                                                                                          Invoice #

                                           PREBILL / CONTROL REPORT
                                                                Trans Date Range:  1/1/1950 to: 3/31/2007
Matter     000
Disbursements
Bill Cycle:        Monthly          Style:         i1          Start:     4/16/2001
                                                                 Last Billed : 3/23/2007                       13,655
```

Trust Amount Available

Total Expenses Billed To Date        $859,010.14

```
                                                      Billing Empl:        0120      Elihu  Inselbuch
                                                      Responsible Empl:    0120      Elihu  Inselbuch
                                                      Alternate Empl:      0120      Elihu  Inselbuch
                                                      Originating Empl:    0120      Elihu  Inselbuch
```

**Summary by Employee**

|  |  |  | ---------- ACTUAL ---------- | | ---------- BILLING --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0001 | BSB | Bernard Bailor | 0.00 | 1,230.83 | 0.00 | 1,230.83 |
| 0120 | EI | Elihu Inselbuch | 0.00 | 65.53 | 0.00 | 65.53 |
| 0187 | NDF | Nathan D Finch | 0.00 | 55,273.67 | 0.00 | 54,474.67 |
| 0212 | LJS | Lonita J Sheppard | 0.00 | 2.80 | 0.00 | 2.80 |
| 0213 | DAR | Deborah A Russell | 0.00 | 0.30 | 0.00 | 0.30 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 185.25 | 0.00 | 185.25 |
| 0232 | LK | Lauren Karastergiou | 0.00 | 1.70 | 0.00 | 1.70 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 6.40 | 0.00 | 6.40 |
| 0245 | PT | Paula Taylor-Brooks | 0.00 | 0.20 | 0.00 | 0.20 |
| 0246 | NO | Nickie Ochoa | 0.00 | 27.60 | 0.00 | 27.60 |
| 0251 | JO | Joan O'Brien | 0.00 | 11.10 | 0.00 | 11.10 |
| 0255 | DAT | Denise A Tolbert | 0.00 | 33.00 | 0.00 | 33.00 |
| 0308 | DBS | David B Smith | 0.00 | 9,495.06 | 0.00 | 9,495.06 |
| 0327 | ALV | Adam L Vangrack | 0.00 | 2.10 | 0.00 | 2.10 |
| 0334 | JPW | James P Wehner | 0.00 | 1.60 | 0.00 | 1.60 |
| 0338 | KCM | Kevin C Maclay | 0.00 | 21.00 | 0.00 | 21.00 |
| 0345 | KMC | Kevin M Carson | 0.00 | 74.40 | 0.00 | 74.40 |
| 0354 | JMR | Jeanna M Rickards | 0.00 | 1,523.80 | 0.00 | 1,523.80 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 11,809.28 | 0.00 | 11,809.28 |
|  |  |  | **0.00** | **79,765.62** | **0.00** | **78,966.62** |

**Total Fees**

**Summary by Employee**

|  |  |  | ---------- ACTUAL ---------- | | | ---------- BILLING --------- | | |
|---|---|---|---|---|---|---|---|---|
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

```
Client Number:   4642              Grace Asbestos Personal Injury Claimants                                                              Page:    1

Matter     000                     Disbursements                                                                                         4/23/2007
                                                                                                                                   Print Date/Time:
                                                                                                                                         04/23/2007
                                                                                                                                         4:47:09PM
Attn:                                                                                                                                    Invoice #
```

**Detail Time / Expense by Date**

```
                                                                                       ---------- A C T U A L ----------  ---------- B I L L I N G ---------
TransNo.   Description                              TransType  Trans Date  Work  Empl   Rate     Hours       Amount        Rate     Hours       Amount    Cumulative

2062168    Equitrac - Long Distance to 2123197125   E          03/01/2007  0999  C&D    0.00                 $0.31         0.00                 $0.31        0.31
2062173    Equitrac - Long Distance to 8054993572   E          03/01/2007  0999  C&D    0.00                 $0.06         0.00                 $0.06        0.37
2062228    Photocopy                                E          03/01/2007  0220  SKL    0.00                 $10.00        0.00                 $10.00      10.37
2062230    Photocopy                                E          03/01/2007  0308  DBS    0.00                 $10.90        0.00                 $10.90      21.27
2062235    Photocopy                                E          03/01/2007  0220  SKL    0.00                 $1.20         0.00                 $1.20       22.47
2062246    Photocopy                                E          03/01/2007  0999  C&D    0.00                 $10.90        0.00                 $10.90      33.37
2062255    Photocopy                                E          03/01/2007  0220  SKL    0.00                 $2.60         0.00                 $2.60       35.97
2062262    Photocopy                                E          03/01/2007  0220  SKL    0.00                 $1.40         0.00                 $1.40       37.37
2062267    Photocopy                                E          03/01/2007  0220  SKL    0.00                 $0.20         0.00                 $0.20       37.57
2062271    Photocopy                                E          03/01/2007  0999  C&D    0.00                 $0.40         0.00                 $0.40       37.97
2062284    Photocopy                                E          03/01/2007  0308  DBS    0.00                 $6.60         0.00                 $6.60       44.57
2062285    Photocopy                                E          03/01/2007  0213  DAR    0.00                 $0.30         0.00                 $0.30       44.87
2062291    Photocopy                                E          03/01/2007  0308  DBS    0.00                 $0.30         0.00                 $0.30       45.17
2062303    Photocopy                                E          03/01/2007  0308  DBS    0.00                 $0.50         0.00                 $0.50       45.67
2062309    Photocopy                                E          03/01/2007  0237  SRB    0.00                 $4.30         0.00                 $4.30       49.97
2062028    Document Tech;  D work - Heavy litigation,  E       03/01/2007  0308  DBS    0.00                 $724.02       0.00                 $724.02    773.99
           Scanning D work
2062029    Document Tech;  D work - Heavy litigation   E       03/01/2007  0308  DBS    0.00                 $637.36       0.00                 $637.36  1,411.35
2062030    Document Tech;  D work  - Heavy litigation  E       03/01/2007  0308  DBS    0.00                 $2,341.01     0.00                 $2,341.01 3,752.36
2062031    Document Tech;  D work - Heavy litigation   E       03/01/2007  0308  DBS    0.00                 $2,188.35     0.00                 $2,188.35 5,940.71
2062032    Document Tech;  D work - Heavy litigation   E       03/01/2007  0308  DBS    0.00                 $100.97       0.00                 $100.97  6,041.68
2062160    Document Tech;  B work - Light litigation   E       03/02/2007  0308  DBS    0.00                 $2,094.01     0.00                 $2,094.01 8,135.69
2062964    Equitrac - Long Distance to 2165750777   E          03/02/2007  0999  C&D    0.00                 $0.06         0.00                 $0.06     8,135.75
2062967    Equitrac - Long Distance to 2125063741   E          03/02/2007  0999  C&D    0.00                 $0.51         0.00                 $0.51     8,136.26
2062970    Equitrac - Long Distance to 3024261900   E          03/02/2007  0999  C&D    0.00                 $1.01         0.00                 $1.01     8,137.27
2063001    Photocopy                                E          03/02/2007  0220  SKL    0.00                 $1.30         0.00                 $1.30     8,138.57
2063034    Photocopy                                E          03/02/2007  0220  SKL    0.00                 $0.90         0.00                 $0.90     8,139.47
2063047    Photocopy                                E          03/02/2007  0220  SKL    0.00                 $0.10         0.00                 $0.10     8,139.57
2063427    Federal Express  to Mark Hurford and Warren E        03/02/2007  0120  EI     0.00                 $35.86        0.00                 $35.86    8,175.43
           Smith from EI on 2/16 and 2/20
2064324    Equitrac - Long Distance to 3024261900   E          03/05/2007  0999  C&D    0.00                 $0.05         0.00                 $0.05     8,175.48
2064358    Photocopy                                E          03/05/2007  0220  SKL    0.00                 $5.30         0.00                 $5.30     8,180.78
2064360    Photocopy                                E          03/05/2007  0220  SKL    0.00                 $0.10         0.00                 $0.10     8,180.88
2064368    Photocopy                                E          03/05/2007  0220  SKL    0.00                 $0.10         0.00                 $0.10     8,180.98
2064375    Photocopy                                E          03/05/2007  0220  SKL    0.00                 $3.80         0.00                 $3.80     8,184.78
2064378    Photocopy                                E          03/05/2007  0220  SKL    0.00                 $0.90         0.00                 $0.90     8,185.68
2064397    Photocopy                                E          03/05/2007  0220  SKL    0.00                 $0.40         0.00                 $0.40     8,186.08
2064410    Photocopy                                E          03/05/2007  0308  DBS    0.00                 $4.30         0.00                 $4.30     8,190.38
2064421    Photocopy                                E          03/05/2007  0220  SKL    0.00                 $26.20        0.00                 $26.20    8,216.58
2064443    Photocopy                                E          03/05/2007  0220  SKL    0.00                 $8.40         0.00                 $8.40     8,224.98
2064448    Photocopy                                E          03/05/2007  0220  SKL    0.00                 $1.70         0.00                 $1.70     8,226.68
2064476    Photocopy                                E          03/05/2007  0334  JPW    0.00                 $0.90         0.00                 $0.90     8,227.58
2065523    Red Top Executive sedan;  Car service for NDF E     03/06/2007  0187  NDF    0.00                 $32.60        0.00                 $32.60    8,260.18
           from home to office on 2/15
2065535    Lasershipto Orrick Herrington & Sutcliffe on 2/28 E  03/06/2007  0999  C&D    0.00                 $8.21         0.00                 $8.21     8,268.39
2065560    Equitrac - Long Distance to 6152548500   E          03/06/2007  0999  C&D    0.00                 $0.05         0.00                 $0.05     8,268.44
2065589    Photocopy                                E          03/06/2007  0237  SRB    0.00                 $1.70         0.00                 $1.70     8,270.14
2065593    Photocopy                                E          03/06/2007  0220  SKL    0.00                 $2.20         0.00                 $2.20     8,272.34
2065686    Photocopy                                E          03/06/2007  0220  SKL    0.00                 $0.30         0.00                 $0.30     8,272.64
2065781    Equitrac - Long Distance to 3105819309   E          03/07/2007  0999  C&D    0.00                 $0.15         0.00                 $0.15     8,272.79
2065808    Equitrac - Long Distance to 3024261900   E          03/07/2007  0999  C&D    0.00                 $0.09         0.00                 $0.09     8,272.88
2066140    Federal Express  to  Stephen Snyder, David Smith E   03/08/2007  0187  NDF    0.00                 $1,196.01     0.00                 $1,196.01 9,468.89
           and Dan Relles from NDF on 2/21
2066206    Equitrac - Long Distance to 2143576244   E          03/08/2007  0999  C&D    0.00                 $0.05         0.00                 $0.05     9,468.94
2066294    Photocopy                                E          03/08/2007  0212  LJS    0.00                 $2.80         0.00                 $2.80     9,471.74
2066377    ADA Travel       NDF to Wilmington on 2/26 (coach E  03/09/2007  0187  NDF    0.00                 $302.00       0.00                 $188.00   9,659.74
           fare 188.00)
2066378    ADA Travel   Agency fee on    NDF to Wilmington E    03/09/2007  0187  NDF    0.00                 $40.00        0.00                 $40.00    9,699.74
           on 2/26 (coach fare 188.00)
2066402    Premiere Global Services Ready conference calls E    03/09/2007  0999  C&D    0.00                 $13.65        0.00                 $13.65    9,713.39
           in January
2066404    Premiere Global Services for Ready Conference E     03/09/2007  0999  C&D    0.00                 $29.12        0.00                 $29.12    9,742.51
           calls in January
2066412    Premiere Global Services for Ready Conference E     03/09/2007  0187  NDF    0.00                 $21.34        0.00                 $21.34    9,763.85
           calls in January by NDF
2066413    Premiere Global Services for Ready Conference E     03/09/2007  0187  NDF    0.00                 $10.19        0.00                 $10.19    9,774.04
```

```
Client Number:  4642              Grace Asbestos Personal Injury Claimants                                                                           Page:   1

Matter      000                   Disbursements                                                                                                      4/23/2007
                                                                                                                                               Print Date/Time:
                                                                                                                                                     04/23/2007
                                                                                                                                                   4:47:09PM
Attn:                                                                                                                                              Invoice #
              calls by NDF in January
2066414       Premiere Global Services   for Ready Conference      E    03/09/2007   0187   NDF        0.00       $18.70       0.00       $18.70       9,792.74
              calls by NDF in January
2066415       Premiere Global Services   for Ready Conference      E    03/09/2007   0187   NDF        0.00       $57.94       0.00       $57.94       9,850.68
              calls by NDF in January
2066425       Gobbell Hays Partners, Inc.;  Professional           E    03/09/2007   0187   NDF        0.00    $5,582.50       0.00    $5,582.50      15,433.18
              services for January
2066426       BostonCoach car service for NDF from LaGuardia       E    03/09/2007   0187   NDF        0.00      $126.25       0.00      $126.25      15,559.43
              airport to 375 Park Avenue on 1/25
2066915       Photocopy                                            E    03/09/2007   0220   SKL        0.00        $0.80       0.00        $0.80      15,560.23
2066939       Photocopy                                            E    03/09/2007   0220   SKL        0.00        $0.80       0.00        $0.80      15,561.03
2066982       Photocopy                                            E    03/09/2007   0308   DBS        0.00        $4.60       0.00        $4.60      15,565.63
2067096       Photocopy                                            E    03/12/2007   0220   SKL        0.00        $0.40       0.00        $0.40      15,566.03
2066884       Equitrac - Long Distance to 2032522553               E    03/12/2007   0999   C&D        0.00        $0.16       0.00        $0.16      15,566.19
2066901       Equitrac - Long Distance to 8054993572               E    03/13/2007   0999   C&D        0.00        $0.43       0.00        $0.43      15,566.62
2067170       Federal Express to David Mendelson, David            E    03/13/2007   0999   C&D        0.00    $1,172.39       0.00    $1,172.39      16,739.01
              Smith, Dan Relles, Stephen Snyder, Mark
              Peterson, John Cooney, Elihu Inselbuch, Joseph
              Rice, Russell Budd, Matthew Kramer and WBS from
              DBS and NDF on 2/27-28
2067201       The Marriott Boca Raton; Refreshments in             E    03/13/2007   0187   NDF        0.00      $819.40       0.00      $819.40      17,558.41
              connection with 2/21-22 depositions at hotel
2067202       Snyder Miller & Orton; Professional services         E    03/13/2007   0187   NDF        0.00   $26,663.80       0.00   $26,663.80      44,222.21
              statement 2/1-28
2067304       Photocopy                                            E    03/13/2007   0999   C&D        0.00        $8.40       0.00        $8.40      44,230.61
2067316       Photocopy                                            E    03/13/2007   0999   C&D        0.00        $8.40       0.00        $8.40      44,239.01
2067356       Photocopy                                            E    03/13/2007   0220   SKL        0.00        $0.10       0.00        $0.10      44,239.11
2067376       Photocopy                                            E    03/13/2007   0220   SKL        0.00        $0.20       0.00        $0.20      44,239.31
2067438       Research Assoc;  Articles, Copyright                 E    03/14/2007   0187   NDF        0.00      $138.20       0.00      $138.20      44,377.51
2067440       ESTIS Document Delivery                              E    03/14/2007   0187   NDF        0.00       $11.00       0.00       $11.00      44,388.51
2067441       ESTIS Document Delivery                              E    03/14/2007   0187   NDF        0.00        $3.80       0.00        $3.80      44,392.31
2067447       Federal Express to Katie Hemming from EI on 2/27     E    03/14/2007   0120   EI         0.00        $8.17       0.00        $8.17      44,400.48
2067855       Equitrac - Long Distance to 2125063741               E    03/14/2007   0999   C&D        0.00        $0.34       0.00        $0.34      44,400.82
2068205       Equitrac - Long Distance to 5135796408               E    03/15/2007   0999   C&D        0.00        $0.05       0.00        $0.05      44,400.87
2068223       Equitrac - Long Distance to 4159624413               E    03/15/2007   0999   C&D        0.00        $0.27       0.00        $0.27      44,401.14
2068247       Photocopy                                            E    03/15/2007   0308   DBS        0.00        $0.40       0.00        $0.40      44,401.54
2068254       Photocopy                                            E    03/15/2007   0308   DBS        0.00        $5.20       0.00        $5.20      44,406.74
2068283       Photocopy                                            E    03/15/2007   0220   SKL        0.00        $1.60       0.00        $1.60      44,408.34
2068312       Photocopy                                            E    03/15/2007   0220   SKL        0.00        $0.10       0.00        $0.10      44,408.44
2068626       Equitrac - Long Distance to 5135796408               E    03/16/2007   0999   C&D        0.00        $1.07       0.00        $1.07      44,409.51
2068685       Equitrac - Long Distance to 2123199240               E    03/16/2007   0999   C&D        0.00        $0.33       0.00        $0.33      44,409.84
2068696       Equitrac - Long Distance to 3105819309               E    03/16/2007   0999   C&D        0.00        $0.09       0.00        $0.09      44,409.93
2068874       Photocopy                                            E    03/16/2007   0308   DBS        0.00        $1.10       0.00        $1.10      44,411.03
2068996       Photocopy                                            E    03/17/2007   0308   DBS        0.00        $0.60       0.00        $0.60      44,411.63
2068998       Photocopy                                            E    03/17/2007   0308   DBS        0.00       $13.60       0.00       $13.60      44,425.23
2068728       Equitrac - Long Distance to 2149694910               E    03/17/2007   0999   C&D        0.00        $0.11       0.00        $0.11      44,425.34
2068740       Equitrac - Long Distance to 2149694910               E    03/17/2007   0999   C&D        0.00        $0.06       0.00        $0.06      44,425.40
2068747       Equitrac - Long Distance to 3024261900               E    03/17/2007   0999   C&D        0.00        $0.14       0.00        $0.14      44,425.54
2069302       Equitrac - Long Distance to 3024261900               E    03/19/2007   0999   C&D        0.00        $0.21       0.00        $0.21      44,425.75
2069327       Photocopy                                            E    03/19/2007   0334   JPW        0.00        $0.70       0.00        $0.70      44,426.45
2069431       Federal Express to NDF from EI on 3/1                E    03/20/2007   0120   EI         0.00       $21.50       0.00       $21.50      44,447.95
2069434       Premiere Global Service   Ready Conf calls by        E    03/20/2007   0999   C&D        0.00        $7.05       0.00        $7.05      44,455.00
              Sidney Barnes in February
2069440       Premiere Global Service for Ready Conf calls by      E    03/20/2007   0187   NDF        0.00      $128.25       0.00      $128.25      44,583.25
              NDF in February
2069895       Photocopy                                            E    03/20/2007   0220   SKL        0.00        $4.50       0.00        $4.50      44,587.75
2069932       Photocopy                                            E    03/20/2007   0220   SKL        0.00        $2.00       0.00        $2.00      44,589.75
2069937       Photocopy                                            E    03/20/2007   0220   SKL        0.00        $0.40       0.00        $0.40      44,590.15
2069949       Photocopy                                            E    03/20/2007   0308   DBS        0.00        $6.90       0.00        $6.90      44,597.05
2069951       Photocopy                                            E    03/20/2007   0308   DBS        0.00        $1.60       0.00        $1.60      44,598.65
2069967       Photocopy                                            E    03/20/2007   0232   LK         0.00        $1.70       0.00        $1.70      44,600.35
2069973       Photocopy                                            E    03/20/2007   0308   DBS        0.00        $6.80       0.00        $6.80      44,607.15
2070202       Equitrac - Long Distance to 8054993572               E    03/21/2007   0999   C&D        0.00        $0.12       0.00        $0.12      44,607.27
2070287       Photocopy                                            E    03/21/2007   0255   DAT        0.00        $9.30       0.00        $9.30      44,616.57
2070288       Photocopy                                            E    03/21/2007   0255   DAT        0.00        $1.40       0.00        $1.40      44,617.97
2070290       Photocopy                                            E    03/21/2007   0255   DAT        0.00        $2.70       0.00        $2.70      44,620.67
2070292       Photocopy                                            E    03/21/2007   0255   DAT        0.00        $5.90       0.00        $5.90      44,626.57
2070295       Photocopy                                            E    03/21/2007   0255   DAT        0.00        $3.80       0.00        $3.80      44,630.37
2069795       ADA Travel    NDF coach fare to Charleston, SC       E    03/21/2007   0187   NDF        0.00    $1,184.30       0.00    $1,184.30      45,814.67
              on 3/26
2069796       ADA Travel   Agency fee  on   NDF coach fare to      E    03/21/2007   0187   NDF        0.00       $40.00       0.00       $40.00      45,854.67
              Charleston, SC on 3/26
```

| Client Number: | 4642 | | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Matter    000                               Disbursements**                                                                                                    4/23/2007
                                                                                                                                                                  Print Date/Time:
                                                                                                                                                                  04/23/2007
                                                                                                                                                                  4:47:09PM
Attn:                                                                                                                                                             Invoice #

| ID | Description | | Date | Code | User | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2069802 | Jane Rose Reporting; Deposition of Robert Beber | E | 03/21/2007 | 0187 | NDF | 0.00 | $3,057.57 | 0.00 | $3,057.57 | 48,912.24 |
| 2069803 | Jane Rose Reporting; Deposition of Jay Hughes | E | 03/21/2007 | 0187 | NDF | 0.00 | $6,316.25 | 0.00 | $6,316.25 | 55,228.49 |
| 2069862 | Equitrac - Long Distance to 3024261900 | E | 03/21/2007 | 0999 | C&D | 0.00 | $0.31 | 0.00 | $0.31 | 55,228.80 |
| 2070495 | Photocopy | E | 03/22/2007 | 0220 | SKL | 0.00 | $34.60 | 0.00 | $34.60 | 55,263.40 |
| 2070523 | Photocopy | E | 03/22/2007 | 0999 | C&D | 0.00 | $35.60 | 0.00 | $35.60 | 55,299.00 |
| 2070526 | Photocopy | E | 03/22/2007 | 0308 | DBS | 0.00 | $1.30 | 0.00 | $1.30 | 55,300.30 |
| 2070533 | Photocopy | E | 03/22/2007 | 0308 | DBS | 0.00 | $0.20 | 0.00 | $0.20 | 55,300.50 |
| 2070566 | Photocopy | E | 03/22/2007 | 0220 | SKL | 0.00 | $4.40 | 0.00 | $4.40 | 55,304.90 |
| 2070576 | Photocopy | E | 03/22/2007 | 0308 | DBS | 0.00 | $9.70 | 0.00 | $9.70 | 55,314.60 |
| 2070579 | Photocopy | E | 03/22/2007 | 0220 | SKL | 0.00 | $3.30 | 0.00 | $3.30 | 55,317.90 |
| 2070582 | Photocopy | E | 03/22/2007 | 0220 | SKL | 0.00 | $1.40 | 0.00 | $1.40 | 55,319.30 |
| 2070589 | Photocopy | E | 03/22/2007 | 0220 | SKL | 0.00 | $3.00 | 0.00 | $3.00 | 55,322.30 |
| 2071018 | Equitrac - Long Distance to 8054997126 | E | 03/23/2007 | 0999 | C&D | 0.00 | $0.58 | 0.00 | $0.58 | 55,322.88 |
| 2071071 | Equitrac - Long Distance to 2123199240 | E | 03/23/2007 | 0999 | C&D | 0.00 | $0.43 | 0.00 | $0.43 | 55,323.31 |
| 2071073 | Equitrac - Long Distance to 3024261900 | E | 03/23/2007 | 0999 | C&D | 0.00 | $0.21 | 0.00 | $0.21 | 55,323.52 |
| 2071135 | Photocopy | E | 03/23/2007 | 0999 | C&D | 0.00 | $25.60 | 0.00 | $25.60 | 55,349.12 |
| 2071139 | Photocopy | E | 03/23/2007 | 0345 | KMC | 0.00 | $51.40 | 0.00 | $51.40 | 55,400.52 |
| 2071144 | Photocopy | E | 03/23/2007 | 0220 | SKL | 0.00 | $3.20 | 0.00 | $3.20 | 55,403.72 |
| 2071155 | Photocopy | E | 03/23/2007 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 55,403.92 |
| 2071158 | Photocopy | E | 03/23/2007 | 0345 | KMC | 0.00 | $23.00 | 0.00 | $23.00 | 55,426.92 |
| 2071160 | Photocopy | E | 03/23/2007 | 0245 | PT | 0.00 | $0.20 | 0.00 | $0.20 | 55,427.12 |
| 2071176 | Photocopy | E | 03/23/2007 | 0220 | SKL | 0.00 | $0.60 | 0.00 | $0.60 | 55,427.72 |
| 2071187 | Photocopy | E | 03/23/2007 | 0308 | DBS | 0.00 | $87.90 | 0.00 | $87.90 | 55,515.62 |
| 2071191 | Photocopy | E | 03/23/2007 | 0220 | SKL | 0.00 | $4.50 | 0.00 | $4.50 | 55,520.12 |
| 2071197 | Photocopy | E | 03/23/2007 | 0220 | SKL | 0.00 | $6.90 | 0.00 | $6.90 | 55,527.02 |
| 2071199 | Photocopy | E | 03/23/2007 | 0308 | DBS | 0.00 | $17.70 | 0.00 | $17.70 | 55,544.72 |
| 2071213 | Photocopy | E | 03/23/2007 | 0999 | C&D | 0.00 | $8.80 | 0.00 | $8.80 | 55,553.52 |
| 2071223 | Fax Transmission to 18054997126 | E | 03/23/2007 | 0220 | SKL | 0.00 | $0.45 | 0.00 | $0.45 | 55,553.97 |
| 2070395 | Petty Cash   Overtime cab home for DAT on 3/20 | E | 03/23/2007 | 0999 | C&D | 0.00 | $45.00 | 0.00 | $45.00 | 55,598.97 |
| 2070396 | Petty Cash   Late night dinner for KCM on 3/19 | E | 03/23/2007 | 0338 | KCM | 0.00 | $21.00 | 0.00 | $21.00 | 55,619.97 |
| 2070407 | Petty Cash   Red Top cab for NDF on 1/25 to office from National airport.  (Charged to NDF personal in error) | E | 03/23/2007 | 0187 | NDF | 0.00 | $77.37 | 0.00 | $77.37 | 55,697.34 |
| 2071287 | Photocopy | E | 03/24/2007 | 0999 | C&D | 0.00 | $0.50 | 0.00 | $0.50 | 55,697.84 |
| 2071096 | Equitrac - Long Distance to 3024261900 | E | 03/24/2007 | 0999 | C&D | 0.00 | $1.91 | 0.00 | $1.91 | 55,699.75 |
| 2071101 | Equitrac - Long Distance to 3024261900 | E | 03/24/2007 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 55,699.81 |
| 2071627 | Photocopy | E | 03/26/2007 | 0308 | DBS | 0.00 | $0.70 | 0.00 | $0.70 | 55,700.51 |
| 2071640 | Photocopy | E | 03/26/2007 | 0999 | C&D | 0.00 | $0.40 | 0.00 | $0.40 | 55,700.91 |
| 2071642 | Photocopy | E | 03/26/2007 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 55,701.21 |
| 2071693 | BSB;  Travel expense to Duluth, GA for Engel deposition on 3/21-22 for meals | E | 03/27/2007 | 0001 | BSB | 0.00 | $62.20 | 0.00 | $62.20 | 55,763.41 |
| 2071694 | BSB;  Travel expense to Duluth, GA for Engel deposition on 3/21-22 Coach airfare | E | 03/27/2007 | 0001 | BSB | 0.00 | $868.80 | 0.00 | $868.80 | 56,632.21 |
| 2071695 | BSB;  Travel expense to Duluth, GA for Engel deposition on 3/21-22 for Garden Inn hotel | E | 03/27/2007 | 0001 | BSB | 0.00 | $175.56 | 0.00 | $175.56 | 56,807.77 |
| 2071696 | BSB;  Travel expense to Duluth, GA for Engel deposition on 3/21-22 for cabs and rental car | E | 03/27/2007 | 0001 | BSB | 0.00 | $124.27 | 0.00 | $124.27 | 56,932.04 |
| 2071991 | Photocopy | E | 03/27/2007 | 0308 | DBS | 0.00 | $10.80 | 0.00 | $10.80 | 56,942.84 |
| 2071996 | Photocopy | E | 03/27/2007 | 0999 | C&D | 0.00 | $0.40 | 0.00 | $0.40 | 56,943.24 |
| 2072024 | Photocopy | E | 03/27/2007 | 0220 | SKL | 0.00 | $6.90 | 0.00 | $6.90 | 56,950.14 |
| 2072037 | Photocopy | E | 03/27/2007 | 0246 | NO | 0.00 | $27.60 | 0.00 | $27.60 | 56,977.74 |
| 2072066 | Photocopy | E | 03/27/2007 | 0220 | SKL | 0.00 | $2.70 | 0.00 | $2.70 | 56,980.44 |
| 2072077 | Photocopy | E | 03/27/2007 | 0220 | SKL | 0.00 | $0.50 | 0.00 | $0.50 | 56,980.94 |
| 2072090 | Photocopy | E | 03/27/2007 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 56,981.14 |
| 2072122 | NDF; Travel expenses to South Carolina for meeting with Joe Rice and Motley Rice on 3/26 for meals | E | 03/27/2007 | 0187 | NDF | 0.00 | $10.00 | 0.00 | $10.00 | 56,991.14 |
| 2072123 | NDF; Travel expenses to South Carolina for meeting with Joe Rice and Motley Rice on 3/26 for cabs | E | 03/27/2007 | 0187 | NDF | 0.00 | $156.00 | 0.00 | $156.00 | 57,147.14 |
| 2072137 | ADA Travel   Coach fare for NDF to Charleston, SC on 3/26 | E | 03/28/2007 | 0187 | NDF | 0.00 | $1,184.30 | 0.00 | $1,184.30 | 58,331.44 |
| 2072138 | ADA Travel   Agency fee on Coach fare for NDF to Charleston, SC on 3/26 | E | 03/28/2007 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 58,371.44 |
| 2072141 | ADA Travel    NDF travel to Wilmington on 4/2 (coach fare 213.00) | E | 03/28/2007 | 0187 | NDF | 0.00 | $327.00 | 0.00 | $213.00 | 58,584.44 |
| 2072142 | ADA Travel   agency fee on  NDF travel to Wilmington on 4/2  (coach fare 213.00) | E | 03/28/2007 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 58,624.44 |
| 2072143 | ADA Travel    JMR travel to Dallas on 3/29 (coach refundable fare 1483.80) (fare same as P First class) | E | 03/28/2007 | 0354 | JMR | 0.00 | $1,483.80 | 0.00 | $1,483.80 | 60,108.24 |
| 2072144 | ADA Travel   Agency fee on   JMR travel to | E | 03/28/2007 | 0354 | JMR | 0.00 | $40.00 | 0.00 | $40.00 | 60,148.24 |

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Matter** | **000** | | **Disbursements** | | | | | | | 4/23/2007 |

Print Date/Time:
04/23/2007
4:47:09PM

Attn:  Invoice #

| ID | Description | | Type | Date | Code | Init | | Amount 1 | | Amount 2 | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Dallas on 3/29 (coach refundable fare 1483.80) (fare same as P First class) | | | | | | | | | | |
| 2072145 | ADA Travel  NDF travel to NYC and Dallas on 3/29 (coach fare 1662.20) | | E | 03/28/2007 | 0187 | NDF | 0.00 | $2,233.20 | 0.00 | $1,662.20 | 61,810.44 |
| 2072146 | ADA Travel  Agency fee on NDF travel to NYC and Dallas on 3/29 (coach fare 1662.20) | | E | 03/28/2007 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 61,850.44 |
| 2072151 | ADA Travel  Refund on NDF 3/26 travel to Charleston, SC | | E | 03/28/2007 | 0187 | NDF | 0.00 | -$1,184.30 | 0.00 | -$1,184.30 | 60,666.14 |
| 2072156 | Gobbell Hays Partners;  Professional services | | E | 03/28/2007 | 0187 | NDF | 0.00 | $6,600.00 | 0.00 | $6,600.00 | 67,266.14 |
| 2072496 | Equitrac - Long Distance to 2123199240 | | E | 03/28/2007 | 0999 | C&D | 0.00 | $0.87 | 0.00 | $0.87 | 67,267.01 |
| 2072501 | Equitrac - Long Distance to 8054993572 | | E | 03/28/2007 | 0999 | C&D | 0.00 | $0.42 | 0.00 | $0.42 | 67,267.43 |
| 2072507 | Equitrac - Long Distance to 2123199240 | | E | 03/28/2007 | 0999 | C&D | 0.00 | $0.21 | 0.00 | $0.21 | 67,267.64 |
| 2072509 | Equitrac - Long Distance to 2123199240 | | E | 03/28/2007 | 0999 | C&D | 0.00 | $0.23 | 0.00 | $0.23 | 67,267.87 |
| 2072524 | Equitrac - Long Distance to 2037777744 | | E | 03/28/2007 | 0999 | C&D | 0.00 | $1.41 | 0.00 | $1.41 | 67,269.28 |
| 2072525 | Equitrac - Long Distance to 2123199240 | | E | 03/28/2007 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 67,269.33 |
| 2072529 | Equitrac - Long Distance to 3105819309 | | E | 03/28/2007 | 0999 | C&D | 0.00 | $0.18 | 0.00 | $0.18 | 67,269.51 |
| 2072536 | Equitrac - Long Distance to 3024261900 | | E | 03/28/2007 | 0999 | C&D | 0.00 | $0.21 | 0.00 | $0.21 | 67,269.72 |
| 2072552 | Equitrac - Long Distance to 3105819309 | | E | 03/28/2007 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 67,270.47 |
| 2072598 | Photocopy | | E | 03/28/2007 | 0308 | DBS | 0.00 | $1.10 | 0.00 | $1.10 | 67,271.57 |
| 2072599 | Photocopy | | E | 03/28/2007 | 0255 | DAT | 0.00 | $5.80 | 0.00 | $5.80 | 67,277.37 |
| 2072610 | Photocopy | | E | 03/28/2007 | 0327 | ALV | 0.00 | $2.10 | 0.00 | $2.10 | 67,279.47 |
| 2072649 | Photocopy | | E | 03/28/2007 | 0255 | DAT | 0.00 | $1.00 | 0.00 | $1.00 | 67,280.47 |
| 2072656 | Photocopy | | E | 03/28/2007 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 67,280.57 |
| 2072664 | Photocopy | | E | 03/28/2007 | 0220 | SKL | 0.00 | $0.40 | 0.00 | $0.40 | 67,280.97 |
| 2072666 | Photocopy | | E | 03/28/2007 | 0255 | DAT | 0.00 | $1.60 | 0.00 | $1.60 | 67,282.57 |
| 2072679 | Photocopy | | E | 03/28/2007 | 0220 | SKL | 0.00 | $1.70 | 0.00 | $1.70 | 67,284.27 |
| 2072699 | Photocopy | | E | 03/28/2007 | 0255 | DAT | 0.00 | $1.40 | 0.00 | $1.40 | 67,285.67 |
| 2072706 | Photocopy | | E | 03/28/2007 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 67,285.77 |
| 2072707 | Photocopy | | E | 03/28/2007 | 0220 | SKL | 0.00 | $23.20 | 0.00 | $23.20 | 67,308.97 |
| 2072720 | Photocopy | | E | 03/28/2007 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 67,309.07 |
| 2072097 | Photocopy | | E | 03/28/2007 | 0308 | DBS | 0.00 | $1.10 | 0.00 | $1.10 | 67,310.17 |
| 2073164 | Equitrac - Long Distance to 2123198799 | | E | 03/29/2007 | 0999 | C&D | 0.00 | $0.14 | 0.00 | $0.14 | 67,310.31 |
| 2073175 | Equitrac - Long Distance to 3024261900 | | E | 03/29/2007 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 67,310.37 |
| 2073176 | Equitrac - Long Distance to 2123198799 | | E | 03/29/2007 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 67,310.42 |
| 2073180 | Equitrac - Long Distance to 2123198799 | | E | 03/29/2007 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 67,310.48 |
| 2073197 | Equitrac - Long Distance to 2143576244 | | E | 03/29/2007 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 67,310.55 |
| 2073245 | Photocopy | | E | 03/29/2007 | 0999 | C&D | 0.00 | $19.30 | 0.00 | $19.30 | 67,329.85 |
| 2073249 | Photocopy | | E | 03/29/2007 | 0999 | C&D | 0.00 | $78.80 | 0.00 | $78.80 | 67,408.65 |
| 2073254 | Photocopy | | E | 03/29/2007 | 0255 | DAT | 0.00 | $0.10 | 0.00 | $0.10 | 67,408.75 |
| 2073257 | Photocopy | | E | 03/29/2007 | 0999 | C&D | 0.00 | $23.10 | 0.00 | $23.10 | 67,431.85 |
| 2073272 | Photocopy | | E | 03/29/2007 | 0999 | C&D | 0.00 | $4.40 | 0.00 | $4.40 | 67,436.25 |
| 2073276 | Photocopy | | E | 03/29/2007 | 0999 | C&D | 0.00 | $22.50 | 0.00 | $22.50 | 67,458.75 |
| 2073281 | Photocopy | | E | 03/29/2007 | 0220 | SKL | 0.00 | $8.80 | 0.00 | $8.80 | 67,467.55 |
| 2073339 | Document Tech;  Blowbacks and Blowbacks - Color | | E | 03/29/2007 | 0308 | DBS | 0.00 | $752.51 | 0.00 | $752.51 | 68,220.06 |
| 2073340 | Document Tech;  Blowbacks | | E | 03/29/2007 | 0308 | DBS | 0.00 | $455.63 | 0.00 | $455.63 | 68,675.69 |
| 2074716 | Conference Meals - EI Lunch during meeting with C&D & Orrick attorneys on 3/29/07 | | E | 03/29/2007 | 0999 | C&D | 0.00 | $176.64 | 0.00 | $176.64 | 68,852.33 |
| 2074076 | Database Research / Lexis Charges for 3/1/07-3/25/07 By: DBS on 3/23 | | E | 03/30/2007 | 0999 | C&D | 0.00 | $95.72 | 0.00 | $95.72 | 68,948.05 |
| 2073951 | Photocopy | | E | 03/30/2007 | 0237 | SRB | 0.00 | $0.30 | 0.00 | $0.30 | 68,948.35 |
| 2073952 | Photocopy | | E | 03/30/2007 | 0237 | SRB | 0.00 | $0.10 | 0.00 | $0.10 | 68,948.45 |
| 2073997 | Photocopy | | E | 03/30/2007 | 0308 | DBS | 0.00 | $7.30 | 0.00 | $7.30 | 68,955.75 |
| 2074055 | Photocopy | | E | 03/31/2007 | 0251 | JO | 0.00 | $9.20 | 0.00 | $9.20 | 68,964.95 |
| 2074063 | Photocopy | | E | 03/31/2007 | 0251 | JO | 0.00 | $1.90 | 0.00 | $1.90 | 68,966.85 |
| 2077181 | Database Research - Westlaw by BSB on 3/20-23 | | E | 03/31/2007 | 0999 | C&D | 0.00 | $178.01 | 0.00 | $178.01 | 69,144.86 |
| 2077182 | Database Research - Westlaw by DKG on 3/3-8 | | E | 03/31/2007 | 0999 | C&D | 0.00 | $792.56 | 0.00 | $792.56 | 69,937.42 |
| 2077183 | Database Research - Westlaw by DBS on 3/20-28 | | E | 03/31/2007 | 0999 | C&D | 0.00 | $356.00 | 0.00 | $356.00 | 70,293.42 |
| 2077184 | Database Research - Westlaw by ALV on 3/27 | | E | 03/31/2007 | 0999 | C&D | 0.00 | $435.89 | 0.00 | $435.89 | 70,729.31 |
| 2077185 | Database Research - Westlaw by JPW on 3/17 | | E | 03/31/2007 | 0999 | C&D | 0.00 | $4,997.28 | 0.00 | $4,997.28 | 75,726.59 |
| 2077186 | Database Research - Westlaw by JAL on 3/2 | | E | 03/31/2007 | 0999 | C&D | 0.00 | $53.33 | 0.00 | $53.33 | 75,779.92 |
| 2077187 | Database Research - Westlaw by JAL on 3/15-30 | | E | 03/31/2007 | 0999 | C&D | 0.00 | $2,997.48 | 0.00 | $2,997.48 | 78,777.40 |
| 2077240 | Database Research - Westlaw by WBS on 3/6-7 | | E | 03/31/2007 | 0999 | C&D | 0.00 | $189.22 | 0.00 | $189.22 | 78,966.62 |
| **Total Expenses** | | | | | | | 0.00 | $79,765.62 | 0.00 | $78,966.62 | |

Matter Total Fees                                                                                0.00                    0.00

```
Client Number:  4642            Grace Asbestos Personal Injury Claimants                                              Page:  1
Matter      000                 Disbursements                                                                     4/23/2007
                                                                                                              Print Date/Time:
                                                                                                                  04/23/2007
                                                                                                                   4:47:09PM
Attn:                                                                                                              Invoice #
            Matter Total Expenses                                              79,765.62                           78,966.62


            Matter Total                                              0.00     79,765.62         0.00              78,966.62



            Prebill Total Fees


            Prebill Total Expenses                                            $79,765.62                          $78,966.62


            Prebill Total                                             0.00   $79,765.62          0.00             $78,966.62


Previous Billings

InvoiceNo        InvoiceDate          InvoiceTotal         OpenTotal

37,961           11/30/2002             36,076.50              0.50
46,677           08/27/2004                240.00             48.00
47,114           09/30/2004              6,171.50          1,234.30
48,027           12/27/2004              1,419.00            283.80
49,444           04/21/2005             38,706.00            232.00
50,276           06/27/2005              8,030.50          1,606.10
51,687           10/31/2005             74,385.75          3,337.50
54,760           07/26/2006            167,407.25          3,794.10
55,191           08/30/2006            139,645.00         27,929.00
55,509           09/29/2006            166,040.50         33,208.10
55,871           10/27/2006            195,810.25         39,162.05
56,243           11/30/2006            218,388.50         43,677.70
56,642           12/28/2006            225,835.50         45,167.10
56,922           01/25/2007            184,779.00         36,955.80
57,444           02/28/2007            306,811.65        306,811.65
57,767           03/23/2007            345,071.20        345,071.20
                                     2,114,818.10        888,518.90
```