## *Ferry, Joseph & Pearce, P.A.*

824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555     Fax:  (302) 575-1714

WR Grace PD Committee                                    March 1, 2007 to March 31, 2007

Invoice No. 23392

**RE:**   WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 27.40 | 5,515.50 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 3.30 | 849.50 |
| B18 | Fee Applications, Others - | 10.10 | 1,150.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) - | 27.50 | 7,130.00 |
| B25 | Fee Applications, Applicant - | 7.50 | 998.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 2.40 | 624.00 |
| B32 | Litigation and Litigation Consulting - | 16.40 | 4,024.00 |
| B33 | ZAI Science Trial - | 7.70 | 1,977.00 |
| B35 | Travel/Non-working - | 2.00 | 390.00 |
| B36 | Plan and Disclosure Statement - | 2.20 | 572.00 |
| B37 | Hearings - | 4.00 | 1,040.00 |
| B40 | Employment Applications, Others - | 1.60 | 416.00 |
| | **Total** | **112.10** | **$24,686.00** |
| | **Grand Total** | **112.10** | **$24,686.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 200.00 | 2.80 | 560.00 |
| Rick S. Miller | 250.00 | 3.00 | 750.00 |
| Steven G. Weiler | 175.00 | 0.80 | 140.00 |
| Theodore J. Tacconelli | 130.00 | 1.00 | 130.00 |
| Theodore J. Tacconelli | 260.00 | 79.10 | 20,566.00 |
| Law Clerk | 100.00 | 1.30 | 130.00 |
| Legal Assistant - MH | 100.00 | 24.10 | 2,410.00 |
| **Total** | | **112.10** | **$24,686.00** |

## DISBURSEMENT SUMMARY

| CA | Cost Advance - | | 3,574.42 |
|---|---|---|---:|
| | **Total Disbursements** | | **$3,574.42** |

**Invoice No. 23392**  **Page 2 of 20**  May 2, 2007

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Mar-01-07 | *Case Administration* - confer with T. Tacconelli re pending appeal in 3rd circuit | 0.10 | RSM |
| | *Case Administration* - Review BIR's Jan. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review 8 miscellaneous Certificates of No Objection filed by ZAI Claimants counsel | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or Equity*- Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or Equity*- Teleconference with committee | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from S. Baena re draft of opening brief re exclusivity appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review draft of opening brief in exclusivity appeal | 1.00 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from S. Baena re order denying motion to expedite exclusivity appeal | 0.10 | TJT |
| Mar-02-07 | *Fee Applications, Applicant* - Email form M. Hedden re Jan. '07 fee application & review same | 0.20 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review amended notice of deposition of Dr. Pinchin | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Certificate of Counsel re order expunging claim filed A. Volovsek | 0.10 | TJT |
| | *Case Administration* - Review supplemental 2019 statement by Cooney Conway | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re preparation for 3/8/07 status conference | 0.10 | TJT |
| | *Hearings* - Prepare for 3/8/07 hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' motion for leave to file sur reply re motion for leave to appeal ZAI opinion and review proposed reply | 0.50 | TJT |
| | *Fee Applications, Applicant* - Review, revise and confer with paralegal re Ferry, Joseph & Pearce's Jan. prebill | 0.20 | TJT |
| | *Employment Applications, Others* - Review debtors' motion for leave re motion to retain Foreman Perry | 0.10 | TJT |
| | *Employment Applications, Others* - Review debtors' motion to retain Foreman Perry with attachments | 0.40 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - edit Ferry, Joseph & Pearce's Jan. prebill | 0.40 | MH |
| | *Fee Applications, Applicant* - modify Ferry, Joseph & Pearce's Jan. invoice for filing with Jan. Fee Application, draft summary, notice and Certificate of Service re same | 0.80 | MH |
| | *Fee Applications, Applicant* - trade e-mails with L. Coggins re review of Ferry, Joseph & Pearce's Jan. Fee Application | 0.10 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Ferry, Joseph & Pearce's Jan. Fee Application | 0.50 | MH |
| | *Fee Applications, Applicant* - Modify Ferry, Joseph & Pearce's Jan. 07 invoice; draft summary and certificate of service; e-mail same to L. Coggins for review | 1.10 | MH |

| Invoice No. 23392 | Page 3 of 20 | | May 2, 2007 |
|---|---|---|---|
| Mar-03-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review order granting debtors' | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' objection to claims asserted by Berger and Montague and Richardson Westbrook with attachments | 1.40 | TJT |
| | *Case Administration* - Review memo from law clerk re status of pending adversary, 3rd circuit and district court matters | 0.10 | TJT |
| | *Case Administration* - Review Libby Claimants' statement re BNS motion re preliminary injunction | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' notice of deposition of Dr. Frank | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review Certificate of Counsel re Dr. Lucas' deposition testimony with proposed order | 0.10 | TJT |
| Mar-04-07 | *Claims Analysis Obj. & Res. (Asbestos)* - continue and finish reviewing Rule 1006 summary of voluminous materials submitted by debtors re tabs C - G | 1.20 | TJT |
| | *Litigation and Litigation Consulting* - Review notice of postponement of deposition of claims resolution management | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review notice of postponement of deposition of Celotex trust | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review notice of postponement of deposition of claims processing facility | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review order approving stipulation re Dr. Lucas' deposition testimony | 0.10 | TJT |
| Mar-05-07 | *Case Administration* - Review withdrawal of appearance & forward same to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review case management Memo for week ending 3/2/07 | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Send 2/26/07 hearing materials to co-counsel (.1); review ZAI adversary docket re order on debtors' motion for leave to file sur reply (.1) | 0.20 | SGW |
| | *Case Administration* - Review notice of withdrawal of counsel for GECC and forward to paralegal | 0.10 | TJT |
| | *Case Administration* - Review Duane Morris Jan. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PWC Nov. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review debtors' monthly operating report for January 07 | 0.30 | TJT |
| | *Travel/Non-working* - Travel to Philadelphia for oral argument | 1.00 | TJT |
| | *Travel/Non-working* - Travel from Philadelphia | 1.00 | TJT |
| | *Litigation and Litigation Consulting* - Review letter from B. Harding to PI claimants dated 2/22/07 | 0.10 | TJT |
| | *Hearings* - Review e-mail from S. Weiler re 2/26/07 hearing follow-up | 0.10 | TJT |
| | *Hearings* - 2/26/07 hearing follow-up | 0.10 | TJT |
| | *Hearings* - Attend hearing on ZAI claimants' motion to allow interlocutory appeal and confer with counsel afterwards | 1.60 | TJT |
| | *Plan and Disclosure Statement* - Review order denying motion to expedite re exclusivity appeal | 0.10 | TJT |
| | *Case Administration* - Review court docket re case status for week ending 3/2/07, memo to T. Tacconelli and L. Coggins re same | 0.70 | MH |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Mar-06-07 | *Fee Applications, Applicant* - Email from M. Hedden re 23rd quarterly & review same for filing | 0.20 | LLC |
| | *Case Administration* - Confer with T. Tacconelli re ZAI hearing | 0.30 | RSM |
| | *Case Administration* - Teleconference with D. Hayes at USDC Ed.Pa. re ZAI appeal (.1); prepare correspondence re ZAI appeal (.2) | 0.30 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review McMaster University's 2nd set of interrogatories and request for production to debtor's re claim no. 12368 | 0.10 | TJT |
| | *Case Administration* - Review weekly case status memo for week ending 3/2/07 | 0.10 | TJT |
| | *Case Administration* - Prepare memo to committee member re debtors' monthly operating report for Jan. 07 | 0.30 | TJT |
| | *Case Administration* - Review Anderson Kill Jan. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review L. Tersigni Jan. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Caplin Drysdale Jan. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Campbell Levine Jan. Fee Application | 0.10 | TJT |
| | *Hearings* - Teleconference with B. Sullivan re 3/5/07 hearing follow-up | 0.10 | TJT |
| | *Hearings* - Confer with S. Weiler re 3/5/07 hearing follow-up | 0.10 | TJT |
| | *ZAI Science Trial* - Confer with RSM re 3/5/07 ZAI oral argument | 0.30 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - draft Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's 23rd Quarterly Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - trade e-mails with L. Coggins re review of Certificate of No Objection re Ferry, Joseph & Pearce's 23rd Quarterly Fee Application | 0.10 | MH |
| | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Ferry, Joseph & Pearce's 23rd Quarterly Fee Application | 0.50 | MH |
| Mar-07-07 | *Fee Applications, Others* - Review fee auditor report & forward same to M. Hedden | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin Jan. '07 fee application for filing & email to M. Hedden re same | 0.20 | LLC |
| | *Fee Applications, Others* - Review HRA Jan.'07 fee application for filing & email to M. Hedden re same | 0.20 | LLC |
| | *Case Administration* - Confer with T. Tacconelli re ZAI appeal (.1); call from D. Hayes re same (.1) | 0.20 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order expunging certain PD claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' notice of service of discovery responses and objections to discovery served by Prudential Insurance Company | 0.10 | TJT |
| | *Case Administration* - Review letter from D. Hayes re ZAI appeal | 0.10 | TJT |
| | *Case Administration* - Review PI Committee's objection to debtors' amendment statement of amounts paid to ordinary course professionals | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review order concerning expert information usage | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Hearings* - Review e-mail from committee member re transcript of ZAI oral argument | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review unsecured creditor committee's motion to intervene in exclusivity appeal | 0.10 | TJT |
| | *ZAI Science Trial* - Teleconference with M. Hurford re ZAI oral argument | 0.10 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - download, review and revise HRA's Jan. Fee Application and draft Certificate of Service re same | 0.50 | MH |
| | *Fee Applications, Others* - download, review and revise Bilzin's Jan. Fee Application and draft Certificate of Service re same | 0.50 | MH |
| | *Fee Applications, Others* - trade e-mails with L. Coggins re review of Bilzin and HRA's Jan. Fee Applications | 0.10 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve HRA's Jan. Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's Jan. Fee Application | 0.50 | MH |
| Mar-08-07 | *Fee Applications, Others* - Email from M. Hedden re CDG monthly & quarterly fee applications | 0.10 | LLC |
| | *Fee Applications, Others* - Review CDG 30th, 31st & 32nd monthly & 23rd quarterly applications & email to M. Hedden re same | 0.30 | LLC |
| | *Case Administration* - Confer with T. Tacconelli re results of PD hearing | 0.20 | RSM |
| | *Committee, Creditors', Noteholders' or Equity-* Correspond with committee member re 2/26/07 hearing | 0.10 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Anderson Memorial Hospital's interrogatories to debtors | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Research re PD claim issues re submission of declarations in lieu of direct testimony and related issues | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Notice of Service of debtors' reply in objection to Canadian PD claimants' discovery | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review modified order re expungement of claim by A. Volovsek | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review notice of withdrawal of proof of claim by State of Texas | 0.10 | TJT |
| | *Case Administration* - Review Nelson Mullins 23rd Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review W. Sullivan's 23rd Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review order amending CMO and forward to paralegal | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or Equity-* Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or Equity-* Teleconference with committee | 0.40 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re CDG's Oct. Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re CDG Nov. Fee Application | 0.30 | MH |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re CDG Dec. Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re CDG 23rd Quarterly Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - trade e-mails with L. Coggins re review of Certificates of No Objection to CDG Oct., Nov., Dec. monthly Fee Applications and 23rd Quarterly Fee Application | 0.10 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Certificate of No Objection re CDG Oct. Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Certificate of No Objection re CDG Nov. Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Certificate of No Objection re CDG Dec. Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Certificate of No Objection re CDG 23rd Quarterly Fee Application | 0.50 | MH |
| Mar-09-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' notice of deposition of R. Seif | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of deposition of W. Ewing | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' notice of deposition of J. Millette | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by Tamali Blanca to debtors' motion to disallow time-barred PD claims with attachments | 0.60 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review notice of withdrawal of proof of claim by St. Lucie tax collector | 0.10 | TJT |
| | *Case Administration* - Review e-mail from S. Baena re letter from Judge Fitzgerald re PI CMO | 0.10 | TJT |
| | *Case Administration* - Review LAS Jan. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Richardson Patrick 16th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review affidavit of S. Bustamante | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' affidavit in support of service of Harding 2/22/07 letter re B.-Reads with attachment | 0.10 | TJT |
| | *Hearings* - Review notice of rescheduled hearing re National Union adversary proceeding | 0.10 | TJT |
| | *Hearings* - Review e-mails from S. Baena re request by debtor for additional hearing dates in May and June (x2) | 0.20 | TJT |
| | *Hearings* - Review e-mail from M. Dies re request for hearing on June 27 by debtors | 0.10 | TJT |
| | *ZAI Science Trial* - Review correspondence re questions re transcript for ZAI oral argument | 0.10 | TJT |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district, and proceedings; memo to T. Tacconelli re same | 0.40 | LC |
| Mar-10-07 | *Case Administration* - Review Ogilvy Renault Oct.-Jan. Fee Application | 0.10 | TJT |
| | *Case Administration* - Research re Fed. Rule of Evidence 806 review | 0.30 | TJT |
| | *ZAI Science Trial* - Review rough draft of ZAI oral argument transcript and review notes at hearing re request by transcriber | 1.90 | TJT |

**Invoice No. 23392**  **Page 7 of 20**  May 2, 2007

| Date | Description | Hours | Atty |
|---|---|---|---|
| Mar-11-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Retrieve voice mail message from PD claimant re PD creditor inquiry | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Teleconference with PD claimant re PD creditor inquiry re local rules | 0.20 | TJT |
| | *Case Administration* - Review memo from law clerk re status of pending 3rd circuit, district and adversary proceedings | 0.10 | TJT |
| | *Case Administration* - Review W. Smith and Assoc. 22nd Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Holme Roberts Sep. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Reed Smith Jan. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review D. Austern's Jan. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review TPT Jan. Fee Application | 0.10 | TJT |
| | *ZAI Science Trial* - Continue review of ZAI oral argument hearing transcript, teleconference with transcriber re errors in ZAI oral argument hearing transcript | 0.90 | TJT |
| Mar-12-07 | *Claims Analysis Obj. & Res. (Asbestos)* Confer with TJT re creditor injury | 0.30 | RSM |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with RSM re PD creditor inquiry re local district court rules | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review amended notice of deposition by Anderson Memorial Hospital of G. Mew | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - respond to PD creditor inquiry | 0.10 | TJT |
| | *Case Administration* - Review correspondence from District Court re ZAI oral argument transcript | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's Feb. prebill and confer with paralegal | 0.70 | TJT |
| | *ZAI Science Trial* - Review correspondence from transcriber re final version of ZAI oral argument transcript | 0.10 | TJT |
| | *ZAI Science Trial* - Correspond with committee members re 3/5/07 hearing follow-up | 0.10 | TJT |
| | *ZAI Science Trial* - Prepare correspondence to S. Baena re 3//07 hearing follow-up | 0.10 | TJT |
| | *ZAI Science Trial* - Prepare correspondence to M. Hurford re 3/5/07 hearing follow-up | 0.10 | TJT |
| | *ZAI Science Trial* - memo to paralegal re 3/5/07 hearing follow-up | 0.10 | TJT |
| | *ZAI Science Trial* - Review correspondence from S. Baena re ZAI oral argument hearing follow-up | 0.10 | TJT |
| | *ZAI Science Trial* - check district court docket re decision on motion for leave to allow appeal | 0.10 | TJT |
| Mar-13-07 | *Case Administration* - Review case management Memo for week ending 3/9/07 | 0.10 | LLC |
| | *Fee Applications, Others* - Email from M. Hedden re certain fee application Certificate of No Objections | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re Bilzin 23rd quarterly fee application & email to M. Hedden re same | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re HRA 18th quarterly fee application & email to M. Hedden re same | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from S. Baena re letter from Reed Smith re additional hearing dates | 0.10 | TJT |

**Invoice No. 23392**                    **Page 8 of 20**                    May 2, 2007

|  |  |  |  |
|---|---|---|---|
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review correspondence from Reed Smith re additional dates | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review response by A. Volovsek re 2/26/07 hearing absence | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order dismissing and expunging claims filed by A. Volovsek | 0.10 | TJT |
|  | *Case Administration* - Review Foley Hoag Jan. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Beverage and Diamond Dec. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Beverage and Diamond Jan. Fee Application | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Correspond with J. Sakalo re final witness list, et al (x3) | 0.30 | TJT |
|  | *Litigation and Litigation Consulting* - Correspond with J. Moon re final witness list, et al. (x3) | 0.30 | TJT |
|  | *Litigation and Litigation Consulting* - Work on final witness list and oversee filing and service of same | 1.50 | TJT |
|  | *ZAI Science Trial* - Correspond with committee member re ZAI oral argument hearing follow-up | 0.10 | TJT |
|  | *ZAI Science Trial* - Review ZAI district court docket for status and correspond with committee member re ZAI appeal | 0.30 | TJT |
|  | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
|  | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re Bilzin's 23rd Quarterly Fee Application | 0.30 | MH |
|  | *Fee Applications, Others* - trade e-mails with L. Coggins re review of Certificate of No Objection re Bilzin's 23rd Quarterly Fee Application and HRA's Certificate of No Objection re its 18th Quarterly Fee Application | 0.10 | MH |
|  | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Bilzin's 23rd Quarterly Fee Application | 0.50 | MH |
|  | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re HRA's 18th Quarterly Fee Application | 0.30 | MH |
|  | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re HRA's 18th Quarterly Fee Application | 0.50 | MH |
|  | *Litigation and Litigation Consulting* - Multiple conferences with T. Tacconelli re service of final witness list, search 2002 list re certain addresses, create group fax sheet of missing 2002 list parties, create additional group fax sheet re Reed Smith and Kirkland & Ellis, prepare service labels, arrange for courier, fax final witness list | 1.10 | MH |
| Mar-14-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Continue reviewing California State University discovery to debtor for various buildings | 0.50 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Certificate of Counsel re Sealed Air claims order with attachment | 0.20 | TJT |
|  | *Case Administration* - Review Fee Auditor's Final Report re Piper Jaffery 22nd interim period | 0.10 | TJT |
|  | *Case Administration* - Review Fee Auditor's Final Report re Scott Law Group 22nd interim period | 0.10 | TJT |

| Invoice No. 23392 | | Page 9 of 20 | | May 2, 2007 |
|---|---|---|---|---|
| | | *Case Administration* - Review Fee Auditor's Final Report re Richardson Patrick 22nd interim period | 0.10 | TJT |
| | | *Case Administration* - Review 5 miscellaneous Certificates of No Objection filed by PI Committee | 0.10 | TJT |
| | | *Litigation and Litigation Consulting* - start reviewing Beber deposition transcript | 0.80 | TJT |
| | | *Case Administration* - Review dockets re status of pending 3rd circuit, district, and proceedings; memo to T. Tacconelli re same | 0.30 | LC |
| | | *Case Administration* - review docket re case status for week ending 3/9/07, memo to T. Tacconelli and L. Coggins re same | 0.70 | MH |
| Mar-15-07 | | *Case Administration* - Review examiner's report re Bilzin 22nd quarterly & forward same to M. Hedden | 0.10 | LLC |
| | | *Claims Analysis Obj. & Res. (Asbestos)* - Review Motley Rice designation of final fact witnesses, et al. | 0.20 | TJT |
| | | *Case Administration* - Review weekly case status memo for week ending 3/9/07 | 0.10 | TJT |
| | | *Case Administration* - Review Fee Auditor's Final Report re Baker Donaldson 22nd interim period | 0.10 | TJT |
| | | *Case Administration* - Review Fee Auditor's Final Report re W. Sullivan LLP 22nd interim period | 0.10 | TJT |
| | | *Case Administration* - Review Fee Auditor's Final Report re CDG 22nd interim period | 0.10 | TJT |
| | | *Case Administration* - Review notice of withdrawal of document filed in error by fee auditor re docket no. 14864 | 0.10 | TJT |
| | | *Committee, Creditors', Noteholders' or Equity*- Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | | *Committee, Creditors', Noteholders' or Equity*- Prepare for and attend committee conference call | 0.70 | TJT |
| | | *Litigation and Litigation Consulting* - Finish reviewing Beber deposition transcript | 1.70 | TJT |
| | | *Litigation and Litigation Consulting* - Review Certificate of Counsel re proposed PI estimation amended CMO with attachments | 0.40 | TJT |
| | | *Hearings* - Review e-mail from J. Sakalo re 3/18/07 hearing follow-up | 0.10 | TJT |
| | | *Hearings* - 3/8/07 hearing follow-up | 0.10 | TJT |
| | | *Hearings* - Correspond with S. Baena re May omnibus *Hearings* | 0.10 | TJT |
| | | *Plan and Disclosure Statement* - Review letter from M. Hurford to 3rd circuit re exclusivity appeal | 0.10 | TJT |
| | | *Plan and Disclosure Statement* - Review PI Committee's corporate disclosures in exclusivity appeal | 0.10 | TJT |
| Mar-16-07 | | *Claims Analysis Obj. & Res. (Asbestos)* - Review San Diego Gas & Electric Co.'s final witness list and deposition designations | 0.10 | TJT |
| | | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' final witness list, et al. re SOL product identification and Libby claims | 0.20 | TJT |
| | | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' notice of deposition of Dr. Longo | 0.10 | TJT |
| | | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' notice of deposition of Dr. Brody | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by Colleges and University class action to debtors' objection to claims with attachments | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review State of California final witness list, et al. | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review amended notice of deposition of T. Hilsee | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Finish reviewing discovery by California State University Various Buildings to debtors | 0.80 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review notice of withdrawal of claim by AT&T | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review response by State of Montana to 21 omnibus objection to claims | 0.10 | TJT |
| | *Case Administration* - Review 2019 statement by E. Moody | 0.10 | TJT |
| | *Case Administration* - Review amended 2019 statement by Barron and Budd | 0.10 | TJT |
| | *Case Administration* - Review Holmes Roberts Aug. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re Reed Smith 22nd interim period | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re Stroock 22nd interim period | 0.10 | TJT |
| | *Case Administration* - Review Steptoe and Johnson's Oct. Fee Application | 0.10 | TJT |
| | *Employment Applications, Others* - Correspond with J. Sakalo re Forman Perry retention motion | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review Libby Claimants' limited objection to proposed CMO re PI estimation | 0.10 | TJT |
| | *Hearings* - 3/8/07 hearing follow-up | 0.10 | TJT |
| Mar-17-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' notice of deposition of Dr. Anderson | 0.10 | TJT |
| | *Case Administration* - Review amended 2019 statement by LaBlanc and Waddell | 0.10 | TJT |
| | *Case Administration* - Review supplemental affidavit of T. Walsh | 0.10 | TJT |
| | *Case Administration* - Review status memo from law clerk re pending 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
| | *Case Administration* - Review Casner Edwards' Dec. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Day Pitney Jan. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Steptoe and Johnson Nov. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Steptoe and Johnson Dec. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review debtors' reply to PI Committee's objection to amended statement of amounts paid to ordinary course professionals in Oct.-Dec. | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' notice of deposition of Dr. Hammar | 0.10 | TJT |
| Mar-18-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of supplemental and amended proof of claim by San Diego Gas & Electric and review amended proof of claim with attachments | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' notice of | 0.10 | TJT |

**Invoice No. 23392**                             **Page 11 of 20**                            May 2, 2007

| Date | Description | Hours | Atty |
|---|---|---|---|
| | deposition of Dr. Lemean | | |
| | *Case Administration* - Review debtors' motion for leave to file amended complaint re Chakarian preliminary action with attachments and proposed amended complaint | 0.60 | TJT |
| | *Case Administration* - Review debtors' response to BNSF's motion to expand PI | 0.80 | TJT |
| | *Case Administration* - Review Woodcock and Washburn 23rd Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Steptoe and Johnson Quarterly Fee Application for 21st interim period | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' amended notice of deposition of P. Hays with subpoena attached | 0.20 | TJT |
| | *Case Administration* - Review case management Memo for week ending 3/16/07 | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Anderson Memorial Hospital final witness list and deposition and exhibit designations with attachments | 0.80 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review final witness list and deposition designation by California State University, Pacific Freeholds and University of California with attachments | 1.20 | TJT |
| | *Case Administration* - Review PG&S Jan. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PSZY&J Jan. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Woodcock & Washburn Jan. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Stroock Jan. Fee Application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from M. Hurford re PI Committee's motion to compel | 0.10 | TJT |
| | *Hearings* - Review e-mail from S. Baena re rescheduling due to Passover holiday | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review correspondence from S. Bossay re 22nd interim period chart and confer with paralegal re same | 0.20 | TJT |
| | *Case Administration* - Review e-mail from S. Bossay forwarded to me by T. Tacconelli re 22nd Quarterly Fee Application fees and expense chart, review chart and compare with figures of Bilzin, CDG, Dies & Hile, Ferry, Joseph & Pearce and HRA | 0.20 | MH |
| | *Case Administration* - Review docket re case status for week ending 3/16/07, memo to T. Tacconelli and L. Coggins re same | 0.80 | MH |
| Mar-20-07 | *Case Administration* - confer with TJT re scheduling matters | 0.20 | RSM |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review correspondence re PD creditor inquiry | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' response to Macerich Fresno's motion for summary judgment | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' notice of proceedings re claim nos. 15352, 2360, 2361 with attachments | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order dismissing and expunging sealed air claims with attachment | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order dismissing and expunging claims by Fresenius with attachment | 0.10 | TJT |

**Invoice No. 23392**  **Page 12 of 20**  May 2, 2007

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Certificate of Counsel re proposed order re GI Holdings claim with attachments | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Certificate of Counsel re Sentry Indemnity Company's claims with attachment | 0.20 | TJT |
| | *Case Administration* - Review weekly case status memo for week ending 3/16/07 | 0.10 | TJT |
| | *Case Administration* - Review debtors' reply brief re Rule 108 issue in National Union adversary 02-1657 | 0.20 | TJT |
| | *Case Administration* - Review RMQ's response to debtors' supplemental brief re Rule 108 issues | 0.60 | TJT |
| | *Litigation and Litigation Consulting* - Review PI/FCR's motion to shorten re emergency motion to compel | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review FCR/PI Committee's motion to compel re Nav. database | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review Barron and Budd, et al.'s motion to extend time to file notice of appeal with attachments | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - Teleconferences with J. Moon re motion in limine re constructive notice (x3) | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Correspond with J. Moon re motion in limine re constructive notice | 0.40 | TJT |
| | *Litigation and Litigation Consulting* - work on motion in limine re constructive notice and related documents | 1.60 | TJT |
| | *Litigation and Litigation Consulting* - Confer with paralegal re service of motion in limine re constructive notice | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review correspondence from J. Sakalo re motion in limine re constructive notice | 0.10 | TJT |
| | *Hearings* - Review notice of hearing re PD claim objections | 0.10 | TJT |
| | *Hearings* - 3/8/07 hearing follow-up | 0.10 | TJT |
| | *Employment Applications, Others* - Review PI Committee's objection to debtors' motion for leave re Forman Perry, et al. retention motion | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Confer with T. Tacconelli re service of motion in limine, prepare two group fax sheets, provide 2002 labels, call to courier re same | 0.40 | MH |
| Mar-21-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by 3 Minnesota claimants to debtors' motion for summary judgment re SOL with attachments | 0.70 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' notice of deposition of Dr. Welsh | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Teleconference with M. Hurford re status of various pending PD claim matters (including ZAI) | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by J. Belferman to debtors' motion for summary judgment with attachments | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' exhibit list re product ID, SOL and Libby claims | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review motion by Motley Rice claimants' motion in limine to exclude testimony of Dr. Lee with attachments | 1.10 | TJT |

**Invoice No. 23392**               **Page 13 of 20**                              May 2, 2007

|  |  |  |  |
|---|---|---|---|
|  | *Case Administration* - Review 10th amended 2019 statement by Silber Perlman | 0.10 | TJT |
|  | *Case Administration* - Review Royal Ins. Co.'s opposition to BNSF's motion to expand/clarify PI with attachments | 0.40 | TJT |
|  | *Case Administration* - Review objection by Continental Casualty Co. to BNSF's motion to expand/clarify PI with attachments | 0.30 | TJT |
|  | *Case Administration* - Review Fee Auditor's Final Report re Caplin Drysdale 22nd interim period | 0.10 | TJT |
|  | *Case Administration* - Review Fee Auditor's Final Report re Blackstone Group 22nd interim period | 0.10 | TJT |
|  | *Case Administration* - Review Fee Auditor's Final Report re K&E 22nd interim period with attachments | 0.20 | TJT |
|  | *Litigation and Litigation Consulting* - Review correspondence from M. Hurford re PI Committee's amended motion to shorten re motion to compel | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review PI Committee's amended motion to shorten re motion to compel | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review order granting PI Committee's amended notice to shorten notice re motion to compel | 0.10 | TJT |
|  | *Hearings* - Review e-mail from J. Sakalo re 4/2/07 hearing preparation | 0.10 | TJT |
|  | *Case Administration* - Review dockets re status of pending 3rd circuit, district, and proceedings; memo to T. Tacconelli re same | 0.30 | LC |
| Mar-22-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' amended exhibit list re product ID, SOL and Libby claims | 0.20 | TJT |
|  | *Case Administration* - Review e-mail from S. Baena re recent Supreme Court decision re state law application | 0.10 | TJT |
|  | *Case Administration* - research re recent Supreme Court decision re state law application | 0.30 | TJT |
|  | *Case Administration* - Review Latham and Watkins Sept. Fee App. | 0.10 | TJT |
|  | *Case Administration* - Review Latham and Watkins Oct. Fee Application | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or Equity*- Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or Equity*- Prepare for and attend teleconference with committee | 0.50 | TJT |
|  | *Litigation and Litigation Consulting* - Review notice of deposition of Early Ludwick and request for production attached | 0.30 | TJT |
|  | *Hearings* - Review amended order granting PI Committee's motion to shorten notice re motion to compel | 0.10 | TJT |
| Mar-23-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Anderson Memorial Hospital's response to motion for summary judgment re 88 Canadian claims with attachments | 1.90 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by First Presbyterian Church to debtors' motion for summary judgment re statute of limitations in Minnesota with attachment | 0.40 | TJT |
|  | *Case Administration* - Review 5 miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
|  | *Case Administration* - Review Latham and Watkins' Nov. Fee Application | 0.10 | TJT |

**Invoice No. 23392**    **Page 14 of 20**    May 2, 2007

|  |  |  |  |
|---|---|---|---|
|  | *Litigation and Litigation Consulting* - Review notice of appeal by Baron and Budd | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review Baron and Budd's motion to stay order pending appeal | 0.20 | TJT |
|  | *Litigation and Litigation Consulting* - Review debtors' motion to compel re supplemental order re motion to compel responses to PI questionnaires with attachments | 1.80 | TJT |
|  | *Litigation and Litigation Consulting* - Review e-mail from D. Felder re FCR's discovery to debtors | 0.10 | TJT |
|  | *Litigation and Litigation Consulting* - Review FCR's 1st set of request for production to debtors | 0.30 | TJT |
|  | *Fee Applications, Applicant* - Review Certificate of No Objection re Ferry, Joseph & Pearce's Jan. Fee Application | 0.10 | TJT |
|  | *ZAI Science Trial* - Review notice of supplemental authority filed in ZAI appeal | 0.10 | TJT |
|  | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
|  | *Fee Applications, Applicant* - Prepare Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's Jan. Fee Application | 0.30 | MH |
|  | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Ferry, Joseph & Pearce's Jan. Fee Application | 0.50 | MH |
| Mar-24-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review response to motion for summary judgment re PI claim asserted by R. Skarie | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review Macerich Fresno's motion for leave to exceed page limitation and reply to motion for summary judgment | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review California Dept. of General Services' response to debtors' motion for summary judgment | 0.40 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review affidavit of S. Mandelsberg in support of California Dept. of General Services' response to debtors' motion for summary judgment with attachments | 0.40 | TJT |
|  | *Case Administration* - Review Fee Auditor's Final Report re no objections for 22nd interim period | 0.10 | TJT |
|  | *Case Administration* - Review Fee Auditor's Final Report re CIBC June-Jan. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review memo from law clerk re status of pending 3rd circuit, district and adversary proceedings | 0.10 | TJT |
|  | *Case Administration* - Review 4 miscellaneous Certificates of No Objection filed by PI Committee | 0.10 | TJT |
|  | *Case Administration* - Review Capstone Dec. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review amended 2019 statement filed by Motley Rice | 0.10 | TJT |
| Mar-25-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Anderson Memorial Hospital's response to debtors' motion for summary judgment re 11 PD claims, Minnesota, Tennessee, and Iowa with attachments | 0.70 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' reply to responses to motion for summary judgment re 11 PD claims, Minnesota, Tennessee, and Iowa | 0.30 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Certificate of Counsel re proposed order re Travelers' claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Certificate of Counsel re ICI Americas' claims | 0.10 | TJT |
| | *Case Administration* - Review TPT's 8th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review TPT's Jan. Fee Application | 0.10 | TJT |
| | *Employment Applications, Others* - Review U.S. Trustee's objection to motion to retain Forman Perry | 0.10 | TJT |
| | *Employment Applications, Others* - Review motion for leave to file reply to objections to motion to retain Forman Perry and review proposed reply by debtors | 0.30 | TJT |
| | *Employment Applications, Others* - Review debtors' motion for leave to extend page limitation re response to PI Committee's objection to motion for leave to file motion to retain Forman Perry out of time with proposed objection | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - Review Certificate of Counsel re Angelos' motion to extend time to respond to PI questionnaire | 0.10 | TJT |
| Mar-26-07 | *Case Administration* - Research re Delaware Borrowing Statute | 0.30 | RSM |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' reply to opposition to motion for summary judgment re 88 Canadian claims with attachments | 0.60 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Regents of the Universe of California opposition to debtors' motion for summary judgment re California claims with attachments | 0.90 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by California State University to debtors' motion for summary judgment re California claims with attachments | 0.70 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' reply to opposition to motion for summary judgment re 199 California time-barred claims | 0.60 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with RSM re Delaware guest borrowing statute | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review opposition by Anderson Memorial Hospital as class representative re debtors' motion for summary judgment re New York buildings with attachments | 1.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re Bilzin 22nd interim period | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re PSZY&J 19th interim period | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from M. Hurford re information concerning deposition of P. May | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from D. Felder re depositions of debtors' representatives | 0.10 | TJT |
| | *Case Administration* - determine allocation of Fee Application payment made by debtor, submit supporting documents to T. Tacconelli and accounts receivable | 0.10 | MH |
| | *Case Administration* - Review docket re weekly case status for week ending 3/23/07; memo to T. Tacconelli and L. Coggins re same | 1.40 | MH |

**Invoice No. 23392**                        **Page 16 of 20**                        May 2, 2007

| Date | Description | Hours | Atty |
|---|---|---|---|
| Mar-27-07 | *Case Administration* - Review case management Memo for week ending 3/23/07 | 0.10 | LLC |
| | *ZAI Science Trial* - Review order re ZAI appeal and confer with T. Tacconelli re same | 0.30 | LLC |
| | *ZAI Science Trial* - confer with T. Tacconelli re ZAI order | 0.30 | RSM |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Macerich Fresno's reply to debtors' opposition to motion for summary judgment | 0.30 | TJT |
| | *Case Administration* - Confer with paralegal re 2002 service list and related issues | 0.10 | TJT |
| | *Case Administration* - Review notice of hearing on debtors' motion to expand PI to include BNSF | 0.10 | TJT |
| | *Case Administration* - Review weekly case status memo for week ending 3/23/07 | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Correspond with J. Sakalo re motion in limine to strike Morse report | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - Review debtors' response to PI/FCR's motion to compel Navicable database with attachments | 0.60 | TJT |
| | *Litigation and Litigation Consulting* - Review motion by Baron and Budd, et al for expedited hearing on motion to stay pending appeal | 0.20 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re preparation for 4/2/07 hearing | 0.10 | TJT |
| | *Hearings* - Review agenda for 4/2/07 hearing | 0.10 | TJT |
| | *Hearings* - Review notice of agenda for 4/3/07 hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review amended notice of hearing re debtors' motion to compel | 0.10 | TJT |
| | *ZAI Science Trial* - Review ZAI memo and order and confer with RSM re same | 0.40 | TJT |
| | *ZAI Science Trial* - Prepare correspondence to S. Baena re ZAI memo and order re motion for leave to appeal | 0.10 | TJT |
| | *ZAI Science Trial* - Review correspondence from S. Baena to committee re memo and order denying ZAI claimants leave to appeal | 0.10 | TJT |
| | *Case Administration* - trade e-mails with T. Tacconelli re manner of service upon PD counsel, confer with T. Tacconelli re same | 0.20 | MH |
| Mar-28-07 | *Fee Applications, Others* - Review Certificate of No Objection re HRA Jan., 07 fee application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re Bilzin Jan'07 fee application for filing | 0.10 | LLC |
| | *Case Administration* - Review Royal Insurance Co.'s response to debtors' response to BNSF's motion to expand PI | 0.10 | TJT |
| | *Employment Applications, Others* - Review Equity Committee's motion to retain Lexecon LLC | 0.10 | TJT |
| | *ZAI Science Trial* - Review ZAI claimants' motion for 2004 exam of debtors with attachments | 1.10 | TJT |
| | *ZAI Science Trial* - Prepare correspondence to S. Baena re ZAI claimants' motion for 2004 exam of debtors | 0.10 | TJT |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district, and proceedings; memo to T. Tacconelli re same | 0.30 | LC |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | *Fee Applications, Others* - Prepare Certificate of No Objection and Certificate of Service re HRA's Jan. Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re HRA's Jan. Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - Prepare Certificate of No Objection and Certificate of Service re Bilzin's Jan. Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Bilzin's Jan. Fee Application | 0.50 | MH |
| | *Fee Applications, Applicant* - edit Ferry, Joseph & Pearce's Feb. 2007 prebill re Feb. Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - modify Ferry, Joseph & Pearce's Feb. 07 invoice, prepare notice, summary and certificate of service re same | 0.80 | MH |
| | *Fee Applications, Applicant* - Confer with L. Coggins re filing and service of Ferry, Joseph & Pearce's Feb. Fee Application | 0.10 | MH |
| Mar-29-07 | *Case Administration* - Review entry of appearance and forward same to M. Hedden | 0.10 | LLC |
| | *Case Administration* - attend Committee teleconference | 0.70 | RSM |
| | *ZAI Science Trial* - confer with T. Tacconelli re ZAI motion | 0.40 | RSM |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of deposition of M. Corn by Speights and Runyan | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of deposition of Dr. Langer by S&R with attachment | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Anderson Memorial Hospital's response to debtors' motion to dismiss nine PD claims re SOL (Arkansas, Georgia & Delaware) with attachments | 0.50 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' reply to oppositions to motion for summary judgment re ten New York claims re SOL | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' reply to opposition to motion for summary judgment re 16 time-barred PD claims | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Anderson Memorial Hospital's opposition to debtors' motion for summary judgment re product ID with attachments | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' reply to Anderson Memorial Hospital's opposition to motion for summary judgment re Anderson Memorial Hospital claims with attachments | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' reply to oppositions to motion for summary judgment re 11 PD claims with no product ID | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review PD Canadian claim information re supplemental PD claims | 0.20 | TJT |
| | *Case Administration* - Review Kramer Levin Feb. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review BIR Feb. Fee Application | 0.10 | TJT |
| | *Case Administration* - Confer with paralegal re questions concerning additions to 2002 service list | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or Equity*- Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |

| | | | |
|---|---|---|---|
| **Invoice No. 23392** | **Page 18 of 20** | | May 2, 2007 |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Committee, Creditors', Noteholders' or Equity-* Teleconference with committee | 0.60 | TJT |
| | *Litigation and Litigation Consulting* - Review motion by PI Committee/FCR to file three exhibits re motion to compel under seal | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from M. Hurford re PI Committee/FCR's motion to compel | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review modified order granting Baron and Budd's motion to expedite re motion to stay | 0.10 | TJT |
| | *ZAI Science Trial* - Confer with RSM re 2004 exam motion filed by ZAI claimants | 0.40 | TJT |
| | *Case Administration* - Confer with T. Tacconelli re A. Kearse's address on 2002 list; review past pdf 2002 lists; review amended entry of appearance of A. Kearse, e-mail to T. Tacconelli re results of research | 0.30 | MH |
| | *Case Administration* - Confer with T. Tacconelli re preparation of PD counsel e-mail distribution list, group fax sheet, service list, and labels, research internet and 2002 list re information for preparation of same; begin preparation of same | 2.00 | MH |
| Mar-30-07 | *Case Administration* - confer with T. Tacconelli re ZAI issuers | 0.20 | RSM |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review joinder by State of California Dept. of General Services in motion in limine re Morse | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review amended final designation of exhibits re amended Exhibit B by Anderson Memorial Hospital | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review amended final designation of exhibits by S&R and Brandi Law Firm re amended Exh. B | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review discovery to debtors re California PI claims | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review amended notice of deposition of M. Corn | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' 22nd omnibus objection to claims with attachments | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' motion/objection re claims paid post-petition with attachments | 0.20 | TJT |
| | *Case Administration* - Review Certificate of Counsel re 22nd interim period category summary and review same | 0.10 | TJT |
| | *Case Administration* - Review notice of appearance by State of California Dept. of General Services and forward to paralegal | 0.10 | TJT |
| | *Case Administration* - Review K&E's Jan. Fee Application | 0.30 | TJT |
| | *Case Administration* - Review debtors' objection to Mass. tax claim with attachments | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - Review Libby Claimants' 1st set of interrogatories to debtors | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review four deposition notices by PI/FCR of four reps of debtors | 0.10 | TJT |
| | *Fee Applications, Applicant* - Memo to paralegal re 22nd interim period proposed order | 0.10 | TJT |

| | | | |
|---|---|---:|---|
| **Invoice No. 23392** | **Page 19 of 20** | | May 2, 2007 |
| | *Case Administration* - Several calls to PD claimants' counsel offices re e-mail addresses not available after research of same, continue preparing PD claimants' counsel e-mail list, group fax sheet, service list and service labels | 1.00 | MH |
| Mar-31-07 | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of deposition of F. Perch by S&R claimants | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of deposition of L. Klar by S&R claimants with attachment | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of deposition of G. Spratt by S&R claimants with attachment | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review notice of withdrawal of proof of claim by Pumps Processing | 0.10 | TJT |
| | *Case Administration* - Review five miscellaneous Certificates of No Objection filed by debtor | 0.10 | TJT |
| | *Case Administration* - Review Orrick Jan. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review order granting Sherrill class action settlement | 0.10 | TJT |
| | *Case Administration* - Review memo from law clerk re status of pending 3rd circuit, district, adversary proceedings | 0.10 | TJT |
| | *Case Administration* - Review Casner Edwards Jan . Fee Application | 0.10 | TJT |
| | *Hearings* - Review amended agenda for 4/2/07 hearing | 0.10 | TJT |
| | Totals | **112.10** | |

### DISBURSEMENTS

| | | |
|---|---|---:|
| Mar-02-07 | Cost Advance - Parcel's, Inc. - hand deliveries | 155.00 |
| | Cost Advance - Copying cost  75 @ 0.10 | 7.50 |
| | Cost Advance - Postage | 1.35 |
| | Cost Advance - service supplies | 1.35 |
| Mar-05-07 | Cost Advance - Parcel's, Inc. - copies 257.79; postage 149.31 | 407.10 |
| Mar-06-07 | Cost Advance - Federal Express | 13.61 |
| Mar-07-07 | Cost Advance - TriState Courier & Carriage - hand deliveries | 6.50 |
| | Cost Advance - Veritext - 3/5/07 transcript | 385.00 |
| | Cost Advance - Copying cost  171 @ 0.10 | 17.10 |
| | Cost Advance - Postage | 2.55 |
| | Cost Advance - service supplies | 1.35 |
| Mar-08-07 | Cost Advance - Copying cost  180 @ 0.10 | 18.00 |
| | Cost Advance - Postage  8 @ 0.87 | 6.96 |
| | Cost Advance - service supplies  15 @ 0.45 | 6.75 |
| Mar-09-07 | Cost Advance - Platinum Plus for Business - airfare Pittsburgh Hearing | 148.80 |
| | Cost Advance - Platinum Plus for Business - court call 2/5/07 | 25.00 |
| Mar-12-07 | Cost Advance - Veritext - 3/5/07 transcript - Void | -385.00 |
| Mar-13-07 | Cost Advance - Copying cost  90 @ 0.10 | 9.00 |
| | Cost Advance - Postage  8 @ 0.63 | 5.04 |
| | Cost Advance - service supplies  15 @ 0.45 | 6.75 |

**Invoice No. 23392**  **Page 20 of 20**  May 2, 2007

|  |  |  |
|---|---|---:|
|  | Cost Advance - service supplies  260 @ 0.07 | 18.20 |
|  | Cost Advance - Fax  40 @ 1.00 | 40.00 |
| Mar-16-07 | Cost Advance - Transcribers Ltd - transcript of 3/5/07 hearing | 352.00 |
|  | Cost Advance - Elaine M. Ryan - Transcript of 2/26/07 hearing | 54.78 |
| Mar-20-07 | Cost Advance - Parcel's, Inc. - hand deliveries 2/22/07 | 150.00 |
| Mar-21-07 | Cost Advance - Federal Express | 13.37 |
| Mar-23-07 | Cost Advance - Copying cost  45 @ 0.10 | 4.50 |
|  | Cost Advance - Postage  8 @ 0.63 | 5.04 |
|  | Cost Advance - service supplies  15 @ 0.45 | 6.75 |
| Mar-26-07 | Cost Advance - TriState Courier & Carriage - hand deliveries | 39.00 |
| Mar-27-07 | Cost Advance - J&J Court Transcribers | 53.90 |
|  | Cost Advance - Parcel's, Inc. - hand deliveries | 150.00 |
| Mar-28-07 | Cost Advance - Copying cost 195 @ 0.10 | 19.50 |
|  | Cost Advance - Postage | 1.85 |
|  | Cost Advance - service supplies 18 @ 0.45 | 8.10 |
|  | Cost Advance - Postage  8 @ 0.63 | 5.04 |
| Mar-29-07 | Cost Advance - Parcel's, Inc.- cc78.00; supplies 39.00; Postage 108.23 | 225.23 |
|  | Cost Advance - Parcel's, Inc.- fax | 80.00 |
|  | Cost Advance - Parcel's, Inc.- cc650.00; supplies 101.40; postage 375.50 | 1,126.90 |
|  | Cost Advance - Theodore J. Tacconelli - parking 3/5/07 hearing | 13.00 |
|  | Cost Advance - Theodore J. Tacconelli - mileage reimb. 3/5/07 hearing (64 @ 0.40) | 25.60 |
| Mar-30-07 | Cost Advance - Business Card (court call 2/20/07) | 25.00 |
|  | Cost Advance - Business Card (court call 3/8/07) | 44.50 |
|  | Cost Advance - Business Card (hotel - 238.26; dinner 34.19) | 272.45 |
|  | Totals | $3,574.42 |
|  | **Total Fees & Disbursements** | **$28,260.42** |
|  | **Balance Due Now** | **$28,260.42** |