IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: W.R. GRACE & CO., et al.,[1] | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 |
| Debtors. | ) | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, LISA RUPPANER, hereby certify that on May 1, 2007, I caused a true and correct copy of the attached NOTICE OF DEFECTIVE TRANSFER OF CLAIM RE DOCKET NO 15456 to be served on the following party[ies]:

HINKLE ROOFING PRODUCTS INC
639 FIRST COURT NORTH
BIRMINGHAM AL 35211

SIERRA LIQUIDITY FUND
2699 WHITE RD
STE 255
IRVINE CA 92614

DATED: May 2, 2007
El Segundo, California

_____
LISA RUPPANER

State of California    )
                       ) ss
County of Los Angeles  )

Personally appeared before me on May 2, 2007, Lisa Ruppaner, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.

JAMES H. MYERS
Commission # 1589628
Notary Public - California
Los Angeles County
My Comm. Expires Jul 19, 2009

---

[1] The Debtors consist of the following 62 entities. W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc ), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc ), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc  (f/k/a Grace Cocoa Limited Partners I, Inc ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc , Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc , Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc (f/k/a Dearborn International Holdings, Inc ), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc , Gracoal II, Inc , Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc , Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp  (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc , E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.