**In THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| W.R. GRACE & CO., | : | Case No. 01-01139(JKF) |
|  |  | (Jointly Administered) |
| Debtors, | : |  |

Objections Due By:
July 6, 2007

Hearing Date:
July 23, 2007
2:00 P.M.

AMENDED NOTICE OF MOTION SEEKING AN ORDER TO FILE A LATE PROOF OF
CLAIM

TO:  David M. Bernick, P.C.
     Janet S. Baer, Esquire
     Steven A. Engel, Esquire
     KIRKLAND & ELLIS, LLP
     200 East Randolph Drive
     Chicago, Illinois 60601
      Attorneys for Debtors and
      Debtors in Possession

     Laura Davis Jones, Esquire
     James E. O'Neill, Esquire
     PACHULSKI, STANG, ZIEHL, YOUNG,
       JONES & WEINTRAUB, P.C.

919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware  19899-8705
  Attorneys for Debtors and
  Debtors in Possession

The State of New Jersey, Department of Environmental Protection, has filed a Notice of Motion for an Order allowing it to file a late proof of claim.

You are required to file objections and other responses to the attached Motion with the Bankruptcy Court no later than 4:00 p.m. Eastern Time on July 6, 2007.

At the same time, you must serve a copy of any objection or response to this Motion upon counsel for the movant, Rachel Jeanne Lehr, Deputy Attorney General, R.J. Hughes Justice Complex, 25 Market Street, P.O. Box 093, Trenton, New Jersey 08625-0093.

IN THE EVENT THAT ANY OBJECTION OR RESPONSE IS FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, A HEARING ON THE MOTION WILL BE HELD BEFORE THE HONORABLE JUDITH K. FITZGERALD ON JULY 23, 2007 AT 2:00 P.M. EASTERN TIME AT THE BANKRUPTCY COURT.

IF YOU FAIL TO OBJECT OR RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

STUART RABNER
ATTORNEY GENERAL OF NEW JERSEY


By: /S/ Rachel Jeanne Lehr
    Rachel Jeanne Lehr
    Deputy Attorney General
    Richard J. Hughes Justice Complex
    25 Market Street

PO Box 093
Trenton, New Jersey 08625-0093
Attorney for Defendants
(609) 984-6640

Dated:    May 3, 2007

### CERTIFICATE OF SERVICE

I, Rachel Jeanne Lehr, certify that I am not less than 18 years of age, and that service of this notice of motion and a copy of the motion was made by overnight mail on May 3, 2007 upon the following:

David M. Bernick, P.C.
Janet S. Baer, Esquire
Steven A. Engel, Esquire
KIRKLAND & ELLIS, LLP
200 East Randolph Drive
Chicago, Illinois 60601
 Attorneys for Debtors and
 Debtors in Possession

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
PACHULSKI, STANG, ZIEHL, YOUNG,
  JONES & WEINTRAUB, P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware  19899-8705
  Attorneys for Debtors and
  Debtors in Possession

Anthony J. Marchetta, Esquire
Day Pitney, LLP
Attorneys for Defendants W.R. Grace & Co &
W.R. Grace & Co. - Conn.
200 Campus Drive
Florham Park, New Jersey 07932

Edward F. McTiernan, Esquire
Gibbons, Del Deo, Griffinger & Vecchione, P.C.
Attorneys for Defendant Jay H. Burrill
One Riverfront Plaza
Newark, New Jersey 07102-5496

Thomas C. Frongillo, Esq.
Weil, Gotshal & Manges LLP
100 Federal Street, Floor 34

Boston, Massachusetts   02110


U.S. Trustee
Frank J. Perch III
Office of the U.S. Trustee
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801



        Under penalty of perjury, I declare that the foregoing
is true and correct.



                                    /S/Rachel Jeanne Lehr
                                   Rachel Jeanne Lehr
                                   Deputy Attorney General


Date: May 3, 2007