IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. Grace & Co., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Ref. No. *15057, 15243, 15417* |

*Re 5/2/07*
*ag 15*

### ORDER GRANTING MOTION FOR LEAVE TO FILE LATE RESPONSE

Upon the motion (the "Motion") of certain Libby Claimants (the "LSK claimants") for leave to file their Response to Debtors' Motion Regarding Alleged Noncompliance with X-ray Order (the "Response"); and due and proper notice of the Motion having been given, and cause appearing for the relief sought in the Motion, it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that leave is granted for the LSK claimants to file the Response with the Court.

Dated: *5/3*, 2007
Wilmington, Delaware

*JK Fitzgerald*
The Honorable Judith K. Fitzgerald
United States Bankruptcy Court Judge

393.001-16421

Docket # *15444*
Date *4-30-07*