IN THE UNITED STATES BANKRUTPCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| _____ | ) | |

### AFFIDAVIT OF SERVICE RE: DOCKET NO. 15491

**STATE OF DELAWARE** :
                               : SS.
**NEW CASTLE COUNTY** :

      Kristie L. Dalton, being duly sworn according to law, deposes and says that she is employed by the law firm of Monzack and Monaco, P.A., counsel for The State of Montana and that she caused one copy of the **Order Granting the Motion to Shorten Notice With Respect to State of Montana's Motion for Reconsideration of Court's Opinion and Order Denying Motion of the State of Montana for Relief From the Automatic Stay Entered April 16, 2007** to be served upon the attached Service Lists via facsimile and/or hand delivery and U.S. Regular Mail on May 3, 2007.

                                                     _/s/ Kristie L. Dalton_
                                                     Kristie L. Dalton

SWORN TO AND SUBSCRIBED before me this 3rd day of May, 2007.

                                             _/s/ Heidi Sasso_
                                             Notary Public

                                                           HEIDI E. SASSO
                                                           NOTARY PUBLIC
                                                           STATE OF DELAWARE
                                                My Commission Expires Sept. 12, 2007