IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Related to Docket No. 14907 |
| | | April 13, 2007 Agenda Item No. 1 |

**ORDER DENYING MOTION OF BARON & BUDD, P.C.,
SILBER PEARLMAN, LLP, AND LEBLANC & WADDELL, LLP,
TO EXTEND THE TIME FOR FILING THEIR NOTICE OF APPEAL
WITH RESPECT TO THE CONSULTING EXPERT ORDER[1]**

Before the Court is the motion (the "Motion") of the firms of Baron & Budd, P.C., Silber Pearlman, LLP and LeBlanc & Waddell, LLP (collectively, the "Firms") [Docket No. 14907], made pursuant to Fed. R. Bankr. P. 8002(c)(2), for an extension of time for the filing of their notice of appeal from the "Order on Certain Asbestos Claimants' Firms' Motion to Alter or Amend Supplemental Order Regarding Motions to Compel Claimants to Respond to the W.R. Grace & Co. Asbestos Personal Injury Questionnaire Pursuant to Fed. R. Bankr. P. 9023 and Alternative Request for Entry of a Protective Order" [Docket No. 14763]. The Firms filed their Notice of Appeal contemporaneously with their Motion on or about March 19, 2007, subject to the relief sought in their Motion [Docket No. 14901]. Having reviewed the Motion, together with the supporting declaration and other attachments, responses thereto and after having considered the arguments of counsel, wherefore,

---

[1] The "Supplemental Order Regarding Motions to Compel Claimants to Respond to the W. R. Grace & Co Asbestos Personal Injury Questionnaire" [Docket No. 14150] as amended by the "Order on Certain Asbestos Claimant' Firms' Motion to Alter or Amend Supplemental Order Regarding Motions to Compel Claimants to Respond to the W. R. Grace & Co. Asbestos Personal Injury Questionnaire Pursuant to Fed. R. Bankr. P. 9023, and Alternative Request for Entry of a Protective Order" [Docket No.14763] (collectively, the "Consulting Expert Order")

IT IS HEREBY ORDERED that:

The Motion is DENIED.

~~April~~ ___, 2007
May 2

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge