Hearing Date: Wednesday, May 2, 2007

## In re: W.R. GRACE & CO., et al
## OMNIBUS 20 - EXHIBIT A - CONTINUED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | CENDANT MOBILITY SERVICES CORPORATION<br>ATTN WAYNE RIGIE<br>40 APPLE RIDGE RD<br>DANBURY CT 06810 | 01-01139<br>W.R. GRACE & CO. | 9837 | $270,250.62 | (U) | REDUCE AND ALLOW | CONTINUED TO 5/21/2007 2:00PM |
| 2 | ESTATE OF ROSARIO RAPISARDI<br>C/O JAMES RAPISARDI<br>2251 TOWNSHIP LINE RD<br>LOGAN TWP NJ 08085 | 01-01160<br>GLOUCESTER NEW COMMUNITIES COMPANY, INC. | 15073 | $680,060.44 | (U) | NO LIABILITY EXPUNGE | CONTINUED TO 5/21/2007 2:00PM |
| 3 | GRAU, JAMES AND ANNA<br>C/O RICHARD L FERRELL ESQ<br>425 WALNUT ST STE 1800<br>CINCINNATI OH 45202 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9688 | $800,000.00 | (U) | NO LIABILITY EXPUNGE | CONTINUED TO 5/21/2007 2:00PM |
| 4 | HARY GRAU & SONS INC<br>C/O RICHARD L FERRELL ESQ<br>TAFT STETTINIUS & HOLLISTER LLP<br>425 WALNUT ST STE 1800<br>CINCINNATI OH 45202 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9687 | $800,000.00 | (U) | NO LIABILITY EXPUNGE | CONTINUED TO 5/21/2007 2:00PM |
| 5 | PELETT, WALTER D<br>823 SE 3RD AVE<br>PORTLAND OR 97214 | 01-01139<br>W.R. GRACE & CO. | 2519 | $52,516.76 | (U) | NO LIABILITY EXPUNGE | CONTINUED TO 5/21/2007 2:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured