IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Related to Docket No. 14063 |
| | ) | 5/2/07 Agenda Item 4 |

### ORDER DISALLOWING AND EXPUNGING CERTAIN OF THE CLAIMS OF SEATON INSURANCE COMPANY AND ONEBEACON AMERICA INSURANCE COMPANY

WHEREAS the Debtors, Seaton Insurance Company, and OneBeacon America Insurance Company, have stipulated and agreed that:

(a) claims numbered 15530, 15532-15592 and 15594-15653 shall be disallowed and expunged to the extent provided in the Stipulation attached hereto as Exhibit 1; and

(b) claims numbered 15531 and 15593 shall remain on the claims register as provided in the Stipulation attached hereto as Exhibit 1.

IT IS HEREBY ORDERED.

Date: 5/3, 2007

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

K&E 11634727.2