EXHIBIT A

# WR Grace
## Bankruptcy Form 10
### Index Sheet

SR00000922

Claim Number: 00015531          Receive Date: 02/14/2005

**Multiple Claim Reference**

Claim Number _____
- ☐ MMPOC — Medical Monitoring Claim Form
- ☐ PDPOC — Property Damage
- ☐ NAPO — Non-Asbestos Claim Form
- ☐ Amended

Claim Number _____
- ☐ MMPOC — Medical Monitoring Claim Form
- ☐ PDPOC — Property Damage
- ☐ NAPO — Non-Asbestos Claim Form
- ☐ Amended

**Attorney Information**

Firm Number: 00037          Firm Name: Drinker Biddle & Reath LLP
Attorney Number: 00318      Attorney Name: David P Primack
Zip Code: 19801
Cover Letter Location Number: SR00000922

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| ☐ TBD | ☐ TBD | ☐ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| | ☐ Other Attachments | |
| **Other** | ☐ Non-Standard Form | ☐ Amended per Objection |
| | ☐ Amended | Original Claim #: _____ |
| | ☐ Post-Deadline Postmark Date | |

Box/Batch: WRBF0052/WRBF0205          Document Number: WRBF010244

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|

Case No. 01-1179    Name of Debtor: W.R. Grace & Co.-Conn

Name of Creditor (person or entity to whom debtor owes money or property):

**Seaton Insurance Company**

as successor in interest to (i) Unigard Security Insurance Company (formerly Unigard Mutual Insurance Company), (ii) John Hancock Mutual Life Insurance Company, (iii) John Hancock Property & Casualty Holding Company, and (iv) John Hancock Management Company; and others identified in the Agreements described in paragraph 1 below.

Name and address where notices should be sent.

**David P. Primack**
**Drinker Biddle & Reath LLP**
**1100 N. Market Street, Suite 1000**
**Wilmington, DE 19801-1254**

Telephone Number: 302-467-4221

THIS SPACE IS FOR COURT USE ONLY

Account Number by which creditor identifies debtor: W.R. Grace

Check here if this claim: ☐ replaces or ☐ amends a previously filed claim, dated:

1. **Basis for Claim:** Contractual Indemnity under one or more of the following (or other) Agreements, copies of which will be provided upon reasonable request, subject to the execution of an appropriate Confidentiality Agreement:

    (a) Settlement Agreement, Release and Indemnification/Hold Harmless Agreement, dated July 11, 1996, between W. R. Grace & Co. – Conn, et al., and Unigard Security Insurance Company (formerly Unigard Mutual Insurance Company), et al. (see Section VI, "Indemnification/Hold Harmless Agreement").

    (b) Settlement Agreement, Release and Indemnification/Hold Harmless Agreement, dated May 15, 1995, between W. R. Grace & Co. Conn. et al., and Unigard Security Insurance Company (formerly Unigard Mutual Insurance Company), et al. (see Section V, "Indemnification/Hold Harmless Agreement")

    (c) Settlement Agreement, Release and Indemnification/Hold Harmless Agreement, dated August 6, 1992, between W. R. Grace & Co. – Conn, et al., and Unigard Security Insurance Company (formerly Unigard Mutual Insurance Company), et al. (see Section V, "Indemnification/Hold Harmless Agreement").

2. Date debt was incurred: Prepetition

3. If court judgment, date obtained: N/A

4. Total Amount of Claim at Time Case Filed:    $ <u>Unliquidated</u> + $ <u>Unliquidated</u> + $ _____ = $ <u>Unliquidated</u>
                                                    (Unsecured)         (Secured)         (Priority)        (Total Claim)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

5. **Secured Claim:**
☒ Check this box if claim is secured by collateral (including right of setoff).
    Brief Description of Collateral: Possible rights of setoff against any obligations owed (or alleged to be owed) by Claimant to Debtor.
    Value of Collateral: Unknown

6. **Unsecured Nonpriority Claim:**
☒ Check this box. The claim may exceed the value of the collateral.

7. **Unsecured Priority Claim:**
☐ Check this box if you have an unsecured priority claim
    Amount entitled to priority $_____
    Specify the priority of the claim
    ☐ Wages, salaries, or commissions 11 U.S.C. § 507(a)(3).
    ☐ Contributions to an employee benefit plan 11 U.S.C. § 507(a)(4).
    ☐ Deposits for personal, family, or household use – 11 U.S.C. § 507(a)(6).
    ☐ Alimony, maintenance, or support 11 U.S.C. § 507(a)(7).
    ☐ Taxes or penalties owned to governmental units 11 U.S.C. § 507(a)(8).
    ☐ Other Specify applicable paragraph of 11 U.S.C. § 507(a)___).

8. **Credits:** All payments on this claim have been credited and deducted for the purpose of making this proof of claim.
9. **Supporting Documents:** See the summary set forth in paragraph 1 above. Supporting documents are voluminous
10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. (To the Clerk: Please return date-stamped copy of claim in the enclosed envelope.)

THIS SPACE IS FOR COURT USE ONLY

Date: February 14, 2005    Signature of person authorized to file this claim:
    _____
    David P. Primack – Attorney for Claimant

WR Grace    BF.52.205.10244
**00015531**
SR-922

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

REC'D FEB 14 2005

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re. W R GRACE & CO , et al.
Case No 01-1139-(JKF)-11

## DOCUMENTS APPENDED TO CLAIM

On September 28, 2005, document(s) were appended to the **SEATON INSURANCE COMPANY Claims, Nos. 15530 - 15591** for the following reason(s)

☒ Stipulation/Order

☐ New Supporting Documents

☐ Change of Address

☐ Notice of Withdrawal

☒ Other   Docket Number 9519 Entered on Court Docket 9/27/05

7519

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | Re: Docket # 9482 |
| Debtors. | ) | |

### STIPULATION AND ORDER REGARDING PROOFS OF CLAIM OF SEATON INSURANCE COMPANY (CLAIM NOS. 15530-15591)

This stipulation is entered into this 22nd day of August, 2005, between W. R. Grace & Co and its affiliates (collectively, the "Debtors") and Seaton Insurance Company (the "Claimant")

WHEREAS, on April 2, 2001 (the "Petition Date"), the Debtors commenced their respective reorganizations by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company

WHEREAS, this Court issued its Bar Date Order on April 22, 2002, which established March 31, 2003 as the Bar Date for the filing of certain pre-petition (a) non-asbestos, (b) asbestos property damage and (c) medical monitoring claims

WHEREAS, the Claimant is the successor-in-interest to Unigard Security Insurance Company, formerly known as Unigard Mutual Insurance Company ("Unigard")

WHEREAS, the Debtors listed Unigard on their Schedule G (Executory Contracts and Unexpired Leases) filed on June 8, 2001, but Unigard and Claimant were not provided with actual notice of the commencement of the Debtors' cases nor the Bar Date Order and were not independently aware of the Bar Date Order or the commencement of the Debtors' cases

WHEREAS, on February 14, 2005, the Claimant filed 62 identical claims against the Debtors (Claim Nos 15530-15591), which were for an unliquidated amount and based upon alleged contractual indemnity claims under one or more of the following agreements.[2] (i) Settlement Agreement, Release and Indemnification/Hold Harmless Agreement, dated July 11, 1996, between W R Grace & Co. and Unigard, (ii) Settlement Agreement, Release and Indemnification/Hold Harmless Agreement, dated May 15, 1995, between W R Grace & Co and Unigard, (iii) Settlement Agreement, Release and Indemnification/Hold Harmless Agreement, dated August 6, 1992, between W R Grace & Co and Unigard.

NOW, THEREFORE, for good and valuable consideration, the parties hereby stipulate and agree as follows:

1    Claim Nos 15530-15591 filed by the Claimant shall be deemed timely filed  The Debtors, however, reserve and retain all rights to object to Claim Nos. 15530-15591 on any and

---

[2] Each agreement defines the parties to that particular agreement. For purposes of this Stipulation, the parties are referred to as "W R Grace & Co " and "Unigard" for identification purposes only

2

09/29/2005 09 02 IFAX Fax_Center@dbr com
09/29/2005 00 00 FAX 617 651 8678    RANDALL BORTON    → Fax Center    ☒002/009
                                                                          ☒002

all grounds other than timeliness upon proper notice to the Claimant and consistent with applicable law  The Debtors waive any procedural defects by virtue of Claimant filing Claim Nos. 15530-15591 without filing a corresponding motion for approval of filing late claims.

2.    Each party executing this Stipulation represents that such party has the full authority and legal power to do so  This Stipulation may be executed in counterparts and each such counterpart together with the others shall constitute one and the same instrument. The parties further agree that facsimile signatures hereon shall be deemed to be original signatures. This Stipulation shall be binding upon and inure to the benefit of each of the parties, and upon their respective assignees, successors and/or partners.

3.    The Debtors shall direct Rust Consulting, Inc., to mark the Claims Register to reflect that Claim Nos. 15530-15591 are deemed timely filed as outlined herein.

4.    The Claimant represents that it is not currently aware of any additional pre-petition claims that it has against the Debtors

STIPULATED AND AGREED:

SEATON INSURANCE COMPANY          W. R. GRACE & CO., et al.

By _____        By _Marla A. Ahluwa____
Name: Brian Bendig                Name: _Vice President, General Counsel_
Associate General Counsel               and Secretary
Carvill USA, Inc
Authorized Agent for
Seaton                            APPROVED AND SO ORDERED:

Date: _9/26/05_                   _JK Fitzgerald_____
                                  The Honorable Judith K. Fitzgerald
                                  United States Bankruptcy Judge

3