EXHIBIT B

# WR Grace
## Bankruptcy Form 10
### Index Sheet

SR00000923

Claim Number: 00015593

Receive Date: 02/14/2005

## Multiple Claim Reference

Claim Number: _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

Claim Number: _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

## Attorney Information

Firm Number: 00037    Firm Name: Drinker Biddle & Reath LLP

Attorney Number: 00318    Attorney Name: David P Primack

Zip Code: 19801

Cover Letter Location Number: SR00000923

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| [ ] TBD | [ ] TBD | [ ] Other Attachments |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| | [ ] Other Attachments | |

**Other**

- [ ] Non-Standard Form
- [ ] Amended
- [ ] Post-Deadline Postmark Date
- [ ] Amended per Objection    Original Claim #: _____

Box/Batch: WRBF0052/WRBF0207

Document Number: WRBF010306

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | | PROOF OF CLAIM |
|---|---|---|
| Case No. 01-1179    Name of Debtor: W.R. Grace & Co.-Conn | | |

Name of Creditor (person or entity to whom debtor owes money or property):

**One Beacon America Insurance Company**

as successor in interest to (i) Commercial Union Insurance Company, as successor in interest to Employers' Commercial Union Insurance Company of America and Employers' Commercial Union Insurance Company, and (ii) American Employers' Insurance Company; and others identified in the Agreements described in paragraph 1 below

Name and address where notices should be sent:

David P. Primack
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254

Telephone Number: 302-467-4221

THIS SPACE IS FOR COURT USE ONLY

Account Number by which creditor identifies debtor: **W.R. Grace**

Check here if this claim: ☐ replaces or ☐ amends a previously filed claim, dated.

1. **Basis for Claim:** Contractual Indemnity under one or more of the following (or other) Agreements, copies of which will be provided upon reasonable request, subject to the execution of an appropriate Confidentiality Agreement:

    (a) Settlement Agreement and Release, dated October 7, 1998, between W. R. Grace & Co., a Delaware Corporation, et al., and Commercial Union Insurance Company, et al. (see Section VI, "Indemnification, Hold Harmless and Defense").

    (b) Settlement Agreement and Release, dated December 17, 1996, between W. R. Grace & Co. – Conn., et al., and Commercial Union Insurance Company, et al. (see Section VI, "Indemnification, Hold Harmless and Defense").

    (c) Settlement Agreement, dated May 10, 1993, between W. R. Grace & Co. – Conn., et al., and Commercial Union Insurance Company, et al. (see Section V, "Indemnification").

| 2. Date debt was incurred: Prepetition | 3. If court judgment, date obtained: N/A |
|---|---|

4. Total Amount of Claim at Time Case Filed:   $ **Unliquidated** + $ **Unliquidated** + $ _____ = $ **Unliquidated**
   (Unsecured)      (Secured)      (Priority)      (Total Claim)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

5. **Secured Claim:**

☒ Check this box if claim is secured by collateral (including right of setoff).

Brief Description of Collateral: Possible rights of setoff against any obligations owed (or alleged to be owed) by Claimant to Debtor.

Value of Collateral: Unknown

6. **Unsecured Nonpriority Claim:**

☒ Check this box: The claim may exceed the value of the collateral.

7. **Unsecured Priority Claim:**

☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $ _____
   Specify the priority of the claim:
☐ Wages, salaries, or commissions   11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
☐ Deposits for personal, family, or household use   11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(  ).

8. **Credits:** All payments on this claim have been credited and deducted for the purpose of making this proof of claim.
9. **Supporting Documents:** See the summary set forth in paragraph 1 above. Supporting documents are voluminous.
10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. (To the Clerk: Please return date-stamped copy of claim in the enclosed envelope.)

THIS SPACE IS FOR COURT USE ONLY

Date: February 14, 2005

Signature of person authorized to file this claim:

_David P. Primack – Attorney for Claimant_

WR Grace    BF.52.207.10306
**00015593**
SR=923

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

REC'D FEB 14 2005

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re W.R GRACE & CO., et al.
Case No. 01-1139-(JKF)-11

## DOCUMENTS APPENDED TO CLAIM

On September 28, 2005, document(s) were appended to the **ONEBEACON AMERICA INSURANCE COMPANY Claims, Nos. 15592 - 15653** for the following reason(s)

☒ Stipulation/Order

☐ New Supporting Documents

☐ Change of Address

☐ Notice of Withdrawal

☒ Other   Docket Number 9518 Entered on Court Docket 9/27/05

9518

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | Re: Docket # 9482 |
| Debtors | ) | |

**STIPULATION AND ORDER REGARDING PROOFS OF CLAIM OF ONEBEACON AMERICA INSURANCE COMPANY (CLAIM NOS. 15592-15653)**

This stipulation is entered into this 22nd day of August, 2005, between W. R. Grace & Co. and its affiliates (collectively, the "Debtors") and OneBeacon America Insurance Company (the "Claimant")

WHEREAS, on April 2, 2001 (the "Petition Date"), the Debtors commenced their respective reorganizations by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company

KAE 10604793

WHEREAS, this Court issued its Bar Date Order on April 22, 2002, which established March 31, 2003 as the Bar Date for the filing of certain pre-petition (a) non-asbestos, (b) asbestos property damage and (c) medical monitoring claims

WHEREAS, the Claimant is the successor-in-interest to Commercial Union Insurance Company and American Employers' Insurance Company (collectively, "Commercial Union")

WHEREAS, the Debtors listed Commercial Union on their Schedule G (Executory Contracts and Unexpired Leases) filed on June 8, 2001, but Commercial Union and Claimant were not provided with actual notice of the commencement of the Debtors' cases nor the Bar Date Order and were not independently aware of the Bar Date Order or the commencement of the Debtors' cases

WHEREAS, on February 14, 2005, the Claimant filed 62 identical claims against the Debtors (Claim Nos 15592-15653), which were for an unliquidated amount and based upon alleged contractual indemnity claims under one or more of the following agreements [2] (i) Settlement Agreement and Release, dated October 7, 1998, between W R Grace & Co and Commercial Union, (ii) Settlement Agreement and Release, dated December 17, 1996, between W R Grace & Co and Commercial Union, and (iii) Settlement Agreement, dated May 10, 1993, between W R Grace & Co and Commercial Union.

NOW, THEREFORE, for good and valuable consideration, the parties hereby stipulate and agree as follows:

1    Claim Nos 15592-15653 filed by the Claimant shall be deemed timely filed. The Debtors, however, reserve and retain all rights to object to Claim Nos 15592-15653 on any and all grounds other than timeliness upon proper notice to the Claimant and consistent with

---

[2] Each agreement defines the parties to that particular agreement For purposes of this Stipulation, the parties are referred to as "W R Grace & Co " and "Commercial Union" for identification purposes only

2

```
08/28/2005 08 02 IFAX Fax_Center@dbr com
08/29/2005 09.00 FAX 617 661 9678     RANDALL BOSTON        → Fax Center        ☒003/003
                                                                                ☒003
```

applicable law  The Debtors waive any procedural defects by virtue of Claimant filing Claim Nos. 15592-15653 without filing a corresponding motion for approval of filing late claims

2.  Each party executing this Stipulation represents that such party has the full authority and legal power to do so  This Stipulation may be executed in counterparts and each such counterpart together with the others shall constitute one and the same instrument. The parties further agree that facsimile signatures hereon shall be deemed to be original signatures. This Stipulation shall be binding upon and inure to the benefit of each of the parties, and upon their respective assignees, successors and/or partners.

3.  The Debtors shall direct Rust Consulting, Inc., to mark the Claims Register to reflect that Claim Nos 15592-15653 are deemed timely filed as outlined herein.

4.  The Claimant represents that it is not currently aware of any additional pre-petition claims that it has against the Debtors.

STIPULATED AND AGREED.

ONEBEACON AMERICA INSURANCE COMPANY

W. R. GRACE & CO., et al.

By: _____
Name: Brian Bendig
Associate General Counsel
Resolute USA, Inc.
Authorized Agent for
OneBeacon

Date: 9/26/05

By: Mark A. Shelnitz
Name: Vice President, General Counsel
  and Secretary

APPROVED AND SO ORDERED:

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

3