IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Re: Docket No. 14680** |
| | ) | **5/2/07 Agenda Item No. 4** |

## SECOND ORDER REGARDING RELIEF SOUGHT IN DEBTORS' TWENTY-FIRST OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)

Upon the Twenty-First Omnibus Objection to Claims (Substantive) (the "Twenty-First Omnibus Objection") filed by the above captioned debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order expunging and disallowing certain claims; and no previous application having been made, and upon consideration of the matters set forth herein; and due and proper notice of the Twenty-First Omnibus Objection having been given, it is hereby

ORDERED that, the Objection to claims 15376 - 15436 and 15439 filed by Maryland Casualty Company is withdrawn without prejudice to the Debtors' rights to object to such claims in the future on any grounds; and it is further

ORDERED that, this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: May 2, 2007

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

DOCS_DE:127063.1