# EXHIBIT A

Hearing Date: Wednesday, May 02, 2007

In re: W.R. GRACE & CO., et al
OMNIBUS 22 - EXHIBIT A - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | GALLET DREYER & BERKEY LLP<br>C/O DAVID L BERKEY ESQ<br>GALLET DREYER & BERKEY LLP<br>845 THIRD AVENUE<br>NEW YORK NY 10022 | 01-01139<br>W.R. GRACE & CO. | 35 | $17,851.69 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 2 | GENERAL ELECTRIC CAPITAL BUSINESS ASSET<br>C/O CONRAD K CHIU ESQ<br>PITNEY HARDIN KIPP & SZUCH LLP<br>685 THIRD AVE<br>NEW YORK NY 10017 | 01-01139<br>W.R. GRACE & CO. | 4071 | $3,151.38 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 3 | HEARTHSIDE RESIDENTIAL CORP<br>C/O ALLAN HICKOWITZ ESQ<br>NOSSAMAN GUTHNER KNOX & ELLIOTT LLP<br>445 S FIGUEROA ST, 31ST FLR<br>LOS ANGELES CA 90071 | 01-01180<br>W.R. GRACE LAND CORPORATION | 7035 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 4 | MICHIGAN DEPT OF TREASURY REVENUE DIV<br>PO BOX 30456<br>LANSING MI 48909-7955 | 01-01140<br>W.R. GRACE & CO.-CONN. | 17607 | $3,553.55 | (A) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 5 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | 01-01139<br>W.R. GRACE & CO. | 17757 | $50.00 | (A) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 6 | OCCIDENTAL PERMIAN LTD FKA ALTURA ENERGY LTD<br>C/O JOHN W HAVINS<br>1001 MCKINNEY, SUITE 500<br>HOUSTON TX 77002 | 01-01140<br>W.R. GRACE & CO.-CONN. | 7018 | $318,984.73 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 7 | PALEY ROTHMAN ET AL<br>ATTN: ROBERT MACLAY & KAREN MOORE<br>4800 HAMPDEN LANE 7TH FLOOR<br>BETHESDA MD 20814 | 01-01140<br>W.R. GRACE & CO.-CONN. | 95 | $888.41 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 8 | RYDER SHARED SERVICES CENTER<br>M/S2868<br>6000 WINDWARD PKWY<br>ALPHARETTA GA 30005 | 01-01139<br>W.R. GRACE & CO. | 115 | $29,475.11 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

5/1/2007 12:05:13 PM

In re: W.R. GRACE & CO., et al
OMNIBUS 22 - EXHIBIT A - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 9 | SIGNAL LANDMARK<br>C/O ALLAN H ICKOWITZ ESQ<br>NOSSAMAN GUTHNER KNOX & ELLIOTT LLP<br>445 S FIGUEROA ST, 31ST FLR<br>LOS ANGELES CA 90071 | 01-01180<br>W.R. GRACE LAND CORPORATION | 7034 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

Page 2 of 2

5/1/2007 12:05:14 PM