# EXHIBIT B

Hearing Date: Wednesday, May 02, 2007

In re: W.R. GRACE & CO., et al

OMNIBUS 22 - EXHIBIT B - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | AMERICAN 1ST CU<br>C/O CORY W THOMPSON<br>BOX 446<br>HUNTSVILLE UT 84317 | 01-01140<br>W.R. GRACE & CO.-CONN. | 2446 | $4,000.00 | (S) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | SUSTAINED |
| 2 | GENERAL ELECTRIC CAPITAL BUSINESS ASSET<br>C/O CONRAD K CHIU ESQ<br>PITNEY HARDIN KIPP & SZUCH LLP<br>685 THIRD AVE<br>NEW YORK NY 10017 | 01-01139<br>W.R. GRACE & CO. | 4071 | $3,151.38 | (U) | INSUFFICIENT DOCUMENTATION<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority          (U) - Unsecured

Page 1 of 1

5/1/2007 12:05:49 PM