# EXHIBIT C

Hearing Date: Wednesday, May 02, 2007

## In re: W.R. GRACE & CO., et al
### OMNIBUS 22 - EXHIBIT C - SUSTAINED - REDUCE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CATERPILLAR FINANCIAL SERVICES<br>LEGAL DEPT<br>2120 WEST END AVE<br>NASHVILLE TN 37203 | 01-01139<br>W.R. GRACE & CO. | 53 | $650,489.45 | (S) | REDUCE | $650.31 | (S) | SUSTAINED |
| 2 | CONTRARIAN CAPITAL TRADE<br>ASSIGNEE OF AT&T<br>411 W PUTNAM AVE STE 225<br>ATTN ALPA JIMENEZ<br>GREENWICH CT 06830 | 01-01139<br>W.R. GRACE & CO. | 15444 | $903,636.85 | (U) | REDUCE | $371,542.05 | (U) | SUSTAINED |
| 3 | COOK COUNTY TREASURER<br>LAW DEPT<br>118 N CLARK ST ROOM 212<br>CHICAGO IL 60602 | 01-01139<br>W.R. GRACE & CO. | 707 | $455,006.45 | (S) | REDUCE | $308,656.77 | (S) | SUSTAINED |
| 4 | SPARTANBURG COUNTY TAX<br>ATTN JEAN R JAMESON<br>PO BOX 3060<br>SPARTANBURG SC 29304 | 01-01139<br>W.R. GRACE & CO. | 15438 | $5,074.88 | (S) | REDUCE | $4,152.07 | (S) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative     (S) - Secured
(P) - Priority     (U) - Unsecured