# EXHIBIT D

Hearing Date: Wednesday, May 02, 2007

In re: W.R. GRACE & CO., et al

OMNIBUS 22 - EXHIBIT D - SUSTAINED - REDUCE/RECLASSIFY

| Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|
| 1 IOS CAPITAL<br>BANKRUPTCY ADMIN<br>PO BOX 13708<br>MACON GA 31208-3708 | 01-01139<br>W.R. GRACE & CO. | 7 | $47,234.27 (A)<br>$402.50 (U) | RECLASSIFY, REDUCE & ALLOW | $0.00<br>$2,605.13 | (A)<br>(U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority            (U) - Unsecured

Page 1 of 1

5/1/2007 12:08:10 PM