# EXHIBIT E

Hearing Date: Wednesday, May 02, 2007

## In re: W.R. GRACE & CO., et al
## OMNIBUS 22 - EXHIBIT E - SUSTAINED - RECLASSIFY

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|
| 1 | AMERICAN 1ST CU<br>C/O CORY W THOMPSON<br>BOX 446<br>HUNTSVILLE UT 84317 | 01-01140<br>W.R. GRACE & CO.-CONN. | 2446 | $4,000.00 (S) | RECLASSIFY | N/A | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured