# EXHIBIT F

Hearing Date: Wednesday, May 2, 2007

In re: W.R. GRACE & CO., et al
OMNIBUS 22 - EXHIBIT F - CONTINUED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | 01-01140<br>W.R. GRACE & CO.-CONN. | 17769 | $24,021.84 | (A) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 5/21/2007 2:00PM |
| 2 | STATE OF GEORGIA<br>DEPARTMENT OF REVENUE<br>P.O. BOX 161108<br>ATLANTA GA 30321<br>USA | 01-01140<br>W.R. GRACE & CO.-CONN. | 17048 | $65,198.00<br>$10,489.00 | (P)<br>(U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 5/21/2007 2:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

Page 1 of 1

5/1/2007 2:24:04 PM