UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELEWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) |  |
| W.R. GRACE & CO., et al., ) | Case No. 01-1139 (JKF) |
| ) |  |
| Debtors. ) |  |
| ) |  |
| ) |  |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR
TERMINATION OF CM/ECF NOTICES**

    Now comes the undersigned counsel, Lisa M. Golden of Jaspan Schlesinger Hoffman LLP, requesting withdrawal of her appearance in this case and termination of the delivery of CM/ECF notices to this office.


Dated: May 3, 2007

/s/ Lisa M. Golden
Lisa M. Golden (lg2148)
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, New York 11530
(516) 748-8000 Tel No.
(516) 393-8282 Fax No.