IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## NOTICE OF HEARING SCHEDULED FOR MAY 8, 2007 AT 9:00 A.M.

**PLEASE TAKE NOTICE** that the Court has directed that a hearing be held on **May 8, 2007 at 9:00 a.m. in Pittsburgh, Pennsylvania** regarding the matters listed on the agenda attached hereto as Exhibit A. All parties that wish to be heard on any matters listed on the attached agenda should participate in the hearing.

**PLEASE TAKE FURTHER NOTICE** that parties wishing to participate in the hearing by telephone must make arrangements through Courtcall by telephone (866-582-6878) or facsimile (866-533-2946) no later than noon on Friday, May 4, 2007 and otherwise comply with the *Amended Order Establishing Case Management Procedures and Hearing Schedule* (Docket No. 7709).

DOCS_DE:127152.1

Dated: May 3, 2007

KIRKLAND & ELLIS LLP
David M. Bernick
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
Telephone:     (312) 861-2000
Facsimile:     (312) 861-2200

REED SMITH LLP
James J. Restivo, Jr.
Lawrence E. Flatley
Douglas E. Cameron
Traci S. Rea
435 Sixth Avenue
Pittsburgh, PA  15219
Telephone:     (412) 288-3131
Facsimile:     (412) 288-3063

and

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE  19899-8705
Telephone:     (302) 652-4100
Facsimile:     (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession