IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MAY 8, 2007, AT 9:00 A.M. BEFORE THE
HONORABLE JUDITH K. FITZGERALD AT THE UNITED STATES
BANKRUPTCY COURT, IN PITTSBURGH, PENNSYLVANIA**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST MAKE
ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR
FACSIMILE (866-533-2946), NO LATER THAN NOON ON FRIDAY, MAY 4, 2007 AND
OTHERWISE COMPLY WITH THE *AMENDED ORDER ESTABLISHING CASE
MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [DOCKET NO. 7709]**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:127106.2

**MATTERS RELATING TO ASBESTOS PI CLAIMS**

1. Debtors' Motion to Compel Compliance with Supplemental Order Regarding Motions to Compel Claimants to Respond to the W. R. Grace & Co. Asbestos Personal Injury Questionnaire [Filed: 3/21/07] (Docket No. 14929)

   Related Documents:

   a. [Proposed] Order Granting Motion to Compel Compliance with Supplemental Order Regarding Motions to Compel Claimants to Respond to the W. R. Grace & Co. Asbestos Personal Injury Questionnaire [Filed: 3/21/07] (Docket No. 14929)

   b. Amended Notice of Debtors' Motion to Compel Compliance with Supplemental Order Regarding Motions to Compel Claimants to Respond to the W. R. Grace & Co. Asbestos Personal Injury Questionnaire [Filed: 3/27/07] (Docket No. 14991)

   c. Certification of Counsel Regarding Interrogatories and Affidavit of Compliance on Debtors' Motion to Compel Compliance with the Consulting Order [Filed: 5/1/07] (Docket No. 15468)

      (i) Debtors' First Set of Interrogatories to Certain Asbestos Personal Injury Pre-Petition Litigation Claimants' Law Firms [Filed: 5/1/07] (Docket No. 15468, Exhibit A)

      (ii) Affidavit of Compliance [Filed: 5/1/07] (Docket No. 15468, Exhibit B)

      (iii) [Proposed] Order Regarding Debtors' Motion to Compel Compliance with the Consulting Expert Order and Approving Interrogatories [Filed: 5/1/07] (Docket No. 15468)

   Response Deadline: April 6, 2007, at 5:00 p.m.

   Responses Received:

   a. Memorandum of the MMWR Firms in Opposition to Debtors' Motion to Compel Compliance with the Court's Supplemental Order of December 22, 2006 [Filed: 4/5/07] (Docket No. 15103)

      (i) [Proposed] Order Denying Debtors' Motion to Compel the MMWR Firms' Compliance with Supplemental Order Regarding Motions to Compel Claimants to Respond to the W. R. Grace Asbestos Personal Injury Questionnaire [Filed: 4/5/07] (Docket No. 15103)

   b. Memorandum of Claimants Represented By Cooney & Conway Law Firm in Opposition to Debtor's Motion to Compel [Filed: 4/6/07] (Docket No. 15104)

    c.    Motley Rice LLC's Combined Motion to Strike and Opposition to Debtor's Motion to Compel Compliance with Supplemental Order Regarding Motions to Compel Claimants to Respond to the W. R. Grace & Co. Asbestos Personal Injury Questionnaire [Filed: 4/6/07] (Docket No. 15107)

        (i)    [Signed] Order Striking Motion Filed at Docket No. 15107 [Filed: 4/17/07] (Docket No. 15214)

    d.    Response of Firms Represented By Stutzman, Bromberg, Esserman & Plifka in Opposition to Grace's Motion to Compel Compliance with Supplemental Order Regarding Motions to Compel Claimants to Respond to the W. R. Grace & Co. Asbestos Personal Injury Questionnaire [Filed: 4/6/07] (Docket No. 15108)

    e.    Objection of the Official Committee of Asbestos Personal Injury Claimants to Debtors' Motion to Compel Compliance with Supplemental Order Regarding Experts [Filed: 4/6/07] (Docket No. 15109)

<u>Status:</u> This matter will go forward.

2.    Status on Asbestos Personal Injury Case Management Scheduling

<u>Status:</u> This matter will go forward.

3.    Issue Regarding Form of Order Denying Baron and Budd et al., Motion to Stay Compliance

<u>Related Documents:</u>

    a.    Certification of Counsel Regarding Order Denying the Baron & Budd, P.C., Leblanc Waddell, LLP and Silber Pearlman, LLP, Request to Stay Compliance with the Consulting Expert Order Pending Appeal [Filed: 5/1/07] (Docket No. 15465)

        (i)    [Debtors' Order] [Proposed] Order Denying Baron & Budd, P.C., Leblanc Waddell, LLP and Silber Pearlman, LLP, Request to Stay Compliance with the Consulting Expert Order Pending Appeal [Filed: 5/1/07] (Docket No. 15465)

        (ii)    [Movants' Order] [Proposed] Order Denying Baron & Budd, P.C., Leblanc Waddell, LLP and Silber Pearlman, LLP, Request to Stay Compliance with the Consulting Expert Order Pending Appeal [Filed: 5/1/07] (Docket No. 15465)

        (iii)    [Blackline] Order Denying Baron & Budd, P.C., Leblanc Waddell, LLP and Silber Pearlman, LLP, Request to Stay Compliance with the Consulting Expert Order Pending Appeal [Filed: 5/1/07] (Docket No. 15465)

<u>Status:</u> This matter will go forward regarding the dispute on the form of order.

Dated: May 3, 2007

KIRKLAND & ELLIS LLP
David M. Bernick P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and-

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

/s/ Timothy P. Cairns
Laura Davis Jones (Bar No. 2436)
James E. O'Neill, III (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession