IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Timothy P. Cairns, hereby certify that on the 3rd day of May, 2007, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 8, 2007, AT 9:00 A.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD AT THE UNITED STATES BANKRUPTCY COURT, IN PITTSBURGH, PENNSYLVANIA**

_____
Timothy P. Cairns (Bar No. 4228)

91100-001\DOCS_DE:125703.40

Grace Agenda Notice Service List for
5/8/07 Hearing
Case No. 01-1139 (JKF)
May 3, 2007
Document # 127108
**56 - Facsimiles**

*Facsimile 302-426-9947*
Mark T. Hurford, Esquire
Marla Rosoff Eskin, Esquire
Matthew G. Zaleski, III, Esquire
(Counsel for Asbestos Personal Injury Claimants)
(Special Request)

*Facsimile 302-658-3989*
William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Donna L. Culver, Esquire
(Counsel for National Medical Care, Inc. and The Scotts Company)
(Special Request)

*Facsimile 302-658-6548*
Mark D. Collins, Esquire
(Counsel for The Chase Manhattan Bank)
(Special Request)

*Facsimile 302-658-0380*
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Marc J. Phillips, Esquire
(Counsel for Maryland Casualty Company)
(Special Request)

*Facsimile 302-656-2769*
Francis A. Monaco, Jr., Esquire
(Counsel for Ingersoll-Rand Fluid Products, State of Montana and Keri Evans and Her Majesty the Queen in Right of Canada)
(Special Request)

*Facsimile 302-575-1714*
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
(Counsel for Property Damage Claimants)
(Special Request)

*Facsimile 302-651-3001*
Mark S. Chehi, Esquire
(Counsel for Sealed Air Corporation)
(Special Request)

*Facsimile 214-722-0081*
Warren H. Smith, Esquire
(Fee Auditor)
(Special Request)

*Facsimile 302-658-6395*
Steven M. Yoder, Esquire
(Local Counsel to DIP Lender)
(Special Request)

*Facsimile 302-573-6497*
David Klauder, Esquire
(United States Trustee)
(Special Request)

*Facsimile 416-216-3930*
Derrick Tay, Esquire
(Canadian counsel for Debtor)
(Special Request)

*Facsimile 410-531-4545*
Mark Shelnitz
(W. R. Grace & Co.)
(Special Request)

*Facsimile 302-652-5338*
William Sparks, Esquire
(Counsel to W. R. Grace & Co.)
(Special Request)

*Facsimile 212-644-6755*
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
(Official Committee of Personal Injury Claimants)
(Special Request)

*Facsimile 212-806-6006*
Lewis Kruger, Esquire
(Official Committee of Unsecured Creditors)
(Special Request)

*Facsimile 305-374-7593*
Scott L. Baena, Esquire
(Official Committee of Property Damage Claimants)
(Special Request)

*Facsimile 212-715-8000*
Philip Bentley, Esquire
(Counsel for Equity Committee)
(Special Request)

*Facsimile 312-993-9767*
J. Douglas Bacon, Esquire
(Counsel to DIP Lender)
(Special Request)

*Facsimile 843-216-9410*
Nancy Worth Davis, Esquire
(Counsel to Asbestos Claimants)
(Special Request)

*Facsimile 610-371-7390*
Joseph Grey, Esquire
(Special Request)

*Facsimile 302-657-4901*
Michael R. Lastowski, Esquire
(Counsel to Official Committee of Unsecured Creditors)
(Special Request)

*Facsimile 302-777-5863*
Mary M. Maloney-Huss, Esquire
(Counsel for General Electric Company)
(Special Request)

*Facsimile 302-652-8405*
Selinda A. Melnik, Esquire
(Counsel for Gamma Holding NV)
(Special Request)

*Facsimile 302-658-1192*
Laurie Selber Silverstein, Esquire
(Counsel for Norfolk Southern Corp.)
(Special Request)

*Facsimile 302-654-0245*
Curtis Crowther, Esquire
(Counsel for Century Indemnity Company)
(Special Request)

*Facsimile 212-583-5707*
David Blechman
Blackstone Group
(Financial Advisor to Debtor)
(Special Request)

*Facsimile 610-371-7390*
John D. Demmy, Esquire
(Counsel for First Union Leasing)
(Special Request)

*Facsimile 610-371-7390*
Thomas G. Whalen, Esquire
(Counsel for Mark Hankin and HanMar Associates)
(Special Request)

*Facsimile 302-428-3996*
William D. Sullivan, Esquire
(Counsel for Zonolite Attic Litigation Plaintiffs, Medical Monitoring Claimants and Solow)
(Special Request)

*Facsimile 302-472-8135*
Francis J. Murphy, Esquire
John S. Spadaro, Esquire
Chase T. Brockstedt, Esquire
(Counsel for Certain Underwriters of Lloyd's of London)
(Special Request)

*Facsimile 973-424-2001*
William S. Katchen, Esquire
(Special Request)

*Facsimile 302-577-8656*
Allison E. Reardon, Esquire
(Counsel for the Delaware Division of Revenue)
(Special Request)

*Facsimile 302-658-3989*
Robert J. Dehney, Esquire
Michael G. Busenkell, Esquire
(Counsel for Travelers Casualty and Surety Company)
(Special Request)

*Facsimile 302-428-8195*
Teresa K.D. Currier, Esquire
(Equity Committee Counsel)
(Special Request)

*Facsimile 302-656-2769*
Rachel B. Mersky, Esquire
(Counsel for Union Tank Car Company)
(Special Request)

*Facsimile 302-429-8600*
Megan N. Harper, Esquire
(Counsel for Royal Insurance)
(Special Request)

*Facsimile 202-429-3301*
Peter Van N. Lockwood, Esquire
Albert G. Lauber, Esquire
Nathan D. Finch, Esquire
Max C. Heerman, Esquire
(Counsel for Asbestos Personal Injury Claimants)
(Special Request)

*Facsimile 509-747-2323*
Darrell W. Scott, Esquire
(Special Counsel for ZAI Claimants)
(Special Request)

*Facsimile 412-288-3063*
James J. Restivo, Jr., Esquire
Lawrence E. Flatley, Esquire
Douglas E. Cameron, Esquire
James W. Bentz, Esquire
Andrew Muha, Esquire
(Special Counsel to the Debtors for ZAI)
(Special Request)

*Facsimile 843-216-6509*
Edward J. Westbrook, Esquire
Robert M. Turkewitz, Esquire
(Counsel for ZAI Claimants and Solow)
(Special Request)

*Facsimile 302-655-4210*
John C. Phillips, Jr., Esquire
(Counsel to David T. Austern as Future Claimants' Representative)
(Special Request)

*Facsimile 202-339-8500*
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Matthew W. Cheney, Esquire
(Counsel to David T. Austern as Future Claimants' Representative)
(Special Request)

*Facsimile 302-467-4554*
James S. Yoder, Esquire
(Counsel for Allstate Insurance Company, Solely as Successor-in-Interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company)
(Special Request)

*Facsimile 302-658-6537*
Brian L. Kasprzak, Esquire
(Counsel to Everest Reinsurance Company f/k/a Prudential Reinsurance Company and Mt. McKinley Insurance Company f/k/a Gibraltar Insurance Company)
(Special Request)

*Facsimile 302-652-1111*
Brian A. Sullivan, Esquire
Amy D. Brown, Esquire
(Counsel for Peters, Smith & Company)
(Special Request)

*Facsimile 302-573-6220*
Ellen W. Slights, Esquire
(United States Attorney)

*Facsimile 214-969-4999*
Sander L. Esserman, Esquire
Van J. Hooker, Esquire
David A. Klingler, Esquire
David J. Parsons, Esquire
(Counsel for Various Firms Representing Asbestos Claimants, Reaud, Morgan & Quinn, Inc and Environmental Litigation Group, P.C.)

*Facsimile 302-656-7599*
Daniel K. Hogan, Esquire
(Counsel for Various Firms Representing Asbestos Claimants)

*Facsimile 302-467-4450*
Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
(Counsel for the Libby Claimants)

*Facsimile 617-951-0679*
Daniel C. Cohn, Esquire
Christopher M. Candon, Esquire
Nathan R. Soucy, Esquire
(Counsel for the Libby Claimants)

*Facsimile 503-227-3870*
Kevin O'Connell, Esquire
Hagen O'Connell LLP
(Counsel for Claimant Walter D. Pelett)

*Facsimile 302-504-7820*
Noel C. Burnham, Esquire
Natalie D. Ramsey, Esquire
Leonard A. Busby, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
(Counsel for MMWR Firms, including Waters & Kraus)

*Facsimile 312-236-3029*
Kathy Byrne, Esquire
Cooney & Conway
(Counsel for Various Claimants)

*Facsimile 843-216-9440*
John E. Herrick, Esquire
Motley Rice LLC
(Counsel for Various Asbestos Personal Injury Claimants)

*Facsimile 412-471-8308*
Mark C. Meyer, Esquire
Goldberg, Persky & White, P.C.
(Counsel for Various Firms Representing Asbestos Claimants)

*Facsimile 617-720-2445*
Garrett J. Bradley, Esquire
Thornton & Naumes, LLP
(Counsel for Claimants)

W. R. Grace Core Group Email Service List
Case No. 01-1139 (JKF)
Document Number: 126613
18 – Electronic Delivery

(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

*Electronic Delivery*
*mlastowski@duanemorris.com*
*rriley@duanemorris.com*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Richard W. Riley, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

*Electronic Delivery*
*syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

*Electronic Delivery*
*meskin@del.camlev.com*
*mhurford@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Mark T. Hurford
Campbell & Levine
800 North King Street, Suite 300
Wilmington, DE 19801

*Electronic Delivery*
*Collins@RLF.com*
(Counsel for The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Electronic Delivery*
*mjoseph@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

*Electronic Delivery*
*David.Klauder@usdoj.go*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Electronic Delivery*
*currier@klettrooney.com*
(Equity Committee Counsel)
Teresa K. D. Currier
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

*Electronic Delivery*
*jbaer@kirkland.com*
*dbernick@kirkland.com*
(Counsel to Debtor)
David B. Bernick, P.C.
Janet Baer, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

*Electronic Delivery*
*mark.shelnitz@grace.com*
(W. R. Grace & Co.)
Mark Shelniz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*Electronic Delivery*
*lkruger@stroock.com*
*kpasquale@stroock.com*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

*Electronic Delivery*
*ei@capdale.com*
*rct@capdale.com*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

*Electronic Delivery*
*sbaena@bilzin.com*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131

*Electronic Delivery*
*pbentley@kramerlevin.com*
*tmayer@kramerlevin.com*
(Equity Committee Counsel)
Philip Bentley, Esquire
Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*Electronic Delivery*
*pvnl@capdale.com*
*ndf@capdale.com*
*trs@capdale.com*
*jwd@capdale.com*
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

*Electronic Delivery*
*WSKatchen@duanemorris.com*
(Counsel to Official Committee of Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street
Suite 1200
Newark, NJ 07102-3889

*Electronic Delivery*
<u>carol.hennessey@lw.com</u>
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

*Electronic Delivery*
<u>rfrankel@orrick.com</u>
<u>rwyron@orrick.com</u>
<u>mcheney@orrick.com</u>
(Counsel to David T. Austern, Future Claimant's Representative)
Roger Frankel
Richard H. Wyron
Matthew W. Cheney
Orrick Herrington & Sutcliffe LLP
3050 K Street, NW
Washington, DC 20007

*Electronic Delivery*
<u>jcp@pgslaw.com</u>
(Counsel to David T. Austern, Future Claimant's Representative)
Phillips, Goldman & Spence, P.A.
John C. Phillips, Jr.
1200 North Broom Street
Wilmington, DE 19806

The following parties are being served VIA ELECTRONIC MAIL (E-Mail)

Kathleen Campbell Davis, Esquire
kcampbell@camlev.com
Marla R. Eskin, Esquire
meskin@camlev.com
Mark T. Hurford, Esquire
mth@camlev.com
Campbell & Levine, LLC
(Counsel for the Official Committee of Asbestos Personal-Injury Claimants)

Peter Van Lockwood, Esquire
pvnl@capdale.com;
Jeffrey A. Liesemer
jal@capdale.com
Caplin & Drysdale, Chartered
(Official Committee of Personal Injury Claimants)

Natalie D. Ramsey, Esquire
nramsey@mmwr.com
Montgomery, McCracken, Walker & Rhoads, LLP
(Counsel for Grace Certain Cancer Claimants)

Sander L. Esserman, Esquire
esserman@sbep-law.com
Robert T. Brousseau, Esquire
brousseau@sbep-law.com
Van J. Hooker, Esquire
hooker@sbep-law.com
Stutzman Bromberg, Esserman & Plifka PC
(Counsel for Reaud, Morgan & Quinn, Inc.
and Environmental Litigation Group, PC)

Roger Frankel
rfrankel@orrick.com
Richard H. Wyron
rwryon@orrick.com;
(Counsel to David Austern, the Future
Claimants' Representative)

W.R. Grace & Co.  Motion to Compel
Electronic Service List
Case No. 01-1139
Document No. 126045
26 – Electronic Delivery

*Electronic Delivery*
nramsey@mmwr.com
Natalie D. Ramsey, Esquire
Montgomery McCracken Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109

*Electronic Delivery*
skazan@kazanlaw.com
Steven Kazan, Esquire
Kazan, McClain, Abrams, Fernandez, Lyons,
Farrise & Greenwood, A Professional Law Corporation
171 Twelfth Streeet, 3rd Floor
Oakland, CA 94607

*Electronic Delivery*
ron@hsslaw.net
Ronald Shingler, Esquire
Hobin, Shingler & Simon, LLP
1011 A. Street
Antioch, CA 94509

*Electronic Delivery*
pharley@phhlaw.com
Philip A. Harley, Esquire
Paul, Hanley & Harley LLP
1608 Fourth Street, Suite 300
Berkley, CA 94710

*Electronic Delivery*
bkenney@elslaw.com
Brian Kenney, Esquire
Early Ludwick & Sweeney, LLC
One Century Tower, 11th Floor
265 Church Street
PO Box 1866
New Haven, CT 06508

*Electronic Delivery*
stigerman@htlaw.info
Stephen M. Tigerman, Esquire
Harowitz & Tigerman LLP
450 Sansome, 3rd Floor
San Francisco, CA 94111

*Electronic Delivery*
d.rosen@rkmlaw.net
David A. Rosen, Esquire
Rose, Klein & Marias LLP
801 South Grand Avenue, 18th Floor
Los Angeles, CA 90017

*Electronic Delivery*
esserman@sbep-law.com
Sander L. Esserman, Esquire
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, TX 75201

*Electronic Delivery*
aluxenberg@weitzlux.com
Arthur Luxenberg, Esquire
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, NY 10038

*Electronic Delivery*
nduncan@baronbudd.com
Natalie F. Duncan, Esquire
Baron & Budd
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

*Electronic Delivery*
swert@fostersear.com
Scott Wert, Esquire
Foster & Sear
524 East Lamar Blvd., Suite 200
Arlington, TX 76011

*Electronic Delivery*
pmatheny@lawpga.com
Paul M. Matheny, Esquire
The Law Offices of Peter G. Angelos
One Charles Center
100 N. Charles Street
Baltimore, MD 21201

*Electronic Delivery*
leblanc@leblancwaddell.com
J. Burton LeBlanc, IV, Esquire
LeBlanc & Waddell
6955 Perkins Road, Suite 100
Baton Rouge, LA 70808

*Electronic Delivery*
cmoore@provostumphrey.com
Colin D. Moore, Esquire
Provost Umphrey
490 Park Street
PO Box 4905
Beaumont, TX 77704

*Electronic Delivery*
cportner@rmqlawfirm.com
Chris Portner, Esquire
Reaud, Morgan & Quinn
801 Laurel Street
PO Box 26005
Beaumont, TX 77720

*Electronic Delivery*
mikeh@splaw.com
Michael J. Hanners, Esquire
Silber Pearlman, LLP
3102 Oak Lawn Avenue, 5th Floor, LB 32
Dallas, TX 75219

*Electronic Delivery*
rshuttlesworth@williamsbailey.com
Robert e. Shuttlesworth, Esquire
Williams Bailey
8441 Gulf Freeway, Suite 600
Houston, TX 77017

*Electronic Delivery*
Kelly@alwynluckey.com
alwyn@alwynluckey.com
Alwyn H. Luckey, Esquire
The Law Offices of Alwyn H. Luckey
PO Box 724
2016 Blenville Blvd.
Ocean Springs, MS 29564

*Electronic Delivery*
mlscott@cableone.net
Scott O. Nelson, Esquire
Maples & Lomax, P.A.
2502 Market Street
PO Box 1368
Pascagoula, MS 39568

*Electronic Delivery*
Edward.moody@sbcglobal.net
Linda.ring@sbcglobal.net
Edward O. Moody, Esquire
Edward O. Moody, P.A.
801 West Fourth Street
Fourth & State
Little Rock, AK 72201

*Electronic Delivery*
jbaden@motleyrice.com
John A. Baden IV, Esquire
Motley Rice
28 Bridgeside Blvd.
PO Box 1792
Mt. Pleasant, SC 29465

*Electronic Delivery*
mth@camlev.com
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

*Electronic Delivery*
kbyrne@cooneyconway.com
Kathy Byrne, Esquire
Cooney & Conway
120 North LaSalle Street, 30th Floor
Chicago, IL 60602

*Electronic Delivery*
dkhogan@dkhogan.com
Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

*Electronic Delivery*
twilson@kelley-ferraro.com
Thomas M. Wilson, Esquire
Kelley & Ferraro LLP
2200 Key Tower
127 Public Square
Cleveland, OH 44114

djagolinzer@ferrarolaw.com
David A. Jagolinzer, Esquire
The Ferraro Law Firm
4000 Ponce de Leon Blvd., Suite 700
Miami, FL 33146

The following parties are being served VIA ELECTRONIC MAIL (E-Mail)

Kathleen Campbell Davis, Esquire
kcampbell@camlev.com
Marla R. Eskin, Esquire
meskin@camlev.com
Mark T. Hurford, Esquire
mth@camlev.com
Campbell & Levine, LLC
(Counsel for the Official Committee of Asbestos Personal-Injury Claimants)

Peter Van Lockwood, Esquire
pvnl@capdale.com;
Jeffrey A. Liesemer
jal@capdale.com
Caplin & Drysdale, Chartered
(Official Committee of Personal Injury Claimants)

Natalie D. Ramsey, Esquire
nramsey@mmwr.com
Montgomery, McCracken, Walker & Rhoads, LLP
(Counsel for Grace Certain Cancer Claimants)

Sander L. Esserman, Esquire
esserman@sbep-law.com
Robert T. Brousseau, Esquire
brousseau@sbep-law.com
Van J. Hooker, Esquire
hooker@sbep-law.com
Stutzman Bromberg, Esserman & Plifka PC
(Counsel for Reaud, Morgan & Quinn, Inc.
and Environmental Litigation Group, PC)

Roger Frankel
rfrankel@orrick.com
Richard H. Wyron
rwryon@orrick.com;
(Counsel to David Austern, the Future
Claimants' Representative)

John Herrick
jherrick@motleyrice.com
(Counsel to Asbestos Claimants)