IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related Docket Nos. 9315, 15445** |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Court has directed that a hearing (the "Hearing") be held on **May 9, 2007 at 3:00 p.m. in Pittsburgh, Pennsylvania** regarding Speights & Runyan's response to the *Debtors' Updated Objections To Certain Speights & Runyan Asbestos Property Damage Claims* as filed by the Debtors on April 30, 2007 [Docket No. 15445]. Speights & Runyan's oral response was presented at hearing on May 2, 2007, and the Court has directed that Speights and Runyan submit an objection and the Debtors submit a reply prior to the Hearing. All parties that wish to be heard on this matter should participate in the Hearing.

**PLEASE TAKE FURTHER NOTICE** that parties wishing to participate in the Hearing by telephone must make arrangements through Courtcall by telephone (866-582-6878) or facsimile (866-533-2946) no later than noon on Monday, May 7, 2007 and otherwise comply with the *Amended Order Establishing Case Management Procedures and Hearing Schedule* (Docket No. 7709).

**PLEASE TAKE FURTHER NOTICE** that this notice shall be provided to counsel for all PD Claimants, or such PD Claimants themselves if not represented by counsel.

Dated: May 3, 2007

KIRKLAND & ELLIS LIP
David M. Bernick
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
Telephone:   (312) 861-2000
Facsimile:   (312) 861-2200

REED SMITH LLP
James J. Restivo, Jr.
Lawrence E. Flatley
Douglas E. Cameron
Traci S. Rea
435 Sixth Avenue
Pittsburgh, PA  15219
Telephone:   (412) 288-3131
Facsimile:   (412) 288-3063

and

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

_/s/ Laura Davis Jones_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE  19899-8705
Telephone:   (302) 652-4100
Facsimile:   (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession