**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 1275
Dallas, TX 75201
Tax Id# 01-0584406

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

April 24, 2007

In Reference To:     Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #     10754

Professional Services

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 1/2/2007 | SLB | begin review of of 22nd Interim K&E (6.8) | 6.80 | 952.00 |
|  | JAW | detailed review of Kirkland & Ellis August 2006 monthly invoice (9.2) | 9.20 | 1,242.00 |
|  | SLB | draft e-mail to J. Baer @ K&E re 22nd Interim app (.2) | 0.20 | 28.00 |
| 1/3/2007 | ERU | Update database with Pitney 11.06, Foley 11.06, Kirkland 11.06 | 0.10 | 4.00 |
|  | SLB | begin draft of 22nd Interim initial report - K&E (7.4) | 7.40 | 1,036.00 |
|  | JBA | Draft of WHS 11.06 Monthly | 0.30 | 33.00 |
|  | JAW | detailed review of Kirkland & Ellis August 2006 monthly invoice (9.3) | 9.30 | 1,255.50 |
| 1/4/2007 | JAW | draft summary of Kirkland & Ellis July, 2006, monthly invoice (3.0) | 3.00 | 405.00 |
|  | ERU | Update database with e-details Buchanan 11.06, Ferry 11.06 | 0.10 | 4.00 |

W.R. Grace & Co.                                                                                                                    Page    2

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 1/4/2007 | JBA | E-filing with court of WHS 11.06 Monthly | 0.30 | 33.00 |
| 1/5/2007 | ERU | Update database with 11.06 e-details for: Piper, Kramer(.1), Reed Smith, Hamilton, Bilzin(.1) | 0.20 | 8.00 |
|  | ERU | Update database with Baker 7.06, 8.06, 9.06; Piper 11.06 (.1), Ferry 11.06, Caplin 11.06, LegalAS 11.06(.1), BMC 22nd Interim App, Sullivan 10.06, 11.06; Buchanan 11.06 (.1) | 0.30 | 12.00 |
|  | JAW | detailed review of Bilzin September, 2006, monthly invoice (2.6) | 2.60 | 351.00 |
|  | JAW | detailed review of LASI September, 2006, monthly invoice (2.4); draft summary of same (0.1) | 2.50 | 337.50 |
|  | JAW | draft summary of Kirkland & Ellis July, 2006, monthly invoice (5.1) | 5.10 | 688.50 |
| 1/6/2007 | JAW | detailed review of Reed Smith September, 2006, monthly invoice (3.5); draft summary of same (0.6) | 4.10 | 553.50 |
|  | JAW | draft summary of Bilzin September, 2006, monthly invoice (0.3) | 0.30 | 40.50 |
| 1/8/2007 | SLB | review of 22nd Interim app. - Bilzin (6.3) | 6.30 | 882.00 |
|  | ERU | Update database with Kramer 11.06, Pachulski 10.06, Bilzin 11.06, Hamilton 11.06 | 0.10 | 4.00 |
| 1/9/2007 | SLB | draft of 22nd Interim initial report - Bilzin (7.2) | 7.20 | 1,008.00 |
|  | ERU | Update database with Morris 11.06 e-detail; Morris 11.06, Baker 10.06, 11.06 (.1); Deloitte Tax 3.06, 4.06, 5.06, 6.06, 7.06, 8.06 (.1) | 0.20 | 8.00 |
| 1/10/2007 | SLB | complete draft of 22nd Interim initial report - Bilzin (4.4) | 4.40 | 616.00 |
|  | MSH | draft of WHS 22nd Interim application (1.5) | 1.50 | 165.00 |

W.R. Grace & Co. Page 3

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 1/10/2007 | ERU | Update database with Capstone 110.06 e-detail | 0.10 | 4.00 |
| 1/11/2007 | JAW | draft summary of K&E August, 2006, monthly invoice (6.5) | 6.50 | 877.50 |
| | ERU | Update database with Capstone 10.06, Orrick 11.06 e-detail | 0.10 | 4.00 |
| | SLB | Complete draft of 22nd Interim initial report - Reed Smith (6.2), Begin draft of 22nd Interim initial report - Property Damage Comm. (1.1) | 7.30 | 1,022.00 |
| 1/12/2007 | ERU | Update database with Orrick 11.06, Stroock 11.06 e-detail | 0.10 | 4.00 |
| | SLB | Complete draft of 22nd Interim initial report - Property Damage Comm. (4.3), Begin draft of 22nd Interim initial report - Capli (2.2) | 6.50 | 910.00 |
| 1/15/2007 | SLB | Complete draft of 22nd Interim initial report - Caplin (2.4), Complete draft of 22nd Interim initial report - Stroock (3.9) | 6.30 | 882.00 |
| 1/16/2007 | SLB | complete draft of 22nd Interim AKO final report (2.4); begin 22nd Interim initial report - Bilzin (5.8) | 8.20 | 1,148.00 |
| 1/17/2007 | SLB | complete draft of 22nd Interim initial report - Bilzin (4.1); complete draft of 22nd Interim final report - Beveridge (2.8) | 6.90 | 966.00 |
| | JAW | detailed review of K&E September 2006 monthly invoice (9.2) | 9.20 | 1,242.00 |
| | JAW | detailed review of K&E September 2006 monthly invoice (9.2) | 9.20 | 1,242.00 |
| 1/18/2007 | ERU | Update database with Pachulski 11.06, Casner 11.06, Beveridge 11.06 (.1), Stroock 11.06, Austern 10.06, Austern 11.06 (.1) | 0.20 | 8.00 |
| | ERU | Update database with e-details: Austern 11.06, 12.06 | 0.10 | 4.00 |
| | JAW | detailed review of K&E September 2006 monthly invoice (8.7) | 8.70 | 1,174.50 |

W.R. Grace & Co.                                                                                                           Page   4

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 1/18/2007 | JAW | detailed review of K&E September 2006 monthly invoice (8.7) | 8.70 | 1,174.50 |
|  | SLB | complete drafts of 22nd Interim final reports - Capstone (2.6); Casner (2.3); Austern (1.9) | 6.80 | 952.00 |
| 1/19/2007 | SLB | draft e-mail to K. Campbell @ Campbell & Levine re 22nd Interim app. (.2) | 0.20 | 28.00 |
|  | JAW | detailed review of K&E September 2006 monthly invoice (2.1); draft summary regarding same (6.2). | 8.30 | 1,120.50 |
|  | JAW | detailed review of K&E September 2006 monthly invoice (2.1); draft summary regarding same (6.2). | 8.30 | 1,120.50 |
|  | SLB | complete drafts of 22nd Interim final reports - Campbell (3.3) and Blackstone (2.6) | 5.90 | 826.00 |
| 1/22/2007 | ERU | Update database with Protiviti 12.06, Dies & Hile 9.05-9.06 App e-detail | 0.10 | 4.00 |
|  | SLB | complete draft of 22nd Interim final report - BMC (2.8) | 2.80 | 392.00 |
|  | SLB | draft e-mail to J. Sakalo @ Bilzin re 22nd Interim initial report (.2); e-mail to A. Muha @ Reed Smith re same (.1); e-mail to R. Tobin @ Caplin re same (.1) | 0.40 | 56.00 |
| 1/23/2007 | WHS | prepare for and attend fee app hearing via telephone | 1.70 | 467.50 |
|  | SLB | begin draft of 22nd Interim initial report - K&E (7.1) | 7.10 | 994.00 |
|  | SLB | draft e-mail to J. Baer @ K&E re 22nd Interim app (.2) | 0.20 | 28.00 |
|  | ERU | Update database with e-details: Casner 9.06, 10.06 | 0.10 | 4.00 |
| 1/24/2007 | SLB | draft e-mail to J. Baer re 22nd Interim expenses (.1) | 0.10 | 14.00 |

W.R. Grace & Co.	Page    5

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/24/2007 | SLB | complete draft of 22nd Interim initial report - K&E (6.5) | 6.50 | 910.00 |
|  | ERU | Update database with Dies & Hile 9.05-9.06 App | 0.10 | 4.00 |
|  | WHS | telephone conference with Rita Tobin re paralegals filing | 0.20 | 55.00 |
|  | WHS | detailed review of revised time entries from Caplin re paralegals filing | 0.40 | 110.00 |
| 1/25/2007 | ERU | Update database with Caplin response to 21st Interim final report, Orrick 12.06 e-detail | 0.10 | 4.00 |
|  | ERU | Update database with Caplin response to 21st Interim final report e-detail | 0.10 | 4.00 |
|  | SLB | complete draft of 22nd Interim final report - RPWB (3.4); Scott Law (3.2) | 6.60 | 924.00 |
| 1/26/2007 | WHS | receive, review, and respond to e-mail from Rita Tobin re compromise | 0.70 | 192.50 |
| 1/29/2007 | ERU | Update database with Baker 22nd Interim App., Orrick 12.06, Buchanan 12.06 e-detail | 0.10 | 4.00 |
|  | SLB | draft e-mail to W. Sparks @ Grace re Reed Smith app. (.2) | 0.20 | 28.00 |
| 1/30/2007 | ERU | Update database with Kirkland 12.06, Foley 12.06, Pachulski 12.06 (.1), Buchanan 12.06, Stroock 12.06, iper 12.06 e-detail (.1) | 0.20 | 8.00 |
| 1/31/2007 | SLB | draft of 22nd Interim final report - Stroock (2.4) | 2.40 | 336.00 |

**For professional services rendered**	**209.20 $28,915.00**

W.R. Grace & Co.                                                                                                                        Page        6

    Additional Charges :

|  | Price | Amount |
|---|---:|---:|
| PACER Charges for January 2007 | 13.92 | 13.92 |
| Third party copies & document prep/setup. Lone Star September 2006 | 37.16 | 37.16 |
| Third party copies & document prep/setup. Lone Star October 2006 | 23.10 | 23.10 |
| Third party copies & document prep/setup. Lone Star November 2006 | 50.37 | 50.37 |
| Third party copies & document prep/setup. Lone Star Decemeber 2006 | 508.09 | 508.09 |
| **Total costs** |  | **$632.64** |
| **Total amount of this bill** |  | **$29,547.64** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Erika Urban | 2.40 | 40.00 | $96.00 |
| James A. Wehrmann | 95.00 | 135.00 | $12,825.00 |
| Jeff B. Allgood | 0.60 | 110.00 | $66.00 |
| Melinda S Helsley | 1.50 | 110.00 | $165.00 |
| Stephen L. Bossay | 106.70 | 140.00 | $14,938.00 |
| Warren H Smith | 3.00 | 275.00 | $825.00 |