**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 1275
Dallas, TX  75201
Tax Id# 01-0584406

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

April 24, 2007

In Reference To:     Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #       10755

Professional Services

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 2/1/2007 | SLB | complete draft of 22nd Interim final report - Stroock (5.6) begin draft of 22nd Interim final report Reed (2.2) | 7.80 | 1,092.00 |
| | ERU | Update database with e-details 12.06 apps for: Bilzin, Hamilton, Ferry (.1), Reed Smith, Duane Morris, LAS (.1), AKO, Caplin, Campbell(.1), Tersigni; e-detail Stroock response to 22nd Interim Report (.1) | 0.40 | 16.00 |
| | ERU | Update database with Pitney 12.06, Piper 12.06 | 0.10 | 4.00 |
| | JBA | draft e-mail to J. Lord re: Reed Smith's 12.06 e-detail | 0.10 | 4.00 |
| | JAW | detailed review of Reed Smith October 2006 monthly invoice (4.2); draft summary (1.0). | 5.20 | 702.00 |
| 2/2/2007 | ERU | Update database with Duane Morris 12.06, Reed Smith 12.06, Pitney 23rd Interim App, Goodwin 10.1.04-2.28.05 App | 0.10 | 4.00 |
| | SLB | telephone conference with W. Sparks @ Grace re Reed Smith (.1) | 0.10 | 14.00 |
| | SLB | draft e-mail to D. Cameron @ Reed Smith re 22nd Interim app. (.2); e-mail to W. Sparks @ Grace re change in Reed Smith responsibilities to Debtor (.2) | 0.40 | 56.00 |

W.R. Grace & Co.                                                                                                           Page    2

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 2/2/2007 | SLB | complete draft of 22nd Interim final report - Reed (6.0) | 6.00 | 840.00 |
| 2/5/2007 | SLB | complete draft of 22nd interim final report - Balckstone (3.6) | 3.60 | 504.00 |
|  | SLB | complete review of 22nd Interim Balckstone app. (3.3) | 3.30 | 462.00 |
| 2/6/2007 | SLB | draft 22nd Interim final report - Baker Donelson (5.7) | 5.70 | 798.00 |
|  | SLB | draft e-mail (2) to F. Childress @ Baker re 22nd Interim application (.3); e-mail (2) to J. Baer @ K&E re 22nd Interim initial report (.2) | 0.50 | 70.00 |
|  | MSH | e-file with Court of CNO for July 2006 invoice (.1), same re September 2006 (.1), and October 2006 (.1) | 0.30 | 12.00 |
|  | MSH | draft of CNO for July 2006 invoice (.1), same re September 2006 (.1), and October 2006 (.1) | 0.30 | 12.00 |
|  | SLB | telephone conference with J. Baer @ K&E re 22 Interim initial report (.2) | 0.20 | 28.00 |
|  | ERU | Update database with Kramer 12.06, Phillips 12.06, Ferry 12.06, Bilzin 12.06, Hamilton 12.06 | 0.10 | 4.00 |
|  | ERU | Update database with e-details Phillips 12.06, Kramer 12.06 | 0.10 | 4.00 |
| 2/7/2007 | SLB | draft of 22nd Interim final report - Buchanan (6.2) | 6.20 | 868.00 |
|  | SLB | draft e-mail to T. Currier @ BIPC re 22nd Interim final report (.2) | 0.20 | 28.00 |
| 2/8/2007 | ERU | Update database with e-details: Capstone 11.06, Phillips 23rd Interim App, Towers 11.06, 12.06 | 0.10 | 4.00 |
|  | SLB | review of Dies & Hile 22nd Interim application (3.3) | 3.30 | 462.00 |

W.R. Grace & Co. Page 3

| | | | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 2/8/2007 | SLB | draft of 22nd Interim final report - D&H (3.8) | 3.80 | 532.00 |
| | ERU | Update database with Scott Law 10.06, 11.06, 12.06; Phillips 23rd Interim App (.1), Towers 11.06, 12.06; Capstone 11.06, Campbell 12.03 (.1) AKO 12.06, Tersigni 12.06, LAS 12.06, Caplin 12.06 (.1) | 0.30 | 12.00 |
| 2/9/2007 | SLB | review of 22nd Interim apps - CDG (2.6) and Deloitte Tax (2.9) | 5.50 | 770.00 |
| | SLB | draft of 22nd Interim final report - CDG (2.3) | 2.30 | 322.00 |
| 2/12/2007 | SLB | review of Deloitte Tax monthlies Dec 2005 through August 2006 (6.2) | 6.20 | 868.00 |
| | SLB | draft e-mail to T. Tuerff @ Deloitte Tax re 21st and 22nd Interim filings (.1); e-mail to T. Scoles @ Deloitte Tax re same (.1) | 0.20 | 28.00 |
| | SLB | telephone conferences with T. Tuerff and T. Scoles @ Deloitte Tax re 21st and 22nd Interim apps (.4) | 0.40 | 56.00 |
| 2/13/2007 | ERU | Update database with Woodcock 12.06, Protiviti 1.07, Nelson 12.06 | 0.10 | 4.00 |
| | SLB | review of 22nd Interim app. - Duane Morris (2.7) | 2.70 | 378.00 |
| | SLB | draft of 22nd Interim final report - Duane Morris (2.5); complete review and draft of 22nd Interim final report - Ferry Joseph (2.8) | 5.30 | 742.00 |
| | JAW | detailed review of K&E October 2006 monthly invoice (5.7) | 5.70 | 769.50 |
| 2/14/2007 | JAW | detailed review of K&E October 2006 monthly invoice (8.8) | 8.80 | 1,188.00 |
| | SLB | review of app and draft of 22nd Interim final report - Foley Hoag (2.6) | 2.60 | 364.00 |
| 2/15/2007 | SLB | draft of 22nd Interim final report - Kramer (2.2) | 2.20 | 308.00 |

W.R. Grace & Co. Page 4

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 2/15/2007 | SLB | review of 22nd Interim app. - Kramer (1.6) | 1.60 | 224.00 |
| | ERU | Update database with e-details: Foley 23rd Interim App, Ferry Josephs 23rd Interim App, PWC 10.06 | 0.10 | 4.00 |
| | SLB | draft of 22nd Interim final report - HRA (1.7) | 1.70 | 238.00 |
| | SLB | review of 22nd Interim app - HRA (2.2) | 2.20 | 308.00 |
| | JAW | detailed review of K&E October 2006 monthly invoice (9.6) | 9.60 | 1,296.00 |
| 2/16/2007 | SLB | complete review of 22nd Interim app. and draft of final report - LAS (3.5) | 3.50 | 490.00 |
| | JAW | detailed review of Orrick Herrington November 2006 monthly invoice (4.8) | 4.80 | 648.00 |
| | JAW | detailed review of K&E October 2006 monthly invoice (4.4) | 4.40 | 594.00 |
| | ERU | Update database with Reed Smith 23rd Interim App, e-details Conway: 23rd Interim App, 10.06, 11.06, 12.06 | 0.10 | 4.00 |
| | SLB | draft of 22nd Interim final report - Caplin (3.8) | 3.80 | 532.00 |
| | SLB | draft of 22nd Interim final report - Caplin (3.8) | 3.80 | 532.00 |
| | SLB | complete review of 22nd Interim app. and draft of final report - LAS (3.5) | 3.50 | 490.00 |
| | WHS | receive and review agenda | 0.10 | 27.50 |
| 2/17/2007 | WHS | receive and review agenda | 0.10 | 27.50 |

W.R. Grace & Co.  Page    5

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 2/19/2007 | SLB | complete review of app and draft of 22nd Interim final report - Nelson Mullins (2.9) | 2.90 | 406.00 |
| | SLB | complete review of app and draft of 22nd Interim final report - Nelson Mullins (2.9) | 2.90 | 406.00 |
| | SLB | draft e-mail to J. Baer re 22nd Interim response (.2) ; e-mail to J. Sakalo re same (.1) | 0.30 | 42.00 |
| | SLB | review of 22nd Interim app.- Orrick (3.7) | 3.70 | 518.00 |
| | SLB | draft e-mail to J. Baer re 22nd Interim response (.2); e-mail to J. Sakalo re same (.1) | 0.30 | 42.00 |
| | SLB | review of 22nd Interim app.- Orrick (3.7) | 3.70 | 518.00 |
| 2/20/2007 | SLB | draft of 22nd Interim final report - Orrick (1.9) | 1.90 | 266.00 |
| | JAW | draft summary of Orrick Herrington November, 2006, monthly invoice (1.2) | 1.20 | 162.00 |
| | JAW | draft summary of K&E October, 2006, monthly invoice (5.8) | 5.80 | 783.00 |
| | SLB | complete review of 22nd Interim app. - Pachulski (4.9) | 4.90 | 686.00 |
| | SLB | draft of 22 Interim final report - Orrick (1.9) | 1.90 | 266.00 |
| | SLB | complete review of 22 Interim app. - Pachulski (4.9) | 4.90 | 686.00 |
| | ERU | Update database with 23rd Interim Apps of Campbell, Tersigni, AKO, Legal, Caplin, and Ferry Joseph | 0.10 | 4.00 |
| | ERU | Update database with Caplin 22nd Interim App e-detail | 0.10 | 4.00 |

W.R. Grace & Co. Page 6

| | | | **Hours** | **Amount** |
|---|---|---|---|---|
| 2/21/2007 | SLB | telephone conference with L. Flores re Bilzin 22nd Interim response (.1) | 0.10 | 14.00 |
| | SLB | begin draft of 22 Interim final report - PG&S (.9) | 0.90 | 126.00 |
| | JAW | detailed review of Orrick Herrington October, 2006, monthly invoice (2.8); draft summary of same (0.5) | 3.30 | 445.50 |
| | SLB | draft of 22nd Interim final report - Pachulski (3.3) | 3.30 | 462.00 |
| | SLB | draft e-mail to J. Sakalo @ Bilzin re 22nd Interim response (.2); e-mail to J. Baer re same (.1) | 0.30 | 42.00 |
| | SLB | draft of 22 Interim final report - Pachulski (3.3) | 3.30 | 462.00 |
| | SLB | draft e-mail to PG&S re 22nd Interim app. (.2) | 0.20 | 28.00 |
| | SLB | telephone conference with L. Flores re Bilzin 22 Interim response (.1) | 0.10 | 14.00 |
| | SLB | review of 22 Interim app - PG&S (2.8) | 2.80 | 392.00 |
| | SLB | review of 22nd Interim app - PG&S (2.8) | 2.80 | 392.00 |
| | SLB | draft e-mail to PG&S re 22 Interim app. (.2) | 0.20 | 28.00 |
| | SLB | draft e-mail to J. Sakalo @ Bilzin re 22 Interim response (.2) ; e-mail to J. Baer re same (.1) | 0.30 | 42.00 |
| | SLB | begin draft of 22nd Interim final report - PG&S (.9) | 0.90 | 126.00 |
| 2/22/2007 | WHS | receive and review amended agenda | 0.10 | 27.50 |

W.R. Grace & Co.                                                                                                             Page      7

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 2/22/2007 | SLB | complete review of 22nd Interim app. - Piper (4.4) | 4.40 | 616.00 |
|  | JAW | detailed review of Reed Smith November, 2006, monthly invoice (2.1) | 2.10 | 283.50 |
|  | JAW | detailed review of Caplin November, 2006, monthly invoice (2.8); draft summary of same (0.5) | 3.30 | 445.50 |
|  | SLB | draft of 22nd Interim final report - Phillips (2.9) | 2.90 | 406.00 |
|  | SLB | complete review of 22 Interim app. - Piper (4.4) | 4.40 | 616.00 |
|  | SLB | draft of 22 Interim final report - Phillips (2.9) | 2.90 | 406.00 |
|  | ERU | Update database with 23rd Interim Apps for: Conway, Piper, Orrick, Foley, and Austern (.1); Austern 12.06, Conway 10.06, Conway 11.06, Conway 12.06, and Caplin reponse to 22nd Interim report (.1) | 0.20 | 8.00 |
| 2/23/2007 | SLB | begin draft of 22 Interim final report - K&E (3.5) | 3.50 | 490.00 |
|  | WHS | receive and review amended agenda | 0.10 | 27.50 |
|  | SLB | draft 22 Interim fianl report - PJC (3.3) | 3.30 | 462.00 |
|  | SLB | begin draft of 22nd Interim final report - K&E (3.5) | 3.50 | 490.00 |
|  | SLB | draft 22nd Interim final report - PJC (3.3) | 3.30 | 462.00 |
|  | JAW | detailed review of LASI November, 2006, monthly invoice (2.5); draft summary of same (0.2) | 2.70 | 364.50 |
|  | JAW | detailed review of Reed Smith November, 2006, monthly invoice (1.6); draft summary of same (0.4) | 2.00 | 270.00 |

W.R. Grace & Co.     Page 8

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 2/23/2007 | ERU | Update database with e-details: Bilzin 23rd Interim App, Hamilton 23rd Interim App, Austern 23rd Interim App, and Orrick 23rd Interim App (.1), Piper 23rd Interim App, PWC 11.06, Austern 12.06, and Kramer amended 12.06 (.1) | 0.20 | 8.00 |
| 2/26/2007 | SLB | draft e-mail to J. Baer @ K&E re 22nd Interim response (.2); e-mail to J. Sakalo @ Bilzin re same (.1) | 0.30 | 42.00 |
| | SLB | complete draft of 22nd Interim fianl report - K&E (5.7) | 5.70 | 798.00 |
| | ERU | Update database with Kramer amended 12.06, and PWC 22nd Interim App e-detail | 0.10 | 4.00 |
| | SLB | draft e-mail to J. Baer @ K&E re 22 Interim response (.2) ; e-mail to J. Sakalo @ Bilzin re same (.1) | 0.30 | 42.00 |
| | SLB | complete draft of 22 Interim fianl report - K&E (5.7) | 5.70 | 798.00 |
| | WHS | receive and review K&E's response | 0.10 | 27.50 |
| 2/27/2007 | SLB | draft of 22 Interim final report - Steptoe (1.3) | 1.30 | 182.00 |
| | SLB | review of 22 Interim Steptoe app. (1.6) | 1.60 | 224.00 |
| | SLB | draft e-mail to J. Sakalo @ Bilzin re 22 Interim responses (.2) | 0.20 | 28.00 |
| | SLB | draft of 22 Interim final report - Pitney Hardin (1.9) | 1.90 | 266.00 |
| | SLB | review of 22 Interim app. - Pitney hardin (2.8) | 2.80 | 392.00 |
| | SLB | draft of 22nd Interim final report - Pitney Hardin (1.9) | 1.90 | 266.00 |
| | SLB | review of 22nd Interim app. - Pitney Hardin (2.8) | 2.80 | 392.00 |

W.R. Grace & Co. Page 9

| Date | | | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 2/27/2007 | SLB | draft e-mail to J. Sakalo @ Bilzin re 22nd Interim responses (.2) | 0.20 | 28.00 |
| | SLB | review of 22nd Interim Steptoe app. (1.6) | 1.60 | 224.00 |
| | SLB | draft of 22nd Interim final report - Steptoe (1.3) | 1.30 | 182.00 |
| | ERU | Update database with Bilzin 23rd Interim App, Hamilton 23rd Int app, and Krikland's response to 22nd Interim report | 0.10 | 4.00 |
| | ERU | Update database with e-details: Buchanan 23rd Interim App, and Kramer 23rd Interim App | 0.10 | 4.00 |
| | JAW | detailed review of K&E November, 2006, monthly invoice (4.6) | 4.60 | 621.00 |
| 2/28/2007 | SLB | review of 22nd Interim app. - Protiviti (2.2) | 2.20 | 308.00 |
| | SLB | draft of 22nd Interim final report - Protiviti (1.7) | 1.70 | 238.00 |
| | SLB | draft 22nd Interim final report - Sullivan (1.4) ; draft 22nd Interim final report - Woodcock (2.4) | 3.80 | 532.00 |
| | SLB | review of 22 Interim app. - Protiviti (2.2) | 2.20 | 308.00 |
| | SLB | draft of 22 Interim final report - Protiviti (1.7) | 1.70 | 238.00 |
| | SLB | draft 22 Interim final report - Sullivan (1.4) ; draft 22 Interim final report - Woodcock (2.4) | 3.80 | 532.00 |
| | JAW | detailed review of K&E November, 2006, monthly invoice (8.8) | 8.80 | 1,188.00 |

**For professional services rendered**        **278.30 $38,358.00**

Case 01-01139-AMC    Doc 15513-1    Filed 05/03/07    Page 10 of 10

W.R. Grace & Co.  Page 10

Additional Charges :

| | Price | Amount |
|---|---|---|
| PACER charges for February 2007 | 1.60 | 1.60 |
| Third party copies & document prep/setup. Lone Star January 2007 | 34.28 | 34.28 |

**Total costs**     $35.88

**Total amount of this bill**     $38,393.88

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Erika Urban | 2.40 | 40.00 | $96.00 |
| James A. Wehrmann | 72.30 | 135.00 | $9,760.50 |
| Jeff B. Allgood | 0.10 | 40.00 | $4.00 |
| Melinda S Helsley | 0.60 | 40.00 | $24.00 |
| Stephen L. Bossay | 202.40 | 140.00 | $28,336.00 |
| Warren H Smith | 0.50 | 275.00 | $137.50 |