**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 1275
Dallas, TX  75201
Tax Id# 01-0584406

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

April 24, 2007

In Reference To:    Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #    10756

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 3/1/2007 | SLB | review of 22nd Interim app. - Tersigni (2.2); review of 22nd Interim app. - Towers Perrin (1.7) | 3.90 | 546.00 |
|  | SLB | draft of 22nd Interim final report - Tersigni (1.8) | 1.80 | 252.00 |
|  | SLB | draft of 22nd Interim final report - Towers (2.2) | 2.20 | 308.00 |
|  | SLB | draft e-mail to PwC (.1), HRO(.1), Latham(.1) re 22nd Interim apps. | 0.30 | 42.00 |
|  | ERU | Update database with e-details Duane Morris 1.07, Buchanan 1.07 | 0.10 | 4.00 |
|  | ERU | Update Project Category spreadsheet for the 22nd Interim | 0.60 | 24.00 |
|  | ERU | Update database with Kirkland 23rd Interim App, Kirkland 1.07, Kramer 23rd Interim App, Buchanan 23rd Interim App (.1), Duane Morris 1.07, Blackstone 10.06, 11.06, 12.06 (.1) | 0.20 | 8.00 |
|  | JAW | detailed review of K&E November, 2006, monthly invoice (9.1) | 9.10 | 1,228.50 |

W.R. Grace & Co.   Page 2

| Date | Init | Description | Hours | Amount |
|---|---|---|---:|---:|
| 3/2/2007 | JAW | detailed review of K&E November, 2006, monthly invoice (7.9) | 7.90 | 1,066.50 |
| | ERU | Update database with Buchanan 1.07, Stroock 23rd Interim App, Duane Morris 23rd Interim App | 0.10 | 4.00 |
| | ERU | Update database with e-details Reed Smith 1.07, Stroock 23rd Interim App, Duane Morris 23rd Interim App | 0.10 | 4.00 |
| | ERU | Update Project Category spreadsheet for the 22nd Interim | 1.00 | 40.00 |
| | SLB | draft e-mail to S. Haags @ HRO re filing of 22nd Interim app. (.1) | 0.10 | 14.00 |
| | SLB | begin draft of 22nd Interim final report - No Objections (2.8) | 2.80 | 392.00 |
| | SLB | telephone conference with B. Bowe @ Bowe re 22nd Interim filing of app. (.1); t/c with S. Haags @ HRO re same (.1) | 0.20 | 28.00 |
| | SLB | telephone conference with N. DeNovio and B. Kilmer @ L&W re filing of 22nd Interim app. (.2) | 0.20 | 28.00 |
| | SLB | telephone conference with L. Flores @ Bilzin re 22nd Interim responses (.1) | 0.10 | 14.00 |
| | SLB | draft e-mail to J. Sakalo @ Bilzin re 22nd Interim responses (.2) | 0.20 | 28.00 |
| | SLB | draft e-mail to N. DeNovio @ L&W re 22nd Interim app. (.2) | 0.20 | 28.00 |
| 3/5/2007 | ERU | Update database with Casner 12.06, Nelson 1.07, Pitney 1.07, Steptoe 10.06, 11.06, 12.06 | 0.10 | 4.00 |
| | JAW | draft summary of K&E November 2006 monthly invoice (5.3) | 5.30 | 715.50 |
| | SLB | continue draft of 22nd Interim final report - No Objections (4.8) | 4.80 | 672.00 |

W.R. Grace & Co.      Page 3

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 3/5/2007 | SLB | complete review of 22nd Interim app. - L&W (3.2) | 3.20 | 448.00 |
| 3/6/2007 | SLB | telephone conference with B. Bowe @ Bowe re 22nd Interim filing (.2); t/c with T. Scoles @ Deloitte Tax re same (.1) | 0.30 | 42.00 |
| | DTW | Conference with M. Helsley re Blackstone final report and research re same (.2). | 0.20 | 29.00 |
| | WHS | detailed review of Sullivan 22nd Int FR | 0.10 | 27.50 |
| | MSH | Electronic filing with court of Baker 22nd interim final report (.1), same re Piper (.1), Reed Smith (.1), Stroock (.1), Conway (.1), and Richardson (.1) | 0.60 | 24.00 |
| | MSH | Electronic filing with court of Scott Law 22nd interim final report (.1), same re Sullivan (.1) | 0.20 | 8.00 |
| | WHS | detailed review of Scott Law 22nd Int FR | 0.10 | 27.50 |
| | ERU | Update database with e-details 1.07 Apps for Ferry, Tersigni, Caplin, Campbell, AKO | 0.10 | 4.00 |
| | ERU | Update database with Ferry 1.0, Latham 9.06, 10.06, 11.06 | 0.10 | 4.00 |
| | ERU | Update Project Category spreadsheet for the 22nd Interim | 2.20 | 88.00 |
| | SLB | PACER research regarding 22nd Interim filings and docket number listings (3.8) | 3.80 | 532.00 |
| | SLB | draft e-mail to HRO(.1); CIBC(.1); Bilzin(.2); Baker (.1); Sullivan re 22nd Interim responses | 0.50 | 70.00 |
| | WHS | detailed review of Baker 22nd Int FR | 0.10 | 27.50 |
| | WHS | detailed review of, and revisions to, Stroock 22nd Int FR | 0.20 | 55.00 |

W.R. Grace & Co.                                            Page 4

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 3/6/2007 | WHS | detailed review of Richardson 22nd Int FR | 0.10 | 27.50 |
| | WHS | detailed review of, and revisions to, Reed Smith 22nd Int FR | 0.20 | 55.00 |
| | WHS | detailed review of, and revisions to, Conway 22nd Int FR | 0.20 | 55.00 |
| | WHS | detailed review of Blackstone 22nd Int FR | 0.10 | 27.50 |
| 3/7/2007 | WHS | detailed review of Caplin 22nd Int FR | 0.10 | 27.50 |
| | SLB | draft of 22nd Interim status chart (2.2) | 2.20 | 308.00 |
| | SLB | draft e-mail to HRO (.1); Bilzin(.1) | 0.20 | 28.00 |
| | JBA | Electronic filing with court of Final Report re: Caplin 22nd Interim (.2) | 0.20 | 8.00 |
| | JBA | Electronic filing with court of Final Report re: Caplin 22nd Interim | 0.20 | 8.00 |
| | SLB | begin draft of final/final for CIBC to be filed for 22nd Interim (2.8) | 2.80 | 392.00 |
| | WHS | receive, review, and reply to e-mails from Shakima Williams re K&E and Caplin | 0.20 | 55.00 |
| | MSH | Electronic filing with court of Blackstone 22nd interim final report | 0.10 | 4.00 |
| 3/8/2007 | JBA | Electronic filing with court of Final Report re: K&E 22nd Interim (.2) | 0.20 | 8.00 |
| | ERU | Update Project Category spreadsheet for the 22nd Interim | 0.70 | 28.00 |

W.R. Grace & Co. Page   5

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 3/8/2007 | SLB | begin draft of 22nd Interim final report - Bilzin (3.3) | 3.30 | 462.00 |
| | ERU | Update database with Beveridge 12.06, Beveridge 1.07, Foley 1.07, Holme 8.06 (.1), Towers 23rd Interim, Austern 1.07, Towers 1.07, Kramer 1.07 (.1) | 0.20 | 8.00 |
| | ERU | Update database with e-details Bilzin 1.07, Kramer 1.07, Towers 1.07, Austern 1.07 (.1), Towers 23rd Interim App, Holme 8.06, Hamilton 1.07 (.1) | 0.20 | 8.00 |
| | SLB | draft of revised 22nd Interim final report - K&E(3.9) | 3.90 | 546.00 |
| 3/9/2007 | MSH | research regarding orders for CIBC on PACER (1.5) | 1.50 | 60.00 |
| | SLB | PACER research regarding eight prior final reports for CIBC final/final (2.2) | 2.20 | 308.00 |
| | SLB | complete draft of 22nd Interim final report - Bilzin (4.6) | 4.60 | 644.00 |
| | ERU | Update database with Stroock 1.07, Stroock 10.7 e-detail, Holme 9.06 e-detail | 0.10 | 4.00 |
| 3/12/2007 | SLB | complete draft of 22nd Interim final/final - CIBC (4.5); second draft of 22nd Interim No Objections final (2.7) | 7.20 | 1,008.00 |
| | WHS | detailed review of WRG - Bilzin 22nd Int FR | 0.10 | 27.50 |
| 3/13/2007 | SLB | draft of 22nd Interim final report - HRO(1.7) and PwC(2.2) | 3.90 | 546.00 |
| | SLB | PACER research regarding 22nd Interim app. and docket numbers for PwC, Steptoe, Baker, Klett, HRO (2.4) | 2.40 | 336.00 |
| | WHS | detailed review of, and revisions to, Omnibus 22nd Int FR | 0.10 | 27.50 |
| 3/14/2007 | SLB | first draft of 22nd Interim fee and expense chart (6.0) | 6.00 | 840.00 |

W.R. Grace & Co.   Page   6

| Date | | | Hours | Amount |
|---|---|---|---:|---:|
| 3/14/2007 | SLB | draft of 22nd Interim final report - Goodwin Procter (.8) | 0.80 | 112.00 |
| | SLB | PACER research regarding Goodwin Procter 22nd Interim application (1.3) | 1.30 | 182.00 |
| | MSH | Update database with Blackstone 24th interim application, Hamilton January 2007 invoice and Bilzin January 2007 invoice (.1); same re: Sullivan 7/24/06-9/30/06 invoice, LAS January 2007 invoice, Reed Smith January 2007 invoice (.1); AKO January 2007 invoice, Tersigni January 2007 invoice, Caplin January 2007 invoice (.1); Campbell January 2007 invoice, Richardson 22nd interim application, Sullivan January 2007 invoice (.1); Sullivan December 2006 invoice and Holme 22nd interim application (.1) | 0.50 | 20.00 |
| | JBA | Electronic filing with court of Final Report re: Bilzin 22nd Interim (.2) | 0.20 | 8.00 |
| 3/15/2007 | JBA | Electronic filing with court of Withdrawal of Omnibus 22nd Interim Final Report (.3), and revised final report re: same (.3) | 0.60 | 24.00 |
| | SLB | PACER research regarding Goodwin Procter 22nd Interim application (.9); file research regarding Goodwin's prior applications (.8) | 1.70 | 238.00 |
| | JAW | detailed review of Orrick December, 2006, monthly invoice (2.8); draft summary of same (0.8). | 3.60 | 486.00 |
| | JBA | Electronic filing with court of Final Report re: CIBC for period from June 2, 2004 through January 31, 2006 (.2) | 0.20 | 8.00 |
| | WHS | detailed review of CIBC 22nd Int FR | 0.10 | 27.50 |
| | SLB | complete draft of 22nd Interim fee & expense charts (4.4) | 4.40 | 616.00 |
| | WHS | detailed review of, and revisions to, Omnibus 22nd Int FR | 0.30 | 82.50 |
| | WHS | receive, review, and respond to e-mails with Steve Bossay re Goodwin | 0.30 | 82.50 |

W.R. Grace & Co.                                                                                                           Page     7

|            |     |                                                                                                                                                                      | Hours | Amount   |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 3/15/2007  | SLB | complete revisions to 22nd Interim No Objections final draft (1.2)                                                                                                   | 1.20  | 168.00   |
| 3/16/2007  | SLB | draft e-mail to Grace applicants for distribution of 22nd Interim charts (.2)                                                                                        | 0.20  | 28.00    |
|            | SLB | review and edit 22nd Interim Project Category Spreadsheet (2.8)                                                                                                      | 2.80  | 392.00   |
|            | JAW | detailed review of Reed Smith December, 2006, monthly invoice (6.7); draft summary of same (1.4)                                                                     | 8.10  | 1,093.50 |
|            | ERU | Update Project Category spreadsheet for the 22nd Interim                                                                                                             | 0.50  | 20.00    |
|            | ERU | Update database with Phillips 1.07, Nelson 23rd Interim App, Latham 23rd Interim App, Ogilvy 23rd Interim App (.1), e-details: Philips 1.07, Holme 22nd Interim App (.1) | 0.20  | 8.00     |
| 3/19/2007  | JBA | conference with E. Urban re: Corrections and additions to 22nd Interim Project Category Spreadsheet                                                                  | 0.20  | 8.00     |
|            | ERU | Update database with Pachulski 1.07, Woodcock 1.07, Woodcock 23rd Interim App, Steptoe 22nd Interim App                                                              | 0.10  | 4.00     |
| 3/20/2007  | ERU | Update database with e-detail Ogilvy 23rd Interim App                                                                                                                | 0.10  | 4.00     |
|            | ERU | Update and edit Project Category spreadsheet for the 22nd Interim                                                                                                    | 0.30  | 12.00    |
| 3/21/2007  | WHS | receive and review transmittal from PWC                                                                                                                              | 0.10  | 27.50    |
| 3/22/2007  | SLB | draft e-mail to J. Oneil @ Pachulski re final 22nd Interim charts (.2)                                                                                               | 0.20  | 28.00    |
| 3/23/2007  | JAW | detailed review of K&E December, 2006, monthly invoice (8.4)                                                                                                         | 8.40  | 1,134.00 |
| 3/26/2007  | SLB | draft e-mails (3) to P. Cuniff @ Pachulski re 22nd Interim charts (.5)                                                                                               | 0.50  | 70.00    |

W.R. Grace & Co.                                                                                                    Page    8

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/26/2007 | SLB | telephone conference with J. O'Neil re 22nd Interim charts (.2) | 0.20 | 28.00 |
|  | SLB | draft e-mail to P. Zilly @ Blackstone re 22nd Interim Project Category Spreadsheet (.2) | 0.20 | 28.00 |
|  | JAW | detailed review of K&E December 2006 monthly invoice (3.8) | 3.80 | 513.00 |
| 3/27/2007 | JAW | detailed review of K&E December 2006 monthly invoice (9.1) | 9.10 | 1,228.50 |
|  | ALP | telephone conference with T. Wallace @ K&E re: December 2006 e-detail and invoice | 0.10 | 15.50 |
| 3/28/2007 | JAW | detailed review of K&E December 2006 monthly invoice (4.7); draft summary of same (4.7) | 9.40 | 1,269.00 |
| 3/29/2007 | JAW | detailed review of Stroock October 1, 2006 to December 31 2006 interim fee application (5.2) | 5.20 | 702.00 |
| 3/30/2007 | JAW | detailed review of Stroock October 1, 2006 to December 31 2006 interim fee application (2.8); draft summary of same (1.9) | 4.70 | 634.50 |
| 3/31/2007 | WHS | receive and review order re fees | 0.10 | 27.50 |

**For professional services rendered**                                                              **165.90  $22,023.00**

Additional Charges :

|  | Price |  |
|---|---|---|
| PACER charges for March 2007 | 70.48 | 70.48 |

**Total costs**                                                                                                                    **$70.48**

**Total amount of this bill**                                                                                         **$22,093.48**

W.R. Grace & Co.                                                                                                    Page    9

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alexa L. Parnell | 0.10 | 155.00 | $15.50 |
| Doreen T Williams | 0.20 | 145.00 | $29.00 |
| Erika Urban | 7.00 | 40.00 | $280.00 |
| James A. Wehrmann | 74.60 | 135.00 | $10,071.00 |
| Jeff B. Allgood | 1.80 | 40.00 | $72.00 |
| Melinda S Helsley | 2.90 | 40.00 | $116.00 |
| Stephen L. Bossay | 76.80 | 140.00 | $10,752.00 |
| Warren H Smith | 2.50 | 275.00 | $687.50 |