# EXHIBIT A

## EXHIBIT A

## FEES FOR THE FEE PERIOD MARCH 1, 2007 THROUGH MARCH 31, 2007[2]

Client: 482910 W.R. GRACE & CO.
Matter: 065656 WEJA, INC.

| 03/01/07 | Discuss Grace settlement position with W. Hatfield; conference call with D. Carlos at Sunoco concerning settlement position. | | |
|---|---|---|---|
| 14 | R. Rose | 0.5 | 237.50 |
| 03/01/07 | Address settlement issues and call with Sunoco counsel on negotiations | | |
| 14 | W. Hatfield | 0.5 | 195.00 |
| 03/02/07 | Review Sun letter to court. | | |
| 14 | W. Hatfield | 0.2 | 78.00 |
| 03/04/07 | Follow up regarding denial of cert. petitions. | | |
| 14 | A. Marchetta | 0.2 | 118.00 |
| 03/05/07 | Telephone from D. Carlos with settlement proposal. | | |
| 14 | R. Rose | 0.2 | 95.00 |
| 03/07/07 | Telephone Sunoco counsel with settlement counter-proposal. | | |
| 14 | R. Rose | 0.1 | 47.50 |
| 03/13/07 | Address settlement status with Sunoco | | |
| 14 | W. Hatfield | 0.1 | 39.00 |
| 03/14/07 | Address offer of judgment issues and strategy | | |
| 14 | W. Hatfield | 0.4 | 156.00 |
| 03/20/07 | Address settlement issues | | |
| 14 | W. Hatfield | 0.2 | 78.00 |
| 03/21/07 | Address case issues re: upcoming trial and preparations for same | | |
| 14 | W. Hatfield | 0.9 | 351.00 |
| 03/21/07 | Address negligence claim and memo on same to RGR | | |
| 14 | W. Hatfield | 0.4 | 156.00 |

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

1522842A01042407

| Date | Description | Hours | Amount |
|---|---|---|---|
| 03/21/07<br>14 | Discuss pretrial strategy and preparations with B. Hatfield.<br>R. Rose | 0.8 | 380.00 |
| 03/22/07<br>14 | Review Appellate Division Opinion for remand issues.<br>R. Rose | 1.6 | 760.00 |
| 03/23/07<br>14 | Address strategy re: Shell OSC and re-filing motion<br>W. Hatfield | 0.4 | 156.00 |
| 03/23/07<br>14 | Address Sunoco settlement offer and memos with clients on same<br>W. Hatfield | 0.7 | 273.00 |
| 03/23/07<br>14 | Follow up with B. Hatfield re settlement offer and strategy re same.<br>A. Marchetta | 0.3 | 177.00 |
| 03/23/07<br><br><br><br>14 | Continue review of Appellate Division Opinion for remand issues; telephone from Sunoco counsel with counteroffer on settlement; discuss same with W. Hatfield; e-mails with Grace counsel concerning same; draft revised settlement agreement.<br>R. Rose | 2.6 | 1,235.00 |
| 03/26/07<br>14 | Address Sunoco settlement issues and follow up on same<br>W. Hatfield | 0.3 | 117.00 |
| 03/26/07<br><br>14 | Attention to client approval of settlement with Sunoco; telephone D. Carlos at Sunoco and confirm settlement; finalize and forward settlement agreement; continue review of facts and issues for trial.<br>R. Rose | 1.6 | 760.00 |
| 03/27/07<br>14 | Memo to C. Tsentas and J. Trela on trial date<br>W. Hatfield | 0.3 | 117.00 |
| 03/27/07<br>14 | Call with and memo to N. Petersen on trial date and case issues<br>W. Hatfield | 0.4 | 156.00 |
| 03/27/07<br><br>14 | Address Goddard and Echiavaria witness location issues and memos with C. Tsentas on same<br>W. Hatfield | 0.4 | 156.00 |
| 03/27/07<br>14 | Address Grace witness issues; memo to R. Sentfleben on same<br>W. Hatfield | 0.4 | 156.00 |
| 03/27/07<br><br>14 | Continue analysis of facts and legal issues for remand; attention to e-mails concerning availability of witnesses.<br>R. Rose | 1.3 | 617.50 |

3

| 03/28/07 | Discuss preparation for trial with B. Hatfield and begin review of expert reports. | | |
|---|---|---|---|
| 14 | R. Rose | 2.2 | 1,045.00 |

| 03/28/07 | Review expert reports and cemetery file to prepare for new trial | | |
|---|---|---|---|
| 14 | W. Hatfield | 1.5 | 585.00 |

| 03/29/07 | Review expert reports on Shell/Sunoco issues. | | |
|---|---|---|---|
| 14 | W. Hatfield | 1.2 | 468.00 |

| 03/29/07 | Address Shell settlement strategy and memo to clients with recommendation. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.7 | 273.00 |

| 03/29/07 | Follow up regarding settlement. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.3 | 177.00 |

| 03/29/07 | Continue review of experts' reports; telecomm from Shell counsel concerning settlement; discuss Shell settlement offer with W. Hatfield; attention to sending e-mail to client re same and responses from client. | | |
|---|---|---|---|
| 14 | R. Rose | 2.3 | 1,092.50 |

| 03/30/07 | Telephone Shell counsel concerning settlement proposal. | | |
|---|---|---|---|
| 14 | R. Rose | 0.2 | 95.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 14 | 13.4 | 475.00 | 6,365.00 |
| A. Marchetta | 14 | 0.8 | 590.00 | 472.00 |
| W. Hatfield | 14 | 9.0 | 390.00 | 3,510.00 |
| TOTAL | | 23.2 | | 10,347.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| 03/02/07 | Attention to filing and service of January 2007 fee application. | | |
|---|---|---|---|
| 18 | K. Piper | 0.1 | 31.00 |

| 03/05/07 | Follow up re client request for information. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.2 | 118.00 |

| 03/06/07 | Worked with B. Moffitt re: inquiry from J. Posner on status of Uniguard matter. | | |
|---|---|---|---|
| 14 | S. Parker | 0.2 | 29.00 |

4

03/06/07        Conducted searches re: compilation of information needed to respond to
                inquiry from J. Posner on status of Uniguard matter.
14              S. Parker                                      0.7          101.50

03/06/07        Worked with B. Moffitt re: information compiled for response to J. Posner's
                inquiry on status of Uniguard matter, and supplemental information needed
                to respond to same.
14              S. Parker                                      0.2           29.00

03/06/07        Conducted searches re: compilation of information needed to respond to
                inquiries from J. Posner on status of Uniguard matter.
14              S. Parker                                      0.9          130.50

03/06/07        Worked with B. Moffitt re: information compiled for response to J. Posner's
                inquiries on status of Uniguard matter.
14              S. Parker                                      0.2           29.00

03/20/07        Review draft order regarding fees and expenses for 22nd Interim Period.
18              K. Piper                                       0.2           62.00

03/21/07        Review orders regarding 22nd interim period.
18              K. Piper                                       0.2           62.00

03/23/07        Draft fee application for February 2007.
18              K. Piper                                       2.3          713.00

03/23/07        Receipt and review of CNO for January 2007.
18              K. Piper                                       0.2           62.00

03/28/07        Review and revise DP's Fee Application for February, 2007.
18              S. Zuber                                       0.3          136.50

03/29/07        Revise fee application for February 2007.
18              K. Piper                                       0.7          217.00

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 0.2 | 590.00 | 118.00 |
| S. Zuber | 18 | 0.3 | 455.00 | 136.50 |
| K. Piper | 18 | 3.7 | 310.00 | 1,147.00 |
| S. Parker | 14 | 2.2 | 145.00 | 319.00 |
| TOTAL | | 6.4 | | 1,720.50 |

1522842A01042407

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| 03/01/07 | Follow up regarding various issues for meeting; confirmation of same; review strategy. | | |
| 14 | A. Marchetta | 0.5 | 295.00 |

| 03/01/07 | Review e-mail from D.A.G. Dickinson confirming meeting; draft e-mail to co-counsel regarding same; draft e-mail to client and J. Baer; draft reply to D.A.G. Dickinson; review follow up e-mails with client and co-counsel. | | |
| 3 | B. Moffitt | 0.9 | 342.00 |

| 03/01/07 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.4 | 58.00 |

| 03/02/07 | Telephone call with V. Broderick re settlement meeting with NJDEP representatives; follow up regarding same. | | |
| 3 | B. Moffitt | 0.3 | 114.00 |

| 03/04/07 | Prepare for meeting with State; draft outline regarding same and review materials regarding same. | | |
| 14 | A. Marchetta | 1.5 | 885.00 |

| 03/05/07 | Prepare for and meeting with clients and attend settlement conference with State of New Jersey and follow up regarding same with R. Weinroth. | | |
| 14 | A. Marchetta | 8.0 | 4,720.00 |

| 03/05/07 | Attendance at pre-meeting and meeting with NJDEP in Trenton regarding settlement demand; preparation for same. | | |
| 3 | B. Moffitt | 7.3 | 2,774.00 |

| 03/06/07 | Telephone conference with R. Weinroth re strategy and follow up with B. Moffitt regarding letter on same; telephone call from client regarding same. | | |
| 14 | A. Marchetta | 1.2 | 708.00 |

| 03/06/07 | Follow up with A. Marchetta regarding settlement meeting and preparation for 4/2/07 Bankruptcy Court hearing; work with S. Parker regarding same; research regarding same. | | |
| 3 | B. Moffitt | 2.0 | 760.00 |

| 03/06/07 | Work with S. Parker regarding responding to inquiry from J. Posner regarding Unigard litigation | | |
| 3 | B. Moffitt | 0.3 | 114.00 |

| 03/06/07 | Worked with B. Moffitt regarding follow-up to settlement conference | | |

6

| | | | |
|---|---|---|---|
| 14 | S. Parker | 0.4 | 58.00 |

03/06/07 Conducted searches regarding compilation of information.

| | | | |
|---|---|---|---|
| 14 | S. Parker | 0.8 | 116.00 |

03/06/07 Searched regarding compilation of information on current status of investigation and related issues; Created electronic version of same and forwarded same to A. Marchetta and B. Moffitt

| | | | |
|---|---|---|---|
| 14 | S. Parker | 0.5 | 72.50 |

03/07/07 Emails, telephone calls, and follow up regarding settlement; telephone call from court and attorney general's office re same.

| | | | |
|---|---|---|---|
| 14 | A. Marchetta | 1.2 | 708.00 |

03/07/07 Work with A. Marchetta regarding strategy.

| | | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.2 | 76.00 |

03/07/07 Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues.

| | | | |
|---|---|---|---|
| 14 | S. Parker | 0.3 | 43.50 |

03/08/07 Follow up with B. Moffitt re e-mails on status of District Court action and strategy re hearing; follow up regarding telephone call with Deputy Attorney General regarding same and e-mails to client regarding same.

| | | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.7 | 413.00 |

03/08/07 Voicemails from DAG Dickinson and A. Marchetta re follow up to meeting; confer with A. Marchetta regarding same; draft email to client and co-counsel re same; draft e-mail to DAG Dickinson and review his response

| | | | |
|---|---|---|---|
| 3 | B. Moffitt | 1.4 | 532.00 |

03/08/07 Worked with B. Moffitt regarding preparation of email to client summarizing current status of matter.

| | | | |
|---|---|---|---|
| 14 | S. Parker | 0.3 | 43.50 |

03/08/07 Worked with B. Moffitt regarding preparation of email to DAG Dickinson.

| | | | |
|---|---|---|---|
| 14 | S. Parker | 0.2 | 29.00 |

03/09/07 Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues

| | | | |
|---|---|---|---|
| 14 | S. Parker | 0.2 | 29.00 |

03/11/07 Review information regarding hearing in bankruptcy court and proceedings in District Court.

| | | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.5 | 295.00 |

7

| Date | Description | | |
|---|---|---|---|
| 03/13/07 14 | Work with B. Moffitt and J. Baer regarding strategy.<br>A. Marchetta | 1.0 | 590.00 |
| 03/13/07 3 | Preparation for telephone conference with J. Baer regarding motion for injunction in Bankruptcy Court; work with A. Marchetta and S. Parker regarding same; participate in conference call with J. Baer.<br>B. Moffitt | 2.1 | 798.00 |
| 03/13/07 14 | Reviewed file documents regarding compilation and organization of documents for conference calls with client and co-counsel.<br>S. Parker | 1.1 | 159.50 |
| 03/13/07 14 | Worked with B. Moffitt regarding case status and documents compiled in preparation for conference calls with client and co-counsel.<br>S. Parker | 1.0 | 145.00 |
| 03/13/07 14 | Worked with A. Marchetta and B. Moffitt regarding preparation for conference calls with client and co-counsel.<br>S. Parker | 0.2 | 29.00 |
| 03/14/07 14 | Work with B. Moffitt regarding strategy for negotiations as to bankruptcy court and conference call with Judge Bongiovanni regarding same; e-mails regarding conference call with client.<br>A. Marchetta | 0.7 | 413.00 |
| 03/14/07 3 | Work with A. Marchetta re follow up to settlement meeting and regarding conference call with client and DAG Dickinson; follow up regarding same.<br>B. Moffitt | 0.4 | 152.00 |
| 03/15/07 14 | Telephone call with client, co-counsel and follow up with Attorney General's office regarding motions, e-mails and follow up regarding same.<br>A. Marchetta | 1.5 | 885.00 |
| 03/15/07 3 | Conference call with client regarding settlement meeting; call with D.A.G. Dickinson re same and follow up e-mail to Dickinson re same; telephone calls with A. Marchetta and J. Baer and preparation of report to client regarding same; review Orders and file material regarding same.<br>B. Moffitt | 2.3 | 874.00 |
| 03/16/07 14 | Follow up with B. Moffitt and J. Baer regarding motions before bankruptcy court and telephone call with Attorney General's office regarding bankruptcy hearing and filing of motion.<br>A. Marchetta | 0.6 | 354.00 |
| 03/19/07 3 | Work with A. Marchetta re pending motions and follow up re same.<br>B. Moffitt | 0.3 | 114.00 |

1522842A01042407

| 03/20/07 | Work with B. Moffitt re follow up to Judge Bongiovanni's conference issues, letter responding to DEP. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.9 | 531.00 |

| 03/20/07 | Telephone call to Judge Bongiovanni's chambers re setting up conference call; confer with A. Marchetta re same and draft letter to Judge Bongiovanni regarding case status | | |
|---|---|---|---|
| 3 | B. Moffitt | 1.3 | 494.00 |

| 03/21/07 | Worked with B. Moffitt re decision. | | |
|---|---|---|---|
| 14 | S. Parker | 0.2 | 29.00 |

| 03/21/07 | Accessed decision | | |
|---|---|---|---|
| 14 | S. Parker | 0.2 | 29.00 |

| 03/22/07 | Revise letter to Judge Bongiovanni. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.8 | 472.00 |

| 03/22/07 | E-mail exchange with DAG Dickinson and co-counsel re proposed letter to Judge Bongiovanni re case status; work with A. Marchetta re same; revise letter. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.7 | 266.00 |

| 03/22/07 | Attention to delivery of status letter to Judge Bongiovanni, including working with B. Moffitt. | | |
|---|---|---|---|
| 14 | S. Parker | 0.6 | 87.00 |

| 03/23/07 | Follow up with B. Moffitt re issues for hearing and letter to Judge Bongiovanni. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.5 | 295.00 |

| 03/24/07 | Follow up with B. Moffitt and issues for court hearing. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.5 | 295.00 |

| 03/24/07 | Draft e-mail to J. Baer's assistant re Bankruptcy Court. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.2 | 76.00 |

| 03/26/07 | Follow up re arrangements for court hearing and information for same. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.3 | 177.00 |

| 03/27/07 | Follow up re court hearing and discussions with DEP regarding same. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.5 | 295.00 |

| 03/28/07 | Follow up on e-mails regarding court hearing and problems regarding same. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.5 | 295.00 |

| 03/28/07 | Email exchanges with co-counsel regarding hearing. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.2 | 76.00 |

| 03/28/07 | Accessed website re compilation of materials needed for hearing. | | |
|---|---|---|---|
| 14 | S. Parker | 0.3 | 43.50 |

| 03/28/07 | Worked with B. Moffitt re agenda for omnibus hearing. | | |
|---|---|---|---|
| 14 | S. Parker | 0.2 | 29.00 |

| 03/28/07 | Worked with B. Moffitt re preparation for hearing. | | |
|---|---|---|---|
| 14 | S. Parker | 0.2 | 29.00 |

| 03/28/07 | Telephone call with Courtroom Deputy re confirmation of time and location of hearing. | | |
|---|---|---|---|
| 14 | S. Parker | 0.2 | 29.00 |

| 03/28/07 | Accessed website re agenda for hearing and forward same to A. Marchetta and B. Moffitt. | | |
|---|---|---|---|
| 14 | S. Parker | 0.3 | 43.50 |

| 03/29/07 | Telephone calls and e-mail with counsel and follow up re agenda; work with S. Parker re same. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.4 | 152.00 |

| 03/29/07 | Worked with B. Moffitt re request for briefing re hearing. | | |
|---|---|---|---|
| 14 | S. Parker | 0.2 | 29.00 |

| 03/29/07 | Created electronic versions of all briefing relevant to hearing for purpose of responding to request from counsel for co-defendants. | | |
|---|---|---|---|
| 14 | S. Parker | 0.8 | 116.00 |

| 03/29/07 | Compilation and organization of documents needed by A. Marchetta in preparation for hearing. | | |
|---|---|---|---|
| 14 | S. Parker | 0.9 | 130.50 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 21.4 | 590.00 | 12,626.00 |
| B. Moffitt | 3 | 20.3 | 380.00 | 7,714.00 |
| S. Parker | 14 | 9.5 | 145.00 | 1,377.50 |
| TOTAL | | 51.2 | | 21,717.50 |

1522842A01042407

Client: 482910 W.R. GRACE & CO.
Matter: 102292 TAHARI, LTD.

| Date | Description | | |
|---|---|---|---|
| 03/01/07 | Review correspondence from Special Referee J. Suter re request to consolidate cases for trial, and draft correspondences seeking consent to consolidation. | | |
| 3 | B. Benjamin | 0.2 | 88.00 |
| 03/02/07 | Review/analysis D. Rozenholc correspondences (3) regarding depositions and discovery, T. Soloway correspondences (2) regarding discovery, and C. Boubol correspondence regarding deposition dates. | | |
| 3 | B. Benjamin | 0.1 | 44.00 |
| 03/02/07 | Telephone conferences (2) with Judge Tolub's court clerk regarding filing of Note of Issue, consolidation of two actions. | | |
| 3 | B. Benjamin | 0.4 | 176.00 |
| 03/02/07 | Draft correspondence to T. Soloway and C. Boubol regarding consolidation issue, filing Note of Issue. | | |
| 3 | B. Benjamin | 0.1 | 44.00 |
| 03/02/07 | Draft correspondence to counsel of record regarding notification of court ordered conference regarding consolidation and filing of note of issue. | | |
| 3 | B. Benjamin | 0.2 | 88.00 |
| 03/02/07 | Draft correspondence to V. Finkelstein regarding status. | | |
| 3 | B. Benjamin | 0.2 | 88.00 |
| 03/03/07 | Follow up with B. Benjamin re issues and deposition; strategy re case. | | |
| 14 | A. Marchetta | 0.3 | 177.00 |
| 03/05/07 | Telephone conference with E. Sherman re filing Note of Issue, discovery, and court conference. | | |
| 3 | B. Benjamin | 0.2 | 88.00 |
| 03/07/07 | Emails and follow up regarding trial. | | |
| 14 | A. Marchetta | 0.2 | 118.00 |
| 03/07/07 | Court conference regarding request for consolidation, setting trial date, conference with Special Referee regarding discovery issues. | | |
| 3 | B. Benjamin | 2.6 | 1,144.00 |
| 03/07/07 | Draft correspondence to V. Finkelstein regarding trial date and outcome of court conference regarding consolidation. | | |
| 3 | B. Benjamin | 0.2 | 88.00 |

1522842A01042407

| 03/08/07 | Follow up with B. Benjamin regarding issues in case and strategy; e-mails regarding conference with client regarding same. | | |
| 14 | A. Marchetta | 0.4 | 236.00 |

| 03/08/07 | Draft correspondences (2) to V. Finkelstein regarding strategy and scheduling conference call. | | |
| 3 | B. Benjamin | 0.2 | 88.00 |

| 03/12/07 | Draft correspondence to R. Laudor re scheduling depositions of witnesses. | | |
| 3 | B. Benjamin | 0.1 | 44.00 |

| 03/12/07 | Review/analysis C. Boubol correspondence regarding HBO sublease and 2003 cover letter of HBO sublease. | | |
| 3 | B. Benjamin | 0.1 | 44.00 |

| 03/14/07 | Conference call with B. Benjamin and client regarding trial, strategy and settlement; follow up regarding discovery. | | |
| 14 | A. Marchetta | 0.6 | 354.00 |

| 03/14/07 | Review case summaries and pleadings re preparation of memorandum regarding summary of case for conference with client. | | |
| 3 | B. Benjamin | 0.9 | 396.00 |

| 03/14/07 | Telephone conference with V. Finkelstein re trial and settlement. | | |
| 3 | B. Benjamin | 0.2 | 88.00 |

| 03/14/07 | Work on and revise Witness List. | | |
| 3 | B. Benjamin | 0.6 | 264.00 |

| 03/14/07 | Telephone conferences (2) with T. Soloway re settlement and issues regarding recovery of attorneys fees. | | |
| 3 | B. Benjamin | 0.3 | 132.00 |

| 03/15/07 | Follow up regarding trial | | |
| 14 | A. Marchetta | 0.3 | 177.00 |

| 03/16/07 | Telephone conference with T. Soloway re depositions and settlement. | | |
| 3 | B. Benjamin | 0.1 | 44.00 |

| 03/19/07 | Telephone conference with T. Soloway re settlement. | | |
| 3 | B. Benjamin | 0.2 | 88.00 |

| 03/20/07 | Telephone call with client re trial; conference with B. Benjamin re same. | | |
| 14 | A. Marchetta | 0.6 | 354.00 |

| 03/20/07 | Telephone conference with A. Nagy regarding trial preparation. | | |

1522842A01042407

| | | | |
|---|---|---|---|
| 3 | B. Benjamin | 0.1 | 44.00 |
| 03/22/07 | Follow up with B. Benjamin re court conference and issues for witnesses. | | |
| 14 | A. Marchetta | 0.8 | 472.00 |
| 03/22/07 | Follow up with A. Nagy regarding witnesses for trial. | | |
| 14 | A. Marchetta | 0.2 | 118.00 |
| 03/26/07 | Telephone conference with V. Finkelstein regarding settlement conference, and bankruptcy court approval procedure. | | |
| 3 | B. Benjamin | 0.2 | 88.00 |
| 03/26/07 | Correspondence with T. Soloway and C. Boubol re date of settlement conference. | | |
| 3 | B. Benjamin | 0.1 | 44.00 |
| 03/27/07 | Follow up regarding settlement. | | |
| 14 | A. Marchetta | 0.2 | 118.00 |
| 03/27/07 | Telephone conference with V. Finkelstein regarding settlement conference. | | |
| 3 | B. Benjamin | 0.1 | 44.00 |
| 03/27/07 | Conference call with Court regarding rescheduling settlement conference. | | |
| 3 | B. Benjamin | 0.2 | 88.00 |
| 03/27/07 | Telephone conferences (3) with counsel re rescheduling settlement conference. | | |
| 3 | B. Benjamin | 0.2 | 88.00 |
| 03/27/07 | Draft correspondence to V. Finkelstein re rescheduling settlement conference. | | |
| 3 | B. Benjamin | 0.1 | 44.00 |
| 03/28/07 | Multiple correspondences to and from counsel re scheduling of settlement conference and deposition of third party witness. | | |
| 3 | B. Benjamin | 0.2 | 88.00 |
| 03/29/07 | Telephone conference with T. Soloway and C. Boubol regarding correspondence concerning deposition of third party construction manager. | | |
| 3 | B. Benjamin | 0.2 | 88.00 |
| 03/29/07 | Review/analysis D. Rozenholc and T. Soloway correspondences (3) regarding deposition of R. Sheti, construction manager. | | |
| 3 | B. Benjamin | 0.1 | 44.00 |
| 03/29/07 | Follow up regarding settlement conference. | | |

1522842A01042407

13

| | | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.2 | 118.00 |

03/30/07    Follow up with B. Benjamin regarding settlement conference.

| | | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.3 | 177.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 4.1 | 590.00 | 2,419.00 |
| B. Benjamin | 3 | 8.4 | 440.00 | 3,696.00 |
| TOTAL | | 12.5 | | 6,115.00 |

14

1522842A01042407