# EXHIBIT B

## EXHIBIT B

## EXPENSES FOR THE FEE PERIOD MARCH 1, 2007 THROUGH MARCH 31, 2007

Engagement Costs - NJDEP V. W.R. GRACE ET AL.

| | | |
|---|---|---|
| 02/06/07 | PD AMEX FOR TELEPHONE EXPENSE; AJM; CK# 294538 | 20.00 |
| 03/05/07 | PD TRAVEL EXPENSES; AJM; CK# 294888[3] | 69.53 |
| 03/05/07 | PD MEAL EXPENSES; AJM; CK# 294888[4] | 7.40 |
| | Matter Total Engagement Cost | 96.93 |

Engagement Costs – Tahari, Ltd.

| | | |
|---|---|---|
| 02/16/07 | PD TRAVEL EXPENSES; BMB; CK# 294890[5] | 11.00 |
| | Matter Total Engagement Cost | 11.00 |

---

[3] Direct Reimbursement Expense Report for A. J. Marchetta dated March 5, 2007 attached hereto as Exhibit 1.
[4] Id.
[5] Direct Reimbursement Expense Report for Barry M. Benjamin for the period February 6, 2007 to March 10, 2007 attached hereto as Exhibit 2.

15

1522842A01050207

# EXHIBIT 1

## DIRECT REIMBURSEMENT EXPENSE REPORT

NAME: A. J. MARCHETTA

Period From: March 5, 2007
To: March 5, 2007

NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

Show details on Page 2.

| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses | | Parking or Tolls | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses | Client No./ Matter No. or Firm Charge |
|---|---|---|---|---|---|---|---|---|---|
| | | Miles | Amount | | | | | | |
| 3/5/2007 | WR Grace Settlement Meeting with the State | 98.00 | $47.53 | $18.00 | | $7.40 | $4.00 | $76.93 | 082910.114715 |

Expenses Reported  $  76.93

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

Signature: AJM    Date: 3/6/07

3/5/2007

**Detail of Expenses**
See Supplement to Office Manual for Instructions.

Period From: _____
To: _____

**BUSINESS MEALS**

| DATE | DESCRIPTION, BUSINESS REASON, NAME OF RESTAURANT & BUSINESS ASSOCIATES ATTENDING | AMOUNT | CLIENT NAME<br>CLIENT NO./MATTER NO. |
|---|---|---|---|
| 3/5/2007 | Breakfast | $7.40 | 082910.114715 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL: $7.40 | |

**OTHER ALLOWABLE EXPENSES**

| DATE | DESCRIPTION OF EXPENSE | AMOUNT | CLIENT NAME<br>CLIENT NO./MATTER NO. |
|---|---|---|---|
| 3/5/2007 | Miscellaneous | $4.00 | 082910.114715 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL: $4.00 | |

_____
Signature

3/5/2007

# EXHIBIT 2

**RECEIVED** MAR 2007

**DIRECT REIMBURSEMENT EXPENSE REPORT**

NAME: Barry M. Benjamin

JAN PITNEY LLP

**NEW YORK**

Period From: February 6, 2007
To: March 10, 2007

NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses | | Parking or Tolls | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses | Client No./ Matter No. or Firm Charge |
|---|---|---|---|---|---|---|---|---|---|
| | | Miles | Amount | | | | | | |
| 2/6/2007 | Travel To Stamford Office | 70.00 | $33.95 | | | | | $33.95 | 099998-000010 |
| 2/16/2007 | Taxi to Deposition | | | | | | $11.00 | $11.00 | 082910-102292 |
| 3/6/2007 | Taxis to Depositions | | | | | | $30.00 | $30.00 | 006276-112530 |
| 3/10/2007 | Travel to Attorney Meeting | 150.00 | $72.75 | | | | | $72.75 | 099998-000010 |

Expenses Reported $ 147.70

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

Signature: [signed] B. Benjamin    Date: 3/12/07

3/12/2007

12150 = 41.00
54561 = 106.70

**Detail of Expenses**
See Supplement to Office
Manual for Instructions.

Period From: February 6, 2007
To: March 10, 2007

| DESCRIPTION, BUSINESS REASON, NAME OF RESTAURANT & BUSINESS ASSOCIATES ATTENDING | AMOUNT | CLIENT NAME CLIENT NO./MATTER NO. |
|---|---|---|
| | | |

TOTAL: $0.00

**EXPENSES**

| DESCRIPTION OF EXPENSE | AMOUNT | CLIENT NAME CLIENT NO./MATTER NO. |
|---|---|---|
| Stamford Office - Tech Practice Group Meeting | $33.95 | 099998-000010 |
| Deposition - 400 Madison Avenue (Grace/Tahari) | $11.00 | 082910-000010 |
| 2/7, 8, 2007 Taxis to 666 Fifth Avenue Depositions (Dragon Handbag/Wathne) | $30.00 | 006276-1112530 |
| Omni Hotel - Attorney Meeting | $72.75 | 099998-000010 |

TOTAL: $147.70

Signature: [signed] BM Berg

3/12/2007

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., et al.[1], | (Jointly Administered) |
| Debtors. | Objection Deadline: May 23, 2007 |
| | Hearing Date: TBD, if necessary |

## VERIFICATION

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant firm, Day Pitney LLP, and am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1522843A01050207

New York, the United States Court of Appeals for the Second Circuit, the United States Claims Court, the United States Tax Court, and the Supreme Court of the United States.

2. I have personally performed certain of, and overseen, the legal services rendered by Day Pitney LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Florham Park, New Jersey
Dated:  May 2, 2007

Respectfully submitted,
DAY PITNEY LLP

_____
Anthony J. Marchetta, Esq.
(Mail) P.O. Box 1945
Morristown, NJ 07962-1945
(Delivery) 200 Campus Drive
Florham Park, NJ 07932-0950

1522843A01050207

2