IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtor. | ) | |

**NOTICE OF APPEARANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE TAKE NOTICE THAT, pursuant to Bankruptcy Rule 9010(b), the undersigned is appearing on behalf of the Department of Health and Human Services, Center for Medicaid and Medicare Services, an agency of the United States of America.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s/ Cathy J. Burdette
J. CHRISTOPHER KOHN
CATHY J. BURDETTE
Department of Justice
Civil Division
Ben Franklin Station
P.O. Box 875
Washington, DC  20044-0875
Tel:  (202) 616-2316; Fax: (202) 514-9163
Email:  Cathy.Burdette@usdoj.gov

Attorneys for the United States Department of
Health and Human Services, Center for Medicaid
and Medicare Services

Dated: May 4, 2007

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtor. | ) | |

**AFFIDAVIT OF SERVICE**

I hereby certify that the United States' Statement of Interest has been served via ECF on this 04 day of May, 2007.

/s/Cathy J. Burdette
Cathy J. Burdette