IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                              )
                                    ) Chapter 11
                                    )
W.R. GRACE & CO., *et al.*,         ) Case No. 01-1139 (JKF)
                                    ) Jointly Administered
        Debtors.                    )
                                    ) Ref. Docket No. 15006, 15257 and 15009
                                              15509

# CONFIDENTIAL – DOCUMENTS TO BE KEPT UNDER SEAL

**EXHIBITS 10, 12 AND 13 TO THE MOTION OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS AND DAVID T. AUSTERN THE COURT APPOINTED LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS TO COMPEL TESTIMONY AND DOCUMENT PRODUCTION CONCERNING GRACE'S PRE-PETITION ESTIMATES OF ITS PERSONAL INJURY ASBESTOS LIABILITY**

Dated:   May 4, 2007

                                    CAMPBELL & LEVINE, LLC
                                    Marla R. Eskin (DE 2989)
                                    Mark T. Hurford (DE 3299)
                                    800 King Street, Suite 300
                                    Wilmington, DE 19801
                                    (302) 426-1900

                                    Counsel to the Official Committee of
                                    Asbestos Personal Injury Claimants

{D0084901.1 }