IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: ) | Chapter 11 |
| ) |  |
| W.R. GRACE & CO., *et al.*, ) | Case No. 01-01139 (JKF) |
| ) | Jointly Administered |
| ) |  |
| Debtors. ) | Related to Docket No. 14929 |
| ) | April 13, 2007 Agenda Item No. 3 |
| ) | May 2, 2007 Agenda Item No. 14 |
| ) |  |

**CERTIFICATION OF COUNSEL REGARDING INTERROGATORIES AND
AFFIDAVIT OF COMPLIANCE ON DEBTORS' MOTION TO COMPEL
<u>COMPLIANCE WITH THE CONSULTING EXPERT ORDER</u>**

The undersigned hereby certifies that:

1)      This Certification of Counsel is submitted on behalf of various firms representing asbestos personal injury claimants represented by Stutzman, Bromberg, Esserman & Plifka's (the "Firms").

2)      On May 1, 2007, Debtors submitted their Certification of Counsel Regarding Interrogatories and Affidavit of Compliance on Debtors' Motion to Compel Compliance with the Consulting Expert Order.  Attached to said Certification of Counsel were draft interrogatories, a draft affidavit of compliance, and a draft order approving the form of those documents proposed by Debtors.

3)      Debtors have asserted their belief that all of the information requested in the interrogatories is necessary and appropriate and consistent with the Court's rulings on April 13, 2007.  The Firms disagree with this

characterization, and consider the Debtors' proposed interrogatories, affidavit and order to be overreaching, overly burdensome, unreasonable and wholly inconsistent with the rulings of this Court on April 13, 2007.

4) Attached hereto are revised draft interrogatories, draft affidavit of compliance and a draft order approving the form of those documents. The Firms believe these documents to be consistent with the rulings of this Court on April 13, 2007 and entirely sufficient to satisfy the needs of the Debtors in assessing the invocation of the consulting expert privilege.

5) Accordingly, the Firms respectfully request that the Court reject the form of the interrogatories submitted by the Debtors along with their proposed affidavit of compliance and the proposed Order related thereto.

6) If the Court believes approval of a form of interrogatories and an affidavit of compliance is necessary, the Firms respectfully request that the Court approve the form of the interrogatories submitted by the Firms hereto along with the corresponding affidavit of compliance and enter the attached Order related thereto.


Dated: May 4, 2007

Sander L. Esserman
Van J. Hooker
David A. Klingler
David J. Parsons
**STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, A Professional Corporation**
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 969-4900
Facsimile: (214) 969-4999

**COUNSEL FOR VARIOUS FIRMS REPRESENTING ASBESTOS CLAIMANTS**

/s/ Daniel K. Hogan
Daniel K. Hogan (ID no. 2814)
**THE HOGAN FIRM**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
E-mail: dkhogan@dkhogan.com

**LOCAL COUNSEL FOR VARIOUS FIRMS REPRESENTING ASBESTOS CLAIMANTS**