IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Related to Docket Nos. 14150, 14763 & 14929 |
| | | April 13, 2007 Agenda Item No. 3 |

**ORDER REGARDING DEBTORS' MOTION TO COMPEL COMPLIANCE
WITH THE CONSULTING EXPERT ORDER[1]**

Upon consideration of the Debtors' Motion to Compel Compliance With the Supplemental Order Regarding Motions to Compel Claimants to Respond to the W.R. Grace & Co. Asbestos Personal Injury Questionnaire [Docket No. 14929], all oppositions and responses thereto, and all argument on the Motion on April 13, 2007, May 2, 2007 and May 8, 2007, Debtors' Certification of Counsel dated May 1, 2007 with respect to proposed interrogatories and an affidavit of compliance and the various firms representing asbestos personal injury claimants represented by Stutzman, Bromberg, Esserman & Plifka's (the "Firms") Certification of Counsel dated May 4, 2007;

IT IS HEREBY ORDERED:

1. Rust Consulting, Inc. shall compile into the Navigable Database and make available to the parties any information received up to and including April 13, 2007 provided as a result of the Consulting Expert Order; however, Rust shall have no obligation to compile into the Navigable Database or otherwise process any subsequent responses or supplemental

---

[1] The "Supplemental Order Regarding Motions to Compel Claimants to Respond to the W. R. Grace & Co Asbestos Personal Injury Questionnaire" [Docket No. 14150] as amended by the "Order on Certain Asbestos Claimant' Firms' Motion to Alter or Amend Supplemental Order Regarding Motions to Compel Claimants to Respond to the W. R. Grace & Co. Asbestos Personal Injury Questionnaire Pursuant to Fed. R. Bankr. P. 9023, and Alternative Request for Entry of a Protective Order" [Docket No.14763] (collectively, the "Consulting Expert Order")

K&E 11755913.3

submissions received after April 13, 2007, but instead will simply acknowledge receipt of such information. Debtors will provide copies of such information to the parties to the Estimation Proceedings in accordance with footnote 1 of the Court's April 2, 2007 Case Management Order for the Estimation of Asbestos Personal Injury Liabilities.

2. The form of the interrogatories submitted by the Firms on May 4, 2007 is hereby approved.

3. The plaintiffs' law firms that are the subject of Debtors' Motion are ordered to answer the interrogatories within 30 days of the date they are received by plaintiffs' law firms (subject to extension upon order of this Court if any plaintiffs' firms are unable to provide the interrogatories within 30 days despite the exercise of reasonable diligence).

4. In lieu of responding to the interrogatories, the plaintiffs' law firms may provide Debtors with an affidavit of compliance attesting to the fact that, to the best of their knowledge, information and belief, they have produced all B-reads in the firm's possession, custody or control and are not aware of any B-reads for the Claimants they represent that are not in the firm's possession, custody or control. In order for the affidavit to be considered a sufficient response, it may not be altered or amended. If it is altered or amended, the plaintiffs' law firms must also respond to the interrogatories.

5. Any plaintiffs' firm that has not complied with Fed. R. Bankr. P. 2019 by filing an appropriate statement must do so promptly.

6. The Debtors shall serve this Order, the Interrogatories and the Affidavit of Compliance on the plaintiffs' law firms within 5 days of entry of this Order.

May ___, 2007

                                                                                   _____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

K&E 11755913.3