IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: May 29, 2007 at 4:00 p.m. |
| | ) | Hearing Date: TBD only if necessary |

SUMMARY OF APPLICATION OF HOLME ROBERTS & OWEN, LLP
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS
SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR
THE INTERIM PERIOD FROM NOVEMBER 1, 2006 THROUGH NOVEMBER 30, 2006

Name of Applicant:        Holme Roberts & Owen, LLP

Authorized to Provide Professional Services to:   W.R. Grace & Co., et al., Debtors and
                                                   Debtors-in Possession

Dated of Retention Order:   July 18, 2001, *nunc pro tunc* April 2, 2001.

Period for Which Compensation and Reimbursement is Sought:   November 1, 2006 through November 30, 2006

Amount of Compensation Sought as Actual, Reasonable and Necessary:   $1,946.40(80% of $2,433.00)

Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: $1,121.66

This is a   X  monthly   ____quarterly   X   interim   ____final application

Prior Applications filed:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#1245194 v1

|  |  | **Requested** |  | **Approved** |  |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 11/07/01 | 04/02/01-09/30/01 | $285,970.50 | $47,668.25 | Approved | Approved |
| 12/01/01 | 10/01/01 - 10/31/01 | $113,986.00 | $11,562.02 | Approved | Approved |
| 12/28/01 | 11/01/01 - 11/30/01 | $136,572.00 | $23,863.64 | Approved | Approved |
| 02/11/02 | 12/01/01 - 12/31/01 | $191,787.00 | $41,142.65 | Approved | Approved |
| 03/01/02 | 10/01/01 - 12/31/01 | $442,631.50 | $74,769.32 | Approved | Approved |
| 03/18/02 | 01/01/02 - 01/31/02 | $290,461.00 | $44,278.12 | Approved | Approved |
| 04/06/02 | 02/01/02 - 02/28/02 | $306,124.80 | $54,631.99 | Approved | Approved |
| 05/01/02 | 03/01/02 - 03/31/02 | $340,038.50 | $40,074.40 | Approved | Approved |
| 06/04/02 | 04/01/02 - 04/30/02 | $384,156.00 | $43,551.56 | Approved | Approved |
| 06/05/02 | 01/01/02 - 03/31/02 | $1,015,155.50 | $136,984.52 | Approved | Approved |
| 07/12/02 | 05/01/02 - 05/31/02 | $445,180.40 | $54,453.03 | Approved | Approved |
| 08/14/02 | 06/01/02 - 06/30/02 | $448,780.00 | $60,518.33 | Approved | Approved |
| 08/16/02 | 04/01/02 - 06/30/02 | $1,429,411.50 | $158,522.92 | Approved | Approved |
| 09/11/02 | 07/01/02 - 07/31/02 | $477,335.25 | $22,841.16 | Approved | Approved |
| 10/21/02 | 08/01/02 - 08/31/02 | $846,679.50 | $47,900.46 | Approved | Approved |
| 11/04/02 | 09/01/02 - 09/30/02 | $726,025.00 | $50,880.25 | Approved | Approved |
| 11/08/02 | 07/01/02 - 09/30/02 | $2,050,039.75 | $121,621.87 | Approved | Approved |
| 11/27/02 | 10/01/02 - 10/31/02 | $836,752.50 | $52,601.40 | Approved | Approved |
| 01/02/03 | 11/01/02 - 11/30/02 | $572,956.50 | $23,357.78 | Approved | Approved |
| 02/04/03 | 12/01/02 - 12/31/02 | $592,179.50 | $79,263.22 | Approved | Approved |

#1245194 v1

2

| | | | | | |
|---|---|---|---|---|---|
| 02/12/03 | 10/01/02 - 12/31/02 | $2,002,888.50 | $155,222.40 | Approved | Approved |
| 03/04/03 | 01/01/03 - 01/31/03 | $249,506.00 | $40,504.47 | Approved | Approved |
| 03/27/03 | 02/01/03 - 02/28/03 | $146,673.50 | $5,201.50 | Approved | Approved |
| 04/22/03 | 03/01/03 - 03/31/03 | $123,016.50 | $7,708.61 | Approved | Approved |
| 05/07/03 | 01/01/03 - 03/31/03 | $519,196.00 | $53,414.58 | Approved | Approved |
| 05/30/03 | 04/01/03 - 04/30/03 | $172,134.00 | $18,283.69 | Approved | Approved |
| 06/18/03 | 05/01/03 - 05/31/03 | $22,061.50 | $2,200.41 | Approved | Approved |
| 08/11/03 | 06/01/03 - 06/30/03 | $8,277.50 | $3,147.12 | Approved | Approved |
| 08/11/03 | 04/01/03 - 06/30/03 | $202,473.00 | $23,631.22 | Approved | Approved |
| 09/05/03 | 07/01/03 - 07/31/03 | $36,800.50 | $486.72 | Approved | Approved |
| 10/03/03 | 08/01/03 - 08/31/03 | $30,753.50 | $1,505.46 | Approved | Approved |
| 10/27/03 | 09/01/03 - 09/30/03 | $44,138.00 | $3,187.45 | Approved | Approved |
| 11/17/03 | 07/01/03 - 09/30/03 | $111,692.00 | $5,179.63 | Approved | Approved |
| 12/03/03 | 10/01/03 - 10/31/03 | $5,455.50 | $737.89 | Approved | Approved |
| 01/05/04 | 11/01/03 - 11/30/03 | $3,936.00 | $2,733.39 | Approved | Approved |
| 02/05/04 | 12/01/03 - 12/31/03 | $5,325.60 | $1,707.66 | Approved | Approved |
| 02/11/04 | 10/01/03 - 12/31/03 | $16,048.50 | $5,167.16 | Approved | Approved |
| 03/16/04 | 01/01/04 - 01/31/04 | $40,083.20 | $1,742.96 | Approved | Approved |
| 03/30/04 | 02/01/04 - 02/28/04 | $26,469.00 | $2,945.54 | Approved | Approved |
| 06/08/04 | 03/01/04 - 03/31/04 | $42,028.50 | $3,675.12 | Approved | Approved |
| 06/11/04 | 01/01/04 - 03/31/04 | $118,601.50 | $8,363.62 | Approved | Approved |

| 07/02/04 | 04/01/04 - 04/30/04 | $25,963.00 | $252.69 | Approved | Approved |
|---|---|---|---|---|---|
| 07/23/04 | 05/01/04 - 05/31/04 | $2,392.00 | $1,843.79 | Approved | Approved |
| 09/08/04 | 06/01/04 - 06/30/04 | $7,330.00 | $441.77 | Approved | Approved |
| 10/05/04 | 04/01/04 - 06/30/04 | $35,685.00 | $2,548.25 | Approved | Approved |
| 09/28/04 | 07/01/04 - 07/31/04 | $7,600.50 | $479.86 | Approved | Approved |
| 11/10/04 | 08/01/04 - 08/31/04 | $13,269.50 | $1,294.24 | Approved | Approved |
| 11/18/04 | 09/01/04 - 09/30/04 | $14,180.50 | $240.69 | Approved | Approved |
| 12/07/04 | 07/01/04 - 09/30/04 | $35,050.50 | $2,014.79 | Approved | Approved |
| 01/06/05 | 10/01/04 - 10/31/04 | $6,923.50 | $1,267.04 | Approved | Approved |
| 02/03/05 | 11/01/04 - 11/30/04 | $11,489.50 | $987.17 | Approved | Approved |
| 02/03/05 | 12/01/04 - 12/31/04 | $17,218.50 | $2,064.26 | Approved | Approved |
| 02/17/05 | 10/01/04 - 12/31/04 | $35,631.50 | $4,318.47 | Approved | Approved |
| 03/09/05 | 01/01/05 - 01/31/05 | $26,288.50 | $510.88 | Approved | Approved |
| 04/14/05 | 02/01/05 - 02/28/05 | $11,977.50 | $10,111.49 | Approved | Approved |
| 05/11/05 | 03/01/05 - 03/31/05 | $635.50 | $1,834.12 | Approved | Approved |
| 06/28/05 | 01/01/05 - 03/31/05 | $38,901.50 | $12,456.69 | Approved | Approved |
| 06/28/05 | 04/01/05 - 04/30/05 | $17,442.80 | $542.56 | Approved | Approved |
| 07/21/05 | 05/01/05 - 05/31/05 | $6,842.50 | $670.78 | Approved | Approved |
| 08/02/05 | 06/01/05 - 06/30/05 | $12,805.00 | $2,335.21 | Approved | Approved |
| 08/30/05 | 04/01/05 - 06/30/05 | $41,451.00 | $3,548.55 | Approved | Approved |
| 08/02/05 | 07/01/05 - 07/31/05 | $12,805.00 | $2,335.21 | Approved | Approved |

| 09/29/05 | 08/01/05 - 08/31/05 | $9,746.00 | $1,947.84 | Approved | Approved |
|---|---|---|---|---|---|
| 10/28/05 | 09/01/05 - 09/30/05 | $32,727.50 | $1,089.60 | Approved | Approved |
| 01/03/06 | 07/01/05 - 09/30/05 | $43,662.50 | $3,562.12 | Approved | Approved |
| 11/11/05 | 10/01/05 - 10/31/05 | $186,392.00 | $1,934.14 | Approved | Approved |
| 01/04/06 | 11/01/05 - 11/30/05 | $5,389.50 | $1,741.37 | Approved | Approved |
| 01/30/06 | 12/01/05 - 12/31/05 | $4,543.00 | $1,143.52 | Approved | Approved |
| 03/29/06 | 10/01/05 - 12/31/05 | $196,099.50 | $4,819.03 | Approved | Approved |
| 03/24/06 | 01/01/06 - 01/31/06 | $1,634.00 | $453.32 | Approved | Approved |
| 05/01/06 | 02/01/06 - 02/28/06 | $546.00 | $2,939.85 | Approved | Approved |
| 06/26/06 | 03/01/06 - 03/31/06 | $2,270.00 | $259.96 | Approved | Approved |
| 08/28/06 | 01/01/06 - 03/31/06 | $4,450.00 | $3,653.13 | Approved | Approved |
| 08/30/06 | 04/01/06 - 04/30/06 | $4,339.00 | $3,339.31 | Approved | Approved |
| 10/09/06 | 06/01/06 - 06/30/06 | $6,854.50 | $917.40 | Approved | Approved |
| 10/27/06 | 04/01/06 - 06/30/06 | $11,193.50 | $4,256.71 | Approved | Approved |
| 11/17/06 | 07/01/06 - 07/31/06 | $271.60 | $783.50 | Approved | Approved |
| 03/07/07 | 08/01/06 - 08/31/06 | $6,532.40 | $1,411.98 | Approved | Approved |
| 03/08/07 | 09/01/06 - 09/30/06 | $1,549.00 | $629.76 | Approved | Approved |
| 03/12/07 | 07/01/06 - 09/30/06 | $9,986.50 | $2,825.24 | Approved | Approved |
| 05/03/07 | 10/01/06 - 10/31/06 | $1,472.00 | $1,783.27 | Pending | Pending |

The HRO attorneys who rendered professionals services in these cases during the Fee Period are:

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Elizabeth Flaagan | Partner | Bankruptcy | $340.00 | 0.8 | $272.00 |
| Bruce Likoff | Partner | Real Estate | $400.00 | 1.5 | $600.00 |
| Coggon, Katheryn | Sp. Counsel | Environmental | $310.00 | 0.4 | $124.00 |
| **TOTAL** | | | | **2.70** | **$996.00** |

The HRO paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Susan Haag | Paralegal | Bankruptcy | $140.00 | 0.6 | $84.00 |
| Joan Sherman | Paralegal | Environmental | $165.00 | 8.2 | $1,353.00 |
| **TOTAL** | | | | **8.8** | **$1,437.00** |

Summary of expenses incurred on behalf of the Debtors in these cases during the Fee Period:

| Description | November |
|---|---|
| Photocopies | $18.30 |
| Long Distance Telephone | $2.30 |
| Facsimile | $0.00 |
| Federal Express | $20.89 |
| Lexis | $0.00 |
| Outside Courier | $0.00 |
| Meal Expenses | $0.00 |
| Consulting Fee | $1,080.17 |
| Other Expenses | $0.00 |
| Velo Binding | $0.00 |
| | |
| **TOTALS** | **$1,121.66** |

Dated: May 3, 2007.

HOLME ROBERTS & OWEN, LLP

By: *[signature]*
Elizabeth K. Flaagan, Esq. (Colo. #22604)
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
(303) 861-7000

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: May 29, 2007 at 4:00 |
| | ) | p.m. Hearing Date: TBD only if necessary |
| | ) | |

**FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF NOVEMBER 1, 2006 THROUGH NOVEMBER 30, 2006**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#1245196 v1

**Matter 00000 - General**

| Name | Position | Hourly Rate | November | Total Comp |
|---|---|---|---|---|
| Likoff, Bruce | Partner | $ 400.00 | 1.50 | $ 600.00 |
| | | | | |
| Total | | | 1.50 | 600.00 |

Expenses

**Matter 00000 - General**

| Description | TOTAL |
|---|---|
| Photocopies | $ 15.00 |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Outside Courier | $ - |
| Other Expense | $ - |
| Lexis | $ - |
| Federal Express | $ - |
| Consulting Fee | $ - |
| Document Production | $ - |
| Velo Binding | $ - |
| Total | $ 15.00 |

Holme Roberts & Owen LLP

December 13, 2006

W.R. Grace

| | |
|---|---|
| Page | 4 |
| Invoice No.: | 753994 |
| Client No.: | 04339 |
| Matter No.: | 00000 |

**Regarding: GENERAL**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 11/01/06 | BLL | Review limited partnership agreement for MCC Group-Northglenn, Ltd. and "Black Friday" letter agreement and 11/20/01 memorandum re issues re Grace's right to acquire limited partner's interest (1.30); email correspondence to V. Finkelstein re possible tax consequences of acquiring limited partner's interest and causing a technical dissolution of the partnership (.20). | 1.50 | $ | 600.00 |
| | | **Total Fees Through November 30, 2006:** | **1.50** | **$** | **600.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| BLL | Bruce L. Likoff | Partner | $400.00 | 1.50 | $ | 600.00 |
| | | **Total Fees:** | | **1.50** | **$** | **600.00** |

Please note that some individual timekeeper hourly rates will increase effective December 1, 2006

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 11/07/06 | 100 | Document Reproduction | $ | 15.00 |
| | | **Total Disbursements:** | **$** | **15.00** |

### Disbursement Summary

| | | |
|---|---|---|
| Document Reproduction | $ | 15.00 |
| **Total Disbursements:** | **$** | **15.00** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 679369 | 09/24/04 | Bill | 395.00 |
| | 01/04/05 | Cash Receipt | -316.00 |

**Matter 00370 - Boulder Document Production**

| Name | Position | Hourly Rate | November | Total Comp |
|---|---|---|---|---|
| Coggon, Katheryn | Sp. Counsel | $ 310.00 | 0.4 | $ 124.00 |
| Sherman, Joan | Paralegal | $ 165.00 | 8.2 | $ 1,353.00 |
| | | | | |
| Total | | | 8.60 | $ 1,477.00 |

Holme Roberts & Owen LLP

December 13, 2006

W.R. Grace

Page 9
Invoice No.: 753994
Client No.: 04339
Matter No.: 00370

**Regarding: Boulder Document Production re Attic Insulation**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/03/06 | KJC | Telephone conference with M. Murphy re documents for PI committee (0.20); follow-up re same (0.20). | 0.40 | $ 124.00 |
| 11/03/06 | JLS | Document search for M. Murphy re production to PI committee. | 2.30 | 379.50 |
| 11/05/06 | JLS | Document search for M. Murphy re production to PI committee. | 0.30 | 49.50 |
| 11/06/06 | JLS | Document search for Matt Murphy re production to PI committee. | 2.60 | 429.00 |
| 11/09/06 | JLS | Document searches for Matt Murphy re production to PI committee. | 1.90 | 313.50 |
| 11/10/06 | JLS | Document searches for Matt Murphy re production to PI committee. | 0.40 | 66.00 |
| 11/14/06 | JLS | Document searches for Matt Murphy re production to PI committee. | 0.70 | 115.50 |
| | | **Total Fees Through November 30, 2006:** | **8.60** | **$ 1,477.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $310.00 | 0.40 | $ 124.00 |
| JLS | Joan L. Sherman | Paralegal | 165.00 | 8.20 | 1,353.00 |
| | | **Total Fees:** | | **8.60** | **$ 1,477.00** |

**Please note that some individual timekeeper hourly rates will increase effective December 1, 2006**

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 626813 | 03/27/03 | Bill | 6,398.18 |
| | 10/25/05 | Cash Receipt | -0.20 |

### Matter 00390 - Bankruptcy Matters

| Name | Position | Hourly Rate | November | Total Comp |
|---|---|---|---|---|
| Flaagan, Elizabeth K. | Partner | $ 340.00 | 0.8 | $ 272.00 |
| Haag, Susan | Paralegal | $ 140.00 | 0.6 | $ 84.00 |
| | | | | |
| Total | | | 1.40 | $ 356.00 |

Expenses

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL |
|---|---|
| Photocopies | $ 3.30 |
| Facsimiles | $ - |
| Long Distance Telephone | $ 2.30 |
| Federal Express | $ 20.89 |
| Outside Courier | $ - |
| Lexis | $ - |
| Consulting Fee | $ - |
| Postage | $ - |
| Research Services | $ - |
| Professional Services | $ 1,080.17 |
| **Total** | **$ 1,106.66** |

Holme Roberts & Owen LLP

December 13, 2006

W.R. Grace

| | |
|---|---|
| Page | 11 |
| Invoice No.: | 753994 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/08/06 | EKF | Review and revise October 2006 prebills/invoices for compliance with US Trustee Guidelines (.30). | 0.30 | $ 102.00 |
| 11/09/06 | EKF | Review and revise Monthly Fee application for July 2006 (.50). | 0.50 | 170.00 |
| 11/09/06 | SH | Draft July, 2006 monthly fee application. | 0.60 | 84.00 |
| | | **Total Fees Through November 30, 2006:** | **1.40** | **$ 356.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $340.00 | 0.80 | $ 272.00 |
| SH | Susan Haag | Paralegal | 140.00 | 0.60 | 84.00 |
| | | **Total Fees:** | | **1.40** | **$ 356.00** |

**Please note that some individual timekeeper hourly rates will increase effective December 1, 2006**

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/13/06 | | Federal Express: Vendor: Federal Express; Invoice: 846464517; From Mary Pierce to William Weller on October 5 2006 | $ 9.76 |
| 11/03/06 | | Federal Express: Vendor: Federal Express; Invoice: 850360054; From Mary Pierce to William Weller on October 25 2006 | 11.13 |
| 11/10/06 | 22 | Document Reproduction | 3.30 |
| 11/14/06 | | Long Distance Telephone: 6174265900, 1 Mins., TranTime:11:16 | 0.10 |
| 11/14/06 | | Long Distance Telephone: 6174265900, 22 Mins., TranTime:14:10 | 2.20 |
| 11/20/06 | | Consulting Fee: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 297656; DATE: 11/20/2006 - Professional Services through 10/31/06 | 1,080.17 |
| | | **Total Disbursements:** | **$ 1,106.66** |

Holme Roberts & Owen LLP

December 13, 2006

W.R. Grace

| | |
|---|---|
| Page | 12 |
| Invoice No.: | 753994 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

## Disbursement Summary

| | | |
|---|---|---:|
| Consulting Fee | $ | 1,080.17 |
| Document Reproduction | | 3.30 |
| Long Distance Telephone | | 2.30 |
| Federal Express | | 20.89 |
| **Total Disbursements:** | $ | **1,106.66** |

## Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---:|
| 658429 | 02/16/04 | Bill | | 475.61 |
| | 05/24/04 | Cash Receipt | | -366.31 |
| | 10/19/04 | Cash Receipt | | -92.89 |
| | | *Outstanding Balance on Invoice 658429:* | *$* | *16.41* |
| 661254 | 03/15/04 | Bill | | 2,580.71 |
| | 05/24/04 | Cash Receipt | | -2,131.18 |
| | 10/19/04 | Cash Receipt | | -382.44 |
| | | *Outstanding Balance on Invoice 661254:* | *$* | *67.09* |
| 679369 | 09/24/04 | Bill | | 1,618.52 |
| | 01/04/05 | Cash Receipt | | -1,526.52 |
| | 04/22/05 | Cash Receipt | | -89.34 |
| | | *Outstanding Balance on Invoice 679369:* | *$* | *2.66* |
| 684108 | 11/01/04 | Bill | | 1,924.09 |
| | 01/04/05 | Cash Receipt | | -1,506.75 |
| | 04/22/05 | Cash Receipt | | -375.44 |
| | | *Outstanding Balance on Invoice 684108:* | *$* | *41.90* |
| 716200 | 11/08/05 | Bill | | 2,495.80 |