## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on the 7th day of May 2007, I did cause to

be served copies of the foregoing **Statement of Issues on Appeal for Dodge County Hospital,**

**Claim No. 11550 (D.I. 15396, filed on April 26, 2007)** on the parties listed and in the manner

indicated on the attached service list.

DATED:  May 7, 2007

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:      (302) 654-0248
Facsimile:      (302) 654-0728 (fax)
E-mail:        loizides@loizides.com

## SERVICE LIST

## VIA FIRST CLASS MAIL

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19801

Teresa K. D. Currier, Esquire
Buchanan Ingersoll & Rooney, PC
1000 West Street, Suite 1410
Wilmington, DE  19801

Marla R. Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE  19801

Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE  19801

David M. Klauder, Esquire
Office of the United States Trustee
844 N. King Street, Room 2207
Wilmington, DE  19801

Theodore Tacconelli, Esquire
Ferry Joseph & Pearce, P.A.
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE  19899-1351

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 No. Broom Street
Wilmington, DE  19806

David M. Bernick, Esquire
Janet S. Baer, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY  10038-4982

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152-3500

Peter Van N. Lockwood, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

Thomas M. Mayer, Esquire
Kramer, Levin, Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY  10036

Roger Frankel, Esquire
Richard H. Wyron, Esquire
The Washington Harbour
Orrick, Herrington & Sutcliffe LLP
3050 K Street, N.W., Suite 200
Washington, DC  20007-5135

3

Scott Baena, Esquire
Bilzin Sumberg Baena Price & Axelrod, LLP
First Union Financial Center
200 So. Biscayne Bl., Suite 2500
Miami, FL  33131-2336

James J. Restivo, Jr., Esquire
Douglas E. Cameron, Esquire
Traci S. Rea, Esquire
435 Sixth Avenue
Pittsburgh, PA 15219

David B. Siegel
W.R. Grace & Company
7500 Grace Drive
Columbia, MD  21044