## SUMMARY OF EXHIBITS

| | |
|---|---|
| TAB A: | Order regarding Estimation of Asbestos Property Damage Claims for Voting Purposes (Celotex) and attachments. |
| TAB B: | Affidavit of John P. Freeman dated August, 2005 and attachments. |
| TAB C: | Email from Dan Speights to Richard Finke dated March 17, 2005 with attached unsigned stipulation concerning claims. |
| TAB D: | Email from Dan Speights to Richard Finke dated April 7, 2005 re: Grace. |
| TAB E: | Speights & Runyan's Statement of Facts Relating to Its Authorization to File Certain Claims in this Chapter 11 dated July 13, 2005. |