# TAB D

**From:** Dan Speights
**Sent:** Thursday, April 07, 2005 2:53 PM
**To:** Richard.Finke@grace.com
**Subject:** Grace

I just want to confirm that the ball is in your court.