*page 3 of 11*

# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | Related Docket No. 15011 + 15297 |
| | | 5/2/07 Agenda No: 12 |

## ORDER (A) EXPUNGING OR (B) REDUCING AND ALLOWING CLAIMS PAID POST-PETITION

Upon the motion and objection of the above-captioned debtors and debtors in possession (collectively, the "Debtors") seeking entry of an order under sections 105(a), 502(b)(1), and 507 of the Bankruptcy Code[2] (A) expunging or (B) reducing and allowing claims paid post-petition (the "Motion"); and it appearing that the Court has jurisdiction to consider the Motion and the

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Capitalized terms not otherwise defined in this Order have the meanings given to them in the Motion.

relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and this Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been given; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates and the creditors and all parties-in-interest; and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED, FOUND, AND DETERMINED THAT:

1. The Motion is granted.

2. The claim listed on Exhibit A hereto is hereby expunged in its entirety.

3. The claims listed on Exhibit B hereto are hereby reduced and allowed in the amounts and classification listed on such exhibit.

4. Rust Consulting, Inc. is directed to mark the official claims register in accordance with paragraphs 2 and 3 of this Order.

5. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order, which is final.

Dated: April 26, 2007

_Judith K. Fitzgerald_
Judith K. Fitzgerald
United States Bankruptcy Judge

2

DOCS_DE:125206.1

# EXHIBIT A

## In re: W.R. GRACE & CO., et al
## EXHIBIT A - FULLY SATISFIED POSTPETITION CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | BCL CAPITAL<br>ATTN CORPORATE ATTY<br>115 WEST COLLEGE DR<br>MARSHALL, MN 56258 | 01-01139<br>W.R. GRACE & CO. | 107 | $10,686.34 | (S) | DEBTOR MADE A POST-PETITION PAYMENT TO U.S. BANCORP OFFICE EQUIPMENT IN THE FULL AMOUNT OF THE CLAIM. |
| | | | Totals: | $10,686.34 | (S) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority           (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

# EXHIBIT B

## In re: W.R. GRACE & CO., et al
## OMNIBUS : EXHIBIT B - PARTIALLY SATISFIED POSTPETITION CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 1 | DELL RECEIVABLES, LP<br>C/O MS SABRINA STREUSSAND<br>HUGHES & LUCE, LLP<br>111 CONGRESS AVE STE 900<br>AUSTIN, TX 78701-4043 | 849 | $64,918.34<br>$73,791.94 | (P)<br>(U) | $0.00<br>$109,049.79 | (P)<br>(U) | REDUCED IN THE AMOUNT CORRESPONDING TO PAYMENTS MADE POST-PETITION ON 07/18/2001 (CHECK # 310975) AND 05/02/2001 (CHECK # 50887, # 50886); NO BASIS FOR PRIORITY CLAIM. |
| 2 | RELIANT ENERGY HL&P<br>PO BOX 1700<br>HOUSTON, TX 77001 | 131 | $13,831.70 | (U) | $4,317.82 | (U) | PAYMENT MADE POST-PETITION ON 06/13/2001 (CHECK # 307332). |
| 3 | TRANSCAT<br>C/O COMMERCIAL COLLECTION CORP OF NY<br>PO BOX 740<br>BUFFALO, NY 14217 | 208 | $1,762.97 | (U) | $849.07 | (U) | PAYMENTS MADE POST-PETITION ON 04/10/2001 (CHECK # 4415), 05/01/2001 (EDI # 2000007450), AND 05/24/2001 (EDI # 2000009360, EDI # 2000009551). |
| | Totals: | | $64,918.34<br>$89,386.61 | (P)<br>(U) | $0.00<br>$114,216.68 | (P)<br>(U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured