# EXHIBIT 2

## for WR Grace
**Total number of parties: 4**

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 24415 | BCL CAPITAL, ATTN CORPORATE ATTY, 115 WEST COLLEGE DR, MARSHALL, MN, 56258 | US Mail (1st Class) |
| 24415 | DELL RECEIVABLES, LP, C/O MS SABRINA STREUSSAND, HUGHES & LUCE, LLP, 111 CONGRESS AVE STE 900, AUSTIN, TX, 78701-4043 | US Mail (1st Class) |
| 24415 | RELIANT ENERGY HL&P, PO BOX 1700, HOUSTON, TX, 77001 | US Mail (1st Class) |
| 24415 | TRANSCAT, C/O COMMERCIAL COLLECTION CORP OF NY, PO BOX 740, BUFFALO, NY, 14217 | US Mail (1st Class) |

**Subtotal for this group: 4**