# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., et al.<br><br>Debtors. | Chapter 11<br>Case No. 01-01139 (JKF)<br><br>Jointly Administered<br><br>**Rel. D.I. 15167** |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 15167

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Sixty-Second Monthly Fee Application of Duane Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period February 1, 2007 through February 28, 2007 (the "Application") [Docket No. 15167] filed on April 13, 2007.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served no later than May 2, 2007 at 4:00 p.m.

DM3\511243.1

Pursuant to the Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Professionals and Members of the Official Committees and Consideration of Fee Applications signed November 20, 2001, the Debtors are hereby authorized to immediately pay eighty percent (80%) of requested compensation (totaling $18,732.80) and one hundred percent (100%) of requested reimbursement of expenses (totaling $81.51) without further order from the court.

Dated: May 8, 2007
      Wilmington, Delaware

                                               /s/ Michael R. Lastowski
                                               Michael R. Lastowski (DE 3892)
                                               Richard W. Riley (DE 4052)
                                               DUANE MORRIS LLP
                                               1100 N. Market Street, Suite 1200
                                               Wilmington, DE 19801-1246
                                               Telephone:   (302)-657-4900
                                               Facsimile:    (302)-657-4901
                                               Email:         mlastowski@duanemorris.com
                                                                      rwriley@duanemorris.com

                                               *Co-Counsel for the Official*
                                               *Committee of Unsecured Creditors*