IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF INTENTION TO TAKE
DEPOSITION OF GRAEME MEW**

To:     SPEIGHTS & RUNYAN:

PLEASE TAKE NOTICE that the Debtors will take the deposition upon oral examination of Graeme Mew, before a person authorized to administer oaths, at the offices of Ogletree Deakins, 600 Peachtree Street, N.W., Suite 2100, Atlanta, Georgia 30308, on Friday, May 11, 2007, commencing immediately following the discovery deposition that will be taken by Speights & Runyan with respect to Mr. Mew's opinion, as set forth in his affidavit dated March 23, 2007, concerning class action tolling under Canadian law. That discovery deposition is scheduled to commence at 9:00 AM at Ogletree Deakins. Debtors' deposition of Mr. Mew will be taken with respect to Mr. Mew's opinions on Canadian limitation periods, as expressed in his expert report dated December 21, 2006 and his affidavit dated March 23, 2007, for use in connection with Debtors' Motion and Memorandum for an Order pursuant to F.R.B.P. 7056 Disallowing and Expunging Eighty-Eight (88) Time-Barred Canadian Asbestos Property Damage Claims and oral argument before Judge Judith K. Fitzgerald on said motion, which argument is tentatively scheduled for May 30 or 31, 2007. The deposition will be stenographically recorded.

DOCS_DE:127296.1

Counsel is hereby invited to appear and take such part in the examination as may be proper.

Dated: May 8, 2007

REED SMITH LLP

James J. Restivo, Jr., Esq. (Bar No. 10113)
Lawrence E. Flatley, Esq. (Bar No. 21871)
Douglas E. Cameron, Esq. (Bar No. 41644)
Traci S. Rea, Esq. (Bar No. 76258)
435 Sixth Avenue
Pittsburgh, PA  15219
Telephone: (412) 288-3131
Facsimile: (412) 288-3063

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Lisa G. Esayian
200 East Randolph Drive
Chicago, IL  60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

and

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE  19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

By: _____
Co-Counsel for the Debtors and Debtors in Possession