**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | Chapter 11 |
| ) | |
| W. R. Grace & Co., et al.,[1] ) | Case No. 01-01139 (JKF) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | Re: Docket No. 13406 |

## DESIGNATION OF EXPERT REPORTS
## RELATING TO PRODUCT IDENTIFICATION ON
## BEHALF OF CERTAIN ASBESTOS PROPERTY DAMAGE CLAIMANTS

Pursuant to the Court's October 13, 2006 Amended Scheduling Order Setting Various Deadlines Regarding Objections to Asbestos Property Damage Claims, Speights & Runyan ("S&R"), by and on behalf of Anderson Memorial Hospital ("Anderson") and the class of property damage claimants it seeks to represent, hereby identifies the following expert reports, all of which have previously been produced to the debtors, either as an attachment to a claim form, amended claim form, or as an annex to the claim form as additional supporting documentation.

1. Expert Report of Dr. Donald Pinchin dated March 26, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12368.

---

[1] The Debtors consist of the following 62 entities: W. R Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Ins., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Ins., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp, Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe. Inc., Grace H-G Inc., Grace H-G II Inc,, Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Ins., MICA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2. Expert Report of Dr. Donald Pinchin dated March 26, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12534.

3. Expert Report of Dr. Donald Pinchin dated March 26, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12396.

4. Expert Report of Dr. Donald Pinchin dated March 26, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12430.

5. Expert Report of Dr. Donald Pinchin dated February 17, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12536.

6. Expert Report of Dr. Donald Pinchin dated March 26, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12423.

7. Expert Report of Dr. Donald Pinchin dated March 13, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12533.

8. Expert Report of Dr. Donald Pinchin dated March 26, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12422.

9. Expert Report of Dr. Donald Pinchin dated March 26, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12310.

10. Expert Report of Dr. Donald Pinchin dated March 26, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12421.

11. Expert Report of Dr. Donald Pinchin dated March 21, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12489.

12. Expert Report of Dr. Donald Pinchin dated February 17, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12490.

13. Expert Report of Dr. Donald Pinchin dated March 26, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12427.

14. Expert Report of Dr. Donald Pinchin dated March 26, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12311.

15. Expert Report of Dr. Donald Pinchin dated March 26, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12323.

16. Expert Report of Dr. Donald Pinchin dated March 26, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12380.

17. Expert Report of Dr. Donald Pinchin dated March 28, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12346.

18. Expert Report of Dr. Donald Pinchin dated March 26, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 11682.

19. Expert Report of Dr. Donald Pinchin dated March 26, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12329.

20. Expert Report of Dr. Donald Pinchin dated March 25, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12443.

21. Expert Report of Dr. Donald Pinchin dated March 26, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12303.

22. Expert Report of Dr. Donald Pinchin dated March 26, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12316.

23. Expert Report of Dr. Donald Pinchin dated March 26, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12307.

24. Expert Report of Dr. Donald Pinchin dated March 26, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12317.

25. Expert Report of Dr. Donald Pinchin dated March 25, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12440.

26. Expert Report of Dr. Donald Pinchin dated March 26, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12304.

27. Expert Report of Dr. Donald Pinchin dated March 26, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12305.

28. Expert Report of Dr. Donald Pinchin dated March 26, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12315.

29. Expert Report of Dr. Donald Pinchin dated March 26, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 11620.

30. Expert Report of Dr. Donald Pinchin dated March 26, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12313.

31. Expert Report of Dr. Donald Pinchin dated March 26, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12309.

32. Expert Report of Dr. Donald Pinchin dated March 26, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12395.

33. Expert Report of Dr. Donald Pinchin dated March 26, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 11322.

34. Expert Report of Dr. Donald Pinchin dated March 26, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12312.

35. Expert Report of Dr. Donald Pinchin dated February 17, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12491.

36. Expert Report of Dr. Donald Pinchin dated March 26, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12322.

37. Expert Report of Dr. Donald Pinchin dated March 26, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 11684.

38. Expert Report of Dr. Donald Pinchin dated March 26, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12314.

39. Expert Report of Dr. Donald Pinchin dated March 26, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 11681.

40. Expert Report of Dr. Donald Pinchin dated March 26, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 11678.

41. Expert Report of Dr. Donald Pinchin dated March 26, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 11680.

42. Expert Report of Dr. Donald Pinchin dated February 17, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12493.

43. Expert Report of Dr. Donald Pinchin dated March 26, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 11683.

44. Expert Report of Dr. Donald Pinchin dated March 25, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12293.

45. Expert Report of Dr. Donald Pinchin dated March 25, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12331.

46. Expert Report of Dr. Donald Pinchin dated March 26, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 13950.

47. Expert Report of Dr. Donald Pinchin dated March 25, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12348

48. Expert Report of Dr. Donald Pinchin dated March 26, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12526.

49. Expert Report of Dr. Donald Pinchin dated March 26, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12527.

50. Expert Report of Dr. Donald Pinchin dated March 26, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12528.

51. Expert Report of Dr. Donald Pinchin dated March 26, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12530.

52. Expert Report of Dr. Donald Pinchin dated March 26, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12531.

53. Expert Report of Dr. Donald Pinchin dated March 26, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12532.

54. Expert Report of Dr. Donald Pinchin dated March 26, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12525.

55. Expert Report of Dr. Donald Pinchin dated March 26, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 11618.

56. Expert Report of Dr. Donald Pinchin dated March 21, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12400.

57. Expert Report of Dr. Donald Pinchin dated March 21, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12401.

58. Expert Report of Dr. Donald Pinchin dated March 26, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12306.

59. Expert Report of Dr. William Longo, Materials Analytical Services, dated March 10, 2006 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12476.

60. Expert Report of Dr. William Longo, Materials Analytical Services, dated March 10, 2006 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12501.

61. Expert Report of Dr. William Longo, Materials Analytical Services, dated March 10, 2006 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 11627.

62. Expert Report of Dr. William Longo, Materials Analytical Services, dated March 10, 2006 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12394.

63. Expert Report of Dr. William Longo, Materials Analytical Services, dated March 22, 2006 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 11632.

64. Expert Report of Dr. William Longo, Materials Analytical Services, dated March 10, 2006 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12546.

65. Expert Report of Dr. William Longo, Materials Analytical Services, dated March 10, 2006 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12557.

66. Expert Report of Dr. William Longo, Materials Analytical Services, dated March 10, 2006 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12439.

67. Expert Report of Dr. William Longo, Materials Analytical Services, dated March 10, 2006 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12591.

68. Expert Report of Dr. William Longo, Materials Analytical Services, dated March 22, 2006 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12377.

69. Expert Report of Dr. William Longo, Materials Analytical Services, dated March 28, 2006 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12576.

70. Expert Report of Dr. William Longo, Materials Analytical Services, dated March 22, 2006 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12590.

71. Expert Report of Dr. William Longo, Materials Analytical Services, dated March 22, 2006 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12548.

72. Expert Report of Dr. William Longo, Materials Analytical Services, dated March 22, 2006 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12438.

73. Expert Report of Dr. William Longo, Materials Analytical Services, dated March 22, 2006 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12388.

74. Expert Report of Dr. William Longo, Materials Analytical Services, dated March 22, 2006 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12541.

75. Expert Report of Dr. William Longo, Materials Analytical Services, dated March 28, 2006 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12554.

76. Expert Report of Dr. William Longo, Materials Analytical Services, dated March 22, 2006 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12549.

77. Expert Report of Dr. William Longo, Materials Analytical Services, dated March 22, 2006 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12542.

78. Expert Report of Dr. William Longo, Materials Analytical Services, dated March 22, 2006 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12457.

79. Expert Report of Dr. William Longo, Materials Analytical Services, dated March 22, 2006 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12503.

80. Expert Report of Dr. William Longo, Materials Analytical Services, dated March 22, 2006 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12498.

81. Expert Report of Dr. William Longo, Materials Analytical Services, dated March 22, 2006 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12442.

82. Expert Report of Dr. William Longo, Materials Analytical Services, dated March 28, 2006 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12412.

83. Expert Report of Dr. William Longo, Materials Analytical Services, dated March 28, 2006 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12537.

84. Expert Report of Dr. William Longo, Materials Analytical Services, dated March 28, 2006 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12454.

85. Expert Report of Dr. William Longo, Materials Analytical Services, dated March 28, 2006 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12570.

86. Expert Report of Dr. William Longo, Materials Analytical Services, dated March 22, 2006 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12496.

87. Expert Report of Dr. William Longo, Materials Analytical Services, dated March 28, 2006 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12885.

88. Expert Report of Dr. William Longo, Materials Analytical Services, dated March 28, 2006 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12410.

89. Expert Report of Dr. William Longo, Materials Analytical Services, dated March 28, 2006 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 12500.

90. Expert Report of Dr. William Longo, Materials Analytical Services, dated June 12, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 9684.

91. Expert Report of Dr. James R. Millette, MVA, Inc., dated December 1, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim No. 10533.

92. Expert Report of Dr. William Longo, Materials Analytical Services, dated March 7, 2003 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim Nos. 9913 and 9912.

93. Expert Report of Dr. William Longo, Materials Analytical Services, dated October 6, 1997 identifying W. R. Grace & Co. as the manufacturer of asbestos-containing materials with respect to Claim Nos. 9911, 9914, 11008.

**Reservation of Rights**

Anderson and the claimants it represents reserve the right to supplement or amend its expert reports as new or additional information may become available, or as may be permitted by the applicable rules of procedure or the Court. These parties further reserve the right to incorporate any expert report from Dr. William Longo and/or Dr. James Millette submitted by any other claimant or on any other issue.

DATED: December 21, 2006

Christopher D. Loizides (#3968)
Michael J. Joyce (#4563)
LOIZIDES & ASSOCIATES
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
E-mail:      loizides@loizides.com

- and -

Daniel A. Speights (SC Fed. ID No. 4252)
Marion C. Fairey, Jr. (SC Fed. ID No. 6101)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC 29924
Telephone:   (803) 943-4444
Facsimile:   (803) 943-4599

*Counsel for Anderson Memorial Hospital*