IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | Docket No. _____ |

## ORDER GRANTING DEBTORS' LEAVE TO AMEND THEIR FIFTEENTH OMNIBUS OBJECTION (SUBSTANTIVE) TO ASBESTOS PD CLAIMS

AND NOW, this \_\_\_\_ day of _____, 2007, it is ORDERED, ADJUDGED, and DECREED that Debtors are hereby granted leave to amend their Fifteenth Omnibus Objection (Substantive) to Asbestos PD Claims (Docket No. 9315). Debtors Updated Objections to Certain Speights & Runyan Asbestos Property Damage Claims (Docket No. 15445), which were filed with the Court on April 30, 2007, are accepted as validly filed *nunc pro tunc*.

_____
Judith K. Fitzgerald
United States Bankruptcy Judge