# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: Access Beyond Technologies, Inc | ) ) ) | |
| | ) | Bankruptcy No. 98-2276 (JKF) |
| Debtor(s) | ) ) | |
| | ) | Chapter 7 |

| | | |
|---|---|---|
| IN RE: Just for Feet, Inc. | ) | |
| | ) | Bankruptcy No. 99-4110 (JKF) |
| Debtors(s) | ) | (Jointly Administered) |
| | ) ) | |
| | ) | Chapter 7 |
| | ) | |

| | | |
|---|---|---|
| IN RE: Nixon Fork Mining, Inc. | ) | |
| | ) | Bankruptcy No. 99-2379 (JKF) |
| Debtors(s) | ) | (Jointly Administered) |
| | ) ) | |
| | ) | Chapter 7 |
| | ) | |

| | | |
|---|---|---|
| IN RE: United States Mineral Products Company | ) ) | |
| | ) | Bankruptcy No. 01-2471 (JKF) |
| Debtors(s) | ) ) | |
| | ) | Chapter 11 |
| | ) | |

| | | |
|---|---|---|
| IN RE: Combustion Engineering | ) | |
| | ) | Bankruptcy No. 03-10495 (JKF) |
| Debtors(s) | ) | (Jointly Administered) |
| | ) ) | |
| | ) | Chapter 11 |
| | ) | |

| | | |
|---|---|---|
| IN RE: Owens Corning | ) | |
| | ) | Bankruptcy No. 00-3837 (JKF) |
| Debtors(s) | ) | (Jointly Administered) |
| | ) ) | |
| | ) | Chapter 11 |
| | ) | |

| | |
|---|---|
| **IN RE: Federal Mogul Global, Inc.**<br><br>Debtor(s) | Bankruptcy No. 01-10578 (JKF)<br>(Jointly Administered)<br><br>Chapter 11 |
| **IN RE: US Office Products**<br><br>Debtor(s) | Bankruptcy No. 01-646 (JKF)<br>(Jointly Administered)<br><br>Chapter 11 |
| **IN RE: ACandS, Inc.**<br><br>Debtor(s) | Bankruptcy No. 02-12687 (JKF)<br>(Jointly Administered)<br><br>Chapter 11 |
| **IN RE: USG Corporation**<br><br>Debtor(s) | Bankruptcy No. 01-2094 (JKF)<br>(Jointly Administered)<br><br>Chapter 11 |
| **IN RE: Armstrong World Industries, Inc.**<br><br>Debtor(s) | Bankruptcy No. 00-4471 (JKF)<br>(Jointly Administered)<br><br>Chapter 11 |
| **IN RE: Kaiser Aluminum Corp.**<br><br>Debtor(s) | Bankruptcy No. 02-10429 (JKF)<br>(Jointly Administered)<br><br>Chapter 11 |

IN RE: W.R. Grace & Co.        )
                               )    Bankruptcy No. 01-1139 (JKF)
                               )    (Jointly Administered)
Debtors(s)                     )
                               )    Chapter 11
                               )
                               )

## ORDER SCHEDULING HEARINGS FOR JUNE 25, 2007

AND NOW, this 9th day of **May, 2007** it is **ORDERED** that the following hearings are scheduled to be heard on **June 25, 2007** and to be held in **Pittsburgh, PA**:

**8:30 a.m.**

    98-2276 Access Beyond Technologies, Inc.

    99-4110 Just For Feet, Inc.

    99-2379 Nixon Fork Mining, Inc.

    01-2471 U.S. Mineral Products Company

**9:00 a.m.**

    03-10495 Combustion Engineering

    00-3837 Owens Corning

    01-10578 Federal Mogul Global, Inc.

**11:30 a.m.**

    01-646 US Office Products

    02-12687 AcandS, Inc.

    01-2094 USG Corporation

    00-4471 Armstrong World Industries

**12:00 p.m.**

02-10429 Kaiser Aluminum Corporation

**1:00 p.m.**

01-1139 W.R. Grace & Co.

It is further **ORDERED** that counsel for the debtor(s) and/or trustee(s) is to serve a copy of the Order on all parties in interest and file a certificate of service forthwith.

_____
The Honorable Judith K. Fitzgerald
U.S. Bankruptcy Judge