# EXHIBIT A

# January Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 14859 under Case No. 01-01139 (JKF). Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.

# EXHIBIT B

# February Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 115247 under Case No. 01-01139 (JKF). Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.

# EXHIBIT C

# March Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 15415 under Case No. 01-01139 (JKF). Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.