**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 1275
Dallas, TX 75201
Tax Id# 01-0584406

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

May 09, 2007

In Reference To:     Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #      10817

Professional Services

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 4/2/2007 | ERU | Update database with Kirkland 2.07, Foley 2.07, W. Sullivan 2.07, Buchanan 2.07 | 0.10 | 4.00 |
| 4/3/2007 | ERU | Update database with Ferry 2.07, Reed 2.07, Caplin 2.07, Tersigni 2.07, LAS 2.07 (.1), AKO 2.07, Latham 12.06, Latham 1.07, Latham 2.07, Capstone 23rd Interim App e-detail (.1) | 0.20 | 8.00 |
|  | WHS | receive and review agenda | 0.10 | 27.50 |
| 4/5/2007 | JAW | detailed review of Orrick January 2007 monthly invoice (3.1); draft summary of same (2.2) | 5.30 | 715.50 |
|  | JAW | detailed review of Legal Analysis January 2007 monthly invoice (1.2); draft summary of same (0.1) | 1.30 | 175.50 |
|  | JAW | detailed review of Bilzin January 2007 monthly invoice (2.4) | 2.40 | 324.00 |
|  | ERU | Update database with Capstone's response to 23rd Interim Report, Campbell 2.07 | 0.10 | 4.00 |
|  | ERU | Update database with e-details: Casner 11.06, Orrick 2.07, Towers 2.07, Bilzin 2.07, Hamilton 2.07, Casner 12.06, Casner 1.07 | 0.10 | 4.00 |

W.R. Grace & Co.                                                                                                              Page    2

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 4/6/2007 | JAW | draft summary of Bilzin January 2007 monthly invoice (0.7) | 0.70 | 94.50 |
|  | JAW | detailed review of Caplin January 2007 monthly invoice (3.1); draft summary of same (1.0). | 4.10 | 553.50 |
| 4/9/2007 | ERU | Update database with Woodstock 2.07, Pitney 2.07, Towers 2.07, Orrick 2.07, Hamilton 2.07, Bilzin 2.07 | 0.10 | 4.00 |
| 4/10/2007 | MSH | research regarding orders for 1st through 22nd interims on PACER (2) | 2.00 | 80.00 |
| 4/11/2007 | MSH | PACER research regarding applications, reports and orders relating to the final final reports for the 1st through 5th periods (1.5) | 1.50 | 60.00 |
|  | JAW | detailed review of Reed Smith January 2007 monthly invoice (6.7) | 6.70 | 904.50 |
| 4/12/2007 | MSH | PACER research regarding applications, reports and orders relating to the Final Final Reports for the 10th interim (.5) | 0.50 | 20.00 |
|  | MSH | PACER research regarding applications, reports and orders relating to the Final Final Reports for the 6th interim (.5), 7th interim (.5), 8th interim (.5), and 9th interim (.4) | 1.90 | 76.00 |
|  | JAW | draft summary of Reed Smith January 2007 monthly invoice (0.5) | 0.50 | 67.50 |
|  | ERU | Update database with Stroock 2.07, Casner 2.07, Pachulski 2.07, Blackstone 1.07, Stoock 2.07 e-detail | 0.10 | 4.00 |
| 4/13/2007 | MSH | PACER research regarding applications, reports and orders relating to the Final Final Reports for the 11th interim (.2) | 0.20 | 8.00 |
|  | SLB | telephone conference with W. Sparks @ Grace re Pachulski's filing of incorrect charts (.2) | 0.20 | 28.00 |
|  | SLB | draft e-mail to P. Cuniff (.2) and J. O'Neil (.1) @ Pachulski re 22nd Interim filing of charts | 0.30 | 42.00 |
| 4/16/2007 | ERU | Update database with Duane Morris 2.07, Duane Morris 2.07 e-detail | 0.10 | 4.00 |

W.R. Grace & Co.                                                                                                                Page    3

|            |     |                                                                                                                      | **Hours** | **Amount** |
|------------|-----|----------------------------------------------------------------------------------------------------------------------|-----------|------------|
| 4/18/2007  | SLB | telephone conference with W. Sparks @ Grace re Project Cat. Spreadsheet (.2)                                         | 0.20      | 28.00      |
|            | SLB | research regarding Project Cat. Spreadsheet over 2006 re charges to criminal portion of case (3.3)                   | 3.30      | 462.00     |
| 4/19/2007  | SLB | draft expository e-mail to W. Sparks @ Grace re Project Cat. Spreadsheet (1.7)                                       | 1.70      | 238.00     |
|            | JAW | detailed review of K&E January 2007 monthly invoice (8.9)                                                            | 8.90      | 1,201.50   |
| 4/20/2007  | JAW | detailed review of K&E January 2007 monthly invoice (7.6)                                                            | 7.60      | 1,026.00   |
| 4/23/2007  | ERU | Update database with PWC 12.06, Philips 2.07, Capstone 1.07, Capstone 2.07                                           | 0.10      | 4.00       |
|            | ERU | Update database with e-details: Capstone 1.07, Capstone 2.07, Ogilvy 2.07, Philips 2.07, PWC 12.06                   | 0.10      | 4.00       |
|            | JAW | detailed review of K&E January 2007 monthly invoice (10.7)                                                           | 10.70     | 1,444.50   |
| 4/24/2007  | MSH | PACER research regarding applications, reports and orders relating to the Final Final Reports for the 12th through 19th interim periods (3.0) | 3.00 | 330.00 |
|            | WHS | receive and review invoice of PWC                                                                                    | 0.10      | 27.50      |
| 4/25/2007  | MSH | draft January 2007 invoice (.2), February 2007 invoice (.2), and March 2007 invoice (.2)                             | 0.60      | 66.00      |
|            | SLB | telephone conference (2) with P. Cuniff @ Pachulski re revised fee and expense charts (.2)                           | 0.20      | 28.00      |
|            | SLB | draft e-mail to P. Cuniff @ Pachulski re revised fee and expense charts (.20)                                        | 0.20      | 28.00      |
|            | SLB | revise draft of 22nd Interim fee & expense chart per J. O'Neil @ Pachulski (.9)                                      | 0.90      | 126.00     |

W.R. Grace & Co. Page 4

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 4/26/2007 | SLB | begin review of 23rd Interim app. - K&E (4.1) | 4.10 | 574.00 |
|  | WHS | receive and review agenda | 0.10 | 27.50 |
|  | ERU | Update database with Nelson 3.07, Ogilvy 2.07, Forman 4.06-3.07 App, e-details: PWC 1.07, Casner 2.07 | 0.10 | 4.00 |
| 4/27/2007 | MSH | create Final final report database (.4), Update Final Final Report database and check calculations for the 1st through 3rd interim periods (2.8) | 3.20 | 128.00 |
|  | MSH | PACER research regarding applications, reports and orders relating to the Final Final Reports for the 20th through 22nd interim periods (.9) | 0.90 | 36.00 |
|  | WHS | receive and review reply | 0.10 | 27.50 |
|  | SLB | begin draft of 23rd Interim initial report - K&E (6.8) | 6.80 | 952.00 |
| 4/30/2007 | MSH | Update Final Final Report database and check calculations for the 4th interim period (2.7) | 2.70 | 108.00 |
|  | SLB | continue draft of 23rd Interim initial report - K&E (5.7) | 5.70 | 798.00 |

**For professional services rendered**     **89.80 $10,877.00**

Additional Charges :

| | Price | |
|---|---:|---:|
| PACER charges for April 2007 | 78.40 | 78.40 |

**Total costs**     **$78.40**

**Total amount of this bill**     **$10,955.40**

W.R. Grace & Co.             Page    5

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Erika Urban | 1.10 | 40.00 | $44.00 |
| James A. Wehrmann | 48.20 | 135.00 | $6,507.00 |
| Melinda S Helsley | 3.60 | 110.00 | $396.00 |
| Melinda S Helsley | 12.90 | 40.00 | $516.00 |
| Stephen L. Bossay | 23.60 | 140.00 | $3,304.00 |
| Warren H Smith | 0.40 | 275.00 | $110.00 |