IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## AMENDED NOTICE OF INTENTION TO TAKE DEPOSITION OF DR. JAMES MILLETTE, PH.D.

To:   ASBESTOS PROPERTY DAMAGE CLAIMANTS AND THEIR ATTORNEYS:

PLEASE TAKE NOTICE that the Debtors will take the deposition upon oral examination of James Millettte, Ph.D, before a person authorized to administer oaths, at the offices of Ogletree Deakins, 600 Peachtree Street, N.E., Suite 2100, Atlanta, Georgia 30308, on Wednesday, May 16, 2007, commencing at 9:30 AM and continuing from day to day until complete. Dr. Millette will answer such questions as are propounded to him regarding his expert report(s) that were filed pursuant to the Amended Order Setting Various Deadlines Regarding Objections to Asbestos Property Damage Claims (dated October 13, 2006), scheduling a hearing before Judge Judith K. Fitzgerald on May 30 – 31, 2007, on the lack of hazard issues as described in the 15th Omnibus Objections, and related issues. The deposition will be stenographically recorded.

The witness is requested to bring with him and produce any and all documents, writings, data and any other information as referred to in the attached list, Exhibit A.

DOCS_DE:127345.1

Counsel is hereby invited to appear and take such part in the examination as may be proper.

| | |
|---|---|
| Dated: May 10, 2007 | REED SMITH LLP<br>James J. Restivo, Jr., Esq. (Bar No. 10113)<br>Lawrence Flatley, Esq. (Bar No. 21871)<br>Douglas E. Cameron, Esq. (Bar No. 41644)<br>Traci S. Rea, Esq. (Bar No. 76258)<br>435 Sixth Avenue<br>Pittsburgh, PA 15219<br>Telephone: (412) 288-3131<br>Facsimile: (412) 288-3063<br><br>KIRKLAND & ELLIS LLP<br>David M. Bernick, P.C.<br>Janet S. Baer<br>Salvatore F. Bianca<br>200 East Randolph Drive<br>Chicago, Illinois 60601<br>Telephone: (312) 861-2000<br>Facsimile: (312) 861-2200<br><br>And<br><br>PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP<br>Laura Davis Jones (Bar No. 2436)<br>James E. O'Neill (Bar No. 4042)<br>Timothy P. Cairns (Bar No. 4228)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705<br>(Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400 |
| By: | _____<br>Co-Counsel for the Debtors and Debtors in Possession |

DOCS_DE:127345.1