IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Date: May 31, 2007. |
| | | Hearing Deadline: to be scheduled, if necessary |

FEE DETAIL FOR OGILVY RENAULT LLP'S THIRD MONTHLY FEE
APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR
THE DEBTORS AND DEBTORS-IN-POSSESSION
FOR THE PERIOD FROM MARCH 1, 2007 THROUGH MARCH 31, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DOCSTOR: 1279498\1



# OGILVY RENAULT

LLP / S.E.N.C.R.L., s.r.l.

| | | |
|---|---|---|
| Client: | W.R. GRACE & CO. | April 18, 2007 |
| RE: | Fee Applications, Applicant | INVOICE: 706465 |
| Matter No.: | 01016442-0008 | |

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:   Richard Finke
             Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending March 31, 2007

| | |
|---|---:|
| FEES | $2,261.50 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 98.63 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $2,360.13 |



Please return a copy with payment to our address below.

**Bank Transfer**
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
including invoice number on transfer order.

Payable upon receipt

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario M5J 2Z4
Canada

Telephone (416) 216-4000
Fax (416) 216-3930

ogilvyrenault.com


W.R. GRACE & CO.                                                                                       01016442-0008

RE:   Fee Applications, Applicant

**FEE DETAIL**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 1/3/07 | Teresa Walsh | Conferences with P. Adams regarding materials to be filed in fee approval application process, including form of dockets and other supporting information (0.20); revising supporting information to be used for fee approval application (0.30). | 0.50 | $255.00 |
| 1/3/07 | Penny Adams | Reviewing and revising fee details for the application (0.30); discussions with various parties regarding application and fee detail format (0.30); reviewing supplementary affidavit of Ms. Walsh and revising same (0.50). | 1.10 | $176.00 |
| 2/3/07 | Penny Adams | Reviewing fee details. | 0.50 | $80.00 |
| 7/3/07 | Derrick C. Tay | Reviewing work product and dealing with application. | 0.30 | $262.50 |
| 7/3/07 | Penny Adams | Reviewing and revising monthly fee application (1.0); dealing with accounting issues relating to fee application (0.5); correspondence and discussions with various parties regarding same (0.8). | 2.30 | $368.00 |
| 9/3/07 | Penny Adams | Reviewing and revising monthly fee application and supplementary affidavit (1.0); discussions with Ms. Walsh and U.S. counsel regarding same (1.0). | 2.00 | $320.00 |
| 12/3/07 | Penny Adams | Reviewing and revising supplementary affidavit and fee application. | 1.00 | $160.00 |
| 13/3/07 | Penny Adams | Reviewing and revising fee application (1.0); correspondence regarding same (0.2). | 1.20 | $192.00 |
| 14/3/07 | Penny Adams | Drafting second monthly fee application. | 0.80 | $128.00 |
| 15/3/07 | Penny Adams | Reviewing and revising fee application per Kirkland & Ellis LLP's comments (0.3); telephone call from Kirkland & Ellis LLP regarding fee auditor requirements (0.2). | 0.50 | $80.00 |

INVOICE: 706465



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                               01016442-0008

RE: Fee Applications, Applicant

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 16/3/07 | Penny Adams | Email to Mr. O'Neill regarding fee application issues (0.3); delivering fee application and supplementary affidavit to Delaware counsel for filing (0.3); email to fee auditor enclosing fee details (0.4); correspondence with various parties relating to a variety of issues (0.5). | 1.50 | $240.00 |
| | | **TOTAL FEES** | | $2,261.50 |

### DISBURSEMENTS - NON TAXABLE

| | |
|---|---|
| Photocopies | 54.50 |
| Long distance calls | 5.41 |
| Courier service | 38.72 |
| | $98.63 |

INVOICE: 706465



# OGILVY RENAULT
LLP / S.E.N.C.R.L., s.r.l.

Client:  W.R. GRACE & CO.
RE:  Claims analysis objection and resolution (Asbestos)
Matter No.:  01016442-0005

April 18, 2007
INVOICE: 705450

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:  Richard Finke
            Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending March 31, 2007

| | |
|---|---:|
| FEES | $7,475.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 2.21 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $7,477.21 |

Canadian Funds



Please return a copy with payment to our address below.

**Bank Transfer**
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
including invoice number on transfer order.

Payable upon receipt

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario  M5J 2Z4
Canada

Telephone (416) 216-4000
Fax (416) 216-3930

ogilvyrenault.com



**OGILVY RENAULT**
LLP / S.E.N.C.R.L, s.r.l.

W.R. GRACE & CO.                                                                                              01016442-0005

RE:  Claims analysis objection and resolution (Asbestos)

**FEE DETAIL**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 1/3/07 | Ian A. Ness | Preparing and sending memo and supporting documents to D. Cameron and M. Dierke. | 2.80 | $1,820.00 |
| 5/3/07 | Ian A. Ness | Reviewing materials regarding D. Pinchin. | 1.80 | $1,170.00 |
| 6/3/07 | Ian A. Ness | Telephone conversation with D. Cameron regarding pending depositions (0.30 hrs.); reviewing materials regarding depositions (1.50 hrs.). | 1.80 | $1,170.00 |
| 7/3/07 | Ian A. Ness | Correspondence and communications with M. Dierke, D. Cameron, T. Walsh and P. Adams. | 1.50 | $975.00 |
| 20/3/07 | Ian A. Ness | Follow-up on issues relating to validation of claims with Kirkland & Ellis (1 hr.); conference with T. Walsh and A. Kuntz regarding claims issues (0.30 hrs.). | 1.30 | $845.00 |
| 21/3/07 | Ian A. Ness | Matters arising from claims review and depositions. | 1.00 | $650.00 |
| 28/3/07 | Ian A. Ness | Communication with Kirkland & Ellis regarding status of claims, adjudication, and attendance to outstanding matters. | 1.30 | $845.00 |
| | | **TOTAL FEES** | | **$7,475.00** |

**DISBURSEMENTS - NON TAXABLE**

| Long distance calls | 2.21 |
|---|---|
| | $2.21 |

INVOICE: 705450



# OGILVY RENAULT
LLP / S.E.N.C.R.L., s.r.l.

| | |
|---|---|
| Client: W.R. GRACE & CO. | April 18, 2007 |
| RE: Litigation and litigation consulting | INVOICE: 706662 |
| Matter No.: 01016442-0006 | |

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:   Richard Finke
             Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending March 31, 2007

| | |
|---|---:|
| FEES | $47,925.50 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 5,024.86 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $52,950.36 |

Canadian Funds



Please return a copy with payment to our address below.

**Bank Transfer**
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
including invoice number on transfer order.

Payable upon receipt

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario M5J 2Z4
Canada

Telephone (416) 216-4000
Fax (416) 216-3930

ogilvyrenault.com

W.R. GRACE & CO. 01016442-0006

RE:  Litigation and litigation consulting

**FEE DETAIL**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 5/3/07 | Teresa Walsh | Conference with O. Pasparakis regarding further Canadian document review in connection with Chapter 11 and Canadian proceedings (0.1); revisions to letter to client regarding document review recommendations (0.4). | 0.50 | $255.00 |
| 5/3/07 | Derrick C. Tay | Reviewing and considering letter to R. Finke dealing with documentation review and next steps to prepare for Canadian litigation (0.5); developing strategy for dealing with delays in U.S. process (1.0). | 1.50 | $1,312.50 |
| 5/3/07 | Orestes Pasparakis | Revising letter to Mr. Finke. | 0.30 | $168.00 |
| 6/3/07 | Penny Adams | Preparing 22nd Report and motion materials for extension of stay motion. | 1.70 | $272.00 |
| 7/3/07 | Derrick C. Tay | Reviewing media reports on asbestos litigation (0.5); dealing with lawyers for Canadian government regarding Health Canada assessment (0.5). | 1.00 | $875.00 |
| 7/3/07 | Ian A. Ness | Review and comment upon proposed Canadian court filings. | 1.80 | $1,170.00 |
| 7/3/07 | Penny Adams | Reviewing and revising motion materials for extension motion (3.5); booking time for extension motion (0.2); discussions with I. Ness and T. Walsh regarding same (0.5). | 4.20 | $672.00 |
| 8/3/07 | Teresa Walsh | Review of e-mail from R. Finke regarding issues in respect of Chapter 11 and Canadian court proceedings (0.2); draft responses to R. Finke (0.3). | 0.50 | $255.00 |
| 8/3/07 | Ian A. Ness | Reviewing and revising filing materials for Canadian Court process (0.3); receiving CMO and exhibits and related correspondence and communication (1.00). | 1.30 | $845.00 |
| 8/3/07 | Derrick C. Tay | Reviewing questions from R. Finke regarding Canadian litigation process (0.4); reviewing draft of 22nd Information Officer's Report (0.6). | 1.00 | $875.00 |

INVOICE: 706662



**OGILVY RENAULT**
LLP / S.E.N.C.R.L, s.r.l.

W.R. GRACE & CO.                                                                                                    01016442-0006

RE:   Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 8/3/07 | Penny Adams | Reviewing and revising 22nd Report (1.0); meeting with O. Pasparakis to discuss upcoming motion and to review materials (0.5); correspondence with Mr. Finke and Ms. Baer regarding 22nd Report (0.3). | 1.80 | $288.00 |
| 8/3/07 | Orestes Pasparakis | Reviewing and revising report of Information Officer (0.5); drafting same (0.8). | 1.30 | $728.00 |
| 9/3/07 | Teresa Walsh | Review of email from D. Tay to R. Finke regarding likely next steps in Canadian proceedings (0.3); further email to R. Finke regarding documentary review (0.2). | 0.50 | $255.00 |
| 9/3/07 | Derrick C. Tay | Considering questions from R. Finke regarding Canadian litigation process (0.5); considering various scenarios (0.5); providing written advice (0.5); reviewing comments from R. Finke regarding Information Officer's Report (0.5). | 2.00 | $1,750.00 |
| 12/3/07 | Penny Adams | Reviewing and revising 22nd Report (0.7); letter to Service List regarding extension motion (0.3). | 1.00 | $160.00 |
| 13/3/07 | Allison Kuntz | Assisted D. Cameron in preparing for deposition of Dr. Pinchin, expert for the creditors in the U.S. bankruptcy proceeding. | 2.50 | $762.50 |
| 14/3/07 | Teresa Walsh | Follow up with A. Kuntz and K. Whibley regarding document review at other Canadian locations for Chapter 11 and CCAA cases. | 0.30 | $153.00 |
| 14/3/07 | Allison Kuntz | Attended at deposition of Dr. Pinchin, expert for the creditors in the U.S. bankruptcy proceeding. | 6.00 | $1,830.00 |
| 14/3/07 | Penny Adams | Meeting with O. Pasparakis (0.2); reviewing and revising 22nd Report (1.5); email to Mr. Finke regarding same (0.3). | 2.00 | $320.00 |
| 15/3/07 | Teresa Walsh | Follow-up with A. Kuntz regarding Canadian document review in respect of Chapter 11 and CCAA proceedings. | 0.30 | $153.00 |
| 15/3/07 | Penny Adams | Reviewing email from Ms. Odom regarding disclosure statement (0.2); revising disclosure statement to update Canadian proceedings sections (1.1); discussions with A. Kuntz regarding same (0.2). | 1.50 | $240.00 |

INVOICE: 706662



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                01016442-0006

RE:    Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 15/3/07 | Allison Kuntz | Email to S. Hashim with respect to contacts at the W. R. Grace plants in Western Canada (0.5); left voice mail messages for K. Rocliffe with respect to attending at the Vancouver plant for document review (0.5); emails to K. Rocliffe and R. Evelyn regarding my attendance at the Vancouver and Edmonton plants and the scope of my review (0.5). | 1.50 | $457.50 |
| 16/3/07 | Penny Adams | Serving and filing motion materials on the Service List (0.5); correspondence with various parties relating to same (0.5); reviewing and revising disclosure statement (0.8); discussions with A. Kuntz regarding same (0.2). | 2.00 | $320.00 |
| 16/3/07 | Allison Kuntz | Revising and updating W.R. Grace's disclosure statements (1.5); discussion with P. Adams regarding same (0.5). | 2.00 | $610.00 |
| 16/3/07 | Allison Kuntz | Update email to T. Walsh regarding scope of the W. R. Grace document review in Western Canada. | 0.20 | $61.00 |
| 17/3/07 | Karen Whibley | Reviewing and organizing 110 boxes for shipping to Whitby. | 4.30 | $924.50 |
| 19/3/07 | Allison Kuntz | Final revisions to Disclosure Statement with respect to Canadian proceedings for the U.S. Bankruptcy Court (0.4); discussion with O. Pasparakis regarding same (0.1). | 0.50 | $152.50 |
| 19/3/07 | Teresa Walsh | Follow-up with A. Kuntz regarding document review in connection with Chapter 11 and CCAA proceedings. | 0.30 | $153.00 |
| 19/3/07 | Karen Whibley | Email to S. Hasham regarding instructions for storage of boxes (0.3); reviewing boxes and creating inventory index of Ajax documents (from active files) (8.0). | 8.30 | $1,784.50 |
| 19/3/07 | Penny Adams | Reviewing and revising disclosure statement (0.5); meeting with A. Kuntz regarding same (0.3); email to Ms. Odom attaching revised disclosure statement (0.2). | 1.00 | $160.00 |

INVOICE: 706662



W.R. GRACE & CO.                                               01016442-0006

RE:   Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 20/3/07 | Karen Whibley | Email to Coburn Transport (0.1); organizing boxes for return to Whitby storage (2.0); letter and email to Mr. S. Hasham (0.5); continuing with inventory (2.0); organizing boxes for return to Ajax (2.0); conference with A. Kuntz regarding upcoming document review in Vancouver and Edmonton (0.5); considering and organizing supplies for review (1.2). | 8.30 | $1,784.50 |
| 21/3/07 | Karen Whibley | Organizing boxes for shipping to Whitby (2.0); emailing to S. Hasham (0.1); updating Inventory list for Ajax archive documents (0.5); drafting inventory of relevant documents retrieved from Ajax (1.0); email to S. Hasham regarding Ajax documents (0.5); preparing materials for A. Kuntz's trip to Vancouver (1.0). | 5.10 | $1,096.50 |
| 22/3/07 | Teresa Walsh | Follow-up with A. Kuntz regarding document review issues. | 0.20 | $102.00 |
| 22/3/07 | Karen Whibley | Working on inventory lists and preparing documents to be returned to Whitby. | 9.50 | $2,042.50 |
| 22/3/07 | Penny Adams | Discussion with A. Kuntz regarding docketing matters. | 0.10 | $16.00 |
| 23/3/07 | Allison Kuntz | Travel to Vancouver to review Grace documents. | 6.50 | $1,982.50 |
| 23/3/07 | Orestes Pasparakis | Follow-up on motion. | 0.50 | $280.00 |
| 23/3/07 | Karen Whibley | Organizing boxes being picked up for delivery to Whitby warehouse (3.0); email to Coburn's Transport regarding shipping of boxes (0.2); finalizing Ajax Inventory List and Shipped Boxes List and email to S. Hasham (4.3). | 7.50 | $1,612.50 |
| 23/3/07 | Orestes Pasparakis | Follow-up on litigation preparation. | 0.30 | $168.00 |
| 26/3/07 | Teresa Walsh | Update with A. Kuntz on ongoing document review in Vancouver and Edmonton (0.3); email correspondence with R. Finke on proposal to have additional staff assist with Vancouver document review (0.4); follow-up with A. Kuntz and K. Whibley with respect to Vancouver document review (0.3). | 1.00 | $510.00 |

INVOICE: 706662



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                                01016442-0006

RE:   Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 26/3/07 | Penny Adams | Discussions with O. Pasparakis regarding upcoming motion (0.3); reviewing motion materials (0.2); email to J. Baer (0.1). | 0.60 | $96.00 |
| 26/3/07 | Allison Kuntz | Attended at the Vancouver plant to review documents for relevance in connection with the Canadian class action against W. R. Grace et al (7.0); emails to T. Walsh with respect to same (1.0); travel arrangements for K. Whibley to attend in Vancouver to assist with document review (0.5). | 8.50 | $2,592.50 |
| 26/3/07 | Orestes Pasparakis | Considering next steps for hearing (0.2); preparation for hearing (0.3). | 0.50 | $280.00 |
| 26/3/07 | Karen Whibley | Travel to Ajax (1.2); organizing and refiling current documents (5.4). | 6.60 | $1,419.00 |
| 27/3/07 | Penny Adams | Reviewing memorandum and order regarding ZAI claimant's motion for leave to appeal (0.2); circulating same to working group (0.1); discussions with O. Pasparakis regarding same (0.1). | 0.40 | $64.00 |
| 27/3/07 | Karen Whibley | Travel to Vancouver (6.6); attending at office to review documents (4.0). | 10.60 | $2,279.00 |
| 27/3/07 | Orestes Pasparakis | Liaising with opposing counsel and considering next steps. | 1.50 | $840.00 |
| 27/3/07 | Allison Kuntz | Attended at the Vancouver plant to review documents for relevance in connection with the Canadian class action against W.R. Grace. | 8.00 | $2,440.00 |
| 28/3/07 | Teresa Walsh | Review of Leave to Appeal Decision of U.S. Bankruptcy Court (0.1); review of motion materials and conference with O. Pasparakis regarding tomorrow's motion in Canadian Commercial Court proceedings to extend stay to U.S. debtors and affiliated entities (1.3); conferences with P. Adams regarding motion tomorrow and order for same (0.2); follow up with A. Kuntz regarding document review in Vancouver and next steps (0.3). | 1.90 | $969.00 |
| 28/3/07 | Allison Kuntz | Attended at the Vancouver plant to review documents for relevance in connection with the Canadian class action against W.R. Grace. | 8.00 | $2,440.00 |

INVOICE: 706662



W.R. GRACE & CO.    01016442-0006

RE: Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 28/3/07 | Penny Adams | Updating draft order (0.2); discussions with O. Pasparakis and T. Walsh regarding extension motion (0.3). | 0.50 | $80.00 |
| 28/3/07 | Karen Whibley | Attending at offices to review documents and arranging for shipping back to Toronto. | 7.00 | $1,505.00 |
| 29/3/07 | Karen Whibley | Travel from Vancouver to Toronto. | 8.60 | $1,849.00 |
| 29/3/07 | Allison Kuntz | Emails to K. Rocliffe and J. Evelyn regarding Vancouver and Calgary document reviews (1.5); travel from Vancouver to Calgary (3.5). | 5.00 | $1,525.00 |
| 29/3/07 | Teresa Walsh | Follow up with A. Kuntz regarding status of document review process in Vancouver. | 0.20 | $102.00 |
| 29/3/07 | Penny Adams | Attending at Commercial List Court for extension motion (1.0); amending the order and issuing same with Commercial List Office (0.7); circulating order and endorsement to the Service List (0.2). | 1.90 | $304.00 |
| 29/3/07 | Teresa Walsh | Preparation for (0.3) and attendance at motion in Commercial Court to extend stay period of Order initially granted April 4, 2001 to October 1, 2007 (1.3). | 1.60 | $816.00 |
| 30/3/07 | Allison Kuntz | Telephone conversations and exchange of emails with D. Iwaniuk at the Edmonton plant regarding document review on Monday. | 1.10 | $335.50 |
| 30/3/07 | Orestes Pasparakis | Discussion with Mr. Freedman regarding status (0.2); providing update on Canadian matters (0.2); follow-up regarding same (0.1). | 0.50 | $280.00 |
| 30/3/07 | Teresa Walsh | Review of email from O. Pasparakis regarding next steps to be taken to respond to claimants' intention to lift stay in Canadian proceedings (0.1); follow-up with A. Kuntz regarding document review (0.2). | 0.30 | $153.00 |
| | | **TOTAL FEES** | | **$47,925.50** |

INVOICE: 706662



W.R. GRACE & CO.  01016442-0006

RE: Litigation and litigation consulting

| DISBURSEMENTS - NON TAXABLE | |
|---|---:|
| Photocopies | 48.75 |
| Facsimile | 6.00 |
| Long distance calls | 40.22 |
| Facsimile - long distance | 0.66 |
| Overtime - Secretarial | 520.00 |
| Courier service | 101.96 |
| Process server fee | 45.00 |
| Hotel Accommodations | 1,009.33 |
| Car rental/gas | 1,352.95 |
| Meals-restaurants (Canada) | 403.13 |
| Taxis | 12.38 |
| Airfare | 1,357.48 |
| Filing notice of motion | 127.00 |
| | $5,024.86 |

INVOICE: 706662