IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: May 30, 2007 |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION
FOR THE PERIOD MARCH 1, 2007 THROUGH MARCH 31, 2007**

---

[2]    The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f//k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**WRG-0071**
**STUDY OF THIRD PARTY PATENTS DIRECTED**
**TO CEMENT COMPOSITION PLASTICIZER**

| 03/01/2007 | GHL | Further work on invalidity opinion; telephone conference with Mr. Maggio regarding status of the non-infringement and validity opinions and issues addressed in the opinions; | 1.50 |
|---|---|---|---|
| 03/02/2007 | GHL | Continued work on invalidity opinion, further telephone conference with Mr. Leon regarding information required to complete analysis, drafting of background sections and preliminary analysis of issues; | 4.00 |
| 03/05/2007 | GHL | Continued work on invalidity opinion; | 4.20 |
| 03/0602007 | GHL | Further preparation of invalidity opinion; | 2.50 |
| 03/07/2007 | GHL | Further review of prior art relied on by Examiner relating to composition of the polymer, further drafting of invalidity opinion; | 2.50 |
| 03/08/2007 | GHL | Further work on opinions of non-infringement and invalidity; | 3.50 |
| 03/09/2007 | GHL | Further work on invalidity and non-infringement opinions; | 2.50 |
| 03/12/2007 | GHL | Review of further information received from Mr. Leon regarding GPC analyses, review of previous test results to estimate consistency, continued work on non-infringement and invalidity opinions in view of the test results, and telephone conference with Mr. Leon regarding same; | 2.50 |
| 03/13/2007 | GHL | Extensive telephone conference with Mr. Leon regarding further information relating to the proposed polymers; consideration of use of same in non-infringement opinion; continued drafting of non-infringement and invalidity opinions in view of further information on test procedures; | 3.00 |
| 03/14/2007 | GHL | Further telephone conference with Mr. Leon regarding strategy for further testing of proposed Grace polymers and prior art polymers; extensive review of submissions by third-party patentee in opposition proceedings relating to foreign counter-parts of U.S. patents at issue and consideration of effect of same on claim interpretation and infringement and validity analyses; revisions to draft opinions in view of further information and analysis; | 2.50 |
| 03/15/2007 | GHL | Further discussion with Mr. Leon regarding analyses of prior art products and of products proposed for sale by Grace, and further revisions to invalidity opinion; | 1.30 |
| 03/16/2007 | GHL | Further work on invalidity opinion, finalizing draft based on information received to date; | 0.70 |

| 03/26/2007 | GHL | Telephone conference with Mr. Leon regarding further GPC results and regarding invalidity issues, and further revision to draft invalidity opinion in view of same; | 1.00 |
|---|---|---|---|
| 03/28/2007 | GHL | Review of revised GPC data as received from Mr. Leon, comparison against previous results, consideration of possible effect on conclusions, and communication with Mr. Leon regarding the same; | 0.50 |

SERVICES      $    17,066.00

| | GHL | GARY H. LEVIN | 32.20 | hours @ | $530.00 |
|---|---|---|---|---|---|

**DISBURSEMENTS:**

| COMPUTER SEARCH | 271.07 |
|---|---|

DISBURSEMENT TOTAL      $     271.07

SERVICE TOTAL      $    17,066.00

**INVOICE TOTAL**      **$    17,337.07**

## WRG-GEN

| 03/06/2007 | GHL | Preparation of fee petition for January 2007 | | 0.50 |
|---|---|---|---|---|
| 03/07/2007 | GHL | Consideration of proposed warning/information letter to third party regarding possible relevance of Grace patents the party's concrete additives, including review of background information received from Mr. Leon, review of draft letter, and telephone conference with Mr. Leon on March 7 regarding the parties' relationship and proposed revisions to the letter. | | 0.60 |

SERVICES                    $      583.00

| | GHL | GARY H. LEVIN | 1.10 | hours @ | $530.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL**                    $      **583.00**