IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: May 30, 2007 at 4:00 p.m.**
**Hearing Date: June 25, 2007 at 1:00 p.m.**

## NOTICE OF TWENTY-THIRD QUARTERLY INTERIM APPLICATION OF PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR OCTOBER 1, 2006 THROUGH DECEMBER 31, 2006

To:    (1) The Debtors; (2) Office of the United States Trustee; (3) Counsel to the Official Committee of Unsecured Creditors; (4) Counsel to the Official Committee of Personal Injury Claimants; (5) Counsel to the Official Committee of Property Damage Claimants; (6) Counsel to the debtor-in-possession lenders (the "DIP Lenders"); and (7) Counsel to the Official Committee of Equity Holders.

Pachulski Stang Ziehl Young Jones & Weintraub LLP, co-counsel to the above-

captioned debtors and debtors in possession in the above-captioned cases (the "Debtors"), has

filed and served the *Twenty-Third Quarterly Interim Application of Pachulski Stang Ziehl Young*

*Jones & Weintraub LLP for Compensation for Services Rendered and Reimbursement of*

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*Expenses for October 1, 2006 through December 31, 2006*, seeking fees in the amount of

$173,466.25 and expenses in the amount of $155,981.78 (the "Fee Application").

Objections or responses to the Fee Application, if any, must be made in writing,

filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy

Court"), 824 Market Street, Wilmington, Delaware 19801, on or before **May 30, 2007, at 4:00**

**p.m.**

At the same time, you must also serve a copy of the objections or responses, if

any, upon the following:  (i) co-counsel for the Debtors, David M. Bernick, P.C., Kirkland &

Ellis LLP, 200 East Randolph Drive, Chicago, Illinois  60601 (fax number 312-861-2200), and

Laura Davis Jones, Esquire, Pachulski Stang Ziehl Young Jones & Weintraub LLP, 919 North

Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE  19899-8705 (Courier 19801) (fax

number 302-652-4400); (ii) counsel to the Official Committee of Unsecured Creditors, Lewis

Kruger, Esquire, Stroock & Stroock & Lavan, 180 Maiden Lane, New York, NY  10038-4982

(fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane, Morris & Heckscher,

LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE  19801-1246 (fax number 302-657-

4901); (iii) counsel to the Official Committee of Property Damage Claimants, Scott L. Baena,

Esquire, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200

South Biscayne Boulevard, Suite 2500, Miami, FL  33131 (fax number 305-374-7593), and

Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351,

Wilmington, DE  19899 (fax number 302-575-1714); (iv) counsel to the Official Committee of

Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th

Floor, New York, NY  10022 (fax number 212-644-6755), and Marla Eskin, Esquire, Campbell

& Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500,

Wilmington, DE  19801 (fax number 302-426-9947); (v) counsel to the DIP Lenders, J. Douglas

Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL  60606 (fax number

312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite

900, P.O. Box 25130, Wilmington, DE  19899 (fax number 302-658-6395); (vi) the Office of the

United States Trustee, Attn: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE  19801

(fax number 302-573-6497); (vii) counsel to the Official Committee of Equity Holders, Thomas

M. Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, NY

10022 (fax number 212-715-8000); and (viii) co-counsel to the Official Committee of Equity

Holders, Teresa K.D. Currier, Esquire, Klett, Rooney, Lieber, & Schorling, 100 West Street,

Suite 1410, Wilmington, DE  19801.


*[Remainder of Page Intentionally Left Blank]*

A HEARING ON THE TWENTY-SECOND QUARTERLY APPLICATION

WILL BE HELD BEFORE THE HONORABLE JUDITH K. FITZGERALD ON **JUNE 25,**

**2007 AT 1:00 P.M.**

Dated:  May  10, 2007                KIRKLAND & ELLIS LLP
                                     David M. Bernick, P.C.
                                     Janet S. Baer
                                     200 East Randolph Drive
                                     Chicago, IL 60601
                                     (312) 861-2000

                                          and

                                     PACHULSKI STANG ZIEHL YOUNG JONES
                                     & WEINTRAUB LLP

                                     _____
                                     Laura Davis Jones (Bar No. 2436)
                                     James E. O'Neill (Bar No. 4042)
                                     Timothy P. Cairns (Bar No. 4228)
                                     919 North Market Street, 17th Floor
                                     P.O. Box 8705
                                     Wilmington, DE 19899-8705 (Courier 19801)
                                     Telephone:  (302) 652-4100
                                     Facsimile:  (302) 652-4400

                                     Co-counsel for Debtors and Debtors in Possession