## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., *et al.,* ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | Objection Deadline: May 31, 2007 at 4 p.m. |

## NOTICE OF FILING MONTHLY FEE AND EXPENSE INVOICE

| | |
|---|---|
| Name of Applicant: | Lexecon |
| Authorized to Provide Professional Services to: | Official Committee of Equity Holders |
| Date of Retention: | November 1, 2004 |
| Period for which compensation and reimbursement is sought: | February 1, 2007 through February 28, 2007 |
| Amount of Compensation sought as actual, reasonable and necessary: | $56,558.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $705.85 |
| This is a(n): | X monthly     _ interim application |

Summary of Monthly Fee and Expense Statements for Compensation Period:

| | | Requested | | Paid | |
|---|---|---|---|---|---|
| **Dated Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| | February 1, 2007 – February 28, 2007 | $56,558.00 | $705.85 | Pending | Pending |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 2/1/07 through 2/28/07 | Total Fees for the Period 2/1/07 through 2/28/07 |
|---|---|---|
| Case Administration | 0 | $0.00 |
| Creditor Committee | 0 | $0.00 |
| Bankruptcy Motions | 0 | $0.00 |
| Reorganization Plan | 0 | $0.00 |
| Fee Applications, Applicant | 0 | $0.00 |
| Claim Analysis Objection (Asbestos) | 106.00 | $56,558.00 |
| Hearings | 0 | $0.00 |
| Tax Issues | 0 | $0.00 |
| Travel/Non Working | 0 | $0.00 |
| **TOTAL** | **106.00** | **$56,558.00** |

LEXECON

_[signature]_

332 South Michigan Avenue
Suite 1300
Chicago, IL 60604
(312) 322-0210

Consultant to
W.R. Grace & Co., et al.

Dated: 5/10/07

**Summary of Professional Services**
**In The Equity/ WR Grace Matter**
**February 2007**

| Name | Status | Billing Rate | Hours | Amount |
|---|---|---:|---:|---:|
| James J Heckman | Economist | 1,500.00 | 3.00 | $4,500.00 |
| Gustavo Bamberger | Economist | 605.00 | 1.00 | $605.00 |
| Fredrick Flyer | Economist | 595.00 | 22.00 | $13,090.00 |
| Colleen Loughlin | Economist | 495.00 | 53.40 | $26,433.00 |
| Kirupakaran Ramaiah | Economist | 475.00 | 21.90 | $10,402.50 |
| David Pauwels | Research Assistant | 325.00 | 4.70 | $1,527.50 |
| Total | | | 106.00 | $56,558.00 |

## Daily Tasks In February 2007
## Worked By Lexecon On
## The Equity / WR Grace Matter

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| James J Heckman | 2/28/2007 | 3.00 | Read Peterson report in previous asbestos related case. |
|  | Total Hours | 3.00 |  |
| Gustavo Bamberger | 2/13/2007 | 1.00 | Met with Flyer, Ramaiah and Loughlin regarding asbestos liability issues. |
|  | Total Hours | 1.00 |  |
| Elisabeth Landes | 2/13/2007 | 0.20 | Conferred with Loughlin regarding asbestos liability issues. |
|  | 2/21/2007 | 0.50 | Conferred with Loughlin regarding asbestos liability issues. |
|  | Total Hours | 0.70 |  |
| Fredrick Flyer | 2/8/2007 | 5.00 | Began review of Peterson report in previous asbestos related cases. |
|  | 2/12/2007 | 1.00 | Met with Ramaiah regarding asbestos liability issues. |
|  | 2/12/2007 | 3.00 | Continued review of Peterson report in previous asbestos related case. |
|  | 2/13/2007 | 3.00 | Met with Bamberger, Ramaiah and Loughlin regarding asbestos liability issues. |
|  | 2/14/2007 | 2.00 | Reviewed data questionnaire in current case. |
|  | 2/19/2007 | 1.00 | Met with Loughlin regarding asbestos liability issues. |
|  | 2/20/2007 | 3.00 | Re-examine cross examination of Peterson in prior asbestos related case. |
|  | 2/20/2007 | 2.00 | Reviewed sample questionnaire to develop potential empirical support for Heckman report. |
|  | 2/26/2007 | 2.00 | Re-examine Peterson report in prior asbestos related case. |
|  | Total Hours | 22.00 |  |
| Colleen Loughlin | 2/6/2007 | 6.00 | Received, organized and began reviewing Peterson asbestos case reports and transcripts to identify asbestos liability issues. |

## Daily Tasks In February 2007
## Worked By Lexecon On
## The Equity / WR Grace Matter

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| | 2/6/2007 | 1.00 | Supervised distribution of materials to Lexecon team. |
| | 2/7/2007 | 3.00 | Reviewed Peterson asbestos case reports and transcripts to identify asbestos liability issues. |
| | 2/12/2007 | 3.00 | Reviewed questionnaire to develop empirical support. |
| | 2/12/2007 | 4.00 | Continued reading Peterson reports, transcripts and deposition testimony. |
| | 2/13/2007 | 3.70 | Continued reading Peterson reports and transcripts. |
| | 2/13/2007 | 0.20 | Conferred with Landes regarding asbestos liability issues. |
| | 2/13/2007 | 3.00 | Met with Bamberger, Flyer and Ramaiah regarding asbestos liability issues. |
| | 2/15/2007 | 1.00 | Planned agenda for meeting with outside counsel. |
| | 2/15/2007 | 6.00 | Researched, reviewed and procured articles concerning asbestos liability issues. |
| | 2/16/2007 | 6.50 | Read Rand reports on asbestos liability. |
| | 2/19/2007 | 1.00 | Discussion with Flyer regarding asbestos liability issues. |
| | 2/20/2007 | 5.00 | Researched and read articles regarding asbestos liability issues. |
| | 2/21/2007 | 0.50 | Conferred with E. Landes regarding asbestos liability issues. |
| | 2/21/2007 | 3.50 | Continued literature research request regarding asbestos liability issues. |
| | 2/22/2007 | 1.00 | Reviewed asbestos claim questionnaire. |
| | 2/26/2007 | 3.00 | Worked on liability argument outline. |
| | 2/28/2007 | 2.00 | Reviewed articles regarding asbestos liability issues. |
| | Total Hours | 53.40 | |
| Kirupakaran Ramaiah | 2/8/2007 | 4.50 | Reviewed asbestos liability related case documents and reports. |

**Daily Tasks In February 2007**
**Worked By Lexecon On**
**The Equity / WR Grace Matter**

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| | 2/9/2007 | 7.20 | Reviewed Peterson reports to identify asbestos liability issues. |
| | 2/12/2007 | 1.00 | Met with Flyer regarding asbestos liability issues. |
| | 2/12/2007 | 6.00 | Reviewed Peterson reports to identify asbestos liability issues. |
| | 2/13/2007 | 3.00 | Met with Flyer, Bamberger and Loughlin regarding asbestos liability issues. |
| | 2/13/2007 | 0.20 | Reviewed asbestos liability related documents. |
| | Total Hours | 21.90 | |
| David Pauwels | 2/15/2007 | 0.70 | Performed third party database search for articles regarding asbestos liability issues for Loughlin. |
| | 2/20/2007 | 2.00 | Performed third party database searches for articles regarding asbestos liability issues for Loughlin. |
| | 2/21/2007 | 2.00 | Performed third party database searches for articles regarding asbestos liability issues for Loughlin. |
| | Total Hours | 4.70 | |
| **Total Hours** | | **106.00** | |

**Expense Summary**
**February 2007**

| Expense Category | Total Expenses |
|---|---:|
| Travel | |
| Postage/Delivery | |
| Telephone | |
| Data | $632.45 |
| Printing/Photocopying | $59.40 |
| Outside Experts | |
| Working Meals | |
| Transportation | $14.00 |
| **Total** | $705.85 |