# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., *et al.*, ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | Objection Deadline: May 31, 2007 at 4p.m. |

## NOTICE OF FILING MONTHLY FEE AND EXPENSE INVOICE

| | |
|---|---|
| Name of Applicant: | Lexecon |
| Authorized to Provide Professional Services to: | Official Committee of Equity Holders |
| Date of Retention: | November 1, 2004 |
| Period for which compensation and reimbursement is sought: | March 1, 2007 through March 31, 2007 |
| Amount of Compensation sought as actual, reasonable and necessary: | $58,007.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $772.90 |
| This is a(n): | X monthly       _ interim application |

Summary of Monthly Fee and Expense Statements for Compensation Period:

| | | Requested | | Paid | |
|---|---|---|---|---|---|
| Dated Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| | March 1, 2007 - March 31, 2007 | $58,007.00 | $772.90 | Pending | Pending |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 3/1/07 through 3/31/07 | Total Fees for the Period 3/1/07 through 3/31/07 |
|---|---|---|
| Case Administration | 0 | $0.00 |
| Creditor Committee | 0 | $0.00 |
| Bankruptcy Motions | 0 | $0.00 |
| Reorganization Plan | 0 | $0.00 |
| Fee Applications, Applicant | 0 | $0.00 |
| Claim Analysis Objection (Asbestos) | 90.40 | $58,007.00 |
| Hearings | 0 | $0.00 |
| Tax Issues | 0 | $0.00 |
| Travel/Non Working | 0 | $0.00 |
| **TOTAL** | **90.40** | **$58,007.00** |

LEXECON

_____
332 South Michigan Avenue
Suite 1300
Chicago, IL 60604
(312) 322-0210

Consultant to
W.R. Grace & Co., et al.

Dated: 5/10/07

**Summary of Professional Services**
**In The Equity/ WR Grace Matter**
**March 2007**

| Name | Status | Billing Rate | Hours | Amount |
|---|---|---:|---:|---:|
| James J Heckman | Economist | 1,500.00 | 13.40 | $20,100.00 |
| Gustavo Bamberger | Economist | 605.00 | 2.80 | $1694.00 |
| Fredrick Flyer | Economist | 595.00 | 17.00 | $10,115.00 |
| Elisabeth Landes | Economist | 595.00 | 0.70 | $416.50 |
| Lynette Neumann | Economist | 525.00 | 6.20 | $3,255.00 |
| Colleen Loughlin | Economist | 495.00 | 18.70 | $9,256.50 |
| Kirupakaran Ramaiah | Economist | 475.00 | 11.50 | $5,462.50 |
| Daniel Stone | Economist | 450.00 | 1.00 | $450.00 |
| Benjamin Brighoff | Research Assistant | 325.00 | 1.00 | $325.00 |
| David Pauwels | Research Assistant | 325.00 | 1.00 | $325.00 |
| Michael Kniss | Research Assistant | 325.00 | 17.10 | $5,557.50 |
| Use of Computer Capability Charge | | | | $1,050.00 |
| Total | | | 90.40 | $58,007.00 |

## Daily Tasks In March 2007
### Worked By Lexecon On
### The Equity / WR Grace Matter

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| James J Heckman | 3/8/2007 | 3.00 | Read background materials on case in preparation for meetings with Lexecon staff and counsel. |
| | 3/9/2007 | 3.00 | Met with Flyer, Loughlin and Ramaiah regarding case issues. |
| | 3/9/2007 | 0.50 | Reviewed case materials in preparation for meeting with Lexecon staff and counsel. |
| | 3/11/2007 | 1.70 | Reviewed case materials in preparation for meeting with Lexecon staff and counsel. |
| | 3/11/2007 | 1.50 | Participated in meeting with Flyer and Loughlin regarding asbestos liability issues. |
| | 3/12/2007 | 1.20 | Reviewed case materials in preparation for meeting with Lexecon staff. |
| | 3/12/2007 | 2.50 | Met with Horowitz, Equity Committee counsel, Bamberger, Neumann, Loughlin and Flyer regarding case issues and testimony. |
| | Total Hours | 13.40 | |
| Gustavo Bamberger | 3/12/2007 | 2.50 | Met with Horowitz, Equity Committee counsel, Heckman, Flyer, Loughlin and Neumann regarding case issues and testimony. |
| | 3/12/2007 | 0.30 | Summarized notes from March 12th meeting. |
| | Total Hours | 2.80 | |
| Elisabeth Landes | 2/13/2007 | 0.20 | Conferred with Loughlin regarding asbestos liability issues. |
| | 2/21/2007 | 0.50 | Conferred with Loughlin regarding asbestos liability issues. |
| | Total Hours | 0.70 | |
| Fredrick Flyer | 3/9/2007 | 3.00 | Re-read Peterson reports and evaluated rebuttal approaches to analyses. |
| | 3/9/2007 | 3.00 | Met with Heckman, Loughlin and Ramaiah regarding case issues. |
| | 3/11/2007 | 1.00 | Summarized notes from meeting with Heckman and Loughlin. |

## Daily Tasks In March 2007
## Worked By Lexecon On
## The Equity / WR Grace Matter

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| | 3/11/2007 | 1.50 | Participated in meeting with Heckman and Loughlin regarding asbestos liability issues. |
| | 3/12/2007 | 2.50 | Met with Horowitz, Equity Committee counsel, Loughlin, Neumann, Heckman and Bamberger regarding Debtor case issues and testimony. |
| | 3/12/2007 | 1.50 | Summarized March 12th meeting notes. |
| | 3/23/2007 | 1.50 | Met with Ramaiah to prepare potential arguments for Heckman's testimony. |
| | 3/27/2007 | 3.00 | Reviewed Bates critique of Peterson and Peterson's rebuttal as well as Lexecon's outline for potential arguments. |
| | Total Hours | 17.00 | |
| Lynette Neumann | 3/6/2007 | 0.20 | Met with Loughlin regarding status of case projects. |
| | 3/6/2007 | 1.20 | Spoke with Horowitz, Equity Committee counsel, regarding asbestos case liability issues. |
| | 3/7/2007 | 1.00 | Met with Kniss regarding analyses of asbestos liability data. |
| | 3/8/2007 | 1.30 | Met with Kniss regarding analyses of asbestos liability data. |
| | 3/12/2007 | 2.50 | Met with Horowitz, Equity Committee counsel, Heckman, Bamberger, Flyer and Loughlin regarding case issues at testimony. |
| | Total Hours | 6.20 | |
| Colleen Loughlin | 3/2/2007 | 0.50 | Coordination with Heckman regarding scheduling for case briefing. |
| | 3/5/2007 | 1.00 | Proposed agenda and arranged meeting date for Lexecon team and Horowitz, Equity Committee counsel. |
| | 3/5/2007 | 1.00 | Researched and reviewed articles on asbestos liability issues. |
| | 3/5/2007 | 1.50 | Researched documents requested by Heckman. |
| | 3/6/2007 | 0.20 | Confirmed meeting details with various participants. |

## Daily Tasks In March 2007
## Worked By Lexecon On
## The Equity / WR Grace Matter

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| | 3/7/2007 | 2.00 | Researched asbestos liability data and articles at Heckman's request. |
| | 3/9/2007 | 2.00 | Researched papers regarding asbestos liability issues requested by Heckman. |
| | 3/9/2007 | 3.00 | Met with Heckman, Flyer and Ramaiah regarding case issues. |
| | 3/11/2007 | 1.50 | Met with Heckman and Flyer to discuss asbestos liability issues. |
| | 3/12/2007 | 2.50 | Met with Horowitz, Equity Committee counsel, Flyer, Bamberger, Heckman and Neumann regarding case issues and testimony. |
| | 3/12/2007 | 1.50 | Researched and reviewed articles on asbestos liability. |
| | 3/14/2007 | 2.00 | Read transcript from prior asbestos liability case. |
| | Total Hours | 18.70 | |
| Kirupakaran Ramaiah | 3/9/2007 | 3.00 | Met with Heckman, Flyer and Loughlin regarding case issues. |
| | 3/23/2007 | 3.00 | Met with Flyer to prepare potential arguments for Heckman's testimony. |
| | 3/26/2007 | 1.50 | Investigated points to be made in Heckman's potential testimony. |
| | 3/27/2007 | 4.00 | Investigated points to be made in Heckman's potential testimony. |
| | Total Hours | 11.50 | |
| Daniel Stone | 3/8/2007 | 0.50 | Analyzed asbestos liability data. |
| | 3/9/2007 | 0.50 | Analyzed asbestos liability data. |
| | Total Hours | 1.00 | |
| Benjamin Brighoff | 3/9/2007 | 1.00 | Researched third party databases for asbestos liability articles. |
| | Total Hours | 1.00 | |
| David Pauwels | 3/9/2007 | 1.00 | Performed third party database research for articles regarding asbestos liability issues for Loughlin. |

**Daily Tasks In March 2007**
**Worked By Lexecon On**
**The Equity / WR Grace Matter**

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| | Total Hours | 1.00 | |
| Michael Kniss | 3/6/2007 | 2.80 | Reviewed client asbestos liability data. |
| | 3/7/2007 | 5.00 | Reviewed client asbestos liability data. |
| | 3/7/2007 | 1.00 | Met with Neumann regarding asbestos liability analyses. |
| | 3/8/2007 | 1.30 | Reviewed client asbestos liability data. |
| | 3/8/2007 | 1.00 | Met with Neumann regarding asbestos liability analyses. |
| | 3/14/2007 | 4.00 | Wrote SAS conversions of asbestos liability data. |
| | 3/15/2007 | 2.00 | Wrote SAS conversions of asbestos liability data. |
| | Total Hours | 17.10 | |
| **Total Hours** | | **90.40** | |

**Expense Summary**
**March 2007**

| Expense Category | Total Expenses |
|---|---:|
| Travel | |
| Postage/Delivery | $11.31 |
| Telephone | |
| Data | $693.91 |
| Printing/Photocopying | $56.10 |
| Outside Experts | |
| Working Meals | $11.58 |
| Transportation | |
| **Total** | **$772.90** |