# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: April 20, 2007 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## SUMMARY OF APPLICATION OF REED SMITH LLP
## FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
## EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE
## COUNSEL TO DEBTORS FOR THE SIXTY-EIGHTH MONTHLY INTERIM
## PERIOD FROM FEBRUARY 1, 2007 THROUGH FEBRUARY 28, 2007

| | |
|---|---|
| Name of Applicant: | Reed Smith LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | July 19, 2001, effective as of April 2, 2001 |
| Period for which compensation and reimbursement is sought: | February 1 through February 28, 2007 |
| Amount of fees sought as actual, reasonable and necessary: | $571,452.50 |
| Amount of expenses sought as actual, reasonable and necessary | $26,064.65 |

This is a(n): X monthly    _ interim    _ final application.

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

14996
3/28/07

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | . No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |

---

2  Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor). The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the sixty-seventh application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 15 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $3,600.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 36 Years | Litigation | $635.00 | 120.60 | $76,581.00 |
| Lawrence E. Flatley | Partner | 32 years | Litigation | $575.00 | 119.80 | $68,885.00 |
| Douglas E. Cameron | Partner | 23 Years | Litigation | $570.00 | 224.40 | $127,908.00 |
| Antony B. Klapper | Partner | 13 Years | Litigation | $520.00 | 92.10 | $47,892.00 |
| Harold S. Engel | Partner | 38 Years | Litigation | $525.00 | 64.60 | $33,915.00 |
| Margaret L. Sanner | Of Counsel | 22 Years | Litigation | $425.00 | 37.10 | $15,767.50 |
| Traci Sands Rea | Partner | 12 Years | Litigation | $400.00 | 147.90 | $59,160.00 |
| Carol J. Gatewood | Of Counsel | 18 Years | Litigation | $385.00 | 136.70 | $52,629.50 |
| Jesse J. Ash | Associate | 5 Years | Litigation | $380.00 | 8.50 | $3,230.00 |
| Margaret E. Rutkowski | Associate | 10 Years | Litigation | $355.00 | .20 | $71.00 |
| Andrew J. Muha | Associate | 6 Years | Litigation | $350.00 | 57.80 | $20,230.00 |
| Rebecca E. Aten | Associate | 4 Years | Litigation | $295.00 | 48.20 | $14,219.00 |
| John L. Schoenecker | Associate | 3 Years | Litigation | $285.00 | 62.30 | $17,755.50 |
| Daniel Z. Herbst | Associate | 3 Years | Litigation | $265.00 | 11.70 | $3,100.50 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 14 Years | Bankruptcy | $210.00 | 3.40 | $714.00 |
| Maria DiChiera | Paralegal | 15 Years | Litigation | $210.00 | 60.50 | $12,705.00 |
| Maureen Atkinson | Paralegal | 31 Years | Litigation | $190.00 | 2.10 | $399.00 |
| Jennifer L. Taylor-Payne | Paralegal | 11 Years | Litigation | $185.00 | 2.0 | $370.00 |
| Margaret A. Garlitz | Paralegal | 16 Years | Bankruptcy | $185.00 | 2.60 | $481.00 |
| Anne E. Borkovic | Law Clerk | 1 Year | Litigation | $180.00 | 2.50 | $450.00 |
| Sharon A. Ament | Paralegal | 3 Years | Litigation | $145.00 | 53.70 | $7,786.50 |
| Matthew J. Rippin | Specialist | 1 Year | Litigation | $70.00 | 102.90 | $7,203.00 |

**Total Fees: $571,452.50**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation | 193.50 | $77,915.50 |
| Non-Working Travel Time | 11.00 | $5,770.50 |
| ZAI | 9.80 | $5,624.00 |
| Fee Applications | 14.80 | $3,850.50 |
| Hearings | 8.70 | $5,186.50 |
| Claim Analysis Objection Resolution & Estimation | 1,096.50 | $460,306.50 |
| Montana Grand Jury Investigation | 27.30 | $12,799.00 |
| **Total** | **1,361.60** | **$571,452.50** |

**EXPENSE SUMMARY**

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Binding Charge | $3.00 | ---- |
| Telephone Expense | $46.85 | ---- |
| Telephone -- Outside | $165.55 | ---- |
| Telecopy Expense | $284.00 | ---- |
| PACER | $199.28 | ---- |
| Westlaw | $4,132.30 | ---- |
| IKON Copy Services | $1,188.37 | ---- |
| Duplicating/Printing/Scanning | $4,483.60 | ---- |
| Outside Duplicating | $6,955.52 | ---- |
| Postage Expense | $184.23 | ---- |
| Express Mail Service | $410.79 | ---- |
| Courier Service -- Outside | $1,076.32 | ---- |
| Deposition Expense | $3,963.25 | ---- |
| Secretarial Overtime | $772.50 | ---- |
| Meal Expense | $306.50 | ---- |
| Mileage Expense | $192.81 | ---- |
| Taxi Expense | $179.00 | ---- |
| Air Travel Expense | $986.80 | ---- |
| Lodging | $315.00 | ---- |
| Parking/Tolls/Other Transportation | $80.00 | ---- |
| General Expense:  Vendor fee for binders | $138.98 | ---- |
| SUBTOTAL | $26,064.65 | $0.00 |
| **TOTAL** | **$26,064.65** | **$0.00** |

Dated:   March 28, 2007                        REED SMITH LLP
         Wilmington, Delaware

                                        By: /s/ Kurt F. Gwynne
                                            Kurt F. Gwynne (No. 3951)
                                            1201 Market Street, Suite 1500
                                            Wilmington, DE  19801
                                            Telephone:  (302) 778-7500
                                            Facsimile:  (302) 778-7575
                                            E-mail: kgwynne@reedsmith.com

                                                and

                                            James J. Restivo, Jr., Esquire
                                            Lawrence E. Flatley, Esquire
                                            Douglas E. Cameron, Esquire
                                            435 Sixth Avenue
                                            Pittsburgh, PA  15219
                                            Telephone:  (412) 288-3131
                                            Facsimile:  (412) 288-3063

                                            Special Asbestos Products Liability Defense
                                            Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | | |
|---|---|---|
| W.R Grace & Co. | Invoice Number | 1517707 |
| One Town Center Road | Invoice Date | 03/27/07 |
| Boca Raton, FL  33486 | Client Number | 172573 |

==========================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

| | |
|---|---|
| Fees | 77,915.50 |
| Expenses | 0.00 |
| TOTAL BALANCE DUE UPON RECEIPT | $77,915.50 |

=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1517707 |
| Invoice Date | 03/27/07 |
| Client Number | 172573 |
| Matter Number | 60026 |

========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2007

| Date | Name | | Hours |
|------|------|---|-------|
| 02/01/07 | Ament | Review docket per J. Restivo request, download transcript of 1/23/07 omnibus hearing and provide to J. Restivo. | .20 |
| 02/01/07 | Cameron | Review expert materials for personal injury claims estimation. | .90 |
| 02/01/07 | Klapper | Prepare for meeting with expert regarding rebuttal reports. | 3.60 |
| 02/01/07 | Schoenecker | Review prior testimony of expert plaintiff's witness and draft cross examination questions. | .70 |
| 02/02/07 | Klapper | Meet with consultants regarding rebuttal reports. | 7.00 |
| 02/02/07 | Schoenecker | Review prior testimony of expert plaintiff's witness and draft cross examination questions. | 5.70 |
| 02/04/07 | Ash | Review and edit expert memorandum in preparation for drafting deposition outline. | 4.50 |
| 02/04/07 | Schoenecker | Review prior testimony of expert plaintiff's witness and draft cross examination questions. | 6.10 |
| 02/05/07 | Borkovic | Revise outline summary of materials used in preparation of cross-examination of Castleman. | 2.50 |

172573  W. R. Grace & Co.                        Invoice Number  1517707
60026  Litigation and Litigation Consulting      Page   2
       March 27, 2007

| Date | Name | | Hours |
|------|------|--|-------|
| 02/05/07 | Herbst | Office conference with J. Ash re editing and finalizing expert witness preparation materials (0.2); office conference with law clerk re same (0.5); edit expert witness preparation memorandum (3.4). | 4.10 |
| 02/05/07 | Klapper | Review select PI estimation expert reports for discussion with B. Harding. | 1.50 |
| 02/05/07 | Lord | Research and update 2002 service list. | .20 |
| 02/05/07 | Sanner | Email correspondence with A. Klapper re draft. | .50 |
| 02/05/07 | Schoenecker | Review prior testimony of expert plaintiff's witness and draft cross examination questions. | 10.20 |
| 02/06/07 | Ash | Review and edit expert deposition cross-examination memorandum. | 2.50 |
| 02/06/07 | Herbst | Continue to edit and finalize plaintiff's expert memorandum. | 7.60 |
| 02/06/07 | Klapper | Begin review of additional defense expert reports for use in developing deposition and cross questions. | 2.20 |
| 02/06/07 | Schoenecker | Review prior testimony of expert plaintiff's witness and draft cross examination questions. | 9.50 |
| 02/07/07 | Ash | Meetings with D. Herbst and J. Schoenecker regarding expert deposition memorandum and outline (.7); organize materials for expert deposition memorandum and outline (.8). | 1.50 |
| 02/07/07 | Klapper | Begin review and edit of initial draft of cross-examination outline for PI estimation expert. | 2.70 |
| 02/07/07 | Sanner | Evaluate draft report in light of common exhibits. | 2.50 |

172573 W. R. Grace & Co.                          Invoice Number  1517707
60026  Litigation and Litigation Consulting       Page    3
       March 27, 2007


    Date   Name                                              Hours
    -------- -----------                                     -----

    02/07/07 Schoenecker    Review prior testimony of expert    13.10
                            plaintiff's witness and draft
                            cross examination questions.

    02/07/07 Taylor-Payne   E-mails from and to Mr.               .40
                            Schoenecker requesting materials
                            for Dr. Castleman (0.3); forward
                            requested documents to Mr.
                            Schoenecker (0.1).

    02/08/07 Klapper        Meet with consultants and Kirkland   6.20
                            lawyers regarding rebuttal reports.

    02/08/07 Schoenecker    Review prior testimony of expert     6.70
                            plaintiff's witness and draft
                            cross examination questions.

    02/09/07 Klapper        Meet with consultants and Kirkland   6.00
                            lawyers regarding rebuttal reports.

    02/09/07 Schoenecker    Review prior testimony of expert     8.30
                            plaintiff's witness and draft
                            cross examination questions.

    02/09/07 Taylor-Payne   E-mails from and to Mr.               .40
                            Schoenecker requesting materials
                            for Dr. Castleman (0.3); scan and
                            forward requested Dr. Castleman
                            materials to Mr. Schoenecker (0.1).

    02/12/07 Klapper        Review expert reports of B.          1.70
                            Anderson previously submitted and
                            discuss same with consultant.

    02/12/07 Sanner         Review and analyze new set of        1.50
                            common exhibits.

    02/13/07 Klapper        Review recent deposition and         4.90
                            master cross outline of PI
                            estimation expert (2.2); review
                            supplemental scientific literature
                            forwarded by consultants (2.7).

    02/13/07 Schoenecker    Collect and consolidate expert       1.50
                            witness research materials

    02/14/07 Sanner         Review common exhibits in context    5.40
                            of draft report.

```
172573 W. R. Grace & Co.                        Invoice Number  1517707
60026  Litigation and Litigation Consulting     Page   4
       March 27, 2007
```

| Date | Name | | Hours |
|------|------|------|-------|
| 02/14/07 | Schoenecker | Collect and consolidate expert witness research materials | .50 |
| 02/15/07 | Cameron | Participate in call with K&E and consultants regarding work in PI estimation (1.10); follow-up with R. Finke (0.20). | 1.30 |
| 02/15/07 | Klapper | Continue review of work product regarding historical Grace facts for use in depositions and for discussion with consultants. | 6.20 |
| 02/16/07 | Ament | Review docket per D. Cameron request, download pleadings and e-mail to D. Cameron. | .30 |
| 02/16/07 | Cameron | Attention to expert witness issues for personal injury estimations. | .80 |
| 02/16/07 | Klapper | Continue review of work product regarding historical Grace facts for use in depositions and for discussion with consultants. | 6.70 |
| 02/16/07 | Sanner | Email correspondence re Lextranet issues (0.3); email correspondence with Ann Salzberg re Castleman issues (0.3); consider state of the art project parameters (0.7). | 1.30 |
| 02/19/07 | Klapper | Continue review of additional historical Grace documents and work product for use in depositions and for discussion with consultants. | 3.30 |
| 02/20/07 | Klapper | Begin review of extensive materials for discussion with expert regarding rebuttal reports. | 6.40 |
| 02/21/07 | Cameron | Telephone call with consultant regarding rebuttal report (0.30); review original report (0.60). | .90 |
| 02/21/07 | Klapper | Finish review of extensive materials for discussion expert regarding rebuttal reports. | 5.50 |

```
172573  W. R. Grace & Co.                        Invoice Number  1517707
60026  Litigation and Litigation Consulting      Page    5
        March 27, 2007
```

| Date | Name | | Hours |
|------|------|--|-------|
| 02/22/07 | Ament | Telephone calls and meetings with J. Restivo and D. Cameron re: 2/26/07 hearing before Judge Fitzgerald. | .40 |
| 02/22/07 | Klapper | Meet with expert regarding rebuttal reports. | 6.00 |
| 02/22/07 | Sanner | Meeting with A. Klapper and experts concerning expert report issues (5.5);  prepare for meeting with A. Klapper and experts (1.5). | 7.00 |
| 02/23/07 | Klapper | Continue review of additional documents organized by other outside counsel and identified in historical work product. | 4.50 |
| 02/23/07 | Sanner | Telephone conference with A. Klapper re: state of art project issues and follow-up. | 1.80 |
| 02/26/07 | Klapper | Continue review of historical documents. | 3.30 |
| 02/27/07 | Ament | Coordinate logistics of April hearings for K&E (.50); e-mails and telephone calls re: same (.20). | .70 |
| 02/27/07 | Cameron | Attention to expert issues for PI estimation. | .60 |
| 02/28/07 | Ament | Continue coordinating logistics of April hearing preparation for K&E. | .30 |
| 02/28/07 | Sanner | Work on analysis of exhibits cited in draft expert report. | 3.40 |

```
                                                        ------
                                        TOTAL HOURS     193.50
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| Douglas E. Cameron | 4.50 | at $ | 570.00 | = | 2,565.00 |
| Antony B. Klapper | 77.70 | at $ | 520.00 | = | 40,404.00 |
| Margaret L. Sanner | 23.40 | at $ | 425.00 | = | 9,945.00 |
| Jesse J. Ash | 8.50 | at $ | 380.00 | = | 3,230.00 |
| John L. Schoenecker | 62.30 | at $ | 285.00 | = | 17,755.50 |
| Daniel Z. Herbst | 11.70 | at $ | 265.00 | = | 3,100.50 |
| John B. Lord | 0.20 | at $ | 210.00 | = | 42.00 |

```
172573 W. R. Grace & Co.                        Invoice Number  1517707
60026  Litigation and Litigation Consulting      Page    6
       March 27, 2007
```

| | | | | | |
|---|---|---|---|---|---|
| Sharon A. Ament | 1.90 | at $ | 145.00 | = | 275.50 |
| Jennifer L. Taylor-Payne | 0.80 | at $ | 185.00 | = | 148.00 |
| Anne E. Borkovic | 2.50 | at $ | 180.00 | = | 450.00 |

```
                          CURRENT FEES                     77,915.50


                                                          ------------
                          TOTAL BALANCE DUE UPON RECEIPT   $77,915.50
                                                          ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W. R. Grace | Invoice Number | 1517709 |
|---|---|---|
| 5400 Broken Sound Blvd., N.W. | Invoice Date | 03/27/07 |
| Boca Raton, FL 33487 | Client Number | 172573 |


========================================================================

Re: W. R. Grace & Co.


(60027)  Travel-Nonworking

| Fees | 5,770.50 |
|---|---|
| Expenses | 0.00 |

TOTAL BALANCE DUE UPON RECEIPT       $5,770.50
                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | | |
|---|---|---|
| W. R. Grace | Invoice Number | 1517709 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date | 03/27/07 |
| Boca Raton, FL 33487 | Client Number | 172573 |
| | Matter Number | 60027 |

========================================================================

Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2007

| Date | Name | | Hours |
|------|------|------|-------|
| 02/06/07 | Flatley | Non-working travel time returning from Philadelphia meeting (one-half time). | 1.50 |
| 02/13/07 | Cameron | Non-working portions of travel for deposition in Tampa (one-half time). | 1.90 |
| 02/20/07 | Flatley | Non-working travel time to and from Philadelphia (one-half time). | 2.00 |
| 02/22/07 | Sanner | Non-working portions of travel from Richmond to Washington and return for meeting with experts (one-half time). | 3.10 |
| 02/23/07 | Engel | Non-working travel time returning to Washington, D.C. from expert depositions in Atlanta (one-half time). | 1.50 |
| 02/28/07 | Cameron | Non-working portion of travel to New York for deposition (one-half time). | 1.00 |

                                                     ------
                                      TOTAL HOURS     11.00


| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|----|--------|----|----------|
| Lawrence E. Flatley | 3.50 | at $ | 575.00 | = | 2,012.50 |
| Douglas E. Cameron | 2.90 | at $ | 570.00 | = | 1,653.00 |
| Harold J. Engel | 1.50 | at $ | 525.00 | = | 787.50 |

```
172573  W. R. Grace & Co.                    Invoice Number   1517709
60027   Travel-Nonworking                    Page    2
        March 27, 2007
```

Margaret L. Sanner          3.10  at  $  425.00  =    1,317.50

                            CURRENT FEES                         5,770.50


                                                       ------------
                            TOTAL BALANCE DUE UPON RECEIPT    $5,770.50
                                                       ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number        1517710
5400 Broken Sound Blvd., N.W.        Invoice Date         03/27/07
Boca Raton, FL 33487                 Client Number          172573

========================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

        Fees                          5,624.00
        Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $5,624.00
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| W. R. Grace | Invoice Number | 1517710 |
|---|---|---|
| 5400 Broken Sound Blvd., N.W. | Invoice Date | 03/27/07 |
| Boca Raton, FL 33487 | Client Number | 172573 |
| | Matter Number | 60028 |

=========================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2007

| Date | Name | | Hours |
|---|---|---|---|
| 02/02/07 | Restivo | Appeal discussions. | .50 |
| 02/17/07 | Cameron | Attention to motion for leave to appeal ZAI ruling. | 1.70 |
| 02/21/07 | Cameron | Telephone call with S. Bianca regarding reply brief (0.30); review outline regarding same (0.90). | 1.20 |
| 02/22/07 | Cameron | Attention to draft reply to motion for leave to appeal. | 1.10 |
| 02/23/07 | Cameron | Review draft reply from Sal Bianca. | .60 |
| 02/24/07 | Cameron | Review draft sur-reply and prepare comments. | 1.40 |
| 02/26/07 | Cameron | Review and revise drafts of the sur-reply to motion for leave to appeal (1.60); multiple e-mails regarding same (0.60). | 2.20 |
| 02/26/07 | Flatley | Review brief and e-mails to/from D. Cameron re: same (1.0); e-mails regarding article (0.1). | 1.10 |

```
                                                        ------
                                     TOTAL HOURS          9.80
```

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| James J. Restivo Jr. | 0.50 at $ 635.00 = | | 317.50 |

172573 W. R. Grace & Co.                    Invoice Number   1517710
60028  ZAI Science Trial                    Page    2
       March 27, 2007


Lawrence E. Flatley          1.10  at  $  575.00  =      632.50
Douglas E. Cameron           8.20  at  $  570.00  =    4,674.00

                             CURRENT FEES                      5,624.00


                                                     ------------
                             TOTAL BALANCE DUE UPON RECEIPT    $5,624.00
                                                     ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number      1517711
5400 Broken Sound Blvd., N.W.            Invoice Date        03/27/07
Boca Raton, FL 33487                     Client Number        172573

========================================================================

Re: W. R. Grace & Co.


(60029)   Fee Applications-Applicant

        Fees                        3,850.50
        Expenses                        0.00

                    TOTAL BALANCE DUE UPON RECEIPT       $3,850.50
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W. R. Grace | Invoice Number | 1517711 |
|---|---|---|
| 5400 Broken Sound Blvd., N.W. | Invoice Date | 03/27/07 |
| Boca Raton, FL 33487 | Client Number | 172573 |
| | Matter Number | 60029 |

==========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2007

| Date | Name | | Hours |
|---|---|---|---|
| 02/01/07 | Ament | Continue work on 23rd quarterly fee application. | .50 |
| 02/02/07 | Ament | E-mails re: 23rd quarterly fee application. | .10 |
| 02/04/07 | Ament | Complete calculating fees and expenses for 23rd quarterly fee application (1.50); continue drafting summary and narrative and e-mail same to A. Muha (.50). | 2.00 |
| 02/05/07 | Ament | Meet with A. Muha re: 23rd quarterly fee application (.10); finalize narrative and summary for 23rd quarterly fee application and e-mail to J. Lord for DE filing (.40); additional e-mails re: same (.10). | .60 |
| 02/05/07 | Lord | Revise and prepare Reed Smith's quarterly fee application for e-filing and service (.5); e-mails with S. Ament re: same (.1). | 1.50 |
| 02/05/07 | Muha | Final review and revisions to 23rd Quarterly fee application. | .40 |
| 02/07/07 | Lord | E-file and perfect service of Reed Smith 23rd quarterly fee application. | .80 |

```
172573 W. R. Grace & Co.                    Invoice Number  1517711
60029  Fee Applications-Applicant           Page    2
       March 27, 2007
```

| Date | Name | | Hours |
|------|------|--|-------|
| 02/20/07 | Muha | Extensive revisions to fee and expense detail for January 2007 monthly fee application, including multiple e-mails seeking clarification and additional description to add to fee and expense detail. | 3.80 |
| 02/22/07 | Lord | Research docket and draft CNO to Reed Smith December monthly fee application. | .40 |
| 02/23/07 | Ament | E-mails with A. Muha re: invoices. | .10 |
| 02/23/07 | Lord | E-file and perfect service of CNO to Reed Smith December fee application (.3); correspondence to R. Finke re: same (.1). | .40 |
| 02/26/07 | Muha | Additional revisions to January 2007 fee and expense detail, including e-mails re: information on meal expense. | .50 |
| 02/27/07 | Ament | E-mails and meet with A. Muha re: hearing and deposition expenses. | .30 |
| 02/27/07 | Lord | E-mails with S. Ament re: Reed Smith January monthly fee application. | .10 |
| 02/27/07 | Muha | Continue review/revisions to January 2007 monthly fee application materials and e-mails to S. Ament/S. Greives re: preparation of application. | 2.10 |
| 02/28/07 | Ament | Review invoices and begin calculating fees and expenses for Jan. monthly fee application. | .70 |
| 02/28/07 | Muha | Meeting with S. Ament and e-mails to S. Greives/C. Brinda re: procedures for preparing and filing monthly applications. | .50 |

```
                                            ------
                            TOTAL HOURS      14.80
```

172573 W. R. Grace & Co.                    Invoice Number   1517711
60029  Fee Applications-Applicant           Page    3
       March 27, 2007

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|------|--------|---|----------|
| Andrew J. Muha | 7.30 | at $ | 350.00 | = | 2,555.00 |
| John B. Lord | 3.20 | at $ | 210.00 | = | 672.00 |
| Sharon A. Ament | 4.30 | at $ | 145.00 | = | 623.50 |

                    CURRENT FEES                        3,850.50


                                                     ------------
          TOTAL BALANCE DUE UPON RECEIPT              $3,850.50
                                                     ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1517712
One Town Center Road                     Invoice Date        03/27/07
Boca Raton, FL    33486                  Client Number         172573

================================================================================

Re: W. R. Grace & Co.


(60030)  Hearings

    Fees                            5,186.50
    Expenses                            0.00

                    TOTAL BALANCE DUE UPON RECEIPT          $5,186.50
                                                           =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1517712
One Town Center Road                     Invoice Date       03/27/07
Boca Raton, FL    33486                  Client Number       172573
                                         Matter Number         60030

==============================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2007

| Date | Name | | Hours |
|------|------|--|-------|
| 02/22/07 | Cameron | Attention to issues for 2/26 omnibus hearing. | .70 |
| 02/25/07 | Cameron | Review materials for 2/26 hearing. | 1.00 |
| 02/26/07 | Cameron | Prepare for (0.40) and participate in omnibus hearing via telephone (2.10); follow-up e-mail and calls regarding scheduling issues (0.60). | 3.10 |
| 02/26/07 | Restivo | Participate by phone in Omnibus Hearing (2.5); telephone calls with R. Finke, D. Cameron (.5); follow-up on hearing issues (.5). | 3.50 |
| 02/27/07 | Cameron | Follow-up from hearing. | .40 |

                                                     ------
                                       TOTAL HOURS     8.70


| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| James J. Restivo Jr. | 3.50 | at | $ 635.00 | = | 2,222.50 |
| Douglas E. Cameron | 5.20 | at | $ 570.00 | = | 2,964.00 |

                      CURRENT FEES                   5,186.50


                                                  ------------
              TOTAL BALANCE DUE UPON RECEIPT        $5,186.50
                                                  ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1517713
One Town Center Road                     Invoice Date      03/27/07
Boca Raton, FL    33486                  Client Number       172573



========================================================================

Re: W. R. Grace & Co.


(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

      Fees                         460,306.50
      Expenses                          0.00
                                 ------------

               TOTAL BALANCE DUE UPON RECEIPT      $460,306.50
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number        1517713
One Town Center Road                     Invoice Date          03/27/07
Boca Raton, FL    33486                  Client Number          172573
                                         Matter Number           60033


==========================================================================

Re: (60033)   Claim Analysis Objection Resolution & Estimation
              (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2007

| Date | Name | | Hours |
|------|------|--|-------|
| 01/31/07 | Cameron | Meet with J. Restivo regarding product ID issues (0.50); work on deposition scheduling issues with experts (1.10); review claims regarding Canadian statute of limitations matter (1.50); review materials and telephone call with expert regarding production of relative materials (1.20); review R. Lee product ID analysis for motion (1.30). | 5.60 |
| 02/01/07 | Ament | Review LA claims and provide summaries to J. Restivo per request (.30); meet with J. Restivo re: same (.10); continue reviewing and compiling exhibits for motion for summary judgment (.60). | 1.00 |
| 02/01/07 | Aten | Miscellaneous medical expert issues. | 1.50 |
| 02/01/07 | Atkinson | Search databases and e-mail regarding products and correspondence regarding same, per L. Flatley request. | .80 |
| 02/01/07 | Cameron | Attention to production of expert reliance materials (0.90); review and revise letter and e-mails regarding expert discovery (1.20); conference call with expert | 6.80 |

172573 W. R. Grace & Co.                          Invoice Number  1517713
60033  Claim Analysis Objection Resolution &      Page    2
       Estimation (Asbestos)
       March 27, 2007


| Date | Name | | Hours |
| -------- | ----------- | | ----- |
| | | witness regarding rebuttal reports (0.60); review draft summaries and outlines regarding summary judgment issues (1.80); meet with J. Restivo regarding various summary judgment issues (0.40); review claimants' discovery requests (0.80); review proposed order regarding pre-trial conference (0.20); review expert witness materials regarding product ID (0.90). | |
| 02/01/07 | DiChiera | Compile Hammar, Brody and Lemen material and prepare binders in preparation of depositions (3.5); confer with R. Aten regarding A. Frank confirmation of material (0.4). | 3.90 |
| 02/01/07 | Flatley | Working on deposition schedule for experts (0.5); medical expert issues review and discussions with R. Aten and R. Senftleben (3.0); e-mails and replies on various issues (0.2); e-mails from/to B. Murphy re: document (0.2). | 3.90 |
| 02/01/07 | Gatewood | Examine/review submission of Hughson and communicate with R. Aten concerning same (.70); communicate with M. DiChiera concerning deposition examination materials/exhibits of Dr. Welch (1.0); examine/review experts' reliance materials in preparation for depositions of experts in hazard hearing and outline various issues (6.5). | 8.20 |
| 02/01/07 | Muha | Continue review and analysis of property damage claims forms that are potentially subject to assumption of the risk defense (6.2); meet with J. Restivo to discuss same (0.7); begin research of assumption of the risk law in various jurisdictions (1.2). | 8.10 |

172573 W. R. Grace & Co.                        Invoice Number  1517713
60033  Claim Analysis Objection Resolution &    Page   3
       Estimation (Asbestos)
       March 27, 2007


   Date   Name                                                    Hours
 -------- -----------                                             -----

02/01/07 Rea                Work on summary judgment materials.    5.00

02/01/07 Restivo            Work on Summary Judgment motions.      7.00

02/01/07 Rippin             Review and summary of bulk sample      7.00
                            files analyzed by RJ Lee.

02/02/07 Ament              E-mails re: motion for summary          .30
                            judgment exhibits (.10); meet with
                            and provide said exhibits to T.
                            Rea (.20).

02/02/07 Cameron            Review of product identification       7.90
                            expert materials for depositions
                            (1.90); multiple emails and
                            letters re:  same (.80); attention
                            to limitations periods expert
                            materials (1.60); emails re:  same
                            (.70); review material relating to
                            risk assessment expert (.30);
                            review draft motions for Summary
                            Judgment (1.40); review draft
                            affidavits (.40); review materials
                            relating to claims file (.80).

02/02/07 DiChiera           Complete preparation of binders of     4.10
                            expert material for Brody, Hammar
                            and Lemen (3.5); confirm material
                            that we have for A. Frank and
                            forward same to R. Aten in
                            preparation for depositions (0.6).

02/02/07 Flatley            E-mails and replies (0.4);             5.60
                            preparation for 2/6 Philadelphia
                            meeting with W. Sparks and witness
                            (5.2).

02/02/07 Gatewood           Examine/review expert reports         6.00
                            submitted by claimants and outline
                            of testimony of same in
                            preparation for upcoming expert
                            depositions.

02/02/07 Muha               Meetings with J. Restivo re: state    8.30
                            of law on assumption of risk
                            defense in Texas (1.5); research
                            of legal issues relating to
                            assumption of risk, "purchaser
                            with notice" defenses (6.8).

172573 W. R. Grace & Co.                          Invoice Number  1517713
60033  Claim Analysis Objection Resolution &      Page   4
       Estimation (Asbestos)
       March 27, 2007


| Date | Name | | Hours |
|------|------|---|-------|
| 02/02/07 | Rea | Continue work on summary judgment materials. | 7.30 |
| 02/02/07 | Restivo | Continue work on Summary Judgment motions. | 6.50 |
| 02/02/07 | Rippin | Review and summary of bulk sample files analyzed by RJ Lee. | 6.50 |
| 02/03/07 | Cameron | Review draft motion for Summary Judgment and comments (.90); review lack of hazard expert reports (1.40); attention to product identification materials (.80). | 3.10 |
| 02/03/07 | Rea | Continue work on summary judgment materials. | 1.60 |
| 02/03/07 | Restivo | Continue work on Summary Judgment motions. | 2.00 |
| 02/04/07 | Ament | Review and summarize PD claims (2.80); e-mails re: same (.20). | 3.00 |
| 02/04/07 | Cameron | Additional review of lack of hazard reports and rebuttal issues (1.60); review product identification documents (0.90); multiple e-mails regarding claims file issues (0.40); review discovery issues (0.80); attention to deposition preparation issues (0.70). | 4.40 |
| 02/05/07 | Ament | Review and summarize PD claims for T. Rea, D. Cameron and J. Restivo (2.0); e-mails and meetings re: same (.50). | 2.50 |
| 02/05/07 | Cameron | Review materials for expert rebuttal report call (0.70); review of supplemental materials (0.90); multiple e-mails relating to expert discovery (1.10); review recently filed discovery requests (1.70); prepare for (0.60) and meet with J. Restivo regarding product ID issues (0.90); review expert materials regarding same | 9.60 |

172573 W. R. Grace & Co.                          Invoice Number  1517713
60033  Claim Analysis Objection Resolution &      Page   5
       Estimation (Asbestos)
       March 27, 2007


| Date | Name | | Hours |
|------|------|------|-------|
| | | (2.10); review summary judgment materials (1.20); e-mail regarding same (0.40). | |
| 02/05/07 | DiChiera | Review and respond to emails from L. Flatley regarding status of expert files of Egan and Cintani (0.4); prepare for and attend brief meeting with L. Flatley regarding status and inventory of expert files (0.5); continue preparation of inventory of expert files (5.0). | 5.90 |
| 02/05/07 | Flatley | E-mails re: Philadelphia witness meeting (0.4); preparation for 2/6 Philadelphia meeting (4.9); memo re: fact discovery issues (0.4); review and revise T. Rea draft letter (1.0) call to T. Rea re: draft letter and follow-up e-mails (0.3) | 7.00 |
| 02/05/07 | Gatewood | Prepare for and meet with L. Flatley and R. Aten concerning medical expert depositions (1.0); examine/analyze expert reports submitted by certain of claimant's proposed witnesses (5.0); communicate with M. DiChiera concerning selected articles/publications cited by claimant's experts (.50). | 6.50 |
| 02/05/07 | Muha | Continue legal research re: assumption of the risk and "purchaser with notice" defenses. | 6.70 |
| 02/05/07 | Rea | Continue work on summary judgment materials. | 6.60 |
| 02/05/07 | Restivo | Continue work on Summary Judgment motions (6.1) and calls to clients and co-counsel (1.5). | 7.60 |
| 02/05/07 | Rippin | Filing and organization of materials re: expert reports (0.7); multiple email communications re: same (0.9). | 1.60 |

172573 W. R. Grace & Co.                          Invoice Number  1517713
60033  Claim Analysis Objection Resolution &      Page    6
       Estimation (Asbestos)
       March 27, 2007


   Date   Name                                                    Hours
   ------ ----------                                              -----


02/05/07 Rippin          Review and summary of bulk sample        7.00
                         files analyzed by RJ Lee (6.0);
                         litigation strategy meeting (1.0).

02/06/07 Aten            Reviewed materials re T. Egan and         2.10
                         J. Cintani in preparation for
                         deposition.

02/06/07 Cameron         Review and analyze product               9.20
                         identification reports (1.80);
                         prepare summary analysis for
                         product identification motion for
                         summary judgment (2.70); telephone
                         call with R. Finke regarding
                         deposition issues (0.30); e-mails
                         regarding deposition issues
                         (0.90); review Canadian claims
                         materials for product ID and
                         statute of limitations arguments
                         (1.70); e-mails regarding same
                         (0.60); attention to lack of
                         hazard rebuttal report issues
                         (0.80); e-mails and calls
                         regarding affidavit issues (0.40).

02/06/07 DiChiera        Begin review of case files of            1.50
                         expert material retrieved from
                         storage and repository of Dr.
                         Egan, Cintani and Brody in
                         preparation of depositions (1.3);
                         arrange conference room for review
                         (0.2).

02/06/07 Engel           Review correspondence from D.             .10
                         Cameron re depositions, and draft
                         correspondence re same.

02/06/07 Flatley         Review various drafts by e-mail         9.00
                         and reply to T. Rea and others
                         (0.5); preparation for
                         Philadelphia meeting (2.5);
                         meeting in Philadelphia with W.
                         Sparks and others (5.0); follow-up
                         on meeting including e-mails
                         from/to D. Cameron and others
                         (1.0).

02/06/07 Garlitz         Review and summarize PD claims for       .20
                         D. Cameron.

172573 W. R. Grace & Co.                          Invoice Number  1517713
60033  Claim Analysis Objection Resolution &      Page    7
       Estimation (Asbestos)
       March 27, 2007


| Date | Name | | Hours |
|------|------|---|-------|
| 02/06/07 | Muha | Continue legal research re: assumption of the risk and "purchaser with notice" defenses. | 5.70 |
| 02/06/07 | Rea | Continue work on summary judgment materials. | 7.00 |
| 02/06/07 | Restivo | Continue work on Summary Judgment motions and discovery issues. | 4.50 |
| 02/06/07 | Rippin | Review and summary of bulk sample files analyzed by RJ Lee. | 4.30 |
| 02/07/07 | Aten | Conference with L. Flatley and C. Gatewood re: medical experts (1.1); conference with L. Flatley re: preparation for deposition of T. Egan and J. Cintani (2.3); continue to review/analyze material re: claimants' medical experts (1.2). | 4.60 |
| 02/07/07 | Cameron | Prepare for (1.20) and attend meeting with J. Restivo regarding status of work, open issues, strategy and trial preparation (1.60); review rebuttal expert reports materials (1.70); review product ID summaries (3.90); review motion for summary judgment (1.40). | 9.80 |
| 02/07/07 | DiChiera | Review all expert files of Egan and Cintani regarding depositions where they were deposed by Martin Dies or by Speights (2.8); confer with R. Aten re same (0.4). | 3.20 |
| 02/07/07 | Flatley | Reorganizing after Philadelphia trip (0.7); e-mails from/to W. Sparks and D. Cameron on various issues (0.7); meeting with R. Aten and C. Gatewood to review the status of the preparations for medical depositions (1.0); e-mail to D. Cameron and reply (0.1); follow-up on 2/6/07 meeting affidavits (1.1); reviewing materials for fact witness deposition preparation (3.0). | 6.60 |

172573  W. R. Grace & Co.                              Invoice Number  1517713
 60033  Claim Analysis Objection Resolution &         Page    8
        Estimation (Asbestos)
        March 27, 2007


     Date   Name                                              Hours
   -------- -----------                                        -----


   02/07/07 Garlitz        Review and summarize PD claims for    2.00
                           D. Cameron (.2); review and
                           analysis of property damage claim
                           files (1.8).

   02/07/07 Gatewood       Examine/analyze expert reports        6.00
                           submitted by claimants' experts
                           Frank and Hammar (2.0);
                           examine/analyze medical literature
                           and scientific articles cited by
                           experts (3.0); outline issues to
                           follow-up on issues in claimants'
                           experts reports (1.0).

   02/07/07 Muha           Prepare for and attend meeting re:    2.70
                           strategy for summary judgment
                           motions and discovery plan for
                           property damage claims and
                           follow-up on issues after meeting.

   02/07/07 Rea            Continue work on summary judgment     8.10
                           materials.

   02/07/07 Restivo        Continue work on Summary Judgment     8.80
                           motions (3.0); planning meeting
                           (3.0); discovery planning (1.0);
                           telephone calls and emails
                           relating to the foregoing (1.8).

   02/07/07 Rippin         Review and analysis of property       8.20
                           damage claims files (1.9);
                           litigation strategy meeting (1.8);
                           review of Speights lack of
                           authority materials (1.7); review
                           and summary of bulk sample files
                           analyzed by RJ Lee (2.8).

   02/08/07 Aten           Continue to read/analyze              3.40
                           information re: Dr. Hammar.

   02/08/07 Atkinson       Review databases re: document          .20
                           requested by L. Flatley per
                           telephone call with W. Sparks.

   02/08/07 Cameron        Multiple e-mails regarding            9.10
                           deposition issues (1.40); multiple
                           calls regarding expert rebuttal
                           reports (0.80); review supporting
                           materials regarding same (1.70);

172573  W. R. Grace & Co.                          Invoice Number  1517713
60033   Claim Analysis Objection Resolution &      Page    9
        Estimation (Asbestos)
        March 27, 2007


   Date   Name                                              Hours
-------- -----------                                        -----

                        prepare for product ID depositions
                        (2.40); review draft summary
                        judgment motion and e-mails
                        regarding same (1.30); review
                        summary judgment supporting
                        materials (0.90); prepare witness
                        designations (0.60).

02/08/07 DiChiera       Emails to R. Aten regarding status     .50
                        of Egan, Cintani and Levin expert
                        material.

02/08/07 Flatley        Call with W. Sparks re: affidavits     4.90
                        and follow-up (0.3); e-mails
                        from/to D. Cameron re: various
                        issues (0.3); calls re:
                        supplemental medical experts'
                        reports and follow-up (2.1); calls
                        re: summary judgment affidavits
                        and follow up on them (1.6);
                        organizing for preparation for
                        fact witness depositions (0.6).

02/08/07 Garlitz        Review and summarize PD claims for     .20
                        D. Cameron.

02/08/07 Gatewood       Preparation for deposition of Dr.      8.30
                        Anderson (7.0); examine/review
                        deposition testimony of Dr. L.
                        Welch in conjunction with
                        preparation for depositions of
                        claimant's other experts (1.30).

02/08/07 Muha           Meetings with T. Rea re: Canadian      9.10
                        claims forms issue (0.5); work on
                        issues re: Canadian claims forms
                        using a Pinchin "expert report" to
                        assist D. Cameron in preparation
                        for Pinchin deposition (7.6);
                        research re: Arthur Rohl and
                        e-mails to J. Restivo, et al. re:
                        same (1.0).

02/08/07 Rea            Continue work on summary judgment      7.60
                        materials.

02/08/07 Restivo        Continue work on Summary Judgment      5.70
                        motions (4.1); attention to
                        depositions and discovery (1.6).

172573 W. R. Grace & Co.                          Invoice Number   1517713
60033  Claim Analysis Objection Resolution &      Page    10
       Estimation (Asbestos)
       March 27, 2007


| Date | Name | | Hours |
| --- | --- | --- | --- |
| 02/09/07 | Aten | Continue to review materials in preparation of depositions of T. Egan and J. Cintani (1.3); continue to review materials re: claimants' medical experts (1.5). | 2.80 |
| 02/09/07 | Cameron | Meet with J. Restivo regarding various summary judgment issues (0.50); attention to rebuttal expert reports (2.90); multiple calls regarding same (0.50); review draft motions for summary judgment (1.40); review materials for deposition of Donald Pinchin (1.60); multiple e-mails regarding same (0.60); prepare and finalize witness rebuttal expert designations (0.60). | 8.10 |
| 02/09/07 | DiChiera | Review and respond to emails from R. Aten in connection with expert file status of Steven Levin, Egan, Cintani and Brody (0.3); organize expert material in connection with deposition preparation (0.9). | 1.20 |
| 02/09/07 | Flatley | E-mails re: supplemental experts reports and other issues (0.2); letters to fact witnesses (0.5); reviewing letter from claimants' counsel (0.4); checking on filing of reports (0.3); witness meeting preparation (0.5); e-mails re: status of various issues (0.2). | 2.10 |
| 02/09/07 | Garlitz | Review and summarize PD claims for D. Cameron. | .20 |
| 02/09/07 | Gatewood | Continued review/analysis of expert submissions of claimants and prepare outlines (4.0); communicate with R. Aten concerning deposition of H. Anderson and Dr. Hughson (.50); examine/analyze articles cited by various experts addressing non-occupational exposure to asbestos (3.0). | 7.50 |

```
172573 W. R. Grace & Co.                      Invoice Number  1517713
60033  Claim Analysis Objection Resolution &  Page    11
       Estimation (Asbestos)
       March 27, 2007
```

| Date | Name | | Hours |
|------|------|---|-------|
| 02/09/07 | Muha | Continue to assist D. Cameron in preparation for Pinchin deposition. | 1.40 |
| 02/09/07 | Rea | Continue work on summary judgment materials. | 4.90 |
| 02/09/07 | Restivo | Continue work on Summary Judgment motions and discovery issues. | 5.00 |
| 02/09/07 | Rippin | Review and summary of bulk sample files analyzed by RJ Lee. | 6.80 |
| 02/10/07 | Aten | Continue to review materials re: claimants' medical experts. | .80 |
| 02/10/07 | Cameron | Attention to Pinchin deposition issues. | 2.00 |
| 02/10/07 | Rea | Continue work on summary judgment materials. | 5.80 |
| 02/11/07 | Ament | Review and summarize expert reports for D. Cameron (1.0); compile exhibits for D. Cameron in preparation for deposition of Dr. Pinchin (5.0). | 6.00 |
| 02/11/07 | Cameron | Review claims files and prepare for deposition of Donald Pinchin (6.00); review and revise draft motions for summary judgment (1.30); review product ID materials for Lee deposition (1.10); review outstanding discovery issues and materials (0.60); prepare for 2/12 conference call with expert (0.80); prepare for 2/12 strategy call with counsel (0.70). | 10.50 |
| 02/11/07 | Flatley | Reviewing and outlining Casner & Edwards summary memorandum (2.0); e-mails and replies (0.2). | 2.20 |
| 02/12/07 | Ament | Review and summaries of expert reports for D. Cameron (.30); e-mails re: same (.20); meet with T. Rea re: PD claims (.10); review and summaries of PD claims for T. Rea (1.20); e-mails re: same | 3.20 |

172573 W. R. Grace & Co.                    Invoice Number  1517713
60033  Claim Analysis Objection Resolution &   Page   12
       Estimation (Asbestos)
       March 27, 2007

| Date | Name | | Hours |
|------|------|---|-------|

|  |  | (.20); e-mails and telephone calls re: preparation for Dr. Lee deposition (.50); continue compiling exhibits for D. Cameron relating to deposition of Dr. Pinchin (.70). |  |
| 02/12/07 | Aten | Conference with L. Flatley re: preparing for depositions (.4); continue to review materials re: same (2.5). | 2.90 |
| 02/12/07 | Atkinson | Search consultant database for articles, and forward 5 articles to consultant. | .40 |
| 02/12/07 | Cameron | Review materials in preparation for description of Donald Pinchin and deposition of Rich Lee (2.50); review and revise draft motion for summary judgment and multiple e-mails regarding same (1.90); participate in deposition preparation conference call with expert witness (2.80); prepare for (0.70) and participate in team meeting strategy call with Grace and K&E (0.80); follow-up calls and e-mails (0.70). | 9.40 |
| 02/12/07 | DiChiera | Respond to request for all prior deposition testimony witnesses (2.8); confer with L. Flatley regarding specific information needed in preparation of depositions (0.2); confer with R. Aten regarding status (0.2). | 3.20 |
| 02/12/07 | Engel | Review correspondence and documents re depositions of PD claimants' experts. | 1.70 |
| 02/12/07 | Flatley | Calls and e-mails regarding SJ motions and supplemental experts' reports (0.5); call with witness and follow-up (0.3); preparation for witness meetings (6.1). | 6.90 |

172573 W. R. Grace & Co.                          Invoice Number  1517713
60033  Claim Analysis Objection Resolution &      Page    13
       Estimation (Asbestos)
       March 27, 2007


   Date   Name                                                      Hours
   ------ ----------                                                -----


   02/12/07 Gatewood     Examine expert submission of                6.50
                         claimant's expert Lemen, (4.0);
                         prepare initial draft of
                         examination outline (2.5).

   02/12/07 Rea          Continue work on summary judgment           8.10
                         materials.

   02/12/07 Restivo      Strategy telephone conference with          6.50
                         co-counsel (1.0); work on Summary
                         Judgment motions and discovery
                         issues (5.5).

   02/12/07 Rippin       Review and summary of Speights              7.00
                         Lack of Authority Court Documents.

   02/13/07 Ament        Review and summarize expert                 3.20
                         reports for D. Cameron (.10);
                         e-mails re: same (.10); meet with
                         A. Muha re: Longo and Millette
                         issues (.20); review and summaries
                         of Longo and Millette (2.60); meet
                         with T. Rea re: same (.20).

   02/13/07 Aten         Continue to review materials re             2.60
                         witness preparation (2.1); begin
                         reviewing claims filed for
                         California buildings (.5).

   02/13/07 Cameron      Prepare for Pinchin deposition              8.80
                         (3.90); multiple e-mails and calls
                         regarding same (1.40); attend
                         deposition preparation session
                         (1.80); review draft motions for
                         summary judgment and comments
                         (1.70).

   02/13/07 Engel        Review correspondence and                    .30
                         documents re PD claimants experts
                         (0.1), and draft correspondence re
                         same (0.2).

   02/13/07 Flatley      E-mails and calls re: finalizing           10.00
                         California summary judgment motion
                         (1.2); message from W. Sparks
                         (0.1); reviewing California
                         summary judgment papers and
                         following-up (1.6); further
                         e-mails on summary judgment motion
                         (0.4); review J. Restivo comments

172573  W. R. Grace & Co.                          Invoice Number  1517713
60033  Claim Analysis Objection Resolution &       Page    14
       Estimation (Asbestos)
       March 27, 2007


| Date | Name | | Hours |
|------|------|------|------|
| | | on summary judgment brief and follow-up (1.0); call with W. Sparks and follow-up with M. Dichiera and R. Aten (1.0); review materials in preparation for witness meeting on 2/20/07, including outlines and deposition transcript (4.7). | |
| 02/13/07 | Gatewood | Examine/analyze expert report of S. Hammar submitted by claimants (2.0); examine/analyze supporting citations for stated opinions and outline of various articles/studies (3.0); compare/contrast expert report of S. Hammar to expert submissions of Brody, Anderson and Lemen (3.0). | 8.00 |
| 02/13/07 | Muha | Attend to issues re: claims supported by Longo/Millette reports, to assist in preparation for Longo/Millette depositions. | .60 |
| 02/13/07 | Rea | Continue work on summary judgment materials. | 9.40 |
| 02/13/07 | Restivo | Dr. Lee deposition preparation (3.5); attention to Louisiana issues for Summary Judgment motions (1.5); attention to Libby motion (1.5); review materials re: remaining motions (2.0). | 8.50 |
| 02/13/07 | Rippin | Review and summary of Speights Lack of Authority court documents (5.0); review of claims in which asbestos product is not manufactured by Grace (1.5). | 6.50 |
| 02/14/07 | Ament | Review and summarize expert reports for D. Cameron (.10); e-mails re: same (.10); continue review of Longo and Millette product ID materials (2.0); e-mails with M. Rosenberg re: said claims (.20); prepare spreadsheet detailing said claims (.50); create DVD of claims and next-day air to H. Engel (1.0); e-mails and | 6.30 |

```
172573 W. R. Grace & Co.                          Invoice Number  1517713
60033  Claim Analysis Objection Resolution &      Page   15
       Estimation (Asbestos)
       March 27, 2007
```

| Date | Name | | Hours |
|------|------|------|-------|
| | | meetings with T. Rea and A. Muha re: same (.50); meet with R. Aten re: CA claims (.20); e-mails and telephone calls with A. Muha re: Dies & Hile claims (.60); review same (.30); obtain and provide various pleadings to T. Rea per request (.40); e-mails and telephone calls re: same (.20); e-mails with G. Rupert and M. Araki re: access to live claims database (.20). | |
| 02/14/07 | Aten | Work on motion for summary judgment re: California claims. | 7.20 |
| 02/14/07 | Cameron | Multiple e-mails and calls regarding discovery issues (1.10); review and revise motions for summary judgment and supporting materials (4.40); review materials for R. Lee deposition (0.70); meet with R. Lee regarding same (0.40); attention to product ID materials (1.90); multiple calls and e-mails with R. Finke regarding same (0.70). | 9.20 |
| 02/14/07 | DiChiera | Analyze testimony in Privest per request of L. Flatley (5.7); review and pull information in connection with knowledge of sales in Canada (1.7). | 7.40 |
| 02/14/07 | Engel | Attend a portion of Dr. Lee's deposition in preparation of claimants' experts' depositions (0.9); review correspondence re same, and draft correspondence re same (1.0). | 1.90 |
| 02/14/07 | Flatley | Working on California summary judgment issues, including revisions to motion/memorandum and working on exhibits and Rule 1006 issues (7.7); e-mails regarding status (0.4). | 8.10 |

172573 W. R. Grace & Co.                          Invoice Number  1517713
60033  Claim Analysis Objection Resolution &      Page    16
       Estimation (Asbestos)
       March 27, 2007


| Date | Name | | Hours |
|------|------|--|-------|

| Date | Name | | Hours |
|------|------|--|-------|
| 02/14/07 | Muha | Multiple e-mails re: claim documents (0.4); calls and meetings with S. Ament re: same (0.6); review materials send by Dies & Hile and draft e-mail/letter to H. Engel re: same (2.6); e-mails/meetings with T. Rea re: claims files (0.4). | 4.00 |
| 02/14/07 | Rea | Continue work on summary judgment materials. | 9.10 |
| 02/14/07 | Restivo | Defend deposition of Rich Lee (6.0); continue work on Summary Judgment motions (4.0). | 10.00 |
| 02/15/07 | Ament | Review and summaries of expert reports for D. Cameron (.10); e-mails re: same (.10); review and summaries of Dies & Hile claims and updated Longo and Millette claims (5.30); update spreadsheet relating to Longo and Millette work for Dies & Hile claimants (.60); e-mails and telephone calls with M. Rosenberg and M. Araki re: live database of claims (.50); e-mail to D. Cameron re: same (.10); review brief for T. Rea relating to LA PD claims (.40); meet with T. Rea re: same (.20). | 7.30 |
| 02/15/07 | Aten | Continue to revise and draft portions of California motion and to compile supporting documents. | 7.80 |
| 02/15/07 | Cameron | Work on multiple summary judgment motions for filing on 2/16/07, including research, revisions and review of record support (9.80); multiple calls and e-mails with co-counsel regarding same (1.90); multiple calls and e-mails regarding depositions (0.70). | 12.40 |
| 02/15/07 | Engel | Prepare for depositions of claimants product ID witnesses. | 8.60 |

```
172573 W. R. Grace & Co.                    Invoice Number  1517713
60033  Claim Analysis Objection Resolution &   Page   17
       Estimation (Asbestos)
       March 27, 2007
```

| Date | Name | | Hours |
|------|------|------|------|
| 02/15/07 | Flatley | Working on California summary judgment brief and supporting papers (2.8); preparation for witness meetings on 2/20/2007 in Philadelphia (5.9). | 8.70 |
| 02/15/07 | Gatewood | Examine/analyze expert reports and supporting medical literature and scientific studies cited by Lemen and Brody (5.0); draft outline of follow-up issues to address with L. Flatley concerning expert depositions (3.0). | 8.00 |
| 02/15/07 | Muha | E-mails and work on procuring claims files per request of T. Rea (0.7); review and revise motion to expunge Louisiana PD claims (3.2). | 3.90 |
| 02/15/07 | Rea | Continue work on summary judgment materials. | 14.60 |
| 02/15/07 | Restivo | Continue work on Summary Judgment motions (8.7); telephone calls re: same (0.9); prepare for Status Conference (2.1). | 11.70 |
| 02/16/07 | Ament | Review and summarize expert reports for D. Cameron (.10); e-mails re: same (.10); review seven motions for summary judgment for T. Rea and claims related thereto (1.50); e-mails and meetings with T. Rea re: same (.50); e-mail to J. O'Neill re: service list for said motions (.10). | 2.30 |
| 02/16/07 | Aten | Conference with L. Flatley and C. Gatewood re: claimants' medical experts (1.5); continue to revise brief and compile exhibits (1.5). | 3.00 |
| 02/16/07 | Cameron | Review, revise and finalize motions for summary judgment for filing (5.20); multiple e-mails and calls regarding same (1.20); prepare for and participate in call with consultant regarding lack of hazard issues (0.80); | 8.10 |

172573 W. R. Grace & Co.                        Invoice Number  1517713
60033  Claim Analysis Objection Resolution &    Page    18
       Estimation (Asbestos)
       March 27, 2007


   Date   Name                                              Hours
-------- -----------                                        -----

                        e-mails and calls regarding expert
                        discovery issues (0.90).

02/16/07 DiChiera       Confer with L. Flatley and R. Aten      .30
                        regarding testimony of Egan in
                        connection with the Privest matter.

02/16/07 Engel          Review documents and                  2.80
                        correspondence in preparation for
                        claimants' experts' depositions.

02/16/07 Flatley        Finalizing summary judgment papers     5.20
                        for filing (3.1); calls regarding
                        February 20 meeting scheduling
                        (0.6); meeting regarding
                        scheduling of medical witness
                        depositions and follow-up on
                        meeting (1.5).

02/16/07 Gatewood       Examine/analyze expert report of       8.20
                        Claimant's experts' Mark and
                        Anderson and review/examine
                        supporting literature in
                        preparation for deposition of
                        experts (4.0); draft deposition
                        examination outline for expert
                        Anderson (3.0); prepare for and
                        meet with L. Flatley and R. Aten
                        concerning scheduling of expert
                        depositions (1.20).

02/16/07 Rea            Continue work on summary judgment      9.50
                        materials.

02/16/07 Restivo        Telephone conference with D.           5.40
                        Bernick (.5); telephone call with
                        A. Kearse (.4); R. Finke (.4);
                        finalize Summary Judgment motions
                        for filing (4.1).

02/16/07 Rippin         Review and summary of depositions     3.00
                        from ZAI case.

02/17/07 Engel          Prepare for experts' depositions.     4.20

02/18/07 Cameron        Review materials for trip to          4.50
                        Canada for Graeme Mew's deposition
                        (1.10); correspondence regarding
                        depositions (0.80); attention to
                        summary judgment materials (0.90);

172573 W. R. Grace & Co.                          Invoice Number  1517713
60033  Claim Analysis Objection Resolution &      Page   19
       Estimation (Asbestos)
       March 27, 2007


| Date | Name | | Hours |
|------|------|---|------|
| | | review Prudential's and Speights' discovery requests (1.70). | |
| 02/18/07 | Engel | Prepare for experts' depositions. | 3.50 |
| 02/18/07 | Flatley | Calls with witnesses regarding February 20 meeting (0.4); e-mail to W. Sparks (0.1). | .50 |
| 02/18/07 | Restivo | Attention to Canada discovery disputes. | 1.00 |
| 02/19/07 | Ament | Review and summarize expert reports for D. Cameron (.10); e-mails re: same (.10); e-mails re: motions for summary judgments (.20); review and organize motions for summary judgment per J. Restivo request (1.1). | 1.50 |
| 02/19/07 | Aten | Draft deposition notice for Dr. Welch re hazard (.7); claimants' experts issues (.5). | 1.20 |
| 02/19/07 | Atkinson | Research and forward article requested by consultant. | .20 |
| 02/19/07 | Cameron | Review summary judgment motion filed by claimant and comments to same (1.40); attention to product ID materials (1.80); attend to deposition scheduling issues (1.10); review materials for 2/21 status conference (1.40); review R. Morse deposition preparation materials (0.90); e-mails with R. Finke regarding product ID and status conference issues (0.70). | 7.30 |
| 02/19/07 | Engel | Prepare for claimants' experts' depositions (6.1), and draft memorandum re same (2.6). | 8.70 |
| 02/19/07 | Flatley | Review claimants' summary judgment motion and e-mail to follow-up on it (2.9); correspondence and e-mails (0.4); preparation for witness meetings on 2/20 (1.6); meeting regarding expert witness deposition scheduling plans and | 6.40 |

172573 W. R. Grace & Co.                          Invoice Number  1517713
60033  Claim Analysis Objection Resolution &      Page    20
       Estimation (Asbestos)
       March 27, 2007


   Date   Name                                              Hours
 -------- -----------                                       -----

                        follow-up (1.5).

 02/19/07 Gatewood      Prepare for deposition examination   8.50
                        of Dr. Lemen and Brody.

 02/19/07 Rea           Work on potential responses to PD    5.10
                        discovery requests.

 02/19/07 Restivo       Motley, Rice Product ID              5.40
                        correspondence (1.0); prepare for
                        Status Conference (4.4).

 02/19/07 Rippin        Review and summary of depo from      6.00
                        ZAI case.

 02/20/07 Ament         Review and summarize expert          2.50
                        reports for D. Cameron (.10);
                        e-mails re: same (.10); continue
                        reviewing and organizing motions
                        for summary judgment for J.
                        Restivo (.50); review docket and
                        provide T. Rea and R. Aten with
                        various pleadings and orders per
                        request (.50); create hearing
                        binders for J. Restivo and D.
                        Cameron (.80); e-mails and
                        meetings with J. Restivo and T.
                        Rea re: same (.50).

 02/20/07 Cameron       Prepare for 2/21/07 status           7.60
                        conference (2.10); meet with R.
                        Finke, J. Restivo regarding status
                        conference (0.80); review product
                        identification materials for
                        negotiations (1.60); review
                        claimants' motion for summary
                        judgment (0.80); prepare and
                        revise memo to client regarding
                        discussions with consultant
                        (1.10); review claimants'
                        discovery requests (1.20).

 02/20/07 DiChiera      Email correspondence with R. Aten    2.90
                        regarding request for deposition
                        notice preparation for Dr. Hammar,
                        Dr. Brody, Dr. Mark, Dr. Frank,
                        Dr. Anderson and Dr. Lemen (0.4);
                        telephone call to court reporter
                        regarding location availability in
                        Seattle, WA in connection with Dr.

172573 W. R. Grace & Co.                          Invoice Number  1517713
60033  Claim Analysis Objection Resolution &      Page    21
       Estimation (Asbestos)
       March 27, 2007


  Date   Name                                              Hours
-------- -----------                                       -----

                     Hammar's deposition (0.2); draft
                     all deposition notices re same
                     (2.3).

02/20/07 Engel        Continue preparations for              8.20
                      claimants' experts' depositions.

02/20/07 Flatley      Review J. Restivo draft and           11.00
                      comment on it (0.5); call with R.
                      Aten regarding deposition schedule
                      issues (0.2); preparation for
                      witness meetings (2.3); meetings
                      in Philadelphia with W. Sparks and
                      witnesses and follow-up on meeting
                      (8.0).

02/20/07 Gatewood     Examination/analysis and               9.50
                      comparison of reports submitted by
                      medical experts (hazard hearing)
                      in preparation for scheduled
                      depositions (3.0); examine/analyze
                      articles relied upon by Dr. R.
                      Lemen in preparation for scheduled
                      deposition and draft outline of
                      deposition examination materials
                      (6.0); communicate (multiple) with
                      R. Aten and with M. DiChiera
                      concerning upcoming depositions of
                      medical experts concerning
                      scheduling, etc. (.50).

02/20/07 Rea          Attention to status conference and     6.40
                      discovery issues.

02/20/07 Restivo      Telephone conference with M. Dies,     9.50
                      A. Kearse, et al. (1.0); meeting
                      with D. Cameron and R. Finke re:
                      same (1.5); prepare for Status
                      Conference, discovery, and Product
                      ID and statute of limitations
                      hearing (7.0).

02/20/07 Rippin       Review and summary of depos from       5.50
                      ZAI case.

02/21/07 Ament        Review and summarize expert            2.10
                      reports for D. Cameron (.10);
                      e-mails re: same (.10); review and
                      summaries of product ID materials
                      relating to Dies & Hile claims for

172573 W. R. Grace & Co.                    Invoice Number  1517713
60033  Claim Analysis Objection Resolution &    Page    22
       Estimation (Asbestos)
       March 27, 2007


   Date   Name                                              Hours
   ------- -----------                                      -----

                          D. Cameron (1.50); update motions
                          for summary judgment for J.
                          Restivo (.10); e-mails and meet
                          with T. Rea re: product ID claims
                          (.30).

02/21/07 Aten             Attention to miscellaneous expert    .40
                          issues.

02/21/07 Cameron          Prepare for meeting with            6.10
                          claimants' counsel (0.90); meet
                          with claimants' counsel after
                          cancelled hearing (1.60);
                          follow-up meetings with R. Finke
                          and Grace team (0.70); participate
                          in conference call with Grace team
                          and R. Finke regarding response to
                          motion for summary judgment
                          (0.80); telephone call with H.
                          Engel regarding product
                          identification depositions (0.30);
                          review expert work regarding same
                          (0.90); review and revise
                          deposition scheduling letter and
                          notices (0.90).

02/21/07 DiChiera         Confer with L. Flatley regarding    6.70
                          request for research material in
                          connection with the Solow Trial
                          (.3); deposition notices of all
                          Hazard experts and place telephone
                          calls to various hotels and
                          locations in connection with
                          depositions (6.0); confer with R.
                          Aten regarding preparation of
                          deposition notice language (0.4).

02/21/07 Engel            Continue preparation for T. Vander  8.50
                          Wood's deposition.

02/21/07 Flatley          Reorganizing after Philadelphia     7.20
                          trip (0.6); following up on
                          witness issues (1.5); e-mails
                          regarding California summary
                          judgment motion (0.4); deposition
                          scheduling issues (0.7); call with
                          W. Sparks (0.2); preparation for
                          conference call on California
                          claims issues (0.4); conference
                          call with R. Finke, D. Cameron et

172573 W. R. Grace & Co.                          Invoice Number  1517713
60033  Claim Analysis Objection Resolution &      Page    23
       Estimation (Asbestos)
       March 27, 2007


    Date   Name                                                    Hours
  -------- -----------                                             -----
                        al. regarding California SJ issues
                        (1.4); meeting with R. Finke and
                        D. Cameron (1.0); e-mails
                        following up on conference call
                        issues regarding California
                        summary judgment motion (0.7)
                        calls and arrangements regarding
                        Philadelphia meeting (0.3).

  02/21/07 Gatewood     Examination of articles                    8.00
                        cited/relied upon by Dr. Anderson
                        and comparison of same relating to
                        expert report by Dr. R. A. Lemen
                        (4.0); draft/outline deposition
                        examination materials for
                        scheduled deposition of Dr. Lemen
                        (4.0).

  02/21/07 Rea          Work on issues relating to status          4.50
                        conference.

  02/21/07 Restivo      Meet and confer with Claimants             4.50
                        (2.0); team meetings (2.0);
                        Halliwell Deposition prep. (.5).

  02/21/07 Rippin       Review and summary of depos from           5.50
                        ZAI case.

  02/22/07 Ament        Review and summarize expert                1.70
                        reports for D. Cameron and R. Aten
                        (.40); e-mails re: same (.10);
                        provide hearing binders to J.
                        Restivo relating to motions for
                        summary judgment (.20); create
                        spreadsheet relating to PD claims
                        per D. Cameron request (.30);
                        e-mails and meet with D. Cameron
                        re: same (.20); create additional
                        spreadsheets and e-mail to client
                        (.50).

  02/22/07 Aten         Edit multiple deposition notices           1.30
                        (.8); miscellaneous issues re
                        claimants' experts (.5).

  02/22/07 Atkinson     E-mail to consultant re: journal            .30
                        articles.

172573 W. R. Grace & Co.                          Invoice Number  1517713
60033  Claim Analysis Objection Resolution &      Page    24
       Estimation (Asbestos)
       March 27, 2007


   Date    Name                                                    Hours
-------- -----------                                               -----


02/22/07 Cameron        Attention to deposition scheduling          7.40
                        issues (1.70); revise product ID
                        materials (0.90); review materials
                        in preparation for Morse and
                        Halliwell depositions (1.40);
                        attention to claimants' discovery
                        requests (2.20); prepare for
                        (0.20) and participate in
                        telephone call with consultant
                        regarding expert report issues
                        (0.50); begin memo regarding same
                        (0.50).


02/22/07 DiChiera       Continue work in connection with            5.60
                        preparation of deposition notices;
                        (4.9); review files for material
                        requested in connection with
                        nuisance law (.7).


02/22/07 Engel          Prepare for and take T. Vander              8.20
                        Wood's deposition (6.2);
                        follow-up on same (0.8); complete
                        preparation for W. Longo's
                        deposition (1.2).


02/22/07 Gatewood       Prepare for deposition                      6.00
                        examinations of Dr. R. A. Lemen
                        and Brody (5.0); communicate with
                        M. DiChiera and R. Aten concerning
                        deposition scheduling, notices and
                        anticipated exhibit packages (1.0).


02/22/07 Rea            Work on potential responses to PD           3.70
                        discovery requests.


02/22/07 Restivo        Planning for PD discovery and               1.50
                        additional motions practice.


02/22/07 Rippin         Review and summary of depos from            4.00
                        ZAI case.


02/23/07 Ament          Review and summarize expert                  .40
                        reports for D. Cameron and e-mails
                        re: same (.20); review docket,
                        download transcript from 2/2/07
                        hearing and e-mail to J. Restivo
                        and D. Cameron (.20).

172573  W. R. Grace & Co.                          Invoice Number  1517713
60033   Claim Analysis Objection Resolution &      Page    25
        Estimation (Asbestos)
        March 27, 2007


   Date    Name                                              Hours
-------- -----------                                         -----


02/23/07 Aten             Revise multiple deposition notices      1.40
                          for claimants' experts re: hazard.

02/23/07 Cameron          Attention to deposition issues          7.80
                          (0.80); review constructive notice
                          reports for depositions (2.80);
                          telephone call with R. Finke and
                          expert regarding product ID
                          issues, report and scheduling
                          (0.60); review bulk sample data
                          regarding same (0.80); review
                          discovery requests for responses
                          (1.90); finalize memo regarding
                          risk assessment issues (0.90).

02/23/07 DiChiera         Continue to update and revise           4.90
                          deposition notices (2.1); confer
                          with L. Flatley and R. Aten
                          regarding additional changes
                          (1.2); confirm location of medical
                          experts in connection with their
                          deposition (1.6).

02/23/07 Engel            Take W. Longo's deposition (6.0);       6.30
                          draft correspondence re same (0.3).

02/23/07 Flatley          E-mails regarding status of             5.60
                          various issues (0.2); meet with R.
                          Aten (0.2); review materials on
                          nuisance issue from file and
                          circulate it (1.2); e-mails
                          regarding deposition notices and
                          deposition scheduling (0.4);
                          preparation for fact witness
                          meetings, including organizing
                          documents (3.6).

02/23/07 Gatewood         Examine/analyze appendices to Dr.       8.00
                          R. A. Lemen's expert report in
                          preparation for scheduled
                          deposition of same (3.0);
                          examine/identify issues subject to
                          examination and draft examination
                          outline for use at deposition
                          (5.0).

02/23/07 Rea              Work on potential responses to PD       3.90
                          discovery requests.

172573 W. R. Grace & Co.                              Invoice Number   1517713
60033  Claim Analysis Objection Resolution &         Page     26
       Estimation (Asbestos)
       March 27, 2007


| Date | Name | | Hours |
|------|------|------|-------|
| 02/23/07 | Rippin | Review and summary of depos from ZAI case. | 6.50 |
| 02/25/07 | Cameron | E-mails regarding discovery requests (0.60); review materials for upcoming deposition (1.70); review summary judgment materials (0.80); review discovery requests and draft responses (1.20). | 4.30 |
| 02/26/07 | Ament | Review and summarize expert reports for D. Cameron and e-mails re: same (.50); meet with J. Restivo and T. Rea re: PD claims (.20); review and summarize PD claims (.30). | 1.00 |
| 02/26/07 | Aten | Call with L. Flatley re: California claims (0.2); review revised claim, brief, and email sent re: arguments re California claims (0.3). | .50 |
| 02/26/07 | Atkinson | Review databases for journal article requested by consultant. | .20 |
| 02/26/07 | Cameron | Attention to expert deposition issues (0.80); review materials relating to Prudential, Speights and Motley Rice discovery requests (1.40); prepare for expert depositions (1.90); telephone call regarding product ID issues (0.30). | 4.40 |
| 02/26/07 | DiChiera | Review master index of material, and pull specific material and arrange for copying in preparation for the deposition of Author Frank, per request of R. Aten. | .70 |
| 02/26/07 | Flatley | Review documents to be sent to witness (0.4); review supplemental filing and e-mail on it (0.2); meet with J. Restivo regarding results of hearing (0.1); e-mails and replies on various issues (0.4). | 1.10 |