# Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1275
Dallas, TX  75201
Tax Id# 01-0584406

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

May 11, 2007

In Reference To:     Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #       10832

Professional Services

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 12/1/2006 | SLB | draft e-mail to R. Tobin @ Caplin re 21st Interim response (.2) | 0.20 | 28.00 |
|  | SLB | begin draft of 21st Interim final report - K&E (7.6) | 7.60 | 1,064.00 |
| 12/4/2006 | SLB | complete draft of 21st Interim final report - Tersigni (2.1); Reed Smith (2.6); Stroock(2.4) | 7.10 | 994.00 |
|  | SLB | draft e-mail to R. Tobin @ Caplin re 21st Interim response (.1); e-mail to L. Hamilton @ Capstone re 21st Interim response (.2) | 0.30 | 42.00 |
|  | JBA | conference with S. Bossay re: status of 21st Interim Project Category Spreadsheet and Exhibit A to the Order Approving Interim Fees | 0.10 | 4.00 |
|  | ERU | research (PACER) regarding 21st Interim Fee Applications | 0.50 | 20.00 |
|  | ERU | draft: 21st Interim Project Category Spreadsheet | 2.00 | 80.00 |
| 12/5/2006 | MWS | detailed review of Bilzin's response to initial report regarding fee application for twenty-first interim period (.7); work on final report regarding same (3.0). | 3.70 | 851.00 |

W.R. Grace & Co.                                                                                                    Page     2

|            |     |                                                                                                                  | Hours | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------------------|-------|--------|
| 12/5/2006  | WHS | detailed review of, and revisions to, Stroock 21st Int FR                                                        | 0.40  | 110.00 |
|            | WHS | detailed review of, and revisions to, Reed 21st Int FR                                                           | 0.30  | 82.50  |
|            | WHS | detailed review of Tersigni 21st Int FR                                                                          | 0.20  | 55.00  |
|            | ERU | research (PACER) regarding 21st Interim Fee Applications                                                         | 1.20  | 48.00  |
|            | ERU | Update database with Reed 10.06, Ferry 10.06 (.1) Steptoe 7.06, 8.06, 9.06 (.1)                                  | 0.20  | 8.00   |
|            | WHS | receive and review agenda                                                                                        | 0.10  | 27.50  |
|            | WHS | detailed review of, and revisions to, K&E 21st Int FR                                                            | 0.30  | 82.50  |
|            | SLB | draft of revised 21st Interim final report - K&E (1.3); first draft of 21st Interim fee and expense chart (5.6)  | 6.90  | 966.00 |
|            | SLB | draft e-mail to R. Tobin @ Caplin re 21st Interim response (.2); e-mail to J. Dolan @ Capstone re 21st Interim response (.1) | 0.30  | 42.00  |
|            | JBA | conference with E. Urban re: 21st Project Category spreadsheet                                                   | 0.20  | 8.00   |
|            | SLB | telephone conference with J. Dolan @ Capstone re 21st Interim response (.1)                                      | 0.10  | 14.00  |
|            | JBA | Electronic filing with court of 21st Interim Final Reports re: K&E (.2), Reed Smith (.2), Stroock (.2), and Tersigni (.2) | 0.80  | 32.00  |
| 12/6/2006  | SLB | telephone conference with B. Bowe @ Bowe re 21st Interim app. (.2); t/c with T. Currier @ Buchanan re 21st Interim app./merger and name change (.2) | 0.40  | 56.00  |
|            | SLB | complete draft of 21st Interim final report - Caplin (2.3); Capstone (.9)                                        | 3.20  | 448.00 |

W.R. Grace & Co.                                                                                                                  Page     3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/6/2006 | ERU | research (Pacer) regarding 21st Interim Fee Applications | 2.00 | 80.00 |
|  | ERU | Update database with 10.06 Monthlies for: Protiviti, Pitney, Beveridge; Caplin response to 21st interim IR | 0.10 | 4.00 |
|  | MWS | draft final report regarding fee application of Bilzin Sumberg for the twenty-first interim period. | 2.20 | 506.00 |
|  | SLB | draft 21st Interim final report - Piper Jaffray(1.3); Blackstone(1.5); RPWB(1.1) | 3.90 | 546.00 |
| 12/7/2006 | JBA | draft final corrections to 21st Project Category Spreadsheet | 0.10 | 4.00 |
|  | WHS | detailed review of Capstone 21st Int FR | 0.20 | 55.00 |
|  | WHS | detailed review of Baker 21st Int FR | 0.20 | 55.00 |
|  | WHS | detailed review of Piper 21st Int FR | 0.20 | 55.00 |
|  | WHS | detailed review of Blackstone 21st Int FR | 0.30 | 82.50 |
|  | WHS | detailed review of, and revisions to, Richardson 21st Int FR | 0.40 | 110.00 |
|  | WHS | detailed review of, and revisions to, Caplin 21st Int FR | 0.30 | 82.50 |
|  | WHS | detailed review of, and revisions to, Richardson - W.R. Grace 21 | 0.30 | 82.50 |
|  | WHS | detailed review of, and revisions to, 21st Int No Objections FR | 0.50 | 137.50 |
|  | MSH | Electronic filing with court of Baker 21st Interim Final Report (.1) | 0.10 | 4.00 |

W.R. Grace & Co.     Page 4

| Date | Init. | Description | Hours | Amount |
|---|---|---|---:|---:|
| 12/7/2006 | WHS | detailed review of, and revisions to, Bilzin 21st Int FR | 0.30 | 82.50 |
|  | WHS | detailed review of Scott Law 21st Int FR | 0.20 | 55.00 |
|  | SLB | complete draft of 21st final report - Baker(1.8); Conway (1.2); revised RPWB(.5); No Objections (4.3) | 7.80 | 1,092.00 |
|  | ERU | Update database with 10.06 Monthlies for: Tersigni, LAS, Bilzin, Hamilton, Kramer | 0.10 | 4.00 |
| 12/8/2006 | SLB | review of app. and draft of 21st Interim final report - Goodwin Procter (1.7) | 1.70 | 238.00 |
|  | SLB | revise final 21st Interim fee and expense charts (1.4) | 1.40 | 196.00 |
|  | SLB | draft e-mail to J. O'Neil @ Pachulski re 21st Interim fee & expense charts (.2) | 0.20 | 28.00 |
|  | MSH | Electronic filing with court of Applications with No Objections 21st interim final report (.1), same re Bilzin (.1), Blackstone (.1), Caplin (.1), Capstone (.1), Conway (.1), Piper (.1), Richardson (.1), and Scott Law (.1) | 0.90 | 36.00 |
|  | WHS | detailed review of Goodwin 21st Int FR | 0.20 | 55.00 |
|  | JBA | Electronic filing with court of Final Report re: Goodwin 21st Interim (.2) | 0.20 | 8.00 |
| 12/11/2006 | JAW | detailed review of Reed Smith August 2006 monthly invoice (5.3); draft summary of same (0.7). | 6.00 | 810.00 |
|  | SLB | review of 22nd Interim app. - Bilzin (4.9); begin review of 22nd Interim app.- Duane Morris (1.6) | 6.50 | 910.00 |
|  | SLB | draft e-mails (2) to J. O'Neill @ Pachulski re 21st Interim charts (.3); e-mail to J. Sakalo re Prop Damage Comm. app (.1) | 0.40 | 56.00 |
| 12/12/2006 | SLB | telephone conference with J. O'Neill @ Pachulski re 21st Interim fee hearing (.1) | 0.10 | 14.00 |

W.R. Grace & Co. Page   5

| Date | Init | Description | Hours | Amount |
|---|---|---|---:|---:|
| 12/12/2006 | ERU | Update database with Austern 22nd Interim App | 0.10 | 4.00 |
| | ERU | Update database with Austern 22nd Int e-detail | 0.10 | 4.00 |
| | SLB | complete review of 22nd Interim app. - Duane Morris (2.2); begin review of 22nd Interim app. - Deloitte (3.5) | 5.70 | 798.00 |
| 12/13/2006 | SLB | begin draft of 22nd Interim initial report - Bilzin (3.7) | 3.70 | 518.00 |
| 12/14/2006 | SLB | PACER research regarding Caplin objection to 21st Inteirm final report (.9) | 0.90 | 126.00 |
| | SLB | draft e-mail to J. O'Neill re Caplin objection to final report (.2) | 0.20 | 28.00 |
| | SLB | continue review of 22nd Interim Deloitte (3.2) | 3.20 | 448.00 |
| 12/15/2006 | ERU | Update database with Deloitte Tax 12.05, 1.06, 2.06 [.1] BMC 7.06; Hamilton 22nd Interim; Bilzin 22nd Interim [.1] | 0.20 | 8.00 |
| | ERU | Update database with Caplin rsp to 21st Interim e-detail; Dykema 11.06 e-detail; Towers 9.06, 10.06, 22nd Interim | 0.10 | 4.00 |
| 12/19/2006 | ERU | Update database with Casner 10.06, Pachulski 22nd Interim App, Towers 22nd Interim App, 9.06, 10.06 | 0.10 | 4.00 |
| 12/20/2006 | ERU | Update database with Phillips 11.06 e-detail; Protiviti 11.06 | 0.10 | 4.00 |
| | SLB | telephone conference with Will Sparks @ Grace re flat fee applicants (.2) | 0.20 | 28.00 |
| | SLB | review of 22nd Interim apps. - Anderson (2.6) and Austern (2.8) | 5.40 | 756.00 |
| 12/21/2006 | ERU | Update database with Phillips 11.06, Beveridge 10th Interim App | 0.10 | 4.00 |

W.R. Grace & Co.                 Page 6

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 12/21/2006 | SLB | review of 22nd Interim apps. - Beveridge (3.1) and Blackstone (3.3) | 6.40 | 896.00 |
| 12/22/2006 | ERU | Update database with Woodcock 10.06, BMC 8.06 | 0.10 | 4.00 |
| | ERU | Update database with CIBC Final App e-detail | 0.10 | 4.00 |
| | SLB | review of 22nd app. and draft of final report - Blackstone (5.7) | 5.70 | 798.00 |
| 12/27/2006 | SLB | review of 22nd Interim app. - Capstone (5.3) | 5.30 | 742.00 |
| 12/28/2006 | SLB | draft of 22nd Interim initial report - Capstone (4.4) | 4.40 | 616.00 |
| | SLB | begin review of 22nd Interim app. - Campbell and Levine (2.2) | 2.20 | 308.00 |
| | MSH | Update database with Woodcock 22nd Interim app. and Scott 22nd Interim app. (.1), Nelson November 2006 app. and BMC September 2006 app. (.1) | 0.20 | 8.00 |
| | MSH | Electronic filing with Court of WHS July 2006 Invoice (.2), and October 2006 Invoice (.3) | 0.50 | 20.00 |
| 12/29/2006 | SLB | complete review of 22nd Interim apps. - Campbell (2.5) and Casner (3.0) | 5.50 | 770.00 |
| | JAW | detailed review of Kirkland & Ellis August 2006 fee statement (1.9) | 1.90 | 256.50 |
| 12/30/2006 | JAW | detailed review of Kirkland & Ellis August 2006 fee statement (4.6) | 4.60 | 621.00 |
| 12/31/2006 | JAW | detailed review of Kirkland & Ellis August 2006 fee statement (2.7) | 2.70 | 364.50 |

**For professional services rendered**      **132.60 $18,593.00**

W.R. Grace & Co. Page 7

Additional Charges :

| | Price | Amount |
|---|---|---|
| PACER charges for December 2006 | 29.84 | 29.84 |

**Total costs** **$29.84**

**Total amount of this bill** **$18,622.84**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Erika Urban | 7.10 | 40.00 | $284.00 |
| James A. Wehrmann | 15.20 | 135.00 | $2,052.00 |
| Jeff B. Allgood | 1.40 | 40.00 | $56.00 |
| Mark W Steirer | 5.90 | 230.00 | $1,357.00 |
| Melinda S Helsley | 1.70 | 40.00 | $68.00 |
| Stephen L. Bossay | 96.90 | 140.00 | $13,566.00 |
| Warren H Smith | 4.40 | 275.00 | $1,210.00 |