THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., <u>et al.</u>,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: June 8, 2007 at 4:00 p.m.**
**Hearing Date: June 25, 2007 at 1:00 p.m.**
**(in Pittsburgh, PA)**

**NOTICE OF MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER
AUTHORIZING SETTLEMENT OF AN ASBESTOS PROPERTY DAMAGE CLAIM
AND PROTECTING CONFIDENTIALITY OF CERTAIN PORTIONS THEREOF**

TO:    Parties on the attached service list.

The above-captioned debtors and debtors in possession (collectively, the "Debtors") filed

the *Motion of the Debtors for Entry of an Order Authorizing Settlement of an Asbestos Property*

*Damage Claim and Protecting Confidentiality of Certain Portions Thereof* (the "Motion") with

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington,

Delaware 19801 (the "Bankruptcy Court"). A true and correct copy of the Motion is attached

hereto.

Objections or other responses to the relief requested in the Motion, if any, must be in

writing and be filed with the Bankruptcy Court no later than 4:00 p.m. (prevailing Eastern time)

on **June 8, 2007**.

At the same time, you must also serve a copy of the objections or responses, if

any, upon the following co-counsel for the Debtors, Lisa G. Esayian, Kirkland & Ellis LLP, 200

East Randolph Drive, Chicago, Illinois 60601 and James E. O'Neill, Pachulski Stang Ziehl

Young Jones & Weintraub LLP, 919 North Market Street, 17th Floor, P.O. Box 8705,

Wilmington, DE 19899-8705 (Courier 19801); (ii) counsel to the Official Committee of

Unsecured Creditors, Lewis Kruger, Stroock & Stroock & Lavan, 180 Maiden Lane, New York,

NY 10038-4982, and Michael R. Lastowski, Duane, Morris & Heckscher, LLP, 1100 N. Market

Street, Suite 1200, Wilmington, DE 19801-1246; (iii) counsel to the Official Committee of

Property Damage Claimants, Scott L. Baena, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod,

First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131, and

Michael B. Joseph, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351,

Wilmington, DE 19899; (iv) counsel to the Official Committee of Personal Injury Claimants,

Peter Van L. Lockwood, Caplin & Drysdale, Chartered, One Thomas Circle, N.W., Washington,

DC 20005, and Mark T. Hurford, Campbell & Levine, LLC, 800 N. King Street, Suite 300,

Wilmington, DE 19801; (v) counsel to the Official Committee of Equity Holders, Gary Becker,

Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, NY 10022, and Teresa

2

K.D. Currier, Buchanan, Ingersoll & Rooney, P.C., 1000 West Street, Suite 1410, P.O. Box

1397, Wilmington, DE 19899-1397; (vi) counsel to the Future Claimants' Representative,

Richard H. Wyron, Orrick, Herrington & Sutcliffe, LLP, 3050 K Street, NW, Suite 300,

Washington, DC 20007, and John C. Phillips, Jr., Phillips, Goldman & Spence, P.A., 1200

North Broom Street, Wilmington, DE 19806; and (vii) the Office of the United States Trustee,

Attn: David Klauder, 844 N. King Street, Wilmington, DE 19801.

IF NO OBJECTIONS ARE TIMELY FILED AND SERVED IN

ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE

RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

IN THE EVENT THAT ANY OBJECTION OR RESPONSE IS FILED AND

SERVED IN ACCORDANCE WITH THIS NOTICE, A HEARING ON THE MOTION WILL

BE HELD BEFORE THE HONORABLE JUDITH K. FITZGERALD AT THE UNITED

3

STATES BANKRUPTCY COURT, 5414 U.S. STEEL BUILDING, 600 GRANT STREET,

PITTSBURGH, PENNSYLVANIA 15219 ON **JUNE 25, 2007 AT 1:00 PM** PREVAILING

Dated:  May \_\_\_\_, 2006

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Lisa G. Esayian
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

4