## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **W.R. Grace & Co., *et al.*[1],** | : | **Case No. 01-1139 (JKF)** |
| | : | **(Jointly Administered)** |
| Debtors. | : | |
| | : | |

## AFFIDAVIT UNDER 11 U.S.C. §327(e)
## (MORGAN, LEWIS & BOCKIUS LLP)

COMMONWEALTH OF PENNSYLVANIA ) 
                                                  )   SS:
COUNTY OF PHILADELPHIA           )

Timothy P. O'Reilly, being first duly sworn to oath, deposes and says:

1.      I am an attorney at law admitted to practice in the Commonwealth of Pennsylvania and am a partner of the firm of Morgan, Lewis & Bockius, LLP, ("Firm"), located at 1701 Market Street, Philadelphia, PA 19103.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.- Conn., A-1 Bit & Tool Co., Inc., Alewife Boston, Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc. Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston, Ltd., G.C. Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G. C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B, Inc., Grace A-B II, Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G, Inc., Grace H-G II, Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, LB Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Interdemco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.    The Debtors have requested that the Firm provide labor and employment counseling to the Debtors, and the Firm has consented to provide such services.

3.    The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties-in-interest in the Debtors' chapter 11 cases.

4.    As part of its customary practice , the Firm is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants and parties-in-interest in these chapter 11 cases.

5.    Morgan Lewis maintains and systematically updates its conflicts database in the regular course of its business, and it is the regular practice of Morgan Lewis to make and maintain these records. The conflicts database maintained by Morgan Lewis is designed to include (i) every matter on which it is now or has been engaged, (ii) the entity by which it is now or has been engaged, (iii) the identity of related parties, (iv) the identity of adverse parties and (v) the attorney or attorneys within Morgan Lewis that is/are knowledgeable about the matter. It is the policy of Morgan Lewis that no new matter may be accepted or opened within the Firm without completing and submitting to those charged with maintaining the conflicts database the information necessary to check each such matter for conflicts of interest, including the identity of the prospective client, the matter, and the related and adverse parties. Accordingly, the database is updated for every new matter undertaken by Morgan Lewis.

6.   Based upon the information available to me, neither Morgan Lewis, any partner, counsel or associate thereof, nor I, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates in the matters upon which Morgan Lewis is to be employed.

7.   To the extent that such a search indicated that Morgan Lewis has an attorney-client relationship with any significant party in interest in these chapter 11 cases in matters unrelated to these chapter 11 cases, the identities of such entities are set forth in Exhibit 1 attached hereto and incorporated herein.

8.   In light of the extensive number of creditors and other parties in interest involved in these chapter 11 cases, neither the Firm nor I have been able to conclusively identify all such potential relationships.  Morgan Lewis is continuing its investigation in an effort to identify any other such relationships.  I presently am aware only of the connections and representations listed in Exhibit 1.  To the extent that the Firm becomes aware of any additional relationships, I shall file promptly a supplemental affidavit.

9.       Neither I nor any principal of or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

10.     The Debtors do not owe the Firm for any prepetition services.

Dated: _May 4, 2007_, 2007
       Philadelphia, Pennsylvania

                                     Timothy P. O'Reilly

SWORN TO AND SUBSCRIBED
Before me this _4th_ day of _May_, 2007.

_Annette Lopresti_
Notary Public
My Commission Expires: _____

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Annette Lopresti, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires June 24, 2010
Member, Pennsylvania Association of Notaries