EXHIBIT 1

W.R. Grace & Co. has appeared as an "affected party" in litigation involving the Firm clients listed below. The Firm has confirmed with the various responsible attorneys that the Firm's representation of W. R. Grace & Co.-Conn. in connection with labor and employment law counseling does not represent a conflict for any of these entities.

Bombardier, Inc.
Sandvik, Inc.
Del Taco LLC
Presensius Medical Center
United States Gypsum
Grinnell Corporation
Gurley Related Sites Group and Waucunda Task Group
Houghton International Inc.
Cytec Industries