IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MAY 21, 2007, AT 2:00 P.M. BEFORE THE
HONORABLE JUDITH K. FITZGERALD AT THE UNITED STATES
BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5th FLOOR,
<u>COURTROOM 4 , WILMINGTON, DELAWARE 19801</u>**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST MAKE
ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR
FACSIMILE (866-533-2946), NO LATER THAN NOON ON THURSDAY, MAY 17, 2007
AND OTHERWISE COMPLY WITH THE *AMENDED ORDER ESTABLISHING CASE
MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [DOCKET NO. 7709]**

## <u>CONTINUED MATTERS</u>

1.    Debtors' Fifth Omnibus Objection to Claims (Substantive) [Filed: 05/05/04]
      (Docket No. 5527)

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Related Documents:

a.      Notice of Submission of Claim Numbers 602 and 604 to Mediation [Filed: 5/1/06] (Docket No. 12353)

b.      [Signed] Thirty-First Continuation Order Granting the Related Relief Sought in Debtors' Fifth Omnibus Objection to Claims (Substantive) as to Continued Objection [Filed: 5/3/07] (Docket No. 15500)

Response Deadline:  June 4, 2004, at 4:00 p.m.

Status:  The hearing on the claims of Weatherford International, Inc. is continued to June 25, 2007, at **1:00 p.m.**

2.      Debtors' Eighteenth Omnibus Objection to Claims (Substantive) [Filed: 10/16/06] (Docket No. 13415)

Related Documents:

a.      [Signed] Continuation Order Regarding the Debtors' the Debtors' Eighteenth Omnibus Objection to Claims (Substantive) [Filed: 5/3/07] (Docket No. 15501)

Response Deadline: November 3, 2006 at 4:00 p.m.

Responses Received:

a.      Objection of NL Industries, Inc. to Debtors' Eighteenth Omnibus Objection to Claims (Substantive) as to Claims Numbers 2625, 2626, and 2627 [Filed: 11/30/06] (Docket No. 13846)

Status: This matter is continued to June 25, 2007, at **1:00 p.m.**

3.      Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 3/28/07] (Docket No. 15013)

Related Documents:

a.      [Proposed] Order Granting Relief Sought in Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 3/28/07] (Docket No. 15013)

Response Deadline: April 13, 2007, at 4:00 p.m.

Responses Received:

a.      Response in Opposition By Commissioner of Massachusetts Department of Revenue to Debtors' Objection to the Claim Filed By Massachusetts Department of Revenue [Filed: 4/13/07] (Docket No. 15170)

**Status: This matter is continued to June 25, 2007, at 1:00 p.m.**

91100-001\DOCS_DE:127112.6

**BNSF AND RELATED MATTERS**

4.      Debtors' Motion to Expand the Preliminary Injunction to Include Action Against BNSF [Filed: 3/26/07] (Adv. Pro. No. 01-771, Docket No. 398)

   Related Documents:

   a.      [Proposed] Order Expanding the Preliminary Injunction to Include Actions Against BNSF [Filed: 3/26/07] (Adv. Pro. No. 01-771, Docket No. 398)

   Response Deadline: April 13, 2007 at 4:00 p.m.

   Responses Received:

   a.      Royal Indemnity Company's Response to Debtors Response to Motion of BNSF for Clarification of the Scope of the Preliminary Injunction and Cross-Motion to Expand the Preliminary Injunction to Include Actions Against BNSF [Filed: 3/26/07] (Adv. Pro. No. 01-771, Docket No. 397)

   b.      Response of BNSF to Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF [Filed: 4/13/07] (Adv. Pro. No. 01-771, Docket No. 413)

   c.      Opposition of the Official Committee of Asbestos Personal-Injury Claimants to Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF [Filed: 4/13/07] (Adv. Pro. No. 01-771, Docket No. 414)

   d.      Opposition of the Libby Claimants to Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF [Filed: 4/13/07] (Adv. Pro. No. 01-771, Docket No. 417)

      (i)      Libby Claimants' Motion in Limine [Filed: 4/13/07] (Adv. Pro. No. 01-771, Docket No. 418) *[Stricken by Docket No. 430]*

      (ii)      [Proposed] Order Granting Libby Claimants' Motion in Limine [Filed: 4/13/07] (Adv. Pro. No. 01-771, Docket No. 418) *[Stricken by Docket No. 430]*

   Responses Received:

   a.      Objection of Maryland Casualty Company to the Libby Claimants' Motion in Limine [Filed: 4/25/07] (Adv. Pro. No. 01-771, Docket No. 425) *[Stricken by Docket No. 430]*

   Replies Received:

   a.      Debtors' Reply in Support of Their Motion to Expand Preliminary Injunction to Include Actions Against BNSF [Filed: 4/27/07] (Adv. Pro. No. 01-771, Docket No. 432)

3

(i)    [Signed] Order Granting Debtors' Motion for Leave to File a Reply in Further Support of Their Motion to Expand Preliminary Injunction to Include Actions Against BNSF [Filed: 4/27/07] (Adv. Pro. No. 01-771, Docket No. 431)

b.    Continental Casualty Company's Motion for Leave to File a Reply (I) to Various Responses to Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF, and (II) in Support of Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF [Filed: 4/27/07] (Docket No. 15423) (Adv. Pro. No. 01-771, Docket No. 433)

(i)    [Proposed] Order Approving Continental Casualty Company's Motion for Leave to File a Reply (I) to Various Responses to Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF, and (II) in Support of Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF [Filed: 4/27/07] (Docket No. 15423) (Adv. Pro. No. 01-771, Docket No. 433)

(ii)    Omnibus Reply of Continental Casualty Company (I) to Various Responses to Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF, and (II) in Support of Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF [Filed: 4/27/07] (Docket No. 15423, Exhibit 1) (Adv. Pro. No. 01-771, Docket No. 433, Exhibit 1)

c.    Maryland Casualty Company's Motion for Leave to File a Reply in Support of Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF [Filed: 4/30/07] (Docket No. 435)

(i)    [Proposed] Order Granting Maryland Casualty Company's Motion for Leave to File a Reply in Support of Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF [Filed: 4/30/07] (Adv. Pro. No. 01-771, Docket No. 435, Exhibit 1)

(ii)    Maryland Casualty Company's Reply in Support of Debtors' Motion to Expand the Preliminary Injunction to Include Actions Against BNSF [Filed: 4/30/07] (Adv. Pro. No. 01-771, Docket No. 435, Exhibit 2)

d.    Motion of BNSF for Leave to File a Reply (I) In Further Support of its Motion for Clarification of the Scope of the Preliminary Injunction, or in the Alternative, for Relief From the Preliminary Injunction and (II) In Further Opposition to the Debtors' Motion to Expand Preliminary Injunction to Include Actions Against BNSF [Filed: 5/1/07] (Docket No. 438)

(i)    [Proposed] Order Granting Motion of BNSF for Leave to File a Reply (I) In Further Support of its Motion for Clarification of the Scope of the Preliminary Injunction, or in the Alternative, for Relief From the Preliminary Injunction and (II) In Further Opposition to the Debtors' Motion to Expand Preliminary Injunction to Include Actions Against BNSF [Filed: 5/1/07] (Docket No. 438)

4

       (ii)     Reply of BNSF (I) In Further Support of its Motion for Clarification of the Scope of the Preliminary Injunction, or in the Alternative, for Relief From the Preliminary Injunction and (II) In Further Opposition to the Debtors' Motion to Expand Preliminary Injunction to Include Actions Against BNSF [Filed: 5/1/07] (Docket No. 438, Exhibit 1)

<u>Status:</u> This matter will go forward.

5.      Motion for Leave to Further Amend Complaint [Filed: 3/16/07] (Adv. Pro. No. 01-771, Docket No. 395)

<u>Related Documents:</u>

a.      [Proposed] Order Granting Plaintiffs' Motion for Leave to Amend Complaint [Filed: 3/16/07] (Adv. Pro. No. 01-771, Docket No. 395)

<u>Response Deadline:</u>  April 13, 2007, at 4:00 p.m.

<u>Responses Received:</u>

a.      Response of BNSF to Debtors' Motion for Leave to Further Amend Complaint [Filed: 4/13/07] (Adv. Pro. No. 01-771, Docket No. 412)

b.      Opposition of the Official Committee of Asbestos Personal-Injury Claimants to Debtors' Motion for Leave to Further Amend Complaint [Filed: 4/13/07] (Adv. Pro. No. 01-771, Docket No. 415)

c.      Opposition of Libby Claimants to Debtors' Motion for Leave to Further Amend Complaint [Filed: 4/13/07] (Adv. Pro. No. 01-771, Docket No. 416)

<u>Status:</u> This matter will go forward.

6.      Motion of BNSF for Clarification of the Scope of the Preliminary Injunction, or in the Alternative, for Relief From the Preliminary Injunction [Filed: 2/15/07] (Adv. Pro. No. 01-771, Docket No. 389)

<u>Related Documents:</u>

a.      Affidavit of James Roberts [Filed: 2/15/07] (Adv. Pro. No. 01-771, Docket No. 389)

<u>Response Deadline:</u>  March 16, 2007, at 4:00 p.m.

<u>Responses Received:</u>

a.      Libby Claimants' Statement Concerning Motion of BNSF Concerning Preliminary Injunction [Filed: 2/28/07] (Adv. Pro. No. 01-771, Docket No. 390)

91100-001\DOCS_DE:127112.6

b.      Objection of Continental Casualty Company to Motion of BNSF for Clarification of the Scope of the Preliminary Injunction, or in the Alternative, for Relief From the Preliminary Injunction [Filed: 3/16/07] (Adv. Pro. No. 01-771, Docket No. 391)

c.      Royal Indemnity Company's Opposition to Motion of BNSF for Clarification of the Scope of the Preliminary Injunction, or in the Alternative, for Relief From the Preliminary Injunction [Filed: 3/16/07] (Adv. Pro. No. 01-771, Docket No. 392)

d.      Objection of Maryland Casualty Company to the Motion of BNSF for Clarification of the Scope of the Preliminary Injunction, or in the Alternative, for Relief From the Preliminary Injunction [Filed: 3/16/07] (Adv. Pro. No. 01-771, Docket No. 393)

e.      Debtors' Response to Motion of BNSF for Clarification of the Scope of the Preliminary Injunction and Cross-Motion to Expand the Preliminary Injunction to Include Actions Against BNSF [Filed: 3/16/07] (Adv. Pro. No. 01-771, Docket No. 394)

Replies Received:

a.      Motion of BNSF for Leave to File a Reply (I) In Further Support of its Motion for Clarification of the Scope of the Preliminary Injunction, or in the Alternative, for Relief From the Preliminary Injunction and (II) In Further Opposition to the Debtors' Motion to Expand Preliminary Injunction to Include Actions Against BNSF [Filed: 5/1/07] (Docket No. 438)

        (i)     [Proposed] Order Granting Motion of BNSF for Leave to File a Reply (I) In Further Support of its Motion for Clarification of the Scope of the Preliminary Injunction, or in the Alternative, for Relief From the Preliminary Injunction and (II) In Further Opposition to the Debtors' Motion to Expand Preliminary Injunction to Include Actions Against BNSF [Filed: 5/1/07] (Docket No. 438)

        (ii)    Reply of BNSF (I) In Further Support of its Motion for Clarification of the Scope of the Preliminary Injunction, or in the Alternative, for Relief From the Preliminary Injunction and (II) In Further Opposition to the Debtors' Motion to Expand Preliminary Injunction to Include Actions Against BNSF [Filed: 5/1/07] (Docket No. 438, Exhibit 1)

Status:  This matter is going forward.

7.      Debtors' Motion to Alter and Amend the Court's Order Denying its Request to Expand the Preliminary Injunction to Include Actions Against the State of Montana [Filed: 4/26/07] (Adv. Pro. No. 01-771, Docket No. 427)

Related Documents:

a.      [Proposed] Order Granting Debtors' Motion to Alter and Amend the Court's
        Order Denying its Request to Expand the Preliminary Injunction to Include
        Actions Against the State of Montana [Filed: 4/26/07] (Adv. Pro. No. 01-771,
        Docket No. 427)

Response Deadline:  May 14, 2007, at 12:00 p.m.

**Responses Received:**

**a.      Opposition of Montana Plaintiffs to Motions Filed By Debtors and State of
        Montana to Reconsider Order Denying Debtors' Motion to Expand the
        Preliminary Injunction to Include Actions Against the State of Montana
        [Filed: 5/14/07] (Adv. Pro. No. 01-771, Docket No. 442)**

**b.      Opposition of the Official Committee of Asbestos Personal-Injury Claimants
        to the Debtors' and the State of Montana's Motions to Reconsider the
        Court's Decision Denying a Stay of Litigation Against Montana [Filed:
        5/14/07] (Adv. Pro. No. 01-771, Docket No. 443)**

Status: This matter will go forward.

8.      State of Montana's Motion for Reconsideration of Court's Opinion and Order Denying
        Debtors' Motion of for Expansion of Preliminary Injunction Entered April 16, 2007
        [Filed: 4/26/07] (Adv. Pro. No. 01-771, Docket No. 426)

Related Documents:

a.      [Proposed] Order [Filed: 4/26/07] (Adv. Pro. No. 01-771, Docket No. 426)

Response Deadline: May 14, 2007, at 12:00 p.m.

**Responses Received:**

**a.      Opposition of Montana Plaintiffs to Motions Filed By Debtors and State of
        Montana to Reconsider Order Denying Debtors' Motion to Expand the
        Preliminary Injunction to Include Actions Against the State of Montana
        [Filed: 5/14/07] (Adv. Pro. No. 01-771, Docket No. 442)**

**b.      Opposition of the Official Committee of Asbestos Personal-Injury Claimants
        to the Debtors' and the State of Montana's Motions to Reconsider the
        Court's Decision Denying a Stay of Litigation Against Montana [Filed:
        5/14/07] (Adv. Pro. No. 01-771, Docket No. 443)**

Status: This matter will go forward.

9.      State of Montana's Motion for Reconsideration of Court's Opinion and Order Denying Motion of the State of Montana for Relief From the Automatic Stay Entered April 16, 2007 [Filed: 4/26/07] (Docket No. 15390)

Related Documents:

a.      [Proposed] Order [Filed: 4/26/07] (Docket No. 15390)

b.      [Signed] Order Granting the Motion to Shorten Notice with Respect to State of Montana's Motion for Reconsideration of Court's Opinion and Order Denying Motion of the State of Montana for Relief from the Automatic Stay Entered April 16, 2007 [Filed: 5/3/07] (Docket No. 15491)

Response Deadline: May 14, 2007, at 12:00 p.m.

**Responses Receive:**

**a.      Debtors' Objection to the State of Montana's Motion for Reconsideration of Court's Opinion and Order Denying Motion for Relief from the Automatic Stay [Filed: 5/14/07] (Docket No. 15647)**

Status: This matter will go forward.


**CONTESTED MATTERS**

10.     Motion of Early, Ludwick and Sweeney, LLC for a Protective Order with Respect to Subpoena Issued By W. R. Grace [Filed: 4/3/07] (Docket No. 15084)

Related Documents:

a.      [Proposed] Order Granting Motion of Early, Ludwick and Sweeney, LLC for a Protective Order with Respect to Subpoena Issued By W. R. Grace [Filed: 4/3/07] (Docket No. 15084)

b.      Debtors' Motion for Expedited Consideration of Motion of Early, Ludwick and Sweeney, LLC for a Protective Order with Respect to Subpoena Issued By W. R. Grace [Filed: 4/30/07] (Docket No. 15440)

    (i)     [Proposed] Order Granting Debtors' Request for Expedited Consideration of Motion of Early, Ludwick and Sweeney, LLC for a Protective Order with Respect to Subpoena Issued by W. R. Grace [Filed: 4/30/07] (Docket No. 15440)

Response Deadline:  May 4, 2007, at 4:00 p.m.

8

Responses Received:

a.      Debtors' Response to Motion of Early, Ludwick and Sweeney, LLC for a
        Protective Order with Respect to Subpoena Issued By W. R. Grace [Filed:
        4/27/07] (Docket No. 15424)

Status: This matter will go forward.


## MATTERS RELATING TO ASBESTOS PD CLAIMS

11.    Anderson Memorial Hospital's Amended Motion to Compel [Filed: 4/2/07] (Docket No.
       15062)

       Related Documents:

       a.      Anderson Memorial Hospital's Motion to Compel [Filed: 3/31/07] (Docket No.
               15058)

       b.      [Proposed] Order Granting Anderson Memorial Hospital's Amended Motion to
               Compel [Filed: 4/2/07] (Docket No. 15062)

       Response Deadline: May 4, 2007, at 4:00 p.m.

       Responses Received:

       a.      Debtors' Response to Anderson Memorial Hospital's Motion to Compel Privilege
               Log [Filed: 5/4/07] (Docket No. 15518)

       Status: This matter will go forward.

12.    Debtors' Emergency Motion for an Order Concerning the Amendment or
       Supplementation of Asbestos PD Claims [Filed: 4/6/07] (Docket No. 15112)

       Related Documents:

       a.      [Proposed] Order Concerning the Amendment or Supplementation of Asbestos
               PD Claims [Filed: 4/6/07] (Docket No. 15112)

       Response Deadline: April 23, 2007, at 4:00 p.m.

       Responses Received:

       a.      Objection of the Official Committee of Asbestos Property Damage Claimants to
               Debtors' Motion for Leave to Shorten Notice Period of Debtors' Emergency
               Motion for an Order Concerning the Amendment or Supplementation of Asbestos
               Property Damage Claims [Filed: 4/13/07] (Docket No. 15179)

91100-001\DOCS_DE:127112.6

b.      Objection of the Official Committee of Asbestos Property Damage Claimants to Debtors' Emergency Motion for an Order Concerning the Amendment or Supplementation of Asbestos Property Damage Claims [Filed: 4/23/07] (Docket No. 15271)

c.      Joinder of the Prudential Insurance Company of America to Objection of the Official Committee of Asbestos Property Damage Claimants to Debtors' Emergency Motion for an Order Concerning the Amendment or Supplementation of Asbestos Property Damage Claims [Filed: 4/23/07] (Docket No. 15273)

Status: This matter will go forward.

## CLAIM OBJECTIONS

13.     Debtors' Twentieth Omnibus Objection to Claims (Substantive) [Filed: 12/18/06] (Docket No. 14063)

Related Documents:

a.      [Signed] Fourth Order Granting Relief Sought Debtors' Twentieth Omnibus Objection to Claims (Substantive) [Filed: 5/3/07] (Docket No. 15502)

Response Deadline: January 5, 2007, at 4:00 p.m.

Responses Received:

a.      Response of Cartus Corporation, Formerly Known as Cendant Mobility Services Corporation, to Debtors' Twentieth Objection to Claims (Substantive) [Filed: 1/3/07] (Docket No. 14217)

b.      Response of James Rapisardi, Executor of the Estate of Rosario Rapisardi to Debtors' Twentieth Objection to Claims (Substantive) [Filed: 1/4/07] (Docket No. 14219)

c.      Response of Claimant Walter D. Pelett to Debtors' Twentieth Omnibus Objection to Claims [Filed: 2/9/07] (Docket No. 14525)

d.      Response of James Rapisardi, Executor of the Estate of Rosario Rapisardi to Debtors' Request for Additional Documents [Filed: 2/22/07] (Docket No. 14645)

**Status:      This matter is continued to June 25, 2007 at 1:00 P.M.**

14.     Debtors' Twenty-Second Omnibus Objection to Claims (Substantive) [Filed: 3/28/07] (Docket No. 15012)

        Related Documents:

        a.      [Proposed] Order Granting Relief Sought in Debtors' Twenty-Second Omnibus Objection to Claims (Substantive) [Filed: 3/28/07] (Docket No. 3/28/07)

        b.      [Signed] Order Granting Relief Sought in Debtors' Twenty-Second Omnibus Objection to Claims (Substantive) [Filed: 5/3/07] (Docket No. 15505)

        Response Deadline: April 13, 2007, at 4:00 p.m.

        Responses Received:

        a.      Georgia Department of Revenue's Response to Debtors' Twenty-Second Omnibus Objection to Claims (Substantive) [Filed: 4/3/07] (Docket No. 15079)

        b.      Response by New York State Department of Taxation and Finance to Debtors' Twenty-Second Omnibus Objection to Claims [Filed: 4/6/07] (Docket No. 15106)

        **Status:    This matter is continued to June 25, 2007 at 1:00 P.M.**

15.     **Issues relating to Supplemental Order Regarding Production of X-Rays by Non-Mesothelioma Cancer Claimants**

        **Related Documents:**

        a.      **Supplemental Order Regarding Production of X-Rays by Non-Mesothelioma Cancer Claimants [Filed: 2/20/07] (Docket No. 14608)**

        b.      **May 2, 2007 Hearing Transcript (Pages 132 through 156) [Filed: 5/7/07] (Docket No. 15527)**

        **Status: This matter will go forward.**

## STATUS CONFERENCES ON PD MATTERS

16.     **Status Conference to discuss issues going forward at the May 30, 2007 Asbestos Property Damage hearing  at 9:00 a.m.**

        **Status: A status conference will go forward.**

17.     **Status Conference on PD settlements.**

        **Status: A status conference will go forward**

## STATUS CONFERENCE ON PI MATTERS

18.  **Status Conference on PI Estimation Issues and Amended Case Management Order**

**Status:** A status conference will go forward.

Dated: May **14**, 2007

KIRKLAND & ELLIS LLP
David M. Bernick P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL  60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and-

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

/s/   James E. O'Neill
Laura Davis Jones (Bar No. 2436)
James E. O'Neill, III (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession