# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objections due: April 12, 2007 at 4:00p.m |
| | | Hearing date: To be scheduled, only if objections are timely filed and served. |

**SUMMARY OF APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE FIRST INTERIM PERIOD, FROM FEBRUARY 1, 2007 THROUGH FEBRUARY 28, 2007, FOR THE QUARTER OF JANUARY 2007 – MARCH 2007**

| | |
|---|---|
| Name of Applicant: | **Nelson Mullins Riley & Scarborough, L.L.P.** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **July 19, 2001** |
| Period for which compensation and reimbursement is sought: | **February 1, 2007 – February 28, 2007** |
| Amount of Compensation sought as actual, reasonable, and necessary: | **$2,977.50 for the period** |



---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of expense reimbursement sought as
actual, reasonable, and necessary:            **$1,858.98 for the period**

This is a __x__ monthly ___ interim ___final application.

    The total time expended for the preparation of this application is approximately
**(2.90)** hours, and the corresponding estimated compensation *that will be requested in a
future application* is approximately **$ (368.00)**.

Prior fee applications:

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| October 17, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | $22,653.20 | $234.68 |
| October 17, 2001 | August 1, 2001-August 31, 2001 | $69,119.50 | $1,196.84 | $55,295.60 | $1,196.84 |
| October 17, 2001 | May 1, 2001- June 30, 2001 | $113,762.50 | $2,155.05 | $91,010.00 | $2,155.05 |
| December 19, 2001 | October 1, 2001-October 31, 2001 | $67,906.50 | $1,348.82 | $54,325.20 | $1,348.82 |
| January 23, 2002 | November 1, 2001-November 30, 2001 | $26,792.00 | $168.41 | $21,433.60 | $168.41 |
| February 26, 2002 | December 1, 2001-December 31, 2001 | $24,895.00 | $673.51 | $19,916.00 | $673.51 |
| May 1, 2002 | January 1, 2002-January 31, 2002 | $21,009.00 | $147.52 | $16,807.20 | $147.52 |
| June 18, 2002 | February 1, 2002-February 28, 2002 | $24,897.00 | $122.30 | $19,917.60 | $122.30 |
| June 18, 2002 | March 1, 2002 – March 31, 2002 | $17,003.00 | $52.22 | $13,602.40 | $52.22 |
| June 25, 2002 | September 1, 2001-September 30, 2001 | $31,625.50 | $488.83 | $25,300.40 | $488.83 |
| June 25, 2002 | April 1, 2002-April 30, 2002 | $17,827.00 | $345.71 | $14,261.60 | $345.71 |
| June 26, 2002 | January 1, 2002-March 31, 2002 | $62,909.00 | $322.04 | $62,909.00 | $322.04 |
| July 2, 2002 | May 1, 2002-May 31, 2002 | $27,070.00 | $177.64 | $21,656.00 | $177.64 |
| August 14, 2002 | June 1, 2002 – June 30, 2002 | $15,496.50 | $178.39 | $12,397.20 | $178.39 |
| August 29, 2002 | July 1, 2002 – July 31, 2002 | $18,481.50 | $225.82 | $14,785.20 | $225.82 |
| September 3, 2002 | July 19, 2001 – September 30, 2001 | $129,061.50 | $1,920.35 | $129,061.50 | $1,920.35 |

| September 3, 2002 | October 1, 2001 – December 31, 2001 | $119,593.50 | $2,190.74 | $119,593.50 | $2,190.74 |
|---|---|---|---|---|---|
| September 20, 2002 | April 1, 2002 – June 30, 2002 | $60,393.50 | $701.74 | $55,739.00 | $701.74 |
| October 8, 2002 | August 1, 2002 – August 31, 2002 | $10,363.00 | $169.79 | $8,290.40 | $169.79 |
| October 30, 2002 | September 1, 2002 – September 30, 2002 | $11,114.00 | $221.89 | $8,891.20 | $221.89 |
| November 27, 2002 | July 1, 2002 – September 30, 2002 | $39,958.50 | $615.50 | $35,771.00 | $615.50 |
| December 11, 2002 | October 1, 2002 – October 31, 2002 | $8,498.50 | $75.28 | $6,798.80 | $75.28 |
| December 26, 2002 | November 1, 2002 – November 30, 2002 | $4,241.00 | $117.29 | $3,392.80 | $117.29 |
| February 6, 2003 | December 1, 2002 – December 31, 2002 | $9,298.50 | $97.20 | $7,438.80 | $97.20 |
| March 4, 2003 | January 1, 2003 – January 31, 2003 | $6,026.50 | $24.91 | $4,821.20 | $24.91 |
| March 27, 2003 | February 1 – February 28, 2003 | $5,473.50 | $52.58 | $4,378.80 | $52.58 |
| April 8, 2003 | October 1, 2002 – December 31, 2002 | $22,038.00 | $289.77 | $22,038.00 | $289.77 |
| May 9, 2003 | March 1, 2003 – March 31, 2003 | $5,424.00 | $64.16 | $4,339.20 | $64.16 |
| September 9, 2003 | January 1, 2003 – March 31, 2003 | $16,924.00 | $141.65 | $16,924.00 | $146.65 |
| August 22, 2003 | April 1, 2003 – April 30, 2003 | $7,868.00 | $64.88 | $6294.40 | $64.88 |
| September 9, 2003 | May 1, 2003 – May 31, 2003 | $8,143.50 | $88.14 | $6,514.80 | $88.14 |
| September 5, 2003 | June 1, 2003 – June 30, 2003 | $17,705.00 | $291.20 | $14,164.00 | $291.20 |
| September 9, 2003 | April 1, 2003 – June 30, 2003 | $33,716.05 | $444.22 | $33,716.05 | $444.22 |
| September 6, 2003 | July 1, 2003 – July 31, 2003 | $36,321.00 | $241.39 | $29,056.80 | $241.39 |
| March 4, 2004 | August 1, 2003 – August 31, 2003 | $27,487.00 | $932.61 | $21,989.60 | $932.61 |
| March 4, 2004 | September 1, 2003 – September 31, 2003 | $38,442.00 | $139.47 | $30,753.60 | $139.47 |
| February 25, 2004 | July 1, 2003 – September 31, 2003 | $102,250.00 | $1,313.47 | $102,250.00 | $1,313.47 |
| March 8, 2004 | October 1, 2003 – October 31, 2003 | $9,723.50 | $154.31 | $7,656.00 | $154.31 |
| March 8, 2004 | November 1, 2003 – November 30, 2003 | $5,845.00 | $119.01 | $4676.00 | $119.01 |
| March 8, 2004 | December 1, 2003 – December 31, 2003 | $4465.50 | $ 4.08 | $3572.40 | $4.08 |
| March 10, 2004 | October 1, 2003 – December 31, 2003 | $19,968.00 | $277.40 | $19,968.00 | $277.40 |
| May 12, 2004 | January 1, 2004 – January 31, 2004 | $16,534.50 | $1,260.61 | $13,227.60 | $1,260.61 |
| May 12, 2004 | February 1, 2004 – February 28, 2004 | $9,591.50 | $32.50 | $7,673.20 | $32.50 |

3

| May 12, 2004 | March 1, 2004 – March 31, 2004 | $6,325.50 | $105.67 | $5,060.40 | $105.67 |
| June 7, 2004 | January 1, 2004- March 31, 2004 | $32,451.50 | $1,398.78 | $32,451.50 | $1,398.78 |
| June 7, 2004 | April 1, 2004- April 30, 2004 | $6,062.00 | $20.78 | $4,849.60 | $20.78 |
| July 6, 2004 | May 1, 2004- May 31, 2004 | $12,927.00 | $67.97 | $10,341.60 | $67.97 |
| August 12, 2004 | June 1, 2004 – June 30, 2004 | $12,228.00 | $372.90 | $9,782.40 | $372.90 |
| August 17, 2004 | April 1, 2004 – June 30, 2004 | $31,217.00 | $461.65 | $31,217.00 | $461.65 |
| September 7, 2004 | July 1, 2004 – July 31, 2004 | $19,020.00 | $216.31 | $15,216.00 | 216.31 |
| September 24, 2004 | August 1, 2004 – August 31, 2004 | $3,945.50 | $89.18 | $3,156.40 | $89.18 |
| October 22, 2004 | September 1, 2004- September 30, 2004 | $9,741.50 | $284.46 | $7,793.20 | $284.46 |
| October 28, 2004 | July 1, 2004 – September 30, 2004 | $32,707.00 | $589.95 | $32,707.00 | $589.95 |
| December 1, 2004 | October 1, 2004- October 31, 2004 | $20,570.50 | $76.25 | $16,456.40 | $76.25 |
| December 17, 2004 | November 1, 2004 – November 30, 2004 | $5,993.00 | $32.75 | $4,794.40 | $32.75 |
| February 17, 2005 | December 1, 2004 – December 31, 2004 | $3,397.50 | $24.51 | $2,718.00 | $24.51 |
| March 8, 2005 | January 1, 2005 – January 31, 2005 | $7,343.50 | $34.10 | $5,874.80 | $34.10 |
| March 16, 2005 | October 1, 2004 – December 31, 2004 | $29,961.00 | $133.51 | $29,961.00 | $133.51 |
| April 15, 2005 | February 1, 2005 – February 28, 2005 | $4,948.50 | $40.40 | $3,958.80 | $40.40 |
| May 10, 2005 | March 1, 2005 – March 31, 2005 | $6,494.00 | $71.74 | $5,195.20 | $71.74 |
| June 15, 2005 | January 1, 2005 – March 31, 2005 | $18,786.00 | $146.24 | $18,786.00 | $146.24 |
| June 7, 2005 | April 1, 2005 – April 30, 2005 | $4,754.50 | $38.87 | $3,803.60 | $38.87 |
| July 7, 2005 | May 1, 2005 – May 31, 2005 | $9,725.00 | $84.96 | $7,780.00 | $84.96 |
| August 1, 2005 | June 1, 2005 – June 30, 2005 | $5,182.00 | $1.80 | $4,145.60 | $1.80 |
| August 8, 2005 | April 1, 2005 – June 30, 2005 | $19,661.50 | $125.63 | $19,661.50 | $125.63 |
| August 20, 2005 | July 1, 2005 – July 31, 2005 | $10,155.00 | $15.27 | $8,124.00 | $15.27 |
| October 12, 2005 | August 1, 2005 – August 31, 2005 | $9,440.00 | $54.18 | $7,552.00 | $54.18 |
| November 4, 2005 | September 1, 2005 – September 30, 2005 | $2,772.00 | $14.03 | $2,217.60 | $14.03 |
| November 23, 2005 | July 1, 2005 – September 30, 2005 | $22,367.00 | $83.48 | $22,367.00 | $83.48 |
| December 16, 2005 | October 1, 2005 – October 31, 2005 | $4,735.50 | $27.51 | $3,788.40 | $27.51 |

| March 10, 2006 | November 1, 2005 – November 30, 2005 | $1,819.50 | $24.02 | $1,455.60 | $24.02 |
|---|---|---|---|---|---|
| March 27, 2006 | December 1, 2005 – December 31, 2005 | $7,582.50 | $26.28 | $6,066.00 | $26.28 |
| April 20, 2006 | October 1, 2005 – December 31, 2005 | $14,137.50 | $77.81 | $14,137.50 | $77.81 |
| April 20, 2006 | January 1, 2006 – January 31, 2006 | $8,997.00 | $58.95 | $7,197.60 | $58.95 |
| April 20, 2006 | February 1, 2006 – February 28, 2006 | $7,574.50 | $127.34 | $6,059.60 | $127.34 |
| April 20, 2006 | March 1, 2006 – March 31, 2006 | $6,120.50 | $11.93 | $4,896.40 | $11.93 |
| June 8, 2006 | April 1, 2006 – April 30, 2006 | $4,012.50 | $185.69 | $3,210.00 | $185.69 |
| June 9, 2006 | January 1, 2006 – March 31, 2006 | $22,692.00 | $198.22 | $22,692.00 | $198.22 |
| July 10, 2006 | May 1, 2006 – May 31, 2006 | $18,733.50 | $116.00 | $14,986.80 | $116.00 |
| August 2, 2006 | June 1, 2006 – June 30, 2006 | $1,459.00 | $9,179.83 | $1,167.20 | $9,179.83 |
| September 29, 2006 | April 1, 2006 – June 30, 2006 | $24,205.00 | $9,481.52 | $24,205.00 | $9,481.52 |
| September 11, 2006 | July 1, 2006 – July 31, 2006 | $834.00 | $25.85 | $667.20 | $25.85 |
| October 18, 2006 | August 1, 2006 – August 31, 2006 | $1,023.50 | $12.25 | $818.80 | $12.25 |
| October 30, 2006 | September 1, 2006 – September 30, 2006 | $519.50 | $0 | $415.60 | $0 |
| November 22, 2006 | July 1, 2006 – September 30, 2006 | $2,377.00 | $38.10 | Pending | Pending |
| November 22, 2006 | October 1, 2006 – October 31, 2006 | $415.00 | $12.30 | $332.00 | $12.30 |
| December 27, 2006 | November 1, 2006 – November 30, 2006 | $744.00 | $51.47 | $595.20 | $51.47 |
| February 12, 2007 | December 1, 2006 – December 31, 2006 | $1,229.00 | $5.00 | $983.20 | $5.00 |
| March 2, 2007 | January 1, 2007 – January 31, 2007 | $3,260.00 | $54.65 | Pending | Pending |
| March 7, 2007 | October 1, 2006 – December 31, 2006 | $2,388.00 | $68.77 | Pending | Pending |

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compen- sation |
|---|---|---|---|---|---|---|
| B.F. Hawkins, Jr. | Partner | 15 years | Environmental | $310.00 | 4.60 | $1,426.00 |
| N.J. Smith | Partner | 28 years | Environmental | $310.00 | 1.30 | $403.00 |
| R.T. Carlisle | Of Counsel | 23 years | Environmental | $270.00 | 1.40 | $378.00 |
| B.J. Burn | Associate | 6 years | Bankruptcy | $230.00 | .60 | $138.00 |

Grand Total for Fees:  $2,345.00
Blended Rate:          $296.84

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| A.R. Price | Paralegal | 4 years | Bankruptcy | $115.00 | 5.50 | $632.50 |
|---|---|---|---|---|---|---|

Grand Total for Fees: $632.50
Blended Rate:         $115.00

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 02399/06000 | General | 1.40 | $378.00 |
| 02399/06030 | Aiken Title | 1.00 | $310.00 |
| 02399/06032 | Charleston | 4.90 | $1,519.00 |
| 02399/06091 | Fee Applications | 6.10 | $770.50 |
| TOTAL | | 13.40 | $2,977.50 |

**Expense Summary**

| Description | Amount |
| --- | --- |
| Federal Express | $11.95 |
| Telecopy | $4.00 |
| Outside Services – Pacer | $24.08 |
| Outside Services – DER Consulting, Inc. | $1,815.45 |
| Telephone | 3.50 |
| **TOTAL** | **$1,858.98** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## **VERIFICATION**

Bernard F. Hawkins, Jr., after being duly sworn according to law, deposes and says as follows:

1.      I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P and I am a member in good standing of the bar of the State of South Carolina.

2.      I have personally performed certain of, and overseen the legal services rendered by Nelson Mullins Riley & Scarborough, LLP as special counsel to the Debtors in environmental-related litigation issues and real estate transactions and am thoroughly familiar

---

[2]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

      3.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Bernard F. Hawkins, Jr.

SWORN to and subscribed before me

this 20 day of March , 2007

_____ (L.S.)
Notary Public for South Carolina

My Commission Expires: 9/3/09

9

# Nelson
# Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

March 8, 2007
Invoice 792696  Page 1

Our Matter #          02399/06000                For Services Through 02/28/07
WR Grace #            063-KL-721490-01-501251
Name of Matter:       General

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 02/02/07 | Confer with Attorney Hawkins regarding air applicability.<br>R.T. CARLISLE | 0.30 hrs. | 270.00/hr | $81.00 |
| 02/02/07 | Review electronic mail memorandum from Mr. Roberts regarding information from information request; forward inquiry to client; follow-up electronic mail memorandum to Mr. Roberts.<br>R.T. CARLISLE | 0.10 hrs. | 270.00/hr | $27.00 |
| 02/03/07 | Review electronic mail memorandum from Mr. Obradovic; respond to Mr. Roberts' inquiry regarding information to be obtained; follow-up with Mr. Obradovic.<br>R.T. CARLISLE | 0.10 hrs. | 270.00/hr | $27.00 |
| 02/28/07 | Research regarding air emissions issue.<br>R.T. CARLISLE | 0.90 hrs. | 270.00/hr | $243.00 |

**Fees for Legal Services** ...................................................................        **$378.00**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|--|-------|---------|---------|
| R.T. CARLISLE | 1.40 | 270.00 | 378.00 |
| TOTAL | 1.40 | $270.00 | $378.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date | Description | Dollars |
|------|-------------|---------|
| 02/07/2007 | VENDOR: DER Consulting, Inc.; INVOICE#: 908; DATE: 2/7/2007 - Payment for invoice #908 - consulting - Investigation Services | 1,815.45 |

**Total Charges for Other Services Provided/Expenses Incurred** ...................................    **$1,815.45**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|------------|---------|
| Outside Services | 1,815.45 |
| TOTAL | $1,815.45 |

W. R. Grace & Co.

March 8, 2007
Invoice 792696  Page 2

Net current billing for this invoice .................................................................................... $2,193.45

GRAND TOTAL............................................................................................................ **$2,193.45**

W. R. Grace & Co.

March 8, 2007
Invoice 792696  Page 3

**REMITTANCE COPY**

Please Return With Your Payment To:

ATTN:  Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 02/28/07

W. R. Grace & Co.
General
Our Matter # 02399/06000

| | | |
|---|---|---|
| Fees for Professional Services | $378.00 | |
| Charges for Other Services Provided/Expenses Incurred | $1,815.45 | |
| **Net current billing for this invoice** ................................................................ | | **$2,193.45** |
| **GRAND TOTAL**.......................................................................................................... | | **$2,193.45** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

**WIRING INSTRUCTIONS**
CB&T
**ABA#:** 061100606
**Beneficiary Bank:** National Bank of South Carolina (NBSC), Sumter, SC
**ABA#:** 053200666
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name:** Columbia Operating Account
**Beneficiary Account Number:** 00322407701

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**

Attorneys and Counselors at Law

Tax ID No. 57-0215445

Post Office Box 11070 / Columbia, South Carolina 29211

Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

March 8, 2007
Invoice 792697  Page  1

| | | For Services Through 02/28/07 |
|---|---|---|
| Our Matter # | 02399/06030 | |
| WR Grace # | 032-KL-721400-00-5250472 | |
| Name of Matter: | Aiken-Title V Permit App. Iss | |

02/28/07   Review issues with Mr. Fishel concerning NOV on failure to conduct air sampling as
requested and follow-up on same.

|  |  |  |  |
|---|---|---|---|
| B.F. HAWKINS, JR. | 1.00 hrs. | 310.00/hr | $310.00 |

Fees for Legal Services ............................................................................ **$310.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 1.00 | 310.00 | 310.00 |
| TOTAL | 1.00 | $310.00 | $310.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | |
|---|---|
| 02/28/2007    Telephone 1-803-648-9575 | 2.10 |
| **Total Charges for Other Services Provided/Expenses Incurred** ................................... | **$2.10** |

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 2.10 |
| TOTAL | $2.10 |

Net current billing for this invoice ............................................................... $312.10

GRAND TOTAL............................................................................................. **$312.10**

W. R. Grace & Co.

March 8, 2007
Invoice 792697  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 02/28/07

W. R. Grace & Co.
Aiken-Title V Permit App. Iss
Our Matter # 02399/06030

| | |
|---|---|
| Fees for Professional Services | $310.00 |
| Charges for Other Services Provided/Expenses Incurred | $2.10 |

**Net current billing for this invoice** ................................................................ **$312.10**

**GRAND TOTAL**........................................................................................................... $312.10

| |
|---|
| **Terms of Payment:  Balance due within thirty days of invoice date** |

### WIRING INSTRUCTIONS
CB&T
**ABA#:** 061100606
**Beneficiary Bank:** National Bank of South Carolina (NBSC), Sumter, SC
**ABA#:** 053200666
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name:** Columbia Operating Account
**Beneficiary Account Number:** 00322407701

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

March 12, 2007
Invoice 794665  Page  1

Our Matter #          02399/06032                        For Services Through 02/28/07
WR Grace #           063-KL-721490-01-0501221
Name of Matter:    Charleston

| Date | Description | | | |
|---|---|---|---|---|
| 02/20/07 | Review e-mail questions from Mr. Bucens on Charleston cleanup issues and request input from Attorneys Smith and Carlisle regarding specific issues presented by questions. | | | |
| | B.F. HAWKINS, JR. | 0.40 hrs. | 310.00/hr | $124.00 |
| 02/20/07 | Review questions raised by Mr. Bucens on site cleanup issues and arrange for input on same. | | | |
| | B.F. HAWKINS, JR. | 0.40 hrs. | 310.00/hr | $124.00 |
| 02/21/07 | Message from Attorney Hawkins with data and comments from Mr. Bucens regarding test site testing issues and respond to same. | | | |
| | N.J. SMITH | 0.60 hrs. | 310.00/hr | $186.00 |
| 02/26/07 | Review data and strategy for site cleanup issues (0.3); conference call with team on issues (0.4). | | | |
| | N.J. SMITH | 0.70 hrs. | 310.00/hr | $217.00 |
| 02/26/07 | Review information in preparation for call on site management and remediation issues (1.8); provide input to Mr. Bucens, Mr. Obradovic, Mr. Medler  and Ms. Duff concerning site management and remediation issues (1.0). | | | |
| | B.F. HAWKINS, JR. | 2.80 hrs. | 310.00/hr | $868.00 |

**Fees for Legal Services** .........................................................................................    **$1,519.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 1.30 | 310.00 | 403.00 |
| B.F. HAWKINS, JR. | 3.60 | 310.00 | 1,116.00 |
| TOTAL | 4.90 | $310.00 | $1,519.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date | Description | Amount |
|---|---|---|
| 02/22/2007 | Telecopy charge | 4.00 |
| 02/26/2007 | Telephone 1-443-535-8439 | 1.40 |
| **Total Charges for Other Services Provided/Expenses Incurred** ................................... | | **$5.40** |

W. R. Grace & Co.

March 12, 2007
Invoice 794665  Page 2

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Facsimile | 4.00 |
| Telephone | 1.40 |
| TOTAL | $5.40 |

Net current billing for this invoice ..................................................................................... **$1,524.40**

GRAND TOTAL................................................................................................................. **$1,524.40**

W. R. Grace & Co.

March 12, 2007
Invoice 794665  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

**ATTN: Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 02/28/07

W. R. Grace & Co.
Charleston
Our Matter # 02399/06032

| | |
|---|---:|
| Fees for Professional Services | $1,519.00 |
| Charges for Other Services Provided/Expenses Incurred | $5.40 |
| **Net current billing for this invoice** ................................................................. | **$1,524.40** |
| **GRAND TOTAL**......................................................................................................... | **$1,524.40** |

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS
CB&T
**ABA#**: 061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**: 053200666
**Beneficiary Customer**: Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**: Columbia Operating Account
**Beneficiary Account Number**: 00322407701

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

March 6, 2007
Invoice 792698 Page 1

| Our Matter # | 02399/06091 | For Services Through 02/28/07 |
|---|---|---|
| Name of Matter: | Fee Applications | |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/19/07 | Edit, review and approve quarterly fee application. B.J. BURN | 0.30 hrs. | 230.00/hr | $69.00 |
| 02/19/07 | Edit, review and approve monthly fee application. B.J. BURN | 0.30 hrs. | 230.00/hr | $69.00 |
| 02/19/07 | Review bills and draft 23rd quarterly fee application and summary. A.R. PRICE | 2.90 hrs. | 115.00/hr | $333.50 |
| 02/19/07 | Review bills and draft January 2007 fee application for attorney signature. A.R. PRICE | 2.60 hrs. | 115.00/hr | $299.00 |

**Fees for Legal Services** ................................................................................ **$770.50**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.J. BURN | 0.60 | 230.00 | 138.00 |
| A.R. PRICE | 5.50 | 115.00 | 632.50 |
| TOTAL | 6.10 | 126.31 | 770.50 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date | Description | Amount |
|---|---|---|
| 02/01/2007 | Federal Express charge | 11.95 |
| 02/02/2007 | VENDOR: PACER Service Center; INVOICE#: 020507-1; DATE: 2/2/2007 - Login Id #NM0003 | 8.00 |
| 02/02/2007 | VENDOR: PACER Service Center; INVOICE#: 020507-1; DATE: 2/2/2007 - Login Id #NM0003 | 16.08 |

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$36.03**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Fed Ex | 11.95 |
| Outside Services | 24.08 |
| TOTAL | $36.03 |

W. R. Grace & Co.

March 6, 2007
Invoice 792698  Page 2

Net current billing for this invoice ...................................................................................  **$806.53**

GRAND TOTAL..........................................................................................................  **$806.53**

W. R. Grace & Co.

March 6, 2007
Invoice 792698  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

**ATTN: Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 02/28/07

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

| | |
|---|---|
| Fees for Professional Services | $770.50 |
| Charges for Other Services Provided/Expenses Incurred | $36.03 |
| **Net current billing for this invoice** ................................................................. | **$806.53** |
| **GRAND TOTAL**.................................................................................................... | **$806.53** |

| Terms of Payment: **Balance due within thirty days of invoice date** |
|---|

### WIRING INSTRUCTIONS
CB&T
**ABA#**: 061100606
**Beneficiary Bank**: National Bank of South Carolina (NBSC), Sumter, SC
**ABA#**: 053200666
**Beneficiary Customer**: Nelson Mullins Riley & Scarborough, L.L.P.
**Beneficiary Account Name**: Columbia Operating Account
**Beneficiary Account Number**: 00322407701

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## AFFIDAVIT OF SERVICE

Linda M. Ellis being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl Young Jones & Weintraub LLP and that on the 23rd day of March, 2007, she caused a copy of the following documents to be served upon the following service list(s) in the manner indicated:

**Application of Mullins Riley & Scarborough, L.L.P. for Compensation for Services and Reimbursement of Expenses as Special Counsel to W.R. Grace & Co. et al. for the First Interim Period, from February 1, 2007 through February 28, 2007, for the Quarter of January 2—7-March 2007**

*Linda M. Ellis*
Linda M. Ellis

Sworn to and subscribed before
me this 23rd day of March, 2007

*Vanessa A. Preston*
Notary Public

VANESSA A. PRESTON
Notary Public - State of Delaware
My Comm. Expires March 21, 2008

My Commission Expires: 03-21-08

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
11- E-Mail


smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705


(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

*Federal Express and E-mail:*
*william.sparks@grace.com*
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail: james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

**E-mail: _jsakalo@bilzin.com_**
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

**E-mail: _carol.hennessey@lw.com_**
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

**E-mail: _pbentley@kramerlevin.com_**
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP