**EXHIBIT "A"**

**Protiviti Inc.**
**W. R. Grace & Co. Time Tracking Summary**
**Period Covered: February through March 2007**

**INTERNAL AUDIT - 8055**

| Name | Position | Number of Years in Profession | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| Marie Hendrixson | Managing Director | 20 | $ 300.00 | 1.5 | $ 450.00 |
| Kevin Strickler | Manager | 7 | $ 240.00 | 9.0 | $ 2,160.00 |
| Mike Lawler | Consultant | 1 | $ 150.00 | 18.0 | $ 2,700.00 |
| | | | Totals | 28.5 | $ 5,310.00 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Period Covered: February through March 2007**

**Name:**    Marie Hendrixson
**Level:**    Managing Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 7-Feb-07 | Review invoices and detailed support for the period of January 2006. | $ 300.00 | 0.5 | $ 150.00 |
| 26-Feb-07 | Review of engagement billings, including analyzing related client economics.  This includes review of follow up on aged A/R with Grace internal and external legal teams, including James O'Niel, Patti Cuniff, and John Port, where applicable. | $ 300.00 | 1 | $ 300.00 |
| | **Totals** | | **1.5** | **$ 450.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Period Covered: February through March 2007**

**Name:**    Kevin Strickler
**Level:**    Manager

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 6-Feb-07 | Develop Grace detailed time and expenses for the period of January 2007. | $ 240.00 | 1.0 | $    240.00 |
| 7-Feb-07 | Develop Grace detailed time and expenses for the period of January 2007. | $ 240.00 | 2.0 | $    480.00 |
| 8-Feb-07 | Develop Grace detailed time and expenses for the period of January 2007.  This included following up on payment with Patti Cunniff for the 3Q 2007 bill. | $ 240.00 | 1.0 | $    240.00 |
| 26-Feb-07 | Review and follow up on engagement billings, including analyzing related client economics.  This includes follow up on aged A/R with Grace internal and external legal teams, including James O'Niel, Patti Cuniff, and John Port, where applicable. | $ 240.00 | 1.0 | $    240.00 |
| 27-Feb-07 | Review and follow up on engagement billings, including analyzing related client economics.  This includes follow up on aged A/R with Grace internal and external legal teams, including James O'Niel, Patti Cuniff, and John Port, where applicable. | $ 240.00 | 1.0 | $    240.00 |
| 6-Mar-07 | Review detailed support and track time and expenses for the period of February 2007/ 1st Quarter 2007. | $ 240.00 | 2.0 | $    480.00 |
| 8-Mar-07 | Review detailed support and track time and expenses for the period of February 2007/ 1st Quarter 2007. | $ 240.00 | 1.0 | $    240.00 |
| | **Totals** | | **9.0** | **$  2,160.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Period Covered: February through March 2007**

**Name:**  Mike Lawler
**Level:**  Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 5-Feb-07 | Finalizing Worms volume discount testing and updating PGP Portal. | $ 150.00 | 1.0 | $ 150.00 |
| 5-Feb-07 | Meeting with Greg Demory to discuss progress and future projects. | $ 150.00 | 0.5 | $ 75.00 |
| 5-Feb-07 | Testing credit memos, trying to contact Linda Anton regarding remaining documentation. | $ 150.00 | 1.0 | $ 150.00 |
| 5-Feb-07 | Expanding Q4 scoping and entering in revenue figures by plant location | $ 150.00 | 5.5 | $ 825.00 |
| 6-Feb-07 | Conversation with Holger Fritsche regarding outstanding Worms testing. | $ 150.00 | 0.5 | $ 75.00 |
| 6-Feb-07 | Developing a Risk Assessment/ HEAT Map. | $ 150.00 | 3.5 | $ 525.00 |
| 9-Feb-07 | Perform credit memo testing and uploading to the Portal. | $ 150.00 | 1.0 | $ 150.00 |
| 9-Feb-07 | Perform Worms consignment testing. | $ 150.00 | 2.0 | $ 300.00 |
| 9-Feb-07 | Updating Q4 scoping document. | $ 150.00 | 3.0 | $ 450.00 |
| | **Totals** | | **18.0** | **$ 2,700.00** |