# EXHIBIT A

October Fee Application

*14079-*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: January 8, 2007 at 4:00 p.m.
Hearing Date: TBD only if necessary

**SUMMARY OF THE SIXTY-FIRST MONTHLY APPLICATION OF
CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS
FOR THE PERIOD FROM OCTOBER 1, 2006 THROUGH OCTOBER 31, 2006**

Name of Applicant:                                  Casner & Edwards, LLP

Authorized to Provide Professional Services to:       W. R. Grace & Co., et al., Debtors and
                                                    Debtors-in-Possession

Date of Retention:                                  September 18, 2001,
                                                    effective as of September 18, 2001

Period for which compensation and                   October 1, 2006 through
reimbursement is sought:                            October 31, 2006

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                          $33,865.00  (80% = $27,092.00)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:                  $22,086.20

This is an:    X monthly      __ interim      __ final application

Prior Applications filed:  Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |

2

| | | | | | |
|---|---|---|---|---|---|
| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel |
| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served on counsel | No objections served on counsel |
| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | No objections served on counsel | No objections served on counsel |
| 3/31/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 02/01/03 through 02/28/03 | $37,363.00 | $1,050.11 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 03/01/03 through 03/31/03 | $35,519.00 | $16,988.05 | No objections served on counsel | No objections served on counsel |
| 7/11/03 | 04/01/03 through 04/30/03 | $30,037.50 | $14,427.54 | No objections served on counsel | No objections served on counsel |
| 8/1/03 | 05/01/03 through 05/31/03 | $11,420.00 | $12,560.93 | No objections served on counsel | No objections served on counsel |
| 8/13/03 | 06/01/03 through 06/30/03 | $9,586.00 | $13,073.04 | No objections served on counsel | No objections served on counsel |
| 9/29/03 | 07/01/03 through 07/31/03 | $8,858.00 | $12,888.56 | No objections served on counsel | No objections served on counsel |
| 11/6/03 | 08/01/03 through 08/31/03 | $10,256.50 | $13,076.13 | No objections served on counsel | No objections served on counsel |
| 11/13/03 | 09/01/03 through 09/30/03 | $14,009.00 | $13,261.68 | No objections served on counsel | No objections served on counsel |

3

| | | | | | |
|---|---|---|---|---|---|
| 12/12/03 | 10/01/03 through 10/31/03 | $19,884.00 | $13,458.15 | No objections served on counsel | No objections served on counsel |
| 1/23/04 | 11/01/03 through 11/30/03 | $12,019.00 | $13,196.18 | No objections served on counsel | No objections served on counsel |
| 2/11/04 | 12/01/03 through 12/31/03 | $5,318.00 | $500.03 | No objections served on counsel | No objections served on counsel |
| 3/16/04 | 01/01/04 through 01/31/04 | $14,274.50 | $25,666.53 | No objections served on counsel | No objections served on counsel |
| 4/13/04 | 02/01/04 through 02/29/04 | $9,658.50 | $13,088.71 | No objections served on counsel | No objections served on counsel |
| 5/12/04 | 03/01/04 through 03/31/04 | $16,421.00 | $13,349.16 | No objections served on counsel | No objections served on counsel |
| 6/14/04 | 04/01/04 through 04/30/04 | $15,745.00 | $12,624.56 | No objections served on counsel | No objections served on counsel |
| 7/13/04 | 05/01/04 through 05/31/04 | $6,487.00 | $26,540.10 | No objections served on counsel | No objections served on counsel |
| 8/17/04 | 06/01/04 through 06/30/04 | $11,018.50 | $9,909.39 | No objections served on counsel | No objections served on counsel |
| 9/13/04 | 07/01/04 through 07/31/04 | $13,651.00 | $12,386.12 | No objections served on counsel | No objections served on counsel |
| 10/15/04 | 08/01/04 through 08/31/04 | $38,791.00 | $14,000.00 | No objections served on counsel | No objections served on counsel |
| 11/15/04 | 09/01/04 through 09/30/04 | $14,142.00 | $15,951.89 | No objections served on counsel | No objections served on counsel |
| 12/15/04 | 10/01/04 through 10/31/04 | $4,177.00 | $25,118.55 | No objections served on counsel | No objections served on counsel |
| 1/6/05 | 11/01/04 through 11/30/04 | $31,459.00 | $2,839.36 | No objections served on counsel | No objections served on counsel |

4

| 1/27/05 | 12/01/04 through 12/31/04 | $29,299.00 | $17,177.91 | No objections served on counsel | No objections served on counsel |
|---------|---------------------------|------------|------------|--------------------------------|--------------------------------|
| 3/25/05 | 1/01/05 through 1/31/05 | $14,713.00 | $14,317.79 | No objections served on counsel | No objections served on counsel |
| 5/10/05 | 2/01/05 through 2/28/05 | $20,275.00 | $13,251.36 | No objections served on counsel | No objections served on counsel |
| 5/16/05 | 03/01/05 through 03/31/05 | $11,160.00 | $11,684.66 | No objections served on counsel | No objections served on counsel |
| 7/7/05 | 04/01/05 through 04/30/05 | $27,127.00 | $15,371.64 | No objections served on counsel | No objections served on counsel |
| 7/20/05 | 05/01/05 through 05/31/05 | $16,428.00 | $15,260.16 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 06/01/05 through 06/30/05 | $18,474.00 | $12,190.01 | No objections served on counsel | No objections served on counsel |
| 9/9/05 | 07/01/05 through 07/31/05 | $21,231.00 | $13,876.31 | No objections served on counsel | No objections served on counsel |
| 9/30/05 | 08/01/05 through 08/31/05 | $17,306.50 | $12,851.87 | No objections served on counsel | No objections served on counsel |
| 11/14/05 | 09/01/05 through 09/30/05 | $19,252.50 | $13,258.24 | No objections served on counsel | No objections served on counsel |
| 12/15/05 | 10/01/05 through 10/31/05 | $24,069.00 | $15,964.63 | No objections served on counsel | No objections served on counsel |
| 1/31/06 | 11/01/05 through 11/30/05 | $38,027.50 | $15,003.91 | No objections served on counsel | No objections served on counsel |
| 2/14/06 | 12/01/05 through 12/31/05 | $87,777.50 | $13,260.33 | No objections served on counsel | No objections served on counsel |
| 3/31/06 | 01/01/06 through 01/31/06 | $30,680.00 | $17,353.33 | No objections served on counsel | No objections served on counsel |

| 5/1/06 | 02/01/06 through 02/28/06 | $32,949.50 | $22,535.61 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 5/23/06 | 03/01/06 through 03/31/06 | $60,885.50 | $15,296.96 | No objections served on counsel | No objections served on counsel |
| 6/8/06 | 04/01/06 through 04/30/06 | $23,816.00 | $15,047.10 | No objections served on counsel | No objections served on counsel |
| 7/18//06 | 05/01/06 through 05/31/06 | $27,090.50 | $15,330.01 | No objections served on counsel | No objections served on counsel |
| 8/14/06 | 06/01/06 through 06/30/06 | $33,544.50 | $11,977.34 | No objections served on counsel | No objections served on counsel |
| 9/12/06 | 07/01/06 through 07/31/06 | $16,289.50 | $15,153.31 | No objections served on counsel | No objections served on counsel |
| 10/18/06 | 08/01/06 through 08/31/06 | $34,312.00 | $14,214.01 | No objections served on counsel | No objections served on counsel |
| 11/21/06 | 09/01/06 through 09/30/06 | $35,495.50 | $13,202.34 | Pending | Pending |
| 12/14/06 | 10/01/06 through 10/31/06 | $33,865.00 | $22,086.20 | Pending | Pending |

As indicated above, this is the sixty-first application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $687.50.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

Fee Summary

(see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Senior Counsel | 40 | Litigation | $275.00 | 6.80 | $1,870.00 |
| Robert A. Murphy | Senior Counsel | 40 | Litigation | No Charge | 0.05 | $0.00 |
| Donna B. MacKenna | Partner | 23 ½ | Litigation | $245.00 | 0.60 | $147.00 |
| Matthew T. Murphy | Associate | 19 | Litigation | $240.00 | 78.70 | $18,888.00 |

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 23 | Litigation | $100.00 | 129.60 | $12,960.00 |
| TOTALS | | | | | 215.75 | $33,865.00 |

**Total Fees:**          **$33,865.00**

7

Expense Summary

(see Exhibit B to the Fee Detail)

| Expense Category | Expenses |
|---|---|
| Excess Postage | $7.75 |
| Federal Express | $1,551.75 |
| Pacer Online Search | $97.92 |
| Travel | $1,291.81 |
| Outside Photocopying | $5,683.04 |
| Photocopying ($0.12/page) | $78.72 |
| Telephone | $7.33 |
| Rent Reimbursement | $12,830.58 |
| Miscellaneous | $537.30 |
| TOTAL | $22,086.20 |

**Total Expenses:**    **$22,086.20**

Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 214.55 | $33,535.00 |
| Fee Applications, Applicant | 1.20 | $330.00 |
| Expenses | N/A | $22,086.20 |
| TOTALS | 215.75 | $55,951.20 |

Dated:  December 14, 2006

CASNER & EDWARDS, LLP

Robert A. Murphy (BBO #363700)
303 Congress Street, 2nd Floor
Boston, MA  02210
(617) 426-5900

Special Litigation Counsel

52000.57/399236

9

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: January 8, 2007 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## SIXTY-FIRST MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM OCTOBER 1, 2006 THROUGH OCTOBER 31, 2006

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXHIBIT A
### (Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

December 14, 2006

Bill Number  00415
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

Through October 31, 2006

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/02/06 | RAM | Email to in-house counsels re: ZAI plaintiff. | 0.10 Hrs | $27.50 |
| 10/02/06 | MTM | Gather materials for meeting on Wednesday at Kirkland & Ellis (2.1); review Canadian sales documents at Winthrop Square re: request from Joseph Rice (1.0); review old discovery responses at Winthrop Square re: personal injury creditors' committee (3.1); conference with ARA re: same (.2). | 6.40 Hrs | $1,536.00 |
| 10/02/06 | ARA | Continue review of Canadian documents for sales records (5.9). Discussion with MTM re: review of interrogatories for OP products project (.2); review same (.4). Telephone calls to request boxes from Recordkeeper for MTM's review (.2). | 6.70 Hrs | $670.00 |
| 10/03/06 | RAM | Prepare for tomorrow's conference call at K&E. | 0.10 Hrs | $27.50 |
| 10/03/06 | MTM | Prepare for meeting tomorrow in DC tomorrow (3.7); draft letter to N. Finch re: OP products (.8); telephone call to K&E counsel re: various discovery issues (.6); telephone call to K&E criminal counsel re: questions from counsel for individual defendant regarding documents in the repository (.2); travel to Washington for meeting tomorrow at K&E to discuss discovery issues (1.5 - 1/2 time) | 6.80 Hrs | $1,632.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/03/06 | ARA | Continue review of Canadian documents for sales records (5.5). Per MTM's request, confirm number of DMA boxes (.3). Receipt of boxes of old discovery responses from Recordkeeper; discussion with MTM re: which documents to review (.5). | 6.30 Hrs | $630.00 |
| 10/04/06 | RAM | Conference call with in-house counsel, MTM and K&E attorneys re: PI estimation issues (1.5). Telephone conference with MTM re: meeting re: document issues (.1). | 1.60 Hrs | $440.00 |
| 10/04/06 | MTM | Meeting at K&E to discuss discovery issues re: personal injury claims estimation (6.4); travel to Boston (1.7 - 1/2 time). | 8.10 Hrs | $1,944.00 |
| 10/04/06 | ARA | Review Texas closed cases for OP products (2.8). Review Canadian documents for sale records (3.7). | 6.50 Hrs | $650.00 |
| 10/05/06 | RAM | Email from MTM re: privilege lists, job sites and other products (OP) lists. | 0.10 Hrs | $27.50 |
| 10/05/06 | DBM | Discussion with MTM re: job site list (.2); search for invoice information (.4). | 0.60 Hrs | $147.00 |
| 10/05/06 | MTM | Receipt and review of emails from N. Finch and various K&E counsel re: discovery issues (1.2); email to K&E counsel re: OP products list (.4); review revised order re: product disclosure and email to K&E counsel re: same (.6); conference with DBM re: possible job site search for all job sites re: 30(b)(6) notice (.2); telephone call to ARA re: old discovery responses disclosing OP products (.3); review and copy briefing books excerpts and telephone call to K&E counsel re: same (1.8); draft letter to N. Finch re: privilege logs (1.1); revise letter to N. Finch re: OP product appendix and discovery responses (.9); email to K&E re: two draft letters to N. Finch and job site search re: 30(b)(6) notice (.9); exchange emails with K&E counsel re: privilege list issues (.6). | 8.00 Hrs | $1,920.00 |
| 10/05/06 | ARA | Review Canadian documents for sales records (2.5). Review closed case files for old discovery responses (4.4); conference with MTM re: same (.3). | 7.20 Hrs | $720.00 |
| 10/06/06 | RAM | Telephone call from and telephone conference with MTM re: looking for memoranda and information re: non-CPD companies. | 0.20 Hrs | $55.00 |
| 10/06/06 | MTM | Exchange emails with Holme Roberts counsel re: privilege lists (.7); revise draft supplemental product appendix (.8); review list of Grace products on personal injury questionnaire to identify possible OP products (3.5); locate additional information on OP products (.7); conference with RAM re: same (.2); conference with ARA re: same (.4); email and telephone calls to K&E counsel | 9.50 Hrs | $2,280.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | re: same (.4); revise supplemental product appendix (1.0); review OP product brochures at Winthrop Square (1.8). | | |
| 10/06/06 | ARA | Per MTM's instructions, search for product binders and memoranda for specific OP products (4.6); discuss findings with MTM (.4). | 5.00 Hrs | $500.00 |
| 10/10/06 | RAM | Conference with MTM re: dates when certain non-CPD businesses were sold by Grace (.1). Read updated bankruptcy court docket entries to select documents to read (.1). Read emails re: supplemental product appendix and PI discovery responses (.1). | 0.30 Hrs | $82.50 |
| 10/10/06 | MTM | Review binders and email to K&E counsel re: supplemental product appendix (1.5); review interview memos re: information on non-CPD company (1.1); review 30(b)(6) deposition notice and email to K&E re: same (1.6); receipt and review of revised supplemental product appendix from K&E (.4); identify information on sale dates of all OP products companies (1.2); conference with RAM re: same (.1); conference with ARA re: Grace annual reports (.4); review annual reports re: sale of OP product companies (1.6). | 7.90 Hrs | $1,896.00 |
| 10/10/06 | ARA | Per MTM's request, quality control and inventory product binders to be copied by Merrill Corp. (1.7). Per MTM, locate, review and produce WRG's annual reports to MTM (1.0). Document control (1.5). | 4.20 Hrs | $420.00 |
| 10/11/06 | RAM | Read MTM correspondence re: documents he sent to K&E. | 0.05 Hrs | No charge |
| 10/11/06 | MTM | Continue work on supplemental product appendix (3.0); telephone call to in-house counsel re: same (.2); telephone call to second in-house counsel re: same (.3). | 3.50 Hrs | $840.00 |
| 10/11/06 | ARA | Per MTM's telephone call, locate and produce non-CPD binders to him (.7). Quality control product binders (1.2). Inventory production boxes reviewed by K&E and return them to the production set (1.5). Quality control documents in the repository (3.0). | 6.40 Hrs | $640.00 |
| 10/12/06 | RAM | Read selected documents filed in bankruptcy court (.2). Read updated bankruptcy court docket entries to select documents to read (.1). | 0.30 Hrs | $82.50 |
| 10/12/06 | MTM | Telephone call from in-house counsel and K&E counsel re: privileged documents in Boca (.2); review file and telephone call to K&E counsel re: same (.5); review sales documents at Winthrop Square (1.9); telephone call to Grace employee in Cambridge re: sale of non-CPD company re: supplemental product appendix (.2); revise supplemental product appendix re: same (.4); email to | 3.70 Hrs | $888.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | K&E counsel and in-house counsel re: product appendix (.5). | | |
| 10/12/06 | ARA | Continue to quality control documents in the repository (6.0). Prepare Canadian documents to be copied by Merrill Corp; oversee pick-up/go over copy instructions (.7) | 6.70 Hrs | $670.00 |
| 10/13/06 | MTM | Review copies of F. Hyde sales documents. | 0.60 Hrs | $144.00 |
| 10/13/06 | ARA | Continue to quality control documents in the repository (5.5). Review old discovery responses for OP products (1.0). Receipt of Canadian documents from copy service (.2). | 6.70 Hrs | $670.00 |
| 10/16/06 | RAM | Read memos re: privileged document logs and other material to send to K&E (.4); conference with MTM re: same (.3); telephone conference with in-house counsel re: same (.3). | 1.00 Hrs | $275.00 |
| 10/16/06 | MTM | Email from K&E counsel re: supplemental product appendix (.3); review product binders at Winthrop Square re: same (2.9); respond to email from K&E counsel re: supplemental product appendix (.8); review and respond to various emails from K&E counsel re: other discovery issues (.9); telephone call to K&E counsel re: 30(b)(6) deposition notice issues (.5); review privileged documents at Winthrop Square (1.5); letter to K&E counsel re: examples of prior discovery responses disclosing OP products (.4); conference with RAM re: privilege list issues (.3); telephone call to in-house counsel re: same (.3); telephone call to K&E counsel re: supplemental product appendix (.3). | 8.20 Hrs | $1,968.00 |
| 10/16/06 | ARA | Continue to review old discovery responses for OP products (3.7). Per MTM's request, obtain product binders that were copied for MTM's review and produce them to him (.7). Per telephone call from MTM, locate privilege documents in the repository (2.3). | 6.70 Hrs | $670.00 |
| 10/17/06 | MTM | Receipt and review of draft discovery letter to Nate Finch (.6); revise letter and respond to email re: same (1.0); work on privilege list issues (2.3); conference with ARA re: review of previously privileged boxes at repository (.4). | 4.30 Hrs | $1,032.00 |
| 10/17/06 | ARA | Continue to review old discovery responses for OP products (5.3). Per MTM's request, review previously privileged documents (.8). Receipt of email from Terrell at K&E requesting certain expert depositions; search for depositions; email Terrell re: same (.5). | 6.60 Hrs | $660.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/18/06 | MTM | Telephone call from in-house counsel re: privilege issues (.2); conference with ARA re: request from K&E for expert's transcripts (.3); continue to work on privilege list issue (1.1). | 1.60 Hrs | $384.00 |
| 10/18/06 | ARA | Obtain and review expert's depositions (2.8); discussion with MTM re: same (.3); arrange to have depositions copied by Merrill Corp. (.4). Review previously privileged documents, per MTM (3.0). | 6.50 Hrs | $650.00 |
| 10/19/06 | MTM | Review expert's materials requested by K&E (.2); letter to K&E paralegal re: same (.1); work on locating privileged document collections (.6). | 0.90 Hrs | $216.00 |
| 10/19/06 | ARA | Receipt of expert's depositions from copy service; quality control and return depositions to the expert deposition library (.7). Continue review of previously privileged documents, per MTM (2.4). Continue review of old discovery responses for OP products (1.3). | 4.40 Hrs | $440.00 |
| 10/20/06 | RAM | Read selected documents filed in bankruptcy court. | 0.50 Hrs | $137.50 |
| 10/20/06 | MTM | Work on discovery issues re: personal injury creditors' committee. | 0.40 Hrs | $96.00 |
| 10/20/06 | ARA | Review old discovery responses for OP products. | 4.40 Hrs | $440.00 |
| 10/23/06 | MTM | Work on privilege log issues. | 1.40 Hrs | $336.00 |
| 10/23/06 | ARA | Review old discovery responses for OP products. | 6.30 Hrs | $630.00 |
| 10/24/06 | MTM | Work on privilege document issues (.6); email from in-house counsel requesting Libby personnel file (.1). | 0.70 Hrs | $168.00 |
| 10/24/06 | ARA | Review old discovery responses for OP products (5.0). Per MTM's request, locate, review and prepare for copying Libby personnel file for in-house counsel (2.0). | 7.00 Hrs | $700.00 |
| 10/25/06 | RAM | Telephone conference with in-house counsel re: meeting next week at Kirkland & Ellis (.1). Read selected documents filed in bankruptcy court (.5). | 0.60 Hrs | $165.00 |
| 10/25/06 | MTM | Review personnel file requested by in-house counsel (.2); work on privilege document issues (.4). | 0.60 Hrs | $144.00 |
| 10/25/06 | ARA | Check documents removed from Libby personnel file; telephone call to Merrill Corp to confirm file was copied (.5). Review old discovery responses for OP products (4.0). Produce document from personnel file to MTM (.3). Receipt of original file from Merrill Corp.; quality control and return file to the production set (1.2). | 6.00 Hrs | $600.00 |
| 10/26/06 | RAM | Read updated bankruptcy court docket entries to select documents to read (.2). read selected documents filed in bankruptcy court (.3). | 0.50 Hrs | $137.50 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/26/06 | MTM | Work on discovery issues re: personal injury creditors' committee. | 1.00 Hrs | $240.00 |
| 10/26/06 | ARA | Review old discovery responses for OP products. | 6.00 Hrs | $600.00 |
| 10/27/06 | MTM | Work on privileged document issues (.3); work on F. Hyde sales documents matter (.6). | 0.90 Hrs | $216.00 |
| 10/27/06 | ARA | Review old discovery responses for OP products. | 6.50 Hrs | $650.00 |
| 10/30/06 | MTM | Work on privileged document issues. | 1.00 Hrs | $240.00 |
| 10/30/06 | ARA | Review old discovery responses for OP products. | 6.00 Hrs | $600.00 |
| 10/31/06 | RAM | Read emails re: privilege logs; telephone conference with in-house counsel re: meeting at Kirkland and Ellis; prepare for same; | 0.30 Hrs | $82.50 |
| 10/31/06 | MTM | Prepare for a conference call re: personal injury creditor's committee today (.6); receipt and respond to email from Debra Felder re: privilege logs (.3); telephone call to former in-house counsel re: abatement privilege collection (.5); telephone call from K&E counsel in Chicago re: invoice search for MK-3 (.4); review documents re: same (1.4). | 3.20 Hrs | $768.00 |
| 10/31/06 | ARA | Review old discovery responses for OP products. | 7.50 Hrs | $750.00 |
| | | TOTAL LEGAL SERVICES | | $33,535.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 5.60 Hrs | 275/hr | $1,540.00 |
| ROBERT A. MURPHY | 0.05 Hrs | 275/hr | No charge |
| DONNA B. MACKENNA | 0.60 Hrs | 245/hr | $147.00 |
| MATTHEW T. MURPHY | 78.70 Hrs | 240/hr | $18,888.00 |
| ANGELA R. ANDERSON | 129.60 Hrs | 100/hr | $12,960.00 |
| | 214.55 Hrs | | $33,535.00 |

TOTAL THIS BILL        $33,535.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

December 5, 2006

Bill Number  99856
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through October 31, 2006

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/02/06 | RAM | Work on August fee application. | 0.10 Hrs | $27.50 |
| 10/06/06 | RAM | Telephone call from in-house counsel that August fee application may be filed. | 0.10 Hrs | $27.50 |
| 10/12/06 | RAM | Work on August fee application. | 0.20 Hrs | $55.00 |
| 10/13/06 | RAM | Send August fee application to local counsel to file. | 0.10 Hrs | $27.50 |
| 10/29/06 | RAM | Work on September fee application. | 0.10 Hrs | $27.50 |
| 10/30/06 | RAM | Work on September fee application. | 0.60 Hrs | $165.00 |
| | | | TOTAL LEGAL SERVICES | $330.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|--|--|--|--|
| ROBERT A. MURPHY | 1.20 Hrs | 275/hr | $330.00 |
| | 1.20 Hrs | | $330.00 |

Page 1

Mark A. Shelnitz

TOTAL THIS BILL          $330.00

## EXHIBIT B
### (Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

December 5, 2006

Bill Number  99857
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through October 31, 2006

EXCESS POSTAGE                                                                    $7.75

FEDERAL EXPRESS

| | | |
|---|---|---|
| 10/05/06 | To 919 N Market St., Pachulski Stang Ziehl Young from Casner and Edwards on 9/08/06 by RAM. | 14.51 |
| 10/05/06 | To 655 Fifteenth St, Kirkland & Ellis from Casner and Edwards on 9/18/06 by MTM. | 61.09 |
| 10/10/06 | To Kirkland & Ellis, David Mendelson (9 packages) from Casner and Edwards on 9/22/06 by MTM. | 972.76 |
| 10/23/06 | To 655 Fifteenth St., Washington DC, Kirkland & Ellis from Casner and Edwards on 10/03/06 by MTM. | 141.20 |
| 10/23/06 | To Reed Smith, Douglas Cameron from Casner & Edwards on 9/29/06 by MTM. | 37.58 |
| 10/23/06 | To W R Grace & Co from Casner & Edwards on 9/29/06 by MTM | 21.36 |
| 10/23/06 | To Kirkland & Ellis, David Mendelson from Casner & Edwards on 10/10/06 by MTM. | 144.86 |
| 10/23/06 | To Kirkland & Ellis, Andrew Running from Casner & Edwards on 10/10/06 by MTM. | 158.39 |

$1,551.75

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through October 31, 2006

PACER ONLINE SEARCH

| | | | |
|---|---|---|---|
| 10/31/06 | 07/05/06 - 09/29/06 | 97.92 | |
| | | | $97.92 |

TRAVEL

| | | | |
|---|---|---|---|
| 10/10/06 | MATTHEW T. MURPHY-Travel to Washington DC per meeting @ Kirkland & Ellis re: discovery issues | 1,291.81 | |
| | | | $1,291.81 |

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 10/10/06 | MERRILL COMM - Copies of Ness Motley and Baron & Budd exhibits for K + E  (9/19/06) | 2,796.28 | |
| 10/10/06 | MERRILL COMM - Expert binders for in-house counsel 9/29/06. | 321.42 | |
| 10/10/06 | MERRILL COMM - Copies of privilege lists for K + E (9/15/06) | 678.63 | |
| 10/23/06 | MERRILL COMM - Briefing Book (vols. 1-3) for K & E counsel 10/10/06. | 323.61 | |
| 10/23/06 | MERRILL COMM - Copies of  OP product binders for K & E (10/10/06). | 256.06 | |
| 10/23/06 | MERRILL COMM - F. Hyde sales documents requested by J. Rice (10/12/06). | 99.72 | |
| 10/23/06 | MERRILL COMM - CPD Business Plan collection for K & E counsel (x2) 10/10/06. | 241.00 | |
| 10/23/06 | MERRILL COMM -Portions of Briefing Books (Vol 1-3) for K & E counsel on 10/05/06. | 306.29 | |
| 10/23/06 | MERRILL COMM - Copies of expert transcripts requested by K & E (10/18/06). | 500.01 | |
| 10/23/06 | MERRILL COMM - Privilege lists on 10/05/06. | 160.02 | |
| | | | $5,683.04 |

PHOTOCOPYING

| | | |
|---|---|---|
| 10/02/06 | 7 copies at .12 per copy | 0.84 |
| 10/02/06 | 117 copies at .12 per copy | 14.04 |
| 10/06/06 | 74 copies at .12 per copy | 8.88 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through October 31, 2006

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 10/06/06 | 41 copies at .12 per copy | 4.92 | |
| 10/06/06 | 5 copies at .12 per copy | 0.60 | |
| 10/10/06 | 1 copies at .12 per copy | 0.12 | |
| 10/10/06 | 105 copies at .12 per copy | 12.60 | |
| 10/10/06 | 1 copies at .12 per copy | 0.12 | |
| 10/16/06 | 115 copies at .07 per copy | 13.80 | |
| 10/16/06 | 162 copies at .07 per copy | 19.44 | |
| 10/17/06 | 3 copies at .12 per copy | 0.36 | |
| 10/17/06 | 1 copies at .12 per copy | 0.12 | |
| 10/20/06 | 22 copies at .12 per copy | 2.64 | |
| 10/25/06 | 1 copies at .12 per copy | 0.12 | |
| 10/31/06 | 1 copies at .12 per copy | 0.12 | |
| | | | $78.72 |

TELEPHONE

| | | | | |
|---|---|---|---|---|
| 10/03/06 | 329 | 2028795177 | 0.77 | |
| 10/03/06 | 329 | 2028795167 | 1.10 | |
| 10/12/06 | 329 | 2022768423 | 0.55 | |
| 10/16/06 | 329 | 2028795167 | 1.10 | |
| 10/31/06 | 329 | 5612261729 | 1.21 | |
| | | | | $4.73 |

RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 10/02/06 | Rent and utilities for document repository at One Winthrop Square - October 2006. | 12,830.58 | |
| | | | $12,830.58 |

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 10/10/06 | RECORDKEEPER ARCHIVE- August Delivery Charges | 135.00 | |
| 10/10/06 | RECORDKEEPER ARCHIVE-Storage from 9/1/06 to 9/30/06 | 402.30 | |
| | | | $537.30 |

Mark A. Shelnitz

|  | | |
|---|---|---|
| TOTAL DISBURSEMENTS | | $22,083.60 |
| TOTAL THIS BILL | | $22,083.60 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

December 5, 2006

Bill Number  99858
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through October 31, 2006

TELEPHONE

| 10/10/06 | 357 | 4105314545 | 2.60 |
|---|---|---|---|
| | | | $2.60 |

| TOTAL DISBURSEMENTS | $2.60 |
|---|---|
| TOTAL THIS BILL | $2.60 |

Page 1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | |
| | )SS | |
| COUNTY OF NEW CASTLE | ) | |

        Charlotte Neuberger, being duly sworn according to law, deposes and says that

she is employed by the law firm of Pachulski Stang Ziehl Young Jones & Weintraub, LLP, co-

counsel for the Debtors, in the above-captioned action, and that on the 15th day of December

2006 she caused a copy of the following document(s) to be served upon the attached service

list(s) in the manner indicated:

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace &
Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a
Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico,
Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston
Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa
Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities
Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace
Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II
Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace
Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures
Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc.,
Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai
Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos
Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings
Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association,
Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming,
Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross
Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:69393.19

DOCS_DE:123196.2

**Summary of the Sixty-First Monthly Application of Casner & Edwards, LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors for the Period from October 1, 2006 Through October 31, 2006**

Dated: December 15, 2006

Charlotte Neuberger

Sworn to and subscribed before
me this 15th day of December, 2006

Notary Public
My Commission Expires: 2-20-08

DIANE K. POTTS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires  Feb. 20, 2008

91100-001\DOCS_DE:69393.19

-2-

DOCS_DE:123196.2

Grace Fee Application Service List
Case Number:  01-1139 (JKF)
Document Number:  45804
01 – Hand Delivery
02 – Federal Express
11- E-Mail


smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

*Federal Express and E-mail:*
*william.sparks@grace.com*
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail: james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

*E-mail: carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP