# **EXHIBIT B**
November Fee Application

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: February 6, 2007 at 4:00 p.m.**
**Hearing Date:  TBD only if necessary**

### SUMMARY OF THE SIXTY-SECOND MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM NOVEMBER 1, 2006 THROUGH NOVEMBER 30, 2006

| | |
|---|---|
| Name of Applicant: | Casner & Edwards, LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | September 18, 2001, effective as of September 18, 2001 |
| Period for which compensation and reimbursement is sought: | November 1, 2006 through November 30, 2006 |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                          $33,796.00  (80% = $27,036.80)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:                  $15,221.39

This is an:    X monthly      ___ interim      ___ final application

Prior Applications filed:  Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |

| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel |
| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served on counsel | No objections served on counsel |
| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | No objections served on counsel | No objections served on counsel |
| 3/31/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 02/01/03 through 02/28/03 | $37,363.00 | $1,050.11 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 03/01/03 through 03/31/03 | $35,519.00 | $16,988.05 | No objections served on counsel | No objections served on counsel |
| 7/11/03 | 04/01/03 through 04/30/03 | $30,037.50 | $14,427.54 | No objections served on counsel | No objections served on counsel |
| 8/1/03 | 05/01/03 through 05/31/03 | $11,420.00 | $12,560.93 | No objections served on counsel | No objections served on counsel |
| 8/13/03 | 06/01/03 through 06/30/03 | $9,586.00 | $13,073.04 | No objections served on counsel | No objections served on counsel |
| 9/29/03 | 07/01/03 through 07/31/03 | $8,858.00 | $12,888.56 | No objections served on counsel | No objections served on counsel |
| 11/6/03 | 08/01/03 through 08/31/03 | $10,256.50 | $13,076.13 | No objections served on counsel | No objections served on counsel |
| 11/13/03 | 09/01/03 through 09/30/03 | $14,009.00 | $13,261.68 | No objections served on counsel | No objections served on counsel |

3

| 12/12/03 | 10/01/03 through 10/31/03 | $19,884.00 | $13,458.15 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 1/23/04 | 11/01/03 through 11/30/03 | $12,019.00 | $13,196.18 | No objections served on counsel | No objections served on counsel |
| 2/11/04 | 12/01/03 through 12/31/03 | $5,318.00 | $500.03 | No objections served on counsel | No objections served on counsel |
| 3/16/04 | 01/01/04 through 01/31/04 | $14,274.50 | $25,666.53 | No objections served on counsel | No objections served on counsel |
| 4/13/04 | 02/01/04 through 02/29/04 | $9,658.50 | $13,088.71 | No objections served on counsel | No objections served on counsel |
| 5/12/04 | 03/01/04 through 03/31/04 | $16,421.00 | $13,349.16 | No objections served on counsel | No objections served on counsel |
| 6/14/04 | 04/01/04 through 04/30/04 | $15,745.00 | $12,624.56 | No objections served on counsel | No objections served on counsel |
| 7/13/04 | 05/01/04 through 05/31/04 | $6,487.00 | $26,540.10 | No objections served on counsel | No objections served on counsel |
| 8/17/04 | 06/01/04 through 06/30/04 | $11,018.50 | $9,909.39 | No objections served on counsel | No objections served on counsel |
| 9/13/04 | 07/01/04 through 07/31/04 | $13,651.00 | $12,386.12 | No objections served on counsel | No objections served on counsel |
| 10/15/04 | 08/01/04 through 08/31/04 | $38,791.00 | $14,000.00 | No objections served on counsel | No objections served on counsel |
| 11/15/04 | 09/01/04 through 09/30/04 | $14,142.00 | $15,951.89 | No objections served on counsel | No objections served on counsel |
| 12/15/04 | 10/01/04 through 10/31/04 | $4,177.00 | $25,118.55 | No objections served on counsel | No objections served on counsel |
| 1/6/05 | 11/01/04 through 11/30/04 | $31,459.00 | $2,839.36 | No objections served on counsel | No objections served on counsel |

4

| 1/27/05 | 12/01/04 through 12/31/04 | $29,299.00 | $17,177.91 | No objections served on counsel | No objections served on counsel |
|---------|---------------------------|------------|------------|---------------------------------|---------------------------------|
| 3/25/05 | 1/01/05 through 1/31/05 | $14,713.00 | $14,317.79 | No objections served on counsel | No objections served on counsel |
| 5/10/05 | 2/01/05 through 2/28/05 | $20,275.00 | $13,251.36 | No objections served on counsel | No objections served on counsel |
| 5/16/05 | 03/01/05 through 03/31/05 | $11,160.00 | $11,684.66 | No objections served on counsel | No objections served on counsel |
| 7/7/05 | 04/01/05 through 04/30/05 | $27,127.00 | $15,371.64 | No objections served on counsel | No objections served on counsel |
| 7/20/05 | 05/01/05 through 05/31/05 | $16,428.00 | $15,260.16 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 06/01/05 through 06/30/05 | $18,474.00 | $12,190.01 | No objections served on counsel | No objections served on counsel |
| 9/9/05 | 07/01/05 through 07/31/05 | $21,231.00 | $13,876.31 | No objections served on counsel | No objections served on counsel |
| 9/30/05 | 08/01/05 through 08/31/05 | $17,306.50 | $12,851.87 | No objections served on counsel | No objections served on counsel |
| 11/14/05 | 09/01/05 through 09/30/05 | $19,252.50 | $13,258.24 | No objections served on counsel | No objections served on counsel |
| 12/15/05 | 10/01/05 through 10/31/05 | $24,069.00 | $15,964.63 | No objections served on counsel | No objections served on counsel |
| 1/31/06 | 11/01/05 through 11/30/05 | $38,027.50 | $15,003.91 | No objections served on counsel | No objections served on counsel |
| 2/14/06 | 12/01/05 through 12/31/05 | $87,777.50 | $13,260.33 | No objections served on counsel | No objections served on counsel |
| 3/31/06 | 01/01/06 through 01/31/06 | $30,680.00 | $17,353.33 | No objections served on counsel | No objections served on counsel |

5

| 5/1/06 | 02/01/06 through 02/28/06 | $32,949.50 | $22,535.61 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 5/23/06 | 03/01/06 through 03/31/06 | $60,885.50 | $15,296.96 | No objections served on counsel | No objections served on counsel |
| 6/8/06 | 04/01/06 through 04/30/06 | $23,816.00 | $15,047.10 | No objections served on counsel | No objections served on counsel |
| 7/18//06 | 05/01/06 through 05/31/06 | $27,090.50 | $15,330.01 | No objections served on counsel | No objections served on counsel |
| 8/14/06 | 06/01/06 through 06/30/06 | $33,544.50 | $11,977.34 | No objections served on counsel | No objections served on counsel |
| 9/12/06 | 07/01/06 through 07/31/06 | $16,289.50 | $15,153.31 | No objections served on counsel | No objections served on counsel |
| 10/18/06 | 08/01/06 through 08/31/06 | $34,312.00 | $14,214.01 | No objections served on counsel | No objections served on counsel |
| 11/21/06 | 09/01/06 through 09/30/06 | $35,495.50 | $13,202.34 | No objections served on counsel | No objections served on counsel |
| 12/14/06 | 10/01/06 through 10/31/06 | $33,865.00 | $22,086.20 | Pending | Pending |
| 1/10/07 | 11/01/06 through 11/30/06 | $33,796.00 | $15,221.39 | Pending | Pending |

As indicated above, this is the sixty-second application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is approximately 2.3 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $632.50.

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

Fee Summary

(see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Senior Counsel | 40 | Litigation | $275.00 | 24.30 | $6,682.50 |
| Robert A. Murphy | Senior Counsel | 40 | Litigation | No Charge | 0.05 | $0.00 |
| Donna B. MacKenna | Partner | 23 ½ | Litigation | $245.00 | 6.70 | $1,641.50 |
| Matthew T. Murphy | Associate | 19 | Litigation | $240.00 | 68.30 | $16,392.00 |

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 23 | Litigation | $100.00 | 89.80 | $8,980.00 |
| Jeffrey L. Manganaro | Paralegal | 2 | Litigation | $100.00 | 1.00 | $100.00 |
| TOTALS | | | | | 190.15 | $33,796.00 |

**Total Fees:**      **$33,796.00**

Expense Summary

(see Exhibit B to the Fee Detail)

| Expense Category | Expenses |
|---|---|
| Excess Postage | $4.20 |
| Boston Cab Association | $15.90 |
| Federal Express | $300.06 |
| Outside Photocopying | $141.72 |
| Photocopying ($0.12/page) | $74.04 |
| Telephone | $7.00 |
| Rent Reimbursement | $14,274.17 |
| Miscellaneous | $404.30 |
| TOTAL | $15,221.39 |

**Total Expenses:      $15,221.39**

Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 185.50 | $32,531.00 |
| Fee Applications, Applicant | 4.65 | $1,265.00 |
| Expenses | N/A | $15,221.39 |
| TOTALS | 190.15 | $49,017.39 |

Dated: January 10, 2007

CASNER & EDWARDS, LLP

Robert A. Murphy (BBO #363700)
303 Congress Street, 2nd Floor
Boston, MA  02210
(617) 426-5900

Special Litigation Counsel

52000.57/401410.1

9

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: February 6, 2007 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## SIXTY-SECOND MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM NOVEMBER 1, 2006 THROUGH NOVEMBER 30, 2006

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXHIBIT A
### (Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

January 4, 2007

Bill Number 00800
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

Through November 30, 2006

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 11/01/06 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Telephone conference with in-house counsel re: agenda for meeting at Kirkland & Ellis; prepare for meeting (.3). | 0.40 Hrs | $110.00 |
| 11/01/06 | MTM | Review materials from October meeting at K&E re: RAM's participation in meeting tomorrow (.6). Work on location of privileged documents (.5). Email to K&E counsel re: privilege list (.2); gather documents for RAM's use at K&E meeting tomorrow (.9). Email to DBM re: jobsite search for MK-3 (.2). | 2.40 Hrs | $576.00 |
| 11/01/06 | ARA | Review old discovery responses for O.P. products. | 6.50 Hrs | $650.00 |
| 11/02/06 | RAM | To Kirkland & Ellis for meeting re: PI estimation (travel at 1/2 time) (2.2); attend meeting with in-house counsels, K&E attorneys and consultants (5.7). | 7.90 Hrs | $2,172.50 |
| 11/02/06 | DBM | Search for MK-3 sales (.4); search for product information re: attic fill and consumer products (.4); discussion re: same with MTM (.1). | 0.90 Hrs | $220.50 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 11/02/06 | MTM | Review documents re: meeting at K&E (.9). Review results of jobsite search for MK-3 invoices (.2); telephone call to ARA re: same (.2) Telephone call from RAM with questions re: printing on Monokote bags (.2); review binders re: same (.3); telephone call to ARA re: same (.2); telephone call to RAM re: same (.1); locate lists of consumer and ag/hort products re: possible need to supplement product appendix (1.7). | 3.80 Hrs | $912.00 |
| 11/02/06 | ARA | Review old discovery responses for O.P. products (2.5). Per MTM's request, search for and obtain MK-3 invoices (2.3). Telephone calls from and to MTM re: search for information re: printing on MK bags (.3);  review product binders for MK 4 and 5 bags and other documents for information (2.4). | 7.50 Hrs | $750.00 |
| 11/03/06 | RAM | Attend 2nd day of meeting at Kirkland & Ellis (4.3). Travel to Boston (1/2 time) (1.6). Read memo from MTM re: work on Ag/Hort product appendix (.1). | 6.00 Hrs | $1,650.00 |
| 11/03/06 | MTM | Work on supplemental product appendix (2.8); telephone call to HRO counsel re: same (.3); conference with ARA re: same (.4). | 3.50 Hrs | $840.00 |
| 11/03/06 | ARA | Continue to review documents for printing on MK 4 and 5 bags (4.2). Continue to search for and obtain MK-3 invoices and produce to MTM (1.7). Discussion with MTM re: product appendix project (.4). | 6.30 Hrs | $630.00 |
| 11/06/06 | MTM | Work on supplemental product appendix (1.5); telephone call to K&E counsel re: privilege list issues (.2); email to K&E counsel re: same (.2). | 1.90 Hrs | $456.00 |
| 11/06/06 | ARA | Review product binders for certain vermiculite products re: creating product appendix (3.6). Review old discovery responses for O.P. Products (1.5). | 5.10 Hrs | $510.00 |
| 11/07/06 | MTM | Work on privilege list and product appendix issues (2.4); exchange emails with K&E counsel re: same (.4); email to Holme Roberts counsel re: ag/hort product documents (.3). | 3.10 Hrs | $744.00 |
| 11/07/06 | ARA | Review old discovery responses for O.P. products. | 5.40 Hrs | $540.00 |
| 11/08/06 | RAM | Conference with MTM re: drafting product appendix for Ag/Hort products (1.0); review and revise letters to N. Finch re: same (.1). | 1.10 Hrs | $302.50 |
| 11/08/06 | MTM | Work on supplemental product appendix (4.0); exchange emails with K&E and HRO re: same (.5); conference with RAM re: same (1.0); telephone call from ARA re: materials in Cambridge re: supplemental product appendix (.5). | 6.00 Hrs | $1,440.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 11/08/06 | ARA | Review boxes of old discovery responses for O.P. products (1.9). Per MTM, review boxes of advertising documents at WRG/Cambridge for supplemental product appendix (6.7); conference with MTM re: same (.5). | 9.10 Hrs | $910.00 |
| 11/09/06 | DBM | Search for product information on certain consumer products, per MTM. | 1.00 Hrs | $245.00 |
| 11/09/06 | MTM | Work on supplemental product appendix issues (2.5); telephone call from ARA re: same and re: documents in Cambridge (.5); receipt of email from Debbie Felder re: privilege list (.1); email to K&E counsel re: same (.2); revise letter to Debbie Felder re: privilege lists (.2); exchange emails with HRO counsel re: EPA discs. (.5). | 4.00 Hrs | $960.00 |
| 11/09/06 | ARA | Inventory boxes of advertising documents and prepare for their shipment to the repository (5.5). Telephone call to MTM re: advertising documents (.5). Locate particular product bag; telephone call to RAM re: same (.1). Receipt of box of product binders from MTM (.3). | 6.40 Hrs | $640.00 |
| 11/10/06 | RAM | Conference with MTM re: what documents were produced to PICC (.6). Conference with MTM re: privilege logs and documents (.2). | 0.80 Hrs | $220.00 |
| 11/10/06 | DBM | Continue search for certain consumer products. | 0.50 Hrs | $122.50 |
| 11/10/06 | MTM | Work on supplemental product appendix (4.8); review email from HRO paralegal re: consumer and ag/hort product documents (.7); conferences with RAM re: same (.8). Telephone call to ARA re: same (.4). | 6.70 Hrs | $1,608.00 |
| 11/10/06 | ARA | Review inventory of advertising documents and identify boxes that aren't in the repository (1.6); discuss review of boxes with MTM (.4). Review boxes of advertising documents (3.7). Per telephone call from MTM, review certain post-sweep document production boxes to confirm if these documents are originals or copies (.9); telephone call to MTM with findings (.1). | 6.70 Hrs | $670.00 |
| 11/13/06 | RAM | Read selected documents filed in bankruptcy court (.6). Read updated bankruptcy court docket entries to select documents to read (.2). | 0.80 Hrs | $220.00 |
| 11/13/06 | MTM | Telephone call to Holme Roberts attorney re: EPA discs (.3); work on supplemental product appendix (1.7). | 2.00 Hrs | $480.00 |
| 11/13/06 | ARA | Review boxes of advertising documents for consumer products. | 6.50 Hrs | $650.00 |
| 11/14/06 | RAM | Read selected documents filed in bankruptcy court. | 0.90 Hrs | $247.50 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 11/14/06 | DBM | Search for product information on 4 products per MTM. | 2.00 Hrs | $490.00 |
| 11/14/06 | MTM | Work on supplemental product appendix (2.8); telephone call to Holme Roberts attorney re: EPA paper production (.3); review printouts for various consumer-related vermiculite products (1.6). | 4.70 Hrs | $1,128.00 |
| 11/14/06 | ARA | Review boxes of advertising documents for consumer products. | 6.50 Hrs | $650.00 |
| 11/15/06 | RAM | Read selected documents filed in bankruptcy court. | 0.70 Hrs | $192.50 |
| 11/15/06 | MTM | Continue review of printouts re: supplemental product appendix (1.2); telephone call from in-house counsel re: review of formula documents in Cambridge re: same (.3); review formula documents in Cambridge (3.6); conference with in-house counsel re: same (.8). | 5.90 Hrs | $1,416.00 |
| 11/15/06 | ARA | Review boxes of advertising documents for consumer products (2.9). Search for and obtain consumer product documents (3.7). Per MTM's request, search for WRG acquisition book (1.0). | 7.60 Hrs | $760.00 |
| 11/16/06 | RAM | Conference with MTM re: documents produced to PICC. | 0.20 Hrs | $55.00 |
| 11/16/06 | DBM | Complete search for 4 products per MTM's request (2.1); send results to MTM and conference with him (.2). | 2.30 Hrs | $563.50 |
| 11/16/06 | MTM | Work on supplemental product appendix (3.8); telephone call to Reed Smith paralegal re: EPA discs (.2); conference with RAM re: same (.2); conference with DBM re: supplemental product appendix (.2); review printouts re: document showing pre-acquisition trademarks re: supplemental product appendix (1.2); telephone call from in-house counsel re: Trenton workers' compensation documents (.2). | 5.80 Hrs | $1,392.00 |
| 11/16/06 | ARA | Continue search for and locate WRG acquisition book and produce book to MTM (1.6). Per MTM's request, locate annual reports and produce reports to MTM (2.6). Review boxes of advertising documents for consumer products (1.5). | 5.70 Hrs | $570.00 |
| 11/17/06 | MTM | Work on supplemental product appendix. | 4.20 Hrs | $1,008.00 |
| 11/17/06 | ARA | Per MTM's request, search for and obtain documents re: product appendix (2.4). Document control (.5). | 2.90 Hrs | $290.00 |
| 11/20/06 | RAM | Review draft supplemental product appendix for certain vermiculite products (.5) and conference with MTM re: same (.2). | 0.70 Hrs | $192.50 |
| 11/20/06 | MTM | Work on supplemental product appendix (4.9) conference with RAM (.2). | 5.10 Hrs | $1,224.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 11/21/06 | MTM | Work on supplemental product appendix. | 0.70 Hrs | $168.00 |
| 11/27/06 | MTM | Receipt and review of email from K&E counsel re: supplemental product appendix (.1); email to in-house counsel re: same (.2); telephone call to in-house counsel re: same (.2); revise product appendix and send to K&E (3.0). | 3.50 Hrs | $840.00 |
| 11/28/06 | MTM | Review ag/hort document collection at Winthrop Square re: supplemental product appendix. | 5.00 Hrs | $1,200.00 |
| 11/28/06 | JLM | Per MTM, obtain a copy of plaintiff's original complaint from Suffolk Superior Court for in-house counsel. | 1.00 Hrs | $100.00 |
| 11/29/06 | ARA | Quality control workers' compensation documents. | 2.00 Hrs | $200.00 |
| 11/30/06 | RAM | Telephone call from and telephone conference with in-house counsel re: settled, but not paid, claims. | 0.20 Hrs | $55.00 |
| 11/30/06 | ARA | Quality control documents reviewed by Kirkland & Ellis attorneys and return them to the production set. | 5.60 Hrs | $560.00 |
| | | TOTAL LEGAL SERVICES | | $32,531.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 19.70 Hrs | 275/hr | $5,417.50 |
| DONNA B. MACKENNA | 6.70 Hrs | 245/hr | $1,641.50 |
| MATTHEW T. MURPHY | 68.30 Hrs | 240/hr | $16,392.00 |
| ANGELA R. ANDERSON | 89.80 Hrs | 100/hr | $8,980.00 |
| JEFFREY L. MANGANARO | 1.00 Hrs | 100/hr | $100.00 |
| | 185.50 Hrs | | $32,531.00 |

TOTAL THIS BILL    $32,531.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

January 4, 2007

Bill Number  00801
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through November 30, 2006

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 11/04/06 | RAM | Work on September fee application. | 1.00 Hrs | $275.00 |
| 11/09/06 | RAM | Work on September fee application (.7); send it to in-house counsels to review (.1); telephone conference with in-house counsel re: same (.1); revise September fee application (.2). | 1.10 Hrs | $302.50 |
| 11/10/06 | RAM | Revise September fee application (.1); send it to second in-house counsel to review (.1). | 0.20 Hrs | $55.00 |
| 11/13/06 | RAM | Email from in-house counsel that September fee application may be filed. | 0.05 Hrs | No charge |
| 11/15/06 | RAM | Work on September fee application (.1). Work on quarterly fee application (.3). Finalize both fee applications and send to Delaware counsel to file (.2) | 0.60 Hrs | $165.00 |
| 11/29/06 | RAM | Work on October fee application. | 0.40 Hrs | $110.00 |
| 11/30/06 | RAM | Work on October fee application. | 1.30 Hrs | $357.50 |

Mark A. Shelnitz

TOTAL LEGAL SERVICES          $1,265.00

**LEGAL SERVICES SUMMARY**

| ROBERT A. MURPHY | 4.60 Hrs | 275/hr | $1,265.00 |
| ROBERT A. MURPHY | 0.05 Hrs | 275/hr | No charge |
| | 4.65 Hrs | | $1,265.00 |

TOTAL THIS BILL          $1,265.00

## EXHIBIT B
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

January 4, 2007

Bill Number  00802
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through November 30, 2006

| | | |
|---|---|---|
| EXCESS POSTAGE | | $4.20 |

BOSTON CAB ASSOCIATION

| | | | |
|---|---|---|---|
| 11/06/06 | To Logan Airport from Casner and Edwards on 10/03/06 by MTM. | 15.90 | |
| | | | $15.90 |

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 11/13/06 | To Kirkland & Ellis, David Mendelson from Casner & Edwards on 10/16/06 by MTM. | 28.13 | |
| 11/13/06 | To Kirkland & Ellis (50 lbs) Terell Stansbury from Casner & Edwards on 10/19/06 by MTM. | 135.04 | |
| 11/13/06 | To Kirkland & Ellis, Andrew Running from Casner & Edwards on 10/16/06 by MTM. | 30.65 | |
| 11/28/06 | To Orrick Herrington & Suttliffe, Debra Felder from Casner and Edwards on 11/10/06 by MTM. | 69.94 | |
| | | | $263.76 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through November 30, 2006

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 11/07/06 | MERRILL COMM - Libby personnel file 10/24/06. | 141.72 | |
| | | | $141.72 |

PHOTOCOPYING

| | | |
|---|---|---|
| 11/01/06 | 73 copies at .12 per copy | 8.76 |
| 11/01/06 | 83 copies at .12 per copy | 9.96 |
| 11/01/06 | 12 copies at .12 per copy | 1.44 |
| 11/03/06 | 14 copies at .12 per copy | 1.68 |
| 11/06/06 | 26 copies at .12 per copy | 3.12 |
| 11/07/06 | 16 copies at .12 per copy | 1.92 |
| 11/08/06 | 55 copies at .12 per copy | 6.60 |
| 11/08/06 | 10 copies at .12 per copy | 1.20 |
| 11/08/06 | 1 copies at .12 per copy | 0.12 |
| 11/08/06 | 62 copies at .12 per copy | 7.44 |
| 11/09/06 | 2 copies at .12 per copy | 0.24 |
| 11/09/06 | 15 copies at .12 per copy | 1.80 |
| 11/10/06 | 1 copies at .12 per copy | 0.12 |
| 11/10/06 | 22 copies at .12 per copy | 2.64 |
| 11/13/06 | 1 copies at .12 per copy | 0.12 |
| 11/13/06 | 4 copies at .12 per copy | 0.48 |
| 11/17/06 | 2 copies at .12 per copy | 0.24 |
| 11/20/06 | 12 copies at .12 per copy | 1.44 |
| 11/28/06 | 44 copies at .12 per copy | 5.28 |

$54.60

TELEPHONE

| | | | |
|---|---|---|---|
| 11/02/06 | 329 | 2028795000 | 0.66 |
| 11/03/06 | 329 | 3038660408 | 0.99 |
| 11/06/06 | 329 | 2022768423 | 0.99 |
| 11/10/06 | 329 | 3038660408 | 0.99 |
| 11/20/06 | 329 | 4122884104 | 0.77 |

$4.40

RENT REIMBURSEMENT

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through November 30, 2006

RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 11/01/06 | Rent and utilities for document repository at One Winthrop Square -November 2006 | 14,274.17 | |
| | | | $14,274.17 |

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 11/07/06 | RECORDKEEPER ARCHIVE-Storage 11/01/06 through 11/30/06 | 404.30 | |
| | | | $404.30 |
| | | TOTAL DISBURSEMENTS | $15,163.05 |
| | | TOTAL THIS BILL | $15,163.05 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

January 4, 2007

Bill Number  00803
File Number  0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through November 30, 2006

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 11/13/06 | To Pachulski Stang Ziehl Young, Patricia Cuniff from Casner & Edwards on 10/13/06 by RAM. | 14.45 | |
| 11/28/06 | To Pachulski Stang Ziehl Young, Patricia Cuniff from Casner and Edwards on 11/15/06 by RAM. | 21.85 | |
| | | | $36.30 |

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 11/15/06 | 162 copies at .12 per copy | 19.44 | |
| | | | $19.44 |

TELEPHONE

| | | | | |
|---|---|---|---|---|
| 11/12/06 | 357 | 4105314545 | 2.60 | |
| | | | | $2.60 |

Mark A. Shelnitz

| | |
|---|---|
| TOTAL DISBURSEMENTS | $58.34 |
| TOTAL THIS BILL | $58.34 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
|  | ) | Jointly Administered |
| Debtors. | ) |  |

## AFFIDAVIT OF SERVICE

|  |  |  |
|---|---|---|
| STATE OF DELAWARE | ) |  |
|  | )SS |  |
| COUNTY OF NEW CASTLE | ) |  |

Rasheda S. Stewart, being duly sworn according to law, deposes and says that she

is employed by the law firm of Pachulski Stang Ziehl Young Jones & Weintraub LLP, co-

counsel for the Debtors, in the above-captioned action, and that on the 16th day of January 2007

she caused a copy of the following document(s) to be served upon the attached service list(s) in

the manner indicated:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Sixty-Second Monthly Application of Casner & Edwards, LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors for the Period from November 1, 2006 Through November 30, 2006.**

Dated: January 16, 2007

Rasheda S. Stewart

Sworn to and subscribed before me this 16th day of January, 2007

Notary Public
My Commission Expires: 11/4/07

MARY E. CORCORAN
Notary Public
State of Delaware
My Commission Expires Nov. 4, 2007

Grace Fee Application Service List
Case Number:  01-1139 (JKF)
Document Number:  45804
01 – Hand Delivery
02 – Federal Express
11- E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

*Federal Express and E-mail:*
*william.sparks@grace.com*
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail: james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

***E-mail: <u>jsakalo@bilzin.com</u>***
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

***E-mail: <u>carol.hennessey@lw.com</u>***
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

***E-mail: <u>pbentley@kramerlevin.com</u>***
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP