# EXHIBIT C
December Fee Application

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: March 21 2007 at 4:00 p.m.
Hearing Date: TBD only if necessary

**SUMMARY OF THE SIXTY-THIRD MONTHLY APPLICATION OF
CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS
FOR THE PERIOD FROM DECEMBER 1, 2006 THROUGH DECEMBER 31, 2006**

| | |
|---|---|
| Name of Applicant: | Casner & Edwards, LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | September 18, 2001, effective as of September 18, 2001 |
| Period for which compensation and reimbursement is sought: | December 1, 2006 through December 31, 2006 |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                    $19,813.00  (80% = $15,850.40)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:            $14,435.75

This is an:    X monthly      ___ interim      ___ final application

Prior Applications filed:  Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |

| | | | | | |
|---|---|---|---|---|---|
| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel |
| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served on counsel | No objections served on counsel |
| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | No objections served on counsel | No objections served on counsel |
| 3/31/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 02/01/03 through 02/28/03 | $37,363.00 | $1,050.11 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 03/01/03 through 03/31/03 | $35,519.00 | $16,988.05 | No objections served on counsel | No objections served on counsel |
| 7/11/03 | 04/01/03 through 04/30/03 | $30,037.50 | $14,427.54 | No objections served on counsel | No objections served on counsel |
| 8/1/03 | 05/01/03 through 05/31/03 | $11,420.00 | $12,560.93 | No objections served on counsel | No objections served on counsel |
| 8/13/03 | 06/01/03 through 06/30/03 | $9,586.00 | $13,073.04 | No objections served on counsel | No objections served on counsel |
| 9/29/03 | 07/01/03 through 07/31/03 | $8,858.00 | $12,888.56 | No objections served on counsel | No objections served on counsel |
| 11/6/03 | 08/01/03 through 08/31/03 | $10,256.50 | $13,076.13 | No objections served on counsel | No objections served on counsel |
| 11/13/03 | 09/01/03 through 09/30/03 | $14,009.00 | $13,261.68 | No objections served on counsel | No objections served on counsel |

| 12/12/03 | 10/01/03 through 10/31/03 | $19,884.00 | $13,458.15 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 1/23/04 | 11/01/03 through 11/30/03 | $12,019.00 | $13,196.18 | No objections served on counsel | No objections served on counsel |
| 2/11/04 | 12/01/03 through 12/31/03 | $5,318.00 | $500.03 | No objections served on counsel | No objections served on counsel |
| 3/16/04 | 01/01/04 through 01/31/04 | $14,274.50 | $25,666.53 | No objections served on counsel | No objections served on counsel |
| 4/13/04 | 02/01/04 through 02/29/04 | $9,658.50 | $13,088.71 | No objections served on counsel | No objections served on counsel |
| 5/12/04 | 03/01/04 through 03/31/04 | $16,421.00 | $13,349.16 | No objections served on counsel | No objections served on counsel |
| 6/14/04 | 04/01/04 through 04/30/04 | $15,745.00 | $12,624.56 | No objections served on counsel | No objections served on counsel |
| 7/13/04 | 05/01/04 through 05/31/04 | $6,487.00 | $26,540.10 | No objections served on counsel | No objections served on counsel |
| 8/17/04 | 06/01/04 through 06/30/04 | $11,018.50 | $9,909.39 | No objections served on counsel | No objections served on counsel |
| 9/13/04 | 07/01/04 through 07/31/04 | $13,651.00 | $12,386.12 | No objections served on counsel | No objections served on counsel |
| 10/15/04 | 08/01/04 through 08/31/04 | $38,791.00 | $14,000.00 | No objections served on counsel | No objections served on counsel |
| 11/15/04 | 09/01/04 through 09/30/04 | $14,142.00 | $15,951.89 | No objections served on counsel | No objections served on counsel |
| 12/15/04 | 10/01/04 through 10/31/04 | $4,177.00 | $25,118.55 | No objections served on counsel | No objections served on counsel |
| 1/6/05 | 11/01/04 through 11/30/04 | $31,459.00 | $2,839.36 | No objections served on counsel | No objections served on counsel |

4

| 1/27/05 | 12/01/04 through 12/31/04 | $29,299.00 | $17,177.91 | No objections served on counsel | No objections served on counsel |
|---------|---------------------------|------------|------------|--------------------------------|--------------------------------|
| 3/25/05 | 1/01/05 through 1/31/05 | $14,713.00 | $14,317.79 | No objections served on counsel | No objections served on counsel |
| 5/10/05 | 2/01/05 through 2/28/05 | $20,275.00 | $13,251.36 | No objections served on counsel | No objections served on counsel |
| 5/16/05 | 03/01/05 through 03/31/05 | $11,160.00 | $11,684.66 | No objections served on counsel | No objections served on counsel |
| 7/7/05 | 04/01/05 through 04/30/05 | $27,127.00 | $15,371.64 | No objections served on counsel | No objections served on counsel |
| 7/20/05 | 05/01/05 through 05/31/05 | $16,428.00 | $15,260.16 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 06/01/05 through 06/30/05 | $18,474.00 | $12,190.01 | No objections served on counsel | No objections served on counsel |
| 9/9/05 | 07/01/05 through 07/31/05 | $21,231.00 | $13,876.31 | No objections served on counsel | No objections served on counsel |
| 9/30/05 | 08/01/05 through 08/31/05 | $17,306.50 | $12,851.87 | No objections served on counsel | No objections served on counsel |
| 11/14/05 | 09/01/05 through 09/30/05 | $19,252.50 | $13,258.24 | No objections served on counsel | No objections served on counsel |
| 12/15/05 | 10/01/05 through 10/31/05 | $24,069.00 | $15,964.63 | No objections served on counsel | No objections served on counsel |
| 1/31/06 | 11/01/05 through 11/30/05 | $38,027.50 | $15,003.91 | No objections served on counsel | No objections served on counsel |
| 2/14/06 | 12/01/05 through 12/31/05 | $87,777.50 | $13,260.33 | No objections served on counsel | No objections served on counsel |
| 3/31/06 | 01/01/06 through 01/31/06 | $30,680.00 | $17,353.33 | No objections served on counsel | No objections served on counsel |

| 5/1/06 | 02/01/06 through 02/28/06 | $32,949.50 | $22,535.61 | No objections served on counsel | No objections served on counsel |
|--------|---------------------------|------------|------------|----------------------------------|----------------------------------|
| 5/23/06 | 03/01/06 through 03/31/06 | $60,885.50 | $15,296.96 | No objections served on counsel | No objections served on counsel |
| 6/8/06 | 04/01/06 through 04/30/06 | $23,816.00 | $15,047.10 | No objections served on counsel | No objections served on counsel |
| 7/18//06 | 05/01/06 through 05/31/06 | $27,090.50 | $15,330.01 | No objections served on counsel | No objections served on counsel |
| 8/14/06 | 06/01/06 through 06/30/06 | $33,544.50 | $11,977.34 | No objections served on counsel | No objections served on counsel |
| 9/12/06 | 07/01/06 through 07/31/06 | $16,289.50 | $15,153.31 | No objections served on counsel | No objections served on counsel |
| 10/18/06 | 08/01/06 through 08/31/06 | $34,312.00 | $14,214.01 | No objections served on counsel | No objections served on counsel |
| 11/21/06 | 09/01/06 through 09/30/06 | $35,495.50 | $13,202.34 | No objections served on counsel | No objections served on counsel |
| 12/15/06 | 10/01/06 through 10/31/06 | $33,865.00 | $22,086.20 | No objections served on counsel | No objections served on counsel |
| 1/16/07 | 11/01/06 through 11/30/06 | $33,796.00 | $15,221.39 | Pending | Pending |
| 2/14/07 | 12/01/06 through 12/31/06 | $19,813.00 | $14,435.75 | Pending | Pending |

As indicated above, this is the sixty-third application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

The total time expended for the preparation of this application is approximately 2.0 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $550.00.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

Fee Summary

(see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Senior Counsel | 40 | Litigation | $275.00 | 6.00 | $1,650.00 |
| Donna B. MacKenna | Partner | 23 ½ | Litigation | $245.00 | 1.40 | $343.00 |
| Matthew T. Murphy | Associate | 19 | Litigation | $240.00 | 34.00 | $8,160.00 |

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 23 | Litigation | $100.00 | 96.60 | $9,660.00 |
| TOTALS | | | | | 138.00 | $19,813.00 |

**Total Fees:**       **$19,813.00**

7

Expense Summary

(see Exhibit B to the Fee Detail)

| Expense Category | Expenses |
|---|---|
| Excess Postage | $7.83 |
| Boston Express Delivery | $89.20 |
| Travel | $1,294.64 |
| Photocopying ($0.12/page) | $45.36 |
| Telephone | $28.18 |
| Rent Reimbursement | $12,943.54 |
| Miscellaneous | $27.00 |
| TOTAL | $14,435.75 |

**Total Expenses:**      **$14,435.75**

8

Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 135.70 | $19,180.50 |
| Fee Applications, Applicant | 2.30 | $632.50 |
| Expenses | N/A | $14,435.75 |
| TOTALS | 138.00 | $34,248.75 |

Dated: February 13, 2007

CASNER & EDWARDS, LLP

Robert A. Murphy (BBO #363700)
303 Congress Street, 2nd Floor
Boston, MA 02210
(617) 426-5900

Special Litigation Counsel

52000.57/403616

9

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: March 21, 2007 at 4:00 p.m.
Hearing Date: TBD only if necessary

**FEE DETAIL FOR CASNER & EDWARDS, LLP'S**
**SIXTY-THIRD MONTHLY FEE APPLICATION**
**FOR THE PERIOD FROM DECEMBER 1, 2006 THROUGH DECEMBER 31, 2006**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXHIBIT A
### (Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

February 1, 2007

Bill Number  01778
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

Through December 31, 2006

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/01/06 | RAM | Read updated bankruptcy court docket entries to select documents to read (.2). Telephone conference with in-house counsel re: PI estimation (.1). | 0.30 Hrs | $82.50 |
| 12/01/06 | ARA | Quality control binders that were copied for K&E and return them to the WRG employee library (3.2). Document control (1.8). Prepare boxes of documents to return to WRG Cambridge (1.3). | 6.30 Hrs | $630.00 |
| 12/04/06 | ARA | Document control. | 4.80 Hrs | $480.00 |
| 12/05/06 | RAM | Conferences with MTM and DBM re: locating all MK-3 tests. | 0.10 Hrs | $27.50 |
| 12/05/06 | ARA | Document control. | 6.60 Hrs | $660.00 |
| 12/06/06 | ARA | Document control. | 6.50 Hrs | $650.00 |
| 12/07/06 | ARA | Document control. | 6.50 Hrs | $650.00 |
| 12/08/06 | RAM | Read updated bankruptcy court docket entries to select documents to read (.2). Read selected documents filed in bankruptcy court (.3). Telephone conference with in-house counsel re: MK-3 application instructions (.1). | 0.60 Hrs | $165.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/08/06 | MTM | Telephone call from in-house counsel re: Monokote application manual and privilege lists (.3); review brochures re: same (1.3). | 1.60 Hrs | $384.00 |
| 12/08/06 | ARA | Document control (2.7). Per telephone call from MTM, search for and locate MK application documents and produce them to MTM (3.3). Return MK application documents to the resource library (.3). Receipt of ag/hort documents and return them to the production set (.6). | 6.90 Hrs | $690.00 |
| 12/11/06 | MTM | Prepare for conference call re: discovery issues (1.0); review Monokote documents for in-house counsel re: application procedures (.6); telephone call to in-house counsel re: same (.2); email from in-house counsel re: same (.2). | 2.00 Hrs | $480.00 |
| 12/11/06 | ARA | Document control (4.0). Resume review of old discovery responses for OP products (2.5). Telephone call from MTM re: questions re: MK-3 (.2). | 6.70 Hrs | $670.00 |
| 12/12/06 | DBM | Search for MK application instructions, per MTM. | 1.00 Hrs | $245.00 |
| 12/12/06 | MTM | Conference with ARA re: question on MK application from in-house counsel (.5); review MK documents re: same (1.0); prepare for conference call re: various outstanding discovery issues (1.7); telephone call to in-house counsel re: same (.3). | 3.50 Hrs | $840.00 |
| 12/12/06 | ARA | Search for and review documents re: MK-3 application information (6.2); produce documents to MTM and discuss (.5). | 6.70 Hrs | $670.00 |
| 12/13/06 | RAM | Read draft vermiculite products appendix and email re: same. | 0.10 Hrs | $27.50 |
| 12/13/06 | MTM | Prepare for discovery conference call today (.8); review MK documents re: application instructions (.8); email to in-house counsel re: same (.4); conference call with personal injury creditors' committee re: various discovery issues (1.0); work on supplemental product appendix and EPA disc issues (1.7). | 4.70 Hrs | $1,128.00 |
| 12/13/06 | ARA | Search for and obtain documents re: MK application instructions and produce documents to MTM (3.2). Per MTM's request, review documents for EPA review sheet (.2). Quality control documents pulled for MK application information (3.0). | 6.40 Hrs | $640.00 |
| 12/14/06 | RAM | Telephone conferences with in-house counsel re: CPD business plans. | 0.20 Hrs | $55.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/14/06 | DBM | Conference with MTM re: search for application instructions for acoustical plaster (.1); search for same (.3). | 0.40 Hrs | $98.00 |
| 12/14/06 | MTM | Draft supplemental answers to interrogatory No. 11 and revise supplemental product appendix (1.8); draft letter to N. Finch re: same (.5); review results of search for MK-3 sales per request from K&E counsel (.5); telephone call from in-house counsel re: application instructions for acoustical plaster (.2); conference with DBM re: search for same (.1); telephone call to in-house counsel re: same (.1); review list of potentially responsive documents re: same (1.1). | 4.30 Hrs | $1,032.00 |
| 12/14/06 | ARA | Review old discovery responses for OP products (5.7). Per telephone call from MTM, review list of documents to locate re: acoustical plaster application (1.0). | 6.70 Hrs | $670.00 |
| 12/15/06 | MTM | Receipt and review of discovery requests from Motley Rice firm. | 1.90 Hrs | $456.00 |
| 12/15/06 | ARA | Search for and obtain documents re: acoustical plaster application and produce documents to MTM (3.2). Review old discovery responses for OP products (3.0). | 6.20 Hrs | $620.00 |
| 12/18/06 | MTM | Draft suggested changes to responses to Motley Rice discovery. | 1.30 Hrs | $312.00 |
| 12/18/06 | ARA | Review old discovery responses for OP products (5.7) Document control (1.0). | 6.70 Hrs | $670.00 |
| 12/19/06 | MTM | Work on supplemental product appendix issues (2.2); gather documents and email to in-house counsel re: application instructions for acoustical plastic (.9). | 3.10 Hrs | $744.00 |
| 12/19/06 | ARA | Review old discovery responses for OP products (5.6) quality control documents/interrogatories that were pulled for copying (1.2). | 6.80 Hrs | $680.00 |
| 12/20/06 | MTM | Continue to work on supplemental product appendix issues (.7); email to K&E re: same (.3). | 1.00 Hrs | $240.00 |
| 12/20/06 | ARA | Review old discovery responses for OP products (2.0); quality control documents/interrogatories that were pulled for copying (.5). | 2.50 Hrs | $250.00 |
| 12/21/06 | MTM | Receipt and review of draft response to Motley Rice discovery (1.0); work on revisions to same (3.1); exchange emails with K&E counsel re: supplemental product appendix (.9); exchange emails with K&E counsel re: Motley Rice discovery issues (.8). | 5.80 Hrs | $1,392.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/21/06 | ARA | Review old discovery responses for OP products. | 5.70 Hrs | $570.00 |
| 12/22/06 | MTM | Review and respond to emails from K&E counsel re: Motley Rice discovery (.8); email to K&E counsel re: EPA disc issue (.3); revise objections to Motley Rice discovery (. 8); receipt and review of revised responses to Motley Rice discovery from K&E counsel (.7). | 2.60 Hrs | $624.00 |
| 12/22/06 | ARA | Review old discovery responses for OP products and produce them to MTM. | 4.60 Hrs | $460.00 |
| 12/26/06 | RAM | Read selected documents filed in bankruptcy court (1.2). Read letter with enclosed supplemental product appendix re: vermiculite consumer and ag/hort products (.1). | 1.30 Hrs | $357.50 |
| 12/27/06 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.50 Hrs | $137.50 |
| 12/27/06 | MTM | Receipt and review of EPA discs from Holme Roberts counsel (1.1); email to Holme Roberts counsel re: same (.4); telephone call to Holme Roberts counsel re: same (.2). | 1.70 Hrs | $408.00 |
| 12/29/06 | MTM | Review latest draft responses to Motley Rice discovery requests. | 0.50 Hrs | $120.00 |
| 12/31/06 | RAM | Read selected documents filed in bankruptcy court. | 0.60 Hrs | $165.00 |
| | | TOTAL LEGAL SERVICES | | $19,180.50 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 3.70 Hrs | 275/hr | $1,017.50 |
| DONNA B. MACKENNA | 1.40 Hrs | 245/hr | $343.00 |
| MATTHEW T. MURPHY | 34.00 Hrs | 240/hr | $8,160.00 |
| ANGELA R. ANDERSON | 96.60 Hrs | 100/hr | $9,660.00 |
| | 135.70 Hrs | | $19,180.50 |

TOTAL THIS BILL    $19,180.50

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

February 1, 2007

Bill Number  01779
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through December 31, 2006

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/01/06 | RAM | Work on October fee application. | 0.20 Hrs | $55.00 |
| 12/04/06 | RAM | Work on October fee application and send it to in-house counsels to review. | 0.10 Hrs | $27.50 |
| 12/07/06 | RAM | Conferences with MB re: inaccuracies in draft chart for fee auditors report. | 0.10 Hrs | $27.50 |
| 12/08/06 | RAM | Telephone conference with in house counsel with questions re: October fee application. | 0.10 Hrs | $27.50 |
| 12/14/06 | RAM | Finalize October fee application and send it to local counsel to file. | 0.20 Hrs | $55.00 |
| 12/19/06 | RAM | Read Fee Auditor's Final Report for 21st Interim Period applications. | 0.10 Hrs | $27.50 |
| 12/29/06 | RAM | Work on November fee application. | 0.50 Hrs | $137.50 |
| 12/31/06 | RAM | Work on November fee application. | 1.00 Hrs | $275.00 |

Mark A. Shelnitz

TOTAL LEGAL SERVICES          $632.50

**LEGAL SERVICES SUMMARY**

ROBERT A. MURPHY                    2.30 Hrs    275/hr          $632.50

                                    2.30 Hrs                    $632.50

                                                TOTAL THIS BILL    $632.50

**EXHIBIT B**
(Expense Detail)

**CASNER & EDWARDS, LLP**
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

February 1, 2007

Bill Number  01780
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through December 31, 2006

| | | | |
|---|---|---|---|
| EXCESS POSTAGE | | | $7.83 |
| | | | |
| BOSTON EXPRESS DELIVERY | | | |
| 12/14/06 | To Casner and Edwards from W R Grace on 11/09/06. | 89.20 | |
| | | | $89.20 |
| | | | |
| TRAVEL | | | |
| 12/01/06 | PLATINUM PLUS-RAM airfare to/from Washington D.C. to attend meeting at K & E (11/2-3/06). | 746.60 | |
| 12/22/06 | ROBERT A MURPHY-Travel expenses for trip to Washington, D.C. for conference with Grace In House Counsel and Kirkland & Ellis Attorneys re: P I Estimation. | 548.04 | |
| | | | $1,294.64 |
| | | | |
| PHOTOCOPYING | | | |
| 12/04/06 | 21 copies at .12 per copy | 2.52 | |
| 12/08/06 | 7 copies at .12 per copy | 0.84 | |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through December 31, 2006

PHOTOCOPYING

| | | |
|---|---|---|
| 12/12/06 | 6 copies at .12 per copy | 0.72 |
| 12/13/06 | 1 copies at .12 per copy | 0.12 |
| 12/14/06 | 6 copies at .12 per copy | 0.72 |
| 12/21/06 | 10 copies at .12 per copy | 1.20 |
| 12/22/06 | 179 copies at .12 per copy | 21.48 |
| 12/22/06 | 75 copies at .12 per copy | 9.00 |
| | | $36.60 |

TELEPHONE

| | | | |
|---|---|---|---|
| 12/08/06 | 329 | 5613621533 | 0.88 |
| 12/19/06 | 348 | 5613621584 | 22.10 |
| | | | $22.98 |

RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 12/01/06 | Rent and utilities for document repository at One Winthrop Square -December 2006. | 12,541.24 | |
| 12/07/06 | RECORDKEEPER ARCHIVE-Storage from 11/01/06 to 11/30/06. | 402.30 | |
| | | | $12,943.54 |

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 12/07/06 | RECORDKEEPER ARCHIVE-October Delivery Charges | 27.00 | |
| | | | $27.00 |

| | |
|---|---|
| TOTAL DISBURSEMENTS | $14,421.79 |
| TOTAL THIS BILL | $14,421.79 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

February 1, 2007

Bill Number  01781
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through December 31, 2006

PHOTOCOPYING
12/14/06   73 copies at .12 per copy

|  |  |  |  |  |
|---|---|---|---|---|
| 12/14/06 | 73 copies at .12 per copy | | 8.76 | $8.76 |

TELEPHONE

| 12/04/06 | 357 | 4105314545 | 2.60 | |
| 12/04/06 | 357 | 5613621583 | 2.60 | $5.20 |

TOTAL DISBURSEMENTS          $13.96

Mark A. Shelnitz

TOTAL THIS BILL          $13.96

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

Tanya Thompson, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski Stang Ziehl Young Jones & Weintraub LLP, in the

above-captioned action, and that on the 1st day of March 2007 she caused a copy of the following

document(s) to be served upon the attached service list(s) in the manner indicated:

**SUMMARY OF THE SIXTY-THIRD MONTHLY APPLICATION OF
CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES
AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION
COUNSEL TO THE DEBTORS FOR THE PERIOD FROM DECEMBER
1, 2006 THROUGH DECEMBER 31, 2006.**

Tanya Thompson

Sworn to and subscribed before
me this 1st day of March 2007, 2007

Diane K. Potts
Notary Public
My Commission Expires: 2-20     DIANE K. POTTS
                                 NOTARY PUBLIC
                                 STATE OF DELAWARE
                                 My Commission Expires  Feb. 20, 2008

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
11- E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

*Federal Express and E-mail:*
*william.sparks@grace.com*
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail: james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

***E-mail: jsakalo@bilzin.com***
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

***E-mail: carol.hennessey@lw.com***
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

***E-mail: pbentley@kramerlevin.com***
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

VERIFICATION PURSUANT TO DEL.BANKR.LR. 2016-2(f) AND 28 U.S.C. §1746(2)

I, Robert A. Murphy, Esquire, verify as follows:

1.      I am Senior Counsel with the applicant firm, Casner & Edwards, LLP ("Casner") and have been admitted to the Bar of the Commonwealth of Massachusetts since 1966. Casner has rendered professional services in these Chapter 11 cases as Special Litigation Counsel.

2.      I have read the foregoing application of Casner for compensation and reimbursement of expenses (the "Twenty-First Quarterly Fee Application"). To the best of my knowledge, information and belief formed upon the basis of my participation in this case, as well as after reasonable inquiry, the facts set forth in the foregoing Twenty-First Quarterly Fee Application are true and correct and materially comply with the applicable orders, rules, guidelines and requirements as set forth by the Bankruptcy Code, Local Rule 2016-2, the Federal Rules of Bankruptcy Procedure, this Bankruptcy Court and the Executive Office for the United States Trustees.


I verify under penalty of perjury that the foregoing is true and correct.

Executed on: February 13 , 2007

Robert A. Murphy

52000.57/403744