# EXHIBIT A

## (FUSRAP)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

March 15, 2007
Client/Matter #   01246-011548
Invoice # 115357
Federal ID# 52-1247549

For Legal Services Rendered Through 02/28/07 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**Curtis Bay FUSRAP Bankruptcy Claim Resolution**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 02/01/07 | K. Bourdeau | 0.50 | Conference and e-mail communications with P. Marks re follow-up to negotiation with U.S., action items, and path forward. |
| 02/01/07 | P. Marks | 0.50 | Communications with K. Bourdeau re strategy and legal issues. |
| 02/02/07 | P. Marks | 1.50 | Telephone conference with client team re status and issues; followup telephone conference with L. Duff. |
| 02/05/07 | K. Bourdeau | 0.50 | Conference with P. Marks, L. Duff, and M. Obradovic re Grace settlement position, strategy. |
| 02/05/07 | P. Marks | 4.75 | Research and analysis; telephone conference with J. Freeman; prepare memorandum to client re same; telephone conference with L. Duff, M. Obradovic and K. bourdeau re negotiations. |
| 02/06/07 | K. Bourdeau | 0.50 | Conference with P. Marks re strategy on settlement approach. |

BEVERIDGE & DIAMOND, P.C.                              INVOICE #  115357
                                                       March 15, 2007
                                                       PAGE   2

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 02/06/07 | P. Marks | 1.00 | Preparation in connection with negotiations; communications with client and with K. Bourdeau re same. |
| 02/07/07 | K. Bourdeau | 1.00 | Review allocation case decisions germane to arguments of the U.S.; prepare e-mail to P. Marks re same; review P. Marks e-mail re results of discussion with J. Freeman. |
| 02/07/07 | P. Marks | 4.00 | Followup re strategy discussions and research items; prepare for and conduct telephone conference with J. Freeman re settlement negotiations; communications with client team re same. |
| 02/08/07 | K. Bourdeau | 0.50 | Complete and transmit updated revised Aviall memorandum. |
| 02/12/07 | P. Marks | 2.00 | Prepare email to J. Freeman with revised summary of Aviall argument; prepare for next negotiation session. |
| 02/13/07 | K. Bourdeau | 0.25 | Review of recent relevant judicial developments. |
| 02/14/07 | K. Bourdeau | 1.25 | Conference with P. Marks re preparation for negotiation session with U.S., follow-up communications re legal issues; further preparation for negotiation session. |
| 02/14/07 | P. Marks | 3.50 | Prepare response to client audit letter; prepare for negotiations; email and telephone conference with K. Bourdeau re strategy and identification of issues to discuss with client. |
| 02/15/07 | K. Bourdeau | 6.00 | Meeting with P. Marks, L. Duff, and M. Obradovic to prepare for negotiation session with the U.S.; participate in negotiation session with the U.S.; follow-up meeting with P. Marks, L. Duff and M. Obradovic re action items, strategic considerations. |
| 02/15/07 | P. Marks | 8.00 | Prepare for and conduct conference with government and Grace negotiating teams at DC office (and associated travel; followup evaluation re same. |
| 02/26/07 | P. Marks | 1.50 | Prepare for and conduct telephone conference re past cost issues and negotiations. |

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  115357
                                                             March 15, 2007
                                                             PAGE   3


                                    Total Hours :                  37.25

                                    Total Fees :              $15,137.50

BEVERIDGE & DIAMOND, P.C.

INVOICE #  115357  
March 15, 2007  
PAGE   4

**Disbursements:**

| | |
|---|---:|
| Postage | 0.63 |
| Long Distance Telephone | 21.00 |
| Duplicating | 5.20 |
| Local Meals - VENDOR: DEVON DYSON-Ck #83449 dated 2/22/07 for petty cash replenishment, government employee payment for luncheon, 2/15/07 | (30.00) |
| Information Service - VENDOR: LEXISNEXIS COURT LINK-Invoice #EA266327 dated 2/1/07 for data research services | 127.96 |
| Client Meeting Meals - VENDOR: DEVON DYSON-Ck #83299 dated 2/7/07 for petty cash replenishment, client meeting re W.R. Grace (Government Employee), 1/30/07 | (30.00) |

**Total Disbursements :**          $94.79

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 10.50 | $550.00 | $5,775.00 |
| P. Marks | 26.75 | $350.00 | $9,362.50 |

**Total Fees :**          $15,137.50

**Total Disbursements :**          $94.79

**TOTAL DUE :**          $15,232.29