# EXHIBIT B

**(Bankruptcy Fee Application)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

March 15, 2007
Client/Matter #   01246-012629
Invoice # 115358
Federal ID# 52-1247549

For Legal Services Rendered Through 02/28/07 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>Bankruptcy Fee Application</u>

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 02/09/07 | P. Marks | 1.00 | Prepare fee petitions and bills. |

**Total Hours :** 1.00

**Total Fees :** $350.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  115358  
March 15, 2007  
PAGE   2

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 1.00 | $350.00 | $350.00 |
| **Total Fees :** | | | **$350.00** |
| **TOTAL DUE :** | | | **$350.00** |