# EXHIBIT C

**(Curtis Bay Works)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.  
Attn: Lydia Duff, Esq.  
Division Counsel  
7500 Grace Drive  
Columbia, MD  21044

March 15, 2007  
Client/Matter #  01246-010001  
Invoice # 115356  
Federal ID# 52-1247549

For Legal Services Rendered Through 02/28/07 in Connection With:

**Curtis Bay Works**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 02/01/07 | K. Bourdeau | 0.50 | Conference with P. Marks re issues posed by, and possible responses of Grace to, EPA response to Grace Data Summary Report and Proposed Additional Investigation. |
| 02/01/07 | P. Marks | 1.00 | Prepare for and conduct telephone conference with K. Bourdeau re EPA comments and issue identification. |
| 02/26/07 | P. Marks | 3.00 | Review and evaluate draft work plan submitted to EPA and related notes and EPA correspondence; telephone conference with L. Duff, P. Bucens, and M. Shupe re issues raised by same. |

Total Hours :   4.50

Total Fees :   $1,675.00

BEVERIDGE & DIAMOND, P.C.                                    INVOICE # 115356
                                                             March 15, 2007
                                                             PAGE   2

## Time Summary:

|                | Hours Worked | Billed Per Hour | Bill Amount |
|----------------|--------------|-----------------|-------------|
| K. Bourdeau    | 0.50         | $550.00         | $275.00     |
| P. Marks       | 4.00         | $350.00         | $1,400.00   |
|                |              | **Total Fees :**| **$1,675.00** |
|                |              | **TOTAL DUE :** | **$1,675.00** |