# EXHIBIT D

## (Acton Real Estate Matter)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 120
45 WILLIAM STREET
WELLESLEY, MA  02481
(781) 416-5700


W. R. Grace & Co. - Conn                            March 12, 2007
Attn: Lydia B. Duff, Esq.                           Client/Matter #  01246-013093
7500 Grace Drive                                    Invoice # 115325
Columbia, MD  21044                                 Federal ID# 52-1247549

---

For Legal Services Rendered Through 02/28/07 in Connection With:

**PLEASE REMIT PAYMENT TO :**      **BEVERIDGE & DIAMOND, P.C.**
                                   **SUITE 700**
                                   **1350 I STREET, N.W.**
                                   **WASHINGTON, D.C. 20005-3311**

Acton Real Estate Matter


| | | | |
|---|---|---|---|
| 02/01/07 | P. Saint James | 2.50 | Review of proposed agreement and DEP orders. |
| 02/02/07 | P. Saint James | 1.50 | E-mail correspondence; review of environmental documents and agreement. |
| 02/05/07 | P. Saint James | 2.00 | Review of e-mails; conference call with clients and J. Grachuk regarding environmental issues and business issues. |
| 02/05/07 | J. Grachuk | 2.60 | Prepare for negotiation session with Town; telephone conference with L. Duff, M. Johns, M. Obradovic and P. Saint James. |
| 02/06/07 | P. Saint James | 1.50 | Review of e-mails; interoffice conference with J. Grachuk; review of settlement agreement. |
| 02/06/07 | J. Grachuk | 3.00 | Prepare for negotiation session with Town, including develop proposal to address Town concerns; review correspondence relating to environmental insurance. |
| 02/07/07 | P. Saint James | 6.50 | Interoffice conference with J. Grachuk; comment on proposed agenda; meeting with client in Cambridge; travel to meeting. |

BEVERIDGE & DIAMOND, P.C.                                     INVOICE # 115325
                                                             March 12, 2007
                                                             PAGE  2

| | | | |
|---|---|---|---|
| 02/07/07 | J. Grachuk | 7.20 | Prepare for negotiation session with Town, including develop proposal to address Town concerns; review correspondence relating to environmental insurance; participate in team meeting to discuss environmental conditions at site and prepare for meeting with Town. |
| 02/07/07 | M. Goldstein | 0.40 | Telephone conference with P. Saint James regarding joint tortfeasor liability provision; research same. |
| 02/08/07 | P. Saint James | 7.00 | Attend meeting with Town, AIG and client; travel to and from meeting. |
| 02/08/07 | J. Grachuk | 8.50 | Participate in negotiation session with Town regarding environmental concerns (including travel). |
| 02/09/07 | P. Saint James | 1.50 | Meeting with J. Grachuk regarding agreement; conference call with L. Duff and J. Grachuk; e-mail to clients. |
| 02/09/07 | J. Grachuk | 0.90 | Conference with P. Saint James regarding next steps in light of negotiation meeting with Acton. |
| 02/12/07 | J. Grachuk | 1.20 | Draft and circulate to team list of environmental issues to be addressed in potential resolution with Town. |
| 02/14/07 | J. Grachuk | 0.30 | Telephone conference with P. Marks regarding audit response. |
| 02/20/07 | P. Saint James | 1.50 | Revision of summary of meeting; interoffice conference with J. Grachuk; e-mail correspondence. |
| 02/20/07 | J. Grachuk | 0.40 | Conference with P. Saint James regarding environmental provisions for settlement and next steps. |
| 02/21/07 | P. Saint James | 0.30 | E-mail correspondence regarding strategy. |
| 02/21/07 | J. Grachuk | 0.30 | Revise summary of key environmental provisions for proposed settlement and distribute to team. |
| 02/27/07 | P. Saint James | 0.20 | E-mail correspondence with L. Duff. |

Total Hours :                                    49.30

BEVERIDGE & DIAMOND, P.C.

INVOICE # 115325
March 12, 2007
PAGE  3

Total Fees :          $19,082.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 115325
March 12, 2007
PAGE  4

## Time Summary:

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Saint James | 24.50 | $425.00 | $10,412.50 |
| J. Grachuk | 24.40 | $350.00 | $8,540.00 |
| M. Goldstein | 0.40 | $325.00 | $130.00 |
| **Total Fees :** | | | $19,082.50 |
| **TOTAL DUE :** | | | $19,082.50 |