# EXHIBIT A

## (FUSRAP)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD 21044  

April 13, 2007  
Client/Matter #   01246-011548  
Invoice # 115883  
Federal ID# 52-1247549

For Legal Services Rendered Through 03/31/07 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>Curtis Bay FUSRAP Bankruptcy Claim Resolution</u>

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 03/02/07 | K. Bourdeau | 0.50 | Communications with P. Marks regarding recent settlement discussions and path forward; communications with L. Duff and M. Obradovic re same. |
| 03/02/07 | P. Marks | 1.50 | Telephone conference with J. Freeman re negotiation progress; evaluation of same and prepare evaluation for client re same and related issues. |
| 03/05/07 | K. Bourdeau | 0.75 | Strategy conference with L. Duff, M. Obradovic, and P. Marks. |
| 03/05/07 | P. Marks | 1.00 | Prepare for and conduct telephone conference with client team re settlement discussions. |
| 03/07/07 | P. Marks | 1.00 | Prepare for negotiations; communications with J. Freeman re scheduling; communications with L. Duff. |
| 03/08/07 | K. Bourdeau | 1.50 | Review and evaluate legal developments; communications with P. Marks re same. |

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  115883
                                                             April 13, 2007
                                                             PAGE   2

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 03/08/07 | P. Marks | 0.50 | Prepare for and conduct telephone conference with J. Freeman; followup notes to file; communications with K. Bourdeau re legal developments. |
| 03/09/07 | P. Marks | 1.00 | Communications with client (email and telephone). |
| 03/13/07 | K. Bourdeau | 0.25 | Conference with P. Marks re legal developments. |
| 03/13/07 | P. Marks | 4.00 | Attend meeting at Curtis Bay plant with client team re RWDA issues; telephone conference with K. Bourdeau re legal developments. |
| 03/15/07 | K. Bourdeau | 0.50 | Research re FUSRAP cases; email communications with P. Marks re technical issue. |
| 03/15/07 | P. Marks | 1.50 | Evaluate client emails and Corps positions re technical issues; research and communications with K. Bourdeau re strategy and FUSRAP information. |
| 03/16/07 | P. Marks | 0.50 | Evaluate issues; email communications with K. Bourdeau. |
| 03/19/07 | P. Marks | 1.50 | Evaluate technical and negotiation issues. |
| 03/20/07 | P. Marks | 2.00 | Evaluate technical issues, including ARARS; telephone conference with P. Bucens re same; attempt to reach J. Freeman. |
| 03/21/07 | P. Marks | 5.00 | Research and evaluation re FS and technical issues; prepare for and conduct telephone conference with P. Bucens re same; research. |
| 03/22/07 | P. Marks | 1.25 | Prepare for and conduct telephone conference with P. Bucens re FS and remedy issues. |
| 03/23/07 | K. Bourdeau | 1.00 | Review and analyze legal developments; email to P. Marks and L. Duff re same. |
| 03/26/07 | K. Bourdeau | 1.50 | Research; review of background materials from P. Bucens re Grace position on technical issues in preparation for call re same. |
| 03/26/07 | P. Marks | 3.50 | Research; evaluate issues in preparation for client calls and meetings; review legal developments. |
| 03/27/07 | K. Bourdeau | 1.50 | Conference call with Grace team and P. Marks re strategic considerations; follow up conference with P. Marks re same. |

BEVERIDGE & DIAMOND, P.C.                                      INVOICE #  115883
                                                               April 13, 2007
                                                               PAGE   3


| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 03/27/07 | P. Marks | 4.00 | Prepare for and conduct telephone conference with client team re remediation issues; telephone conference with K.Bourdeau re same; prepare for client meeting re FS ARARS. |
| 03/28/07 | K. Bourdeau | 0.25 | Email exchanges re results of P. Marks conference with J. Freeman. |
| 03/28/07 | P. Marks | 7.50 | Prepare for and conduct meeting with client team re ARARS and FS and Grace Columbia offices; telephone conference with J. Freeman; memorandum to client re same. |
| 03/30/07 | K. Bourdeau | 0.75 | Research; communication with P. Marks re same. |


                                     **Total Hours :**              44.25

                                     **Total Fees :**           $17,187.50

```
BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  115883
                                                             April 13, 2007
                                                             PAGE   4
```

**Disbursements:**

| | |
|---|---:|
| Long Distance Telephone | 51.28 |
| Travel Expenses | 27.40 |
| Air/Train Fare | 57.00 |
| Client Meeting Meals | 216.46 |
| Information Service - VENDOR: LEXISNEXIS COURT LINK-Invoice #EA270100 dated 3/1/07 for data research services | 62.92 |

                                        **Total Disbursements :**                    **$415.06**

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| K. Bourdeau | 8.50 | $550.00 | $4,675.00 |
| P. Marks | 35.75 | $350.00 | $12,512.50 |

|  |  |
|---:|---:|
| **Total Fees :** | **$17,187.50** |
| **Total Disbursements :** | **$415.06** |
| **TOTAL DUE :** | **$17,602.56** |