# EXHIBIT B

## (Bankruptcy Fee Application)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 120
45 WILLIAM STREET
WELLESLEY, MA  02481
(781) 416-5700

| | |
|---|---|
| W. R. Grace & Co. - Conn | April 13, 2007 |
| Attn: Lydia B. Duff, Esq. | Client/Matter #  01246-012629 |
| 7500 Grace Drive | Invoice # 115882 |
| Columbia, MD  21044 | Federal ID# 52-1247549 |

For Legal Services Rendered Through 03/31/07 in Connection With:

**PLEASE REMIT PAYMENT TO :**    BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>Bankruptcy Fee Application</u>

<u>Disbursements:</u>

| | |
|---|---:|
| Postage | 3.07 |
| Duplicating | 16.20 |
| **Total Disbursements :** | **$19.27** |
| **TOTAL DUE :** | **$19.27** |