# EXHIBIT C

**(Curtis Bay Works)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.  
Attn: Lydia Duff, Esq.  
Division Counsel  
7500 Grace Drive  
Columbia, MD  21044  

April 26, 2007  
Client/Matter #  01246-010001  
Invoice # 116080  
Federal ID# 52-1247549  

For Legal Services Rendered Through 03/31/07 in Connection With:

**Curtis Bay Works**

| | | | |
|---|---|---|---|
| 03/07/07 | P. Marks | 1.00 | Review technical document and communication with client re same. |

|  |  |
|---|---|
| Total Hours : | 1.00 |
| Total Fees : | $350.00 |

BEVERIDGE & DIAMOND, P.C.                              INVOICE # 116080
                                                       April 26, 2007
                                                       PAGE   2

Time Summary:

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 1.00 | $350.00 | $350.00 |
|  | **Total Fees :** | | **$350.00** |
|  | **TOTAL DUE :** | | **$350.00** |