# EXHIBIT D

# (Acton Real Estate Matter)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 120
45 WILLIAM STREET
WELLESLEY, MA  02481
(781) 416-5700

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

April 13, 2007
Client/Matter #  01246-013093
Invoice # 115877
Federal ID# 52-1247549

For Legal Services Rendered Through 03/31/07 in Connection With:

**PLEASE REMIT PAYMENT TO :**    BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>Acton Real Estate Matter</u>

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 03/06/07 | P. Saint James | 0.50 | Review of client e-mails; review of e-mail from S. Anderson regarding settlement issues; e-mail to client. |
| 03/07/07 | P. Saint James | 0.20 | E-mail correspondence. |
| 03/07/07 | J. Grachuk | 1.20 | Review proposal by Town of Acton; conference with P. Saint James and M. Goldstein regarding same. |
| 03/07/07 | M. Goldstein | 1.25 | Meeting with J. Grachuk and P. Saint James regarding comprehensive permitting issues. |
| 03/08/07 | P. Saint James | 2.50 | Interoffice conference with J. Grachuk; telephone conference with L. Duff; conference call with clients and L. Levine regarding response to counterproposal. |
| 03/08/07 | J. Grachuk | 1.00 | Prepare for and participate in team telephone conference regarding response of Town of Acton. |
| 03/08/07 | M. Goldstein | 0.75 | Telephone conference with B. Rodiger regarding 40B financial issues; telephone conference with P. Saint James. |

```
BEVERIDGE & DIAMOND, P.C.                          INVOICE # 115877
                                                   April 13, 2007
                                                   PAGE   2
```

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 03/13/07 | P. Saint James | 0.80 | Review of e-mail correspondence; instructions to J. Grachuk. |
| 03/13/07 | J. Grachuk | 0.50 | Telephone conference with L. Duff regarding revising draft settlement agreement. |
| 03/14/07 | P. Saint James | 1.00 | Review of e-mail correspondence; review of proposed business terms. |
| 03/14/07 | J. Grachuk | 4.40 | Revise draft settlement agreement to incorporate environmental terms in light of change in conceptual agreement. |
| 03/15/07 | J. Grachuk | 4.70 | Work on revising draft settlement agreement; research on potential ways to address town liability for eminent domain action and conference with M. Goldstein regarding questions on 40B regarding water supply and town authority. |
| 03/19/07 | P. Saint James | 1.00 | Telephone conference with client; instructions to J. Grachuk. |
| 03/19/07 | J. Grachuk | 4.10 | Work on settlement agreement; conference with P. Saint James. |
| 03/19/07 | M. Goldstein | 1.00 | Review issues; meeting with J. Grachuk. |
| 03/20/07 | P. Saint James | 3.00 | Revision of proposed agreement; meeting with J. Grachuk; e-mail correspondence. |
| 03/20/07 | J. Grachuk | 7.40 | Work on settlement agreement; conference with P. Saint James; review draft agreement circulated by S. Anderson; draft timeline for major milestones in Phase I. |
| 03/21/07 | P. Saint James | 2.50 | Revision of J. Grachuk e-mail to client; telephone conference with L. Delaney regarding transfer issues; research of law; meeting with J. Grachuk regarding revised agreement. |
| 03/21/07 | J. Grachuk | 5.80 | Revise settlement agreement in light of discussion with P. Saint James; brief research on liability of easement holder; revise draft agreement in light of draft circulated by S. Anderson; draft e-mail to L. Duff enclosing revised draft settlement agreement. |
| 03/29/07 | P. Saint James | 0.30 | E-mail correspondence with client regarding proposed agreement. |

```
BEVERIDGE & DIAMOND, P.C.                           INVOICE # 115877
                                                    April 13, 2007
                                                    PAGE   3


03/30/07      P. Saint James              0.30      Review of e-mail correspondence; e-mail to J.
                                                    Grachuk.



                                          Total Hours :            44.20

                                          Total Fees  :       $16,302.50
```

BEVERIDGE & DIAMOND, P.C.

INVOICE # 115877
April 13, 2007
PAGE   4

**Disbursements:**

| | |
|---|---:|
| Long Distance Telephone | 0.20 |
| Travel Expenses | 20.00 |
| Local Transportation | 12.61 |
| Local Meals | 12.92 |
| **Total Disbursements :** | **$45.73** |

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| P. Saint James | 12.10 | $425.00 | $5,142.50 |
| J. Grachuk | 29.10 | $350.00 | $10,185.00 |
| M. Goldstein | 3.00 | $325.00 | $975.00 |
| **Total Fees :** | | | **$16,302.50** |
| **Total Disbursements :** | | | **$45.73** |
| **TOTAL DUE :** | | | **$16,348.23** |