# EXHIBIT A
(Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

May 7, 2007

Bill Number 04745
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

Through March 31, 2007

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 03/01/07 | MTM | Conference with ARA re: deposition of former Grace employee (.3); telephone call from K&E counsel re: privilege motion in criminal matter (.1); receipt and review of former employee's deposition transcript and various exhibits (2.1). | 2.50 Hrs | $600.00 |
| 03/01/07 | ARA | Per MTM's request, locate former employee's deposition exhibits and produce them to him (1.3). Per RAM's request, locate expert's depositions (.4); produce and discuss depositions with MB (1.5). Return depositions to the employee library (.5). Return trade secret documents to the storage room (.5). | 4.20 Hrs | $420.00 |
| 03/02/07 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.20 Hrs | $55.00 |
| 03/02/07 | ARA | Document control. | 1.20 Hrs | $120.00 |
| 03/05/07 | ARA | Document control (5.0). Quality control documents in the repository (2.0). | 7.00 Hrs | $700.00 |
| 03/06/07 | MTM | Receipt and review of email from in-house counsel re: switch from MK-3 to MK-4 in San Francisco area (.2); review documents re: same (1.3); email to in-house counsel re: same (.4); review files from all productions to Ness Motley re: prior production of privilege logs (1.0); telephone call to ARA re: same (.2); telephone call to | 3.30 Hrs | $792.00 |

Page 1

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| | | in-house counsel re: privilege logs requested by Ness Motley in PD bankruptcy action (.2) | | |
| 03/06/07 | ARA | Quality control documents copied during PI Creditors Committee production (5.4). Per MTM's call, review files to determine if privilege logs were produced (1.0). | 6.40 Hrs | $640.00 |
| 03/07/07 | DBM | Search for documents per MTM/in-house counsel's request. | 0.80 Hrs | $196.00 |
| 03/07/07 | MTM | Receipt and review of email from in-house counsel re: jobsite search (.2); review list re: same (.4); conference with ARA re: same (.3); review documents re: same (.6); telephone call to in-house counsel re: results of jobsite search (.2); email to in-house counsel re: same (.2). | 1.90 Hrs | $456.00 |
| 03/07/07 | ARA | Quality control documents copied during PI Creditors Committee production (4.0). Per MTM's message, search for and obtain job site documents; produce documents and discussion with MTM re: same (3.5). | 7.50 Hrs | $750.00 |
| 03/08/07 | MTM | Telephone call from in-house counsel re: personnel file for former Libby employee (.1); review list and telephone call to ARA re: same (.1). | 0.20 Hrs | $48.00 |
| 03/08/07 | ARA | Per MTM's call locate Libby personnel file; prepare file for copying; oversee pick up of file by Merrill Corp. (1.1). Quality control documents in the repository. (5.5). | 6.60 Hrs | $660.00 |
| 03/09/07 | MTM | Telephone call from in-house counsel re: privilege logs requested by Motley Rice. | 0.20 Hrs | $48.00 |
| 03/09/07 | ARA | Quality control documents copied during PI Creditors Committee production. | 6.50 Hrs | $650.00 |
| 03/12/07 | ARA | Quality control documents copied during PI Creditors Committee production. | 6.50 Hrs | $650.00 |
| 03/13/07 | MTM | Receipt and review of email from in-house counsel and letter from State of California re: property damage claims discovery (.3); conference with ARA re: same (.3); exchange emails with in-house counsel re: same (.4); review list of boxes not on searchlink re: response to same (1.3). | 2.30 Hrs | $552.00 |
| 03/13/07 | ARA | Quality control documents copied during PI Creditors Committee production (6.5). Per MTM's telephone call, review list and determine number of boxes not on list (.3). | 6.80 Hrs | $680.00 |
| 03/14/07 | MTM | Work on project re: document requests from State of California (.5); email to local counsel re: same (.3); telephone call to ARA re: same (.2); receipt and review of draft responses to California discovery requests and requests themselves including request for admissions (1.5); review boxes not on searchlink at Winthrop Square with ARA re: same (2.9). | 5.40 Hrs | $1,296.00 |

Mark A. Shelnitz

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/14/07 | ARA | Quality control documents copied during PI Creditors Committee production (2.7). Per MTM's request, review documents for California jobsites (3.5). | 6.20 Hrs | $620.00 |
| 03/15/07 | RAM | Read selected documents filed in bankruptcy court. | 0.10 Hrs | $27.50 |
| 03/15/07 | MTM | Work on California jobsite search project (.3); conference with ARA re: same (.2); email to in-house counsel re: same (.2) | 0.70 Hrs | $168.00 |
| 03/15/07 | ARA | Continue review of documents for California jobsites; telephone call to MTM with results (2.0). Quality control documents in the repository (4.2). | 6.20 Hrs | $620.00 |
| 03/16/07 | MTM | Telephone call from in-house counsel re: specification for Monokote (.1); review list of resource materials at Winthrop Square re: same (.3); conference with ARA re: same (.2); review documents for in-house counsel (.5); telephone call and email to in-house counsel re: same (.3). | 1.40 Hrs | $336.00 |
| 03/16/07 | ARA | Search for specification documents, per MTM (3.3). Quality control documents in the repository (.5). Return documents to the expert library (.3). | 4.10 Hrs | $410.00 |
| 03/19/07 | RAM | Telephone conference with MTM re: OMF privilege document issue and other issues. | 0.10 Hrs | $27.50 |
| 03/19/07 | MTM | Telephone conference with RAM re: various issues. | 0.10 Hrs | $24.00 |
| 03/19/07 | ARA | Quality control documents copied during PI Creditors Committee production (4.8). Retrieve specification documents from MTM, quality control and return same to the resource library (.7). | 5.50 Hrs | $550.00 |
| 03/20/07 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.2). | 0.30 Hrs | $82.50 |
| 03/20/07 | ARA | Quality control documents copied during PI Creditors Committee production. | 6.20 Hrs | $620.00 |
| 03/21/07 | ARA | Quality control documents copied during PI Creditors Committee production. | 5.50 Hrs | $550.00 |
| 03/22/07 | DBM | Discussion with MTM re: Speights' claims (.2); search for potential source (.9); draft email to MTM with results (.2). | 1.30 Hrs | $318.50 |
| 03/22/07 | MTM | Receipt and review of documents from in-house counsel re: Speights' claims (1.2); conference with DBM re: same (.2); email response to in-house counsel re: same (.4). | 1.80 Hrs | $432.00 |
| 03/22/07 | ARA | Quality control documents copied during PI Creditors Committee production. | 6.80 Hrs | $680.00 |
| 03/23/07 | ARA | Quality control documents copied during PI Creditors Committee production. | 6.50 Hrs | $650.00 |
| 03/26/07 | ARA | Quality control documents copied during PI Creditors Committee production. | 6.50 Hrs | $650.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 03/27/07 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.30 Hrs | $82.50 |
| 03/27/07 | MTM | Review two boxes of former employee's chron files (.2); telephone call to ARA re: same (.1); receipt and review of draft response to Motley Rice discovery and comments from in-house counsel (.6); email comments to in-house counsel re: same (.3). | 1.20 Hrs | $288.00 |
| 03/27/07 | ARA | Quality control documents copied during PI Creditors Committee production (5.7). Telephone call from MTM re: determine locations of boxes (.3). | 6.00 Hrs | $600.00 |
| 03/28/07 | RAM | Telephone conference with in-house counsel re: his email requesting MA meso case files; email to MB to obtain files. | 0.20 Hrs | $55.00 |
| 03/28/07 | MTM | Review draft response to Motley Rice discovery and list of privilege logs (1.3); receipt and review of further revised draft response and email from Reed Smith counsel re: same (.9); email comments re: same (.3). | 2.50 Hrs | $600.00 |
| 03/28/07 | ARA | Quality control documents copied during PI Creditors Committee production (4.5). Discuss with MB retrieval of Massachusetts cases for RAM/WRG and search for cases in the repository (2.7). | 7.20 Hrs | $720.00 |
| 03/29/07 | RAM | Telephone conference with MB re: status of locating MA meso case files requested by in-house counsel. | 0.10 Hrs | $27.50 |
| 03/29/07 | ARA | Telephone calls to and from MB re: MA cases located and others not found; deliver located case files to the firm; search for other cases (1.3). Quality control documents copied during PI Creditors Commitee production (5.5). | 6.80 Hrs | $680.00 |
| 03/30/07 | RAM | Read selected documents filed in bankruptcy court (.6). Conference with MB re: locating meso case files for in-house counsel (.1). | 0.70 Hrs | $192.50 |
| 03/30/07 | ARA | Telephone calls to and from MB re: Massachusetts files requested by in-house counsel; prepare files for pick up and delivery to the firm (1.4). Continue search for missing case file (3.9). Quality control documents copied during PI Creditors Committee production (1.5). | 6.80 Hrs | $680.00 |

Mark A. Shelnitz

|  | | | TOTAL LEGAL SERVICES | $20,004.50 |
|---|---|---|---|---|

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 2.00 Hrs | 275/hr | $550.00 |
| DONNA B. MACKENNA | 2.10 Hrs | 245/hr | $514.50 |
| MATTHEW T. MURPHY | 23.50 Hrs | 240/hr | $5,640.00 |
| ANGELA R. ANDERSON | 133.00 Hrs | 100/hr | $13,300.00 |
| | 160.60 Hrs | | $20,004.50 |

|  | TOTAL THIS BILL | $20,004.50 |
|---|---|---|

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

May 7, 2007

Bill Number  04746
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

LEGAL SERVICES

Through March 31, 2007

| Date | Atty | Description | Time | Value |
| --- | --- | --- | --- | --- |
| 03/02/07 | RAM | Work on January fee application. | 0.70 Hrs | $192.50 |
| 03/08/07 | RAM | Work on January fee application; telephone conference with in-house counsel to answer his questions re: same. | 0.20 Hrs | $55.00 |
| 03/15/07 | RAM | Work on January fee application. | 0.30 Hrs | $82.50 |
| 03/27/07 | RAM | Work on February fee application. | 0.60 Hrs | $165.00 |
| 03/28/07 | RAM | Work on February fee application. | 0.50 Hrs | $137.50 |
| 03/29/07 | RAM | Work on February fee application. | 0.60 Hrs | $165.00 |
| 03/30/07 | RAM | Work on February fee application. | 0.10 Hrs | $27.50 |
| | | TOTAL LEGAL SERVICES | | $825.00 |

Mark A. Shelnitz

Re: Fee Applications, Applicant

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 3.00 Hrs | 275/hr | $825.00 |
| | 3.00 Hrs | | $825.00 |
| | | TOTAL THIS BILL | $825.00 |