## EXHIBIT B
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

May 7, 2007

Bill Number  04747
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through March 31, 2007

| | | |
|---|---|---|
| EXCESS POSTAGE | | $0.87 |

BOSTON CAB ASSOCIATION

| | | |
|---|---|---|
| 03/15/07 | To Grace/Cambridge from Casner and Edwards on 2/27/07 by MTM. | 32.65 |
| | | $32.65 |

FEDERAL EXPRESS

| | | |
|---|---|---|
| 03/20/07 | To W R Grace from Casner and Edwards on 02/09/07 by MTM. | 25.68 |
| 03/20/07 | To 435 5th Avenue, Reed Smith LLP from Casner and Edwards on 02/09/07 by MTM | 42.19 |
| | | $67.87 |

OUTSIDE PHOTOCOPYING

| | | |
|---|---|---|
| 03/08/07 | MERRILL COMM - Copies of documents re: formula project (2/26/07). | 12.10 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through March 31, 2007

OUTSIDE PHOTOCOPYING

| 03/08/07 | MERRILL COMM - Copy of documents for in-house counsel and Reed Smith attorney. | 300.93 | |
|---|---|---|---|
| | | | $313.03 |

PHOTOCOPYING

| 03/14/07 | 4 copies at .12 per copy | 0.48 | |
| 03/14/07 | 78 copies at .12 per copy | 9.36 | |
| 03/16/07 | 10 copies at .12 per copy | 1.20 | |
| 03/19/07 | 20 copies at .12 per copy | 2.40 | |
| | | | $13.44 |

TELEPHONE

| 03/15/07 | 329 | 6143245973 | 2.86 | |
| 03/21/07 | 329 | 6143245973 | 1.10 | |
| | | | | $3.96 |

RENT REIMBURSEMENT

| 03/01/07 | Rent and utilities for document repository at One Winthrop Square -March 2007. | 11,862.00 | |
| | | | $11,862.00 |

MISCELLANEOUS

| 03/08/07 | RECORDKEEPER ARCHIVE-Storage from 2/01/07 to 02/28/07 | 431.30 | |
| | | | $431.30 |

| | TOTAL DISBURSEMENTS | $12,725.12 |
|---|---|---|

Mark A. Shelnitz

TOTAL THIS BILL        $12,725.12

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

May 7, 2007

Bill Number  04748
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through March 31, 2007

FEDERAL EXPRESS

| | | |
|---|---|---|
| 03/20/07 | To 919 N Market St., Pachulski Stang Ziehl Young, Patricia Cuniff from Casner and Edwards on 02/13/07 by RAM | 22.20 |
| | | $22.20 |

PHOTOCOPYING

| | | |
|---|---|---|
| 03/15/07 | 83 copies at .07 per copy | 9.96 |
| | | $9.96 |

TELEPHONE

| | | | |
|---|---|---|---|
| 03/05/07 | 357 | 5613621583 | 1.30 |
| 03/05/07 | 357 | 4105314545 | 2.60 |
| 03/30/07 | 357 | 5613621583 | 1.30 |
| 03/30/07 | 357 | 4105314545 | 2.60 |
| | | | $7.80 |

Mark A. Shelnitz

| | |
|---|---|
| TOTAL DISBURSEMENTS | $39.96 |
| TOTAL THIS BILL | $39.96 |