IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## AMENDED NOTICE OF INTENTION TO TAKE DEPOSITION OF DR. JAMES MILLETTE, PH.D.

To:   ASBESTOS PROPERTY DAMAGE CLAIMANTS AND THEIR ATTORNEYS:

PLEASE TAKE NOTICE that the Debtors will take the deposition upon oral examination of James Millettte, Ph.D, before a person authorized to administer oaths, at the offices of Ogletree Deakins, 600 Peachtree Street, N.E., Suite 2100, Atlanta, Georgia 30308, on Thursday, June 7, 2007, commencing at 9:30 a.m. and continuing from day to day until complete. Dr. Millette will answer such questions as are propounded to him regarding his expert report(s) that were filed pursuant to the Amended Order Setting Various Deadlines Regarding Objections to Asbestos Property Damage Claims (dated October 13, 2006) on the lack of hazard issues as described in the 15th Omnibus Objections, and related issues. The deposition will be stenographically recorded.

The witness is requested to bring with him and produce any and all documents, writings, data and any other information as referred to in the attached list, Exhibit A.

Counsel is hereby invited to appear and take such part in the examination as may be proper.

Dated: May 15, 2007

REED SMITH LLP
James J. Restivo, Jr., Esq. (Bar No. 10113)
Lawrence Flatley, Esq. (Bar No. 21871)
Douglas E. Cameron, Esq. (Bar No. 41644)
Traci S. Rea, Esq. (Bar No. 76258)
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone: (412) 288-3131
Facsimile: (412) 288-3063

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Salvatore F. Bianca
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

and

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

By: _____
Co-Counsel for the Debtors and Debtors in Possession