# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                        EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

February 12, 2007                                               INVOICE:               215198

c/o Peter Van N. Lockwood, Esq.                        DATE:      February 12, 2007
Caplin & Drysdale                                              MATTER:      100055.WRG01
One Thomas Circle                                            INVOICE:               215198
Washington, DC 20005

**MATTER:**  CLAIMANTS COMMITTEE                                        Robert M
                                                                                            Horkovich

## PROFESSIONAL SERVICES through 01/31/07

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 01/03/07 | Evaluate information regarding insolvents. | W001 | RYC | 2.70 |
| 01/09/07 | Reviewed and revised time entries. | W011 | ACS | 0.20 |
| 01/09/07 | Analysis of overall issues regarding total insurance coverage portfolio. | W001 | RYC | 1.50 |
| 01/15/07 | Update analysis regarding insolvent coverage. | W001 | RYC | 2.20 |
| 01/17/07 | Review and comment upon fee applications. | W011 | RYC | 0.30 |
| 01/18/07 | Further time entry revisions. | W011 | ACS | 0.10 |
| 01/23/07 | Forwarded time entries to local counsel | W011 | ACS | 0.10 |
| 01/23/07 | Review and update case status and recent correspondence. | W001 | RYC | 1.30 |
| 01/30/07 | Review regarding ACE coverage issues. | W001 | RYC | 2.30 |
| 01/31/07 | Review and analysis regarding ACE coverage issues. | W001 | RYC | 1.80 |

**TOTAL FEES:**                                                                        **$5,831.50**

## FEE SUMMARY

|  | RATE | HOURS | TOTALS |
|--|------|-------|--------|
| Anne C Suffern | 210.00 | 0.40 | 84.00 |
| Robert Y Chung | 475.00 | 12.10 | 5,747.50 |
| **TOTAL FEES:** | | | **$5,831.50** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                              EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

February 12, 2007                                                INVOICE:              215198

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001          Asset Analysis and Recovery

|                        | HOURS  | TOTALS   |
|------------------------|--------|----------|
| Robert Y Chung         | 11.80  | 5,605.00 |
| **TOTAL:**             | **11.80** | **5,605.00** |

ACTIVITY CODE: W011          Fee Applications (Applicant)

|                        | HOURS  | TOTALS   |
|------------------------|--------|----------|
| Anne C Suffern         | 0.40   | 84.00    |
| Robert Y Chung         | 0.30   | 142.50   |
| **TOTAL:**             | **0.70** | **226.50** |

**TOTAL LEGAL FEES**                                                **$5,831.50**