# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                                EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

---

W.R. GRACE/CLAIMANTS COMMITTEE                          MATTER:      100055.WRG01

April 23, 2007                                          INVOICE:           216554

c/o Peter Van N. Lockwood, Esq.                         DATE:        April 23, 2007
Caplin & Drysdale                                       MATTER:      100055.WRG01
One Thomas Circle                                       INVOICE:           216554
Washington, DC 20005

**MATTER:** CLAIMANTS COMMITTEE                                              Robert M Horkovich

**PROFESSIONAL SERVICES through 03/31/07**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 03/08/07 | Policy indices reviewed for potential Highlands Ins. Co. exposure | W001 | HEG | 0.50 |
| 03/09/07 | Reviewed and revised time entries. | W011 | ACS | 0.20 |
| 03/20/07 | Review and comment upon fee applications. | W011 | RYC | 0.30 |
| 03/22/07 | Finalized and forwarded time entries to local counsel. | W011 | ACS | 0.30 |
| 03/23/07 | Began to review in-house resources re: 2005-2006 "Asbestos Losses by insurance industry." | W001 | IF | 1.00 |
| 03/23/07 | Research re: reinsurance information. | W001 | RYC | 1.20 |
| 03/26/07 | Re Grace:  E-mails Horkovich and  KPMG (.2); review files re: schemes, Walton (.3) | W001 | RMK | 0.50 |
| 03/26/07 | Research reinsurance data for impact upon settlement. | W001 | RYC | 1.00 |
| 03/28/07 | Potentially new coverage relevant to POC deadline for highlands; confirm existence of and inform R. Horkovich | W001 | HEG | 0.50 |
| 03/28/07 | Searched files and in-house resources re: Walton Insurance Ltd. and discuss w/ M. Gershman | W001 | IF | 0.30 |
| 03/28/07 | Continued to search files and in-house and on-line resources re:  "asbestos losses" information for 2005 and 2006. | W001 | IF | 1.20 |
| 03/29/07 | Continued to search files and in-house and on-line resources re:  "asbestos loss net of reinsurance." | W001 | IF | 1.40 |
| 03/29/07 | Research re: reinsurance information. | W001 | RYC | 1.70 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000** **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

|  |  |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:    100055.WRG01 |
| April 23, 2007 | INVOICE:    216554 |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 03/30/07 | Continued to follow up and search files and on-line resources re: "asbestos losses net of reinsurance" for 2005 and 2006. | W001 | IF | 1.50 |
| 03/30/07 | Research reinsurance information for coverage portfolio. | W001 | RYC | 2.50 |
| **TOTAL FEES:** | | | | **$5,081.50** |

### FEE SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| Anne C Suffern | 210.00 | 0.50 | 105.00 |
| Harris E Gershman | 225.00 | 1.00 | 225.00 |
| Izak Feldgreber | 235.00 | 5.40 | 1,269.00 |
| R M Keenan | 600.00 | 0.50 | 300.00 |
| Robert Y Chung | 475.00 | 6.70 | 3,182.50 |
| **TOTAL FEES:** | | | **$5,081.50** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                               **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W.R. GRACE/CLAIMANTS COMMITTEE                          MATTER:       100055.WRG01

April 23, 2007                                          INVOICE:           216554

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001    Asset Analysis and Recovery

|                    | HOURS | TOTALS   |
|--------------------|-------|----------|
| Harris E Gershman  | 1.00  | 225.00   |
| Izak Feldgreber    | 5.40  | 1,269.00 |
| R M Keenan         | 0.50  | 300.00   |
| Robert Y Chung     | 6.40  | 3,040.00 |
| **TOTAL:**         | **13.30** | **4,834.00** |

ACTIVITY CODE: W011    Fee Applications (Applicant)

|                    | HOURS | TOTALS   |
|--------------------|-------|----------|
| Anne C Suffern     | 0.50  | 105.00   |
| Robert Y Chung     | 0.30  | 142.50   |
| **TOTAL:**         | **0.80** | **247.50** |

**TOTAL LEGAL FEES**                                                  **$5,081.50**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                      **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

| | | |
|---|---|---:|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| April 23, 2007 | INVOICE: | 216554 |

**COSTS through 03/31/07**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---:|
| 03/08/07 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 03/08/07 | DI - PHOTOCOPYING - | E101 | 0.25 |
| 03/12/07 | DI - PHOTOCOPYING - | E101 | 0.75 |
| 03/12/07 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 03/13/07 | CLIENT - ON-LINE COMP SVC - - VENDOR: PACER AK0483  - Pacer charges | E106 | 2.40 |
| 03/27/07 | TRAVEL AND/OR HOTEL EXPS. - - VENDOR: DINER'S CLUB R.Horkovich | E110 | (161.10) |
| **TOTAL COSTS:** | | | **($156.70)** |

| WORK | DESCRIPTION | AMOUNT |
|---|---|---:|
| CM | CLIENT - ON-LINE COMP SVC | 2.40 |
| TR | TRAVEL AND/OR HOTEL EXPS. | (161.10) |
| XE | DI - PHOTOCOPYING - | 2.00 |
| | **TOTAL COSTS:** | **($156.70)** |