**EXHIBIT B**

**Case Administration (113.8 Hours; $ 23,426.00)**

      Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**         113.8

**Claim Analysis Objection & Resolution (Asbestos) (37.8 Hours; $ 30,240.00)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05**         37.8

**Claim Analysis Objection & Resolution (Non-Asbestos) (.2 Hours; $ 160.00)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .06**         .2

**Employee Benefits/Pension (.7 Hours; $ 560.00)**

      Services rendered in this category include the Debtor's benefits and severance programs and other issues relating to the Debtors' employees.

**Total Task Code .08**         .7

**Employment Applications, Others (2.1 Hours; $ 1,680.00)**

      Services rendered in this category include the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .10**         2.1

**Fee Applications, Applicant (15.9 Hours; $ 5,494.50)**

{D0086267.1 }149372DOC# 149372 v1 - 02/03/2004

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12              15.9**

**Fee Applications, Others (.2 Hours; $ 160.00)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13               .2**

**Hearings (8.2 Hours; $ 7,130.00)**

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15        8.2**

**Litigation and Litigation Consulting (1,789.0 Hours; $ 768,564.50)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16  1,789.0**

**Plan & Disclosure Statement (82.5 Hours; $ 38,021.00)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17  82.5**

**Tax Issues (18.2 Hours; $ 10,880.00)**

Services rendered in this category pertain to the identification and analysis of tax issues concerning the Debtor's estates and a possible reorganization plan.

**Total Task Code .19**          18.2

**Travel Non-working (96.0 Hours; $ 23,634.50)**

  Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21  96.0**

**Fee Auditor Matters (9.2 Hours; $ 3,906.00)**

  Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32**          9.2