**EXHIBIT C**

Other Charges:

| | |
|---|---|
| Air Freight & Express Mail | $3,273.84 |
| Outside Local Deliveries | $65.10 |
| Filing Fees | $20.00 |
| Research Material | $825.76 |
| Professional Fees & Expert Witness Fees | $80,268.51 |
| Charge of Cell and/or Home Phone Useage | $286.24 |
| Air & Train Transportation | $13,677.98 |
| Meals Related to Travel | $2,544.51 |
| Conference Meals | $221.99 |
| Court Reporting/Transcript Service | $12,371.23 |
| Outside Photocopying/Duplication Service | $10,136.77 |
| Miscellaneous: Client Advances | $1,097.01 |
| Travel Expenses - Hotel Charges | $3,414.81 |
| Travel Expenses - Ground Transportation | $1,637.23 |
| Travel Expenses - Miscellaneous | $54.74 |
| Travel Expenses - LD Calls on Hotel Bill | $29.85 |
| Local Transportation - DC | $157.60 |
| Local Transporation - NY | $117.30 |
| Database Research | $17,750.60 |
| Xeroxing | $2,391.60 |
| Postage | $2.07 |
| Telecopier/Equitrac | $92.55 |
| Long Distance-Equitrac In-House | $44.18 |
| **Total for Report** | **$150,481.47** |

{D0086268.1 }