IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., et al, | : | Case No. 01-1139 (JJF) |
| | : | |
| Debtor | : | Jointly Administered |

**NOTICE OF TWENTY-FOURTH INTERIM FEE APPLICATION REQUEST OF
CAPLIN & DRYSDALE, CHARTERED FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD JANUARY 1, 2007 THROUGH MARCH 31, 2007**

Name of Applicant:  Caplin & Drysdale, Chartered

Authorized to Provide Professional Services to:  The Official Committee of Asbestos Personal Injury Claimants

Date of Retention:  April 12, 2001

Period for which Compensation and Reimbursement is sought:  January 1, 2007 through March 31, 2007

Total Amount of Compensation sought as
actual, reasonable and necessary for applicable period: $913,856.50

Total Amount of Expense Reimbursement
sought as actual, reasonable and necessary for applicable period: $150,481.47

Total Amount of Compensation Paid as
actual, reasonable and necessary for applicable period: $731,085.20

Total Amount of Expense Reimbursement Paid
as actual, reasonable and necessary for applicable period: $150,481.47

Total Amount of Holdback Fees Sought for applicable period:  $182,771.30

{D0086270.1 }
DOC# - 170098DOC# 170098 v1 - 05/08/2006

**EXHIBIT D**

**CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD JANUARY 1, 2007 THROUGH MARCH 31, 2007**

**SUMMARY OF MONTHLY FEE AND EXPENSE STATEMENTS FOR COMPENSATION PERIOD:**

|  |  | Requested | | Paid | |
| --- | --- | --- | --- | --- | --- |
| Date Filed; Docket No. | Period Covered | Fees | Expenses | Fees | Expenses |
| 2/26/07; 2740 | 1/1/07-1/31/07 | $204,084.40 (80% of $255,105.50) | $51,706.15 | $204,084.40 (80% of $255,105.50) | $51,706.15 |
| 3/27/07; 2771 | 2/1/07-2/28/07 | $260,210.00 (80% of $325,262.50) | $19,808.70 | $260,210.00 (80% of $325,262.50) | $19,808.70 |
| 4/26/07; 2794 | 3/1/07-3/31/07 | $266,790.80 (80% of $333,488.50) | $78,966.62 | **Pending** | **Pending** |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Cumulative January to March, 2007 Hours | Cumulative January to March, 2007 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
| --- | --- | --- | --- | --- |
| Asset Analysis and Recovery | .0 | $ .00 | 10.2 | $ 7,711.50 |
| Asset Disposition | .0 | .00 | 2.6 | 1,668.00 |
| Business Operations | .0 | .00 | 17.4 | 7,615.00 |
| Case Administration | 113.8 | 23,426.00 | 2,808.4 | 680,642.50 |
| Claim Analysis Objection & Resolution (Asbestos) | 37.8 | 30,240.00 | 1,630.0 | 583,086.00 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | .2 | 160.00 | 12.9 | 7,909.50 |
| Committee, Creditors', Noteholders' or Equity Holders' | .0 | .00 | 107.0 | 64,025.00 |
| Employee Benefits/Pension | .7 | 560.00 | 14.1 | 8,567.00 |

| | | | | |
|---|---|---|---|---|
| Employment Applications, Applicant | .0 | .00 | 45.1 | 11,352.50 |
| Employment Applications, Others | 2.1 | 1,680.00 | 54.8 | 24,649.00 |
| Fee Applications, Applicant | 15.9 | 5,494.50 | 420.4 | 111,121.00 |
| Fee Applications, Others | .2 | 160.00 | 116.7 | 44,561.50 |
| Financing | .0 | .00 | 5.0 | 4,174.50 |
| Hearings | 8.2 | 7,130.00 | 148.7 | 101,208.00 |
| Litigation and Litigation Consulting | 1,789.0 | 768,564.50 | 8,819.9 | 3,334,523.00 |
| Plan & Disclosure Statement | 82.5 | 38,021.00 | 762.9 | 366,134.50 |
| Relief from Stay Proceedings | .0 | .00 | 2.6 | 1,648.00 |
| Tax Issues | 18.2 | 10,880.00 | 89.2 | 34,841.50 |
| Tax Litigation | .0 | .00 | 29.5 | 10,076.00 |
| Travel-Non-Working | 96.0 | 23,634.50 | 730.3 | 163,422.50 |
| Valuation | .0 | .00 | 5.5 | 3,775.00 |
| ZAI Science Trial | .0 | .00 | 5.9 | 1,688.00 |
| ZAI Science Trial – Expenses | .0 | .00 | .0 | .00 |
| Other | .0 | .00 | .0 | .00 |
| Accounting/Auditing (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Business Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Corporate Finance (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Data Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance Adv. Proceeding | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance – Expenses | .0 | .00 | .0 | .00 |
| Fraudulent Auditor Matters | .0 | .00 | .5 | 170.00 |
| Fee Auditor Matters | 9.2 | 3,906.00 | 46.3 | 20,195.50 |
| **Totals** | **2,173.8** | **$913,856.50** | **15,885.9** | **$5,594,765.00** |

**CUMULATIVE EXPENSE SUMMARY**

| Expense Category (Examples) | Total Expenses For The Period 1/1/07 – 3/31/07 | Total Expense From The Petition Date |
|---|---|---|
| Computer Assisted Research | $ 17,750.60 | $ 161,859.34 |
| Research Material | 825.76 | 7,450.62 |
| Air Freight & Express Mail | 3,273.84 | 15,960.48 |
| Outside Local Deliveries | 65.10 | 1,213.14 |
| Filing Fees | 20.00 | 164.75 |
| Outside Fax Service | .00 | 12.00 |
| Conference Meals | 221.99 | 3,977.44 |
| Outside Photocopy Service | 10,136.77 | 177,906.98 |
| Professional Fees & Expert Witness Fees | 80,268.51 | 324,870.46 |
| Court Reporting/Transcript Service | 12,371.23 | 21,611.31 |
| Miscellaneous Client Advances | 1,097.01 | 2,908.29 |
| Air & Train Transportation | 13,677.98 | 91,322.09 |
| Meals Related to Travel | 2,544.51 | 10,494.44 |
| Travel Expenses – Hotel Charges | 3,414.81 | 27,284.07 |
| Travel Expenses – Ground Transportation | 1,637.23 | 15,403.80 |
| Travel Expenses – Miscellaneous | 54.74 | 227.49 |
| Travel Expenses – LD Calls on Hotel Bill | 29.85 | 1,161.71 |
| Local Transportation - DC | 157.60 | 729.05 |
| Local Transportation – NY | 117.30 | 384.39 |
| Xeroxing | 2,391.60 | 58,304.95 |
| Postage | 2.07 | 186.70 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | 26.20 |
| Telecopier | 92.55 | 2,336.80 |
| Long Distance –Credit Card | .00 | 1,080.99 |
| Long Distance Telephone - DC | 44.18 | 2,055.07 |
| NYO Long Distance Telephone | .00 | 7,074.53 |
| Use of Cell/Home Phone | 286.24 | 1,168.38 |
| **TOTAL** | **$ 150,481.47** | **$ 937,175.47** |