```
Date: 03/07/07              Legal Analysis Systems, Inc.
Time: 2:00pm                                                              Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                        HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
 01/09/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.3     127.50
 #4208     communication with Eveland                            425.00
```

{D0081344.1 }

```
Date: 03/07/07            Legal Analysis Systems, Inc.
Time: 2:00pm                                                            Page 2

                    W. R. Grace


Date/Slip# Description                                      HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 01/03/07  Relles    / (07) Committee, Creditors'              0.5       212.50
 #4202     respond to Finch request re: Nicholson totals     425.00

 01/07/07  Relles    / (07) Committee, Creditors'              0.4       170.00
 #4207     email to Graham re: BMC                           425.00

 01/08/07  Ebener    / (07) Committee, Creditors'              0.2        60.00
 #4504     read emails from D. Graham on Rust follow up      300.00

 01/10/07  Ebener    / (07) Committee, Creditors'              0.4       120.00
 #4505     read email from D.Graham and reply                300.00

 01/10/07  Ebener    / (07) Committee, Creditors'              0.3        90.00
 #4506     read and reply to D. Graham email on Rust follow up 300.00

 01/10/07  Peterson  / (07) Committee, Creditors'              2.5      1750.00
 #4009     Conference call Finch, Welch, Slocumbe; prepare for 700.00
           call

 01/10/07  Relles    / (07) Committee, Creditors'              0.5       212.50
 #4210     communication with Graham re: BMC files           425.00

 01/26/07  Relles    / (07) Committee, Creditors'              3.5      1487.50
 #4235     respond to request from Inselbuch to account for  425.00
           mail-in requests

 01/29/07  Peterson  / (07) Committee, Creditors'              1.5      1050.00
 #4033     conference call with Wehner and Slocombe re:      700.00
           returned POCs and PIQs

 01/29/07  Relles    / (07) Committee, Creditors'              1.5       637.50
 #4243     conference call with Wehner and Slocombe re:      425.00
           returned POCs and PIQs

 01/31/07  Relles    / (07) Committee, Creditors'              1.6       680.00
 #4251     prepare output for Slocombe and Wehner            425.00
```

{D0081344.1 }

```
Date: 03/07/07              Legal Analysis Systems, Inc.
Time: 2:00pm                                                         Page 3

                     W. R. Grace


Date/Slip# Description                                   HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
 01/01/07  Peterson  / (28) Data Analysis                       3.8  2660.00
 #4001     Review PIQ and POC data                           700.00

 01/02/07  Relles    / (28) Data Analysis                       2.4  1020.00
 #4201     develop methods and information to access Rust image 425.00
           data

 01/03/07  Peterson  / (28) Data Analysis                       3.3  2310.00
 #4002     Review PIQ and POC data                           700.00

 01/03/07  Peterson  / (28) Data Analysis                       3.9  2730.00
 #4003     Read Slocumbe memoranda                           700.00

 01/03/07  Relles    / (28) Data Analysis                       2.0   850.00
 #4203     update information to access Rust image data     425.00

 01/04/07  Peterson  / (28) Data Analysis                       3.6  2520.00
 #4004     Read Zonolite opinion                            700.00

 01/04/07  Relles    / (28) Data Analysis                       0.6   255.00
 #4204     examine latest dvd from Kirkland-Ellis           425.00

 01/04/07  Relles    / (28) Data Analysis                       3.3  1402.50
 #4205     update information to access Rust image data     425.00

 01/05/07  Relles    / (28) Data Analysis                       1.7   722.50
 #4206     process Angelos image forms, examine contents    425.00

 01/06/07  Ebener    / (28) Data Analysis                       2.0   600.00
 #4501     audit matched records                            300.00

 01/07/07  Ebener    / (28) Data Analysis                       2.0   600.00
 #4502     complete audit of matched records                300.00

 01/07/07  Ebener    / (28) Data Analysis                       0.2    60.00
 #4503     read email from Relles on Rust follow up         300.00

 01/07/07  Peterson  / (28) Data Analysis                       3.8  2660.00
 #4005     Review Sealed Air report                         700.00

 01/08/07  Peterson  / (28) Data Analysis                       3.4  2380.00
 #4006     Review PIQ claims                                700.00

 01/08/07  Peterson  / (28) Data Analysis                       3.2  2240.00
 #4007     Review several court opinions                    700.00
```

{D0081344.1 }

```
Date: 03/07/07            Legal Analysis Systems, Inc.
Time: 2:00pm                                                         Page  4

                    W. R. Grace


Date/Slip# Description                                  HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------
 01/09/07  Peterson  / (28) Data Analysis                    3.9     2730.00
 #4008     Review memos and opinions for conference call   700.00

 01/09/07  Relles    / (28) Data Analysis                    1.9      807.50
 #4209     update image files from Rust                    425.00

 01/10/07  Peterson  / (28) Data Analysis                    0.3      210.00
 #4010     telephone Relles re: WRG's risk analysis expert 700.00

 01/10/07  Peterson  / (28) Data Analysis                    4.2     2940.00
 #4011     Work on report                                  700.00

 01/10/07  Relles    / (28) Data Analysis                    2.5     1062.50
 #4211     determine cases reviewed by Verus that were    425.00
           subsequently updated by Rust

 01/10/07  Relles    / (28) Data Analysis                    0.3      127.50
 #4212     telephone Peterson re: WRG's risk analysis expert 425.00

 01/10/07  Relles    / (28) Data Analysis                    0.6      255.00
 #4213     send email to recruit a risk analysis expert    425.00

 01/12/07  Relles    / (28) Data Analysis                    3.8     1615.00
 #4214     develop retrieval methods for updated images   425.00
           database

 01/13/07  Peterson  / (28) Data Analysis                    3.8     2660.00
 #4012     Review Verus data                              700.00

 01/13/07  Relles    / (28) Data Analysis                    2.7     1147.50
 #4215     work on extracting data from latest Rust dataset 425.00

 01/13/07  Relles    / (28) Data Analysis                    2.3      977.50
 #4216     organize latest Rust data, examine frequencies and 425.00
           listings

 01/13/07  Relles    / (28) Data Analysis                    1.8      765.00
 #4217     investigate problems with links from Rust data to 425.00
           historical dataset

 01/14/07  Peterson  / (28) Data Analysis                    6.3     4410.00
 #4013     Work on draft of report                        700.00

 01/14/07  Relles    / (28) Data Analysis                    3.5     1487.50
 #4218     process Verus data, account for all cases sent to 425.00
           Verus
```

{D0081344.1 }

```
Date: 03/07/07              Legal Analysis Systems, Inc.
Time: 2:00pm                                                           Page 5

                        W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 01/14/07  Relles    / (28) Data Analysis                       2.3    977.50
 #4219     examine links between Rust data and historical     425.00
           dataset, identify anomalies, identify incorrect Rust
           links to historical data

 01/15/07  Peterson  / (28) Data Analysis                       0.3    210.00
 #4014     Telephone Relles about additional data             700.00

 01/15/07  Peterson  / (28) Data Analysis                       3.8   2660.00
 #4015     Work on draft of report                            700.00

 01/15/07  Relles    / (28) Data Analysis                       0.3    127.50
 #4220     Telephone Peterson about additional data           425.00

 01/15/07  Relles    / (28) Data Analysis                       5.6   2380.00
 #4221     integrate image databases received in recent       425.00
           shipments

 01/15/07  Relles    / (28) Data Analysis                       2.9   1232.50
 #4222     build updated image files for cases previously     425.00
           evaluated by Verus

 01/15/07  Relles    / (28) Data Analysis                       3.6   1530.00
 #4223     work on selecting images sample for Verus review  425.00

 01/16/07  Peterson  / (28) Data Analysis                       2.8   1960.00
 #4016     Review PIQ and POC data                            700.00

 01/16/07  Peterson  / (28) Data Analysis                       2.7   1890.00
 #4017     Work on report                                     700.00

 01/16/07  Relles    / (28) Data Analysis                       4.0   1700.00
 #4224     work on selecting images sample for Verus review  425.00

 01/16/07  Relles    / (28) Data Analysis                       2.4   1020.00
 #4225     investigate using additional criteria for assessing 425.00
           images in Verus review

 01/17/07  Peterson  / (28) Data Analysis                       0.6    420.00
 #4018     telephone Relles re: additional images for Verus   700.00

 01/17/07  Peterson  / (28) Data Analysis                       3.3   2310.00
 #4019     Review PIQ data                                    700.00

 01/17/07  Relles    / (28) Data Analysis                       0.6    255.00
 #4226     telephone Peterson re: additional images for Verus 425.00
```

{D0081344.1 }

```
Date: 03/07/07            Legal Analysis Systems, Inc.
Time: 2:00pm                                                              Page 6

                      W. R. Grace


Date/Slip# Description                                       HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 01/17/07  Relles    / (28) Data Analysis                         1.6     680.00
 #4227     review logic for which image files require Verus     425.00
           processing, review instructions to Verus

 01/18/07  Peterson  / (28) Data Analysis                         0.6     420.00
 #4020     Telephone Relles re: Verus analysis                  700.00

 01/18/07  Peterson  / (28) Data Analysis                         6.7    4690.00
 #4021     Work on report                                       700.00

 01/18/07  Relles    / (28) Data Analysis                         0.8     340.00
 #4228     emails to Verus re: processing updated               425.00
           questionnaires

 01/18/07  Relles    / (28) Data Analysis                         0.6     255.00
 #4229     Telephone Peterson re: Verus analysis                425.00

 01/18/07  Relles    / (28) Data Analysis                         2.6    1105.00
 #4230     review latest PIQ and POC data                       425.00

 01/19/07  Peterson  / (28) Data Analysis                         4.3    3010.00
 #4022     Work on report                                       700.00

 01/20/07  Peterson  / (28) Data Analysis                         1.1     770.00
 #4023     Review plans for data                                700.00

 01/21/07  Peterson  / (28) Data Analysis                         0.3     210.00
 #4024     telephone Relles re: jury data                       700.00

 01/21/07  Relles    / (28) Data Analysis                         2.7    1147.50
 #4231     review jury verdict data and status of jury verdict  425.00
           analysis, identify high value cases for additional
           review

 01/21/07  Relles    / (28) Data Analysis                         0.3     127.50
 #4232     telephone Peterson re: jury verdict data             425.00

 01/21/07  Relles    / (28) Data Analysis                         1.9     807.50
 #4233     work on linking questionnaire data to historical     425.00
           database

 01/23/07  Relles    / (28) Data Analysis                         2.7    1147.50
 #4234     back up all data and programs                        425.00

 01/26/07  Peterson  / (28) Data Analysis                         1.2     840.00
 #4025     Review Verus data issues                             700.00
```

{D0081344.1 }

```
Date: 03/07/07              Legal Analysis Systems, Inc.
Time: 2:00pm                                                        Page 7

                       W. R. Grace


Date/Slip# Description                                 HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 01/26/07  Peterson  / (28) Data Analysis                    3.3   2310.00
 #4026     Work on draft of report                         700.00

 01/27/07  Peterson  / (28) Data Analysis                    5.6   3920.00
 #4027     Work on draft of report                         700.00

 01/27/07  Relles    / (28) Data Analysis                    1.8    765.00
 #4236     receive updated data from Verus, organize for   425.00
           analysis

 01/27/07  Relles    / (28) Data Analysis                    4.7   1997.50
 #4237     account for differences between BMC requests and 425.00
           what is received

 01/28/07  Peterson  / (28) Data Analysis                    0.5    350.00
 #4028     Telephone Relles about responses to PIQ, POC    700.00

 01/28/07  Peterson  / (28) Data Analysis                    0.8    560.00
 #4029     Review analysis of responses                    700.00

 01/28/07  Peterson  / (28) Data Analysis                    4.2   2940.00
 #4030     Work on draft of report                         700.00

 01/28/07  Relles    / (28) Data Analysis                    3.6   1530.00
 #4238     summarize POC and PIQ form receipt status       425.00

 01/28/07  Relles    / (28) Data Analysis                    0.5    212.50
 #4239     Telephone Peterson about responses to PIQ, POC  425.00

 01/29/07  Peterson  / (28) Data Analysis                    0.7    490.00
 #4031     telephone Relles re: status of linking          700.00

 01/29/07  Peterson  / (28) Data Analysis                    0.7    490.00
 #4032     Review relationships among databases            700.00

 01/29/07  Peterson  / (28) Data Analysis                    0.5    350.00
 #4034     Review further anlayses of PIQ POC responses    700.00

 01/29/07  Peterson  / (28) Data Analysis                    2.1   1470.00
 #4035     Work on report                                  700.00

 01/29/07  Relles    / (28) Data Analysis                    5.4   2295.00
 #4240     work on linking historical database with PIQ and POC 425.00
           forms by name
```

{D0081344.1 }

```
Date: 03/07/07              Legal Analysis Systems, Inc.
Time: 2:00pm                                                          Page 8

                    W. R. Grace


Date/Slip# Description                                     HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 01/29/07  Relles    / (28) Data Analysis                      1.6      680.00
 #4241     summarize status of linking for Peterson discussion 425.00

 01/29/07  Relles    / (28) Data Analysis                      0.7      297.50
 #4242     telephone Peterson re: status of linking           425.00

 01/30/07  Peterson  / (28) Data Analysis                      1.2      840.00
 #4036     Telephone Relles (.4) re: data on PIQ POC responses;700.00
           review same (.8)

 01/30/07  Peterson  / (28) Data Analysis                      6.4     4480.00
 #4037     Work on report                                     700.00

 01/30/07  Relles    / (28) Data Analysis                      4.5     1912.50
 #4244     work on linking historical database with PIQ and POC 425.00
           forms

 01/30/07  Relles    / (28) Data Analysis                      1.2      510.00
 #4245     Telephone Peterson re: data on PIQ POC responses   425.00

 01/30/07  Relles    / (28) Data Analysis                      2.0      850.00
 #4246     prepare lists of nonresponding claimants, revise   425.00
           methods for linking historical and Rust databases by
           name

 01/30/07  Relles    / (28) Data Analysis                      2.3      977.50
 #4247     prepare summaries for Peterson and Caplin-Drysdale 425.00
           discussions

 01/31/07  Peterson  / (28) Data Analysis                      0.5      350.00
 #4038     telephone Relles re: reports for Caplin-Drysdale   700.00
           attorneys

 01/31/07  Peterson  / (28) Data Analysis                      1.2      840.00
 #4039     telephone Relles re: review linking methods,       700.00
           results, and output for Caplin-Drysdale attorneys

 01/31/07  Peterson  / (28) Data Analysis                      2.5     1750.00
 #4040     Review data on PIQ POC responses                   700.00

 01/31/07  Relles    / (28) Data Analysis                      0.5      212.50
 #4248     telephone Peterson re: reports for Caplin-Drysdale 425.00
           attorneys

 01/31/07  Relles    / (28) Data Analysis                      3.2     1360.00
 #4249     update historical database and PIQ/POC link        425.00
```

{D0081344.1 }

```
Date: 03/07/07            Legal Analysis Systems, Inc.
Time: 2:00pm                                                          Page 9

                   W. R. Grace


Date/Slip# Description                                     HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 01/31/07  Relles   / (28) Data Analysis                         2.7   1147.50
 #4250     prepare lists of nonresponding claimants, revise    425.00
           methods for linking historical and Rust databases by
           name

 01/31/07  Relles   / (28) Data Analysis                         1.2    510.00
 #4252     telephone Peterson re: review linking methods,      425.00
           results, and output for Caplin-Drysdale attorneys
-------------------------------------------------------------------------------
```

{D0081344.1 }

```
Date: 03/07/07              Legal Analysis Systems, Inc.
Time: 2:00pm                                                        Page 10

                           W. R. Grace

                Summary Of Time Charges, By Month and Activity
                        January 2007 - January 2007

   MONTH       ACTIVITY                                        HOURS    AMOUNT
   ------------------------------------------------------------------------
   January   - (05) Claims Anal Objectn/Resolutn (Asbest)        0.3    127.50
   January   - (07) Committee, Creditors'                       12.9   6470.00
   January   - (28) Data Analysis                              205.8 114825.00
   January   - (99) Total                                      219.0 121422.50

   Total     - (05) Claims Anal Objectn/Resolutn (Asbest)        0.3    127.50
   Total     - (07) Committee, Creditors'                       12.9   6470.00
   Total     - (28) Data Analysis                              205.8 114825.00
   Total     - (99) Total                                      219.0 121422.50

   ------------------------------------------------------------------------
```

{D0081344.1 }

```
Date: 03/07/07              Legal Analysis Systems, Inc.
Time: 2:00pm                                                              Page 11

                         W. R. Grace

                Summary Of Time Charges, By Month and Person
                        January 2007 - January 2007

  MONTH       PERSON                                           HOURS     AMOUNT
  ----------------------------------------------------------------------------
  January   - Relles                                           108.5   46112.50
  January   - Peterson                                         105.4   73780.00
  January   - Ebener                                             5.1    1530.00
  January   - Total                                            219.0  121422.50

  Total     - Relles                                           108.5   46112.50
  Total     - Peterson                                         105.4   73780.00
  Total     - Ebener                                             5.1    1530.00
  Total     - Total                                            219.0  121422.50

  ----------------------------------------------------------------------------
```

{D0081344.1 }

```
Date: 03/07/07            Legal Analysis Systems, Inc.
Time: 2:00pm                                                            Page 12

                    W. R. Grace

            Summary Of Time Charges, By Activity, Month, and Person
                        January 2007 - January 2007

 MONTH       PERSON                              HOURS     RATE     AMOUNT
 ----------------------------------------------------------------------------
 (05) Claims Anal Objectn/Resolutn (Asbest)

 January   - Relles                                0.3     425.       127.50

 (07) Committee, Creditors'

 January   - Relles                                8.0     425.      3400.00
 January   - Peterson                              4.0     700.      2800.00
 January   - Ebener                                0.9     300.       270.00

 (28) Data Analysis

 January   - Relles                              100.2     425.     42585.00
 January   - Peterson                            101.4     700.     70980.00
 January   - Ebener                                4.2     300.      1260.00

 ----------------------------------------------------------------------------
```

{D0081344.1 }