```
Date: 03/28/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                              Page 1


                     W. R. Grace, Inc. % Elihu Inselbuch
                     Caplin & Drysdale
                     399 Park Avenue, 27th Floor
                     New York, New York 10022


Date/Slip# Description                                     HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 02/15/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.6    255.00
 #4260     Telephone Biggs re: data problems                     425.00

 02/21/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.4    170.00
 #4282     Email Biggs re: problems with history file/Rust        425.00
           identifiers

 02/28/07  Ebener    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.2     60.00
 #4536     Telephone Eveland about new sample coding              300.00
```

{D0082123.1 }

```
Date: 03/28/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                           Page 2

                    W. R. Grace


Date/Slip# Description                                      HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 02/01/07  Relles    / (07) Committee, Creditors'                0.3      127.50
 #4201     Develop list of jurisdictions for Graham, send email 425.00

 02/01/07  Relles    / (07) Committee, Creditors'                0.4      170.00
 #4202     Respond to Finch queries re: Verus                  425.00

 02/01/07  Relles    / (07) Committee, Creditors'                0.5      212.50
 #4206     Email status summaries to Inselbuch et al           425.00

 02/02/07  Peterson  / (07) Committee, Creditors'                1.7     1190.00
 #4005     Conference call with Slocombe, Wehner and Finch re: 700.00
           status of claims received

 02/02/07  Relles    / (07) Committee, Creditors'                1.7      722.50
 #4210     Conference call with Slocombe, Wehner and Finch re: 425.00
           status of claims received

 02/06/07  Relles    / (07) Committee, Creditors'                0.3      127.50
 #4216     Telephone Wehner re: spreadsheets                   425.00

 02/09/07  Relles    / (07) Committee, Creditors'                0.8      340.00
 #4232     Respond to Finch request re: new Rust data          425.00

 02/09/07  Relles    / (07) Committee, Creditors'                0.5      212.50
 #4233     Respond to Finch request re: number of image page 3
           provided

 02/10/07  Relles    / (07) Committee, Creditors'                0.3      127.50
 #4235     Email correspondence with Wehner                    425.00

 02/13/07  Relles    / (07) Committee, Creditors'                1.0      425.00
 #4249     Compose summary memorandum to Wehner                425.00
           (Caplin-Drysdale)

 02/13/07  Relles    / (07) Committee, Creditors'                0.5      212.50
 #4250     Telephone Wehner re: law firm results               425.00

 02/14/07  Relles    / (07) Committee, Creditors'                0.3      127.50
 #4254     Communication with Finch re: additional samples     425.00

 02/14/07  Relles    / (07) Committee, Creditors'                0.3      127.50
 #4256     Telephone Wehner re: law firm results               425.00

 02/16/07  Relles    / (07) Committee, Creditors'                0.5      212.50
 #4263     Telephone Wehner re: law firm results               425.00
```

{D0082123.1 }

```
Date: 03/28/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                              Page 4

                       W. R. Grace


Date/Slip# Description                                    HOURS/RATE     AMOUNT
-------------------------------------------------------------------------------
 02/20/07  Relles    / (07) Committee, Creditors'              0.3       127.50
 #4276     Telephone Wehner re: Cupit cases                  425.00

 02/26/07  Relles    / (07) Committee, Creditors'              0.8       340.00
 #4299     Telephone Wehner re: law firm responses           425.00

 02/28/07  Peterson  / (07) Committee, Creditors'              0.5       350.00
 #4048     Email Finch re: responses to PIQ                  700.00

 02/28/07  Peterson  / (07) Committee, Creditors'              0.5       350.00
 #4049     Email correspondence with Finch re: responses to PIQ 700.00

 02/28/07  Relles    / (07) Committee, Creditors'              0.4       170.00
 #4304     Telephone Wehner re: flow charts                  425.00
```

{D0082123.1 }

```
Date: 03/28/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                               Page 5

                     W. R. Grace


Date/Slip#  Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
02/01/07    Ebener    / (28) Data Analysis                       0.2       60.00
#4501       Exchange email with Relles about Verus coding     300.00
            documentation

02/01/07    Peterson  / (28) Data Analysis                       3.2     2240.00
#4001       Review Debtor's PIQ data and sampling             700.00

02/01/07    Peterson  / (28) Data Analysis                       0.5      350.00
#4002       Telephone Relles re: Debtor's PIQ data and sampling 700.00

02/01/07    Peterson  / (28) Data Analysis                       1.5     1050.00
#4003       Review responses to discovery requests by law firm 700.00
            (1.0); telephone Relles (.5)

02/01/07    Peterson  / (28) Data Analysis                       1.0      700.00
#4004       Draft notes of summary PIQ filing information by law 700.00
            firm

02/01/07    Relles    / (28) Data Analysis                       2.6     1105.00
#4203       Do further names match cleanup                    425.00

02/01/07    Relles    / (28) Data Analysis                       1.3      552.50
#4204       Prepare list of cases not received, by lawfirm and 425.00
            PIQ/POC status

02/01/07    Relles    / (28) Data Analysis                       1.7      722.50
#4205       Prepare counts of cases not received, by law firm 425.00
            and PIQ/POC status

02/01/07    Relles    / (28) Data Analysis                       0.5      212.50
#4207       Telephone Peterson re: Debtor's PIQ data and      425.00
            sampling

02/01/07    Relles    / (28) Data Analysis                       0.5      212.50
#4208       Telephone Peterson re: responses to discovery     425.00
            requests by law firm

02/02/07    Ebener    / (28) Data Analysis                       0.2       60.00
#4502       Telephone Relles, Peterson about status of        300.00
            duplicates verification

02/02/07    Peterson  / (28) Data Analysis                       1.2      840.00
#4006       Review data files for conference call             700.00

02/02/07    Peterson  / (28) Data Analysis                       2.6     1820.00
#4007       Meet with Relles to discuss non-responders        700.00
```

{D0082123.1 }

```
Date: 03/28/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                            Page 6

                    W. R. Grace


Date/Slip# Description                                       HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
 02/02/07  Peterson  / (28) Data Analysis                         1.3     910.00
 #4008     Review Verus instructions                            700.00

 02/02/07  Peterson  / (28) Data Analysis                         0.2     140.00
 #4009     Telephone Relles, Ebener about status of duplicates  700.00
           verification

 02/02/07  Relles    / (28) Data Analysis                         0.2      85.00
 #4209     Telephone Ebener, Peterson about status of           425.00
           duplicates verification

 02/02/07  Relles    / (28) Data Analysis                         1.8     765.00
 #4211     Back up data and programs                            425.00

 02/02/07  Relles    / (28) Data Analysis                         2.6    1105.00
 #4212     Meet with Peterson to discuss non-responders         425.00

 02/04/07  Peterson  / (28) Data Analysis                         2.6    1820.00
 #4010     Work on report                                       700.00

 02/05/07  Ebener    / (28) Data Analysis                         0.2      60.00
 #4503     Review email instructions from Peterson about next  300.00
           steps on Verus Analysis

 02/05/07  Ebener    / (28) Data Analysis                         0.7     210.00
 #4504     Update duplicates check file                         300.00

 02/05/07  Peterson  / (28) Data Analysis                         3.2    2240.00
 #4011     Review December draft of report                     700.00

 02/05/07  Peterson  / (28) Data Analysis                         1.3     910.00
 #4012     Work on report                                       700.00

 02/05/07  Peterson  / (28) Data Analysis                         1.4     980.00
 #4013     Review issues and data on PIQ response rates        700.00

 02/05/07  Relles    / (28) Data Analysis                         3.0    1275.00
 #4213     Develop spreadsheets for law firm contacts          425.00

 02/06/07  Peterson  / (28) Data Analysis                         0.3     210.00
 #4014     Telephone Relles re: spreadsheets                   700.00

 02/06/07  Peterson  / (28) Data Analysis                         8.6    6020.00
 #4015     Work on report                                       700.00
```

{D0082123.1 }

```
Date: 03/28/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                              Page 7

                        W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 02/06/07  Relles    / (28) Data Analysis                     2.2      935.00
 #4214     Revise spreadsheets for law firm contact         425.00

 02/06/07  Relles    / (28) Data Analysis                     1.7      722.50
 #4215     Develop new spreadsheets for law firm            425.00
           contacts--cases not in history file

 02/06/07  Relles    / (28) Data Analysis                     0.3      127.50
 #4217     Telephone Peterson re: spreadsheets              425.00

 02/07/07  Ebener    / (28) Data Analysis                     0.4      120.00
 #4505     Telephone Relles re: jury verdict data cleanup   300.00

 02/07/07  Ebener    / (28) Data Analysis                     0.5      150.00
 #4506     Check duplicates file update and email file to   300.00
           Relles

 02/07/07  Peterson  / (28) Data Analysis                     0.5      350.00
 #4016     Telephone Relles re: trends in jury verdicts     700.00

 02/07/07  Peterson  / (28) Data Analysis                    12.7     8890.00
 #4017     Work on report                                   700.00

 02/07/07  Relles    / (28) Data Analysis                     1.0      425.00
 #4218     Wrg review status of jury verdict data           425.00

 02/07/07  Relles    / (28) Data Analysis                     0.4      170.00
 #4219     Telephone Ebener re: jury verdict data cleanup   425.00

 02/07/07  Relles    / (28) Data Analysis                     1.3      552.50
 #4220     Estimate trends in jury verdicts                 425.00

 02/07/07  Relles    / (28) Data Analysis                     0.6      255.00
 #4221     Summarize trends for Peterson discussion         425.00

 02/07/07  Relles    / (28) Data Analysis                     0.5      212.50
 #4222     Telephone Peterson re: trends in jury verdicts   425.00

 02/07/07  Relles    / (28) Data Analysis                     1.9      807.50
 #4223     Work on linking history and Rust data files      425.00

 02/07/07  Relles    / (28) Data Analysis                     2.5     1062.50
 #4224     Develop and clean up additional lists of attorney 425.00
           and claimant responses to questionnaire
```

{D0082123.1 }

```
Date: 03/28/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                            Page 8

                        W. R. Grace


Date/Slip# Description                                 HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 02/07/07  Relles    / (28) Data Analysis                    2.4    1020.00
 #4225     Work on linking history and Rust data files     425.00

 02/08/07  Ebener    / (28) Data Analysis                    0.2      60.00
 #4507     Telephone Relles re: status of updated file     300.00

 02/08/07  Peterson  / (28) Data Analysis                   13.9    9730.00
 #4018     Work on report                                  700.00

 02/08/07  Peterson  / (28) Data Analysis                    0.8     560.00
 #4019     Telephone Relles re: stale claims analysis      700.00

 02/08/07  Relles    / (28) Data Analysis                    0.2      85.00
 #4226     Telephone Ebener re: status of updated file     425.00

 02/08/07  Relles    / (28) Data Analysis                    1.4     595.00
 #4227     Work on additional lists of attorney and        425.00
           claimant responses to questionnaire

 02/08/07  Relles    / (28) Data Analysis                    2.3     977.50
 #4228     Perform stale claims analysis                   425.00

 02/08/07  Relles    / (28) Data Analysis                    0.8     340.00
 #4229     Telephone Peterson re: stale claims analysis    425.00

 02/09/07  Peterson  / (28) Data Analysis                   10.9    7630.00
 #4020     Work on report                                  700.00

 02/09/07  Peterson  / (28) Data Analysis                    2.3    1610.00
 #4021     Review emails re: PIQ data; review data         700.00

 02/09/07  Relles    / (28) Data Analysis                    2.4    1020.00
 #4230     Update Rust data files, check consistency with  425.00
           history file

 02/09/07  Relles    / (28) Data Analysis                    1.3     552.50
 #4231     Run tabulations for C-D attorneys, summarize    425.00
           and send

 02/10/07  Peterson  / (28) Data Analysis                   13.4    9380.00
 #4022     Work on report                                  700.00

 02/10/07  Relles    / (28) Data Analysis                    1.6     680.00
 #4234     Review latest Rust data files, arrange for      425.00
           converting data to usable form
```

{D0082123.1 }

```
Date: 03/28/07             Legal Analysis Systems, Inc.
Time: 10:00am                                                        Page 9

                    W. R. Grace


Date/Slip# Description                                     HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
02/11/07   Ebener    / (28) Data Analysis                       0.2       60.00
#4508      Telephone Relles re: remaining audit cases         300.00

02/11/07   Peterson  / (28) Data Analysis                      12.8     8960.00
#4023      Work on report                                     700.00

02/11/07   Peterson  / (28) Data Analysis                       0.3      210.00
#4024      Telephone Relles about various databases           700.00

02/11/07   Relles    / (28) Data Analysis                       0.9      382.50
#4236      Set up latest Rust shipment for conversion to usable 425.00
           formats

02/11/07   Relles    / (28) Data Analysis                       1.2      510.00
#4237      Rerun projections eliminating stale claims         425.00

02/11/07   Relles    / (28) Data Analysis                       1.2      510.00
#4238      Review report, review data and projections for    425.00
           consistency

02/11/07   Relles    / (28) Data Analysis                       2.5     1062.50
#4239      Create analytical databases from latest Rust      425.00
           shipment

02/11/07   Relles    / (28) Data Analysis                       0.2       85.00
#4240      Telephone Ebener re: remaining audit cases        425.00

02/11/07   Relles    / (28) Data Analysis                       0.3      127.50
#4241      Telephone Peterson about various databases        425.00

02/12/07   Peterson  / (28) Data Analysis                       0.3      210.00
#4025      Telephone Relles re: discuss conference call      700.00

02/12/07   Peterson  / (28) Data Analysis                       1.0      700.00
#4026      Conference call with Caplin-Drysdale and Orrick   700.00
           attorneys

02/12/07   Peterson  / (28) Data Analysis                       9.1     6370.00
#4027      Work on report                                    700.00

02/12/07   Relles    / (28) Data Analysis                       1.8      765.00
#4242      Prepare summaries of latest Rust shipment for     425.00
           conference call

02/12/07   Relles    / (28) Data Analysis                       0.3      127.50
#4243      Telephone Peterson re: discuss conference call    425.00
```

{D0082123.1 }

```
Date: 03/28/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                        Page 10

                       W. R. Grace


Date/Slip# Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 02/12/07  Relles    / (28) Data Analysis                      1.0     425.00
 #4244     Conference call with Caplin-Drysdale and Orrick   425.00
           attorneys

 02/12/07  Relles    / (28) Data Analysis                      2.6    1105.00
 #4245     Work on draft of report                           425.00

 02/12/07  Relles    / (28) Data Analysis                      1.4     595.00
 #4246     Investigate disappearance of cases in latest Rust 425.00
           shipment

 02/12/07  Relles    / (28) Data Analysis                      1.0     425.00
 #4247     Compose summary tables for attorneys re: latest Rust 425.00
           shipment

 02/13/07  Ebener    / (28) Data Analysis                      4.0    1200.00
 #4509     Audit discrepant cases                            300.00

 02/13/07  Peterson  / (28) Data Analysis                      0.2     140.00
 #4028     Review tabulations of PIQ claims                  700.00

 02/13/07  Peterson  / (28) Data Analysis                      0.3     210.00
 #4029     Review emails involving PIQ tabulations           700.00

 02/13/07  Peterson  / (28) Data Analysis                     11.2    7840.00
 #4030     Work on report                                    700.00

 02/13/07  Relles    / (28) Data Analysis                      2.5    1062.50
 #4248     Investigate problems with PIQ data table sent by 425.00
           Rust

 02/14/07  Ebener    / (28) Data Analysis                      0.2      60.00
 #4510     Email Relles about status of case audit           300.00

 02/14/07  Ebener    / (28) Data Analysis                      4.0    1200.00
 #4511     Audit discrepant cases                            300.00

 02/14/07  Peterson  / (28) Data Analysis                      0.8     560.00
 #4031     Telephone Relles re: parameters for draft report, 700.00
           new cases for review

 02/14/07  Peterson  / (28) Data Analysis                     12.3    8610.00
 #4032     Work on report                                    700.00
```

{D0082123.1 }

```
Date: 03/28/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                        Page 11

                             W. R. Grace


Date/Slip# Description                                    HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
 02/14/07  Relles    / (28) Data Analysis                     1.0      425.00
 #4251     Update increasing model parameters using latest  425.00
           Manville data

 02/14/07  Relles    / (28) Data Analysis                     0.8      340.00
 #4252     Telephone Peterson re: parameters for draft report, 425.00
           new cases for review

 02/14/07  Relles    / (28) Data Analysis                     0.3      127.50
 #4253     Communication with Verus re: additional samples  425.00

 02/14/07  Relles    / (28) Data Analysis                     1.7      722.50
 #4255     Work on fixing jury verdict data problems        425.00

 02/14/07  Relles    / (28) Data Analysis                     2.8     1190.00
 #4257     Update files for Verus samples                  425.00

 02/15/07  Ebener    / (28) Data Analysis                     0.4      120.00
 #4512     Telephone Relles re: jury verdict data problems  300.00

 02/15/07  Ebener    / (28) Data Analysis                     8.0     2400.00
 #4513     Audit discrepant cases and send file to Relles   300.00

 02/15/07  Ebener    / (28) Data Analysis                     0.1       30.00
 #4514     Email Peterson with question about case award    300.00

 02/15/07  Ebener    / (28) Data Analysis                     0.3       90.00
 #4515     Email Relles and Peterson about decision rules for 300.00
           audit

 02/15/07  Ebener    / (28) Data Analysis                     0.2       60.00
 #4516     Look up code for shared damages and email to Relles 300.00

 02/15/07  Peterson  / (28) Data Analysis                    14.2     9940.00
 #4033     Work on report                                   700.00

 02/15/07  Relles    / (28) Data Analysis                     2.5     1062.50
 #4258     Analyze discrepancies between history files and Rust 425.00
           data

 02/15/07  Relles    / (28) Data Analysis                     1.4      595.00
 #4259     Select additional samples of claims for Verus review 425.00

 02/15/07  Relles    / (28) Data Analysis                     0.4      170.00
 #4261     Telephone Ebener re: jury verdict data problems  425.00
```

{D0082123.1 }

```
Date: 03/28/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                           Page 12

                          W. R. Grace


Date/Slip# Description                                     HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 02/15/07  Relles    / (28) Data Analysis                        1.7     722.50
 #4262     Work on fixing jury verdict data problems           425.00

 02/16/07  Ebener    / (28) Data Analysis                        1.0     300.00
 #4517     Update audit file and resend to Relles              300.00

 02/16/07  Ebener    / (28) Data Analysis                        0.1      30.00
 #4518     Incorporate case resolution from Peterson           300.00

 02/16/07  Peterson  / (28) Data Analysis                       12.4    8680.00
 #4034     Work on report                                      700.00

 02/16/07  Relles    / (28) Data Analysis                        0.8     340.00
 #4264     Select samples of claims reviewed by Verus for      425.00
           shipment to attorneys

 02/16/07  Relles    / (28) Data Analysis                        2.3     977.50
 #4265     Run new tabulations and projections for draft report 425.00

 02/16/07  Relles    / (28) Data Analysis                        2.0     850.00
 #4266     Develop tables for draft report                     425.00

 02/16/07  Relles    / (28) Data Analysis                        3.4    1445.00
 #4267     Work on text of draft report                        425.00

 02/16/07  Relles    / (28) Data Analysis                        2.5    1062.50
 #4268     Update jury verdict data files                      425.00

 02/17/07  Ebener    / (28) Data Analysis                        0.5     150.00
 #4519     Review file dups3 from Relles                       300.00

 02/17/07  Peterson  / (28) Data Analysis                        1.5    1050.00
 #4035     Telephone Relles re: additional modifications to    700.00
           draft report

 02/17/07  Peterson  / (28) Data Analysis                        1.0     700.00
 #4036     Telephone Relles re: review work done on draft      700.00
           report

 02/17/07  Peterson  / (28) Data Analysis                        0.3     210.00
 #4037     Telephone Relles re: stale claims results           700.00

 02/17/07  Peterson  / (28) Data Analysis                       10.3    7210.00
 #4038     Work on report                                      700.00
```

{D0082123.1 }

```
Date: 03/28/07            Legal Analysis Systems, Inc.
Time: 10:00am                                                              Page 13

                          W. R. Grace


Date/Slip# Description                                     HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 02/17/07  Relles    / (28) Data Analysis                        1.5    637.50
 #4269     Telephone Peterson re: additional modifications to  425.00
           draft report

 02/17/07  Relles    / (28) Data Analysis                        1.0    425.00
 #4270     Telephone Peterson re: review work done on draft    425.00
           report

 02/17/07  Relles    / (28) Data Analysis                        2.0    850.00
 #4271     Review jury verdict analysis in draft report        425.00

 02/17/07  Relles    / (28) Data Analysis                        1.6    680.00
 #4272     Update analytical files based on stale claims       425.00
           analysis

 02/17/07  Relles    / (28) Data Analysis                        0.3    127.50
 #4273     Telephone Peterson re: stale claims results         425.00

 02/17/07  Relles    / (28) Data Analysis                        0.7    297.50
 #4274     Back up files                                       425.00

 02/18/07  Peterson  / (28) Data Analysis                        8.7   6090.00
 #4039     Work on report                                      700.00

 02/19/07  Peterson  / (28) Data Analysis                        7.2   5040.00
 #4040     Work on report                                      700.00

 02/20/07  Peterson  / (28) Data Analysis                        0.4    280.00
 #4041     Telephone Relles re: status of report               700.00

 02/20/07  Peterson  / (28) Data Analysis                        5.5   3850.00
 #4042     Work on report                                      700.00

 02/20/07  Relles    / (28) Data Analysis                        0.4    170.00
 #4275     Telephone Peterson re: status of report             425.00

 02/20/07  Relles    / (28) Data Analysis                        0.4    170.00
 #4277     Review Kananian case                                425.00

 02/20/07  Relles    / (28) Data Analysis                        0.8    340.00
 #4278     Develop graphic displays for stale claims section  425.00

 02/20/07  Relles    / (28) Data Analysis                        0.7    297.50
 #4279     Develop additional graphic displays for report     425.00
```

{D0082123.1 }

```
Date: 03/28/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 14

                      W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 02/20/07   Relles    / (28) Data Analysis                    2.5      1062.50
 #4280      Update tables for report                        425.00

 02/20/07   Relles    / (28) Data Analysis                    4.5      1912.50
 #4281      Work on text of report                          425.00

 02/21/07   Brelsford / (28) Data Analysis                    0.4        88.00
 #4701      correspondence with Relles re: duplicates       220.00
            identification, names matching

 02/21/07   Brelsford / (28) Data Analysis                    1.8       396.00
 #4702      work on duplicates identification, names matching 220.00

 02/21/07   Peterson  / (28) Data Analysis                    1.8      1260.00
 #4043      Telephone Relles (several) re: report           700.00

 02/21/07   Peterson  / (28) Data Analysis                    6.2      4340.00
 #4044      Work on report                                  700.00

 02/21/07   Relles    / (28) Data Analysis                    0.4       170.00
 #4283      correspondence with Brelsford re: duplicates    425.00
            identification, names matching

 02/21/07   Relles    / (28) Data Analysis                    2.6      1105.00
 #4284      Fix tables in report                            425.00

 02/21/07   Relles    / (28) Data Analysis                    2.8      1190.00
 #4285      Update graphics in report                       425.00

 02/21/07   Relles    / (28) Data Analysis                    4.6      1955.00
 #4286      Work on text for report                         425.00

 02/21/07   Relles    / (28) Data Analysis                    1.5       637.50
 #4287      Implement "medium" stepdown model               425.00

 02/21/07   Relles    / (28) Data Analysis                    1.8       765.00
 #4288      Telephone Peterson (several) re: report         425.00

 02/22/07   Brelsford / (28) Data Analysis                    2.0       440.00
 #4703      work on duplicates identification, names matching 220.00

 02/22/07   Peterson  / (28) Data Analysis                    1.0       700.00
 #4045      Telephone Relles (several calls) re: status of  700.00
            report
```

{D0082123.1 }

```
Date: 03/28/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 15

                    W. R. Grace


Date/Slip#  Description                                    HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 02/22/07   Peterson  / (28) Data Analysis                       3.2   2240.00
 #4046      Work on report                                    700.00

 02/22/07   Relles    / (28) Data Analysis                       1.5    637.50
 #4289      Work on graphics for report                       425.00

 02/22/07   Relles    / (28) Data Analysis                       1.8    765.00
 #4290      Summarize liquidated claims for report            425.00

 02/22/07   Relles    / (28) Data Analysis                       0.9    382.50
 #4291      Rerun models with alternative payment rate        425.00
            assumptions

 02/22/07   Relles    / (28) Data Analysis                       3.5   1487.50
 #4292      Work on text of report, work on integrating output 425.00
            into report

 02/22/07   Relles    / (28) Data Analysis                       1.0    425.00
 #4293      Telephone Peterson (several calls) re: status of  425.00
            report

 02/23/07   Relles    / (28) Data Analysis                       1.5    637.50
 #4294      Process latest data from Rust                     425.00

 02/24/07   Ebener    / (28) Data Analysis                       0.2     60.00
 #4520      Email Relles about residual duplicates to update  300.00

 02/24/07   Ebener    / (28) Data Analysis                       0.5    150.00
 #4521      Review file of residual duplicates from Relles    300.00

 02/24/07   Ebener    / (28) Data Analysis                       0.1     30.00
 #4522      Review email from Peterson about report           300.00

 02/24/07   Peterson  / (28) Data Analysis                       2.6   1820.00
 #4047      Work on sensitivity analysis for report           700.00

 02/24/07   Relles    / (28) Data Analysis                       1.2    510.00
 #4295      Process latest data from Rust                     425.00

 02/25/07   Brelsford / (28) Data Analysis                       2.0    440.00
 #4704      work on duplicates identification, names matching 220.00

 02/25/07   Ebener    / (28) Data Analysis                       0.1     30.00
 #4523      Email Relles about status of large loss audit file 300.00
```

{D0082123.1 }

```
Date: 03/28/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 16

                       W. R. Grace


Date/Slip# Description                                   HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 02/25/07  Relles    / (28) Data Analysis                       1.8    765.00
 #4296     Process latest data from Rust                     425.00

 02/25/07  Relles    / (28) Data Analysis                       1.7    722.50
 #4297     Prepare and send spreadsheet to Ebener re: jury   425.00
           verdicts

 02/26/07  Ebener    / (28) Data Analysis                       0.1     30.00
 #4524     Telephone Relles about status of audit files      300.00

 02/26/07  Ebener    / (28) Data Analysis                       0.4    120.00
 #4525     Review duplicates list                           300.00

 02/26/07  Ebener    / (28) Data Analysis                       0.2     60.00
 #4526     Email Relles about revisions to list             300.00

 02/26/07  Ebener    / (28) Data Analysis                       0.6    180.00
 #4527     Train coder to pull and audit residual duplicates 300.00
           cases

 02/26/07  Ebener    / (28) Data Analysis                       0.5    150.00
 #4528     Update duplicates file                           300.00

 02/26/07  Ebener    / (28) Data Analysis                       0.3     90.00
 #4529     Email Relles about resolution of duplicates      300.00

 02/26/07  Ebener    / (28) Data Analysis                       0.2     60.00
 #4530     Email Relles about format of large loss file     300.00

 02/26/07  Relles    / (28) Data Analysis                       1.0    425.00
 #4298     Prepare jury verdict printouts for Ebener review 425.00

 02/26/07  Relles    / (28) Data Analysis                       0.1     42.50
 #4300     Telephone Ebener about status of audit files     425.00

 02/27/07  Ebener    / (28) Data Analysis                       0.2     60.00
 #4531     Telephone Relles re: jury verdicts               300.00

 02/27/07  Ebener    / (28) Data Analysis                       0.7    210.00
 #4532     Format large loss file for coder                 300.00

 02/27/07  Ebener    / (28) Data Analysis                       0.3     90.00
 #4533     Email large loss file to coder with instructions 300.00
```

{D0082123.1 }

```
Date: 03/28/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                                Page 17

                    W. R. Grace


Date/Slip# Description                                          HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 02/27/07  Relles    / (28) Data Analysis                            0.9      382.50
 #4301     Update jury verdicts database using Ebener              425.00
           spreadsheet

 02/27/07  Relles    / (28) Data Analysis                            1.0      425.00
 #4302     Prepare additional jury verdict printouts for Ebener    425.00
           review

 02/27/07  Relles    / (28) Data Analysis                            0.2       85.00
 #4303     Telephone Ebener re: jury verdicts                      425.00

 02/28/07  Ebener    / (28) Data Analysis                            0.5      150.00
 #4534     Train coder on large loss case audit                    300.00

 02/28/07  Ebener    / (28) Data Analysis                            0.5      150.00
 #4535     Meet with Peterson about new sample coding              300.00

 02/28/07  Peterson  / (28) Data Analysis                            0.5      350.00
 #4050     Meet with Ebener about new sample coding                700.00

 02/28/07  Relles    / (28) Data Analysis                            1.2      510.00
 #4305     Work on assembling jury verdict input for Ebener        425.00
-------------------------------------------------------------------------------
```

{D0082123.1 }

```
Date: 03/28/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 18

                   W. R. Grace

             Summary Of Time Charges, By Month and Activity
                    February 2007 - February 2007

 MONTH        ACTIVITY                                       HOURS    AMOUNT
 ----------------------------------------------------------------------------
 February  - (05) Claims Anal Objectn/Resolutn (Asbest)        1.2    485.00
 February  - (07) Committee, Creditors'                       11.6   5672.50
 February  - (28) Data Analysis                              370.4 210136.50
 February  - (99) Total                                      383.2 216294.00

 Total     - (05) Claims Anal Objectn/Resolutn (Asbest)        1.2    485.00
 Total     - (07) Committee, Creditors'                       11.6   5672.50
 Total     - (28) Data Analysis                              370.4 210136.50
 Total     - (99) Total                                      383.2 216294.00

 ----------------------------------------------------------------------------
```

{D0082123.1 }

```
Date: 03/28/07           Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 19

                         W. R. Grace

                  Summary Of Time Charges, By Month and Person
                          February 2007 - February 2007

 MONTH       PERSON                                          HOURS     AMOUNT
 ----------------------------------------------------------------------------
 February  - Relles                                          138.8  58990.00
 February  - Peterson                                        211.2 147840.00
 February  - Ebener                                           27.0   8100.00
 February  - Brelsford                                         6.2   1364.00
 February  - Total                                           383.2 216294.00

 Total     - Relles                                          138.8  58990.00
 Total     - Peterson                                        211.2 147840.00
 Total     - Ebener                                           27.0   8100.00
 Total     - Brelsford                                         6.2   1364.00
 Total     - Total                                           383.2 216294.00

 -----------------------------------------------------------------------------
```

{D0082123.1 }

```
Date: 03/28/07            Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 20

                           W. R. Grace

            Summary Of Time Charges, By Activity, Month, and Person
                       February 2007 - February 2007

 MONTH      PERSON                                  HOURS    RATE      AMOUNT
 -----------------------------------------------------------------------------
 (05) Claims Anal Objectn/Resolutn (Asbest)

 February  - Relles                                   1.0    425.       425.00
 February  - Ebener                                   0.2    300.        60.00

 (07) Committee, Creditors'

 February  - Relles                                   8.9    425.      3782.50
 February  - Peterson                                 2.7    700.      1890.00

 (28) Data Analysis

 February  - Relles                                 128.9    425.     54782.50
 February  - Peterson                               208.5    700.    145950.00
 February  - Ebener                                  26.8    300.      8040.00
 February  - Brelsford                                6.2    220.      1364.00

 -----------------------------------------------------------------------------
```

{D0082123.1 }