```
Date: 04/18/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                              Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                   HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 03/01/07  Ebener    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.6  180.00
 #4801     email Eveland about proposed project               300.00

 03/01/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.6  255.00
 #4501     communication (several emails) with Orrick and    425.00
           Tillinghast re: image data

 03/07/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.3  127.50
 #4533     telephone Eveland re: proposed Rust survey        425.00

 03/15/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.7  297.50
 #4549     emails to Eveland at Verus re: data samples       425.00

 03/16/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.4  170.00
 #4552     email Eveland re: sampling issues                 425.00

 03/19/07  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.7  297.50
 #4558     correspondence with Eveland re: problem cases     425.00
```

{D0085251.1 }

```
Date: 04/18/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                         Page 2

                      W. R. Grace


Date/Slip# Description                              HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------
 03/01/07  Peterson  / (07) Committee, Creditors'         0.3      210.00
 #4303     review Wehner flow charts                   700.00

 03/01/07  Relles    / (07) Committee, Creditors'         0.3      127.50
 #4502     review Wehner flow charts                   425.00

 03/02/07  Peterson  / (07) Committee, Creditors'         1.0      700.00
 #4305     conference call with Relles, Finch, Slocombe, and  700.00
           Wehner re: latest Rust data

 03/02/07  Peterson  / (07) Committee, Creditors'         0.5      350.00
 #4309     conference call with Relles, Finch and Wehner re:  700.00
           latest Rust data

 03/02/07  Relles    / (07) Committee, Creditors'         1.0      425.00
 #4510     conference call with Peterson, Finch, Slocombe, and  425.00
           Wehner re: latest Rust data

 03/02/07  Relles    / (07) Committee, Creditors'         0.8      340.00
 #4511     prepare input for Wehner to resolve questions with  425.00
           claimants' attorneys

 03/02/07  Relles    / (07) Committee, Creditors'         0.5      212.50
 #4515     conference call with Peterson, Finch and Wehner re:  425.00
           latest Rust data

 03/04/07  Peterson  / (07) Committee, Creditors'         2.8     1960.00
 #4315     review estimation issues raised by Slocombe  700.00

 03/05/07  Relles    / (07) Committee, Creditors'         0.3      127.50
 #4526     email correspondence with Wehner             425.00

 03/07/07  Relles    / (07) Committee, Creditors'         0.4      170.00
 #4532     telephone Wehner re: proposed Rust survey    425.00

 03/08/07  Peterson  / (07) Committee, Creditors'         1.3      910.00
 #4322     conference call with Relles, Finch, Slocombe, and  700.00
           Wehner re: latest Rust data

 03/08/07  Relles    / (07) Committee, Creditors'         1.3      552.50
 #4536     conference call with Peterson, Finch, Slocombe, and  425.00
           Wehner re: latest Rust data

 03/09/07  Relles    / (07) Committee, Creditors'         1.5      637.50
 #4543     conference call with Finch, Slocombe, Wehner, and  425.00
           Eveland re: auxiliary survey
```

{D0085251.1 }

```
Date: 04/18/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                              Page 3

                        W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 03/15/07  Relles    / (07) Committee, Creditors'             0.3       127.50
 #4548     email Wehner re: latest counts from Rust         425.00

 03/16/07  Relles    / (07) Committee, Creditors'             0.7       297.50
 #4551     attachment page 4                               425.00

 03/20/07  Relles    / (07) Committee, Creditors'             0.3       127.50
 #4559     review Finch emails                             425.00

 03/27/07  Relles    / (07) Committee, Creditors'             1.2       510.00
 #4572     edit report based on Slocombe's suggestions    425.00

 03/28/07  Relles    / (07) Committee, Creditors'             0.3       127.50
 #4573     telephone Wehner re: summary of Rust data      425.00

 03/28/07  Relles    / (07) Committee, Creditors'             1.2       510.00
 #4575     email Wehner re: summary of Rust data          425.00
```

```
Date: 04/18/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                              Page 5

                        W. R. Grace


Date/Slip# Description                                         HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------------
 03/24/07  Peterson  / (14) Hearings                                  5.6   3920.00
 #4338     review depositions and documents for report             700.00

 03/25/07  Peterson  / (14) Hearings                                  7.3   5110.00
 #4339     review depositions and documents for report             700.00
```

```
Date: 04/18/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 6

                   W. R. Grace


Date/Slip# Description                                       HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 03/01/07  Brelsford / (28) Data Analysis                         0.5     110.00
 #5001     telephone Relles re: names matching                  220.00

 03/01/07  Ebener    / (28) Data Analysis                         1.1     330.00
 #4802     read draft protocol for coding and email comments on  300.00
           draft

 03/01/07  Peterson  / (28) Data Analysis                         2.4    1680.00
 #4301     review summaries of new PIQ/Rust data                700.00

 03/01/07  Peterson  / (28) Data Analysis                         0.6     420.00
 #4302     telephone Relles re: new data                        700.00

 03/01/07  Relles    / (28) Data Analysis                         0.5     212.50
 #4503     telephone Brelsford re: names matching               425.00

 03/01/07  Relles    / (28) Data Analysis                         2.4    1020.00
 #4504     prepare new Rust data for analysis                   425.00

 03/01/07  Relles    / (28) Data Analysis                         3.5    1487.50
 #4505     review new Rust data, summarize differences and     425.00
           inconsistencies

 03/01/07  Relles    / (28) Data Analysis                         2.2     935.00
 #4506     prepare analysis files                               425.00

 03/01/07  Relles    / (28) Data Analysis                         1.8     765.00
 #4507     prepare input for conference call                    425.00

 03/01/07  Relles    / (28) Data Analysis                         0.6     255.00
 #4508     telephone Peterson re: new data                      425.00

 03/02/07  Brelsford / (28) Data Analysis                         0.3      66.00
 #5002     telephone Relles re: names matching                  220.00

 03/02/07  Brelsford / (28) Data Analysis                         0.2      44.00
 #5003     work on report                                       220.00

 03/02/07  Peterson  / (28) Data Analysis                         0.6     420.00
 #4304     review materials for conference call                 700.00

 03/02/07  Peterson  / (28) Data Analysis                         2.4    1680.00
 #4306     review exposure information and product information 700.00

 03/02/07  Peterson  / (28) Data Analysis                         0.5     350.00
 #4307     telephone Relles re: conference call issues          700.00
```

{D0085251.1 }

```
Date: 04/18/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                           Page 7

                     W. R. Grace


Date/Slip# Description                                      HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 03/02/07  Peterson   / (28) Data Analysis                        0.8     560.00
 #4308     review emails re: data issues (.5); telephone Relles  700.00
           (.3) re: same

 03/02/07  Relles     / (28) Data Analysis                        2.5    1062.50
 #4509     review data issues for conference call                425.00

 03/02/07  Relles     / (28) Data Analysis                        2.5    1062.50
 #4512     prepare images of meso claims for Caplin-Drysdale     425.00
           review

 03/02/07  Relles     / (28) Data Analysis                        2.8    1190.00
 #4513     review new Rust data, summarize differences and       425.00
           inconsistencies

 03/02/07  Relles     / (28) Data Analysis                        1.6     680.00
 #4514     revisit methods for determining exposure from Verus   425.00
           data

 03/02/07  Relles     / (28) Data Analysis                        0.3     127.50
 #4516     telephone Brelsford re: names matching                425.00

 03/02/07  Relles     / (28) Data Analysis                        0.8     340.00
 #4517     telephone Peterson (two calls) re: conference call    425.00
           issues

 03/03/07  Brelsford / (28) Data Analysis                         0.5     110.00
 #5004     telephone Relles re: report, names matching           220.00

 03/03/07  Brelsford / (28) Data Analysis                         0.2      44.00
 #5005     work on tables for report                             220.00

 03/03/07  Peterson   / (28) Data Analysis                        7.8    5460.00
 #4310     work on report                                        700.00

 03/03/07  Relles     / (28) Data Analysis                        0.5     212.50
 #4518     telephone Brelsford re: names matching                425.00

 03/03/07  Relles     / (28) Data Analysis                        6.5    2762.50
 #4519     receive new images hard disk, process for general     425.00
           retrieval

 03/03/07  Relles     / (28) Data Analysis                        1.2     510.00
 #4520     prepare new images of meso claims for                 425.00
           Caplin-Drysdale review
```

{D0085251.1 }

```
Date: 04/18/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                        Page 8

                   W. R. Grace


Date/Slip# Description                                   HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------
 03/04/07  Peterson  / (28) Data Analysis                     2.0    1400.00
 #4311     review issues about funding of Cooper claims     700.00

 03/04/07  Peterson  / (28) Data Analysis                     0.3     210.00
 #4312     review Relles analyses of received data          700.00

 03/04/07  Peterson  / (28) Data Analysis                     1.0     700.00
 #4313     review PIQ claims                                700.00

 03/04/07  Peterson  / (28) Data Analysis                     0.5     350.00
 #4314     telephone Relles re: PIQ data and claims         700.00

 03/04/07  Relles    / (28) Data Analysis                     2.6    1105.00
 #4521     document and send files to Caplin-Drysdale       425.00

 03/04/07  Relles    / (28) Data Analysis                     1.3     552.50
 #4522     prepare summary analysis of Rust data for Peterson 425.00
           discussion

 03/04/07  Relles    / (28) Data Analysis                     0.5     212.50
 #4523     telephone Peterson re: PIQ data and claims       425.00

 03/05/07  Brelsford / (28) Data Analysis                     0.8     176.00
 #5006     work on names matching                           220.00

 03/05/07  C_Thomas  / (28) Data Analysis                     4.0     800.00
 #5201     convert Rust data to spreadsheet tables          200.00

 03/05/07  Peterson  / (28) Data Analysis                     1.0     700.00
 #4316     review article on vermiculite medical issues     700.00

 03/05/07  Peterson  / (28) Data Analysis                     1.6    1120.00
 #4317     review matters re: coding PIQ data               700.00

 03/05/07  Peterson  / (28) Data Analysis                     5.3    3710.00
 #4318     work on report                                   700.00

 03/05/07  Relles    / (28) Data Analysis                     1.2     510.00
 #4524     work with C_Thomas re: conversion of latest Rust 425.00
           data to spreadsheet tables

 03/05/07  Relles    / (28) Data Analysis                     2.5    1062.50
 #4525     work on names standardization to match Rust and  425.00
           history data
```

{D0085251.1 }

```
Date: 04/18/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                        Page 9

                     W. R. Grace


Date/Slip# Description                                   HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 03/06/07  Peterson  / (28) Data Analysis                    4.8      3360.00
 #4319     work on report                                  700.00

 03/06/07  Relles    / (28) Data Analysis                    3.6      1530.00
 #4527     update and develop analysis files from latest   425.00
           shipment

 03/06/07  Relles    / (28) Data Analysis                    2.4      1020.00
 #4528     check correspondence of history file with latest 425.00
           data from Rust

 03/06/07  Relles    / (28) Data Analysis                    0.5       212.50
 #4529     review emails from Caplin-Drysdale              425.00

 03/06/07  Relles    / (28) Data Analysis                    2.3       977.50
 #4530     update databases sent by Verus                  425.00

 03/07/07  Brelsford / (28) Data Analysis                    1.0       220.00
 #5007     work on names matching                          220.00

 03/07/07  Brelsford / (28) Data Analysis                    0.3        66.00
 #5008     telephone Relles re: report, names matching     220.00

 03/07/07  Peterson  / (28) Data Analysis                    3.2      2240.00
 #4320     review PIQ claims                               700.00

 03/07/07  Peterson  / (28) Data Analysis                    3.4      2380.00
 #4321     work on report                                  700.00

 03/07/07  Relles    / (28) Data Analysis                    2.3       977.50
 #4531     analyze differences between latest and previous Rust 425.00
           data shipments, summarize results

 03/07/07  Relles    / (28) Data Analysis                    3.2      1360.00
 #4534     prepare image samples for Verus review          425.00

 03/07/07  Relles    / (28) Data Analysis                    0.3       127.50
 #4535     telephone Brelsford re: report, names matching  425.00

 03/08/07  Brelsford / (28) Data Analysis                    1.5       330.00
 #5009     work on names matching                          220.00

 03/08/07  Peterson  / (28) Data Analysis                    0.5       350.00
 #4323     review materials for call                       700.00
```

{D0085251.1 }

```
Date: 04/18/07             Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 10

                      W. R. Grace


Date/Slip# Description                                   HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 03/08/07  Peterson  / (28) Data Analysis                       0.6    420.00
 #4324     telephone Relles re: PIQ data and claims          700.00

 03/08/07  Peterson  / (28) Data Analysis                       2.6   1820.00
 #4325     work on report                                    700.00

 03/08/07  Relles    / (28) Data Analysis                       0.4    170.00
 #4537     prepare for conference call                       425.00

 03/08/07  Relles    / (28) Data Analysis                       0.6    255.00
 #4538     look through databases to provide current summary of 425.00
           disparities between history and Rust files

 03/08/07  Relles    / (28) Data Analysis                       2.2    935.00
 #4539     experiment with names matching                    425.00

 03/08/07  Relles    / (28) Data Analysis                       4.2   1785.00
 #4540     set up files for names matching within law firm  425.00

 03/08/07  Relles    / (28) Data Analysis                       0.6    255.00
 #4541     telephone Peterson re: PIQ data and claims        425.00

 03/09/07  Brelsford / (28) Data Analysis                       0.4     88.00
 #5010     telephone Relles re: report, names matching       220.00

 03/09/07  Brelsford / (28) Data Analysis                       0.2     44.00
 #5011     work on names matching                            220.00

 03/09/07  Peterson  / (28) Data Analysis                       5.1   3570.00
 #4326     work on report                                    700.00

 03/09/07  Relles    / (28) Data Analysis                       3.4   1445.00
 #4542     look at names matching success rates              425.00

 03/09/07  Relles    / (28) Data Analysis                       0.4    170.00
 #4544     telephone Brelsford re: expanded data files for  425.00
           names matching

 03/09/07  Relles    / (28) Data Analysis                       1.5    637.50
 #4545     work on names matching issues                     425.00

 03/12/07  Peterson  / (28) Data Analysis                       3.4   2380.00
 #4327     work on report, send to Caplin and Drysdale      700.00

 03/14/07  Brelsford / (28) Data Analysis                       0.5    110.00
 #5012     work on names matching                            220.00
```

{D0085251.1 }

```
Date: 04/18/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                        Page 11

                           W. R. Grace


Date/Slip# Description                                 HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------
 03/14/07  Ebener    / (28) Data Analysis                   4.0     1200.00
 #4803     audit discrepant cases                         300.00

 03/14/07  Peterson  / (28) Data Analysis                   1.4      980.00
 #4328     review issues re: coding PIQ data              700.00

 03/14/07  Relles    / (28) Data Analysis                   2.0      850.00
 #4546     develop capability to print Rust data in an   425.00
           understandable format spreadsheet for Verus
           pre-loading

 03/15/07  Relles    / (28) Data Analysis                   2.5     1062.50
 #4547     develop spreadsheet for Verus to pre-load data 425.00

 03/15/07  Relles    / (28) Data Analysis                   1.0      425.00
 #4550     prepare random samples for Verus              425.00

 03/16/07  Peterson  / (28) Data Analysis                   2.5     1750.00
 #4329     analyses of states                            700.00

 03/16/07  Peterson  / (28) Data Analysis                   4.9     3430.00
 #4330     work on report                                700.00

 03/16/07  Relles    / (28) Data Analysis                   3.3     1402.50
 #4553     work on improving linking and duplicates      425.00
           identification methods

 03/17/07  Relles    / (28) Data Analysis                   2.2      935.00
 #4554     work on improving linking and duplicates      425.00
           identification methods

 03/18/07  Peterson  / (28) Data Analysis                   3.4     2380.00
 #4331     work on report                                700.00

 03/18/07  Relles    / (28) Data Analysis                   2.3      977.50
 #4555     work on updating analysis files               425.00

 03/18/07  Relles    / (28) Data Analysis                   1.5      637.50
 #4556     develop methods to update transition matrices 425.00

 03/19/07  Peterson  / (28) Data Analysis                   1.0      700.00
 #4332     review emails re: epidemiological forecasts   700.00

 03/19/07  Peterson  / (28) Data Analysis                   5.1     3570.00
 #4333     work on report                                700.00
```

{D0085251.1 }

```
Date: 04/18/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 12

                     W. R. Grace


Date/Slip# Description                                      HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 03/19/07  Relles    / (28) Data Analysis                         2.2     935.00
 #4557     develop methods to edit jury verdict and other       425.00
           analytical files

 03/20/07  Ebener    / (28) Data Analysis                         1.0     300.00
 #4804     supervise coder; check completed cases               300.00

 03/20/07  Ebener    / (28) Data Analysis                         0.1      30.00
 #4805     telephone programmer about data entry                300.00

 03/20/07  Ebener    / (28) Data Analysis                         0.2      60.00
 #4806     deliver completed forms to programmer               300.00

 03/21/07  Ebener    / (28) Data Analysis                         0.2      60.00
 #4807     telephone Relles about data audit updates           300.00

 03/21/07  Ebener    / (28) Data Analysis                         0.4     120.00
 #4808     review audit spreadsheets from Relles               300.00

 03/21/07  Peterson  / (28) Data Analysis                         5.8    4060.00
 #4334     review information about continuing asbestos        700.00
           litigation v. other defendants

 03/21/07  Relles    / (28) Data Analysis                         1.5     637.50
 #4560     update spreadsheet for Verus                        425.00

 03/21/07  Relles    / (28) Data Analysis                         0.3     127.50
 #4561     telephone Ebener re: cleaning jury verdict data     425.00

 03/21/07  Relles    / (28) Data Analysis                         2.2     935.00
 #4562     develop spreadsheets for cleaning jury verdict data 425.00

 03/22/07  Peterson  / (28) Data Analysis                         4.2    2940.00
 #4335     work on report                                      700.00

 03/22/07  Relles    / (28) Data Analysis                         2.7    1147.50
 #4563     revisit methods for duplicates identification and   425.00
           elimination

 03/23/07  Peterson  / (28) Data Analysis                         1.0     700.00
 #4336     review verdict data                                 700.00

 03/23/07  Peterson  / (28) Data Analysis                         3.4    2380.00
 #4337     review information about continuing asbestos        700.00
           litigation v. other defendants
```

{D0085251.1 }

```
Date: 04/18/07            Legal Analysis Systems, Inc.
Time: 10:00am                                                              Page 13

                    W. R. Grace


Date/Slip# Description                                       HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 03/23/07  Relles    / (28) Data Analysis                         3.4     1445.00
 #4564     update jury verdict data files                       425.00

 03/24/07  Relles    / (28) Data Analysis                         2.7     1147.50
 #4565     work on names matching algorithms                    425.00

 03/26/07  Brelsford / (28) Data Analysis                         1.8      396.00
 #5013     work on firm names standardization to facilitate     220.00
           matching

 03/26/07  Brelsford / (28) Data Analysis                         0.8      176.00
 #5014     telephone Relles re: names and law firm matching    220.00

 03/26/07  Brelsford / (28) Data Analysis                         2.1      462.00
 #5015     work on names matching                               220.00

 03/26/07  Peterson  / (28) Data Analysis                         1.5     1050.00
 #4340     review analyses of verdicts histories and values    700.00
           among other defendants

 03/26/07  Peterson  / (28) Data Analysis                         6.4     4480.00
 #4341     work on report                                      700.00

 03/26/07  Relles    / (28) Data Analysis                         2.8     1190.00
 #4566     review meso sample data from Verus                  425.00

 03/26/07  Relles    / (28) Data Analysis                         0.8      340.00
 #4567     telephone Brelsford re: names and law firm matching 425.00

 03/26/07  Relles    / (28) Data Analysis                         1.2      510.00
 #4568     set up names matching files                         425.00

 03/26/07  Relles    / (28) Data Analysis                         2.3      977.50
 #4569     review Grace verdict data, develop text for report  425.00

 03/27/07  Brelsford / (28) Data Analysis                         2.9      638.00
 #5016     work on names matching                               220.00

 03/27/07  Peterson  / (28) Data Analysis                         4.9     3430.00
 #4342     work on report                                      700.00

 03/27/07  Relles    / (28) Data Analysis                         1.8      765.00
 #4570     create and send additional random samples of meso   425.00
           data to Verus
```

{D0085251.1 }

Case 01-01139-AMC    Doc 15662-3    Filed 05/15/07    Page 13 of 16

```
Date: 04/18/07            Legal Analysis Systems, Inc.
Time: 10:00am                                                              Page 14

                         W. R. Grace


Date/Slip#  Description                                   HOURS/RATE      AMOUNT
-------------------------------------------------------------------------------
 03/27/07   Relles    / (28) Data Analysis                        0.8      340.00
 #4571      summarize meso sample data from Verus              425.00

 03/28/07   Brelsford / (28) Data Analysis                        0.9      198.00
 #5017      work on names matching                             220.00

 03/28/07   Peterson  / (28) Data Analysis                        1.2      840.00
 #4343      review information about PIQ forms                 700.00

 03/28/07   Relles    / (28) Data Analysis                        1.8      765.00
 #4574      develop summaries of Rust exposure data            425.00

 03/29/07   Brelsford / (28) Data Analysis                        1.5      330.00
 #5018      work on names matching                             220.00

 03/29/07   Peterson  / (28) Data Analysis                        5.6     3920.00
 #4344      work on report                                     700.00

 03/29/07   Relles    / (28) Data Analysis                        1.2      510.00
 #4576      work on names matching                             425.00

 03/30/07   Brelsford / (28) Data Analysis                        3.0      660.00
 #5019      work on names matching                             220.00

 03/31/07   Brelsford / (28) Data Analysis                        3.7      814.00
 #5020      work on names matching with standardized names for 220.00
            law firms

 03/31/07   Peterson  / (28) Data Analysis                        6.3     4410.00
 #4345      work on report                                     700.00

 03/31/07   Relles    / (28) Data Analysis                        1.3      552.50
 #4577      work on matching law firms                         425.00
-------------------------------------------------------------------------------
```

{D0085251.1 }

```
Date: 04/18/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                            Page 15

                               W. R. Grace

                 Summary Of Time Charges, By Month and Activity
                           March 2007 - March 2007

    MONTH       ACTIVITY                                      HOURS     AMOUNT
    ---------------------------------------------------------------------------
    March     - (05) Claims Anal Objectn/Resolutn (Asbest)      3.3    1327.50
    March     - (07) Committee, Creditors'                     16.0    8422.50
    March     - (14) Hearings                                  12.9    9030.00
    March     - (28) Data Analysis                            252.6  130819.50
    March     - (99) Total                                    284.8  149599.50

    Total     - (05) Claims Anal Objectn/Resolutn (Asbest)      3.3    1327.50
    Total     - (07) Committee, Creditors'                     16.0    8422.50
    Total     - (14) Hearings                                  12.9    9030.00
    Total     - (28) Data Analysis                            252.6  130819.50
    Total     - (99) Total                                    284.8  149599.50

    -------------------------------------------------------------------------------
```

{D0085251.1 }

```
Date: 04/18/07              Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 16

                    W. R. Grace

               Summary Of Time Charges, By Month and Person
                      March 2007 - March 2007

   MONTH      PERSON                                      HOURS     AMOUNT
   ----------------------------------------------------------------------
   March     - Relles                                     122.3   51977.50
   March     - Peterson                                   127.8   89460.00
   March     - Ebener                                       7.6    2280.00
   March     - C_Thomas                                     4.0     800.00
   March     - Brelsford                                   23.1    5082.00
   March     - Total                                      284.8  149599.50

   Total     - Relles                                     122.3   51977.50
   Total     - Peterson                                   127.8   89460.00
   Total     - Ebener                                       7.6    2280.00
   Total     - C_Thomas                                     4.0     800.00
   Total     - Brelsford                                   23.1    5082.00
   Total     - Total                                      284.8  149599.50

   ----------------------------------------------------------------------
```

{D0085251.1 }


```
Date: 04/18/07          Legal Analysis Systems, Inc.
Time: 10:00am                                                        Page 17

                          W. R. Grace

           Summary Of Time Charges, By Activity, Month, and Person
                        March 2007 - March 2007

MONTH      PERSON                                 HOURS    RATE    AMOUNT
---------------------------------------------------------------------------
(05) Claims Anal Objectn/Resolutn (Asbest)

March    - Relles                                   2.7    425.    1147.50
March    - Ebener                                   0.6    300.     180.00

(07) Committee, Creditors'

March    - Relles                                  10.1    425.    4292.50
March    - Peterson                                 5.9    700.    4130.00

(14) Hearings

March    - Peterson                                12.9    700.    9030.00

(28) Data Analysis

March    - Relles                                 109.5    425.   46537.50
March    - Peterson                               109.0    700.   76300.00
March    - Ebener                                   7.0    300.    2100.00
March    - C_Thomas                                 4.0    200.     800.00
March    - Brelsford                               23.1    220.    5082.00

---------------------------------------------------------------------------
```

{D0085251.1 }