# ATTACHMENT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: December 26, 2006 |

THIRTEENTH MONTHLY APPLICATION OF BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM OCTOBER 1, 2006 THROUGH OCTOBER 31, 2006

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | October 1, 2006 through October 31, 2006 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $19,348.75 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $210.02 |

This is a:       __XX__   monthly       _____   interim       _____   final application.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | $13,486.25 | $ 337.02 |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[2] | $ 57.62 | $46,587.50[3] | $ 57.62 |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | $ 5,726.25[5] | $1,308.41 |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | $11,187.50 | $ 173.56 |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | $16,106.25 | $ 156.33 |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | $11,377.50 | $ 70.33 |
| 6/06 | 4/1/06 -- 4/30/06 | $13,693.75 | $ 356.81 | Pending | Pending |
| 8/06 | 5/1/06 – 5/31/06 | $28,261.25 | $ 227.37 | Pending | Pending |
| 9/13/06 | 6/1/06 -- 6/30/06 | $10,103.75 | $ 285.26 | Pending | Pending |
| 9/13/06 | 7/1/06 -- 7/31/06 | $ 4,307.50 | $ 14.21 | Pending | Pending |
| 9/25/06 | 8/1/06 -- 8/31/06 | $4,812.50 | $ 131.31 | Pending | Pending |
| 10/30/06 | 9/1/06 -- 9/30/06 | $16,988.75 | $ 287.83 | Pending | Pending |

B&D PROFESSIONALS[6]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Karl Bourdeau | Principal; Joined Firm 1980; Member of DC Bar since 1978 | $525.00 | 4.75 | $2,493.75 |
| Pamela D. Marks | Of Counsel; Joined Firm 1997; Member of MD Bar since 1986 | $350.00 | 43.00 | $15,050.00 |
| Sarah E. Brull | Associate; Joined Firm 2006; Member of MD Bar since 2005 | $190.00 | 9.50 | $1,805.00 |

Total Fees:        $19,348.75
Total Hours:         57.25

---

[2] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[6] These amounts are the sum total from the invoices attached hereto as Exhibit A (Matter) and Exhibit B (Fee Application Preparation).

2

Blended Rate:        $338.00

## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 57.25 | $19,348.75 |

## EXPENSE SUMMARY[7]

| Expense Category | Service Provider (if applicable)[8] | Total Expense |
|---|---|---|
| Duplicating | | $16.60 |
| Postage | U. S. Mail | $2.13 |
| Local Meals | | $22.87 |
| Long Distance Telephone | | $168.42 |

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period

October 1, 2006 through October 31, 2006, an interim allowance be made to Beveridge &

Diamond, P.C. for compensation in the amount of $19,348.75 and actual and necessary expenses

in the amount of $210.02 for a total allowance of $19,558.77, and payment of $15,479 (80% of

the allowed fees) and reimbursement of $210.02 (100% of the allowed expenses) be authorized

for a total payment of $15,689.02, and for such other and further relief as this Court may deem

just and proper.

Dated:  November 30, 2006                    BEVERIDGE & DIAMOND, P.C.

_Pamela D. Marks_
Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone:  410-230-1315
Facsimile:  410-230-1389
Counsel for Debtors and Debtors in Possession

---

[7] These amounts are the sum total of the disbursements as shown on the invoices attached hereto as Exhibit A (Matter) and Exhibit B (Fee Application Preparation).

[8] B&D may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.

3

## VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a)  I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b)  I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as

counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the

Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c)  I have reviewed the foregoing Application and the facts set forth therein are true and

correct to the best of my knowledge, information and belief.  Moreover, I have reviewed the

Local Bankruptcy Rules for the District of Delaware, and submit that the Application

substantially complies with such rules.

_____

Pamela D. Marks

SWORN AND SUBSCRIBED
before me this  30  day of November, 2006.

_____
Notary Public
My Commission Expires:   May 27, 2009

4

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
|  | ) | Jointly Administered |
| Debtors. | ) |  |
|  | ) | Objection Date: |

## FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
## MONTHLY FEE APPLICATION FOR THE PERIOD
## OCTOBER 1, 2006 THROUGH OCTOBER 31, 2006

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (Matter)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

November 13, 2006
Client/Matter #  01246-011548
Invoice # 113332
Federal ID# 52-1247549

---

For Legal Services Rendered Through 10/31/06 in Connection With:

PLEASE REMIT PAYMENT TO :        BEVERIDGE & DIAMOND, P.C.
                                 SUITE 700
                                 1350 I STREET, N.W.
                                 WASHINGTON, D.C. 20005-3311

Curtis Bay FUSRAP Bankruptcy Claim Resolution

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/03/06 | P. Marks | 1.50 | Evaluate legal developments. |
| 10/04/06 | P. Marks | 1.75 | Evaluate issues/alternatives; telephone conference with S. Platt re update and negotiations; email to K.bourdeau. |
| 10/05/06 | K. Bourdeau | 0.25 | Email communications with P. Marks re recent developments. |
| 10/05/06 | P. Marks | 5.00 | Telephone conference with L. Duff re issues and alternatives; prepare memorandum to L. Duff re same; review recent case law. |
| 10/05/06 | S. Brull | 7.50 | Research re legal issues; prepare memorandum re same. |
| 10/06/06 | K. Bourdeau | 0.50 | Brief review of revised draft of current global settlement agreement; prepare email to P. Marks re same. |
| 10/06/06 | P. Marks | 3.00 | Telephone conference with L. Duff, M. Obradovic, J. Freeman and S. Platt re negotiations; followup telephone conference with client; telephone conference with J. Freeman re building 28 issues; evaluate same; telephone conference with L. Duff re same and |

BEVERIDGE & DIAMOND, P.C.

|  |  |  | next steps; communication with K. Bourdeau. |
|---|---|---|---|
| 10/06/06 | S. Brull | 2.00 | Prepare memorandum on research issues. |
| 10/07/06 | K. Bourdeau | 0.50 | Review and respond to P. Marks email re recent discussions with the U.S. and client strategic discussions. |
| 10/12/06 | P. Marks | 0.50 | Legal analysis and preparation of letter. |
| 10/13/06 | P. Marks | 1.50 | Prepare legal analysis and correspondence. |
| 10/14/06 | K. Bourdeau | 0.75 | Review and provide comments and draft letter; prepare email to P. Marks re action items. |
| 10/16/06 | P. Marks | 1.75 | Prepare for and conduct client telephone conference and telephone conference with J. Freedman and S. Platt. |
| 10/17/06 | K. Bourdeau | 0.25 | Email communication with P. Marks re results of recent discussions with the Corps/DOJ and path forward. |
| 10/17/06 | P. Marks | 2.00 | Review and respond to client emails; memorandum to update K. Bourdeau re issues; telephone conference with P. Bucens re issues; followup with L. Duff. |
| 10/19/06 | P. Marks | 2.00 | Evaluate radiological issues and strategy; telephone conference with L. Duff and A. Lombardo re same. |
| 10/24/06 | P. Marks | 2.00 | Communications with client and preparation for meetings and discussions re technical issues. |
| 10/25/06 | P. Marks | 4.50 | Attend technical issues meeting with client at Curtis Bay plant. |
| 10/26/06 | P. Marks | 3.50 | Followup on meeting issues; telephone conference with P. Bucens re same; review documents and followup on document research; communications with L. Duff. |
| 10/27/06 | K. Bourdeau | 0.75 | Review emails from P. Marks re recent developments; strategy conference call with P. Marks. |
| 10/27/06 | P. Marks | 4.25 | Communications with J. Freeman in preparation for meeting; evaluate email communications from client team and evaluate strategy; prepare for conference call with DOT and Corps; strategy discussion with K. Bourdeau. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  113332
November 13, 2006
PAGE  3

| | | | |
|---|---|---|---|
| 10/30/06 | K. Bourdeau | 1.00 | Review email from P. Marks re recent developments; review draft letter to J. Freeman; prepare comments on same and transmit to P. Marks. |
| 10/30/06 | P. Marks | 5.50 | Evaluate technical issues and prepare memorandum to L. Duff re same; prepare letter; telephone conferences with DOT and Corps; memoranda re same. |
| 10/31/06 | K. Bourdeau | 0.75 | Review recent judicial developments; email exchange with P. marks re same. |
| 10/31/06 | P. Marks | 4.00 | Review legal developments; evaluate USACE comments re draft FS; emails with client re tasks and strategy; legal research; telephone conference with S. Platt. |

Total Hours :        57.00

Total Fees :       $19,261.25

BEVERIDGE & DIAMOND, P.C.

INVOICE #  113332
November 13, 2006
PAGE   4

<u>Disbursements:</u>

| | |
|---|---|
| Long Distance Telephone | 168.42 |
| Local Meals | 22.87 |

**Total Disbursements :**          **$191.29**

<u>Time Summary:</u>

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 4.75 | $525.00 | $2,493.75 |
| P. Marks | 42.75 | $350.00 | $14,962.50 |
| S. Brull | 9.50 | $190.00 | $1,805.00 |

**Total Fees :**          **$19,261.25**

**Total Disbursements :**          **$191.29**

**TOTAL DUE :**          **$19,452.54**

# EXHIBIT B

## (Preparation of Fee Application)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
**SUITE 2210**
**201 NORTH CHARLES STREET**
**BALTIMORE, MD 21201-4150**
**(410) 230-3850**

W. R. Grace & Co. - Conn                          November 13, 2006
Attn: Lydia B. Duff, Esq.                         Client/Matter #  01246-012629
7500 Grace Drive                                  Invoice # 113333
Columbia, MD  21044                               Federal ID# 52-1247549

---

For Legal Services Rendered Through 10/31/06 in Connection With:

PLEASE REMIT PAYMENT TO :        **BEVERIDGE & DIAMOND, P.C.**
                                 **SUITE 700**
                                 **1350 I STREET, N.W.**
                                 **WASHINGTON, D.C. 20005-3311**

<u>Bankruptcy Fee Application</u>

10/13/06    P. Marks              0.25       Prepare fee application.


                                 **Total Hours :**        **0.25**

                                    **Total Fees :**      **$87.50**

BEVERIDGE & DIAMOND, P.C.

**Disbursements:**

| | |
|---|---|
| Postage | 2.13 |
| Duplicating | 16.60 |

Total Disbursements :                     $18.73

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.25 | $350.00 | $87.50 |

Total Fees :                     $87.50

Total Disbursements :                     $18.73

TOTAL DUE :                     $106.23