# ATTACHMENT 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FOURTEENTH MONTHLY APPLICATION OF
BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM NOVEMBER 1, 2006 THROUGH NOVEMBER 30, 2006

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | November 1, 2006 through November 30, 2006 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $34,281.25 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $425.47 |

This is a:     ___XX____ monthly     _____ interim     _____ final application.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | $13,486.25 | $ 337.02 |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[2] | $ 57.62 | $46,587.50[3] | $ 57.62 |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | $ 5,726.25[5] | $1,308.41 |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | $11,187.50 | $ 173.56 |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | $16,106.25 | $ 156.33 |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | $11,377.50 | $ 70.33 |
| 6/06 | 4/1/06 -- 4/30/06 | $13,693.75 | $ 356.81 | $13,693.75 | $ 356.81 |
| 8/06 | 5/1/06 – 5/31/06 | $28,261.25 | $ 227.37 | $28,261.25 | $ 227.37 |
| 9/13/06 | 6/1/06 – 6/30/06 | $10,103.75 | $ 285.26 | $10,103.75 | $ 285.26 |
| 9/13/06 | 7/1/06 – 7/31/06 | $ 4,307.50 | $ 14.21 | Pending | Pending |
| 9/25/06 | 8/1/06 – 8/31/06 | $4,812.50 | $ 131.31 | Pending | Pending |
| 10/30/06 | 9/1/06 -- 9/30/06 | $16,988.75 | $ 287.83 | Pending | Pending |

## B&D PROFESSIONALS[6]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Karl Bourdeau | Principal; Joined Firm 1980; Member of DC Bar since 1978 | $525.00 | 17.25 | $9,056.25 |
| Pamela D. Marks | Of Counsel; Joined Firm 1997; Member of MD Bar since 1986 | $350.00 | 71.50 | $25,025.00 |
| Katherine Eller Wesley | Associate; Joined firm 2003; Member of MD Bar since 2003 | $230.00 | .25 | $57.50 |
| Beatrice McTernan | Temporary Research Librarian | $165.00 | .75 | $123.75 |
| Pamela Keller | Paralegal | $75.00 | .25 | $18.75 |

---

[2] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[6] These amounts are the sum total from the invoices attached hereto as Exhibit A (FUSRAP), Exhibit B (Bankruptcy Fee Application Preparation), and Exhibit C (Curtis Bay Works).

2

Total Fees:           $34,281.25
Total Hours:              90.00
Blended Rate:           $380.00

## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 90.00 | $34,281.25 |

## EXPENSE SUMMARY[7]

| Expense Category | Service Provider (if applicable)[8] | Total Expense |
|---|---|---|
| Duplicating | | $38.80 |
| Postage | U. S. Mail | $10.50 |
| Long Distance Telephone | | $88.72 |
| Travel Expenses | | $43.16 |
| Westlaw | Lexis Nexis | $244.29 |

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period

November 1, 2006 through November 30, 2006, an interim allowance be made to Beveridge &

Diamond, P.C. for compensation in the amount of $34,281.25 and actual and necessary expenses

in the amount of $425.47 for a total allowance of $34,706.72, and payment of $27,425 (80% of

---

[7] These amounts are the sum total of the disbursements as shown on the invoices attached hereto as Exhibit A (Matter) and Exhibit B (Fee Application Preparation).

[8] B&D may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

the allowed fees) and reimbursement of $425.47 (100% of the allowed expenses) be authorized

for a total payment of $27,850.47, and for such other and further relief as this Court may deem

just and proper.

Dated:  January  _//_ , 2007              BEVERIDGE & DIAMOND, P.C.


Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone:  410-230-1315
Facsimile:  410-230-1389
Counsel for Debtors and Debtors in Possession

## VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a) I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b) I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

_____
Pamela D. Marks


SWORN AND SUBSCRIBED
before me this _11 th_ day of January, 2007.

_____
Notary Public
My Commission Expires:  May 27, 2009

5

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
<u>NOVEMBER 1, 2006 THROUGH NOVEMBER 30, 2006</u>

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (FUSRAP)

## LAW OFFICES
## BEVERIDGE & DIAMOND, P.C.
### SUITE 2210
### 201 NORTH CHARLES STREET
### BALTIMORE, MD 21201-4150
### (410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

December 12, 2006
Client/Matter #  01246-011548
Invoice # 113918
Federal ID# 52-1247549

For Legal Services Rendered Through 11/30/06 in Connection With:

PLEASE REMIT PAYMENT TO :     BEVERIDGE & DIAMOND, P.C.
                              SUITE 700
                              1350 I STREET, N.W.
                              WASHINGTON, D.C. 20005-3311

Curtis Bay FUSRAP Bankruptcy Claim Resolution

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 11/01/06 | P. Marks | 7.00 | Telephone conference with client team re strategic issues and tasks; finalize letter; research and evaluate legal issues relating to remediation. |
| 11/02/06 | K. Bourdeau | 0.25 | Communications with P. Marks re new developments and communications with the government. |
| 11/02/06 | P. Marks | 3.00 | Research re remedial issues and regulation of certain radiological materials; memorandum to client re same; email exchange with A. Lombardo re same. |
| 11/05/06 | P. Marks | 0.25 | Email exchange with P. Bucens re communications with Corps. |
| 11/07/06 | P. Marks | 1.00 | Document research followup work. |
| 11/08/06 | P. Marks | 0.75 | Followup on letter to DOJ with additional Corps recipients; communications with client re same. |
| 11/09/06 | K. Bourdeau | 0.25 | Communications with P. Marks re recent developments/path forward; review L. Duff email. |

| 11/09/06 | P. Marks | 1.50 | Prepare for and conduct update call with DOJ; telephone conference with L. Duff re client team meeting and related communications and strategy; communications with K.  Bourdeau. |
| 11/15/06 | P. Marks | 3.00 | Telephone conference with L. Duff re preparation for internal briefing; followup tasks re same; evaluate technical issues; email communications with K. Bourdeau. |
| 11/16/06 | K. Bourdeau | 1.00 | Conference with P. Marks in preparation for November 17 strategy meeting with W.R. Grace. |
| 11/16/06 | P. Marks | 6.75 | Review and evaluate legal and big picture issues; prepare for internal briefing; prepare agenda and handouts for same; telephone conference with K. bourdeau re same; review FS technical issues. |
| 11/17/06 | K. Bourdeau | 5.00 | Travel to and from Columbia for meeting with Grace re recent developments and strategic considerations; participate in meeting re same; follow-up with L. Duff and P. Marks re same. |
| 11/17/06 | P. Marks | 4.50 | Prepare for and attend briefing discussion at Grace Columbia offices; followup evaluation with K. Bourdeau, L. Duff and M. Obradovic. |
| 11/20/06 | P. Marks | 2.75 | Evaluate remediation issues. |
| 11/21/06 | K. Bourdeau | 0.50 | Conference with P. Marks re work needed in preparation for settlement negotiations with the U.S.; review materials forwarded by P. Marks re same. |
| 11/21/06 | P. Marks | 4.50 | Prepare for, conduct, and perform followup tasks from strategy meetings; telephone conference with K. Bourdeau; prepare evaluation of remediation issues. |
| 11/22/06 | P. Marks | 4.00 | Telephone conference with P. Bucens re FS; followup notes and tasks re same. |
| 11/27/06 | P. Marks | 7.50 | Prepare for and conduct telephone conference with L. Duff and P. Bucens re RWDA issues; followup tasks re same; legal research; prepare for meeting with client team. |
| 11/27/06 | K. Eller | 0.25 | Conference with P. Keller re document research. |
| 11/27/06 | P. Keller | 0.25 | Conference with K. Eller re document research. |

| 11/28/06 | K. Bourdeau | 0.25 | Evaluate email from P. Marks re meeting with U.S.; conference with P. Marks re same. |
| 11/28/06 | P. Marks | 6.50 | Prepare for meeting with client team; legal research; travel to and attend meeting at Curtis Bay plant re feasibility study and related issues; communications with K. Bourdeau re negotiations. |
| 11/28/06 | B. McTernan | 0.75 | Research for P. Marks. |
| 11/29/06 | P. Marks | 3.00 | Prepare for conference calls; evaluate technical issues. |
| 11/30/06 | P. Marks | 0.50 | Telephone conference with DOJ and Corps. |

Total Hours :     65.00

Total Fees :     $23,781.25

## Disbursements:

| | |
|---|---:|
| Postage | 4.29 |
| Long Distance Telephone | 88.62 |
| Duplicating | 13.40 |
| Travel Expenses | 43.16 |
| Information Service - VENDOR: LEXISNEXIS COURT LINK-Invoice #EA251307 dated 10/1/06 for data research usage | 116.33 |
| Information Service - VENDOR: LEXISNEXIS COURT LINK-Invoice #EA255184 dated 11/1/06 for courtlink product usage | 127.96 |

**Total Disbursements :**          **$393.76**

## Time Summary:

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| K. Bourdeau | 7.25 | $525.00 | $3,806.25 |
| P. Marks | 56.50 | $350.00 | $19,775.00 |
| K. Eller | 0.25 | $230.00 | $57.50 |
| B. McTernan | 0.75 | $165.00 | $123.75 |
| P. Keller | 0.25 | $75.00 | $18.75 |

**Total Fees :**          **$23,781.25**

**Total Disbursements :**          **$393.76**

**TOTAL DUE :**          **$24,175.01**

# EXHIBIT B

## (Bankruptcy Fee Application)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

December 12, 2006
Client/Matter #  01246-012629
Invoice # 113822
Federal ID# 52-1247549

---

For Legal Services Rendered Through 11/30/06 in Connection With:

PLEASE REMIT PAYMENT TO :          BEVERIDGE & DIAMOND, P.C.
                                   SUITE 700
                                   1350 I STREET, N.W.
                                   WASHINGTON, D.C. 20005-3311

**Bankruptcy Fee Application**

**Disbursements:**

| | |
|---|---|
| Postage | 6.21 |
| Duplicating | 25.40 |

**Total Disbursements :**          **$31.61**

**TOTAL DUE :**          **$31.61**

# EXHIBIT C

## (Curtis Bay Works)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.
Attn: Lydia Duff, Esq.
Division Counsel
7500 Grace Drive
Columbia, MD  21044

December 31, 2006
Client/Matter #  01246-010001
Invoice # 114288
Federal ID# 52-1247549

For Legal Services Rendered Through 11/30/06 in Connection With:

**Curtis Bay Works**

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/08/06 | K. Bourdeau | 0.50 | Conference with P. Marks re groundwater cleanup standards; follow-up research re same. |
| 11/08/06 | P. Marks | 4.00 | Telephone conference with P. Bucens re groundwater issues; telephone conference with L. Duff re same; telephone conference with K. Bourdeau re same; followup email exchanges re relevant background and research documents. |
| 11/09/06 | K. Bourdeau | 1.75 | Communications with P. Marks re recent groundwater issues; review background information re same; review EPA groundwater protection handbook for corrective action. |
| 11/09/06 | P. Marks | 1.00 | Evaluate groundwater protection issues; telephone conference with L. Duff re communications with EPA; communications with state officials re policy. |
| 11/10/06 | K. Bourdeau | 1.75 | Further review of relevant portion of EPA RCRA corrective action groundwater manual; evaluate follow-up action items; conference with P. Marks re path forward. |
| 11/10/06 | P. Marks | 1.50 | Evaluate groundwater issues; telephone conference with K. Bourdeau re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 114288
December 31, 2006
PAGE  2

| 11/12/06 | K. Bourdeau | 0.75 | Prepare summary of points to be reviewed on groundwater cleanup standard issues in conference call with client; review EPA's RCRA corrective action groundwater protection material re same. |
|---|---|---|---|
| 11/12/06 | P. Marks | 1.00 | Prepare for conference call. |
| 11/13/06 | K. Bourdeau | 2.00 | Email exchange with P. Marks in preparation for conference call with client on groundwater strategy; prepare for conference call with P. Marks re same. |
| 1/13/06 | P. Marks | 2.00 | Prepare for and conduct conference call with technical and legal team re RFI related issues. |
| 1/14/06 | P. Marks | 0.50 | Telephone conference with Maryland officials re interpretations of policy; communications with K. Bourdeau re same. |
| 1/15/06 | K. Bourdeau | 0.50 | Communications with P. Marks re groundwater issue; review and respond to email communications re same. |
| 1/16/06 | K. Bourdeau | 0.75 | Research re background groundwater quality issues; conference with P. Marks re outstanding groundwater clean-up issues and path forward to reevaluate. |
| 1/16/06 | P. Marks | 0.75 | Review emails re technical issues; telephone conference with K. Bourdeau re issues. |
| 1/17/06 | K. Bourdeau | 0.75 | Conference with team re groundwater clean-up strategy; follow-up conference with L. Duff and P. Marks re same. |
| 1/17/06 | P. Marks | 0.75 | Client conference re groundwater; conference with L. Duff and K. Bourdeau re same. |
| ./29/06 | K. Bourdeau | 1.25 | Email and voicemail exchange with P. Marks re data document; brief review of select portions of the document; prepare comments to P. Marks re same. |
| /29/06 | P. Marks | 2.00 | Review and evaluation of data report. |
| /30/06 | P. Marks | 1.50 | Review data document; telephone conference with L. Duff re same; telephone conference with K. Bourdeau re same. |

**BEVERIDGE & DIAMOND, P.C.**

Total Hours :                 25.00

Total Fees :             $10,500.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 114288
December 31, 2006
PAGE  4

**Disbursements:**

Long Distance Telephone                          0.10

                              Total Disbursements :          $0.10

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 10.00 | $525.00 | $5,250.00 |
| P. Marks | 15.00 | $350.00 | $5,250.00 |

                              Total Fees :          $10,500.00

                     Total Disbursements :              $0.10

                                TOTAL DUE :          $10,500.10