# ATTACHMENT 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FIFTEENTH MONTHLY APPLICATION OF
BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM DECEMBER 1, 2006 THROUGH DECEMBER 31, 2006

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | December 1, 2006 through December 31, 2006 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $43,925 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $338.42 |

This is a:     ___XX___  monthly     _____ interim     _____ final application.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | $13,486.25 | $ 337.02 |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[2] | $ 57.62 | $46,587.50[3] | $ 57.62 |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | $ 5,726.25[5] | $1,308.41 |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | $11,187.50 | $ 173.56 |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | $16,106.25 | $ 156.33 |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | $11,377.50 | $ 70.33 |
| 6/06 | 4/1/06 -- 4/30/06 | $13,693.75 | $ 356.81 | $13,693.75 | $ 356.81 |
| 8/06 | 5/1/06 -- 5/31/06 | $28,261.25 | $ 227.37 | $28,261.25 | $ 227.37 |
| 9/13/06 | 6/1/06 -- 6/30/06 | $10,103.75 | $ 285.26 | $10,103.75 | $ 285.26 |
| 9/13/06 | 7/1/06 -- 7/31/06 | $ 4,307.50 | $ 14.21 | Pending | Pending |
| 9/25/06 | 8/1/06 – 8/31/06 | $4,812.50 | $ 131.31 | Pending | Pending |
| 10/30/06 | 9/1/06 – 9/30/06 | $16,988.75 | $ 287.83 | Pending | Pending |
| 12/1/06 | 10/1/06 -- 10/31/06 | $19,348.25 | $ 210.02 | Pending | Pending |
| 1/11/07 | 11/1/06 - 11/30/06 | $34,281.25 | $ 425.47 | Pending | Pending |

[2] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

B&D PROFESSIONALS[6]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Karl Bourdeau | Principal; Joined Firm 1980; Member of DC Bar since 1978 | $525.00 | 49.50 | $25,987.50 |
| Pamela D. Marks | Of Counsel; Joined Firm 1997; Member of MD Bar since 1986 | $350.00 | 51.25 | $17,937.50 |

Total Fees:     $43,925.00
Total Hours:       101.00
Blended Rate:    $435.00

TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 101 | $43,925.00 |

EXPENSE SUMMARY[7]

| Expense Category | Service Provider (if applicable)[8] | Total Expense |
|---|---|---|
| Duplicating | | $64.20 |
| Postage | U. S. Mail | $6.43 |
| Long Distance Telephone | | $17.30 |
| Travel Expenses | | $124.15 |
| Information Services | Lexis Nexis Court Link | $122.14 |
| Telecopy | | $4.20 |

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period

December 1, 2006 through December 31, 2006, an interim allowance be made to Beveridge &

---

[6] These amounts are the sum total from the invoices attached hereto as Exhibit A (FUSRAP), Exhibit B (Bankruptcy Fee Application Preparation), and Exhibit C (Curtis Bay Works).

[7] These amounts are the sum total of the disbursements as shown on the invoices attached hereto as Exhibit A (Matter) and Exhibit B (Fee Application Preparation).

[8] B&D may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

3

Diamond, P.C. for compensation in the amount of $43,925.00 and actual and necessary expenses in the amount of $338.42 for a total allowance of $44,263.42, and payment of $35,140.00 (80% of the allowed fees) and reimbursement of $338.42 (100% of the allowed expenses) be authorized for a total payment of $44,601.84, and for such other and further relief as this Court may deem just and proper.

Dated:  February  22  , 2007                    BEVERIDGE & DIAMOND, P.C.

                                                Pamela D. Marks
                                                201 N. Charles Street, Suite 2210
                                                Baltimore, MD 21201
                                                Telephone:  410-230-1315
                                                Facsimile:  410-230-1389
                                                Counsel for Debtors and Debtors in Possession

## VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a) I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b) I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

Pamela D. Marks

SWORN AND SUBSCRIBED
before me this 22nd day of February, 2007.

Notary Public
My Commission Expires:   May 27, 2009

5

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
<u>DECEMBER 1, 2006 THROUGH DECEMBER 31, 2006</u>

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (FUSRAP)

LAW OFFICES
## BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

January 18, 2007
Client/Matter #  01246-011548
Invoice # 114464
Federal ID# 52-1247549

---

For Legal Services Rendered Through 12/31/06 in Connection With:

PLEASE REMIT PAYMENT TO :      BEVERIDGE & DIAMOND, P.C.
                               SUITE 700
                               1350 I STREET, N.W.
                               WASHINGTON, D.C. 20005-3311

Curtis Bay FUSRAP Bankruptcy Claim Resolution

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 12/01/06 | K. Bourdeau | 0.50 | Review "White Paper" submitted to DOJ in preparation for settlement meeting with DOJ. |
| 12/01/06 | P. Marks | 0.50 | Correspondence and planning re meeting with DOJ. |
| 12/02/06 | K. Bourdeau | 1.00 | Review White Paper in preparation for meeting with DOJ. |
| 12/03/06 | K. Bourdeau | 9.75 | Prepare for meeting with DOJ; prepare several emails to P. Marks re same. |
| 12/03/06 | P. Marks | 0.25 | Evaluate email communications from K. Bourdeau. |
| 12/04/06 | K. Bourdeau | 3.50 | Further preparation for meeting with DOJ; email correspondence with P. Marks re same. |
| 12/04/06 | P. Marks | 3.50 | Evaluate legal issues and preparation for negotiations; telephone conference with client re issues; email to client re meeting preparation; email exchange with K. Bourdeau. |
| 12/05/06 | K. Bourdeau | 1.50 | Meeting with P. Marks re strategy for negotiation session with DOJ; follow-up research re same. |

BEVERIDGE & DIAMOND, P.C.

| 12/05/06 | P. Marks | 4.00 | Prepare for and conduct conference with K. Bourdeau re preparation for negotiations; followup tasks. |
| 12/06/06 | K. Bourdeau | 1.00 | Review P. Marks correspondence re results of settlement conference with J. Freeman; prepare responsive email re legal issues to be addressed; analyze relevant background materials. |
| 12/06/06 | P. Marks | 4.00 | Research and preparation for negotiations; telephone conference with L. Duff and J. Freeman re DOJ position in negotiations; evaluate same; prepare memorandum to M. Obradovic re same. |
| 12/07/06 | K. Bourdeau | 1.25 | Further evaluate legal issues; conference with P. Marks re same. |
| 12/07/06 | P. Marks | 6.00 | Preparation for negotiations, including supplemental research and evaluation of materials; communications with K. Bourdeau re same. |
| 12/08/06 | P. Marks | 2.00 | Prepare for negotiations. |
| 12/10/06 | K. Bourdeau | 4.00 | Prepare for negotiations with supplemental research; prepare email to P. Marks re same. |
| 12/10/06 | P. Marks | 4.25 | Prepare for negotiations. |
| 12/11/06 | K. Bourdeau | 7.50 | Trip to Baltimore to attend strategy meeting with P. Marks, L. Duff, and M. Obradovic; attend pre-meeting with P. Marks re same; further follow-up preparation for negotiation session with DOJ, COE. |
| 12/11/06 | P. Marks | 6.50 | Conference with K. Bourdeau re results of supplemental research and strategy; prepare for and conduct conference with client team re negotiations preparation. |
| 12/12/06 | K. Bourdeau | 9.00 | Attend meeting in Baltimore with DOJ/Corps of Engineers/client/P. Marks re allocation negotiations; prepare for meeting re same; follow-up meeting with L. Duff, M. Obradovic, and P. Marks re next steps. |
| 12/12/06 | P. Marks | 9.00 | Conference with DOJ (J. Freeman), Corps (s. Platt and P. Fallegno), L. Duff, M. Obradovic and K. Bourdeau re settlement negotiations; followup client conference re same and preparation for next day's technical meeting |

BEVERIDGE & DIAMOND, P.C.

with Corps.

| 12/13/06 | P. Marks | 4.50 | Prepare for, attend and followup meetings for conference with Corps (N. Fatherly, S. Platt, J. Owens) and Grace team re FS for RWDA and other issues. |
|---|---|---|---|
| 12/14/06 | K. Bourdeau | 0.75 | Conference with P. marks re results of follow-up conference with S. Platt on allocation issues; path forward re same; review and respond to P. Marks email re results of conference with J. Freeman and recommended action items going forward. |
| 12/14/06 | P. Marks | 2.00 | Prepare for and conduct telephone conference with J. Freeman re negotiations; followup communications with client team and K. Bourdeau. |
| 12/15/06 | K. Bourdeau | 0.50 | Email communications with P. Marks re follow-up action items to settlement negotiation meeting. |
| 12/15/06 | P. Marks | 1.50 | Communications with K. Bourdeau and client re next steps and strategy. |
| 12/18/06 | K. Bourdeau | 1.00 | Prepare updated summary analysis regarding whether the U.S. has no CERCLA Section 107(a) action. |
| 12/19/06 | K. Bourdeau | 0.50 | Continue work on updated summary analysis. |
| 12/20/06 | K. Bourdeau | 1.50 | Continue work on updated summary analysis. |
| 12/21/06 | K. Bourdeau | 4.75 | Continue work on uypdated summary analysis; research re same. |
| 12/22/06 | K. Bourdeau | 1.50 | Finalize draft of updated summary analysis; prepare transmittal email to P. marks with comments on same. |

Total Hours :          97.50

Total Fees :          $42,787.50

BEVERIDGE & DIAMOND, P.C.

INVOICE #  114464
January 18, 2007
PAGE  4

## Disbursements:

| | |
|---|---|
| Postage | 0.63 |
| Long Distance Telephone | 17.30 |
| Duplicating | 32.40 |
| Travel Expenses | 124.15 |
| Information Service - VENDOR: LEXISNEXIS COURT LINK-Invoice #EA258974 dated 12/1/06 for data research services | 122.14 |

Total Disbursements :          $296.62

## Time Summary:

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 49.50 | $525.00 | $25,987.50 |
| P. Marks | 48.00 | $350.00 | $16,800.00 |

Total Fees :          $42,787.50

Total Disbursements :          $296.62

TOTAL DUE :          $43,084.12

# EXHIBIT B

**(Bankruptcy Fee Application)**

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
**SUITE 2210**
**201 NORTH CHARLES STREET**
**BALTIMORE, MD 21201-4150**
**(410) 230-3850**

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

January 18, 2007
Client/Matter #  01246-012629
Invoice # 114465
Federal ID# 52-1247549

For Legal Services Rendered Through 12/31/06 in Connection With:

PLEASE REMIT PAYMENT TO :        **BEVERIDGE & DIAMOND, P.C.**
**SUITE 700**
**1350 I STREET, N.W.**
**WASHINGTON, D.C. 20005-3311**

**Bankruptcy Fee Application**

**Disbursements:**

| | |
|---|---|
| Postage | 5.80 |
| Duplicating | 31.80 |

**Total Disbursements :**        **$37.60**

**TOTAL DUE :**        **$37.60**

# EXHIBIT C

## (Curtis Bay Works)

# LAW OFFICES
## BEVERIDGE & DIAMOND, P.C.
### SUITE 700
### 1350 I STREET, N.W.
### WASHINGTON D.C. 20005-3311
### (202) 789-6000

W. R. Grace & Co.
Attn: Lydia Duff, Esq.
Division Counsel
7500 Grace Drive
Columbia, MD 21044

January 18, 2007
Client/Matter # 01246-010001
Invoice # 114463
Federal ID# 52-1247549

For Legal Services Rendered Through 12/31/06 in Connection With:

**Curtis Bay Works**

| | | | |
|---|---|---|---|
| 12/01/06 | P. Marks | 2.75 | Evaluate, prepare comments and communications with P. Bucens re data report preparation. |
| 12/20/06 | P. Marks | 0.50 | Telephone conference with MDE (E. Hamerberg) re state's groundwater remediation corrective action goals. |

Total Hours :          3.25

Total Fees :          $1,137.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 114463
January 18, 2007
PAGE   2

## Disbursements:

Telecopy - VENDOR: BANK OF AMERICA NA- KSB Visa      4.20
statement dated 11/25/06- KSB faxes received in
Boston on 11/13

                              Total Disbursements :              $4.20

## Time Summary:

|             | Hours Worked | Billed Per Hour | Bill Amount |
|-------------|--------------|-----------------|-------------|
| P. Marks    | 3.25         | $350.00         | $1,137.50   |

                              Total Fees :              $1,137.50

                      Total Disbursements :                 $4.20

                              TOTAL DUE :              $1,141.70