# Exhibit B

## Matter 88 - Acton Site OU3

During this Seventh Application Period, the Firm assisted the Debtor in matters related to the federal Superfund site known as the Grace Acton Site. On September 30, 2005, the federal Environmental Protection Agency issued the Record of Decision, or ROD, for the cleanup of the so-called Operable Unit 3 (OU-3) at the Site. The ROD identified a remedy for the Site, which EPA will expect the Debtor to implement pursuant to the terms of a consent decree entered into between the Debtor and the United States in 1980.

Although the ROD states the general outline of the remedy, substantial work is required to determine what flexibility the Debtor may have in implementing the remedy. The next step in this process was the issuance by EPA of a scope of work (SOW), to be performed by the Debtor, to implement the remedy described in the ROD. Following issuance of the SOW, and during the Seventh Application Period, the Firm worked with the Debtor and its environmental consultants in preparing specific work plans in order to comply with and implement the SOW, and in order to make implementation of the remedy as cost-effective as possible.

This work is complex and requires an in-depth knowledge of the history of the Debtor's cleanup of the Grace Acton Site, the terms of the 1980 Consent Decree, and the relevant provisions of federal and state Superfund laws. The Firm's efforts on these matters have benefited and will benefit the Debtor's bankruptcy estate, because the legal analysis provided is critical to cost-effective compliance with the Debtor's obligations under the federal Superfund law and the 1980 Consent Decree.

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $510.00 | 12.9 | $ 6,579.00 |
| Malcolm Henderson | Partner | Business | $460.00 | 0.5 | $230.00 |
| | | | | | |
| **TOTAL** | | | | 13.4 | $ 6,809.00 |

## Matter 93 - Concord Landfill Closure

During this Seventh Application Period, the Firm assisted the Debtor in matters related to the cleanup of certain land owned by the Debtor in Concord, Massachusetts. The land abuts the property in Acton, Massachusetts, that is a federal Superfund site known as the Grace Acton Site. However, the Concord property is not being cleaned up as part of the Superfund Site. Instead, it is being cleaned up pursuant to Mass. G.L. ch. 21E and its implementing regulations, the Massachusetts Contingency Plan (MCP). The MCP prescribes a detailed pathway that must be followed to achieve cleanup of contaminated sites. During the Seventh Application Period, the Firm advised the Debtor with respect to local approvals under the Massachusetts Wetlands Protection Act that are required before the work can proceed. The Firm continued to work with the Debtor to ensure compliance with all of the above-described regulatory regimes.

The Firm's efforts on these matters have benefited and will benefit the Debtor's bankruptcy estate, because the legal analysis provided is critical to ensuring that the cleanup complies with applicable regulations and can be completed in a timely and cost-effective manner.

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $ | 0.5 | $ 255.00 |
| | | | | | |
| TOTAL | | | | 0.5 | $ 255.00 |

## Matter 99 - Whitney Barrel

During this Seventh Application Period, the Firm assisted the Debtor in matters related to a request for information issued by the United States Environmental Protection Agency ("EPA") pursuant to Section 104(e) of CERCLA. The Firm's efforts on these matters have benefited and will benefit the Debtor's bankruptcy estate, because the Debtor is required to respond to EPA's request.

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Elisabeth M. DeLisle | Associate | Environmental | $335.00 | 2.0 | $ 670.00 |
| | | | | | |
| TOTAL | | | | 2.0 | $ 670.00 |

## Matter 100 - Woburn Lease Environmental Issues

During the Seventh Application Period, the Firm assisted the Debtor on several matters resulting from the Debtor's efforts to redevelop property that it owns in Woburn, Massachusetts. The property is a federal Superfund Site at which the Debtor's cleanup efforts are continuing. In connection with the potential redevelopment of the property, EPA required the Debtor to perform certain additional investigation of the Woburn property.

During this period, the Firm assisted the Debtor in completing the reports required by EPA to document the additional investigation.

The Firm's efforts on these matters have benefited and will benefit the Debtor's bankruptcy estate, because the complexity of the cleanup issues requires substantial legal expertise to minimize the cost to perform necessary environmental investigations and to manage the Debtor's potential future exposure.

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $510.00 | 4.8 | $ 2,448.00 |
| | | | | | |
| TOTAL | | | | 4.8 | $ 2,448.00 |

### Matter 101 - Bankruptcy Matters

This matter covers preparation of monthly and interim fee applications, as well as the Firm's efforts to obtain Court cost authorization for the Firm to serve as special environmental counsel to Debtor. Foley Hoag's ordinary practice is to exercise billing discretion prior to submitting invoices, and it has done so with respect to each of the invoices it submitted during the Interim Period. To date, none of the interested parties objected to payment on account of any portion of any of those invoices, although they were entitled to do so.

The Firm's application-preparation fee is reasonable in light of the nature and magnitude of the effort involved. For each of those matters, as required by the Local Rules, the Firm submitted detailed billing summaries, and its attorneys prepared narrative descriptions of the work performed.

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $510.00 | 0.6 | $ 306.00 |
| Adam P. Kahn | Partner | Environmental | $500.00 | 0.4 | $ 200.00 |
| Elizabeth A. Rice | Paralegal | Bankruptcy | $190.00 | 1.5 | $ 285.00 |
| | | | | | |
| TOTAL | | | | 2.5 | $ 791.00 |