# Exhibit E

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline:<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF MARCH 1, 2007 THROUGH MARCH 31, 2007**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Matter 99 - Whitney Barrel**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Elisabeth M. DeLisle | Associate | Environmental | $335.00 | 1.5 | $502.50 |
| | | | | | |
| **TOTAL** | | | | **1.5** | **$502.50** |

 **FOLEY**
**HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

Lydia B. Duff
Senior Environmental Counsel
Legal Services Group
W.R. Grace & Co.
75 Grace Drive
Columbia, MD 21044

April 30, 2007
Invoice No.: 385562
Matter No.: 08743.00099

**Re:    Whitney Barrel**

For Professional Services rendered through March 31, 2007

|  |  |
|---|---|
| Fees | $502.50 |
| **Total Fees and Disbursements** | **$502.50** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

Matter No.: 08743.00099
Re: Whitney Barrel

Invoice No.: 385562
April 30, 2007
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 03/09/07 | DeLisle | Work on locating copies of 104(e) response attachments per request of M. Johns. | 0.4 |
| 03/12/07 | DeLisle | E-mail to M. Johns. | 0.1 |
| 03/22/07 | DeLisle | Review e-mails regarding Acton and Washington Street, Woburn reporting. | 0.6 |
| 03/23/07 | DeLisle | Discussion with S. Jaffe; e-mail to M. Johns. | 0.4 |
| | | **Total Hours** | **1.5** |

Matter No.: 08743.00099
Re: Whitney Barrel

Invoice No.: 385562
April 30, 2007
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | |
|---|---|---|
| DeLisle | 1.5 | |
| **Total Fees** | | $502.50 |
| | | |
| | | |
| **Total Fees** | | $502.50 |
| **Total Fees and Disbursements** | | **$502.50** |



FOLEY
HOAG LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

### To ensure proper payment to your account, please include this page with your payment.

Lydia B. Duff
Senior Environmental Counsel
Legal Services Group
W.R. Grace & Co.
75 Grace Drive
Columbia, MD 21044

April 30, 2007
Invoice No.: 385562
Matter No.: 08743.00099

Re:    **Whitney Barrel**

**Total Fees and Disbursements**          **$502.50**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00099, **Invoice #:** 385562
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

## Matter 100 - Woburn Lease Environmental Issues

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $510.00 | 3.4 | $1,734.00 |
| | | | | | |
| **TOTAL** | | | | **3.4** | **$1,734.00** |

### Expenses

| Description | Total |
|---|---|
| Photocopies | $ 19.50 |
| | |
| **TOTAL** | **$ 19.50** |

 **FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

April 30, 2007
Invoice No.: 385563
Matter No.: 08743.00100

**Re:    Woburn Lease Environmental Issues**

For Professional Services rendered through March 31, 2007

|  |  |
|---|---|
| Fees | $1,734.00 |
| Disbursements | 19.50 |
| **Total Fees and Disbursements** | **$1,753.50** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP        BOSTON        WASHINGTON, DC        www.foleyhoag.com

Matter No.: 08743.00100                                        Invoice No.: 385563
Re: Woburn Lease Environmental Issues                               April 30, 2007
                                                                         Page 2

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> |
|---|---|---|---|
| 03/28/07 | Jaffe | Review Guswa draft report. | 1.1 |
| 03/29/07 | Jaffe | Reviewing Mr. Guswa report. | 0.4 |
| 03/30/07 | Jaffe | Review, revise draft report regarding RW-22 and e-mails with team regarding same. | 1.9 |
| | | **Total Hours** | **3.4** |

Matter No.: 08743.00100
Re: Woburn Lease Environmental Issues

Invoice No.: 385563
April 30, 2007
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Jaffe | 3.4 |

|  |  |
|---|---|
| **Total Fees** | **$1,734.00** |

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 03/31/07 | In-House Color Photocopying | 19.50 |

|  |  |
|---|---|
| **Total Disbursements** | **$19.50** |

| | |
|---|---|
| **Total Fees** | **$1,734.00** |
| **Total Disbursements** | **19.50** |
| **Total Fees and Disbursements** | **$1,753.50** |



FOLEY
HOAG LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

## To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

April 30, 2007
Invoice No.: 385563
Matter No.: 08743.00100

**Re:**   **Woburn Lease Environmental Issues**

**Total Fees and Disbursements**        **$1,753.50**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00100, **Invoice #:** 385563
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

### Matter 101 - Bankruptcy Matters

#### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Elizabeth Rice | Paralegal | Bankruptcy | $190.00 | 1.0 | $190.00 |
| | | | | | |
| **TOTAL** | | | | **1.0** | **$190.00** |

#### Expenses

| Description | Total |
|---|---|
| Photocopies | $ 27.00 |
| | |
| **TOTAL** | **$ 27.00** |

 **FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

April 30, 2007
Invoice No.: 385564
Matter No.: 08743.00101

Re:    **Bankruptcy Matters**

For Professional Services rendered through March 31, 2007

| | |
|---|---:|
| Fees | $190.00 |
| Disbursements | 27.00 |
| **Total Fees and Disbursements** | **$217.00** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 385564
April 30, 2007
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 03/28/07 | Rice | Attention to docket, filing status of past fee applications; review fee application. | 1.0 |
| | | **Total Hours** | **1.0** |

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 385564
April 30, 2007
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Rice | 1.0 |

**Total Fees**                                                          **$190.00**

### Disbursement Summary

| Date | | Amount |
|---|---|---|
| 03/31/07 | In-House Photocopying | 27.00 |

**Total Disbursements**                                      **$27.00**

| | |
|---|---|
| **Total Fees** | **$190.00** |
| **Total Disbursements** | **27.00** |
| **Total Fees and Disbursements** | **$217.00** |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# <u>REMITTANCE PAGE</u>

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

April 30, 2007
Invoice No.: 385564
Matter No.: 08743.00101

**Re:   Bankruptcy Matters**

**Total Fees and Disbursements**             <u>**$217.00**</u>

| | |
|---|---|
| **Remittance Address:** | **Fed-Ex Remittance Address:** |
| Foley Hoag LLP | Foley Hoag LLP |
| Box 83176 | Box 83176 |
| Woburn, MA 01813-3176 | 100 Maple Street |
| | Stoneham, MA 02180-3125 |

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00101, **Invoice #:** 385564
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com