

# EXHIBIT A
January Fee Application

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., <u>et al.</u>,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: April 12, 2007 at 4:00 p.m.
Hearing Date:  TBD only if necessary

**SUMMARY OF THE SIXTY-FOURTH MONTHLY APPLICATION OF
CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS
FOR THE PERIOD FROM JANUARY 1, 2007 THROUGH JANUARY 31, 2007**

| | |
|---|---|
| Name of Applicant: | Casner & Edwards, LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | September 18, 2001, effective as of September 18, 2001 |
| Period for which compensation and reimbursement is sought: | January 1, 2007 through January 31, 2007 |

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                    $19,909.50  (80% = $15,927.60)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:            $12,083.70

This is an:   X monthly   __ interim   __ final application

Prior Applications filed:  Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |

| | | | | | |
|---|---|---|---|---|---|
| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel |
| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served on counsel | No objections served on counsel |
| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | No objections served on counsel | No objections served on counsel |
| 3/31/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 02/01/03 through 02/28/03 | $37,363.00 | $1,050.11 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 03/01/03 through 03/31/03 | $35,519.00 | $16,988.05 | No objections served on counsel | No objections served on counsel |
| 7/11/03 | 04/01/03 through 04/30/03 | $30,037.50 | $14,427.54 | No objections served on counsel | No objections served on counsel |
| 8/1/03 | 05/01/03 through 05/31/03 | $11,420.00 | $12,560.93 | No objections served on counsel | No objections served on counsel |
| 8/13/03 | 06/01/03 through 06/30/03 | $9,586.00 | $13,073.04 | No objections served on counsel | No objections served on counsel |
| 9/29/03 | 07/01/03 through 07/31/03 | $8,858.00 | $12,888.56 | No objections served on counsel | No objections served on counsel |
| 11/6/03 | 08/01/03 through 08/31/03 | $10,256.50 | $13,076.13 | No objections served on counsel | No objections served on counsel |
| 11/13/03 | 09/01/03 through 09/30/03 | $14,009.00 | $13,261.68 | No objections served on counsel | No objections served on counsel |

| 12/12/03 | 10/01/03 through 10/31/03 | $19,884.00 | $13,458.15 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 1/23/04 | 11/01/03 through 11/30/03 | $12,019.00 | $13,196.18 | No objections served on counsel | No objections served on counsel |
| 2/11/04 | 12/01/03 through 12/31/03 | $5,318.00 | $500.03 | No objections served on counsel | No objections served on counsel |
| 3/16/04 | 01/01/04 through 01/31/04 | $14,274.50 | $25,666.53 | No objections served on counsel | No objections served on counsel |
| 4/13/04 | 02/01/04 through 02/29/04 | $9,658.50 | $13,088.71 | No objections served on counsel | No objections served on counsel |
| 5/12/04 | 03/01/04 through 03/31/04 | $16,421.00 | $13,349.16 | No objections served on counsel | No objections served on counsel |
| 6/14/04 | 04/01/04 through 04/30/04 | $15,745.00 | $12,624.56 | No objections served on counsel | No objections served on counsel |
| 7/13/04 | 05/01/04 through 05/31/04 | $6,487.00 | $26,540.10 | No objections served on counsel | No objections served on counsel |
| 8/17/04 | 06/01/04 through 06/30/04 | $11,018.50 | $9,909.39 | No objections served on counsel | No objections served on counsel |
| 9/13/04 | 07/01/04 through 07/31/04 | $13,651.00 | $12,386.12 | No objections served on counsel | No objections served on counsel |
| 10/15/04 | 08/01/04 through 08/31/04 | $38,791.00 | $14,000.00 | No objections served on counsel | No objections served on counsel |
| 11/15/04 | 09/01/04 through 09/30/04 | $14,142.00 | $15,951.89 | No objections served on counsel | No objections served on counsel |
| 12/15/04 | 10/01/04 through 10/31/04 | $4,177.00 | $25,118.55 | No objections served on counsel | No objections served on counsel |
| 1/6/05 | 11/01/04 through 11/30/04 | $31,459.00 | $2,839.36 | No objections served on counsel | No objections served on counsel |

| 1/27/05 | 12/01/04 through 12/31/04 | $29,299.00 | $17,177.91 | No objections served on counsel | No objections served on counsel |
|---------|---------------------------|------------|------------|--------------------------------|--------------------------------|
| 3/25/05 | 1/01/05 through 1/31/05 | $14,713.00 | $14,317.79 | No objections served on counsel | No objections served on counsel |
| 5/10/05 | 2/01/05 through 2/28/05 | $20,275.00 | $13,251.36 | No objections served on counsel | No objections served on counsel |
| 5/16/05 | 03/01/05 through 03/31/05 | $11,160.00 | $11,684.66 | No objections served on counsel | No objections served on counsel |
| 7/7/05 | 04/01/05 through 04/30/05 | $27,127.00 | $15,371.64 | No objections served on counsel | No objections served on counsel |
| 7/20/05 | 05/01/05 through 05/31/05 | $16,428.00 | $15,260.16 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 06/01/05 through 06/30/05 | $18,474.00 | $12,190.01 | No objections served on counsel | No objections served on counsel |
| 9/9/05 | 07/01/05 through 07/31/05 | $21,231.00 | $13,876.31 | No objections served on counsel | No objections served on counsel |
| 9/30/05 | 08/01/05 through 08/31/05 | $17,306.50 | $12,851.87 | No objections served on counsel | No objections served on counsel |
| 11/14/05 | 09/01/05 through 09/30/05 | $19,252.50 | $13,258.24 | No objections served on counsel | No objections served on counsel |
| 12/15/05 | 10/01/05 through 10/31/05 | $24,069.00 | $15,964.63 | No objections served on counsel | No objections served on counsel |
| 1/31/06 | 11/01/05 through 11/30/05 | $38,027.50 | $15,003.91 | No objections served on counsel | No objections served on counsel |
| 2/14/06 | 12/01/05 through 12/31/05 | $87,777.50 | $13,260.33 | No objections served on counsel | No objections served on counsel |
| 3/31/06 | 01/01/06 through 01/31/06 | $30,680.00 | $17,353.33 | No objections served on counsel | No objections served on counsel |

5

| 5/1/06 | 02/01/06 through 02/28/06 | $32,949.50 | $22,535.61 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 5/23/06 | 03/01/06 through 03/31/06 | $60,885.50 | $15,296.96 | No objections served on counsel | No objections served on counsel |
| 6/8/06 | 04/01/06 through 04/30/06 | $23,816.00 | $15,047.10 | No objections served on counsel | No objections served on counsel |
| 7/18//06 | 05/01/06 through 05/31/06 | $27,090.50 | $15,330.01 | No objections served on counsel | No objections served on counsel |
| 8/14/06 | 06/01/06 through 06/30/06 | $33,544.50 | $11,977.34 | No objections served on counsel | No objections served on counsel |
| 9/12/06 | 07/01/06 through 07/31/06 | $16,289.50 | $15,153.31 | No objections served on counsel | No objections served on counsel |
| 10/18/06 | 08/01/06 through 08/31/06 | $34,312.00 | $14,214.01 | No objections served on counsel | No objections served on counsel |
| 11/21/06 | 09/01/06 through 09/30/06 | $35,495.50 | $13,202.34 | No objections served on counsel | No objections served on counsel |
| 12/15/06 | 10/01/06 through 10/31/06 | $33,865.00 | $22,086.20 | No objections served on counsel | No objections served on counsel |
| 1/16/07 | 11/01/06 through 11/30/06 | $33,796.00 | $15,221.39 | No objections served on counsel | No objections served on counsel |
| 3/1/07 | 12/01/06 through 12/31/06 | $19,813.00 | $14,435.75 | Pending | Pending |
| 3/15/07 | 01/01/07 through 01/31/07 | $19,909.50 | $12,083.70 | Pending | Pending |

As indicated above, this is the sixty-fourth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is approximately 2.0 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $550.00.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

Fee Summary

(see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Senior Counsel | 40 | Litigation | $275.00 | 4.60 | $1,265.00 |
| Robert A. Murphy | Senior Counsel | 40 | Litigation | No Charge | 0.05 | $0.00 |
| Donna B. MacKenna | Partner | 23 ½ | Litigation | $245.00 | 6.90 | $1,690.50 |
| Matthew T. Murphy | Associate | 19 | Litigation | $240.00 | 22.10 | $5,304.00 |

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 23 | Litigation | $100.00 | 116.50 | $11,650.00 |
| TOTALS | | | | | 150.15 | $19,909.50 |

**Total Fees:**        **$19,909.50**

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

7

Expense Summary

(see Exhibit B to the Fee Detail)

| Expense Category | Expenses |
|---|---|
| Pacer Online Search | $8.81 |
| Outside Photocopying | $528.34 |
| Federal Express | $13.83 |
| Photocopying ($0.12/page) | $42.48 |
| Telephone | $5.88 |
| Rent Reimbursement | $11,082.06 |
| Miscellaneous | $402.30 |
| TOTAL | $12,083.70 |

**Total Expenses:**     **$12,083.70**

Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 148.00 | $19,332.00 |
| Fee Applications, Applicant | 2.15 | $577.50 |
| Expenses | N/A | $12,083.70 |
| TOTALS | 150.15 | $31,993.20 |

Dated:  March 15, 2007                    CASNER & EDWARDS, LLP

*Robert A. Murphy*

Robert A. Murphy (BBO #363700)
303 Congress Street, 2nd Floor
Boston, MA  02210
(617) 426-5900

Special Litigation Counsel

52000.57/406012.1

9

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: April 12, 2007 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

### FEE DETAIL FOR CASNER & EDWARDS, LLP'S
### SIXTY-FOURTH MONTHLY FEE APPLICATION
### FOR THE PERIOD FROM JANUARY 1, 2007 THROUGH JANUARY 31, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A
### (Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

March 6, 2007

Bill Number  02648
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

LEGAL SERVICES

Through January 31, 2007

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 01/02/07 | RAM | Read selected documents filed in bankruptcy court. | 0.10 Hrs | $27.50 |
| 01/02/07 | MTM | Work on revised responses to discovery from Motley Rice (1.8); emails to and from K&E counsel re: same (.6). | 2.40 Hrs | $576.00 |
| 01/02/07 | ARA | Document control. | 3.50 Hrs | $350.00 |
| 01/03/07 | ARA | Document control. | 0.50 Hrs | $50.00 |
| 01/04/07 | ARA | Quality control documents in the production set. | 3.80 Hrs | $380.00 |
| 01/05/07 | RAM | Read selected documents filed in bankruptcy court. | 1.00 Hrs | $275.00 |
| 01/05/07 | DBM | Conference call with MTM and Reed Smith attorney re: Libby Common Exhibits and Grace documents. | 0.20 Hrs | $49.00 |
| 01/05/07 | MTM | Telephone call from Reed Smith counsel requesting certain Libby Common Exhibits (.2); receipt and review of list from him re: same (.3); gather copies of documents to send to him re: same (.4); work on locating additional Libby Common Exhibits for Reed Smith counsel (.7). | 1.60 Hrs | $384.00 |
| 01/08/07 | DBM | Search for memo analyzing Lab results. | 0.80 Hrs | $196.00 |
| 01/08/07 | MTM | Conference with ARA re: expert's binders and document request by Reed Smith counsel (.3); receipt and respond to emails re: EPA discs (.2); receipt and review of as-filed responses to Motley Rice discovery (.5); work on locating various documents for Reed Smith counsel (.8). | 1.80 Hrs | $432.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 01/08/07 | ARA | Per MTM's request, review and select expert's deposition binders for copying (2.5); oversee pick-up of depositions by Merrill Corp. (.4). Per MTM, review Libby Common Exhibits re: Reed Smith attorney's request (3.4). | 6.30 Hrs | $630.00 |
| 01/09/07 | RAM | Read updated bankruptcy court docket entries to select documents to read (.2). Draft response to auditor's letter (.1). | 0.30 Hrs | $82.50 |
| 01/09/07 | MTM | Review expert's documents (.2); conference with ARA re: search for Libby Common Exhibits requested by Reed Smith counsel (.4); telephone call from in-house Grace counsel re: search for documents regarding former California employee (.1); review Libby Common Exhibits found by ARA (.7); letter to Reed Smith attorney re: same (.2); telephone call from RAM re: expert's documents (.1). | 1.70 Hrs | $408.00 |
| 01/09/07 | ARA | Continue review of Libby Common Exhibits (2.9); discussion with MTM re: Reed Smith request (.4). Receipt of originals of expert's depositions from Merrill Corp. (.2); quality control same and return to the expert library (2.0). Quality control deposition binders pulled in the past for copying for Kirkland & Ellis and return them to the expert library (1.0). | 6.50 Hrs | $650.00 |
| 01/10/07 | DBM | Search for Libby Common Exhibits (3.4); draft memo to MTM re: same (.8). | 4.20 Hrs | $1,029.00 |
| 01/10/07 | MTM | Conference with DBM re: locating balance of Libby Common Exhibits for Reed Smith counsel (.1); work on locating same (.2). | 0.30 Hrs | $72.00 |
| 01/10/07 | ARA | Continue to quality control and return deposition binders pulled in the past for copying re: Kirkland & Ellis request. | 6.50 Hrs | $650.00 |
| 01/11/07 | MTM | Email from in-house counsel re: search for documents (.2); review email and printout from DBM re: Libby Common Exhibit searches for Reed Smith attorney (1.0); conference with ARA re: same (.3). | 1.50 Hrs | $360.00 |
| 01/11/07 | ARA | Continue to quality control and return deposition binders to the expert library re: earlier Kirkland and Ellis request (2.7). Per MTM's request, search for and obtain Libby Common Exhibits (2.0). | 4.70 Hrs | $470.00 |
| 01/12/07 | MTM | Work on locating Libby Common Exhibits for Reed Smith counsel. | 0.60 Hrs | $144.00 |
| 01/12/07 | ARA | Continue to search for and obtain Libby Common Exhibits. | 8.20 Hrs | $820.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 01/16/07 | MTM | Continue review of documents from ARA re: Libby Common Exhibits requested by Reed Smith counsel (2.5); receipt and review of copies of EPA discs from Holme Roberts (.3); email to Holme Roberts counsel re: same (.3); meeting with ARA re: Libby Common Exhibit issues (.3). | 3.40 Hrs | $816.00 |
| 01/16/07 | ARA | Discussion with MTM and continue to search for and obtain Libby Common Exhibits (3.9); produce documents and discuss with MTM (.3). | 4.20 Hrs | $420.00 |
| 01/17/07 | RAM | Finalize response to auditor's letter (.1). Read correspondence re: Libby Common Exhibits; note to MTM re: same (.1). | 0.20 Hrs | $55.00 |
| 01/17/07 | DBM | Search for documents re: fire rating for ZAI, per MTM. | 0.70 Hrs | $171.50 |
| 01/17/07 | MTM | Complete review of Libby Common Exhibits (.4); letter to Reed Smith counsel re: same (.5); telephone call from in-house counsel re: fire rating for Zonolite acoustical plaster (.2); conference with DBM and ARA re: same (.4); review briefing books re: same (.5); review printout re: same (.8); telephone call to ARA re: same (.3); telephone call to Reed Smith counsel re: Libby Common Exhibit documents (.2); telephone call to in-house counsel re: ZAP fire rating (.2); email to him re: same (.5). | 4.00 Hrs | $960.00 |
| 01/17/07 | ARA | Continue to quality control and return deposition binders to the expert library re: earlier Kirkland and Ellis request (5.5). Per telephone call from MTM, search for and review documents re: information re: fire rating for ZAP for in-house counsel (2.5). | 8.00 Hrs | $800.00 |
| 01/18/07 | RAM | Read selected documents filed in bankruptcy court (.5). Read updated bankruptcy court docket entries to select documents to read (.3.) Review and comment on draft letter to N. Finch re: production of EPA discs (.1). | 0.90 Hrs | $247.50 |
| 01/18/07 | MTM | Continue to work on EPA disc issue (1.0); receipt and review of additional discs from Holme Roberts counsel (.3); emails with Holme Roberts paralegal re: same (.4); letter to N. Finch re: same (.3). | 2.00 Hrs | $480.00 |
| 01/18/07 | ARA | Quality control documents pulled/reviewed re: Libby common exhibits (1.3). Review expert's depositions per RAM's request (1.5). Quality control expert depositions re: earlier Kirkland and Ellis request (5.0). | 7.80 Hrs | $780.00 |
| 01/19/07 | MTM | Revise letter to N. Finch re: EPA discs (.1); email to K&E and in-house counsel re: same (.2); email from K&E counsel re: email from Attorney Mullady re: 30(b)(6) topics (.4); telephone call to in-house counsel re: same (.2); email to K&E counsel re: same (.3). | 1.20 Hrs | $288.00 |

Mark A. Shelnitz

| | | | | |
|---|---|---|---|---|
| 01/19/07 | ARA | Quality control documents in the production set. | 6.00 Hrs | $600.00 |
| 01/22/07 | ARA | Quality control documents in the production set. | 6.50 Hrs | $650.00 |
| 01/23/07 | MTM | Review EPA discs before sending to Finch and Mullady (.2); telephone call from Reed Smith counsel re: Bates numbers on certain repository documents (.2). | 0.40 Hrs | $96.00 |
| 01/23/07 | ARA | Quality control documents in the production set. | 6.50 Hrs | $650.00 |
| 01/24/07 | MTM | Telephone call from Reed Smith counsel re: Bates numbers on specific documents. | 0.20 Hrs | $48.00 |
| 01/24/07 | ARA | Quality control documents in the production set. | 6.00 Hrs | $600.00 |
| 01/25/07 | MTM | Review copies of documents identified by Reed Smith counsel (.6); telephone call to ARA re: same (.2); telephone call to Reed Smith counsel re: same (.2). | 1.00 Hrs | $240.00 |
| 01/25/07 | ARA | Return MTM's call re: documents requested by Reed Smith (.2); obtain them (.2). Quality control documents in the production set (6.2). | 6.60 Hrs | $660.00 |
| 01/26/07 | ARA | Quality control documents in the production set. | 6.20 Hrs | $620.00 |
| 01/29/07 | ARA | Quality control documents in the production set. | 6.50 Hrs | $650.00 |
| 01/30/07 | ARA | Quality control documents in the production set. | 6.00 Hrs | $600.00 |
| 01/31/07 | DBM | Research asbestos materials used in Canada per in-house counsel's email to MTM (.8); draft email in response (.2). | 1.00 Hrs | $245.00 |
| 01/31/07 | ARA | Quality control documents in the production set. | 6.20 Hrs | $620.00 |
| | | TOTAL LEGAL SERVICES | | $19,332.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 2.50 Hrs | 275/hr | $687.50 |
| DONNA B. MACKENNA | 6.90 Hrs | 245/hr | $1,690.50 |
| MATTHEW T. MURPHY | 22.10 Hrs | 240/hr | $5,304.00 |
| ANGELA R. ANDERSON | 116.50 Hrs | 100/hr | $11,650.00 |
| | 148.00 Hrs | | $19,332.00 |

|  |  |
|---|---|
| TOTAL THIS BILL | $19,332.00 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

March 6, 2007

Bill Number  02649
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through January 31, 2007

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 01/02/07 | RAM | Work on November fee application. | 0.20 Hrs | $55.00 |
| 01/03/07 | RAM | Work on November fee application and send it to in-house counsels to review. | 0.20 Hrs | $55.00 |
| 01/04/07 | RAM | Telephone call from in-house counsel; fee application may be filed. | 0.05 Hrs | No charge |
| 01/09/07 | RAM | Finalize November fee application (.1). Draft letter to send application to local counsel to file (.1). | 0.20 Hrs | $55.00 |
| 01/25/07 | RAM | Work on December fee application. | 0.30 Hrs | $82.50 |
| 01/29/07 | RAM | Work on December fee application. | 1.10 Hrs | $302.50 |
| 01/30/07 | RAM | Send December fee application to in-house counsels to review. | 0.10 Hrs | $27.50 |
| | | TOTAL LEGAL SERVICES | | $577.50 |

Mark A. Shelnitz

Re: Fee Applications, Applicant

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 2.10 Hrs | 275/hr | $577.50 |
| ROBERT A. MURPHY | 0.05 Hrs | 275/hr | No charge |
| | 2.15 Hrs | | $577.50 |

TOTAL THIS BILL      $577.50

**EXHIBIT B**
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

March 6, 2007

Bill Number  02650
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

DISBURSEMENTS

Through January 31, 2007

PACER ONLINE SEARCH

| | | | |
|---|---|---|---|
| 01/31/07 | Delaware Bankruptcy Court - 10/10 - 12/27/06 | 8.81 | |
| | | | $8.81 |

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 01/24/07 | MERRILL COMM - Copies of transcripts of expert | 128.86 | |
| 01/24/07 | MERRILL COMM -Copy of docs for Reed Smith Attorney (1/5/07) | 399.48 | |
| | | | $528.34 |

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 01/03/07 | 5 copies at .12 per copy | 0.60 | |
| 01/09/07 | 19 copies at .12 per copy | 2.28 | |
| 01/12/07 | 14 copies at .12 per copy | 1.68 | |
| 01/16/07 | 97 copies at .12 per copy | 11.64 | |
| 01/17/07 | 142 copies at .12 per copy | 17.04 | |
| | | | $33.24 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through January 31, 2007

TELEPHONE

| 01/05/07 | 329 | 2024149302 | 1.98 | |
| | | | | $1.98 |

RENT REIMBURSEMENT

| 01/04/07 | Rent and Utilities for document repository at One Winthrop Square - January 2007. | 11,082.06 | |
| | | | $11,082.06 |

MISCELLANEOUS

| 01/10/07 | RECORDKEEPER ARCHIVE-Storage 1/1/2007 through 1/31/2007 | 402.30 | |
| | | | $402.30 |

| | TOTAL DISBURSEMENTS | $12,056.73 |

| | TOTAL THIS BILL | $12,056.73 |

**CASNER & EDWARDS, LLP**
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

March 6, 2007

Bill Number  02651
File Number  0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

DISBURSEMENTS

Through January 31, 2007

FEDERAL EXPRESS

| | | |
|---|---|---|
| 01/11/07 | To 919 North Market, Pachulski Stang Ziehl, Patricia Cuniff from Casner and Edwards on 12/14/06 by RAM. | 13.83 |
| | | $13.83 |

PHOTOCOPYING

| | | |
|---|---|---|
| 01/23/07 | 77 copies at .12 per copy | 9.24 |
| | | $9.24 |

TELEPHONE

| | | | |
|---|---|---|---|
| 01/30/07 | 357 | 4105314545 | 2.60 |
| 01/30/07 | 357 | 5613621583 | 1.30 |
| | | | $3.90 |

Mark A. Shelnitz

TOTAL DISBURSEMENTS          $26.97

TOTAL THIS BILL          $26.97

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

### AFFIDAVIT OF SERVICE

Linda M. Ellis being duly sworn according to law, deposes and says that she is employed

by the law firm of Pachulski Stang Ziehl Young Jones & Weintraub LLP and that on the 23rd day

of March, 2007, she caused a copy of the following documents to be served upon the following

service list(s) in the manner indicated:

> **Sixty-Fourth Monthly Application of Casner & Edwards, LLP for
> Compensation for Services and Reimbursement of Expenses as Special
> Litigation Counsel to Debtors for the Period from January 1, 2007 through
> January 31, 2007**

_Linda M. Ellis_
Linda M. Ellis

Sworn to and subscribed before
me this 23rd day of March, 2007

_Vanessa A. Preston_
Notary Public

My Commission Expires: 03-21/M08

VANESSA A. PRESTON
Notary Public - State of Delaware
My Comm. Expires March 21, 2008

91100-001\DOCS_DE:85961.17

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
11- E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

**Hand Delivery**
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

**Federal Express**
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

**Federal Express and E-mail:**
william.sparks@grace.com
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

**E-mail:** syoder@bayardfirm.com
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

**E-mail:** meskin@del.camlev.com
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

**E-mail:** ttacconelli@ferryjoseph.com
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

**E-mail:** mlastowski@duanemorris.com
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

**E-mail:** currier@klettrooney.com
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

**E-mail:** james_kapp@chicago.kirkland.com
(Counsel to Debtor)
James Kapp, III, Esquire
Kirkland & Ellis

**E-mail:** pvnl@capdale.com
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

*E-mail: carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP