# EXHIBIT B

February Fee Application

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: May 10, 2007 at 4:00 p.m.
Hearing Date: TBD only if necessary

**SUMMARY OF THE SIXTY-FIFTH MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM FEBRUARY 1, 2007 THROUGH FEBRUARY 28, 2007**

| | |
|---|---|
| Name of Applicant: | Casner & Edwards, LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | September 18, 2001, effective as of September 18, 2001 |
| Period for which compensation and reimbursement is sought: | February 1, 2007 through February 28, 2007 |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                     $24,635.00  (80% = $19,708.00)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:             $11,730.70

This is an:   X monthly    __ interim    __ final application

Prior Applications filed:  Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |

2

| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel |
| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served on counsel | No objections served on counsel |
| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | No objections served on counsel | No objections served on counsel |
| 3/31/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 02/01/03 through 02/28/03 | $37,363.00 | $1,050.11 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 03/01/03 through 03/31/03 | $35,519.00 | $16,988.05 | No objections served on counsel | No objections served on counsel |
| 7/11/03 | 04/01/03 through 04/30/03 | $30,037.50 | $14,427.54 | No objections served on counsel | No objections served on counsel |
| 8/1/03 | 05/01/03 through 05/31/03 | $11,420.00 | $12,560.93 | No objections served on counsel | No objections served on counsel |
| 8/13/03 | 06/01/03 through 06/30/03 | $9,586.00 | $13,073.04 | No objections served on counsel | No objections served on counsel |
| 9/29/03 | 07/01/03 through 07/31/03 | $8,858.00 | $12,888.56 | No objections served on counsel | No objections served on counsel |
| 11/6/03 | 08/01/03 through 08/31/03 | $10,256.50 | $13,076.13 | No objections served on counsel | No objections served on counsel |
| 11/13/03 | 09/01/03 through 09/30/03 | $14,009.00 | $13,261.68 | No objections served on counsel | No objections served on counsel |

3

| 12/12/03 | 10/01/03 through 10/31/03 | $19,884.00 | $13,458.15 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 1/23/04 | 11/01/03 through 11/30/03 | $12,019.00 | $13,196.18 | No objections served on counsel | No objections served on counsel |
| 2/11/04 | 12/01/03 through 12/31/03 | $5,318.00 | $500.03 | No objections served on counsel | No objections served on counsel |
| 3/16/04 | 01/01/04 through 01/31/04 | $14,274.50 | $25,666.53 | No objections served on counsel | No objections served on counsel |
| 4/13/04 | 02/01/04 through 02/29/04 | $9,658.50 | $13,088.71 | No objections served on counsel | No objections served on counsel |
| 5/12/04 | 03/01/04 through 03/31/04 | $16,421.00 | $13,349.16 | No objections served on counsel | No objections served on counsel |
| 6/14/04 | 04/01/04 through 04/30/04 | $15,745.00 | $12,624.56 | No objections served on counsel | No objections served on counsel |
| 7/13/04 | 05/01/04 through 05/31/04 | $6,487.00 | $26,540.10 | No objections served on counsel | No objections served on counsel |
| 8/17/04 | 06/01/04 through 06/30/04 | $11,018.50 | $9,909.39 | No objections served on counsel | No objections served on counsel |
| 9/13/04 | 07/01/04 through 07/31/04 | $13,651.00 | $12,386.12 | No objections served on counsel | No objections served on counsel |
| 10/15/04 | 08/01/04 through 08/31/04 | $38,791.00 | $14,000.00 | No objections served on counsel | No objections served on counsel |
| 11/15/04 | 09/01/04 through 09/30/04 | $14,142.00 | $15,951.89 | No objections served on counsel | No objections served on counsel |
| 12/15/04 | 10/01/04 through 10/31/04 | $4,177.00 | $25,118.55 | No objections served on counsel | No objections served on counsel |
| 1/6/05 | 11/01/04 through 11/30/04 | $31,459.00 | $2,839.36 | No objections served on counsel | No objections served on counsel |

4

| 1/27/05 | 12/01/04 through 12/31/04 | $29,299.00 | $17,177.91 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 3/25/05 | 1/01/05 through 1/31/05 | $14,713.00 | $14,317.79 | No objections served on counsel | No objections served on counsel |
| 5/10/05 | 2/01/05 through 2/28/05 | $20,275.00 | $13,251.36 | No objections served on counsel | No objections served on counsel |
| 5/16/05 | 03/01/05 through 03/31/05 | $11,160.00 | $11,684.66 | No objections served on counsel | No objections served on counsel |
| 7/7/05 | 04/01/05 through 04/30/05 | $27,127.00 | $15,371.64 | No objections served on counsel | No objections served on counsel |
| 7/20/05 | 05/01/05 through 05/31/05 | $16,428.00 | $15,260.16 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 06/01/05 through 06/30/05 | $18,474.00 | $12,190.01 | No objections served on counsel | No objections served on counsel |
| 9/9/05 | 07/01/05 through 07/31/05 | $21,231.00 | $13,876.31 | No objections served on counsel | No objections served on counsel |
| 9/30/05 | 08/01/05 through 08/31/05 | $17,306.50 | $12,851.87 | No objections served on counsel | No objections served on counsel |
| 11/14/05 | 09/01/05 through 09/30/05 | $19,252.50 | $13,258.24 | No objections served on counsel | No objections served on counsel |
| 12/15/05 | 10/01/05 through 10/31/05 | $24,069.00 | $15,964.63 | No objections served on counsel | No objections served on counsel |
| 1/31/06 | 11/01/05 through 11/30/05 | $38,027.50 | $15,003.91 | No objections served on counsel | No objections served on counsel |
| 2/14/06 | 12/01/05 through 12/31/05 | $87,777.50 | $13,260.33 | No objections served on counsel | No objections served on counsel |
| 3/31/06 | 01/01/06 through 01/31/06 | $30,680.00 | $17,353.33 | No objections served on counsel | No objections served on counsel |

| 5/1/06 | 02/01/06 through 02/28/06 | $32,949.50 | $22,535.61 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 5/23/06 | 03/01/06 through 03/31/06 | $60,885.50 | $15,296.96 | No objections served on counsel | No objections served on counsel |
| 6/8/06 | 04/01/06 through 04/30/06 | $23,816.00 | $15,047.10 | No objections served on counsel | No objections served on counsel |
| 7/18//06 | 05/01/06 through 05/31/06 | $27,090.50 | $15,330.01 | No objections served on counsel | No objections served on counsel |
| 8/14/06 | 06/01/06 through 06/30/06 | $33,544.50 | $11,977.34 | No objections served on counsel | No objections served on counsel |
| 9/12/06 | 07/01/06 through 07/31/06 | $16,289.50 | $15,153.31 | No objections served on counsel | No objections served on counsel |
| 10/18/06 | 08/01/06 through 08/31/06 | $34,312.00 | $14,214.01 | No objections served on counsel | No objections served on counsel |
| 11/21/06 | 09/01/06 through 09/30/06 | $35,495.50 | $13,202.34 | No objections served on counsel | No objections served on counsel |
| 12/15/06 | 10/01/06 through 10/31/06 | $33,865.00 | $22,086.20 | No objections served on counsel | No objections served on counsel |
| 1/16/07 | 11/01/06 through 11/30/06 | $33,796.00 | $15,221.39 | No objections served on counsel | No objections served on counsel |
| 3/1/07 | 12/01/06 through 12/31/06 | $19,813.00 | $14,435.75 | No objections served on counsel | No objections served on counsel |
| 3/23/07 | 01/01/07 through 01/31/07 | $19,909.50 | $12,083.70 | Pending | Pending |
| 4/6/07 | 02/01/07 through 02/28/07 | $24,635.00 | $11,730.70 | Pending | Pending |

As indicated above, this is the sixty-fifth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is approximately 2.3 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $632.50.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

### Fee Summary

### (see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Senior Counsel | 40 | Litigation | $275.00 | 7.40 | $2,035.00 |
| Robert A. Murphy | Senior Counsel | 40 | Litigation | No Charge | 0.05 | $0.00 |
| Matthew T. Murphy | Associate | 19 | Litigation | $240.00 | 51.50 | $12,360.00 |

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 23 | Litigation | $100.00 | 102.40 | $10,240.00 |
| TOTALS | | | | | 161.35 | $24,635.00 |

**Total Fees:**      **$24,635.00**

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

7

Expense Summary

(see Exhibit B to the Fee Detail)

| Expense Category | Expenses |
|---|---|
| Federal Express | $202.89 |
| Photocopying ($0.12/page) | $39.60 |
| Telephone | $3.85 |
| Rent Reimbursement | $11,082.06 |
| Miscellaneous | $402.30 |
| TOTAL | $11,730.70 |

**Total Expenses:**    **$11,730.70**

Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 160.10 | $24,305.00 |
| Fee Applications, Applicant | 1.25 | $330.00 |
| Expenses | N/A | $11,730.70 |
| TOTALS | 161.35 | $36,365.70 |

Dated: April _6_, 2007          CASNER & EDWARDS, LLP

_Robert A. Murphy_

Robert A. Murphy (BBO #363700)
303 Congress Street, 2nd Floor
Boston, MA  02210
(617) 426-5900

Special Litigation Counsel

52000.57/408144

8

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: May 10, 2007 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## SIXTY-FIFTH MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM FEBRUARY 1, 2007 THROUGH FEBRUARY 28, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**<u>EXHIBIT A</u>**
(Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

April 2, 2007

Bill Number  03612
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

Through February 28, 2007

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/01/07 | RAM | Emails from/to Reed Smith attorney and in-house counsel re: former employee's documents and Canadian documents; telephone call to in-house counsel re: same (.1). Telephone conference with MB re: same (.1). Telephone conference with in-house counsel re: search for documents re: government's involvement, if any, in vermiculite mines during WWII (.1). | 0.30 Hrs | $82.50 |
| 02/01/07 | ARA | Quality control documents that were pulled re: PI Creditors' Committee and return them to the production set (4.7); Per MB's call,search for and obtain former employee's memos per RAM's request (1.4). | 6.10 Hrs | $610.00 |
| 02/02/07 | RAM | Emails from/to in-house counsel and Reed Smith attorney re: Canadian documents and former employee's documents. | 0.10 Hrs | $27.50 |
| 02/02/07 | ARA | Quality control documents in the repository. | 5.00 Hrs | $500.00 |
| 02/05/07 | RAM | Read selected documents filed in bankruptcy court (.7). Read updated bankruptcy court docket entries to select documents to read (.2). | 0.90 Hrs | $247.50 |

Page 1

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/05/07 | ARA | Quality control documents that were pulled re: PI Creditors' Committee and return them to the production set. | 6.80 Hrs | $680.00 |
| 02/06/07 | RAM | Emails from/to MTM re: whether charts of vermiculite test results are work product (.1). and re: bill from Merrill re: copying (.1). | 0.20 Hrs | $55.00 |
| 02/06/07 | MTM | Receipt and review of emails from in-house counsel re: sales of asbestos containing materials in Canada (.5); email from Reed Smith counsel re: testing summaries (.5); review testing summaries re: email from Reed Smith counsel (.8); email to RAM re: same (.2). | 2.00 Hrs | $480.00 |
| 02/06/07 | ARA | Quality control documents in the repository. | 1.90 Hrs | $190.00 |
| 02/07/07 | RAM | Telephone conference with MTM re: vermiculite test result compilation work product question (.1). and re: question whether government was involved in vermiculite mines during WWII (.1). | 0.20 Hrs | $55.00 |
| 02/07/07 | MTM | Email to in-house counsel re: potential work product testing summaries requested by Reed Smith counsel (.3); email to RAM and Reed Smith counsel re: same (.2); receipt and respond to email from Reed Smith counsel re: underlying documents summarized in work product documents (1.0); telephone call from RAM re: same and request from in-house counsel for information about Libby mine during WWII (.2); draft email to in-house counsel re: sale of ACM in Canada (.5); telephone call to ARA re: review of chron set for references to Libby mine during WWII (.3). | 2.50 Hrs | $600.00 |
| 02/07/07 | ARA | Quality control documents in the repository (5.2). Per MTM's call, search for documents for any reference to Libby mine during WWII (1.3). | 6.50 Hrs | $650.00 |
| 02/08/07 | MTM | Receipt and review of emails from in-house counsel re: Canadian document review (.2); conference call with in-house counsel and Reed Smith counsel re: testimony of former employees (.8); review documents re: same (.3); receipt and review of ledger documents from in-house counsel re: Canadian sales and former employees testimony (.1) | 1.40 Hrs | $336.00 |
| 02/08/07 | ARA | Quality control documents in the repository (5.5). Per MTM, review box of binders and confirm dates re: chronological documents received from former in-house counsel re: search re: search for Libby historical documents; telephone call to MTM re: same (.4). Retrieve Libby Common Exhibits from MTM and return them to the repository (.5). | 6.40 Hrs | $640.00 |

Mark A. Shelnitz

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 02/09/07 | MTM | Work on gathering documents for former employees' deposition preparation (.9); conference with RAM re: same (.2); letter to in-house counsel and Reed Smith counsel re: Grace documents (.2). | 1.30 Hrs | $312.00 |
| 02/09/07 | ARA | Quality control documents in the repository. | 6.50 Hrs | $650.00 |
| 02/12/07 | RAM | Conference with MTM re: status of locating documents for preparation of former employees for depositions (.1), re: status of locating any documents (none found) re: government involvement with vermiculite mines in WWII (.1), and re: government challenging claim of privilege of many OMF documents; read email re: latter (.1). | 0.30 Hrs | $82.50 |
| 02/12/07 | MTM | Telephone call from in-house counsel re: trade secret formula documents for certain products and request from Reed Smith counsel for testing summaries (.2); telephone call from RAM re: document collection for former employees' deposition preparation (.2); review former employees' testimony outlines (.6); review product appendix re: sale of acoustical products in Canada re: same (.4); receipt and review of email from K&E counsel and memo from U.S. Attorney seeking certain privileged documents at issue (.5); telephone call to K&E counsel re: same (.3); work on response to government memo (2.9). | 5.10 Hrs | $1,224.00 |
| 02/12/07 | ARA | Quality control invoices and return them to the production set (3.8). Per MTM's call, search for and obtain Zonolite Co. binder in the resource library (.7). Quality control documents that were pulled re: PI Creditors' Committee and return them to the production set (1.5). | 6.00 Hrs | $600.00 |
| 02/13/07 | MTM | Work on response to government motion regarding privileged documents (1.6); continue to gather documents for former employees' deposition preparation (.6); telephone call to in-house counsel re: same (.7). | 2.90 Hrs | $696.00 |
| 02/13/07 | ARA | Quality control documents that were pulled re: PI Creditors' Committee and return them to the production set. | 6.50 Hrs | $650.00 |
| 02/14/07 | MTM | Work on response to government motion regarding privilege documents (1.8); receipt and review of list of products for which in-house counsel needs formulas (.2); work on locating formulas (2.1); conference with ARA re: same (.3). | 4.40 Hrs | $1,056.00 |
| 02/14/07 | ARA | Quality control documents that were pulled re: PI Creditors' Committee and return them to the production set (3.0). Per MTM, locate binders on OP products and review these binders for formula documents (3.2). Discussion with MTM re: what was found (.3). | 6.50 Hrs | $650.00 |

Page 3

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/15/07 | MTM | Work on locating formulas for various products (1.8); review formulas at Winthrop Square (.9); receipt and review of collection of documents from K&E counsel re: government's motion to produce privilege documents (1.9). | 4.60 Hrs | $1,104.00 |
| 02/16/07 | MTM | Work on response to government motion seeking privilege documents. | 3.50 Hrs | $840.00 |
| 02/18/07 | RAM | Read updated bankruptcy court docket entries to select documents to read (.2). | 1.80 Hrs | $495.00 |
| 02/19/07 | RAM | Read government's response to OMF's Motion for Protective Order and attached exhibits (1.0). Read selected documents filed in bankruptcy court. | 1.40 Hrs | $385.00 |
| 02/20/07 | RAM | Read selected documents filed in bankruptcy court (.6). Conference with MTM re: OMF privileged document issue (.3). | 0.90 Hrs | $247.50 |
| 02/20/07 | MTM | Work on response to government motion seeking privilege documents (2.0); conference with RAM re: same (.3). | 2.30 Hrs | $552.00 |
| 02/20/07 | ARA | Per MTM, review documents for OP product formulas. | 6.40 Hrs | $640.00 |
| 02/21/07 | MTM | Work on response to motion seeking privilege documents. | 5.80 Hrs | $1,392.00 |
| 02/21/07 | ARA | Review documents for OP product formulas (3.6). Per MTM, review previously privileged documents (2.5). | 6.10 Hrs | $610.00 |
| 02/22/07 | MTM | Conference with ARA re: previously privileged documents re: government's motion (.4); work on response to government's motion seeking privilege documents (4.8). | 5.20 Hrs | $1,248.00 |
| 02/22/07 | ARA | Review previously privileged documents (4.6); discussion with MTM re: same (.4). | 5.00 Hrs | $500.00 |
| 02/23/07 | MTM | Work on response to government's motion seeking privilege documents (2.0). Work on obtaining various product formula documents for in-house counsel (1.1). | 3.10 Hrs | $744.00 |
| 02/23/07 | ARA | Review documents for OP product formulas (5.5). Quality control documents in the production set (1.0). | 6.50 Hrs | $650.00 |
| 02/26/07 | RAM | Telephone conference with in-house counsel and telephone calls to MB re: checking expert's transcripts for testimony when product contains less than 1% asbestos. | 0.10 Hrs | $27.50 |
| 02/26/07 | MTM | Receipt and review of interrogatories and document requests from Prudential Insurance and Motley Rice and email from in-house counsel re: same (1.2); work on response to government's motion seeking privileged documents (1.5); telephone call to in-house counsel re: same and search for product formulas (.2); conference with ARA re: product formula project (.2); telephone call | 3.30 Hrs | $792.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | to K&E counsel re: government's motion seeking privilege documents (.2). | | |
| 02/26/07 | ARA | Quality control documents in the production set (4.3). Per MTM, arrange OP company binders to be copied by Merrill Corp. (1.1). Per MTM, check number range for privilege documents (2.0). | 7.40 Hrs | $740.00 |
| 02/27/07 | MTM | Review formula documents in Cambridge. | 4.10 Hrs | $984.00 |
| 02/27/07 | ARA | Check number range for privilege documents (.7). Return OP product binder to the resource library (.5). Quality control documents in the production set (1.1). Organize formula documents and produce them to MTM (1.1). Receipt of OP Company binders from copy service (.2). Review formula documents for OP products (2.7). | 6.30 Hrs | $630.00 |
| 02/28/07 | ARA | Quality control documents in the production set (4.5). Review documents for OP product formulas (2.0). | 6.50 Hrs | $650.00 |
| | | TOTAL LEGAL SERVICES | | $24,305.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|------|------|------|------|
| ROBERT A. MURPHY | 6.20 Hrs | 275/hr | $1,705.00 |
| MATTHEW T. MURPHY | 51.50 Hrs | 240/hr | $12,360.00 |
| ANGELA R. ANDERSON | 102.40 Hrs | 100/hr | $10,240.00 |
| | 160.10 Hrs | | $24,305.00 |

TOTAL THIS BILL $24,305.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

April 2, 2007

Bill Number  03613
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through February 28, 2007

| <u>Date</u> | <u>Atty</u> | <u>Description</u> | <u>Time</u> | <u>Value</u> |
|---|---|---|---|---|
| 02/01/07 | RAM | Telephone call from in-house counsel that December fee application may be filed. | 0.05 Hrs | No charge |
| 02/08/07 | RAM | Work on finalizing December fee application (.2). Work on quarterly fee application (.3). | 0.50 Hrs | $137.50 |
| 02/13/07 | RAM | Finalize quarterly fee application and send it with December fee application to local counsel to file. | 0.10 Hrs | $27.50 |
| 02/26/07 | RAM | Work on January fee application. | 0.60 Hrs | $165.00 |
| | | TOTAL LEGAL SERVICES | | $330.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 0.05 Hrs | 275/hr | No charge |
| ROBERT A. MURPHY | 1.20 Hrs | 275/hr | $330.00 |
| | 1.25 Hrs | | $330.00 |

Mark A. Shelnitz

TOTAL THIS BILL     $330.00

**EXHIBIT B**
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

April 2, 2007

Bill Number  03614
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through February 28, 2007

FEDERAL EXPRESS

| | | |
|---|---|---|
| 02/21/07 | To Nathan Finch from MTM - 1/24/2007 | 93.71 |
| 02/21/07 | To Anthony Klapper from MTM - 01/11/2007 | 50.26 |
| 02/28/07 | To Raymond Mullady from MTM - 1/24/07 | 44.53 |
| | | $188.50 |

PHOTOCOPYING

| | | |
|---|---|---|
| 02/13/07 | 157 copies at .12 per copy | 18.84 |
| 02/13/07 | 123 copies at .12 per copy | 14.76 |
| 02/13/07 | 6 copies at .12 per copy | 0.72 |
| 02/14/07 | 36 copies at .12 per copy | 4.32 |
| 02/27/07 | 8 copies at .12 per copy | 0.96 |
| | | $39.60 |

TELEPHONE

| | | | |
|---|---|---|---|
| 02/09/07 | 329 | 5613621533 | 1.32 |
| 02/12/07 | 329 | 2028795177 | 1.43 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through February 28, 2007

TELEPHONE

| | | | | |
|---|---|---|---|---|
| 02/13/07 | 329 | 3026525340 | 0.66 | |
| 02/27/07 | 329 | 4122884104 | 0.44 | |
| | | | | $3.85 |

RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 02/26/07 | Rent and utilities for document repository at One Winthrop Square-February 2007 | 11,082.06 | |
| | | | $11,082.06 |

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 02/09/07 | RECORDKEEPER ARCHIVE - Monthly storage fee (2/07) | 402.30 | |
| | | | $402.30 |

|  |  |
|---|---|
| TOTAL DISBURSEMENTS | $11,716.31 |
| TOTAL THIS BILL | $11,716.31 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

April 2, 2007

Bill Number  03615
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through February 28, 2007

FEDERAL EXPRESS

| | | |
|---|---|---|
| 02/21/07   To Patricia Cuniff  from RAM - 01/11/2007 | 14.39 | |
| | | $14.39 |
| TOTAL DISBURSEMENTS | | $14.39 |
| TOTAL THIS BILL | | $14.39 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## AFFIDAVIT OF SERVICE

Linda M. Ellis being duly sworn according to law, deposes and says that she is employed

by the law firm of Pachulski Stang Ziehl Young Jones & Weintraub LLP and that on the 10th day

of April, 2007, she caused a copy of the following documents to be served upon the following

service list(s) in the manner indicated:

> **Sixty-Fifth Monthly Application of Casner & Edwards, LLP for
> Compensation for Services and Reimbursement of Expenses as Special
> Litigation Counsel to Debtors for the Period from February 1, 2007 through
> February 28, 2007**

_Linda M. Ellis_
_____
Linda M. Ellis

Sworn to and subscribed before
me this 10th day of April, 2007

_Mary E. Corcoran_
_____
Notary Public

My Commission Expires: ___11/4/07___

MARY E. CORCORAN
Notary Public
State of Delaware
My Commission Expires Nov. 4, 2007

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
10- E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

**Hand Delivery**
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

**Federal Express**
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

**Federal Express and E-mail:**
_william.sparks@grace.com_
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

**E-mail:** _syoder@bayardfirm.com_
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

**E-mail:** _meskin@del.camlev.com_
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

**E-mail:** _ttacconelli@ferryjoseph.com_
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

**E-mail:** _mlastowski@duanemorris.com_
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

**E-mail:** _currier@klettrooney.com_
(Counsel for Official Committee of Equity
Holders)
Teresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling

**E-mail:** _pvnl@capdale.com_
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

**E-mail:** *jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

**E-mail:** *carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

**E-mail:** *pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP