# EXHIBIT C


March Fee Application

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: June 4, 2007 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

### SUMMARY OF THE SIXTY-SIXTH MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM MARCH 1, 2007 THROUGH MARCH 31, 2007

| | |
|---|---|
| Name of Applicant: | Casner & Edwards, LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | September 18, 2001, effective as of September 18, 2001 |
| Period for which compensation and reimbursement is sought: | March 1, 2007 through March 31, 2007 |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Date 5-14-07
Docket # 15657

Amount of Compensation sought as actual,
reasonable, and necessary:                      $20,829.50  (80% = $16,663.60)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:              $12,765.08

This is an:    X monthly      __ interim      __ final application

Prior Applications filed:  Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |

2

| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel |
| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served on counsel | No objections served on counsel |
| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | No objections served on counsel | No objections served on counsel |
| 3/31/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 02/01/03 through 02/28/03 | $37,363.00 | $1,050.11 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 03/01/03 through 03/31/03 | $35,519.00 | $16,988.05 | No objections served on counsel | No objections served on counsel |
| 7/11/03 | 04/01/03 through 04/30/03 | $30,037.50 | $14,427.54 | No objections served on counsel | No objections served on counsel |
| 8/1/03 | 05/01/03 through 05/31/03 | $11,420.00 | $12,560.93 | No objections served on counsel | No objections served on counsel |
| 8/13/03 | 06/01/03 through 06/30/03 | $9,586.00 | $13,073.04 | No objections served on counsel | No objections served on counsel |
| 9/29/03 | 07/01/03 through 07/31/03 | $8,858.00 | $12,888.56 | No objections served on counsel | No objections served on counsel |
| 11/6/03 | 08/01/03 through 08/31/03 | $10,256.50 | $13,076.13 | No objections served on counsel | No objections served on counsel |
| 11/13/03 | 09/01/03 through 09/30/03 | $14,009.00 | $13,261.68 | No objections served on counsel | No objections served on counsel |

3

| 12/12/03 | 10/01/03 through 10/31/03 | $19,884.00 | $13,458.15 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 1/23/04 | 11/01/03 through 11/30/03 | $12,019.00 | $13,196.18 | No objections served on counsel | No objections served on counsel |
| 2/11/04 | 12/01/03 through 12/31/03 | $5,318.00 | $500.03 | No objections served on counsel | No objections served on counsel |
| 3/16/04 | 01/01/04 through 01/31/04 | $14,274.50 | $25,666.53 | No objections served on counsel | No objections served on counsel |
| 4/13/04 | 02/01/04 through 02/29/04 | $9,658.50 | $13,088.71 | No objections served on counsel | No objections served on counsel |
| 5/12/04 | 03/01/04 through 03/31/04 | $16,421.00 | $13,349.16 | No objections served on counsel | No objections served on counsel |
| 6/14/04 | 04/01/04 through 04/30/04 | $15,745.00 | $12,624.56 | No objections served on counsel | No objections served on counsel |
| 7/13/04 | 05/01/04 through 05/31/04 | $6,487.00 | $26,540.10 | No objections served on counsel | No objections served on counsel |
| 8/17/04 | 06/01/04 through 06/30/04 | $11,018.50 | $9,909.39 | No objections served on counsel | No objections served on counsel |
| 9/13/04 | 07/01/04 through 07/31/04 | $13,651.00 | $12,386.12 | No objections served on counsel | No objections served on counsel |
| 10/15/04 | 08/01/04 through 08/31/04 | $38,791.00 | $14,000.00 | No objections served on counsel | No objections served on counsel |
| 11/15/04 | 09/01/04 through 09/30/04 | $14,142.00 | $15,951.89 | No objections served on counsel | No objections served on counsel |
| 12/15/04 | 10/01/04 through 10/31/04 | $4,177.00 | $25,118.55 | No objections served on counsel | No objections served on counsel |
| 1/6/05 | 11/01/04 through 11/30/04 | $31,459.00 | $2,839.36 | No objections served on counsel | No objections served on counsel |

4

| 1/27/05 | 12/01/04 through 12/31/04 | $29,299.00 | $17,177.91 | No objections served on counsel | No objections served on counsel |
|---------|---------------------------|------------|------------|--------------------------------|--------------------------------|
| 3/25/05 | 1/01/05 through 1/31/05 | $14,713.00 | $14,317.79 | No objections served on counsel | No objections served on counsel |
| 5/10/05 | 2/01/05 through 2/28/05 | $20,275.00 | $13,251.36 | No objections served on counsel | No objections served on counsel |
| 5/16/05 | 03/01/05 through 03/31/05 | $11,160.00 | $11,684.66 | No objections served on counsel | No objections served on counsel |
| 7/7/05 | 04/01/05 through 04/30/05 | $27,127.00 | $15,371.64 | No objections served on counsel | No objections served on counsel |
| 7/20/05 | 05/01/05 through 05/31/05 | $16,428.00 | $15,260.16 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 06/01/05 through 06/30/05 | $18,474.00 | $12,190.01 | No objections served on counsel | No objections served on counsel |
| 9/9/05 | 07/01/05 through 07/31/05 | $21,231.00 | $13,876.31 | No objections served on counsel | No objections served on counsel |
| 9/30/05 | 08/01/05 through 08/31/05 | $17,306.50 | $12,851.87 | No objections served on counsel | No objections served on counsel |
| 11/14/05 | 09/01/05 through 09/30/05 | $19,252.50 | $13,258.24 | No objections served on counsel | No objections served on counsel |
| 12/15/05 | 10/01/05 through 10/31/05 | $24,069.00 | $15,964.63 | No objections served on counsel | No objections served on counsel |
| 1/31/06 | 11/01/05 through 11/30/05 | $38,027.50 | $15,003.91 | No objections served on counsel | No objections served on counsel |
| 2/14/06 | 12/01/05 through 12/31/05 | $87,777.50 | $13,260.33 | No objections served on counsel | No objections served on counsel |
| 3/31/06 | 01/01/06 through 01/31/06 | $30,680.00 | $17,353.33 | No objections served on counsel | No objections served on counsel |

| 5/1/06 | 02/01/06 through 02/28/06 | $32,949.50 | $22,535.61 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 5/23/06 | 03/01/06 through 03/31/06 | $60,885.50 | $15,296.96 | No objections served on counsel | No objections served on counsel |
| 6/8/06 | 04/01/06 through 04/30/06 | $23,816.00 | $15,047.10 | No objections served on counsel | No objections served on counsel |
| 7/18//06 | 05/01/06 through 05/31/06 | $27,090.50 | $15,330.01 | No objections served on counsel | No objections served on counsel |
| 8/14/06 | 06/01/06 through 06/30/06 | $33,544.50 | $11,977.34 | No objections served on counsel | No objections served on counsel |
| 9/12/06 | 07/01/06 through 07/31/06 | $16,289.50 | $15,153.31 | No objections served on counsel | No objections served on counsel |
| 10/18/06 | 08/01/06 through 08/31/06 | $34,312.00 | $14,214.01 | No objections served on counsel | No objections served on counsel |
| 11/21/06 | 09/01/06 through 09/30/06 | $35,495.50 | $13,202.34 | No objections served on counsel | No objections served on counsel |
| 12/15/06 | 10/01/06 through 10/31/06 | $33,865.00 | $22,086.20 | No objections served on counsel | No objections served on counsel |
| 1/16/07 | 11/01/06 through 11/30/06 | $33,796.00 | $15,221.39 | No objections served on counsel | No objections served on counsel |
| 3/1/07 | 12/01/06 through 12/31/06 | $19,813.00 | $14,435.75 | No objections served on counsel | No objections served on counsel |
| 3/23/07 | 01/01/07 through 01/31/07 | $19,909.50 | $12,083.70 | No objections served on counsel | No objections served on counsel |
| 4/10/07 | 02/01/07 through 02/28/07 | $24,635.00 | $11,730.70 | Pending | Pending |
| 5/15/07 | 03/01/07 through 03/31/07 | $20,829.50 | $12,765.08 | Pending | Pending |

6

As indicated above, this is the sixty-sixth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is approximately 2.2 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $605.00.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

Fee Summary

(see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Senior Counsel | 40 | Litigation | $275.00 | 5.00 | $1,375.00 |
| Donna Brewer MacKenna | Partner | 23 ½ | Litigation | $245.00 | 2.10 | $514.50 |
| Matthew T. Murphy | Associate | 19 | Litigation | $240.00 | 23.50 | $5,640.00 |

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 23 | Litigation | $100.00 | 133.00 | $13,300.00 |
| TOTALS | | | | | 163.60 | $20,829.50 |

**Total Fees:**       **$20,829.50**

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

Expense Summary

(see Exhibit B to the Fee Detail)

| Expense Category | Expenses |
|---|---|
| Excess Postage | $0.87 |
| Boston Cab Association | $32.65 |
| Federal Express | $90.07 |
| Outside Photocopying | $313.03 |
| Photocopying ($0.12/page) | $23.40 |
| Telephone | $11.76 |
| Rent Reimbursement | $11,862.00 |
| Miscellaneous | $431.30 |
| TOTAL | $12,765.08 |

**Total Expenses:        $12,765.08**

## Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 160.60 | $20,004.50 |
| Fee Applications, Applicant | 3.00 | $825.00 |
| Expenses | N/A | $12,765.08 |
| TOTALS | 163.60 | $33,594.58 |

Dated: May 11, 2007

CASNER & EDWARDS, LLP

Robert A. Murphy (BBO #363700)
303 Congress Street, 2nd Floor
Boston, MA 02210
(617) 426-5900

Special Litigation Counsel

52000.57/410788.1

9

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline:  June 4, 2007 at 4:00 p.m.
Hearing Date:  TBD only if necessary

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## SIXTY-SIXTH MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM MARCH 1, 2007 THROUGH MARCH 31, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/410887

## EXHIBIT A
### (Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

May 7, 2007

Bill Number  04745
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

Through March 31, 2007

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/01/07 | MTM | Conference with ARA re: deposition of former Grace employee (.3); telephone call from K&E counsel re: privilege motion in criminal matter (.1); receipt and review of former employee's deposition transcript and various exhibits (2.1). | 2.50 Hrs | $600.00 |
| 03/01/07 | ARA | Per MTM's request, locate former employee's deposition exhibits and produce them to him (1.3). Per RAM's request, locate expert's depositions (.4); produce and discuss depositions with MB (1.5). Return depositions to the employee library (.5). Return trade secret documents to the storage room (.5). | 4.20 Hrs | $420.00 |
| 03/02/07 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.20 Hrs | $55.00 |
| 03/02/07 | ARA | Document control. | 1.20 Hrs | $120.00 |
| 03/05/07 | ARA | Document control (5.0). Quality control documents in the repository (2.0). | 7.00 Hrs | $700.00 |
| 03/06/07 | MTM | Receipt and review of email from in-house counsel re: switch from MK-3 to MK-4 in San Francisco area (.2); review documents re: same (1.3); email to in-house counsel re: same (.4); review files from all productions to Ness Motley re: prior production of privilege logs (1.0); telephone call to ARA re: same (.2); telephone call to | 3.30 Hrs | $792.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | in-house counsel re: privilege logs requested by Ness Motley in PD bankruptcy action (.2) | | |
| 03/06/07 | ARA | Quality control documents copied during PI Creditors Committee production (5.4). Per MTM's call, review files to determine if privilege logs were produced (1.0). | 6.40 Hrs | $640.00 |
| 03/07/07 | DBM | Search for documents per MTM/in-house counsel's request. | 0.80 Hrs | $196.00 |
| 03/07/07 | MTM | Receipt and review of email from in-house counsel re: jobsite search (.2); review list re: same (.4); conference with ARA re: same (.3); review documents re: same (.6); telephone call to in-house counsel re: results of jobsite search (.2); email to in-house counsel re: same (.2). | 1.90 Hrs | $456.00 |
| 03/07/07 | ARA | Quality control documents copied during PI Creditors Committee production (4.0). Per MTM's message, search for and obtain job site documents; produce documents and discussion with MTM re: same (3.5). | 7.50 Hrs | $750.00 |
| 03/08/07 | MTM | Telephone call from in-house counsel re: personnel file for former Libby employee (.1); review list and telephone call to ARA re: same (.1). | 0.20 Hrs | $48.00 |
| 03/08/07 | ARA | Per MTM's call locate Libby personnel file; prepare file for copying; oversee pick up of file by Merrill Corp. (1.1). Quality control documents in the repository. (5.5). | 6:60 Hrs | $660.00 |
| 03/09/07 | MTM | Telephone call from in-house counsel re: privilege logs requested by Motley Rice. | 0.20 Hrs | $48.00 |
| 03/09/07 | ARA | Quality control documents copied during PI Creditors Committee production. | 6.50 Hrs | $650.00 |
| 03/12/07 | ARA | Quality control documents copied during PI Creditors Committee production. | 6.50 Hrs | $650.00 |
| 03/13/07 | MTM | Receipt and review of email from in-house counsel and letter from State of California re: property damage claims discovery (.3); conference with ARA re: same (.3); exchange emails with in-house counsel re: same (.4); review list of boxes not on searchlink re: response to same (1.3). | 2.30 Hrs | $552.00 |
| 03/13/07 | ARA | Quality control documents copied during PI Creditors Committee production (6.5). Per MTM's telephone call, review list and determine number of boxes not on list (.3). | 6.80 Hrs | $680.00 |
| 03/14/07 | MTM | Work on project re: document requests from State of California (.5); email to local counsel re: same (.3); telephone call to ARA re: same (.2); receipt and review of draft responses to California discovery requests and requests themselves including request for admissions (1.5); review boxes not on searchlink at Winthrop Square with ARA re: same (2.9). | 5.40 Hrs | $1,296.00 |

Mark A. Shelnitz

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/14/07 | ARA | Quality control documents copied during PI Creditors Committee production (2.7). Per MTM's request, review documents for California jobsites (3.5). | 6.20 Hrs | $620.00 |
| 03/15/07 | RAM | Read selected documents filed in bankruptcy court. | 0.10 Hrs | $27.50 |
| 03/15/07 | MTM | Work on California jobsite search project (.3); conference with ARA re: same (.2); email to in-house counsel re: same (.2) | 0.70 Hrs | $168.00 |
| 03/15/07 | ARA | Continue review of documents for California jobsites; telephone call to MTM with results (2.0). Quality control documents in the repository (4.2). | 6.20 Hrs | $620.00 |
| 03/16/07 | MTM | Telephone call from in-house counsel re: specification for Monokote (.1); review list of resource materials at Winthrop Square re: same (.3); conference with ARA re: same (.2); review documents for in-house counsel (.5); telephone call and email to in-house counsel re: same (.3). | 1.40 Hrs | $336.00 |
| 03/16/07 | ARA | Search for specification documents, per MTM (3.3). Quality control documents in the repository (.5). Return documents to the expert library (.3). | 4.10 Hrs | $410.00 |
| 03/19/07 | RAM | Telephone conference with MTM re: OMF privilege document issue and other issues. | 0.10 Hrs | $27.50 |
| 03/19/07 | MTM | Telephone conference with RAM re: various issues. | 0.10 Hrs | $24.00 |
| 03/19/07 | ARA | Quality control documents copied during PI Creditors Committee production (4.8). Retrieve specification documents from MTM, quality control and return same to the resource library (.7). | 5.50 Hrs | $550.00 |
| 03/20/07 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.2). | 0.30 Hrs | $82.50 |
| 03/20/07 | ARA | Quality control documents copied during PI Creditors Committee production. | 6.20 Hrs | $620.00 |
| 03/21/07 | ARA | Quality control documents copied during PI Creditors Committee production. | 5.50 Hrs | $550.00 |
| 03/22/07 | DBM | Discussion with MTM re: Speights' claims (.2); search for potential source (.9); draft email to MTM with results (.2). | 1.30 Hrs | $318.50 |
| 03/22/07 | MTM | Receipt and review of documents from in-house counsel re: Speights' claims (1.2); conference with DBM re: same (.2); email response to in-house counsel re: same (.4). | 1.80 Hrs | $432.00 |
| 03/22/07 | ARA | Quality control documents copied during PI Creditors Committee production. | 6.80 Hrs | $680.00 |
| 03/23/07 | ARA | Quality control documents copied during PI Creditors Committee production. | 6.50 Hrs | $650.00 |
| 03/26/07 | ARA | Quality control documents copied during PI Creditors Committee production. | 6.50 Hrs | $650.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/27/07 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.30 Hrs | $82.50 |
| 03/27/07 | MTM | Review two boxes of former employee's chron files (.2); telephone call to ARA re: same (.1); receipt and review of draft response to Motley Rice discovery and comments from in-house counsel (.6); email comments to in-house counsel re: same (.3). | 1.20 Hrs | $288.00 |
| 03/27/07 | ARA | Quality control documents copied during PI Creditors Committee production (5.7). Telephone call from MTM re: determine locations of boxes (.3). | 6.00 Hrs | $600.00 |
| 03/28/07 | RAM | Telephone conference with in-house counsel re: his email requesting MA meso case files; email to MB to obtain files. | 0.20 Hrs | $55.00 |
| 03/28/07 | MTM | Review draft response to Motley Rice discovery and list of privilege logs (1.3); receipt and review of further revised draft response and email from Reed Smith counsel re: same (.9); email comments re: same (.3). | 2.50 Hrs | $600.00 |
| 03/28/07 | ARA | Quality control documents copied during PI Creditors Committee production (4.5). Discuss with MB retrieval of Massachusetts cases for RAM/WRG and search for cases in the repository (2.7). | 7.20 Hrs | $720.00 |
| 03/29/07 | RAM | Telephone conference with MB re: status of locating MA meso case files requested by in-house counsel. | 0.10 Hrs | $27.50 |
| 03/29/07 | ARA | Telephone calls to and from MB re: MA cases located and others not found; deliver located case files to the firm; search for other cases (1.3). Quality control documents copied during PI Creditors Commitee production (5.5). | 6.80 Hrs | $680.00 |
| 03/30/07 | RAM | Read selected documents filed in bankruptcy court (.6). Conference with MB re: locating meso case files for in-house counsel (.1). | 0.70 Hrs | $192.50 |
| 03/30/07 | ARA | Telephone calls to and from MB re: Massachusetts files requested by in-house counsel; prepare files for pick up and delivery to the firm (1.4). Continue search for missing case file (3.9). Quality control documents copied during PI Creditors Committee production (1.5). | 6.80 Hrs | $680.00 |

Page 4

Mark A. Shelnitz

|  | | | TOTAL LEGAL SERVICES | $20,004.50 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 2.00 Hrs | 275/hr | $550.00 |
| DONNA B. MACKENNA | 2.10 Hrs | 245/hr | $514.50 |
| MATTHEW T. MURPHY | 23.50 Hrs | 240/hr | $5,640.00 |
| ANGELA R. ANDERSON | 133.00 Hrs | 100/hr | $13,300.00 |
| | 160.60 Hrs | | $20,004.50 |

TOTAL THIS BILL    $20,004.50

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

May 7, 2007

Bill Number  04746
File Number  0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through March 31, 2007

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/02/07 | RAM | Work on January fee application. | 0.70 Hrs | $192.50 |
| 03/08/07 | RAM | Work on January fee application; telephone conference with in-house counsel to answer his questions re: same. | 0.20 Hrs | $55.00 |
| 03/15/07 | RAM | Work on January fee application. | 0.30 Hrs | $82.50 |
| 03/27/07 | RAM | Work on February fee application. | 0.60 Hrs | $165.00 |
| 03/28/07 | RAM | Work on February fee application. | 0.50 Hrs | $137.50 |
| 03/29/07 | RAM | Work on February fee application. | 0.60 Hrs | $165.00 |
| 03/30/07 | RAM | Work on February fee application. | 0.10 Hrs | $27.50 |
| | | | TOTAL LEGAL SERVICES | $825.00 |

Mark A. Shelnitz

Re: Fee Applications, Applicant

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 3.00 Hrs | 275/hr | $825.00 |
| | 3.00 Hrs | | $825.00 |

TOTAL THIS BILL    $825.00

**<u>EXHIBIT B</u>**
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

May 7, 2007

Bill Number  04747
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through March 31, 2007

| | | | |
|---|---|---|---|
| EXCESS POSTAGE | | | $0.87 |
| | | | |
| BOSTON CAB ASSOCIATION | | | |
| 03/15/07 | To Grace/Cambridge from Casner and Edwards on 2/27/07 by MTM. | 32.65 | |
| | | | $32.65 |
| | | | |
| FEDERAL EXPRESS | | | |
| 03/20/07 | To W R Grace from Casner and Edwards on 02/09/07 by MTM. | 25.68 | |
| 03/20/07 | To 435 5th Avenue, Reed Smith LLP from Casner and Edwards on 02/09/07 by MTM | 42.19 | |
| | | | $67.87 |
| | | | |
| OUTSIDE PHOTOCOPYING | | | |
| 03/08/07 | MERRILL COMM - Copies of documents re: formula project (2/26/07). | 12.10 | |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through March 31, 2007

OUTSIDE PHOTOCOPYING

| 03/08/07 | MERRILL COMM - Copy of documents for in-house counsel and Reed Smith attorney. | 300.93 | |
| | | | $313.03 |

PHOTOCOPYING

| 03/14/07 | 4 copies at .12 per copy | 0.48 | |
| 03/14/07 | 78 copies at .12 per copy | 9.36 | |
| 03/16/07 | 10 copies at .12 per copy | 1.20 | |
| 03/19/07 | 20 copies at .12 per copy | 2.40 | |
| | | | $13.44 |

TELEPHONE

| 03/15/07 | 329 | 6143245973 | 2.86 | |
| 03/21/07 | 329 | 6143245973 | 1.10 | |
| | | | | $3.96 |

RENT REIMBURSEMENT

| 03/01/07 | Rent and utilities for document repository at One Winthrop Square -March 2007. | 11,862.00 | |
| | | | $11,862.00 |

MISCELLANEOUS

| 03/08/07 | RECORDKEEPER ARCHIVE-Storage from 2/01/07 to 02/28/07 | 431.30 | |
| | | | $431.30 |

| | TOTAL DISBURSEMENTS | $12,725.12 |

Mark A. Shelnitz

TOTAL THIS BILL          $12,725.12

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

May 7, 2007

Bill Number  04748
File Number  0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through March 31, 2007

FEDERAL EXPRESS

| | | |
|---|---|---|
| 03/20/07 | To 919 N Market St., Pachulski Stang Ziehl Young, Patricia Cuniff from Casner and Edwards on 02/13/07 by RAM | 22.20 |
| | | $22.20 |

PHOTOCOPYING

| | | |
|---|---|---|
| 03/15/07 | 83 copies at .07 per copy | 9.96 |
| | | $9.96 |

TELEPHONE

| | | | |
|---|---|---|---|
| 03/05/07 | 357 | 5613621583 | 1.30 |
| 03/05/07 | 357 | 4105314545 | 2.60 |
| 03/30/07 | 357 | 5613621583 | 1.30 |
| 03/30/07 | 357 | 4105314545 | 2.60 |
| | | | $7.80 |

Mark A. Shelnitz

| | |
|---|---|
| TOTAL DISBURSEMENTS | $39.96 |
| TOTAL THIS BILL | $39.96 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In re:                                    )     Chapter 11
                                          )
W.R. Grace & Co., et al.                  )     Case No. 01-1139 (JKF)
                                          )     Jointly Administered
              Debtors.                    )
                                          )

## AFFIDAVIT OF SERVICE

Margaret D. Broadwater being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski Stang Ziehl Young Jones & Weintraub LLP and that on

the 14th day of May, 2007, she caused a copy of the following documents to be served upon the

following service list(s) in the manner indicated:

**SUMMARY OF THE SIXTY-SIXTH MONTHLY APPLICATION OF
CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES
AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION
COUNSEL TO DEBTORS FOR THE PERIOD FROM MARCH 1, 2007
THROUGH MARCH 31, 2007**

Margaret D. Broadwater

Sworn to and subscribed before
me this 14th day of May, 2007

Notary Public

My Commission Expires: 2-20-08

DIANE K. POTTS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Feb. 20, 2008

91100-001\DOCS_DE:126990.9

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
10- E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

*Federal Express and E-mail:*
*william.sparks@grace.com*
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

**E-mail: *jsakalo@bilzin.com***

(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

**E-mail: *carol.hennessey@lw.com***

(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

**E-mail: *pbentley@kramerlevin.com***

(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP