## EXHIBIT A

January Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at docket # 14708 under Case No. 01-01139. Also available upon request from Kirkland & Ellis LLP or Pachulski, Stang, Ziehl, Young, Jones & Weinbtraub P.C.