## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

**DEBTORS' MOTION FOR EXPEDITED CONSIDERATION OF AGREED MOTION FOR ENTRY OF PROTECTIVE ORDER**

Debtors hereby request that the Court consider the Agreed Motion for Entry of Protective Order, which will govern the production of documents, data and other responsive information by the Claims Resolution Management Corporation ("CRMC") pursuant to a Rule 45 subpoena served by W.R. Grace & Co., on an expedited basis and rule on the Motion without the need for any hearing.

Expedited consideration and resolution is warranted because the Motion is an agreed Motion between CRMC and Grace. Further, prompt resolution of the Motion is necessary so that CRMC may begin to produce documents, data and other responsive information as soon as possible. The information that CRMC expects to produce are necessary to Grace's expert analysis. With estimation expert reports and supplemental non-estimation expert reports due in less than two months, time is of the essence. Thus, the prompt consideration of the motion and entry of the agreed Protective Order is necessary.

While Grace does not expect that any objections to the entry of the protective order will be made, if the Court believes that an objection period is necessary, Grace respectfully requests that the Court require any objection be made within 5 days of the Court granting this Motion for Expedited Consideration.

DOCS_DE:127460.1

WHEREFORE, W.R. Grace & Co. respectfully requests that this Court grant this motion for expedited consideration, order that any objections to entry of the protective order be made within 5 days, and approve the motion for entry of the protective order at the Court's earliest convenience thereafter.

Wilmington, Delaware
Dated: May 15, 2007

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Ellen Therese Ahern
Salvatore F. Bianca
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

KIRKLAND & ELLIS LLP
Barbara M. Harding
David Mendelson
Amanda C. Basta
Brian T. Stansbury
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

*and*

DOCS_DE-127460.1

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

_/s/ James E. O'Neill_
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100

Co-Counsel for the Debtors and Debtors in Possession

DOCS_DE:127460.1