MAY 12, 2007

FILED
2007 MAY 16 AM 10:02
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Clerk of Bankruptcy Court (Honorable Judith Fitzgerald)
North- 824 Market Street
Wilmington, Delaware 19801

RE: W.R. Grace Asbestos Property Damage Claim Rejection of William R. Wittenberg ID#1724 due to failure of evidence of Product Identification
See copy of Court Order Included

Claimant William R. Wittenberg (1724) submitted laboratory analysis dated November 4, 2005 which coincides with Debtors expert witness' product formulas by Dr. Lee PhD. See copy of documentation

The Chrsotile Asbestos per cent (%) of 3% is low due to an extremely small sampling of ceiling asbestos which would undoubtedly meet Product Identification Criteria established by Debtors Expert Witness'

Claimant respectfully petitions Court to recommend W.R. Grace; et al; to re-evaluate denial of claim.

[signature]
Wm R. Wittenberg - PD Claimant
6110 Panorama Dr NE
Tacoma, WA 98422-1219
Tel # 253-927-0249

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al., | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Re: April 23-24, 2007 PID Hearing |
| | ) Docket No. 9315 - 15th omnibus objection to claims |

### ORDER DISALLOWING AND EXPUNGING
### PROPERTY DAMAGE CLAIMS, NOS. 1724, 5987 AND 12780

AND NOW, this 24th day of April, 2007, it is ORDERED, ADJUDGED and DECREED that claim numbers 1724 (William R. Wittenberg), 5987 (Dale Johnson) and 12780 (First Presbyterian Church) are hereby disallowed and expunged for failure to introduce evidence of product identification.

Judith K. Fitzgerald
United States Bankruptcy Judge

November 4, 2005

To: Kirkland & Ellis LLP, Attn: Katherine Phillips
200 East Randolph Drive - Suite 6500
Chicago, Illinois 60601

Pachulski, Stang, Ziehl et al - Attn: James O'Neill
919 N. Market Street - 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705  Courier 19801

Clerk of US Bankruptcy Court (Honorable Judith Fitzgerald)
824 Market Street
Wilmington, Delaware 19801

Re: W.R. Grace Co. - Case No. 01-01139 (JKF) 14th & 15th Omnibus Objections - Claim No. 1724 Property Damage William Wittenberg Residence 6110 Panorama Dr NE Tacoma, Washington 98422-1219 Tel# 253-927-0249

The attached documents supplements proof of claim submissions previously provided by affidavit of October 11, 2005, handwritten response filed 9-19-2005, and at this time also includes re-submission of alternate asbestos ceiling pictures in which originals apparently missing in transit.

The included report of hazardous ceiling asbestos provided by claimant for laboratory analysis re-affirms the presents of asbestos materials. Environmental Protection (EPA) Puget Sound Clean Air Agencies and hazardous waste laboratories all confirm their inability to identify product manufacturer(s) of asbestos material.

-1-

THEREFORE, I RESPECTFULLY RECOMMEND THE COURT URGE DEBTORS PERFORM AN INDEPENDANT CERTIFIED ONSITE PRODUCT IDENTIFICATION ANALYSIS IF NECESSARY BEFORE SUMMARILY REJECTING CLAIM No. 1724

*William R. Wittenberg*
WILLIAM R. WITTENBERG
P.D. CLAIMANT

**NVL Laboratories, Inc.**
4708 Aurora Ave N. Seattle, WA 98103
Tel: 206.547.0100,   Fax: 206.634.1936
www.nvllabs.com

NVLAP
#102063

## Bulk Asbestos Fibers Analysis
By Polarized Light Microscopy

Client: WM. R. Wittenberg
Address: 6110 Panorama Dr. NE
Tacoma, WA 98422
Attention: Mr. WM. R. Wittenberg
Project Location: Same as above

Batch #: 2516003.00
Client Project #: N/A
Samples Received: 1
Samples Analyzed: 1
Method: EPA/600R-93/116

---

**Lab ID : 25096197    Client Sample #: 01**
Location: Same as above

Layer 1 of 1   Description: Off-white lumpy material with paint

| Non-Fibrous Materials: | Other Fibrous Materials:% | Asbestos Type: % |
|---|---|---|
| Calcareous particles, Binder/Filler, Vermiculite, Paint | None Detected   ND | Chrysotile   3% |

Sampled by: Client
Analyzed by: Nadia Prysyazhnyuk        Date Analyzed: 11/03/2005

**DRAFT**

Note: If samples are not homogeneous, then subsamples of the components were analyzed separately. All bulk samples are analyzed using EPA 600/R-93/116 Method with the following measurement uncertainties for the reported % Asbestos (1%=0-3%, 5%=1-9%, 10%=5-15%, 20%=10-30%, 50%=40-60%). This report relates only to the items tested. If sample was not collected by NVL personnel, then the accuracy of the results is limited by the methodology and acuity of the sample collector. This report shall not be reproduced except in full, without written approval of NVL Laboratories, Inc. It shall not be used to claim product endorsement by NVLAP or any other agency of the US Government.

Page 1 of 1