**EXHIBIT "B"**

## SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD
JANUARY 1, 2007 THROUGH MARCH 31, 2007

1. **Case Administration – 15537 – 53.5 hours ($14,235.50)**

    This matter covers the attention given to routine motions and pleadings, and preparation of responses thereto, the preparation of summaries and analyses of such papers for the PD Committee, and conference calls/meetings with the major creditor constituencies and the Debtors.

    The Applicant's focus on the administration of these consolidated cases during the Application Period continued to permit the PD Committee to remain fully informed about all on-going matters pending in these consolidated cases.

    During the Application Period, the Applicant spent time keeping track and researching developments that implicate property damage claims specifically and asbestos issues generally.

2. **Debtors' Business Operations – 15538 – 19.9 ($8,015.00)**

    During the Application Period, the Applicant reviewed the Debtors' 10-K filing and operating reports. In addition, the Applicant attended to issues, research and various emails and conferences regarding the Debtors' pension motion.

3. **Creditors Committee – 15539 – 221.2 hours ($80,135.50)**

    This matter covers formation and membership issues of the PD Committee. It also covers attendance at PD Committee meetings and conference calls, and preparation of materials for and presentations thereon to the PD Committee.

    During the Application Period, the Applicant generally convened weekly telephonic meetings of the PD Committee. The Applicant prepared detailed agendas for each meeting, reviewed pending matters and issues in preparation therefor, and counseled the members in formulating a position on such matters.

Throughout its representation of the PD Committee, the Applicant has aggressively and attentively represented the interests of the PD Committee. Assuming the role of liaison, the Applicant has continued to maintain continuous communications with the Debtors' counsel and PD Committee members and, at times, counsel to the personal injury claimants committee, counsel to the unsecured creditors' committee, counsel to the future claimants representative, and counsel to the equity committee. The Applicant timely and professionally relayed information to PD Committee members through in-person meetings, telephone conference calls, e-mail and correspondence.

4. **Applicant's Fee Applications – 15543 – 46.25 hours ($9,249.25)**

This matter covers time expended preparing monthly and quarterly fee applications for the Applicant. During the Application Period, the Applicant expended time preparing, drafting and filing its monthly fee applications, and interim quarterly fee application. In addition, the Applicant reviewed the report by the Fee Auditor and prepared its response thereto.

5. **Hearings – 15544 – 53.0 hours ($22,246.50)**

This matter covers preparation for and attendance at hearings.

6. **Claims Analysis, Objection (asbestos) – 15545 – 796.15 hours ($280,646.75)**

This matter covers the review and analysis of asbestos claims filed against the estates and objections and research thereto. The matter covers all aspects of the Applicant's involvement in the estimations of asbestos property damage and personal injury claims and the on-going objections to property damage claims.

During the Application Period, the Applicant extensively reviewed and analyzed expert reports, document production, prepared for and attended various depositions, drafted various

motions and pleadings and continued to research and address various issues related to methodology, estimation and the claims objection process.

The Applicant continued its research and preparation regarding the Debtors' 15th Omnibus Objection to Claims, including review of expert reports, preparation for and attendance at depositions and review of documents produced, and addressed various issues regarding the pre-trial scheduling order. The Applicant attended meetings regarding the property damage litigation and also prepared for and attended conferences with claimants' counsel and committee members.

7.  **Travel – 15546 – 64.5 hours ($15,555.00)**

The Applicant traveled to attend omnibus hearings and or meetings. In accordance with Local Rule 2016-2(d)(viii), all such time is being billed at fifty percent (50%) of regular hourly rates, to the extent work was not being performed en route.

8.  **Plan and Disclosure Statement – 15554 – 327.6 hours ($148,651.50)**

During the Application Period, the Applicant reviewed and attended to issues regarding the Debtors' liabilities, plan exclusivity and plan negotiations including the appeal of the exclusivity order. The Applicant conducted research in respect of the Committee's exclusivity appeal, prepared the designation of record, statement of issues, civil information statement, corporate disclosure and concise statement of the cases.

During the Application Period, the Applicant reviewed and researched case law supporting briefs and attended to preparation of a mediation statement.

9.  **Litigation Consulting – 15563 – 1.9 hours ($695.00)**

The Applicant reviewed the papers filed regarding Libby contamination and motion of BNSF for clarification reporting scope of preliminary injunction.

10. **Fee Applications of Others – 17781 – 25 hours ($6,111.50)**

The Applicant attended to the preparation of monthly statements and quarterly applications for Hamilton Rabinovitz & Alschuler and Hilsoft Notifications. In addition, the Applicant reviewed various applications and reports from the fee auditor and assisted PD Committee experts and Committee members in processing their fees.

11. **ZAI Science Trial – 17905 – 17.1 hours ($7,760.00)**

The Applicant attended to issues regarding the ZAI claims and the appeal of the ruling on the hazard issue. The matter covers all aspects of the Applicant's involvement with litigation relating to ZAI.

12. **Retention of Others – 17782 – 0.3 hours ($127.50)**

The Applicant reviewed the Debtors' Application to employ immigration counsel.