# EXHIBIT B

**W.R. Grace**
**Hours Spent by Each Professional**
**September 1, 2006 through September 30, 2006**
**(Deloitte Tax LLP)**

| Name | Title | Hours | Billing Rate | Professional Fees | Expenses |
|------|-------|-------|--------------|-------------------|----------|
| **Total Customs & International Trade Services Fees** | | 0.0 | | $      - | $      - |
| Bryan Collins | Partner | 1.0 | $600 | $      600.00 | |
| Matthew Gareau | Senior Manager | 1.0 | $515 | $      515.00 | |
| **Total National Tax Services Fees** | | 2.0 | | $  1,115.00 | $      - |
| **Total Monthly Statement & Fee Application Fees** | | 0.0 | | $  1,115.00 | $      - |
| **Total Deloitte Tax LLP Fees for March** | | 2.0 | | $  1,115.00 | $      - |
| | | | Blended Rate | $      557.50 | |

## EXHIBIT C

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|------|------|------------------|-------------|-------|--------------|-------------------|----------|
| 09/27/06 | COLLINS, BRYAN | Protest of IRS Proposed Adjustment | Meeting with appeals officer | 1.0 | $600 | $ 600.00 | |
| 09/27/06 | GAREAU, MATTHEW | Protest of IRS Proposed Adjustment | Lonely Parent Appeals Issues | 1.0 | $515 | $ 515.00 | |
| | | | **TOTALS:** | 2.0 | | $ 1,115.00 | $ - |

91100-001\DOCS_DE:79005.1