# EXHIBIT B

**W.R. Grace**
**Hours Spent by Each Professional**
**October 1, 2006 through October 31, 2006**
**(Deloitte Tax LLP)**

| Name | Title | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|
| Total Customs & International Trade Services Fees | | 0.0 | | $ - | $ - |
| James Dougherty | Director | 2.0 | $600 | $ 1,200.00 | |
| Bryan Collins | Partner | 5.5 | $600 | $ 3,300.00 | |
| Matthew Gareau | Senior Manager | 3.0 | $515 | $ 1,545.00 | |
| Total National Tax Services Fees | | 10.5 | | $ 6,045.00 | $ - |
| Total Monthly Statement & Fee Application Fees | | 0.0 | | $ - | $ - |
| Total Deloitte Tax LLP Fees for March | | 10.5 | | $ 6,045.00 | $ - |
| | | | Blended Rate | $ 575.71 | |

## EXHIBIT C

| Name | Date | Hours | Rate | Fees | Comments |
|---|---|---|---|---|---|
| James Dougherty | 10/4/2006 | 1 | $ 600 | $ 600 | lonely parent appeals issues |
| James Dougherty | 10/30/2006 | 1 | $ 600 | $ 600 | lonely parent appeals issues |
| **James Dougherty Total** | | **2** | | **$ 1,200** | |
| Bryan Collins | 10/2/2006 | 1 | $ 600 | $ 600 | reviewed outline re: lonely parent appeals issues |
| Bryan Collins | 10/4/2006 | 1 | $ 600 | $ 600 | Call re: protest process and appeals officer assigned to it. |
| Bryan Collins | 10/20/2006 | 1.5 | $ 600 | $ 900 | Fin 48 |
| Bryan Collins | 10/24/2006 | 0.5 | $ 600 | $ 300 | Fin 48 |
| Bryan Collins | 10/27/2006 | 0.5 | $ 600 | $ 300 | Fin 48 |
| Bryan Collins | 10/30/2006 | 1 | $ 600 | $ 600 | call with M Gareau and J Van Gelder re: procedural history of lonely parent case |
| **Bryan Collins Total** | | **5.5** | | **$ 3,300** | |
| Matthew Gareau | 10/3/2006 | 1 | $ 515 | $ 515 | reviewed outline prepared by Steptoe re: lonely parent appeals issues |
| Matthew Gareau | 10/5/2006 | 0.5 | $ 515 | $ 258 | respond to time reporting inquiry from Carita Smith |
| Matthew Gareau | 10/30/2006 | 1.5 | $ 515 | $ 773 | call with B Collins and J Van Gelder re: procedural history of lonely parent case |
| **Matthew Gareau Total** | | **3.0** | | **$ 1,545** | |
| **Total** | | **10.5** | | **$ 6,045** | |