## EXHIBIT B

**W.R. Grace**
**Hours Spent by Each Professional**
**October 1, 2006 through October 31, 2006**
**(Deloitte Tax LLP)**

| Name | Title | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|
| **Total Customs & International Trade Services Fees** | | 0.0 | | $      - | $      - |
| Bryan Collins | Partner | 1.5 | $600 | $   900.00 | |
| Matthew Gareau | Senior Manager | 1.5 | $515 | $   772.50 | |
| **Total National Tax Services Fees** | | 3.0 | | $ 1,672.50 | $      - |
| **Total Monthly Statement & Fee Application Fees** | | 0.0 | | $      - | $      - |
| **Total Deloitte Tax LLP Fees for March** | | 3.0 | | $ 1,672.50 | $      - |
| | | | Blended Rate | $   557.50 | |

## EXHIBIT C

| Name | Date | Hours | Rate | Fees | Comments |
|---|---|---|---|---|---|
| Bryan Collins | 11/1/2006 | 1.5 | $ 600 | $ 900.00 | Meeting in Boca Raton with M Gareau, J Van Gelder, C Finke, and A Gibbons re: Fin 48 issues |
| **Bryan Collins Total** | | **1.5** | | **$ 900.00** | |
| Matthew Gareau | 11/1/2006 | 1.5 | $ 515 | $ 772.50 | Meeting in Boca Raton with B Collins, J Van Gelder, C Finke, and A Gibbons re: Fin 48 issues |
| **Matthew Gareau Total** | | **1.5** | | **$ 772.50** | |
| **Total** | | **3.0** | | **$1,672.50** | |