IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al.,[1] ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| Debtors. ) | |
| | Hearing Date: September 24, 2007 at 2:00 p.m. |

# FIRST QUARTERLY INTERIM APPLICATION OF OGILVY RENAULT LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM OCTOBER 17, 2006 THROUGH MARCH 31, 2007

| Name of Applicant: | Ogilvy Renault LLP ("OR") |
|---|---|
| Authorized to Provide Professional Services to: | W.R. Grace & Co., et al., Debtors and Debtors in Possession |
| Date of Retention: | Retention Order entered and effective as of December 18, 2006 |
| Period for which Compensation and Reimbursement is Sought: | October 17, 2006 through March 31, 2007 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | CDN$206,197.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary | CDN$6,119.85 |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

- 2 -

This is a: ___ monthly    _X_ interim    ___ final application.

The total time expended for preparation of this quarterly fee application is approximately five (5) hours and the corresponding estimated compensation requested is approximately $800.00[2].

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 03/16/07 | 10/17/06-31/01/07 | $102,612.50 | $665.48 | Pending | Pending |
| 04/24/07 | 02/01/07-02/28/07 | $45,825.50 | $328.67 | Pending | Pending |
| 05/10/07[3] | 02/01/07-02/28/07 | $97.50 | $0 | Pending | Pending |
| 05/10/07 | 03/01/07-03/31/07 | $57,662.00 | $5,125.70 | Pending | Pending |

## OR PROFESSIONALS

| Name of Professional Individual | Position of the Professional, Year of Call to the Ontario Bar (if applicable) | Hourly Billing Rate (* indicates a blended billing rate) | Total Hours Billed[4] | Total Compensation |
|---|---|---|---|---|
| Derrick C. Tay | Senior Partner, Year of Call to the Ontario Bar – 1981 | $866.50* | 35.30 | $30,587.50 |

---

[2] The actual number of hours expended preparing this quarterly application and the corresponding compensation requested will be set forth in OR's subsequent fee applications.

[3] This application was filed as a "corrected" second monthly fee application to replace and correct errors related to the amount of compensation sought pursuant to the original second monthly fee application (the "Original Second Monthly") filed on April 24, 2007. The corrected second monthly fee application requests an additional $97.50 on top of what was requested in the Original Second Monthly.

[4] Some professional time that was spent during the interim period may be reflected in a subsequent application and some professional time that was spent during the previous interim period may be reflected in this Application.

DOCSTOR: 1243155\2

- 3 -

| Name of Professional Individual | Position of the Professional, Year of Call to the Ontario Bar (if applicable) | Hourly Billing Rate (* indicates a blended billing rate) | Total Hours Billed[4] | Total Compensation |
|---|---|---|---|---|
| Ian Ness | Partner, Year of Call to the Ontario Bar – 1984 | $650.00 | 75.70 | $49,205.00 |
| Karen Galpern | Partner, Year of Call to the Ontario Bar – 1993 | $600.00 | 9.50 | $5,700.00 |
| Orestes Pasparakis | Partner, Year of Call to the Ontario Bar – 1995 | $557.61* | 20.90 | $11,654.00 |
| Teresa Walsh | Partner, Year of Call to the Ontario Bar – 1996 | $495.90* | 87.20 | $43,242.00 |
| Jennifer Stam | Associate, Year of Call to the Ontario Bar – 2002 | $407.65* | 6.80 | $2,772.00 |
| Allison Kuntz | Associate, Year of Call to the Ontario Bar – 2004 | $293.62* | 73.80 | $21,669.00 |
| Karen Whibley | Law Clerk | $215.00 | 78.90 | $16,963.50 |
| Penny Adams | Law Clerk | $155.22* | 78.45 | $12,177.00 |
| Katie Legree | Law Clerk | $95.00 | 48.50 | $4,607.50 |
| Michael Kotrly | Articling Student | $160.00 | 11.00 | $1,760.00 |
| Robin Penslar Levin | Legal Researcher | $330.00 | 17.00 | $5,610.00 |
| N/A | Audit Enquiry Department | $250.00 | 1.00 | $250.00 |

**Total Fees:**           CDN$206,197.50
**Total Hours:**                   544.05
**Blended Billing Rate:**  CDN$379.00

## TASK CODE SUMMARY

|  | Project Category | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 0001 | Chapter 11 Proceedings, General Matters | 0.30 | $153.00 |
| 0003 | Case Administration | 15.80 | $2,862.00 |
| 0005 | Claims Analysis Objection and Resolution (Asbestos) | 75.60 | $49,815.00 |
| 0006 | Litigation and Litigation Consulting | 236.50 | $87,059.50 |
| 0008 | Fee Applications, Applicant | 38.10 | $10,208.00 |
| 0011 | Employment Application | 177.75 | $56,100 |
| Total |  | 544.05 | $206,197.50 |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Overtime Meals | $6.67 |
| Taxis | $88.80 |
| Long Distance Telephone Call | $70.48 |
| Standard Copies or Prints | $261.00 |
| Quicklaw Database Research | $267.98 |
| Quickfind Database Research | $18.00 |
| Lexis/Nexis Research | $4.17 |
| Facsimile Charges | $152.94 |
| Courier Services | $434.92 |
| Court Filing Fees for Motion Record | $127.00 |
| Airfare | $1,357.48 |
| Overtime – Secretary | $520.00 |
| Process Server Fee to file Motion Record | $45.00 |
| Hotel Accommodations | $1,009.33 |
| Car Rental/Gas | $1,352.95 |
| Meals/Restaurants – Canada | $403.13 |
| Total | $6,119.85 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Hearing Date: September 24, 2007 at 2:00 p.m. |

FIRST QUARTERLY INTERIM APPLICATION OF OGILVY RENAULT LLP ("OR")
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION
FOR THE PERIOD FROM OCTOBER 17, 2006 THROUGH MARCH 31, 2007

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Court's 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002 (the "Amended Administrative Order"), amending the Court's 'Administrative Order Pursuant to Sections 105(a)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

- 2 -

and 331 of the Bankruptcy Code Establishing Procedures for Allowance and Payment of Monthly Interim Compensation and Reimbursement of Expenses of Professionals', entered May 3, 2001, the law firm of OR hereby files this First Quarterly Interim Application of Ogilvy Renault LLP for Compensation and for Reimbursement of Expenses for October 17, 2006 through March 31, 2007 (the "First Quarterly Fee Application").

By this First Quarterly Fee Application, OR seeks the interim allowance of compensation in the amount of CDN$206,197.50 and reimbursement of actual and necessary expenses in the amount of CDN$6,119.85 for a total of CDN$212,317.35, or one hundred percent (100%) of all compensation and expense reimbursement requested, for the period October 17, 2006 through March 31, 2007 (the "Interim Period"). In support of this First Quarterly Fee Application, OR respectfully represents as follows:

## Background

1. On April 2, 2001, each of the Debtors (collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Pursuant to Sections 1107 and 1108 of the Bankruptcy Code, the Debtors are continuing to operate their businesses and manage their properties and assets as debtors in possession. Since the Petition Date, the U.S. Trustee has appointed the following creditors' committees: Official Committee of Unsecured Creditors, Official Committee of Asbestos Personal Injury Claimants, and Official Committee of Asbestos Property Damage Claimants (collectively, the "Committees"). No trustee has been appointed in the Debtors' Chapter 11 cases.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

- 3 -

3.      On April 2, 2001, the Court entered its order that the Debtors' chapter 11 cases be consolidated for procedural purposes only and administered jointly.

4.      On May 3, 2001, the Court entered an Administrative Order establishing procedures for interim compensation and reimbursement of expenses of professionals. That order was amended by the Amended Administrative Order, signed on April 17, 2002. Pursuant to the procedures set forth in the Administrative Order and the Amended Administrative Order, professionals may request monthly compensation and reimbursement, and interested parties may object to such requests. If no interested party objects to a professional's request within twenty (20) days, the applicable professional may submit to the Court a certification of no objection authorizing the interim compensation and reimbursement of eighty percent (80%) of the fees requested and one hundred percent (100%) of the expenses requested, subject to the filing and approval of interim and final fee applications of the professional. The professional is also to file a quarterly interim fee application.

5.      By this Court's order dated December 18, 2006, Debtors were authorized to retain OR as their special counsel, effective as of December 18, 2006, with respect to the specific matters set out in OR's retention application and in the affidavit of Teresa J. Walsh, submitted in support of OR's retention application, (the "Retention Order"). The Retention Order authorizes the Debtors to compensate OR at OR's hourly rates charged for services of this type and to be reimbursed for actual and necessary out-of-pocket expenses that OR incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, all applicable local rules and orders of this Court.

- 4 -

## Monthly Fee Applications Covered Herein

6. Prior to the filing of this First Quarterly Fee Application, the October 17, 2006 through March 31, 2007 monthly fee applications of OR had been filed with the Court pursuant to the Administrative Order and Amended Administrative Order. The October 17, 2006 through March 31, 2007 monthly applications are the subject of this First Quarterly Fee Application.

7. On or about March 16, 2007, OR filed the First Monthly Application of Ogilvy Renault LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel for the Debtors and Debtors-In-Possession for the Period From October 17, 2006 through January 31, 2007 (the "First Monthly", Docket No. 14877), requesting CDN$102,612.50 in fees and CDN$665.48 in expenses. No objections were received with respect to the First Monthly, and a certificate of no objection was filed on May 2, 2007 (Docket No. 15481). The First Monthly is attached hereto as Exhibit "A".

8. On or about April 24, 2007, OR filed its Second Monthly Application of Ogilvy Renault LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel for the Debtors and Debtors-In-Possession for the Period From February 1, 2007 through February 28, 2007 (the "Second Monthly", Docket No. 15281), requesting $45,825.50 in fees and CDN$328.67 in expenses. The Second Monthly is pending. The Second Monthly is attached hereto as Exhibit "B".

9. On or about May 10, 2007, OR filed the Corrected Secondly Monthly Application of Ogilvy Renault for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel for the Debtors and Debtors-in-Possession for the Period From February 1, 2007 through February 28, 2007 (the "Corrected Second Monthly", Docket No.

- 5 -

15635), requesting an additional CDN$97.50 in fees. The Corrected Second Monthly is pending. The Corrected Second Monthly is attached hereto as Exhibit "C".

10. On or about May 10, 2007, OR filed its Third Monthly Application of Ogilvy Renault LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel for the Debtors and Debtors-In-Possession for the Period From March 1, 2007 through March 31, 2007 (the "Third Monthly", Docket No. 15636), requesting CDN$57,662.00 in fees and CDN$5,125.70 in expenses. The Third Monthly is pending. The Third Monthly is attached hereto as Exhibit "D".

11. The monthly fee applications covered by this First Quarterly Fee Application contain detailed daily time logs describing the actual and necessary services provided by OR during the Interim Period as well as other detailed information required to be included in fee applications. Those monthly applications, attached hereto as Exhibits "A", "B", "C" and "D" are incorporated herein by reference.

### Requested Relief

12. By this First Quarterly Fee Application, OR requests that the Court approve the interim allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by OR from October 17, 2006 through March 31, 2007.[2] As stated above, the full scope of the services provided and the related expenses incurred are fully described in the monthly fee applications for the Interim Period that

---

[2] OR reserves its right to seek at a later date compensation for services rendered and expenses incurred during the applicable period that are not otherwise included in the relevant monthly fee application.

DOCSTOR: 1243155\2

already have been filed with the Court and are attached hereto as Exhibits "A", "B", "C" and "D".

13. At all relevant times, OR has been a disinterested person as that term is defined in Section 101(14) of the Bankruptcy Code and has not represented or held an interest adverse to the interest of the Debtors.

14. All services for which compensation is requested by OR were performed for or on behalf of the Debtors and not on behalf of any committee, creditor, or other person.

15. During the Interim Period, OR has received no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the Debtor's cases. There is no agreement or understanding between OR and any other person, other than members of the Firm, for the sharing of compensation to be received for services rendered in these cases.

16. The professional services and related expenses for which OR requests interim allowance of compensation and reimbursement of expenses were rendered and incurred in connection with these cases in the discharge of OR's professional responsibilities as special counsel for Debtors in their chapter 11 cases. OR's services have been necessary and beneficial to the Debtors and their estates, creditors, and other parties in interest.

WHEREFORE, OR respectfully requests that the Court enter an order, substantially in the form attached hereto as Exhibit "E" providing that, for the period of October 17, 2006 through March 31, 2007 an allowance be made to OR in the sum of CDN$206,197.50 as compensation for reasonable and necessary professional services rendered to the Debtors and in the sum of CDN$6,119.85 for reimbursement of actual and necessary costs and expenses

- 7 -

incurred, for a total of CDN$212,317.35 that the Debtors be authorized and directed to pay to OR the outstanding amount of such sums; and for such other and further relief as this Court deems proper.

Dated: May 15th, 2007.

          **OGILVY RENAULT, LLP**

Per: _____
      Teresa J. Walsh LSUC#385140
      200 Bay Street, Suite 3800
      Royal Bank Plaza, South Tower
      Toronto, ON  M5J 2Z4
      Tel:   416.216.4080
      Fax:  416.216.3930
      Special Counsel for Debtors and
      Debtors-In-Possession

## **VERIFICATION**

PROVINCE OF ONTARIO :

CITY OF TORONTO :

Teresa J. Walsh, after being duly sworn according to law, deposes and says:

(a) I am a partner with the law firm Ogilvy Renault LLP ("OR").

(b) I am familiar with the legal services rendered by OR as special counsel to the Debtor and Debtors in Possession by the lawyers and paraprofessionals of OR.

(c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I submit that I have been duly advised by our agent James O'Neill with the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. that the Application substantially complies with Local Bankruptcy Rules for the District of Delaware.

SWORN AND SUBSCRIBED before me this 15th day of May, 2007.

_____  
A Commissioner for Taking Affidavits

_____  
Teresa J. Walsh

Luis Miguel Mendes, a Commissioner etc., Province of Ontario, while a student-at-law.  
Expires April 5, 2010.

DOCSTOR: 1243155\2