# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Date: May 31, 2007**

**Hearing Deadline: to be scheduled, if necessary**

### CORRECTED[2] SECOND MONTHLY FEE APPLICATION OF OGILVY RENAULT LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM FEBRUARY 1, 2007 THROUGH FEBRUARY 28, 2007

| Name of Applicant: | Ogilvy Renault LLP ("OR") |
|---|---|
| Authorized to Provide Professional Services to: | W.R. Grace & Co., et al., Debtors and Debtors in Possession |
| Date of Retention: | Retention Order entered and effective as of December 18, 2006 |
| Period for which Compensation and Reimbursement is Sought: | February 1, 2007 through February 28, 2007 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $45,923.00[3] |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] This corrected second monthly fee application is being filed to replace and reflect a change to the second monthly fee application, filed on April 24, 2007 (the "Original Second Monthly"). The corrected application seeks an total amount of compensation of $45,923.00 which is $97.50 more than sought on the Original Second Monthly.

[3] All dollar amounts reflected in this Monthly Fee Application are in Canadian currency.

- 2 -

| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary | $328.67 |
|---|---|

This is a:     X   monthly          ___ interim          ___final application.

The total time expended for preparation of this corrected fee application is approximately one (1) hour and the corresponding estimated compensation requested is approximately $160.00[4]. This is OR's corrected secondly monthly fee application for interim compensation of services for the interim fee period February 1, 2007 through February 28, 2007.

### PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 03/16/07 | 10/17/06-01/31/07 | $102,612.50 | $665.48 | Pending | Pending |
| 04/24/07 | 02/01/07- 2/28/07 | $45,825.50 | $328.67 | Pending | Pending |

### OR PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Year of Obtaining License to Practice | Hourly Billing Rate | Hours Billed[5] | Compensation |
|---|---|---|---|---|
| Derrick C. Tay | Senior Partner, Year of Call to the Ontario Bar – 1981 | $875.00 | 2.50 | $2,187.50 |
| Ian Ness | Partner, Year of Call to the Ontario Bar – 1984 | $650.00 | 55.10 | $35,815.00 |
| Teresa Walsh | Partner, Year of Call to the Ontario Bar – 1996 | $510.00 | 11.10 | $5661.00 |
| Jennifer Stam | Associate, Year of Call to the Ontario Bar – 2002 | $465.00 | 0.30 | $139.50 |
| Karen Whibley | Law Clerk, n/a | $215.00 | 1.60 | $344.00 |
| Penny Adams | Law Clerk, n/a | $160.00 | 11.10 | $1,776.00 |

---

[4] The actual number of hours expended preparing this Application and the corresponding compensation requested will be set forth in OR's subsequent fee applications.

[5] Some professional time that was spent during the Interim Period may be reflected in a subsequent application and some professional time that was spent during the previous Interim Period may be reflected in this Application.

- 3 -

| | |
|---|---|
| **Total Fees:** | **$45,923.00** |
| **Total Hours:** | **81.70** |
| **Blended Rate:** | **$562.10** |

## TASK CODE SUMMARY

| | Project Category | Billed Hours | Fees Requested |
|---|---|---|---|
| 0001 | Chapter 11 Proceedings, General Matters | 0.30 | $153.00 |
| 0003 | Case Administration | 0.30 | $139.50 |
| 0005 | Claims Analysis Objection and Resolution (Asbestos) | 55.10 | $35,815.00 |
| 0006 | Litigation and Litigation Consulting | 12.60 | $6,866.50 |
| 0008 | Fee Applications, Applicant | 12.90 | $2,694.00 |
| 0011 | Employment Application | 0.50 | $255.00 |
| **Total** | | **81.70** | **$45,923.00** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Long Distance Telephone Call | $11.93 |
| Standard Copies or Prints | $22.50 |
| Courier Services | $294.24 |
| **Total** | **$328.67** |

WHEREFORE, OR respectfully requests that (a) an allowance be made to it, as fully described above for (i) 80% of the amount of $45,923.00 for reasonable and necessary professional services that OR has rendered to the Debtors during the Fee Period ($36,738.40) and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by OR during the Fee Period ($328.67); (b) both fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) this Court grant such further relief as is equitable and just.

- 4 -

Dated: May ___9ᵗʰ___, 2007

**OGILVY RENAULT LLP**

_Teresa A. Walsh_

Teresa J. Walsh  LSUC#: 385140
Suite 3800, 200 Bay Street
Royal Bank Plaza, South Tower
Toronto, Ontario, Canada  M5J 2Z4
Telephone: (416) 216-4080
Facsimile:  (416) 216-3980

Special Counsel for the Debtors and Debtors in
Possession

**VERIFICATION**

PROVINCE OF ONTARIO  :

CITY OF TORONTO        :

Teresa J. Walsh, after being duly sworn according to law, deposes and says:

(a)    I am a partner with the law firm of Ogilvy Renault LLP ("OR").

(b)    I am familiar with the legal services rendered by OR as special counsel to the Debtor and Debtors in Possession by the lawyers and paraprofessionals of OR.

(c)    I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I submit that I have been duly advised by our agent James O'Neill with the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. that the Application substantially complies with Local Bankruptcy Rules for the District of Delaware.

SWORN AND SUBSCRIBED before
me this 9ᵗʰ day of __May__,
2007.

_____
A Commissioner for Taking
Affidavits
M. L. O'Brien

_____
Teresa J. Walsh

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Date: May 31, 2007.**

**Hearing Deadline: to be scheduled, if necessary**

## FEE DETAIL FOR OGILVY RENAULT LLP'S CORRECTED SECOND MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM FEBRUARY 1, 2007 THROUGH FEBRUARY 28, 2007

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



**OGILVY RENAULT**

LLP / S.E.N.C.R.L., s.r.l.

Client:      W.R. GRACE & CO.
RE:        Chapter 11 Proceedings, General Matters
Matter No.:    01016442-0001

March 16, 2007
INVOICE: 697416

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:     Richard Finke
              Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending February 28, 2007

| | |
|---|---|
| FEES | $153.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 0.00 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $153.00 |

Please return a copy with payment to our address below.

**Bank Transfer**
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCATZ
Including invoice number on transfer order.

Payable upon receipt

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario M5J 2Z4
Canada

Telephone (416) 216-4000
Fax (416) 216-3930

ogilvyrenault.com



**OGILVY
RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                01016442-0001

RE:    Chapter 11 Proceedings, General Matters

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 2/2/07 | Teresa Walsh | E-mail correspondence with M. Dierkes concerning Mew deposition. | 0.30 | $153.00 |
| | | **TOTAL FEES** | | $153.00 |

INVOICE: 697416



**OGILVY RENAULT**

LLP / S.E.N.C.R.L., s.r.l.

Client:        W.R. GRACE & CO.
RE:            Case Administration
Matter No.:    01016442-0003

March 16, 2007
INVOICE: 697408

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:    Richard Finke
              Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending February 28, 2007

| | |
|---|---|
| FEES | $139.50 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 5.00 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $144.50 |

Canadian Funds

Please return a copy with payment to our address below.

**Bank Transfer**
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
Including invoice number on transfer order.

Payable upon receipt

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario  M5J 2Z4
Canada

Telephone (416) 216-4000
Fax (416) 216-3930

ogilvyrenault.com



**OGILVY
RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                    01016442-0003

RE:   Case Administration

## FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 7/2/07 | Jennifer Stam | Conversation with J. Baer regarding the status hearings. | 0.30 | $139.50 |
| | | **TOTAL FEES** | | **$139.50** |

## DISBURSEMENTS - NON TAXABLE

| | |
|---|---|
| Photocopies | 5.00 |
| | $5.00 |

INVOICE: 697408



**OGILVY
RENAULT**

LLP / S.E.N.C.R.L., s.r.l.

Client:          W.R. GRACE & CO.
RE:              Claims analysis objection and resolution                March 16, 2007
                 (Asbestos)                                              INVOICE: 697410
Matter No.:      01016442-0005

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:    Richard Finke
              Senior Litigation Counsel

            For professional services rendered and disbursements incurred
            for the period ending February 28, 2007

FEES                                                    $35,815.00

DISBURSEMENTS (Taxable)                                      0.00

DISBURSEMENTS (Non Taxable)                               109.80

GST                                                         0.00
                                                      _____

TOTAL FOR THIS INVOICE                                  $35,924.80

                                                  Canadian Funds

Please return a copy with payment to our address below.

**Bank Transfer**
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
including Invoice number on transfer order.

Payable upon receipt

Suite 3800                    Telephone (416) 216-4000
Royal Bank Plaza, South Tower   Fax (416) 216-3930
200 Bay Street
P.O. Box 84                   ogilvyrenault.com
Toronto, Ontario  M5J 2Z4
Canada



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                       01016442-0005

RE:  Claims analysis objection and resolution (Asbestos)

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 1/2/07 | Ian A. Ness | Attend to claims issues. | 1.50 | $975.00 |
| 6/2/07 | Ian A. Ness | Review materials for claims review. | 0.80 | $520.00 |
| 8/2/07 | Ian A. Ness | Review proposed affidavits (1.0); comments and response (1.0); review proposed motion materials (0.80). | 2.80 | $1,820.00 |
| 9/2/07 | Ian A. Ness | Review draft reports (1.0); provide comments(0.50); update charts (1.0); correspondence and communications (0.30); motion materials (0.50). | 3.30 | $2,145.00 |
| 11/2/07 | Ian A. Ness | Review report (0.80); claims analysis (1.0). | 1.80 | $1,170.00 |
| 12/2/07 | Ian A. Ness | Review information (1.0); claims review (1.50). | 2.50 | $1,625.00 |
| 13/2/07 | Ian A. Ness | Claims review. | 3.50 | $2,275.00 |
| 14/2/07 | Ian A. Ness | Detailed claims review (2.80); report for Kirkland Ellis (1.0). | 3.80 | $2,470.00 |
| 15/2/07 | Ian A. Ness | Correspondence and communication (2.0); deal with Canadian claims issues (2.50). | 4.50 | $2,925.00 |
| 16/2/07 | Ian A. Ness | Canadian property damage claim (1.0); review of filing (1.30); claim back-up information (1.0); comments (1.0). | 4.30 | $2,795.00 |
| 19/2/07 | Ian A. Ness | Correspondence with M. Dierkes and D. Cameron regarding pending claims depositions (1.0); deal with claims information (1.50); review filing material (0.50); claims review (2.0). | 5.00 | $3,250.00 |
| 20/2/07 | Ian A. Ness | Deal with claims matters. | 3.30 | $2,145.00 |
| 21/2/07 | Ian A. Ness | Engaged regarding claims matters (1.50); review for purposes of pending deposition (2.0). | 3.50 | $2,275.00 |
| 22/2/07 | Ian A. Ness | Continue work on claims. | 2.80 | $1,820.00 |
| 23/2/07 | Ian A. Ness | Telephone conversation with M. Dierkes (1.0); correspondence (0.80); review reports (1.0). | 2.80 | $1,820.00 |
| 26/2/07 | Ian A. Ness | Continue with claims review for deposition purposes. | 3.30 | $2,145.00 |

INVOICE: 697410



**OGILVY
RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.

01016442-0005

RE:   Claims analysis objection and resolution (Asbestos)

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 27/2/07 | Ian A. Ness | Correspondence with Kirkland & Ellis. | 0.30 | $195.00 |
| 27/2/07 | Ian A. Ness | Claims review. | 2.80 | $1,820.00 |
| 28/2/07 | Ian A. Ness | Claims review and reporting for deposition purposes and Canadian PD claims. | 2.50 | $1,625.00 |

**TOTAL FEES**                                           **$35,815.00**

DISBURSEMENTS - NON TAXABLE

| | |
|---|---|
| Long distance calls | 11.93 |
| Courier service | 97.87 |
| | $109.80 |

INVOICE: 697410



## OGILVY RENAULT
LLP / S.E.N.C.R.L, s.r.l.

| | | |
|---|---|---|
| Client: | W.R. GRACE & CO. | March 16, 2007 |
| RE: | Litigation and litigation consulting | INVOICE: 697411 |
| Matter No.: | 01016442-0006 | |

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:    Richard Finke
              Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending February 28, 2007

| | |
|---|---|
| FEES | $6,866.50 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 29.79 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $6,896.29 |

Canadian Funds

Please return a copy with payment to our address below.

**Bank Transfer**
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002. Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
Including invoice number on transfer order.

Payable upon receipt

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario  M5J 2Z4
Canada

Telephone (416) 216-4000
Fax (416) 216-3930

ogilvyrenault.com



**OGILVY
RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                01016442-0006

RE:  Litigation and litigation consulting

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 2/2/07 | Derrick C. Tay | Conference with government lawyers regarding request for further scientific input (0.4); dealing with same (0.1). | 0.50 | $437.50 |
| 5/2/07 | Teresa Walsh | Review of CD provided by R. Finke with information in response to request from Dr. Chatfield, Government of Canada expert (0.2); letter to Government of Canada counsel enclosing information and requesting proposed dates for attendance at Pennsylvania facility to review microscope samples (0.1); telephone conversation with Government of Canada counsel (0.1); follow-up with M. Dierkes regarding G. Mew deposition in Toronto on February 20, 2007 (0.1). | 0.50 | $255.00 |
| 8/2/07 | Derrick C. Tay | Reviewing draft Canadian Schedule of Limitations motion (0.7); communications with government lawyer regarding Health Canada assessment (0.3). | 1.00 | $875.00 |
| 19/2/07 | Teresa Walsh | Email communications with M. Dierkes regarding Mew and Pinchin depositions. | 0.50 | $255.00 |
| 24/2/07 | Teresa Walsh | Completing secondary document review of documents collected at Ajax, Ontario office for Grace Canada, Inc. and Whitby storage facility (2.0); review of original mandate for data collection (0.3); preparing report to R. Finke of results of document review conducted to date (1.5); seeking instructions to commence document review at other Canadian locations (0.2). | 4.00 | $2,040.00 |
| 26/2/07 | Karen Whibley | Voicemails from and to T. Walsh. | 0.30 | $64.50 |
| 26/2/07 | Derrick C. Tay | Following up on matters being working on internally. | 1.00 | $875.00 |
| 27/2/07 | Karen Whibley | Organizing relevant documents (1.0); conference with T. Walsh regarding status of file (0.3). | 1.30 | $279.50 |

INVOICE: 697411



**OGILVY
RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.

01016442-0006

RE:  **Litigation and litigation consulting**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 27/2/07 | Teresa Walsh | Continued work on draft letter to client regarding proposed additional document review to be carried out in connection with Chapter 11 proceedings and parallel proceedings in Canada. | 2.50 | $1,275.00 |
| 28/2/07 | Teresa Walsh | Revising letter to R. Finke on proposed Canadian document review and related matters for use in Chapter 11 proceedings. | 1.00 | $510.00 |
| | | **TOTAL FEES** | | **$6,866.50** |

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---|
| Photocopies | |
| Courier service | 15.75 |
| | 14.04 |
| | $29.79 |

INVOICE: 697411



**OGILVY RENAULT**

LLP / S.E.N.C.R.L., s.r.l.

| | |
|---|---|
| Client: | W.R. GRACE & CO. |
| RE: | Fee Applications, Applicant |
| Matter No.: | 01016442-0008 |

March 16, 2007
INVOICE: 697413

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:   Richard Finke
Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending February 28, 2007

| | |
|---|---:|
| FEES | $2,694.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 1.75 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $2,695.75 |

Please return a copy with payment to our address below.

**Bank Transfer**
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
Including invoice number on transfer order.

Payable upon receipt

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario M5J 2Z4
Canada

Telephone (416) 216-4000
Fax (416) 216-3990

ogilvyrenault.com



**OGILVY RENAULT**
LLP / SENCRL, srl

W.R. GRACE & CO.

01016442-0008

RE:  Fee Applications, Applicant

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 6/2/07 | Teresa Walsh | Work on materials for pending fee approval application. | 0.80 | $408.00 |
| 14/2/07 | Penny Adams | Preparing fee application. | 1.00 | $160.00 |
| 15/2/07 | Penny Adams | Preparing fee affidavit (1.50); reviewing and revising same (0.50). | 2.00 | $320.00 |
| 16/2/07 | Penny Adams | Drafting quarterly fee affidavit (1.50); reviewing and revising same (0.50). | 2.00 | $320.00 |
| 21/2/07 | Penny Adams | Reviewing and revising quarterly fee application. | 1.00 | $160.00 |
| 22/2/07 | Penny Adams | Reviewing and revising monthly and quarterly fee applications (1.30); email to Ms. Coniff at Pachulski Stang requesting additional precedents for the quarterly application (0.20). | 1.50 | $240.00 |
| 26/2/07 | Teresa Walsh | Work on revisions to fee application materials (0.50); conference with law clerk P. Adams regarding materials (0.50). | 1.00 | $510.00 |
| 26/2/07 | Penny Adams | Meeting with Ms. Walsh regarding monthly fee affidavit (0.50); reviewing and revising same (0.30); circulating draft of monthly application to U.S. counsel and Mr. Finke for comment (0.20). | 1.00 | $160.00 |
| 27/2/07 | Penny Adams | Correspondence with Ms. Johnson at Kirkland Ellis regarding monthly fee affidavit (0.20); reviewing and revising same (1.0); conference call with Ms. Walsh and Ms. Johnson regarding fee affidavit (0.50); email to working group outlining docketing practices on this file going forward (0.50); meeting with Ms. Walsh regarding same (0.20). | 2.30 | $368.00 |
| 28/2/07 | Penny Adams | Forwarding additional docketing information to the working group. | 0.30 | $48.00 |

|  |  | **TOTAL FEES** |  | **$2,694.00** |

INVOICE: 697413



**OGILVY
RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.

01016442-0008

RE:   Fee Applications, Applicant

DISBURSEMENTS - NON TAXABLE

| Photocopies | 1.75 |
|---|---|
| | $1.75 |

INVOICE: 697413



**OGILVY
RENAULT**

LLP / S.E.N.C.R.L., s.r.l.

Client:         W.R. GRACE & CO.                                      March 16, 2007
RE:             Employment Application                               INVOICE: 697415
Matter No.:     01016442-0011

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:     Richard Finke
               Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending February 28, 2007

FEES                                                  $255.00

DISBURSEMENTS (Taxable)                                  0.00

DISBURSEMENTS (Non Taxable)                           182.33

GST                                                     0.00

TOTAL FOR THIS INVOICE                                $437.33

Canadian Funds

Please return a copy with payment to our address below.

Bank Transfer
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
including invoice number on transfer order.

Payable upon receipt

Suite 3800                          Telephone (416) 216-4000
Royal Bank Plaza, South Tower      Fax (416) 216-3930
200 Bay Street
P.O. Box 84                         ogilvyrenault.com
Toronto, Ontario  M5J 2Z4
Canada



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.

01016442-0011

RE:   Employment Application

---

**FEE DETAIL**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 28/2/07 | Teresa Walsh | Preparing supplementary affidavit clarifying certain statements made in affidavit in support of application for Ogilvy Renault to be appointed as special counsel for debtors. | 0.50 | $255.00 |
| | | **TOTAL FEES** | | $255.00 |

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---|
| Courier service | 182.33 |
| | $182.33 |

INVOICE: 697415