# IN THE UNITED STATES BANKRUTPCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Hearing Date: 5/21/07 at 2:00 p.m. |
| | | Objection Deadline: n/a |

**MOTION FOR LEAVE TO FILE A REPLY PURSUANT TO CHAMBER PROCEDURE NO. 3 IN FURTHER SUPPORT OF MOTION FOR RECONSIDERATION OF COURT'S OPINION AND ORDER DENYING MOTION OF THE STATE OF MONTANA FOR RELIEF FROM THE <u>AUTOMATIC STAY ENTERED APRIL 16, 2007</u>**
**Re: Docket Nos. 8582, 15197, 15198, 15390 and 15647**

The State of Montana ("Montana") by and through its undersigned counsel, hereby moves for entry of an order authorizing Montana to file its reply (the "Reply," attached hereto as Exhibit "A") in further support of its Motion for Reconsideration of Court's Opinion and Order Denying Motion for Relief from the Automatic Stay Entered April 16, 2007 (the "Motion"), and in response to the Debtors' objection, as set forth below, to the Motion. In support of this Motion, Montana respectfully submits as follows:

1. The State of Montana filed its Motion on April 26, 2007 [Docket No. 15390].

2. On May 14, 2007, W.R. Grace & Co., et al. (the "Debtors"), filed an Objection to Montana's Motion ("Debtors' Objection") [Docket No. 15647].

3. The Court's Chamber Procedure No. 3 provides that no reply papers shall be filed except pursuant to the Court's order entered upon a motion.

4. Debtors' Objection to Montana's Motion misreads the Court's Order dated January 17, 2006, and fails to acknowledge the plain language of 11 U.S.C. §362(d) and (e) at all. Moreover, the objection inaccurately accuses Montana of planning to willfully violate the automatic stay. Montana seeks to file a reply for the purpose of addressing the matters raised in the objection. Montana respectfully asserts that a reply is necessary to fully and accurately apprise the Court of the relevant issues.

WHEREFORE, Montana respectfully requests that this Court enter an Order granting Montana authority to file the Reply, a copy of which is attached as **Exhibit A**, pursuant to the Court's procedures.

Dated: May 17, 2007  **MONZACK AND MONACO, PA**

_____/s/ Kevin J. Mangan_____
Francis A. Monaco, Jr., Esq. (#2078)
Kevin J. Mangan (#3810)
Edward M. Lilly (#3967)
1201 No. Orange Street, Suite 400
Wilmington, Delaware 19899
Telephone: (302) 656-8162