IN THE UNITED STATES BANKRUTPCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) **Re: Docket No. ____** | |
| | ) | |

## ORDER

Upon the State of Montana's ("Montana") Motion For Leave To File a Reply Pursuant to Chamber Procedure No. 3 in Further Support of Motion for Reconsideration of Court's Opinion and Order Denying Motion of the State of Montana for Relief from the Automatic Stay Entered April 16, 2007 (the "Motion"), after due deliberation thereon, and good and sufficient cause appearing therefore, it is hereby:

ORDERED that the Motion is granted; and it is further

ORDERED that leave is granted for Montana to file the Reply to Objection to Motion for Reconsideration of Court's Opinion and Order Denying Motion of the State of Montana for Relief from the Automatic Stay entered April 16, 2007 (attached as Exhibit "A" to the Motion) with the Court.

Dated: May __, 2007

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

61712