## CERTIFICATE OF SERVICE

**I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing document was made on May 17, 2007 upon:**

### SEE ATTACHED SERVICE LIST

Under penalty of perjury, I declare that the foregoing is true and correct.


_5/17/2007_____          ____/s/ Heidi E. Sasso_____
Date                                             Heidi E. Sasso

Document #: 370