# FAX SERVICE LIST

**Janet S. Baer, Esq.**
**Kirkland & Ellis, LLP**
**200 East Randolph Drive**
**Chicago, IL 60601**
**Via Facsimile:  312-861-2200**

**Laura Davis J ones, Esq,**
**Pachulski, Stang, Ziehl, Young,**
**Jones & Weintraub, P.C.**
**919 North Market Street, 16th Floor**
**Wilmington, DE 19801**
**Via Facsimile:  302-652-4400**

**Lewis Kruger, Esq.**
**Stroock & Stroock & Lavan**
**180 Maiden Lane**
**New York, NY 10038**
**Via Facsimile:  212-806-6006**

**Michael R. Lastowski, Esq.**
**Duane, Morris & Hecksher, LLP**
**1100 N. Market Street, Suite 1200**
**Wilmington, DE 19801**
**Via Facsimile:  302-657-4901**

**Scott L. Baena, Esq.**
**Bilzin, Sumberg, Dunn, Baena,**
**Price & Axelrod**
**First Union Financial Center**
**200 South Biscayne Blvd., Suite 2500**
**Miami, FL 33131**
**Via Facsimile:  305-374-7593**

**Michael B. Joseph, Esq.**
**Ferry & Joseph, PA**
**824 Market Street, Suite 904**
**Wilmington, DE 19801**
**Via Facsimile:  302-575-1714**

Document #: 51971

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022
Via Facsimile:  212-644-6755

Peter Van N. Lockwood, Esq.
Nathan D. Finch, Esq.
One Thomas Circle, NW
Washington, DC 20005
Via Facsimile:  202-429-3301

Mark Hurford, Esq.
Campbell & Levine, LLC
Chase Manhattan Centre, 15th Floor
1201 Market Street, Suite 1500
Wilmington, DE 19801
Via Facsimile:  302-426-9947

J. Douglas Bacon, Esq.
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
Via Facsimile:  312-993-9767

Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Via Facsimile:  302-658-6395

David Klauder, Esq.
Office of the United States Trustee
844 N. King Street
Wilmington, DE 19801
Via Facsimile:  302-573-6497

Gary Becker, Esq.
Kramer Levin Naftalis & Frankel, LLP
919 Third Avenue
New York, New York 10022
Via Facsimile:  212-715-8000