IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Re: Docket Nos. 9315, 10702, 10916, 14522, 14762
January 24, 25 and 26, 2006 Agenda Item No. 1C

## CERTIFICATION OF COUNSEL REGARDING <u>CORRECTED</u> ORDER EXPUNGING CLAIM NO. 14400 FILED BY PHILLIP SHAWN MOORE AND CLAIM NOS. 15352, 2360 AND 2361 FILED BY MARCELLA PAULETTE

1.     On September 1, 2005, the above-captioned debtors and debtors in possession (the "Debtors") filed their *Fifteenth Omnibus Objection(Substantive) to Asbestos Property Damage Claims* (the "Fifteenth Omnibus Objection") (Docket No. 9315).

2.     On October 24, 2005, Phillip Shawn Moore filed the *Response to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damaged Claims* (Docket No. 10570).

3.     On October 27, 2005, Marcella M. Paulette filed the *Letter Response of Marcella M. Paulette* (Docket No. 10916).

4.     The Court having heard arguments on the Fifteenth Omnibus Objection on January 24, 2006, disallowed and expunged Claim Nos. 14400, 15352, 2360, and 2361. A copy of the relevant pages of the hearing transcript are attached hereto as Exhibit A.

5.     On February 8, 2007 the Debtor submitted a certification of counsel and proposed form of Order. Although the certification of counsel included Claim Nos. 14400,

15352, 2360, and 2361, the proposed form of order failed to include Claims 2360 and 2361. (Docket 14522).

6. On March 6, 2007 the Court entered the Order submitted (Docket No. 14762).

7. Accordingly, the Debtors respectfully request that the Court enter the Proposed Corrected Order attached hereto as Exhibit B which includes Claims 2360 and 2361 at its earliest convenience.

Dated: May 17, 2007

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Lisa G. Esayian
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

And

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession