# **EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                          )    Chapter 11
                                                )
W. R. GRACE & CO., et al.;[1]                   )    Case No. 01-01139 (JKF)
                                                )    (Jointly Administered)
          Debtors.                              )
                                                )    **Re: Docket Nos. 9315, 10702, 10916, 14522, 14762**
                                                )    **January 24, 25 and 26, 2006 Agenda Item No. 1C**

## <u>CORRECTED[2] ORDER EXPUNGING CLAIM NO. 14400 FILED BY PHILLIP SHAWN MOORE AND CLAIM NOS. 15352, 2360, AND 2361 FILED BY MARCELLA PAULETTE</u>

This cause, coming before the Court on the Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claim (the "Fifteenth Omnibus Objection") [Docket No. 9315] whereby the Debtors objected to certain claims including (1) the claim of Phillip Shawn Moore, identified as Claim No. 14400 and (2) the claim of Marcella Paulette, identified as Claim No. 15352 which purports to amend Claim Nos. 2360 and 2361; and the matter having been fully briefed and the Court having heard arguments on the Fifteenth Omnibus Objection on January 24, 2006.

---

[1]     The Debtors consist of the following 62 entities:  W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife  Boston Ltd., Alewife Land Corporation, Amicon, Inc.,  CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] This Order corrects the Order docketed at 14762 to include Claims 2360 and 2361 which were inadvertently omitted.

NOW, THEREFORE, upon consideration of the above and it appearing that this Court has jurisdiction over this matter, that venue is proper and proper notice having been given and no further notice being required; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that, for the reasons stated on the record on January 24, 2006, Claim Nos. 14400, 15352, 2360, and 2361 are hereby disallowed and expunged.


Dated: May ___, 2007

                                        _____
                                        Honorable Judith K. Fitzgerald
                                        United States Bankruptcy Judge