IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 17th day of May 2007, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**Certification of Counsel Regarding Corrected Order Expunging Claim No. 14400 Filed by Phillip Shawn Moore and Claim Nos. 15352, 2360 and 2361 Filed by Marcella Paulette**

_/s/ James E. O'Neill_
James E. O'Neill (DE Bar No. 4042)

**W. R. Grace Paulette/Moore Claimant Service List**
Case No. 01-1139 (JKF)
Doc. No. 125023
02 - First Class Mail

*First Class Mail*
Phillip Shawn Moore
680-A Adams Road
Benson, NC  27504

*First Class Mail*
Mark A. Paulette
for Mrs. Marcella M. Paulette
287 Township Highway 267
Amsterdam, OH  43903