# EXHIBIT 2

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_061031**

| Period Ending | 10/31/2006 | Expense Type | Amount |
|---|---|---|---|
| | | B-Linx/Data Storage | |
| | | | $850.00 |
| | | Document Storage | |
| | | | $39.15 |
| | | Pacer | |
| | | | $92.16 |
| | | Postage/Shipping | |
| | | | $73.37 |
| | | Supplies | |
| | | | $15.00 |
| | | Website Hosting | |
| | | | $250.00 |
| | | Website Storage/Traffic | |
| | | | $66.96 |
| | | **Total** | **$1,386.64** |

EXHIBIT 2

BMC GROUP                    EXPENSE DETAIL                    OCTOBER 2006

| Invoice Nbr | Date | Client | Vendor | Amount | Expense Type | Description |
|---|---|---|---|---|---|---|
| 21_061031 | 9/30/06 | WR Grace | Pacer | $92.16 | Pacer | Quarterly Court download charges 7/1-9/30/06 |
| 21_061031 | 10/3/06 | WR Grace | DHL | $11.95 | Postage/Shipping | WR Grace docs shipped to WR Grace from BMC-CA- Tracking No. 15158514372 |
| 21_061031 | 10/6/06 | WR Grace | DHL | $31.34 | Postage/Shipping | WR Grace docs shipped to Kirkland & Ellis LLP- Tracking No. 15158487772 |
| 21_061031 | 10/6/06 | WR Grace | DHL | $30.08 | Postage/Shipping | WR Grace docs shipped to Kirkland & Ellis LLP- Tracking No. 15158487772 |
| 21_061031 | 10/9/06 | WR Grace | BMC | $15.00 | Supplies | 1 CD containing claims images for the 18th Omnibus Objection Motion to K&E. |
| 21_061031 | 10/31/06 | WR Grace | BMC | $66.96 | Website Storage/Traffic | Website traffic - 32 docs |
| 21_061031 | 10/31/06 | WR Grace | BMC | $39.15 | Document Storage | 27 boxes |
| 21_061031 | 10/31/06 | WR Grace | BMC | $250.00 | Website Hosting | Website Hosting |
| 21_061031 | 10/31/06 | WR Grace | BMC | $850.00 | B-Linx/Data Storage | B-Linx/Data Storage |

EXHIBIT 2

BMC GROUP                           PRODUCTION SUMMARY - WR GRACE                    OCTOBER 2006

| InvoiceID | JobDate | InvoiceTotal |
|-----------|---------|--------------|
| 021-20061005-1 | 10/5/2006 | $5,475.82 |
| 021-20061006-1 | 10/6/2006 | $715.19 |
| 021-20061010-1 | 10/10/2006 | $97.38 |
| 021-20061012-2 | 10/12/2006 | $12.92 |
| 021-20061012-1 | 10/12/2006 | $14,654.90 |
| 021-20061016-1 | 10/16/2006 | $103.75 |
| 021-20061018-1 | 10/18/2006 | $824.29 |
| 021-20061020-1 | 10/20/2006 | $20,316.75 |
| 021-20061023-1 | 10/23/2006 | $1,739.02 |
| 021-20061026-3 | 10/26/2006 | $93.04 |
| 021-20061026-2 | 10/26/2006 | $26.76 |
| 021-20061026-1 | 10/26/2006 | $18.75 |
| 021-20061027-2 | 10/27/2006 | $8.06 |
| 021-20061027-1 | 10/27/2006 | $13.86 |
| 021-20061031-1 | 10/31/2006 | $26,567.50 |
| | **Total** | **$70,667.99** |

EXHIBIT 2



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 10/5/2006
Invoice #: 021-20061005-1
InvoiceNotes: WR Grace PI - POC/BDN mailing - Sent in 49 Bulk Shipments to various Law firms

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | WR Grace PI POC/BDN | 8 / 3,681 | Document/Data Preparation | Mail File Setup | 2 Tasks @ $25.00 each | $50.00 |
| | | | Postage | DHL/Airborne Exp | 3 Pieces @ $41.92 each | $125.76 |
| | | | | DHL/Airborne Exp | 3 Pieces @ $52.39 each | $157.17 |
| | | | | DHL/Airborne Exp | 4 Pieces @ $6.73 each | $26.92 |
| | | | | DHL/Airborne Exp | 6 Pieces @ $7.25 each | $43.50 |
| | | | | DHL/Airborne Exp | 1 Piece @ $46.00 each | $46.00 |
| | | | | DHL/Airborne Exp | 28 Pieces @ $9.55 each | $267.40 |
| | | | | Expedited Mail Handling | 49 Pieces @ $.25 each | $12.25 |
| | | | | Express Mail | 1 Piece @ $28.75 each | $28.75 |
| | | | | Express Mail | 3 Pieces @ $14.40 each | $43.20 |
| | | | Production | Collate, Fold and Stuff | 3681 Pieces @ $.08 each | $294.48 |
| | | | | Copy | 22086 Pieces @ $.10 each | $2,208.60 |
| | | | | Variable Print Black Only | 7362 Pieces @ $.25 each | $1,840.50 |
| | | | Supplies | Inkjet and Envelope - #10 Window | 3681 Pieces @ $.09 each | $331.29 |

**Total Due:** $5,475.82

EXHIBIT 2
*Invoice Due Upon Receipt*



**bmc**

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 10/6/2006
Invoice #: 021-20061006-1
InvoiceNotes: WR Grace PI - Suppl POC/BDN mailing -Sent 1 Bulk Shipment of 486 claimants to WM Roberts Wilson Law Firm

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Suppl - PI POC/BDN Mailing Wm Roberts Wilson Law Firm | 8 / 486 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | Expedited Mail Handling | 1 Piece @ $.25 each | $0.25 |
| | | | | Express Mail | 1 Piece @ $14.40 each | $14.40 |
| | | | Production | Collate, Fold and Stuff | 486 Pieces @ $.08 each | $38.88 |
| | | | | Copy | 2916 Pieces @ $.12 each | $349.92 |
| | | | | Variable Print Black Only | 972 Pieces @ $.25 each | $243.00 |
| | | | Supplies | Inkjet and Envelope - #10 Window | 486 Pieces @ $.09 each | $43.74 |

**Total Due:** $715.19

EXHIBIT 2
Invoice Due Upon Receipt



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 10/10/2006
Invoice #: 021-20061010-1
InvoiceNotes: Bulk Shipment mailings to 5 separate Law firms

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Suppl Pl POC/BDN Mailing | 8 / 11 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | DHL/Airborne Exp | 2 Pieces @ $11.45 each | $22.90 |
| | | | | DHL/Airborne Exp | 3 Pieces @ $10.98 each | $32.94 |
| | | | | Expedited Mail Handling | 5 Pieces @ $.25 each | $1.25 |
| | | | Production | Collate, Fold and Stuff | 11 Pieces @ $.08 each | $0.88 |
| | | | | Copy | 66 Pieces @ $.12 each | $7.92 |
| | | | | Variable Print Black Only | 22 Pieces @ $.25 each | $5.50 |
| | | | Supplies | Inkjet and Envelope - #10 Window | 11 Pieces @ $.09 each | $0.99 |

**Total Due:** $97.38

EXHIBIT 2
Invoice Due Upon Receipt



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 10/12/2006
Invoice #:  021-20061012-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 13393 - Ord re Mtn Compel | 4 / 1,205 | Document/Data Preparation | Mail File Setup | 5 Tasks @ $25.00 each | $125.00 |
| | | | Postage | DHL/Airborne Exp | 1105 Pieces @ $11.05 each | $12,210.25 |
| | | | | Expedited Mail Handling | 1205 Pieces @ $.25 each | $301.25 |
| | | | | Express Mail | 100 Pieces @ $14.40 each | $1,440.00 |
| | | | Production | Copy | 4820 Pieces @ $.12 each | $578.40 |

**Total Due:    $14,654.90**

EXHIBIT 2
*Invoice Due Upon Receipt*



**bmc**

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 10/12/2006
Invoice #: 021-200610012-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | WR Grace PI POC/BDN (suppl) | 8 / 1 | Postage | DHL/Airborne Exp | 1 Piece @ $11.45 each | $11.45 |
| | | | | Expedited Mail Handling | 1 Piece @ $.25 each | $0.25 |
| | | | Production | Copy | 6 Pieces @ $.12 each | $0.72 |
| | | | | Variable Print Black Only | 2 Pieces @ $.25 each | $0.50 |

**Total Due:** $12.92

EXHIBIT 2
Invoice Due Upon Receipt



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 10/16/2006
Invoice #:  021-20061016-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 13415 - 18th Omnibus Obj to Claims | 33 / 15 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 15 Pieces @ $1.11 each | $16.65 |
| | | | Production | Copy | 495 Pieces @ $.12 each | $59.40 |
| | | | | Stuff and Mail | 15 Pieces @ $.05 each | $0.75 |
| | | | Supplies | Inkjet and Envelope - Catalog | 15 Pieces @ $.13 each | $1.95 |

**Total Due:**     $103.75

EXHIBIT 2
*Invoice Due Upon Receipt*



**bmc** ⊕↑↑⊕

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 10/18/2006
Invoice #: 021-20061018-1
InvoiceNotes: 7 Bulk shipments containing 469 separate envelopes

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | WR Grace PI AP POC/BDN re-notice | 8 / 469 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | DHL/Airborne Exp | 1 Piece @ $50.16 each | $50.16 |
| | | | | DHL/Airborne Exp | 1 Piece @ $39.82 each | $39.82 |
| | | | | DHL/Airborne Exp | 2 Pieces @ $10.65 each | $21.30 |
| | | | | DHL/Airborne Exp | 3 Pieces @ $11.45 each | $34.35 |
| | | | | Expedited Mail Handling | 7 Pieces @ $.25 each | $1.75 |
| | | | Production | Collate, Fold and Stuff | 469 Pieces @ $.08 each | $37.52 |
| | | | | Copy | 2814 Pieces @ $.12 each | $337.68 |
| | | | | Variable Print Black Only | 938 Pieces @ $.25 each | $234.50 |
| | | | Supplies | Inkjet and Envelope - #10 Window | 469 Pieces @ $.09 each | $42.21 |

**Total Due:** $824.29

EXHIBIT 2
*Invoice Due Upon Receipt*



**bmc ⊕↑⊕↑⊕**

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

| Production Date: | 10/20/2006 |
| Invoice #: | 021-20061020-1 |
| InvoiceNotes: | For Saturday Delivery |

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Letter re PIQ | 1 / 789 | Document/Data Preparation | Mail File Setup | 3 Tasks @ $25.00 each | $75.00 |
| | | | Postage | DHL/Airborne Exp | 733 Pieces @ $26.06 each | $19,101.98 |
| | | | | Expedited Mail Handling | 789 Pieces @ $.25 each | $197.25 |
| | | | | Express Mail | 48 Pieces @ $14.40 each | $691.20 |
| | | | | FedEx | 8 Pieces @ $19.58 each | $156.64 |
| | | | Production | Copy | 789 Pieces @ $.12 each | $94.68 |

**Total Due:    $20,316.75**

EXHIBIT 2
*Invoice Due Upon Receipt*



**bmc**

BMC GROUP
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 10/23/2006
Invoice #:      021-20061023-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | WRG PI Ltr re Production of Chest X-rays | 2 / 138 | Document/Data Preparation | Mail File Setup | 2 Tasks @ $25.00 each | $50.00 |
| | | | Postage | DHL/Airborne Exp | 124 Pieces @ $11.45 each | $1,419.80 |
| | | | | Expedited Mail Handling | 138 Pieces @ $.25 each | $34.50 |
| | | | | Express Mail | 14 Pieces @ $14.40 each | $201.60 |
| | | | Production | Copy | 276 Pieces @ $.12 each | $33.12 |

Total Due:    $1,739.02

EXHIBIT 2
Invoice Due Upon Receipt



**bmc**

BMC GROUP
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 10/26/2006
Invoice #:    021-20061026-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | PI POC Resend - Original mailing returned for lack of postage sent by RRD | 1 / 1 | Postage | DHL/Airborne Exp | 1 Piece @ $18.38 each | $18.38 |
| | | | | Expedited Mail Handling | 1 Piece @ $.25 each | $0.25 |
| | | | Production | Copy | 1 Piece @ $.12 each | $0.12 |

**Total Due:**    **$18.75**

EXHIBIT 2
Invoice Due Upon Receipt



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: **10/26/2006**
Invoice #: **021-20061026-2**

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 13498 Omni 5 26th Contin Ord | 3 / 2 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 2 Pieces @ $.39 each | $0.78 |
| | | | Production | Copy | 6 Pieces @ $.12 each | $0.72 |
| | | | | Fold and Stuff | 2 Pieces @ $.05 each | $0.10 |
| | | | Supplies | Inkjet and Envelope - #10 | 2 Pieces @ $.08 each | $0.16 |
| | | | | | **Total Due:** | **$26.76** |

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 10/26/2006
Invoice #: 021-20061026-3

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 13497 Omni 17 Ord | 9 / 36 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 36 Pieces @ $.63 each | $22.68 |
| | | | Production | Copy | 324 Pieces @ $.12 each | $38.88 |
| | | | | Stuff and Mail | 36 Pieces @ $.05 each | $1.80 |
| | | | Supplies | Inkjet and Envelope - Catalog | 36 Pieces @ $.13 each | $4.68 |

**Total Due:** $93.04

EXHIBIT 2
Invoice Due Upon Receipt



**bmc**

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 10/27/2006
Invoice #: 021-20061027-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | WR Grace PI POC/BDN Remail - Simke | 8 / 1 | Postage | DHL/Airborne Exp | 1 Piece @ $12.65 each | $12.65 |
| | | | | Expedited Mail Handling | 1 Piece @ $.25 each | $0.25 |
| | | | Production | Copy | 8 Pieces @ $.12 each | $0.96 |

**Total Due:** $13.86

EXHIBIT 2
Invoice Due Upon Receipt



**bmc**

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

**Production Date:** 10/27/2006
**Invoice #:** 021-20061027-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Suppl mailing of Ltr to Counsel re Chest X-rays | 2 / 1 | Postage | DHL/Airborne Exp | 1 Piece @ $7.57 each | $7.57 |
| | | | | Expedited Mail Handling | 1 Piece @ $.25 each | $0.25 |
| | | | Production | Copy | 2 Pieces @ $.12 each | $0.24 |

**Total Due:** $8.06

EXHIBIT 2
Invoice Due Upon Receipt

WR Grace
021-20060831-1
Month of October 2006

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Image Conversion | K&E PDF/OCR/Bates Project | 265,675 | Convert TIFF Proofs of Claim | Process TIFF images to PDF/OCR and Bates stamp | 265,675 pages @ $.10 each | $26,567.50 |

EXHIBIT 2