IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | **Related to Docket Nos. 13406, 15527** |

## DEBTORS' LIST OF CLAIMS TO BE TRIED ON JUNE 26, 2007

Per the Court's directive at the May 2, 2007 hearing, Debtors submit the following list of asbestos property damage claims to be tried on June 26, 2007 on either statute of limitations or product identification grounds:

A. **Claims That Are Not Subject To Pending Motions For Summary Judgment That Will Be Tried On Statute Of Limitations On June 26, 2007**

| Claim No. | Claimant | State | Law Firm |
|---|---|---|---|
| 2977 | CHP Associates Inc. | NJ | Motley Rice |
| 3406 | American Legion | ND | Motley Rice |
| 6937 | Capitol Campus – General Administration Building | WA | Motley Rice |
| 6938 | Edmonds Community College | WA | Motley Rice |
| 6939 | Washington State University | WA | Motley Rice |
| 6940 | Washington State University | WA | Motley Rice |
| 6941 | Washington State University | WA | Motley Rice |
| 6942 | Washington State University | WA | Motley Rice |

| 6943 | Washington State University | WA | Motley Rice |
|---|---|---|---|
| 6944 | Washington State University | WA | Motley Rice |
| 9645 | Port of Seattle | WA | Motley Rice |
| 9646 | Port of Seattle | WA | Motley Rice |
| 9647 | Port of Seattle | WA | Motley Rice |
| 10930 | Pacific Freeholds | CA | Speights & Runyan |
| 11314 | City of Philadelphia | PA | City of Philadelphia Law Dept. |

B. **Claims That Were Deferred From The April 23-25, 2007 Product Identification Trial That Will Be Tried On Product Identification On June 26, 2007**

| CLAIM NO. | CLAIMANT | LAW FIRM |
|---|---|---|
| 6637 | Gulf Atlantic Properties Inc. | Speights & Runyan |
| 11039 | Fort Smith Convention Center | Speights & Runyan |
| 11104 | Chicago Historical Society | Speights & Runyan |
| 11323 | Hamilton District School Board | Speights & Runyan |
| 11428 | Presidential Towers | Speights & Runyan |
| 11620 | 354401 Alberta LTD. | Speights & Runyan |
| 11683 | Hamilton District School Board | Speights & Runyan |
| 12309 | Toronto District School Board | Speights & Runyan |

| | | |
|---|---|---|
| 12314 | Toronto District School Board | Speights & Runyan |
| 12348 | Calgary Board of Education | Speights & Runyan |
| 12368 | McMaster University | Speights & Runyan |
| 12395 | Carleton University | Speights & Runyan |
| 12396 | Fairmall Leasehold Inc. | Speights & Runyan |
| 12400 | City of Edmonton | Speights & Runyan |
| 12401 | City of Edmonton | Speights & Runyan |
| 12427 | Morguard Investments Limited | Speights & Runyan |
| 12430 | Morguard Investments Limited | Speights & Runyan |
| 12440 | Calgary Board of Education | Speights & Runyan |
| 12443 | Calgary Board of Education | Speights & Runyan |
| 12489 | City of Edmonton | Speights & Runyan |
| 12490 | Atlantic Shopping Centres LTD | Speights & Runyan |
| 12493 | Health Care Corporation of St. John's | Speights & Runyan |
| 12525 | Hudson's Bay Co. | Speights & Runyan |
| 12526 | Hudson's Bay Co. | Speights & Runyan |
| 12527 | Hudson's Bay Co. | Speights & Runyan |
| 12528 | Hudson's Bay Co. | Speights & Runyan |
| 12532 | Hudson's Bay Co. | Speights & Runyan |
| 13950 | Hamilton District School Board | Speights & Runyan |

There are additional asbestos property damage claims that are not subject to pending summary judgment motions for which Debtors have statute of limitations and other defenses and which will need to be tried. Due to the limited amount of time available for trial on June 26, 2007, however, Debtors have limited the claims to be tried on that date to the claims and issues set forth above. This list is submitted without waiver of and specifically preserving to Debtors all applicable defenses to all of the asbestos property damage claims remaining in these Chapter 11 proceedings.

REED SMITH LLP
James J. Restivo, Jr.
Lawrence E. Flatley
Douglas E. Cameron
Traci S. Rea
435 Sixth Avenue
Pittsburgh, PA  15219
(412) 288-3131

and

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Lisa G. Esayian
Janet S. Baer
Samuel Blatnick
200 East Randolph Drive
Chicago, IL  60601
(312) 861-2000

and

- 5 -

PACHULSKI STANG ZIEHL YOUNG
JONES & WEINTRAUB LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE  19899-8705
(302) 652-4100

Co-Counsel for the Debtors and
Debtors in Possession