IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al., | ) (Jointly Administered) |
| | ) |
| Debtors. | ) |

## NOTICE OF RESCHEDULED DEPOSITION OF JAMES CINTANI

**PLEASE TAKE NOTICE** that, commencing at 9:00 a.m. on July 10, 2007, the Official Committee of Asbestos Personal Injury Claimants (the "ACC") and David T. Austern, the Court-appointed legal representative for future asbestos claimants (the "FCR"), by and through their respective undersigned counsel, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7026 and 7030, will take the deposition upon oral examination of James Cintani at the offices of Reed Smith, LLP, 2500 One Liberty Place, 1650 Market Street, Philadelphia, Pennsylvania 19103. The deposition will be taken before a notary public or some other officer authorized to administer oaths and take testimony, and will be used for all lawful purposes. The testimony will be recorded by stenographic means.

The ACC and FCR reserve the right to notice further depositions of Mr. Cintani. The ACC and FCR further reserve the right to supplement or amend this Notice in connection with any matters arising in these bankruptcy proceedings.

{D0086332 1 }

Dated: May 17, 2007

| | |
|---|---|
| CAMPBELL & LEVINE, LLC<br><br>*[signature]*<br>Marla R. Eskin (#2989)<br>Mark T. Hurford (#3299)<br>800 King Street, Suite 300<br>Wilmington, DE 19801<br>Telephone: (302) 426-1900<br><br>- and -<br><br>Elihu Inselbuch<br>CAPLIN & DRYSDALE, CHARTERED<br>375 Park Avenue, 35th Floor<br>New York, NY 10152-3500<br>Telephone: (212) 319-7125<br><br>Peter Van N. Lockwood<br>Nathan D. Finch<br>CAPLIN & DRYSDALE, CHARTERED<br>One Thomas Circle, NW<br>Washington, DC 20005<br>Telephone: (202) 862-5000<br><br>*Counsel for the Official Committee of*<br>*Asbestos Personal Injury Claimants* | PHILLIPS, GOLDMAN & SPENCE, P.A.<br><br>*[signature]*<br>John C. Phillips, Jr. (#110)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>Telephone: (302) 655-4200<br><br>- and -<br><br>Roger Frankel<br>Richard H. Wyron<br>Raymond G. Mullady, Jr.<br>Debra L. Felder<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>3050 K Street, NW<br>Washington, DC 20007<br>Telephone: (202) 339-8400<br><br>John Ansbro<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>666 Fifth Avenue<br>New York, N.Y. 10103-0001<br>Telephone: (212) 506-5000<br><br>*Counsel for David T. Austern,*<br>*Future Claimants' Representative* |