## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|                              |                            |
|------------------------------|----------------------------|
| In re:                       | ) Chapter 11               |
|                              | ) Case No. 01-1139 (JKF)   |
| W.R. GRACE & CO., et al.,    | ) (Jointly Administered)   |
|                              | )                          |
| Debtors.                     | )                          |

### NOTICE OF RESCHEDULED DEPOSITION OF THOMAS EGAN

**PLEASE TAKE NOTICE** that, commencing at 9:00 a.m. on July 11, 2007, the Official

Committee of Asbestos Personal Injury Claimants (the "ACC") and David T. Austern, the Court-

appointed legal representative for future asbestos claimants (the "FCR"), by and through their

respective undersigned counsel, pursuant to Rules 26 and 30 of the Federal Rules of Civil

Procedure, applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7026 and

7030, will take the deposition upon oral examination of Thomas Egan at the offices of Reed

Smith, LLP, 2500 One Liberty Place, 1650 Market Street, Philadelphia, Pennsylvania 19103.

The deposition will be taken before a notary public or some other officer authorized to

administer oaths and take testimony, and will be used for all lawful purposes. The testimony will

be recorded by stenographic means.

The ACC and FCR reserve the right to notice further depositions of Mr. Egan. The ACC

and FCR further reserve the right to supplement or amend this Notice in connection with any

matters arising in these bankruptcy proceedings.

Dated: May 17, 2007

CAMPBELL & LEVINE, LLC

Marla R. Eskin (#2989)
Mark T. Hurford (#3299)
800 King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900

- and –

Elihu Inselbuch
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125

Peter Van N. Lockwood
Nathan D. Finch
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW
Washington, DC 20005
Telephone: (202) 862-5000

*Counsel for the Official Committee of
Asbestos Personal Injury Claimants*

PHILLIPS, GOLDMAN & SPENCE, P.A.

John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200

- and -

Roger Frankel
Richard H. Wyron
Raymond G. Mullady, Jr.
Debra L. Felder
ORRICK, HERRINGTON & SUTCLIFFE LLP
3050 K Street, NW
Washington, DC 20007
Telephone: (202) 339-8400

John Ansbro
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, N.Y. 10103-0001
Telephone: (212) 506-5000

*Counsel for David T. Austern,
Future Claimants' Representative*