May 13, 2007

FILED

2007 MAY 18 AM 10: 13

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

US Bankruptcy Court for the District of Delaware
Clerk's Office
824 Market Street – 3rd Floor
Wilmington, DE 19801

Re:    W.R. Grace & Co., et al.,
       Chapter 11 Bankruptcy Case No. 01-01139 (JKF)

Regarding the order disallowing and expunging my asbestos property damage claim, I have until May 17, 2007 to file a motion of reconsideration that must include an expert report sufficient to show that the products at issue were manufactured by W.R. Grace & Co.

As I stated in an earlier letter, any asbestos product that remained following the abatement (that occurred before the bankruptcy case) is not in an area that is easily accessible. Once a sample is removed, I'll need to find an expert to analyze it. Therefore, I request more time so that I may look into if this is a viable exercise.

I await your decision.

Sincerely,

Ron Skarie
7623 W. Ryan Rd.
Franklin, WI 53132