## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. Grace & Co., *et al.*,

        Debtors.

Chapter 11

Case No. 01-01139 (JKF)
Jointly Administered

**Ref. No. 15692**

## NOTICE OF FILING OF THE FIFTH AMENDED AND RESTATED
## VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION
## OF CREDITORS AS REQUIRED BY FED. R. BANKR. P. 2019
## (EXHIBITS NOT SCANNED BUT ACCESSIBLE BY COURT ORDER)

TO ALL PARTIES ON THE ATTACHED SERVICE LIST, NOTICE IS HEREBY GIVEN THAT:

Landis Rath & Cobb LLP and Cohn Whitesell & Goldberg LLP, in compliance with the October 22, 2004 Order of the Court, has filed its **Fifth Amended and Restated Verified Statement in Connection With the Representation of Creditors as Required by Fed. R. Bankr. P. 2019 [D.I. 15692].**

Exhibits have not been scanned, but have been submitted to the Clerk of the Bankruptcy Court, at the address set forth below, on compact disk format. Said exhibits may be accessed by parties who obtain a Court order authorizing access.

Clerk
United States Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, DE 19801

Dated: May 18, 2007

LANDIS RATH & COBB LLP

Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Daniel C. Cohn
Christopher M. Candon
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile: (617) 951-0679

Counsel for the Libby Claimants