<u>**EXHIBIT A**</u>

**DAVID T. AUSTERN/W.R. GRACE & CO.**

**FEBRUARY 2007**

**FEE SUMMARY**

| Date | Services | Hours | Rate | Total |
|---|---|---|---|---|
| *Litigation* | | | | |
| February 2 | Review of mesothelioma filings and e-mail to J. Biggs (.6); review of Grace subpoena and e-mail to attorneys (.5); telephone conference with E. Inselbuch and Orrick attorneys re same (.9) | 2.00 | $500 | $ 1,000.00 |
| February 5 | Court hearing (by telephone) re claimants' medical record and x-ray | 1.60 | $500 | $ 800.00 |
| February 6 | Research with respect to Grace subpoena to CRMC (.8); discussion with M. Lederer re same (.6); telephone conference with R. Mullady re same (.2) | 1.60 | $500 | $ 800.00 |
| February 8 | Review of future claims forecast (1.2); Meeting with J.Biggs, E. Stallard and Orrick lawyers re future claims forecast (2.4) | 3.60 | $500 | $ 1,800.00 |
| February 14 | Travel to New York (3 hours billed as half) (1.5); Lunch with representative of Equity Committee (T. Weschler) (1.5); Meeting with J. Radecki and Orrick Lawyers (1.2) | 4.20 | $500 | $ 2,100.00 |
| **TOTAL** | | **13.00** | | **$6,500.00** |