<u>EXHIBIT A</u>

DAVID T. AUSTERN/W.R. GRACE & CO.

MARCH 2007

FEE SUMMARY

| Date | Services | Hours | Rate | Total |
|---|---|---|---|---|
| *Litigation* | | | | |
| March 9 | Telephone conference J. Biggs, G. Rasmussen re future Claims forecast (.2); telephone conference Garelick re same (.3) | 0.50 | $500 | $ 250.00 |
| March 12 | Telephone conference J. Biggs, J. Marvin, P. Stallard, G. Rasmussen and others re data | 0.80 | $500 | $ 400.00 |
| March 22 | Meeting with R. Wyron, R. Frankel re strategy (1.0); review of M. Peterson future claims forecast (2.4) | 3.40 | $500 | $1,700.00 |
| **TOTAL** | | **4.70** | | **$2,350.00** |