# EXHIBIT A

| | | | | | W.R. Grace (Bankruptcy) |
|---|---|---|---|---|---|
| | | | | | Towers Perrin Time Records |
| Professional | Date | Hours | Rate | $ Fees | Description |
| | | | | | **Mar-07** |
| Jenni Biggs | 3/1/2007 | 6.80 | $625 | $4,250.00 | Analysis |
| Jenni Biggs | 3/2/2007 | 1.50 | $625 | $937.50 | Analysis |
| Jenni Biggs | 3/5/2007 | 1.00 | $625 | $625.00 | Data analysis |
| Jenni Biggs | 3/8/2007 | 0.50 | $625 | $312.50 | Data analysis |
| Jenni Biggs | 3/9/2007 | 2.50 | $625 | $1,562.50 | Conference call with Orrick and data analysis |
| Jenni Biggs | 3/10/2007 | 0.50 | $625 | $312.50 | Review materials |
| Jenni Biggs | 3/12/2007 | 3.50 | $625 | $2,187.50 | Data issues |
| Jenni Biggs | 3/13/2007 | 4.70 | $625 | $2,937.50 | Data issues |
| Jenni Biggs | 3/14/2007 | 0.50 | $625 | $312.50 | Conference call |
| Jenni Biggs | 3/15/2007 | 1.50 | $625 | $937.50 | Manville data, BMC mailout |
| Jenni Biggs | 3/16/2007 | 5.50 | $625 | $3,437.50 | Analysis |
| Jenni Biggs | 3/26/2007 | 2.20 | $625 | $1,375.00 | Project status; discussion with Eric Stallard |
| Jenni Biggs | 3/27/2007 | 3.00 | $625 | $1,875.00 | Project status; data issues |
| Jenni Biggs | 3/28/2007 | 0.50 | $625 | $312.50 | Analysis |
| Jenni Biggs | 3/29/2007 | 0.50 | $625 | $312.50 | Analysis |
| Jenni Biggs | 3/30/2007 | 0.70 | $625 | $437.50 | Analysis |
| Jenni Biggs | 3/31/2007 | 0.50 | $625 | $312.50 | Billing |
| | | 35.90 | | $22,437.50 | |
| | | | | | |
| Julianne Callaway | 3/1/2007 | 6.20 | $300 | $1,860.00 | Database work |
| Julianne Callaway | 3/2/2007 | 6.60 | $300 | $1,980.00 | Database work |
| Julianne Callaway | 3/5/2007 | 7.00 | $300 | $2,100.00 | Database work |
| Julianne Callaway | 3/6/2007 | 4.00 | $300 | $1,200.00 | Database work |
| Julianne Callaway | 3/7/2007 | 7.30 | $300 | $2,190.00 | Database work |
| Julianne Callaway | 3/9/2007 | 3.70 | $300 | $1,110.00 | Database work |
| Julianne Callaway | 3/12/2007 | 7.50 | $300 | $2,250.00 | Database work |
| Julianne Callaway | 3/13/2007 | 3.00 | $300 | $900.00 | Database work |
| Julianne Callaway | 3/19/2007 | 5.40 | $300 | $1,620.00 | Database work |
| Julianne Callaway | 3/20/2007 | 6.10 | $300 | $1,830.00 | Database work |
| Julianne Callaway | 3/21/2007 | 7.70 | $300 | $2,310.00 | Database work |
| Julianne Callaway | 3/22/2007 | 4.10 | $300 | $1,230.00 | Database work |
| Julianne Callaway | 3/26/2007 | 5.10 | $300 | $1,530.00 | Database work |
| Julianne Callaway | 3/27/2007 | 4.10 | $300 | $1,230.00 | Database work |
| Julianne Callaway | 3/28/2007 | 8.50 | $300 | $2,550.00 | Database work |
| Julianne Callaway | 3/29/2007 | 6.70 | $300 | $2,010.00 | Database work |
| Julianne Callaway | 3/30/2007 | 8.10 | $300 | $2,430.00 | Database work |
| | | 101.10 | | $30,330.00 | |
| | | | | | |
| Melissa Chung | 3/2/2007 | 1.00 | $250 | $250.00 | Manville match |
| Melissa Chung | 3/5/2007 | 1.00 | $250 | $250.00 | Manville match |
| Melissa Chung | 3/16/2007 | 1.00 | $250 | $250.00 | Manville match |
| Melissa Chung | 3/19/2007 | 3.00 | $250 | $750.00 | Analysis |
| Melissa Chung | 3/20/2007 | 6.00 | $250 | $1,500.00 | Analysis |
| Melissa Chung | 3/23/2007 | 8.00 | $250 | $2,000.00 | Manville match |
| Melissa Chung | 3/26/2007 | 10.00 | $250 | $2,500.00 | Manville match |
| Melissa Chung | 3/27/2007 | 7.50 | $250 | $1,875.00 | Manville match |
| Melissa Chung | 3/28/2007 | 3.50 | $250 | $875.00 | Manville match |
| Melissa Chung | 3/30/2007 | 2.00 | $250 | $500.00 | Manville match |
| | | 43.00 | | $10,750.00 | |
| | | | | | |
| Bryan Gillespie | 3/2/2007 | 0.70 | $400 | $280.00 | Analysis |
| Bryan Gillespie | 3/5/2007 | 5.90 | $400 | $2,360.00 | Deposition review |
| Bryan Gillespie | 3/5/2007 | 1.60 | $400 | $640.00 | Analysis |
| Bryan Gillespie | 3/6/2007 | 1.20 | $400 | $480.00 | Deposition review |
| Bryan Gillespie | 3/6/2007 | 1.50 | $400 | $600.00 | Analysis |
| Bryan Gillespie | 3/8/2007 | 0.30 | $400 | $120.00 | Analysis |
| Bryan Gillespie | 3/9/2007 | 1.20 | $400 | $480.00 | Teleconference |
| Bryan Gillespie | 3/9/2007 | 0.60 | $400 | $240.00 | Analysis |
| Bryan Gillespie | 3/12/2007 | 4.70 | $400 | $1,880.00 | Analysis |
| Bryan Gillespie | 3/13/2007 | 2.10 | $400 | $840.00 | Analysis |
| Bryan Gillespie | 3/14/2007 | 1.00 | $400 | $400.00 | Teleconference |
| Bryan Gillespie | 3/14/2007 | 0.30 | $400 | $120.00 | Analysis |
| Bryan Gillespie | 3/15/2007 | 2.30 | $400 | $920.00 | Analysis |
| Bryan Gillespie | 3/16/2007 | 0.40 | $400 | $160.00 | Analysis |
| Bryan Gillespie | 3/19/2007 | 2.80 | $400 | $1,120.00 | Analysis |
| Bryan Gillespie | 3/21/2007 | 3.90 | $400 | $1,560.00 | Analysis |
| Bryan Gillespie | 3/22/2007 | 4.80 | $400 | $1,920.00 | Analysis |
| Bryan Gillespie | 3/23/2007 | 1.90 | $400 | $760.00 | Analysis |
| Bryan Gillespie | 3/26/2007 | 4.70 | $400 | $1,880.00 | Analysis |
| Bryan Gillespie | 3/27/2007 | 2.50 | $400 | $1,000.00 | Teleconference discussion |
| Bryan Gillespie | 3/29/2007 | 3.10 | $400 | $1,240.00 | Analysis |
| Bryan Gillespie | 3/30/2007 | 1.80 | $400 | $720.00 | Analysis |
| | | 49.30 | | $19,720.00 | |

## W.R. Grace (Bankruptcy)
## Towers Perrin Time Records

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| Jeff Kimble | 3/1/2007 | 2.20 | $375 | $825.00 | Filing pattern - Analysis |
| Jeff Kimble | 3/5/2007 | 1.00 | $375 | $375.00 | Filing pattern - Analysis |
| Jeff Kimble | 3/7/2007 | 2.20 | $375 | $825.00 | Filing pattern - Analysis |
| Jeff Kimble | 3/12/2007 | 0.80 | $375 | $300.00 | Filing pattern - Analysis |
| Jeff Kimble | 3/16/2007 | 0.40 | $375 | $150.00 | Filing pattern - Analysis |
| Jeff Kimble | 3/26/2007 | 0.40 | $375 | $150.00 | Filing pattern - Analysis |
| Jeff Kimble | 3/27/2007 | 2.50 | $375 | $937.50 | Filing pattern - Analysis |
| Jeff Kimble | 3/28/2007 | 0.70 | $375 | $262.50 | Filing pattern - Analysis |
| | | 10.20 | | $3,825.00 | |
| Adam Luechtefeld | 3/2/2007 | 3.50 | $250 | $875.00 | Checking data |
| Adam Luechtefeld | 3/12/2007 | 5.00 | $250 | $1,250.00 | Rust questionnaires |
| Adam Luechtefeld | 3/13/2007 | 5.00 | $250 | $1,250.00 | Rust questionnaires |
| Adam Luechtefeld | 3/14/2007 | 2.50 | $250 | $625.00 | Rust questionnaires |
| Adam Luechtefeld | 3/19/2007 | 0.50 | $250 | $125.00 | Working with the data |
| Adam Luechtefeld | 3/20/2007 | 4.50 | $250 | $1,125.00 | Working with the data |
| Adam Luechtefeld | 3/21/2007 | 2.50 | $250 | $625.00 | Working with the data |
| Adam Luechtefeld | 3/22/2007 | 3.00 | $250 | $750.00 | Working with the data |
| Adam Luechtefeld | 3/23/2007 | 2.50 | $250 | $625.00 | Working with the data |
| Adam Luechtefeld | 3/27/2007 | 1.50 | $250 | $375.00 | Meeting to discuss status |
| Adam Luechtefeld | 3/28/2007 | 0.50 | $250 | $125.00 | Checking our matching strategy |
| Adam Luechtefeld | 3/29/2007 | 5.50 | $250 | $1,375.00 | Checking our matching strategy |
| Adam Luechtefeld | 3/30/2007 | 0.50 | $250 | $125.00 | Checking our matching strategy |
| | | 37.00 | | $9,250.00 | |
| Brent Petzoldt | 3/30/2007 | 2.60 | $100 | $260.00 | RUST data analysis |
| Rhamonda Riggins | 3/1/2007 | 1.80 | $260 | $468.00 | RUST database |
| Rhamonda Riggins | 3/5/2007 | 2.00 | $260 | $520.00 | RUST database |
| Rhamonda Riggins | 3/6/2007 | 1.00 | $260 | $260.00 | RUST database |
| Rhamonda Riggins | 3/7/2007 | 3.50 | $260 | $910.00 | RUST database |
| Rhamonda Riggins | 3/8/2007 | 0.50 | $260 | $130.00 | RUST database |
| Rhamonda Riggins | 3/9/2007 | 1.30 | $260 | $338.00 | RUST database |
| Rhamonda Riggins | 3/13/2007 | 0.50 | $260 | $130.00 | RUST database |
| Rhamonda Riggins | 3/14/2007 | 4.00 | $260 | $1,040.00 | RUST database |
| Rhamonda Riggins | 3/16/2007 | 5.00 | $260 | $1,300.00 | RUST database |
| Rhamonda Riggins | 3/19/2007 | 5.00 | $260 | $1,300.00 | RUST database |
| Rhamonda Riggins | 3/20/2007 | 3.00 | $260 | $780.00 | RUST database |
| Rhamonda Riggins | 3/21/2007 | 3.00 | $260 | $780.00 | RUST database |
| Rhamonda Riggins | 3/22/2007 | 2.50 | $260 | $650.00 | RUST database |
| Rhamonda Riggins | 3/23/2007 | 0.50 | $260 | $130.00 | RUST database |
| Rhamonda Riggins | 3/26/2007 | 6.20 | $260 | $1,612.00 | RUST database |
| Rhamonda Riggins | 3/27/2007 | 5.50 | $260 | $1,430.00 | RUST database |
| Rhamonda Riggins | 3/28/2007 | 6.20 | $260 | $1,612.00 | RUST database |
| Rhamonda Riggins | 3/29/2007 | 7.50 | $260 | $1,950.00 | RUST database |
| Rhamonda Riggins | 3/30/2007 | 8.00 | $260 | $2,080.00 | RUST database |
| | | 67.00 | | $17,420.00 | |
| | | 346.10 | | 113,992.50 | |