# EXHIBIT A



# ORRICK

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

April 25, 2007
Client No. 17367
Invoice No. 1065820

Orrick Contact: Roger Frankel

FOR SERVICES RENDERED through March 31, 2007 in connection
with the matters described on the attached pages:

$ 347,570.75

DISBURSEMENTS as per attached pages:

26,494.40

**TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):**

$ 374,065.15

Matter(s): 17367/11, 12, 13, 15, 2, 8, 9

### DUE UPON RECEIPT

*Do Not Pay - For
Informational Purposes Only
(Subject to Court Approval)*

The following is for information only:
Previous Balance not included in this invoice:
$1,067,862.53

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

**REMITTANCE ADDRESS:**
*Orrick, Herrington & Sutcliffe LLP
4253 Collections Center Drive
Chicago, IL 60693
Reference: 17367/ Invoice: 1065820
E.I.N. 94-2952627
Overnight deliveries: (312) 974-1642*

**ELECTRONIC FUNDS
TRANSFERS:**
*Wire Transfers Only:
ABA Number 0260-0959-3
Bank of America
100 West 33rd Street, NY, NY 10001
Account of
Orrick, Herrington & Sutcliffe LLP
Account Number: 1499-4-10382
Reference: 17367/ Invoice: 1065820
E.I.N. 94-2952627*

**ELECTRONIC FUNDS
TRANSFERS:**
*ACH Transfers Only:
ABA Number 121-000358
Bank of America
San Francisco Main Branch
Account of
Orrick, Herrington & Sutcliffe LLP
Account Number: 1499-4-10382
Reference: 17367/ Invoice: 1065820
E.I.N. 94-2952627*



ORRICK

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

April 25, 2007
Client No. 17367
Invoice No. 1065820

Orrick Contact: Roger Frankel

For Legal Services Rendered Through March 31, 2007 in Connection With:

**Matter: 2 - Case Administration**

| 03/01/07 | D. Fullem | Prepare updates to case dockets; download filings; circulate to parties. | 0.40 |
|---|---|---|---|
| 03/01/07 | D. Fullem | Review docket updates and calendar items. | 0.20 |
| 03/02/07 | R. Barainca | Update case calendar. | 1.30 |
| 03/02/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/05/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/06/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/07/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/08/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/08/07 | R. Barainca | Update case calendar. | 1.00 |
| 03/09/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/09/07 | R. Barainca | Update case calendar. | 0.70 |
| 03/12/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/13/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/14/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/15/07 | R. Barainca | Update case calendar. | 0.80 |
| 03/15/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/16/07 | R. Barainca | Update case calendar. | 0.50 |
| 03/16/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/19/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/20/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/21/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/22/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/22/07 | R. Barainca | Update case calendar. | 0.50 |
| 03/23/07 | R. Barainca | Update case calendar. | 1.60 |
| 03/23/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/26/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/26/07 | D. Fullem | Review calendar of deadlines and hearings. | 0.20 |
| 03/27/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/28/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/29/07 | R. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 03/29/07 | R. Barainca | Update case calendar. | 0.90 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 2

April 25, 2007
Invoice No. 1065820

|  | Total Hours | 12.10 |  |
|---|---|---|---|
|  | Total For Services |  | $1,875.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 11.30 | 150.00 | 1,695.00 |
| Debra O. Fullem | 0.80 | 225.00 | 180.00 |
| Total All Timekeepers | 12.10 | $154.96 | $1,875.00 |

Disbursements

| Duplicating Expense | 36.30 |  |
|---|---|---|
| Postage | 0.39 |  |
| Telephone | 0.50 |  |
| Total Disbursements |  | $37.19 |

**Total For This Matter**          **$1,912.19**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 3

April 25, 2007
Invoice No. 1065820

For Legal Services Rendered Through March 31, 2007 in Connection With:

**Matter: 8 - Litigation**

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 03/01/07 | P. Parker | Print depositions and exhibits (1.0); compile deposition exhibit binders (1.5); create binder labels (1.5) as requested by J. Ansbro. | 4.00 |
| 03/01/07 | D. Felder | Review J. Hughes deposition transcript and e-mail correspondence to R. Mullady and J. Ansbro regarding same (1.2); review and revise Third Circuit appeal brief on exclusivity (1.5); e-mail correspondence with V. Roggli regarding estimation issues (.1); review estimation materials from N. Finch, J. Biggs and B. Gillespie and e-mails to J. Biggs, R. Mullady and J. Ansbro regarding same (3.6); research discovery issues and telephone conference with J. Ansbro regarding same (.3); review non-estimation expert reports and review notes regarding same (1.6). | 8.30 |
| 03/01/07 | J. Ansbro | E-mails to/from D. Felder and R. Mullady regarding Grace request for return of allegedly privileged document (.4); review Celotex's objections to Grace subpoena and related transcript and e-mail from N. Finch (.5); review data from ACC counsel regarding claims (.3); review of law review article regarding asbestos estimation precedent, e-mail to R. Mullady regarding same (.6). | 1.80 |
| 03/01/07 | J. Guy | Review Grace appeal and various e-mails re same. | 0.50 |
| 03/01/07 | R. Mullady, Jr. | Review materials provided by N. Finch regarding claim values. | 0.50 |
| 03/01/07 | G. Rasmussen | Review of prior articles written by V. Roggli. | 0.50 |
| 03/02/07 | R. Barainca | Review R. Beber and J. Hughes deposition exhibits. | 2.70 |
| 03/02/07 | P. Parker | Print depositions and exhibits (2.0); compile deposition exhibit binders (2.8); create binder labels (2.0) as requested by J. Ansbro. | 6.80 |



**O R R I C K**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 4

April 25, 2007
Invoice No. 1065820

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 03/02/07 | D. Felder | Review Debtors' application to employ Forman Perry (.3); review recently filed pleadings (1.0); review materials regarding V. Roggli and prepare for conference call regarding same (1.2); telephone conference with V. Roggli, G. Rasmussen and J. Ansbro regarding estimation issues (.2); follow-up conference with G. Rasmussen regarding same (.7); review questionnaire materials from Debtors and e-mails to J. Biggs and R. Riggins regarding same (2.7); telephone conference with R. Mullady regarding estimation issues (.3); review proposed PI CMO (.2); review local rules and prepare e-mail to R. Frankel and J. Guy regarding Third Circuit exclusivity appeal (.5). | 7.10 |
| 03/02/07 | J. Ansbro | Prepare for and telephone conference with J. Wehner regarding PIQ analysis (.7); review data from J. Wehner regarding same (.5); e-mail to team regarding Rust analysis (.4); teleconference with R. Mullady regarding Grace's proposed CMO and discovery issues (.4); review Grace revised privilege log and e-mails to/from N. Finch regarding same (.8); review Grace's proposed CMO and e-mail to N. Finch and team regarding same (.7); review prior discovery requests and meet and confer correspondence in connection with same (1.2); review analysis of outstanding discovery tasks (.2); review draft Biggs report (.8); conference call with V. Roggli, G. Rasmussen and D. Felder (.6). | 6.30 |
| 03/02/07 | J. Guy | Attention to appeal and briefing schedule for same. | 0.40 |
| 03/02/07 | R. Mullady, Jr. | E-mails to/from estimation team and N. Finch. | 0.50 |
| 03/02/07 | G. Rasmussen | Preparation for and conference call with V. Roggli regarding expert issues. | 1.50 |
| 03/02/07 | R. Wyron | Review e-mails on estimation status and follow-up on scheduling issues. | 0.40 |
| 03/03/07 | G. Rasmussen | Organize documents relating to experts' testimony. | 1.00 |
| 03/04/07 | R. Mullady, Jr. | Review and reply to e-mails from D. Felder and N. Finch regarding proposed CMO. | 0.30 |
| 03/05/07 | R. Barainca | Review R. Beber and J. Hughes deposition exhibits. | 2.50 |
| 03/05/07 | A. Hermele | Participate in weekly team meeting with R. Mullady, J. Ansbro and D. Felder to discuss upcoming tasks and assignments. | 1.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 5

April 25, 2007
Invoice No. 1065820

| 03/05/07 | D. Felder | Review and revise PI CMO (.3); status meeting with litigation team (1.4); attention to various estimation-related matters (5.0); telephone conferences with R. Mullady and J. Ansbro regarding outstanding issues (.4); conference with A. Venegas and A. Hermele regarding update (.5); review ACC's objection to ordinary course professionals (.1); review e-mail correspondence from J. Biggs and B. Gillespie and follow-up regarding same (1.0); review materials regarding same (3.4). | 12.10 |
|---|---|---|---|
| 03/05/07 | J. Ansbro | Prepare and participate on Estimation Team weekly status conference call regarding case status and strategy (1.5); review data regarding claims from J. Biggs/Tillinghast team (1.5); e-mails to/from B. Gillespie regarding same (.4); telephone conferences with D. Felder regarding same, and other case analyses and tasks, and CMO (.7); review Court Order relating to PIQ stipulations, e-mails to/from D. Felder regarding same (.4); further review of select PIQ responses (1.5); attention to selection of litigation and trial support software (.3); further review of Grace revised privilege log and e-mails from N. Finch regarding same (.2); prepare list of action items and trial evidence (.4). | 7.60 |
| 03/05/07 | R. Mullady, Jr. | Revise draft CMO and discuss same with ACC and Libby counsel (1.8); prepare for and attend meeting of estimation team (1.5); review status of discovery and motions practice (.3); e-mails to/from debtors' counsel (.2). | 3.80 |
| 03/05/07 | G. Rasmussen | Meet with R. Mullady concerning outstanding projects and next steps. | 1.50 |
| 03/05/07 | G. Rasmussen | Review of proposed CMO and recommend changes. | 0.50 |
| 03/05/07 | G. Rasmussen | Telephone conference with expert regarding PIQs. | 0.20 |
| 03/05/07 | R. Frankel | Review, sort files. | 0.60 |
| 03/05/07 | R. Frankel | Review sur-reply of debtors re ZAI interlocutory appeal (.9); telephone conference with G. Rasmussen re J. Biggs issues (.2). | 1.10 |
| 03/06/07 | R. Barainca | Review motions for summary judgment on PD issues for D. Felder. | 1.20 |
| 03/06/07 | P. Parker | Prepare labels; compile case law as requested by J. Ansbro. | 0.80 |
| 03/06/07 | A. Hermele | Research cases in Third Circuit addressing whether inadvertent production of attorney work product results in waiver of privilege (5.0); sum up findings in e-mail memo to D. Felder, R. Mullady, J. Ansbro, G. Rasmussen and A. Venegas (.8). | 5.80 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 6

April 25, 2007
Invoice No. 1065820

| 03/06/07 | D. Felder | Review bankruptcy court transcripts regarding estimation issues (1.5); telephone conference with B. Harding, R. Mullady and counsel from other committees regarding PI CMO (.9); telephone conference with M. Hurford regarding retention application (.9); telephone conference with B. Gillespie regarding estimation issues (.6); follow-up regarding same (1.6); review and revise joint appendix for Third Circuit appeal (1.0); review document production and e-mail summary to G. Rasmussen, R. Mullady and J. Ansbro (1.0). | 7.50 |
|---|---|---|---|
| 03/06/07 | J. Ansbro | Telephone conference with litigation consultant regarding case background and selection of litigation and trial support software, e-mail to team regarding same (.7); conference call (with R. Mullady) with N. Finch and Libby counsel regarding CMO and case strategy (1.1); conference call with Grace counsel regarding same (1.0); follow-up teleconference with N. Finch and R. Mullady regarding same (.5); review iterations of competing CMOs, e-mails to team with comments regarding same (.5); review status of Grace discovery responses and R. Mullady proposals for further discovery (1.0); teleconference with R. Mullady regarding same (.4); e-mails regarding scheduling of various calls with counsel (.2); review materials from Sealed Air litigation produced by Grace (1.4). | 6.80 |
| 03/06/07 | R. Mullady, Jr. | Review transcript of J. Hughes deposition (1.7); conference call with Libby counsel regarding CMO (1.1); conference call with debtors' counsel regarding same (1.2); review status of discovery from Grace and plan additional discovery (2.5). | 6.50 |
| 03/06/07 | R. Frankel | Review e-mails re staffing issues. | 0.30 |
| 03/07/07 | R. Barainca | Review materials for joint appendix for Third Circuit exclusivity appeal. | 3.30 |
| 03/07/07 | A. Hermele | E-mail communications with J. Ansbro regarding memorandum on inadvertent production (.5). | 0.50 |
| 03/07/07 | D. Felder | Review fee auditors final reports and e-mail to R. Barainca regarding same (.2); revise joint appendix for Third Circuit exclusivity appeal (.6); review notes and prepare open issues list (2.4); e-mail correspondence with R. Mullady regarding PI CMO and review and edit regarding same (1.2); review and revise discovery materials and e-mails to R. Mullady regarding same (1.5); review materials regarding Rust database (1.0); review materials from J. Biggs (1.5). | 8.40 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -                April 25, 2007
17367                                                                                              Invoice No. 1065820
page 7

| 03/07/07 | J. Ansbro | Telephone conferences with R. Mullady regarding J. Hughes testimony, discovery and motion practice (.6); monitor e-mails with Grace and Libby counsel regarding CMO (.3); review memorandum regarding privilege issues, e-mails to/from A. Hermele regading same (.4). | 1.30 |
| --- | --- | --- | --- |
| 03/07/07 | R. Mullady, Jr. | Complete review of J. Hughes deposition transcript and propound discovery requests to debtors (3.5); discussions with estimation team regarding motions practice and discovery (.5); begin review of R. Beber deposition transcript (1.0); e-mails to/from B. Harding and Libby counsel regarding CMO (.3). | 5.30 |
| 03/07/07 | G. Rasmussen | Conference with prospective expert regarding expert report. | 0.20 |
| 03/07/07 | R. Wyron | Review outline on open items in estimation process, and follow-up e-mail. | 0.40 |
| 03/08/07 | E. Somers | Meet with R. Mullady and J. Cutler to discuss background of legal work and future assignments. | 0.60 |
| 03/08/07 | J. Cutler | Discuss case with R. Mullady and E. Somers (.6); discuss case with A. Venegas and obtain additional background materials (.4). | 1.00 |
| 03/08/07 | D. Felder | Telephonic participation in PD status conference (1.5); telephone conference with R. Mullady, J. Ansbro, N. Finch and Libby's counsel regarding estimation issues (1.4); review estimation materials from J. Biggs and prepare for strategy call regarding same (1.2); telephone conference with R. Mullady, J. Ansbro and counsel for the ACC regarding estimation issues (1.0); review and revise PI CMO and e-mail correspondence to R. Mullady regarding same (.5); conference with R. Mullady and G. Rasmussen regarding strategy and follow-up regarding same (2.1); telephone conference with J. Ansbro regarding follow-up (.7); e-mail correspondence with J. Biggs and B. Gillespie regarding follow-up (.2). | 8.60 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 8

April 25, 2007
Invoice No. 1065820

| 03/08/07 | J. Ansbro | Prepare and conference call with Libby and ACC counsel (1.4); review follow-up data from Libby counsel (.3); conference call with ACC counsel regarding CMO and case strategy (1.2); review data and materials from ACC counsel (.6), e-mails to J. Wehner regarding same (.2); conference call with Orrick estimation team regarding case status, discovery tasks and case strategy (1.6); e-mails to/from outside litigation consultant regarding proposals for trial and litigation support software, e-mails with R. Mullady regarding same (.5); telephone conference with litigation consultant regarding same (.5); review and comment on revised proposed CMO (.4); telephone conference with D. Felder regarding discovery tasks and review of various Rust and PIQ data (.5). | 7.20 |
| 03/08/07 | R. Mullady, Jr. | Conference calls and meetings regarding CMO, discovery matters and expert issues. | 5.50 |
| 03/08/07 | G. Rasmussen | Preparation for and attendance at meeting with R. Mullady, and giving report on open issues regarding experts. | 2.00 |
| 03/08/07 | R. Frankel | Review D. Felder issues list, R. Mullady e-mails re discovery. | 0.90 |
| 03/09/07 | D. Felder | Telephone conference with B. Harding, J. Baer, N. Finch, R. Mullady and A. Krieger regarding PI CMO (.7); review PI CMO (.2); review recently filed pleadings (1.1); review District Court brief in exclusivity appeal and related pleadings for joint appendix (2.2); prepare for telephone conferences with J. Biggs regarding strategy (.4); telephone conference with J. Biggs, B. Gillespie, D. Austern, E. Stallard, G. Rasmussen and J. Ansbro regarding estimation issues and strategy (2.5); follow-up with J. Ansbro regarding same (.2); follow-up regarding same (1.0). | 8.30 |
| 03/09/07 | J. Ansbro | Prepare and conference call with Tillinghast team, E. Stallard, G. Rasmussen and D. Felder regarding case analysis (1.5); e-mails to/from R. Mullady regarding CMO issues (.3); telephone conference call with D. Felder regarding upcoming tasks and CMO (.4); review e-mails from ACC counsel (.3). | 2.50 |
| 03/09/07 | J. Guy | Attention to appeal and motion to intervene; e-mails re same to and from R. Frankel, D. Felder. | 0.30 |
| 03/09/07 | R. Mullady, Jr. | Further negotiations regarding CMO with debtors' counsel (1.0); revise draft CMO and forward to debtors' counsel (.3); review of e-mails from Judge Fitzgerald regarding same (.2); e-mails to/from J. Ansbro and N. Finch (.2). | 1.70 |
| 03/09/07 | G. Rasmussen | Preparation for and participation in conference with J. Biggs regarding her expert report and the Rust database. | 1.30 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 9

April 25, 2007
Invoice No. 1065820

| 03/09/07 | G. Rasmussen | Conference with E. Stallard regarding his expert report. | 0.70 |
| 03/09/07 | R. Frankel | Review, consider report from D. Felder re PD; notes re same. | 0.60 |
| 03/09/07 | R. Frankel | Review series of e-mails re scheduling. | 0.30 |
| 03/10/07 | R. Frankel | Review with R. Wyron various plan litigation alternatives. | 0.40 |
| 03/11/07 | R. Mullady, Jr. | Attention to discovery and expert witness matters. | 0.50 |
| 03/12/07 | D. Felder | Telephone conference with G. Rasmussen, J. Biggs, E. Stallard and D. Austern regarding estimation issues (.9); review correspondence from J. Wehner regarding estimation issues (.2); review materials from J. Biggs and B. Gillespie regarding estimation and e-mails to litigation team regarding same (3.3); review and revise proposed PI CMO and e-mails to R. Mullady regarding same (.8); telephone conference with N. Finch and J. Ansbro regarding PI CMO (.5); telephone conference with B. Harding, N. Finch and J. Ansbro and follow-up regarding same (1.0); review and revise PI CMO (.5). | 7.20 |
| 03/12/07 | J. Ansbro | Conference call with Tillinghast team, D. Austern and estimation team regarding case analysis (.8); teleconference with N. Finch and D. Felder regarding draft CMO (.3); conference call with B. Harding and N. Finch regarding draft CMO and COC (.3); review and revise CMO and COC, e-mail to Debtor counsel regarding same (.4); follow-up discussions with D. Felder regarding trial preparations (.4); conference with C. Zurbrugg regarding discovery issues (.3); telephone conference with R. Mullady regarding CMO and discovery issues (.6); e-mails to/from R. Mullady (.3). | 3.40 |
| 03/12/07 | R. Mullady, Jr. | Telephone conversation with J. Ansbro regarding CMO and related matters, and review e-mails regarding same (1.0); telephone conversation with prospective expert (.3). | 1.30 |
| 03/12/07 | G. Rasmussen | Conference with J. Biggs and D. Austern concerning her expert report. | 0.80 |
| 03/12/07 | R. Wyron | Review e-mails on CMO drafts and open issues. | 0.20 |
| 03/12/07 | R. Frankel | Review revised versions of PI CMO from R. Mullady and from Baer; review revised version from D. Felder. | 0.90 |
| 03/13/07 | R. Barainca | Review materials for joint appendix for Third Circuit exclusivity appeal. | 1.20 |
| 03/13/07 | C. Zurbrugg | Review e-mail correspondence and documents relating to discovery issues (1.0); teleconference with D. Felder re discovery issues (0.1); confer with J. Ansbro re discovery issues (0.7); review transcript of deposition of R. Beber and corresponding exhibits (6.0). | 7.80 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 10

April 25, 2007
Invoice No. 1065820

| | | | |
|---|---|---|---|
| 03/13/07 | D. Felder | Review expert materials and e-mail to R. Mullady regarding same (.1); review J. Hughes deposition transcript and e-mail to R. Mullady and J. Ansbro regarding same (1.2); e-mail correspondence with R. Mullady and J. Ansbro regarding strategy and next steps (.4); telephone conference with J. Ansbro regarding same (.2); review Libby issues and e-mails to J. Biggs and C. Candon regarding same (1.6); review materials regarding discovery issues (2.3). | 5.80 |
| 03/13/07 | J. Ansbro | Conferences with C. Zurbrugg regarding discovery assignments and strategy (.8); telephone conferences with D. Felder regarding outstanding discovery and expert issues, e-mails to/from D. Felder regarding same and review case memoranda (2.0); attention to review and comments to team and ACC counsel regarding CMO (.3); e-mails to/from D. Felder regarding Grace block settlements and review court summary of same (.3); telephone conference with R. Mullady and e-mails to/from R. Mullady regarding case analysis, discovery and expert issues (.6); review resume of potential expert (.2); telephone conference with ACC counsel, J. Wenger, regarding case analysis, e-mail to team regarding same (.6). | 4.80 |
| 03/13/07 | R. Mullady, Jr. | Discussions with estimation team regarding discovery matters and expert issues (1.0). | 1.00 |
| 03/13/07 | G. Rasmussen | Review of J. Jacoby's expert analysis. | 0.20 |
| 03/13/07 | R. Wyron | Review questions on experts' billings and resolve. | 0.40 |
| 03/13/07 | R. Frankel | Review final CMO from J. Baer, series of e-mails re same (.7); review issues in connection with estimation timing, preparation (.6). | 1.30 |
| 03/14/07 | R. Barainca | Review materials for joint appendix for Third Circuit exclusivity appeal. | 3.60 |
| 03/14/07 | C. Zurbrugg | Review deposition of J. Hughes and corresponding exhibits (7.2); draft document requests (0.8). | 8.00 |
| 03/14/07 | D. Felder | E-mail correspondence with experts regarding PI CMO and e-mails to litigation team regarding same (.5); telephone conference with G. Rasmussen, J. Ansbro and J. Wehner regarding strategy (2.0): review Debtors' twenty-first omnibus objection and stipulation with Sealed Air (.8); prepare e-mail summary regarding same (.2); e-mail to D. Mendelson regarding Rust database (.4); e-mails to litigation team and J. Biggs regarding same (.3); telephone conference with G. Rasmussen, J. Ansbro, J. Biggs and B. Gillespie regarding update and next steps (2.0); follow-up regarding same (1.2). | 7.40 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 11

April 25, 2007
Invoice No. 1065820

| 03/14/07 | J. Ansbro | Prepare for and conference call with J. Wehner, G. Rasmussen and D. Felder regarding case analysis and expert issues (1.8); conference call with Tillinghast team, G. Rasmussen and D. Felder (.6); review correspondence regarding Celotex Trust response to Grace subpoena, e-mails regarding same (.2); e-mails to/from R. Mullady regarding discovery and expert issues (.4); e-mails to/from outside consultant regarding software tool for case analysis (.4); review data (received today) from Tillinghast regarding case analysis and confer with D. Felder regarding same (.8); review data from expert regarding Questionnaire analysis (.5); review and revise draft e-mail to Grace counsel regarding Rust database (.3); e-mails to/from ACC counsel regarding upcoming motions (.3); review analysis of C. Zurbrugg regarding document requests, review deposition testimony in connection with same (.5). | 5.80 |
| 03/14/07 | R. Mullady, Jr. | E-mails to/from ACC counsel and estimation team regarding discovery and expert witness issues (.8); e-mails to/from L. Diamonstein (.2). | 1.00 |
| 03/14/07 | G. Rasmussen | Analysis of issues relating to errors in Rust database. | 0.50 |
| 03/14/07 | G. Rasmussen | Follow-up analysis of projects with Rust data. | 2.00 |
| 03/14/07 | G. Rasmussen | Preparation for and conference with J. Biggs regarding Rust data issues and her report. | 2.80 |
| 03/14/07 | R. Wyron | Review Sealed Air stipulation and related e-mails. | 0.40 |
| 03/14/07 | R. Frankel | Review agreed order with amendments to CMO, trial dates, expert report dates. | 0.70 |
| 03/15/07 | R. Barainca | Review materials for joint appendix for Third Circuit exclusivity appeal. | 2.00 |
| 03/15/07 | P. Parker | Compile interrogatory requests; create labels and binders as requested by J. Ansbro. | 1.50 |
| 03/15/07 | C. Zurbrugg | Confer with J. Ansbro re discovery requests (2.0); draft and revise discovery requests (6.0). | 8.00 |
| 03/15/07 | D. Felder | E-mail to D. Mendelson regarding Rust issues (.3); finalize materials for estimation hearing (1.0); review materials from Debtors regarding Rust and CMS databases and e-mail to J. Biggs regarding same (2.8); telephone conference with J. Biggs regarding same (.1); review notes and prepare e-mail to J. Biggs regarding next steps and outstanding issues (1.8); e-mail to N. Finch and M. Hurford regarding estimation issues and review same (.3); telephone conference with J. Ansbro regarding strategy (.5). | 6.80 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 12

April 25, 2007
Invoice No. 1065820

| Date | Name | Description | Hours |
|---|---|---|---|
| 03/15/07 | J. Ansbro | Review ACC's prior discovery demands and Grace's responses (1.0);review and revise draft discovery requests (1.3); conferences with C. Zurbrugg regarding revisions to discovery requests and review and analysis of deposition testimony (1.5); various e-mails to/from ACC counsel R. Mullady regarding discovery and expert witness issues (.8); confer with D. Felder regarding e-mail to Grace counsel regarding Rust database (.3); attention to Manville Trust database issues relating to experts, e-mails to/from estimation team regarding same (.5); review updated Questionnaire analysis from ACC counsel (.6); review Feb. 26 Omnibus transcript (.7); review and comments on D. Felder's draft e-mail to Tillinghast regarding case analysis (.4). | 7.10 |
| 03/15/07 | R. Mullady, Jr. | Conference call with prospective expert (.6); e-mails to/from D. Felder regarding same (.2); review and reply to e-mails regarding motions practice and discovery (.5). | 1.30 |
| 03/15/07 | R. Wyron | Confer with D. Felder on experts and follow-up e-mail. | 0.20 |
| 03/16/07 | P. Parker | Print hearing transcript (.25); create labels (.25); prepare binders as requested by J. Ansbro (.5). | 1.00 |
| 03/16/07 | C. Zurbrugg | Draft and revise document requests (4.8); telephone conference with D. Felder and J. Ansbro re discovery issues (0.4); confer with J. Ansbro re discovery requests (0.7); review sample deposition notices (0.3). | 6.20 |
| 03/16/07 | D. Felder | Telephone conference with G. Rasmussen, D. Austern and J. Garelick regarding estimation issues and follow-up regarding same (1.0); review docket and Libby objection to PI CMO (1.5); telephone conference with J. Ansbro regarding estimation issues for J. Biggs (.9); review notes and prepare e-mail to J. Biggs regarding next steps (1.2); prepare for status meeting and e-mails to litigation team regarding same (.9). | 5.50 |
| 03/16/07 | J. Ansbro | Further review and revise draft document demands (.7) confer with C. Zurbrugg regarding revisions to document demands, and preparation of subpoenas (.7); teleconference with D. Felder regarding Tillinghast analysis, discovery and non-estimation expert issues (.4); review e-mail report from G. Rasmussen regarding non-estimation experts (.2); review and comments to ACC's initial draft motion to compel navigable database, review pertinent record materials in connection with same (1.5); e-mails to/from R. Mullady and team members regarding experts, discovery and motion practice (.4); telecon with R. Mullady (.3). | 4.20 |



**O R R I C K**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 13

April 25, 2007
Invoice No. 1065820

| 03/16/07 | R. Mullady, Jr. | Telephone conversation with J. Ansbro (.3); review and revise draft agenda for status meeting on 3/19 (.2) review and reply to e-mails regarding expert discover and related issues (.5). | 1.10 |
|---|---|---|---|
| 03/16/07 | G. Rasmussen | Conference with D. Felder concerning problems with the RUST database and what we need to do regarding the problems. | 0.60 |
| 03/16/07 | G. Rasmussen | Conference with D. Austern concerning Manville database. | 0.50 |
| 03/16/07 | G. Rasmussen | Drafting memo recommending projects to address imperfections in the Rust database. | 1.20 |
| 03/16/07 | G. Rasmussen | Conference with J. Biggs regarding the Manville database. | 0.20 |
| 03/17/07 | R. Mullady, Jr. | Review and revise draft request for production to debtors (1.0); draft motion to compel production of Rust database (1.0). | 2.00 |
| 03/17/07 | R. Frankel | Review series of internal e-mails re Grace database, expert reports, estimation trial. | 0.70 |
| 03/18/07 | J. Ansbro | Review and revise draft Brief on motion to compel complete navigable database, e-mail to R. Mullady regarding same (1.3); review R. Mullady revisions (.2); work on draft discovery demands (.8). | 2.30 |
| 03/18/07 | R. Mullady, Jr. | Review and revise draft motion to compel production of navigable database and discuss same with J. Ansbro. | 1.00 |
| 03/19/07 | J. Cangialosi | Assisted attorney re preparation of work copies of recently filed pleadings. | 1.00 |
| 03/19/07 | C. Zurbrugg | Draft 30(b)(6) deposition notice (2.5); review sample 30(b)(6) notice (0.5); participate in weekly status conference call (1.0); telephone conference with R. Mullady and J. Ansbro re document request (0.2); confer with J. Ansbro re discovery requests and expert issues (0.4); review table and documents re outstanding discovery requests (1.8); draft and revise document requests (1.7). | 8.10 |
| 03/19/07 | A. Hermele | Research re coding of documents attached to PIQ responses (4.6); research involving work product protection due to "substantial need" of other party (2.4); research re waiver of work product protection (1.3). | 8.30 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 14

April 25, 2007
Invoice No. 1065820

| 03/19/07 | D. Felder | Review ACC's draft motion to compel database and e-mails from R. Mullady and J. Ansbro regarding same (.5); review and revise requests for production (1.5); review draft questions for expert (.3); review materials from J. Biggs (.5); conferences with A. Hermele regarding case research for motion to compel (.2); attention to issues for E. Stallard (.6); status meeting with litigation team (1.0); telephone conference with B. Gillespie regarding estimation issues (.9); review ACC's draft notice, motion to shorten notice and motion to compel and e-mails from M. Hurford regarding same (1.4); review case materials from A. Hermele (.5); telephone conferences with M. Hurford regarding motion to compel and revise same (2.1). | 9.50 |
|---|---|---|---|
| 03/19/07 | J. Ansbro | Review case law relating to motion to compel navigable database (1.0); review R. Mullady revisions to draft brief on motion to compel and e-mails to/from Mullady and ACC counsel regarding same (.5) e-mails to/from ACC counsel and R. Mullady regarding Manville Trust data (.4); review Court's "Consultants Order" and related Notice of Appeal, e-mails with team regarding same (.2); prepare for and participate in estimation team's weekly status and strategy meeting (1.3); conference call with R. Mullady and ACC counsel regarding motions practice and discovery (1.0); review CVs of potential expert witnesses, e-mails from R. Mullady regarding same (.4 ); further review and revise draft discovery demands, e-mails to/from team members regarding same and telecon with C. Zurbrugg and R. Mullady regarding same (1.2); confer with C. Zurbrugg regarding 30(b)(b) deposition notices and review and request for outstanding discovery due from Grace (.6). | 6.70 |
| 03/19/07 | R. Mullady, Jr. | Review and revise draft motion to compel production of navigable database (1.5); e-mails to/from N. Finch and J. Ansbro regarding same (.5); prepare for and attend estimation status meeting (1.3); participate in conference call with ACC counsel regarding motions practice and discovery (1.0); telephone conversations potential expert witnesses and review CVs (1.5); telephone conversation with D. Austern (.2); conference with R. Frankel regarding estimation strategy (.4). | 6.40 |
| 03/19/07 | G. Rasmussen | Meeting with R. Mullady regarding the experts and the status of the various projects they are undertaking. | 1.00 |
| 03/20/07 | C. Zurbrugg | Draft and revise document request (4.0); draft 30(b)(6) materials (3.20); revise deposition notices (1.1). | 8.30 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 15

April 25, 2007
Invoice No. 1065820

| Date | Name | Description | Hours |
|---|---|---|---|
| 03/20/07 | D. Felder | Review recently filed pleadings (.3); review notice of appeal by asbestos claimants and related pleadings and e-mail to R. Mullady and J. Ansbro regarding same (2.0); telephone conference with M. Hurford regarding motion to compel (.2); review motions for summary judgment on PD claims (3.2); review requests for production and revise same (1.5); finalize notices and telephone conference with J. Ansbro regarding same (2.1); telephone conference with G. Rasmussen, J. Ansbro and experts regarding estimation issues and follow-up regarding same (1.8). | 11.10 |
| 03/20/07 | J. Ansbro | Review materials prepared by prospective expert (.3); conference call with G. Rasumussen, D. Felder and prospective expert regarding expert issues (.7); review and revise notices of fact witnesses depositions, confer with C. Zurbrugg regarding same (.6); review and revise 30(b)(6) notices of deposition and document demands, confer with C. Zurbrugg regarding same (1.3); review and revise document demands, confer with C. Zurbrugg regarding same, e-mails to/from R. Mullady and ACC counsel regarding same (1.5); review Grace documents and related e-mails from ACC counsel (.5); review Grace engagement of Delaware Claims Processor and e-mails to/from team and ACC counsel regarding same (.3); review plaintiff firms' appeal papers (.3); e-mail to R. Mullady regarding D. Austern, review notes in connection with same (.5); review ACC counsel's draft motion to compel pre-petition reserves information, review case record in connection with same (2.5). | 8.50 |
| 03/20/07 | R. Mullady, Jr. | Review and revise draft notices of deposition, motion to compel and request for production of documents (3.0); conference calls with expert witnesses and ACC counsel (2.0); attention to discovery and procedural matters relating to estimation case (1.0). | 6.00 |
| 03/20/07 | G. Rasmussen | Conference with E. Stallard concerning his expert report and the Manville database. | 1.00 |
| 03/20/07 | G. Rasmussen | Preparation for and conference with V. Roggli concerning his expert report. | 1.10 |
| 03/20/07 | R. Frankel | Review pleadings re PI Motion to Compel. | 0.60 |
| 03/21/07 | C. Zurbrugg | Draft 30(b)(6) deposition notices (0.8); revise same (1.8); confer with J. Ansbro re same (0.8); teleconference with D. Felder re discovery requests (0.4); teleconference with representative from Casemap (0.4); review spreadsheet re outstanding discovery requests and compare same to correspondence among parties (4.0). | 8.20 |



**O R R I C K**

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    April 25, 2007
17367                                                                                                    Invoice No. 1065820
page 16

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 03/21/07 | D. Felder | Attention to estimation issues (4.4); telephone conferences with R. Mullady and J. Ansbro regarding same (1.2); continue reviewing summary judgment motions regarding PD claims (3.5). | 9.10 |
| 03/21/07 | J. Ansbro | Discussions with J. Cangialosi regarding file designations and organization of discovery materials (.4); e-mails to/from ACC counsel and estimation team regarding motion to compel pre-petition reserves discovery (.6); teleconference with outside software vendor regarding litigation management tool (.3); review and revise draft notices of 30(b)(6) depositions, conferences with C. Zurbrugg regarding same, e-mails to team regarding same (2.0); conference with C. Zurbrugg regarding review for, and demand for outstanding discovery due from Grace (1.2); review Grace's privilege log and confer with C. Zurbrugg regarding outstanding issues, review omnibus transcript regarding same (1.0); initial review draft expert report (1.8); review Hughes' errata, e-mails to/from D. Felder regarding same (.3). | 7.60 |
| 03/21/07 | R. Mullady, Jr. | Telephone conversation with prospective expert (.6); review and revise draft deposition notices (.2); correspondence to D. Austern (.5); review and reply to e-mails from N. Finch (.5); review draft report of M. Peterson (1.0). | 2.80 |
| 03/21/07 | R. Frankel | Review draft Peterson Report. | 3.50 |
| 03/21/07 | R. Frankel | Review, consider filing by Equity Committee re expert (.1); e-mails re same (.2). | 0.30 |
| 03/22/07 | C. Zurbrugg | Compare spreadsheet re outstanding discovery to correspondence between parties (4.2); confer re 30(b)(6) subpoenas (0.7); revise same (1.0); revise 30(b)(1) deposition notices (0.5); teleconference with R. Mullady, D. Felder and J. Ansbro re expert issues (0.4); confer with J. Ansbro re outstanding discovery (1.3); teleconference with D. Felder re same (0.4); draft subpoena (0.8); teleconference with B. Gillespie re Rust deposition (0.7). | 10.00 |
| 03/22/07 | K. Thomas | Review National Union docket; review transcript; send e-mail to R.Barainca re same. | 0.20 |
| 03/22/07 | D. Felder | Review motion to compel and subpoenas (1.7); telephone conference with B. Gillespie regarding update (.2); telephone conference with G. Rasmussen regarding estimation issues (.1); telephone conference with R. Mullady and J. Ansbro regarding estimation and discovery issues (2.5); review J. Hughes and R. Beber deposition transcripts and exhibits regarding same (3.2). | 7.70 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 17

April 25, 2007
Invoice No. 1065820

| | | | |
|---|---|---|---|
| 03/22/07 | J. Ansbro | Review Grace subpoena to Early Ludwick firm (.3); work on revisions to motion to compel pre-petition reserves, e-mails to/from N. Finch regarding same, review law regarding same (2.5); conference call with R. Mullady, D. Felder and C. Zurbrugg regarding discovery and expert issues (.5); review drafts, and confer with C. Zurbrugg regarding revisions draft 30(b)(6) notices (1.3); confer with Zurbrugg regarding outstanding discovery due from Grace (1.3); teleconference (with C. Zurbrugg) with B. Gillespie regarding draft subpoenas (.6). | 6.40 |
| 03/22/07 | R. Mullady, Jr. | Review draft report of M. Peterson (4.0); conference call with J. Ansbro and D. Felder regarding discovery and expert matters (.5); review and revise draft deposition notices (Rust and BMC) (.4); review and reply to e-mails from N. Finch regarding discovery, motions practice and expert issues (.3.) | 5.20 |
| 03/22/07 | G. Rasmussen | Conference with Manville trust officials regarding license of database for experts. | 0.20 |
| 03/22/07 | R. Wyron | Meet with D. Austern on strategy and status (.8); confer with R. Frankel on status (.3). | 1.10 |
| 03/22/07 | R. Frankel | Confer with R. Wyron re hearings. | 0.60 |
| 03/22/07 | R. Frankel | Confer with D. Austern re litigation strategy issues; notes re same. | 1.20 |
| 03/23/07 | C. Zurbrugg | Draft 30(b)(6) subpoenas (0.8); confer with managing attorney re same (0.5); revise 30(b)(6) subject areas (2.0); confer with J. Ansbro re same (0.8); confer with J. Ansbro re deposition dates (0.3); confer with J. Ansbro and D. Felder re service of 30(b)(6) subpoenas (0.3) | 4.70 |
| 03/23/07 | D. Felder | Review recently filed pleadings (1.1); review Debtors' reply to PI CMO and e-mail to litigation team regarding same (.3); telephone conference with J. Ansbro and C. Zurbrugg (.5). | 1.90 |
| 03/23/07 | J. Ansbro | Further review and revisions to 30(b)(6) subpoenas, conferences with C. Zurbrugg regarding same (.8); telephone conference with G. Gillespie regarding Rust database issues (.4); telephone conference with D. Felder regarding subpoenas, discovery and expert issues (.4); e-mails to/from R. Mullady and N. Finch (.4); work on revisions to draft motion to compel pre-petition reserves, review record and law in connection with same (2.3); continue review of draft expert report (1.0). | 5.30 |
| 03/23/07 | R. Mullady, Jr. | E-mails to/from D. Felder and J. Ansbro (.4); e-mails to/from N. Finch (.2); telephone conversation with N. Finch (.2). | 0.80 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 18

April 25. 2007
Invoice No. 1065820

| 03/23/07 | G. Rasmussen | Review Manville question and e-mail to Stallard re same. | 0.30 |
| 03/24/07 | J. Ansbro | Revisions to motion to compel pre-petition reserves, review record and law in connection with same (2.0). | 2.00 |
| 03/24/07 | R. Mullady, Jr. | Complete review of draft estimation expert report (1.5) e-mails to G. Rasmussen and R. Wyron regarding same (.3); e-mails to N. Finch regarding fact witness depositions (.1). | 1.90 |
| 03/25/07 | D. Felder | Review discovery requests. | 0.50 |
| 03/25/07 | J. Ansbro | Continue revisions to motion to compel pre-petition reserves (5.0); e-mails to R. Mullady, D. Felder and N. Finch regarding upcoming Grace depositions and motion practice. | 5.50 |
| 03/25/07 | R. Mullady, Jr. | E-mails to/from J. Ansbro, D. Felder and N. Finch regarding motion practice and discovery. | 0.50 |
| 03/26/07 | C. Zurbrugg | Revise fact witness deposition notices (2.0); revise discovery requests (0.8); confer with B. Simon and J. Ansbro re 30(b)(6) subpoenas (1.3); exchange e-mail with B. Gillespie re discovery (0.7); confer with J. Ansbro re same (0.5); review motion to compel (0.8); review Grace opposition to 2005 motion to compel (1.2) conduct research re privilege (3.5); confer with J. Ansbro re same; revise 30(b)(6) subject areas (1.0); | 10.30 |
| 03/26/07 | A. Hermele | Discuss with R. Mullady and D. Felder assignment to aid R. Mullady in preparing for depositions of Grace employees Cintani and Egan. | 0.30 |
| 03/26/07 | D. Felder | Review and revise deposition notices (.7); review materials in preparation for meeting with R. Mullady and J. Ansbro (1.3); telephone conferences with R. Mullady and J. Ansbro regarding estimation issues (1.0); e-mail correspondence with N. Finch and M. Hurford regarding deposition notices (.5); review and finalize same (1.6); review motion to compel and opposition regarding same (1.3); prepare for litigation team meeting (1.0); attend litigation team meeting (1.5); follow-up issues regarding same (4.5). | 13.40 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    April 25, 2007
17367                                                                                    Invoice No. 1065820
page 19

| | | | |
|---|---|---|---|
| 03/26/07 | J. Ansbro | Attention to fact deposition notices and scheduling (.3); e-mails to/from N. Finch regarding 30(b)(6) notices and logistics, revise draft notices and conferences with C. Zurbrugg regarding same (1.4); e-mails to/from B. Gillespie regarding same and other discovery issues (.5); conference with C. Zurbrugg regarding background and legal research relating to motion to compel pre-petition reserves information (1.0); continue revising motion papers and discussions regarding same with R. Mullady and N. Finch (3.0); prepare for and weekly conference call with estimation team regarding case status, projects and strategy (1.3); review Grace's Opposition on motion to compel navigable database (.5); e-mail to outside litigation consultant regarding case materials, e-mails with D. Felder regarding same (.4). | 8.40 |
| 03/26/07 | R. Mullady, Jr. | Prepare for and attend meeting of estimation team and prepare summary of meeting (3.5); review and revise draft motion to compel pre-petition asbestos PI reserve estimates and discuss same with J. Ansbro and N. Finch (2.5); attention to discovery and expert matters (1.0); review Grace's opposition to emergency motion to compel complete navigable database (.5). | 7.50 |
| 03/26/07 | G. Rasmussen | Brief R. Mullady and D. Felder on status of expert projects. | 1.50 |
| 03/26/07 | G. Rasmussen | Read draft expert report. | 0.30 |
| 03/26/07 | R. Frankel | Telephone conference with E. Inselbuch re meeting; telephone conference with R. Wyron re litigation strategy; notes in preparation for meeting. | 0.60 |
| 03/26/07 | R. Frankel | Review e-mails re discovery, litigation strategy; notes re same. | 0.70 |
| 03/27/07 | R. Barainca | Review 2019 statements for D. Felder. | 0.50 |
| 03/27/07 | R. Barainca | Review the recently filed responses regarding property damage claims for D. Felder. | 0.80 |
| 03/27/07 | C. Zurbrugg | Conduct research re privilege(2.5); confer with J. Ansbro re same (1.0); confer with B. Simon re subpoenas (0.3); arrange travel to Washington (0.4); revise motion to compel (7.0). | 11.20 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 20

April 25, 2007
Invoice No. 1065820

| | | | |
|---|---|---|---|
| 03/27/07 | D. Felder | Review Judge Buckwalter's ZAI opinion and e-mail R. Frankel, R. Wyron and litigation team regarding same (.4); review agenda for omnibus hearing (.1); research regarding upcoming strategy issues and prepare agenda for strategy meeting (3.2); telephone conference with Tillinghast regarding estimation issues and review same (2.1); continue reviewing  summary judgment motions, oppositions and replies regarding PD claims and prepare memorandum regarding same (8.7); telephone conference with J. Ansbro and C. Zurbrugg regarding subpoenas and Sealed Air documents (.5); telephone conference with G. Rasmussen and expert regarding estimation issues (.1). | 15.10 |
| 03/27/07 | J. Ansbro | Further review and revisions to draft motion to compel pre-petition reserves information, review legal research in connection with same, e-mails to/from R. Mullady and ACC counsel regarding same, conferences with C. Zurbrugg regarding pertinent law regarding same (7.8); e-mails with outside litigation consultant regarding case analysis for software tool (.3); conference call with J. Jacoby, G. Rasmussen and D. Feder regarding case analysis, review Jacoby materials in connection with same (.6). | 8.70 |
| 03/27/07 | R. Mullady, Jr. | Attention to revising motion to compel and related discussions (3.5); initial preparation for 3/29 meeting with ACC counsel (.5). | 4.00 |
| 03/27/07 | G. Rasmussen | Review ideas proposed by expert witness (J. Jacoby) and follow-up conference with J. Jacoby. | 0.50 |
| 03/27/07 | R. Wyron | Prepare for strategy sessions with Orrick team and with ACC counsel. | 0.80 |
| 03/27/07 | R. Frankel | Review agenda for April 2 Omnibus Hearing (.4); prepare notes in preparation for meeting with E. Inselbuch (.6). | 1.00 |
| 03/28/07 | C. Biberman | Identify locate agent for service of process for BMC Group and Rust Consulting. | 0.50 |
| 03/28/07 | C. Zurbrugg | Revise motion to compel (1.4); revise travel plans (0.2); confer with B. Simon re Rust and BMC registered agents (0.4) | 2.00 |
| 03/28/07 | A. Hermele | Review trial testimony of Thomas F. Egan on January 11, 1995 in Abate v. ACandS (1.9); begin to review deposition of James Cintani on January 13, 1989 in 3250 Wilshire Blvd. v. Metropolitan Life Ins. (.2). | 2.10 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 21

April 25, 2007
Invoice No. 1065820

| | | | |
|---|---|---|---|
| 03/28/07 | D. Felder | Strategy meeting with R. Frankel, R. Wyron and litigation team regarding estimation issues (1.0); telephone conference with J. Biggs regarding update (.6); prepare e-mail summary regarding same (.4); telephone conference with J. Ansbro regarding estimation issues (.5); review motion to shorten time on motion to compel pre-petition reserves and motion to file under seal (1.0); telephone conferences with M. Hurford regarding same (.6). | 4.10 |
| 03/28/07 | J. Ansbro | Conference call with R. Mullady, R. Frankel and R. Wyron regarding case strategy and preparation for 3-28 meeting with ACC counsel (1.3); review ACC's revisions to draft motion to compel pre-petition reserves, further review of law and revise same, confer with C. Zurbrugg regarding revisions, e-mails to ACC counsel regarding same (2.0); conference call with litigation software consultant regarding case analysis and management tool (1.8); e-mail from/to R. Wyron (.2); continue review of draft report of M. Peterson (1.5). | 6.80 |
| 03/28/07 | R. Mullady, Jr. | Prepare for and attend strategy meeting (2.0); conference call with prospective expert (1.0): finalize motion to compel (1.0). | 4.00 |
| 03/28/07 | G. Rasmussen | Response to R. Mullady's questions regarding J. Biggs' report. | 0.20 |
| 03/28/07 | R. Wyron | Strategy meeting with litigation team on status and open items (1.1); prepare for strategy session with ACC counsel (1.3). | 2.40 |
| 03/28/07 | R. Frankel | Review D. Felder memo re key case issues. | 0.60 |
| 03/28/07 | R. Frankel | Confer with R. Mullady, R. Wyron, D. Felder in preparation for meeting with Caplin. | 1.10 |
| 03/28/07 | R. Frankel | Review D. Felder e-mail update, issues re estimation report; notes re same. | 0.60 |
| 03/29/07 | C. Zurbrugg | Prepare Rust and BMC 30(b)(6) notice and subpoenas (3.0); telephone conference with D. Felder re discovery materials (1.0); confer with B. Simon and T. Grosko re discovery materials (0.8); draft discovery materials (2.2) . | 7.00 |
| 03/29/07 | D. Felder | Attention to discovery issues and telephone conferences with C. Zurbrugg and T. Grosko regarding same (5.8); review estimation materials in preparation for meeting with litigation team (1.5). | 7.30 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 22

April 25, 2007
Invoice No. 1065820

| Date | Name | Description | Hours |
|---|---|---|---|
| 03/29/07 | J. Ansbro | E-mails to/from, and conference with, R. Mullady regarding 4-2-07 argument on motion to compel navigable database (1.0); meeting (w/R. Mullady) with R. Frankel and R. Wyron and ACC counsel regarding all aspects of case status and strategy (4.0); conference with C. Zurbrugg regarding subpoenas and draft letter following up on outstanding discovery due from Grace (.5); e-mails to/from team regarding 30(b)(6) subpoenas and teleconference with D. Felder regarding same and preparations for 4-30 meeting with outside litigation consultant (1.0); prepare for meeting with consultant (.5). | 7.00 |
| 03/29/07 | R. Mullady, Jr. | Prepare for and attend meeting with ACC counsel in New York including working travel (12.3); e-mails to/from debtors' counsel and ACC counsel regarding depositions (.4). | 12.70 |
| 03/29/07 | R. Wyron | Prepare for strategy meeting with ACC counsel (1.1); participate in strategy meeting between ACC counsel and FCR counsel, and follow-up notes (3.1). | 4.20 |
| 03/29/07 | R. Frankel | Confer with R. Mullady, R. Wyron, E. Inselbuch, Finch, others re litigation strategy, estimation case. | 3.30 |
| 03/29/07 | R. Frankel | Prepare for meeting at Caplin, review memo re PD cases during travel to NY. | 3.20 |
| 03/30/07 | C. Zurbrugg | Work with litigation consultant and J. Ansbro, R. Mullady and D. Felder to create database in preparation for trial. | 8.00 |
| 03/30/07 | A. Hermele | Review a second deposition transcript for Grace employee Egan, and summarize issues covered for R. Mullady (1.6); review a second deposition transcript for Grace employee Citani and summarize issues covered for R. Mullady (1.5). | 3.10 |
| 03/30/07 | D. Felder | Attend trial preparation meeting with litigation team (3.5); review bankruptcy court hearing transcripts and orders in preparation for argument on motion to compel database (4.4); e-mails to R. Mullady and J. Ansbro regarding same (1.4). | 9.30 |
| 03/30/07 | J. Ansbro | All day meeting and brainstorming session (with C. Zurbrugg) with D. Felder and R. Mullady and outside litigation consulting vendor; outlined key legal issues, fact issues and expert issues and related record support and discovery objectives. | 7.00 |
| 03/30/07 | R. Mullady, Jr. | Grace - attend meeting with litigation support vendor and estimation team (5.0); prepare for 4/2 omnibus hearing (1.5); meet with G. Rasmussen regarding expert issues (.5). | 7.00 |
| 03/30/07 | G. Rasmussen | Review of J. Jacoby's expert analysis and prepare questions for J. Jacoby. | 1.50 |
| 03/30/07 | R. Frankel | Review e-mails (internal), attachments re PIQ issues. | 0.70 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 23

April 25, 2007
Invoice No. 1065820

03/31/07    J. Ansbro    Review team e-mails regarding preparations for argument on motion to compel navigable database.    0.60

Total Hours    643.60
Total For Services    $336,456.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| John Ansbro | 141.60 | 625.00 | 88,500.00 |
| Rachael Barainca | 17.80 | 150.00 | 2,670.00 |
| Caren Biberman | 0.50 | 205.00 | 102.50 |
| James Cangialosi | 1.00 | 235.00 | 235.00 |
| Joshua M. Cutler | 1.00 | 430.00 | 430.00 |
| Debra Felder | 182.00 | 465.00 | 84,630.00 |
| Roger Frankel | 25.80 | 770.00 | 19,866.00 |
| Jonathan P. Guy | 1.20 | 650.00 | 780.00 |
| Annie L. Hermele | 21.60 | 390.00 | 8,424.00 |
| Raymond G. Mullady, Jr. | 92.10 | 695.00 | 64,009.50 |
| Patricia M. Parker | 14.10 | 205.00 | 2,890.50 |
| Garret G. Rasmussen | 25.80 | 700.00 | 18,060.00 |
| Emily S. Somers | 0.60 | 270.00 | 162.00 |
| Katherine S. Thomas | 0.20 | 390.00 | 78.00 |
| Richard H. Wyron | 10.50 | 700.00 | 7,350.00 |
| Catharine L. Zurbrugg | 107.80 | 355.00 | 38,269.00 |
| Total All Timekeepers | 643.60 | $522.77 | $336,456.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 24

April 25, 2007
Invoice No. 1065820

Disbursements

| | |
|---|---:|
| Deposition/Transcript Expenses | 1,619.06 |
| Duplicating Expense | 255.00 |
| Expert; Consultants | 4,125.00 |
| Express Delivery | 638.93 |
| Lexis Research | 215.00 |
| Local Taxi Expense | 920.94 |
| Local Tolls | 3.00 |
| NY Conference Room Catering | 121.92 |
| Out of Town Business Meals | 592.65 |
| Outside Reproduction Services | 5,300.72 |
| Outside Services | 3,196.00 |
| Overtime Meals | 70.36 |
| Parking Expense | 4.50 |
| Postage | 394.13 |
| Service of Process:  Personal Service of Subpoena | 100.00 |
| Telephone | 142.01 |
| Travel Expense, Air Fare | 2,574.90 |
| Travel Expense, Local | 234.91 |
| Travel Expense, Out of Town | 3,584.57 |
| Westlaw Research | 1,809.75 |

Total  Disbursements                    $25,903.35

**Total For This Matter**                    **$362,359.85**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 25

April 25, 2007
Invoice No. 1065820

For Legal Services Rendered Through March 31, 2007 in Connection With:

**Matter:  9 - Plan & Disclosure Statement**

| 03/05/07 | R.  Frankel | Telephone conference with D. Austern re settlement strategy, notes re same. | 0.40 |
| 03/12/07 | R.  Frankel | Review file, Piper Jaffray spreadsheets in preparation for call with J. Rice; prepare notes re same. | 0.90 |
| 03/19/07 | R.  Frankel | Telephone conference with J. Rice re settlement process (.1); confer with R. Mullady re same (.3); e-mail re same (.1). | 0.50 |

|  | Total Hours | 1.80 |  |
|  | Total For Services |  | $1,386.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 1.80 | 770.00 | 1,386.00 |
| Total All Timekeepers | 1.80 | $770.00 | $1,386.00 |

**Total For This Matter**                    $1,386.00



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 26

April 25, 2007
Invoice No. 1065820

For Legal Services Rendered Through March 31, 2007 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| | | | |
|---|---|---|---|
| 03/01/07 | R. Barainca | Review Kirkland & Ellis' January 2006 Monthly fee application for R. Wyron. | 0.30 |
| 03/02/07 | R. Barainca | Prepare Tillinghast's Certificate's of No Objection for filing. | 0.50 |
| 03/06/07 | R. Barainca | Prepare Tillinghast's Eighth Quarterly fee application and January 2006 Monthly fee application for filing. | 0.60 |
| 03/06/07 | R. Barainca | Prepare D. Austern's January 2006 Monthly fee application for filing. | 0.20 |
| 03/15/07 | D. Fullem | Review e-mail from R. Chatterjee at Piper Jaffray regarding filing of January fee application; confer with and forward file to R. Barainca. | 0.20 |
| 03/19/07 | D. Fullem | Review e-mail from S. Bossay, fee auditor, requesting confirmation of information on fees and expenses for the quarterly period of July 1-September 30, 2006. | 0.10 |
| 03/19/07 | D. Fullem | Review e-mail from S. Bossay, fee auditor, and attached fee and expense chart for July-September 2006 quarterly fee applications to confirm numbers match our records. | 0.10 |
| 03/20/07 | D. Fullem | Review quarterly fee applications of D. Austern, Piper Jaffray and Tillinghast for the period July 1-September 30, 2006 to compare with charts prepared by fee auditor; prepare e-mail to S. Bossay to confirm fees and expenses. | 0.20 |
| 03/26/07 | R. Barainca | Prepare and file Piper Jaffray's January 2007 monthly fee application. | 1.00 |
| 03/26/07 | D. Fullem | Research and forward to R. Barainca regarding Piper Jaffray's January fee application; update charts with fees and expenses. | 0.10 |

Total Hours 3.30

Total For Services $547.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Rachael Barainca | 2.60 | 150.00 | 390.00 |
| Debra O. Fullem | 0.70 | 225.00 | 157.50 |
| Total All Timekeepers | 3.30 | $165.91 | $547.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    April 25, 2007
17367                                                                                Invoice No. 1065820
page 27

Disbursements
    Duplicating Expense                      91.65
    Express Delivery                         247.41
    Postage                                  165.30
              Total  Disbursements                    $504.36


           **Total For This Matter**                        **$1,051.86**



**O R R I C K**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 28

April 25, 2007
Invoice No. 1065820

For Legal Services Rendered Through March 31, 2007 in Connection With:

**Matter:  12 - Retention of Professionals - Orrick**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 03/22/07 | D. Fullem | Review of docket and prepare updated conflict list; forward to R. Wyron for review and comment. | 0.50 |
| 03/27/07 | D. Fullem | Confer with R. Wyron regarding updated conflict parties list. | 0.10 |

|  | | |
|---|---|---|
| Total Hours | 0.60 | |
| Total For Services | | $135.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 0.60 | 225.00 | 135.00 |
| Total All Timekeepers | 0.60 | $225.00 | $135.00 |

**Total For This Matter**          **$135.00**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 29

April 25, 2007
Invoice No. 1065820

For Legal Services Rendered Through March 31, 2007 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 03/02/07 | D. Fullem | Confer with R. Wyron regarding current status of payments made by Grace. | 0.30 |
| 03/02/07 | D. Fullem | Update fee and expense spreadsheets with current payment information. | 0.20 |
| 03/05/07 | R. Barainca | Edit memo in regard to Fee Auditor's Reports for R. Wyron. | 0.90 |
| 03/06/07 | R. Barainca | Prepare memo in regard to Fee Auditor's Reports for R. Wyron. | 1.20 |
| 03/06/07 | R. Barainca | Prepare Orrick's January 2006 Monthly fee application. | 1.20 |
| 03/07/07 | R. Barainca | Continue preparing Orrick's January Monthly fee application. | 0.60 |
| 03/07/07 | R. Barainca | Prepare memo in regard to Fee Auditor's Reports for R. Wyron. | 0.90 |
| 03/08/07 | R. Barainca | Continue preparing Orrick's January Monthly fee application. | 0.50 |
| 03/08/07 | D. Fullem | Review draft of January fee application. | 0.30 |
| 03/08/07 | D. Fullem | Confer with R. Barainca regarding recent payment information for insertion in fee application. | 0.10 |
| 03/13/07 | D. Fullem | Review February prebills. | 0.50 |
| 03/13/07 | D. Fullem | Continue review of February prebills. | 0.80 |
| 03/13/07 | R. Wyron | Review February pre-bill. | 0.40 |
| 03/14/07 | R. Wyron | Confer with R. Barainca re fee application and changes, and follow-up. | 0.10 |
| 03/16/07 | R. Barainca | Review past Orrick fee applications for expert fees for R. Wyron. | 0.50 |
| 03/19/07 | D. Fullem | Review e-mail from S. Bossay, fee auditor, and attached fee and expense chart for July-September 2006 quarterly fee applications to confirm numbers. | 0.10 |
| 03/19/07 | D. Fullem | Review e-mail from S. Bossay, fee auditor of Grace, requesting confirmation of information on fees and expenses for the quarterly period of July 1-September 30, 2006. | 0.10 |
| 03/20/07 | D. Fullem | Review Orrick quarterly fee application for the period July 1-September 30, 2006 to compare with charts prepared by fee auditor; prepare e-mail to S. Bossay to confirm fees and expenses. | 0.10 |
| 03/24/07 | R. Wyron | Review January monthly fee application. | 0.30 |
| 03/26/07 | R. Barainca | Prepare Orrick's February 2007 fee application. | 2.10 |



**O R R I C K**

David Austern, Futures Claims Representative for W.R. Grace & Co. -      April 25, 2007
17367                                                                   Invoice No. 1065820
page 30

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 03/26/07 | R. Barainca | Prepare and file Orrick's January 2007 monthly fee application. | 1.00 |
| 03/26/07 | D. Fullem | Review and respond to e-mail from R. Wyron regarding status of quarterly application on for hearing April 2; review docket to determine if objections filed; inform R. Wyron regarding no objections filed. | 0.40 |
| 03/26/07 | D. Fullem | Confer with R. Barainca regarding Orrick's February fee application; update charts with fees and expenses. | 0.30 |
| 03/30/07 | D. Fullem | Confer with R. Barainca regarding payment information for fee application. | 0.10 |
| 03/30/07 | D. Fullem | Review draft of Orrick February monthly fee application. | 0.50 |

|  | Total Hours | 13.50 |
|--|-------------|-------|
|  | Total For Services | $2,750.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|--------------------|-------|------|--------|
| Rachael Barainca | 8.90 | 150.00 | 1,335.00 |
| Debra O. Fullem | 3.80 | 225.00 | 855.00 |
| Richard H. Wyron | 0.80 | 700.00 | 560.00 |
| Total All Timekeepers | 13.50 | $203.70 | $2,750.00 |

Disbursements
    Duplicating Expense                          49.50
                        Total Disbursements                   $49.50


                **Total For This Matter**              **$2,799.50**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 31

April 25, 2007
Invoice No. 1065820

For Legal Services Rendered Through March 31, 2007 in Connection With:

**Matter: 15 - Travel Time (Non-Working)**

| | | | |
|---|---|---|---|
| 03/29/07 | R. Wyron | Travel to and from NY for meeting with ACC. | 2.00 |
| 03/29/07 | R. Frankel | Travel to NY/DC. | 3.00 |
| 03/30/07 | C. Zurbrugg | Travel to and from Washington, DC for meeting with litigation support vendor. | 5.30 |
| 03/30/07 | J. Ansbro | Travel New York to Washington DC for meeting with R. Mullady, D. Felder and outside litigation support vendor (2.5); return travel Washington DC to New York (2.7). | 5.20 |

Total Hours        15.50
Total For Services        $4,420.75

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| John Ansbro | 5.20 | 312.50 | 1,625.00 |
| Roger Frankel | 3.00 | 385.00 | 1,155.00 |
| Richard H. Wyron | 2.00 | 350.00 | 700.00 |
| Catharine L. Zurbrugg | 5.30 | 177.50 | 940.75 |
| Total All Timekeepers | 15.50 | $285.21 | $4,420.75 |

**Total For This Matter**        **$4,420.75**

**\* \* \* COMBINED TOTALS \* \* \***

Total Hours        690.40
Total Fees, all Matters        $347,570.75
Total Disbursements, all Matters        $26,494.40
Total Amount Due        $374,065.15