IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on the 18th day of May, 2007, I did cause to be served true and correct copies of the foregoing **JOINDER OF GULF ATLANTIC PROPERTIES, INC. (CLAIM NO. 6637) AND CHICAGO HISTORICAL SOCIETY (CLAIM NO. 11104) TO CANADIAN CLAIMANTS' RESPONSE TO DEBTORS' MOTION FOR LEAVE TO AMEND CLAIMS OBJECTIONS** on the parties listed on the attached service list as indicated thereon.

DATED: May 18, 2007

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
E-mail: loizides@loizides.com

070518172719.DOC

**SERVICE LIST**

**VIA HAND-DELIVERY AND TELECOPIER**

James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 No. Market Street, 17th Floor
Wilmington, DE 19801
*Fax : (302) 652-4400*

**VIA TELECOPIER AND FIRST CLASS MAIL**

Janet Baer, Esquire
Lisa Esayian, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
*Fax: (312) 861-2200*

James J. Restivo, Jr., Esquire
Douglas E. Cameron, Esquire
Traci S. Rea, Esquire
Reed Smith, LLP
435 Sixth Avenue
Pittsburgh, PA 15219
*Fax: (412) 288-3063*