IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., <u>et al.</u> | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NOTICE OF SERVICE OF DEBTORS' SECOND SET OF
INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY
PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS (COONEY & CONWAY)**

PLEASE TAKE NOTICE that on May 18, 2007, counsel for Debtors W.R. Grace

& Co., et al. caused a copy of the Debtors' Second Set of Interrogatories to Certain Asbestos

Personal Injury Pre-Petition Litigation Claimants' Law Firms (Cooney & Conway) to be served

via Federal Express on Ms. Kathy Byrne of Cooney & Conway at 120 N. LaSalle, Chicago, IL

60602.

Dated: May 18, 2007

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick
Janet S. Baer
Ellen Therese Ahern
Salvatore F. Bianca
200 East Randolph Drive
Chicago, IL 60601
Telephone:    (312) 861-2000
Facsimile:    (312) 861-2200

KIRKLAND & ELLIS LLP
Barbara Harding
Brian T. Stansbury
Amanda C. Basta
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone:    (202) 879-5000
Facsimile:    (202) 879-5200

-and-

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:      (302) 652-4100
Facsimile:      (302) 652-4400