## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W. R. GRACE & CO.,** *et al.*, | ) | **Case No. 01-1139 (JKF)** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |

### NOTICE OF DEPOSITION

To **LeBlanc & Waddell** and to All Parties on the Attached Service List:

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable by Rule 7030 of the Federal Rules of Bankruptcy Procedure, the Debtors will take the deposition upon oral examination of the attorney at **LeBlanc & Waddell** most knowledgeable concerning the activities undertaken by the firm to respond to the W. R. Grace Asbestos Personal Injury Questionnaire on behalf of the claimants listed on Exhibit A hereto. The deposition shall be taken **on June 13th, 2007** at the offices of **LeBlanc & Waddell** or at such time and place as otherwise agreed to by the parties.

**TAKE FURTHER NOTICE** that the deposition shall be conducted before a person duly authorized to administer oaths in the relevant jurisdiction and will continue day-to-day until concluded. Testimony shall be taken by stenographic means and will also be recorded by sound-and-visual means. Parties beyond deponent who are served with a copy of this Notice are invited to attend and to cross-examine.

Dated: May 18, 2007

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick
Janet S. Baer
Ellen Therese Ahern
Salvatore F. Bianca
200 East Randolph Drive
Chicago, IL 60601
Telephone:    (312) 861-2000
Facsimile:    (312) 861-2200

KIRKLAND & ELLIS LLP
Barbara Harding
Brian T. Stansbury
Amanda C. Basta
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone:    (202) 879-5000
Facsimile:    (202) 879-5200

-and-

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

2

# Exhibit A

## LEBLANC & WADDELL LLP

| Claimant Name | Last 4 Digits of SSN |
| --- | --- |
| ABBOTT, GEORGE M | 4270 |
| ACCARDO, VINCENT M | 7633 |
| ACHORD, JAMES M | 5841 |
| ADAMS III, EARL R | 0227 |
| ADAMS JR, LOUIS | 9873 |
| AERY, PHILLIP L | 5742 |
| AFEMAN, JAKE | 6833 |
| AGUILLARD, JERRY C | 4152 |
| AKIN, JOHNNY A | 2730 |
| ALACK (DECEASED), CHARL | 4745 |
| ALACK, IGNATIUS J | 5095 |
| ALBERADO SR, MARVIN J | 7544 |
| ALEXANDER (DECEASED), R | 4308 |
| ALEXANDER, LOUIS | 8846 |
| ALEXIS, LAWRENCE M | 0910 |
| ALFORD, HAROLD B | 2769 |
| ALLEN, DONALD L | 2682 |
| ALLEN, GEORGE J | 9469 |
| ALLEN, LOUIS | 4211 |
| ALLEN, ODELL | 5848 |
| ALONGI, DOMINICK S | 2419 |
| ALONZO JR, ALVIN F | 2617 |
| ALONZO, NORMAN J | 0034 |
| AMACKER, JEFFIE W | 4969 |
| AMEDEE, JOSEPH P | 6057 |
| AMOS, IRAN | 6612 |
| ANDERS, MARION J | 5404 |
| ANDERSON JR, CHARLES H | 5474 |
| ANDING, CHARLES R | 2628 |
| ANDRY SR, EDWIN F | 0477 |
| ANGLIN, BRYANT | 3881 |
| ANGRUM, JOHNNIE | 6656 |
| ANTLEY, BILLY L | 7103 |
| ARBOUR SR, BENNIE T | 7394 |
| ARBOUR, DONALD K | 7740 |
| ARCENEAUX, VIRGIL J | 6859 |
| ARNOLD, CLIFTON | 5183 |

## *LEBLANC & WADDELL LLP*

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| ASHFORD, BOYD Y | 2671 |
| ASHFORD, DONALD R | 4261 |
| ATTAWAY, BOBBY N | 8570 |
| ATTUSO, LUCIAN D | 3759 |
| AUBIN, PAUL G | 3197 |
| AUGUSTUS, JOSEPH | 2339 |
| AUSBERRY JR, DAN | 4494 |
| AUTTONBERRY, JESSE R | 7052 |
| AUZENNE SR, JOHNNY M | 6406 |
| AVERETT SR (DECEASED), G | 2803 |
| AYMOND, JAMES M | 2143 |
| BABIN JR (DECEASED), ALLE | 8182 |
| BABIN, LEO A | 5175 |
| BAGGESE JR, CHARLES J | 9502 |
| BAILEY, PETE | 7147 |
| BAJON JR, JOHN J | 3706 |
| BAKER SR, OTIS M (DECEAS | 0185 |
| BALDASSARO, VINCENT | 7320 |
| BALLINGER (DECEASED), GL | 8264 |
| BALLOW JR, SAMUEL | 0494 |
| BANKS SR, ALFRED | 1303 |
| BANKS SR, ELLIS E | 2993 |
| BANKS, ROGER | 5961 |
| BARNES, THOMAS J | 5187 |
| BAROCCO, JOSEPH S | 2215 |
| BARRETT JR, GEORGE | 6696 |
| BARRETT, LIONEL E | 0724 |
| BARROW JR, DAVID H | 1347 |
| BARTHELEMY SR (DECEASE | 0791 |
| BATES, ROY M | 8508 |
| BATISTE, VIVIAN C | 4521 |
| BATTAGLIA, ROCCO | 2136 |
| BATTLEY, JOHN D | 9722 |
| BAUDOUIN, DONALD M | 3545 |
| BAUGHMAN, DAVID M | 8922 |
| BAZELL, GAINES T | 8884 |
| BEAL, LEON | 0296 |

## *LEBLANC & WADDELL LLP*

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| BEALE JR, WILLIAM R | 5237 |
| BEALS, AMELIA | 3313 |
| BEAUCOUDRAY, RAYMOND | 4227 |
| BEAUDETTE, LUCIEN A | 0372 |
| BECKER JR, PETER J | 9762 |
| BELLANGER, CHARLES P | 6607 |
| BELLARD, HERVY J | 3840 |
| BELT JR, LOU T | 9951 |
| BENNETT, DONALD R | 4443 |
| BENTON, CONRAD J | 6396 |
| BERGERON JR (DECEASED), | 4574 |
| BERGERON, CLEMENT | 9082 |
| BERGOLD, ARTHUR E | 3414 |
| BERLIER, DONALD J | 1427 |
| BERNINGER, ARISTIDE J | 4084 |
| BERRY, WILLIAM W | 0533 |
| BERRYHILL, EDDIE | 7110 |
| BERSUDER, MAURICE C | 5850 |
| BERTHELOT, CURVIN J | 4288 |
| BERTHELOT, LEO W | 3069 |
| BICKHAM, MERLE E | 8059 |
| BILLINGSLEY (DECEASED), J | 9429 |
| BIRD III, EDWARD A | 3306 |
| BLACKMON, MORGAN | 4669 |
| BLAGIO, CLARENCE E | 1011 |
| BLAHUT, DONALD A | 5331 |
| BLAKES SR, MANUEL | 3305 |
| BLOUNT SR, JAMES J | 0234 |
| BOGAN, WILBERT | 3834 |
| BOLOTTE, ALLEN | 5074 |
| BONICARD, JOSEPH A | 8483 |
| BONNETTE, NORBERT J | 5689 |
| BOOKER, SCOTT A | 9105 |
| BOOTH (DECEASED), JOHNN | 3648 |
| BORNE, JOHNSON J | 4872 |
| BOSSLEY, ROBERT L | 0152 |
| BOUDREAUX, HARRY J | 7564 |

## LEBLANC & WADDELL LLP

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| BOUDREAUX, HOWARD J | 5905 |
| BOUDREAUX, ROY J | 5134 |
| BOURDA, JOSEPH E | 1087 |
| BOURG, JOHN R | 6594 |
| BOURGEOIS, CARL J | 1248 |
| BOURGEOIS, LAIGJ J | 2263 |
| BOURGEOIS, PERCY C | 6785 |
| BOVIA, EMILE | 8165 |
| BOWDEN, BOBBY C | 6360 |
| BOWERS, HENRY R | 5356 |
| BOWERS, JOHN S | 3179 |
| BOWIE, ELLIS E | 1202 |
| BOYD, WALTER S | 4641 |
| BRACKEN, LEONARD C | 6658 |
| BRADY SR, BERNARD C | 5019 |
| BRADY, BOBBY | 6435 |
| BRANCH, GARLAND W | 4153 |
| BRASSEAL (DECEASED), GE | 0526 |
| BRAXTON, EDDIE L | 2863 |
| BREAUX SR, JOHN R | 8758 |
| BREAUX, EDWARD F | 9512 |
| BRENT, JERRY J | 5265 |
| BROADWAY (DECEASED), JA | 7009 |
| BROCK, LAWRENCE L | 3671 |
| BROOKS, CECIL A | 2235 |
| BROUSSARD, STANLEY | 9871 |
| BROWHAW JR, ALBERT | 8196 |
| BROWN (DECEASED), RAYM | 3270 |
| BROWN SR, ADAM J | 2420 |
| BROWN SR, CURTIS J | 3704 |
| BROWN, FRANK A | 3650 |
| BROWN, JOHNNIE J | 6125 |
| BROWN, LLOYD J | 8178 |
| BROWN, MELSON T | 6757 |
| BROWN, PEARLIE B | 3944 |
| BROWN, ROBERT C | 8637 |
| BROWN, SAMUEL E | 7415 |

## *LEBLANC & WADDELL LLP*

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| BROWNING (DECEASED), ED | 0933 |
| BRUCE JR, EDGAR M | 2644 |
| BRUNSON, WILLIAM S | 8534 |
| BRYANT SR, MELVIN W | 0793 |
| BRYANT, JARREL R | 7034 |
| BRYANT, LEE J | 9789 |
| BULLOCK, BOBBY J | 8036 |
| BURATT, GEORGE L | 5996 |
| BURMASTER, WAYNE A | 3869 |
| BURRELL, ELASCO | 7059 |
| BURTON, WILLIE L | 2161 |
| BUTLER (DECEASED), GEOR | 3402 |
| BUTLER (DECEASED), RICHA | 4505 |
| BUTLER JR (DECEASED), GE | 5165 |
| BUTLER, LARRY | 3757 |
| BYCHURCH, JERRY J | 8756 |
| BYRD SR, JOSEPH | 4929 |
| BYRD, JOHN | 3495 |
| CAGLE (DECEASED), EDGAR | 1837 |
| CAIN SR, TOMMY G | 6025 |
| CALHOUN, RUSHEL D | 1577 |
| CALLAWAY, WILLIAM M | 7734 |
| CAMHOUT, JACK C | 5518 |
| CAMPBELL, FRANK | 0728 |
| CAMPBELL, JOHN | 9403 |
| CAMPIERE SR, JOSEPH P | 5777 |
| CANCIENNE, PETER W | 0023 |
| CANTILLO, JAMES E | 0695 |
| CANTRELL, WILLIAM L | 9058 |
| CANTRELLE, TERRY A | 5118 |
| CARBER, BILLY | 8574 |
| CARLINE JR, JESSE | 5703 |
| CARPENTER, FLOYD M | 1626 |
| CARRIER, LOUIS W | 8335 |
| CARTER JR, HOWARD L | 8278 |
| CARTER JR, RALPH D | 9184 |
| CARTER JR, TRAVIS | 6559 |

## LEBLANC & WADDELL LLP

| Claimant Name | Last 4 Digits of SSN |
| --- | --- |
| CARTER SR, LOUIS L | 5094 |
| CASTILLE, ELVIN | 9845 |
| CASTON SR, LOSS H | 8657 |
| CAVALIER, RUSSELL J | 6786 |
| CAVALIER, WARREN J | 3364 |
| CAVET, JOSEPH R | 6502 |
| CENTINEO, JOSEPH J | 0324 |
| CERUTI, EVEREST C | 7411 |
| CHANDLER, MARVIN M | 8609 |
| CHATMAN JR, ANDREW | 3535 |
| CHAVERS, BILLY | 2400 |
| CHAVIS, BERTHAM | 4172 |
| CHEMIN, JESSE R | 4945 |
| CHEMIN, JOSEPH M | 5446 |
| CHENEVERT, ISHMAEL J | 2248 |
| CHERAMIE, LEROY S | 7717 |
| CHESTEEN SR, WILLIAM H | 8969 |
| CHEVALIER, J C | 1576 |
| CIFREO, JAMES E | 5090 |
| CLAMPITT, CARROLL G | 7878 |
| CLARK, CORNELIUS | 9572 |
| CLARK, HORLIS L | 6311 |
| CLARK, PAUL E | 6501 |
| CLARKE, GEORGE C | 2353 |
| CLELAND SR, ROBERT I | 3770 |
| CLEMENT, CHARLES I | 8191 |
| CLINE, HENRY J | 1172 |
| CLOMAN, JOE N | 4935 |
| CLUES, JOSEPH R | 3706 |
| COATES, HUNTER | 7641 |
| COATS, CRAYTON L | 4787 |
| COBB SR, WILLIAM | 4082 |
| CODY, EUGENE W | 1780 |
| COLE SR (DECEASED), WALT | 6412 |
| COLE, WILLIAM B | 2964 |
| COLEMAN JR, WILSON | 3243 |
| COLEMAN, DONALD G | 4935 |

## *LEBLANC & WADDELL LLP*

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| COLEMAN, GEORGE | 6355 |
| COLEY, JAMES H | 1703 |
| COLGIN, JOHN H | 4672 |
| COLLINS SR, LEONARD J | 4396 |
| COLLINS, EUGENE S | 9276 |
| COLLINS, OSCAR | 0882 |
| COLLINS, WILLIAM A | 4179 |
| COLOMBO, ANGELO | 2498 |
| COLOMBO, VICTOR J | 2469 |
| COMEAUX, GERALD J | 8926 |
| COMEAUX, MELVIN J | 8290 |
| COMPTON SR, JIMMY C | 3531 |
| CONSTANTINO, PETER A | 4051 |
| CONVERSE, HENRY | 4786 |
| COOK, ABNER D | 9103 |
| COON, THOMAS J | 8956 |
| COOPER, DAVID J | 8197 |
| COOPER, FUSH | 1741 |
| COOPER, JOHN T | 8299 |
| COPELAND, BILLY C | 2809 |
| CORBETT, JAMES R | 5539 |
| CORDRAY, JACK M | 1622 |
| CORLEY, DAVE L | 8531 |
| CORMIER, ELPHEGE F | 2658 |
| COSEY JR, WILLIAM | 3975 |
| COTTON, WILLIE | 3085 |
| COUGET, JEAN M | 4270 |
| COULON, KENNETH L | 9563 |
| COUNTS, TROY T | 1864 |
| COUPEL, SIMON | 0879 |
| COURVILLE, JACKIE J | 2252 |
| COVINGTON, JEFFERY W | 2351 |
| COX, EARL C | 8899 |
| COX, RICHARD D | 8552 |
| CRAWFORD JR, ANTHONY | 8271 |
| CRAWFORD SR., MARVIN | 0887 |
| CRAWFORD, BILLY D | 4302 |

## LEBLANC & WADDELL LLP

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| CRAWLEY, CHERYL | 6338 |
| CREEL, JOHN T | 8837 |
| CREIGHTON, JOHN | 8845 |
| CRIDER, JOHN L | 3563 |
| CRIPPS, HAROLD E | 7484 |
| CROCKETT, ANDREW | 9954 |
| CROON SR, CHARLES | 8961 |
| CROON, ELIE | 7989 |
| CROUCH (DECEASED), RICH | 1116 |
| CROWE, CARL K | 4384 |
| CRUM, ROY V | 1371 |
| CUCCHERO SR, ANTHONY J | 3920 |
| CUSIMANO, JACOB F | 4387 |
| DABADIE, JOSEPH L | 8724 |
| DABNEY, ALBERT | 0359 |
| DAIGLE, DOUGLAS J | 8620 |
| DAUZAT, SYLMAN G | 7073 |
| DAVENPORT, LONEY T | 2626 |
| DAVIS (DECEASED), AUDIE Z | 6923 |
| DAVIS SR, ARTHUR | 8247 |
| DAVIS SR, JAMES H | 7198 |
| DAVIS, AMADEE G | 3276 |
| DAVIS, FLOYD L | 5411 |
| DAVIS, GARLAND A | 0838 |
| DAVIS, GERALD W | 4264 |
| DAVIS, HAROLD L | 8959 |
| DAVIS, HENRY S | 5879 |
| DAWSON SR, RUBEN | 8991 |
| DELAUGHTER, BOBBY R | 4879 |
| DELAUNE JR., VERNON L | 1667 |
| DELAUNE, HAROLD L | 4341 |
| DENNIS, HERMAN | 6932 |
| DENNIS, WILLIE | 6117 |
| DENNY, ROBERT W | 5622 |
| DENSON, KIRBY E | 4096 |
| DESSELLE, RAY A | 8450 |
| DEVILLE, JOHN J | 7576 |

## *LEBLANC & WADDELL LLP*

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| DEXTER, THOMAS J | 5301 |
| DIECIDUE, ANTHONY J | 4503 |
| DILLON SR, WALLACE | 5198 |
| DIMAGGIO, JOSEPH P | 1960 |
| DIXON, FLYNN W | 0719 |
| DODSON (DECEASED), JOAN | 3973 |
| DOMINE, ROBERT L | 8998 |
| DOMINGUE SR, ALVIN A | 2835 |
| DOMINGUE SR, JOSEPH K | 3927 |
| DOMINICK, EIRPHY | 2161 |
| DORSEY, IKE | 8241 |
| DORSEY, JOSEPH | 7943 |
| DORSEY, WILMER H | 8252 |
| DOUBLEDAY SR, DONALD E | 9498 |
| DOUGLAS, MICHAEL A | 1617 |
| DOWDEN, RAYMOND L | 7443 |
| DOWNS, GARY B | 2850 |
| DRUMGO, HENRY A | 6689 |
| DUCKLESS SR, PAUL E | 9471 |
| DUGAS, ROLAND J | 5947 |
| DUKES, RONALD A | 5038 |
| DUKES, THOMAS W | 6384 |
| DUMAS, LOUIS | 5229 |
| DUNBAR, GEORGE L | 0757 |
| DUNBAR, JIMMY B | 5016 |
| DUNCAN (DECEASED), JOHN | 7353 |
| DUNCAN, WILLIAM W | 4138 |
| DUNLAP, JOHN E | 5275 |
| DUNN JR, JOHN K | 6032 |
| DUNN, MARY A | 7810 |
| DUPONT JR, ADOLPH | 7381 |
| DUPRE, ALTON A | 7954 |
| DUPRE, DALLAS | 0812 |
| DUPREE JR, ALLEN | 7838 |
| DUPUY, GERALD | 0239 |
| DUPUY, ROBERT M | 9012 |
| DURHAM, KENNER W | 6382 |

## *LEBLANC & WADDELL LLP*

| *Claimant Name* | *Last 4 Digits of SSN* |
|---|---|
| DURONSLET, ROBERT C | 0693 |
| DURR, DAVID C | 7354 |
| DYER, ROBERT G | 9545 |
| EBARB (DECEASED), MITCHE | 9281 |
| ECKERT, FRED A | 0533 |
| EDDINGS (DECEASED), JAY | 7613 |
| EDWARDS (DECEASED), WIL | 3019 |
| EDWARDS, JOSEPH | 3697 |
| EFFERSON, CARL W | 9115 |
| ENRIQUES JR, ARTHUR J | 2885 |
| ESTOPINAL, ROGER J | 7976 |
| EUBANKS, ERNEST L | 3736 |
| EVANS, LARRY W | 2281 |
| EVERETT, ALVIN R | 7995 |
| FABRE SR, GARY J | 4561 |
| FALS JR, HENRY G | 6450 |
| FARMER, SAM L | 7284 |
| FARVE, ROBERT P | 7339 |
| FATHEREE, RAYMOND E | 6027 |
| FELDER, MILFRED J | 4225 |
| FERGUSON, GLEN W | 8979 |
| FERNANDEZ JR, FELIX C | 8621 |
| FERRARA, DOMINICK R | 5076 |
| FICKLIN, LEON J | 9185 |
| FLEMING JR, CLAUDE E | 5627 |
| FLETCHER, FLOYD | 8493 |
| FLOYD, ROGER M | 8953 |
| FOGLEMAN, WOODROW W | 6757 |
| FONTENOT, BARLOW | 8685 |
| FONTENOT, SHERAN M | 6698 |
| FOOTE, LOYD C | 7250 |
| FORD, ROBERT J | 1821 |
| FOSTER JR, D B | 5148 |
| FOSTER SR, JAMES M | 9146 |
| FOSTER, TED D | 5058 |
| FOUSSE, RONALD B | 9562 |
| FRANCIS, MELVIN H | 5803 |

## *LEBLANC & WADDELL LLP*

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| FRUGE, HOWARD J | 8283 |
| FRUGE, HOWARD W | 0640 |
| FRYOU, JOSEPH H | 7984 |
| FULLER, CLAYTON | 1847 |
| FUTCH, JAMES V | 1969 |
| GALLOWAY, FLAVIOUS W | 5101 |
| GASPARD JR, EMILE J | 5157 |
| GATLIN, DENSMORE D | 2715 |
| GAUDET, ALLEN | 4991 |
| GAUDIN, JULES A | 7481 |
| GAUFF, ALVIN | 9600 |
| GAUTREAU (DECEASED), WI | 1700 |
| GAUTREAUX, RUSSELL R | 9806 |
| GEORGE, WILLIAM H | 6911 |
| GIAFAGLEONE, ANGELO V | 8271 |
| GIBSON, HENRY H | 5576 |
| GIBSON, JETER | 4914 |
| GIBSON, MARION D | 4273 |
| GILBERT, JOHN E | 6555 |
| GILCHRIST, ELMO F | 4754 |
| GILLIS (DECEASED), CARLTO | 4078 |
| GIORDANO SR, ANTHONY | 0362 |
| GIVENS, HAROLD E | 2861 |
| GLASS, AARON | 5260 |
| GLAVIANA, JUDE A | 2393 |
| GLYNN (DECEASED), CLYDE | 8323 |
| GOMEZ, CLEMENT J | 7159 |
| GONZALES, LLOYD C | 1739 |
| GOODWIN, ROBERT S | 1273 |
| GORE, FRANK H | 8342 |
| GOURGUES, LESTER P | 4882 |
| GOYNE, EUGENE E | 5693 |
| GRADY JR, ARTHUR J | 1712 |
| GRAHAM, BOBBY J | 9210 |
| GRAHAM, JACK M | 7347 |
| GRAHAM, THEODORE D | 8523 |
| GRANIER, ASHTON P | 7430 |

## *LEBLANC & WADDELL LLP*

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| GRANT JR, LOUIS H | 1441 |
| GRANT, HUDDLE | 5312 |
| GRAPHIA SR, SAMMY | 2243 |
| GRAVES JR, ROBERT H | 3513 |
| GRAY, J L | 3027 |
| GRAY, JERRY G | 3204 |
| GRAYSON SR, CLARENCE R | 3914 |
| GREAUD, CHARLES E | 8665 |
| GREEN SR, THOMAS | 6263 |
| GREEN, ALTON | 4004 |
| GREENARD, WALTER C | 1371 |
| GREENE SR, ARTHUR T | 3449 |
| GREGOIRE, NELSON M | 6519 |
| GRENNER, JOSEPH C | 7793 |
| GRIFFIN SR, EARNEST | 6280 |
| GRIGSBY, LLOYD C | 4591 |
| GRISAFFE JR, FELIX J | 7397 |
| GUEDRY, HARVEY P | 9743 |
| GUEDRY, HENRY J | 1117 |
| GUEHO, VERNON J | 7389 |
| GUERIN JR, THOMAS | 4877 |
| GUERIN, LEONARD L | 3412 |
| GUERRA SR, EMANUEL J | 8463 |
| GUHMAN, GEORGE A | 5642 |
| GUIDROZ, FREDDIE J | 3393 |
| GUIDRY, CLEBERT | 2451 |
| GUIDRY, HAYWARD J | 7570 |
| GUILBEAU SR, LEO F | 2205 |
| GUITREAU, EDDIE R | 0497 |
| GUNTZ, MILBURN | 3899 |
| HAAS, HENRY J | 7415 |
| HAKEEM, ZAID A | 1146 |
| HALL JR (DECEASED), AB | 7103 |
| HALL SR, JIM Y | 4002 |
| HALL, FRED R | 2099 |
| HALL, HARRY | 5853 |
| HALL, RANDOLPH | 1185 |

## *LEBLANC & WADDELL LLP*

| Claimant Name | Last 4 Digits of SSN |
| --- | --- |
| HALL, WALTER | 6815 |
| HALL, WILBUR J | 5699 |
| HAMPTON, DOROTHY B | 8021 |
| HANCOCK, RONALD P | 7260 |
| HANEY, VERNON | 2279 |
| HANO, BOBBY R | 4175 |
| HANO, CARTER | 1747 |
| HANO, JESSIE E | 5827 |
| HARDY, ARTHUR K | 2719 |
| HARGIS JR., EARL P | 4171 |
| HARPER, JARRIED S | 3159 |
| HARPER, WESLEY E | 5202 |
| HARPER, WINSTON O | 5805 |
| HARRELL, ALVIN C | 0261 |
| HARRIS JR, A B | 0339 |
| HARRIS, BOBBY G | 9472 |
| HARRIS, JOHN M | 3077 |
| HARRIS, LOUIS R | 5033 |
| HARRISON SR, CHARLES O | 4305 |
| HART, MARTEAL A | 7106 |
| HART, ROBERT | 4766 |
| HAVARD, A J | 6736 |
| HAWKINS (DECEASED), HER | 1372 |
| HAWKINS SR, FREDDIE | 2844 |
| HAWKINS, JIMMY D | 2406 |
| HAYES, EDDIE L | 1647 |
| HAYES, ELTON C | 8521 |
| HAYS, SIBYL O | 3852 |
| HAZEL, TOM | 8784 |
| HAZLIP JR, JOSEPH G | 0031 |
| HEBERT, FREDDIE P | 1323 |
| HECKER SR, CHARLES W | 2570 |
| HELMER, THEODORE | 4595 |
| HENDERSON SR (DECEASED | 3027 |
| HENDERSON, JIMMIE R | 0826 |
| HENDERSON, JOHN R | 1815 |
| HENDERSON, LEONARD | 2890 |

## LEBLANC & WADDELL LLP

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| HENDRICKS, GERALD J | 4994 |
| HENLEY, RICHARD | 1560 |
| HENSON DECEASED, HERBE | 7638 |
| HERGRUDER JR (DECEASED | 0987 |
| HERNANDEZ (DECEASED), G | 2380 |
| HERNANDEZ, JERRY J | 6830 |
| HERNANDEZ, PAUL | 3474 |
| HERRING, WAYNE | 2238 |
| HERRINGTON SR, JOHN A | 7747 |
| HESSLER, EMILE J | 1493 |
| HEZEAU JR, LESTER F | 4851 |
| HIATT (DECEASED), DONALD | 8126 |
| HIGGINBOTHAM (DECEASED | 5018 |
| HIGGINBOTHAM, CHARLES S | 5161 |
| HIGGINBOTHAM, E J | 3642 |
| HIGGINBOTTOM, HENRY L | 1514 |
| HILL SR, BURNELL J | 7947 |
| HINES SR, BLANCHARD | 6643 |
| HINTON, FRANKLIN W | 5558 |
| HINTON, JAMES D | 3440 |
| HOELZEL, WILLIAM J | 2890 |
| HOFFMEISTER, MICHAEL W | 8356 |
| HOLLEY, WILLARD B | 4559 |
| HOLLINGSWORTH JR, EDDIE | 7210 |
| HOLLINS, LOUIS | 6836 |
| HOLMES, LUTHER C | 6794 |
| HONEA, BILLY D | 2717 |
| HONEA, EVELYN M | 2843 |
| HOOVER, CURTIS F | 6955 |
| HORODECKY JR, ROBERT | 7823 |
| HOTARD, WALTER J | 9789 |
| HOUSLEY, GEORGE L | 7956 |
| HOUSLEY, MARION C | 6085 |
| HOWARD, EDWARD | 9686 |
| HOWARD, GEORGE | 4801 |
| HOWARD, WELFORD | 7865 |
| HOWE, CHARLIE C | 6457 |

# LEBLANC & WADDELL LLP

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| HUDSON, MAIBEN O | 6164 |
| HUDSONPILLAR, RALPH E | 3124 |
| HUFFSTETLER, GUY D | 5663 |
| HUGHES, JAMES O | 8882 |
| HUGUET, RONALD J | 5366 |
| HULL, JACOB | 7440 |
| HUNGERFORD SR, EDWARD | 9926 |
| HUNTER, REUBEN P | 1781 |
| HUTCHINSON SR, LEON E | 7057 |
| HUTSON, HUEY P | 6576 |
| HUX, CALVIN P | 9765 |
| HUX, CLAUDE A | 1964 |
| IRVIN JR, ALBERT | 3392 |
| IRVIN, FELTON | 5753 |
| ISHEE, LEWIS T | 0604 |
| JACK SR, ARTHUR V | 6145 |
| JACKSON SR, EDDIE | 3904 |
| JACKSON, CECIL | 0682 |
| JACKSON, NATHANIEL | 7982 |
| JACKSON, RICHARD C | 7727 |
| JACKSON, SAMUEL F | 9729 |
| JACKSON, TOMMY | 3586 |
| JAMES, ERIC D | 6308 |
| JARREAU JR, OVIDE | 6638 |
| JARRELL, WALLACE | 0315 |
| JENKINS, RAY | 5209 |
| JENNINGS JR, GRADY | 4323 |
| JERRY (DECEASED), JOHN | 0123 |
| JIMMERSON (DECEASED), JA | 6761 |
| JOHNSON JR, LELAND H | 3212 |
| JOHNSON SR, MATTHEW | 8917 |
| JOHNSON, CLAYBORN | 5972 |
| JOHNSON, EDMOND | 3694 |
| JOHNSON, MEMPHIS | 1512 |
| JOHNSON, VERNELL | 7077 |
| JOHNSON, WORLEY P | 8226 |
| JONES JR, HOMER | 3182 |

## *LEBLANC & WADDELL LLP*

| *Claimant Name* | *Last 4 Digits of SSN* |
|---|---|
| JONES SR, ALVIN | 4183 |
| JONES SR, CLAUDE J | 4333 |
| JONES SR, FREDERICK | 5330 |
| JONES, LLOYD | 5881 |
| JONES, ROBERT J | 8393 |
| JORDAN, ALVIN E | 2761 |
| JORDAN, JOHNNIE R | 3883 |
| JOSHUA, ULION | 0374 |
| JOUBERT SR, ADRY | 5643 |
| JUNOT, ALBERT D | 6073 |
| KAIGLER SR, ROBERT | 6810 |
| KAIGLER, LEO | 4965 |
| KALK, CORNELIUS | 4971 |
| KEATING, ROBERT Q | 7361 |
| KEEN JR, JESSIE J | 5344 |
| KELLER, JAMES L | 5565 |
| KELLEY SR, JEWEL C | 6525 |
| KELLEY, CLYDE E | 4266 |
| KELLY, JIMMY E | 8984 |
| KENNEDY, ALFRED L | 5636 |
| KEYS, JOE | 1283 |
| KIERBOW JR, T E | 6267 |
| KILROY, JERRY W | 0992 |
| KIMBLE, JOSEPH | 1035 |
| KIMBLE, PAUL W | 1536 |
| KING (DECEASED), TOMMY L | 3240 |
| KING, CURTIS C | 4565 |
| KIRK, EVELYN J | 8551 |
| KITCHELL, STANLEY A | 3251 |
| KITTRELL, WALTER S | 3519 |
| KJELDSEN, NELS R | 1237 |
| KNIGHT, EMMITT C | 7733 |
| KNIGHTEN (DECEASED), MA | 2406 |
| KRYSAN, ROBERT J | 4467 |
| KUHN, WILLIE D | 7093 |
| LABICHE, KENNETH J | 1495 |
| LABODE SR, PAUL C | 0254 |

## *LEBLANC & WADDELL LLP*

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| LABORDE, PURDIE M | 3027 |
| LACASSIN, ARTHUR D | 6277 |
| LACOMBE SR, JOSEPH C | 6767 |
| LAIRD, ELMER H | 9546 |
| LAMBERT, CLIFTON P | 2817 |
| LAMP, IRA F | 3881 |
| LAND, BENJAMIN G | 5252 |
| LANDRY, ALBERT | 6306 |
| LANDRY, STANLEY T | 2877 |
| LARPENTER SR (DECEASED) | 6178 |
| LAWSON, GEORGE | 4899 |
| LEACH, DAVID M | 3793 |
| LEACH, ROBERT E | 4139 |
| LEADER, KIRBY J | 3481 |
| LEBLANC SR, CLEVELAND P | 6636 |
| LEBLANC, CLAUDE J | 9858 |
| LEBLANC, FRANCIS X | 1070 |
| LEBLANC, THOMAS M | 3319 |
| LEE JR, CALTON | 5453 |
| LEE, ELONZO M | 8508 |
| LEE, HERBERT E | 1343 |
| LEE, JOHNNY F | 0691 |
| LEE, KIRK | 2433 |
| LEE, LEON L | 3670 |
| LEE, LEOPOLD D | 6211 |
| LEE, WALTER | 7869 |
| LEIVA SR, JEAROLD J | 7895 |
| LEJEUNE, ROLAND J | 5786 |
| LEMAITRE JR., JULES W | 4017 |
| LEMAY, CARL J | 5877 |
| LEMELLE, LEON S | 6306 |
| LESLIE, JOSEPH R | 7137 |
| LEWIS JR, JESSIE | 5178 |
| LEWIS JR, PAUL | 2814 |
| LEWIS, CLIFFORD A | 2527 |
| LEWIS, WILLIE D | 4656 |
| LICALZI, ANTHONY N | 6791 |

## LEBLANC & WADDELL LLP

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| LINDSEY, CLIFTON J | 4595 |
| LITTLETON, VOLLIE J | 6935 |
| LIVELY, QUITMAN | 6209 |
| LIZANA, KELLER J | 1195 |
| LOCKRIDGE, WILLIAM R | 9145 |
| LONDON, SPENCE | 0278 |
| LONG, BILLY O | 1734 |
| LOVETT, RONALD W | 4510 |
| LOVOI (DECEASED), FRANK | 1197 |
| LYONS, DAZIE L | 1585 |
| MACALUSO, CAMILLE J | 2728 |
| MACALUSO, PETER J | 5005 |
| MACKLES, SALVADOR | 5933 |
| MAILLET JR, HARRY J | 5165 |
| MALVEAUX JR, ALCIDE | 4599 |
| MANNING DECEASED, GEOR | 1545 |
| MANNING, JAMES F | 9119 |
| MARCHBANKS, LINZIE M | 5428 |
| MARSHALL, CYNTHIA | 9645 |
| MARTIN (DECEASED), SYLVE | 7493 |
| MARTIN, ANDREW | 5284 |
| MARTIN, CAROLYN | 6652 |
| MASON, WILLIAM T | 8718 |
| MASSA, VINCENT F | 0904 |
| MASSEY, JOEL E | 9739 |
| MASTIO, GERALD A | 4229 |
| MATHERNE, WILTZ | 5503 |
| MATHEWS, STEVE | 5409 |
| MAXWELL, ELGIN C | 2578 |
| MAYS DECEASED, GARY M | 3811 |
| MCALLISTER DECEASED, PE | 5442 |
| MCCALLEF JR, EDWARD E | 1053 |
| MCCALLUM JR, GEORGE G | 8353 |
| MCCASTLE, DOUGLAS | 3571 |
| MCCLENDON, GUY M | 5656 |
| MCCLUNG, JAMES W | 4980 |
| MCCORMICK, RICHARD L | 6966 |

# LEBLANC & WADDELL LLP

| Claimant Name | Last 4 Digits of SSN |
| --- | --- |
| MCCRORY, LOY | 7175 |
| MCDONALD SR, ROY K | 7607 |
| MCELVEEN, TED C | 4986 |
| MCFERREN, HEUY P | 9694 |
| MCGARY, BEN | 0087 |
| MCGOEY, RICHARD J | 0137 |
| MCKINNEY, RAYMOND R | 6084 |
| MCKINNEY, ROBERT R | 2913 |
| MCLEAN (DECEASED), JOSE | 1966 |
| MCLIN, TROY M | 9915 |
| MCMANUS JR, EUGENE R | 3016 |
| MCMANUS, JACK J | 6572 |
| MCMANUS, JAMES R | 5275 |
| MEANS, JAMES E | 1904 |
| MEDLIN, DONALD H | 9824 |
| MELANCON, MERVIN | 0919 |
| MELON SR (DECEASED), JUL | 7263 |
| MELON SR, RONALD G | 5580 |
| MELON, GLENN M | 6726 |
| MEREDITH, JAMES W | 3501 |
| MERRITT, STANLEY L | 2709 |
| MESSER (DECEASED), MURP | 1466 |
| METHVIEN, CHARLES C | 3502 |
| MEYERS (DECEASED), VALM | 3156 |
| MILES JR, JAMES C | 4939 |
| MILLENDER JR, SAM | 7738 |
| MILLER JR, ALPHONSE A | 1873 |
| MILLER, JERRY A | 2908 |
| MILTON, EUGENE E | 0661 |
| MILTON, JOSEPH | 2161 |
| MIMS, THOMAS | 0648 |
| MITCHELL, JOHNNY P | 6758 |
| MITCHELL, WILLIAM D | 9142 |
| MONK, BILLY W | 8388 |
| MONTGOMERY, GLYNN M | 8878 |
| MOORE SR, LOUIS | 0090 |
| MOOREHEAD (DECEASED), T | 3553 |

## LEBLANC & WADDELL LLP

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| MORAN SR, MICHAEL P | 6381 |
| MOREAU SR, HERMAN J | 8041 |
| MOREL (DECEASED), IBEL | 4335 |
| MOREL (DECEASED), RONAL | 7764 |
| MOREL, GERALD T | 7954 |
| MORELAND (DECEASED), JO | 7859 |
| MORGAN (DECEASED), THO | 2243 |
| MORMAN, ROBERT | 1537 |
| MORRIS, MILTON | 0968 |
| MORRIS, RUSSELL | 8625 |
| MORROW, SAMUEL A | 9412 |
| MOSLEY, DON | 3055 |
| MOSS, DANNY | 7294 |
| MOULLIET, CHARLES | 3448 |
| MULMORE, OSCAR A | 1169 |
| MUNSON, DAVID | 2254 |
| MYERS SR, HENRY | 2035 |
| NALL, CREIGHTON J | 8410 |
| NAPIER, JERRY J | 2209 |
| NAQUIN, HARIS | 4314 |
| NEEDHAM SR, DONALD L | 8740 |
| NELSON (DECEASED), IRA J | 0803 |
| NELSON SR, HENRY L | 3584 |
| NEVELS (DECEASED), WALT | 6103 |
| NICHOLS, ALVA | 8296 |
| NICOSIA, KIM R | 8777 |
| NUNEZ, KENNETH C | 9636 |
| ODDO JR, WILLIAM A | 9128 |
| OMARA, IRVING A | 4942 |
| OSER, JOHNNIE C | 9795 |
| OSTEEN, J V | 7732 |
| OSWALD, CHARLES D | 6091 |
| OTT, DEWEY A | 2908 |
| OVERTON SR, RICHARD | 8034 |
| PACE (DECEASED), HAROLD | 7417 |
| PALMER, BENJAMIN | 9829 |
| PALMER, LARRY R | 8123 |

## LEBLANC & WADDELL LLP

| Claimant Name | Last 4 Digits of SSN |
| --- | --- |
| PALMER, RONALD W | 0397 |
| PARDUE, JIM | 7125 |
| PARKS, JOHN E | 9661 |
| PATIN JR, ALLEN | 9652 |
| PATIN, CECIL B | 1650 |
| PATIN, GEORGE | 8958 |
| PATT SR, ROBERT L | 8268 |
| PATTERSON, MATTHEW | 3044 |
| PAYNES JR, ELEX | 0429 |
| PEA, JOSEPH | 0921 |
| PEAIRS JR, STEPHEN P | 2332 |
| PEARCE, CHARLES E | 9185 |
| PECK, EDWARD J | 6177 |
| PECORARO, ANTHONY J | 8495 |
| PECORARO, ANTONIO J | 6495 |
| PELLITTERI, ANTHONY J | 0487 |
| PENO, THEODORE C | 6660 |
| PERELLI SR (DECEASED), M | 9470 |
| PERKINS, LELAND | 2953 |
| PERRAULT, RUSSELL R | 8194 |
| PERRET JR, ALWIN P | 3255 |
| PERRETTE, ROBERT T | 3190 |
| PERRITT, DAVID | 3120 |
| PERRY, MACK E | 8461 |
| PETERS, SHERMAN | 8036 |
| PETERSON, GEORGE A | 4382 |
| PETTY, CARL E | 1060 |
| PHILLIPS, OLAN T | 4834 |
| PICARD, BUDDY D | 9775 |
| PICKETT, GEORGE T | 9019 |
| PICKNEY SR, LEON | 2544 |
| PIERCE (DECEASED), GERAL | 2467 |
| PIERCE, ELDRIDGE P | 9552 |
| PIERRE SR, ERNEST N | 7683 |
| PIGOTT, LANCE O | 0014 |
| PIKE, HAROLD L | 4439 |
| PIKE, OLIVER C | 3603 |

## LEBLANC & WADDELL LLP

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| PIKES SR, LINDSELL | 9333 |
| PINION, LEROY J | 3269 |
| PINO JR, SEWELL F | 1731 |
| PIPES, LUTHER P | 5046 |
| PITRE, SIMON | 7232 |
| PITTMAN, STANLEY | 6973 |
| PIZZALATO, PETER | 5944 |
| PIZZOLATO, TONY J | 4856 |
| PLAISANCE, CLIFFORD J | 4199 |
| PLAISANCE, LARRY J | 6839 |
| POCHE, DAVID | 4065 |
| POCHE, WINSTON R | 5153 |
| POINTE JR, CHARLES | 8174 |
| POLK JR, VIRGIL E | 0530 |
| PONTHIEUX, PAUL F | 1089 |
| PORTER III, HENRY L | 1340 |
| POURCIAU JR, ANTHONY A | 2539 |
| POURCIAU SR, MICHAEL J | 2867 |
| POURCIAU, ALLEN J | 7544 |
| POWELL JR., SHELBY F | 3966 |
| POWELL, WILLIAM J | 0303 |
| PREJEAN SR, LESLIE J | 5355 |
| PRESTENBACH, WALTER J | 1576 |
| PRESTRIDGE, OWEN B | 8461 |
| PRICE, ROY A | 6449 |
| PRIEST, CLYDE M | 3674 |
| PUGH, RAY | 4488 |
| QUIN SR, PERCY | 4725 |
| RAGSDALE, MARION G | 3694 |
| RAINWATER (DECEASED), C | 5221 |
| RAINWATER, CHARLES R | 8043 |
| RAMIREZ, RICHARD P | 8096 |
| RANCATORE SR, PAUL | 1602 |
| RATLIFF, ELLIS | 1321 |
| RAWLINS, ELMER P | 7803 |
| RAWLS SR, ARNOLD M | 6883 |
| RAY, NORA E | 1150 |

## *LEBLANC & WADDELL LLP*

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| RAYBORN, BILLY B | 1254 |
| REBALDO, JOSEPH | 3017 |
| REDMOND, PAUL T | 9084 |
| REED JR, LUNA | 0797 |
| REED, IVY L | 7157 |
| REED, JESSE O | 5304 |
| REED, WILLIAM C | 7467 |
| REEVES, FLOYD | 3173 |
| REINE, EDWARD A | 8653 |
| REMORE, RODNEY D | 9265 |
| RENTROP, FREDERICK M | 5298 |
| REYNARD, LESTER R | 0139 |
| RHODES SR, EARL | 9907 |
| RICARD, ARTHUR | 2803 |
| RICHARD JR, JOHN | 5675 |
| RICHARD SR, GEORGE | 9910 |
| RICHARD SR, JOSEPH B | 0658 |
| RICHARD, ROBERT A | 8832 |
| RICHARDS, MARCY E | 1956 |
| RICHARDSON, LEON | 5616 |
| RICHARDSON, SAM L | 9135 |
| RIGAUD, ANTHONY A | 7590 |
| RILEY SR, LARRY J | 5551 |
| RILEY, WILLIAM L | 9202 |
| ROBERT, ROY G | 5960 |
| ROBERTS, BILL | 6440 |
| ROBERTS, JAMES F | 2109 |
| ROBERTSON SR, FRANK A | 3957 |
| ROBERTSON, JAKE R | 4379 |
| ROBERTSON, JAMES C | 2558 |
| ROBINSON JR, JESSIE J | 7123 |
| ROBINSON, CALVIN F | 6570 |
| ROBINSON, WOODROW (DE | 4996 |
| RODNEY SR, JOHN W | 5750 |
| RODRIGUEZ, ARTHUR J | 6310 |
| RODRIGUEZ, HOLDEN J | 6309 |
| ROGERS SR SR, JONATHAN | 1666 |

# *LEBLANC & WADDELL LLP*

| *Claimant Name* | *Last 4 Digits of SSN* |
| --- | --- |
| ROHDE JR, EDWARD L | 4629 |
| ROME JR, LUCIEN J | 8225 |
| ROPER JR, JASPER | 4495 |
| ROQUES SR, GABRIEL J | 5074 |
| ROSAYA, ARTHUR B | 3143 |
| ROSS JR, CECIL A | 7579 |
| ROST, CLAUDE | 8098 |
| ROSZELL, RODNEY G | 7651 |
| ROUBIQUE JR, WILLIE J | 4452 |
| ROUQUETTE, MALCOLM | 0186 |
| ROUTE, CLIFFORD J | 0421 |
| ROUX, ADOLPH C (DECEASE | 1029 |
| ROYBAL, JOSEPH | 0682 |
| RUSSELL, JOE G | 7150 |
| SAGONA, TONY | 5146 |
| SAIZAN, IGNACE L | 7901 |
| SALVATO, JOSEPH J | 3567 |
| SANCHEZ, ALBERT J | 6501 |
| SANDERS, CHARLES | 0787 |
| SANDERS, JARRELL B | 2229 |
| SANDIFER, JAMES G | 1713 |
| SANDRIDGE, JAMES W | 0691 |
| SAUCIER (DECEASED), PHILI | 5710 |
| SAVOIE, WILLIE | 5507 |
| SAVOY, PANCRATIUS | 2115 |
| SCARBOROUGH JR, LAWRE | 3303 |
| SCARBROUGH, FELIX T | 1780 |
| SCHEXNAYDER, DELBERT J | 4353 |
| SCHITTONE, FRANK J | 0473 |
| SCHMIDERER JR, LOUIS A | 1106 |
| SCIBETTA, JOSEPH N | 0224 |
| SCOTT JR, ALONZO | 8405 |
| SCOTT SR, JOHN H | 9286 |
| SCOTT, CLAYTON D | 5573 |
| SCOTT, HENRY J | 6496 |
| SCOTT, JERRY W | 5515 |
| SCOTT, LEAMON F | 4394 |

## LEBLANC & WADDELL LLP

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| SCOTT, LEONARD | 2264 |
| SCROGGINS, FLOYD | 8044 |
| SCROGGINS, HOWARD | 0626 |
| SCROGGS, CLINTON R | 4390 |
| SCRUGGS, GLENN E | 6214 |
| SEARS, IRVIN | 0060 |
| SEGUIN, JOSEPH C | 3754 |
| SERIGNE, JOHN L | 4105 |
| SHAFFER, JIMMY H | 7585 |
| SHAFFER, RANDOLPH V | 9157 |
| SHAFFETT, JOHNNY A | 8230 |
| SHAFFETT, WAYNE A | 3637 |
| SHANKLIN SR, EDWARD | 3185 |
| SHANNON, CLYDE C | 4537 |
| SHAR SR, ARTHUR L | 7491 |
| SHCULE, FREDERICK | 5873 |
| SHELLY SR, CEASER R | 9616 |
| SHELTON SR, CLEMON | 5834 |
| SHINE, C W | 3883 |
| SHOEMAKE JR, WILBUR | 9833 |
| SHOWS, ALBERT W | 2244 |
| SIBLEY, JAMES B | 8272 |
| SIBLEY, RALPH V | 8133 |
| SIENER, ALVIN J | 6675 |
| SIETA, CLAUDE J | 9542 |
| SIKES, HUGH | 4796 |
| SILVIO, ANGELO | 5916 |
| SIMEON, JAMES D | 5059 |
| SIMIEN, JOSEPH L | 8651 |
| SIMKO SR, DAVID A | 0898 |
| SIMMONS, FRANK J | 2558 |
| SIMMONS, WAYNARD A | 1673 |
| SIMON JR, EDGAR J | 0826 |
| SIMONEAUX, AUBERT A | 0259 |
| SIMONEAUX, RICHARD L | 9707 |
| SIMPSON, KENNETH | 6783 |
| SIMPSON, VALMON G | 7099 |

## LEBLANC & WADDELL LLP

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| SIMS, ARTHUR V | 7471 |
| SINGLETON, JOSEPH L | 4711 |
| SLACK JR, HARVEY L | 7034 |
| SMART JR, JAMES | 3754 |
| SMART, CARLOS H | 2636 |
| SMITH (DECEASED), ALVIN W | 7244 |
| SMITH JR, HENRY | 3159 |
| SMITH SR, ERNEST E | 5352 |
| SMITH SR, MELVIN R | 9615 |
| SMITH, ALBERT L | 9067 |
| SMITH, DIXON L | 6386 |
| SMITH, DONALD E | 6759 |
| SMITH, FLORENE | 4378 |
| SMITH, JOHN N | 8993 |
| SMITH, JULIAN R | 4276 |
| SMITH, SAM | 8041 |
| SNOW, ARTHUR J | 7257 |
| SOAPE SR, BURLEIGH E | 9603 |
| SOBERS, FREDDIE A | 1132 |
| SONNIER, ELRIDGE | 6008 |
| SOULIER, DON B | 7973 |
| SPANN, HENRY | 3494 |
| SPARACINO, ANGELO G | 6472 |
| SPEARS SR, EARL L | 8163 |
| SPEARS SR, LEON | 4526 |
| SPEARS, WILLIAM M | 9107 |
| SPENCER (DECEASED), JOH | 7212 |
| SPIERS (DECEASED), ARNOL | 5510 |
| ST GERMAIN SR, ROY | 6975 |
| STAGGS, R B | 4070 |
| STANGA, KENDALL E | 3736 |
| STANLEY, EULAN A | 2050 |
| STEADMAN, LESTER F | 3371 |
| STEIB, FIRMIN | 1118 |
| STERLING SR, BERNARD | 8819 |
| STEVENS (DECEASED), GRO | 3390 |
| STEVENS SR, MELVIN | 8076 |

## LEBLANC & WADDELL LLP

| Claimant Name | Last 4 Digits of SSN |
| --- | --- |
| STEVENS, CHESTER | 2727 |
| STEVENS, FRANKLIN | 0819 |
| STEVENS, TERRELL O | 4873 |
| STEVENSON, LLOYD C | 8286 |
| STEWART, JAMES T | 0447 |
| STEWART, JOHN E | 0130 |
| STICKER, GLEN R | 4108 |
| STIPELCOVICH, MELVIN A | 7648 |
| STOCKSTILL JR, JOHN M | 6525 |
| STOKES, RAY W | 1038 |
| STONE, OLIVER D | 9411 |
| STRICKLAND, CARL E | 0378 |
| STUART (DECEASED), MICHA | 9535 |
| STUMPF, ROBERT J | 5771 |
| SUMLIN, FRANK | 6410 |
| SUMRALL, RONALD W | 0268 |
| SUTTON JR, ERWIN P | 6990 |
| SWEARINGEN, ERIC V | 4552 |
| SYLVE, ANTHONY C | 0366 |
| TACEA, EARL J | 9340 |
| TACKE JR, GRANVILLE C | 6042 |
| TALTON (DECEASED), DEWIT | 5775 |
| TANNER (DECEASED), CHAR | 6079 |
| TANNER, HOWARD D | 7453 |
| TARVER, LARRY W | 8915 |
| TARVER, LONNIE E | 5861 |
| TAYLOR, FLOYD | 7744 |
| TEMPLE JR, THOMAS E | 4339 |
| TEMPLETON, GEORGE | 9029 |
| TERRELL, CHARLES A | 0038 |
| THEOPHILUS, ALBERT | 2806 |
| THERANCE, JOSEPH W | 1335 |
| THIBODEAUX, JOSEPH C | 3780 |
| THIEL, ROY G | 0657 |
| THIERRY, ARTHUR L | 1384 |
| THOMAS JR, LEROY | 4101 |
| THOMAS SR (DECEASED), AL | 2247 |

## LEBLANC & WADDELL LLP

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| THOMAS SR, ALVIN J | 8372 |
| THOMAS, ANDREW L | 4978 |
| THOMAS, GEORGE C | 1952 |
| THOMAS, JIMMY | 7908 |
| THOMAS, JOE E | 7361 |
| THOMAS, JOHN R | 8378 |
| THOMPSON JR, WILSON | 7398 |
| THOMPSON, C J | 2736 |
| THOMPSON, CALVIN | 0815 |
| THOMPSON, DAVID S | 7547 |
| THOMPSON, KENNETH R | 6789 |
| THOMPSON, LOUIS | 1400 |
| THOMPSON, ROBERT J | 3340 |
| THOMPSON, ROBERT L | 1574 |
| THORNTON, ELIJAH | 9520 |
| THORNTON, WINCE | 6118 |
| TILLMAN (DECEASED), ERNE | 6881 |
| TILLMAN JR, JOE | 3533 |
| TILLMAN SR, HOYT | 9501 |
| TOLAR JR, MURPHY R | 0943 |
| TOLBIRD, DONALD G | 8796 |
| TOWNSEND, GEORGE G | 3301 |
| TRAVIS, LESTER F | 7506 |
| TROSCLAIR, OMER J | 3931 |
| TROTH, CHARLES R | 1917 |
| TRUDEAU, EMILE M | 4897 |
| TRUETT SR, ROBERT W | 0438 |
| TUBBS, JOHN L | 6468 |
| TUGGLE JR, HOLLIS | 3722 |
| TULLIS, JAMES M | 0855 |
| TUMINELLO, ROBERT M | 9443 |
| TURNER SR, MATTHEWS | 1610 |
| TURNER, EUGENE M | 9941 |
| TURNER, LAZARUS | 8439 |
| TYLER, JOHN S | 8515 |
| UPCHURCH, BILLY G | 6707 |
| UPTON, DAVID M | 6859 |

## *LEBLANC & WADDELL LLP*

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| VACCARO, HENRY A | 4872 |
| VALLERY JR, LEONCE | 8095 |
| VAMPRAN, TOEFIELD | 4091 |
| VARNER, HARVEY L | 0836 |
| VAUGHAN, CECIL | 3553 |
| VAUGHAN, JIMMIE C | 3524 |
| VEAL, PATRICIA L | 7503 |
| VEATCH, THOMAS F | 9115 |
| VENABLE, RICHARD L | 4851 |
| VERRET, ANATOLE J | 8747 |
| VICKNAIR, HAROLD | 1954 |
| VICKNAIR, HENRY | 6915 |
| VICKNAIR, WILTON J | 6294 |
| VINCENT, RONALD J | 5002 |
| VOSLOH, KARL J | 1549 |
| WAGUESPACK JR., JOSEPH | 9802 |
| WALKER, ELGIN E | 0722 |
| WALKER, JOSEPH G | 4823 |
| WALKER, ROBERT E | 4839 |
| WALKER, WILLIAM S | 5769 |
| WALLACE, JOSEPH W | 2889 |
| WALTERS, LAWRENCE L | 5619 |
| WARE, TROY M | 5060 |
| WARREN, HORACE E | 0514 |
| WARREN, ROBERT S | 4007 |
| WASCOM, INGRAM R | 2578 |
| WASHINGTON, CHARLES | 0470 |
| WATKINS, WILGUS E | 5447 |
| WATSON, CHARLES J | 4584 |
| WATSON, JOHN M | 2221 |
| WEAVER, LLOYD C | 6400 |
| WEAVER, PAUL H | 4822 |
| WEDGEWORTH, CARL D | 0149 |
| WEEDEN (DECEASED), NATH | 9566 |
| WELCH, GASTON F | 7600 |
| WELCH, HILTON | 0920 |
| WEST (DECEASED), JOHN H | 4207 |

## *LEBLANC & WADDELL LLP*

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| WEST, ALLEN S | 7032 |
| WHEAT (DECEASED), WALLA | 4965 |
| WHEAT, MONROE G | 3677 |
| WHITE (DECEASED), JESSE | 4039 |
| WHITE JR (DECEASED), AND | 6517 |
| WHITE SR, ARTHUR | 4226 |
| WHITE, MELVIN D | 0189 |
| WHITE, WILLARD | 1131 |
| WHITE, WILLIAM J | 0791 |
| WHITEHEAD, JAMES K | 3968 |
| WHITMORE, JOSEPH A | 2537 |
| WHITMORE, LEADREW | 8538 |
| WILKES, BENNIE C | 1559 |
| WILLIAMS (DECEASED), HEN | 4092 |
| WILLIAMS JR, WILEY | 8049 |
| WILLIAMS SR., EARL P | 3941 |
| WILLIAMS SR., JAMES E | 6282 |
| WILLIAMS, A C | 5898 |
| WILLIAMS, ALEX | 5098 |
| WILLIAMS, ALVIN C | 5455 |
| WILLIAMS, CLARENCE | 4536 |
| WILLIAMS, DON L | 2815 |
| WILLIAMS, EDWARD D | 7432 |
| WILLIAMS, HENRY E | 2203 |
| WILLIAMS, HUSTON M | 3925 |
| WILLIAMS, LARRY | 2826 |
| WILLIAMS, LOUIS | 3610 |
| WILLIAMS, OTIS R | 7140 |
| WILSEY, CHARLES F | 7882 |
| WILSON, HOWARD L | 9967 |
| WILSON, MERVIN | 3489 |
| WILSON, SHERRY R | 9124 |
| WINSEY JR, SAMUEL G | 0614 |
| WOEST JR, GEORGE W | 4465 |
| WOMACK, HORACE B | 4312 |
| WOODWARD, JERRY F | 1895 |
| WOOSTER, MARVIN L | 7912 |

## *LEBLANC & WADDELL LLP*

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| WRIGHT, ROBERT | 9956 |
| YELVERTON, BUFORD O | 3424 |
| YOUNG JR, HORACE | 7099 |
| YOUNG, ALVIN D | 9308 |
| YOUNG, EDWARD | 1077 |
| ZACHARY, CHARLES R | 0389 |
| ZACHARY, HOUSTON L | 8368 |
| ZAGONE, JOSEPH A | 2806 |
| ZERINGUE, ROLAND J | 8581 |
| ZIEGLER (DECEASED), IRWIN | 6437 |
| ZWICKE, MELVIN A | 5356 |