IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NOTICE OF SERVICE OF DEBTORS' SECOND SET OF INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS (LEBLANC & WADDELL)**

PLEASE TAKE NOTICE that on May 19, 2007, counsel for Debtors W.R. Grace & Co., et al. caused a copy of the Debtors' Second Set of Interrogatories to Certain Asbestos Personal Injury Pre-Petition Litigation Claimants' Law Firms (LeBlanc & Waddell) to be served on the individuals on the attached service list in the manner provided therein.

Dated: May 19, 2007

                                      Respectfully submitted,

                                      KIRKLAND & ELLIS LLP
                                      David M. Bernick
                                      Janet S. Baer
                                      Ellen Therese Ahern
                                      Salvatore F. Bianca
                                      200 East Randolph Drive
                                      Chicago, IL 60601
                                      Telephone:    (312) 861-2000
                                      Facsimile:    (312) 861-2200

                                      KIRKLAND & ELLIS LLP
                                      Barbara Harding
                                      Brian T. Stansbury
                                      Amanda C. Basta
                                      655 Fifteenth Street, NW
                                      Washington, D.C. 20005
                                      Telephone:    (202) 879-5000
                                      Facsimile:    (202) 879-5200

-and-

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400