## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W. R. GRACE & CO.,** *et al.*, | ) | **Case No. 01-1139 (JKF)** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |

### NOTICE OF DEPOSITION

To **Williams Bailey Law Firm, LLP** and to All Parties on the Attached Service List:

    **PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable by Rule 7030 of the Federal Rules of Bankruptcy Procedure, the Debtors will take the deposition upon oral examination of the attorney at **Williams Bailey Law Firm, LLP** most knowledgeable concerning the activities undertaken by the firm to respond to the W. R. Grace Asbestos Personal Injury Questionnaire on behalf of the claimants listed on Exhibit A hereto. The deposition shall be taken **on June 21, 2007** at the offices of **Williams Bailey Law Firm, LLP** or at such time and place as otherwise agreed to by the parties.

    **TAKE FURTHER NOTICE** that the deposition shall be conducted before a person duly authorized to administer oaths in the relevant jurisdiction and will continue day-to-day until concluded. Testimony shall be taken by stenographic means and will also be recorded by sound-and-visual means. Parties beyond deponent who are served with a copy of this Notice are invited to attend and to cross-examine.

1

Dated: May 18, 2007

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick
Janet S. Baer
Ellen Therese Ahern
Salvatore F. Bianca
200 East Randolph Drive
Chicago, IL 60601
Telephone:    (312) 861-2000
Facsimile:    (312) 861-2200

KIRKLAND & ELLIS LLP
Barbara Harding
Brian T. Stansbury
Amanda C. Basta
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone:    (202) 879-5000
Facsimile:    (202) 879-5200

-and-

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB LLP ·

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

2

# Exhibit A

## WILLIAMS BAILEY LAW FIRM

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| ABSTON, COY | 4579 |
| ADAMS, OLLIE B | 0164 |
| ADKINS, WILLIAM | 2236 |
| AINSWORTH, GARY W | 4299 |
| ALLEN, JOHN | 9142 |
| ALLEN, NATHANIEL | 9427 |
| ALLEN, RENA | 6081 |
| ANDERSON, ALEX | 0949 |
| ANDERSON, CHARLES D | 5855 |
| ANDERSON, CURTIS G | 9249 |
| ANDERSON, JOHN W | 8367 |
| ANDREWS, JOHN | 9623 |
| ANDREWS, THEODORE | 0074 |
| ANTOINE, JOSEPH | 2144 |
| ARENA, JOSEPH T | 9049 |
| ARNOLD, ELDREDGE H | 1323 |
| ASHLEY, HIRAM | 7242 |
| ATKINSON, LEO | 7116 |
| AUSTIN, DANIEL C | 0684 |
| AUSTIN, DELMER L | 3803 |
| AUZENNE, JOSEPH J | 5305 |
| AVERA, WILLIAM E | 4448 |
| AVERETTE, JAMES C | 1074 |
| AYRES, A M | 0666 |
| BACON, HENRY E | 1937 |
| BANIK, THEODORE | 7825 |
| BANKS, GARY R | 2089 |
| BARNES, LEO | 9546 |
| BARNETT, LEONARD E | 2638 |
| BARRETT, GUY F | 1737 |
| BARRINGTON, JOHN L | 3423 |
| BASS, NAPOLEON | 4726 |
| BATTLE, ELBERT | 8047 |
| BEATY, HOMER | 2092 |
| BEATY, JAMES R | 1222 |
| BELCHER, MARVIN | 4994 |
| BELL, HENRY | 6813 |

*Page 1*

## WILLIAMS BAILEY LAW FIRM

| Claimant Name | Last 4 Digits of SSN |
| --- | --- |
| BELL, JACK | 8880 |
| BELL, NOAH F | 9812 |
| BELLOW, LESTER | 9501 |
| BENNETT, JAMES | 7080 |
| BENSON, CHARLES H | 2738 |
| BERRY, ROBERT W | 4224 |
| BEST, JERRY W | 7309 |
| BIAS, SYDNEY C | 2848 |
| BISHOP, CHARLES | 7454 |
| BISHOP, JOE E | 7086 |
| BLACK, GRADY L | 1800 |
| BLACKLIDGE, KENNETH | 5104 |
| BLACKMON, RAY J | 0836 |
| BLACKMON, ROBERT E | 5737 |
| BLACKWELL, ROBERT L | 3090 |
| BLAIR, WILLIAM | 5997 |
| BLALOCK, JOHN T | 5213 |
| BLANKENSHIP, ALBERT N | 5732 |
| BLEVINS, JIMMY R | 3284 |
| BLUE, CHARLES D | 7949 |
| BODIFORD, JOHN W | 8394 |
| BONIER, ROBERT | 8722 |
| BOOKER, ERVIN | 1865 |
| BOOKER, JOSEPH J | 3676 |
| BOTTINI, GERALD R | 4672 |
| BOULTER, JOHN A | 7556 |
| BOWLES, HENRY D | 1083 |
| BOWLING, JOHN L | 9702 |
| BOYD, DARRELL W | 2956 |
| BOYD, JOHN H | 0759 |
| BRADLEY, WALLACE E | 6114 |
| BRANCH, JAMES L | 4851 |
| BRANDON, ARTHUR C | 8940 |
| BRANNON, WILLIAM V | 6208 |
| BRANTLEY, LONNIE | 0476 |
| BRAZELTON, JESSIE | 0027 |
| BRENHAM, HARRY | 7212 |

## WILLIAMS BAILEY LAW FIRM

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| BREWER, KEITH A | 0373 |
| BRITT, J C | 5480 |
| BROADWAY, MALVIN A | 8118 |
| BROOKS, RICHARD | 8872 |
| BROUGHTON, NORRIS L | 7953 |
| BROUSSARD, ROBERT L | 2190 |
| BROWN, ABEL | 8893 |
| BROWN, DON D | 4079 |
| BROWN, JAMES C | 6899 |
| BROWN, JERRY L | 8738 |
| BROWN, LEE E | 4067 |
| BROWN, RICHARD | 9091 |
| BROWNLEE, JOHN H | 1636 |
| BRUNSON, DAVID R | 9010 |
| BRYAN, ROBERT D | 7841 |
| BRYANT, FRANK K | 9949 |
| BRYANT, GEORGE | 8552 |
| BUCKELEW, JOSEPH | 5572 |
| BUCKHOLT, ROBERT L | 5418 |
| BUCKLEY, MARVIN P | 4562 |
| BULLARD, FRANCIS | 2198 |
| BUMPERS, WILLIAM M | 3501 |
| BURCH, MERLE | 8819 |
| BURKHALTER, GRADY R | 0640 |
| BURKS, OTIS | 8668 |
| BURNETT, SAM P | 8115 |
| BURNS, BEN T | 7826 |
| BURNS, RAYMOND J | 5307 |
| BURT, OTIS | 7024 |
| BURT, WAYNE E | 8680 |
| BURTON, ARTHUR | 8409 |
| BURTS, TOMMIE L | 9137 |
| BUSBY, EDWARD | 3696 |
| BUSH, ISAC R | 7513 |
| BUTCHER, L V | 0092 |
| BUTCHER, WILLIAM T | 9545 |
| BYARS, JAMES D | 3666 |

## WILLIAMS BAILEY LAW FIRM

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| CADE, TROY | 6964 |
| CADE, WILLIE I | 2671 |
| CAIN, HARVEY H | 6468 |
| CALECAS, JOHN | 8478 |
| CAMPBELL, CHARLES | 0738 |
| CANARD, JAMES D | 2442 |
| CANON, LEONARD | 1893 |
| CANTU, RENE | 8820 |
| CARPENTER, RUSSELL | 5294 |
| CARROLL, BUSTER L | 2537 |
| CARROLL, JAMES D | 8040 |
| CARSTARPHEN, BOBBY E | 4484 |
| CARTER, ALBERT E | 4804 |
| CARTER, CLARENCE M | 6367 |
| CARTER, MARVIN | 4490 |
| CARTER, WALLACE E | 6878 |
| CHAFFIN, JAMES W | 1590 |
| CHAFIN, NORMAN R | 8870 |
| CHAMBLESS, BILLY J | 8126 |
| CHANDLER, DAVID E | 9777 |
| CHAPA, ISMAEL | 5255 |
| CHAPA, RUBEN G | 8126 |
| CHARLES, ALFRED T | 2462 |
| CHEEK, JAMES W | 1476 |
| CHENEY, WILLIAM B | 3210 |
| CHILDRESS, HAROLD G | 2064 |
| CLARK, EMMETT F | 0244 |
| CLARK, LOYD | 2494 |
| CLEMENS, RICHARD | 4856 |
| CLEMONS, NATHANIEL | 3913 |
| COCHRAN, JAMES E | 1721 |
| COLE, HAROLD L | 5786 |
| COLSTON, ALICE W | 4184 |
| COMPTON, LEVY | 7684 |
| CONERLY, LOUIS J | 2694 |
| CONROY, THURSTON W | 9958 |
| COOK, FLOYD E | 3491 |

## WILLIAMS BAILEY LAW FIRM

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| COOK, LOUIS W | 8463 |
| COOK, WILLIAM W | 3435 |
| COOLEY, JOHNNIE J | 9202 |
| COOPER, MARVIN | 4149 |
| COOPER, MILLARD | 6232 |
| COOPER, O T | 7268 |
| COOPER, RALPH | 3134 |
| COPELAND, JAMES R | 5179 |
| COPELAND, WALTER | 6086 |
| CORNELIUS, MILTON | 2347 |
| COTTON, AUGUST | 6023 |
| COURTNEY, WILLIAM | 8286 |
| COVINGTON, JAMES H | 4559 |
| COWHERD, JIMMIE | 1699 |
| COX, BEN F | 3343 |
| COX, ELROY | 9806 |
| COX, HENRY L | 6673 |
| COX, LEE J | 1868 |
| COX, MARSHALL G | 2935 |
| CRAIG, RANDOLPH | 8244 |
| CROCKER, DOUGLAS L | 1022 |
| CROCKETT, ADOLPHUS | 8340 |
| CROSS, ROY E | 7655 |
| CROW, LYNN L | 7668 |
| CRUMPTON, DAVID C | 5573 |
| CRUSO, WILLIE C | 6338 |
| CUNNINGHAM, RAYFORD | 7557 |
| CURETTE, JOSEPH | 8867 |
| CURREN, JACKIE | 5987 |
| DABNEY, JAMES M | 0613 |
| DAIGLE, HARRY H | 4557 |
| DALTON, FREDDIE L | 8686 |
| DANCER, BENNIE J | 2887 |
| DANCY, WILLIAM | 0227 |
| DANIEL, JAMES K | 6793 |
| DANNA, STEVE | 0337 |
| DARBY, FRED | 6911 |

## WILLIAMS BAILEY LAW FIRM

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| DARDEN, HENRY H | 9098 |
| DAVIS, HENRY L | 3440 |
| DAVIS, OSCAR | 5444 |
| DAWDY, JOHN L | 8980 |
| DEAN, MURVIN | 2553 |
| DEAN, TRAVIS | 2079 |
| DEESE, A C | 5666 |
| DEL BOSQUE, ALBERT H | 7822 |
| DESPAIN, MARY | 5985 |
| DIALS, HOUSTON | 3980 |
| DIDIER, JOHN C | 0128 |
| DIXON, ERNEST L | 6075 |
| DOMINGUE, R L | 3711 |
| DOMINGUEZ, JUAN | 4530 |
| DOMONOVSKY, WILLIAM E | 2245 |
| DONAHOE, LOYD | 2633 |
| DONALDSON, T M | 0551 |
| DONNELLY, JOHN L | 2266 |
| DOOLAN, GEORGE R | 6721 |
| DOROUTH, JOHNNY W | 3975 |
| DORTCH, WILLIE P | 6560 |
| DOSS, HORACE | 4590 |
| DOUGLAS, LLEWELYN | 2370 |
| DOUGLAS, MILTON H | 9390 |
| DOVER, CARL | 6358 |
| DUKE, CLINTON A | 3749 |
| DUMAS, E V | 3080 |
| DUNAWAY, HUBERT E | 5245 |
| DUNN, PAUL K | 3813 |
| DUNSON, JAMES | 0962 |
| DUTY, CLARENCE | 1525 |
| DYE, BRUCE G | 3576 |
| DYSON, OSCAR H | 6717 |
| EAKES, CASPER R | 1445 |
| EDWARDS, DANNIE | 5618 |
| EDWARDS, GRADY B | 4672 |
| EDWARDS, JESSIE J | 8667 |

# WILLIAMS BAILEY LAW FIRM

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| ELLENDER, JOHN W | 1702 |
| ELLINGTON, WAYNE | 3249 |
| ELLIOTT, EARL | 2076 |
| ELLIS, JAMES L | 2853 |
| ELLIS, RANDY | 9826 |
| ELLIS, WILLIAM | 5013 |
| ELLIS, WILLIAM P | 4822 |
| ELMORE, LEON | 6306 |
| EMERY, ROBERT N | 7074 |
| ENGLISH, LOUIS S | 0434 |
| EVANS, DAVID W | 5738 |
| EVANS, WILLIE E | 5124 |
| EVERETT, GEORGE A | 3978 |
| EVETTS, JAMES C | 0012 |
| FAIR, ALBERT L | 9655 |
| FARIS, RUFUS E | 8097 |
| FERNANDEZ, RICHARD A | 7123 |
| FIELDS, HENRY | 8291 |
| FIELDS, JIM | 5273 |
| FINK, WILLIAM A | 6782 |
| FINKLEA, LEO | 4176 |
| FISCHER, JOHN W | 8025 |
| FISHER, L B | 3467 |
| FLIPPO, WILLIAM C | 0931 |
| FORBES, CHARLES D | 1803 |
| FOSTER, EDWARD L | 6346 |
| FOSTER, HATTEN E | 8305 |
| FOSTER, JAMES | 0561 |
| FOSTER, ROBERT C | 4378 |
| FOSTER, WILLIE | 3559 |
| FRANCES, LE ROY | 8452 |
| FREE, ROBERT L | 4759 |
| FREED, WILLIE | 6070 |
| FREEMAN, DAVID R | 2032 |
| FREEMAN, MORRIS | 2499 |
| FREEMAN, ROBERT D | 2867 |
| FRILEY, JOSEPH L | 0188 |

## WILLIAMS BAILEY LAW FIRM

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| FROHOFF, E B | 6979 |
| FURR, L C | 8952 |
| GARCIA, ORLANDO | 1502 |
| GARCIA, SAM A | 9370 |
| GARDNER, PRINCE B | 7279 |
| GARRETT, J L | 6722 |
| GARZA, FRANK R | 1537 |
| GASTON, ROBERT L | 2282 |
| GATES, MARVIN E | 3031 |
| GATTIS, ROY L | 5564 |
| GEER, JESS K | 6206 |
| GENTRY, SHERMAN | 8618 |
| GEORGE, JESSE | 8487 |
| GEORGE, ODELL K | 0974 |
| GERHARDT, JOHN L | 2472 |
| GILBREATH, CHARLES W | 7739 |
| GILCHRIST, BOBBY L | 0682 |
| GILES, LEE A | 0327 |
| GILES, RONNIE G | 9867 |
| GILLEN, JOHN | 0031 |
| GONZALES, ANTONIO G | 8800 |
| GONZALEZ, ROBERTO P | 6315 |
| GONZALEZ, TOMAS | 0448 |
| GOODMAN, JOY D | 3930 |
| GOSS, JOSEPH T | 1532 |
| GOVAN, NORMAN | 9412 |
| GRAY, LUTHER H | 3448 |
| GRAY, ROBERT C | 6350 |
| GRAY, ROYCE A | 8023 |
| GREEN, WILLIE | 7384 |
| GREENE, LEE | 1759 |
| GRIFFIN, JAMES W | 1957 |
| GRISSOM, R L | 1858 |
| GROOM, JOSEPH R | 1807 |
| GROVER, FRANK | 3911 |
| GRUBBS, JAMES F | 1200 |
| GUAJARDO, DAVID R | 4848 |

# WILLIAMS BAILEY LAW FIRM

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| GUERRA, RENE | 2591 |
| GULLEY, DAVE | 3685 |
| GULLEY, EMANUEL | 8924 |
| GUY, ROSCOE | 7379 |
| HALES, E B | 7303 |
| HALL, BETTIE | 0505 |
| HALL, JOHN H | 5087 |
| HAM, KENNETH D | 6585 |
| HAMILTON, BILLY | 8117 |
| HAMILTON, RALPH | 8799 |
| HAMILTON, WILLIE | 3044 |
| HAMMICK, HOWARD O | 3449 |
| HAMMOND, FRANK | 5815 |
| HANCOCK, BRENT T | 9344 |
| HARDY, LEE R | 7991 |
| HARDY, MAGELEAN | 4354 |
| HARE, HENRY | 4320 |
| HARE, JAKE | 3047 |
| HARGRAVE, HARVEY | 3980 |
| HARGROVE, LESTER | 4826 |
| HARPER, KIMBLE E | 8274 |
| HARPER, WILFRED R | 3879 |
| HARPER, WILLIE | 0921 |
| HARRELL, DONA M | 2411 |
| HARRELL, THOMAS E | 2584 |
| HARRIS, JOHN J | 3848 |
| HARRIS, KENNETH R | 1665 |
| HARRIS, MANLES | 2191 |
| HARRIS, NORMAN | 4824 |
| HARRIS, SAMUEL | 0208 |
| HARRIS, WATTIE J | 6059 |
| HARRISON, L C | 0572 |
| HARRISON, THOMAS N | 5950 |
| HARRISON, WILLIAM L | 4524 |
| HART, DOLORES H | 4963 |
| HARTMAN, FRANK | 4463 |
| HARTZES, GEORGE E | 8485 |

## WILLIAMS BAILEY LAW FIRM

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| HARVEY, HAROLD R | 5407 |
| HAYES, JACK S | 1216 |
| HAZWOOD, HENRY | 8682 |
| HEBERT, ANDRE | 9406 |
| HEGGER, THOMAS L | 6717 |
| HENDERSON, GEORGE W | 2137 |
| HENION, GLEN | 9180 |
| HENRY, WALLACE | 1012 |
| HENSLEY, JOHN | 4747 |
| HERNANDEZ, JOSE O | 6736 |
| HERNANDEZ, MARTIN | 6309 |
| HERRING, MARVIN S | 0137 |
| HERRINGTON, JAMES E | 8792 |
| HETHERINGTON, FRANK | 7475 |
| HEYWOOD, ROGER H | 7767 |
| HICKMAN, JAMES R | 1073 |
| HICKS, LEO R | 4024 |
| HICKS, LEON D | 9603 |
| HICKS, ROBERT H | 9560 |
| HILL, EDDIE | 5081 |
| HILL, JOE | 1467 |
| HILL, OLLEN G | 3147 |
| HILLARD, BEN L | 8384 |
| HILLIARD, JOSEPH L | 7048 |
| HINKEL, HENRY O | 4529 |
| HIVES, CLARENCE E | 1941 |
| HOBBS, JAMES T | 0105 |
| HOBSON, LUTHER H | 1176 |
| HODGE, CALVIN | 5548 |
| HODGES, CHARLES E | 6698 |
| HOFFMAN, JULIUS | 3325 |
| HOLAWAY, WILLIAM D | 8557 |
| HOLCOMBE, DAVID W | 9704 |
| HOLDERFIELD, JAMES O | 9462 |
| HOLIFIELD, ALGIA P | 7084 |
| HOLIFIELD, MYRON F | 5220 |
| HOLLINGSWORTH, HENRY A | 3459 |

# WILLIAMS BAILEY LAW FIRM

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| HOLLINS, JOHN H | 7946 |
| HOLMES, J T | 7991 |
| HOLST, EVERETT | 0615 |
| HOLT, DONALD R | 7668 |
| HOLT, ROBERT L | 6997 |
| HORN, EUGENE | 7967 |
| HORN, JAMES R | 9720 |
| HORTON, OSCAR | 6485 |
| HOUSE, EARNEST | 6930 |
| HUGHES, CLARENCE | 6296 |
| HULSEY, GILBERT R | 4315 |
| HULTZ, HUGHIE W | 7606 |
| HUNT, CHESTER H | 2702 |
| HUNTER, MARVIN L | 4398 |
| HYDEMAN, WILLIAM | 0311 |
| IVEY, ROBERT | 1029 |
| JACKSON, EARNEST L | 4430 |
| JACKSON, ELMORE | 5188 |
| JACKSON, FRANK W | 3108 |
| JACKSON, GLEN | 2764 |
| JACKSON, HORACE | 9944 |
| JACKSON, RHUEY | 1472 |
| JACOBS, ALBERT A | 2434 |
| JAMES, BRUCE | 9401 |
| JAMES, FRANK S | 3166 |
| JAMES, JIMMY L | 8087 |
| JAMES, OLLIE | 5343 |
| JAMISON, GEORGE C | 6537 |
| JARRELL, JOHN W | 5093 |
| JEFFERSON, PEARL | 7879 |
| JENKINS, JOE | 1618 |
| JENSEN, WILLIAM C | 1851 |
| JINKS, B E | 9575 |
| JOHNSON, DELOYCE | 7194 |
| JOHNSON, ERNEST | 0617 |
| JOHNSON, IRA | 0040 |
| JOHNSON, JEWEL | 3488 |

## WILLIAMS BAILEY LAW FIRM

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| JOHNSON, WILLIE H | 5609 |
| JOHNSTON, ERNEST L | 8999 |
| JOHNSTON, JOHN A | 1109 |
| JOLLY, JAMES F | 5982 |
| JONES, CLAUD | 2006 |
| JONES, LEROY | 9893 |
| JONES, LESTER L | 6285 |
| JONES, RICHARD A | 4665 |
| JONES, SIDNEY | 8099 |
| JONES, WILLIAM B | 8651 |
| JUAREZ, GEORGE | 4130 |
| KELLER, BENNY L | 4241 |
| KELLEY, JOHN E | 5545 |
| KELLY, LLOYD I | 3639 |
| KENNEDY, GRADY | 7224 |
| KENT, MELVIN L | 1378 |
| KERSH, ROBERT H | 3719 |
| KERVIN, CLAUDE F | 9344 |
| KILLINGSWORTH, WILLIAM B | 6615 |
| KIMBROUGH, JAMES | 2344 |
| KING, JESSIE J | 9596 |
| KING, LEE W | 3116 |
| KING, LEWIS D | 4955 |
| KING, MOSE | 2969 |
| KIRK, ROBERT | 0435 |
| KITCHENS, LOUIE A | 2756 |
| KLEIN, ROBERT J | 6769 |
| KLUNA, O D | 5235 |
| KNIGHT, DUNCAN | 7094 |
| KNOWLES, JOE M | 5132 |
| KOHLER, DONALD D | 6333 |
| KYLES, GEORGE | 4284 |
| LAIRD, DAVID D | 5051 |
| LAIRD, ROY L | 0980 |
| LAKEY, G V | 8962 |
| LAND, ELMER D | 6121 |
| LANGHAM, WILLIAM T | 3548 |

# WILLIAMS BAILEY LAW FIRM

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| LANGLEY, MAE | 7926 |
| LANSDELL, SAMUEL M | 1571 |
| LATHOM, J B | 4216 |
| LAW, ALBERT L | 7956 |
| LAW, REMUS | 8817 |
| LAWSON, CECIL | 9037 |
| LEE, OTIS | 1811 |
| LEE, THEODORE R | 2955 |
| LEOUSIS, NICHOLAS | 3824 |
| LEWIS, GUY | 4140 |
| LEWIS, JOHNNY L | 3752 |
| LEWIS, LEE | 4199 |
| LEWIS, WILLIE O | 2722 |
| LIGHT, HERBERT L | 5038 |
| LILLIE, CLEOPHUS | 9604 |
| LINDSEY, RONALD A | 2925 |
| LOCK, STEVEN J | 1973 |
| LOCKETT, PINKIE | 3479 |
| LOCKHART, RAYMOND A | 2541 |
| LOFTON, EDITH N | 8143 |
| LOFTON, PERRY L | 2869 |
| LOLLEY, TRAVIS E | 3308 |
| LOPER, THOMAS F | 7808 |
| LOPEZ, PAUL | 7551 |
| LOUD, RALPH W | 1288 |
| LOVE, RICHARD A | 2322 |
| LOWE, LARRY B | 1643 |
| LOYD, ADMAL C | 9791 |
| LOZANO, SAMUEL B | 4983 |
| LUCAS, DONALD P | 4555 |
| LUCAS, JOHN D | 1594 |
| LUCKEY, LAWRENCE | 6747 |
| LUDGOOD, CHARLES | 6803 |
| LYNN, JAMES C | 0843 |
| MACK, ERLEE | 2414 |
| MACK, JUNIOR | 3925 |
| MARESH, EDWIN J | 9549 |

# WILLIAMS BAILEY LAW FIRM

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| MARKER, THOMAS E | 0140 |
| MARSH, LYNN | 0087 |
| MARSHALL, HARRY A | 3185 |
| MARSHALL, JAMES H | 5286 |
| MARTIN, ALAN | 4847 |
| MARTIN, BRUCE W | 4662 |
| MARTIN, CLIFFORD J | 0101 |
| MARTIN, JACK W | 0208 |
| MARTIN, JOE A | 3385 |
| MARTIN, RONALD | 5057 |
| MARTINEZ, TOMAS | 5419 |
| MASER, ROY C | 2595 |
| MASKE, TEDDY | 9747 |
| MASON, ALVIN | 8421 |
| MASON, WILFORD | 3821 |
| MASTIN, MILTON J | 0107 |
| MATTHEWS, BEDFORD | 5568 |
| MAY, BENNIE H | 7405 |
| MAY, ELLIS | 0623 |
| MAYEUX, LLOYD H | 9935 |
| MAYFIELD, MORRICE | 3322 |
| MAYO, JACK | 7990 |
| MCADAMS, OSCAR R | 9285 |
| MCCLURE, TOMMIE | 2774 |
| MCCOY, LYNN | 5272 |
| MCDONALD, JOHN H | 1389 |
| MCDONIELL, DANNY W | 0328 |
| MCDOUGAL, FRED | 5582 |
| MCELROY, ROBERT | 3729 |
| MCFARLAND, GARLAND | 8313 |
| MCFARLAND, JESSE | 7954 |
| MCGEE, GEORGE E | 0139 |
| MCGINNIS, WILLIAM C | 9626 |
| MCKENZIE, THOMAS A | 4286 |
| MCKINNEY, DONALD J | 9030 |
| MCKINNEY, SAMMY L | 1045 |
| MCKNIGHT, JOHN D | 3728 |

# WILLIAMS BAILEY LAW FIRM

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| MCLAIN, CHARLIE | 6696 |
| MCMANUS, CHARLES | 7222 |
| MCMILLAN, DAVID R | 2753 |
| MCNAUGHTON, HUBERT D | 5537 |
| MCNAUGHTON, WILLIAM A | 2002 |
| MCNEAL, GRACE | 6261 |
| MCNEW, ORBIT B | 5357 |
| MCWATERS, AUBREY C | 4927 |
| MEANS, CECIL A | 8060 |
| MEANS, SIDNEY L | 4364 |
| MEREDITH, OSCAR | 4767 |
| MERIFIELD, HARRY J | 8117 |
| MERRITT, ROBERT E | 6956 |
| MILAM, VICTOR | 4893 |
| MILES, RONALD L | 3292 |
| MILLER, ALEXANDER | 1615 |
| MILLER, CLELL L | 9288 |
| MILLER, JOHN | 9428 |
| MILLS, CALVIN | 4834 |
| MILLS, EDWARD J | 1189 |
| MIMS, ROBERT L | 7069 |
| MINCHEW, THOMAS R | 7131 |
| MINTER, GARY | 7629 |
| MINTER, JAMES C | 5644 |
| MITCHELL, MARVIN H | 3473 |
| MIXON, DANIEL L | 1189 |
| MONTGOMERY, TIMOTHY C | 8866 |
| MOODY, GEORGE | 4070 |
| MOORE, A D | 7610 |
| MOORE, GERALD W | 3082 |
| MOORE, HOWARD R | 7911 |
| MOORE, JESSIE W | 0410 |
| MOORE, SAMUEL | 9114 |
| MOORE, VIRGIL G | 4363 |
| MORGAN, CHESTER L | 2575 |
| MORGAN, JOSEPH | 9510 |
| MORGAN, LEE R | 5834 |

# WILLIAMS BAILEY LAW FIRM

| Claimant Name | Last 4 Digits of SSN |
| --- | --- |
| MORGAN, OTIS S | 4142 |
| MORRIS, DARRIE Z | 0983 |
| MORRIS, WILLIE | 1613 |
| MORTON, RICHARD | 9078 |
| MOSE, JESSE | 0689 |
| MOTT, FRED | 2106 |
| MOUSER, JACK | 0678 |
| MULLEN, OLIVER G | 6860 |
| MUNOS, CLEMENTO | 0375 |
| MURPHY, CLARENCE R | 6680 |
| MURPHY, DONALD | 2410 |
| MYLES, MANUEL | 4469 |
| NASH, HAMILTON | 2685 |
| NEWBERRY, GERRY D | 0974 |
| NEWELL, JESSE | 1975 |
| NEWMAN, PAUL F | 8566 |
| NEWSOME, R B | 6674 |
| NEWTON, BARREN G | 4766 |
| NICHOLAS, KENNETH L | 0173 |
| NILES, ODELL | 4806 |
| NOBLES, WILLIE | 6897 |
| NOEL, ROBERT | 6804 |
| NORGAN, FRANKLIN D | 2795 |
| NORMAN, BILL | 5551 |
| NORRIS, RONALD P | 5884 |
| NOTO, PETER A | 7644 |
| NOVAK, HENRY H | 2935 |
| OLIVAREZ, JOSE A | 5647 |
| OLIVO, DANIEL | 8826 |
| ORTIZ, J H | 6650 |
| ORTIZ, JOSE | 0078 |
| OSHEL, DWIGHT T | 1299 |
| OVERSTREET, JAMES G | 8714 |
| OWENS, FRANK J | 3341 |
| PACE, HENRY L | 3532 |
| PACE, WALTER R | 2913 |
| PADGETT, WILLIAM F | 3621 |

# WILLIAMS BAILEY LAW FIRM

| Claimant Name | Last 4 Digits of SSN |
| --- | --- |
| PADIO, EUGENE J | 7858 |
| PARKER, OSCAR G | 6265 |
| PARKER, WALLACE J | 3638 |
| PARKS, HENRY E | 3808 |
| PARMER, MARK | 3424 |
| PARR, O C | 8363 |
| PATTON, MCGRADY | 6181 |
| PATTON, WILLIAM | 9038 |
| PAYTON, EDDIE | 0856 |
| PENA, JOSE | 2923 |
| PEREZ, JOHN J | 0346 |
| PERRY, CECIL W | 9431 |
| PERRY, LESTER | 6676 |
| PERSKY, WALTER W | 7892 |
| PETERS, ELIJAH | 1638 |
| PETTWAY, SHIRLEY A | 0218 |
| PHELPS, CURTIS | 0462 |
| PHILLIPS, CLARENCE | 9742 |
| PHILLIPS, DONALD M | 0589 |
| PHILLIPS, EUGENE | 7428 |
| PHILLIPS, L G | 6691 |
| PIKE, ARTHUR L | 6302 |
| POLK, BENNY | 6657 |
| POLSON, WILLIAM P | 1114 |
| PORTER, AUDREY | 4809 |
| POUNDS, JOSEPH B | 4658 |
| POWE, CHARLIE | 1387 |
| POWE, CLAUDE E | 7069 |
| POWELL, AMY P | 0159 |
| PRATT, DONALD R | 8153 |
| PREWITT, ARTHUR | 4691 |
| PRICE, GENE J | 7267 |
| PRINCE, SAMUEL D | 9002 |
| PRITCHETT, KENNETH | 1726 |
| PURNELL, WILLIE J | 7339 |
| PURVIS, BERNIE J | 2442 |
| PYLE, DOROTHY J | 8458 |

# WILLIAMS BAILEY LAW FIRM

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| QUALLS, ROBERT | 8477 |
| QUICK, ROBERT L | 6783 |
| QUINNEY, A D | 0916 |
| QUINONES, JUAN | 5523 |
| RABB, BENNIE R | 8289 |
| RAINES, LEON A | 9690 |
| RAMEY, LEROY | 8721 |
| RANDOLPH, LEROY | 5654 |
| RANEY, WILLIAM T | 0911 |
| RANSOM, BOBBY | 3959 |
| RATCLIFF, JOHN | 0747 |
| RAY, AUSTIN | 0299 |
| RAY, GEORGE R | 7230 |
| RAYBORN, THOMAS H | 0920 |
| READER, VIRGIL T | 0855 |
| REAUX, VINCENT | 2319 |
| REDDING, GEORGE L | 8856 |
| REED, PURVIS R | 2657 |
| REED, STEVE P | 1384 |
| REESE, J C | 0932 |
| REEVES, C W | 7339 |
| REEVES, NORMAN | 9222 |
| REYES, JUAN | 5863 |
| REYNOLDS, RICHARD C | 2247 |
| REYNOLDS, WILLIE | 5430 |
| RHINEHART, ABE | 2898 |
| RHODES, DONALD L | 0769 |
| RICE, JOE | 2486 |
| RICE, VELMA | 4603 |
| RICHARDSON, JEANETTE | 1776 |
| RICHARDSON, SAM | 6861 |
| RICHTER, KENNETH C | 5075 |
| RIGGS, EUGENE N | 8525 |
| RIGGS, TOMMY | 0963 |
| RIGNEY, DEWEY Y | 3032 |
| RIGNEY, STANCE N | 1186 |
| RISON, JESSIE | 2288 |

## WILLIAMS BAILEY LAW FIRM

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| RITCHIE, GEORGE C | 8106 |
| RITTER, LONEY H | 8824 |
| RIVERA, ANNA | 4305 |
| ROBERSON, JOHN H | 1083 |
| ROBERTSON, EARNEST S | 4723 |
| ROBINSON, BEB | 1115 |
| ROBINSON, EVENS | 0460 |
| ROBINSON, HERRON | 2865 |
| ROBINSON, SHIRLEY M | 5242 |
| RODEN, ROBERT E | 9448 |
| ROGERS, JOE T | 6037 |
| ROLF, JOHN H | 9322 |
| ROSBOROUGH, MARY | 0360 |
| ROSE, OLIVER | 9391 |
| ROSS, GEORGE W | 4173 |
| ROSS, HOMER G | 9617 |
| ROWSER, A C | 9267 |
| ROZZELL, KENNETH D | 2019 |
| RUIZ, EUGENIO J | 6033 |
| RUSH, DENNIS A | 6432 |
| RYAN, CARL S | 8378 |
| RYAN, VERNECE | 2902 |
| SADLEIR, FRANK | 5922 |
| SANDERSON, JAMES E | 9850 |
| SATTERFIELD, JANET | 8647 |
| SAVAGE, JACK | 9299 |
| SAWYER, VIRGIL C | 1722 |
| SCARBOROUGH, LONIE J | 9821 |
| SCHMIDT, HARRY V | 4349 |
| SCHOONOVER, JAMES O | 2540 |
| SCHULTZ, JERRY L | 4374 |
| SCOTT, MELVIN R | 6517 |
| SCRUGGS, TOMMY | 4970 |
| SEATON, FANNIE L | 9792 |
| SELF, JOSEPH A | 6458 |
| SENNETTE, LEROY | 9725 |
| SETTLE, MARVIN C | 9906 |

## WILLIAMS BAILEY LAW FIRM

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| SEXTON, BILLY D | 9097 |
| SEYMOUR, RONALD L | 4374 |
| SHARP, ADAM | 1915 |
| SHARP, TED | 2095 |
| SHAVERS, EDWARD | 0065 |
| SHAW, KENT D | 9641 |
| SHEATS, BOBBY J | 9479 |
| SHEELOR, JOSEPH | 1349 |
| SHEFFIELD, JERRY L | 8787 |
| SHELTON, WILLIAM G | 0325 |
| SILER, WOODROW | 2958 |
| SILVAS, DOMINGO | 4758 |
| SIMMONS, CALVIN E | 8657 |
| SIMMONS, KENNETH T | 7932 |
| SIMMONS, LENO | 6540 |
| SIMON, GEORGE R | 4555 |
| SIMS, JOHN B | 7900 |
| SIMS, LAWRENCE | 0566 |
| SINDLE, ROBERT D | 6181 |
| SINGLETON, JOHN R | 4527 |
| SINGLETON, RALPH C | 9157 |
| SKILLMAN, IDA | 0782 |
| SMITH, A W | 2449 |
| SMITH, ARTHUR R | 3333 |
| SMITH, BILLY J | 3337 |
| SMITH, ELIJAH | 9124 |
| SMITH, GEORGE W | 6429 |
| SMITH, GROVER | 0396 |
| SMITH, IRA W | 3918 |
| SMITH, ODELL | 3027 |
| SMITH, OLLIE M | 5462 |
| SMITH, VIRGIL | 0998 |
| SMITH, WILLIAM E | 0801 |
| SNOW, DAMON C | 9447 |
| SPANN, JOHN | 1312 |
| SPARKS, FRED F | 1350 |
| SPEIGHT, JOE | 1585 |

# WILLIAMS BAILEY LAW FIRM

| Claimant Name | Last 4 Digits of SSN |
| --- | --- |
| SPENCER, JOHN C | 4651 |
| SPRADLEY, ROY | 8160 |
| STANLEY, DANIEL B | 0104 |
| STAVELY, THOMAS | 9770 |
| STEELE, HERMAN | 7166 |
| STEPHENS, GENE G | 0607 |
| STEPHENSON, WILBUR L | 8789 |
| STOKLEY, MEDA L | 0164 |
| STONE, DON D | 5644 |
| STONE, PAUL L | 0713 |
| STRIPLING, WILLIE D | 2488 |
| STULL, ALFONSO | 0884 |
| SULLIVAN, BILLY | 4914 |
| SULLIVAN, JERRY L | 7504 |
| SULLIVAN, JIMMIE E | 9707 |
| SUMMERS, JESSE | 5956 |
| TATE, HENRY | 6086 |
| TAYLOR, ALVIN L | 5746 |
| TAYLOR, DRED | 3849 |
| TAYLOR, JIMMY K | 3865 |
| TAYLOR, JOHN C | 1870 |
| TAYLOR, NATHANIEL | 2349 |
| TAYLOR, SAMUEL M | 6435 |
| TAYLOR, T M | 2839 |
| TERRY, ALBERT P | 9928 |
| THOMAS, CHARLES L | 8479 |
| THOMAS, HERSHEL E | 6148 |
| THOMAS, MARION F | 6336 |
| THOMAS, MILTON G | 4112 |
| THOMAS, T L | 0962 |
| THOMAS, WILLIE S | 2237 |
| THOMPSON, DAN | 3088 |
| THOMPSON, EARNEST L | 1020 |
| THOMPSON, L T | 5506 |
| THOMPSON, RUDOLPH | 4891 |
| THORNTON, HOLLIS H | 1555 |
| THORNTON, MAGNUS | 2271 |

## WILLIAMS BAILEY LAW FIRM

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| THORSON, ANDREW | 2794 |
| TILLEY, WILLIAM R | 7648 |
| TIMBERLAKE, WILLIAM T | 8660 |
| TIMMONS, ROY G | 3270 |
| TISDALE, ERNEST | 0743 |
| TITUS, SAM | 7796 |
| TOUPS, IRA | 3464 |
| TOWERY, SAMMY L | 3105 |
| TOWNER, FRED L | 8774 |
| TOWNSEND, DAVE | 9138 |
| TRAHAN, FRANCIS L | 2517 |
| TRAXLER, EDNA A | 5935 |
| TRIPP, VESTEN E | 0574 |
| TROTTER, JOHN | 3364 |
| TRUITT, NOAL T | 7320 |
| TUCKER, GEORGE L | 1208 |
| TUCKER, JAMES | 2070 |
| TURNER, ELIOTT | 4963 |
| TURNER, FRANK A | 8094 |
| TURNER, LARRY | 0099 |
| TYLER, NC | 0491 |
| TYLER, WILLIE M | 2299 |
| TYMES, DARIAN | 1800 |
| UTECHT, WILLIE R | 3781 |
| VALLEE, JOHN E | 2062 |
| VASQUEZ, ROBERT | 4891 |
| VENABLE, WILLIAM A | 7470 |
| VICK, OTHA E | 4204 |
| VICKERS, JOEL E | 0482 |
| VINEYARD, CHARLES T | 5695 |
| VIVERETTE, RALPH E | 7513 |
| VOGEL, ROBERT L | 9749 |
| WADE, JAMES L | 4740 |
| WAITE, JAMES E | 8654 |
| WALDRUP, AUSTIN C | 4547 |
| WALKER, MAURICE | 5357 |
| WALKER, WILLIAM H | 3168 |

## WILLIAMS BAILEY LAW FIRM

| Claimant Name | Last 4 Digits of SSN |
| --- | --- |
| WALLACE, EARL C | 9899 |
| WALLEY, LEE H | 7309 |
| WALLING, MILAN M | 2047 |
| WALTERS, JAMES | 6089 |
| WARD, JAMES L | 8299 |
| WARE, O C | 3014 |
| WARREN, BILL R | 4396 |
| WASHINGTON, HELEN B | 3741 |
| WASHINGTON, LOUIS V | 0080 |
| WATTS, GEORGE W | 6062 |
| WATTS, HERMAN | 4450 |
| WEAVER, VIRGINIA | 9523 |
| WEEKLEY, RANSOME L | 8241 |
| WEIR, THOMAS H | 1798 |
| WELLS, ROY W | 3236 |
| WEST, FRANKLIN M | 6851 |
| WEST, THOMAS E | 0905 |
| WHEELER, DONNIE G | 4977 |
| WHEELER, LENORD | 2729 |
| WHITE, FRED | 8124 |
| WHITE, JERRY W | 0958 |
| WHITE, SAMMIE L | 7949 |
| WHITLEY, JERRY W | 9783 |
| WHITLOW, LOUIS C | 3880 |
| WHITT, JAMES C | 2058 |
| WIGGINS, CHARLIE J | 1400 |
| WIGGINTON, GERALD E | 3237 |
| WILLERS, LARRY D | 3910 |
| WILLIAMS, CHRISTOPHER C | 8050 |
| WILLIAMS, ELIGAH | 0637 |
| WILLIAMS, J C | 9419 |
| WILLIAMS, JESSE J | 6819 |
| WILLIAMS, JOHNNIE E | 8952 |
| WILLIAMS, JULIUS | 1993 |
| WILLIAMS, ROBERT G | 0127 |
| WILLIAMS, WILLIE E | 4801 |
| WILLIAMSON, JAMES V | 4892 |

# WILLIAMS BAILEY LAW FIRM

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| WILSON, FRED | 9231 |
| WILSON, HERBERT | 9306 |
| WITHROW, JAMES F | 4444 |
| WOLFE, JAMES W | 3225 |
| WOLFE, RUTH | 2836 |
| WOMACK, KENNETH | 4815 |
| WOOD, JACK | 4858 |
| WOODLEY, JAMES W | 0033 |
| WOODS, JAMES B | 2579 |
| WRIGHT, EARL | 4805 |
| WRIGHT, EARNEST | 4760 |
| WYNN, ROBERT R | 2828 |
| YATES, JAMES E | 1153 |
| YORK, NATHANIEL | 0817 |
| YOUNG, ALBERT | 3465 |
| YOUNG, PAUL R | 9142 |
| ZELLERS, CHARLES F | 2104 |
| ZISKA, CARL J | 0038 |