IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**AMENDED NOTICE OF SERVICE OF DEBTORS' SECOND SET OF INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS (EARLY LUDWICK & SWEENEY, LLC)**

PLEASE TAKE NOTICE that on May 19, 2007, counsel for Debtors W.R. Grace & Co., et al. caused a copy of the Debtors' Second Set of Interrogatories to Certain Asbestos Personal Injury Pre-Petition Litigation Claimants' Law Firms (Early Ludwick & Sweeney, LLC) to be served on the individuals on the attached service list in the manner provided therein.

Dated: May 19, 2007

          Respectfully submitted,

          KIRKLAND & ELLIS LLP
          David M. Bernick
          Janet S. Baer
          Ellen Therese Ahern
          Salvatore F. Bianca
          200 East Randolph Drive
          Chicago, IL 60601
          Telephone:   (312) 861-2000
          Facsimile:   (312) 861-2200

          KIRKLAND & ELLIS LLP
          Barbara Harding
          Brian T. Stansbury
          Amanda C. Basta
          655 Fifteenth Street, NW
          Washington, D.C. 20005
          Telephone:   (202) 879-5000
          Facsimile:   (202) 879-5200

-and-

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:     (302) 652-4100
Facsimile:     (302) 652-4400