## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W. R. GRACE & CO.,** *et al.*, | ) | **Case No. 01-1139 (JKF)** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |

### NOTICE OF DEPOSITION

To **Provost Umphrey, LLP** and to All Parties on the Attached Service List:

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable by Rule 7030 of the Federal Rules of Bankruptcy Procedure, the Debtors will take the deposition upon oral examination of the attorney at **Provost Umphrey, LLP** most knowledgeable concerning the activities undertaken by the firm to respond to the W. R. Grace Asbestos Personal Injury Questionnaire on behalf of the claimants listed on Exhibit A hereto. The deposition shall be taken **on June 20, 2007** at the offices of **Provost Umphrey, LLP** or at such time and place as otherwise agreed to by the parties.

**TAKE FURTHER NOTICE** that the deposition shall be conducted before a person duly authorized to administer oaths in the relevant jurisdiction and will continue day-to-day until concluded. Testimony shall be taken by stenographic means and will also be recorded by sound-and-visual means. Parties beyond deponent who are served with a copy of this Notice are invited to attend and to cross-examine.

Dated: May 18, 2007

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick
Janet S. Baer
Ellen Therese Ahern
Salvatore F. Bianca
200 East Randolph Drive
Chicago, IL 60601
Telephone:    (312) 861-2000
Facsimile:     (312) 861-2200

KIRKLAND & ELLIS LLP
Barbara Harding
Brian T. Stansbury
Amanda C. Basta
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone:    (202) 879-5000
Facsimile:     (202) 879-5200

-and-

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB DLP

_____

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:     (302) 652-4400

2

# Exhibit A

## *PROVOST UMPHREY*

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| ADAMS SR, JOHN M | 8286 |
| ADAMS SR, ROOSEVELT | 8822 |
| ADAMS, HENRY F | 5903 |
| ADAMS, JOHN A | 9524 |
| ADAMS, JOHNNIE T | 0645 |
| ALBRECHT, WILBERT G | 2573 |
| ALCORN, BILLY J | 1806 |
| ALLDAY, JACK C | 3852 |
| ALLEN, ALVIN W | 3838 |
| ALLEN, TOM E | 4677 |
| ANDERSON, EDDIE | 7269 |
| ANDERSON, RICHARD F | 9862 |
| ANDRES JR, ALBERT M | 1597 |
| ANTILLEY, JAMES R | 8162 |
| APLON SR, JOSEPH | 8579 |
| ARPIN, JOSEPH F | 1382 |
| ARTHUR, PHILIP E | 4643 |
| AVERY, ROBERT E | 7162 |
| BAILEY, CHESTER | 8501 |
| BAILEY, JAMES E | 6283 |
| BAIRD, HAROLD S | 7374 |
| BAIRD, KENNETH W | 1038 |
| BALL, BARNEY J | 6766 |
| BALL, GUS J | 8851 |
| BARBIN, LESTER L | 9661 |
| BARKS JR, CHARLIE | 5522 |
| BARLOW, SAMUEL | 6413 |
| BARNES JR, CHARLES E | 5445 |
| BARNES, THOMAS W | 0902 |
| BARNETT JR, HARRY H | 5250 |
| BARNETT, WILLIE E | 4050 |
| BARRON, JACK E | 8409 |
| BARROW, JOHN J | 6376 |
| BARTLETT, PAUL N | 2767 |
| BATES, JAMES E | 8840 |
| BEARD, FREDDIE M | 8646 |
| BEENE, DONALD D | 1969 |

## *PROVOST UMPHREY*

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| BELCHER JR, HOMER L | 9150 |
| BELL, JOSEPH S | 4335 |
| BELLANGER, JAMES H | 0623 |
| BENDY, ALLEN | 1635 |
| BENGE, ROY M | 8215 |
| BENNETT, WILLIAM L | |
| BENTON, JAMES S | 4530 |
| BERNARD, LYMAN W | |
| BIAZA SR, ROBERT L | 7473 |
| BICKHAM, EDIE M | 3943 |
| BILLEAUD, LESTER W | 9605 |
| BINAGIA, PAUL | 2752 |
| BIRCHFIELD, THEO | 3787 |
| BLACK, LAWRENCE R | 6003 |
| BLACKMAN, JIMMY L | 5736 |
| BLACKSHER, BUFORD C | 2696 |
| BLANCHARD, JAMES J | 3046 |
| BLANK, SIDNEY J | 7733 |
| BLANKENSHIP, JAMES E | 7773 |
| BOBBITT, ROBERT E | 9272 |
| BODIN, JERRY W | 3985 |
| BOLINGER, BILLY | 1531 |
| BOLTON, THOMAS J | 4602 |
| BONDS, LARRY E | 4033 |
| BONEAUX, ROBERT R | 3365 |
| BOOKER, J C | 5667 |
| BOOKER, WILLIE | |
| BOREL, LOUIS A | 8279 |
| BORQUE, TOMMY M | 0100 |
| BOURGEOIS JR, ANTONIO D | |
| BOUTTE, CORA | 1740 |
| BOWEN, ROBERT M | 5681 |
| BOWMAN, STEVEN | 4057 |
| BOYD, HORACE W | 6415 |
| BOYKIN JR, LEVI | 5935 |
| BOZEK, MICHAEL T | 9474 |
| BRACK, ERNEST P | 8707 |

## *PROVOST UMPHREY*

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| BRACKIN, JOSEPH L | 0320 |
| BRADBERRY, SEAMAN W | 0614 |
| BRAUER, JAMES H | 6284 |
| BRAZZELL, RAYMOND | 2983 |
| BREAUX, JOSEPH A | 1207 |
| BREITEN, JOHN H | 9518 |
| BRIGGS, JAMES C | 8035 |
| BRISCOE, ELIJAH J | 0283 |
| BRISCOE, MILDRED | 3724 |
| BROADWAY, JOHN E | 2398 |
| BROOKS, EMMA L | 5685 |
| BROUSSARD JR, HARRIS L | 7304 |
| BROUSSARD, DONALD E | 0481 |
| BROUSSARD, EUGENE | 5085 |
| BROUSSARD, JOSEPH N | 0546 |
| BROWN JR, A D | 7584 |
| BROWN, DONALD R | |
| BROWN, JIMMY | 6164 |
| BROWN, JOHN D | 9275 |
| BROWN, LOUIS | 7267 |
| BROWN, MURRIELL L | 3713 |
| BROWN, PAUL S | 5798 |
| BROWN, ROBERT G | 7200 |
| BROWN, UTAH C | 7214 |
| BROWNLEE, ALBERT R | 3148 |
| BRUMLEY, GLENN | 4340 |
| BRYAN SR, TRACY T | 9593 |
| BRYANT, JOE | 1393 |
| BRYANT, JOHNNY R | 1374 |
| BUCHHOLZ, WILLIAM E | 3342 |
| BUCKALEW, AUBREY J | 4649 |
| BULLOCK JR, HENRY H | 1591 |
| BUNKER, EDWARD G | 9167 |
| BURCH, BENJAMIN | 5554 |
| BURNETT, CLARENCE E | 3745 |
| BURRILL, TONY | |
| BURROUGHS, JACOB | 3479 |

## *PROVOST UMPHREY*

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| BURTON SR, JOHN H | 6501 |
| BUXTON, JULIUS M | 5626 |
| BYINGTON, LEE R | 6083 |
| BYRD, JAMES A | 3953 |
| CAGLE, JAMES H | 4445 |
| CALDWELL, EDDIE L | 0680 |
| CALLAWAY, RAYMOND A | 2914 |
| CAMERON, J C | 0715 |
| CAMPBELL, BILLY J | 5825 |
| CAMPBELL, FREDDIE | 1382 |
| CAMPBELL, JAMES M | 3842 |
| CAMPBELL, LARRY G | 4810 |
| CAPPADONNA, EDNA B | |
| CAPPS, KENNETH | 2231 |
| CARDEN, SAMUEL E | 5016 |
| CARDWELL SR, KENNETH R | 0472 |
| CARLTON, DONNIE | 3251 |
| CARMICHAEL, JOE R | 1555 |
| CARMON, HERBERT | 5093 |
| CARR, PHILLIP J | 1973 |
| CARTER, JOE T | 8499 |
| CASSIDY, DALE L | 5949 |
| CASTANEDA, JOHN | 2283 |
| CASTELLANO, JOSE R | 0133 |
| CATO, VIRGINIA | 1874 |
| CENTER, GLEN T | 1132 |
| CHAMBERLAIN, WILFRED A | 3046 |
| CHAMBLESS, JIMMY E | 2133 |
| CHAMBLESS, TOMMY D | 1458 |
| CHANCE, ELMER L | 1236 |
| CHARLES, STEVE A | 6256 |
| CHERRY, CARL C | 1403 |
| CHILDRESS, WILLIAM A | 0867 |
| CHRETIEN, ROBERT | 6557 |
| CHRISTENSEN, LEONARD W | 5754 |
| CHRISTIAN, CARSON L | 5952 |
| CHRISTIE, GENE | 7756 |

## *PROVOST UMPHREY*

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| CLARK, JAMES R | 1100 |
| CLARK, SYLVESTER | 9104 |
| CLARKE, JAMES E | 2126 |
| CLICK, ROBERT C | 1277 |
| CLIFTON JR, CHARLES M | 1640 |
| CLINE, ROBERT L | 0319 |
| COLE SR, LUTHER D | 5448 |
| COLE, DIANN | 8299 |
| COLE, EDNA L | 2262 |
| COLEMAN, EDMON L | 7953 |
| COLLIER, PAUL A | |
| COLLIER, RAY | 5802 |
| COLLINS, CHARLES W | 3237 |
| COLLINS, GEORGE L | 3043 |
| COLLINS, JOSEPH D | 0047 |
| COLLINS, ROBERT H | 1891 |
| COMO, WHITNEY | 4364 |
| CONLEY, JAMES | 2288 |
| CONNER, ROBERT L | 7265 |
| COOK, JOHN F | 8162 |
| COOLEY, SIDNEY | 7390 |
| CORMIER, LLOYD A | 6589 |
| CORRELL, TRAVIS E | 4868 |
| COUNTS JR, C G | 2917 |
| COVERT, HUGH | 3065 |
| COWAN, DARRELL C | 1062 |
| COWAN, WILLIAM H | 8245 |
| COWART, BILLY W | 2019 |
| COWART, JAMES A | 3416 |
| COX, AZRO | 7407 |
| COX, JOSEPH L | 0030 |
| CRAIG, ROLAND S | 4932 |
| CRAVEY, BOB | 3321 |
| CRAWFORD, JULIA S | 2388 |
| CRAWFORD, MITCHELL M | 6306 |
| CREW SR, EARL W | 2066 |
| CRUSE, ALTON T | |

## *PROVOST UMPHREY*

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| CRUSE, HELEN B | 1340 |
| CRUSE, RALPH A | 3719 |
| CUCCIO, ANTHONY A | 0997 |
| CULPEPPER, DOUGLAS D | 8233 |
| CULPEPPER, PAUL H | 6417 |
| CURTIS, ALFRED W | 1180 |
| DANIELS SR, JACK W | 6905 |
| DANIELS, NORMAN E | 8603 |
| DARBONNE, ROBERT V | 7535 |
| DARRAS, GEORGE | 3946 |
| DAVIDSON, ORIS | |
| DAVIS JR, GABE | 5273 |
| DAVIS, CHARLES P | 6378 |
| DAVIS, EDWARD C | 5244 |
| DAVIS, ELTON | 0395 |
| DAVIS, GEORGE B | 0651 |
| DAVIS, JAMES H | 0829 |
| DAVIS, LAWRENCE R | 8666 |
| DAVIS, ROBERT L | 9274 |
| DEAN, ELZA C | 5836 |
| DECKARD, WILLIAM H | 6954 |
| DEFFIBAUGH, OTIS | 8824 |
| DELAHOUSSAYE, GLYNN | 5972 |
| DELEON, ROSARIO | 0506 |
| DERESE, AARON L | 0940 |
| DEROUEN, MELVIN J | 0238 |
| DETMAR, DAVID A | 7905 |
| DICKINSON, JOSEPH R | 7926 |
| DINSMORE, WILLIAM H | 8503 |
| DIXON, ARTHUR C | 9079 |
| DODSON, EDWARD | 1013 |
| DOGGETT, ROGER W | 2000 |
| DOLCE, MARY A | 6443 |
| DONAHUE, JOHN | 4095 |
| DORGAN, JOHN | 5302 |
| DORMAN, JAMES F | 6659 |
| DOTSON, ARCHIE | 2044 |

## *PROVOST UMPHREY*

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| DOUGLAS, BILLY B | 7767 |
| DRAGULSKI, STANLEY W | 4358 |
| DRIESSNER, MARVIN C | 2159 |
| DRIVER SR, RAY | 0898 |
| DUDLEY, JAMES M | 0898 |
| DUFFEY, JOSEPH L | 7497 |
| DUGAS, DONALD G | 9031 |
| DUGGAN, STEVE D | 6922 |
| DUNAGAN, MARION A | 1463 |
| DUNLAP, GEORGE K | 1963 |
| DUPLANTIS SR, DENNIS | 9339 |
| DUPLECHAIN, JAMES D | 8317 |
| DURDEN, WILLIE O | 4659 |
| DYESS, W J | 8930 |
| DYSON, RICHARD | 1020 |
| EASLEY, WILLIAM | |
| EDISON, ROBERT C | 3955 |
| EDWARDS, ROBERT | 7481 |
| ELLIS, GERALD C | 6194 |
| ELLIS, MARY C | 8335 |
| ELLISON, JAMES M | 9396 |
| ENGLE, DANIEL H | 8522 |
| ERWIN, DALTON L | 3598 |
| ESCAMILLA, EVE E | 8602 |
| ESCAMILLA, RONALD | 2577 |
| EUBANKS SR, ROBERT L | 5397 |
| EVANS SR, EDDIE L | 8443 |
| EVANS, CHARLES E | 7868 |
| EVANS, CHARLES F | 9410 |
| EVANS, JOHN W | 5589 |
| EWING, JOHN D | 7271 |
| FAIRCHILD, JAMES C | 5956 |
| FAIRCLOTH, EDDIE R | 6939 |
| FARRIS, ROBERT E | 7017 |
| FAULK, MELVIN J | 6203 |
| FERGUSON, AUSTIN | 5729 |
| FILIPPINI, JOHN L | 9124 |

## *PROVOST UMPHREY*

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| FITZGERALD, DAVID E | 0528 |
| FLETCHER, CHARLES R | 1595 |
| FLETCHER, THOMAS C | 3868 |
| FORD, ROBERTA | 8811 |
| FORMAGUS, JOHN S | 9680 |
| FOSTER SR, STEWART S | 4691 |
| FOUNTAIN, BILLY G | 3536 |
| FOX JR, RALPH B | 1975 |
| FRANKLIN, MELVIN E | 4395 |
| FREDERICK JR, EDWIN G | 6644 |
| FREE, BILLY | 6007 |
| FREEMAN, E T | 3126 |
| FRENCH JR, FOREST | 4756 |
| FRENCH, WALTER I | 4073 |
| FRY III, CHARLES E | 6399 |
| GADDY, DELBERT D | 8810 |
| GALLIEN, CECIL R | 5860 |
| GANDY, WILLIE S | 8646 |
| GANT, LARRY | 5097 |
| GARCIA, TRINIDAD P | 5666 |
| GARDNER, FLOYD B | 2070 |
| GARNER, EDWIN R | 6804 |
| GARY, MARY L | |
| GASKIN JR, VAN | 6582 |
| GASPARD, RAYMOND J | 1146 |
| GATELY, BOYD C | 3890 |
| GATES, EDWARD B | 9869 |
| GAUTHIER JR, ERNEST P | 8419 |
| GAUTHIER, HELEN | 8869 |
| GAY, WAYNE | 1087 |
| GETER, FLETCHER | 8779 |
| GIBSON SR, JACKSON | 4489 |
| GIBSON, JOHN A | 6103 |
| GILCREASE, OLIVER | 6391 |
| GILLEN, J B | 8301 |
| GILLIOZ SR, MAURICE E | 9929 |
| GLADDEN, JERRY B | 1269 |

## *PROVOST UMPHREY*

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| GLASCO, JACK R | 5363 |
| GOMEZ SR, CHARLES | 9936 |
| GORE, CLAUDE W | 2798 |
| GORE, ELSIE L | 7923 |
| GORMAN, ROY L | 1652 |
| GORSUCH, FRANCIS | 6147 |
| GRAFFAGNINO, CONRAD | 2736 |
| GRAHAM, JOE M | 8884 |
| GRAHAM, JOHN E | 7728 |
| GRANTHAM, J D | 7972 |
| GRAY, DONALD R | 8582 |
| GRAY, FARRIS | 3466 |
| GREEN SR, CORNELIUS E | 8589 |
| GREEN, JIM | 7276 |
| GREEN, MACK H | 9033 |
| GREEN, WILLIAM M | 7491 |
| GREENE, DONALD R | 0102 |
| GREGORY, J D | 8991 |
| GROUNDS, CLIFFORD | 5509 |
| GUESS, DAVE | 4033 |
| GUILLORY, GLENN W | 4565 |
| GUILLORY, JOSEPH R | 7925 |
| GUILLORY, RIFFORD | 6460 |
| GUILLORY, YORICK P | 3042 |
| GUNTER, HARVEY C | 6832 |
| HALEY SR, CAROL L | 0518 |
| HALEY, ROY E | 7413 |
| HALL, DONALD R | 0349 |
| HALL, L D | 8338 |
| HALTER, MARY | 8545 |
| HAMPER, HELEN M | 5430 |
| HANCOCK, JOHN W | 8810 |
| HANSEN, EDWARD M | 9472 |
| HANSON, JERRY H | 7642 |
| HARDAGE, HAROLD | 8806 |
| HARDY, ELI | 9371 |
| HARMON JR, ALLEN J | 9411 |

## *PROVOST UMPHREY*

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| HARNESS JR, HOMER D | 2904 |
| HARRIS, FRANCIS | 1343 |
| HARRIS, FRANK L | 3027 |
| HARRIS, JAMES E | 8941 |
| HARRIS, JAMES H | 8032 |
| HARRIS, JOHN M | 9020 |
| HARRIS, TOM | 4367 |
| HARRIS, WILLIAM M | 2924 |
| HARTFIELD, SAM | 7913 |
| HARTFORD, EDWIN C | 4367 |
| HARTLEY, HARRY | 3771 |
| HASKETT, WILLIAM A | 5297 |
| HASLEY, FRANK L | 9810 |
| HATFIELD, WILLIAM | 6236 |
| HATTEN, ALVIN | 6034 |
| HAVARD, MILTON E | 6228 |
| HAWKINS, FRANK J | 9411 |
| HAWKINS, OTIS C | 2436 |
| HAYNES, JOHN O | 6459 |
| HAYNES, WILLIS R | 6610 |
| HAYTER JR, EUGENE | 3194 |
| HEBERT JR, ADAM | 6179 |
| HEBERT, ALLEN | 5939 |
| HEDGEPETH, W C | 6658 |
| HENDERSON, TOM W | 3322 |
| HENRY, FRED A | 4469 |
| HENRY, HARRY A | 8358 |
| HERITAGE, MILDRED L | 5169 |
| HERMAN JR, W M | 5310 |
| HERNANDEZ, RAMON P | 9925 |
| HERRIN JR, LAWRENCE J | 1208 |
| HERRIN, HOBBY H | 1029 |
| HERRIN, THOMAS B | |
| HERRING, DONALD | 5191 |
| HERROD JR, OSCAR | 5799 |
| HICKMAN, JACK A | 7675 |
| HICKMAN, SAM J | 5174 |

## *PROVOST UMPHREY*

| *Claimant Name* | *Last 4 Digits of SSN* |
|---|---|
| HIDALGO, RENE A | |
| HIGGINS, JOSEPH J | 7196 |
| HILDRETH, DENNIS W | 0679 |
| HILL SR, ALONZO J | 7607 |
| HILL, ROBERT L | 8882 |
| HILL, VERNON | 5608 |
| HINSON, JAMES C | 6669 |
| HOENY JR, ARTHUR J | 8356 |
| HOGAN, TOMMY J | 5815 |
| HOKE, JAMES T | 1893 |
| HOLDEN, MARION | 6741 |
| HOLLIDAY SR, JOEL D | 5917 |
| HOLLIER, ALFRED | 2832 |
| HOLLIER, MILDRED L | 2034 |
| HOLLOWAY, HENRY E | 6022 |
| HOLMES SR, WILLIAM A | 0230 |
| HOLMES, ROBERT B | 5904 |
| HOLMES, THOMAS T | 5496 |
| HOMESLEY, LAWRENCE E | 6830 |
| HORACE, CLARENCE | 0292 |
| HORNE, JIMMY E | |
| HOWARD SR, EARNEST | 0283 |
| HOWARD, REBA | 8764 |
| HOWARD, ROBERT C | 5572 |
| HOWARD, ZACHARY D | 2407 |
| HOWELL, TED | 4734 |
| HOYT, LAHOMA M | 7577 |
| HUBERT, EDGAR | 9852 |
| HUBERT, JOHN C | 9452 |
| HUDSON, BENNIE J | 0621 |
| HUDSON, JAMES W | 2576 |
| HUTCHINS, JAMES P | 5500 |
| HUVAL, LEE ROY | 0932 |
| HYATT, VIVIAN I | 1721 |
| HYCHE, RAIFORD | 6646 |
| ISRAEL, ALEX | 2659 |
| JACKSON JR, JESSIE | 2741 |

## *PROVOST UMPHREY*

| **Claimant Name** | **Last 4 Digits of SSN** |
| --- | --- |
| JACKSON JR, WILLIAM R | 3608 |
| JACKSON, ANDREW | 3838 |
| JACKSON, LAWRENCE | 6113 |
| JAMES, ROBERT L | 9142 |
| JEFFERIES, PAUL E | 2477 |
| JEFFERSON, ARTHUR C | 0225 |
| JENKINS, FRED | 9758 |
| JENKINS, FREDERICK | 3035 |
| JOHNSON, CHARLES R | 4158 |
| JOHNSON, HILDA L | 7156 |
| JOHNSON, MILTON E | 6641 |
| JOHNSON, MYRLE K | 2759 |
| JOHNSON, WILLIAM E | 1580 |
| JONES SR, NICK | 9238 |
| JONES, ALBERT L | 2043 |
| JONES, C L | 4077 |
| JONES, JACK A | 3773 |
| JONES, JAMES P | |
| JONES, JONAH R | 7116 |
| JONES, LUTHER | 7125 |
| JONES, ROBERT M | 2454 |
| JONES, VAN B | 7811 |
| JORDAN JR, MERT | 5623 |
| JOSEPH SR, WILL E | 8345 |
| KAUTZ, MORRIS B | 0580 |
| KEES, CHRISTINE R | 8617 |
| KELLETT, GEORGE E | 0298 |
| KELLEY SR, GARLIN | 8544 |
| KELLEY, LARRY L | 4195 |
| KENT, GEORGE | 6063 |
| KERR, ROBERT D | 8470 |
| KEY, KENNETH E | 9021 |
| KIDD, JESSE R | 6036 |
| KIEL JR, GROSE | 7227 |
| KINARD, DONALD R | 7710 |
| KING SR, JAMES L | 3435 |
| KING, JAMES M | 0672 |

## *PROVOST UMPHREY*

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| KING, MALCOLM S | 2022 |
| KIRK, JOHN W | 8495 |
| KIRKSEY, HENRY | 5072 |
| KITTRELL, THOMAS E | 0241 |
| KLEESPIES, GEORGE T | 5780 |
| KNAPP, JACK H | |
| KNIGHT, LOSSE F | 1149 |
| KOJAK, GEORGE | 4294 |
| KUEHN, WILLIAM L | 8241 |
| KULA, AL | 6627 |
| LABOVE, LEROY J | 0125 |
| LACY, EUGENE | 1781 |
| LADAY, ALLEN | 6606 |
| LADNER, RUTH M | 9787 |
| LADNER, SAMUEL C | 1099 |
| LAIRD SR, WADE R | 8000 |
| LAMPLEY, WALTER H | 2765 |
| LAND JR, CHARLES W | 8116 |
| LANDRY SR, CURLEY | 2835 |
| LANE, ROY C | 7325 |
| LANGFORD, RALPH D | |
| LANGLEY, JOE | 9916 |
| LARA JR, FRANK | 9219 |
| LARCH, SAMUEL R | 7001 |
| LARNED, KENNETH E | 2155 |
| LAROSE, LARRY | 7792 |
| LASSEIGNE, ROY | 7501 |
| LATHAM, JOHN T | 7923 |
| LEBLANC JR, PAUL S | 6758 |
| LEBLANC, GENE | 1969 |
| LEBLANC, JOSEPH P | 4710 |
| LEBLANC, MAYO | 3728 |
| LEBLANC, MURPHY | 8995 |
| LEBLANC, WILFRED | 7517 |
| LEE, MICHAEL R | 2350 |
| LEE, TERRANCE A | 0990 |
| LEMAIRE, ALINE | 6640 |

## *PROVOST UMPHREY*

| *Claimant Name* | *Last 4 Digits of SSN* |
| --- | --- |
| LEWIS SR, JIMMIE | 1736 |
| LEWIS, CHARLES R | |
| LEWIS, CLYDE | 5139 |
| LEWIS, JOHN E | 7256 |
| LEWIS, LEON | 8628 |
| LEWIS, MORGAN | 8790 |
| LIPSCOMB, CARL | 6014 |
| LITCHFIELD, ELTON E | 9267 |
| LITTLE, BERNIE V | 5018 |
| LOFTON, EUGENE | 8121 |
| LOGAN SR, JAMES L | 8478 |
| LOGUE, CLARENCE | 2730 |
| LONG, LEE R | 9737 |
| LONG, W R | |
| LUCAS, LAWRENCE | 6569 |
| LUDWIG, THEODORE T | 1667 |
| LYLE, O D | 9040 |
| LYON, FRED M | 5317 |
| MACHANN, EDWIN J | 9246 |
| MACHEMEHL SR, KENNETH | 3604 |
| MACIEL, VICTOR C | 2617 |
| MACK, ELIGAH | 4289 |
| MAGGARD JR, THOMAS H | 2808 |
| MAJOR, PETER | 5009 |
| MALIN, WILLIE J | 8160 |
| MALONE, ODELL | 6373 |
| MANN, TOM D | 5473 |
| MANSELL, DOUGLAS R | 2575 |
| MANUEL, GEORGE B | 5652 |
| MARAIST, WALTER A | 0507 |
| MARS, JAMES G | 7748 |
| MARTIN SR, RONALD G | 9742 |
| MARTIN, JAMES L | 4875 |
| MARZE, CLIFTON V | 1110 |
| MATHEWS, OLIVER | 5455 |
| MATLOCK, JESSE L | 8502 |
| MATTHEWS, CHARLES | 9716 |

## *PROVOST UMPHREY*

| Claimant Name | Last 4 Digits of SSN |
| --- | --- |
| MAXWELL, JOHNNIE L | 1623 |
| MAYERS, CYNTHIA | 1593 |
| MCAULIFFE, WILLIE F | 8057 |
| MCCARTY, TOM B | 5158 |
| MCCAULEY, BILLY G | 6034 |
| MCCLAIN, BILLY M | 2859 |
| MCCOLLOUGH, ALEX D | 2096 |
| MCCOLLUM, ALBERT M | 5379 |
| MCCREADY, RUSSELL A | 8906 |
| MCCULLOUGH JR, GEORGE | 3339 |
| MCDANIEL, DANIEL | 3160 |
| MCDANIEL, LYNN D | 0855 |
| MCDANIEL, SAMUEL L | 6373 |
| MCDUFFIE, LULA M | 1261 |
| MCELWEE, ROY L | 6016 |
| MCGEE JR, SILAS | 7739 |
| MCINTYRE, DUREL | 7118 |
| MCKINLEY, WILLIAM P | 6633 |
| MCKINNEY, GEORGE | 8310 |
| MCLAIN, NEWTON E | 2503 |
| MCLAURIN, JAMES E | 0552 |
| MCNICHOLS, JOHN P | 4335 |
| MEAUX, SHELTON G | 5438 |
| MEEKS SR, TAFT | 1013 |
| MILES, JAMES E | 8782 |
| MILLER, MORRIS A | 9231 |
| MIRANDA, JOE C | 9683 |
| MITCHELL, EDGAR W | 0825 |
| MITCHELL, LUMOS K | 8394 |
| MONCEAUX, FARLEY D | 8927 |
| MONCEAUX, MARCIE | 6316 |
| MONREAL, JUAN M | 4275 |
| MONTALVO SR, ABEL N | 3255 |
| MOODY, WILLIAM D | 3382 |
| MOORE, JACK | 9052 |
| MOORE, LEROY | 2660 |
| MOORE, OSCAR F | 8642 |

## *PROVOST UMPHREY*

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| MOORE, PERCY J | 9116 |
| MORAN, GLEN | 5188 |
| MORGAN, ALFRED W | 5685 |
| MORGAN, DONALD B | 7837 |
| MORRIS JR, BOYCE | 6936 |
| MORRIS, NAMON | 4722 |
| MORRIS, OTTO | 7894 |
| MORRIS, WALTER J | 4880 |
| MORRISON, JERRY A | 1029 |
| MORROW, DANIEL R | 9911 |
| MOSLEY, ROBERT L | 1005 |
| MOSS, ARNOLD L | 2480 |
| MUELLER, PAUL A | |
| MULLENS, PAUL L | 8513 |
| NAQUIN, MALCOLM M | 1429 |
| NARANJO, J N | 4778 |
| NEAL, WILLIAM H | 2215 |
| NELSON, ROY F | 3220 |
| NEW, ROY | 2131 |
| NEWMAN, CHARLES V | 1165 |
| NEWMAN, MILTON L | 2810 |
| NEWMAN, WILLIAM G | 8590 |
| NEWTON, BERNICE | 5394 |
| NOBLE, BILLY | 7261 |
| NOLAN, JAMES P | 4428 |
| NOLTE JR, HENRY K | 1248 |
| NORRIS, AMBROSE J | 4806 |
| NORSWORTHY JR, A Q | 9438 |
| OAKES, GLENN | 6408 |
| ODOM, LAVON N | 4774 |
| ODOM, TRAVIS V | 8280 |
| OLSON, VICTOR B | 9092 |
| ONEAL, MALCOLM | 5716 |
| ORTOLON, JAMES C | 0396 |
| OSBON, ALMER T | 8769 |
| OWENS, THELMA M | 8251 |
| PALMER, THOMAS H | 7084 |

## *PROVOST UMPHREY*

| Claimant Name | Last 4 Digits of SSN |
| --- | --- |
| PARISH JR, JAMES M | 0700 |
| PARKER, JOSEPH S | 0132 |
| PARKS, CHARLES S | 4293 |
| PATE, ALBERT D | 0184 |
| PATE, ROGER R | 3408 |
| PATIN, CLARENCE | 4880 |
| PATTILLO, KATHERINE | 2766 |
| PAULEY, RICHARD J | 1675 |
| PAYNE, ROY L | 3187 |
| PEACOCK, ROY B | 7176 |
| PENA, LEE E | 4086 |
| PENNINGTON, AARON J | 5044 |
| PERKINS, MATTHEW D | 1786 |
| PERKINS, RICHARD | 1884 |
| PERRY SR, CHARLES R | 5797 |
| PETE SR, HENRY | 5577 |
| PETE, JIMMY | 1194 |
| PETERSON, JOSEPH P | 7361 |
| PETRUS, FRANCIS E | 6381 |
| PHILLIP, BETTY J | 1517 |
| PHILLIPS, CHARLES H | 2293 |
| PHILLIPS, LOYD D | 4172 |
| PIERCE, JOHN B | 4254 |
| PITTS, OWEN L | 1400 |
| PLAISANCE, SEAPHUS | 8127 |
| PLATT, JAMES | 6781 |
| POLLARD, JOHN T | 2426 |
| POLLOCK, RAYMOND E | 9710 |
| POSEY, WILLIE C | 7948 |
| POSS, JAMES A | 7779 |
| POTTS, WAYNE E | |
| POUSSON, LEON H | 9133 |
| POUSSON, WALTER L | 3542 |
| POWELL, DONALDSON L | 3604 |
| POWELL, I D | 9728 |
| POWELL, LYLE | 3566 |
| PRATHER, WILLIAM A | 3425 |

## *PROVOST UMPHREY*

| *Claimant Name* | *Last 4 Digits of SSN* |
| --- | --- |
| PRUITT, EARL E | 3930 |
| PUES, HAROLD N | 5975 |
| PULLIAM, JACK H | 2494 |
| PURSLEY, JAMES | 7332 |
| PURVIS, COLBERT W | 6994 |
| RABALAIS, JOHN L | 7027 |
| RAMIREZ, VALENTINE | 5555 |
| RAMSEY, GRADY L | 1285 |
| RAMSEY, JACK M | 3310 |
| RAMSY SR, MARVIN M | 7293 |
| RANDLE, GUS | 5370 |
| RANDLE, WALLACE | 2542 |
| RAYBURN, ZEFF L | 3249 |
| READ, TRAVIS A | 5196 |
| REDMON, LEO | 8145 |
| REEVES, MAXINE | 2392 |
| REILY, JOHN J | 1287 |
| REYNARD, WILLIAM C | 5800 |
| RHODES SR, JAMES R | 5116 |
| RICE, LOUIS G | 4246 |
| RICE, ROY | 4666 |
| RICHARD, DORAN J | 6033 |
| RICHARD, RAYMOND V | 4229 |
| RICHARDSON, D T | 8971 |
| RICHARDSON, EDDIE A | 8321 |
| RICHARDSON, ERIC T | 6982 |
| RICHARDSON, GLADYS M | 0494 |
| RICHARDSON, LARRY L | 3217 |
| RICKS, JOHN | 7286 |
| RICKS, JOHN H | 7551 |
| RIDER, RICHARD L | 5261 |
| RIDGLE, WILLIE | 9863 |
| RIGGS, HAROLD B | 9149 |
| RILEY, FLOYD A | 3445 |
| RILEY, LOUNEAL | 2264 |
| RIPPY, LEO F | |
| RIVAS, EDDIE | 3290 |

## *PROVOST UMPHREY*

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| ROACH, EARL R | 2885 |
| ROACH, JIMMY | 0761 |
| ROBERSON, DRUE | 0940 |
| ROBERTS, HERBERT | 8559 |
| ROBERTS, HERSCHELL L | 0436 |
| ROBERTSON, BERRY T | 1405 |
| ROBINETTE, PLEZ H | |
| ROBINSON, JAMES A | 7862 |
| RODGERS, GARY | 6719 |
| RODRIGUEZ, ARNULFO B | 0871 |
| ROFF, LEON A | 1581 |
| ROGERS, HAROLD | 7750 |
| ROGERS, ROY | 4757 |
| ROSE, ELTON L | 9873 |
| ROSS, JOHN T | 6452 |
| ROY, LOUIS | 2945 |
| RUCKA, LEO V | 6890 |
| RUFFIN, WILLIE L | 6234 |
| RUIZ, MODESTO S | 6890 |
| RUSSELL, BOBBY L | 0521 |
| RUSSELL, IRA A | 7049 |
| RUSSELL, ROY C | 2547 |
| SALAZAR, JOSE M | 4132 |
| SAMPSON, MICHAEL W | 9801 |
| SAMPSON, VAN A | 5542 |
| SANDERS, JOHN P | 5955 |
| SANDERSON, AUBRY D | 6924 |
| SANFORD, GARLAND B | |
| SAPP SR, EARL J | 0844 |
| SAPP, DORA J | 2875 |
| SARDEN, JACOB | 2903 |
| SAULS, CECIL R | 4916 |
| SAVOY, ALTON | 8412 |
| SCALISI, ANTHONY J | 1188 |
| SCHAFER, ROBERT E | 7071 |
| SCHAPER, VICTOR | 5777 |
| SCHAPPER JR, PEYTON A | 7552 |

## *PROVOST UMPHREY*

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| SCHLOSSER, TIM | 4441 |
| SCHULTE, EARL C | 2750 |
| SCHULTZ, GLENN C | 8332 |
| SCOTT, BILLY R | 2154 |
| SEGURA, ALLEN | 5055 |
| SELLERS, HENRY | 9714 |
| SEVERIN, WALTER P | 6388 |
| SHANNON, RAYMOND H | 0573 |
| SHARP, RICHARD A | 1915 |
| SHAW, JACK W | 8448 |
| SHELTON, RAYMOND L | 9037 |
| SHEPHERD, HIRAM | 8819 |
| SHOPE, WILLIAM | 2369 |
| SHOPPACH, ROBERT E | 2185 |
| SHOULTZ, LARRY T | 7517 |
| SIMMONS JR, MOSES | 3941 |
| SIMMONS, LUTHER | 8572 |
| SIMON, EDDIE | 6248 |
| SIMON, JESSE | 8785 |
| SIMPSON, CLAUDE | 6717 |
| SIMS, JOHN T | 7773 |
| SKINNER, HOMER G | 0985 |
| SMITH SR, BILLY | 3084 |
| SMITH SR, PHILLIP S | 5312 |
| SMITH, CHARLES W | 4909 |
| SMITH, CLAYTON D | 0996 |
| SMITH, ERNEST | 9317 |
| SMITH, JOSEPH C | 7772 |
| SMITH, KENNETH P | 8334 |
| SMITH, LAWRENCE J | 4988 |
| SMITH, MERRIAM A | 3485 |
| SMITH, RAYFIELD | 4250 |
| SMITH, WALTER C | 2214 |
| SNIPES, LEO R | 6276 |
| SONNIER, ERNEST J | |
| SOUTHERLAND, GARY | 4694 |
| SOUTHERN SR, WILLIE | 1791 |

## *PROVOST UMPHREY*

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| SPARKS, MADISON B | 7951 |
| SPELL, EUGENE W | 3658 |
| SPELL, WILBUR | 4696 |
| SPRADLEY, ROBERT D | 6171 |
| SPURLOCK, ESKER L | 1719 |
| ST ANDRE, WILLIS | 7526 |
| STAFFORD, LEO D | 0785 |
| STANFORD, BILLY D | 8770 |
| STANLEY SR, DONALD G | 9617 |
| STANLEY, DAVID F | 5280 |
| STANLEY, DOYLE | 1967 |
| STEINER, STANLEY L | 8322 |
| STEPHENS, OSCAR W | 7686 |
| STEPHENS, WARREN C | 6503 |
| STEPHENSON JR, F A | 6195 |
| STEPHENSON, LLOYD | 1476 |
| STEVENS, SYLVAN G | 0706 |
| STEWARD, BERNARD L | 9654 |
| STEWART, GRIFFIN | 9072 |
| STEWART, JOHNNIE | 9916 |
| STEWART, THOMAS | 9090 |
| STOUT, BOBBY F | 5410 |
| STRICKLEN, LOREN L | 3658 |
| STRINGER, WILLIAM O | 7013 |
| SULLENDER JR, ROHLIN E | 2651 |
| SUMLER, ALTON E | 1030 |
| SUMMERS, GLENN | 4848 |
| SWEARINGEN, FRANK M | 8615 |
| SWEAT, LEONARD | 1861 |
| SWIGER, JOSEPH | 7559 |
| SWYMER, JAMES T | 4074 |
| TADDIA, ANGELO | 3566 |
| TANTON, WILLIAM J | 5837 |
| TATUM SR, PATE L | 7638 |
| TERNA, R T | 5027 |
| TERRO, NOLANCE | 2842 |
| THERIOT, RIVERS L | 0914 |

## *PROVOST UMPHREY*

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| THIBODEAU SR, BERNARD | 0938 |
| THIBODEAUX, HOMER J | 3202 |
| THIBODEAUX, LEROY | 2893 |
| THIBODEAUX, LEROY J | 5981 |
| THIBODEAUX, PHILLIP R | 8187 |
| THOMAS, VESSIE | 9031 |
| THOMPSON SR, ERNEST A | 5841 |
| THOMPSON, BRYAN H | 9769 |
| THOMPSON, CLIFFORD H | 5575 |
| THOMPSON, LIREL M | 8474 |
| THOMPSON, WALTER L | 4766 |
| THREATS, JOSEPH | 2216 |
| TIGNER, OSCAR | 7147 |
| TOLAND, LOUIS E | 7609 |
| TOMPKINS, JAMES N | 2868 |
| TOMPKINS, JOSEPH R | 3627 |
| TOMPLAIT, DENNIE G | 6427 |
| TORTORICE, JAKE | 5544 |
| TRAHAN, BERNARD C | 3418 |
| TRAWEEK, WALTER W | 6466 |
| TUCKER, WOODROW | 9926 |
| TURK, CHARLES E | 4678 |
| TYNES, FRED H | 0969 |
| TYSON, JOHN | 2789 |
| UNDERWOOD, JOE L | 0451 |
| URBAN, MARTIN J | 4111 |
| VALLEY, JAMES | 2992 |
| VANDERPOOL, ROBERT | 1247 |
| VANWINKLE, RONALD D | 9933 |
| VASQUEZ JR, ENRIQUE M | 2382 |
| VAUGHAN, JOHN C | 4899 |
| VENABLE, JOYCE H | 3076 |
| VICE, HARRY L | 2493 |
| VICTORY, JACK M | 4222 |
| VIDALIER, MURPHY J | 6529 |
| VINEGAR, FISHER | 8605 |
| VOTAW, JAMES J | 3242 |

## *PROVOST UMPHREY*

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| VOTAW, WILLIE R | 6579 |
| WACTOR, RAY | 4654 |
| WAGNER, RICHARD J | 2716 |
| WALKER SR, ROBERT D | 7370 |
| WALKER, LLOYD L | 5065 |
| WALKER, ROBERT L | 7240 |
| WALKER, THOMAS C | 8183 |
| WARNER, EDWARD | 0558 |
| WASH, EZELL | 7761 |
| WASHINGTON, BENNY S | 9065 |
| WATERS, EDWARD | 7211 |
| WATKINS, AVON V | 1466 |
| WATTS, MARY L | 2917 |
| WEBB, HAROLD B | 4056 |
| WEBER, ALEX | 6535 |
| WELCH, THOMAS L | 8915 |
| WELDON SR, HENRY T | 3976 |
| WELLS, PETE | 7123 |
| WERNER JR, ALBERT | 0512 |
| WHISENANT, R V | 2353 |
| WHITAKER, JEWEL | 8698 |
| WHITE, E L | 2629 |
| WHITEHEAD, HENRY E | 6210 |
| WHITLEY, ACCIE L | 8076 |
| WHITMIRE, WILLIAM | 0586 |
| WIERZBICKI, EUGENE | 8283 |
| WILEY SR, ELBERT | 2671 |
| WILKERSON, BEN | 3120 |
| WILKINSON, DAVID L | 0339 |
| WILLIAMS, EDWARD R | 0412 |
| WILLIAMS, FELTON | 8719 |
| WILLIAMS, JERRY A | 8947 |
| WILLIAMS, JOSEPH R | 0782 |
| WILLIAMS, KENNETH C | 7727 |
| WILLIAMS, MACK D | 8967 |
| WILLIAMS, SAMMY A | 0222 |
| WILLIAMS, TOM | 7547 |

## *PROVOST UMPHREY*

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| WILLIAMS, WILLIAM A | 8721 |
| WILLS, DENNIS | 2974 |
| WILSON SR, SAMUEL | 4391 |
| WILSON, WILLIAM E | 2089 |
| WING, EUGENE | 4316 |
| WINGATE, SAM L | 7449 |
| WINTER, CHARLES E | 4768 |
| WINTERROTH JR, EDMUND | 8250 |
| WISE, JOHN E | 8560 |
| WISRODT, AUGUST V | 0240 |
| WOOD, JOSEPH L | 4246 |
| WOOD, OLVIN R | 6641 |
| WOODRUFF, FRANK | 7141 |
| WOODS, GLEN E | 3629 |
| WOODS, JIMMIE L | 4608 |
| WOODS, LELAN R | 3939 |
| WOODS, ONLY | 1583 |
| WOODS, ROY G | 7849 |
| WREN, GLEN H | 3355 |
| WRIGHT, B M | 3246 |
| WRIGHT, CHARLES R | 1983 |
| WRIGHT, WILLIAM L | 7602 |
| YARBROUGH, J  B | 4465 |
| YBARRA, GABRIEL | 5351 |
| YOUNG, GARY A | 8446 |
| YOUNG, HERBERT | 3661 |
| YOUNG, LOUIS | 1537 |
| ZAKRZEWSKI, NORMAN | 0465 |
| ZERKO, JOHN D | 1519 |