## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W. R. GRACE & CO.,** *et al.,* | ) | **Case No. 01-1139 (JKF)** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |

### NOTICE OF DEPOSITION

To **Weitz & Luxenburg, P.C.** and to All Parties on the Attached Service List:

    **PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable by Rule 7030 of the Federal Rules of Bankruptcy Procedure, the Debtors will take the deposition upon oral examination of the attorney at **Weitz & Luxenburg, P.C.** most knowledgeable concerning the activities undertaken by the firm to respond to the W. R. Grace Asbestos Personal Injury Questionnaire on behalf of the claimants listed on Exhibit A hereto. The deposition shall be taken **on June 20, 2007** at the offices of **Weitz & Luxenburg, P.C.** or at such time and place as otherwise agreed to by the parties.

    **TAKE FURTHER NOTICE** that the deposition shall be conducted before a person duly authorized to administer oaths in the relevant jurisdiction and will continue day-to-day until concluded. Testimony shall be taken by stenographic means and will also be recorded by sound-and-visual means. Parties beyond deponent who are served with a copy of this Notice are invited to attend and to cross-examine.

Dated: May 18, 2007

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick
Janet S. Baer
Ellen Therese Ahern
Salvatore F. Bianca
200 East Randolph Drive
Chicago, IL 60601
Telephone:    (312) 861-2000
Facsimile:    (312) 861-2200

KIRKLAND & ELLIS LLP
Barbara Harding
Brian T. Stansbury
Amanda C. Basta
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone:    (202) 879-5000
Facsimile:    (202) 879-5200

-and-

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB LLP
_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

2

# Exhibit A

## *WEITZ & LUXENBERG*

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| ABRAHAMIAN (DEC), LEVON | 7955 |
| ACCARDI SR (DEC), ANTHON | 4028 |
| ACCOLLA, JOSEPH J | 9513 |
| ACOCELLA, JOSEPH A | 9944 |
| ADAM, RAYMOND | |
| AGNES, JOHN L | 7199 |
| AINSWORTH, MARY G | 7978 |
| ALBANESE, THOMAS C | |
| ALBANO, JACK | 4221 |
| ALBINO (DEC), JOSEPH J | 8962 |
| ALLEN, MILDRED J | |
| ALLEYNE, LISLE M | 9142 |
| ALPHONSE (DEC), ANNIBALE | 4033 |
| ALVINO (DEC), ARMANDO A | 3807 |
| AMANCIO (DEC), CLIFFORD | 3904 |
| AMICO (DEC), JOSEPH | 6519 |
| ANDERSON (DEC), ESTER V | 1931 |
| ANDERSON (DEC), UTHER | 1821 |
| ANDREWS, DONALD | |
| ANTONOPOLOUS, APOSTOL | |
| ARSENAULT (DEC), EDWARD | 7975 |
| AUCH (DEC), JOHN J | 8214 |
| AUSTIN (DEC), EDWARD J | 1869 |
| AYLWIN (DEC), ANDREW J | 2389 |
| BABINEAU (DEC), ALFRED | 1341 |
| BADESSA (DEC), NARDO | 8546 |
| BAKER, HOWARD P | 1705 |
| BAKER, ROBERT | |
| BANCROFT, BENJAMIN | |
| BANKS, THOMAS L | 4463 |
| BARBERIAN, JOSEPH J | 3812 |
| BARONE, ANTHONY C | 3473 |
| BARRON (DEC), LEO F | 6211 |
| BARTALINI, ALADINO | 4871 |
| BASS, ROBERT | 8680 |
| BAX (DEC), JOHN J | 2591 |
| BAYS (DEC), RICHARD | 8239 |

## WEITZ & LUXENBERG

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| BEARDEN, LARRY | 5390 |
| BEATON (DEC), JOSEPH | 9500 |
| BEAULIEU, WILFRED J | 7514 |
| BELANGER, ROLAND | 4791 |
| BELL, ULYS | 8689 |
| BENEVENTO, FREDERICK | 2878 |
| BENSON (DEC), HYMAN | 8362 |
| BENT (DEC), RUSSELL H | 1916 |
| BERALDI, SALVATORE | 5481 |
| BERG (DEC), WILLIAM | 6450 |
| BERGER (DEC), JAMES A | 7854 |
| BERKO, MIKE | 0031 |
| BERMAN (DEC), HAROLD | 2447 |
| BERNARD, RODERICK J | 5846 |
| BIRD (DEC), LEONARD A | 7966 |
| BLAIKIE JR (DEC), GEORGE | 1010 |
| BLANDINI (DEC), JOSEPH | 4587 |
| BLOCK (DEC), HYMAN | 1851 |
| BOCHICCHIO, WILLIAM G | 8888 |
| BOCHICHIO (DEC), ANTHONY | 7231 |
| BOISVERT, WARREN D | 6942 |
| BONGIOVANNI, PHILIP R | 3481 |
| BONNER, WALLACE | 0495 |
| BORGES (DEC), WARREN | 2820 |
| BORNSTEIN (DEC), LOUIS E | 7240 |
| BORNSTEIN, HENRY G | 5431 |
| BOSIA, ROBERT A | 6815 |
| BOSSIO (DEC), FRANCIS D | 4708 |
| BOUDREAU JR, ERNEST P | 6962 |
| BOWMAN, FRANCIS J | 1704 |
| BOYLE SR (DEC), WILLIAM J | 7240 |
| BRAWLEY (DEC), ANTHONY | 5613 |
| BREAULT (DEC), RICHARD T | 1625 |
| BRENNAN, WILLIAM J | 3431 |
| BRICE, JAMES W | 0675 |
| BRIENZE SR (DEC), JOSEPH | 2744 |
| BROCK, JARVIS | 2397 |

## *WEITZ & LUXENBERG*

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| BROWN, JAMES (DEC) | 9580 |
| BROWN, SUSAN | |
| BRUMFIELD, EVELYN | 7389 |
| BRYANT SR (DEC), DAVID | 1933 |
| BUHAGIAR, CHARLES | 1879 |
| BURKE (DEC), ARTHUR T | 2761 |
| BURNETT, ERNEST L | 6368 |
| BURNS (DEC), JAMES | 4995 |
| BYNOE, RONALD | 5305 |
| CACACE (DEC), ARISTO | 7569 |
| CAIXEIRO (DEC), JOHN | 8627 |
| CALIERI (DEC), CHARLES | 3471 |
| CAMILLO SR (DEC), HENRY C | 1118 |
| CAMMARATA, VINCENT F | 6063 |
| CAMPBELL (DEC), DONALD J | 9646 |
| CAMPBELL (DEC), LOUIS | 5000 |
| CAMPBELL, GERALD | 2540 |
| CAMPBELL, WILLIAM E | 6828 |
| CAMPITELLI, CARMINE C | 4202 |
| CANGIAMILA, VINCENT T | 9191 |
| CANNON (DEC), EDWARD | 0025 |
| CANSLER, JEAN | 9530 |
| CANTY, DANIEL | 3207 |
| CAPODILUPO SR (DEC), ROB | 7711 |
| CAPOZIO, JOHN T | 3548 |
| CAPPRINI, STANLEY | 9613 |
| CAPRIO, FRANK | 2756 |
| CARDARELLI, DANIEL | 8693 |
| CARLEY, FREDERICK F | 5975 |
| CAROLLO, DENNIS | 6236 |
| CARPENTIER (DEC), JOSEPH | 1337 |
| CARR (DEC), CHARLES F | 3049 |
| CARR, BILLY J | 0218 |
| CARROLL (DEC), JOHN | 3206 |
| CARROZZA, DAVID W | 4109 |
| CASHMAN (DEC), DANIEL | 8620 |
| CASSARA, JACOB J | 2844 |

# WEITZ & LUXENBERG

| Claimant Name | Last 4 Digits of SSN |
| --- | --- |
| CATALDO, CARLO | 8128 |
| CATANO, LOUIS | 4852 |
| CATARIUS, EDWARD | |
| CATARUZOLO, ANTONIO | 3247 |
| CAVICCHIO, JAMES A | |
| CELLA, EDWARD | 3298 |
| CERRONE, CHARLES | 1817 |
| CHASE (DEC), WALTER E | 8159 |
| CHEW, WILLIAM (DEC) | 5089 |
| CHICCARELLI, JAMES (DEC) | 2520 |
| CHIRONNO, JOHN  J | 5428 |
| CHRISOS (DEC), CHARLES | 4569 |
| CHRISTIE, GEORGE J | 5658 |
| CIAMPA, CHARLES (DEC) | 2507 |
| CIAMPA, ROCCO | |
| CIANCHI, NEMO (DEC) | 8099 |
| CIRIGNANO, GEORGE S | |
| CLANCY, THOMAS | 9472 |
| CLATTENBURG SR., ROBERT | |
| CLEARY, EDWARD J (DEC) | 9229 |
| CLEMENZI, JOHN B | |
| COATES (DEC), ROBERT | 2693 |
| COCCIA (DEC), JOHN | 7505 |
| COELHO (DEC), NICHOLAS | 2165 |
| COHEN, ALBERT J (DEC) | 2169 |
| COHEN, MICHAEL D (DEC) | 4421 |
| COHEN, SAMUEL P (DEC) | 6853 |
| COLANTUONI, ALFRED | 7790 |
| COLLINS (DEC), GERARD A | 8393 |
| COLLINS, BRIAN | 0552 |
| COLWELL, CHARLES | |
| CONDENZIO (DEC), PETER W | 4482 |
| CONDON, WILLIAM A | 0681 |
| CONNELLY (DEC), MATTHEW | 8618 |
| CONTE (DEC), ANTHONY | 1568 |
| CONTINO, JOSEPH J | 9032 |
| COOK SR, DANIEL | 5369 |

## WEITZ & LUXENBERG

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| COOMBS, IRENE | |
| COOMBS, WILLIAM | 9319 |
| COPPOLA, GEORGE L | 6688 |
| CORAZZINI, HENRY (DEC) | 1434 |
| CORELLA, DOMINIC | 0959 |
| CORMIER, NORMAN (DEC) | 3645 |
| CORREA (DEC), SANTIAGO | 3930 |
| CORTINOVIERI, ALFRED | 2177 |
| COTTEN, LLOYD (DEC) | 4642 |
| COX (DEC), GEORGE J | 1722 |
| COYMAN, RICHARD G | |
| CRANNELL (DEC), JOHN W | 1244 |
| CRANSHAW, JAMES H | 3317 |
| CRAWFORD (DEC), ROBERT | 3146 |
| CREDENDINO (DEC), ORLAN | 7764 |
| CRICONES, DENO | 8854 |
| CROCE, JOSEPH A | |
| CROCKER, MAX | 8468 |
| CROSS SR., RALPH | |
| CRUZ, CLIFFORD (DEC) | 1037 |
| CURRAN, ED | 7023 |
| CURRERI (DEC), FRANK I | 5233 |
| CURRY JR, FRANCIS | 4474 |
| CURRY, FRANCIS J | |
| CZAJKOWSKI (DEC), JOHN | 6896 |
| DANGELICO (DEC), ALFRED | 5535 |
| DANIELI (DEC), ARTHUR | 5430 |
| DANKO, PAUL J | 4442 |
| DAVIE, EVAN W | 6644 |
| DAVIS, OLEN | 3847 |
| DAZET (DEC), THOMAS | 1593 |
| DE NAGEL, EUGENE | 4556 |
| DE SHAZO (DEC), LAYMAN | 8992 |
| DEAMELIO, ANTHONY J | 5325 |
| DEANGELO (DEC), VINCENT | 3185 |
| DECARVALHO, FRANCISCO | 8564 |
| DEFLORIO SR., GAETANO | 9863 |

# WEITZ & LUXENBERG

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| DELGORIO (DEC), JOSEPH | 1079 |
| DELUCA (DEC), TERENCE R | 5934 |
| DELUTIES (DEC) SR, RUDOL | 2415 |
| DENLY, FREDERICK M | |
| DEPALMA (DEC), ANTHONY | 6492 |
| DEROTA (DEC), RALPH | 1124 |
| DESANTIS (DEC), FRANCESC | 8712 |
| DESANTIS, DOMINICK | |
| DESMOND, JOSEPH | |
| DEVIDO, JOHN M | 7562 |
| DEVINE (DEC), THOMAS M | 1066 |
| DEVINE-DROUIN (DEC), GLO | 0868 |
| DICALOGERO (DEC), JOHN | 4372 |
| DICHIARA (DEC), NICHOLAS | 7734 |
| DIFILIPPO, ANNA | 2272 |
| DIFILIPPO, ROBERT | |
| DIGIACOMO (DEC), ARNOLD | 8121 |
| DIGRAZIA (DEC), PETER | 5495 |
| DINAPOLI (DEC), PASQUALE | 3492 |
| DIORIO (DEC), ANTHONY | 9887 |
| DOHERTY (DEC), FREDERIC | 9897 |
| DOLGE (DEC), DOMINIC | 0802 |
| DORANT, JOSEPH | 1071 |
| DOTY (DEC), DEXTER | 0989 |
| DOTY, DAVID | |
| DOYLE (DEC), PHILIP | 2355 |
| DRILLIS (DEC) JR, NICHOLAS | 8442 |
| DRISCOLL, JOHN | |
| DUVERNEY, FRED P | 1619 |
| EBINGER, JAY | 3071 |
| EDDY (DEC), NORMAN C | 8957 |
| EDGE, FREDERICK P | 9159 |
| EDGERLY (DEC), FRANK J | 2092 |
| EDGERLY, LOUIS C | 8495 |
| EDMONSON (DEC), EDWARD | 4836 |
| ENDELMANN, GEORGE | 2922 |
| ESLICK, MARY | 4076 |

## *WEITZ & LUXENBERG*

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| EYDENBERG (DEC), FRANCI | 5015 |
| FABRIZIO (DEC), DOMENIC | 9866 |
| FAGONE (DEC), FRANK | 5413 |
| FARRAHER (DEC), JOHN H | 5432 |
| FARRAND (DEC), WILLIAM | 4752 |
| FARRARA, GEORGE P | 0809 |
| FARRO (DEC), JOSEPH | 7625 |
| FATIBENE, LEONARDO | 3014 |
| FAUCHER (DEC), JOSEPH R | 7065 |
| FEENEY, JOHN A | |
| FEMINO, CHARLES | |
| FERER, RONALD M | 8337 |
| FERRARIS (DEC), GEORGE | 4837 |
| FERRATUSCO, VINCENT (DE | 4077 |
| FERRETTI, JOHN | 7112 |
| FIATARONE, JAMES (DEC) | 0259 |
| FINUOLI, JOSEPH | 9265 |
| FISHER, JAMES F | 7006 |
| FISKE (DEC), LAWRENCE | 5342 |
| FLASHENBURG, EDWIN C | 5349 |
| FLAVIN (DEC), JOHN J | 3518 |
| FLETCHER, WALTER | |
| FLOMENBAUM (DEC), HYMA | 3900 |
| FLOMP, CATHERINE | 6318 |
| FONZI, CARMINE | 1346 |
| FOPPIANO JR, WILLIAM | 4126 |
| FOSSEY, REGINALD | 1643 |
| FOUGERE (DEC), PAUL | 9994 |
| FRANCIS, CHARLES | 4881 |
| FRANCO, RICHARD | 0536 |
| FRANZOSO (DEC), MARIO | 5922 |
| FRAWLEY (DEC), DONALD | 6986 |
| FREDETTE (DEC), WILLIAM H | 9477 |
| FREEDMAN, WILLIAM S | 1505 |
| FREID (DEC), DAVID H | 9328 |
| FRIZZI, ANTHONY | 0467 |
| FRONGILLO, ROBERT | 6935 |

# WEITZ & LUXENBERG

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| FURRER, JESSIE M | 9022 |
| GAETA (DEC), BENNIE | 1714 |
| GAETANI (DEC), ROBERT A | 2828 |
| GALARDI, AMERICO | 3431 |
| GALLAGHER, FRANCIS J | 6231 |
| GALLANT, JOSEPH | 8924 |
| GALLIMORE, ALVIN | 6743 |
| GALVIN SR (DEC), JAMES J | 0441 |
| GAMBARDELLA (DEC), SALV | 4529 |
| GARABEDIAN (DEC), LAWRE | 8747 |
| GASPARINI (DEC), VICTOR | 1474 |
| GENTILE, MARSHALL | |
| GIANGREGORIO (DEC), ORL | 5218 |
| GIBSON (DEC), GLADYS A | 6076 |
| GIGLIO (DEC), LEONARD D | 2427 |
| GILBRIDE (DEC), PATRICK | 7554 |
| GIUFFRE (DEC), ANTHONY | 0675 |
| GOODWIN, ROBERT | 7809 |
| GOTTLIEB (DEC), MORTON | 2557 |
| GOUDREAU (DEC), GEORGE | 7288 |
| GRANDE (DEC), ANTHONY J | 7033 |
| GRASSELLI (DEC), JOSEPH J | 6823 |
| GRASSELLI, ROBERT L | 0721 |
| GRECO (DEC), JOSEPH | 4451 |
| GREGORY SR (DEC), ANGEL | 4533 |
| GRIECO, BENNY | 2734 |
| GRIFFIN (DEC), THOMAS F | 4037 |
| GUASTELLA (DEC), BIAGINO | 0327 |
| HALPIN JR (DEC), CHARLES | 3060 |
| HANLEY (DEC), PATRICK | 5139 |
| HANSON (DEC), DAVID L | 4566 |
| HARDIMAN (DEC), WILLIAM J | 4923 |
| HARDIMAN JR (DEC), MARTI | 8667 |
| HARPER, GLEN | 9473 |
| HARRISON, EDWIN T | 8251 |
| HART, JOHN J | 0328 |
| HARTIGAN (DEC), GERARD | 6876 |

# *WEITZ & LUXENBERG*

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| HARTNETT (DEC), EMMET F | 2785 |
| HAYES (DEC), HILTON F | 9035 |
| HAYES (DEC), ROBERT F | 7373 |
| HAYES (DEC), WILLIAM P | 8859 |
| HAYES SR (DEC), NORMAN | 0979 |
| HEALEY (DEC), WARREN D | 4965 |
| HENNING (DEC), JOHN | 9894 |
| HILL (DEC), ALBERT J | 8371 |
| HILL SR (DEC), FRANCIS | 1149 |
| HORNE (DEC), RICHARD | 0219 |
| IANNACONE (DEC), GERALD | 0926 |
| IGLTHALER, CARL R | 7638 |
| INCROVATO, FRANCIS H | 3156 |
| JAKSINA (DEC), JOHN | 6774 |
| JEGLINSKI (DEC), JOSEPH | 3555 |
| JENKINS JR, BERTON W | 0716 |
| JOHN (DEC), HORST R | 2574 |
| JOHNSON (DEC), CARL R | 5922 |
| JONES (DEC), THOMAS J | 5892 |
| JORDAN (DEC), ROBERT R | 4399 |
| JULIANO (DEC), FRANK | 7161 |
| KACZMARSKI (DEC), JOHN P | 4186 |
| KATZ (DEC), ALFRED | 6505 |
| KAYARIAN (DEC), HENRY | 3267 |
| KEARNS (DEC), JAMES J | 4661 |
| KEEFE, DENNIS | |
| KEELER (DEC), FRANK T | 8059 |
| KELLEGREW (DEC), WILLIAM | 5013 |
| KELLEY (DEC), JOHN E | 8020 |
| KELLEY (DEC), PHILIP | 6049 |
| KELLEY (DEC), THOMAS W | 0013 |
| KELLEY, KEVIN J | 8090 |
| KELLEY, WALTER | |
| KELLY, EUGENE F | 6302 |
| KELLY, FRANCIS B | 2545 |
| KENYON (DEC), CLAYTON L | 2731 |
| KILROY, ARTHUR W | 1741 |

# WEITZ & LUXENBERG

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| KILROY, MICHAEL R | 5868 |
| KINNON, LAWRENCE | 5576 |
| KIRBY (DEC), JOSEPH | 3770 |
| KIRK (DEC), WILLIAM | 8120 |
| KNIGHT, JAMES C | 3412 |
| KOSTOPOULOS (DEC), ANTO | 4126 |
| KOZIOL (DEC), WALTER J | 3334 |
| KRAUS (DEC), ROBERT B | 8840 |
| KREGER, HENRY C | 3160 |
| KROLL (DEC), VICTOR | 9455 |
| KURTIS (DEC), DONALD P | 1416 |
| KURTIS, DONALD | |
| LADD SR (DEC), JAMES R | 3900 |
| LAIACONA (DEC), GUY | 2063 |
| LAMARCO (DEC), CHARLES | 8908 |
| LAMATTINA, SALVATORE | 4277 |
| LANDRY (DEC), MARIE L | 9651 |
| LANDRY, WILLIAM J | 7086 |
| LANGIS (DEC), ROBERT A | 9378 |
| LAQUIDARA, CHARLES | 0954 |
| LARAMIE, PAUL E | 0451 |
| LATINO, NANCY | |
| LEARY (DEC), JOHN | 1453 |
| LECLAIR (DEC), ABEL | 0861 |
| LEEDS, KENNETH M | 7153 |
| LEONE, JOHN | |
| LEONE, VINCENT J | 0090 |
| LERNER, NATHAN | 3748 |
| LEVY, ROBERT | 1805 |
| LICCIARDI (DEC), WILLIAM A | 0826 |
| LINDH, RUTH E | |
| LINDSEY (DEC), JOHN L | 4333 |
| LINSCOTT (DEC), FLORENCE | 4134 |
| LINSCOTT SR (DEC), ERNES | 5030 |
| LOMBARDI (DEC), JOSEPH | 3538 |
| LORMAN (DEC), GEORGE H | 3065 |
| LUNDBERG, ALLEN R | 2987 |

## *WEITZ & LUXENBERG*

| *Claimant Name* | *Last 4 Digits of SSN* |
|---|---|
| LUNETTA (DECD), SALVATOR | 7996 |
| LYNCH (DEC), JOSEPH C | 5709 |
| LYNCH, JAMES J | 1444 |
| MACDONALD (DEC), MALCOL | 4211 |
| MACDONALD (DEC), RICHAR | 0527 |
| MAHONEY (DEC), EDWARD T | 8559 |
| MAHONEY (DEC), WILLIAM T | 6577 |
| MAHONEY, FRANCIS A | |
| MANCINI (DEC), MICHAEL | 0699 |
| MANN, TRUEMAN | |
| MANZI, MARION | |
| MARANI, MARION E | 8826 |
| MARANIAN (DEC), MICHAEL | 5260 |
| MARCHESE, JOSEPH | 6133 |
| MARIE, GEORGE | 6607 |
| MARINACCIO, ANGELO | 1175 |
| MARKOWITZ (DEC), BEN | 3359 |
| MARONE (DEC), JERRY | 7577 |
| MARTIN, CHRISTOPHER | 4546 |
| MARTIN, JAMES W | 9937 |
| MARTIN, WILLIAM M | 5272 |
| MARTINO (DEC), VINNIE | 8886 |
| MARTON, STEVEN | 8373 |
| MASTROLIA (DEC), VITO | 0658 |
| MAZONSON (DEC), MAX | 5024 |
| MAZUREK, ADAM C | 8285 |
| MAZZONE (DEC), PHILLIP | 8032 |
| MAZZONE, FRANCISCO | |
| MCCARTHY (DEC), GERARD | 9092 |
| MCCARTHY (DEC), JAMES | 1716 |
| MCCARTHY (DEC), ROBERT | 6287 |
| MCDERMOTT (DEC), DANIEL | 1759 |
| MCDONALD (DEC), DONALD | 1383 |
| MCGOVERN, BERNARD | 0842 |
| MCGOVERN, BERNARD H | |
| MCGOWAN (DEC), FRANCIS J | 1812 |
| MCGOWAN, FRANCIS P | 7416 |

## WEITZ & LUXENBERG

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| MCISAAC (DEC), FRANCIS | 4558 |
| MCKENNA SR, JEREMIAH | |
| MCLATCHY (DEC), CHARLES | 7721 |
| MCLAUGHLIN, GEORGE | 3436 |
| MCLAUGHLIN, WILLIAM P | 8783 |
| MCLENNAN, ROBERT | 7198 |
| MCMAHON (DEC), HENRY | 3266 |
| MCNALLY, PETER A | 7466 |
| MCNULTY, JAMES J | 5158 |
| MCSHEA, THOMAS | |
| MCSHEA, THOMAS J | 2356 |
| MEDEIROS, ROBERT P | 8373 |
| MELANSON (DEC), JOHN | 0861 |
| MELANSON, WILLIAM | 5739 |
| MEMMOLO, RAFFEALLA A | |
| MERCIER (DEC), OLOF L | 6232 |
| MESTRES (DEC), PEPE | 6534 |
| MILLER (DEC), HARRY | 7210 |
| MILONE (DEC), JOSEPH | 4873 |
| MINOR, LAWRENCE | 8920 |
| MITCHELL, ROSIE | 1953 |
| MITIDES (DEC), NICHOLAS | 7420 |
| MOLESSO, CHARLES J | 4210 |
| MOLLOY, JOHN | |
| MONICA, RICHARD | 8099 |
| MONTGOMERY (DEC), EARLI | 2125 |
| MOONEY, JAMES E | |
| MOORE (DEC), RALPH E | 8206 |
| MORGAN, ARTHUR L | 0973 |
| MORGAN, DESSIE | 7250 |
| MORGAN, JOHN | 6560 |
| MORIN, ROGER | 8081 |
| MORRISSEY (DEC), RICHARD | 5177 |
| MUGLINI (DEC), ANGELO | 5902 |
| MULLALY (DEC), STANTON H | 0824 |
| MURPHY (DEC), ALAN | 8869 |
| MURPHY, FRANCIS L | 9265 |

## WEITZ & LUXENBERG

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| MURPHY, JAMES J | 8646 |
| MURPHY, JOHN A | 6793 |
| MURPHY, SHERANI | |
| MYRICK (DEC), JAMES W | 2818 |
| MYRICK, JAMES | |
| NAPOLITANO (DEC), ANGELO | 5520 |
| NASH (DEC), JOHN | 0709 |
| NASHAWATY, RALPH G | |
| NELSON (DEC), RICHARD | 0759 |
| NEWCOMB, HAROLD | |
| NICHOLAS, LUCY | |
| NICHOLSON (DEC), THOMAS | 5213 |
| NIEDDA (DEC), JAMES VINCE | 9068 |
| NOTARANGELO, MATTHEW J | 8935 |
| NOTARNICOLA (DEC), VINCE | 7137 |
| OBRIEN (DEC), ROBERT | 5254 |
| OBRIEN (DEC), ROBERT P | 8202 |
| OCONNELL, ROY | 6920 |
| ODONNELL, THOMAS F | 8165 |
| OHALLORAN (DEC), MARGAR | 3377 |
| OKEEFE, PATRICK | 0293 |
| OLIVEIRA (DEC), EDWIN J | 2957 |
| OLSEN, JAMES G | 4554 |
| ONEAL, JESSE C | 0831 |
| ONEIL (DEC), EUGENE | 7940 |
| ONEIL (DEC), PAUL | 8495 |
| ONEIL (DEC), RAYMOND | 4837 |
| ORINSKI, EDWARD | 2156 |
| ORMOND (DEC), FRANCIS J | 0905 |
| ORRELL, CHARLES | 8455 |
| OWENS (DEC), STANLEY | 6037 |
| PACE, EMANUEL J | 1816 |
| PACI, CHARLES | 8704 |
| PACITTO, ANTHONY | 4325 |
| PACYNA, ANDREW | 3511 |
| PAGE, GEORGE | 7510 |
| PAGLIUCA (DEC), MICHAEL | 7557 |

# WEITZ & LUXENBERG

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| PALLANTE, JOSEPH | 5978 |
| PALMER (DEC), ELIJAH | 1586 |
| PALMIERI (DEC), JOSEPH A | 8527 |
| PAOLELLI, ARMANDO | 4588 |
| PAPANDREA (DEC), PATSY J | 3951 |
| PAPARESTA, PASQUALE | 3528 |
| PARASCAK, ALEC | 6164 |
| PARISEAU, DOUGLAS | |
| PARKER (DEC), ROBERT | 4772 |
| PARKER, DAVID F | 0174 |
| PARKER, JAMES M | 0148 |
| PARKS, CYRUS | 6524 |
| PARMENTER (DEC), HENRY | 5511 |
| PARSONS, STEPHEN | |
| PASCALE, PAUL | 1643 |
| PASQUARELLA, RICHARD | |
| PATTI SR (DEC), RALPH | 7360 |
| PATTI, FRANCIS J | 1412 |
| PAWLIK, JOSEPH | 4155 |
| PAYNE (DEC), ARTHUR L | 8040 |
| PEARSALL, FELTON | 1158 |
| PEASE, ROBERT | |
| PECORARO, RONALD J | 8966 |
| PEDRIN (DEC), ALBERT | 5906 |
| PEDUTO, BENJAMIN | 9869 |
| PEED (DEC), BURNICE B | 6132 |
| PELLEGRINO, ALFIO | 0543 |
| PELLETIER, JOSEPH | 6446 |
| PELUSI (DEC), FRANK | 5848 |
| PELUSO, FRANK J | 9627 |
| PENDLETON, RUSSELL | |
| PENDZICH (DEC), GEORGE L | 5794 |
| PENHOLLOW, WILLIAM | |
| PEPICELLI, JAMES | 0527 |
| PERISA, JOHN | 1705 |
| PERKINS (DEC), WALTER | 7852 |
| PERKINS, JAMES | |

# WEITZ & LUXENBERG

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| PERNICE SR, FRANK | 4212 |
| PERRETTO, JOSEPH J | 3018 |
| PERRIN, VIRGINIA L | |
| PERRONE, RALPH | 2592 |
| PERRY, MELVIN | 7354 |
| PERSONS, GERALD J | 7776 |
| PETECKI, THEODORE F | 1985 |
| PETELL, PAUL J | 0039 |
| PETERS (DEC), HAROLD C | 9920 |
| PETERS (DEC), NICHOLAS T | 1168 |
| PETERS (DEC), ROBERT J | 1828 |
| PETITTO (DEC), SAMUEL | 6513 |
| PETRINEC, MICHAEL | 0024 |
| PETROSKY, JOSEPH | 6534 |
| PETRYLAK, MYKOLA | 0652 |
| PETYAK (DEC), JOHN S | 6200 |
| PFAFFENBACH, RAYMOND J | 8359 |
| PFEIFFER, JOHN | 1599 |
| PFEIFFER, ROBERT C | 2022 |
| PFEIL (DEC), CHRISTIAN | 4793 |
| PHELAN, GEORGE F | 6320 |
| PHILIP (DEC), RICHARD | 3560 |
| PHILLIP, HARRY | 3343 |
| PHILLIPS, JAMES R | 0281 |
| PIAZZA (DEC), JOSEPH P | 0030 |
| PICCINICH, ALFONSO | 6229 |
| PICCIOTTO, BENEDICT | 4946 |
| PICOGNA, CHARLES | 7881 |
| PIDGEON, LAWRENCE G | 1287 |
| PIECZYNSKI, HENRY | 7143 |
| PIERCE, HARRY M | 4746 |
| PIETRELLO, LOUIS | |
| PIETRZAK, ROBERT V | 5638 |
| PIGEON (DEC), ROGER | 3311 |
| PILATO (DEC), HENRY | 4110 |
| PINKOS (DEC), JOSEPH | 4027 |
| PINKOWSKI, ROBERT S | 7761 |

## WEITZ & LUXENBERG

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| PISELLI (DEC), RAYMOND | 0963 |
| PIZZANO SR (DEC), RAYMON | 9746 |
| POMPEO SR., JOHN J | 0532 |
| POTTS JR., JOSEPH | |
| POWELL DECD., GEORGE | |
| POWER (DEC), JOHN M | 9620 |
| PREUSS, HOWARD E | 9763 |
| PRICE (DEC), CHARLES | 5859 |
| PUOPOLO, JOHN | |
| QUATTROCCHI, CIRO | |
| QUINN (DEC), ROBERT J | 7663 |
| RAITI (DEC), JOSEPH | 9776 |
| RANIERI, GILDA R | 3433 |
| RANSOM, PAUL | 9749 |
| RAPUANO, RALPH | |
| RATEL, FRANK J | 5357 |
| RATEL, FRANK J | |
| RAYMORE, ALBERT C | |
| REAGAN (DEC), ANTHONY M | 9554 |
| REDDIN (DEC), HENRY | 7653 |
| REDDY, ROBERT J | 6057 |
| REEBEL, JAMES B | |
| REED, TIMOTHY | 9715 |
| REEVES (DEC), GEORGE | 1299 |
| REGAN, JAMES | |
| REPPUCCI (DEC), CARL | 4057 |
| RESINO, SAL | 0118 |
| RESTIVO SR, CHARLES | |
| RICHMOND (DEC), HAROLD | 4815 |
| RICKER (DEC), EDWARD | 7421 |
| RIEDY, ROBERT J | 7481 |
| RIESCHER, FRANK | |
| RINDONE SR (DEC), JAMES | 3285 |
| ROBINSON (DEC), WALTER | 1143 |
| ROBINSON, GLADYS | |
| ROBINSON, WINSTON C | 0388 |
| ROCHE (DEC), TERRENCE | 3910 |

# WEITZ & LUXENBERG

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| RODRIGUEZ, EMILIO | 4634 |
| ROE, ALTON L | 0215 |
| ROGAN, MARTIN | 0806 |
| ROGERS JR, CHARLES E | 7438 |
| ROGERS, JAMES R | 8947 |
| ROGERS, ROBERT | 8453 |
| ROGERS, ROBERT C | |
| ROGIER (DEC), JULIAN G | 0865 |
| ROGLER, KEVIN J | 8327 |
| ROKSVOLD, RICHARD R | 0791 |
| ROMAGNOLO (DEC), JOHN | 4166 |
| ROMANYSZYN (DEC), EUGEN | 1707 |
| ROOT (DEC), EDWARD | 3325 |
| ROSE JR (DEC), JOSEPH D | 1851 |
| ROSE, RONALD N | 8818 |
| ROSENBLATT (DEC), SAMUE | 2971 |
| ROSS, ROBERT R | 5411 |
| ROTHMAN, NEIL E | 3258 |
| ROY (DEC), ALYRE | 8327 |
| RUBIN, LEONARD | |
| RUFO (DEC), GAETANO | 2031 |
| RUSSELL SR., ARTHUR J | 3989 |
| RUSSELL, PAUL | 8401 |
| RYAN, ALBERT | 0737 |
| RYDER, ELIZABETH E | 4226 |
| SANDSTROM, ALFRED T | 5277 |
| SANDSTROM, BERNICE | |
| SANFEDELE DECD., CHARLE | |
| SANIGER (DEC), JOHN | 9316 |
| SANTANGELO, JAMES | 7083 |
| SARAMA (DEC), THADDEUS | 8157 |
| SARGENT, FRED | |
| SAVAGE, CHARLES J | 9366 |
| SCHELL JR (DEC), CHARLES | 4093 |
| SCHMIDKE, WALTER | 3603 |
| SCHWAKE, WERNER H | 4664 |
| SCUTERI, PETER E | 1097 |

# WEITZ & LUXENBERG

| Claimant Name | Last 4 Digits of SSN |
| --- | --- |
| SELTENRIGHT (DEC), HOME | 8218 |
| SERINO, NAZZARO | 8953 |
| SERRAINO (DEC), ANTONIO | 4441 |
| SHANNON, JAMES M | 1033 |
| SHAPIRO (DEC), EDWARD | 1186 |
| SHARFF (DEC), MORRIS | 1062 |
| SHARP (DEC), GEORGE | 9757 |
| SHARP (DEC), WALTER M | 2828 |
| SHATTUCK, MILTON R | |
| SHAW, THOMAS E | 7605 |
| SHEA, EDWARD | |
| SHEA, WILLIAM | |
| SHEPARDSON (DEC), ROBER | 4293 |
| SILVA (DEC), HERBERT | 7288 |
| SILVA, ANTHONY | 0322 |
| SILVESTRI, SILVIO | |
| SINCLAIR, GEORGE | 6786 |
| SINCLAIR, GEORGE R | |
| SINNOTT, JOHN J | 9440 |
| SLEBIODA (DEC), BERNARD | 7129 |
| SMITH (DEC), FRANK | 9476 |
| SMITH (DEC), HARRY | 0403 |
| SMITH, ALFRED A | 4060 |
| SMITH, FREDERICK | 8120 |
| SMITH, JERRY W | 9187 |
| SOLIMINI (DEC), VITO | 1675 |
| SOLIS, JOSE | |
| SONDIKE (DEC), JOSEPH | 3276 |
| SORRENTO (DEC), JOSEPH | 3424 |
| SOUED, ANTHONY | |
| SPANGENBERG (DEC), JOAN | 4891 |
| SPERLING (DEC), RALPH | 2946 |
| ST. CLAIR, ALLEN | 0419 |
| STAHL (DEC), JOHN | 8640 |
| STANEVICZ (DEC), ANTHONY | 8879 |
| STAPLETON (DEC), MARIE | 5196 |
| STARETZ (DEC), SAMUEL | 3341 |

## WEITZ & LUXENBERG

| Claimant Name | Last 4 Digits of SSN |
| --- | --- |
| STEVENS (DEC), JACOB | 2548 |
| STEWART, CHARLES | 8676 |
| STRONG (DEC), KENNETH W | 9625 |
| SUDALTER (DEC), SAMUEL H | 1429 |
| SULLIVAN (DEC), EUGENE J | 2630 |
| SULLIVAN (DEC), JOSEPH | 6861 |
| SULLIVAN, F J | |
| SUTTON, JACK W | 1105 |
| SWANN, MARIA T | |
| SWEENEY (DEC), THOMAS F | 7759 |
| SYLVESTER (DEC), JON | 4358 |
| TALCOF (DEC), HOWARD | 7690 |
| TAMASI SR (DEC), ARTHUR P | 6114 |
| TAMMARO (DEC), ALFRED | 2699 |
| TANNENBAUM, IRVING | |
| TAURASI JR (DEC), PAUL A | 4173 |
| TAYLOR (DEC), MALCOLM B | 6325 |
| TEAGUE, RAYMOND | |
| TEAGUE, RAYMOND | 8831 |
| TEAL (DEC), ROBERT L | 2194 |
| TERLECKI (DEC), FRANK F | 3547 |
| TESFAYOHANES (DEC), AND | 2082 |
| THEETGE, LEONARD | 4547 |
| TOBIN (DEC), PETER | 3269 |
| TOLAND (DEC), NEIL | 4482 |
| TOOTHAKER (DEC), FRED W | 4666 |
| TORSNEY, RICHARD | |
| TRAINOR (DEC), JAMES W | 8633 |
| TRAYNOR, OWEN | |
| TRENT (DEC), THOMAS | 1158 |
| TREVISONE SR, MICHAEL | 2798 |
| TROUTMAN (DEC), DENNIS | 2028 |
| TUBMAN, CAROL M | 4642 |
| TUBMAN, NADINE C | 4640 |
| TUCKER, WILLIAM K | 7200 |
| VAIL, LAWRENCE | 9454 |
| VASTA, JOSEPH | 8704 |

# WEITZ & LUXENBERG

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| VELLANTE, FRANCIS A | 9478 |
| VENTOLA (DEC), JAMES | 3017 |
| VERNAGALLO (DEC), JOSEP | 3458 |
| VERRELL, FREDERICK | 2801 |
| VICKERS, WILLIAM | 4118 |
| VICKERS, WILLIAM E | |
| WALKER (DEC), LEON | 9801 |
| WALLACE (DEC), LAWRENCE | 7817 |
| WALSH (DEC), JOHN J | 3970 |
| WALSH (DEC), ROBERT H | 4482 |
| WALSH JR (DEC), JOSEPH M | 5702 |
| WALSH, BEATRICE | |
| WALSH, KENNETH G | 8553 |
| WALSH, THOMAS (DEC) | 1211 |
| WAMNESS (DEC), ARTHUR J | 9457 |
| WARD (DEC), JAMES | 8584 |
| WATTS, LAWRENCE T | 6071 |
| WEBB (DEC), LEE | 6965 |
| WELCH SR (DEC), ARTHUR E | 7974 |
| WEST, ROBERT E | 0561 |
| WHEELER (DEC), CLYDE | 9105 |
| WHITE (DEC), EARL J | 3478 |
| WHITEHOUSE, HAROLD | 4394 |
| WHITLEY, ROBERT T | 0659 |
| WILBON, CLARENCE | 2127 |
| WILLIAMS, RAYMOND L | 2391 |
| WILMONT, A J | |
| WILSON (DEC), JAMES | 6021 |
| WILSON (DEC), JOSEPH | 8858 |
| WILSON, HENRY A | |
| WISWALL (DEC), JAMES | 6857 |
| WOOLSEY (DEC), HERBERT | 7144 |
| WOZNIAK (DEC), JOSEPH | 0684 |
| XAVIER (DEC), ROBERT C | 6684 |
| XEPOLITOS (DEC), LOUIS | 7607 |
| YANOFF (DEC), BELLA | 6616 |
| YOELSON, SANFORD | |

## *WEITZ & LUXENBERG*

| *Claimant Name* | *Last 4 Digits of SSN* |
| --- | --- |
| YOERGER (DEC), KENNETH | 4547 |
| ZACCONE (DEC), PETER T | 0175 |
| ZALESKI, ANDREW | 6757 |