## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W. R. GRACE & CO.,** *et al.,* | ) | **Case No. 01-1139 (JKF)** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |

### NOTICE OF DEPOSITION

To **Reaud Morgan & Quinn** and to All Parties on the Attached Service List:

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable by Rule 7030 of the Federal Rules of Bankruptcy Procedure, the Debtors will take the deposition upon oral examination of the attorney at **Reaud Morgan & Quinn** most knowledgeable concerning the activities undertaken by the firm to respond to the W. R. Grace Asbestos Personal Injury Questionnaire on behalf of the claimants listed on Exhibit A hereto. The deposition shall be taken **on June 19, 2007** at the offices of **Reaud Morgan & Quinn** or at such time and place as otherwise agreed to by the parties.

**TAKE FURTHER NOTICE** that the deposition shall be conducted before a person duly authorized to administer oaths in the relevant jurisdiction and will continue day-to-day until concluded. Testimony shall be taken by stenographic means and will also be recorded by sound-and-visual means. Parties beyond deponent who are served with a copy of this Notice are invited to attend and to cross-examine.

Dated: May 18, 2007

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick
Janet S. Baer
Ellen Therese Ahern
Salvatore F. Bianca
200 East Randolph Drive
Chicago, IL 60601
Telephone:    (312) 861-2000
Facsimile:    (312) 861-2200

KIRKLAND & ELLIS LLP
Barbara Harding
Brian T. Stansbury
Amanda C. Basta
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone:    (202) 879-5000
Facsimile:    (202) 879-5200

-and-

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB LLP

_James E. O'Neill_

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

2

# Exhibit A

## *REAUD MORGAN & QUINN*

| Claimant Name | Last 4 Digits of SSN |
| --- | --- |
| ABATE, TONY | 0770 |
| ADAIR, JOHN P | 1125 |
| ADAMS, ALVIN T | 3530 |
| ALCALA SR, GILBERT | 8503 |
| ALEXANDER SR, ARTHUR | 7674 |
| ALLEN, BILLY F | 8262 |
| ALTOM, HARVEY W | 9986 |
| ANDERSON, BENNIE M | 7688 |
| ANDREWS, ALBERT | 6054 |
| ARLINE, JOHN W | 0111 |
| ARLINE, ROBERT H | 9703 |
| ASHLEY, ALBERT T | 9399 |
| ASHWORTH, REUBEN | 0563 |
| AUSTIN, GROVER F | 4200 |
| AVERY, JERRY L | 7514 |
| BABINEAUX, GUSSIE | 1534 |
| BAILEY, HERBERT | 1941 |
| BAILEY, TRAVIS L | 7489 |
| BAKER, ALLEN P | 4984 |
| BAKER, FRANK B | 2268 |
| BAKER, LEO | 3566 |
| BAKER, SAMMIE L | 8742 |
| BARKER, KENNETH O | 2685 |
| BARNES, GARY W | 4073 |
| BARNETT, ROBERT C | 1811 |
| BARR, WILLIAM D | 9192 |
| BARRETT, BILLY W | 7600 |
| BARROW, DOYLE L | 1495 |
| BASS SR, CLIFTON A | 1268 |
| BASS, CLYDE E | 6328 |
| BATISTE SR, WILLIE | 9681 |
| BAUSMAN, ROBERT E | 0282 |
| BEARD, W LEE | 9795 |
| BECK, WILLIAM D | 4449 |
| BEDFORD JR, WILBERT | 3602 |
| BENOIT, RUSTON J | 9124 |
| BENSON SR, ARTHUR R | 7041 |

## REAUD MORGAN & OUINN

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| BENTON, L C | 3809 |
| BERGERON SR, DAVID F | 3104 |
| BERGERON, ROBERT C | 5131 |
| BERNARD, FREDERICK | 9630 |
| BERTRAND, BILLY J | 4198 |
| BETHUNE, GEORGE H | 7329 |
| BETZ, MARY P | 5459 |
| BICKHAM, EDWIN D | 0522 |
| BLACK SR, DONALD | 2589 |
| BLACKBURN SR, PAUL B | 0041 |
| BLACKBURN SR, PHILIP D | 0041 |
| BLACKWELL, HAROLD G | 1901 |
| BLACKWELL, ROBERT F | 7655 |
| BLANKENSHIP, MARLEY C | 5586 |
| BLEVINS SR, THOMAS G | 0655 |
| BLOODSWORTH JR, JOHNNI | 6403 |
| BOBBITT, HARRY | 3850 |
| BONO JR, JOHN | 2138 |
| BONURA, JOE L | 7484 |
| BORQUE, THOMAS | 5548 |
| BOSSIER SR, BERNIS | 4717 |
| BOSSIER SR, JERRY D | 4792 |
| BOTKIN, CLARK E | 2052 |
| BOUDWIN, HERBERT G | 5381 |
| BOULET, BRUNNER L | 9955 |
| BOWSHER, KEITH W | 5785 |
| BOYCE SR, LEROY | 4423 |
| BOYKIN, MEAKER R | 2892 |
| BRADBERRY, HARLAN F | 6849 |
| BRELAND, ARLA | 3239 |
| BRIGNAC, WALLACE J | 8375 |
| BRISENDINE JR, ARCHIE | 0331 |
| BRISTER SR, L C | 9743 |
| BRISTER, BURNICE L | 0958 |
| BROOKS, OTIS H | 5255 |
| BROUSSARD SR, JEFFERY L | 8616 |
| BROUSSARD, EDWARD | 0580 |

## *REAUD MORGAN & OUINN*

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| BROWN SR, EARNEST | 8762 |
| BROWN, BEN T | 1500 |
| BROWN, CECIL | 7053 |
| BROWN, GEORGE W | 3307 |
| BROWN, HALLIE O | 5257 |
| BROWN, JERRY L | 6875 |
| BROWN, MALCOLM E | 6250 |
| BROWN, MOODY W | 9514 |
| BROWN, PHILLIP M | 4378 |
| BROWN, VIVIAN | 3395 |
| BROWNING, VIRGINIA M | 9064 |
| BRUCIA, ELSIE | 9479 |
| BRUNET, IRA J | 1172 |
| BRUNETTE, BEULAH G | 1878 |
| BRYAN, JAMES O | 1105 |
| BRYAN, S K | 6388 |
| BRYANT, FLORENCE L | 0035 |
| BRYCE, JAMES F | 9920 |
| BULLARD, LOUIS E | 8381 |
| BULLOCK, TALMADGE B | 5855 |
| BURCH SR, KENNETH P | 0007 |
| BURCH, THOMAS V | 3022 |
| BURKETT, DEWEY P | 3638 |
| BURKS, ESTER E | 3873 |
| BURNS SR, CECIL L | 8310 |
| BURTON, CONLEY H | 6147 |
| BUSH, CARROLL R | 3175 |
| BUTAUD, ARVILLE W | 7805 |
| BUTLER, BYRON G | 2926 |
| BYERS, ALMA M | 3604 |
| CAIN, CARL E | 4052 |
| CALDWELL, DEE T | 5397 |
| CAMP SR, JOHN R | 3539 |
| CAMPBELL SR, ALTON R | 0669 |
| CANNON, ROY | 6142 |
| CANNON, RUBY A | 7601 |
| CARLTON, JOHN C | 8001 |

## REAUD MORGAN & QUINN

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| CARMON, ERNEST | 7954 |
| CARPENTER, CAROL J | 0226 |
| CARPENTER, PRESTON B | 1510 |
| CARRIKER, STEVE W | 2000 |
| CARTER, DON | 0255 |
| CARTER, JAMES D | 9390 |
| CASTRO, HENRY | 4732 |
| CATO, EDWARD W | 5217 |
| CATRON, GEORGE | 5805 |
| CHAMBERS SR, ROBERT J | 8784 |
| CHAMBERS, ARTHUR E | 9461 |
| CHAMBERS, L C | 4359 |
| CHAMURAS, ANEST A | 5670 |
| CHARGOIS, ANTHONY W | 6625 |
| CHARLES, GARY C | 7994 |
| CHARLOT, JAMES H | 0555 |
| CHERRY, ROBERT A | 6678 |
| CHESSER, LELAND L | 5044 |
| CHILDERS, CRAWFORD C | 6262 |
| CHILDS, DOYCE | 0158 |
| CHRISTOPH, VERNON J | 7054 |
| CHRISTY SR, CHARLES L | 8366 |
| CHURCH, GENE A | 5827 |
| CLARK, LEVELLE | 7700 |
| CLARK, WILLIAM E | 3191 |
| CLAY, STONIE O | 2276 |
| CLIFTON, DON G | 8351 |
| COATS SR, JOHN O | 8802 |
| COBB, DONALD W | 7216 |
| COBB, NATHAN | 0162 |
| COCHRAN, JAMES T | 1629 |
| COKER SR, PAUL G | 6841 |
| COLEMAN, AMBROSE M | 5979 |
| COLEMAN, BILLY R | 3221 |
| COLEMAN, SIDNEY J | 8633 |
| COMO, ALBERT | 8116 |
| COMPTON, BERNARD | 4469 |

## REAUD MORGAN & QUINN

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| CONN, GEORGE H | 2692 |
| CONROY SR, JAMES P | 3447 |
| CONWAY, JOSEPH T | 9749 |
| COOK, ELMA | 5134 |
| COOKE SR, NORMAN K | 2222 |
| COOPER, WILLIAM J | 5241 |
| COPE, ARNOLD C | 6778 |
| CORNISH JR, WILLIAM O | 8425 |
| CORNWELL, WALTER L | 3017 |
| CORRIGAN, WILLIAM A | 9208 |
| COSTELLO SR, CARL K | 9026 |
| COTTON, HENRY S | 9380 |
| COUCH, TED G | 3154 |
| COWARD, WILLIAM L | 0960 |
| COWART, ALBERT | 2221 |
| COX, JAMES J | 8975 |
| COX, JEFF D | 7426 |
| CRABTREE, ARTHUR L | 9200 |
| CRABTREE, LESSLEY D | 5797 |
| CRAIGEN, BENNIE S | 3790 |
| CRAVY, TRAVIS L | 9703 |
| CRAWFORD, BRUCE L | 8528 |
| CROCKER, DALTON F | 9201 |
| CROPPER, CHARLES L | 2468 |
| CROSBY, WILLIAM J | 8214 |
| CROSS JR, LINDON D | 1224 |
| CROSS, HOMER | 6794 |
| CRYER, JOHNNIE E | 5108 |
| CUDD, DONALD O | 9404 |
| CUNNINGHAM, DORIS A | 5939 |
| CURLEE, JUDGE M | 4364 |
| CURLEE, MARVIN S | 3547 |
| DAUGHTRY, JAMES O | 5490 |
| DAVIS SR, JAMES L | 8000 |
| DAVIS, BENNIE W | 4493 |
| DAVIS, EDWARD L | 8137 |
| DAVIS, JOHN T | 6123 |

## *REAUD MORGAN & OUINN*

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| DAVIS, JOHN T | 7724 |
| DAVIS, MARY F | 4900 |
| DAVIS, RAYMOND | 4935 |
| DAVIS, ROSKO | 0448 |
| DAVIS, THOMAS | 9717 |
| DAY JR, HULON | 6921 |
| DAY, CARLENE O | 1958 |
| DENMON, FRANK | 5890 |
| DENMON, JAMES M | 5185 |
| DENTON, ROBERT F | 0520 |
| DENTON, SAMUEL A | 9470 |
| DERBY, JACK E | 5794 |
| DESHOTEL, ELLA M | 8767 |
| DEVAULT, JAMES | 8890 |
| DICKENS, BILL | 8137 |
| DIXON SR, NORWOOD C | 5251 |
| DIXON, TILMON B | 8463 |
| DOBBS, BILLY D | 1488 |
| DOIRON, DANIEL O | 9034 |
| DOIRON, JESSE D | 0087 |
| DORANTES, SILVANO | 9754 |
| DORSEY, THOMAS L | 4848 |
| DOUCET, ROBERT L | 7186 |
| DREW, HUMBERT E | 4820 |
| DRYDEN SR, ISOM W | 7920 |
| DUBOSE SR, KENNETH E | 5735 |
| DUBOSE, LESLIE L | 4417 |
| DUGAS, DENNIS | 4417 |
| DUHON, HERMAN | 3621 |
| DUNBAR SR, WILTON J | 0969 |
| DUNGAN, LEE R | 3825 |
| DUNLAP, ERNEST | 8347 |
| DUNLAP, THOMAS R | 2416 |
| DUPONT, HARVEY L | 2432 |
| DUPREE, ERIC Q | 4365 |
| DURAN SR, ISMAEL | 4592 |
| EASON, I V | 7474 |

## REAUD MORGAN & OUINN

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| EASTERWOOD, TROY O | 1240 |
| EGLION SR, HERBERT | 9552 |
| ELLIS SR, CHARLES L | 4689 |
| ELLIS SR, FRANK O | 2136 |
| ELLIS, CATHERINE M | 8795 |
| ELMORE, C W | 8084 |
| ELSHIRE, CLAYTON W | 3608 |
| ENNIS, G T | 1675 |
| ERWIN, CLARENCE E | 0720 |
| ERWIN, TRUMAN A | 5155 |
| ESPINOZA SR, JUAN G | 3697 |
| EUGLON, JOHN | 5604 |
| EVANS JR, GRANT | 9831 |
| EVANS SR, ROYCE P | 8710 |
| FALCO SR, JOE C | 3203 |
| FALGOUT, ROBERT J | 9935 |
| FAULK SR, JOHNNY O | 6589 |
| FAULK, JOHN H | 3424 |
| FAUTHEREE, DIXIE | 0697 |
| FAZIO, HENRY A | 0885 |
| FELTS, CHARLES R | 8183 |
| FERGUSON, CHESTER C | 6432 |
| FERRELL JR, JAMES L | 0018 |
| FINN, GEORGE W | 3562 |
| FISH, E J | 4935 |
| FISHER JR, JAMES A | 5816 |
| FLEMING, DOUGLAS P | 4763 |
| FONTENOT, HARRY J | 7540 |
| FONTENOT, JOHN I | 8649 |
| FONTENOT, LLOYD J | 8844 |
| FONTENOT, OTIS | 8007 |
| FORD, EDDIE | 4211 |
| FOREMAN, JERRY R | 9621 |
| FORRESTIER, SIMON | 2260 |
| FORSYTHE, DONALD L | 3732 |
| FOSTER, JAMES E | 6750 |
| FOUX, LAWRENCE | 8180 |

# *REAUD MORGAN & QUINN*

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| FRANCISKOVICH, AUGUST P | 8960 |
| FRANKLIN JR, LOUIS | 3274 |
| FRANKLIN, HOWELL D | 9320 |
| FRANKLIN, JESSE L | 9328 |
| FRANKS, LOUIS | 8038 |
| FREEMAN JR, ALEXANDER | 0404 |
| FRENCH, BILLY R | 5555 |
| FULLER, S V | 5434 |
| FULMER, LESTER L | 2242 |
| GABBERT, MARY E | 6862 |
| GABEL, LEROY V | 3268 |
| GALLANDER JR, FRED E | 9931 |
| GALLOWAY, JAMES R | 8347 |
| GANTT, THOMAS H | 6334 |
| GARCIA, EDWARD | 3131 |
| GARREN, FAY W | 7905 |
| GARRETT SR, BILLIE W | 1343 |
| GARRISON, DAVID G | 3651 |
| GARRISON, MELVIN H | 0022 |
| GARZA JR, ADOLFO O | 3934 |
| GASAWAY, EDMON | 3490 |
| GATTIS, VALARIN | 7731 |
| GEISENDORFF, DONALD B | 8409 |
| GENTRY, ALFRED C | 3334 |
| GILCHRIEST, OMER B | 8098 |
| GILES, IRVIN | 6158 |
| GILLIAM JR, WASHINGTON | 7619 |
| GILMORE JR, PERCY | 3289 |
| GILMORE, LESLIE E | 5215 |
| GILMORE, TOM S | 0202 |
| GLADDEN, MICHAEL W | 2778 |
| GODWIN, WILMER J | 2691 |
| GOEBEL, WALTER H | 3905 |
| GONDRON, RAY E | 0240 |
| GOODE, EDWIN B | 6141 |
| GOODMAN JR, AMARE | 1646 |
| GOODSELL, KARIS E | 0594 |

## *REAUD MORGAN & OUINN*

| Claimant Name | Last 4 Digits of SSN |
| --- | --- |
| GOODY, JOHNNY B | 3852 |
| GORDON SR, ROBERT P | 3682 |
| GORDON, JAMES R | 3477 |
| GORE, EMMA | 9960 |
| GOYNES, DELBERT W | 8806 |
| GOZA, JAMES H | 9382 |
| GRAHAM, JAMES G | 6699 |
| GRAHAM, TROY L | 9102 |
| GRAMMER, LOWELL C | 4617 |
| GRANDCHAMPT, PRESTON | 9824 |
| GRANGER, OTIS G | 2808 |
| GRANT, HOWARD | 3242 |
| GRASS, CHARLES S | 3306 |
| GRAVES SR, FRED L | 9522 |
| GRAY, BILLY J | 6393 |
| GRESHAM, CLYDE A | 6421 |
| GRIFFIN, T C | 0520 |
| GRIGGS, ROY | 4280 |
| GRINER, AARON J | 8080 |
| GROGAN SR, LEE A | 3340 |
| GUICE, JOHN M | 5888 |
| GUIDRY SR, WILSON C | 8433 |
| GUIDRY, CLIFFORD R | 4853 |
| GUIDRY, FRANK D | 2470 |
| GUILBEAUX, PURVIS | 5150 |
| GUILLORY SR, EARL | 5418 |
| GUILLORY, ALFRED | 0726 |
| GUILLORY, FLOYD G | 8340 |
| HALE, TROY L | 1759 |
| HALL, EUGENE C | 8686 |
| HALL, JOHN B | 0707 |
| HALL, JOSEPH W | 5704 |
| HAM, OLLES M | 8731 |
| HAMMOND SR, JOHN E | 0930 |
| HAMP, A  B | 8426 |
| HANKINS, RANDALL C | 2885 |
| HANKS, GEORGE E | 7543 |

# *REAUD MORGAN & QUINN*

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| HANSON, JACK R | 0080 |
| HARBERT, ALAN C | 9666 |
| HARDY, MELVIN | 8514 |
| HARGRAVES SR, ROY E | 1776 |
| HARGRAVES, WILSON J | 9777 |
| HARMON, CLIFTON | 1857 |
| HARPER, FRANK L | 8497 |
| HARRIS, CHARLES E | 8332 |
| HARRIS, RAYFORD E | 0369 |
| HARRISON, CARL E | 0187 |
| HARRISON, MELBA T | 7197 |
| HARVEY, DANIEL O | 7892 |
| HARVEY, JOHN L | 3714 |
| HASSELL, JAMES R | 9128 |
| HATHAWAY SR, ALLEN G | 5534 |
| HAWKINS, RAYMOND R | 1373 |
| HAYES, JOSEPH G | 3449 |
| HAYNES, OSCAR | 6137 |
| HEASLET, JOHN | 5817 |
| HEBERT, LAWLESS J | 0955 |
| HEBERT, PIERRE | 9838 |
| HENNIGAN, KALCIE D | 3847 |
| HENNIGAN, ROSS S | |
| HENRY SR, DONALD A | 2903 |
| HENRY, VESTER R | 4315 |
| HENSLEE, LEE S | 9511 |
| HENSON, JOHN H | 6615 |
| HERBAUGH, PAUL L | 7845 |
| HERRIN, ORION L | 9816 |
| HERRING, FRANK B | 8700 |
| HERRINGTON, RUBY | 2374 |
| HESSE, LLOYAL D | 8377 |
| HICKEY, ALTON C | 0735 |
| HICKMAN SR, BRANTLEY G | 5068 |
| HICKMAN, WALTER O | 0331 |
| HICKS, FRENCH C | 6040 |
| HIGHTOWER, PHILLIP W | 2872 |

## *REAUD MORGAN & QUINN*

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| HILL JR, THOMAS A | 8828 |
| HILL, JOHN M | 9241 |
| HILTON, CHARLES E | 5166 |
| HINCH, GARY C | 9972 |
| HOBBS, GILBERT | 8062 |
| HODGES, ANDREW G | 6859 |
| HOELZER, GERALD J | 7924 |
| HOLDEN, CURRY H | 0111 |
| HOLLAND, H A | 1362 |
| HOLMES SR, JOHN | 2638 |
| HOOKER, JOHNNIE J | 8680 |
| HOPKINS, FLOYD L | 6051 |
| HOYLAND JR, ROBERT J | 0914 |
| HRYHORCHUK, JACK E | 2882 |
| HUCKABY, ERNEST J | 8332 |
| HUCKABY, MELVIN O | 9823 |
| HUDSON, CHARLIE | 2804 |
| HUNTER, OLIVER M | 7032 |
| IMHOFF, FRANK J | 0026 |
| ISAACS, WALTER | 7535 |
| IVEY, EARL E | 8621 |
| JACKSON JR, FRANK B | 3467 |
| JACKSON SR, BENJAMIN | 2853 |
| JACKSON, ROBERT C | 3598 |
| JACOBS SR, ANDREW | 9260 |
| JANISE, MELVIN M | 6817 |
| JASPER, RAYMOND E | 2233 |
| JEFFCOAT SR, THOMAS F | 1480 |
| JEFFCOAT, CLIFFORD E | 1723 |
| JEFFCOAT, OLIVER B | 9573 |
| JENKINS, JESSE W | 5621 |
| JERNIGAN, LEONARD E | 2868 |
| JOHNSON SR, IRA L | 6090 |
| JOHNSON SR, JOSEPH H | 8246 |
| JOHNSON SR, ROOSEVELT | 4399 |
| JOHNSON, DONNIE R | 8485 |
| JOHNSON, HOWARD | 2025 |

## REAUD MORGAN & OUINN

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| JOLIVET, ARTHUR | 4014 |
| JOLLEY, JOE D | 1349 |
| JONES SR, JESSIE | 1119 |
| JONES SR, JOHN E | 6916 |
| JONES, CLARENCE A | 6788 |
| JONES, JAMES S | 4327 |
| JONES, JOE J | 1326 |
| JONES, LESTER P | 1214 |
| JONES, MELVIN M | 4391 |
| JONES, REX D | 9501 |
| JONES, ROY | 7150 |
| JONES, VERGUL H | 9837 |
| JOYNOR, ARMOND O | 9375 |
| JURECKA, FRANK | 4880 |
| KAFER, FRANK | 8348 |
| KARONIKA, TONY V | 2228 |
| KARR JR, SAM W | 5481 |
| KAUZER, JOHN G | 7910 |
| KAY, TED | 4331 |
| KEELER, ELMER | 5165 |
| KELLEY, CHARLES E | 1323 |
| KELLEY, HAROLD | 1614 |
| KELLY JR, JOHN C | 7729 |
| KELLY, JOE C | 8274 |
| KELLY, LOU E | 9605 |
| KELLY, OSBORN R | 6913 |
| KENDRICK, JAMES K | 5338 |
| KENNEDY, LEWIS D | 0224 |
| KENNER, HUGH A | 6214 |
| KERN, WALTER A | 6269 |
| KEY, LEO | 9461 |
| KIER, DAVID H | 0089 |
| KILLIAN, CHARLES N | 3638 |
| KILLINGSWORTH, JESSE W | 6839 |
| KINCAID JR, ALBERT C | 0104 |
| KITCHENS, GEORGE E | 4371 |
| KLOCK, VERNON H | 0756 |

## *REAUD MORGAN & OUINN*

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| KNIGHT, DARRELL D | 3491 |
| KNIGHTEN SR, CARL B | 3630 |
| KORFF, CONRAD | 7362 |
| LABOVE, ARNOLD L | 2894 |
| LAKEY, PRENTISS P | 6057 |
| LALONDE, JOSEPH H | 3445 |
| LAND, HERBERT | 3139 |
| LANDERS JR, VAN | 1012 |
| LANE, CARL W | 0685 |
| LAPOINTE, CLODIESE | 6436 |
| LARIVE, LEE W | 8629 |
| LARKIN, ROBERT F | 1781 |
| LARTIQUE, HERMAN L | 2272 |
| LASTOVICA, LOUIS G | 9000 |
| LAWRENCE, JACK M | 6900 |
| LAZAR, JOSEPH | 3202 |
| LAZARD, VINCENT | 0038 |
| LEATHERWOOD SR, JAMES | 3041 |
| LEBLANC, CLIFFORD J | 5352 |
| LEBLANC, ROY | 8422 |
| LEE, ALTON L | 8923 |
| LEE, JACK T | 6028 |
| LEGER JR, ALEX | 5700 |
| LEJUNE SR, JAMES B | 7201 |
| LEWIS, KENNETH W | 9782 |
| LEWIS, RAYFORD S | 0098 |
| LEWIS, THOMAS C | 0335 |
| LONG, VERNON | 3692 |
| LOPEZ, JOSE H | 8674 |
| LOTT, R C | 8418 |
| LOVELADY, DEWEY L | |
| LOVELADY, HUEY R | 1355 |
| LOWREY, J P | 9873 |
| LUCAS, WALTER | 0474 |
| LUTZ, PATRICIA A | 9871 |
| LYONS, CECIL | 3413 |
| LYONS, WILBERT R | 0318 |

## REAUD MORGAN & OUINN

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| LYTLE, ROBERT W | 9704 |
| MACHA, JAMES L | 3531 |
| MAGEE, HARLIN L | 6033 |
| MALBROUGH SR, EARL JOSE | 8927 |
| MALLET, EMMETT P | 6167 |
| MANISCALCO SR, JASPER P | 4848 |
| MANN, EDMOND F | 6317 |
| MANUAL, JOHN K | 0995 |
| MANUEL JR, EDDIE | 3197 |
| MARINO, GAY O | 1635 |
| MARSHALL, LLOYD S | 2944 |
| MARTIN, EDWARD | 5545 |
| MARTIN, JOSEPH | 6080 |
| MARTIN, RAYMOND N | 4878 |
| MARTINEZ, ARMANDO | 3301 |
| MATHEW, LAWRENCE J | 6065 |
| MATHEWS, HOWARD O | 0407 |
| MATHIS, KENNETH W | 8486 |
| MATHIS, LELDON H | 9310 |
| MATTE, JOSEPH A | 0674 |
| MAY, PERCY C | 2642 |
| MAYEA, CLARENCE J | 8006 |
| MAYES SR, LEROY | 0275 |
| MAYTON, BOBBY L | 7575 |
| MCBRIDE, VERNON L | 3087 |
| MCCLELLAND, JOHN T | 0549 |
| MCCLURE, EARL B | 0574 |
| MCCLURE, HERMAN C | 1863 |
| MCCOLLOUGH, J W | 6406 |
| MCCONNELL, BAILEY W | 6980 |
| MCCULLOR, HERMAN S | 4448 |
| MCDANIEL, ALVIS T | 2235 |
| MCDONALD, DOYLE B | 9989 |
| MCDONALD, JAMES W | 8289 |
| MCDUFF, JOHNNY W | 8957 |
| MCFARLAND, CHARLES I | 5607 |
| MCGALIN, GEORGE | 8710 |

# REAUD MORGAN & QUINN

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| MCGALLION, WILLIAM A | 0635 |
| MCGEE, ROBERT E | 1029 |
| MCGUIRE, CARL | 6260 |
| MCGUIRE, EDGAR W | 4654 |
| MCLAIN, MORRIS R | 9676 |
| MCMILLEN, CHARLES D | 8167 |
| MCNEEL SR, LEE L | 8464 |
| MCNEEL, ABY P | 7418 |
| MCNEILL SR, JAMES R | 7188 |
| MCROBERTS JR, SAMUEL E | 8977 |
| MEADOWS JR, TRUMAN A | 8320 |
| MEADOWS, JAMES E | 7017 |
| MENARD, WOOD P | 9327 |
| MEYER, NEWTON J | 0554 |
| MEYERS SR, RALPH W | 1098 |
| MEYERS, ANNIE M | 4019 |
| MILLER SR, SIDNEY L | 0491 |
| MILLER, EARL E | 5390 |
| MILLER, JACOB C | 8046 |
| MILLER, JUDITH D | 6666 |
| MILLER, MAURICE F | 4328 |
| MILLER, WILBERT J | 9596 |
| MILLIGAN, EMMITT E | 7499 |
| MILLIGAN, MILDRED | 8280 |
| MILLS, CHARLES L | 9448 |
| MILMO III, BERNARD | 8011 |
| MILTON JR, ELMER C | 0713 |
| MINNER SR, THOMAS L | 3104 |
| MOON, HENRY | 3489 |
| MOONEYHAM SR, JOHN A | 0133 |
| MOORE JR, JEWEL E | 8600 |
| MOORE, J  D | 4445 |
| MOORE, LITTLE WILLIE | 6271 |
| MOORE, PERCY L | 8036 |
| MOORE, SYLVESTER | 2239 |
| MORAN, JAMES E | 4485 |
| MORGAN SR, LUM H | 8997 |

## *REAUD MORGAN & OUINN*

| Claimant Name | Last 4 Digits of SSN |
| --- | --- |
| MORGAN, ERNEST A | 0534 |
| MORRIS JR, OTIS A | 6314 |
| MORRIS, J L | 7293 |
| MORSE, JOHN R | 2980 |
| MOSS SR, DONALD W | 4930 |
| MOUTON JR, BUSTER L | 6375 |
| MOUTON JR, NELSON P | 1168 |
| MOYE, TOM | 9841 |
| MURPHY, GERALD B | 1243 |
| NED, ANDERSON J | 4751 |
| NELSON JR, CHARLES | 9341 |
| NELSON, LEE | 0122 |
| NETTLES, WALTER W | 9525 |
| NEWMAN, CHARLES W | 2294 |
| NEWTON, WILBERT | 3872 |
| NEYLAND, DORIS DELL | 1368 |
| NOBLE, I D | 7220 |
| NOBLE, ROY L | 2157 |
| NORWOOD, R C | 4719 |
| NUGENT, DARVIN | 4247 |
| NUTT, EDGAR W | 0429 |
| NUTT, LEWIS W | 0802 |
| OBANNION, RAY L | 5548 |
| ODOM, LOIS B | 8801 |
| OGLETHORPE, JOHN H | 4163 |
| OKUN, HENRY R | 6743 |
| OLDS, ALFRED D | 3465 |
| OLIVER SR, JESSE S | 5184 |
| ONEAL, JOHN D | 1345 |
| OPRY, JOSEPH C | 1344 |
| OREAR II, MILTON T | 3541 |
| OROSCO SR, FELIX A | 6037 |
| ORTEGO, TIBURCIO C | 2911 |
| OSMON SR, HAROLD E | 2296 |
| OVERCASH, ALTON V | 8156 |
| OZUNA, SABAS | 7388 |
| PAGE, LEON | 2757 |

# REAUD MORGAN & QUINN

| Claimant Name | Last 4 Digits of SSN |
| --- | --- |
| PALMER, GEORGE | 7310 |
| PARROTT SR, GEORGE | 8022 |
| PATILLO, CHARLEY | 6825 |
| PATRICK, DURL | 3839 |
| PATTERSON, FOYLE D | 6161 |
| PECKINPAUGH, JUNE W | 5587 |
| PELT, CHARLIE A | 5821 |
| PERALEZ, JOE | 5601 |
| PERKINS, SAMUEL E | 2029 |
| PERKINS, VERBA L | 1751 |
| PETERS, JAY W | 6575 |
| PETERS, T J | 8204 |
| PETITT, ARVEL C | 6954 |
| PETRIE, HARRY A | 4086 |
| PETRY, JOSEPH | 4990 |
| PHELPS, J L | 0161 |
| PHILLIPS, ALFRED D | 6011 |
| PHILYAW, HENRY L | 4617 |
| PIAZZA, JACK | 6134 |
| PIERCE, FRANK M | 1535 |
| PILGREEN JR, MARION B | 3824 |
| PILLSBURY, GEORGE M | 2494 |
| PILLSBURY, IRA L | 6043 |
| PINDER, NOAH D | 0893 |
| PINKSTON, HERBERT J | 1559 |
| POLK, PAUL L | 9631 |
| POLLARD, CHARLES E | 0971 |
| PORTER, EARL | 0510 |
| PORTER, JACK L | 4989 |
| PORTER, SANDYEL | 0551 |
| POTTS SR, MAXEY D | 7869 |
| POTTS, FRED | 4605 |
| POUNCEY, DAVID HENRY | 1404 |
| POWELL SR, DAVID EUGENE | 1320 |
| POWELL, ALLEN B | 3274 |
| POWELL, HERMAN A | 3414 |
| POWELL, J C | 3868 |

## *REAUD MORGAN & OUINN*

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| PRATT, VIRGIL W | 5070 |
| PREJEAN, LUMOS | 0101 |
| PRESTON, CLARENCE | 0515 |
| PREUETT, EARL W | 2018 |
| PREUETT, MARIE LEBLANC | 4187 |
| PRIMM, ONNAN R | 7511 |
| PRINCE JR, CARL H | 8806 |
| PRINE JR, CORNELIUS J | 9830 |
| PUCAR SR, FRANK C | 3617 |
| PURVIS JR, MARION E | 5391 |
| RAIMER, GARY L | 7305 |
| RAINWATER, DEWITT J | 8580 |
| RAMIREZ, LEON A | 2561 |
| RAMSEY, JOSEPH L | 6535 |
| RAPE, GRADY P | 4577 |
| RAWLINSON, JAMES A | 9343 |
| RAYON, WILLIAM | 4834 |
| REDDOCH JR, CLINT W | 3096 |
| REED, MAYSE | 3676 |
| REED, WARREN W | 1413 |
| REEKIE, DAVID R | 7292 |
| REEVES, BIB M | 0562 |
| REEVES, BOBBY L | 3750 |
| REEVES, CALVIN E | 2365 |
| RENFRO JR, STERLING C | 8573 |
| REVIA, FRANK N | 2203 |
| RICHARD SR, JOHN W | 3314 |
| RICHARD, CURBY J | 0590 |
| RICHARD, HAROLD V | 4920 |
| RICHARD, LEE A | 9416 |
| RICHARD, LESTER J | 5953 |
| RICHARD, LOUIS | 1778 |
| RICHARD, WILFORD R | 8177 |
| RICHARDSON, DONALD R | 0337 |
| RICHARDSON, FREDDIE | 5478 |
| RICHESON, JOSEPH E | 3588 |
| RICKMAN, RICHARD T | 2720 |

# REAUD MORGAN & QUINN

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| RIDGEWAY, JOHN M | 7436 |
| RILEY, D P | 1898 |
| RILEY, EDITH T | 0925 |
| RING SR, HERBERT C | 9304 |
| RISHER JR, HUGH J | 2720 |
| RITTER, MONROE | 8926 |
| ROACH, JAMES M | 1396 |
| ROBERSON, ALFORD WARD | 6641 |
| ROBERTS SR, JOHNNIE ALE | 7345 |
| ROBERTS, J E | 5354 |
| ROBINSON, DONALD WOOD | 5090 |
| ROEBUCK, OSCAR JESSE | 0641 |
| ROGERS JR, PAUL | 6683 |
| ROGERS SR, THOMAS | 9918 |
| ROMERO, EVELIER J | 1391 |
| ROSENTHAL, ALEX JOEL | 5241 |
| ROSS, J T | 2643 |
| ROSS, LONNIE | 7383 |
| ROUGEAU, CARL C | 8419 |
| ROUNSAVILLE, J C | 2973 |
| ROWE, CLINTON EDWARD | 5791 |
| RUFFIN, RAFEL | 7262 |
| RUSH, JESSE N | 6546 |
| RUSSELL, LOWELL NEAL | 2532 |
| SAMMONS, PRENTESS ALBE | 2105 |
| SANDERS, JOE DONALD | 1390 |
| SANFORD, BILL JAMES | 6439 |
| SANFORD, SIMON BLAND | 5421 |
| SAVAGE, MARSHALL THOMA | 9912 |
| SAWYER, JAMES F | 2934 |
| SCHMIDT SR, LESLIE L | 4933 |
| SCHOOLCRAFT, FRENCH F | 3939 |
| SCHULTZ, ALAN R | 3340 |
| SCHUMANN, LAWRENCE H | 1863 |
| SCOGGINS, MYRIL W | 3924 |
| SCOTT SR, EMERY | 6919 |
| SCOTT, ARMORE H | 2142 |

## *REAUD MORGAN & OUINN*

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| SEALS, CHARLES J | |
| SEBILE, HOWARD | 1613 |
| SEIDLITZ, ROY J | 7115 |
| SELF, KENNETH D | 8338 |
| SHACKELFORD, SAMUEL G | 9975 |
| SHAFER, HAROLD E | 1739 |
| SHAFFER, ALWOOD B | 2542 |
| SHAW SR, ARTHUR J | 4625 |
| SHAW, CHARLES A | 8331 |
| SHERWOOD, GALE EDWARD | 3346 |
| SHORT SR, EBBIE RAY | 3848 |
| SHORTEN, LOIS O | 4120 |
| SHRADER SR, WILLIAM RALP | 6105 |
| SIMON, LEON | 1426 |
| SIRMONS, LOSSIE ALVIN | 1471 |
| SITTON JR, L A | 4600 |
| SKELTON, HENRY GRADY | 5852 |
| SLAUGHTER, GILBERT | 9596 |
| SLAYMAKER, CHARLES EDG | 1796 |
| SLEDGE, GEORGE YOUNG | 4131 |
| SMITH JR, NOAH L | 9028 |
| SMITH SR, HARDIE E | 4844 |
| SMITH, ALFRED B | 4651 |
| SMITH, AUBREY D | 5021 |
| SMITH, ERNEST C | 3349 |
| SMITH, ISAAC | 4287 |
| SMITH, JAMES A | 7400 |
| SMITH, JERRY L | 5423 |
| SMITH, JOE E | 6132 |
| SMITH, JOHN A | 8263 |
| SMITH, SAMUEL C | 9161 |
| SNIDER, A D | 0467 |
| SNODGRASS, THOMAS F | 2795 |
| SNOWDEN, JOHN T | 1666 |
| SONGE JR, LEONARD | 9216 |
| SONNIER, HENRY | 1092 |
| SPEARS, JACK C | 1960 |

# *REAUD MORGAN & OUINN*

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| SPELL, JIMMIE C | 4438 |
| SPENCER, KENNETH E | 2921 |
| SPEYRER, GERALD J | 9341 |
| SPILLER SR, CHARLIE B | 2815 |
| SPIVEY, ALFRED J | 1089 |
| SPIVEY, CHARLES H | 8303 |
| ST CRICQ, MICHAEL L | 7429 |
| STAINBACK, ODDIE J | 1965 |
| STAMPLEY, JAMES R | 8279 |
| STANLEY, R D | 9044 |
| STANTON, ARTHUR L | 0518 |
| STARR, ANTHONY W | 6143 |
| STEGALL, OLEN | 4085 |
| STEVENS, FLOYD J | 6780 |
| STEVENSON SR, WOODROW | 8122 |
| STEWART SR, JOHN G | 7488 |
| STEWART SR, STANLEY | 6882 |
| STEWART, JERALD D | 6206 |
| STEWART, WAYNE L | 3022 |
| STINSON, J D | 8449 |
| STOMA, RACHEL K | 6685 |
| STOUT, JACK P | 8026 |
| STRICKLAND JR, CARTER | 8209 |
| STROTHER, ERMA L | 6604 |
| STUDARD, JOHN R | 7892 |
| SULLIVAN, LAURA L | 4024 |
| SWANZY, JAMES F | 7312 |
| TANNER, FRANK B | 0445 |
| TARVER, BILLY A | 4962 |
| TARVER, JAMES T | 1948 |
| TAYLOR, ALVIN E | 3758 |
| TAYLOR, CHARLES E | 8309 |
| TAYLOR, ROBERT L | 7469 |
| TEEL, CLIFFORD J | 3910 |
| TENO, LEROY | 4052 |
| TERRELL, LARRY J | 7510 |
| THERIOT SR, JOHN E | 5082 |

## *REAUD MORGAN & OUINN*

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| THIBEAUX, WHITNEY | 0829 |
| THIBODAUX, BERT J | 9358 |
| THIBODEAUX SR, RAYMOND | 9150 |
| THIBODEAUX, MELVOLA | 8305 |
| THIBODEAUX, OGDEN J | 5267 |
| THIBODEAUX, PAUL E | 2028 |
| THIBODEAUX, WILLIE R | 2840 |
| THOMAS JR, MORRIS T | 7042 |
| THOMPSON, RAYMOND W | 0315 |
| THURMAN SR, DAVID W | 9163 |
| TIDWELL, LYNN | 1401 |
| TOMPLAIT, DONALD R | 0821 |
| TOUCHET SR, DUDLEY J | 8830 |
| TRAHAN, HAROLD P | 5926 |
| TRAYLOR, CURTIS A | 3487 |
| TROTTI, LONNIE S | 4934 |
| TRUSTY JR, FLOYD H | 3396 |
| TUCKER, HAROLD A | 7959 |
| TUCKER, JAMES E | 7278 |
| TURCK, GERALD W | 8215 |
| TURNER, TINE | 5230 |
| TWINE, JESSRY H | 5997 |
| TYLER, RUFUS | 3866 |
| TYNER, ANITA L | 8774 |
| TYSON, BILLY B | 6288 |
| TYSON, JOHN F | 4652 |
| ULRICH, NELSON L | 3691 |
| VANVOORHIS, ELGIE T | 5927 |
| VAUGHT, LORAL P | 4010 |
| VERNON SR, DANIEL E | 5616 |
| VILLALOBOS, TOMAS | 8558 |
| VINCENT, RUSH AUDRIS | 8513 |
| VIZENA, CURTIS | 8640 |
| WALDON, RONALD J | 7208 |
| WALKER JR, BARNEY | 5270 |
| WALKER SR, BOBBY H | 6449 |
| WALKER, GEORGE C | 7475 |

## REAUD MORGAN & OUINN

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| WALKER, JOE F | 5289 |
| WALKER, LLOYD W | 8227 |
| WALKER, MORRIS R | 6921 |
| WALLACE, JONNIE | 0281 |
| WALLER, JACK A | 6435 |
| WALTERS, DONALD E | 6385 |
| WARDEN, CLIFTON F | 7693 |
| WARNER, BERNIS H | 8364 |
| WASHINGTON, KATHERINE | 0356 |
| WASHINGTON, ROY L | 2570 |
| WATKINS, GLYNN C | 2049 |
| WATSON, OTIS A | 4994 |
| WATSON, RAY V | 2485 |
| WEAVER, DANNY N | 9559 |
| WEDGEWORTH SR, RALPH L | 3144 |
| WEDGEWORTH, ORBON C | 8483 |
| WELCH, DONALD | 7279 |
| WELLS SR, JOSEPH | 1002 |
| WELSH, FRANK G | 9239 |
| WHEELER, BENJAMIN | 3778 |
| WHEELER, PERCY | 3122 |
| WHISNANT JR, WILLIS N | 9268 |
| WHITAKER, ELAINE | 3007 |
| WHITE SR, JAMES E | 1717 |
| WHITE SR, MARION D | 0904 |
| WHITE, AARON C | 6141 |
| WHITE, DAMON L | 5317 |
| WHITE, JOHN E | 0190 |
| WHITE, WALLACE B | 7673 |
| WHITFIELD, CHARLES S | 3520 |
| WHITMAN, NORMAN L | 4736 |
| WHITSELL, DAMON B | 9848 |
| WHITSTONE, ODELL H | 6068 |
| WHITT SR, NEIL L | 5417 |
| WHITTON, CELLIE R | 0772 |
| WHITTON, GEORGE C | 3874 |
| WILFER, JAMES E | 6060 |

## *REAUD MORGAN & QUINN*

| Claimant Name | Last 4 Digits of SSN |
|---|---|
| WILLETT, JAMES R | 9801 |
| WILLIAMS SR, ANDREW | 5878 |
| WILLIAMS, ERNEST J | 1726 |
| WILLIAMS, EULA M | 9577 |
| WILLIAMS, JAMES O | 7589 |
| WILLIAMS, MASSEY L | 1887 |
| WILLIAMS, RAYMOND T | 7930 |
| WILLIAMS, ROBERT L | 7750 |
| WILLIAMS, THOMAS G | 1682 |
| WILLIAMSON, WADENE T | 1525 |
| WILLIFORD SR, JAMES T | 9082 |
| WILRIDGE SR, HOUSTON | 6236 |
| WILSON, ANDREW J | 4532 |
| WILSON, CHARLES W | 5020 |
| WILSON, JAMES T | 0119 |
| WILSON, LISA | 0857 |
| WILSON, WILLIAM L | 3209 |
| WIMBERLY, TOMMY W | 1097 |
| WINGARD, ARNOLD E | 1335 |
| WINGATE, WALTER | 0392 |
| WOODRING, MELVIN B | 6535 |
| WOODS, JOE E | 0642 |
| WRIGHT, FREDA M | 7667 |
| WRIGHT, HOLLIS | 9573 |
| WRIGHT, THOMAS H | 7868 |
| WYNNE, HARLEY E | 9638 |
| YORK, J C | 6368 |
| YORK, ROBERT A | 7104 |
| YOUNG, JOE E | 7984 |
| YOUNG, JOEL L | 0675 |
| YOUNG, LESTER | 3237 |
| YOUNGBLOOD, ROBERT B | 8140 |
| ZOCH, ALFRED E | 4186 |