IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NOTICE OF SERVICE OF DEBTORS' SECOND SET OF INTERROGATORIES TO CERTAIN ASBESTOS PERSONAL INJURY PRE-PETITION LITIGATION CLAIMANTS' LAW FIRMS (KELLEY & FERRARO, LLP)**

PLEASE TAKE NOTICE that on May 19, 2007, counsel for Debtors W.R. Grace & Co., et al. caused a copy of the Debtors' Second Set of Interrogatories to Certain Asbestos Personal Injury Pre-Petition Litigation Claimants' Law Firms (Kelley & Ferraro, LLP) to be served via Federal Express on Mr. Thomas Wilson of Kelley & Ferraro, LLP at 1901 Penton Media Building, 1300 East Ninth Street, Cleveland, OH 44114.

Dated: May 19, 2007

    Respectfully submitted,

    KIRKLAND & ELLIS LLP
    David M. Bernick
    Janet S. Baer
    Ellen Therese Ahern
    Salvatore F. Bianca
    200 East Randolph Drive
    Chicago, IL 60601
    Telephone:   (312) 861-2000
    Facsimile:   (312) 861-2200

    KIRKLAND & ELLIS LLP
    Barbara Harding
    Brian T. Stansbury
    Amanda C. Basta
    655 Fifteenth Street, NW
    Washington, D.C. 20005
    Telephone:   (202) 879-5000
    Facsimile:   (202) 879-5200

-and-

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

::ODMA\PCDOCS\DOCS_DE\127575\9