# United States Bankruptcy Court
## District of Delaware

In re W.R. GRACE & CO., et al.,       Case No. 01-01139 (Jointly Administered)

Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Contrarian Funds, LLC**
Name of Transferee

**MCI WorldCom and Its Affiliates**
Name of Transferor

Name and Address where notices to transferee should be sent

Court Record Address of Transferor
(Court Use Only)

**Contrarian Funds, LLC**
**411 West Putnam Ave., Ste. 225**
**Greenwich, CT 06830**
**Attn: Alpa Jimenez**
Phone 203-862-8236

Last Four Digits of Acct#: N/A

Last Four Digits of Acct#: N/A

Name and Address where transferee payments should be sent
(if different from above)

Name and Current Address of Transferor

MCI WORLDCOM and ITS AFFLIATES
Attn: Brain Bejet, Esq.
1133 19th Street NW
Washington, DC 20036

Court Claim # (if known): 315
Proof of Claim Amount  $49,530.13
Actual Allowed Claim Amount $43,631.03

Verizon Business Global, LLC
formerly known as MCI Worldcom
Attn: William Vermeth
22001 Loudon County Parkway
Ashburn, VA 20147

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/ Alpa Jimenez_____     Date: _____May 21, 2007_____
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____      _____
    **CLERK OF THE COURT**

## EVIDENCE OF TRANSFER OF CLAIM

**Verizon Business Global, LLC formerly known as MCI, LLC formerly known as MCI Worldcom**, a _____ corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated May 10, 2007, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against the Debtor listed on Schedule A attached here, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the District of Delaware, case no. listed on Schedule A attached hereto or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 10th day of May 2007.

(Assignor)
**Verizon Business Global, LLC formerly known as MCI, LLC formerly known as MCI Worldcom**

By: _____
Name: William Vermette
Title: Assistant G.C.

(Assignee)
**CONTRARIAN FUNDS, LLC**
By: Contrarian Capital Management, LLC, as manager

By: _____
Name: MICHAEL J. RESTIFO
        CFO/MEMBER
Title: _____

(Assignor)
WITNESS: Darrell W. Clark
By: Darrell W. Clark
Name: Counsel to Verizon Business
Title: Stinson Morrison Hecker LLP

KL2 2394444.1

## Schedule A

| Debtor | Creditor | Case Number | Proof of Claim Amt | Allowed Claim Amount | Claim No. |
|---|---|---|---|---|---|
| W.R. Grace & Co. | MCI Worldcom & its Affiliates | 01-1139 | 49,530.13 | 43,631.03 | 315 |
| **Total** | | | **49,530.13** | **43,631.03** | |

Initials:
Seller 
Buyer