Summary of PwC's Fees By Individual:
Twenty Third Interim Quarterly Reporting Period
October 1, 2006 through December 31, 2006

Professional Profiles
W. R. Grace - Time Tracking Summary
For the Quarter Ended December 31, 2006

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Adam Lueck Total | Audit Associate | <1 | Integrated Audit | $111.90 | 444.6 | $ 49,750.74 |
| Christopher W Park Total | Audit Senior Associate | 2 | Integrated Audit | $183.30 | 133.1 | $ 24,397.23 |
| Cindy Y Chen Total | Audit Senior Associate | 2 | Integrated Audit | $201.70 | 192.7 | $ 38,867.59 |
| Daniel Spratt Total | Tax Manager | 5 | Integrated Audit | $313.70 | 37.5 | $ 11,763.75 |
| Douglas Parker Total | Audit Senior Manager | 11 | Integrated Audit | $376.40 | 124.8 | $ 46,974.72 |
| Edward Mitchell Total | Advisory Associate | <1 | Integrated Audit | $190.70 | 19.0 | $ 3,623.30 |
| Erica Margolius Total | Audit Associate | 1 | Integrated Audit | $145.10 | 376.5 | $ 54,614.73 |
| Geordie Stutzman Total | Audit Associate | 1 | Integrated Audit | $132.80 | 8.0 | $ 1,062.40 |
| George B. Baccash Total | Tax Partner | 30 | Integrated Audit | $651.90 | 16.0 | $ 10,430.40 |
| Johnathan Fish Total | Advisory Associate | 5 | Integrated Audit | $350.60 | 20.0 | $ 7,012.00 |
| John E Newstead Total | Audit Partner | 10+ | Integrated Audit | $585.50 | 31.1 | $ 18,209.05 |
| Josef Van Wyk Total | Audit Manager | 11 | Integrated Audit | $273.10 | 153.5 | $ 41,920.85 |
| Josephine Iglesias-Grana Total | Risk Senior Manager | 7 | Integrated Audit | $655.60 | 2.0 | $ 1,311.20 |

{02411}

| Name | Title | Rate | Category | Hours | Amount |
|---|---|---|---|---|---|
| Karen Geung Total | Audit Associate | $132.80 | Integrated Audit | 68.0 | $9,030.40 |
| Keith Palmer Total | Audit Senior Associate | $273.10 | Integrated Audit | 11.5 | $3,140.65 |
| Lisa Slotznick Total | Director | $551.00 | Integrated Audit | 5.8 | $3,195.80 |
| Lynda Keorlet Total | Audit Associate | $132.80 | Integrated Audit | 374.4 | $49,720.32 |
| Lyndsay B Signori Total | Audit Senior Associate | $183.30 | Integrated Audit | 67.0 | $12,281.10 |
| Maria Afuang Total | Audit Senior Associate | $207.90 | Integrated Audit | 389.9 | $81,060.21 |
| Martin Burkard Total | Audit Senior Associate | $201.70 | Integrated Audit | 44.5 | $8,975.65 |
| Marvin de Guzman Total | Audit Manager | $285.40 | Integrated Audit | 169.5 | $48,375.30 |
| Matthew G. Bosseler Total | Audit Senior Associate | $295.20 | Integrated Audit | 2.0 | $590.40 |
| Mary Adenle Total | Audit Associate | $118.10 | Integrated Audit | 22.0 | $2,598.20 |
| Michael McDonnell Total | Audit Senior Associate | $195.60 | Integrated Audit | 50.1 | $9,799.56 |
| Nicolas Stromann Total | Audit Senior Associate | $183.30 | Integrated Audit | 9.3 | $1,704.69 |
| Nicole Heisler Total | Audit Associate | $140.20 | Integrated Audit | 258.0 | $36,171.60 |
| Pamela Reinhardt Total | Audit Senior Associate | $207.90 | Integrated Audit | 271.5 | $56,444.85 |
| Phillip Crosby Total | Audit Associate | $140.20 | Integrated Audit | 138.9 | $19,473.78 |
| Robert Eydt Total | Risk Partner | $864.70 | Integrated Audit | 5.0 | $4,323.50 |
| Robert R. Keehan Total | Audit Partner | $655.60 | Integrated Audit | 2 | $1,311.20 |
| Sandra David Total | Audit Manager | $285.40 | Integrated Audit | 45.6 | $13,014.24 |
| Stephen Tapis Total | Audit Associate | $111.90 | Integrated Audit | 67.7 | $7,575.63 |
| Tom Kalinosky Total | Risk Director | $467.40 | Integrated Audit | 4.0 | $1,869.60 |
| William Bishop Total | Audit Partner | $655.60 | Integrated | 38.1 | $24,978.36 |

{02411}

| | Audit Associate | <1 | Audit Integrated Audit | | | |
|---|---|---|---|---|---|---|
| Youhan Lee Total | | | | $140.20 | 277.9 | $ 38,961.58 |
| Grand Total | | | | | 3,881.5 | $ 744,534.58 |

{02411}

Summary of PwC's Fees By Project:
Twenty Third Interim Quarterly Reporting Period
October 1, 2006 through December 31, 2006

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 64.1 | $7,288.06 |

{02411}

| | | |
|---|---|---|
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial- Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 3,881.5 | $744,534.58 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 3,945.6 | $751,822.64 |

{02411}

PricewaterhouseCoopers LLP
Summary of Expenses
Twenty Third Interim Quarterly Reporting Period
October 1, 2006 through December 31, 2006

| Type of Expense | |
|---|---|
| Transportation | $8,840.98 |
| Lodging | $6,470.32 |
| Sundry | $493.72 |
| Business Meals | $2,128.18 |
| Grand Total for the Fee Period October 1, 2006 through December 31, 2006 | $17,933.20 |

{02411}