# Exhibit - A

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et. al.* | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors | : | (Jointly Administered) |
| | : | **Hearing Date: June 25, 2007 at 2:00 p.m.** |
| | : | **Objections Due: June 8, 2007 at 4:00 p.m.** |

## ORDER APPROVING TWENTY-THIRD QUARTERLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the Twenty-third Quarterly Fee Application of PricewaterhouseCoopers LLP ("PwC"), Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses, incurred during the interim period October 1, 2006 through December 31, 2006, dated May 21, 2007 (the "Application"); and upon the Certification of William Bishop in support of the Application; and upon a hearing having been held before this Court to consider the Twenty-third Quarterly Fee Application on June 25, 2007 at 2:00 p.m.; and upon notice having been given pursuant to Bankruptcy Rule 2002(a)(7) and (c)(2); and due consideration having been given to any responses thereto, and sufficient cause having been shown therefore, it is hereby:

ORDERED that the Twenty-third Quarterly Fee Application is approved, and it is further

{02411}

ORDERED that the compensation for services rendered in the amount of $744,534.58 (plus $7,288.06 for preparing the related fee applications) and expenses in the aggregate amount of $17,933.20 is hereby granted to PwC.

Dated: _____, 2007

_____
Judith K. Fitzgerald
United States Bankruptcy Judge

{02411}