# EXHIBIT B

## Exhibit B

### Schedule of Projected Minimum Required Contributions
### to the Grace Retirement Plans from 2007 to 2009

| Payment Due Date | Contributions Per Plan Year | | |
|---|---|---|---|
| | 2006 | 2007 | 2008[1] |
| **2007[2]** | | | |
| July 15 | | $8,982,359 | |
| September 15 | $15,343,157 | | |
| October 15 | | $14,830,385 | |
| **2008** | | | |
| January 15 | | $14,830,385 | |
| April 15 | | | $17,873,596 |
| July 15 | | | $2,000,000 |
| September 15 | | $10,528,926 | |
| October 15 | | | $9,000,000 |
| **2009** | | | |
| January 15 | | | $10,000,000 |
| April 15 | | | [3] |
| July 15 | | | |
| September 15 | | | $6,000,000 |
| October 15 | | | |
| **Totals** | **$15,343,157** | **$49,172,055** | **$44,873,596** |

---

[1] Contributions for the 2008 plan year are estimates. The chart lists the approximate mid-point of the likely range of contributions. That range for the total of all 2008 plan year contributions is $36 million to $58 million.

[2] Based on the Court Order effectuating the prior funding motions, Grace made contributions during the first half of 2007 totaling approximately $37 million, which are not listed.

[3] In addition to the listed contributions for the 2008 plan year, there will be a minimum contribution due April 15, 2009 for the 2009 plan year. At this time, the likely range of this contribution is $9 million to $13 million.

91100-001\DOCS_DE:127641.1