# EXHIBIT C

## Exhibit C

## Total Contributions By Calendar Year[1]

| Due Date | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|
| January 15 | 0 | $8,713,625 | $16,279,562 | $14,830,385 |
| April 15 | 0 | $20,331,037 | $20,567,271 | $17,873,596 |
| July 15 | $15,429,390 | $21,343,849 | $8,982,359[2] | $2,000,000 |
| September 15 | 0 | $44,893,500 | $15,343,157 | $10,528,926 |
| October 15 | $8,710,981 | $6,145,562 | $14,830,385 | $9,000,000 |
| Totals | $24,140,371 | $101,427,573 | $76,002,734 | $54,232,907[3] |

---

[1] All contributions for the 2008 plan year are estimates. Amounts include all contributions made to the Grace Retirement Plans, including past contributions to union plans to effectuate benefits increases.

[2] Bolded blocks indicate minimum required contributions for the 07-08 Funding Period: July 2007 to April 2008.

[3] The projected total of the minimum required contributions for the 2008 calendar year is the approximate mid-point of the likely range of that total for 2008 – that range is $48 million to $62 million.