# EXHIBIT A

| Creditor Name / Address | Case Number | Case Name | Claim Number | Total Claim Dollars | Claim Class | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| HAMPSHIRE CHEMICAL CORP<br>C/O DILWORTH PAXSON LLP<br>ANNE MARIE P KELLEY ESQ<br>LIBERTYVIEW- STE 700<br>457 HADDONFIELD RD PO BOX 2570<br>CHERRY HILL NJ 08034 | 01-01140 | W.R. GRACE & CO.-CONN. | 13934 | $6,500,000.00 | (U) | NO LIABILITY, EXPUNGE | CONTINUED TO 6/25/2007 1:00PM |
| NL INDUSTRIES INC<br>C/O JOHN N FIORELLA ESQUIRE<br>ARCHER & GREINER PC<br>PO BOX 3000<br>HADDONFIELD NJ 08033-0968 | 01-01185 | HOMCO INTERNATIONAL, INC. | 2625 | UNKNOWN | (U) | NO LIABILITY, EXPUNGE | CONTINUED TO 6/25/2007 1:00PM |
| NL INDUSTRIES INC<br>C/O JOHN V FIORELLA ESQUIRE<br>ARCHER & GREINER PC<br>PO BOX 3000<br>HADDONFIELD NJ 08033-0968 | 01-01194 | REMEDIUM GROUP, INC. | 2626 | UNKNOWN | (U) | NO LIABILITY, EXPUNGE | CONTINUED TO 6/25/2007 1:00PM |

| Name/Address | | Case No. | Claim No. | Amount | Disposition |
|---|---|---|---|---|---|
| NL INDUSTRIES INC C/O JOHN V FIORELLA ESQUIRE ARCHER & GREINER PC PO BOX 3000 HADDONFIELD NJ 08033-0968 | | 01-01139 | W.R. GRACE & CO. | 2627 UNKNOWN (U) | NO LIABILITY, EXPUNGE CONTINUED TO 6/25/2007 1:00PM |
| NL INDUSTRIES INC C/O JOHN N FIORELLA ESQUIRE ARCHER & GREINER PC PO BOX 3000 HADDONFIELD NJ 08033-0968 | | 01-01185 | HOMCO INTERNATIONAL, INC. | 2625 UNKNOWN (U) | UNLIQUIDATED, EXPUNGE CONTINUED TO 6/25/2007 1:00PM |
| NL INDUSTRIES INC C/O JOHN V FIORELLA ESQUIRE ARCHER & GREINER PC PO BOX 3000 HADDONFIELD NJ 08033-0968 | | 01-01194 | REMEDIUM GROUP, INC. | 2626 UNKNOWN (U) | UNLIQUIDATED, EXPUNGE CONTINUED TO 6/25/2007 1:00PM |
| NL INDUSTRIES INC C/O JOHN V FIORELLA ESQUIRE ARCHER & GREINER PC PO BOX 3000 HADDONFIELD NJ 08033-0968 | | 01-01139 | W.R. GRACE & CO. | 2627 UNKNOWN (U) | UNLIQUIDATED, EXPUNGE CONTINUED TO 6/25/2007 1:00PM |