IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | In Proceedings for a |
| | : | Reorganization under |
| W.R. Grace and Co., et. al., | : | Chapter 11 |
| | : | |
| Debtors. | : | Jointly administered Under |
| | : | Case No. 01-1139 (JKF) |
| | : | |
| _____ | : | Relates to Doc. No. 15762 |

## CERTIFICATE OF SERVICE

The undersigned hereby CERTIFIES

That on the 22nd day of May, 2007, a true and correct copy of the *Seventh Amended and Restated Verified Statement Pursuant to Fed.R.Bankr.P. 2019 Filed By Reaud Morgan & Quinn, LLP,* together with exhibits recorded in compact disk format, was served via hand delivery upon the following parties pursuant to the October 22, 2004, Order of court:

| US Bankruptcy Court<br>District of Delaware<br>c/o Bankruptcy Clerk<br>824 Market Street, 3rd Floor<br>Wilmington, DE 19801 | Frank J. Perch III<br>Office of the U.S. Trustee<br>844 King Street, Suite 2207<br>Lock Box 35<br>Wilmington, DE 19801 | Laura Davis Jones<br>Pachulski Ziehl Stang Young Jones & Weintraub<br>919 N. Market St.<br>16th Floor<br>Wilmington, DE 19899 |
|---|---|---|

That on the 22nd day of May, 2007, a true and correct copy of the within *Notice Of Filing Of Seventh Amended and Restated Rule 2019 Statement Of Representation By Reaud Morgan & Quinn, LLP,* was served upon the Official Service List via regular U.S. Mail, postage pre-paid, at their respective addresses (Unless noted otherwise, or otherwise served via electronic mail):

I hereby certify, under penalty of perjury, that the foregoing is true and correct.

Respectfully submitted,

*/s/Daniel K. Hogan*
Daniel K. Hogan (DE #2814)
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, DE 19806
Telephone: 302-656-7540
Facsimile: 302-656-7599