# SIGN-IN-SHEET

**CASE NAME** W.R. Grace  **COURTROOM LOCATION:** Courtroom #4

**CASE NO.:** 01-1139 (JKF)  **DATE:** May 21, 2007 2:00 PM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Brad [illegible] | Kirkland Ellis | WR Grace |
| James O'Neill | PSZYJW | WRGrace |
| Stefano Calogero | Cuyler Burk | Allstate |
| Frank [illegible] | Montgomery McCracken | Claims of Montana |
| [illegible] | " " | " " |
| Carl [illegible] | | |
| Natalie Ramsey | Wilson Elser | Royal Indemnity |
| David Primack | Montgomery McCracken | Republic Indemnity/Sweeney, LLC / Firm |
| Jeffrey Wisler | Drinker Biddle & Reath | One Beacon / Seaton Ins. Co. |
| Dan Hogan | Connolly Bove | Maryland Casualty |
| [illegible] Burnham | The Hogan Firm | Numers Claimants |
| Nick Foul | Montgomery McCrach | Early Lemick/GACC |
| Pete Lockwood | C+B | Grace ACC |
| Mark Hurford | C+D | Grace ACC |
| | Campbell Levine | Grace ACC |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN-SHEET

**CASE NAME** W.R. Grace    **COURTROOM LOCATION:** Courtroom #4

**CASE NO.:** 01-1139 (JKF)    **DATE:** May 21, 2007 2:00 PM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Richard Levy Jr. | Pryor Cashman | Dies + HL PD Claimants |
| Garvan McDaniel | Bifferato Gentilotti | Royal |
| Laurie Selber Silverstein | Potter Anderson & Corroon LLP | Daimler Chrysler Corp |
| Peter Lockwood | Caplin & Drysdale | ACC |
| Kevin Lavery | Sidley | Debtors |
| Ken Pasquale | Stroock | UCC |
| Scott Baena | Bilzin Sumberg | PD Committee |
| Jay Sakalo | " " | " " |
| Theodore Freedman | Kirkland Ellis | " " |
| Gary M. Becker | Kramer Levin | EQUITY COMMITTEE |
| Daniel Cohn | Cohn Whitesell + Goldberg LLP | Libby Plaintiffs |
| John Stock | Landis Rath + Cobb LLP | Libby Plaintiffs |
| Edward O. Toole Jr. | Pepper Hamilton | BNSF Railway Co |
| Anne M. Aaronson | " | " |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN-SHEET

**CASE NAME** W.R. Grace  **COURTROOM LOCATION:** Courtroom #4

**CASE NO.:** 01-1139 (JKF)  **DATE:** May 21, 2007 2:00 PM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Michael R. Lastowski | Duane Morris | Tersc Committee |
| David Klauder | U.S. Trustee | U.S. Trustee |
| Mark T. Hurford | Campbell Levine | ACC |
| David Bernick | Kirkland + Ellis | Debtor |
| Raymond Mullady | Orrick | FCR |
| John Ansbro | " | " |
| Laurie Pollack | Day Pitney | Prudential |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Judith Fitzgerald (Visiting) Courtroom

Calendar Date: 05/21/2007
Calendar Time: 02:00 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1724373 | David Hickerson | 202-682-7105 | Weil Gotshal & Manges LLP | Interested Party, Ad Hoc Committee of Equity Secured Creditors/ LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1724379 | Jarrad Wright | 202-682-7000 | Weil Gotshal & Manges LLP | Interested Party, Ad Hoc Committee of Equity Secured Creditors/ LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1731186 | Irwin H. Zandman | 212-427-2636 | Irwin H. Zandman | Interested Party, Irwin Zandman/ LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1739664 | Walter Slocombe | 202-862-5000 | Caplin & Drysdale | Interested Party, Official Committee of Asbestos Claimants/ LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1739666 | Richard H. Wyron | 202-339-8514 ext. 00 | Orrick, Herrington & Sutcliffe | Other Prof., David T. Austern, The Future Claimants Representative/ LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1739679 | John Ku | 203-542-4064 | Silverpoint Capital | Interested Party, Silverpoint Capital/ LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1739680 | Roger Frankel | 202-339-8513 | Orrick, Herrington & Sutcliffe | Other Prof., David T. Austern, The Future Claimants Representative/ LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1739716 | Elizabeth DeCristofaro | 212-269-4900 | Ford Marrin Esposito Witmeyer & | Creditor, Continental Casualty Company/ LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1739752 | Lewis Kruger | 212-806-5430 | Stroock & Stroock & Lavan | Creditor, Official Committee of Unsecured Creditors of W.R. Grace & Co./ LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1739775 | Jason Solganick | 212-284-9586 | Piper Jaffray & Co. | Other Prof., David T. Austern, The Future Claimants Representative/ LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 1739777 | Christopher M. Candon | 617-951-2505 | Cohn Whitesell & Goldberg, LLP | Debtor, W. R. Grace & Co./ LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | | 1739778 | Jonathan Brownstein | 212-284-9575 | Piper Jaffray & Co. | Other Prof., David T. Austern, The Future Claimants Representative/ LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1739790 | Debra Felder | 202-339-8567 | Orrick, Herrington & Sutcliffe | Other Prof., David T. Austern, The Future Claimants Representative/ LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1740023 | Marti Murray | 212-582-5505 | Murray Capital Management, Inc. | Interested Party, Murray Capital Management/ LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1740404 | Oscar Mockridge | 212-303-9499 | Halcyon Asset Management, LLC | Interested Party, Halcyon Asset Management, LLC/ LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1740443 | Chelsea Clinton | 212-878-3515 | Avenue Capital Group | Interested Party, Avenue Capital/ LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1741128 | Andrew Hain | 973-226-8174 | Bank of New York | Interested Party, B&Y Capital/ LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1739635 | Paul J. Norris | 410-531-4404 | W. R. Grace & Co. | Debtor, W. R. Grace & Co./ LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1741160 | Robert Phillips | 618-259-2222 | Simmons Cooper, LLC | Interested Party, Tort Claimants/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1741216 | Kenneth Thomas | 707-553-9817 | Kenneth Thomas | Interested Party, Kenneth Thomas/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1741267 | David R. Beane | 610-478-2210 | Stevens & Lee, P.C. | Interested Party, Fireman's Fund Insurance Company/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1573616 | Michael Davis | 212-826-5311 | Zeichner Ellman & Krause, LLP | Creditor, AIG/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1573785 | Robert Guttmann | 212-826-5322 | Zeichner Ellman & Krause, LLP | Interested Party, National Union Fire Insurance/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1738446 | John C. Phillips, Jr. | 302-655-4200 | Phillips, Goldman & Spence, P.A. | Other Prof., David T. Austern, The Future Claimants Representative/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1738449 | Lisa Esayian | 312-861-2226 | Kirkland & Ellis (CC-913) | Debtor, W. R. Grace & Co./ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1738453 | Salvatore Bianca | 312-861-2248 | Kirkland & Ellis (CC-913) | Debtor, W. R. Grace & Co./ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1738471 | Ellen Ahern | 312-861-2335 | Kirkland & Ellis (CC-913) | Debtor, W. R. Grace & Co./ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1738484 | Sander L. Esserman | 214-969-4910 | Stutzman, Bromberg, Esserman & | Interested Party, Various Claimant Firms/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1738498 | Van J. Hooker | 214-969-4900 | Stutzman, Bromberg, Esserman & | Interested Party, Various Claimant Firms/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1738502 | David A. Klingler | 214-969-4900 ext. 1335 | Stutzman, Bromberg, Esserman & | Interested Party, Various Claimant Firms/ LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 1738508 | David J. Parsons | 214-969-4900 | Stutzman, Bromberg, Esserman & | Interested Party, Various Claimant Firms/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1738660 | David J. Liebman | 215-665-2122 | Cozen O'Connor | Interested Party, Federal Insurance Company/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1738662 | Jacob C. Cohn | 215-665-2147 | Cozen O'Connor | Interested Party, Federal Insurance Company/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1738891 | James J. Restivo | 412-822-3122 | Reed, Smith, Shaw & McClay | Debtor, W. R. Grace & Co./ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1738895 | Douglas E. Cameron | 412-288-4104 | Reed, Smith, Shaw & McClay | Debtor, W. R. Grace & Co./ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1739034 | Alex Mueller | 212-261-8296 | Mendes & Mount | Interested Party, London Market Insurers/ LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1739251 | Curtis Plaza | 973-451-8488 | Riker, Danzig, Scherer, Hyland & | Interested Party, The Prudential Insurance Company of America/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1739310 | Terence D. Edwards | 415-989-1800 | The Brandi Law Firm | Creditor, Official Committee of Asbestos Property Damage Claimants/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1739623 | Brian L. Kasprzak | 302-658-6538 | Marks, O'Neill, O'Brien & Courtney. | Interested Party, Everest Reinsurance Company & McKinley Insurance Company/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1739626 | Michael J. Joyce | 302-658-6538 | Marks, O'Neill, O'Brien & Courtney. | Interested Party, Everest Reinsurance Company & McKinley Insurance Company/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1739627 | Leslie A. Epley | 202-624-2500 | Crowell & Moring, LLP | Interested Party, Everest Reinsurance Company & McKinley Insurance Company/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1739629 | Mark Plevin | 202-624-2689 | Crowell & Moring, LLP | Interested Party, Everest Reinsurance Company & McKinley Insurance Company/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1739633 | Mark Shelnitz | 410-531-4212 | W. R. Grace & Co. | Debtor, W. R. Grace & Co./ LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1737811 | Arlene Krieger | 212-806-5544 | Stroock & Stroock & Lavan, LLP (New | Creditor, Official Committee of Unsecured Creditors/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1737856 | Peter Shawn | 212-698-0822 | Tocqueville Asset Management | Creditor, Share Holder for W. R. Grace & Co./ LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1737894 | Steven Eisman | 917-934-1770 | Front Point Management, Inc. | Interested Party, Front Point Management, Inc./ LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 1737901 | John O'Connell | 212-583-5677 | The Blackstone Group | Interested Party, Financial Advisor to the Debtor/ LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1737931 | Andrew Chan | 212-526-4503 | Lehman Brothers | Creditor, Lehman Brothers/ LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1737977 | Martin Dies | 512-476-4394 | Dies & Hile LLP | Creditor, Official Committee of Asbestos Property Damage Claimants/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1737980 | Matthew Kramer | 305-350-7246 | Bilzin, Sumberg, Baena, Price & | Creditor, Official Committee of Asbestos Property Damage Claimants/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1737982 | Marion Fairey | 803-943-4444 | Speights & Runyan | Creditor, Official Committee of Asbestos Property Damage Claimants/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1737986 | Darrell Scott | 509-455-3966 | Scott Law Group | Creditor, Official Committee of Asbestos Property Damage Claimants/ LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1737987 | Sean Walsh | 202-973-9381 | LECG | Creditor, Official Committee of Asbestos Property Damage Claimants/ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1738145 | John R. Wollen | 212-325-4078 | Credit Suisse First Boston | Interested Party, Credit Suisse/ LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1738205 | Brian Mukherjee | 617-570-1477 | Goodwin Procter LLP | Interested Party, CNA/ LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 1738410 | Janet Baer | 312-861-2162 | Kirkland & Ellis (CC-913) | Debtor, W. R. Grace & Co./ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1738420 | Sam Blatnick | 312-861-2359 | Kirkland & Ellis (CC-913) | Debtor, W. R. Grace & Co./ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1738428 | Theodore Freedman | 212-446-4800 | Kirkland & Ellis (CC-913) | Debtor, W. R. Grace & Co./ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1738432 | Lori Sinanyan | 213-680-8209 | Kirkland & Ellis (CC-913) | Debtor, W. R. Grace & Co./ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1738434 | David Mendelson | 202-879-5167 | Kirkland & Ellis (CC-913) | Debtor, W. R. Grace & Co./ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 1738444 | Barbara Harding | 202-879-5081 | Kirkland & Ellis (CC-913) | Debtor, W. R. Grace & Co./ LIVE |