# EXHIBIT B

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELEWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM DECEMBER 1, 2006 THROUGH DECEMBER 31, 2006 FOR LEGISLATIVE AFFAIRS SERVICES

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 145406 v1
2850487-000001 1/29/2007

*EXHIBIT B*

## DECEMBER 2006 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|---|---|---|
| 12/4/ | 1 | Conference call with Leon billings regarding Montana related issues and Grace |
| 12/5 | 2 | Monitor upcoming new Congress regarding Grace issues |
| 12/13 | 2 | Follow reorganization of Congress, looking for potential impacts on Grace |
| 12/14 | 2 | Follow reorganization of congress, looking for potential impacts on Grace |
| 12/18 | 2 | Attend meeting with Grace officials and other consultants regarding recent court decisions and the effect they will have on Grace with the Administration and Congress |
| 12/19 | 3 | Work on delivering recent court opinion on asbestos to appropriate officials to make them aware that court had acted on important asbestos issues |
| 12/20 | 1 | Continue Congressional monitoring |

# EXPENSES FOR DECEMBER 2006

**W.R. Grace Expenses**
**Client #2850487-000001**
**Itemized and summarized through 12/31/2006**

| Description | Date | Amount |
|---|---|---|
| Mobile/ Cell Phone Charges | 12/12/2006 | $16.00 |
| Long Distance Charge | 12/19/2006 | $0.70 |
| **Itemized Totals** | | **$16.70** |

| Summarized: | Amount |
|---|---|
| Mobile/ Cell Phone Charges | $16.00 |
| Long Distance Charge | $0.70 |
| **Summarized Totals** | **$16.70** |