IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Date: June 11, 2007 at 4:00 p.m.** |
| Debtors. | ) | **Hearing Date: Scheduled if Necessary (Negative** |
| | ) | **Notice)** |
| | ) | |

FIFTY-SIXTH MONTHLY APPLICATION OF BMC GROUP
(f/k/a BANKRUPTCY MANAGEMENT CORPORATION) FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS
CLAIMS RECONCILIATION AND SOLICITATION CONSULTANT TO THE
DEBTORS FOR THE PERIOD FROM NOVEMBER 1, 2006 THROUGH NOVEMBER 30, 2006

| | |
|---|---|
| **Name of Applicant:** | BMC Group (f/k/a Bankruptcy Management Corporation) ("BMC") |
| **Authorized to Provide Professional Services to:** | The above-captioned debtors and debtors in possession |
| **Date of Retention:** | Retention Order entered May 8, 2002; effective as of April 4, 2002 |
| **Period for which Compensation and Reimbursement is Sought:** | November 1 through November 30, 2006 |
| **Amount of Compensation Sought as Actual, Reasonable and Necessary:** | $ 74,836.00 |
| **Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary:** | $ 18,644.41 |

---

[1]      The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food =N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**This is a:**    ☒ **Monthly Application**    ☐ **Quarterly Application**    ☐ **Final Application**

The total time expended for preparation of this fee application is approximately 30.0 hours and the corresponding compensation requested is approximately $7,500.00.[2]

This is the Fifty-Sixth Application filed by BMC.

## PRIOR APPLICATIONS

| Date Filed | App No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|---|
| 3/4/2003 | N/A | 4/4/2002-4/30/2002 | $18,913.50 | $1,420.00 | $15,130.80 | $1,420.00 |
| 3/4/2003 | N/A | 5/1/2002-5/31/2002 | $46,559.00 | $2,781.83 | $37,247.20 | $2,781.83 |
| 3/4/2003 | N/A | 6/1/2002-6/30/2002 | $42,162.00 | $3,538.24 | $33,729.60 | $3,538.24 |
| *3/4/2003* | *N/A* | *5th Quarterly 2002* | *$107,634.50* | *$7,740.07* | *$86,107.60* | *$7,740.07* |
| 3/4/2003 | N/A | 7/1/2002-7/31/2002 | $48,181.75 | $10,701.48 | $38,545.40 | $10,701.48 |
| 3/4/2003 | N/A | 8/1/2002-8/31/2002 | $48,729.50 | $1,891.32 | $38,983.60 | $1,891.32 |
| 3/4/2003 | N/A | 9/1/2002-9/30/2002 | $55,850.00 | $2,743.43 | $44,680.00 | $2,743.43 |
| *3/4/2003* | *N/A* | *6th Quarterly 2002* | *$152,761.25* | *$15,336.23* | *$122,209.00* | *$15,336.23* |
| 3/4/2003 | N/A | 10/1/2002-10/31/2002 | $95,621.50 | $3,384.85 | $76,497.20 | $3,384.85 |
| 3/4/2003 | N/A | 11/1/2002-11/30/2002 | $49,215.25 | $2,658.68 | $39,372.20 | $2,658.68 |
| 3/4/2003 | N/A | 12/1/2002-12/31/2002 | $46,683.00 | $850.00 | $37,346.40 | $850.00 |
| *3/4/2003* | *N/A* | *7th Quarterly 2002* | *$191,519.75* | *$6,893.53* | *$153,215.80* | *$6,893.53* |
| 5/15/2003 | 10 | 1/1/2003-1/31/2003 | $74,318.00 | $1,229.90 | $59,454.40 | $1,229.90 |
| 5/15/2003 | 11 | 2/1/2003-2/28/2003 | $82,610.00 | $4,837.69 | $66,088.00 | $4,837.69 |
| 5/15/2003 | 12 | 3/1/2003-3/31/2003 | $72,572.25 | $3,860.72 | $58,057.80 | $3,860.72 |
| *5/15/2003* | *8 Q* | *8th Quarterly 2003* | *$229,500.25* | *$9,928.31* | *$183,600.20* | *$9,928.31* |
| 9/23/2003 | 13 | 4/1/2003-4/30/2003 | $117,598.00 | $2,132.50 | $94,078.40 | $2,132.50 |
| 9/23/2003 | 14 | 5/1/2003-5/31/2003 | $140,988.00 | $4,689.22 | $112,790.40 | $4,689.22 |
| 9/23/2003 | 15 | 6/1/2003-6/30/2003 | $95,449.00 | $8,234.67 | $76,359.20 | $8,234.67 |
| *9/23/2003* | *9 Q* | *9th Quarterly 2003* | *$354,035.00* | *$15,480.10* | *$283,228.00* | *$15,480.10* |
| 2/18/2004 | 16 | 7/1/2003-7/31/2003 | $90,293.50 | $9,851.36 | $90,293.50 | $9,851.36 |
| 2/18/2004 | 17 | 8/1/2003-8/31/2003 | $88,262.50 | $2,515.87 | $88,262.50 | $2,515.87 |
| 2/18/2004 | 18 | 9/1/2003-9/30/2003 | $82,370.00 | $16,341.34 | $82,370.00 | $16,341.34 |
| *2/25/2004* | *10 Q* | *10th Quarterly 2003* | *$260,926.00* | *$28,708.57* | *$260,926.00* | *$28,708.57* |
| 4/13/2004 | 19 | 10/1/2003-10/31/2003 | $86,187.00 | $1,861.76 | $86,187.00 | $1,861.76 |
| 4/13/2004 | 20 | 11/1/2003-11/30/2003 | $69,321.00 | $1,330.52 | $69,321.00 | $1,330.52 |
| 4/13/2004 | 21 | 12/1/2003-12/31/2003 | $62,679.00 | $2,627.14 | $62,679.00 | $2,627.14 |
| *4/13/2004* | *11 Q* | *11th Quarterly 2003* | *$218,187.00* | *$5,819.42* | *$218,187.00* | *$2,528.88* |
| 6/18/2004 | 22 | 1/1/2004-1/31/2004 | $84,944.50 | $1,327.94 | $84,944.50 | $1,327.94 |
| 6/18/2004 | 23 | 2/1/2004-2/29/2004 | $42,147.00 | $1,623.86 | $42,147.00 | $1,623.86 |
| 6/18/2004 | 24 | 3/1/2004-3/31/2004 | $89,579.50 | $1,403.99 | $89,579.50 | $1,403.99 |
| *6/18/2004* | *12 Q* | *12th Quarterly 2004* | *$216,671.00* | *$4,355.79* | *$216,671.00* | *$4,355.79* |
| 11/5/2004 | 25 | 4/1/2004-4/30/2004 | $76,264.50 | $2,134.18 | $76,264.50 | $2,134.18 |
| 11/5/2004 | 26 | 5/1/2004-5/31/2004 | $63,313.50 | $2,330.43 | $63,313.50 | $2,330.43 |
| 11/5/2004 | 27 | 6/1/2004-6/30/2004 | $58,641.50 | $2,795.01 | $58,641.50 | $2,795.01 |
| *11/5/2004* | *13 Q* | *13th Quarterly 2004* | *$198,219.50* | *$7,259.62* | *$198,219.50* | *$7,259.62* |

---

2    The actual number of hours expended in preparing this fee application and the corresponding compensation requested will be set forth in BMC's subsequent fee applications.

## PRIOR APPLICATIONS - continued

| Date Filed | App No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|---|
| 2/7/2005 | 28 | 7/1/2004 – 7/31/2004 | $45,396.00 | $2,558.91 | $45,396.00 | $2,558.91 |
| 2/7/2005 | 29 | 8/1/2004 – 8/31/2004 | $60,094.50 | $1,375.09 | $60,094.50 | $1,375.09 |
| 2/7/2005 | 30 | 9/1/2004 – 9/30/2004 | $75,755.50 | $1,251.65 | $75,755.50 | $1,251.65 |
| 2/7/2005 | 14Q | 14th Quarterly 2004 | $181,246.00 | $5,185.65 | $181,246.00 | $5,185.65 |
| 4/22/2005 | 31 | 10/1/2004 – 10/31/2004 | $59,922.00 | $2,144.86 | $59,922.00 | $2,144.86 |
| 4/22/2005 | 32 | 11/1/2004 - 11/30/2004 | $65,745.50 | $28,337.71 | $65,745.50 | $28,337.71 |
| 4/22/2005 | 33 | 12/1/2004 – 12/31/2004 | $62,692.00 | $8,918.87 | $62,692.00 | $8,918.87 |
| 4/22/2005 | 15Q | 15th Quarterly 2004 | $188,359.50 | $39,401.44 | $188,359.50 | $39,401.44 |
| 8/11/2005 | 34 | 1/1/2005 – 1/31/2005 | $67,384.00 | $2,530.41 | $67,745.50 | $2,530.41 |
| 8/11/2005 | 35 | 2/1/2005 – 2/28/2005 | $56,206.00 | $2,869.31 | $56,206.00 | $2,869.31 |
| 8/11/2005 | 36 | 3/1/2005 - 3/31/2005 | $64,836.00 | $1,666.16 | $64,836.00 | $1,666.16 |
| 8/11/2005 | 16Q | 16th Quarterly 2005 | $188,426.00 | $7,065.88 | $188,426.00 | $7,065.00 |
| 10/31/2005 | 37 | 4/1/2005 – 4/30/2005 | $88,685.50 | $2,391.33 | $88,685.50 | $2,391.33 |
| 10/31/2005 | 38 | 5/1/2005 – 5/31/2005 | $158,852.00 | $4,552.49 | $158,852.00 | $4,552.49 |
| 10/31/2005 | 39 | 6/1/2005 – 6/30/2005 | $232,914.00 | $13,912.17 | $232,914.00 | $13,912.17 |
| 10/31/2005 | 17Q | 17th Quarterly 2005 | $480,451.50 | $20,855.99 | $480,451.50 | $20,855.99 |
| 1/31/2006 | 40 | 7/1/2005 – 7/31/2005 | $468,997.75 | $17,359.91 | $468,997.75 | $17,359.91 |
| 1/31/2006 | 41 | 8/1/2005 – 8/31/2005 | $684,403.00 | $43,446.98 | $684,403.00 | $43,446.98 |
| 1/31/2006 | 42 | 9/1/2005 – 9/30/2005 | $334,412.00 | $34,731.14 | $334,412.00 | $34,731.14 |
| 2/1/2006 | 18Q | 18th Quarterly 2005 | $1,487,812.75 | $95,538.03 | $1,487,812.75 | $95,538.03 |
| 4/20/2006 | 43 | 10/1/2005 – 10/31/2005 | $126,175.50 | $2,460.85 | $126,175.50 | $2,460.85 |
| 4/20/2006 | 44 | 11/1/2005 – 11/30/2005 | $136,980.50 | $2,010.10 | $136,980.50 | $2,010.10 |
| 4/20/2006 | 45 | 12/1/2005 – 12/31/2005 | $54,700.50 | $4,310.19 | $54,700.50 | $4,310.19 |
| 4/20/2006 | 19Q | 19th Quarterly 2005 | $301,963.67* | $8,781.14 | $301,963.67* | $8,781.14 |
| 4/28/2006 | 46 | 1/1/2006 – 1/31/2006 | $52,998.50 | $2,322.75 | $52,998.50 | $2,322.75 |
| 7/17/2006 | 47 | 2/1/2006 – 2/28/2006 | $64,309.50 | $1,438.85 | $64,309.50 | $1,438.85 |
| 8/25/2006 | 48 | 3/1/2006 – 3/31/2006 | $69,538.75 | $2,732.97 | $69,538.75 | $2,732.97 |
| 8/25/2006 | 20Q | 20th Quarterly 2006 | $177,504.41* | $6,494.57 | $177,504.41* | $6,494.57 |
| 11/21/2006 | 49 | 4/1/2006 – 4/30/2006 | $64,523.00 | $1,918.17 | $64,523.00 | $1,918.17 |
| 11/22/2006 | 50 | 5/1/2006 – 5/31/2006 | $83,530.00 | $2,413.38 | $83,530.00 | $2,413.38 |
| 11/22/2006 | 51 | 6/1/2006 – 6/30/2006 | $42,762.00 | $5,634.14 | $42,762.00 | $5,634.14 |
| 11/22/2006 | 21Q | 21st Quarterly 2006 | $181,274.25* | $9,965.65 | $181,274.25* | $9,965.65 |
| 12/11/2006 | 52 | 7/1/2006 – 7/31/2006 | $35,134.50 | $41,219.71 | $35,134.50 | $41,219.71 |
| 12/21/2006 | 53 | 8/1/2006 – 8/31/2006 | $79,928.00 | $1,412.53 | $79,928.00 | $1,412.53 |
| 12/27/2006 | 54 | 9/1/2006 – 9/30/2006 | $71,515.00 | $24,065.05 | $71,515.00 | $24,065.05 |
| 12/27/2006 | 22Q | 22nd Quarterly 2006 | $174,070.88* | $70,042.29 | $174,070.88* | $70,042.29 |
| 5/17/2007 | 55 | 10/1/2006 – 10/31/2006 | $103,882.50 | $72,054.63 | Pending | Pending |
| 5/18/2007 | 56 | 11/1/2006 – 11/30/2006 | $74,836.00 | $18,644.41 | Pending | Pending |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

---

\*     Reflects BMC's voluntary courtesy discount of 5% from actual fees for the Nineteenth, Twentieth, Twenty-First and Twenty-Second Quarterly Fee Periods.

## BIOGRAPHICAL INFORMATION

| Name of Professional Person | Position with Applicant, Number of Years in Position, Prior Relevant Experience, Licenses and Year Obtained, Area of Expertise | Hourly Billing Rate (Including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Liliana Anzaldo | Case Support Clerk, 3 years | $45.00 | 0.2 | $9.00 |
| Martha Araki | Senior Bankruptcy Consultant, 7 years; 19 years bankruptcy experience | $210.00 | 103.2 | $21,672.00 |
| Josh Berman | Technology Director, 2 years; 10 years prior experience in data management, process re-engineering, and custom technology build-out | $200.00 | 2.0 | $400.00 |
| Jacqueline Bush | Data Analyst, 6½ years | $95.00 | 12.1 | $1,149.50 |
| Alex Cedeno | Case Information Clerk, 1 year | $45.00 | 14.5 | $652.50 |
| Steffanie Cohen | Reconciliation Consultant, 4½ years; 2 years prior bankruptcy experience | $110.00 | 0.2 | $22.00 |
| Temeka Curtis | Case Support Clerk, 4 years | $45.00 | 0.2 | $9.00 |
| Corazon Del Pilar | Case Support Clerk, 2½ years | $45.00 | 2.4 | $108.00 |
| Trina Gallagher | Case Information Clerk, 5 years | $45.00 | 0.5 | $22.5 |
| Maristar Go | Case Analyst, 3 years; 2 years prior legal industry experience | $65.00 | 12.3 | $799.50 |
| Mike Grimmett | Senior Data Consultant, 4¾ years; 12 years prior experience bankruptcy and data programming | $175.00 | 50.6 | $8,855.00 |
| Sue Herrschaft | Senior Consultant, 5½ years; former Operations Manager, Audit Division, Arthur Andersen-LA; 10 years prior experience in risk management and quality assurance | $210.00 | 100.8 | $21,168.00 |
| Myrtle John | Senior Bankruptcy Consultant, 4½ years; 25 years experience in bankruptcy and other legal practice areas | $195.00 | 0.5 | $97.50 |
| Lemuel Jumilla | Case Analyst, 3 years; 3 years prior legal industry experience | $65.00 | 47.8 | $3,107.00 |
| Stephenie Kjontvedt | Senior Consultant, 4 years; 15 years experience in bankruptcy consulting | $140.00 | 3.6 | $504.00 |
| Yvette Knopp | Case Support Associate, 4 years; 3 years prior bankruptcy case support experience | $90.00 | 7.1 | $639.00 |
| Gunther Kruse | Data Consultant, 4¼ years; 8 years prior experience in IT industry as database administrator and network manager | $150.00 | 1.5 | $225.00 |
| Alicia Markoe | Data Analyst, 1¼ years | $110.00 | 16.0 | $1,760.00 |
| Marquis Marshall | Case Support Clerk, 2¾ years | $45.00 | 3.7 | $166.50 |
| James Myers | Case Support Clerk, 5¾ years | $65.00 | 5.3 | $344.50 |
| Al Quilongquilong | Case Analyst, 2¾ years | $65.00 | 23.2 | $1,508.00 |
| Brenda Reed | Consultant, 4½ years; 12 years prior experience corporate accounting and internal auditing | $140.00 | 2.4 | $336.00 |
| Airgelou Romero | Case Analyst, 3 years; 3 years prior legal industry experience | $65.00 | 47.8 | $3,107.00 |
| Lisa Ruppaner | Case Support Associate, 4¾ years | $95.00 | 19.8 | $1,881.00 |
| Lucina Solis | Case Support Associate, 2¾ years | $45.00 | 0.4 | $18.00 |
| Brianna Tate | Case Information Clerk, 2½ years | $45.00 | 0.6 | $27.00 |

| Name of Professional Person | Position with Applicant, Number of Years in Position, Prior Relevant Experience, Licenses and Year Obtained, Area of Expertise | Hourly Billing Rate (Including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Frank Visconti | Data Consultant, 4½ years; former programmer/analyst Midwest Consulting Group | $125.00 | 16.9 | $2,112.50 |
| Anna Wick | Senior Data Analyst, 4½ years | $110.00 | 37.6 | $4,136.00 |

| Grand Total: | Fees:    $74,836.00 | Hours:  533.2 |
|---|---|---|
| Blended Rate: | $140.35 | |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asbestos Claims | 178.4 | $18,401.50 |
| Asbestos PI Claims | 6.8 | $1,176.00 |
| Case Administration | 80.8 | $10,298.50 |
| Data Analysis | 134.6 | $18,218.00 |
| Fee Applications – Applicant | 55.3 | $11,613.00 |
| Non – Asbestos Claims | 77.3 | $15,129.00 |
| Plan & Disclosure Statement | 0.0 | 0.00 |
| **Total** | **533.2** | **$74,836.00** |

## EXPENSE SUMMARY

| Expense Category | Service Provider (If Applicable) | Total Expenses |
|---|---|---|
| b-Linx | BMC | $850.00 |
| Document Storage | BMC | $39.15 |
| Postage/Shipping | Various | $146.85 |
| Website Hosting | BMC | $250.00 |
| Website Storage/Traffic | BMC | $87.76 |
| | | |
| **Total** | | **$1,373.76** |

## PRODUCTION EXPENSE SUMMARY

| Date of Mailing | Service Provider (If Applicable) | Total Expenses |
|---|---|---|
| November 13, 2006 | BMC (2 mailings) | $767.80 |
| November 15, 2006 | BMC (1 mailing) | $2,084.51 |
| November 17, 2006 | BMC (2 mailings) | $2,586.85 |
| November 27, 2006 | BMC (3 mailings) | $127.89 |
| November 28, 2006 | BMC (1 mailing) | $915.16 |
| November 30, 2006 | BMC (1 mailing) | $22.44 |
| November 1-30, 2006 | BMC | $10,766.00 |
| Total | | $17,270.65 |

**WHEREFORE,** BMC respectfully requests:

(a)  that an allowance be made to it in the aggregate of $78,513.21, which is comprised of:

      (i)        80% of the fees rendered by BMC to the Debtors for reasonable and necessary professional services during the Fifty-Sixth Fee Period (80% of $74,836.00 = $59,868.80); and

      (ii)       100% of the actual and necessary costs and expenses incurred by BMC during the Fifty-Sixth Period ($18,644.41);

(b)  that both the fees and expenses are payable as an administrative expense of the Debtors' estates;

and

(c)  for such other and further relief as the Court deems just and proper.

Dated:  December 8, 2006

BMC GROUP (f/k/a BANKRUPTCY
MANAGEMENT CORPORATION)

By:  _____
        SUE HERRSCHAFT
        720 Third Avenue, 23rd Floor
        Seattle, Washington 98104
        Telephone:  (206) 516-3300
        Telecopier:  (206) 516-3304

        Claims Reconciliation and Solicitation
        Consultant to the Debtors and
        Debtors in Possession

## VERIFICATION

STATE OF CALIFORNIA       )
                                 )       ss.

COUNTY OF LOS ANGELES    )

SUE HERRSCHAFT, after being duly sworn, deposes and says:

1.   I am employed by BMC Group (f/k/a Bankruptcy Management Corporation) ("BMC"), Applicant, the Claims Reconciliation and Solicitation Consultant to the debtors and debtors in possession herein (the "Debtors"). I am a Senior Consultant with BMC and I am responsible for overseeing the day-to-day services provided by BMC to the Debtors as BMC's Project Manager for this engagement. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

2.  I have personally reviewed the consulting services rendered by BMC as Claims Reconciliation and Solicitation Consultant to the Debtors and am thoroughly familiar with the other work performed on behalf of the Debtors by other consultants and employees of BMC.

3.  I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Annexed hereto are the following Exhibits: **Exhibit 1** – Monthly Fee Invoice comprised of a detail of time expended and Professional Activity Summary; and **Exhibit 2** – Monthly Expense Invoice comprised of an Expense Invoice and Detail. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members,' signed April 17, 2002, and submit that the Application herein substantially complies with such Rules and Order.

_____
SUE HERRSCHAFT

SWORN AND SUBSCRIBED to before me
this 8th day of December, 2006

_____
Notary Public
My Commission Expires:

YVETTE KNOPP
COMM. # 1526634
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. NOV. 13, 2008

7