**EXHIBIT 2**

BMC GROUP<br>
720 Third Ave, 23rd Floor<br>
Seattle, WA 98104<br>
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_061130**

| Period Ending | 11/30/2006 | Expense Type | Amount |
|---|---|---|---|
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $39.15 |
| | | Postage/Shipping | $146.85 |
| | | Website Hosting | $250.00 |
| | | Website Storage/Traffic | $87.76 |
| | | **Total** | **$1,373.76** |

EXHIBIT 2

BMC GROUP  
EXPENSE DETAIL - WR GRACE  
NOVEMBER 2006

| Invoice Nbr | Date | Client | Vendor | Amount | Expense Type | Description |
|---|---|---|---|---|---|---|
| 21_061130 | 11/7/06 | WR Grace | Fedex | $38.15 | Postage/Shipping | WR Grace claims sent from BMC-CA- Tracking No. 798019634961 |
| 21_061130 | 11/7/06 | WR Grace | Fedex | $26.27 | Postage/Shipping | WR Grace docs sent to BMC-CA- Tracking No. 798020101845 |
| 21_061130 | 11/7/06 | WR Grace | Fedex | $34.17 | Postage/Shipping | WR Grace claim CD shipped- Tracking No. 799516344370 |
| 21_061130 | 11/7/06 | WR Grace | DHL | $48.26 | Postage/Shipping | 1515857717J |
| 21_061130 | 11/30/06 | WR Grace | BMC | $39.15 | Document Storage | 27 boxes |
| 21_061130 | 11/30/06 | WR Grace | BMC | $87.76 | Website Storage/Traffic | 44 docs |
| 21_061130 | 11/30/06 | WR Grace | BMC | $850.00 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_061130 | 11/30/06 | WR Grace | BMC | $250.00 | Website Hosting | Website Hosting |

EXHIBIT 2

| | | |
|---|---|---|
| BMC GROUP | PRODUCTION SUMMARY - WR GRACE | NOVEMBER 2006 |

| InvoiceID | JobDate | InvoiceTotal |
|---|---|---|
| 021-20061113-2 | 11/13/2006 | $695.64 |
| 021-20061113-1 | 11/13/2006 | $72.16 |
| 021-20061115-1 | 11/15/2006 | $2,084.51 |
| 021-20061117-2 | 11/17/2006 | $2,269.61 |
| 021-20061117-1 | 11/17/2006 | $317.24 |
| 021-20061127-3 | 11/27/2006 | $57.16 |
| 021-20061127-2 | 11/27/2006 | $43.09 |
| 021-20061127-1 | 11/27/2006 | $27.64 |
| 021-20061128-1 | 11/28/2006 | $915.16 |
| 021-20061130-1 | 11/30/2006 | $22.44 |
| 021_20061130-2 | 11/30/2006 | $10,766.00 |
| | **Total** | **$17,270.65** |

EXHIBIT 2

BMC GROUP

PRODUCTION DETAIL - WR GRACE

NOVEMBER 2006

021-20061113-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 13657 - 19th Omnibus Objection to Claims | 24 / 12 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 12 Pieces @ $.87 each | $10.44 |
| | | | Production | Copy | 288 Pieces @ $.12 each | $34.56 |
| | | | | Stuff and Mail | 12 Pieces @ $.05 each | $0.60 |
| | | | Supplies | Inkjet and Envelope - Catalog | 12 Pieces @ $.13 each | $1.56 |
| | | | | | Total: | $72.16 |

EXHIBIT 2

BMC GROUP

PRODUCTION DETAIL - WR GRACE

NOVEMBER 2006

021-20061113-2

| Job Type | Job Item | Pages/Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt 13658 - Obj to Claims - Post Petition | 34 / 124 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 120 Pieces @ $1.11 each | $133.20 |
| | | | | USPS - International | 2 Pieces @ $3.20 each | $6.40 |
| | | | | USPS - MX/CA | 2 Pieces @ $1.40 each | $2.80 |
| | | | Production | Copy | 4216 Pieces @ $.12 each | $505.92 |
| | | | | Stuff and Mail | 124 Pieces @ $.05 each | $6.20 |
| | | | Supplies | Inkjet and Envelope - Catalog | 124 Pieces @ $.13 each | $16.12 |
| | | | | | Total | $695.64 |

EXHIBIT 2

BMC GROUP

PRODUCTION DETAIL - WR GRACE

NOVEMBER 2006

021-20061115-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Letter re Chest X-Rays | 1 / 168 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | DHL/Airborne Exp | 143 Pieces @ $11.45 each | $1,637.35 |
| | | | | Expedited Mail Handling | 168 Pieces @ $.25 each | $42.00 |
| | | | | Express Mail | 25 Pieces @ $14.40 each | $360.00 |
| | | | Production | Copy | 168 Pieces @ $.12 each | $20.16 |
| | | | | | Total | $2,084.51 |

EXHIBIT 2

BMC GROUP

PRODUCTION DETAIL - WR GRACE

NOVEMBER 2006

021-20061117-1

| Job Type | Job Item | Pages / Per Step | Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Notice re Motion to Compel | 4 / 292 | Document/Data Preparation | Mail File Setup | |
| | | | | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | |
| | | | | 291 Pieces @ $.39 each | $113.49 |
| | | | | USPS - MX/CA | |
| | | | | 1 Piece @ $.63 each | $0.63 |
| | | | Production | Copy | |
| | | | | 1168 Pieces @ $.12 each | $140.16 |
| | | | | Fold and Stuff | |
| | | | | 292 Pieces @ $.05 each | $14.60 |
| | | | Supplies | Inkjet and Envelope - #10 | |
| | | | | 292 Pieces @ $.08 each | $23.36 |
| | | | | Total | $317.24 |

EXHIBIT 2

BMC GROUP

PRODUCTION DETAIL - WR GRACE

NOVEMBER 2006

021-20061117-2

| Job Type | Job Item | Pages / Par Step | Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Dkt No. 13702 - Ntc re X-ray Protocol | 12 / 168 | Document/Data Preparation | | |
| | | | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | | |
| | | | DHL/Airborne Exp | 78 Pieces @ $10.98 each | $856.44 |
| | | | DHL/Airborne Exp | 65 Pieces @ $11.45 each | $744.25 |
| | | | Expedited Mail Handling | 168 Pieces @ $.25 each | $42.00 |
| | | | Express Mail | 25 Pieces @ $14.40 each | $360.00 |
| | | | Production | | |
| | | | Copy | 2016 Pieces @ $.12 each | $241.92 |
| | | | | Total | $2,269.61 |

EXHIBIT 2

BMC GROUP

PRODUCTION DETAIL - WR GRACE

NOVEMBER 2006

021-20061127-1

| Job Type | Job Item | Pages / Par Step | Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Dkt 13724 - 27th Omni 5 Continuation Order | 3 / 3 Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class | 3 Pieces @ $.39 each | $1.17 |
| | | Production | Copy | 9 Pieces @ $.12 each | $1.08 |
| | | | Fold and Stuff | 3 Pieces @ $.05 each | $0.15 |
| | | Supplies | Inkjet and Envelope - #10 | 3 Pieces @ $.08 each | $0.24 |
| | | | | Total | $27.64 |

EXHIBIT 2

BMC GROUP

PRODUCTION DETAIL - WR GRACE

NOVEMBER 2006

021-20061127-2

| Job Type | Job Item | Pages / Par Step | Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Dkt 13725 - 2nd Omni 17 Order | 10 / 9 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 9 Pieces @ $.63 each | $5.67 |
| | | | Production | Copy | 90 Pieces @ $.12 each | $10.80 |
| | | | | Stuff and Mail | 9 Pieces @ $.05 each | $0.45 |
| | | | Supplies | Inkjet and Envelope - Catalog | 9 Pieces @ $.13 each | $1.17 |
| | | | | Total | | $43.09 |

EXHIBIT 2

BMC GROUP

PRODUCTION DETAIL - WR GRACE

NOVEMBER 2006

021-20061127-3

| Job Type | Job Item | Pages / Par Step | Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Dkt 13726 - 18th Omni Order | 10 / 16 Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class | 16 Pieces @ $.63 each | $10.08 |
| | | Production | Copy | 160 Pieces @ $.12 each | $19.20 |
| | | | Stuff and Mail | 16 Pieces @ $.05 each | $0.80 |
| | | Supplies | Inkjet and Envelope - Catalog | 16 Pieces @ $.13 each | $2.08 |
| | | | | Total | $57.16 |

EXHIBIT 2

BMC GROUP  PRODUCTION DETAIL - WR GRACE  NOVEMBER 2006

021-20061128-1

| Job Type | Job Item | Pages / Par Step | Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Dkt 13809 - Ntc re Asbestos POC Deadlines | 2 / 74 Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | DHL/Airborne Exp | 36 Pieces @ $10.65 each | $383.40 |
| | | | DHL/Airborne Exp | 26 Pieces @ $11.45 each | $297.70 |
| | | | Expedited Mail Handling | 74 Pieces @ $.25 each | $18.50 |
| | | | Express Mail | 12 Pieces @ $14.40 each | $172.80 |
| | | Production | Copy | 148 Pieces @ $.12 each | $17.76 |
| | | | | Total | $915.16 |

EXHIBIT 2

BMC GROUP

PRODUCTION DETAIL - WR GRACE

NOVEMBER 2006

021-20061130-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Custom Asbestos Personal Injury | 1 / 1 | Postage | Expedited Mail Handling | 1 Piece @ $.25 each | $0.25 |
| | | | | FedEx | 1 Piece @ $22.19 each | $22.19 |
| | | | | | Total | $22.44 |

EXHIBIT 2

BMC GROUP

PRODUCTION - WR GRACE

NOVEMBER 2006

WR Grace
021-20060831-1
Month of November 2006

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Image Conversion | K&E PDF/OCR/Bates Project | 107,660 | Convert TIFF Proofs of Claim | Process TIFF images to PDF/OCR and Bates stamp | 107,660 pages @ $.10 each | $10,766.00 |

EXHIBIT 2