## EXHIBIT "B"

## SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD
January 1, 2007 through March 31, 2007

1. Asbestos: Claims Analysis & Evaluation – 24.4 hours ($9,905.00)

During the Application Period, the Applicant continued to review the data base, memos and CD's provided by counsel for the PD Committee and basis for estimation, as well as the questionnaire data pertaining to personal injury. In addition, the Applicant reviewed, analyzed and attended to calls regarding motions, objections and any Court filings related to the property damage claims.

The Applicant further reviewed the expert reports on product ID and property damage sampling and Judge Buckwalter's opinion.