# EXHIBIT "C"

# HR&A                                     INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

February 13, 2007
Invoice No. HRA20071302

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

---

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of January, 2007.

### FEES

| | |
|---|---:|
| Francine F. Rabinovitz<br>3.0 hours @ $ 600 per hour | $ 1,800.00 |
| Robert H. Sims<br>3.0 hours @ $ 500 per hour | 1,500.00 |
| Paul K. Honig<br>1.5 hours @ $ 300 per hour | 450.00 |
| Joshua S. Katz<br>3.6 hours @ $ 250 per hour | 900.00 |
| **TOTAL DUE:** | **$ 4,650.00** |

*Please remit to corporate address below:*

P.O. Box 222681  CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351
NORTHERN CALIFORNIA          LOS ANGELES                    NEW YORK

JANUARY, 2007 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

DATE     TIME   TASK

01/05/07  2.0  Prepare for phone call with M. Kramer of Bilzin (1.0); conference call with M. Kramer and Joshua S. Katz (0.8); Followup call with Robert H. Sims on outlines of call (0.2).

01/24/07  0.5  Review Expert Report sum on product id for asbestos property damage.

01/25/07  0.5  Read Judge Buckwalter opinion and PD Committee sum of arguments.

TOTAL:    3.0

JANUARY, 2007 TIME LOG OF ROBERT H. SIMS (RHS)

<u>DATE</u>     <u>TIME</u>   <u>TASK</u>

01/05/07   0.2   Call with Francine F. Rabinovitz re her call with M. Kramer and Joshua S. Katz.

01/30/07   2.8   Review various data CD's received from Bilzin (1.1); convert latest PIQ database to Stata format (0.4); review PIQ data in Stata (1.3).

TOTAL:     3.0

JANUARY, 2007 TIME LOG OF PAUL K. HONIG (PKH)

<u>DATE</u>     <u>TIME</u>   <u>TASK</u>

01/11/07   1.5   Receive and review DVD's from Bilzin file open
     issues; relay problem to Joshua S. Katz and Robert H. Sims.
TOTAL:     1.5

JANUARY, 2007 TIME LOG OF JOSHUA S. KATZ (JSK)

<u>DATE</u>     <u>TIME</u>   <u>TASK</u>

01/05/07   1.3   Prepare for phone call with M. Kramer of Bilzin (0.5); conference call with M. Kramer and Francine R. Rabinovitz(0.8).

01/08/07   0.5   Review of recent asbestos news and latest Grace SEC filings.

01/16/07   0.5   Review of hearing agenda for 5th omnibus.

01/24/07   0.8   Review of expert report on PD sampling. Brief e-mail to Francine F. Rabinovitz on that report.

01/25/07   0.5   Weekly Grace conference call.

TOTAL:     3.6

# HR&A                                              INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

March 13, 2007
Invoice No. HRA20071303

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida   33131-2336

---

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al. For the month of February, 2007.

### FEES

| | |
|---|---:|
| Francine F. Rabinovitz<br>2.0 hours @ $ 600 per hour | $ 1,200.00 |
| Paul K. Honig<br>1.0 hours @ $ 300 per hour | 300.00 |
| Joshua S. Katz<br>2.5 hours @ $ 250 per hour | 625.00 |
| **TOTAL DUE:** | **$ 2,125.00** |

*Please remit to corporate address below:*

P.O. BOX 222681  CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351
NORTHERN CALIFORNIA          LOS ANGELES                    NEW YORK

FEBRUARY, 2007 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

DATE      TIME   TASK

02/05/07   0.5   Read update on resolution of issue of production of X-Rays.

02/13/07   1.0   Review files received to date on estimation data.

02/28/07   0.5   Talk with M. Kramer about new schedule for estimation.

TOTAL:     2.0

FEBRUARY, 2007 TIME LOG OF PAUL K. HONIG (PKH)

| DATE | TIME | TASK |
|---|---|---|
| 02/27/07 | 1.0 | Receive 2 more DVDs from Wanda; make sure they're readable; examine the Access tables. |
| TOTAL: | 1.0 | |

FEBRUARY, 2007 TIME LOG OF JOSHUA S. KATZ (JSK)

| DATE | TIME | TASK |
|---|---|---|
| 02/08/07 | 0.5 | Weekly Grace conference call. |
| 02/13/07 | 0.5 | Review of recent news pertinent to Grace (WSJ, etc.) and SEC filings. |
| 02/22/07 | 0.7 | Weekly Grace conference call. |
| 02/27/07 | 0.3 | E-mails with Paul K. Honig, Robert H. Sims, and Wanda Roman re: PI database. |
| TOTAL: | 2.0 | |

MK

# HR&A                                          INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

April 11, 2007
Invoice No. HRA20071104

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al. For the month of March, 2007.

**FEES**

| | |
|---|---:|
| Francine F. Rabinovitz<br>2.3 hours @ $ 600 per hour | $ 1,380.00 |
| Robert H. Sims<br>0.5 hours @ $ 500 per hour | 250.00 |
| Paul K. Honig<br>5.0 hours @ $ 300 per hour | 1,500.00 |
| **TOTAL DUE:** | **$ 3,130.00** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922 TEL: (831) 626-1350 FAX: (831) 626-1351
NORTHERN CALIFORNIA            LOS ANGELES                        NEW YORK

MARCH, 2007 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
|---|---|---|
| 03/02/07 | 1.0 | Reorganize briefs and memos on questionnaires leading to final questionnaire. |
| 03/05/07 | 0.8 | Read 02/26/07 transcript sent by J. Sakalo re rescheduling of estimation dates. |
| 03/13/07 | 0.5 | Read revised timing order re PI estimation. |
| TOTAL: | 2.3 | |

MARCH, 2007 TIME LOG OF ROBERT H. SIMS (RHS)

<u>DATE</u>       <u>TIME</u>   <u>TASK</u>

03/26/07    0.5    Review latest data distribution from Bilzin.

TOTAL:      0.5

MARCH, 2007 TIME LOG OF PAUL K. HONIG (PKH)

| DATE | TIME | TASK |
| --- | --- | --- |
| 03/26/07 | 1.5 | Sort through March 22, 2007 data and documentation delivery. |
| 03/27/07 | 3.5 | Review August 2006 changes to code. Review method for not selecting PCN (consortium) claims and definition of closed; review for any impact on dedup results for 2 field projid & review manmrg. |
| TOTAL: | 5.0 | |