## EXHIBIT "B"

## SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD JANUARY 1, 2007 THROUGH MARCH 31, 2007

1.   Notice Planning –175.9 hours ($62,712.50)

During the Application Period, the Applicant researched the background on notice planning request, attended strategy and research meetings with staff, investigated and estimated costs for national media campaign, reviewed and studied geographic data. In addition, the Applicant conducted meetings and research regarding media markets in Canada. The Applicant further prepared a memorandum and outline regarding the effects of the notice plan as it pertained to the Debtor's Bar Date Notice Plan, prepared expert report and attended deposition.