# EXHIBIT A

**General - 00000**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | Total Comp. |
| | | | October | November | December | |
|---|---|---|---|---|---|---|
| Likoff, Bruce | Partner | $    400.00 | 1.3 | 1.5 | 0 | $    1,120.00 |
| | | | | | | |
| TOTAL | | | 1.3 | 1.5 | 0.0 | $    1,120.00 |

**General - 00000**

| Description | October | November | December | Total |
|---|---|---|---|---|
|  |  |  |  |  |
| Photocopies | $           - | $      15.00 | $           - | $      15.00 |
| Facsimilies | $           - | $           - | $           - | $           - |
| Long Distance Telephone | $           - | $           - | $           - | $           - |
| Outside Courier | $           - | $           - | $           - | $           - |
| Travel Expenses | $           - | $           - | $           - | $           - |
| Lexis | $           - | $           - | $           - | $           - |
| Westlaw | $           - | $           - | $           - | $           - |
| Meal Expenses | $           - | $           - | $           - | $           - |
| Temporary Staffing | $           - | $           - | $           - | $           - |
| Other Expense | $           - | $           - | $           - | $           - |
| Consulting Fees | $           - | $           - | $           - | $           - |
| Velo Binding | $           - | $           - | $           - | $           - |
|  |  |  |  |  |
| **TOTAL** | $           - | $      15.00 | $           - | $      15.00 |

Holme Roberts & Owen LLP

November 13, 2006

W.R. Grace

Page        4
Invoice No.:   752680
Client  No.:   04339
Matter  No.:   00000

**Regarding: GENERAL**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|------|------|-------------|-------|---|-------|
| 10/31/06 | BLL | Northglenn:  Review email correspondence from V. Finkelstein re intention to obtain assignment of limited partnership interest pursuant to "Black Friday" letter; email correspondence to V. Finkelstein re issues re that matter; conference re tax issues re acquisition of limited partnership interest and possible technical dissolution of partnership. | 1.30 | $ | 520.00 |

| | | **Total Fees Through October 31, 2006:** | 1.30 | $ | 520.00 |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|----------|------|------|------|-------|---|-------|
| BLL | Bruce L. Likoff | Partner | $400.00 | 1.30 | $ | 520.00 |

| | | **Total Fees:** | | 1.30 | $ | 520.00 |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---------|------|-------------|--------|
| 679369 | 09/24/04 | Bill | 395.00 |
| | 01/04/05 | Cash Receipt | -316.00 |
| | 04/22/05 | Cash Receipt | -76.72 |
| | *Outstanding Balance on Invoice 679369:* | | *$     2.28* |
| 746012 | 09/26/06 | Bill | 4,460.20 |
| | *Outstanding Balance on Invoice 746012:* | | *$  4,460.20* |
| | **Total Outstanding Invoices:** | | **$  4,462.48** |

Holme Roberts & Owen LLP

December 13, 2006

W.R. Grace

| | |
|---|---|
| Page | 4 |
| Invoice No.: | 753994 |
| Client No.: | 04339 |
| Matter No.: | 00000 |

**Regarding: GENERAL**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 11/01/06 | BLL | Review limited partnership agreement for MCC Group-Northglenn, Ltd. and "Black Friday" letter agreement and 11/20/01 memorandum re issues re Grace's right to acquire limited partner's interest (1.30); email correspondence to V. Finkelstein re possible tax consequences of acquiring limited partner's interest and causing a technical dissolution of the partnership (.20). | 1.50 | $ | 600.00 |
| | | **Total Fees Through November 30, 2006:** | **1.50** | **$** | **600.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| BLL | Bruce L. Likoff | Partner | $400.00 | 1.50 | $ | 600.00 |
| | | **Total Fees:** | | **1.50** | **$** | **600.00** |

**Please note that some individual timekeeper hourly rates will increase effective December 1, 2006**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 11/07/06 | 100 | Document Reproduction | $ | 15.00 |
| | | **Total Disbursements:** | **$** | **15.00** |

### Disbursement Summary

| | | | |
|---|---|---|---|
| Document Reproduction | $ | 15.00 |
| **Total Disbursements:** | **$** | **15.00** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 679369 | 09/24/04 | Bill | 395.00 |
| | 01/04/05 | Cash Receipt | -316.00 |

**Libby, Montana Asbestos Litigation - 00300**

| Description | October | November | December | Total |
|---|---|---|---|---|
| Parking | $        - | $        - | $        - | $        - |
| Photocopies | $        - | $        - | $        - | $        - |
| Facsimilies | $        - | $        - | $        - | $        - |
| Long Distance Telephone | $        - | $        - | $        - | $        - |
| Outside Courier | $        - | $        - | $        - | $        - |
| Travel Expenses | $        - | $        - | $        - | $        - |
| Meal Expenses | $        - | $        - | $        - | $        - |
| Overtime | $        - | $        - | $        - | $        - |
| Other Expenses | $    419.84 | $        - | $    209.92 | $    629.76 |
| Lexis | $        - | $        - | $        - | $        - |
| Federal Express | $        - | $        - | $        - | $        - |
| Westlaw | $        - | $        - | $        - | $        - |
| Velo Binding | $        - | $        - | $        - | $        - |
| Color Copies | $        - | $        - | $        - | $        - |
| Outside Reproduction | $        - | $        - | $        - | $        - |
| Document Production | $        - | $        - | $        - | $        - |
| Tab Stock | $        - | $        - | $        - | $        - |
|  |  |  |  | $        - |
| TOTAL | $    419.84 | $        - | $    209.92 | $    629.76 |

Holme Roberts & Owen LLP

November 13, 2006

W.R. Grace

| | |
|---|---|
| Page | 6 |
| Invoice No.: | 752680 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 09/22/06 | | Other Expense: VENDOR: IRON MOUNTAIN RECORDS; INVOICE#:EL63127; Document Storage | $ | 209.92 |
| 10/18/06 | | Other Expense: VENDOR:1:1IRON MOUNTAIN RECORDS; INVOICE#: 101178898; Denver IT offsite storage | | 209.92 |
| | | **Total Disbursements:** | $ | **419.84** |

## Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 419.84 |
| **Total Disbursements:** | $ | **419.84** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |
| | | *Outstanding Balance on Invoice 661254:* | $   **219.96** |
| 679369 | 09/24/04 | Bill | 12,289.68 |
| | 01/04/05 | Cash Receipt | -9,856.58 |
| | 04/22/05 | Cash Receipt | -2,362.76 |
| | | *Outstanding Balance on Invoice 679369:* | $   **70.34** |
| 684108 | 11/01/04 | Bill | 12,357.10 |
| | 01/04/05 | Cash Receipt | -9,653.46 |
| | 04/22/05 | Cash Receipt | -2,432.16 |

Holme Roberts & Owen LLP

January 18, 2007

W.R. Grace

| | |
|---|---|
| Page | 5 |
| Invoice No.: | 757818 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 12/11/06 | | Other Expense: VENDOR: IRON MOUNTAIN RECORDS; INVOICE#: FV11169; Account CW616 Document Storage October 2006 | $ | 209.92 |
| | | **Total Disbursements:** | $ | **209.92** |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 209.92 |
| **Total Disbursements:** | $ | **209.92** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |
| | | *Outstanding Balance on Invoice 661254:* | *$ 219.96* |
| 679369 | 09/24/04 | Bill | 12,289.68 |
| | 01/04/05 | Cash Receipt | -9,856.58 |
| | 04/22/05 | Cash Receipt | -2,362.76 |
| | | *Outstanding Balance on Invoice 679369:* | *$ 70.34* |
| 684108 | 11/01/04 | Bill | 12,357.10 |
| | 01/04/05 | Cash Receipt | -9,653.46 |
| | 04/22/05 | Cash Receipt | -2,432.16 |
| | | *Outstanding Balance on Invoice 684108:* | *$ 271.48* |
| 737315 | 06/23/06 | Bill | 1,261.86 |

**Boulder Document Production - 00370**

| Name | Position | Hourly Rate | October | November | December | Total Comp. |
|------|----------|-------------|---------|----------|----------|-------------|
| | | | TOTAL HOURS BILLED | | | |
| Coggon, Katheryn | Sp. Counsel | $    310.00 | 0 | 0.4 | 0 | $       124.00 |
| Sherman, Joan | Paralegal | $    165.00 | 0 | 8.2 | 0 | $    1,353.00 |
| | | | | | | |
| TOTAL | | | - | 8.6 | - | $       124.00 |

Holme Roberts & Owen LLP

December 13, 2006

W.R. Grace

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 753994 |
| Client No.: | 04339 |
| Matter No.: | 00370 |

**Regarding: Boulder Document Production re Attic Insulation**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 11/03/06 | KJC | Telephone conference with M. Murphy re documents for PI committee (0.20); follow-up re same (0.20). | 0.40 | $ | 124.00 |
| 11/03/06 | JLS | Document search for M. Murphy re production to PI committee. | 2.30 | | 379.50 |
| 11/05/06 | JLS | Document search for M. Murphy re production to PI committee. | 0.30 | | 49.50 |
| 11/06/06 | JLS | Document search for Matt Murphy re production to PI committee. | 2.60 | | 429.00 |
| 11/09/06 | JLS | Document searches for Matt Murphy re production to PI committee. | 1.90 | | 313.50 |
| 11/10/06 | JLS | Document searches for Matt Murphy re production to PI committee. | 0.40 | | 66.00 |
| 11/14/06 | JLS | Document searches for Matt Murphy re production to PI committee. | 0.70 | | 115.50 |

| | | | | |
|---|---|---|---|---|
| **Total Fees Through November 30, 2006:** | **8.60** | **$** | **1,477.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $310.00 | 0.40 | $ | 124.00 |
| JLS | Joan L. Sherman | Paralegal | 165.00 | 8.20 | | 1,353.00 |

| | | | |
|---|---|---|---|
| **Total Fees:** | **8.60** | **$** | **1,477.00** |

**Please note that some individual timekeeper hourly rates will increase effective December 1, 2006**

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 626813 | 03/27/03 | Bill | 6,398.18 |
| | 10/25/05 | Cash Receipt | -0.20 |

**Bankruptcy Matters - 00390**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | |
|------|----------|-------------|---------|----------|----------|-------------|
| | | | October | November | December | Total Comp. |
| Flaagan, Elizabeth | Partner | $    340.00 | 0.9 | 0.8 | 0.3 | $    680.00 |
| Coggon, Katheryn | Sp. Counsel | $    310.00 | 1 | 0 | 0.3 | $    403.00 |
| Haag, Susan | Paralegal | $    140.00 | 2.4 | 0.6 | 0 | $    420.00 |
| | | | | | | |
| TOTAL | | | 4.3 | 1.4 | 0.6 | $  1,503.00 |

## Bankruptcy Matters - 00390

| Description | October | November | December | Total |
|---|---|---|---|---|
| Photocopies | $ 18.00 | $ 3.30 | $ - | $ 21.30 |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ 2.30 | $ - | $ 2.30 |
| Outside Courier | $ - | $ - | $ - | $ - |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Lexis | $ - | $ - | $ - | $ - |
| Federal Express | $ 83.30 | $ 20.89 | $ 9.43 | $ 113.62 |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Research Services | $ - | $ - | $ - | $ - |
| Professional Services | $ 1,262.13 | $ 1,080.17 | $ - | $ 2,342.30 |
| Postage | $ - | $ - | $ - | $ - |
| | | | | |
| TOTAL | $ 1,363.43 | $ 1,106.66 | $ 9.43 | $ 2,479.52 |

Holme Roberts & Owen LLP

November 13, 2006

W.R. Grace

| | |
|---|---|
| Page | 10 |
| Invoice No.: | 752680 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

## Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|------|------|-------------|-------|---|-------|
| 10/04/06 | KJC | Respond to inquiries re documents produced to EPA. | 0.40 | $ | 124.00 |
| 10/05/06 | EKF | Review and finalize June 2006 Monthly Fee Application. | 0.30 | | 102.00 |
| 10/05/06 | KJC | Respond to inquiries re documents produced to EPA. | 0.60 | | 186.00 |
| 10/05/06 | SH | Calculate and draft June 2006 monthly fee application. | 0.70 | | 98.00 |
| 10/08/06 | EKF | Review and revise September 2006 pre-bills/invoices for compliance with US Trustee Guidelines. | 0.30 | | 102.00 |
| 10/20/06 | SH | Draft 21st interim fee application. | 1.70 | | 238.00 |
| 10/21/06 | EKF | Review and revise 21st interim quarterly fee application. | 0.30 | | 102.00 |

| | | | | |
|---|---|---|---|---|
| **Total Fees Through October 31, 2006:** | **4.30** | **$** | **952.00** |

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|----------|------|------|------|-------|---|-------|
| EKF | Elizabeth Flaagan | Partner | $340.00 | 0.90 | $ | 306.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 310.00 | 1.00 | | 310.00 |
| SH | Susan Haag | Paralegal | 140.00 | 2.40 | | 336.00 |

| | | | |
|---|---|---|---|
| **Total Fees:** | **4.30** | **$** | **952.00** |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 09/01/06 | | Federal Express: Vendor: Federal Express: Invoice#: 838834857; From Mary Pierce to William Weller on August 24  2006 | $ | 20.14 |
| 09/01/06 | | Federal Express: Vendor: Federal Express: Invoice#: 838834857; From Susan Haag to William Weller on August 28  2006 | | 52.08 |
| 09/01/06 | | Federal Express: Vendor: Federal Express: Invoice#: 838834857; From Mary Pierce to William Weller on August 29  2006 | | 11.08 |
| 10/05/06 | 34 | Document Reproduction | | 5.10 |

Holme Roberts & Owen LLP

November 13, 2006

W.R. Grace

| | |
|---|---|
| Page | 11 |
| Invoice No.: | 752680 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/10/06 | | Consulting Fee: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 295982; DATE: 10/10/2006 - HRO Fees & Costs in WRGrace Bankruptcy Case - September 2006 | 1,262.13 |
| 10/25/06 | 86 | Document Reproduction | 12.90 |

|  | | | |
|---|---|---|---|
| **Total Disbursements:** | | $ | **1,363.43** |

## Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 1,262.13 |
| Document Reproduction | | 18.00 |
| Federal Express | | 83.30 |
| **Total Disbursements:** | $ | **1,363.43** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 475.61 |
| | 05/24/04 | Cash Receipt | -366.31 |
| | 10/19/04 | Cash Receipt | -92.89 |
| | *Outstanding Balance on Invoice 658429:* | | $   *16.41* |
| 661254 | 03/15/04 | Bill | 2,580.71 |
| | 05/24/04 | Cash Receipt | -2,131.18 |
| | 10/19/04 | Cash Receipt | -382.44 |
| | *Outstanding Balance on Invoice 661254:* | | $   *67.09* |
| 679369 | 09/24/04 | Bill | 1,618.52 |
| | 01/04/05 | Cash Receipt | -1,526.52 |
| | 04/22/05 | Cash Receipt | -89.34 |

Holme Roberts & Owen LLP

December 13, 2006

W.R. Grace

| | |
|---|---|
| Page | 11 |
| Invoice No.: | 753994 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 11/08/06 | EKF | Review and revise October 2006 prebills/invoices for compliance with US Trustee Guidelines (.30). | 0.30 | $ | 102.00 |
| 11/09/06 | EKF | Review and revise Monthly Fee application for July 2006 (.50). | 0.50 | | 170.00 |
| 11/09/06 | SH | Draft July, 2006 monthly fee application. | 0.60 | | 84.00 |
| | | **Total Fees Through November 30, 2006:** | **1.40** | **$** | **356.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $340.00 | 0.80 | $ | 272.00 |
| SH | Susan Haag | Paralegal | 140.00 | 0.60 | | 84.00 |
| | | **Total Fees:** | | **1.40** | **$** | **356.00** |

**Please note that some individual timekeeper hourly rates will increase effective December 1, 2006**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 10/13/06 | | Federal Express: Vendor: Federal Express; Invoice: 846464517; From Mary Pierce to William Weller on October 5 2006 | $ | 9.76 |
| 11/03/06 | | Federal Express: Vendor: Federal Express; Invoice: 850360054; From Mary Pierce to William Weller on October 25 2006 | | 11.13 |
| 11/10/06 | 22 | Document Reproduction | | 3.30 |
| 11/14/06 | | Long Distance Telephone: 6174265900, 1 Mins., TranTime:11:16 | | 0.10 |
| 11/14/06 | | Long Distance Telephone: 6174265900, 22 Mins., TranTime:14:10 | | 2.20 |
| 11/20/06 | | Consulting Fee: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 297656; DATE: 11/20/2006 - Professional Services through 10/31/06 | | 1,080.17 |
| | | **Total Disbursements:** | **$** | **1,106.66** |

Holme Roberts & Owen LLP

December 13, 2006

W.R. Grace

Page          12
Invoice No.:   753994
Client  No.:   04339
Matter  No.:   00390

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 1,080.17 |
| Document Reproduction | | 3.30 |
| Long Distance Telephone | | 2.30 |
| Federal Express | | 20.89 |
| **Total Disbursements:** | **$** | **1,106.66** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 475.61 |
| | 05/24/04 | Cash Receipt | -366.31 |
| | 10/19/04 | Cash Receipt | -92.89 |
| | *Outstanding Balance on Invoice 658429:* | | *$    16.41* |
| 661254 | 03/15/04 | Bill | 2,580.71 |
| | 05/24/04 | Cash Receipt | -2,131.18 |
| | 10/19/04 | Cash Receipt | -382.44 |
| | *Outstanding Balance on Invoice 661254:* | | *$    67.09* |
| 679369 | 09/24/04 | Bill | 1,618.52 |
| | 01/04/05 | Cash Receipt | -1,526.52 |
| | 04/22/05 | Cash Receipt | -89.34 |
| | *Outstanding Balance on Invoice 679369:* | | *$    2.66* |
| 684108 | 11/01/04 | Bill | 1,924.09 |
| | 01/04/05 | Cash Receipt | -1,506.75 |
| | 04/22/05 | Cash Receipt | -375.44 |
| | *Outstanding Balance on Invoice 684108:* | | *$    41.90* |
| 716200 | 11/08/05 | Bill | 2,495.80 |

Holme Roberts & Owen LLP

January 18, 2007

W.R. Grace

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 757818 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 12/08/06 | EKF | Review and revise November 2006 invoices/prebills for compliance with US Trustee Guidelines. | 0.30 | $ | 102.00 |
| 12/27/06 | KJC | Email exchange with M. Murphy re documents for production. | 0.30 | | 93.00 |
| | | **Total Fees Through December 31, 2006:** | **0.60** | **$** | **195.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $340.00 | 0.30 | $ | 102.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 310.00 | 0.30 | | 93.00 |
| | | **Total Fees:** | | **0.60** | **$** | **195.00** |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 11/10/06 | 1 | Federal Express: INVOICE#: 852939114 | $ | 9.43 |
| | | **Total Disbursements:** | **$** | **9.43** |

### Disbursement Summary

| | | |
|---|---|---|
| Federal Express | $ | 9.43 |
| **Total Disbursements:** | **$** | **9.43** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 475.61 |
| | 05/24/04 | Cash Receipt | -366.31 |

# EXHIBIT B

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Bruce Likoff | Partner | Real Estate | $400.00 | 2.8 | $1,120.00 |
| Elizabeth K. Flaagan | Partner | Bankruptcy | $340.00 | 2.0 | $680.00 |
| Katheryn J. Coggon | Sp. Counsel | Environmental | $310.00 | 1.7 | $527.00 |
| Joan Sherman | Paralegal | Environmental | $165.00 | 8.2 | $1,353.00 |
| Susan Haag | Paralegal | Bankruptcy | $140.00 | 3.0 | $420.00 |
| TOTAL | | | | 17.7 | $4,100.00 |

# EXHIBIT C

| DESCRIPTION | TOTAL |
|---|---|
| Photocopies | $36.30 |
| Facsimiles | $0.00 |
| Long Distance Telephone | $2.30 |
| Outside Courier | $0.00 |
| Lexis | $0.00 |
| Tab Stock | $0.00 |
| Other Expenses | $629.76 |
| Meal Expenses | $0.00 |
| Westlaw | $0.00 |
| Federal Express | $113.62 |
| Color Copies | $0.00 |
| Professional Billable Services | $2,342.30 |
| Velo Binding | $0.00 |
| **TOTALS** | **$3,124.28** |