**EXHIBIT 2**

BMC GROUP
720 Third Ave, 23rd Floor
Seattle, WA 98104
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_061231**

**Period Ending 12/31/2006**

| Expense Type | Amount |
|---|---|
| B-Linx/Data Storage | $850.00 |
| Document Storage | $65.25 |
| Pacer | $139.76 |
| Postage/Shipping | $40.98 |
| Website Hosting | $250.00 |
| Website Storage/Traffic | $39.36 |
| **Total** | **$1,385.35** |

EXHIBIT 2

BMC GROUP

EXPENSE DETAIL - WR GRACE

DECEMBER 2006

| Invoice No | Date | Client | Vendor | Amount | Expense Type | Description |
|---|---|---|---|---|---|---|
| 21_061231 | 12/1/06 | WR Grace | DHL | $11.06 | Postage/Shipping | 15158909673 |
| 21_061231 | 12/1/06 | WR Grace | DHL | $11.06 | Postage/Shipping | 15158909776 |
| 21_061231 | 12/4/06 | WR Grace | DHL | $18.86 | Postage/Shipping | 15158772370 |
| 21_061231 | 12/31/06 | WR Grace | BMC | $65.25 | Document Storage | 45 boxes |
| 21_061231 | 12/31/06 | WR Grace | BMC | $39.36 | Website Storage/Traffic | website traffic - 18 docs |
| 21_061231 | 12/31/06 | WR Grace | Pacer | $139.76 | Pacer | qrtly court doc downloads 10/30-12/31/06 |
| 21_061231 | 12/31/06 | WR Grace | BMC | $850.00 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_061231 | 12/31/06 | WR Grace | BMC | $250.00 | Website Hosting | Website Hosting |

EXHIBIT 2

BMC GROUP  PRODUCTION SUMMARY - WR GRACE  DECEMBER 2006

| InvoiceID | JobDate | InvoiceTotal |
|---|---|---|
| 021-20061222-1 | 12/22/2006 | $17,537.54 |
| 021-20061228-1 | 12/28/2006 | $1,684.11 |
| 021-20061229-1 | 12/29/2006 | $468.71 |
| 021-20061231-1 | 12/31/2006 | $3,260.00 |
| | **Total** | **$22,950.36** |

EXHIBIT 2



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 12/22/2006
Invoice #: 021-20061222-1
InvoiceNotes: All 3 documents were mailed together to the 2002/Core Group

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 1. Dkt No. 14148 - Order re X-ray Evidence | 3 / 1,203 | Production | Copy | 3609 Pieces @ $.12 each | $433.08 |
| Noticing Document | 2. Dkt No. 14149 - Order re Motion to Compel | 3 / 1,203 | Production | Copy | 3609 Pieces @ $.12 each | $433.08 |
| Noticing Document | 3. Dkt No. 14150 - Order (suppl) re Motion to Compel | 4 / 1,203 | Document/Data Preparation | Mail File Setup | 5 Tasks @ $25.00 each | $125.00 |
| | | | Postage | DHL/Airborne Exp | 701 Pieces @ $10.94 each | $7,668.94 |
| | | | | Expedited Mail Handling | 1203 Pieces @ $.25 each | $300.75 |
| | | | | Express Mail | 245 Pieces @ $14.45 each | $3,540.25 |
| | | | | FedEx | 245 Pieces @ $18.20 each | $4,459.00 |
| | | | Production | Copy | 4812 Pieces @ $.12 each | $577.44 |

**Total Due:  $17,537.54**

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 12/28/2006
Invoice #: 021-20061228-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 14146 - Suppl - Ltr w/Attachment A & Order re X-Ray Evidence | 6 / 127 | Document/Data Preparation | Mail File Setup | 2 Tasks @ $25.00 each | $50.00 |
| | | | Postage | DHL/Airborne Exp | 103 Pieces @ $11.24 each | $1,157.72 |
| | | | | Expedited Mail Handling | 127 Pieces @ $.25 each | $31.75 |
| | | | | Express Mail | 22 Pieces @ $14.40 each | $316.80 |
| | | | | FedEx | 2 Pieces @ $18.20 each | $36.40 |
| | | | Production | Copy | 762 Pieces @ $.12 each | $91.44 |

**Total Due:** $1,684.11

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 12/29/2006
Invoice #: 021-20061229-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Dkt No. 14148 - Suppl - Ltr w/Attachment A & Order re X-Ray Evidence | 6 / 33 | Document/Data Preparation | Mail File Setup | 2 Tasks @ $25.00 each | $50.00 |
| | | | Postage | DHL/Airborne Exp | 30 Pieces @ $11.45 each | $343.50 |
| | | | | Expedited Mail Handling | 33 Pieces @ $.25 each | $8.25 |
| | | | | Express Mail | 3 Pieces @ $14.40 each | $43.20 |
| | | | Production | Copy | 198 Pieces @ $.12 each | $23.76 |

Total Due: $468.71

EXHIBIT 2
*Invoice Due Upon Receipt*

BMC GROUP

WR Grace
021-20060831-1
Month of December 2006

PRODUCTION DETAIL

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Image Conversion | K&E PDF/OCR/Bates Project | 32,600 | Convert TIFF Proofs of Claim | Process TIFF images to PDF/OCR and Bates stamp | 32,600 pages @ $.10 each | $3,260.00 |

EXHIBIT 2