# EXHIBIT A

## Exhibit A

CUMULATIVE SUMMARY OF INTERIM APPPLICATIONS OF STEPTOE & JOHNSON LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2006, THROUGH DECEMBER 31, 2006 FOR W.R. GRACE & CO., et al.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 03/02/07 | 10/01/06-10/31/06 | $17,852.00 | $45.97 | $14,281.60 | $45.97 | $3,570.40 |
| 03/02/07 | 11/01/06-11/30/06 | $ 891.00 | $26.70 | $ 712.80 | $26.70 | $ 178.20 |
| 03/02/07 | 12/01/06-12/31/06 | $32,354.50 | $42.09 | $25,883.50 | $42.09 | $6,470.90 |

## CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 32 | Fee Application, Applicant | 7.70 | $ 3,811.50 |
| 35 | Other Fee Applications | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 41 | Tax Issues | 0 | 0 |
| 46 | Tax Litigation | 79.70 | $ 47,286.00 |
| 42 | Travel (1/2 total hours billed) | | $ 0 |
| | Total | 87.40 | $51,097.50 |

## CUMULATIVE EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Telephone | $ 44.41 |
| Copies – Matter 32 (Fee Applications) | $ 26.70 |
| Copies – Matter 46 (Tax Litigation) | $ 40.65 |
| Computer Database Research | $ |
| Local Messenger | $ 0 |
| Federal Express/Overnight Messenger | $ 3.00 |
| Facsimile | $ 0 |
| Postage | $ 0 |
| Meals | $ 0 |
| Hotel | $ 0 |
| Local Transportation | $ 0 |
| Consultant Fee | $ 0 |
| Total | $ 114.76 |

Doc. # DC-1831641 v.1 5/17/07 12:03 PM