# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELEWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM    OCTOBER 1, 2006 THROUGH OCTOBER 31, 2006 FOR LEGISLATIVE AFFAIRS SERVICES

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 144569 v1
2850487-000001 11/16/2006

***EXHIBIT B***

***APPENDIX C***

**OCTOBER 2006 FEES FOR JAMES D. RANGE**

| Date | Hours | Description |
|------|-------|-------------|
| 10/4 | 3 | Follow electoral activity to gauge potential impact on asbestos issue |
| 10/10 | 3 | Follow Congressional actions to determine if something might be done on asbestos issue by end of current Congressional session |
| 10/12 | 3 | Follow Congressional actions to determine if something might be done on asbestos issue by end of current Congressional session |
| 10//16 | 2 | Telephone conference with Grace official; follow electoral activity regarding asbestos |
| 10/17 | 2 | Follow Congressional actions to determine if something might be done on asbestos issue by end of current Congressional session |
| 10/19 | 1 | Follow Congressional actions to determine if something might be done on asbestos issue by end of current Congressional session |
| 10/23 | 3 | Follow Congressional actions to determine if something might be done on asbestos issue by end of current Congressional session |
| 10/24 | 1 | Follow electoral activity regarding asbestos |
| 10/25 | 3 | Follow Congressional actions to determine if something might be done on asbestos issue by end of current Congressional session |

# EXPENSES FOR OCTOBER 2006

**W.R. Grace Expenses**
**Client #2850487-000001**
**Itemized and summarized through 10/31/2006**

| Description | Date | Amount |
|---|---|---|
| Mobile/ Cell Phone Charges | 10/10/2006 | $13.04 |
| **Itemized Totals** | | **$13.04** |

| Summarized: | Amount |
|---|---|
| Mobile/ Cell Phone Charges | $13.04 |
| **Summarized Totals** | **$13.04** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS
FOR THE PERIOD FROM OCTOBER 1, 2006 THROUGH OCTOBER 31, 2006**

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JLL3 144835 v1
2850487-000002 12/14/2006

*EXHIBIT D*

## OCTOBER, 2006 FEES FOR JOAN M. MCENTEE

| Date | Hours | Description |
|------|-------|-------------|
| 10/3 | 4 | Arrange technical meetings with NDRC and W.R. Grace |
| 10/4 | 6 | Discussions with Grace in regards to arranging meetings for Festa and others for upcoming seminar |
| 10/6 | 4 | Spoke with the ICC/NDRC on Grace's upcoming visit |
| 10/10 | 4 | Contacted colleagues; Spoke with client regarding the meeting and focus |
| 10/19 | 6 | Arrange meetings with China Government officials |
| 10/26 | 3 | Discuss Grace's employees trip to China |
| 10/27 | 5 | Discussed the agenda for technical upcoming meetings in China |

# EXPENSES ITEMIZED AND SUMMARIZED FOR OCTOBER, 2006

**W.R. Grace Expenses**
**Client # 2850487- 000002**
**Itemized and summarized through 10/1/2006**
**Bill # 6863427 dated 10/31/2006**

| Description | Date | Amount |
|---|---|---|
| Photo Reproduction charge | | 8.40 |
| Long Distance | 10/11/06 | 32.86 |
| Mobile/ Cell Phone charges | 10/3-13/06 | 150.15 |
| Travel Expenses for China Representative | 10/11/06 | 152.00 |
| Travel Expenses for Joan McEntee | 10/2/06 | 2,420.35 |
| Miscellaneous Expense for International Wire | | 15.00 |
| **Bill #6863427 itemized totals** | | **$2,778.76** |

## Summarized:

| | Amount |
|---|---|
| Photo Reproduction charges/Mobile Phone charges | $ 158.55 |
| Long Distance on behalf of client/Miscellaneous expense | $47.86 |
| Travel Airfare for McEntee/ Travel Expenses for China Rep | $2,572.35 |
| **Bill #6863427 summarized totals** | **$2,778.76** |

*Please see spreadsheet for breakdown of the expenses. W.R. Grace was allocated 34% for expenses.

W JLL3 144835 v1
2850487-000002 12/14/2006

W.R. Grace 34%

| | Sept. 13th | Sept. 14th | Sept 15th | Sept. 16 | Sept. 17 | Sept. 18 | Sept. 19 | Sept. 20 | Totals | WR Grace |
|---|---|---|---|---|---|---|---|---|---|---|
| Airfare | | | | | | | | | $0.00 | $0.00 |
| Ground Transportation | $63.29 | $63.29 | $63.29 | | $113.92 | $151.89 | $379.73 | | $835.41 | $284.04 |
| Lodging | | $473.09 | $473.09 | $473.09 | $473.09 | $473.09 | $269.30 | $269.30 | $2,904.05 | $987.38 |
| Breakfast | | | $52.11 | $33.48 | $37.84 | $37.84 | $37.84 | $1.51 | $200.62 | $68.21 |
| Lunch | $21.83 | $62.30 | | | | $20.69 | $17.48 | | $122.30 | $41.58 |
| Dinner | $242.40 | | | | | $45.86 | $41.34 | | $329.60 | $112.06 |
| Telephone | | | | | | | | | $0.00 | $0.00 |
| Entertainment | | | | $113.92 | | | | | $113.92 | $38.73 |
| Non-Meal Tips | $30.77 | $30.77 | $30.77 | $30.77 | $30.77 | $30.77 | $30.77 | $30.77 | $246.16 | $83.69 |
| Laundry | | | | $26.20 | | | | | $26.20 | $8.91 |
| Donation | | | | | | | | $1.07 | | |
| Joan's Expenses | $358.29 | $629.45 | $619.26 | $677.46 | $655.62 | $760.14 | $776.46 | $301.58 | $4,778.26 | $1,624.61 |

WR Grace is charged 34% of Joan's Expenses

| W.R. Grace 34% | Sept. 21 | Sept. 22 | Sept. 23 | Sept. 24 | Sept. 25 | Totals | WR Grace |
|---|---|---|---|---|---|---|---|
| Airfare | | | | | | $0.00 | $0.00 |
| Ground Transportation | | | | | | $0.00 | $0.00 |
| Lodging | $291.01 | $291.01 | $471.63 | $473.09 | | $1,526.74 | $519.09 |
| Breakfast | | | | | | $0.00 | $0.00 |
| Lunch | | | $42.56 | | $56.77 | $99.33 | $33.77 |
| Dinner | | | $41.92 | $79.77 | $1.96 | $123.65 | $42.04 |
| Telephone | | | | | | $0.00 | $0.00 |
| Entertainment | | | $209.50 | $201.13 | | $410.63 | $139.61 |
| Non-Meal Tips | $30.77 | $30.77 | $30.77 | $30.77 | $30.77 | $153.85 | $52.31 |
| Laundry | | | $26.20 | | | $26.20 | $8.91 |
| Donation | | | | | | | |
| **Joan's Expenses** | **$321.78** | **$321.78** | **$822.58** | **$784.76** | **$89.50** | **$2,340.40** | **$795.74** |

WR Grace is charged 34% of Joan's Expenses

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELEWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

### FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM    NOVEMBER 1, 2006 THROUGH NOVEMBER 31, 2006 FOR LEGISLATIVE AFFAIRS SERVICES

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, in.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 144932 v1
2850487-000001 12/22/2006

*EXHIBIT B*

## NOVEMBER 2006 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|------|-------|-------------|
| 11/8 | 2.5 | Follow Congressional and Administration actions and responses to November elections as they relate to asbestos issues |
| 11/14 | 1 | Arrange with Senator-elect Corker's office to be contact for W.R. Grace |
| 11/16 | 1 | Follow Congressional and Administration actions and responses to November elections as they relate to asbestos issues |
| 11/20 | 1 | Follow Congressional and Administration actions and responses to November elections as they relate to asbestos issues |
| 11/21 | 1 | Follow Congressional and Administration actions and responses to November elections as they relate to asbestos issues |
| 11/22 | 1 | Follow Congressional and Administration actions and responses to November elections as they relate to asbestos issues |
| 11/28 | 1 | Follow Congressional and Administration actions and responses to November elections as they relate to asbestos issues |
| 11/29 | 1 | Follow Congressional and Administration actions and responses to November elections as they relate to asbestos issues |

## EXPENSES FOR NOVEMBER 2006

**W.R. Grace Expenses**
**Client #2850487-000001**
**Itemized and summarized through 11/30/2006**

| Description | Date | Amount |
|---|---|---|
| Long Distance Charge | 10/10/2006 | $0.35 |
| Mobile/ Cell Phone Charges | 11/13/2006 | $13.00 |
| Long Distance Charge | 11/13/2006 | $0.35 |
| **Itemized Totals** | | **$13.70** |

| Summarized: | Amount |
|---|---|
| Long Distance Charge | $0.70 |
| Mobile/ Cell Phone Charges | $13.00 |
| **Summarized Totals** | **$13.70** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM NOVEMBER 1, 2006 THROUGH NOVEMBER 30, 2006

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JLL3 144998 v1
2850487-000002 1/3/2007

***EXHIBIT D***

## NOVEMBER, 2006 FEES FOR JOAN M. MCENTEE

| Date | Hours | Description |
| --- | --- | --- |
| 11/1 | 4 | Arrange technical meetings with NDRC and W.R. Grace |
| 11/2 | 6 | Traveled to China to discuss business ventures for Grace |
| 11/3 | 4 | Discuss Grace's employees trip to China |
| 11/9 | 4 | Contacted colleagues; Spoke with client regarding the meeting and focus |
| 11/11 | 6 | Arrange meetings with China Government officials |
| 11/13 | 3 | Spoke with ICC/ NDRC on Grace's upcoming visit |
| 11/29 | 5 | Discussed the agenda for technical upcoming meetings in China |

EXPENSES ITEMIZED AND SUMMARIZED FOR NOVEMBER, 2006

**W.R. Grace Expenses**
**Client # 2850487- 000002**
**Itemized and summarized through 11/1/2006**
**Bill # 6867407 dated 11/30/2006**

| Description | Date | Amount |
|---|---|---|
| Photo Reproduction charge | | 1.80 |
| Mobile/ Cell Phone charges | 11/10-11/15 | 85.44 |
| Travel Expenses for China Representative | 11/14/06 | 88.33 |
| Travel Expenses for Joan McEntee | 11/14/06 | 2,042.26 |
| Miscellaneous Expense for International Wire | | 15.00 |
| **Bill #6867407 itemized totals** | **$2232.83** | |

**Summarized:** **Amount**

| | |
|---|---|
| Photo Reproduction charges/Mobile Phone charges | $ 87.24 |
| Miscellaneous expense | $15.00 |
| Travel Expenses for McEntee/ Travel Expenses for China Rep | $2088.33 |
| **Bill #6867407 summarized totals** 2232.83 | |

*Please see spreadsheet for breakdown of the expenses. W.R. Grace was allocated 10% for expenses.

| W.R. Grace 10% | Oct. 27 | Oct. 28 | Oct. 29 | Oct. 30 | Oct. 31 | Nov. 1 | Nov. 2 |
|---|---|---|---|---|---|---|---|
| Airfare | $8,550.50 | | | | | | |
| Ground Transportation | $52.00 | $91.13 | | | | | |
| Lodging | | $608.40 | $608.50 | $608.50 | $608.50 | $563.22 | $563.22 |
| Breakfast | $6.19 | | $4.74 | | | | $63.75 |
| Lunch | | | | | | | $46.58 |
| Dinner | | | | $333.69 | | | |
| Telephone | | | $0.06 | | | | |
| Entertainment | | | $44.30 | | | | |
| Non-Meal Tips | | | | | | | |
| Laundry | | | $37.70 | | | | |
| Miscellaneous | | | | | $200.00 | | |
| Joan's Expenses | $8,608.69 | $699.53 | $695.30 | $942.19 | $608.50 | $563.22 | $673.55 |

WR Grace is charged 10% of Joan's expenses.

| Nov. 3 | Nov. 4 | Nov. 5 | Totals | WR Grace |
|---|---|---|---|---|
| | | $5,963.90 | $14,514.40 | $1,451.44 |
| | | $63.29 | $206.42 | $70.18 |
| $563.22 | $563.22 | | $4,686.88 | $468.68 |
| $37.84 | $139.89 | $37.84 | $290.25 | $29.03 |
| $1.26 | $3.79 | $10.80 | $62.43 | $21.23 |
| | $46.58 | | $380.27 | $129.29 |
| | | | $0.06 | $0.02 |
| | | | $44.30 | $15.06 |
| | | | | |
| | | | $37.70 | $12.82 |
| | | | $200.00 | $20.00 |
| | | $6,075.83 | $20,422.61 | $2,042.26 |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELEWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM    DECEMBER 1, 2006 THROUGH DECEMBER 31, 2006 FOR LEGISLATIVE AFFAIRS SERVICES

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 145406 v1
2850487-000001 1/29/2007

*EXHIBIT B*

## DECEMBER 2006 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|------|-------|-------------|
| 12/4/ | 1 | Conference call with Leon billings regarding Montana related issues and Grace |
| 12/5 | 2 | Monitor upcoming new Congress regarding Grace issues |
| 12/13 | 2 | Follow reorganization of Congress, looking for potential impacts on Grace |
| 12/14 | 2 | Follow reorganization of congress, looking for potential impacts on Grace |
| 12/18 | 2 | Attend meeting with Grace officials and other consultants regarding recent court decisions and the effect they will have on Grace with the Administration and Congress |
| 12/19 | 3 | Work on delivering recent court opinion on asbestos to appropriate officials to make them aware that court had acted on important asbestos issues |
| 12/20 | 1 | Continue Congressional monitoring |

## EXPENSES FOR DECEMBER 2006

**W.R. Grace Expenses**
**Client #2850487-000001**
**Itemized and summarized through 12/31/2006**

| Description | Date | Amount |
|---|---|---|
| Mobile/ Cell Phone Charges | 12/12/2006 | $16.00 |
| Long Distance Charge | 12/19/2006 | $0.70 |
| **Itemized Totals** | | **$16.70** |

| Summarized: | Amount |
|---|---|
| Mobile/ Cell Phone Charges | $16.00 |
| Long Distance Charge | $0.70 |
| **Summarized Totals** | **$16.70** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM DECEMBER 1, 2006 THROUGH DECEMBER 31, 2006

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*EXHIBIT D*

## DECEMBER, 2006 FEES FOR JOAN M. MCENTEE

| Date | Hours | Description |
|------|-------|-------------|
| 12/4 | 4 | Arrange technical meetings with NDRC and W.R. Grace |
| 12/5 | 6 | Discussions with Grace in regards to arranging meetings for Festa and others for seminar |
| 12/6 | 4 | Spoke with the ICC/NDRC on Grace's visit; Had meetings for Grace |
| 12/8 | 4 | Contacted colleagues; Spoke with client regarding the meeting and focus |
| 12/10 | 6 | Arrange meetings with China Government officials |
| 12/19 | 3 | Discussed Grace's employees trip to China |
| 12/20 | 5 | Discussed the agenda for technical upcoming meetings in China for 2007 |

EXPENSES ITEMIZED AND SUMMARIZED FOR DECEMBER, 2006

**W.R. Grace Expenses**
**Client # 2850487- 000002**
**Itemized and summarized through 12/1/2006**
**Bill # 6871857 dated 12/31/2006**

| Description | Date | Amount |
|---|---|---|
| Photo Reproduction charge | | 5.20 |
| Long Distance | 12/13/06 | 24.52 |
| Mobile/ Cell Phone charges | 12/06/06 | 61.37 |
| Travel Expenses for China Representative | 12/20/06 | 240.00 |
| Travel Expenses for Joan McEntee | 12/10/06 | 10,036.50 |
| Miscellaneous Expenses | 12/20/06 | 97.00 |
| Meetings on behalf of clients | 12/20/06 | 110.05 |
| **Bill #6871857 itemized totals** | | **$10,574.64** |

| Summarized: | Amount |
|---|---|
| Photo Reproduction charges/Mobile Phone charges | $ 66.57 |
| Long Distance on behalf of client/Miscellaneous expense | $121.52 |
| Travel Airfare for McEntee/ Travel Expenses for China Rep | $10,276.50 |
| Meetings on behalf of clients | 110.05 |
| **Bill #6871857 summarized totals** | **$10,574.64** |

*Please see spreadsheet for breakdown of the expenses for Joan McEntee's trip to China in December 2006.

## W.R. Grace 34%

| | Dec. 3 | Dec. 4 | Dec. 5 | Dec. 6 | Dec. 7 | Dec. 8 | Dec. 9 | Totals | WR Grace |
|---|---|---|---|---|---|---|---|---|---|
| Airfare | $6,005.00 | | | | | | $8,874.50 | $14,879.50 | $6,546.98 |
| Ground Transportation | $72.00 | $75.94 | | $75.94 | $113.92 | | $113.92 | $451.72 | $451.72 |
| Lodging | | $390.26 | $390.26 | $390.26 | $450.79 | $450.79 | | $2,072.36 | $2,072.36 |
| Breakfast | | | $37.84 | $37.84 | $37.84 | | | $113.52 | $113.52 |
| Lunch | | $40.03 | $40.03 | $5.82 | | | | $85.88 | $85.88 |
| Dinner | | $89.39 | $546.75 | | | | | $636.14 | $636.14 |
| Telephone | | $1.25 | $2.25 | | $2.50 | $3.93 | | $9.93 | $9.93 |
| Entertainment | | | | $69.97 | | | | $69.97 | $69.97 |
| Non-Meal Tips | | | | | | | | $0.00 | $0.00 |
| Miscellaneous | | | $50.00 | | | | | $50.00 | $50.00 |
| Joan's Expenses | $6,077.00 | $596.87 | $1,067.13 | $579.83 | $605.05 | $454.72 | $8,988.42 | $18,369.02 | $10,036.50 |

W.R. Grace is charged   44% of   airfare
Meals were charged   accordingly