IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MAY 30, 2007, AT 9:00 A.M. BEFORE THE
HONORABLE JUDITH K. FITZGERALD AT THE UNITED STATES
<u>BANKRUPTCY COURT, IN PITTSBURGH, PENNSYLVANIA</u>**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST MAKE
ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR
FACSIMILE (866-533-2946), NO LATER THAN NOON ON FRIDAY, MAY 25, 2007
AND OTHERWISE COMPLY WITH THE *AMENDED ORDER ESTABLISHING CASE
MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [DOCKET NO. 7709]**

## <u>MATTERS RELATING TO ASBESTOS PD CLAIMS</u>

1. Debtors' Motion for Leave to Amend Their Objections to Certain Property Damage Claims [Filed: 5/8/07] (Docket No. 15625)

   <u>Related Documents</u>:

   a. Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims [Filed: 9/1/05] (Docket No. 9315)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.


b. Debtors' Updated Objections to Certain Speights & Runyan Asbestos Property Damage Claims [Filed: 4/30/07] (Docket No. 15445)

c. [Proposed] Order Granting Debtors' Leave to Amend Their Fifteenth Omnibus Objection (Substantive) to Asbestos PD Claims [Filed: 5/8/07] (Docket No. 15625)

d. Notice of Debtors' Motion for Leave to Amend Their Objections to Certain Property Damage Claims [Filed: 5/11/07] (Docket No. 15646)

Response Deadline: May 18, 2007, at 4:00 p.m.

Responses Received:

a. Objection of The Official Committee of Asbestos Property Damage Claimants to Debtors' Motion for Leave to Amend Their Objections to Certain Property Damage Claims [Filed 5/18/07] (Docket No. 15697)

b. Canadian Claimants' Response to Debtors' Motion for Leave to Amend Their Objections to Certain Property Damage Claims [Filed: 5/18/07] (Docket No. 15701)

c. Joinder of Gulf Atlantic Properties, Inc. (Claim No. 6637) and Chicago Historical Society (Claim No. 11104) to Canadian Claimants' Response to Debtors' Motion for Leave to Amend Claims Objections [Filed: 5/18/07] (Docket No. 15702)

Reply Deadline: May 23, 2007, at 12:00 p.m.

**Replies Received:**

**a. Debtors' Reply in Support of Their Motion for Leave to Amend Their Objections to Certain Property Damage Claims [Filed: 5/23/07] (Docket No. 15787)**

Status: This matter will go forward.

2. Debtors' Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Eighty-Eight (88) Time-Barred Canadian Asbestos Property Damage Claims [Filed: 2/16/07] (Docket No. 14597)

Related Documents:

a. [Proposed] Order Disallowing and Expunging 88 Time-Barred Canadian Asbestos PD Claims [Filed: 2/16/07] (Docket No. 14597)

b. Appendix to Rule 1006 Summaries with Information Attached [Filed: 2/17/07] (Docket No. 14600)

Response Deadline: March 19, 2007, at 4:00 p.m.

Responses Received:

a.  Anderson Memorial Hospital's Response to Debtors' Motion for Summary Judgment Directed to 88 Claims from Canada Based Upon the Statute of Limitations [Filed: 3/19/07] (Docket No. 14898)

Reply Deadline: March 23, 2006, at 4:00 p.m.

Replies Received:

a.  Debtors' Reply and Objection to Anderson Memorial Hospital's Responses to Certain of Debtors' Motions for Summary Judgment Regarding Asbestos PD Claims [Filed: 3/23/07] (Docket No. 14964)

b.  Debtors' Reply in Support of Their Motion for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Eighty-Eight (88) Time-Barred Canadian Asbestos Property Damage Claims [Filed: 3/23/07] (Docket No. 14965)

Status: This matter will go forward.

Dated: May 23, 2007

REED SMITH LLP
James J. Restivo, Jr.
Lawrence Flatley
Douglas E. Cameron
435 Sixth Avenue
Pittsburgh, PA  15219
Telephone:  (412) 288-3131
Facsimile:   (412) 288-3063

-and-

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Lisa G. Esayian
Samuel Blatnick
Michael Dierkes
200 East Randolph Drive
Chicago, IL  60601
Telephone:  (312) 861-2000
Facsimile:   (312) 861-2200

-and–

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

/s/ Timothy P. Cairns
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

4