.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
|  | ) |  |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
|  | ) | **(Jointly Administered)** |
|  | ) |  |
| **Debtors.** | ) | **Objection Deadline:  June 12, 2007** |
|  | ) | **Hearing Date:  TBD only if necessary** |

## SUMMARY OF THE VERIFIED APPLICATION OF THE SCOTT LAW GROUP, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM JANUARY 1, 2007 THROUGH JANUARY 31, 2007

Name of Applicant:                                    The Scott Law Group, P.S.

Authorized to Provide Professional Services to:    Zonolite Attic Insulation Claimants

Date of Appointment:                                July 22, 2002

Period for which compensation and
Reimbursement is sought:                            January 1, 2007 through
                                                    January 31, 2007

Amount of Compensation sought as actual,
Reasonable, and necessary:                     $      27,935.00

Amount of Expenses Reimbursement:              $         23.77

This is a: <u>X</u> monthly    _ interim    _ final application

Prior Application filed:  Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |
| 03/10/04 | 10/1/03 – 10/31/03 | $13,755.00 | $335.38 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 11/1/03 – 11/30/03 | $3,497.00 | $193.59 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 12/1/03 – 12/31/03 | $608.00 | $112.93 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 01/1/04 – 01/31/04 | $0.00 | $695.68 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 02/1/04 – 02/29/04 | $0.00 | $389.65 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 03/1/04 – 03/31/04 | $39.00 | $22.39 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 04/1/04 – 04/30/04 | $277.00 | $18.23 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 05/1/04 – 05/31/04 | $1,911.00 | $124.50 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 06/1/04 – 06/30/04 | $1,443.00 | $3.02 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 08/1/04 – 08/31/04 | $112.00 | $125.41 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 09/1/04 – 09/30/04 | $9,611.00 | $25.79 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 10/1/04 – 10/31/04 | $47,541.00 | $2,538.15 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/1/04 – 12/16/04 | 0 | $7.11 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/16/04 – 12/31/04 | $314.50 | 0 | No Objections served on counsel | No Objections served on counsel |

| 4/11/05 | 02/1/05– 02/28/05 | $463.00 | 0 | No Objections served on counsel | No Objections served on counsel |
|---|---|---|---|---|---|
| 8/29/05 | 04/1/05– 04/30/05 | $1,257.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 05/1/05– 05/31/05 | $562.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 06/1/05– 06/30/05 | $2,810.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 07/1/05– 07/31/05 | $7,791.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 08/1/05-08/31/05 | $7,217.50 | $1,729.71 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 09/1/05-09/30/05 | $983.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 10/1/05-10/31/05 | $10,012.00 | $1,365.27 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 11/1/05-11/30/05 | $9,041.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 12/1/05-12/31/05 | $4,682.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/3/06 | 01/1/06-01/31/06 | $5,204.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/3/06 | 02/1/06-02/28/06 | $2,683.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 5/18/06 | 03/1/06-03/31/06 | $1,351.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/10/06 | 04/1/06-04/30/06 | $2,511.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/10/06 | 05/1/06-05/31/06 | $6,108.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/10/06 | 06/1/06-06/30/06 | $8,512.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/7/06 | 07/1/06-07/31/06 | $6,406.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/7/06 | 08/1/06-08/30/06 | $8,275.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/7/06 | 09/1/06-09/30/06 | $4,258.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 2/7/07 | 10/1/06-10/31/06 | $2,302.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 2/7/07 | 11/1/06-11/30/06 | $507.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 2/7/07 | 12/1/06-12/31/06 | $8,766.50 | $20.00 | No Objections served on counsel | No Objections served on counsel |

This is the forty-ninth Scott Law Group application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $500.00.

The Scott Law Group attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 17 | Litigation | $440 | 42.2 | $18,568.00 |
| TOTALS | | | | | 42.2 | $18,568.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 27 | Litigation | $170 | 44.7 | $7,599.00 |
| Rachel Rodriguez | Research Asst. | 2 | Litigation | $85 | 20.8 | $1,768.00 |
| TOTALS | | | | | 65.5 | $9,367.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | 107.7 Hours | $27,935.00 |
| TOTALS | 107.7 Hours | $27,935.00 |

23-ZAI Science Trial Expenses

| Description | Amount | |
|---|---|---|
| Computer Assisted Legal Research | $ | 3.77 |
| Telephone Expense | $ | 20.00 |
| Telephone Expense – Outside | | |
| Facsimile ($1.00 per page) | | |
| Postage Expense | | |
| Courier & Express Carriers | | |
| In-House Duplicating / Printing ($.15 per page) | | |
| Outside Duplicating / Printing (color photocopies) | | |
| Lodging | | |
| Transportation | | |
| Air Travel Expense | | |
| Taxi Expense | | |
| Mileage Expense | | |
| Travel Meals | | |
| Parking | | |
| General Expense | | |
| Expert Services | | |
| Books/Videos | | |
| Other (Explain): | | |
| Total: | | $ 23.77 |

Dated: May **23**, 2007
     Wilmington, DE

WILLIAM D. SULLIVAN, LLC

William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Phone: (302) 428-8191
FAX: (302) 428-8195

-and-

Darrell W. Scott, Esq.
THE SCOTT LAW GROUP, P.S.
926 W. Sprague Avenue, Suite 583
Spokane, WA 99201
Phone: (509) 455-3966
FAX: (509) 455-3906

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

# THE SCOTT LAW GROUP, P.S.

**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA 99201**
**PHONE: 509-455-3966**

Re:    1.5    Grace - Special Counsel                          **FOR TIME PERIOD ENDED 1/31/07**

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 7/2/2007<br>Darrell W. Scott<br>Principal | DWS | Final work re designations of record (1.0); phone call to co-special counsel re same (.3); review memorandum from KB re appeallate designations (.2); phone call to co-counsel re extension of time to respond (.2); meeting with KB re additional designation to transcript (.2); review hearing transcripts for additional designations (1.0). | 2.9 | $440.00 | $1,276.00 |
| 7/2/2007<br>Kristy L. Bergland<br>Paralegal | KLB | Telephone call from co-counsel regarding ZAI designation on appeal (.2); comparison of draft designation on appeal to CPA list compiled (.6); office conference with Darrell Scott regarding same (.1); email and telephone call to co-counsel regarding additional documents to designate on appeal (.1); review of hearing transcripts for additional transcripts to designate on appeal and email regarding same (.4). | 1.4 | $170.00 | $238.00 |
| 7/3/2007<br>Darrell W. Scott<br>Principal | DWS | Review additional materials for designation (.9); review and respond to communications from co-counsel re same (.3); final work re designation of material; phone call to co-counsel re appeals issues (.4); continued analysis of opinion and order re consumer protection and injury under CPA claims (1.2). | 2.8 | $440.00 | $1,232.00 |
| 7/3/2007<br>Darrell W. Scott<br>Principal | DWS | Review and respond to inquiry from claimant re status of ZAI claims in view of Science trial order. | .2 | $440.00 | $88.00 |
| 7/3/2007<br>Kristy L. Bergland<br>Paralegal | KLB | Review final Designation of Record on Appeal. | .3 | $170.00 | $51.00 |

Case 01-01139-AMC   Doc 15791   Filed 05/23/07   Page 7 of 14

# THE SCOTT LAW GROUP, P.S.

**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA 99201**
**PHONE: 509-455-3966**

Re:  1.5  Grace - Special Counsel

FOR TIME PERIOD ENDED 1/31/07

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 1/4/2007<br>Darrell W. Scott<br>Principal | DWS | Work on analysis of state laws in respect of individual science trial claimants in preparation for appeal brief (2.3); review relevant record materials concerning individual state substantive laws (1.1); analyze illustrative and exhibit materials for appeal (2.1). | 5.5 | $440.00 | $2,420.00 |
| 1/5/2007<br>Darrell W. Scott<br>Principal | DWS | Continued work on analysis of consumer protection issues in relation to appeal (1.5); phone conference with co-counsel re appeal issues (.2); additional phone call from co-counsel re appeal issues (.1); analyze research summary re economic loss/bodily injury appeal issues (1.0); continued review of record in preparation for appeal brief (.4); review communication from BS re appeal briefing schedule (.1). | 3.3 | $440.00 | $1,452.00 |
| 1/5/2007<br>Kristy L. Bergland<br>Paralegal | KLB | Prepare compilation of ZAI Complaint and POCs for ZAI counsel. | .3 | $170.00 | $51.00 |
| 1/8/2007<br>Kristy L. Bergland<br>Paralegal | KLB | Continue legal Research regarding Consumer Protection laws in key states (California). | 1.1 | $170.00 | $187.00 |
| 1/9/2007<br>Kristy L. Bergland<br>Paralegal | KLB | Provide Consumer Protection Briefing to Ed Westbrook's office. | .1 | $170.00 | $17.00 |

5/15/2007

PAGE 2

# THE SCOTT LAW GROUP, P.S.

**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA 99201**
**PHONE: 509-455-3966**

Re:    1.5    Grace - Special Counsel

**FOR TIME PERIOD ENDED 1/31/07**

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 1/9/2007<br>Darrell W. Scott<br>Principal | DWS | Review and respond to communications with co-counsel re preparations of appeal brief (.6); continued legal work re Minnesota CPA and California CPA re ZAI appeal (2.7). | 3.3 | $440.00 | $1,452.00 |
| 1/10/2007<br>Kristy L. Bergland<br>Paralegal | KLB | Legal research regarding stigma as a property damage. | .8 | $170.00 | $136.00 |
| 1/10/2007<br>Rachel Scott<br>Research Assistant | RS | Research consumer protection act caselaw. | 6.6 | $85.00 | $561.00 |
| 1/11/2007<br>Darrell W. Scott<br>Principal | DWS | Review compilation of state laws re remediation burdens, property injury, and loss under individual state CPA laws (2.0); begin outline of portions of appeal brief (2.1). | 4.1 | $440.00 | $1,804.00 |
| 1/11/2007<br>Kristy L. Bergland<br>Paralegal | KLB | Email excerpt from stigma research to Darrell Scott (.1); research regarding Washington asbestos levels (.3); continue legal research relating to consumer protection laws of key 5 states (focus on Minnesota, Montana) (1.1). | 1.5 | $170.00 | $255.00 |

# THE SCOTT LAW GROUP, P.S.

**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA  99201**
**PHONE:  509-455-3966**

Re:  1.5   Grace - Special Counsel

**FOR TIME PERIOD ENDED 1/31/07**

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 1/11/2007 | RS | Research consumer protection act caselaw. | 3.0 | $85.00 | $255.00 |
| Rachel Scott | | | | | |
| Research Assistant | | | | | |
| 1/11/2007 | RS | Research Mass. Consumer Protection Ch. 93A. | 3.3 | $85.00 | $280.50 |
| Rachel Scott | | | | | |
| Research Assistant | | | | | |
| 1/12/2007 | DWS | Continued research re consumer protection issues in relation to appeal. | 2.1 | $440.00 | $924.00 |
| Darrell W. Scott | | | | | |
| Principal | | | | | |
| 1/12/2007 | RS | Research - Consumer Protection Act caselaw. | .4 | $85.00 | $34.00 |
| Rachel Scott | | | | | |
| Research Assistant | | | | | |
| 1/12/2007 | RS | Research Mass. Consumer Protection Ch. 93A. | 4.5 | $85.00 | $382.50 |
| Rachel Scott | | | | | |
| Research Assistant | | | | | |

5/15/2007

PAGE 4

# THE SCOTT LAW GROUP, P.S.

**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA 99201**
**PHONE: 509-455-3966**

Re:    1.5    Grace - Special Counsel                                    **FOR TIME PERIOD ENDED 1/31/07**

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 1/15/2007 KLB<br>Kristy L. Bergland<br>Paralegal | | Continue legal research relating to what constitutes harm or injury in consumer protection action for the ZAI key states. | 4 | $170.00 | $680.00 |
| 1/15/2007 DWS<br>Darrell W. Scott<br>Principal | | Review compilation of comparative state CPA laws re appellate issues in preparation for ZAI appeal (1.2); legal work re Mass. CPA states and recognized damages re same (2.6). | 3.8 | $440.00 | $1,672.00 |
| 1/15/2007 RS<br>Rachel Scott<br>Research Assistant | | Research Mass. Consumer Protection Ch 93A. | .5 | $85.00 | $42.50 |
| 1/16/2007 KLB<br>Kristy L. Bergland<br>Paralegal | | Office conference with Darrell Scott regarding additional legal research (.1); shepardize Leardi (.1); additional Legal research regarding California Consumer Legal Remedies Act (.3). | .5 | $170.00 | $85.00 |
| 1/16/2007 DWS<br>Darrell W. Scott<br>Principal | | Analyze prior pleadings and summaries of state and federal law in respect of damages for purposes of ZAI appeal (.7); legal research re exceptional circumstances tests (1.1); review and revise draft of reply brief supporting motion for discretionary review (1.8). | 3.6 | $440.00 | $1,584.00 |

# THE SCOTT LAW GROUP, P.S.

**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA 99201**
**PHONE: 509-455-3966**

| Re: | 1.5 | Grace - Special Counsel | | | FOR TIME PERIOD ENDED 1/31/07 |
|---|---|---|---|---|---|

| Date | Timekeeper | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 1/16/2007 KLB<br>Kristy L. Bergland<br>Paralegal | | Review Debtor's Response to Leave to Appeal and Legal research regarding same. | 2.5 | $170.00 | $425.00 |
| 1/16/2007 RS<br>Rachel Scott<br>Research Assistant | | Research "injury". | 2.5 | $85.00 | $212.50 |
| 1/17/2007 DWS<br>Darrell W. Scott<br>Principal | | Review and revise reply brief re motion for discretionary review (2.2); continued review of record on appeal and applicable substantive state law (2.7); phone call from co-counsel re revisions to reply brief re discretionary appeal (.6). | 5.5 | $440.00 | $2,420.00 |
| 1/17/2007 KLB<br>Kristy L. Bergland<br>Paralegal | | Legal research relating to consumer protection briefing issues and preparation of summaries regarding same. | 8.5 | $170.00 | $1,445.00 |
| 1/18/2007 KLB<br>Kristy L. Bergland<br>Paralegal | | Legal research regarding class proofs of claim in bankruptcy. | 7.2 | $170.00 | $1,224.00 |

# THE SCOTT LAW GROUP, P.S.

**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA 99201**
**PHONE: 509-455-3966**

Re:      1.5      Grace - Special Counsel                          FOR TIME PERIOD ENDED 1/31/07

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 7/19/2007 | KLB<br>Kristy L. Bergland<br>Paralegal | Additional legal research regarding bankruptcy class proofs of claim. | 7 | $170.00 | $1,190.00 |
| 7/19/2007 | DWS<br>Darrell W. Scott<br>Principal | Analyze additional comparative law summaries in preparation for appeal brief. | 1.1 | $440.00 | $484.00 |
| 7/23/2007 | DWS<br>Darrell W. Scott<br>Principal | Followup legal research re additional authority on discretionary review (.4); review counter designations re record on appeal (.3). | .7 | $440.00 | $308.00 |
| 7/26/2007 | DWS<br>Darrell W. Scott<br>Principal | Review order re oral argument (.1); phone conference with co-counsel re oral argument on motion for discretionary review (.2). | .3 | $440.00 | $132.00 |
| 7/29/2007 | KLB<br>Kristy L. Bergland<br>Paralegal | Legal Research regarding Massachusetts and California secondary materials on consumer protection act. | 3.0 | $170.00 | $510.00 |

# THE SCOTT LAW GROUP, P.S.
### 926 W. SPRAGUE AVENUE, SUITE 583
### SPOKANE, WA 99201
### PHONE: 509-455-3966

Re:     1.5     Grace - Special Counsel

**FOR TIME PERIOD ENDED 1/31/07**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 1/29/2007<br>Darrell W. Scott<br>Principal | DWS | Review and respond to communications with co-counsel re appeal issues (.4); continued review of legal research re ZAI claimant's appeal brief and motion for discretionary review (2.4). | 2.8 | $440.00 | $1,232.00 |
| 1/31/2007<br>Darrell W. Scott<br>Principal | DWS | Review and respond to multiple communications re argument on discretionary review. | .2 | $440.00 | $88.00 |
| 01/31/2007<br>Kristy L. Bergland<br>Paralegal | KLB | Legal research regarding asbestos property damage cases in five key states and secondary sources. | 6.5 | $170.00 | $1,105.00 |

**TOTAL THIS STATEMENT:**     $27,935.00

5/15/2007                                                                                                   PAGE 8

## VERIFICATION

STATE OF WASHINGTON    )
                                   )
COUNTY OF SPOKANE       )

       Darrell W. Scott, after being duly sworn according to law, deposes and says:

       a)      I am counsel for the applicant law firm The Scott Law Group, P.S., and have been admitted to appear before this Court.

       b)      I have personally performed many of the legal services rendered by The Scott Law Group, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of The Scott Law Group, P.S.

       c)      I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

                                            Darrell W. Scott, Esq.

SWORN AND SUBSCRIBED
Before me this _16_ day of _May_, 2007.

Notary Public for Washington
Residing at Spokane
My Commission Expires: _9-10-2010_