## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline: June 12, 2007** |
| | ) | **Hearing Date: TBD only if necessary** |

## SUMMARY OF THE VERIFIED APPLICATION OF THE SCOTT LAW GROUP, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM MARCH 1, 2007 THROUGH MARCH 31, 2007

Name of Applicant:                                          The Scott Law Group, P.S.


Authorized to Provide Professional Services to:   Zonolite Attic Insulation Claimants

Date of Appointment:                                        July 22, 2002

Period for which compensation and
Reimbursement is sought:                                 March 1, 2007 through
                                                                          March 31, 2007

Amount of Compensation sought as actual,
Reasonable, and necessary:                         $     11,162.00

Amount of Expenses Reimbursement:           $      1,787.27

This is a: X monthly    _ interim    _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |
| 03/10/04 | 10/1/03 – 10/31/03 | $13,755.00 | $335.38 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 11/1/03 – 11/30/03 | $3,497.00 | $193.59 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 12/1/03 – 12/31/03 | $608.00 | $112.93 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 01/1/04 – 01/31/04 | $0.00 | $695.68 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 02/1/04 – 02/29/04 | $0.00 | $389.65 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 03/1/04 – 03/31/04 | $39.00 | $22.39 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 04/1/04 – 04/30/04 | $277.00 | $18.23 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 05/1/04 – 05/31/04 | $1,911.00 | $124.50 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 06/1/04 – 06/30/04 | $1,443.00 | $3.02 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 08/1/04 – 08/31/04 | $112.00 | $125.41 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 09/1/04 – 09/30/04 | $9,611.00 | $25.79 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 10/1/04 – 10/31/04 | $47,541.00 | $2,538.15 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/1/04 – 12/16/04 | 0 | $7.11 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/16/04 – 12/31/04 | $314.50 | 0 | No Objections served on counsel | No Objections served on counsel |

| 4/11/05 | 02/1/05– 02/28/05 | $463.00 | 0 | No Objections served on counsel | No Objections served on counsel |
|---|---|---|---|---|---|
| 8/29/05 | 04/1/05– 04/30/05 | $1,257.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 05/1/05– 05/31/05 | $562.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 06/1/05– 06/30/05 | $2,810.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 07/1/05– 07/31/05 | $7,791.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 08/1/05-08/31/05 | $7,217.50 | $1,729.71 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 09/1/05-09/30/05 | $983.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 10/1/05-10/31/05 | $10,012.00 | $1,365.27 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 11/1/05-11/30/05 | $9,041.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 12/1/05-12/31/05 | $4,682.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/3/06 | 01/1/06-01/31/06 | $5,204.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/3/06 | 02/1/06-02/28/06 | $2,683.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 5/18/06 | 03/1/06-03/31/06 | $1,351.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/10/06 | 04/1/06-04/30/06 | $2,511.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/10/06 | 05/1/06-05/31/06 | $6,108.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/10/06 | 06/1/06-06/30/06 | $8,512.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/7/06 | 07/1/06-07/31/06 | $6,406.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/7/06 | 08/1/06-08/30/06 | $8,275.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/7/06 | 09/1/06-09/30/06 | $4,258.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 2/7/07 | 10/1/06-10/31/06 | $2,302.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 2/7/07 | 11/1/06-11/30/06 | $507.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 2/7/07 | 12/1/06-12/31/06 | $8,766.50 | $20.00 | No Objections served on counsel | No Objections served on counsel |
| 5/16/07 | 01/1/07-01/31/07 | $27,935.00 | $23.77 | Pending | Pending |
| 5/16/07 | 02/1/07-02/28/07 | $2,590.00 | $167.63 | Pending | Pending |

This is the fifty-first Scott Law Group application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $500.00.

The Scott Law Group attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 17 | Litigation | $440 | 27.8 | $8,712.00 |
| TOTALS | | | | | 27.8 | $8,712.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 27 | Litigation | $170 | 13.0 | $2,210.00 |
| Samantha Simatos | Legal Asst. | 14 | Litigation | $120 | 2.0 | $240.00 |
| TOTALS | | | | | 15.0 | $2,450.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 20-Travel–Non-working | 16.0 Hours | $3,520.00 |
| 22-ZAI Science Trial | 26.8 Hours | $7,642.00 |
| TOTALS | 42.8 Hours | $11,162.00 |

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---:|
| Computer Assisted Legal Research | $ 8.21 |
| Telephone Expense | $ 20.00 |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | |
| In-House Duplicating / Printing ($.15 per page) | |
| Outside Duplicating / Printing (color photocopies) | |
| Lodging | $ 567.72 |
| Transportation | |
| Air Travel Expense | $ 1,024.60 |
| Taxi Expense | $ 90.00 |
| Mileage Expense | |
| Travel Meals | $ 51.24 |
| Parking | $ 25.50 |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Other (Explain): | |
| Total: | $ 1,787.27 |

Dated: May **23**, 2007
Wilmington, Delaware

WILLIAM D. SULLIVAN, LLC

William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Phone: (302) 428-8191
FAX: (302) 428-8195

-and-

Darrell W. Scott, Esq.
THE SCOTT LAW GROUP, P.S.
926 W. Sprague Avenue, Suite 583
Spokane, WA 99201
Phone: (509) 455-3966
FAX: (509) 455-3906

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

# THE SCOTT LAW GROUP, P.S.

**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA  99201**
**PHONE:  509-455-3966**

Re:     1.5     Grace - Special Counsel                                    **FOR TIME PERIOD ENDED 3/31/07**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 3/4/2007 Darrell W. Scott Principal | DWS | Review case law materials submitted by Grace re same (1.1); review motion and surreply briefing re motion for discretionary review (1.1). | 2.2 | $440.00 | $968.00 |
| 3/5/2007 Darrell W. Scott Principal | DWS | Review appellate briefing in preparation for appeal hearing (2.0); meeting with co-counsel re appellate argument (2.0); attend oral argument on ZAI motion for discretionary review (2.0);  Followup meeting with co-counsel re ZAI case management issues (2.0). | 8.0 | $440.00 | $3,520.00 |
| 3/6/2007 Samantha Simatos Legal Assistant | SS | Prepare 23rd quarterly application. | 2.0 | $120.00 | $240.00 |
| 3/7/2007 Darrell W. Scott Principal | DWS | Phone call from co-counsel re ZAI status conference issues. | .2 | $440.00 | $88.00 |
| 3/8/2007 Darrell W. Scott Principal | DWS | Review and respond to communications from co-counsel re motion to permit discovery. | .4 | $440.00 | $176.00 |

# THE SCOTT LAW GROUP, P.S.
926 W. SPRAGUE AVENUE, SUITE 583
SPOKANE, WA  99201
PHONE: 509-455-3966

Re:    1.5    Grace - Special Counsel                                    FOR TIME PERIOD ENDED 3/31/07

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 3/8/2007<br>Kristy L. Bergland<br>Paralegal | KLB | Office conference with Darrell Scott regarding Zonolite status (.2); begin preparation of timeline of key events (.3). | 0.5 | $170.00 | $85.00 |
| 3/9/2007<br>Kristy L. Bergland<br>Paralegal | KLB | Review of key pleadings and work on preparation of timeline re: chronological summary of ZAI class proceedings. | 6.5 | $170.00 | $1,105.00 |
| 3/12/2007<br>Kristy L. Bergland<br>Paralegal | KLB | Complete preparation of illustrative timeline of key events (1.5); prepare listing of detailed timeline of key events (2.5). | 4.0 | $170.00 | $680.00 |
| 3/13/2007<br>Darrell W. Scott<br>Principal | DWS | Review transcript re ZAI appellate hearing (.2); review and respond to local counsel re appeal issues (.1). | .3 | $440.00 | $132.00 |
| 03/13/2007<br>Kristy L. Bergland<br>Paralegal | KLB | Review of designation of record on appeal and final revisions to timeline. | 2.0 | $170.00 | $340.00 |

5/15/2007                                                                                     PAGE 2

# THE SCOTT LAW GROUP, P.S.
**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA  99201**
**PHONE:  509-455-3966**

Re:    1.5    Grace - Special Counsel                                      **FOR TIME PERIOD ENDED 3/31/07**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 3/27/2007  DWS<br>Darrell W. Scott<br>Principal | | Phone conference with special counsel re order on appeal and case management issues (.2); review order denying discretionary review (.1); review and revise motion re discovery re ATSDR study (.2); phone call from Special counsel re motion re ATSDR study (.2). | .7 | $440.00 | $308.00 |

.

**TOTAL THIS STATEMENT:**    $7,642.00

.

.

# THE SCOTT LAW GROUP, P.S.

**926 W. SPRAGUE AVENUE, SUITE 583**
**SPOKANE, WA 99201**
**PHONE: 509-455-3966**

Re:   1.5.001   Grace - Special Counsel Travel

**FOR TIME PERIOD ENDED 3/31/07**

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 3/4/2007<br>Darrell W. Scott<br>Principal | DWS | Travel to Philadelphia for oral argument on ZAI motion for discretionary review (billed at half rate). | 8.0 | $220.00 | $1,760.00 |
| 3/6/2007<br>Darrell W. Scott<br>Principal | DWS | Return from hearing on motion for discretionary review of ZAI opinion (billed at half rate). | 8.0 | $220.00 | $1,760.00 |

**TOTAL THIS STATEMENT:**   $3,520.00

5/15/2007

PAGE 1

VERIFICATION

STATE OF WASHINGTON          )
                             )
COUNTY OF SPOKANE            )

Darrell W. Scott, after being duly sworn according to law, deposes and says:

a)      I am counsel for the applicant law firm The Scott Law Group, P.S., and have been admitted to appear before this Court.

b)      I have personally performed many of the legal services rendered by The Scott Law Group, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of The Scott Law Group, P.S.

c)      I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Darrell W. Scott, Esq.

SWORN AND SUBSCRIBED
Before me this __16__ day of __May__, 2007.

_____
Notary Public for Washington
Residing at Spokane
My Commission Expires: __9-10-2010__