IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., *et al.*, ) | (Jointly Administered) |
| ) | |
| ) | Re: Docket Nos. 13666, 13667, 13668, 9315, 10014, |
| ) | 11245, 11520, 13236, 13388, 11365, 13412, 13588 |
| Debtors. ) | 13651, 13981, 14504, 15058 |
| ) | |
| ) | Objection Deadline: May 29, 2007 @ 4:00 p.m. |
| ) | Hearing Date: May 30, 2007 @ 9:00 a.m. |
| ) | (in Pittsburgh, PA) |

NOTICE OF
ANDERSON MEMORIAL HOSPITAL'S
MOTION TO STRIKE THE DEBTORS'
DECEMBER 13, 2006 RESPONSES AND
OBJECTIONS TO ANDERSON MEMORIAL
HOSPITAL'S OCTOBER 30, 2006 AMENDED
REQUESTS FOR PRODUCTION AND ANDERSON
MEMORIAL HOSPITAL'S MOTION TO COMPEL
THE DEBTORS TO PROVIDE FULL AND COMPLETE
RESPONSES TO ANDERSON MEMORIAL HOSPITAL'S
OCTOBER 30, 2006 AMENDED REQUESTS FOR PRODUCTION

**TO: THE ABOVE-CAPTIONED DEBTORS:**

Anderson Memorial Hospital ("Movant") has filed the attached Motion to Strike and to Compel (the "Motion"), which seeks, inter alia, the following relief: an order striking the Debtors' Responses and Objections to Anderson Memorial Hospital's October 30, 2006 Amended Requests for Production and compelling the Debtors to provide complete and full responses to such requests for production, including a privilege list.

You are required to file a response to the Motion on or before **MAY 29, 2007 AT 4:00 P.M. E.S.T.** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the Movant's attorneys:

070523145339.DOCX

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
Email: loizides@loizides.com
- and -
Daniel A. Speights (SC Fed. ID No. 4252)
Marion C. Fairey, Jr. (SC Fed. ID No. 6101)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924
Telephone:    (803) 943-4444
Facsimile:    (803) 943-4599

HEARING ON THE MOTION WILL BE HELD AT ON **MAY 30, 2007 AT 9:00 A.M.** BEFORE THE HONORABLE JUDITH K. FITZGERALD, UNITED STATES BANKRUPTCY COURT, 5490 USX TOWER, PITTSBURGH, PA, 15219.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

DATED: May 23, 2007

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728
Email:         loizides@loizides.com
        - and -
Daniel A. Speights (SC Fed. ID No. 4252)
Marion C. Fairey, Jr. (SC Fed. ID No. 6101)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924
Telephone:    (803) 943-4444
Facsimile:    (803) 943-4599
*Counsel for Movant*