IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., *et al.*, | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Docket No. _____ |
| Debtors. | ) | |
| | ) | Objection Deadline: May 29, 2007 @ 4:00 p.m. |
| | ) | Hearing Date: May 30, 2007 @ 9:00 a.m. |
| | ) | (in Pittsburgh, PA) |

ORDER GRANTING
ANDERSON MEMORIAL HOSPITAL'S
MOTION TO STRIKE THE DEBTORS'
DECEMBER 13, 2006 RESPONSES AND
OBJECTIONS TO ANDERSON MEMORIAL
HOSPITAL'S OCTOBER 30, 2006 AMENDED
REQUESTS FOR PRODUCTION AND ANDERSON
MEMORIAL HOSPITAL'S MOTION TO COMPEL
THE DEBTORS TO PROVIDE FULL AND COMPLETE
RESPONSES TO ANDERSON MEMORIAL HOSPITAL'S
OCTOBER 30, 2006 AMENDED REQUESTS FOR PRODUCTION

Upon consideration of the above-referenced motion (the "Motion"), and due and adequate notice of the Motion having been given; and objections, if any, having been resolved or overruled; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and the Motion being supported by the record and good cause appearing therefor; it is hereby

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that W.R. Grace's Responses and Objections to Anderson Memorial Hospital's October 30, 2006 Amended Requests for Production, attached as Tab B to the Motion, are hereby STRICKEN; and it is further

ORDERED, that the above-captioned debtors shall provide Anderson Memorial Hospital with full and complete responses to Anderson Memorial Hospital's October 30, 2006 Amended

Requests for Production, attached as Tab A to the Motion, including a privilege list on or before

_____, 2007.


DATED: _____, 2007

                                                                                                                     _____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge