## SUMMARY OF TABS

| TAB | DESCRIPTION |
| --- | --- |
| A | Anderson Memorial Hospital's Amended Requests for Production to the Debtors dated 10/30/2006 |
| B | W.R. Grace & Co.'s Responses and Objections to Anderson Memorial Hospital's October 30, 2006 Amended Requests for Production dated 12/13/2006 |
| C | November 27, 2006 Letter from Daniel A. Speights to The Honorable Judith K. Fitzgerald |
| D | December 4, 2006 Letter from Daniel A. Speights to David M. Bernick, Esquire, Lisa Esayian, Esquire, and Janet S. Baer Esquire |
| E | E-mail from Lisa Esayian to Dan Speights dated 12/12/2006 |