# TAB D

# SPEIGHTS & RUNYAN

ATTORNEYS AT LAW
200 JACKSON AVENUE, EAST
POST OFFICE BOX 685
HAMPTON, SOUTH CAROLINA 29924
(803) 943-4444

DANIEL A. SPEIGHTS
dspeights@speightsrunyan.com

TELECOPIER
(803) 943-4599

December 4, 2006

VIA TELEFAX & E-MAIL

David M. Bernick, Esquire
KIRKLAND & ELLIS, LLP
200 East Randolph Drive
Chicago, Illinois  60601

Lisa Esayian, Esquire
KIRKLAND & ELLIS, LLP
200 East Randolph Drive
Chicago, Illinois  60601

Janet S. Baer, Esquire
KIRKLAND & ELLIS, LLP
200 East Randolph Drive
Chicago, Illinois  60601

Re:    W.R. Grace & Co., Debtors
       Chapter 11, Case No. 01-01139 (JKF)

Dear Counsel:

At the November hearing, the Court stated, *inter alia*:

> [N]umber one, the rules require that you two get together and have a discovery colloquy
> before anybody files any motions.  So, that's the first thing that's going to happen.  You
> are going to get together and see if you can resolve discovery issues, or you're not getting
> before the Court, neither of you, on any of these matters, because that's what the rule
> requires.  There's a good reason for it.  It's because you can generally work out a lot of
> issues when you talk.  And the lack of talking is not going to be helpful.  But on the
> general point as to what element you're attempting to get to, it seems to me that it's not
> inappropriate to get some direction, especially since some of this information is
> apparently under seal, or the debtor is going to claim its privileged.  I don't know what
> defenses may be raised, if any.  I do agree that they will have to raise the defenses in the
> context of the discovery that you have propounded.  But I do think it's appropriate, based
> on the last hearing, for you to articulate what it is that you're trying to do with each of
> these requests.

Hearing (November 20, 2006) at 53-54.

Page 2
December 4, 2006

On November 27, 2006, we served you with a detailed articulation of what it is that we are trying to do with each of our discovery requests.[1]

Please advise me whether you are willing to get together and see if we can resolve these discovery issues. I am available anytime today to discuss these matters.

Sincerely yours,

Daniel A. Speights

DAS/rb

---

[1]My recollection was that I was to send a letter to the Court with a copy to you. Because of the Thanksgiving holidays, the Court Reporter did not finish the transcript until last Friday, December 1, 2006. Upon reviewing the transcript, I agree with you that the Court did not request a copy.