# TAB E

**From:** Lisa Esayian [lesayian@kirkland.com]
**Sent:** Tuesday, December 12, 2006 6:00 PM
**To:** Dan Speights
**Cc:** jbaer@kirkland.com
**Subject:** Re: Agenda

Dan -- Your "Motion for Expedited Consideration and to Shorten Notice of Anderson Memorial Hospital's Motion to Compel Deposition" has not been granted. Accordingly, your Motion to Compel cannot be on the agenda for the December 18 hearing.

Lisa G. Esayian
Kirkland & Ellis LLP
(312) - 861 - 2226 (phone)
(312) - 660 - 0663 (direct fax)
200 East Randolph Drive
Chicago, IL 60601
lesayian@kirkland.com

"Dan Speights" <DSpeights@speightsrunyan.com>

12/12/2006 04:53 PM

To <jbaer@kirkland.com>, "Lisa Esayian" <lesayian@kirkland.com>
cc
Subject Agenda

Please add my Motion to Compel to the agenda.

****************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
****************************************************************