# THE UNITED STATES BANKRUTPCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al., ) | Case No. 01-01139 (JKF) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | Re: D.I. No. 15390 |
| ) | May 21, 2007 Agenda Item 9 |

## CERTIFICATION OF COUNSEL ON ORDER REGARDING STATE OF MONTANA'S MOTION FOR RECONSIDERATION OF COURT'S ORDER OPINION AND ORDER DENYING MOTION OF THE STATE OF MONTANA FOR RELIEF FROM THE AUTOMATIC STAY ENTERED APRIL 16, 2007

1. On April 26, 2007, the State of Montana filed the State of Montana's Motion for Reconsideration of Court's Opinion and Order Denying Motion of the State of Montana for Relief From the Automatic Stay Entered April 16, 2007 (Docket No. 15390) (the "Motion for Reconsideration").

2. The only objection to the Motion for Reconsideration was the Debtors' Objection to the State of Montana's Motion for Reconsideration of Court's Opinion and Order Denying Motion of the State of Montana for Relief From the Automatic Stay Entered April 16, 2007 (filed May 14, 2007, Docket No. 15647) ("Debtors' Objection").

3. On May 21, 2007, the Court heard argument on the Motion for Reconsideration.

4. Attached hereto as Exhibit 1 is a draft Order that was prepared by counsel for the State of Montana and incorporates comments provided by Debtors' counsel.

5. The proposed Order reflects the Court's decision and comments made at the time of the hearing.

Document#: 61958

6. Counsel for the State of Montana provided the proposed Order to counsel for the Debtors, as well as counsel for the Montana Plaintiffs. Montana Plaintiffs have advised the undersigned counsel that they oppose the entry of the proposed Order and intend to file an objection thereto by 4:30 p.m. on May 25, 2007. The Official Committee of Asbestos Personal Injury Claimants also objects to the proposed form of Order.

7. The State of Montana requests that the Court enter the attached Order, as it is consistent with the Court's ruling on May 21, 2007.

Dated: May 24, 2007　　　　　　　　　　　　MONZACK AND MONACO, PA

　　　　　　　　　　　　　　　　　　　　　　/s/ Kevin J. Mangan
　　　　　　　　　　　　　　　　　　　　　　Francis A. Monaco, Jr. (#2078)
　　　　　　　　　　　　　　　　　　　　　　Kevin J. Mangan (#3810)
　　　　　　　　　　　　　　　　　　　　　　1201 N. Orange Street, Suite 400
　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　(302) 656-8162

Document#: 61958