# EXHIBIT "1"

THE UNITED STATES BANKRUTPCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al., ) | Case No. 01-01139 (JKF) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | Re: D.I. No. 15390 |
| ) | |

**ORDER REGARDING STATE OF MONTANA'S MOTION FOR RECONSIDERATION OF COURT'S OPINION AND ORDER DENYING MOTION OF THE STATE OF MONTANA FOR RELIEF FROM THE AUTOMATIC STAY ENTERED APRIL 16, 2007**

Upon consideration of the State of Montana's Motion for Reconsideration of Court's Opinion and Order Denying Motion of the State of Montana for Relief from the Automatic Stay entered April 16, 2007 (Docket No. 15390) (the "Motion for Reconsideration"), and due and proper notice of the Motion for Reconsideration having been given; an objection by the Debtors having been filed and the Court having heard arguments of counsel with respect to the Motion for Reconsideration, it is hereby

**ORDERED** that the Order Denying Motion of the State of Montana for Relief from the Automatic Stay (D.I. No. 15198) and Memorandum Opinion (D.I. No. 15197), denying the Motion of the State of Montana for Relief from the Automatic Stay, seeking to join Debtors, W.R. Grace & Co., et al., as third party defendants in actions currently pending against the State of Montana in Montana State Courts, are hereby vacated; and it is further

**ORDERED** that the Motion of the State of Montana for Relief from the Automatic Stay ("Stay Motion") (D.I. No. 8582) is hereby withdrawn without prejudice by the State of Montana; and it is further

**ORDERED** that in the event the Court denies Debtors' Motion to Alter and Amend the Court's Order Denying its Request to Expand the Preliminary Injunction to Include Actions Against the State of Montana (Adv. Proc. No. 01-771, D.I. No. 427) and the State of Montana's Motion for Reconsideration of Court's Opinion and Order Denying Debtors' Motion of and for Expansion of Preliminary Injunction Entered April 16, 2007 (Adv. Pro. No. 01-771, D.I. No. 426) (collectively "Preliminary Injunction Motions"), the State of Montana may refile a Motion for Relief from the Automatic Stay; and it is further

**ORDERED** that pending the Court's ruling on the Preliminary Injunction Motions, the Montana Actions and all similar actions that have been or may be brought against the State of Montana that arise from alleged exposure to asbestos indirectly or directly caused by the Debtors shall be temporarily stayed ("Temporary Stay") so as to preserve the status quo pending resolution of the Preliminary Injunction Motions; and it is further

**ORDERED** that if the Preliminary Injunction Motions are denied, then the State of Montana must file any renewed Motion for Relief from the Automatic Stay it seeks to file within 30 days of that denial; and it is further

**ORDERED** that at the next omnibus hearing date following the filing of the renewed Motion for Relief from the Automatic Stay, a status conference on the Motion for Relief from Automatic Stay will be heard by the Court; and it is further

3

**ORDERED** that the Temporary Stay will remain in effect until the Court rules upon such Motion for Relief from the Automatic Stay.

Dated : May ____, 2007

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge