## CERTIFICATE OF SERVICE

I, Kristie L. Dalton, certify that I am not less than 18 years of age, and that I caused service of the foregoing document to be made via electronic notice and/or facsimile on May 24, 2007 upon:

Janet S. Baer, Esq.
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601
Via Facsimile: 312-861-2200

Laura Davis Jones, Esq,
Timothy P. Cairns, Esq.
Pachulski, Stang, Ziehl, Young,
Jones & Weintraub, P.C.
919 North Market Street, 16th Floor
Wilmington, DE 19801
Via Facsimile: 302-652-4400

James J. Restivo, Jr., Esq.
Lawrence Flatley, Esq.
Reed Smith, LLP
435 Sixth Avenue
Pittsburgh, PA 15219
Via Facsimile: 412-288-3063

Adam G. Landis, Esq.
Kerri K. Mumford, Esq.
Landis Roth & Cobb, LLP
919 Market Street, Suite 600
Wilmington, DE 19801
Via Facsimile: 302-467-4450

Daniel C. Cohn, Esq.
Christopher M. Candon, Esq.
Cohn, Whitesell & Goldberg, LLP
101 Arch Street
Boston, MA 02110
Via Facsimile: 617-951-0679

Document #:61962

**David Klauder, Esq.**
**Office of the United States Trustee**
844 N. King Street
Wilmington, DE 19801
Via Facsimile: 302-573-6497

**Mark T. Hurford, Esq.**
**Campbell & Levine, LLC**
800 North King Street, Suite 300
Wilmington, DE 19801
Via Facsimile: 302-426-9947

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: May 24, 2007

Kristie L. Dalton

Document #:61962