IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Docket No. 15670 |

*Related to 15669*

*Modified* **ORDER ON DEBTORS' MOTION FOR EXPEDITED CONSIDERATION OF JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

Upon consideration of Debtors' Motion for Expedited Consideration of Agreed Motion for Entry of Protective Order and all oppositions and responses thereto;

IT IS HEREBY ORDERED THAT:

1. The Motion for Expedited Consideration is GRANTED; and it is further ordered that

2. Any party objecting to entry of the Protective Order shall file such objection with the Court within 5 days of entry of this Order; and it is further ordered that

3. The Court will consider the Agreed Motion for Entry of Protective Order and any oppositions thereto and rule without conducting a hearing as soon as practicable after the expiration of the 5 day objection period.

*4. Debtor shall notify the court and parties by filing a CNO or COC if no objections are filed or if filed (&)*

SO ORDERED AND ADJUDGED this the _____ day of _____, 2007.

*(&) Objections are resolved. If objections are filed and not resolved, Debtor shall so notify the Court so that the Court can consider same.*

Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

*Judith K. Fitzgerald*
*5/24/07*

DOCS_DE:127460.1