IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., <u>et al.</u> | ) | Case No. 01-1139 (JKF) |
| | ) | **Jointly Administered** |
| | ) | |
| Debtor. | ) | Objection Date: June 18, 2007 at 4:00 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

**THIRTEENTH MONTHLY INTERIM APPLICATION OF PIPER JAFFRAY & CO.,
FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS'
REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF
EXPENSES FOR THE PERIOD
FEBRUARY 1, 2007 THROUGH FEBRUARY 28, 2007**

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | February 1, 2007 – February 28, 2007 |
| 80% of Compensation sought as actual, reasonable and necessary: | $80,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $1,015.72 |

This is a   _x_ monthly        __ interim           ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### FEBRUARY 1-28, 2007

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 94.2 | NA |
| Case Administration Related | 4.2 | NA |
| Fee Applications | 6.5 | NA |
| Financial Analysis Related | 65.5 | NA |
| TOTAL | 170.4 | NA |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

| | |
|---|---|
| Telephone | $207.02 |
| Airfare | 443.50 |
| Transportation | 365.20 |
| **TOTAL** | **$1,015.72** |

Respectfully submitted,

PIPER JAFFRAY & CO.

By: _____
Jason Solganick
150 East 42nd St.
New York, New York 10017
(212) 284-9586
Financial Advisor to David T. Austern
Future Claimants' Representative

Dated: May 24, 2007

---

[1] Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

# EXHIBIT A

## W.R. Grace
### PJC Time Records
### February-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Geoffrey Zbikowski | 2/1/2007 | 1.0 | Business Operations | Review of Q4 2006 financial results |
| Geoffrey Zbikowski | 2/1/2007 | 4.0 | Business Operations | Research and analysis re: pension issues |
| Geoffrey Zbikowski | 2/1/2007 | 5.0 | Financial Analysis | Preparation of comparable company analysis |
| Jonathan Brownstein | 2/1/2007 | 0.5 | Business Operations | Review of Q4 2006 financial results |
| Jonathan Brownstein | 2/1/2007 | 1.5 | Business Operations | Research and analysis re: pension issues |
| Jonathan Brownstein | 2/1/2007 | 1.0 | Financial Analysis | Review of comparable company analysis |
| Joseph Radecki | 2/1/2007 | 0.5 | Business Operations | Review of Q4 2006 financial results |
| Joseph Radecki | 2/1/2007 | 1.0 | Financial Analysis | Review of comparable company analysis |
| Ritwik Chatterjee | 2/1/2007 | 0.7 | Business Operations | Review of Q4 2006 financial results |
| Ritwik Chatterjee | 2/1/2007 | 3.0 | Business Operations | Research and analysis re: pension issues |
| Ritwik Chatterjee | 2/1/2007 | 0.3 | Case Administration | Review court docket |
| Ritwik Chatterjee | 2/1/2007 | 2.0 | Financial Analysis | Review of comparable company analysis |
| Geoffrey Zbikowski | 2/2/2007 | 3.0 | Business Operations | Research and analysis re: pension issues |
| Jonathan Brownstein | 2/2/2007 | 1.0 | Business Operations | Research and analysis re: pension issues |
| Joseph Radecki | 2/2/2007 | 1.0 | Business Operations | Research and analysis re: pension issues |
| Ritwik Chatterjee | 2/2/2007 | 2.0 | Business Operations | Research and analysis re: pension issues |
| Ritwik Chatterjee | 2/2/2007 | 0.2 | Case Administration | Review court docket |
| Geoffrey Zbikowski | 2/5/2007 | 1.0 | Business Operations | Conference call w/ Orrick re: Pensions |
| Geoffrey Zbikowski | 2/5/2007 | 2.0 | Business Operations | Research and analysis re: pension issues |
| Jonathan Brownstein | 2/5/2007 | 1.0 | Business Operations | Conference call w/ Orrick re: Pensions |
| Jonathan Brownstein | 2/5/2007 | 1.0 | Business Operations | Research and analysis re: pension issues |
| Joseph Radecki | 2/5/2007 | 1.0 | Business Operations | Conference call w/ Orrick re: Pensions |
| Joseph Radecki | 2/5/2007 | 1.0 | Business Operations | Research and analysis re: pension issues |
| Ritwik Chatterjee | 2/5/2007 | 1.0 | Business Operations | Conference call w/ Orrick re: Pensions |
| Ritwik Chatterjee | 2/5/2007 | 4.0 | Business Operations | Research and analysis re: pension issues |
| Ritwik Chatterjee | 2/5/2007 | 0.2 | Case Administration | Review court docket |
| Ritwik Chatterjee | 2/6/2007 | 0.3 | Case Administration | Review court docket |
| Geoffrey Zbikowski | 2/7/2007 | 1.0 | Business Operations | Pension motion follow-up |
| Geoffrey Zbikowski | 2/7/2007 | 2.0 | Fee Applications | Preparation of quarterly fee application |
| Geoffrey Zbikowski | 2/7/2007 | 1.5 | Financial Analysis | Review of earnings release of comparable company (Albemarle) |
| Geoffrey Zbikowski | 2/7/2007 | 3.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Jonathan Brownstein | 2/7/2007 | 1.0 | Business Operations | Pension motion follow-up |
| Jonathan Brownstein | 2/7/2007 | 0.5 | Financial Analysis | Review of earnings release of comparable company (Albemarle) |
| Jonathan Brownstein | 2/7/2007 | 1.5 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Joseph Radecki | 2/7/2007 | 0.3 | Business Operations | Pension motion follow-up |
| Ritwik Chatterjee | 2/7/2007 | 1.0 | Business Operations | Pension motion follow-up |
| Ritwik Chatterjee | 2/7/2007 | 0.2 | Case Administration | Review court docket |
| Ritwik Chatterjee | 2/7/2007 | 2.0 | Financial Analysis | Review of earnings release of comparable company (Albemarle) |
| Ritwik Chatterjee | 2/7/2007 | 2.5 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Geoffrey Zbikowski | 2/8/2007 | 1.0 | Fee Applications | Preparation of quarterly fee application |
| Geoffrey Zbikowski | 2/8/2007 | 4.0 | Financial Analysis | Preparation of comparable company analysis |
| Jonathan Brownstein | 2/8/2007 | 1.0 | Fee Applications | Preparation of quarterly fee application |
| Jonathan Brownstein | 2/8/2007 | 1.0 | Financial Analysis | Review of comparable company analysis |
| Joseph Radecki | 2/8/2007 | 1.0 | Fee Applications | Preparation of quarterly fee application |
| Joseph Radecki | 2/8/2007 | 1.0 | Financial Analysis | Review of comparable company analysis |
| Ritwik Chatterjee | 2/8/2007 | 0.2 | Case Administration | Review court docket |
| Ritwik Chatterjee | 2/8/2007 | 1.5 | Fee Applications | Preparation of quarterly fee application |
| Ritwik Chatterjee | 2/8/2007 | 1.5 | Financial Analysis | Review of comparable company analysis |
| Geoffrey Zbikowski | 2/9/2007 | 3.0 | Financial Analysis | Claims analysis |
| Jonathan Brownstein | 2/9/2007 | 1.5 | Financial Analysis | Claims analysis |
| Joseph Radecki | 2/9/2007 | 0.5 | Financial Analysis | Claims analysis |
| Ritwik Chatterjee | 2/9/2007 | 0.3 | Case Administration | Review court docket |
| Ritwik Chatterjee | 2/9/2007 | 1.0 | Financial Analysis | Claims analysis |
| Geoffrey Zbikowski | 2/12/2007 | 3.0 | Financial Analysis | Comparable company (Valspar) earnings call and related analysis |
| Jonathan Brownstein | 2/12/2007 | 1.0 | Financial Analysis | Comparable company (Valspar) earnings call and related analysis |
| Ritwik Chatterjee | 2/12/2007 | 0.2 | Case Administration | Review court docket |
| Ritwik Chatterjee | 2/12/2007 | 2.5 | Financial Analysis | Comparable company (Valspar) earnings call and related analysis |
| Geoffrey Zbikowski | 2/13/2007 | 1.0 | Financial Analysis | Review of collaboration agreement of comparable company (Johnson Matthey) |
| Ritwik Chatterjee | 2/13/2007 | 0.2 | Case Administration | Review court docket |
| Ritwik Chatterjee | 2/13/2007 | 0.5 | Financial Analysis | Review of collaboration agreement of comparable company (Johnson Matthey) |

# EXHIBIT A

## W.R. Grace
### PJC Time Records
### February-07

| Professional | Date | Hours | Category | Description |
| --- | --- | --- | --- | --- |
| Geoffrey Zbikowski | 2/14/2007 | 2.0 | Business Operations | Meeting w/ Orrick re: Case Issues |
| Jonathan Brownstein | 2/14/2007 | 2.0 | Business Operations | Meeting w/ Orrick re: Case Issues |
| Joseph Radecki | 2/14/2007 | 2.0 | Business Operations | Meeting w/ Orrick re: Case Issues |
| Ritwik Chatterjee | 2/14/2007 | 2.0 | Business Operations | Meeting w/ Orrick re: Case Issues |
| Ritwik Chatterjee | 2/14/2007 | 0.1 | Case Administration | Review court docket |
| Geoffrey Zbikowski | 2/15/2007 | 4.0 | Business Operations | Settlement analysis |
| Jonathan Brownstein | 2/15/2007 | 1.5 | Business Operations | Settlement analysis |
| Joseph Radecki | 2/15/2007 | 1.0 | Business Operations | Settlement analysis |
| Ritwik Chatterjee | 2/15/2007 | 5.0 | Business Operations | Settlement analysis |
| Ritwik Chatterjee | 2/15/2007 | 0.2 | Case Administration | Review court docket |
| Geoffrey Zbikowski | 2/16/2007 | 0.8 | Business Operations | Pension follow-up |
| Geoffrey Zbikowski | 2/16/2007 | 3.0 | Business Operations | Research and analysis re: pension issues |
| Geoffrey Zbikowski | 2/16/2007 | 2.0 | Financial Analysis | Review of corporate guidance/business reorganization info of comparable company (HB |
| Geoffrey Zbikowski | 2/16/2007 | 3.0 | Business Operations | Review of 2007 operating plan |
| Jonathan Brownstein | 2/16/2007 | 0.8 | Business Operations | Pension follow-up |
| Jonathan Brownstein | 2/16/2007 | 1.5 | Business Operations | Research and analysis re: pension issues |
| Jonathan Brownstein | 2/16/2007 | 1.0 | Financial Analysis | Review of corporate guidance/business reorganization info of comparable company (HB |
| Jonathan Brownstein | 2/16/2007 | 2.0 | Business Operations | Review of 2007 operating plan |
| Joseph Radecki | 2/16/2007 | 0.8 | Business Operations | Pension follow-up |
| Joseph Radecki | 2/16/2007 | 1.0 | Business Operations | Research and analysis re: pension issues |
| Joseph Radecki | 2/16/2007 | 1.5 | Business Operations | Review of 2007 operating plan |
| Ritwik Chatterjee | 2/16/2007 | 0.8 | Business Operations | Pension follow-up |
| Ritwik Chatterjee | 2/16/2007 | 2.5 | Business Operations | Research and analysis re: pension issues |
| Ritwik Chatterjee | 2/16/2007 | 0.2 | Case Administration | Review court docket |
| Ritwik Chatterjee | 2/16/2007 | 1.5 | Financial Analysis | Review of corporate guidance/business reorganization info of comparable company (HB |
| Ritwik Chatterjee | 2/16/2007 | 2.0 | Business Operations | Review of 2007 operating plan |
| Geoffrey Zbikowski | 2/20/2007 | 3.0 | Business Operations | Operating plan meeting |
| Geoffrey Zbikowski | 2/20/2007 | 1.0 | Financial Analysis | Review of information on business expansion of comparable company (Johnson |
| Geoffrey Zbikowski | 2/20/2007 | 4.0 | Financial Analysis | Preparation of comparable company analysis |
| Jonathan Brownstein | 2/20/2007 | 3.0 | Business Operations | Operating plan meeting |
| Jonathan Brownstein | 2/20/2007 | 1.5 | Financial Analysis | Review of comparable company analysis |
| Joseph Radecki | 2/20/2007 | 3.0 | Business Operations | Operating plan meeting |
| Joseph Radecki | 2/20/2007 | 0.5 | Financial Analysis | Review of comparable company analysis |
| Ritwik Chatterjee | 2/20/2007 | 3.0 | Business Operations | Operating plan meeting |
| Ritwik Chatterjee | 2/20/2007 | 0.2 | Case Administration | Review court docket |
| Ritwik Chatterjee | 2/20/2007 | 2.0 | Financial Analysis | Review of information on business expansion of comparable company (Johnson |
| Ritwik Chatterjee | 2/20/2007 | 3.0 | Financial Analysis | Review of comparable company analysis |
| Geoffrey Zbikowski | 2/21/2007 | 3.0 | Business Operations | Review of materials from Grace re: Global Retirement Program |
| Geoffrey Zbikowski | 2/21/2007 | 3.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Jonathan Brownstein | 2/21/2007 | 2.5 | Business Operations | Review of materials from Grace re: Global Retirement Program |
| Jonathan Brownstein | 2/21/2007 | 1.5 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Joseph Radecki | 2/21/2007 | 2.0 | Business Operations | Review of materials from Grace re: Global Retirement Program |
| Ritwik Chatterjee | 2/21/2007 | 2.0 | Business Operations | Review of materials from Grace re: Global Retirement Program |
| Ritwik Chatterjee | 2/21/2007 | 0.3 | Case Administration | Review court docket |
| Ritwik Chatterjee | 2/21/2007 | 3.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Ritwik Chatterjee | 2/22/2007 | 0.2 | Case Administration | Review court docket |
| Ritwik Chatterjee | 2/23/2007 | 0.3 | Case Administration | Review court docket |
| Ritwik Chatterjee | 2/26/2007 | 0.3 | Case Administration | Review court docket |
| Ritwik Chatterjee | 2/27/2007 | 0.2 | Case Administration | Review court docket |
| Ritwik Chatterjee | 2/28/2007 | 0.1 | Case Administration | Review court docket |

# EXHIBIT B

## W.R. Grace
### Detail of expenses (February 1, 2007 – February 28, 2007)

Telephone
| | | | |
|---|---|---|---|
| Joe Radecki | 02/07/07 | $ 68.20 | |
| Joe Radecki | 02/07/07 | $ 69.81 | |
| Joe Radecki | 02/07/07 | $ 69.01 | |
| **Total Telephone:** | | | $ 207.02 |

Air fare
| | | | |
|---|---|---|---|
| Joe Radecki | 02/22/07 | $ 422.50 | |
| Joe Radecki | 02/22/07 | $ 21.00 | |
| **Total Air fare:** | | | $ 443.50 |

Transportation
| | | | |
|---|---|---|---|
| Joe Radecki | 02/22/07 | $ 33.00 | |
| Joe Radecki | 02/22/07 | $ 15.00 | |
| Joe Radecki | 02/22/07 | $ 158.60 | |
| Joe Radecki | 02/22/07 | $ 158.60 | |
| **Total Transportation:** | | | $ 365.20 |

**TOTAL EXPENSES:** $1,015.72