IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtor. | ) | Objection Date: June 18, 2007 at 4:00 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

**FOURTEENTH MONTHLY INTERIM APPLICATION OF PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2007 THROUGH MARCH 31, 2007**

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | March 1, 2007 – March 31, 2007 |
| 80% of Compensation sought as actual, reasonable and necessary: | $80,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $428.15 |

This is a   _x_ monthly          __ interim          ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### MARCH 1-31, 2007

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 31.0 | NA |
| Case Administration Related | 18.8 | NA |
| Hearings | 10.0 | NA |
| Financial Analysis Related | 79.0 | NA |
| **TOTAL** | **138.8** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

| | |
|---|---|
| Research | $ 214.44 |
| Telephone | 213.71 |
| **TOTAL** | **$ 428.15** |

Respectfully submitted,

PIPER JAFFRAY & CO.

By: _____
Jason Solganick
150 East 42nd St.
New York, New York 10017
(212) 284-9586
Financial Advisor to David T. Austern
Future Claimants' Representative

Dated: May 24, 2007

---

[1] Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

# EXHIBIT A
# W.R. Grace
## PJC Time Records
### March-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Geoffrey Zbikowski | 3/1/2007 | 1.5 | Financial Analysis | Review of press release re: sale of business (Johnson Matthey) |
| Jonathan Brownstein | 3/1/2007 | 1.0 | Financial Analysis | Review of press release re: sale of business (Johnson Matthey) |
| Joseph Radecki | 3/1/2007 | 1.0 | Financial Analysis | Review of press release re: sale of business (Johnson Matthey) |
| Ritwik Chatterjee | 3/1/2007 | 0.3 | Case Administration | Review court docket |
| Ritwik Chatterjee | 3/1/2007 | 1.5 | Financial Analysis | Review of press release re: sale of business (Johnson Matthey) |
| Geoffrey Zbikowski | 3/2/2007 | 5.0 | Business Operations | Review of 10-K filing and analysis |
| Geoffrey Zbikowski | 3/2/2007 | 2.0 | Financial Analysis | Review of press release re: acquisition of business (RPM) |
| Jonathan Brownstein | 3/2/2007 | 1.5 | Business Operations | Review of 10-K filing and analysis |
| Jonathan Brownstein | 3/2/2007 | 1.5 | Financial Analysis | Review of press release re: acquisition of business (RPM) |
| Joseph Radecki | 3/2/2007 | 1.5 | Business Operations | Review of 10-K filing and analysis |
| Joseph Radecki | 3/2/2007 | 1.0 | Financial Analysis | Review of press release re: acquisition of business (RPM) |
| Ritwik Chatterjee | 3/2/2007 | 2.0 | Business Operations | Review of 10-K filing |
| Ritwik Chatterjee | 3/2/2007 | 0.2 | Case Administration | Review court docket |
| Ritwik Chatterjee | 3/2/2007 | 2.0 | Financial Analysis | Review of press release re: acquisition of business (RPM) |
| Ritwik Chatterjee | 3/5/2007 | 0.3 | Case Administration | Review court docket |
| Ritwik Chatterjee | 3/6/2007 | 0.3 | Case Administration | Review court docket |
| Geoffrey Zbikowski | 3/7/2007 | 2.5 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Jonathan Brownstein | 3/7/2007 | 1.5 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Ritwik Chatterjee | 3/7/2007 | 0.2 | Case Administration | Review court docket |
| Ritwik Chatterjee | 3/7/2007 | 2.5 | Financial Analysis | Comparable company (Valspar) conference call and related analysis |
| Ritwik Chatterjee | 3/8/2007 | 0.2 | Case Administration | Review court docket |
| Ritwik Chatterjee | 3/9/2007 | 0.3 | Case Administration | Review court docket |
| Ritwik Chatterjee | 3/12/2007 | 0.1 | Case Administration | Review court docket |
| Ritwik Chatterjee | 3/13/2007 | 0.3 | Case Administration | Review court docket |
| Ritwik Chatterjee | 3/14/2007 | 0.2 | Case Administration | Review court docket |
| Geoffrey Zbikowski | 3/15/2007 | 2.0 | Financial Analysis | Comparable company (Albemarle) conference call and related analysis |
| Jonathan Brownstein | 3/15/2007 | 1.0 | Financial Analysis | Comparable company (Albemarle) conference call and related analysis |
| Ritwik Chatterjee | 3/15/2007 | 0.3 | Case Administration | Review court docket |
| Ritwik Chatterjee | 3/15/2007 | 2.0 | Financial Analysis | Comparable company (Albemarle) conference call and related analysis |
| Geoffrey Zbikowski | 3/16/2007 | 2.0 | Business Operations | Review of Grace funding analysis |
| Jonathan Brownstein | 3/16/2007 | 2.0 | Business Operations | Review of Grace funding analysis |
| Joseph Radecki | 3/16/2007 | 2.0 | Business Operations | Review of Grace funding analysis |
| Ritwik Chatterjee | 3/16/2007 | 1.5 | Business Operations | Review of Grace funding analysis |
| Ritwik Chatterjee | 3/16/2007 | 0.2 | Case Administration | Review court docket |
| Geoffrey Zbikowski | 3/19/2007 | 2.5 | Business Operations | Review of tax litigation motion and automatic stay modification |
| Jonathan Brownstein | 3/19/2007 | 2.0 | Business Operations | Review of tax litigation motion and automatic stay modification |
| Joseph Radecki | 3/19/2007 | 1.5 | Business Operations | Review of tax litigation motion and automatic stay modification |
| Ritwik Chatterjee | 3/19/2007 | 2.5 | Business Operations | Review of tax litigation motion and automatic stay modification |
| Ritwik Chatterjee | 3/19/2007 | 0.3 | Case Administration | Review court docket |
| Geoffrey Zbikowski | 3/20/2007 | 1.0 | Case Administration | Review of motion to compel production |
| Jason Solganick | 3/20/2007 | 3.0 | Business Operations | Review of tax litigation motion and automatic stay modification |
| Jason Solganick | 3/20/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 3/20/2007 | 1.0 | Case Administration | Review of motion to compel production |
| Jonathan Brownstein | 3/20/2007 | 1.0 | Case Administration | Review of motion to compel production |
| Joseph Radecki | 3/20/2007 | 1.0 | Case Administration | Review of motion to compel production |
| Jason Solganick | 3/21/2007 | 0.2 | Case Administration | Review court docket |

# EXHIBIT A
# W.R. Grace
## PJC Time Records
### March-07

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Geoffrey Zbikowski | 3/22/2007 | 1.0 | Financial Analysis | Review of press release re: new plant construction (Johnson Matthey) |
| Geoffrey Zbikowski | 3/22/2007 | 4.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Jason Solganick | 3/22/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 3/22/2007 | 1.0 | Financial Analysis | Review of press release re: new plant construction (Johnson Matthey) |
| Jason Solganick | 3/22/2007 | 2.5 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Jonathan Brownstein | 3/22/2007 | 0.5 | Financial Analysis | Review of press release re: new plant construction (Johnson Matthey) |
| Jonathan Brownstein | 3/22/2007 | 2.0 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Joseph Radecki | 3/22/2007 | 0.5 | Financial Analysis | Review of press release re: new plant construction (Johnson Matthey) |
| Joseph Radecki | 3/22/2007 | 0.5 | Financial Analysis | Comparable company (Rohm) conference call and related analysis |
| Jason Solganick | 3/23/2007 | 0.3 | Case Administration | Review court docket |
| Geoffrey Zbikowski | 3/26/2007 | 0.5 | Business Operations | Review of tax litigation motion and automatic stay modification |
| Geoffrey Zbikowski | 3/26/2007 | 6.0 | Financial Analysis | Preparation of comparable company analysis |
| Geoffrey Zbikowski | 3/26/2007 | 2.5 | Hearings | Court hearing |
| Jason Solganick | 3/26/2007 | 0.5 | Business Operations | Review of tax litigation motion and automatic stay modification |
| Jason Solganick | 3/26/2007 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/26/2007 | 1.5 | Case Administration | Review of case management order |
| Jason Solganick | 3/26/2007 | 3.0 | Financial Analysis | Review of comparable company analysis |
| Jason Solganick | 3/26/2007 | 2.5 | Hearings | Court hearing |
| Jonathan Brownstein | 3/26/2007 | 0.5 | Business Operations | Review of tax litigation motion and automatic stay modification |
| Jonathan Brownstein | 3/26/2007 | 2.5 | Hearings | Court hearing |
| Joseph Radecki | 3/26/2007 | 0.5 | Business Operations | Review of tax litigation motion and automatic stay modification |
| Joseph Radecki | 3/26/2007 | 2.5 | Hearings | Court hearing |
| Geoffrey Zbikowski | 3/27/2007 | 4.0 | Financial Analysis | Preparation of comparable company analysis |
| Geoffrey Zbikowski | 3/27/2007 | 1.5 | Financial Analysis | Review of earnings release of comparable company (HB Fuller) |
| Jason Solganick | 3/27/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 3/27/2007 | 1.0 | Financial Analysis | Review of comparable company analysis |
| Jason Solganick | 3/27/2007 | 1.5 | Financial Analysis | Review of earnings release of comparable company (HB Fuller) |
| Jonathan Brownstein | 3/27/2007 | 1.0 | Financial Analysis | Review of earnings release of comparable company (HB Fuller) |
| Joseph Radecki | 3/27/2007 | 0.5 | Financial Analysis | Review of earnings release of comparable company (HB Fuller) |
| Geoffrey Zbikowski | 3/28/2007 | 4.0 | Financial Analysis | Comparable company (HB Fuller) conference call and related analysis |
| Jason Solganick | 3/28/2007 | 0.4 | Case Administration | Review court docket |
| Jason Solganick | 3/28/2007 | 3.0 | Financial Analysis | Comparable company (HB Fuller) conference call and related analysis |
| Jonathan Brownstein | 3/28/2007 | 2.5 | Financial Analysis | Comparable company (HB Fuller) conference call and related analysis |
| Joseph Radecki | 3/28/2007 | 1.5 | Financial Analysis | Comparable company (HB Fuller) conference call and related analysis |
| Geoffrey Zbikowski | 3/29/2007 | 2.5 | Case Administration | Review of zonolite motion |
| Geoffrey Zbikowski | 3/29/2007 | 3.0 | Financial Analysis | Preparation of comparable company analysis |
| Jason Solganick | 3/29/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 3/29/2007 | 2.0 | Case Administration | Review of zonolite motion |
| Jason Solganick | 3/29/2007 | 1.5 | Financial Analysis | Review of comparable company analysis |
| Jonathan Brownstein | 3/29/2007 | 1.5 | Case Administration | Review of zonolite motion |
| Jonathan Brownstein | 3/29/2007 | 2.0 | Financial Analysis | Review of comparable company analysis |
| Joseph Radecki | 3/29/2007 | 1.5 | Case Administration | Review of zonolite motion |
| Geoffrey Zbikowski | 3/30/2007 | 3.0 | Financial Analysis | Preparation of comparable company analysis |
| Jason Solganick | 3/30/2007 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 3/30/2007 | 2.0 | Financial Analysis | Review of comparable company analysis |
| Jonathan Brownstein | 3/30/2007 | 1.0 | Financial Analysis | Review of comparable company analysis |
| Joseph Radecki | 3/30/2007 | 2.0 | Financial Analysis | Review of comparable company analysis |

# EXHIBIT B

## W.R. Grace
### Detail of expenses (March 1, 2007 – March 31, 2007)

Research
| | | | |
|---|---|---|---|
| Geoff Zbikowski | 03/16/07 | $ 214.44 | |
| | **Total Research:** | | $ 214.44 |

Telephone
| | | | |
|---|---|---|---|
| Geoff Zbikowski | 03/02/07 | $ 118.46 | |
| Rit Chatterjee | 03/16/07 | $ 39.99 | |
| Geoff Zbikowski | 03/16/07 | $ 55.26 | |
| | **Total Telephone:** | | **$ 213.71** |

**TOTAL EXPENSES:**         $428.15